UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**EXHIBIT**

**B**

**Fill in this information to identify the case (Select only one Debtor per claim form):**

| | | | |
|---|---|---|---|
| ☐ Sears Holdings Corporation (18-23538) | ☐ MaxServ, Inc. (18-23550) | ☐ Wally Labs LLC (18-23563) | ☐ Kmart of Michigan, Inc. (18-23576) |
| ☒ Sears, Roebuck and Co. (18-23537) | ☐ Private Brands, Ltd. (18-23551) | ☐ Big Beaver of Florida Development, LLC (18-23564) | ☐ SHC Desert Springs, LLC (18-23577) |
| ☐ Kmart Holding Corporation (18-23539) | ☐ Sears Development Co. (18-23552) | ☐ California Builder Appliances, Inc. (18-23565) | ☐ SOE, Inc. (18-23578) |
| ☐ Kmart Operations LLC (18-23540) | ☐ Sears Holdings Management Corporation (18-23553) | ☐ Florida Builder Appliances, Inc. (18-23566) | ☐ StarWest, LLC (18-23579) |
| ☐ Sears Operations LLC (18-23541) | ☐ Sears Home & Business Franchises, Inc. (18-23554) | ☐ KBL Holding Inc. (18-23567) | ☐ STI Merchandising, Inc. (18-23580) |
| ☐ ServiceLive, Inc. (18-23542) | ☐ Sears Home Improvement Products, Inc. (18-23555) | ☐ KLC, Inc. (18-23568) | ☐ Troy Coolidge No. 13, LLC (18-23581) |
| ☐ A&E Factory Service, LLC (18-23543) | ☐ Sears Insurance Services, L.L.C. (18-23556) | ☐ Sears Protection Company (Florida), L.L.C. (18-23569) | ☐ BlueLight.com, Inc. (18-23582) |
| ☐ A&E Home Delivery, LLC (18-23544) | ☐ Sears Procurement Services, Inc. (18-23557) | ☐ Kmart of Washington LLC (18-23570) | ☐ Sears Brands, L.L.C. (18-23583) |
| ☐ A&E Lawn & Garden, LLC (18-23545) | ☐ Sears Protection Company (18-23558) | ☐ Kmart Stores of Illinois LLC (18-23571) | ☐ Sears Buying Services, Inc. (18-23584) |
| ☐ A&E Signature Service, LLC (18-23546) | ☐ Sears Protection Company (PR) Inc. (18-23559) | ☐ Kmart Stores of Texas LLC (18-23572) | ☐ Kmart.com LLC (18-23585) |
| ☐ FBA Holdings Inc. (18-23547) | ☐ Sears Roebuck Acceptance Corp. (18-23560) | ☐ MyGofer LLC (18-23573) | ☐ Sears Brands Management Corporation (18-23586) |
| ☐ Innovel Solutions, Inc. (18-23548) | ☐ Sears, Roebuck de Puerto Rico, Inc. (18-23561) | ☐ Sears Brands Business Unit Corporation (18-23574) | ☐ SHC Licensed Business LLC (18-23616) |
| ☐ Kmart Corporation (18-23549) | ☐ SYW Relay LLC (18-23562) | ☐ Sears Holdings Publishing Company, LLC (18-23575) | ☐ SHC Promotions LLC (18-23630) |

## Modified Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1:   Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | **Arca Industrial (NJ), Inc.**<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor |
| 2. Has this claim been acquired from someone else? | ☒ No<br>☐ Yes. From whom? |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent?<br><br><br>Contact phone (216) 696-3366<br>Contact email Michelson@MGFL-law.com | Where should payments to the creditor be sent? (if different)<br><br>Contact phone (732) 339-0450<br>Contact email jerry@arcaindustrial.net |
| 4. Does this claim amend one already filed? | ☒ No<br>☐ Yes.   Claim number on court claims registry (if known)_____    Filed on ____/____/____ MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☒ No<br>☐ Yes. Who made the earlier filing? |

**Claim Number: 2957**

Proof of Claim

page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**

$ 534,795.48 _____. **Does this amount include interest or other charges?**

☒ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_____

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**                                    $_____

**Amount of the claim that is secured:**        $_____

**Amount of the claim that is unsecured:**  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**        $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**        $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☑ Other. Specify subsection of 11 U.S.C. § 507(a)( 2 ) that applies. | $ 505,215.48 |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☐ No

☑ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.**

$ 66,186.90

---

## Part 3:    Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Signature: */s/ Jerry Huang*
/s/ Jerry Huang (Nov 2, 2018)

Email:   jerry@arcaindustrial.net

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name of the person who is completing and signing this claim:

| | | |
|---|---|---|
| Name | Jerry | Huang |
| | First name      Middle name | Last name |
| Title | President | |
| Company | Arca Industrial (NJ), Inc. | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | |
| Address | 3      Kellogg Court, Suite #2 | |
| | Number    Street | |
| | Edison | NJ    08817 |
| | City | State   ZIP Code |
| Contact phone | (732) 339-0450 | Email   jerry@arcaindustrial.net |

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☒ **I have supporting documentation.**
**(attach below)**          ☐ **I do _not_ have supporting documentation.**

📎 Attachment

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT
ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS
ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.**

**IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING
DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show
only the last four digits of any social-security, individual's tax-identification, or financial-account number,
only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on
the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid
embarrassment or the disclosure of confidential health care information.**

**A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain
information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of
Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel.
Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this
Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the
disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk
of the Court discover that personal identifier data or information concerning a minor individual has been
included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to
redact all such information from the text of the filing and make an entry indicating the correction.**

Modified Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court                                                                                        12/15

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at http://restructuring.primeclerk.com/sears.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Claim Pursuant to 11 U.S.C. §503(b)(9):** A claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim to:

Sears Holdings Corporation Claims Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

## Do not file these instructions with your form

## Footnote to Section 12.

*See* 11 USC § 507(a)(2), 11 USC § 503(B)(9), ECF #115, and attached breakdown.

### Summary of Arca Industrial (NJ) Proof of Claim Amounts - Sears

| Customer | General Unsecured | 503(b)(9) Administrative | ECF # 115 Administrative | Grand Total |
|---|---|---|---|---|
| Sears, Roebuck and Co. | $29,580.00 | $66,186.90 | $439,028.58 | **$534,795.48** |

**General Unsecured Amounts - Sears**

| No. | Customer | Delivery Date | Customer PO | Description | # of Pairs | Amount |
|---|---|---|---|---|---|---|
| 1 | Sears | 08/12/18 | SEARS SL5167 | 28030 Hurricane | 1,200 | $11,640.00 |
| 2 | Sears | 09/08/18 | SEARS SH7005 | 84429 HIGHPOINT | 600 | $17,940.00 |
| **Total:** | | | | | | **$29,580.00** |

### 503(b)(9) Administrative Amounts - Sears

| No. | Customer | Delivery Date | Customer PO | Description | # of Pairs | Amount |
|---|---|---|---|---|---|---|
| 1 | Sears | 10/01/18 | SEARS SH7077 | 98071 PAC BOOT | 2,670 | $48,246.90 |
| 2 | Sears | 10/11/18 | SEARS SH7003 | 84429 HIGHPOINT | 600 | $17,940.00 |
| **Total:** | | | | | | **$66,186.90** |

**ECF # 115 Amounts - Sears**

| No. | Customer | On Board Date | Customer PO | Description | # of Pairs | Amount |
|---|---|---|---|---|---|---|
| 1 | Sears | 09/19/18 | SEARS SJ7146 | 98097 BOSTON | 6,000 | $99,000.00 |
| 2 | Sears | 09/24/18 | SEARS SL5166 | 28750 SILVY | 1,500 | $17,625.00 |
| 3 | Sears | 09/28/18 | SEARS SH7077 | 98071 PAC BOOT | 5,334 | $96,385.38 |
| 4 | Sears | 09/28/18 | SEARS SJ5178 | 28721 FIFI BROWN | 2,520 | $52,038.00 |
| 5 | Sears | 09/28/18 | SEARS SJ5179 | 28752 FLURRY BLK | 2,244 | $35,455.20 |
| 6 | Sears | 09/28/18 | SEARS SK5164 | 28720 FIFI BLK | 3,000 | $61,950.00 |
| 7 | Sears | 09/28/18 | SEARS SK5177 | 28750 SILVY | 4,500 | $52,875.00 |
| 8 | Sears | 09/28/18 | SEARS SL5168 | 28753 FLURRY GREY | 1,500 | $23,700.00 |
| Total: | | | | | | $439,028.58 |



SEARS ROEBUCK & CO.

**P U R C H A S E   O R D E R**

Page : 1

| ORDER DATE : 03-MAY-2018 | ORDER NO : SL5167 | BUYER : BM4  BRITNEY MEJIA |
|---|---|---|
| DIV : Division 4 | DEPT NO : 086 | |

**SEARS ROEBUCK & CO.**
3333 Beverly Road
Hoffman Estates, IL 60179

**VENDOR**

| | |
|---|---|
| NAME | ARCA INDUSTRIAL (NJ) INC |
| ADDRESS | 3 KELLOGG COURT |
| | SUITE #2 |
| | EDISON |
| | NJ |
| COUNTRY | United States |
| EMAIL | arcany@aol.com |
| VENDOR NBR | 8336 |
| TELEPHONE | 732-339-0450 |
| DUNS NBR | 01000154948 |
| FDA REG # | |

**TOTAL COST OF ORDER USD**

$11,640.00

**PAYMENT TO BE MADE BY :**

( )    MULTIPLE PAYMENT TYPES
( X )  CHECK/WIRE TRANSFER
       Amount USD:  11,640.00
( )    FREE GOODS
       Amount USD:  0.00
( )    LETTER OF CREDIT
       Amount USD:  0.00
       LC #:
    TRANSFERABLE:
    BANK:

| PAYMENT TERMS: | 59 | (days) |
|---|---|---|

| | | |
|---|---|---|
| FOREIGN AGENT OFFICE: | KKFTWR | KMART/SEARS FOOTWEAR CONTRACTS |
| FOREIGN SUPPORT OFFICE: | RKKFTWR | KMART AND SEARS FOOTWEAR |
| PRODUCTION COUNTRY: | PARCA | ARCA INDUSTRIAL CORP. |

| | | |
|---|---|---|
| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) | |
| EMBARK/GO-DOWN: | CHINA (MAINLAND) | |
| SHIP POINT: | CNSHA1H | |
| DELIVERY TERMS: | FOB CN | |
| CITY, COUNTRY: | Shanghai, China | |

**FACTORY DETAILS:**

| | |
|---|---|
| FACTORY NBR: | 062746 |
| NAME | KAIHUA GOLDMAN SHOESMAKING FACTORY |
| ADDRESS | NO. 1, INDUSTRIAL PARK, QINGYANG |
| | TOWNSHIP, KAIHUA COUNTY |
| | QUZHOU |
| | ZHEJIANG |
| COUNTRY | China |
| TEL | 561-447-4433 |
| EMAIL | mike@seaway-trading.com,smarti@seaway-trading.com |
| MID | CNKAIGOL1QUZ |

1 of 182

2 of 182

## Page 2

SEARS ROEBUCK & CO.                                   **P U R C H A S E   O R D E R**                                   Page : 2

**ORDER DATE :** 03-MAY-2018      **ORDER NO :** SL5167                                BM4  BRITNEY MEJIA

| | | |
|---|---|---|
| | | **DESCRIPTION** |
| **ITEM CODE:** 260098669740 | **SEASON/YEAR:** 9-BASIC - NOT REPLENISHED | HURRICANE 068 |
| | **SUB-SEASON:** 90-BASIC - NOT REPLENISHED | |
| **I 2OF 5/CARTON UPC:** 07215980542508 | **CAT/SUB-CAT:** 26/04 | |
| **STYLE:** 0 | **TRADEMARK:** NONE | **SEARS DIV** **SEARS ITEM** **SEARS SKU** |
| **BRAND NAME:** ROEBUCK AND CO | **COPYRIGHT REG. NO.:** | 654        28030        068 |
| **INTL COMMODY CODE:** GDSM | **MLTP CARTON IND:** 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $479.88 | 14 | 14 | $1,629.60 |
| $116.400 | $116.400 | | | | |

|  |  |  |  |  |
|---|---|---|---|---|
| | **KGS:** 21.500 | **CBM:** 0.166765 | **AST PER INNER** | 1 |
| **PER CARTON** | **LBS:** 47.400 | **CU. FT.:** 5.889 | **INNERS PER OUTER CARTON** | 1 |
| **OUTER CARTON DIMENSIONS** | | **PACKING INSTRUCTION:** | **AST PER MASTER SHIPPING CTN** | 1 |
| L 26.0" X W 23.65" X H 16.55" | | CASEPACK | | |

**QUOTA CAT#:** RNONE                                    **CASE #**              **FACTORY**              **EXPORTER**
**SPECIAL TRADE INDICATOR:**                        **ANTI-DUMPING:**
                                                        **COUNTERVAILING:**

**ADDITIONAL INFO:**

**PACKING INSTRUCTIONS:**

BOXED

| **SHIPPING SCHEDULE** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 101 | RDE | RDE | Ocean | 04-JUL-2018 | 04-JUL-2018 | 20-AUG-2018 | Z | 14 | 14 | W |

**DETAIL DESCRIPTION-**

GENDER: WOMEN
UPPER MATERIAL IN PERCENT: 100% RUBBER UPPER
OUTER SOLE MATERIAL IN PERCENT : 100% RUBBER OUTSOLE WITH LEATHER
TYPE OF CONSTRUCTION : VULCANIZED
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: OVER ANKLE
SIZE RANGE: WO'S S-11#
COMMISSION PERCENTAGE : 7%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST? : NO
ROYALTY FOR TRADEMARK NAME?: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

**OPC:**              12

## Page 3

SEARS ROEBUCK & CO.                                   **P U R C H A S E   O R D E R**                                   Page : 3

**ORDER DATE :** 03-MAY-2018      **ORDER NO :** SL5167                                BM4  BRITNEY MEJIA

| | | |
|---|---|---|
| | | **DESCRIPTION** |
| **ITEM CODE:** 260098669807 | **SEASON/YEAR:** 9-BASIC - NOT REPLENISHED | HURRICANE 853 |
| | **SUB-SEASON:** 90-BASIC - NOT REPLENISHED | |
| **I 2OF 5/CARTON UPC:** 07215980542430 | **CAT/SUB-CAT:** 26/04 | |
| **STYLE:** 0 | **TRADEMARK:** NONE | **SEARS DIV** **SEARS ITEM** **SEARS SKU** |
| **BRAND NAME:** ROEBUCK AND CO | **COPYRIGHT REG. NO.:** | 654        28030        853 |
| **INTL COMMODY CODE:** GDSM | **MLTP CARTON IND:** 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $479.88 | 14 | 14 | $1,629.60 |
| $116.400 | $116.400 | | | | |

|  |  |  |  |  |
|---|---|---|---|---|
| | **KGS:** 21.500 | **CBM:** 0.166764 | **AST PER INNER** | 1 |
| **PER CARTON** | **LBS:** 47.400 | **CU. FT.:** 5.889 | **INNERS PER OUTER CARTON** | 1 |
| **OUTER CARTON DIMENSIONS** | | **PACKING INSTRUCTION:** | **AST PER MASTER SHIPPING CTN** | 1 |
| L 26.0" X W 23.65" X H 16.55" | | CASEPACK | | |

**QUOTA CAT#:** RNONE                                    **CASE #**              **FACTORY**              **EXPORTER**
**SPECIAL TRADE INDICATOR:**                        **ANTI-DUMPING:**
                                                        **COUNTERVAILING:**

**ADDITIONAL INFO:**

**PACKING INSTRUCTIONS:**

BOXED

| **SHIPPING SCHEDULE** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 101 | RDE | RDE | Ocean | 04-JUL-2018 | 04-JUL-2018 | 20-AUG-2018 | Z | 14 | 14 | W |

**DETAIL DESCRIPTION-**

GENDER: WOMEN
UPPER MATERIAL IN PERCENT: 100% RUBBER UPPER
OUTER SOLE MATERIAL IN PERCENT : 100% RUBBER OUTSOLE WITH LEATHER
TYPE OF CONSTRUCTION : VULCANIZED
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: OVER ANKLE
SIZE RANGE: WO'S S-11#
COMMISSION PERCENTAGE : 7%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST? : NO
ROYALTY FOR TRADEMARK NAME?: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

**OPC:**              12

## Left Page

SEARS ROEBUCK & CO.                    **PURCHASE ORDER**                    Page : 4

| ORDER DATE : 03-MAY-2018 | ORDER NO : SL5167 | | BM4  BRITNEY MEJIA |
|---|---|---|---|

**DESCRIPTION**

| | | | |
|---|---|---|---|
| ITEM CODE: 260098669815 | SEASON/YEAR: | 9-BASIC - NOT REPLENISHED | HURRICANE 986 |
| | SUB-SEASON: | 90-BASIC - NOT REPLENISHED | |
| I 2OF S/CARTON UPC: 07215980542676 | CAT/SUB-CAT: 26/04 | | |
| STYLE: 0 | TRADEMARK: NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: ROEBUCK AND CO | COPYRIGHT REG. NO.: | 654 | 28030 | 986 |
| INTL COMMODY CODE: GOSM | MLTP CARTON NO: 001 | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $479.88 | 72 | 72 | $8,380.80 |
| $116.400 | $116.400 | | | | |

| | KGS: | 21.500 | CBM: | 0.166764 | AST PER INNER | 1 |
|---|---|---|---|---|---|---|
| PER CARTON | LBS: | 47.400 | CU. FT.: | 5.889 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 26.0" X W 23.65" X H 16.55" | | | CASEPACK | | | |

| QUOTA CAT#: RNONE | | CASE # | FACTORY | EXPORTER |
|---|---|---|---|---|
| SPECIAL TRADE INDICATOR: | | ANTI-DUMPING: | | |
| | | COUNTERVAILING: | | |

**ADDITIONAL INFO:**

**PACKING INSTRUCTIONS:**

BOXED

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 101 | RDE | RDE | Ocean | 04-JUL-2018 | 04-JUL-2018 | 20-AUG-2018 | Z | 72 | 72 | W |

**DETAIL DESCRIPTION-**

GENDER: WOMEN
UPPER MATERIAL IN PERCENT: 100% RUBBER UPPER
OUTER SOLE MATERIAL IN PERCENT : 100% RUBBER OUTSOLE WITH LEATHER
TYPE OF CONSTRUCTION : VULCANIZED
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: OVER ANKLE
SIZE RANGE: WO'S 5-11#
COMMISSION PERCENTAGE : 7%
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST? : NO
ROYALTY FOR TRADEMARK NAME?: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

**OPC:**            12

## Right Page

SEARS ROEBUCK & CO.                    **PURCHASE ORDER**                    Page : 5

| ORDER DATE : 03-MAY-2018 | ORDER NO : SL5167 | | BM4  BRITNEY MEJIA |
|---|---|---|---|

**ITEM CODE:** 260098669740

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9866969-0 | | | | | | 28030-5 64 | | | | RUBBER | 100% | |
| 9866970-8 | | | | | | 28030-5 66 | | | | RUBBER | 100% | |
| 9866971-6 | | | | | | 28030-5 68 | | | | RUBBER | 100% | |
| 9866972-4 | | | | | | 28030-5 70 | | | | RUBBER | 100% | |
| 9866973-2 | | | | | | 28030-5 72 | | | | RUBBER | 100% | |

**ITEM CODE:** 260098669807

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9866969-0 | | | | | | 28030-5 64 | | | | RUBBER | 100% | |
| 9866970-8 | | | | | | 28030-5 66 | | | | RUBBER | 100% | |
| 9866971-6 | | | | | | 28030-5 68 | | | | RUBBER | 100% | |
| 9866972-4 | | | | | | 28030-5 70 | | | | RUBBER | 100% | |
| 9866979-9 | | | | | | 28030-5 62 | | | | RUBBER | 100% | |

**ITEM CODE:** 260098669815

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9866969-0 | | | | | | 28030-5 64 | | | | RUBBER | 100% | |
| 9866970-8 | | | | | | 28030-5 66 | | | | RUBBER | 100% | |
| 9866971-6 | | | | | | 28030-5 68 | | | | RUBBER | 100% | |
| 9866972-4 | | | | | | 28030-5 70 | | | | RUBBER | 100% | |
| 9866973-2 | | | | | | 28030-5 72 | | | | RUBBER | 100% | |
| 9866979-9 | | | | | | 28030-5 62 | | | | RUBBER | 100% | |

**ITEM CODE:** 260098669740              **ITEM:** HURRICANE 068

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: HURRICANE SZ 7 564 | 9866969-0 | RED | 7.0 | 2 | 9.700 | 39.99 | 721598054199 |
| SUB KSN DESC: HURRICANE SZ 8 566 | 9866970-8 | RED | 8.0 | 4 | 9.700 | 39.99 | 721598054205 |
| SUB KSN DESC: HURRICANE SZ 9 568 | 9866971-6 | RED | 9.0 | 3 | 9.700 | 39.99 | 721598054212 |
| SUB KSN DESC: HURRICANE SZ 10 570 | 9866972-4 | RED | 10.0 | 2 | 9.700 | 39.99 | 721598054229 |
| SUB KSN DESC: HURRICANE SZ 11 572 | 9866973-2 | RED | 11.0 | 1 | 9.700 | 39.99 | 721598054236 |
| | | TOTAL | | 12 | 116.400 | 479.88 | |

SEARS ROEBUCK & CO.                **PURCHASE ORDER**                                    Page : 6

| **ORDER DATE :** 03-MAY-2018 | **ORDER NO :** SL5167 | | BM4  BRITNEY MEJIA |

**ITEM CODE:** 260098669807          **ITEM:** HURRICANE 853

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: HURRICANE SZ 7 564 | 9866969-0 | RED | 7.0 | 3 | 9.700 | 39.99 | 721598054199 |
| SUB KSN DESC: HURRICANE SZ 8 566 | 9866970-8 | RED | 8.0 | 2 | 9.700 | 39.99 | 721598054205 |
| SUB KSN DESC: HURRICANE SZ 9 568 | 9866971-6 | RED | 9.0 | 2 | 9.700 | 39.99 | 721598054212 |
| SUB KSN DESC: HURRICANE SZ 10 570 | 9866972-4 | RED | 10.0 | 2 | 9.700 | 39.99 | 721598054229 |
| SUB KSN DESC: HURRICANE SZ 6 562 | 9866979-9 | RED | 6.0 | 3 | 9.700 | 39.99 | 721598054182 |
| | | | TOTAL | 12 | 116.400 | 479.88 | |

**ITEM CODE:** 260098669815          **ITEM:** HURRICANE 986

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: HURRICANE SZ 7 564 | 9866969-0 | RED | 7.0 | 2 | 9.700 | 39.99 | 721598054199 |
| SUB KSN DESC: HURRICANE SZ 8 566 | 9866970-8 | RED | 8.0 | 4 | 9.700 | 39.99 | 721598054205 |
| SUB KSN DESC: HURRICANE SZ 9 568 | 9866971-6 | RED | 9.0 | 3 | 9.700 | 39.99 | 721598054212 |
| SUB KSN DESC: HURRICANE SZ 10 570 | 9866972-4 | RED | 10.0 | 1 | 9.700 | 39.99 | 721598054229 |
| SUB KSN DESC: HURRICANE SZ 11 572 | 9866973-2 | RED | 11.0 | 1 | 9.700 | 39.99 | 721598054236 |
| SUB KSN DESC: HURRICANE SZ 6 562 | 9866979-9 | RED | 6.0 | 1 | 9.700 | 39.99 | 721598054182 |
| | | | TOTAL | 12 | 116.400 | 479.88 | |

**ADDITIONAL CONDITIONS**

**FOR ITEM 260098669740**
IFI-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 260098669807**
IFI-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 260098669815**
IFI-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

---

SEARS ROEBUCK & CO.                **PURCHASE ORDER**                                    Page : 7

| **ORDER DATE :** 03-MAY-2018 | **ORDER NO :** SL5167 | BM4  BRITNEY MEJIA |

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR—
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
-------------------------------------------------------------

UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER, AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
-------------------------------------------------------------

ANTIDUMPING CLAUSE:
-------------------------------------------------------------
VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
-------------------------------------------------------------
-------------------------------------------------------------
-------------------------------------------------------------

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
-------------------------------------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

Page : 8

| ORDER DATE : 03-MAY-2018 | ORDER NO : SL5167 | BM4  BRITNEY MEJIA |
|---|---|---|

QUANTITY DISCREPANCIES:

OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO)HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
------------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
------------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

---

## COMMERCIAL INVOICE

Page 1 of 3

DATE :  June 20, 2018

INVOICE NO :  201820223491

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Shanghai, China         SHIPPED TO:   Delano , CA

MODE OF TRANSPORTATION:  Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SL5167 | HURRICANE 068 | 14 | 14 | 116.400  USD | 1,629.60  USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 260098669740 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | |
| SEARS DIV | 654 | | | | | |
| SEARS ITEM/SKU | 28030/068 | | | | | |

GENDER: WOMEN
UPPER MATERIAL IN PERCENT: 100% RUBBER UPPER
OUTER SOLE MATERIAL IN PERCENT : 100% RUBBER OUTSOLE WITH LEATHER
TYPE OF CONSTRUCTION : VULCANIZED
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: OVER ANKLE
SIZE RANGE : WO'S 5-11#
COMMISSION PERCENTAGE : 7%.
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST? : NO
ROYALTY FOR TRADEMARK NAME? : N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT?  1

| | | | |
|---|---|---|---|
| CONTRACT NO. | SL5167 | REFERENCE NO. | 101 |
| DC CODE | RIDE | DEPARTMENT NO. | 086 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 |
| VENDOR ITEM CODE | 0 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.          062746
KAIHUA GOLDMAN SHOESMAKING FACTORY
NO. 1, INDUSTRIAL PARK, QINGYANG
TOWNSHIP, KAIHUA COUNTY
QUZHOU
ZHEJIANG
China
FTY MID NO.          CNKAIGOL1QUZ

| SEARS | SL5167 | HURRICANE 853 | 14 | 14 | 116.400  USD | 1,629.60  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 260098669807 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | |
| SEARS DIV | 654 | | | | | |
| SEARS ITEM/SKU | 28030/853 | | | | | |

GENDER: WOMEN
UPPER MATERIAL IN PERCENT: 100% RUBBER UPPER
OUTER SOLE MATERIAL IN PERCENT : 100% RUBBER OUTSOLE WITH LEATHER
TYPE OF CONSTRUCTION : VULCANIZED
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: OVER ANKLE
SIZE RANGE : WO'S 5-11#
COMMISSION PERCENTAGE : 7%.
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST? : NO
ROYALTY FOR TRADEMARK NAME? : N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT?  1

## COMMERCIAL INVOICE

Page 2 of 3

DATE:  June 20, 2018

INVOICE NO. :  201820223491

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Shanghai, China      SHIPPED TO:  Delano , CA

MODE OF TRANSPORTATION:  Ocean

FOB China

| | | |
|---|---|---|
| CONTRACT NO. | SL5167 | REFERENCE NO. | 101 |
| DC CODE | RDE | DEPARTMENT NO. | 086 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 |
| VENDOR ITEM CODE | 0 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.       062746
KAIHUA GOLDMAN SHOESMAKING FACTORY
NO. 1, INDUSTRIAL PARK, QINGYANG
TOWNSHIP, KAIHUA COUNTY
QUZHOU
ZHEJIANG
China
FTY MID NO.        CNKAIGOL1QUZ

| SEARS | SL5167 | HURRICANE 986 | | 72 | 72 | 116.400 USD | 8,380.80 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 260098669815 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 654 | | | | | | |
| SEARS ITEM/SKU: | 28030/986 | | | | | | |

GENDER: WOMEN
UPPER MATERIAL IN PERCENT: 100% RUBBER UPPER
OUTER SOLE MATERIAL IN PERCENT : 100% RUBBER OUTSOLE WITH LEATHER
TYPE OF CONSTRUCTION : VULCANIZED
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: OVER ANKLE
SIZE RANGE: WO'S 5-11#
COMMISSION PERCENTAGE : 7%
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST? : NO
ROYALTY FOR TRADEMARK NAME?: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

| | | |
|---|---|---|
| CONTRACT NO. | SL5167 | REFERENCE NO. | 101 |
| DC CODE | RDE | DEPARTMENT NO. | 086 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 |
| VENDOR ITEM CODE | 0 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.       062746
KAIHUA GOLDMAN SHOESMAKING FACTORY
NO. 1, INDUSTRIAL PARK, QINGYANG
TOWNSHIP, KAIHUA COUNTY
QUZHOU
ZHEJIANG
China
FTY MID NO.        CNKAIGOL1QUZ

PAYMENT TERM        Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER        OPEN ACCOUNT

---

## COMMERCIAL INVOICE

Page 3 of 3

DATE:  June 20, 2018

INVOICE NO. :  201820223491

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Shanghai, China      SHIPPED TO:  Delano , CA

MODE OF TRANSPORTATION:  Ocean

FOB China

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 100 | 100 | ASSORTMENTS | 11,640.00  USD |

TOTAL US DOLLARS ELEVEN THOUSAND SIX HUNDRED FORTY DOLLARS AND ZERO CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| |
|---|
| ARCA INDUSTRIAL (NJ) INC |
| EMPLOYEE NAME |
| EMPLOYEE TITLE |



SEARS SH7005

13 of 182

---

SEARS ROEBUCK & CO.                               P U R C H A S E   O R D E R                                        Page : 1

| ORDER DATE : 09-MAY-2018 | ORDER NO : SH7005 | BUYER : VR1 VIVIAN REYES |
| DIV : Division 4 | DEPT NO : 087 | |

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
| --- | --- |
| NAME | ARCA INDUSTRIAL (NJ) INC |
| ADDRESS | 3 KELLOGG COURT |
| | SUITE #2 |
| | EDISON |
| | NJ |
| COUNTRY | United States |
| EMAIL | arcany@aol.com |
| VENDOR NBR | 8336 |
| TELEPHONE | 732-339-0450 |
| DUNS NBR | 01000154948 |
| FDA REG # | |

TOTAL COST OF ORDER USD
$17,940.00

PAYMENT TO BE MADE BY :
( )   MULTIPLE PAYMENT TYPES
( X ) CHECK/WIRE TRANSFER
          Amount USD:  17,940.00
( )   FREE GOODS
          Amount USD:  0.00
( )   LETTER OF CREDIT
          Amount USD:  0.00
          LC #:
     TRANSFERABLE:
          BANK:
PAYMENT TERMS:          59     (days)

| FOREIGN AGENT OFFICE: | KKFTWR | KMART/SEARS FOOTWEAR CONTRACTS |
| FOREIGN SUPPORT OFFICE: | RKKFTWR | KMART AND SEARS FOOTWEAR |
| PRODUCTION COUNTRY: | PINTLS | INTERNATIONAL SEAWAY |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNXMN1H |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Xiamen, China |

FACTORY DETAILS:

| FACTORY NBR: | 063788 |
| NAME | GRAND LUCK (FUJIAN) FOOTWEAR CO LTD |
| ADDRESS | GAOQI INDUETRIAL ZONE |
| | NANYU TOWN, MINHOU COUNTRY |
| | FUZHOU |
| | FUJIAN |
| COUNTRY | China |
| TEL | 591 28052626 |
| EMAIL | united8h@163.com |
| MID | CNGRALUCFUZ |

14 of 182

## Left Purchase Order

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

Page : 2

ORDER DATE : 09-MAY-2018    ORDER NO : SH7005    VR1  VIVIAN REYES

**DESCRIPTION**
84429 SZ 7.5 565

ITEM CODE: 510038712204

SEASON/YEAR: 1-BASIC AND REPLENISHED
SUB-SEASON: 10-BASIC AND REPLENISHED
CAT/SUB-CAT: 51/04

I 2OF 5/CARTON UPC: 0721598053S500
STYLE: SM-5765
BRAND NAME: ELK WOODS
INTL COMMODITY CODE: GDSM

TRADEMARK: NONE
COPYRIGHT REG. NO.:
MLTP CARTON IND: 001

SEARS DIV: 667
SEARS ITEM: 84429
SEARS SKU: 565

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL EA | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER EACHES | PER CARTON | $90.00 | 5 | 40 | $1,196.00 |
| $29.900 | $239.200 | | | | |

PER CARTON

KGS: 10.980
LBS: 24.210

CBM: 0.120127
CU. FT: 4.242

EACHES PER INNER: 1
INNERS PER OUTER CARTON: 8
EACHES PER MASTER SHIPPING CTN: 8

OUTER CARTON DIMENSIONS
L 22.85" X W 20.9" X H 15.35"

PACKING INSTRUCTION: CASEPACK

QUOTA CAT#: RNONE
SPECIAL TRADE INDICATOR:

CASE #
ANTI-DUMPING:
COUNTERVAILING:

FACTORY        EXPORTER

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
BOXED

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (EACHES) | PAY TYPE |
| 101 | RDE | RDE | Ocean | 01-AUG-2018 | 01-AUG-2018 | 20-SEP-2018 | Z | 5 | 40 | W |

DETAIL DESCRIPTION-

DESCRIPTION OF TYPE OF SHOE: 84429 HIGHPOINT HIKERS
GENDER: MENS
UPPER MATERIAL IN PERCENT:90% leather and 10% mesh
OUTER SOLE MATERIAL IN PERCENT:100% rubber
TYPE OF CONSTRUCTION: cement
ABOVE THE ANKLE GMS
SIZE RANGE:Men's Medium 7.5-11,12,13
COMMISSION PERCENTAGE :0.07
COMMISSION PAYABLE TO:ISTC NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME:N/A

OPC:        8

FABRIC MATERIAL:        LEATHER

## Right Purchase Order

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

Page : 3

ORDER DATE : 09-MAY-2018    ORDER NO : SH7005    VR1  VIVIAN REYES

**DESCRIPTION**
84429 SZ 8 566

ITEM CODE: 510038712212

SEASON/YEAR: 1-BASIC AND REPLENISHED
SUB-SEASON: 10-BASIC AND REPLENISHED
CAT/SUB-CAT: 51/04

I 2OF 5/CARTON UPC: 0721598053S678
STYLE: SM-5765
BRAND NAME: ELK WOODS
INTL COMMODITY CODE: GDSM

TRADEMARK: NONE
COPYRIGHT REG. NO.:
MLTP CARTON IND: 001

SEARS DIV: 667
SEARS ITEM: 84429
SEARS SKU: 566

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL EA | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER EACHES | PER CARTON | $90.00 | 7 | 56 | $1,674.40 |
| $29.900 | $239.200 | | | | |

PER CARTON

KGS: 10.980
LBS: 24.210

CBM: 0.120127
CU. FT: 4.242

EACHES PER INNER: 1
INNERS PER OUTER CARTON: 8
EACHES PER MASTER SHIPPING CTN: 8

OUTER CARTON DIMENSIONS
L 22.85" X W 20.9" X H 15.35"

PACKING INSTRUCTION: CASEPACK

QUOTA CAT#: RNONE
SPECIAL TRADE INDICATOR:

CASE #
ANTI-DUMPING:
COUNTERVAILING:

FACTORY        EXPORTER

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
BOXED

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (EACHES) | PAY TYPE |
| 101 | RDE | RDE | Ocean | 01-AUG-2018 | 01-AUG-2018 | 20-SEP-2018 | Z | 7 | 56 | W |

DETAIL DESCRIPTION-

DESCRIPTION OF TYPE OF SHOE: 84429 HIGHPOINT HIKERS
GENDER: MENS
UPPER MATERIAL IN PERCENT:90% leather and 10% mesh
OUTER SOLE MATERIAL IN PERCENT:100% rubber
TYPE OF CONSTRUCTION: cement
ABOVE THE ANKLE GMS
SIZE RANGE:Men's Medium 7.5-11,12,13
COMMISSION PERCENTAGE :0.07
COMMISSION PAYABLE TO:ISTC NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME:N/A

OPC:        8

FABRIC MATERIAL:        LEATHER

## Left Page

SEARS ROEBUCK & CO.                    P U R C H A S E   O R D E R                    Page : 4

| ORDER DATE : 09-MAY-2018 | ORDER NO : SH7005 | | VR1  VIVIAN REYES |
|---|---|---|---|

DESCRIPTION
84429 SZ 8.5 567

| | | | | SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|---|---|---|---|
| ITEM CODE: | 510038712246 | SEASON/YEAR: | 1-BASIC AND REPLENSHED | | | |
| | | SUB-SEASON: | 10-BASIC AND REPLENSHED | | | |
| I 2OF S/CARTON UPC: | 07215980535746 | CAT/SUB-CAT: | 51/04 | | | |
| | | TRADEMARK: | NONE | 667 | 84429 | 567 |
| BRAND NAME: | ELK WOODS | COPYRIGHT REG. NO.: | | | | |
| INTL COMMODY CODE: | GOSM | MLTP CARTON ID: | 001 | | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL EA | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER EACHES | PER CARTON | $90.00 | 8 | 64 | $1,913.60 |
| $29.900 | $239.200 | | | | |

| | KGS: | 10.980 | CBM: | 0.120127 | | EACHES PER INNER | 1 |
|---|---|---|---|---|---|---|---|
| PER CARTON | LBS: | 24.210 | CU. FT.: | 4.242 | | INNERS PER OUTER CARTON | 8 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | | EACHES PER MASTER SHIPPING CTN | 8 |
| L 22.85" X W 20.9" X H 15.35" | | | CASEPACK | | | | |

QUOTA CAT#:  RNONE                    CASE #              FACTORY          EXPORTER

SPECIAL TRADE INDICATOR:                    ANTI-DUMPING:

                                          COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
BOXED

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (EACHES) | PAY TYPE |
| 101 | RDE | RDE | Ocean | 01-AUG-2018 | 01-AUG-2018 | 20-SEP-2018 | Z | 8 | 64 | W |

DETAIL DESCRIPTION-

DESCRIPTION OF TYPE OF SHOE: 84429 HIGHPOINT HIKERS
GENDER: MENS
UPPER MATERIAL IN PERCENT:90% leather and 10% mesh
OUTER SOLE MATERIAL IN PERCENT:100% rubber
TYPE OF CONSTRUCTION: cement
ABOVE THE ANKLE GMS
SIZE RANGE:Men's Medium 7.5-11,12,13
COMMISSION PERCENTAGE :0.07
COMMISSION PAYABLE TO:ISTC NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST.NO
ROYALTY FOR TRADEMARK NAME:N/A

OPC:                    8
FABRIC MATERIAL:          LEATHER

17 of 182

## Right Page

SEARS ROEBUCK & CO.                    P U R C H A S E   O R D E R                    Page : 5

| ORDER DATE : 09-MAY-2018 | ORDER NO : SH7005 | | VR1  VIVIAN REYES |
|---|---|---|---|

DESCRIPTION
84429 SZ 9 568

| | | | | SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|---|---|---|---|
| ITEM CODE: | 510038712253 | SEASON/YEAR: | 1-BASIC AND REPLENSHED | | | |
| | | SUB-SEASON: | 10-BASIC AND REPLENSHED | | | |
| I 2OF S/CARTON UPC: | 07215980535814 | CAT/SUB-CAT: | 51/04 | | | |
| | | TRADEMARK: | NONE | 667 | 84429 | 568 |
| BRAND NAME: | ELK WOODS | COPYRIGHT REG. NO.: | | | | |
| INTL COMMODY CODE: | GOSM | MLTP CARTON ID: | 001 | | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL EA | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER EACHES | PER CARTON | $90.00 | 10 | 80 | $2,392.00 |
| $29.900 | $239.200 | | | | |

| | KGS: | 10.980 | CBM: | 0.120127 | | EACHES PER INNER | 1 |
|---|---|---|---|---|---|---|---|
| PER CARTON | LBS: | 24.210 | CU. FT.: | 4.242 | | INNERS PER OUTER CARTON | 8 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | | EACHES PER MASTER SHIPPING CTN | 8 |
| L 22.85" X W 20.9" X H 15.35" | | | CASEPACK | | | | |

QUOTA CAT#:  RNONE                    CASE #              FACTORY          EXPORTER

SPECIAL TRADE INDICATOR:                    ANTI-DUMPING:

                                          COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
BOXED

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (EACHES) | PAY TYPE |
| 101 | RDE | RDE | Ocean | 01-AUG-2018 | 01-AUG-2018 | 20-SEP-2018 | Z | 10 | 80 | W |

DETAIL DESCRIPTION-

DESCRIPTION OF TYPE OF SHOE: 84429 HIGHPOINT HIKERS
GENDER: MENS
UPPER MATERIAL IN PERCENT:90% leather and 10% mesh
OUTER SOLE MATERIAL IN PERCENT:100% rubber
TYPE OF CONSTRUCTION: cement
ABOVE THE ANKLE GMS
SIZE RANGE:Men's Medium 7.5-11,12,13
COMMISSION PERCENTAGE :0.07
COMMISSION PAYABLE TO:ISTC NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST.NO
ROYALTY FOR TRADEMARK NAME:N/A

OPC:                    8
FABRIC MATERIAL:          LEATHER

18 of 182

## Left Page

SEARS ROEBUCK & CO.                     P U R C H A S E   O R D E R                              Page : 6

ORDER DATE : 09-MAY-2018     ORDER NO : SHT005                    VR1  VIVIAN REYES

DESCRIPTION

| | | | |
|---|---|---|---|
| ITEM CODE: 510038712261 | SEASON/YEAR: | 1-BASIC AND REPLENISHED | 84429 SZ 9.5 569 |
| | SUB-SEASON: | 10-BASIC AND REPLENISHED | |

I 2OF S/CARTON UPC: 07215980535982    CAT/SUB-CAT: 51/04

| | | SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|---|---|
| STYLE: SM-5765 | TRADEMARK: NONE | 667 | 84429 | 569 |
| BRAND NAME: ELK WOODS | COPYRIGHT REG. NO.: | | | |
| INTL COMMODY CODE: GDSM | MLTP CARTON NO: 001 | | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL EA | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER EACHES | PER CARTON | $90.00 | 10 | 80 | $2,392.00 |
| $29.900 | $239.200 | | | | |

| | KGS: | 10.980 | CBM: | 0.120127 | EACHES PER INNER | 1 |
|---|---|---|---|---|---|---|
| PER CARTON | LBS: | 24.210 | CU. FT.: | 4.242 | INNERS PER OUTER CARTON | 8 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | EACHES PER MASTER SHIPPING CTN | 8 |
| L 22.85" X W 20.9" X H 15.35" | | | CASEPACK | | | |

QUOTA CAT#: RNNONE                              CASE #              FACTORY           EXPORTER
SPECIAL TRADE INDICATOR:              ANTI-DUMPING:
                                     COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
BOXED

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (EACHES) | PAY TYPE |
| 101 | RDE | RDE | Ocean | 01-AUG-2018 | 01-AUG-2018 | 20-SEP-2018 | Z | 10 | 80 | W |

DETAIL DESCRIPTION-

DESCRIPTION OF TYPE OF SHOE: 84429 HIGHPOINT HIKERS
GENDER: MENS
UPPER MATERIAL IN PERCENT:90% leather and 10% mesh
OUTER SOLE MATERIAL IN PERCENT:100% rubber
TYPE OF CONSTRUCTION: cement
ABOVE THE ANKLE GMS
SIZE RANGE:Men's Medium 7.5-11,12,13
COMMISSION PERCENTAGE :0.07
COMMISSION PAYABLE TO:ISTC NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME:N/A

OPC:              8
FABRIC MATERIAL:       LEATHER

## Right Page

SEARS ROEBUCK & CO.                     P U R C H A S E   O R D E R                              Page : 7

ORDER DATE : 09-MAY-2018     ORDER NO : SHT005                    VR1  VIVIAN REYES

DESCRIPTION

| | | | |
|---|---|---|---|
| ITEM CODE: 510038712402 | SEASON/YEAR: | 1-BASIC AND REPLENISHED | 84429 SZ 10 570 |
| | SUB-SEASON: | 10-BASIC AND REPLENISHED | |

I 2OF S/CARTON UPC: 07215980536040    CAT/SUB-CAT: 51/04

| | | SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|---|---|
| STYLE: SM-5765 | TRADEMARK: NONE | 667 | 84429 | 570 |
| BRAND NAME: ELK WOODS | COPYRIGHT REG. NO.: | | | |
| INTL COMMODY CODE: GDSM | MLTP CARTON NO: 001 | | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL EA | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER EACHES | PER CARTON | $90.00 | 9 | 72 | $2,152.80 |
| $29.900 | $239.200 | | | | |

| | KGS: | 10.980 | CBM: | 0.120127 | EACHES PER INNER | 1 |
|---|---|---|---|---|---|---|
| PER CARTON | LBS: | 24.210 | CU. FT.: | 4.242 | INNERS PER OUTER CARTON | 8 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | EACHES PER MASTER SHIPPING CTN | 8 |
| L 22.85" X W 20.9" X H 15.35" | | | CASEPACK | | | |

QUOTA CAT#: RNNONE                              CASE #              FACTORY           EXPORTER
SPECIAL TRADE INDICATOR:              ANTI-DUMPING:
                                     COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
BOXED

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (EACHES) | PAY TYPE |
| 101 | RDE | RDE | Ocean | 01-AUG-2018 | 01-AUG-2018 | 20-SEP-2018 | Z | 9 | 72 | W |

DETAIL DESCRIPTION-

DESCRIPTION OF TYPE OF SHOE: 84429 HIGHPOINT HIKERS
GENDER: MENS
UPPER MATERIAL IN PERCENT:90% leather and 10% mesh
OUTER SOLE MATERIAL IN PERCENT:100% rubber
TYPE OF CONSTRUCTION: cement
ABOVE THE ANKLE GMS
SIZE RANGE:Men's Medium 7.5-11,12,13
COMMISSION PERCENTAGE :0.07
COMMISSION PAYABLE TO:ISTC NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME:N/A

OPC:              8
FABRIC MATERIAL:       LEATHER

## Left Page (Page: 8)

SEARS ROEBUCK & CO.  **PURCHASE ORDER**  Page : 8

| ORDER DATE : 09-MAY-2018 | ORDER NO : SH7005 | VR1  VIVIAN REYES |
|---|---|---|

| | | DESCRIPTION |
|---|---|---|
| ITEM CODE:  510038713491 | SEASON/YEAR: 1-BASIC AND REPLENISHED | 84429 SZ 10.5 571 |
| | SUB-SEASON: 10-BASIC AND REPLENISHED | |
| I 2OF 5/CARTON UPC:  0721598053k118 | CAT/SUB-CAT:  51/04 | |
| STYLE:  SM-5765 | TRADEMARK:  NONE | SEARS DIV |
| BRAND NAME:  ELK WOODS | COPYRIGHT REG. NO.: | 667 |
| INTL COMMODITY CODE:  GDSM | MLTP CARTON NO:  001 | |

SEARS DIV 667  SEARS ITEM 84429  SEARS SKU 571

| FOB PRICE | SELL PRICE | TOTAL CARTONS | TOTAL EA | TOTAL COST OF ITEM |
|---|---|---|---|---|
| PER EACHES   PER CARTON | $90.00 | 8 | 64 | $1,913.60 |
| $29.900       $239.200 | | | | |

| PER CARTON | KGS:  10.980 | CBM:  0.120127 | EACHES PER INNER | 1 |
|---|---|---|---|---|
| | LBS:  24.210 | CU. FT.:  4.242 | INNERS PER OUTER CARTON | 8 |

OUTER CARTON DIMENSIONS  
L 22.85" X W 20.9" X H 15.35"  
PACKING INSTRUCTION:  CASEPACK  
EACHES PER MASTER SHIPPING CTN  8

QUOTA CAT#:  RNONE   CASE #   FACTORY   EXPORTER  
SPECIAL TRADE INDICATOR:  
ANTI-DUMPING:  
COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:  
BOXED

| | | | SHIPPING SCHEDULE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (EACHES) | PAY TYPE |
| 101 | RDE | RDE | Ocean | 01-AUG-2018 | 01-AUG-2018 | 20-SEP-2018 | Z | 8 | 64 | W |

DETAIL DESCRIPTION-

DESCRIPTION OF TYPE OF SHOE: 84429 HIGHPOINT HIKERS  
GENDER: MENS  
UPPER MATERIAL IN PERCENT:90% leather and 10% mesh  
OUTER SOLE MATERIAL IN PERCENT:100% rubber  
TYPE OF CONSTRUCTION: cement  
ABOVE THE ANKLE GMS  
SIZE RANGE:Men's Medium 7.5-11,12,13  
COMMISSION PERCENTAGE :0.07  
COMMISSION PAYABLE TO:ISTC NOT DUTIABLE  
COMMISSION IS INCLUDED IN FIRST COST.NO  
ROYALTY FOR TRADEMARK NAME:N/A

OPC:  8  
FABRIC MATERIAL:  LEATHER

## Right Page (Page: 9)

SEARS ROEBUCK & CO.  **PURCHASE ORDER**  Page : 9

| ORDER DATE : 09-MAY-2018 | ORDER NO : SH7005 | VR1  VIVIAN REYES |
|---|---|---|

| | | DESCRIPTION |
|---|---|---|
| ITEM CODE:  510038713509 | SEASON/YEAR: 1-BASIC AND REPLENISHED | 84429 SZ 11 572 |
| | SUB-SEASON: 10-BASIC AND REPLENISHED | |
| I 2OF 5/CARTON UPC:  0721598053k286 | CAT/SUB-CAT:  51/04 | |
| STYLE:  SM-5765 | TRADEMARK:  NONE | SEARS DIV |
| BRAND NAME:  ELK WOODS | COPYRIGHT REG. NO.: | 667 |
| INTL COMMODITY CODE:  GDSM | MLTP CARTON NO:  001 | |

SEARS DIV 667  SEARS ITEM 84429  SEARS SKU 572

| FOB PRICE | SELL PRICE | TOTAL CARTONS | TOTAL EA | TOTAL COST OF ITEM |
|---|---|---|---|---|
| PER EACHES   PER CARTON | $90.00 | 8 | 64 | $1,913.60 |
| $29.900       $239.200 | | | | |

| PER CARTON | KGS:  10.980 | CBM:  0.120127 | EACHES PER INNER | 1 |
|---|---|---|---|---|
| | LBS:  24.210 | CU. FT.:  4.242 | INNERS PER OUTER CARTON | 8 |

OUTER CARTON DIMENSIONS  
L 22.85" X W 20.9" X H 15.35"  
PACKING INSTRUCTION:  CASEPACK  
EACHES PER MASTER SHIPPING CTN  8

QUOTA CAT#:  RNONE   CASE #   FACTORY   EXPORTER  
SPECIAL TRADE INDICATOR:  
ANTI-DUMPING:  
COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:  
BOXED

| | | | SHIPPING SCHEDULE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (EACHES) | PAY TYPE |
| 101 | RDE | RDE | Ocean | 01-AUG-2018 | 01-AUG-2018 | 20-SEP-2018 | Z | 8 | 64 | W |

DETAIL DESCRIPTION-

DESCRIPTION OF TYPE OF SHOE: 84429 HIGHPOINT HIKERS  
GENDER: MENS  
UPPER MATERIAL IN PERCENT:90% leather and 10% mesh  
OUTER SOLE MATERIAL IN PERCENT:100% rubber  
TYPE OF CONSTRUCTION: cement  
ABOVE THE ANKLE GMS  
SIZE RANGE:Men's Medium 7.5-11,12,13  
COMMISSION PERCENTAGE :0.07  
COMMISSION PAYABLE TO:ISTC NOT DUTIABLE  
COMMISSION IS INCLUDED IN FIRST COST.NO  
ROYALTY FOR TRADEMARK NAME:N/A

OPC:  8  
FABRIC MATERIAL:  LEATHER

## Left Page

SEARS ROEBUCK & CO.                    P U R C H A S E   O R D E R                    Page : 10

ORDER DATE : 09-MAY-2018     ORDER NO : SH7005                    VR1  VIVIAN REYES

| | | DESCRIPTION | | |
|---|---|---|---|---|
| ITEM CODE:  510038714184 | SEASON/YEAR: | 1-BASIC AND REPLENISHED | 84429 SZ 12 574 | |
| | SUB-SEASON: | 10-BASIC AND REPLENISHED | | |
| I 2OF S/CARTON UPC:  07215980536354 | CAT/SUB-CAT:  51/04 | | | |
| STYLE:  SM-5765 | TRADEMARK:  NONE | | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME:  ELK WOODS | COPYRIGHT REG. NO.: | | 667 | 84429 | 574 |
| INTL COMMODITY CODE:  GDSM | MLTP CARTON NO:  001 | | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL EA | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER EACHES | PER CARTON | $90.00 | 6 | 48 | $1,435.20 |
| $29.900 | $239.200 | | | | |

| | KGS: | 10.980 | CBM: | 0.120127 | | EACHES PER INNER | 1 |
|---|---|---|---|---|---|---|---|
| PER CARTON | LBS: | 24.210 | CU. FT.: | 4.242 | | INNERS PER OUTER CARTON | 8 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | | EACHES PER MASTER SHIPPING CTN | 8 |
| L 22.85" X W 20.9" X H 15.35" | | | CASEPACK | | | | |

QUOTA CAT#:  RNONE                    CASE #                    FACTORY            EXPORTER

SPECIAL TRADE INDICATOR:          ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
BOXED

| | SHIPPING SCHEDULE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (EACHES) | PAY TYPE |
| 101 | RDE | RDE | Ocean | 01-AUG-2018 | 01-AUG-2018 | 20-SEP-2018 | Z | 6 | 48 | W |

DETAIL DESCRIPTION-

DESCRIPTION OF TYPE OF SHOE: 84429 HIGHPOINT HIKERS
GENDER: MENS
UPPER MATERIAL IN PERCENT:90% leather and 10% mesh
OUTER SOLE MATERIAL IN PERCENT:100% rubber
TYPE OF CONSTRUCTION: cement
ABOVE THE ANKLE GMS
SIZE RANGE:Men's Medium 7.5-11,12,13
COMMISSION PERCENTAGE :0.07
COMMISSION PAYABLE TO:ISTC NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST.NO
ROYALTY FOR TRADEMARK NAME:N/A

OPC:                    8
FABRIC MATERIAL:          LEATHER

## Right Page

SEARS ROEBUCK & CO.                    P U R C H A S E   O R D E R                    Page : 11

ORDER DATE : 09-MAY-2018     ORDER NO : SH7005                    VR1  VIVIAN REYES

| | | DESCRIPTION | | |
|---|---|---|---|---|
| ITEM CODE:  510038714325 | SEASON/YEAR: | 1-BASIC AND REPLENISHED | 84429 SZ 13 576 | |
| | SUB-SEASON: | 10-BASIC AND REPLENISHED | | |
| I 2OF S/CARTON UPC:  07215980536422 | CAT/SUB-CAT:  51/04 | | | |
| STYLE:  SM-5765 | TRADEMARK:  NONE | | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME:  ELK WOODS | COPYRIGHT REG. NO.: | | 667 | 84429 | 576 |
| INTL COMMODITY CODE:  GDSM | MLTP CARTON NO:  001 | | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL EA | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER EACHES | PER CARTON | $90.00 | 4 | 32 | $956.80 |
| $29.900 | $239.200 | | | | |

| | KGS: | 10.980 | CBM: | 0.120127 | | EACHES PER INNER | 1 |
|---|---|---|---|---|---|---|---|
| PER CARTON | LBS: | 24.210 | CU. FT.: | 4.242 | | INNERS PER OUTER CARTON | 8 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | | EACHES PER MASTER SHIPPING CTN | 8 |
| L 22.85" X W 20.9" X H 15.35" | | | CASEPACK | | | | |

QUOTA CAT#:  RNONE                    CASE #                    FACTORY            EXPORTER

SPECIAL TRADE INDICATOR:          ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
BOXED

| | SHIPPING SCHEDULE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (EACHES) | PAY TYPE |
| 101 | RDE | RDE | Ocean | 01-AUG-2018 | 01-AUG-2018 | 20-SEP-2018 | Z | 4 | 32 | W |

DETAIL DESCRIPTION-

DESCRIPTION OF TYPE OF SHOE: 84429 HIGHPOINT HIKERS
GENDER: MENS
UPPER MATERIAL IN PERCENT:90% leather and 10% mesh
OUTER SOLE MATERIAL IN PERCENT:100% rubber
TYPE OF CONSTRUCTION: cement
ABOVE THE ANKLE GMS
SIZE RANGE:Men's Medium 7.5-11,12,13
COMMISSION PERCENTAGE :0.07
COMMISSION PAYABLE TO:ISTC NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST.NO
ROYALTY FOR TRADEMARK NAME:N/A

OPC:                    8
FABRIC MATERIAL:          LEATHER

## Page : 12

SEARS ROEBUCK & CO.  **PURCHASE ORDER**

ORDER DATE : 09-MAY-2018    ORDER NO : SH7005    VR1  VIVIAN REYES

ITEM CODE: 510038712204
SUB - ITEM   HANGER   MAIN LABEL  SIZE STRIP  HANGTAG   STITCH SPECS   ITEM-SKU   LOGO   VENDOR MODEL   RN CODE   MATERIAL CODE  PCT   CARE INSTRUCTIONS
84429-5 65

ITEM CODE: 510038712212
SUB - ITEM   HANGER   MAIN LABEL  SIZE STRIP  HANGTAG   STITCH SPECS   ITEM-SKU   LOGO   VENDOR MODEL   RN CODE   MATERIAL CODE  PCT   CARE INSTRUCTIONS
84429-5 66

ITEM CODE: 510038712246
SUB - ITEM   HANGER   MAIN LABEL  SIZE STRIP  HANGTAG   STITCH SPECS   ITEM-SKU   LOGO   VENDOR MODEL   RN CODE   MATERIAL CODE  PCT   CARE INSTRUCTIONS
84429-5 67

ITEM CODE: 510038712253
SUB - ITEM   HANGER   MAIN LABEL  SIZE STRIP  HANGTAG   STITCH SPECS   ITEM-SKU   LOGO   VENDOR MODEL   RN CODE   MATERIAL CODE  PCT   CARE INSTRUCTIONS
84429-5 68

ITEM CODE: 510038712261
SUB - ITEM   HANGER   MAIN LABEL  SIZE STRIP  HANGTAG   STITCH SPECS   ITEM-SKU   LOGO   VENDOR MODEL   RN CODE   MATERIAL CODE  PCT   CARE INSTRUCTIONS
84429-5 69

ITEM CODE: 510038712402
SUB - ITEM   HANGER   MAIN LABEL  SIZE STRIP  HANGTAG   STITCH SPECS   ITEM-SKU   LOGO   VENDOR MODEL   RN CODE   MATERIAL CODE  PCT   CARE INSTRUCTIONS
84429-5 70

ITEM CODE: 510038713491
SUB - ITEM   HANGER   MAIN LABEL  SIZE STRIP  HANGTAG   STITCH SPECS   ITEM-SKU   LOGO   VENDOR MODEL   RN CODE   MATERIAL CODE  PCT   CARE INSTRUCTIONS
84429-5 71

ITEM CODE: 510038713509
SUB - ITEM   HANGER   MAIN LABEL  SIZE STRIP  HANGTAG   STITCH SPECS   ITEM-SKU   LOGO   VENDOR MODEL   RN CODE   MATERIAL CODE  PCT   CARE INSTRUCTIONS
84429-5 72

ITEM CODE: 510038714184
SUB - ITEM   HANGER   MAIN LABEL  SIZE STRIP  HANGTAG   STITCH SPECS   ITEM-SKU   LOGO   VENDOR MODEL   RN CODE   MATERIAL CODE  PCT   CARE INSTRUCTIONS
84429-5 74

ITEM CODE: 510038714325
SUB - ITEM   HANGER   MAIN LABEL  SIZE STRIP  HANGTAG   STITCH SPECS   ITEM-SKU   LOGO   VENDOR MODEL   RN CODE   MATERIAL CODE  PCT   CARE INSTRUCTIONS
84429-5 76

ITEM CODE: 510038712204    ITEM: 84429 SZ 7.5 565
SUB-ITEM DESCRIPTION   SKU   COLOR   SIZE   QTY   FOB  SELL PRICE  UPC#
TOTAL   0

ITEM CODE: 510038712212    ITEM: 84429 SZ 8 566
SUB-ITEM DESCRIPTION   SKU   COLOR   SIZE   QTY   FOB  SELL PRICE  UPC#
TOTAL   0

## Page : 13

SEARS ROEBUCK & CO.  **PURCHASE ORDER**

ORDER DATE : 09-MAY-2018    ORDER NO : SH7005    VR1  VIVIAN REYES

ITEM CODE: 510038712246    ITEM: 84429 SZ 8.5 567
SUB-ITEM DESCRIPTION   SKU   COLOR   SIZE   QTY   FOB  SELL PRICE  UPC#
TOTAL   0

ITEM CODE: 510038712253    ITEM: 84429 SZ 9 568
SUB-ITEM DESCRIPTION   SKU   COLOR   SIZE   QTY   FOB  SELL PRICE  UPC#
TOTAL   0

ITEM CODE: 510038712261    ITEM: 84429 SZ 9.5 569
SUB-ITEM DESCRIPTION   SKU   COLOR   SIZE   QTY   FOB  SELL PRICE  UPC#
TOTAL   0

ITEM CODE: 510038712402    ITEM: 84429 SZ 10 570
SUB-ITEM DESCRIPTION   SKU   COLOR   SIZE   QTY   FOB  SELL PRICE  UPC#
TOTAL   0

ITEM CODE: 510038713491    ITEM: 84429 SZ 10.5 571
SUB-ITEM DESCRIPTION   SKU   COLOR   SIZE   QTY   FOB  SELL PRICE  UPC#
TOTAL   0

ITEM CODE: 510038713509    ITEM: 84429 SZ 11 572
SUB-ITEM DESCRIPTION   SKU   COLOR   SIZE   QTY   FOB  SELL PRICE  UPC#
TOTAL   0

ITEM CODE: 510038714184    ITEM: 84429 SZ 12 574
SUB-ITEM DESCRIPTION   SKU   COLOR   SIZE   QTY   FOB  SELL PRICE  UPC#
TOTAL   0

ITEM CODE: 510038714325    ITEM: 84429 SZ 13 576
SUB-ITEM DESCRIPTION   SKU   COLOR   SIZE   QTY   FOB  SELL PRICE  UPC#
TOTAL   0

**PURCHASE ORDER**

SEARS ROEBUCK & CO.

Page : 14

| ORDER DATE : 09-MAY-2018 | ORDER NO : SH7005 | VR1 VIVIAN REYES |

ADDITIONAL CONDITIONS

FOR ITEM 510038712204
IFI-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

FOR ITEM 510038712212
IFI-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

FOR ITEM 510038712246
IFI-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

FOR ITEM 510038712253
IFI-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

FOR ITEM 510038712261
IFI-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

FOR ITEM 510038712402
IFI-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

FOR ITEM 510038713491
IFI-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

FOR ITEM 510038713509
IFI-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

FOR ITEM 510038714184
IFI-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

FOR ITEM 510038714325
IFI-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

---

**PURCHASE ORDER**

SEARS ROEBUCK & CO.

Page : 15

| ORDER DATE : 09-MAY-2018 | ORDER NO : SH7005 | VR1 VIVIAN REYES |

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR—
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:

------------------------------------

UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE –1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE –3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE –5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
------------------------------------

ANTIDUMPING CLAUSE:
-------------------------------------------------------
VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
--------------------------------------------------------------
--------------------------------------------------------------
--------------------------------------------------------------
--------------------------------------------------------------

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
-------------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

SEARS ROEBUCK & CO.

PURCHASE ORDER

Page : 16

ORDER DATE :  09-MAY-2018     ORDER NO :  SH7005          VR1  VIVIAN REYES

QUANTITY DISCREPANCIES:
OVERAGES.ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
---------------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
---------------------------------------------------
SHORTAGES.ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

---

## COMMERCIAL INVOICE

Page 1 of 8

DATE :  July 12, 2018

INVOICE NO :  201820702456

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Xiamen, China          SHIPPED TO:  Delano , CA
MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| SEARS  SH7005 | 84429 SZ 7.5 565 | 5 CARTONS | 40 PIECES | 29.900  USD PIECES | 1,196.00  USD |

ITEM:  510038712204
MADE IN  CHINA (MAINLAND)
CONTENTS  8  PIECES
SEARS DIV  667
SEARS ITEM/SKU  84429/565

DESCRIPTION OF TYPE OF SHOE: 84429 HIGHPOINT HIKERS
GENDER: MENS
UPPER MATERIAL IN PERCENT:90% leather and 10% mesh
OUTER SOLE MATERIAL IN PERCENT:100% rubber
TYPE OF CONSTRUCTION: cement
ABOVE THE ANKLE          GMS
SIZE RANGE:Men's Medium 7.5-11,12,13
COMMISSION PERCENTAGE :0.07
COMMISSION PAYABLE TO:ISTC          NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME:N/A

| | | | |
|---|---|---|---|
| CONTRACT NO. | SH7005 | REFERENCE NO. | 101 |
| DC CODE | RIDE | DEPARTMENT NO. | 087 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 |
| VENDOR ITEM CODE | SM-5765 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.      063788
GRAND LUCK (FUJIAN) FOOTWEAR CO LTD
GAOQI INDUSTRIAL ZONE
NANYU TOWN, MINHOU COUNTRY
FUZHOU
FUJIAN
China
FTY MID NO.      CNGRALUCFUZ

| SEARS  SH7005 | 84429 SZ 8 566 | 7 CARTONS | 56 PIECES | 29.900  USD PIECES | 1,674.40  USD |
|---|---|---|---|---|---|

ITEM:  510038712212
MADE IN  CHINA (MAINLAND)
CONTENTS  8  PIECES
SEARS DIV  667
SEARS ITEM/SKU  84429/566

DESCRIPTION OF TYPE OF SHOE: 84429 HIGHPOINT HIKERS
GENDER: MENS
UPPER MATERIAL IN PERCENT:90% leather and 10% mesh
OUTER SOLE MATERIAL IN PERCENT:100% rubber
TYPE OF CONSTRUCTION: cement
ABOVE THE ANKLE          GMS
SIZE RANGE:Men's Medium 7.5-11,12,13
COMMISSION PERCENTAGE :0.07
COMMISSION PAYABLE TO:ISTC          NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME:N/A

## COMMERCIAL INVOICE

Page 2 of 8

DATE: July 12, 2018

INVOICE NO.: 201820702456

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Xiamen, China     SHIPPED TO: Delano , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| SEARS | SH7005 | 84429 SZ 8.5 567 | | 8 | 64 | 29.900 USD | 1,913.60 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

ITEM: 510038712246
MADE IN CHINA (MAINLAND)
CONTENTS 8 PIECES
SEARS DIV 667
SEARS ITEM/SKU 84429/567

DESCRIPTION OF TYPE OF SHOE: 84429 HIGHPOINT HIKERS
GENDER: MENS
UPPER MATERIAL IN PERCENT: 90% leather and 10% mesh
OUTER SOLE MATERIAL IN PERCENT: 100% rubber
TYPE OF CONSTRUCTION: cement
ABOVE THE ANKLE             GMS
SIZE RANGE:Men's Medium 7.5-11,12,13
COMMISSION PERCENTAGE :0.07
COMMISSION PAYABLE TO:STC        NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME:N/A

| CONTRACT NO. | SH7005 | REFERENCE NO. | 101 |
|---|---|---|---|
| DC CODE | RDE | DEPARTMENT NO. | 087 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 |
| VENDOR ITEM CODE | SM-5765 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.        063788
GRAND LUCK (FUJIAN) FOOTWEAR CO LTD
GAOQI INDUETRIAL ZONE
NANYU TOWN, MINHOU COUNTRY
FUZHOU
FUJIAN
China
FTY MID NO.        CNGRALUCFUZ

---

## COMMERCIAL INVOICE

Page 3 of 8

DATE: July 12, 2018

INVOICE NO.: 201820702456

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Xiamen, China     SHIPPED TO: Delano , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| SEARS | SH7005 | 84429 SZ 9 568 | | 10 | 80 | 29.900 USD | 2,392.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

ITEM: 510038712253
MADE IN CHINA (MAINLAND)
CONTENTS 8 PIECES
SEARS DIV 667
SEARS ITEM/SKU 84429/568

DESCRIPTION OF TYPE OF SHOE: 84429 HIGHPOINT HIKERS
GENDER: MENS
UPPER MATERIAL IN PERCENT: 90% leather and 10% mesh
OUTER SOLE MATERIAL IN PERCENT: 100% rubber
TYPE OF CONSTRUCTION: cement
ABOVE THE ANKLE             GMS
SIZE RANGE:Men's Medium 7.5-11,12,13
COMMISSION PERCENTAGE :0.07
COMMISSION PAYABLE TO:STC        NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST: NO
ROYALTY FOR TRADEMARK NAME:N/A

| CONTRACT NO. | SH7005 | REFERENCE NO. | 101 |
|---|---|---|---|
| DC CODE | RDE | DEPARTMENT NO. | 087 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 |
| VENDOR ITEM CODE | SM-5765 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.        063788
GRAND LUCK (FUJIAN) FOOTWEAR CO LTD
GAOQI INDUETRIAL ZONE
NANYU TOWN, MINHOU COUNTRY
FUZHOU
FUJIAN
China
FTY MID NO.        CNGRALUCFUZ

| SEARS | SH7005 | 84429 SZ 9.5 569 | | 10 | 80 | 29.900 USD | 2,392.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

ITEM: 510038712261
MADE IN CHINA (MAINLAND)
CONTENTS 8 PIECES
SEARS DIV 667
SEARS ITEM/SKU 84429/569

DESCRIPTION OF TYPE OF SHOE: 84429 HIGHPOINT HIKERS
GENDER: MENS
UPPER MATERIAL IN PERCENT: 90% leather and 10% mesh
OUTER SOLE MATERIAL IN PERCENT: 100% rubber
TYPE OF CONSTRUCTION: cement
ABOVE THE ANKLE             GMS
SIZE RANGE:Men's Medium 7.5-11,12,13
COMMISSION PERCENTAGE :0.07
COMMISSION PAYABLE TO:STC        NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST: NO
ROYALTY FOR TRADEMARK NAME:N/A

## COMMERCIAL INVOICE

Page 4 of 8

DATE: July 12, 2018

INVOICE NO.: 201820702456

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Xiamen, China   SHIPPED TO: Delano , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| SEARS | SH7005 | 84429 SZ 10 570 | | 9 | 72 | 29.900 USD | 2,152.80 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

ITEM: 510038712402
MADE IN CHINA (MAINLAND)
CONTENTS 8 PIECES
SEARS DIV 667
SEARS ITEM/SKU 84429/570

DESCRIPTION OF TYPE OF SHOE: 84429 HIGHPOINT HIKERS
GENDER: MENS
UPPER MATERIAL IN PERCENT:90% leather and 10% mesh
OUTER SOLE MATERIAL IN PERCENT:100% rubber
TYPE OF CONSTRUCTION: cement
ABOVE THE ANKLE          GMS
SIZE RANGE:Men's Medium 7.5-11,12,13
COMMISSION PERCENTAGE :0.07
COMMISSION PAYABLE TO:ISTC          NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME:N/A

CONTRACT NO. SH7005   REFERENCE NO. 101
DC CODE RDE   DEPARTMENT NO. 087
DIVISION NO. Division 4   VENDOR NO. 8336
VENDOR ITEM CODE SM-5765   COUNTRY OF ORIGIN CHINA (MAINLAND)
BINDING RULING # OR PRECLASS #   CATEGORY RNONE

FACTORY NO. 063788
GRAND LUCK (FUJIAN) FOOTWEAR CO LTD
GAOQI INDUSTRIAL ZONE
NANYU TOWN, MINHOU COUNTRY
FUZHOU
FUJIAN
China
FTY MID NO. CNGRALUCFUZ

33 of 182

---

## COMMERCIAL INVOICE

Page 5 of 8

DATE: July 12, 2018

INVOICE NO.: 201820702456

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Xiamen, China   SHIPPED TO: Delano , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| SEARS | SH7005 | 84429 SZ 10.5 571 | | 8 | 64 | 29.900 USD | 1,913.60 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

ITEM: 510038713491
MADE IN CHINA (MAINLAND)
CONTENTS 8 PIECES
SEARS DIV 667
SEARS ITEM/SKU 84429/571

DESCRIPTION OF TYPE OF SHOE: 84429 HIGHPOINT HIKERS
GENDER: MENS
UPPER MATERIAL IN PERCENT:90% leather and 10% mesh
OUTER SOLE MATERIAL IN PERCENT:100% rubber
TYPE OF CONSTRUCTION: cement
ABOVE THE ANKLE          GMS
SIZE RANGE:Men's Medium 7.5-11,12,13
COMMISSION PERCENTAGE :0.07
COMMISSION PAYABLE TO:ISTC          NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME:N/A

CONTRACT NO. SH7005   REFERENCE NO. 101
DC CODE RDE   DEPARTMENT NO. 087
DIVISION NO. Division 4   VENDOR NO. 8336
VENDOR ITEM CODE SM-5765   COUNTRY OF ORIGIN CHINA (MAINLAND)
BINDING RULING # OR PRECLASS #   CATEGORY RNONE

FACTORY NO. 063788
GRAND LUCK (FUJIAN) FOOTWEAR CO LTD
GAOQI INDUSTRIAL ZONE
NANYU TOWN, MINHOU COUNTRY
FUZHOU
FUJIAN
China
FTY MID NO. CNGRALUCFUZ

| SEARS | SH7005 | 84429 SZ 11 572 | | 8 | 64 | 29.900 USD | 1,913.60 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

ITEM: 510038713509
MADE IN CHINA (MAINLAND)
CONTENTS 8 PIECES
SEARS DIV 667
SEARS ITEM/SKU 84429/572

DESCRIPTION OF TYPE OF SHOE: 84429 HIGHPOINT HIKERS
GENDER: MENS
UPPER MATERIAL IN PERCENT:90% leather and 10% mesh
OUTER SOLE MATERIAL IN PERCENT:100% rubber
TYPE OF CONSTRUCTION: cement
ABOVE THE ANKLE          GMS
SIZE RANGE:Men's Medium 7.5-11,12,13
COMMISSION PERCENTAGE :0.07
COMMISSION PAYABLE TO:ISTC          NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME:N/A

34 of 182

## COMMERCIAL INVOICE

Page 6 of 8

DATE : July 12, 2018

INVOICE NO : 201820702456

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Xiamen, China    SHIPPED TO: Delano , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| | | | | | | |
|---|---|---|---|---|---|---|
| CONTRACT NO. | SH7005 | REFERENCE NO. | 101 | | | |
| DC CODE | RDE | DEPARTMENT NO. | 087 | | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 | | | |
| VENDOR ITEM CODE | SM-5765 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | | | |

FACTORY NO.    063788
GRAND LUCK (FUJIAN) FOOTWEAR CO LTD
GAOQI INDUETRIAL ZONE
NANYU TOWN, MINHOU COUNTRY
FUZHOU
FUJIAN
China
FTY MID NO.    CNGRALUCFUZ

| SEARS | SH7005 | 84429 SZ 12 574 | | 6 | 48 | 29.900 USD | 1,435.20 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

ITEM:    510038714184
MADE IN    CHINA (MAINLAND)
CONTENTS    8  PIECES
SEARS DIV    667
SEARS ITEM/SKU    84429/574.

DESCRIPTION OF TYPE OF SHOE: 84429 HIGHPOINT HIKERS
GENDER: MENS
UPPER MATERIAL IN PERCENT:90% leather and 10% mesh
OUTER SOLE MATERIAL IN PERCENT:100% rubber
TYPE OF CONSTRUCTION: cement
ABOVE THE ANKLE    GMS
SIZE RANGE:Men's Medium 7.5-11,12,13
COMMISSION PERCENTAGE :0.07
COMMISSION PAYABLE TO:STC    NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME:N/A

| | | | | | | |
|---|---|---|---|---|---|---|
| CONTRACT NO. | SH7005 | REFERENCE NO. | 101 | | | |
| DC CODE | RDE | DEPARTMENT NO. | 087 | | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 | | | |
| VENDOR ITEM CODE | SM-5765 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | | | |

FACTORY NO.    063788
GRAND LUCK (FUJIAN) FOOTWEAR CO LTD
GAOQI INDUETRIAL ZONE
NANYU TOWN, MINHOU COUNTRY
FUZHOU
FUJIAN
China
FTY MID NO.    CNGRALUCFUZ

35 of 182

---

## COMMERCIAL INVOICE

Page 7 of 8

DATE : July 12, 2018

INVOICE NO : 201820702456

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Xiamen, China    SHIPPED TO: Delano , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| SEARS | SH7005 | 84429 SZ 13 576 | | 4 | 32 | 29.900 USD | 956.80 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

ITEM:    510038714325
MADE IN    CHINA (MAINLAND)
CONTENTS    8 PIECES
SEARS DIV    667
SEARS ITEM/SKU    84429/576

DESCRIPTION OF TYPE OF SHOE: 84429 HIGHPOINT HIKERS
GENDER: MENS
UPPER MATERIAL IN PERCENT:90% leather and 10% mesh
OUTER SOLE MATERIAL IN PERCENT:100% rubber
TYPE OF CONSTRUCTION: cement
ABOVE THE ANKLE    GMS
SIZE RANGE:Men's Medium 7.5-11,12,13
COMMISSION PERCENTAGE :0.07
COMMISSION PAYABLE TO:STC    NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME:N/A

| | | | | | | |
|---|---|---|---|---|---|---|
| CONTRACT NO. | SH7005 | REFERENCE NO. | 101 | | | |
| DC CODE | RDE | DEPARTMENT NO. | 087 | | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 | | | |
| VENDOR ITEM CODE | SM-5765 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | | | |

FACTORY NO.    063788
GRAND LUCK (FUJIAN) FOOTWEAR CO LTD
GAOQI INDUETRIAL ZONE
NANYU TOWN, MINHOU COUNTRY
FUZHOU
FUJIAN
China
FTY MID NO.    CNGRALUCFUZ

PAYMENT TERM    Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER    OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 75 | 600 PIECES | | 17,940.00 USD |

TOTAL US DOLLARS SEVENTEEN THOUSAND NINE HUNDRED FORTY DOLLARS AND ZERO CENTS ONLY.

36 of 182

## COMMERCIAL INVOICE

Page 8 of 8
DATE:  July 12, 2018
INVOICE NO.:  201820702456

TO:    SEARS ROEBUCK & CO.
      3333 Beverly Road
      Hoffman Estates, IL 60179
      US

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

SHIPPED FROM:  Xiamen, China      SHIPPED TO:   Delano , CA
MODE OF TRANSPORTATION:  Ocean

FOB China

ARCA INDUSTRIAL (NJ) INC

EMPLOYEE NAME    _____
EMPLOYEE TITLE    _____

37 of 182



SEARS  SH7077

38 of 182

## Page 1

SEARS ROEBUCK & CO.　　　　　　　　　**PURCHASE ORDER**　　　　　　　　　Page : 1

| ORDER DATE : 24-MAY-2018 | ORDER NO : SH7077 | BUYER : VR1  VIVIAN REYES |
|---|---|---|
| DIV : Division 4 | DEPT NO : 087 | |

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | ARCA INDUSTRIAL (NJ) INC |
| ADDRESS | 3 KELLOGG COURT |
| | SUITE #2 |
| | EDISON |
| | NJ |
| COUNTRY | United States |
| EMAIL | arcany@aol.com |
| VENDOR NBR | 8336 |
| TELEPHONE | 732-339-0450 |
| DUNS NBR | 01000154948 |
| FDA REG # | |

| TOTAL COST OF ORDER USD |
|---|
| $144,632.28 |

PAYMENT TO BE MADE BY :
( )　MULTIPLE PAYMENT TYPES
( X )　CHECK/WIRE TRANSFER
　　　　Amount USD:  144,632.28
( )　FREE GOODS
　　　　Amount USD:  0.00
( )　LETTER OF CREDIT
　　　　Amount USD:  0.00
　　　　LC #:
　　　　TRANSFERABLE:
　　　　BANK:

| PAYMENT TERMS: | 59 | (days) |
|---|---|---|

| FOREIGN AGENT OFFICE: | KKFTWR | KMART/SEARS FOOTWEAR CONTRACTS |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKFTWR | KMART AND SEARS FOOTWEAR |
| PRODUCTION COUNTRY: | PINTLS | INTERNATIONAL SEAWAY |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
|---|---|
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNNGB1H |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Ningbo, China |

FACTORY DETAILS:
| FACTORY NBR: | 103669 |
|---|---|
| NAME | WENZHOU EASILY SHOES CO LTD |
| ADDRESS | NO 35 JINHUI ROAD SHANGHUI |
| | LOUQIAO OUHAI |
| | WENZHOU |
| | ZHEJIANG |
| COUNTRY | China |
| TEL | 13806520655 |
| EMAIL | arcash@mail.online.sh.cn |
| MID | CNWENEAS35WEN |

## Page 2

SEARS ROEBUCK & CO.　　　　　　　　　**PURCHASE ORDER**　　　　　　　　　Page : 2

| ORDER DATE : 24-MAY-2018 | ORDER NO : SH7077 | VR1  VIVIAN REYES |
|---|---|---|

| | | DESCRIPTION |
|---|---|---|
| ITEM CODE: 580016953523 | SEASON/YEAR: 9-BASIC - NOT REPLENISHED | 98071 48 |
| | SUB-SEASON: 90-BASIC - NOT REPLENISHED | |
| I 2OF S/CARTON UPC: 07215980501918 | CAT/SUB-CAT: 58/01 | |
| STYLE: 98071 | TRADEMARK: NONE | SEARS DIV  SEARS ITEM  SEARS SKU |
| BRAND NAME: ELK WOODS | COPYRIGHT REG. NO.: | 667　　　98071　　　048 |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | |

| | FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|---|
| PER AST | PER CARTON | | $299.88 | 634 | 634 | $68,738.28 |
| $108.420 | $108.420 | | | | | |

| | KGS: | 13.000 | CBM: | 0.151723 | AST PER INNER | 1 |
|---|---|---|---|---|---|---|
| PER CARTON | LBS: | 28.660 | CU. FT.: | 5.358 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 28.75" X W 17.55" X H 18.35" | | | CASEPACK | | | |

| QUOTA CAT#: RNONE | | CASE # | FACTORY | EXPORTER |
|---|---|---|---|---|
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | | |
| | COUNTERVAILING: | | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
BOXED

| SHIPPING SCHEDULE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO#/SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 102 | RDE | RDE | Ocean | | 29-AUG-2018 | 10-OCT-2018 | Z | 445 | 445 | W |
| 101 | RDE | RDE | Ocean | 22-AUG-2018 | 26-SEP-2018 | 10-NOV-2018 | Z | 189 | 189 | W |

DETAIL DESCRIPTION-

DESCRIPTION OF TYPE OF SHOE: 98071 Weather Boot
GENDER: MEN
UPPER MATERIAL IN PERCENT:100% LEATHER
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: INJECTION
ABOVE THE ANKLE
SIZE RANGE:7-13
COMMISSION PERCENTAGE : 7% NOT DUTIABLE
COMMISSION PAYABLE TO:ISTC
COMMISSION IS INCLUDED IN FIRST COST:NO
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

OPC:　　　　6

## Left Page

SEARS ROEBUCK & CO.                     **P U R C H A S E   O R D E R**                     Page : 3

| ORDER DATE : 24-MAY-2018 | ORDER NO : SH7077 | | VR1  VIVIAN REYES |
|---|---|---|---|

**DESCRIPTION**

| | | | | | |
|---|---|---|---|---|---|
| ITEM CODE: 580016961252 | SEASON/YEAR: | 9-BASIC - NOT REPLENISHED | 98071 409 | | |
| | SUB-SEASON: | 90-BASIC - NOT REPLENISHED | | | |
| I 2OF 5/CARTON UPC: 07215980501772 | CAT/SUB-CAT: 58/01 | | | | |
| STYLE: 98071 | TRADEMARK: NONE | | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: ELK WOODS | COPYRIGHT REG. NO.: | | 667 | 98071 | 409 |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | | | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $299.88 | 70 | 70 | $7,589.40 |
| $108.420 | $108.420 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | KGS: 13.000 | CBM: 0.151723 | | AST PER INNER | 1 |
| PER CARTON | LBS: 28.660 | CU. FT.: 5.358 | | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 28.75' X W 17.55' X H 18.35' | | CASEPACK | | | |

| QUOTA CAT#: RNONE | | CASE # | FACTORY | EXPORTER |
|---|---|---|---|---|
| SPECIAL TRADE INDICATOR: | | ANTI-DUMPING: | | |
| | | COUNTERVAILING: | | |

**ADDITIONAL INFO:**

**PACKING INSTRUCTIONS:**
BOXED

| **SHIPPING SCHEDULE** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 101 | RDE | RDE | Ocean | 22-AUG-2018 | 26-SEP-2018 | 10-NOV-2018 | Z | 70 | 70 | W |

**DETAIL DESCRIPTION-**

DESCRIPTION OF TYPE OF SHOE: 98071 Weather Boot
GENDER: MEN
UPPER MATERIAL IN PERCENT:100% LEATHER
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: INJECTION
ABOVE THE ANKLE
SIZE RANGE:7-13
COMMISSION PERCENTAGE : 7% NOT DUTIABLE
COMMISSION PAYABLE TO:ISTC
COMMISSION IS INCLUDED IN FIRST COST:NO
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

**OPC:**          6

41 of 182

## Right Page

SEARS ROEBUCK & CO.                     **P U R C H A S E   O R D E R**                     Page : 4

| ORDER DATE : 24-MAY-2018 | ORDER NO : SH7077 | | VR1  VIVIAN REYES |
|---|---|---|---|

**DESCRIPTION**

| | | | | | |
|---|---|---|---|---|---|
| ITEM CODE: 580036271575 | SEASON/YEAR: | 9-BASIC - NOT REPLENISHED | 98071 297 | | |
| | SUB-SEASON: | 90-BASIC - NOT REPLENISHED | | | |
| I 2OF 5/CARTON UPC: 07215980547244 | CAT/SUB-CAT: 58/01 | | | | |
| STYLE: 98071 | TRADEMARK: NONE | | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: ELK WOODS | COPYRIGHT REG. NO.: | | 667 | 98071 | 297 |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | | | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $299.88 | 630 | 630 | $68,304.60 |
| $108.420 | $108.420 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | KGS: 12.000 | CBM: 0.115301 | | AST PER INNER | 1 |
| PER CARTON | LBS: 26.460 | CU. FT.: 4.072 | | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 27.4' X W 16.95' X H 15.15' | | CASEPACK | | | |

| QUOTA CAT#: RNONE | | CASE # | FACTORY | EXPORTER |
|---|---|---|---|---|
| SPECIAL TRADE INDICATOR: | | ANTI-DUMPING: | | |
| | | COUNTERVAILING: | | |

**ADDITIONAL INFO:**

**PACKING INSTRUCTIONS:**
BOXED

| **SHIPPING SCHEDULE** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 101 | RDE | RDE | Ocean | 22-AUG-2018 | 26-SEP-2018 | 10-NOV-2018 | Z | 630 | 630 | W |

**DETAIL DESCRIPTION-**

DESCRIPTION OF TYPE OF SHOE: 98071 Weather Boot
GENDER: MEN
UPPER MATERIAL IN PERCENT:100% LEATHER
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: INJECTION
ABOVE THE ANKLE
SIZE RANGE:7-13
COMMISSION PERCENTAGE : 7% NOT DUTIABLE
COMMISSION PAYABLE TO:ISTC
COMMISSION IS INCLUDED IN FIRST COST:NO
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

**OPC:**          6

42 of 182

**PURCHASE ORDER**

SEARS ROEBUCK & CO.    Page : 5

ORDER DATE : 24-MAY-2018    ORDER NO : SH7077    VR1  VIVIAN REYES

ITEM CODE: 580016953523

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8200319-5 | | | | | | 98071-5 64 | | | | LEATHER | 100% | |
| 8200322-9 | | | | | | 98071-5 66 | | | | LEATHER | 100% | |
| 8200326-0 | | | | | | 98071-5 68 | | | | LEATHER | 100% | |
| 8200332-8 | | | | | | 98071-5 70 | | | | LEATHER | 100% | |
| 8200334-4 | | | | | | 98071-5 72 | | | | LEATHER | 100% | |
| 8200338-5 | | | | | | 98071-5 74 | | | | LEATHER | 100% | |

ITEM CODE: 580016961252

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8200326-0 | | | | | | 98071-5 68 | | | | LEATHER | 100% | |
| 8200332-8 | | | | | | 98071-5 70 | | | | LEATHER | 100% | |
| 8200334-4 | | | | | | 98071-5 72 | | | | LEATHER | 100% | |
| 8200338-5 | | | | | | 98071-5 74 | | | | LEATHER | 100% | |

ITEM CODE: 580036271575

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8200322-9 | | | | | | 98071-5 66 | | | | LEATHER | 100% | |
| 8200326-0 | | | | | | 98071-5 68 | | | | LEATHER | 100% | |
| 8200332-8 | | | | | | 98071-5 70 | | | | LEATHER | 100% | |
| 8200334-4 | | | | | | 98071-5 72 | | | | LEATHER | 100% | |

ITEM CODE: 580016953523    ITEM: 98071 48

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: 98071 BROW SZ 7 564 | 8200319-5 | BROWN | 7.0 | 1 | 18.070 | 49.98 | 721598048273 |
| SUB KSN DESC: 98071 BROW SZ 8 566 | 8200322-9 | BROWN | 8.0 | 1 | 18.070 | 49.98 | 721598048280 |
| SUB KSN DESC: 98071 BROW SZ 9 568 | 8200326-0 | BROWN | 9.0 | 1 | 18.070 | 49.98 | 721598048297 |
| SUB KSN DESC: 98071 BROW SZ 10 570 | 8200332-8 | BROWN | 10.0 | 1 | 18.070 | 49.98 | 721598048303 |
| SUB KSN DESC: 98071 BROW SZ 11 572 | 8200334-4 | BROWN | 11.0 | 1 | 18.070 | 49.98 | 721598048310 |
| SUB KSN DESC: 98071 BROW SZ 12 574 | 8200338-5 | BROWN | 12.0 | 1 | 18.070 | 49.98 | 721598048327 |
| | TOTAL | | | 6 | 108.420 | 299.88 | |

**PURCHASE ORDER**

SEARS ROEBUCK & CO.    Page : 6

ORDER DATE : 24-MAY-2018    ORDER NO : SH7077    VR1  VIVIAN REYES

ITEM CODE: 580016961252    ITEM: 98071 409

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: 98071 BROW SZ 9 568 | 8200326-0 | BROWN | 9.0 | 1 | 18.070 | 49.98 | 721598048297 |
| SUB KSN DESC: 98071 BROW SZ 10 570 | 8200332-8 | BROWN | 10.0 | 2 | 18.070 | 49.98 | 721598048303 |
| SUB KSN DESC: 98071 BROW SZ 11 572 | 8200334-4 | BROWN | 11.0 | 2 | 18.070 | 49.98 | 721598048310 |
| SUB KSN DESC: 98071 BROW SZ 12 574 | 8200338-5 | BROWN | 12.0 | 1 | 18.070 | 49.98 | 721598048327 |
| | TOTAL | | | 6 | 108.420 | 299.88 | |

ITEM CODE: 580036271575    ITEM: 98071 297

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: 98071 BROW SZ 8 566 | 8200322-9 | BROWN | 8.0 | 1 | 18.070 | 49.98 | 721598048280 |
| SUB KSN DESC: 98071 BROW SZ 9 568 | 8200326-0 | BROWN | 9.0 | 2 | 18.070 | 49.98 | 721598048297 |
| SUB KSN DESC: 98071 BROW SZ 10 570 | 8200332-8 | BROWN | 10.0 | 2 | 18.070 | 49.98 | 721598048303 |
| SUB KSN DESC: 98071 BROW SZ 11 572 | 8200334-4 | BROWN | 11.0 | 1 | 18.070 | 49.98 | 721598048310 |
| | TOTAL | | | 6 | 108.420 | 299.88 | |

ADDITIONAL CONDITIONS

FOR ITEM 580016953523
IFI-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

FOR ITEM 580016961252
IFI-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

FOR ITEM 580036271575
IFI-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

SEARS ROEBUCK & CO.          **PURCHASE ORDER**                                    Page : 7

| **ORDER DATE :** 24-MAY-2018    **ORDER NO :** SH7077 | VR1  VIVIAN REYES |

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR---
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:

---------------------------------------

UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.

---------------------------------------

ANTIDUMPING CLAUSE:
---------------------------------------
VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
---------------------------------------------------------------
---------------------------------------------------------------
---------------------------------------------------------------
---------------------------------------------------------------

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
---------------------------------------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

---

SEARS ROEBUCK & CO.          **PURCHASE ORDER**                                    Page : 8

| **ORDER DATE :** 24-MAY-2018    **ORDER NO :** SH7077 | VR1  VIVIAN REYES |

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
---------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
---------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

## COMMERCIAL INVOICE

Page 1 of 3

DATE: August 07, 2018

INVOICE NO.: 201821255855

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China        SHIPPED TO: Delano , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SH7077 | 98071 48 | 189 CARTONS | 189 AST | 108.420 USD AST | 20,491.38 USD |

ITEM: 580016953523
MADE IN CHINA (MAINLAND)
CONTENTS 1 ASSORTMENT
SEARS DIV 667
SEARS ITEM/SKU 98071/048

DESCRIPTION OF TYPE OF SHOE: 98071 Weather Boot
GENDER: MEN
UPPER MATERIAL IN PERCENT:100% LEATHER
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: INJECTION
ABOVE THE ANKLE
SIZE RANGE:7-13
COMMISSION PERCENTAGE :    7%        NOT DUTIABLE
COMMISSION PAYABLE TO:ISTC
COMMISSION IS INCLUDED IN FIRST COST:NO
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

CONTRACT NO.        SH7077        REFERENCE NO.        101
DC CODE                RDE            DEPARTMENT NO.      087
DIVISION NO.          Division 4     VENDOR NO.           8336
VENDOR ITEM CODE  98071          COUNTRY OF ORIGIN  CHINA (MAINLAND)
BINDING RULING # OR                 CATEGORY              RNONE
PRECLASS #

FACTORY NO.          103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.          CNWENEAS35WEN

| SEARS | SH7077 | 98071 409 | 70 CARTONS | 70 AST | 108.420 USD AST | 7,589.40 USD |
|---|---|---|---|---|---|---|

ITEM: 580016961252
MADE IN CHINA (MAINLAND)
CONTENTS 1 ASSORTMENT
SEARS DIV 667
SEARS ITEM/SKU 98071/409

DESCRIPTION OF TYPE OF SHOE: 98071 Weather Boot
GENDER: MEN
UPPER MATERIAL IN PERCENT:100% LEATHER
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: INJECTION
ABOVE THE ANKLE
SIZE RANGE:7-13
COMMISSION PERCENTAGE :    7%        NOT DUTIABLE
COMMISSION PAYABLE TO:ISTC
COMMISSION IS INCLUDED IN FIRST COST:NO
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

---

## COMMERCIAL INVOICE

Page 2 of 3

DATE: August 07, 2018

INVOICE NO.: 201821255855

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China        SHIPPED TO: Delano , CA

MODE OF TRANSPORTATION: Ocean

FOB China

CONTRACT NO.        SH7077        REFERENCE NO.        101
DC CODE                RDE            DEPARTMENT NO.      087
DIVISION NO.          Division 4     VENDOR NO.           8336
VENDOR ITEM CODE  98071          COUNTRY OF ORIGIN  CHINA (MAINLAND)
BINDING RULING # OR                 CATEGORY              RNONE
PRECLASS #

FACTORY NO.          103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.          CNWENEAS35WEN

| SEARS | SH7077 | 98071 297 | 630 CARTONS | 630 AST | 108.420 USD AST | 68,304.60 USD |
|---|---|---|---|---|---|---|

ITEM: 580036271575
MADE IN CHINA (MAINLAND)
CONTENTS 1 ASSORTMENT
SEARS DIV 667
SEARS ITEM/SKU 98071/297

DESCRIPTION OF TYPE OF SHOE: 98071 Weather Boot
GENDER: MEN
UPPER MATERIAL IN PERCENT:100% LEATHER
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: INJECTION
ABOVE THE ANKLE
SIZE RANGE:7-13
COMMISSION PERCENTAGE :    7%        NOT DUTIABLE
COMMISSION PAYABLE TO:ISTC
COMMISSION IS INCLUDED IN FIRST COST:NO
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

CONTRACT NO.        SH7077        REFERENCE NO.        101
DC CODE                RDE            DEPARTMENT NO.      087
DIVISION NO.          Division 4     VENDOR NO.           8336
VENDOR ITEM CODE  98071          COUNTRY OF ORIGIN  CHINA (MAINLAND)
BINDING RULING # OR                 CATEGORY              RNONE
PRECLASS #

FACTORY NO.          103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.          CNWENEAS35WEN

PAYMENT TERM        Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER        OPEN ACCOUNT

## COMMERCIAL INVOICE

Page 3 of 3
DATE: August 07, 2018
INVOICE NO.: 201821255855

TO:

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China         SHIPPED TO: Delano , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 889 | 889 | ASSORTMENTS | 96,385.38  USD |

TOTAL US DOLLARS NINETY-SIX THOUSAND THREE HUNDRED EIGHTY-FIVE DOLLARS AND THIRTY-FIVE CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

ARCA INDUSTRIAL (NJ) INC

EMPLOYEE NAME    _____

EMPLOYEE TITLE    _____



SEARS  SH7003



**PURCHASE ORDER**

SEARS ROEBUCK & CO.                                                                 Page : 1

| ORDER DATE : 09-MAY-2018 | ORDER NO : SH7003 | BUYER : VR1 VIVIAN REYES |
| DIV : Division 4 | DEPT NO : 087 | |

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179

**VENDOR**

| NAME | ARCA INDUSTRIAL (NJ) INC |
| ADDRESS | 3 KELLOGG COURT |
| | SUITE #2 |
| | EDISON |
| | NJ |
| COUNTRY | United States |
| EMAIL | arcany@aol.com |
| VENDOR NBR | 8336 |
| TELEPHONE | 732-339-0450 |
| DUNS NBR | 01000154948 |
| FDA REG # | |

**TOTAL COST OF ORDER USD**
$17,940.00

PAYMENT TO BE MADE BY :
( ) MULTIPLE PAYMENT TYPES
( X ) CHECK/WIRE TRANSFER
            Amount USD:  17,940.00
( ) FREE GOODS
            Amount USD:  0.00
( ) LETTER OF CREDIT
            Amount USD:  0.00
            LC #:
            TRANSFERABLE:
            BANK:

PAYMENT TERMS:          59     (days)

| FOREIGN AGENT OFFICE: | KKFTWR | KMART/SEARS FOOTWEAR CONTRACTS |
| FOREIGN SUPPORT OFFICE: | RKKFTWR | KMART AND SEARS FOOTWEAR |
| PRODUCTION COUNTRY: | PINTLS | INTERNATIONAL SEAWAY |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNXMN'H |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Xiamen, China |

FACTORY DETAILS:

| FACTORY NBR: | 063788 |
| NAME | GRAND LUCK (FUJIAN) FOOTWEAR CO LTD |
| ADDRESS | NO.252 XIAO HOUSHAN VILLAGE |
| | NANYU TOWN, MINHOU COUNTRY |
| | FUZHOU |
| | FUJIAN |
| COUNTRY | China |
| TEL | 591 28052626 |
| EMAIL | unitedlihf@163.com |
| MID | CNGRALUC252FUZ |

---

**PURCHASE ORDER**

SEARS ROEBUCK & CO.                                                                 Page : 2

| ORDER DATE : 09-MAY-2018 | ORDER NO : SH7003 | VR1 VIVIAN REYES |

| | | DESCRIPTION |
| ITEM CODE: 510038712246 | SEASON/YEAR: 1-BASIC AND REPLENISHED | HIGHPOINT SZ 8.5 5&7 |
| | SUB-SEASON: 10-BASIC AND REPLENISHED | |
| I 2OF S/CARTON UPC: 0721596053S746 | CAT/SUB-CAT: 51/04 | |
| STYLE: SM-5765 | TRADEMARK: NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: ELK WOODS | COPYRIGHT REG. NO.: | 667 | 84429 | 5&7 |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL EA | TOTAL COST OF ITEM |
| PER EACHES | PER CARTON | $90.00 | 18 | 144 | $4,305.60 |
| $29.900 | $239.200 | | | | |

| | KGS: | 10.980 | CBM: | 0.120127 | EACHES PER INNER | 1 |
| PER CARTON | LBS: | 24.210 | CU. FT.: | 4.242 | INNERS PER OUTER CARTON | 8 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | EACHES PER MASTER SHIPPING CTN | 8 |
| L 22.85" X W 20.9" X H 15.35" | | | CASEPACK | | | |

| QUOTA CAT#: RNONE | | CASE # | FACTORY | EXPORTER |
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | | |
| | COUNTERVAILING: | | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
BOXED

**SHIPPING SCHEDULE**

| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (EACHES) | PAY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 101 | RDE | RDE | Ocean | 29-AUG-2018 | 05-SEP-2018 | 20-OCT-2018 | Z | 18 | 144 | W |

DETAIL DESCRIPTION:

DESCRIPTION OF TYPE OF SHOE: 84429 HIGHPOINT HIKERS
GENDER: MENS
UPPER MATERIAL IN PERCENT:90% leather and 10% mesh
OUTER SOLE MATERIAL IN PERCENT:100% rubber
TYPE OF CONSTRUCTION: cement
ABOVE THE ANKLE :DMS
SIZE RANGE :Men's Medium 7.5-11,12,13
COMMISSION PERCENTAGE :0.07
COMMISSION PAYABLE TO :ISTC NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME:N/A

OPC:                8
FABRIC MATERIAL:        LEATHER

## Page 3

SEARS ROEBUCK & CO.                     P U R C H A S E   O R D E R                          Page : 3

ORDER DATE : 09-MAY-2018      ORDER NO : SH7003                      VR1  VIVIAN REYES

DESCRIPTION

ITEM CODE: 510038712261      SEASON/YEAR:  1-BASIC AND REPLENSHED      HIGHPOINT SZ 9.5 569

SUB-SEASON:  10-BASIC AND REPLENSHED

I 2OF S/CARTON UPC:  0721598053S982      CAT/SUB-CAT:  51/04

STYLE:  SM-5765      TRADEMARK:  NONE      SEARS DIV      SEARS ITEM      SEARS SKU

BRAND NAME:  ELK WOODS      COPYRIGHT REG. NO.:      667      84429      569

INTL COMMODITY CODE:  GDSM      MLTP CARTON NO:  001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL EA | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER EACHES | PER CARTON | $90.00 | 15 | 120 | $3,588.00 |
| $29.900 | $239.200 | | | | |

PER CARTON      KGS:  10.980      CBM:  0.120127      EACHES PER INNER      1

LBS:  24.210      CU. FT.:  4.242      INNERS PER OUTER CARTON      8

OUTER CARTON DIMENSIONS      PACKING INSTRUCTION:      EACHES PER MASTER SHIPPING CTN      8

L 22.85" X W 20.9" X H 15.35"      CASEPACK

QUOTA CAT#:  RNONE      CASE #      FACTORY      EXPORTER

SPECIAL TRADE INDICATOR:      ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

BOXED

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (EACHES) | PAY TYPE |
| 101 | RDE | RDE | Ocean | 29-AUG-2018 | 05-SEP-2018 | 20-OCT-2018 | Z | 15 | 120 | W |

DETAIL DESCRIPTION-

DESCRIPTION OF TYPE OF SHOE: 84429 HIGHPOINT HIKERS
GENDER: MENS
UPPER MATERIAL IN PERCENT:90% leather and 10% mesh
OUTER SOLE MATERIAL IN PERCENT:100% rubber
TYPE OF CONSTRUCTION: cement
ABOVE THE ANKLE GMS
SIZE RANGE:Men's Medium 7.5-11,12,13
COMMISSION PERCENTAGE :0.07
COMMISSION PAYABLE TO:ISTC NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST.NO
ROYALTY FOR TRADEMARK NAME:N/A

OPC:      8

FABRIC MATERIAL:      LEATHER

## Page 4

SEARS ROEBUCK & CO.                     P U R C H A S E   O R D E R                          Page : 4

ORDER DATE : 09-MAY-2018      ORDER NO : SH7003                      VR1  VIVIAN REYES

DESCRIPTION

ITEM CODE: 510038712402      SEASON/YEAR:  1-BASIC AND REPLENSHED      HIGHPOINT SZ 10 570

SUB-SEASON:  10-BASIC AND REPLENSHED

I 2OF S/CARTON UPC:  0721598053b040      CAT/SUB-CAT:  51/04

STYLE:  SM-5765      TRADEMARK:  NONE      SEARS DIV      SEARS ITEM      SEARS SKU

BRAND NAME:  ELK WOODS      COPYRIGHT REG. NO.:      667      84429      570

INTL COMMODITY CODE:  GDSM      MLTP CARTON NO:  001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL EA | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER EACHES | PER CARTON | $90.00 | 6 | 48 | $1,435.20 |
| $29.900 | $239.200 | | | | |

PER CARTON      KGS:  10.980      CBM:  0.120127      EACHES PER INNER      1

LBS:  24.210      CU. FT.:  4.242      INNERS PER OUTER CARTON      8

OUTER CARTON DIMENSIONS      PACKING INSTRUCTION:      EACHES PER MASTER SHIPPING CTN      8

L 22.85" X W 20.9" X H 15.35"      CASEPACK

QUOTA CAT#:  RNONE      CASE #      FACTORY      EXPORTER

SPECIAL TRADE INDICATOR:      ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

BOXED

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (EACHES) | PAY TYPE |
| 101 | RDE | RDE | Ocean | 29-AUG-2018 | 05-SEP-2018 | 20-OCT-2018 | Z | 6 | 48 | W |

DETAIL DESCRIPTION-

DESCRIPTION OF TYPE OF SHOE: 84429 HIGHPOINT HIKERS
GENDER: MENS
UPPER MATERIAL IN PERCENT:90% leather and 10% mesh
OUTER SOLE MATERIAL IN PERCENT:100% rubber
TYPE OF CONSTRUCTION: cement
ABOVE THE ANKLE GMS
SIZE RANGE:Men's Medium 7.5-11,12,13
COMMISSION PERCENTAGE :0.07
COMMISSION PAYABLE TO:ISTC NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST.NO
ROYALTY FOR TRADEMARK NAME:N/A

OPC:      8

FABRIC MATERIAL:      LEATHER

SEARS ROEBUCK & CO.                                   PURCHASE ORDER                                                                 Page : 5

ORDER DATE : 09-MAY-2018      ORDER NO : SH7003                              VR1  VIVIAN REYES

DESCRIPTION

ITEM CODE:  510038713491          SEASON/YEAR:  1-BASIC AND          HIGHPOINT SZ 10.5 571
                                                REPLENSHED
                                 SUB-SEASON:  10-BASIC AND
                                                REPLENSHED
I 2OF S/CARTON UPC:  0721598053ts118    CAT/SUB-CAT:  51/04
                     STYLE:  SM-5765        TRADEMARK:  NONE              SEARS DIV              SEARS ITEM            SEARS SKU
              BRAND NAME:  ELK WOODS     COPYRIGHT REG. NO.:                667                    84429                  571
           INTL COMMODY  GDSM           MLTP CARTON NO:  001
                 CODE:

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL EA | TOTAL COST OF ITEM |
| PER EACHES | PER CARTON | $90.00 | 13 | 104 | $3,109.60 |
| $29.900 | $239.200 | | | | |

PER CARTON        KGS:    10.980      CBM:    0.120127           EACHES PER INNER          1
                  LBS:    24.210      CU. FT:  4.242             INNERS PER OUTER CARTON   8
OUTER CARTON DIMENSIONS            PACKING INSTRUCTION:          EACHES PER MASTER SHIPPING 8
L 22.85" X W 20.9" X H 15.35"         CASEPACK                   CTN

QUOTA CAT#:  RNNONE                              CASE #              FACTORY           EXPORTER
SPECIAL TRADE                          ANTI-DUMPING:
     INDICATOR:
                                       COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
BOXED

| SHIPPING SCHEDULE | | | | | | | | | |
| REFERENCE (PO)/SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (EACHES) | PAY TYPE |
| 101 | RDE | RDE | Ocean | 29-AUG-2018 | 05-SEP-2018 | 20-OCT-2018 | Z | 13 | 104 | W |

DETAIL DESCRIPTION-

DESCRIPTION OF TYPE OF SHOE: 84429 HIGHPOINT HIKERS
GENDER: MENS
UPPER MATERIAL IN PERCENT:90% leather and 10% mesh
OUTER SOLE MATERIAL IN PERCENT:100% rubber
TYPE OF CONSTRUCTION: cement
ABOVE THE ANKLE GMS
SIZE RANGE:Men's Medium 7.5-11,12,13
COMMISSION PERCENTAGE :0.07
COMMISSION PAYABLE TO:ISTC NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST.NO
ROYALTY FOR TRADEMARK NAME:N/A

OPC:                     8
FABRIC MATERIAL:         LEATHER

---

SEARS ROEBUCK & CO.                                   PURCHASE ORDER                                                                 Page : 6

ORDER DATE : 09-MAY-2018      ORDER NO : SH7003                              VR1  VIVIAN REYES

DESCRIPTION

ITEM CODE:  510038713509          SEASON/YEAR:  1-BASIC AND          HIGHPOINT SZ 11 572
                                                REPLENSHED
                                 SUB-SEASON:  10-BASIC AND
                                                REPLENSHED
I 2OF S/CARTON UPC:  0721598053ts286    CAT/SUB-CAT:  51/04
                     STYLE:  SM-5765        TRADEMARK:  NONE              SEARS DIV              SEARS ITEM            SEARS SKU
              BRAND NAME:  ELK WOODS     COPYRIGHT REG. NO.:                667                    84429                  572
           INTL COMMODY  GDSM           MLTP CARTON NO:  001
                 CODE:

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL EA | TOTAL COST OF ITEM |
| PER EACHES | PER CARTON | $90.00 | 13 | 104 | $3,109.60 |
| $29.900 | $239.200 | | | | |

PER CARTON        KGS:    10.980      CBM:    0.120127           EACHES PER INNER          1
                  LBS:    24.210      CU. FT:  4.242             INNERS PER OUTER CARTON   8
OUTER CARTON DIMENSIONS            PACKING INSTRUCTION:          EACHES PER MASTER SHIPPING 8
L 22.85" X W 20.9" X H 15.35"         CASEPACK                   CTN

QUOTA CAT#:  RNNONE                              CASE #              FACTORY           EXPORTER
SPECIAL TRADE                          ANTI-DUMPING:
     INDICATOR:
                                       COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
BOXED

| SHIPPING SCHEDULE | | | | | | | | | |
| REFERENCE (PO)/SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (EACHES) | PAY TYPE |
| 101 | RDE | RDE | Ocean | 29-AUG-2018 | 05-SEP-2018 | 20-OCT-2018 | Z | 13 | 104 | W |

DETAIL DESCRIPTION-

DESCRIPTION OF TYPE OF SHOE: 84429 HIGHPOINT HIKERS
GENDER: MENS
UPPER MATERIAL IN PERCENT:90% leather and 10% mesh
OUTER SOLE MATERIAL IN PERCENT:100% rubber
TYPE OF CONSTRUCTION: cement
ABOVE THE ANKLE GMS
SIZE RANGE:Men's Medium 7.5-11,12,13
COMMISSION PERCENTAGE :0.07
COMMISSION PAYABLE TO:ISTC NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST.NO
ROYALTY FOR TRADEMARK NAME:N/A

OPC:                     8
FABRIC MATERIAL:         LEATHER

## Page 7

SEARS ROEBUCK & CO.                     P U R C H A S E   O R D E R                     Page : 7

ORDER DATE :  09-MAY-2018     ORDER NO :  SH7003                     VR1  VIVIAN REYES

| | | | DESCRIPTION | | |
|---|---|---|---|---|---|
| ITEM CODE:  510038714325 | SEASON/YEAR: | 1-BASIC AND REPLENISHED | HIGHPOINT SZ 13 576 | | |
| | SUB-SEASON: | 10-BASIC AND REPLENISHED | | | |
| I 2OF S/CARTON UPC:  0721598053b422 | CAT/SUB-CAT:  51/04 | | | | |
| STYLE:  SM-5765 | TRADEMARK:  NONE | | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME:  ELK WOODS | COPYRIGHT REG. NO.: | | 667 | 84429 | 576 |
| INTL COMMODITY CODE:  GOSM | MLTP CARTON NO:  001 | | | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL EA | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER EACHES | PER CARTON | $90.00 | 10 | 80 | $2,392.00 |
| $29.900 | $239.200 | | | | |

| PER CARTON | KGS: | 10.980 | CBM: | 0.120127 | EACHES PER INNER | 1 |
|---|---|---|---|---|---|---|
| | LBS: | 24.210 | CU. FT.: | 4.242 | INNERS PER OUTER CARTON | 8 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | EACHES PER MASTER SHIPPING CTN | 8 |
| L 22.85" X W 20.9" X H 15.35" | | | CASEPACK | | | |

QUOTA CAT#:  RNONE                                    CASE #                 FACTORY         EXPORTER

SPECIAL TRADE INDICATOR:                       ANTI-DUMPING:

                                              COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

BOXED

| SHIPPING SCHEDULE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (EACHES) | PAY TYPE |
| 101 | RDE | RDE | Ocean | 29-AUG-2018 | 05-SEP-2018 | 20-OCT-2018 | Z | 10 | 80 | W |

DETAIL DESCRIPTION:

DESCRIPTION OF TYPE OF SHOE: 84429 HIGHPOINT HIKERS
GENDER: MENS
UPPER MATERIAL IN PERCENT:90% leather and 10% mesh
OUTER SOLE MATERIAL IN PERCENT:100% rubber
TYPE OF CONSTRUCTION: cement
ABOVE THE ANKLE GMS
SIZE RANGE:Men's Medium 7.5-11,12,13
COMMISSION PERCENTAGE :0.07
COMMISSION PAYABLE TO:ISTC NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME:N/A

OPC:                  8
FABRIC MATERIAL:       LEATHER

## Page 8

SEARS ROEBUCK & CO.                     P U R C H A S E   O R D E R                     Page : 8

ORDER DATE :  09-MAY-2018     ORDER NO :  SH7003                     VR1  VIVIAN REYES

| ITEM CODE:  510038712246 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE  PCT | CARE INSTRUCTIONS |
| | | | | | | 84429-5 67 | | | | |

| ITEM CODE:  510038712261 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE  PCT | CARE INSTRUCTIONS |
| | | | | | | 84429-5 69 | | | | |

| ITEM CODE:  510038712402 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE  PCT | CARE INSTRUCTIONS |
| | | | | | | 84429-5 70 | | | | |

| ITEM CODE:  510038713491 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE  PCT | CARE INSTRUCTIONS |
| | | | | | | 84429-5 71 | | | | |

| ITEM CODE:  510038713509 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE  PCT | CARE INSTRUCTIONS |
| | | | | | | 84429-5 72 | | | | |

| ITEM CODE:  510038714325 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE  PCT | CARE INSTRUCTIONS |
| | | | | | | 84429-5 76 | | | | |

| ITEM CODE: 510038712246 | ITEM: HIGHPOINT SZ 8.5 567 | | | | |
|---|---|---|---|---|---|
| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB  SELL PRICE  UPC# |
| | | TOTAL | | 0 | |

| ITEM CODE: 510038712261 | ITEM: HIGHPOINT SZ 9.5 569 | | | | |
|---|---|---|---|---|---|
| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB  SELL PRICE  UPC# |
| | | TOTAL | | 0 | |

| ITEM CODE: 510038712402 | ITEM: HIGHPOINT SZ 10 570 | | | | |
|---|---|---|---|---|---|
| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB  SELL PRICE  UPC# |
| | | TOTAL | | 0 | |

| ITEM CODE: 510038713491 | ITEM: HIGHPOINT SZ 10.5 571 | | | | |
|---|---|---|---|---|---|
| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB  SELL PRICE  UPC# |
| | | TOTAL | | 0 | |

| ITEM CODE: 510038713509 | ITEM: HIGHPOINT SZ 11 572 | | | | |
|---|---|---|---|---|---|
| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB  SELL PRICE  UPC# |
| | | TOTAL | | 0 | |

SEARS ROEBUCK & CO.                           P U R C H A S E   O R D E R                                    Page : 9

ORDER DATE :  09-MAY-2018        ORDER NO :   SH7003                         VR1   VIVIAN REYES

ITEM CODE: 510038714325                  ITEM: HIGHPOINT SZ 13 576

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB SELL PRICE  UPC# |
|---|---|---|---|---|---|
| | | TOTAL | | 0 | |

ADDITIONAL CONDITIONS

FOR ITEM 510038712246
IF/-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

FOR ITEM 510038712261
IF/-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

FOR ITEM 510038712402
IF/-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

FOR ITEM 510038713491
IF/-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

FOR ITEM 510038713509
IF/-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

FOR ITEM 510038714325
IF/-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

---

SEARS ROEBUCK & CO.                           P U R C H A S E   O R D E R                                    Page : 10

ORDER DATE :  09-MAY-2018        ORDER NO :   SH7003                         VR1   VIVIAN REYES

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR---
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY").DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:

UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE –1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE –3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE –5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.

ANTIDUMPING CLAUSE:

VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.

LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

SEARS ROEBUCK & CO.                    P U R C H A S E   O R D E R                                    Page : 11

| ORDER DATE : 09-MAY-2018 | ORDER NO : SH7003 | VR1   VIVIAN REYES |

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO)(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
-----------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
-----------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

---

COMMERCIAL INVOICE

Page 1 of 5

DATE : August 10, 2018

INVOICE NO : 201821335798

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:        SEARS ROEBUCK & CO.
           3333 Beverly Road
           Hoffman Estates, IL 60179
           US

SHIPPED FROM: Xiamen, China          SHIPPED TO:   Delano , CA

MODE OF TRANSPORTATION: Ocean

                                                   FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SH7003 | HIGHPOINT SZ 8.5 567 | 18 CARTONS | 144 PIECES | 29.900  USD PIECES | 4,305.60  USD |
| ITEM: | 510038712246 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 8  PIECES | | | | | |
| SEARS DIV | 667 | | | | | |
| SEARS ITEM/SKU | 84429/567 | | | | | |

DESCRIPTION OF TYPE OF SHOE: 84429 HIGHPOINT HIKERS
GENDER: MENS
UPPER MATERIAL IN PERCENT:90% leather and 10% mesh
OUTER SOLE MATERIAL IN PERCENT:100% rubber
TYPE OF CONSTRUCTION: cement
ABOVE THE ANKLE             GMS
SIZE RANGE:Men's Medium 7.5-11,12,13
COMMISSION PERCENTAGE :0.07
COMMISSION PAYABLE TO:ISTC        NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME:N/A

| | | | |
|---|---|---|---|
| CONTRACT NO. | SH7003 | REFERENCE NO. | 101 |
| DC CODE | RIDE | DEPARTMENT NO. | 087 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 |
| VENDOR ITEM CODE | SM-5765 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.        063788
GRAND LUCK (FUJIAN) FOOTWEAR CO LTD
GAOQI INDUSTRIAL ZONE
NANYU TOWN, MINHOU COUNTRY
FUZHOU
FUJIAN
China
FTY MID NO.        CNGRALUCFUZ

| SEARS | SH7003 | HIGHPOINT SZ 9.5 569 | 15 CARTONS | 120 PIECES | 29.900  USD PIECES | 3,588.00  USD |
|---|---|---|---|---|---|---|
| ITEM: | 510038712261 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 8  PIECES | | | | | |
| SEARS DIV | 667 | | | | | |
| SEARS ITEM/SKU | 84429/569 | | | | | |

DESCRIPTION OF TYPE OF SHOE: 84429 HIGHPOINT HIKERS
GENDER: MENS
UPPER MATERIAL IN PERCENT:90% leather and 10% mesh
OUTER SOLE MATERIAL IN PERCENT:100% rubber
TYPE OF CONSTRUCTION: cement
ABOVE THE ANKLE             GMS
SIZE RANGE:Men's Medium 7.5-11,12,13
COMMISSION PERCENTAGE :0.07
COMMISSION PAYABLE TO:ISTC        NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME:N/A

## COMMERCIAL INVOICE

Page 2 of 5

DATE: August 10, 2018

INVOICE NO.: 201821335798

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Xiamen, China        SHIPPED TO: Delano , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SH7003 | REFERENCE NO. | 101 | |
| DC CODE | RDE | DEPARTMENT NO. | 087 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 | |
| VENDOR ITEM CODE | SM-5765 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |
| FACTORY NO. | 063788 | | | |

GRAND LUCK (FUJIAN) FOOTWEAR CO LTD
GAOQI INDUSTRIAL ZONE
NANYU TOWN, MINHOU COUNTRY
FUZHOU
FUJIAN
China
FTY MID NO.        CNGRALUCFUZ

| SEARS | SH7003 | HIGHPOINT SZ 10 570 | | 6 CARTONS | 48 PIECES | 29.900 USD PIECES | 1,435.20 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 510038712402 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 8 PIECES | | | | | | |
| SEARS DIV | 667 | | | | | | |
| SEARS ITEM/SKU | 84429/570 | | | | | | |

DESCRIPTION OF TYPE OF SHOE: 84429 HIGHPOINT HIKERS
GENDER: MENS
UPPER MATERIAL IN PERCENT: 90% leather and 10% mesh
OUTER SOLE MATERIAL IN PERCENT: 100% rubber
TYPE OF CONSTRUCTION: cement
ABOVE THE ANKLE                GMS
SIZE RANGE:Men's Medium 7.5-11,12,13
COMMISSION PERCENTAGE :0.07
COMMISSION PAYABLE TO:STC        NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME:N/A

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SH7003 | REFERENCE NO. | 101 | |
| DC CODE | RDE | DEPARTMENT NO. | 087 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 | |
| VENDOR ITEM CODE | SM-5765 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |
| FACTORY NO. | 063788 | | | |

GRAND LUCK (FUJIAN) FOOTWEAR CO LTD
GAOQI INDUSTRIAL ZONE
NANYU TOWN, MINHOU COUNTRY
FUZHOU
FUJIAN
China
FTY MID NO.        CNGRALUCFUZ

63 of 182

---

## COMMERCIAL INVOICE

Page 3 of 5

DATE: August 10, 2018

INVOICE NO.: 201821335798

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Xiamen, China        SHIPPED TO: Delano , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| SEARS | SH7003 | HIGHPOINT SZ 10.5 571 | | 13 CARTONS | 104 PIECES | 29.900 USD PIECES | 3,109.60 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 510038713491 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 8 PIECES | | | | | | |
| SEARS DIV | 667 | | | | | | |
| SEARS ITEM/SKU | 84429/571 | | | | | | |

DESCRIPTION OF TYPE OF SHOE: 84429 HIGHPOINT HIKERS
GENDER: MENS
UPPER MATERIAL IN PERCENT: 90% leather and 10% mesh
OUTER SOLE MATERIAL IN PERCENT: 100% rubber
TYPE OF CONSTRUCTION: cement
ABOVE THE ANKLE                GMS
SIZE RANGE:Men's Medium 7.5-11,12,13
COMMISSION PERCENTAGE :0.07
COMMISSION PAYABLE TO:STC        NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME:N/A

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SH7003 | REFERENCE NO. | 101 | |
| DC CODE | RDE | DEPARTMENT NO. | 087 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 | |
| VENDOR ITEM CODE | SM-5765 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |
| FACTORY NO. | 063788 | | | |

GRAND LUCK (FUJIAN) FOOTWEAR CO LTD
GAOQI INDUSTRIAL ZONE
NANYU TOWN, MINHOU COUNTRY
FUZHOU
FUJIAN
China
FTY MID NO.        CNGRALUCFUZ

| SEARS | SH7003 | HIGHPOINT SZ 11 572 | | 13 CARTONS | 104 PIECES | 29.900 USD PIECES | 3,109.60 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 510038713509 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 8 PIECES | | | | | | |
| SEARS DIV | 667 | | | | | | |
| SEARS ITEM/SKU | 84429/572 | | | | | | |

DESCRIPTION OF TYPE OF SHOE: 84429 HIGHPOINT HIKERS
GENDER: MENS
UPPER MATERIAL IN PERCENT: 90% leather and 10% mesh
OUTER SOLE MATERIAL IN PERCENT: 100% rubber
TYPE OF CONSTRUCTION: cement
ABOVE THE ANKLE                GMS
SIZE RANGE:Men's Medium 7.5-11,12,13
COMMISSION PERCENTAGE :0.07
COMMISSION PAYABLE TO:STC        NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME:N/A

64 of 182

## COMMERCIAL INVOICE

Page 4 of 5

DATE: August 10, 2018

INVOICE NO.: 201821335798

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Xiamen, China    SHIPPED TO: Delano , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| CONTRACT NO. | SH7003 | REFERENCE NO. | 101 |
| DC CODE | RDE | DEPARTMENT NO. | 087 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 |
| VENDOR ITEM CODE | SM-5765 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.    063788
GRAND LUCK (FUJIAN) FOOTWEAR CO LTD
GAOQI INDUETRIAL ZONE
NANYU TOWN, MINHOU COUNTRY
FUZHOU
FUJIAN
China
FTY MID NO.    CNGRALUCFUZ

| SEARS | SH7003 | HIGHPOINT SZ 13 576 | | 10 CARTONS | 80 PIECES | 29.900 USD PIECES | 2,392.00 USD |

ITEM:    510038714325
MADE IN    CHINA (MAINLAND)
CONTENTS    8 PIECES
SEARS DIV    667
SEARS ITEM/SKU    84429/576

DESCRIPTION OF TYPE OF SHOE: 84429 HIGHPOINT HIKERS
GENDER: MENS
UPPER MATERIAL IN PERCENT: 90% leather and 10% mesh
OUTER SOLE MATERIAL IN PERCENT: 100% rubber
TYPE OF CONSTRUCTION: cement
ABOVE THE ANKLE    GMS
SIZE RANGE: Men's Medium 7.5-11,12,13
COMMISSION PERCENTAGE :0.07
COMMISSION PAYABLE TO:STC    NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME:N/A

| CONTRACT NO. | SH7003 | REFERENCE NO. | 101 |
| DC CODE | RDE | DEPARTMENT NO. | 087 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 |
| VENDOR ITEM CODE | SM-5765 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.    063788
GRAND LUCK (FUJIAN) FOOTWEAR CO LTD
GAOQI INDUETRIAL ZONE
NANYU TOWN, MINHOU COUNTRY
FUZHOU
FUJIAN
China
FTY MID NO.    CNGRALUCFUZ

PAYMENT TERM    Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER    OPEN ACCOUNT

---

## COMMERCIAL INVOICE

Page 5 of 5

DATE: August 10, 2018

INVOICE NO.: 201821335798

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Xiamen, China    SHIPPED TO: Delano , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 75 | 600 | PIECES | 17,940.00 USD |

TOTAL US DOLLARS SEVENTEEN THOUSAND NINE HUNDRED FORTY DOLLARS AND ZERO CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

ARCA INDUSTRIAL (NJ) INC

EMPLOYEE NAME

EMPLOYEE TITLE



SEARS SJ7146

67 of 182

---

SEARS ROEBUCK & CO.                **PURCHASE ORDER**                                    Page : 1

| ORDER DATE : 19-JUN-2018 | ORDER NO : SJ7146 | BUYER : VR1  VIVIAN REYES |
| DIV : Division 4 | DEPT NO : 087 | |

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179

**VENDOR**

| NAME | ARCA INDUSTRIAL (NJ) INC |
| ADDRESS | 3 KELLOGG COURT |
| | SUITE #2 |
| | EDISON |
| | NJ |
| COUNTRY | United States |
| EMAIL | arcany@aol.com |
| VENDOR NBR | 8336 |
| TELEPHONE | 732-339-0450 |
| DUNS NBR | 01000154948 |
| FDA REG # | |

**TOTAL COST OF ORDER USD**
$99,000.00

**PAYMENT TO BE MADE BY :**
( )    MULTIPLE PAYMENT TYPES
( X )  CHECK/WIRE TRANSFER
          Amount USD:  99,000.00
( )    FREE GOODS
          Amount USD:  0.00
( )    LETTER OF CREDIT
          Amount USD:  0.00
          LC #:
          TRANSFERABLE:
          BANK:

| PAYMENT TERMS: | 59 | (days) |

| FOREIGN AGENT OFFICE: | KKFTWR | KMART/SEARS FOOTWEAR CONTRACTS |
| FOREIGN SUPPORT OFFICE: | RKKFTWR | KMART AND SEARS FOOTWEAR |
| PRODUCTION COUNTRY: | PINTLS | INTERNATIONAL SEAWAY |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNNGB1H |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Ningbo, China |

**FACTORY DETAILS:**

FACTORY NBR:       103669
NAME               WENZHOU EASILY SHOES CO LTD
ADDRESS            NO 35 JINHUI ROAD SHANGHUI
                   LOUQIAO OUHAI
                   WENZHOU
                   ZHEJIANG
COUNTRY            China
TEL                13806520655
EMAIL              arcash@mail.online.sh.cn
MID                CNWENEAS35WEN

68 of 182

SEARS ROEBUCK & CO.                **P U R C H A S E   O R D E R**                Page : 2

| ORDER DATE : 19-JUN-2018 | ORDER NO : SJ7146 | | VR1  VIVIAN REYES |

**ITEM CODE:** 580037545084

**DESCRIPTION**

**SEASON/YEAR:** 9-BASIC - NOT REPLENISHED    98097 48

**SUB-SEASON:** 90-BASIC - NOT REPLENISHED

**I 20F S/CARTON UPC:** 07215980553634

**CAT/SUB-CAT:** 58/01

**STYLE:** 98097

**TRADEMARK:** NONE

**BRAND NAME:** ELK WOODS    **COPYRIGHT REG. NO.:**

**INTL COMMODY CODE:** GDSM    **MLTP CARTON IND:** 001

| SEARS DIV | SEARS ITEM | SEARS SKU |
| 667 | 98097 | 048 |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
| PER AST | PER CARTON | $299.88 | 500 | 500 | $49,500.00 |
| $99.000 | $99.000 | | | | |

| | KGS: | 13.000 | CBM: | 0.100658 | | AST PER INNER | 1 |
| PER CARTON | LBS: | 28.660 | CU. FT.: | 3.555 | | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | | AST PER MASTER SHIPPING CTN | 1 |
| L 26.0" X W 15.0" X H 15.75" | | | CASEPACK | | | | |

**QUOTA CAT#:** RNONE

**SPECIAL TRADE INDICATOR:**

| | CASE # | FACTORY | EXPORTER |

**ANTI-DUMPING:**

**COUNTERVAILING:**

**ADDITIONAL INFO:**

**PACKING INSTRUCTIONS:**

BOXED

| | **S H I P P I N G   S C H E D U L E** | | | | | | | | |
| REFERENCE (PO)(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 101 | RDE | RDE | Ocean | 08-AUG-2018 | 12-SEP-2018 | 25-OCT-2018 | Z | 500 | 500 | W |

**DETAIL DESCRIPTION-**

DESCRIPTION OF TYPE OF SHOE: 98097 Weather Boot
GENDER: MEN
UPPER MATERIAL IN PERCENT:80 Nylon, 20% TPR PVC or TPR
OUTER SOLE MATERIAL IN PERCENT:100% TPR with leather bottom
TYPE OF CONSTRUCTION: stitching
COVERS THE ANKLE GMS
SIZE RANGE:7-13
COMMISSION PERCENTAGE :0.07 NOT DUTIABLE
COMMISSION PAYABLE TO:ISTC
COMMISSION IS INCLUDED IN FIRST COST:NO
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

**OPC:**        6

---

SEARS ROEBUCK & CO.                **P U R C H A S E   O R D E R**                Page : 3

| ORDER DATE : 19-JUN-2018 | ORDER NO : SJ7146 | | VR1  VIVIAN REYES |

**ITEM CODE:** 580037545092

**DESCRIPTION**

**SEASON/YEAR:** 9-BASIC - NOT REPLENISHED    98097 209

**SUB-SEASON:** 90-BASIC - NOT REPLENISHED

**I 20F S/CARTON UPC:** 07215980553702

**CAT/SUB-CAT:** 58/01

**STYLE:** 98097

**TRADEMARK:** NONE

**BRAND NAME:** ELK WOODS    **COPYRIGHT REG. NO.:**

**INTL COMMODY CODE:** GDSM    **MLTP CARTON IND:** 001

| SEARS DIV | SEARS ITEM | SEARS SKU |
| 667 | 98097 | 209 |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
| PER AST | PER CARTON | $299.88 | 500 | 500 | $49,500.00 |
| $99.000 | $99.000 | | | | |

| | KGS: | 13.000 | CBM: | 0.100658 | | AST PER INNER | 1 |
| PER CARTON | LBS: | 28.660 | CU. FT.: | 3.555 | | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | | AST PER MASTER SHIPPING CTN | 1 |
| L 26.0" X W 15.0" X H 15.75" | | | CASEPACK | | | | |

**QUOTA CAT#:** RNONE

**SPECIAL TRADE INDICATOR:**

| | CASE # | FACTORY | EXPORTER |

**ANTI-DUMPING:**

**COUNTERVAILING:**

**ADDITIONAL INFO:**

**PACKING INSTRUCTIONS:**

BOXED

| | **S H I P P I N G   S C H E D U L E** | | | | | | | | |
| REFERENCE (PO)(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 101 | RDE | RDE | Ocean | 08-AUG-2018 | 12-SEP-2018 | 25-OCT-2018 | Z | 500 | 500 | W |

**DETAIL DESCRIPTION-**

DESCRIPTION OF TYPE OF SHOE: 98097 Weather Boot
GENDER: MEN
UPPER MATERIAL IN PERCENT:80 Nylon, 20% TPR PVC or TPR
OUTER SOLE MATERIAL IN PERCENT:100% TPR with leather bottom
TYPE OF CONSTRUCTION: stitching
COVERS THE ANKLE GMS
SIZE RANGE:7-13
COMMISSION PERCENTAGE :0.07 NOT DUTIABLE
COMMISSION PAYABLE TO:ISTC
COMMISSION IS INCLUDED IN FIRST COST:NO
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

**OPC:**        6

**SEARS ROEBUCK & CO.**                    **P U R C H A S E   O R D E R**                    Page : 4

| ORDER DATE : 19-JUN-2018 | ORDER NO : SJ7146 | VR1  VIVIAN REYES |

**ITEM CODE:** 580037545084

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3753915-2 | | | | | | 98097-5 64 | | | | NYLON | 100% | |
| 3753916-0 | | | | | | 98097-5 66 | | | | NYLON | 100% | |
| 3753917-8 | | | | | | 98097-5 68 | | | | NYLON | 100% | |
| 3754505-0 | | | | | | 98097-5 70 | | | | NYLON | 100% | |
| 3754506-8 | | | | | | 98097-5 72 | | | | NYLON | 100% | |
| 3754507-6 | | | | | | 98097-5 74 | | | | NYLON | 100% | |

**ITEM CODE:** 580037545092

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3753916-0 | | | | | | 98097-5 66 | | | | NYLON | 100% | |
| 3753917-8 | | | | | | 98097-5 68 | | | | NYLON | 100% | |
| 3754505-0 | | | | | | 98097-5 70 | | | | NYLON | 100% | |
| 3754506-8 | | | | | | 98097-5 72 | | | | NYLON | 100% | |
| 3754507-6 | | | | | | 98097-5 74 | | | | NYLON | 100% | |

**ITEM CODE:** 580037545084        **ITEM:** 98097 48

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: 98097 SZ 7 564 | 3753915-2 | BLACK | 7.0 | 1 | 16.500 | 49.98 | 721598055301 |
| SUB KSN DESC: 98097 SZ 8 566 | 3753916-0 | BLACK | 8.0 | 1 | 16.500 | 49.98 | 721598055318 |
| SUB KSN DESC: 98097 SZ 9 568 | 3753917-8 | BLACK | 9.0 | 1 | 16.500 | 49.98 | 721598055325 |
| SUB KSN DESC: 98097 SZ 10 570 | 3754505-0 | BLACK | 10.0 | 1 | 16.500 | 49.98 | 721598055332 |
| SUB KSN DESC: 98097 SZ 11 572 | 3754506-8 | BLACK | 11.0 | 1 | 16.500 | 49.98 | 721598055349 |
| SUB KSN DESC: 98097 SZ 12 574 | 3754507-6 | BLACK | 12.0 | 1 | 16.500 | 49.98 | 721598055356 |
| | | TOTAL | | 6 | 99.000 | 299.88 | |

**ITEM CODE:** 580037545092        **ITEM:** 98097 209

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: 98097 SZ 8 566 | 3753916-0 | BLACK | 8.0 | 1 | 16.500 | 49.98 | 721598055318 |
| SUB KSN DESC: 98097 SZ 9 568 | 3753917-8 | BLACK | 9.0 | 1 | 16.500 | 49.98 | 721598055325 |
| SUB KSN DESC: 98097 SZ 10 570 | 3754505-0 | BLACK | 10.0 | 2 | 16.500 | 49.98 | 721598055332 |
| SUB KSN DESC: 98097 SZ 11 572 | 3754506-8 | BLACK | 11.0 | 1 | 16.500 | 49.98 | 721598055349 |
| SUB KSN DESC: 98097 SZ 12 574 | 3754507-6 | BLACK | 12.0 | 1 | 16.500 | 49.98 | 721598055356 |
| | | TOTAL | | 6 | 99.000 | 299.88 | |

---

**SEARS ROEBUCK & CO.**                    **P U R C H A S E   O R D E R**                    Page : 5

| ORDER DATE : 19-JUN-2018 | ORDER NO : SJ7146 | VR1  VIVIAN REYES |

**ADDITIONAL CONDITIONS**

**FOR ITEM 580037545084**
IFI-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 580037545092**
IFI-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR—
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIES O ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
·
--------------------------------------------------------
UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
--------------------------------------------------------

ANTIDUMPING CLAUSE:
--------------------------------------------------------
VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
--------------------------------------------------------
--------------------------------------------------------
--------------------------------------------------------

SEARS ROEBUCK & CO.                    **P U R C H A S E   O R D E R**                                    Page : 6

| ORDER DATE : 19-JUN-2018 | ORDER NO : SJ7146 | VR1  VIVIAN REYES |
|---|---|---|

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
-----------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO)HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
-----------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
-----------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

---

## COMMERCIAL INVOICE

Page 1 of 2

DATE :  August 17, 2018

INVOICE NO :  201821461536

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:    SEARS ROEBUCK & CO.
       3333 Beverly Road
       Hoffman Estates, IL 60179
       US

SHIPPED FROM: Ningbo, China        SHIPPED TO:  Delano , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SJ7146 | 98097 48 | 500 | 500 | 99.000  USD | 49,500.00  USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 580037545084 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | |
| SEARS DIV | 667 | | | | | |
| SEARS ITEM/SKU | 98097/048 | | | | | |

DESCRIPTION OF TYPE OF SHOE: 98097 Weather Boot
GENDER: MEN
UPPER MATERIAL IN PERCENT:80 Nylon, 20% TPR PVC or TPR
OUTER SOLE MATERIAL IN PERCENT:100% TPR with leather bottom
TYPE OF CONSTRUCTION: stitching
COVERS THE ANKLE                GMS
SIZE RANGE:7-13
COMMISSION PERCENTAGE: 0.07                    NOT DUTIABLE
COMMISSION PAYABLE TO:ISTC
COMMISSION IS INCLUDED IN FIRST COST:NO
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| CONTRACT NO. | SJ7146 | REFERENCE NO. | 101 |
| DC CODE | RIDE | DEPARTMENT NO. | 087 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 |
| VENDOR ITEM CODE | 98097 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.        103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.        CNWENEAS35WEN

| SEARS | SJ7146 | 98097 209 | 500 | 500 | 99.000  USD | 49,500.00  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 580037545092 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | |
| SEARS DIV | 667 | | | | | |
| SEARS ITEM/SKU | 98097/209 | | | | | |

DESCRIPTION OF TYPE OF SHOE: 98097 Weather Boot
GENDER: MEN
UPPER MATERIAL IN PERCENT:80 Nylon, 20% TPR PVC or TPR
OUTER SOLE MATERIAL IN PERCENT:100% TPR with leather bottom
TYPE OF CONSTRUCTION: stitching
COVERS THE ANKLE                GMS
SIZE RANGE:7-13
COMMISSION PERCENTAGE: 0.07                    NOT DUTIABLE
COMMISSION PAYABLE TO:ISTC
COMMISSION IS INCLUDED IN FIRST COST:NO
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

## COMMERCIAL INVOICE

Page 2 of 2
DATE:  August 17, 2018
INVOICE NO.:  201821461536

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:     SEARS ROEBUCK & CO.
        3333 Beverly Road
        Hoffman Estates, IL 60179
        US

SHIPPED FROM:  Ningbo, China         SHIPPED TO:    Delano , CA
MODE OF TRANSPORTATION:  Ocean
                                                    FOB China

| | | | |
|---|---|---|---|
| CONTRACT NO. | SJ7146 | REFERENCE NO. | 101 |
| DC CODE | RDE | DEPARTMENT NO. | 087 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 |
| VENDOR ITEM CODE | 98097 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.      103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.       CNWENEAS35WEN

PAYMENT TERM        Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER         OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 1,000 | 1,000 | ASSORTMENTS | 99,000.00  USD |

TOTAL US DOLLARS NINETY-NINE THOUSAND DOLLARS AND ZERO CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

ARCA INDUSTRIAL (NJ) INC
EMPLOYEE NAME
EMPLOYEE TITLE



SEARS  SL5166

## Page 1

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

Page : 1

| ORDER DATE : 03-MAY-2018 | ORDER NO : SL5166 | BUYER : BM4 BRITNEY MEJIA |
|---|---|---|
| DIV : Division 4 | DEPT NO : 086 | |

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | ARCA INDUSTRIAL (NJ) INC |
| ADDRESS | 3 KELLOGG COURT |
| | SUITE #2 |
| | EDISON |
| | NJ |
| COUNTRY | United States |
| EMAIL | arcany@aol.com |
| VENDOR NBR | 8336 |
| TELEPHONE | 732-339-0450 |
| DUNS NBR | 01000154948 |
| FDA REG # | |

| TOTAL COST OF ORDER USD | |
|---|---|
| PAYMENT TO BE MADE BY : | |
| ( )   MULTIPLE PAYMENT TYPES | |
| ( X )   CHECK/WIRE TRANSFER | |
| Amount USD:  17,625.00 | |
| ( )   FREE GOODS | |
| Amount USD:  0.00 | |
| ( )   LETTER OF CREDIT | |
| Amount USD:  0.00 | |
| LC #: | |
| TRANSFERABLE: | |
| BANK: | |

TOTAL COST OF ORDER USD
$17,625.00

PAYMENT TERMS: 59 (days)

| FOREIGN AGENT OFFICE: | KKFTWR | KMART/SEARS FOOTWEAR CONTRACTS |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKFTWR | KMART AND SEARS FOOTWEAR |
| PRODUCTION COUNTRY: | PINTLS | INTERNATIONAL SEAWAY |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
|---|---|
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNNGB'H |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Ningbo, China |

| FACTORY DETAILS: | |
|---|---|
| FACTORY NBR: | 103669 |
| NAME | WENZHOU EASILY SHOES CO LTD |
| ADDRESS | NO 35 JINHUI ROAD SHANGHUI |
| | LOUQIAO OUHAI |
| | WENZHOU |
| | ZHEJIANG |
| COUNTRY | China |
| TEL | 13806520655 |
| EMAIL | arcashl@mail.online.sh.cn |
| MID | CNWENEAS35WEN |

77 of 182

## Page 2

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

Page : 2

| ORDER DATE : 03-MAY-2018 | ORDER NO : SL5166 | BM4 BRITNEY MEJIA |
|---|---|---|

| | | DESCRIPTION | |
|---|---|---|---|
| ITEM CODE: 850096663909 | SEASON/YEAR: 5-WINTER 2018 | SILVY SZ 6 562 | |
| | SUB-SEASON: 50-WINTER | | |
| I 2OF 5/CARTON UPC: 072159805461B6 | CAT/SUB-CAT: 85/01 | | |
| STYLE: 0 | TRADEMARK: NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: ROEBUCK AND CO | COPYRIGHT REG. NO.: | 654 | 28750 | 562 |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL EA | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER EACHES | PER CARTON | $49.99 | 15 | 180 | $2,115.00 |
| $11.750 | $141.000 | | | | |

| | KGS: | 12.000 | CBM: | 0.136165 | EACHES PER INNER | 1 |
|---|---|---|---|---|---|---|
| PER CARTON | LBS: | 26.460 | CU. FT.: | 4.809 | INNERS PER OUTER CARTON | 12 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | EACHES PER MASTER SHIPPING CTN | 12 |
| L 26.8" X W 23.85" X H 13.0" | | | CASEPACK | | | |

| QUOTA CAT#: RNONE | | CASE # | FACTORY | EXPORTER |
|---|---|---|---|---|
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | | |
| | COUNTERVAILING: | | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
BOXED

| SHIPPING SCHEDULE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (EACHES) | PAY TYPE |
| 101 | RDE | RDE | Ocean | 12-SEP-2018 | 12-SEP-2018 | 30-OCT-2018 | 2 | 15 | 180 | W |

DETAIL DESCRIPTION:

DESCRIPTION OF TYPE OF SHOE: Silverton Low Pull On
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% PU
OUTER SOLE MATERIAL IN PERCENT:100% tpr outsole
TYPE OF CONSTRUCTION: coment
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:cover ankle
SIZE RANGE:wo's 5-11#
COMMISSION PERCENTAGE : 7.0%
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

OPC:                           12
FABRIC MATERIAL:              PU
STYLE SILHOUETTE:            ANKLE SHAFT

78 of 182

## Left Page

SEARS ROEBUCK & CO.                    P U R C H A S E   O R D E R                                          Page : 3

ORDER DATE : 03-MAY-2018      ORDER NO :  SL5166                          BM4  BRITNEY MEJIA

| | | | DESCRIPTION | | |
|---|---|---|---|---|---|
| ITEM CODE:  850098663925 | SEASON/YEAR:  5-WINTER 2018 | | SILVY SZ 7 564 | | |
| | SUB-SEASON:  50-WINTER | | | | |
| I 2OF 5/CARTON UPC:  07215980546254 | CAT/SUB-CAT:  85/01 | | | | |
| STYLE:  0 | TRADEMARK:  NONE | | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME:  ROEBUCK AND CO | COPYRIGHT REG. NO.: | | 654 | 28750 | 564 |
| INTL COMMODITY CODE:  GDSM | MLTP CARTON IND:  001 | | | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL EA | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER EACHES | PER CARTON | $49.99 | 25 | 300 | $3,525.00 |
| $11.750 | $141.000 | | | | |

| | KGS:  12.000 | CBM:  0.136165 | EACHES PER INNER | 1 |
|---|---|---|---|---|
| PER CARTON | LBS:  26.460 | CU. FT. :  4.809 | INNERS PER OUTER CARTON | 12 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | EACHES PER MASTER SHIPPING CTN | 12 |
| L 26.8" X W 23.85" X H 13.0" | | CASEPACK | | |

QUOTA CAT#:  RNONE                                              CASE #                FACTORY              EXPORTER

SPECIAL TRADE INDICATOR:                          ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

BOXED

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (EACHES) | PAY TYPE |
| 101 | RDE | RDE | Ocean | 12-SEP-2018 | 12-SEP-2018 | 30-OCT-2018 | Z | 25 | 300 | W |

DETAIL DESCRIPTION-

DESCRIPTION OF TYPE OF SHOE: Silverion Low Pull On
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% PU
OUTER SOLE MATERIAL IN PERCENT:100% lpr outsole
TYPE OF CONSTRUCTION: cement
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:cover ankle
SIZE RANGE:wo's 5-11#
COMMISSION PERCENTAGE : 7.0%
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

OPC:                    12
FABRIC MATERIAL:              PU
STYLE SILHOUETTE:        ANKLE SHAFT

## Right Page

SEARS ROEBUCK & CO.                    P U R C H A S E   O R D E R                                          Page : 4

ORDER DATE : 03-MAY-2018      ORDER NO :  SL5166                          BM4  BRITNEY MEJIA

| | | | DESCRIPTION | | |
|---|---|---|---|---|---|
| ITEM CODE:  850098663933 | SEASON/YEAR:  5-WINTER 2018 | | SILVY SZ 8 566 | | |
| | SUB-SEASON:  50-WINTER | | | | |
| I 2OF 5/CARTON UPC:  07215980546322 | CAT/SUB-CAT:  85/01 | | | | |
| STYLE:  0 | TRADEMARK:  NONE | | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME:  ROEBUCK AND CO | COPYRIGHT REG. NO.: | | 654 | 28750 | 566 |
| INTL COMMODITY CODE:  GDSM | MLTP CARTON IND:  001 | | | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL EA | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER EACHES | PER CARTON | $49.99 | 30 | 360 | $4,230.00 |
| $11.750 | $141.000 | | | | |

| | KGS:  12.000 | CBM:  0.136165 | EACHES PER INNER | 1 |
|---|---|---|---|---|
| PER CARTON | LBS:  26.460 | CU. FT. :  4.809 | INNERS PER OUTER CARTON | 12 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | EACHES PER MASTER SHIPPING CTN | 12 |
| L 26.8" X W 23.85" X H 13.0" | | CASEPACK | | |

QUOTA CAT#:  RNONE                                              CASE #                FACTORY              EXPORTER

SPECIAL TRADE INDICATOR:                          ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

BOXED

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (EACHES) | PAY TYPE |
| 101 | RDE | RDE | Ocean | 12-SEP-2018 | 12-SEP-2018 | 30-OCT-2018 | Z | 30 | 360 | W |

DETAIL DESCRIPTION-

DESCRIPTION OF TYPE OF SHOE: Silverion Low Pull On
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% PU
OUTER SOLE MATERIAL IN PERCENT:100% lpr outsole
TYPE OF CONSTRUCTION: cement
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:cover ankle
SIZE RANGE:wo's 5-11#
COMMISSION PERCENTAGE : 7.0%
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

OPC:                    12
FABRIC MATERIAL:              PU
STYLE SILHOUETTE:        ANKLE SHAFT

SEARS ROEBUCK & CO.                     P U R C H A S E   O R D E R                                    Page : 5

| ORDER DATE : 03-MAY-2018 | ORDER NO : SL5166 | BM4 BRITNEY MEJIA |

DESCRIPTION

ITEM CODE: 850098663941          SEASON/YEAR: 5-WINTER 2018          SILVY SZ 9 568
                                 SUB-SEASON: 50-WINTER
I 2OF 5/CARTON UPC: 07215980546490   CAT/SUB-CAT: 85/01
        STYLE: 0                     TRADEMARK: NONE          SEARS DIV          SEARS ITEM          SEARS SKU
   BRAND NAME: ROEBUCK AND CO      COPYRIGHT REG. NO.:          654                28750               568
INTL COMMODITY CODE: GDSM           MLTP CARTON IND: 001

FOB PRICE          SELL PRICE          TOTAL CARTONS          TOTAL EA          TOTAL COST OF ITEM
PER EACHES   PER CARTON      $49.99              25                 300              $3,525.00
$11.750      $141.000

                 KGS:    12.000       CBM:    0.136165          EACHES PER INNER             1
PER CARTON       LBS:    26.460       CU. FT.:  4.809           INNERS PER OUTER CARTON      12
OUTER CARTON DIMENSIONS           PACKING INSTRUCTION:          EACHES PER MASTER SHIPPING   12
L 26.8" X W 23.85" X H 13.0"              CASEPACK              CTN

        QUOTA CAT#:  RNONE                              CASE #              FACTORY          EXPORTER
       SPECIAL TRADE                            ANTI-DUMPING:
         INDICATOR:                            COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
BOXED

| | | | | S H I P P I N G   S C H E D U L E | | | | | |
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (EACHES) | PAY TYPE |
| 101 | RDE | RDE | Ocean | 12-SEP-2018 | 12-SEP-2018 | 30-OCT-2018 | Z | 25 | 300 | W |

DETAIL DESCRIPTION-

DESCRIPTION OF TYPE OF SHOE: Silverion Low Pull On
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% PU
OUTER SOLE MATERIAL IN PERCENT:100% lpr outsole
TYPE OF CONSTRUCTION: cement
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:cover ankle
SIZE RANGE:wo's 5-11#
COMMISSION PERCENTAGE : 7.0%
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

OPC:                12
FABRIC MATERIAL:    PU
STYLE SILHOUETTE:   ANKLE SHAFT

---

SEARS ROEBUCK & CO.                     P U R C H A S E   O R D E R                                    Page : 6

| ORDER DATE : 03-MAY-2018 | ORDER NO : SL5166 | BM4 BRITNEY MEJIA |

DESCRIPTION

ITEM CODE: 850098663958          SEASON/YEAR: 5-WINTER 2018          SILVY SZ 10 570
                                 SUB-SEASON: 50-WINTER
I 2OF 5/CARTON UPC: 07215980546568   CAT/SUB-CAT: 85/01
        STYLE: 0                     TRADEMARK: NONE          SEARS DIV          SEARS ITEM          SEARS SKU
   BRAND NAME: ROEBUCK AND CO      COPYRIGHT REG. NO.:          654                28750               570
INTL COMMODITY CODE: GDSM           MLTP CARTON IND: 001

FOB PRICE          SELL PRICE          TOTAL CARTONS          TOTAL EA          TOTAL COST OF ITEM
PER EACHES   PER CARTON      $49.99              20                 240              $2,820.00
$11.750      $141.000

                 KGS:    12.000       CBM:    0.136165          EACHES PER INNER             1
PER CARTON       LBS:    26.460       CU. FT.:  4.809           INNERS PER OUTER CARTON      12
OUTER CARTON DIMENSIONS           PACKING INSTRUCTION:          EACHES PER MASTER SHIPPING   12
L 26.8" X W 23.85" X H 13.0"              CASEPACK              CTN

        QUOTA CAT#:  RNONE                              CASE #              FACTORY          EXPORTER
       SPECIAL TRADE                            ANTI-DUMPING:
         INDICATOR:                            COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
BOXED

| | | | | S H I P P I N G   S C H E D U L E | | | | | |
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (EACHES) | PAY TYPE |
| 101 | RDE | RDE | Ocean | 12-SEP-2018 | 12-SEP-2018 | 30-OCT-2018 | Z | 20 | 240 | W |

DETAIL DESCRIPTION-

DESCRIPTION OF TYPE OF SHOE: Silverion Low Pull On
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% PU
OUTER SOLE MATERIAL IN PERCENT:100% lpr outsole
TYPE OF CONSTRUCTION: cement
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:cover ankle
SIZE RANGE:wo's 5-11#
COMMISSION PERCENTAGE : 7.0%
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

OPC:                12
FABRIC MATERIAL:    PU
STYLE SILHOUETTE:   ANKLE SHAFT

SEARS ROEBUCK & CO.

PURCHASE ORDER

Page : 7

| ORDER DATE : 03-MAY-2018 | ORDER NO : SL5166 | | BM4  BRITNEY MEJIA |

ITEM CODE: 850098663966

SEASON/YEAR: 5-WINTER 2018
SUB-SEASON: 50-WINTER
CAT/SUB-CAT: 85/01
TRADEMARK: NONE
COPYRIGHT REG. NO.:
MLTP CARTON NO: 001

**DESCRIPTION**
SILVY SZ 11 572

I 2OF S/CARTON UPC: 07215980546636
STYLE: 0
BRAND NAME: ROEBUCK AND CO
INTL COMMODY CODE: GDSM

SEARS DIV
654

SEARS ITEM
28750

SEARS SKU
572

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL EA | TOTAL COST OF ITEM |
| PER EACHES | PER CARTON | $49.99 | 10 | 120 | $1,410.00 |
| $11.750 | $141.000 | | | | |

| | KGS: | 12.000 | CBM: | 0.136165 | EACHES PER INNER | 1 |
| PER CARTON | LBS: | 26.460 | CU. FT.: | 4.809 | INNERS PER OUTER CARTON | 12 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | EACHES PER MASTER SHIPPING CTN | 12 |
| L 26.8" X W 23.85" X H 13.0" | | | CASEPACK | | | |

QUOTA CAT#:  RNONE
SPECIAL TRADE INDICATOR:

CASE #
ANTI-DUMPING:
COUNTERVAILING:

FACTORY

EXPORTER

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

BOXED

| SHIPPING SCHEDULE | | | | | | | | | |
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (EACHES) | PAY TYPE |
| 101 | RDE | RDE | Ocean | 12-SEP-2018 | 12-SEP-2018 | 30-OCT-2018 | Z | 10 | 120 | W |

DETAIL DESCRIPTION-

DESCRIPTION OF TYPE OF SHOE: Silverton Low Pull On
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% PU
OUTER SOLE MATERIAL IN PERCENT:100% tpr outsole
TYPE OF CONSTRUCTION: cement
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:cover ankle
SIZE RANGE:wo's 5-11#
COMMISSION PERCENTAGE : 7.0%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

OPC:          12
FABRIC MATERIAL:      PU
STYLE SILHOUETTE:    ANKLE SHAFT

---

SEARS ROEBUCK & CO.

PURCHASE ORDER

Page : 8

| ORDER DATE : 03-MAY-2018 | ORDER NO : SL5166 | | BM4  BRITNEY MEJIA |

ITEM CODE: 850098663909

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
| | | | | | | 28750-5 62 | | | | | | |

ITEM CODE: 850098663925

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
| | | | | | | 28750-5 64 | | | | | | |

ITEM CODE: 850098663933

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
| | | | | | | 28750-5 66 | | | | | | |

ITEM CODE: 850098663941

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
| | | | | | | 28750-5 68 | | | | | | |

ITEM CODE: 850098663958

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
| | | | | | | 28750-5 70 | | | | | | |

ITEM CODE: 850098663966

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
| | | | | | | 28750-5 72 | | | | | | |

ITEM CODE: 850098663909          ITEM: SILVY SZ 6 562

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
| | | TOTAL | | 0 | | | |

ITEM CODE: 850098663925          ITEM: SILVY SZ 7 564

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
| | | TOTAL | | 0 | | | |

ITEM CODE: 850098663933          ITEM: SILVY SZ 8 566

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
| | | TOTAL | | 0 | | | |

ITEM CODE: 850098663941          ITEM: SILVY SZ 9 568

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
| | | TOTAL | | 0 | | | |

ITEM CODE: 850098663958          ITEM: SILVY SZ 10 570

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
| | | TOTAL | | 0 | | | |

**PURCHASE ORDER**

SEARS ROEBUCK & CO.                                                                 Page : 9

ORDER DATE : 03-MAY-2018      ORDER NO : SL5166                          BM4  BRITNEY MEJIA

ITEM CODE: 850098663966              ITEM: SILVY SZ 11 572

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB SELL PRICE UPC# |
|---|---|---|---|---|---|
| | | TOTAL | | 0 | |

ADDITIONAL CONDITIONS

FOR ITEM 850098663909
IF I-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

FOR ITEM 850098663925
IF I-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

FOR ITEM 850098663933
IF I-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

FOR ITEM 850098663941
IF I-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

FOR ITEM 850098663958
IF I-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

FOR ITEM 850098663966
IF I-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

---

**PURCHASE ORDER**

SEARS ROEBUCK & CO.                                                                 Page : 10

ORDER DATE : 03-MAY-2018      ORDER NO : SL5166                          BM4  BRITNEY MEJIA

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR—
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIES,"SEARS"),SO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:

UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE –1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE –3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE –5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
------------------------

ANTIDUMPING CLAUSE:
----------------------------------------------------
VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

SEARS ROEBUCK & CO.

PURCHASE ORDER

Page : 11

| ORDER DATE : 03-MAY-2018 | ORDER NO : SL5166 | BM4  BRITNEY MEJIA |

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME  AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
---------------------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
---------------------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDORS
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

# COMMERCIAL INVOICE

Page 1 of 5

DATE :  August 23, 2018

INVOICE NO. :  201821601262

8336
ARCA INDUSTRIAL (N.J) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:    SEARS ROEBUCK & CO.
       3333 Beverly Road
       Hoffman Estates, IL 60179
       US

SHIPPED FROM: Ningbo, China        SHIPPED TO:  Delano , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| SEARS          SL5166 | SILVY SZ 6 5&2 | 15 | 180 | 11.750  USD | 2,115.00  USD |
| | | CARTONS | PIECES | PIECES | |
| ITEM:          850098663909 | | | | | |
| MADE IN        CHINA (MAINLAND) | | | | | |
| CONTENTS       12  PIECES | | | | | |
| SEARS DIV      654 | | | | | |
| SEARS ITEM/SKU  28750/5&2 | | | | | |

DESCRIPTION OF TYPE OF SHOE: Silverton Low Pull On
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% PU
OUTER SOLE MATERIAL IN PERCENT:100% lpr outsole
TYPE OF CONSTRUCTION: cement
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:cover ankle
SIZE RANGE:wo's 5-11#
COMMISSION PERCENTAGE : 7.0%
COMMISSION PAYABLE TO:STC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SL5166 | REFERENCE NO. | 101 | |
| DC CODE | RDE | DEPARTMENT NO. | 086 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 | |
| VENDOR ITEM CODE | 0 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

FACTORY NO.         103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.        CNWENEAS35WEN

| SEARS          SL5166 | SILVY SZ 7 5&4 | 25 | 300 | 11.750  USD | 3,525.00  USD |
|---|---|---|---|---|---|
| | | CARTONS | PIECES | PIECES | |
| ITEM:          850098663925 | | | | | |
| MADE IN        CHINA (MAINLAND) | | | | | |
| CONTENTS       12  PIECES | | | | | |
| SEARS DIV      654 | | | | | |
| SEARS ITEM/SKU  28750/5&4 | | | | | |

DESCRIPTION OF TYPE OF SHOE: Silverton Low Pull On
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% PU
OUTER SOLE MATERIAL IN PERCENT:100% lpr outsole
TYPE OF CONSTRUCTION: cement
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:cover ankle
SIZE RANGE:wo's 5-11#
COMMISSION PERCENTAGE : 7.0%
COMMISSION PAYABLE TO:STC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

## COMMERCIAL INVOICE

Page 2 of 5
DATE: August 23, 2018
INVOICE NO.: 201821601262

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China     SHIPPED TO: Delano , CA
MODE OF TRANSPORTATION: Ocean

FOB China

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SL5166 | REFERENCE NO. | 101 | |
| DC CODE | RDE | DEPARTMENT NO. | 086 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 | |
| VENDOR ITEM CODE | 0 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

FACTORY NO.  103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.  CNWENEAS35WEN

| SEARS | SL5166 | SILVY SZ 8 566 | | 30 | 360 | 11.750 USD | 4,230.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

ITEM:  850098663933
MADE IN  CHINA (MAINLAND)
CONTENTS  12 PIECES
SEARS DIV  654
SEARS ITEM/SKU  28750/566

DESCRIPTION OF TYPE OF SHOE: Silverton Low Pull On
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% PU
OUTER SOLE MATERIAL IN PERCENT:100% lpr outsole
TYPE OF CONSTRUCTION: cement
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:cover ankle
SIZE RANGE:wo's 5-11#
COMMISSION PERCENTAGE : 7.0%
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SL5166 | REFERENCE NO. | 101 | |
| DC CODE | RDE | DEPARTMENT NO. | 086 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 | |
| VENDOR ITEM CODE | 0 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

FACTORY NO.  103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.  CNWENEAS35WEN

## COMMERCIAL INVOICE

Page 3 of 5
DATE: August 23, 2018
INVOICE NO.: 201821601262

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China     SHIPPED TO: Delano , CA
MODE OF TRANSPORTATION: Ocean

FOB China

| SEARS | SL5166 | SILVY SZ 9 568 | | 25 | 300 | 11.750 USD | 3,525.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

ITEM:  850098663941
MADE IN  CHINA (MAINLAND)
CONTENTS  12 PIECES
SEARS DIV  654
SEARS ITEM/SKU  28750/568

DESCRIPTION OF TYPE OF SHOE: Silverton Low Pull On
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% PU
OUTER SOLE MATERIAL IN PERCENT:100% lpr outsole
TYPE OF CONSTRUCTION: cement
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:cover ankle
SIZE RANGE:wo's 5-11#
COMMISSION PERCENTAGE : 7.0%
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SL5166 | REFERENCE NO. | 101 | |
| DC CODE | RDE | DEPARTMENT NO. | 086 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 | |
| VENDOR ITEM CODE | 0 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

FACTORY NO.  103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.  CNWENEAS35WEN

| SEARS | SL5166 | SILVY SZ 10 570 | | 20 | 240 | 11.750 USD | 2,820.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

ITEM:  850098663958
MADE IN  CHINA (MAINLAND)
CONTENTS  12 PIECES
SEARS DIV  654
SEARS ITEM/SKU  28750/570

DESCRIPTION OF TYPE OF SHOE: Silverton Low Pull On
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% PU
OUTER SOLE MATERIAL IN PERCENT:100% lpr outsole
TYPE OF CONSTRUCTION: cement
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:cover ankle
SIZE RANGE:wo's 5-11#
COMMISSION PERCENTAGE : 7.0%
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

## COMMERCIAL INVOICE

Page 4 of 5
DATE: August 23, 2018
INVOICE NO.: 201821601262

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China        SHIPPED TO:  Delano , CA
MODE OF TRANSPORTATION: Ocean

FOB China

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | SL5166 | REFERENCE NO. | 101 | | |
| DC CODE | RDE | DEPARTMENT NO. | 086 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 | | |
| VENDOR ITEM CODE | 0 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | | |

FACTORY NO.        103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.        CNWENEAS35WEN

| SEARS | SL5166 | SILVY SZ 11 572 | | 10 CARTONS | 120 PIECES | 11.750 USD PIECES | 1,410.00 USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| ITEM: | 850098663966 |
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 12 PIECES |
| SEARS DIV | 654 |
| SEARS ITEM/SKU: | 28750/572 |

DESCRIPTION OF TYPE OF SHOE: Silverton Low Pull On
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% PU
OUTER SOLE MATERIAL IN PERCENT:100% lpr outsole
TYPE OF CONSTRUCTION: cement
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:cover ankle
SIZE RANGE:wo's 5-11#
COMMISSION PERCENTAGE : 7.0%
COMMISSION PAYABLE TO JSTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | SL5166 | REFERENCE NO. | 101 | | |
| DC CODE | RDE | DEPARTMENT NO. | 086 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 | | |
| VENDOR ITEM CODE | 0 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | | |

FACTORY NO.        103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.        CNWENEAS35WEN

PAYMENT TERM        Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER        OPEN ACCOUNT

## COMMERCIAL INVOICE

Page 5 of 5
DATE: August 23, 2018
INVOICE NO.: 201821601262

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China        SHIPPED TO:  Delano , CA
MODE OF TRANSPORTATION: Ocean

FOB China

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 125 | 1,500 PIECES | | 17,625.00  USD |

TOTAL US DOLLARS SEVENTEEN THOUSAND SIX HUNDRED TWENTY-FIVE DOLLARS AND ZERO CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| |
|---|
| ARCA INDUSTRIAL (NJ) INC |
| EMPLOYEE NAME _____ |
| EMPLOYEE TITLE _____ |



**SEARS SJ5178**

---

SEARS ROEBUCK & CO.

**P U R C H A S E   O R D E R**

Page : 1

| ORDER DATE : | 04-MAY-2018 | ORDER NO : | SJ5178 | BUYER : | BM4  BRITNEY MEJIA |
|---|---|---|---|---|---|
| DIV : | Division 4 | DEPT NO : | 086 | | |

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | ARCA INDUSTRIAL (NJ) INC |
| ADDRESS | 3 KELLOGG COURT |
| | SUITE #2 |
| | EDISON |
| | NJ |
| COUNTRY | United States |
| EMAIL | arcany@aol.com |
| VENDOR NBR | 8336 |
| TELEPHONE | 732-339-0450 |
| DUNS NBR | 01000154948 |
| FDA REG # | |

| TOTAL COST OF ORDER USD |
|---|
| $52,038.00 |

**PAYMENT TO BE MADE BY :**
( )    MULTIPLE PAYMENT TYPES
( X )  CHECK/WIRE TRANSFER
         Amount USD:  $2,038.00
( )    FREE GOODS
         Amount USD:  0.00
( )    LETTER OF CREDIT
         Amount USD:  0.00
         LC #:
         TRANSFERABLE:
         BANK:

| PAYMENT TERMS: | 59 | (days) |
|---|---|---|

| FOREIGN AGENT OFFICE: | KKFTWR | KMART/SEARS FOOTWEAR CONTRACTS |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKFTWR | KMART AND SEARS FOOTWEAR |
| PRODUCTION COUNTRY: | PARCA | ARCA INDUSTRIAL CORP. |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
|---|---|
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNNGB1H |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Ningbo, China |

**FACTORY DETAILS:**

| FACTORY NBR: | 103669 |
|---|---|
| NAME | WENZHOU EASILY SHOES CO LTD |
| ADDRESS | NO 35 JINHUI ROAD SHANGHUI |
| | LOUQIAO OUHAI |
| | WENZHOU |
| | ZHEJIANG |
| COUNTRY | China |
| TEL | 13806520655 |
| EMAIL | arcash@mail.online.sh.cn |
| MID | CNWENEAS35WEN |

## Left Page

SEARS ROEBUCK & CO.                    **P U R C H A S E   O R D E R**                          Page : 2

| ORDER DATE : 04-MAY-2018 | ORDER NO : SJ5178 | | BM4  BRITNEY MEJIA |
|---|---|---|---|

**DESCRIPTION**

| | | |
|---|---|---|
| ITEM CODE: 850098669849 | SEASON/YEAR: 5-WINTER 2018 | FIFI 181 |
| | SUB-SEASON: 50-WINTER | |
| I 2OF S/CARTON UPC: 07215980544342 | CAT/SUB-CAT: 85/01 | |
| STYLE: LY FIFI | TRADEMARK: NONE | SEARS DIV 654   SEARS ITEM 28721   SEARS SKU 181 |
| BRAND NAME: ROEBUCK AND CO | COPYRIGHT REG. NO.: | |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | |

| FOB PRICE | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|
| PER AST    PER CARTON | $839.88 | 181 | 181 | $44,851.80 |
| $247.800   $247.800 | | | | |

| | | | |
|---|---|---|---|
| | KGS: 19.000 | CBM: 0.215721 | AST PER INNER 1 |
| PER CARTON | LBS: 41.890 | CU. FT.: 7.618 | INNERS PER OUTER CARTON 1 |
| OUTER CARTON DIMENSIONS | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN 1 |
| L 33.5" X W 25.6" X H 15.35" | CASEPACK | | |

| QUOTA CAT#: RNONE | CASE # | FACTORY | EXPORTER |
|---|---|---|---|
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | |
| | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

BOXED

| | SHIPPING SCHEDULE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 101 | RDE | RDE | Ocean | 24-AUG-2018 | 21-SEP-2018 | 10-NOV-2018 | Z | 181 | 181 | W |

DETAIL DESCRIPTION-

DESCRIPTION OF TYPE OF SHOE: WATERPROOF LACE UP FAUX FUR BOOT
GENDER: WOMEN
UPPER MATERIAL IN PERCENT: 75% BOVINE LEATHER /25% PU
OUTER SOLE MATERIAL IN PERCENT: 100% TPR
TYPE OF CONSTRUCTION : STICHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: ABOVE THE ANKLE
SIZE RANGE: WO'S 5-11#
COMMISSION PERCENTAGE :7.0%
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST?NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

OPC:        12

## Right Page

SEARS ROEBUCK & CO.                    **P U R C H A S E   O R D E R**                          Page : 3

| ORDER DATE : 04-MAY-2018 | ORDER NO : SJ5178 | | BM4  BRITNEY MEJIA |
|---|---|---|---|

**DESCRIPTION**

| | | |
|---|---|---|
| ITEM CODE: 850098669955 | SEASON/YEAR: 5-WINTER 2018 | FIFI 346 |
| | SUB-SEASON: 50-WINTER | |
| I 2OF S/CARTON UPC: 07215980544410 | CAT/SUB-CAT: 85/01 | |
| STYLE: LY FIFI | TRADEMARK: NONE | SEARS DIV 654   SEARS ITEM 28721   SEARS SKU 346 |
| BRAND NAME: ROEBUCK AND CO | COPYRIGHT REG. NO.: | |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | |

| FOB PRICE | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|
| PER AST    PER CARTON | $839.88 | 29 | 29 | $7,186.20 |
| $247.800   $247.800 | | | | |

| | | | |
|---|---|---|---|
| | KGS: 19.000 | CBM: 0.215721 | AST PER INNER 1 |
| PER CARTON | LBS: 41.890 | CU. FT.: 7.618 | INNERS PER OUTER CARTON 1 |
| OUTER CARTON DIMENSIONS | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN 1 |
| L 33.5" X W 25.6" X H 15.35" | CASEPACK | | |

| QUOTA CAT#: RNONE | CASE # | FACTORY | EXPORTER |
|---|---|---|---|
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | |
| | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

BOXED

| | SHIPPING SCHEDULE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 101 | RDE | RDE | Ocean | 24-AUG-2018 | 21-SEP-2018 | 10-NOV-2018 | Z | 29 | 29 | W |

DETAIL DESCRIPTION-

DESCRIPTION OF TYPE OF SHOE: WATERPROOF LACE UP FAUX FUR BOOT
GENDER: WOMEN
UPPER MATERIAL IN PERCENT: 75% BOVINE LEATHER /25% PU
OUTER SOLE MATERIAL IN PERCENT: 100% TPR
TYPE OF CONSTRUCTION : STICHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: ABOVE THE ANKLE
SIZE RANGE: WO'S 5-11#
COMMISSION PERCENTAGE :7.0%
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST?NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

OPC:        12

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

Page : 4

| ORDER DATE : 04-MAY-2018 | ORDER NO : SJ5178 | BM4  BRITNEY MEJIA |
|---|---|---|

**ITEM CODE:** 850098669849

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3597041-7 | | | | | | 28721-5 62 | | | | LEATHER | 100% | |
| 3597042-5 | | | | | | 28721-5 64 | | | | LEATHER | 100% | |
| 3597048-2 | | | | | | 28721-5 66 | | | | LEATHER | 100% | |
| 3597050-8 | | | | | | 28721-5 68 | | | | LEATHER | 100% | |
| 3597615-8 | | | | | | 28721-5 70 | | | | LEATHER | 100% | |
| 3597649-7 | | | | | | 28721-5 72 | | | | LEATHER | 100% | |

**ITEM CODE:** 850098669955

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3597041-7 | | | | | | 28721-5 62 | | | | LEATHER | 100% | |
| 3597042-5 | | | | | | 28721-5 64 | | | | LEATHER | 100% | |
| 3597048-2 | | | | | | 28721-5 66 | | | | LEATHER | 100% | |
| 3597050-8 | | | | | | 28721-5 68 | | | | LEATHER | 100% | |
| 3597615-8 | | | | | | 28721-5 70 | | | | LEATHER | 100% | |

**ITEM CODE:** 850098669849          **ITEM:** FIFI 181

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: FIFI SZ 6 562 | 3597041-7 | BROWN | 6.0 | 1 | 20.650 | 69.99 | 721598052553 |
| SUB KSN DESC: FIFI SZ 7 564 | 3597042-5 | BROWN | 7.0 | 2 | 20.650 | 69.99 | 721598052560 |
| SUB KSN DESC: FIFI SZ 8 566 | 3597048-2 | BROWN | 8.0 | 3 | 20.650 | 69.99 | 721598052577 |
| SUB KSN DESC: FIFI SZ 9 568 | 3597050-8 | BROWN | 9.0 | 3 | 20.650 | 69.99 | 721598052584 |
| SUB KSN DESC: FIFI SZ 10 570 | 3597615-8 | BROWN | 10.0 | 2 | 20.650 | 69.99 | 721598052591 |
| SUB KSN DESC: FIFI SZ 11 572 | 3597649-7 | BROWN | 11.0 | 1 | 20.650 | 69.99 | 721598052607 |
| | | | TOTAL | 12 | 247.800 | 839.88 | |

**ITEM CODE:** 850098669955          **ITEM:** FIFI 346

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: FIFI SZ 6 562 | 3597041-7 | BROWN | 6.0 | 2 | 20.650 | 69.99 | 721598052553 |
| SUB KSN DESC: FIFI SZ 7 564 | 3597042-5 | BROWN | 7.0 | 2 | 20.650 | 69.99 | 721598052560 |
| SUB KSN DESC: FIFI SZ 8 566 | 3597048-2 | BROWN | 8.0 | 4 | 20.650 | 69.99 | 721598052577 |
| SUB KSN DESC: FIFI SZ 9 568 | 3597050-8 | BROWN | 9.0 | 2 | 20.650 | 69.99 | 721598052584 |
| SUB KSN DESC: FIFI SZ 10 570 | 3597615-8 | BROWN | 10.0 | 2 | 20.650 | 69.99 | 721598052591 |
| | | | TOTAL | 12 | 247.800 | 839.88 | |

---

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

Page : 5

| ORDER DATE : 04-MAY-2018 | ORDER NO : SJ5178 | BM4  BRITNEY MEJIA |
|---|---|---|

**ADDITIONAL CONDITIONS**

**FOR ITEM 850098669849**
IFI-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 850098669955**
IFI-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR—
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
- .
-------------------------------------
UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
-------------------------------------

ANTIDUMPING CLAUSE:
-------------------------------------
VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
-------------------------------------
-------------------------------------
-------------------------------------

SEARS ROEBUCK & CO.    **P U R C H A S E   O R D E R**    Page : 6

| ORDER DATE : 04-MAY-2018 | ORDER NO : SJ5178 | BM4  BRITNEY MEJIA |
|---|---|---|

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
--------------------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO)HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
--------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
--------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

---

## COMMERCIAL INVOICE

Page 1 of 10

DATE :  August 08, 2018

INVOICE NO :  201821280681

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:    SEARS ROEBUCK & CO.
       3333 Beverly Road
       Hoffman Estates, IL 60179
       US

SHIPPED FROM: Ningbo, China    SHIPPED TO:  Delano , CA

MODE OF TRANSPORTATION:  Ocean

FOB China

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| SEARS          SJ5178 | FIFI 18T | 181 CARTONS | 181 AST | 247.800  USD AST | 44,851.80  USD |
| ITEM:          8500986a9849 | | | | | |
| MADE IN        CHINA (MAINLAND) | | | | | |
| CONTENTS       1 ASSORTMENT | | | | | |
| SEARS DIV      654 | | | | | |
| SEARS ITEM/SKU  28721/181 | | | | | |

DESCRIPTION OF TYPE OF SHOE: WATERPROOF LACE UP FAUX FUR BOOT
GENDER: WOMEN
UPPER MATERIAL IN PERCENT: 75% BOVINE LEATHER /25% PU
OUTER SOLE MATERIAL IN PERCENT: 100% TPR
TYPE OF CONSTRUCTION : STICHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: ABOVE THE ANKLE
SIZE RANGE: WO'S 5-11#
COMMISSION PERCENTAGE: 7.0%
COMMISSION PAYABLE TO:STC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST?NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

| | | | |
|---|---|---|---|
| CONTRACT NO. | SJ5178 | REFERENCE NO. | 101 |
| DC CODE | RDE | DEPARTMENT NO. | 086 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 |
| VENDOR ITEM CODE | LY FIFI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.    103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China

FTY MID NO.    CNWENEAS35WEN

| SEARS          SJ5178 | FIFI 346 | 29 CARTONS | 29 AST | 247.800  USD AST | 7,186.20  USD |
|---|---|---|---|---|---|
| ITEM:          8500986a9955 | | | | | |
| MADE IN        CHINA (MAINLAND) | | | | | |
| CONTENTS       1 ASSORTMENT | | | | | |
| SEARS DIV      654 | | | | | |
| SEARS ITEM/SKU  28721/346 | | | | | |

DESCRIPTION OF TYPE OF SHOE: WATERPROOF LACE UP FAUX FUR BOOT
GENDER: WOMEN
UPPER MATERIAL IN PERCENT: 75% BOVINE LEATHER /25% PU
OUTER SOLE MATERIAL IN PERCENT: 100% TPR
TYPE OF CONSTRUCTION : STICHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: ABOVE THE ANKLE
SIZE RANGE: WO'S 5-11#
COMMISSION PERCENTAGE: 7.0%
COMMISSION PAYABLE TO:STC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST?NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

## COMMERCIAL INVOICE

Page 2 of 10
DATE:  August 08, 2018
INVOICE NO :  201821280681

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:     SEARS ROEBUCK & CO.
        3333 Beverly Road
        Hoffman Estates, IL 60179
        US

SHIPPED FROM: Ningbo, China          SHIPPED TO:  Delano , CA
MODE OF TRANSPORTATION:  Ocean

FOB China

| SEARS | SJS178 | FLURRY 181 | | | | | |
|---|---|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | SJS178 | | REFERENCE NO. | 101 | |
| DC CODE | RDE | | DEPARTMENT NO. | 086 | |
| DIVISION NO. | Division 4 | | VENDOR NO. | 8336 | |
| VENDOR ITEM CODE | LY FIFI | | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | | CATEGORY | RNONE | |
| FACTORY NO. | 103669 | | | | |

WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.            CNWENEAS35WEN

| SEARS | SJS179 | FLURRY 181 | | 161 | 161 | 189.600 USD | 30,525.60 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

ITEM:                850098664154
MADE IN              CHINA (MAINLAND)
CONTENTS             1 ASSORTMENT
SEARS DIV            654
SEARS ITEM/SKU       28752/181

DESCRIPTION OF TYPE OF SHOE: LOW SHAFT LACEUP SUEDE WEATHER BOOT
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:  80% COW LEATHER AND 20% TEXTIL UPPER;
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION: CEMENT     SIZE RANGE: WO'S 5-11#
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: COVER THE ANKLE
COMMISSION PERCENTAGE :7.0%
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST?NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | SJS179 | | REFERENCE NO. | 101 | |
| DC CODE | RDE | | DEPARTMENT NO. | 086 | |
| DIVISION NO. | Division 4 | | VENDOR NO. | 8336 | |
| VENDOR ITEM CODE | 32358S-1 | | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | | CATEGORY | RNONE | |
| FACTORY NO. | 103669 | | | | |

WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.            CNWENEAS35WEN

101 of 182

---

## COMMERCIAL INVOICE

Page 3 of 10
DATE:  August 08, 2018
INVOICE NO :  201821280681

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:     SEARS ROEBUCK & CO.
        3333 Beverly Road
        Hoffman Estates, IL 60179
        US

SHIPPED FROM: Ningbo, China          SHIPPED TO:  Delano , CA
MODE OF TRANSPORTATION:  Ocean

FOB China

| SEARS | SJS179 | FLURRY 346 | | 26 | 26 | 189.600 USD | 4,929.60 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

ITEM:                850098664162
MADE IN              CHINA (MAINLAND)
CONTENTS             1 ASSORTMENT
SEARS DIV            654
SEARS ITEM/SKU       28752/346

DESCRIPTION OF TYPE OF SHOE: LOW SHAFT LACEUP SUEDE WEATHER BOOT
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:  80% COW LEATHER AND 20% TEXTIL UPPER;
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION: CEMENT     SIZE RANGE: WO'S 5-11#
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: COVER THE ANKLE
COMMISSION PERCENTAGE :7.0%
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST?NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | SJS179 | | REFERENCE NO. | 101 | |
| DC CODE | RDE | | DEPARTMENT NO. | 086 | |
| DIVISION NO. | Division 4 | | VENDOR NO. | 8336 | |
| VENDOR ITEM CODE | 32358S-1 | | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | | CATEGORY | RNONE | |
| FACTORY NO. | 103669 | | | | |

WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.            CNWENEAS35WEN

| SEARS | SKS164 | FIFI SZ 6 562 | | 35 | 420 | 20.650 USD | 8,673.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

ITEM:                260035955467
MADE IN              CHINA (MAINLAND)
CONTENTS             12 PIECES
SEARS DIV            654
SEARS ITEM/SKU       28720/562

DESCRIPTION OF TYPE OF SHOE WATERPROOF LACE UP FAUX FUR BOOT
GENDER WOMEN
UPPER MATERIAL IN PERCENT 90% LEATHER .10% PU/PVC
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION STICHING.
COVERING THE ANKLE AND / OR ABOVE THE ANKLE ABOVE THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 7.0%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME : N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

102 of 182

## COMMERCIAL INVOICE

Page 4 of 10

DATE: August 08, 2018

INVOICE NO.: 201821280681

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Delano , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SK5164 | REFERENCE NO. | 101 | |
| DC CODE | RDE | DEPARTMENT NO. | 086 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 | |
| VENDOR ITEM CODE | LY FIFI | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

FACTORY NO.    103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.    CNWENEAS35WEN

| SEARS | SK5164 | FIFI SZ 7 564 | | 50 | 600 | 20.650 USD | 12,390.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 260035970292 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |
| SEARS DIV | 654 | | | | | | |
| SEARS ITEM/SKU | 28720/564 | | | | | | |

DESCRIPTION OF TYPE OF SHOE WATERPROOF LACE UP FAUX FUR BOOT
GENDER WOMEN
UPPER MATERIAL IN PERCENT 90% LEATHER ,10% PU/PVC
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION STICHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE ABOVE THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 7.0%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME : N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SK5164 | REFERENCE NO. | 101 | |
| DC CODE | RDE | DEPARTMENT NO. | 086 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 | |
| VENDOR ITEM CODE | LY FIFI | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

FACTORY NO.    103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.    CNWENEAS35WEN

## COMMERCIAL INVOICE

Page 5 of 10

DATE: August 08, 2018

INVOICE NO.: 201821280681

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Delano , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| SEARS | SK5164 | FIFI SZ 8 566 | | 50 | 600 | 20.650 USD | 12,390.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 260035970300 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |
| SEARS DIV | 654 | | | | | | |
| SEARS ITEM/SKU | 28720/566 | | | | | | |

DESCRIPTION OF TYPE OF SHOE WATERPROOF LACE UP FAUX FUR BOOT
GENDER WOMEN
UPPER MATERIAL IN PERCENT 90% LEATHER ,10% PU/PVC
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION STICHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE ABOVE THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 7.0%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME : N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SK5164 | REFERENCE NO. | 101 | |
| DC CODE | RDE | DEPARTMENT NO. | 086 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 | |
| VENDOR ITEM CODE | LY FIFI | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

FACTORY NO.    103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.    CNWENEAS35WEN

| SEARS | SK5164 | FIFI SZ 9 568 | | 50 | 600 | 20.650 USD | 12,390.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 260035970334 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |
| SEARS DIV | 654 | | | | | | |
| SEARS ITEM/SKU | 28720/568 | | | | | | |

DESCRIPTION OF TYPE OF SHOE WATERPROOF LACE UP FAUX FUR BOOT
GENDER WOMEN
UPPER MATERIAL IN PERCENT 90% LEATHER ,10% PU/PVC
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION STICHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE ABOVE THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 7.0%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME : N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

## COMMERCIAL INVOICE

Page 6 of 10

DATE: August 08, 2018

INVOICE NO : 201821280681

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China   SHIPPED To: Delano , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| | | | | | | |
|---|---|---|---|---|---|---|
| CONTRACT NO. | SK5164 | REFERENCE NO. | 101 | | | |
| DC CODE | RDE | DEPARTMENT NO. | 086 | | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 | | | |
| VENDOR ITEM CODE | LY FIFI | COUNTRY OF ORIGIN | CHINA (MAINLAND) | | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | | | |

FACTORY NO.        103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.        CNWENEAS35WEN

| SEARS | SK5164 | FIFI SZ 10 570 | | 45 | 540 | 20.650 USD | 11,151.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

ITEM:        260035970342
MADE IN        CHINA (MAINLAND)
CONTENTS        12 PIECES
SEARS DIV        654
SEARS ITEM/SKU    28720/570

DESCRIPTION OF TYPE OF SHOE WATERPROOF LACE UP FAUX FUR BOOT
GENDER WOMEN
UPPER MATERIAL IN PERCENT 90% LEATHER ,10% PU/PVC
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION STICHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE ABOVE THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 7.0%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME : N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

| | | | | | | |
|---|---|---|---|---|---|---|
| CONTRACT NO. | SK5164 | REFERENCE NO. | 101 | | | |
| DC CODE | RDE | DEPARTMENT NO. | 086 | | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 | | | |
| VENDOR ITEM CODE | LY FIFI | COUNTRY OF ORIGIN | CHINA (MAINLAND) | | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | | | |

FACTORY NO.        103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.        CNWENEAS35WEN

---

## COMMERCIAL INVOICE

Page 7 of 10

DATE: August 08, 2018

INVOICE NO : 201821280681

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China   SHIPPED To: Delano , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| SEARS | SK5164 | FIFI SZ 11 572 | | 20 | 240 | 20.650 USD | 4,956.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

ITEM:        260035970359
MADE IN        CHINA (MAINLAND)
CONTENTS        12 PIECES
SEARS DIV        654
SEARS ITEM/SKU    28720/572

DESCRIPTION OF TYPE OF SHOE WATERPROOF LACE UP FAUX FUR BOOT
GENDER WOMEN
UPPER MATERIAL IN PERCENT 90% LEATHER ,10% PU/PVC
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION STICHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE ABOVE THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 7.0%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME : N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

| | | | | | | |
|---|---|---|---|---|---|---|
| CONTRACT NO. | SK5164 | REFERENCE NO. | 101 | | | |
| DC CODE | RDE | DEPARTMENT NO. | 086 | | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 | | | |
| VENDOR ITEM CODE | LY FIFI | COUNTRY OF ORIGIN | CHINA (MAINLAND) | | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | | | |

FACTORY NO.        103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.        CNWENEAS35WEN

| SEARS | SK5177 | SILVY 181 | | 306 | 306 | 141.000 USD | 43,146.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

ITEM:        850098663974
MADE IN        CHINA (MAINLAND)
CONTENTS        1 ASSORTMENT
SEARS DIV        654
SEARS ITEM/SKU    28750/181

DESCRIPTION OF TYPE OF SHOE: SILVERTON LOW PULL ON
GENDER WOMEN
UPPER MATERIAL IN PERCENT: 100% PU UPPER
OUTER SOLE MATERIAL IN PERCENT: 100% TPR OUTSOLE
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE COVER ANKLE
SIZE RANGE: WO'S 5-11#
COMMISSION PERCENTAGE: 7.0%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST?NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

## COMMERCIAL INVOICE

Page 8 of 10

DATE:  August 08, 2018

INVOICE NO :  201821280681

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ningbo, China      SHIPPED TO:   Delano , CA

MODE OF TRANSPORTATION:  Ocean

FOB China

| SEARS | | | | | | | |
|---|---|---|---|---|---|---|---|
| CONTRACT NO. | SK5177 | REFERENCE NO. | 101 | | | | |
| DC CODE | RDE | DEPARTMENT NO. | 086 | | | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 | | | | |
| VENDOR ITEM CODE | 0 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | | | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | | | | |
| FACTORY NO. | 103669 | | | | | | |

WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.    CNWENEAS35WEN

| SEARS | SK5177 | SILVY 346 | | 69 | 69 | 141.000 USD | 9,729.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 850098663982 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 654 | | | | | | |
| SEARS ITEM/SKU | 28750/346 | | | | | | |

DESCRIPTION OF TYPE OF SHOE: SILVERTON LOW PULL ON
GENDER:WOMEN
UPPER MATERIAL IN PERCENT: 100% PU UPPER
OUTER SOLE MATERIAL IN PERCENT: 100% TPR OUTSOLE
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:COVER ANKLE
SIZE RANGE: WO'S 5-11#
COMMISSION PERCENTAGE :7.0%
COMMISSION PAYABLE TO:STC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST?NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

| | CONTRACT NO. | SK5177 | REFERENCE NO. | 101 |
|---|---|---|---|---|
| | DC CODE | RDE | DEPARTMENT NO. | 086 |
| | DIVISION NO. | Division 4 | VENDOR NO. | 8336 |
| | VENDOR ITEM CODE | 0 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| | BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |
| | FACTORY NO. | 103669 | | |

WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.    CNWENEAS35WEN

---

## COMMERCIAL INVOICE

Page 9 of 10

DATE:  August 08, 2018

INVOICE NO :  201821280681

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ningbo, China      SHIPPED TO:   Delano , CA

MODE OF TRANSPORTATION:  Ocean

FOB China

| SEARS | SL5168 | FLURRY 181 | | 106 | 106 | 189.600 USD | 20,097.60 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 850098663776 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 654 | | | | | | |
| SEARS ITEM/SKU | 28753/181 | | | | | | |

DESCRIPTION OF TYPE OF SHOE: LOW SHAFT LACEUP SUEDE WEATHER BOOT
GENDER:WOMEN
UPPER MATERIAL IN PERCENT: 80% COWHIDE LEATHER AND 20% TEXTIL UPPER,
OUTER SOLE MATERIAL IN PERCENT: 100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE : CAVER THE ANKLE
SIZE RANGE: WO'S 5-11#
COMMISSION PERCENTAGE :7.0%
COMMISSION PAYABLE TO:STC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST?NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

| | CONTRACT NO. | SL5168 | REFERENCE NO. | 101 |
|---|---|---|---|---|
| | DC CODE | RDE | DEPARTMENT NO. | 086 |
| | DIVISION NO. | Division 4 | VENDOR NO. | 8336 |
| | VENDOR ITEM CODE | 32358S-1 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| | BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |
| | FACTORY NO. | 103669 | | |

WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.    CNWENEAS35WEN

| SEARS | SL5168 | FLURRY 346 | | 19 | 19 | 189.600 USD | 3,602.40 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 850098663784 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 654 | | | | | | |
| SEARS ITEM/SKU | 28753/346 | | | | | | |

DESCRIPTION OF TYPE OF SHOE: LOW SHAFT LACEUP SUEDE WEATHER BOOT
GENDER: WOMEN
UPPER MATERIAL IN PERCENT: 80% COWHIDE LEATHER AND 20% TEXTIL UPPER,
OUTER SOLE MATERIAL IN PERCENT: 100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE : CAVER THE ANKLE
SIZE RANGE: WO'S 5-11#
COMMISSION PERCENTAGE :7.0%
COMMISSION PAYABLE TO:STC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST?NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

## COMMERCIAL INVOICE

Page 10 of 10

DATE:  August 08, 2018

INVOICE NO.:  201821280681

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ningbo, China          SHIPPED TO:   Delano , CA

MODE OF TRANSPORTATION:  Ocean

FOB China

| | | | |
|---|---|---|---|
| CONTRACT NO. | SL5168 | REFERENCE NO. | 101 |
| DC CODE | RDE | DEPARTMENT NO. | 086 |
| DIVISION NO. | Division # | VENDOR NO. | 8336 |
| VENDOR ITEM CODE | 32358S-1 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.       103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.       CNWENEAS35WEN

PAYMENT TERM        Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER         OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 1,147 | 3,000 | PIECES | 226,018.20  USD |
| | | 897 | ASSORTMENTS | |

TOTAL US DOLLARS TWO HUNDRED TWENTY-SIX THOUSAND EIGHTEEN DOLLARS AND TWENTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

ARCA INDUSTRIAL (NJ) INC

EMPLOYEE NAME      _____

EMPLOYEE TITLE      _____



SEARS  SJ5179

## Page 1

SEARS ROEBUCK & CO.          P U R C H A S E   O R D E R         Page : 1

| | | |
|---|---|---|
| ORDER DATE : 04-MAY-2018 | ORDER NO : SJ5179 | BUYER : BM4 BRITNEY MEJIA |
| DIV : Division 4 | DEPT NO : 086 | |

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | ARCA INDUSTRIAL (NJ) INC |
| ADDRESS | 3 KELLOGG COURT |
| | SUITE #2 |
| | EDISON |
| | NJ |
| COUNTRY | United States |
| EMAIL | arcany@aol.com |
| VENDOR NBR | 8336 |
| TELEPHONE | 732-339-0450 |
| DUNS NBR | 01000154948 |
| FDA REG # | |

| TOTAL COST OF ORDER USD | |
|---|---|
| $35,455.20 | |
| PAYMENT TO BE MADE BY : | |
| ( ) MULTIPLE PAYMENT TYPES | |
| ( X ) CHECK/WIRE TRANSFER | |
| Amount USD: 35,455.20 | |
| ( ) FREE GOODS | |
| Amount USD: 0.00 | |
| ( ) LETTER OF CREDIT | |
| Amount USD: 0.00 | |
| LC #: | |
| TRANSFERABLE: | |
| BANK: | |
| PAYMENT TERMS: | 59 (days) |

| | | |
|---|---|---|
| FOREIGN AGENT OFFICE: | KKFTWR | KMART/SEARS FOOTWEAR CONTRACTS |
| FOREIGN SUPPORT OFFICE: | RKKFTWR | KMART AND SEARS FOOTWEAR |
| PRODUCTION COUNTRY: | PARCA | ARCA INDUSTRIAL CORP. |

| | |
|---|---|
| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNNGB1H |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Ningbo, China |

FACTORY DETAILS:

| | |
|---|---|
| FACTORY NBR: | 103669 |
| NAME | WENZHOU EASILY SHOES CO LTD |
| ADDRESS | NO 35 JINHUI ROAD SHANGHUI |
| | LOUQIAO OUHAI |
| | WENZHOU |
| | ZHEJIANG |
| COUNTRY | China |
| TEL | 13806520655 |
| EMAIL | arcash@mail-online.sh.cn |
| MID | CNWENEAS35WEN |

## Page 2

SEARS ROEBUCK & CO.          P U R C H A S E   O R D E R         Page : 2

| | | |
|---|---|---|
| ORDER DATE : 04-MAY-2018 | ORDER NO : SJ5179 | BM4 BRITNEY MEJIA |

| | | | DESCRIPTION |
|---|---|---|---|
| ITEM CODE: 850096664154 | SEASON/YEAR: 5-WINTER 2018 | | FLURRY 181 |
| | SUB-SEASON: 50-WINTER | | |
| I 2OF 5/CARTON UPC: 0721598054410 6 | CAT/SUB-CAT: 85/01 | | |
| STYLE: 32358S-1 | TRADEMARK: NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: ROEBUCK AND CO | COPYRIGHT REG. NO.: | 654 | 28752 | 181 |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $719.88 | 161 | 161 | $30,525.60 |
| $189.600 | $189.600 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | KGS: | 12.000 | CBM: | 0.136165 | AST PER INNER | 1 |
| PER CARTON | LBS: | 26.460 | CU. FT.: | 4.809 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 26.8" X W 23.85" X H 13.0" | | | CASEPACK | | |

| | | | | |
|---|---|---|---|---|
| QUOTA CAT#: RNONE | | CASE # | FACTORY | EXPORTER |
| SPECIAL TRADE INDICATOR: | | ANTI-DUMPING: | | |
| | | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
BOXED

| SHIPPING SCHEDULE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 101 | RDE | RDE | Ocean | 08-AUG-2018 | 21-SEP-2018 | 10-NOV-2018 | Z | | 161 | 161 | W |

DETAIL DESCRIPTION:-

DESCRIPTION OF TYPE OF SHOE: LOW SHAFT LACEUP SUEDE WEATHER BOOT
GENDER: WOMEN
UPPER MATERIAL IN PERCENT: 80% COW LEATHER AND 20% TEXTIL UPPER.
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION: CEMENT. SIZE RANGE: WO'S 5-11#
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: COVER THE ANKLE
COMMISSION PERCENTAGE :7.0%
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST?NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

OPC:      12

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

Page : 3

| ORDER DATE : 04-MAY-2018 | ORDER NO : SJ5179 | BM4  BRITNEY MEJIA |
|---|---|---|

DESCRIPTION

| | | |
|---|---|---|
| ITEM CODE: 850098664162 | SEASON/YEAR: 5-WINTER 2018 | FLURRY 346 |
| | SUB-SEASON: 50-WINTER | |
| I 2OF 5/CARTON UPC: 07215980544274 | CAT/SUB-CAT: 85/01 | |
| STYLE: 323585-1 | TRADEMARK: NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: ROEBUCK AND CO | COPYRIGHT REG. NO.: | 654 | 28752 | 346 |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $719.88 | 26 | 26 | $4,929.60 |
| $189.600 | $189.600 | | | | |

| | KGS: | 12.000 | CBM: | 0.136165 | AST PER INNER | 1 |
|---|---|---|---|---|---|---|
| PER CARTON | LBS: | 26.460 | CU. FT.: | 4.809 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 26.8" X W 23.85" X H 13.0" | | | CASEPACK | | | |

| QUOTA CAT#:  RNONE | | CASE # | FACTORY | EXPORTER |
|---|---|---|---|---|
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | | |
| | COUNTERVAILING: | | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

BOXED

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 101 | RDE | RDE | Ocean | 08-AUG-2018 | 21-SEP-2018 | 10-NOV-2018 | Z | 26 | 26 | W |

DETAIL DESCRIPTION-

DESCRIPTION OF TYPE OF SHOE: LOW SHAFT LACEUP SUEDE WEATHER BOOT
GENDER: WOMEN
UPPER MATERIAL IN PERCENT: 80% COW LEATHER AND 20% TEXTIL UPPER.
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION: CEMENT. SIZE RANGE: WO'S 5-11#
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: COVER THE ANKLE
COMMISSION PERCENTAGE: 7.0%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST?NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

OPC:                          12

113 of 182

---

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

Page : 4

| ORDER DATE : 04-MAY-2018 | ORDER NO : SJ5179 | BM4  BRITNEY MEJIA |
|---|---|---|

ITEM CODE: 850098664154

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9866406-3 | | | | | | 28752-5 62 | | | | LEATHER | 100% | |
| 9866407-1 | | | | | | 28752-5 64 | | | | LEATHER | 100% | |
| 9866408-9 | | | | | | 28752-5 66 | | | | LEATHER | 100% | |
| 9866412-1 | | | | | | 28752-5 68 | | | | LEATHER | 100% | |
| 9866413-9 | | | | | | 28752-5 70 | | | | LEATHER | 100% | |
| 9866414-7 | | | | | | 28752-5 72 | | | | LEATHER | 100% | |

ITEM CODE:  850098664162

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9866406-3 | | | | | | 28752-5 62 | | | | LEATHER | 100% | |
| 9866407-1 | | | | | | 28752-5 64 | | | | LEATHER | 100% | |
| 9866408-9 | | | | | | 28752-5 66 | | | | LEATHER | 100% | |
| 9866412-1 | | | | | | 28752-5 68 | | | | LEATHER | 100% | |
| 9866413-9 | | | | | | 28752-5 70 | | | | LEATHER | 100% | |

ITEM CODE: 850098664154                    ITEM: FLURRY 181

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: FLURRY SZ 6 562 | 9866406-3 | BLACK | 6.0 | 1 | 15.800 | 59.99 | 721598054359 |
| SUB KSN DESC: FLURRY SZ 7 564 | 9866407-1 | BLACK | 7.0 | 2 | 15.800 | 59.99 | 721598054366 |
| SUB KSN DESC: FLURRY SZ 8 566 | 9866408-9 | BLACK | 8.0 | 3 | 15.800 | 59.99 | 721598054373 |
| SUB KSN DESC: FLURRY SZ 9 568 | 9866412-1 | BLACK | 9.0 | 3 | 15.800 | 59.99 | 721598054380 |
| SUB KSN DESC: FLURRY SZ 10 570 | 9866413-9 | BLACK | 10.0 | 2 | 15.800 | 59.99 | 721598054397 |
| SUB KSN DESC: FLURRY SZ 11 572 | 9866414-7 | BLACK | 11.0 | 1 | 15.800 | 59.99 | 721598054403 |
| | | | TOTAL | 12 | 189.600 | 719.88 | |

ITEM CODE: 850098664162                    ITEM: FLURRY 346

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: FLURRY SZ 6 562 | 9866406-3 | BLACK | 6.0 | 2 | 15.800 | 59.99 | 721598054359 |
| SUB KSN DESC: FLURRY SZ 7 564 | 9866407-1 | BLACK | 7.0 | 2 | 15.800 | 59.99 | 721598054366 |
| SUB KSN DESC: FLURRY SZ 8 566 | 9866408-9 | BLACK | 8.0 | 4 | 15.800 | 59.99 | 721598054373 |
| SUB KSN DESC: FLURRY SZ 9 568 | 9866412-1 | BLACK | 9.0 | 2 | 15.800 | 59.99 | 721598054380 |
| SUB KSN DESC: FLURRY SZ 10 570 | 9866413-9 | BLACK | 10.0 | 2 | 15.800 | 59.99 | 721598054397 |
| | | | TOTAL | 12 | 189.600 | 719.88 | |

114 of 182

SEARS ROEBUCK & CO.                    P U R C H A S E   O R D E R                              Page : 5

ORDER DATE :  04-MAY-2018      ORDER NO :  SJ5179                    BM4  BRITNEY MEJIA

ADDITIONAL CONDITIONS

FOR ITEM 850098664154
IFI-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

FOR ITEM 850098664162
IFI-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR—
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
.
----------------------------------------------------
UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
 - 1 TO 3 DAYS LATE -1% OF SHIPMENT COST
 - 4 TO 5 DAYS LATE -3% OF SHIPMENT COST
 - 6 OR MORE DAYS LATE -5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
----------------------------------------------------

ANTIDUMPING CLAUSE:
----------------------------------------------------
VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------

---

SEARS ROEBUCK & CO.                    P U R C H A S E   O R D E R                              Page : 6

ORDER DATE :  04-MAY-2018      ORDER NO :  SJ5179                    BM4  BRITNEY MEJIA

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES:
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
----------------------------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMP'S,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).
----------------------------------------------------
QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HEREAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
----------------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
----------------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE

## COMMERCIAL INVOICE

Page 1 of 10

DATE: August 08, 2018

INVOICE NO : 201821280681

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China        SHIPPED TO:  Delano , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SJ5178 | FIFI 181 | 181 | 181 | 247.800  USD | 44,851.80  USD |
| | | | CARTONS | AST | | AST |
| ITEM: | 850098669849 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 654 | | | | | |
| SEARS ITEM/SKU | 28721/181 | | | | | |

DESCRIPTION OF TYPE OF SHOE: WATERPROOF LACE UP FAUX FUR BOOT
GENDER: WOMEN
UPPER MATERIAL IN PERCENT: 75% BOVINE LEATHER /25% PU
OUTER SOLE MATERIAL IN PERCENT: 100% TPR
TYPE OF CONSTRUCTION : STICHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: ABOVE THE ANKLE
SIZE RANGE: WO'S 5-11#
COMMISSION PERCENTAGE :7.0%
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST?NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

| | | | |
|---|---|---|---|
| CONTRACT NO. | SJ5178 | REFERENCE NO. | 101 |
| DC CODE | RDE | DEPARTMENT NO. | 086 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 |
| VENDOR ITEM CODE | LY FIFI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |
| FACTORY NO. | 103669 | | |

WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.        CNWENEAS35WEN

| | | | | | | |
|---|---|---|---|---|---|---|
| SEARS | SJ5178 | FIFI 346 | 29 | 29 | 247.800  USD | 7,186.20  USD |
| | | | CARTONS | AST | | AST |
| ITEM: | 850098669955 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 654 | | | | | |
| SEARS ITEM/SKU | 28721/346 | | | | | |

DESCRIPTION OF TYPE OF SHOE: WATERPROOF LACE UP FAUX FUR BOOT
GENDER: WOMEN
UPPER MATERIAL IN PERCENT: 75% BOVINE LEATHER /25% PU
OUTER SOLE MATERIAL IN PERCENT: 100% TPR
TYPE OF CONSTRUCTION : STICHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: ABOVE THE ANKLE
SIZE RANGE: WO'S 5-11#
COMMISSION PERCENTAGE :7.0%
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST?NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

---

## COMMERCIAL INVOICE

Page 2 of 10

DATE: August 08, 2018

INVOICE NO : 201821280681

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China        SHIPPED TO:  Delano , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| | | | |
|---|---|---|---|
| CONTRACT NO. | SJ5178 | REFERENCE NO. | 101 |
| DC CODE | RDE | DEPARTMENT NO. | 086 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 |
| VENDOR ITEM CODE | LY FIFI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |
| FACTORY NO. | 103669 | | |

WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.        CNWENEAS35WEN

| | | | | | | |
|---|---|---|---|---|---|---|
| SEARS | SJ5179 | FLURRY 181 | 161 | 161 | 189.600  USD | 30,525.60  USD |
| | | | CARTONS | AST | | AST |
| ITEM: | 850098664154 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 654 | | | | | |
| SEARS ITEM/SKU | 28752/181 | | | | | |

DESCRIPTION OF TYPE OF SHOE: LOW SHAFT LACEUP SUEDE WEATHER BOOT
GENDER: WOMEN
UPPER MATERIAL IN PERCENT: 80% COW LEATHER AND 20% TEXTIL UPPER,
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION :CEMENT.    SIZE RANGE: WO'S 5-11#
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: COVER THE ANKLE
COMMISSION PERCENTAGE :7.0%
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST?NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

| | | | |
|---|---|---|---|
| CONTRACT NO. | SJ5179 | REFERENCE NO. | 101 |
| DC CODE | RDE | DEPARTMENT NO. | 086 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 |
| VENDOR ITEM CODE | 32358S-1 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |
| FACTORY NO. | 103669 | | |

WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.        CNWENEAS35WEN

## COMMERCIAL INVOICE

Page 3 of 10
DATE: August 08, 2018
INVOICE NO.: 201821280681

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China      SHIPPED TO:  Delano , CA
MODE OF TRANSPORTATION: Ocean

FOB China

| SEARS | SJ5179 | FLURRY 346 | 26 | 26 | 189.600 USD | 4,929.60 USD |
|-------|--------|------------|----|----|-------------|--------------|
| | | | CARTONS | AST | AST | |

ITEM:               850098664162
MADE IN             CHINA (MAINLAND)
CONTENTS            1 ASSORTMENT
SEARS DIV           654
SEARS ITEM/SKU      28752/346

DESCRIPTION OF TYPE OF SHOE: LOW SHAFT LACEUP SUEDE WEATHER BOOT
GENDER: WOMEN
UPPER MATERIAL IN PERCENT: 80% COW LEATHER AND 20% TEXTIL UPPER,
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION: CEMENT.    SIZE RANGE: WO'S 5-11#
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: COVER THE ANKLE
COMMISSION PERCENTAGE : 7.0%
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST?NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

CONTRACT NO.          SJ5179          REFERENCE NO.        101
DC CODE               RDE             DEPARTMENT NO.       086
DIVISION NO.          Division 4      VENDOR NO.           8336
VENDOR ITEM CODE      32358S-1        COUNTRY OF ORIGIN    CHINA (MAINLAND)
BINDING RULING # OR                   CATEGORY             RNONE
PRECLASS #

FACTORY NO.           103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.           CNWENEAS35WEN

| SEARS | SK5164 | FIFI SZ 6 562 | 35 | 420 | 20.650 USD | 8,673.00 USD |
|-------|--------|---------------|----|-----|-------------|--------------|
| | | | CARTONS | PIECES | PIECES | |

ITEM:               260035955467
MADE IN             CHINA (MAINLAND)
CONTENTS            12 PIECES
SEARS DIV           654
SEARS ITEM/SKU      28720/562

DESCRIPTION OF TYPE OF SHOE WATERPROOF LACE UP FAUX FUR BOOT
GENDER WOMEN
UPPER MATERIAL IN PERCENT 90% LEATHER ,10% PU/PVC
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION STICHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE ABOVE THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 7.0%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME : N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

---

## COMMERCIAL INVOICE

Page 4 of 10
DATE: August 08, 2018
INVOICE NO.: 201821280681

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China      SHIPPED TO:  Delano , CA
MODE OF TRANSPORTATION: Ocean

FOB China

CONTRACT NO.          SK5164          REFERENCE NO.        101
DC CODE               RDE             DEPARTMENT NO.       086
DIVISION NO.          Division 4      VENDOR NO.           8336
VENDOR ITEM CODE      LY FIFI         COUNTRY OF ORIGIN    CHINA (MAINLAND)
BINDING RULING # OR                   CATEGORY             RNONE
PRECLASS #

FACTORY NO.           103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.           CNWENEAS35WEN

| SEARS | SK5164 | FIFI SZ 7 564 | 50 | 600 | 20.650 USD | 12,390.00 USD |
|-------|--------|---------------|----|-----|-------------|---------------|
| | | | CARTONS | PIECES | PIECES | |

ITEM:               260035970292
MADE IN             CHINA (MAINLAND)
CONTENTS            12 PIECES
SEARS DIV           654
SEARS ITEM/SKU      28720/564

DESCRIPTION OF TYPE OF SHOE WATERPROOF LACE UP FAUX FUR BOOT
GENDER WOMEN
UPPER MATERIAL IN PERCENT 90% LEATHER ,10% PU/PVC
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION STICHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE ABOVE THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 7.0%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME : N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

CONTRACT NO.          SK5164          REFERENCE NO.        101
DC CODE               RDE             DEPARTMENT NO.       086
DIVISION NO.          Division 4      VENDOR NO.           8336
VENDOR ITEM CODE      LY FIFI         COUNTRY OF ORIGIN    CHINA (MAINLAND)
BINDING RULING # OR                   CATEGORY             RNONE
PRECLASS #

FACTORY NO.           103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.           CNWENEAS35WEN

## COMMERCIAL INVOICE

Page 5 of 10

DATE: August 08, 2018

INVOICE NO.: 201821280681

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:       SEARS ROEBUCK & CO.
          3333 Beverly Road
          Hoffman Estates, IL 60179
          US

SHIPPED FROM: Ningbo, China       SHIPPED TO: Delano , CA
MODE OF TRANSPORTATION: Ocean

FOB China

| SEARS | SK5164 | FIFI SZ 8 566 | | 50 | 600 | 20.650 USD | 12,390.00 USD |
| | | | | CARTONS | PIECES | | PIECES |

ITEM: 260035970300
MADE IN CHINA (MAINLAND)
CONTENTS 12 PIECES
SEARS DIV 654
SEARS ITEM/SKU 28720/566

DESCRIPTION OF TYPE OF SHOE WATERPROOF LACE UP FAUX FUR BOOT
GENDER WOMEN
UPPER MATERIAL IN PERCENT 90% LEATHER ,10% PU/PVC
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION STICHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE ABOVE THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 7.0%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME : N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

| CONTRACT NO. | SK5164 | REFERENCE NO. | 101 |
| DC CODE | RDE | DEPARTMENT NO. | 086 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 |
| VENDOR ITEM CODE | LY FIFI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO. 103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO. CNWENEAS35WEN

| SEARS | SK5164 | FIFI SZ 9 568 | | 50 | 600 | 20.650 USD | 12,390.00 USD |
| | | | | CARTONS | PIECES | | PIECES |

ITEM: 260035970334
MADE IN CHINA (MAINLAND)
CONTENTS 12 PIECES
SEARS DIV 654
SEARS ITEM/SKU 28720/568

DESCRIPTION OF TYPE OF SHOE WATERPROOF LACE UP FAUX FUR BOOT
GENDER WOMEN
UPPER MATERIAL IN PERCENT 90% LEATHER ,10% PU/PVC
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION STICHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE ABOVE THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 7.0%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME : N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

121 of 182

---

## COMMERCIAL INVOICE

Page 6 of 10

DATE: August 08, 2018

INVOICE NO.: 201821280681

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:       SEARS ROEBUCK & CO.
          3333 Beverly Road
          Hoffman Estates, IL 60179
          US

SHIPPED FROM: Ningbo, China       SHIPPED TO: Delano , CA
MODE OF TRANSPORTATION: Ocean

FOB China

| CONTRACT NO. | SK5164 | REFERENCE NO. | 101 |
| DC CODE | RDE | DEPARTMENT NO. | 086 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 |
| VENDOR ITEM CODE | LY FIFI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO. 103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO. CNWENEAS35WEN

| SEARS | SK5164 | FIFI SZ 10 570 | | 45 | 540 | 20.650 USD | 11,151.00 USD |
| | | | | CARTONS | PIECES | | PIECES |

ITEM: 260035970342
MADE IN CHINA (MAINLAND)
CONTENTS 12 PIECES
SEARS DIV 654
SEARS ITEM/SKU 28720/570

DESCRIPTION OF TYPE OF SHOE WATERPROOF LACE UP FAUX FUR BOOT
GENDER WOMEN
UPPER MATERIAL IN PERCENT 90% LEATHER ,10% PU/PVC
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION STICHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE ABOVE THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 7.0%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME : N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

| CONTRACT NO. | SK5164 | REFERENCE NO. | 101 |
| DC CODE | RDE | DEPARTMENT NO. | 086 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 |
| VENDOR ITEM CODE | LY FIFI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO. 103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO. CNWENEAS35WEN

122 of 182

## COMMERCIAL INVOICE

Page 7 of 10

DATE: August 08, 2018

INVOICE NO.: 201821280681

TO:
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

SHIPPED FROM: Ningbo, China    SHIPPED TO: Delano , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| SEARS | SK5164 | FIFI SZ 11 572 | | 20 | 240 | 20.650 USD | 4,956.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

ITEM: 260035970359
MADE IN CHINA (MAINLAND)
CONTENTS 12 PIECES
SEARS DIV 654
SEARS ITEM/SKU 28720/572

DESCRIPTION OF TYPE OF SHOE WATERPROOF LACE UP FAUX FUR BOOT
GENDER WOMEN
UPPER MATERIAL IN PERCENT 90% LEATHER ,10% PU/PVC
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION STICHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE ABOVE THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 7.0%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME : N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

| CONTRACT NO. | SK5164 | REFERENCE NO. | 101 |
|---|---|---|---|
| DC CODE | RDE | DEPARTMENT NO. | 086 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 |
| VENDOR ITEM CODE | LY FIFI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO. 103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO. CNWENEAS35WEN

| SEARS | SK5177 | SILVY 181 | | 306 | 306 | 141.000 USD | 43,146.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

ITEM: 850098663974
MADE IN CHINA (MAINLAND)
CONTENTS 1 ASSORTMENT
SEARS DIV 654
SEARS ITEM/SKU 28050/181

DESCRIPTION OF TYPE OF SHOE: SILVERTON LOW PULL ON
GENDER WOMEN
UPPER MATERIAL IN PERCENT: 100% PU UPPER
OUTER SOLE MATERIAL IN PERCENT: 100% TPR OUTSOLE
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE COVER ANKLE
SIZE RANGE: WO'S 5-11#
COMMISSION PERCENTAGE :7.0%
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST?NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

---

## COMMERCIAL INVOICE

Page 8 of 10

DATE: August 08, 2018

INVOICE NO.: 201821280681

TO:
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

SHIPPED FROM: Ningbo, China    SHIPPED TO: Delano , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| CONTRACT NO. | SK5177 | REFERENCE NO. | 101 |
|---|---|---|---|
| DC CODE | RDE | DEPARTMENT NO. | 086 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 |
| VENDOR ITEM CODE | 0 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO. 103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO. CNWENEAS35WEN

| SEARS | SK5177 | SILVY 346 | | 69 | 69 | 141.000 USD | 9,729.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

ITEM: 850098663982
MADE IN CHINA (MAINLAND)
CONTENTS 1 ASSORTMENT
SEARS DIV 654
SEARS ITEM/SKU 28750/346

DESCRIPTION OF TYPE OF SHOE: SILVERTON LOW PULL ON
GENDER WOMEN
UPPER MATERIAL IN PERCENT: 100% PU UPPER
OUTER SOLE MATERIAL IN PERCENT: 100% TPR OUTSOLE
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE COVER ANKLE
SIZE RANGE: WO'S 5-11#
COMMISSION PERCENTAGE :7.0%
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST?NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

| CONTRACT NO. | SK5177 | REFERENCE NO. | 101 |
|---|---|---|---|
| DC CODE | RDE | DEPARTMENT NO. | 086 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 |
| VENDOR ITEM CODE | 0 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO. 103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO. CNWENEAS35WEN

## COMMERCIAL INVOICE

Page 9 of 10

DATE: August 08, 2018

INVOICE NO : 201821280681

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China        SHIPPED TO:  Delano , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| SEARS | SL5168 | FLURRY 181 | 106 | 106 | 189.600 | 20,097.60 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

ITEM:  850098663776
MADE IN  CHINA (MAINLAND)
CONTENTS  1 ASSORTMENT
SEARS DIV  654
SEARS ITEM/SKU  28753/181

DESCRIPTION OF TYPE OF SHOE: LOW SHAFT LACEUP SUEDE WEATHER BOOT
GENDER: WOMEN
UPPER MATERIAL IN PERCENT: 80% COWHIDE LEATHER AND 20% TEXTIL UPPER,
OUTER SOLE MATERIAL IN PERCENT: 100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE : CAVER THE ANKLE
SIZE RANGE: WO'S 5-11#
COMMISSION PERCENTAGE :7.0%
COMMISSION PAYABLE TO:STC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST?NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

CONTRACT NO.  SL5168        REFERENCE NO.  101
DC CODE  RDE        DEPARTMENT NO.  086
DIVISION NO.  Division 4        VENDOR NO.  8336
VENDOR ITEM CODE  3235ES-1        COUNTRY OF ORIGIN  CHINA (MAINLAND)
BINDING RULING # OR        CATEGORY  RNONE
PRECLASS.#

FACTORY NO.  103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.  CNWENEAS35WEN

| SEARS | SL5168 | FLURRY 346 | 19 | 19 | 189.600 USD | 3,602.40 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

ITEM:  850098663784
MADE IN  CHINA (MAINLAND)
CONTENTS  1 ASSORTMENT
SEARS DIV  654
SEARS ITEM/SKU  28753/346

DESCRIPTION OF TYPE OF SHOE: LOW SHAFT LACEUP SUEDE WEATHER BOOT
GENDER: WOMEN
UPPER MATERIAL IN PERCENT: 80% COWHIDE LEATHER AND 20% TEXTIL UPPER,
OUTER SOLE MATERIAL IN PERCENT: 100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE : CAVER THE ANKLE
SIZE RANGE: WO'S 5-11#
COMMISSION PERCENTAGE :7.0%
COMMISSION PAYABLE TO:STC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST?NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

## COMMERCIAL INVOICE

Page 10 of 10

DATE: August 08, 2018

INVOICE NO : 201821280681

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China        SHIPPED TO:  Delano , CA

MODE OF TRANSPORTATION: Ocean

FOB China

CONTRACT NO.  SL5168        REFERENCE NO.  101
DC CODE  RDE        DEPARTMENT NO.  086
DIVISION NO.  Division 4        VENDOR NO.  8336
VENDOR ITEM CODE  3235ES-1        COUNTRY OF ORIGIN  CHINA (MAINLAND)
BINDING RULING # OR        CATEGORY  RNONE
PRECLASS.#

FACTORY NO.  103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.  CNWENEAS35WEN

PAYMENT TERM  Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER  OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | AMOUNT (US$) |
|---|---|---|---|
| TOTAL INVOICE | 1.147 | 3.000 PIECES | 226,018.20 USD |
| | | 897 ASSORTMENTS | |

TOTAL US DOLLARS TWO HUNDRED TWENTY-SIX THOUSAND EIGHTEEN DOLLARS AND TWENTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

ARICA INDUSTRIAL (NJ) INC
EMPLOYEE NAME  _____
EMPLOYEE TITLE  _____



SEARS ROEBUCK & CO.

**PURCHASE ORDER**

Page : 1

| ORDER DATE : 03-MAY-2018 | ORDER NO : SK5164 | BUYER : BM4  BRITNEY MEJIA |
|---|---|---|
| DIV : Division 4 | DEPT NO : 086 | |

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | ARCA INDUSTRIAL (NJ) INC |
| ADDRESS | 3 KELLOGG COURT |
| | SUITE #2 |
| | EDISON |
| | NJ |
| COUNTRY | United States |
| EMAIL | arcany@aol.com |
| VENDOR NBR | 8336 |
| TELEPHONE | 732-339-0450 |
| DUNS NBR | 01000154948 |
| FDA REG # | |

| TOTAL COST OF ORDER USD |
|---|
| $61,950.00 |

**PAYMENT TO BE MADE BY :**
( )    MULTIPLE PAYMENT TYPES
( X )    CHECK/WIRE TRANSFER
　　　　Amount USD:  61,950.00
( )    FREE GOODS
　　　　Amount USD:  0.00
( )    LETTER OF CREDIT
　　　　Amount USD:  0.00
　　　　LC #:
　　TRANSFERABLE:
　　　　BANK:

| PAYMENT TERMS: | 59 | (days) |
|---|---|---|

| FOREIGN AGENT OFFICE: | KKFTWR | KMART/SEARS FOOTWEAR CONTRACTS |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKFTWR | KMART AND SEARS FOOTWEAR |
| PRODUCTION COUNTRY: | PARCA | ARCA INDUSTRIAL CORP. |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
|---|---|
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNNGB1H |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Ningbo, China |

**FACTORY DETAILS:**

| FACTORY NBR: | 103669 |
|---|---|
| NAME | WENZHOU EASILY SHOES CO LTD |
| ADDRESS | NO 35 JINHUI ROAD SHANGHUI |
| | LOUQIAO OUHAI |
| | WENZHOU |
| | ZHEJIANG |
| COUNTRY | China |
| TEL | 13806520655 |
| EMAIL | arcash@mail.online.sh.cn |
| MID | CNWENEAS35WEN |

127 of 182

128 of 182

## Page 2

SEARS ROEBUCK & CO.                    **PURCHASE ORDER**                    Page : 2

| ORDER DATE : 03-MAY-2018 | ORDER NO : SK5164 | BM4  BRITNEY MEJIA |
|---|---|---|

**DESCRIPTION**
FIFI SZ 6 562

ITEM CODE: 260035955467  
I 2OF 5/CARTON UPC: 07215980544588  
STYLE: LY FIFI  
BRAND NAME: ROEBUCK AND CO  
INTL COMMODY CODE: GDSM  

SEASON/YEAR: 5-WINTER 2017  
SUB-SEASON: 50-WINTER  
CAT/SUB-CAT: 26/01  
TRADEMARK: NONE  
COPYRIGHT REG. NO.:  
MLTP CARTON IND: 001  

SEARS DIV 654  
SEARS ITEM 28720  
SEARS SKU 562  

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL EA | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER EACHES | PER CARTON | $69.99 | 35 | 420 | $8,673.00 |
| $20.650 | $247.800 | | | | |

PER CARTON  
KGS: 19.000    CBM: 0.215721    EACHES PER INNER    1  
LBS: 41.890    CU. FT.: 7.618    INNERS PER OUTER CARTON    12  
OUTER CARTON DIMENSIONS    PACKING INSTRUCTION:    EACHES PER MASTER SHIPPING CTN    12  
L 33.5" X W 25.6" X H 15.35"    CASEPACK  

QUOTA CAT#: RNONE    CASE #    FACTORY    EXPORTER  
SPECIAL TRADE INDICATOR:    ANTI-DUMPING:  
COUNTERVAILING:  

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
BOXED

| | | | SHIPPING SCHEDULE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (EACHES) | PAY TYPE |
| 101 | RDE | RDE | Ocean | 08-AUG-2018 | 21-SEP-2018 | 10-NOV-2018 | Z | 35 | 420 | W |

DETAIL DESCRIPTION-
DESCRIPTION OF TYPE OF SHOE WATERPROOF LACE UP FAUX FUR BOOT
GENDER WOMEN
UPPER MATERIAL IN PERCENT 90% LEATHER ,10% PU/PVC
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION STICHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE ABOVE THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 7.0%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME : N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

OPC:    12
FABRIC MATERIAL:    PU
STYLE SILHOUETTE:    MID SHAFT

## Page 3

SEARS ROEBUCK & CO.                    **PURCHASE ORDER**                    Page : 3

| ORDER DATE : 03-MAY-2018 | ORDER NO : SK5164 | BM4  BRITNEY MEJIA |
|---|---|---|

**DESCRIPTION**
FIFI SZ 7 564

ITEM CODE: 260035970292  
I 2OF 5/CARTON UPC: 07215980544656  
STYLE: LY FIFI  
BRAND NAME: ROEBUCK AND CO  
INTL COMMODY CODE:  

SEASON/YEAR: 5-WINTER 2017  
SUB-SEASON: 50-WINTER  
CAT/SUB-CAT: 26/01  
TRADEMARK: NONE  
COPYRIGHT REG. NO.:  
MLTP CARTON IND: 001  

SEARS DIV 654  
SEARS ITEM 28720  
SEARS SKU 564  

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL EA | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER EACHES | PER CARTON | $69.99 | 50 | 600 | $12,390.00 |
| $20.650 | $247.800 | | | | |

PER CARTON  
KGS: 19.000    CBM: 0.215721    EACHES PER INNER    1  
LBS: 41.890    CU. FT.: 7.618    INNERS PER OUTER CARTON    12  
OUTER CARTON DIMENSIONS    PACKING INSTRUCTION:    EACHES PER MASTER SHIPPING CTN    12  
L 33.5" X W 25.6" X H 15.35"    CASEPACK  

QUOTA CAT#: RNONE    CASE #    FACTORY    EXPORTER  
SPECIAL TRADE INDICATOR:    ANTI-DUMPING:  
COUNTERVAILING:  

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
BOXED

| | | | SHIPPING SCHEDULE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (EACHES) | PAY TYPE |
| 101 | RDE | RDE | Ocean | 08-AUG-2018 | 21-SEP-2018 | 10-NOV-2018 | Z | 50 | 600 | W |

DETAIL DESCRIPTION-
DESCRIPTION OF TYPE OF SHOE WATERPROOF LACE UP FAUX FUR BOOT
GENDER WOMEN
UPPER MATERIAL IN PERCENT 90% LEATHER ,10% PU/PVC
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION STICHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE ABOVE THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 7.0%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME : N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

OPC:    12
FABRIC MATERIAL:    PU
STYLE SILHOUETTE:    MID SHAFT

SEARS ROEBUCK & CO. **P U R C H A S E   O R D E R** Page : 4

| **ORDER DATE :** 03-MAY-2018 | **ORDER NO :** SK5164 | | BM4  BRITNEY MEJIA |

**DESCRIPTION**

| **ITEM CODE:** 260035970300 | **SEASON/YEAR:** 5-WINTER 2017 | FIFI SZ 8 566 |
| | **SUB-SEASON:** 50-WINTER | |
| **I 2OF 5/CARTON UPC:** 07215980544724 | **CAT/SUB-CAT:** 26/01 | |
| **STYLE:** LY FIFI | **TRADEMARK:** NONE | **SEARS DIV** | **SEARS ITEM** | **SEARS SKU** |
| **BRAND NAME:** ROEBUCK AND CO | **COPYRIGHT REG. NO.:** | 654 | 28720 | 566 |
| **INTL COMMODY CODE:** GDSM | **MLTP CARTON IND:** 001 | | | |

| **FOB PRICE** | | **SELL PRICE** | **TOTAL CARTONS** | **TOTAL EA** | **TOTAL COST OF ITEM** |
| **PER EACHES** | **PER CARTON** | $69.99 | 50 | 600 | $12,390.00 |
| $20.650 | $247.800 | | | | |

| **PER CARTON** | **KGS:** 19.000 | **CBM:** 0.215721 | **EACHES PER INNER** | 1 |
| | **LBS:** 41.890 | **CU. FT.:** 7.618 | **INNERS PER OUTER CARTON** | 12 |
| **OUTER CARTON DIMENSIONS** | | **PACKING INSTRUCTION:** | **EACHES PER MASTER SHIPPING CTN** | 12 |
| L 33.5" X W 25.6" X H 15.35" | | CASEPACK | | |

| **QUOTA CAT#:** RNONE | | **CASE #** | **FACTORY** | **EXPORTER** |
| **SPECIAL TRADE INDICATOR:** | **ANTI-DUMPING:** | | | |
| | **COUNTERVAILING:** | | | |

**ADDITIONAL INFO:**

**PACKING INSTRUCTIONS:**

BOXED

| | | | | **SHIPPING SCHEDULE** | | | | | | |
| **REFERENCE (PO)/(SEQ)** | **DISCHARGE POINT** | **FINAL DEST. (DC)** | **TRANS MODE** | **ORIGINAL SHIP DATE** | **REVISED SHIP DATE** | **IN-STORE DATE** | **FLOW INDICATOR** | **CARTONS** | **QUANTITY (EACHES)** | **PAY TYPE** |
| 101 | RDE | RDE | Ocean | 08-AUG-2018 | 21-SEP-2018 | 10-NOV-2018 | Z | 50 | 600 | W |

**DETAIL DESCRIPTION-**

DESCRIPTION OF TYPE OF SHOE WATERPROOF LACE UP FAUX FUR BOOT
GENDER WOMEN
UPPER MATERIAL IN PERCENT 90% LEATHER ,10% PU/PVC
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION STICHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE ABOVE THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 7.0%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME : N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

**OPC:** 12

**FABRIC MATERIAL:** PU

**STYLE SILHOUETTE:** MID SHAFT

---

SEARS ROEBUCK & CO. **P U R C H A S E   O R D E R** Page : 5

| **ORDER DATE :** 03-MAY-2018 | **ORDER NO :** SK5164 | | BM4  BRITNEY MEJIA |

**DESCRIPTION**

| **ITEM CODE:** 260035970334 | **SEASON/YEAR:** 5-WINTER 2017 | FIFI SZ 9 568 |
| | **SUB-SEASON:** 50-WINTER | |
| **I 2OF 5/CARTON UPC:** 07215980544892 | **CAT/SUB-CAT:** 26/01 | |
| **STYLE:** LY FIFI | **TRADEMARK:** NONE | **SEARS DIV** | **SEARS ITEM** | **SEARS SKU** |
| **BRAND NAME:** ROEBUCK AND CO | **COPYRIGHT REG. NO.:** | 654 | 28720 | 568 |
| **INTL COMMODY CODE:** GDSM | **MLTP CARTON IND:** 001 | | | |

| **FOB PRICE** | | **SELL PRICE** | **TOTAL CARTONS** | **TOTAL EA** | **TOTAL COST OF ITEM** |
| **PER EACHES** | **PER CARTON** | $69.99 | 50 | 600 | $12,390.00 |
| $20.650 | $247.800 | | | | |

| **PER CARTON** | **KGS:** 19.000 | **CBM:** 0.215721 | **EACHES PER INNER** | 1 |
| | **LBS:** 41.890 | **CU. FT.:** 7.618 | **INNERS PER OUTER CARTON** | 12 |
| **OUTER CARTON DIMENSIONS** | | **PACKING INSTRUCTION:** | **EACHES PER MASTER SHIPPING CTN** | 12 |
| L 33.5" X W 25.6" X H 15.35" | | CASEPACK | | |

| **QUOTA CAT#:** RNONE | | **CASE #** | **FACTORY** | **EXPORTER** |
| **SPECIAL TRADE INDICATOR:** | **ANTI-DUMPING:** | | | |
| | **COUNTERVAILING:** | | | |

**ADDITIONAL INFO:**

**PACKING INSTRUCTIONS:**

BOXED

| | | | | **SHIPPING SCHEDULE** | | | | | | |
| **REFERENCE (PO)/(SEQ)** | **DISCHARGE POINT** | **FINAL DEST. (DC)** | **TRANS MODE** | **ORIGINAL SHIP DATE** | **REVISED SHIP DATE** | **IN-STORE DATE** | **FLOW INDICATOR** | **CARTONS** | **QUANTITY (EACHES)** | **PAY TYPE** |
| 101 | RDE | RDE | Ocean | 08-AUG-2018 | 21-SEP-2018 | 10-NOV-2018 | Z | 50 | 600 | W |

**DETAIL DESCRIPTION-**

DESCRIPTION OF TYPE OF SHOE WATERPROOF LACE UP FAUX FUR BOOT
GENDER WOMEN
UPPER MATERIAL IN PERCENT 90% LEATHER ,10% PU/PVC
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION STICHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE ABOVE THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 7.0%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME : N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

**OPC:** 12

**FABRIC MATERIAL:** PU

**STYLE SILHOUETTE:** MID SHAFT

SEARS ROEBUCK & CO.                    **P U R C H A S E   O R D E R**                          Page : 6

| ORDER DATE : 03-MAY-2018 | ORDER NO : SK5164 | | BM4  BRITNEY MEJIA |

**DESCRIPTION**

FIFI SZ 10 570

| | | | | |
|---|---|---|---|---|
| ITEM CODE: 260036970342 | SEASON/YEAR: 5-WINTER 2017 | | | |
| | SUB-SEASON: 50-WINTER | | | |
| I 2OF S/CARTON UPC: 07215980544960 | CAT/SUB-CAT: 26/01 | | | |
| STYLE: LY FIFI | TRADEMARK: NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: ROEBUCK AND CO | COPYRIGHT REG. NO.: | 654 | 28720 | 570 |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL EA | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER EACHES | PER CARTON | $69.99 | 45 | 540 | $11,151.00 |
| $20.650 | $247.800 | | | | |

| | | | | |
|---|---|---|---|---|
| PER CARTON | KGS: 19.000 | CBM: 0.215721 | EACHES PER INNER | 1 |
| | LBS: 41.890 | CU. FT.: 7.618 | INNERS PER OUTER CARTON | 12 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | EACHES PER MASTER SHIPPING CTN | 12 |
| L 33.5" X W 15.35" X H 25.6" | | CASEPACK | | |

| QUOTA CAT#: RNONE | | CASE # | FACTORY | EXPORTER |
|---|---|---|---|---|
| SPECIAL TRADE INDICATOR: | | ANTI-DUMPING: | | |
| | | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

BOXED

| | SHIPPING SCHEDULE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (EACHES) | PAY TYPE |
| 101 | RDE | RDE | Ocean | 08-AUG-2018 | 21-SEP-2018 | 10-NOV-2018 | Z | 45 | 540 | W |

DETAIL DESCRIPTION-

DESCRIPTION OF TYPE OF SHOE WATERPROOF LACE UP FAUX FUR BOOT
GENDER WOMEN
UPPER MATERIAL IN PERCENT 90% LEATHER ,10% PU/PVC
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION STICHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE ABOVE THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 7.0%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME : N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

OPC:                  12

FABRIC MATERIAL:      PU

STYLE SILHOUETTE:     MID SHAFT

---

SEARS ROEBUCK & CO.                    **P U R C H A S E   O R D E R**                          Page : 7

| ORDER DATE : 03-MAY-2018 | ORDER NO : SK5164 | | BM4  BRITNEY MEJIA |

**DESCRIPTION**

FIFI SZ 11 572

| | | | | |
|---|---|---|---|---|
| ITEM CODE: 260035970359 | SEASON/YEAR: 5-WINTER 2017 | | | |
| | SUB-SEASON: 50-WINTER | | | |
| I 2OF S/CARTON UPC: 07215980545028 | CAT/SUB-CAT: 26/01 | | | |
| STYLE: LY FIFI | TRADEMARK: NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: ROEBUCK AND CO | COPYRIGHT REG. NO.: | 654 | 28720 | 572 |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL EA | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER EACHES | PER CARTON | $69.99 | 20 | 240 | $4,956.00 |
| $20.650 | $247.800 | | | | |

| | | | | |
|---|---|---|---|---|
| PER CARTON | KGS: 19.000 | CBM: 0.215721 | EACHES PER INNER | 1 |
| | LBS: 41.890 | CU. FT.: 7.618 | INNERS PER OUTER CARTON | 12 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | EACHES PER MASTER SHIPPING CTN | 12 |
| L 33.5" X W 25.6" X H 15.35" | | CASEPACK | | |

| QUOTA CAT#: RNONE | | CASE # | FACTORY | EXPORTER |
|---|---|---|---|---|
| SPECIAL TRADE INDICATOR: | | ANTI-DUMPING: | | |
| | | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

BOXED

| | SHIPPING SCHEDULE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (EACHES) | PAY TYPE |
| 101 | RDE | RDE | Ocean | 08-AUG-2018 | 21-SEP-2018 | 10-NOV-2018 | Z | 20 | 240 | W |

DETAIL DESCRIPTION-

DESCRIPTION OF TYPE OF SHOE WATERPROOF LACE UP FAUX FUR BOOT
GENDER WOMEN
UPPER MATERIAL IN PERCENT 90% LEATHER ,10% PU/PVC
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION STICHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE ABOVE THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 7.0%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME : N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

OPC:                  12

FABRIC MATERIAL:      PU

STYLE SILHOUETTE:     MID SHAFT

SEARS ROEBUCK & CO.　　　　　　　　**PURCHASE ORDER**　　　　　　　　Page : 8

| ORDER DATE : 03-MAY-2018 | ORDER NO : SK5164 | BM4   BRITNEY MEJIA |
|---|---|---|

**ITEM CODE:** 260035955467

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 28720-5 62 | | | | | | |

**ITEM CODE:** 260035970292

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 28720-5 64 | | | | | | |

**ITEM CODE:** 260035970300

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 28720-5 66 | | | | | | |

**ITEM CODE:** 260035970334

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 28720-5 68 | | | | | | |

**ITEM CODE:** 260035970342

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 28720-5 70 | | | | | | |

**ITEM CODE:** 260035970359

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 28720-5 72 | | | | | | |

**ITEM CODE:** 260035955467　　　　**ITEM:** FIFI SZ 6 562

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| | | TOTAL | | 0 | | | |

**ITEM CODE:** 260035970292　　　　**ITEM:** FIFI SZ 7 564

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| | | TOTAL | | 0 | | | |

**ITEM CODE:** 260035970300　　　　**ITEM:** FIFI SZ 8 566

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| | | TOTAL | | 0 | | | |

**ITEM CODE:** 260035970334　　　　**ITEM:** FIFI SZ 9 568

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| | | TOTAL | | 0 | | | |

**ITEM CODE:** 260035970342　　　　**ITEM:** FIFI SZ 10 570

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| | | TOTAL | | 0 | | | |

---

SEARS ROEBUCK & CO.　　　　　　　　**PURCHASE ORDER**　　　　　　　　Page : 9

| ORDER DATE : 03-MAY-2018 | ORDER NO : SK5164 | BM4   BRITNEY MEJIA |
|---|---|---|

**ITEM CODE:** 260035970359　　　　**ITEM:** FIFI SZ 11 572

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| | | TOTAL | | 0 | | | |

**ADDITIONAL CONDITIONS**

**FOR ITEM 260035955467**
IFI-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 260035970292**
IFI-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 260035970300**
IFI-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 260035970334**
IFI-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 260035970342**
IFI-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 260035970359**
IFI-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

SEARS ROEBUCK & CO.                    **PURCHASE ORDER**                                        Page : 10

| **ORDER DATE :** 03-MAY-2018 | **ORDER NO :** SK5164 | BM4  BRITNEY MEJIA |
|---|---|---|

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR---
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:

-------------------------------------------------------

UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.

-------------------------------------------------------

ANTIDUMPING CLAUSE:
-----------------------------------------------------------
VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
--------------------------------------------------------------------
--------------------------------------------------------------------
--------------------------------------------------------------------
--------------------------------------------------------------------

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
------------------------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

---

SEARS ROEBUCK & CO.                    **PURCHASE ORDER**                                        Page : 11

| **ORDER DATE :** 03-MAY-2018 | **ORDER NO :** SK5164 | BM4  BRITNEY MEJIA |
|---|---|---|

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
-----------------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
-----------------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE") VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

## COMMERCIAL INVOICE

Page 1 of 10

DATE: August 08, 2018

INVOICE NO.: 201821280681

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Delano , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SJS178 | FIFI 181 | 181 | 181 | 247.800 USD | 44,851.80 USD |
| | | | CARTONS | AST | | AST |

ITEM: 850098669849
MADE IN CHINA (MAINLAND)
CONTENTS 1 ASSORTMENT
SEARS DIV 654
SEARS ITEM/SKU 28721/181

DESCRIPTION OF TYPE OF SHOE: WATERPROOF LACE UP FAUX FUR BOOT
GENDER: WOMEN
UPPER MATERIAL IN PERCENT: 75% BOVINE LEATHER /25% PU
OUTER SOLE MATERIAL IN PERCENT: 100% TPR
TYPE OF CONSTRUCTION : STICHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: ABOVE THE ANKLE
SIZE RANGE: WO'S 5-11#
COMMISSION PERCENTAGE :7.0%
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST?NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SJS178 | REFERENCE NO. | 101 | |
| DC CODE | RDE | DEPARTMENT NO. | 086 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 | |
| VENDOR ITEM CODE | LY FIFI | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

FACTORY NO. 103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.         CNWENEAS35WEN

| SEARS | SJS178 | FIFI 346 | 29 | 29 | 247.800 USD | 7,186.20 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | | AST |

ITEM: 850098669955
MADE IN CHINA (MAINLAND)
CONTENTS 1 ASSORTMENT
SEARS DIV 654
SEARS ITEM/SKU 28721/346

DESCRIPTION OF TYPE OF SHOE: WATERPROOF LACE UP FAUX FUR BOOT
GENDER: WOMEN
UPPER MATERIAL IN PERCENT: 75% BOVINE LEATHER /25% PU
OUTER SOLE MATERIAL IN PERCENT: 100% TPR
TYPE OF CONSTRUCTION : STICHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: ABOVE THE ANKLE
SIZE RANGE: WO'S 5-11#
COMMISSION PERCENTAGE :7.0%
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST?NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

## COMMERCIAL INVOICE

Page 2 of 10

DATE: August 08, 2018

INVOICE NO.: 201821280681

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Delano , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| | | | |
|---|---|---|---|
| CONTRACT NO. | SJS178 | REFERENCE NO. | 101 |
| DC CODE | RDE | DEPARTMENT NO. | 086 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 |
| VENDOR ITEM CODE | LY FIFI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO. 103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.         CNWENEAS35WEN

| SEARS | SJS179 | FLURRY 181 | 161 | 161 | 189.600 USD | 30,525.60 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | | AST |

ITEM: 850098664154
MADE IN CHINA (MAINLAND)
CONTENTS 1 ASSORTMENT
SEARS DIV 654
SEARS ITEM/SKU 28752/181

DESCRIPTION OF TYPE OF SHOE: LOW SHAFT LACEUP SUEDE WEATHER BOOT
GENDER: WOMEN
UPPER MATERIAL IN PERCENT: 80% COW LEATHER AND 20% TEXTIL UPPER,
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION: CEMENT    SIZE RANGE: WO'S 5-11#
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: COVER THE ANKLE
COMMISSION PERCENTAGE :7.0%
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST?NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

| | | | |
|---|---|---|---|
| CONTRACT NO. | SJS179 | REFERENCE NO. | 101 |
| DC CODE | RDE | DEPARTMENT NO. | 086 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 |
| VENDOR ITEM CODE | 32358S-1 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO. 103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.         CNWENEAS35WEN

## COMMERCIAL INVOICE

Page 3 of 10

DATE: August 08, 2018

INVOICE NO.: 201821280681

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Delano , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| SEARS | SJ5179 | FLURRY 346 | 26 CARTONS | 26 AST | 189.600 USD AST | 4,929.60 USD |
|-------|--------|------------|------------|--------|------------------|--------------|

ITEM:              850098664162
MADE IN            CHINA (MAINLAND)
CONTENTS           1 ASSORTMENT
SEARS DIV          654
SEARS ITEM/SKU     28752/346

DESCRIPTION OF TYPE OF SHOE: LOW SHAFT LACEUP SUEDE WEATHER BOOT
GENDER: WOMEN
UPPER MATERIAL IN PERCENT: 80% COW LEATHER AND 20% TEXTIL UPPER,
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION: CEMENT.     SIZE RANGE: WO'S 5-11#
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: COVER THE ANKLE
COMMISSION PERCENTAGE :7.0%
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST?NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

| | | |
|---|---|---|
| CONTRACT NO. | SJ5179 | REFERENCE NO. | 101 |
| DC CODE | RDE | DEPARTMENT NO. | 086 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 |
| VENDOR ITEM CODE | 32358S-1 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.         103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.         CNWENEAS35WEN

| SEARS | SK5164 | FIFI SZ 6 562 | 35 CARTONS | 420 PIECES | 20.650 USD PIECES | 8,673.00 USD |
|-------|--------|---------------|------------|------------|--------------------|--------------|

ITEM:              260035955467
MADE IN            CHINA (MAINLAND)
CONTENTS           12 PIECES
SEARS DIV          654
SEARS ITEM/SKU     28720/562

DESCRIPTION OF TYPE OF SHOE WATERPROOF LACE UP FAUX FUR BOOT
GENDER WOMEN
UPPER MATERIAL IN PERCENT 90% LEATHER ,10% PU/PVC
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION STICHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE ABOVE THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 7.0%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME : N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

141 of 182

---

## COMMERCIAL INVOICE

Page 4 of 10

DATE: August 08, 2018

INVOICE NO.: 201821280681

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Delano , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| | | |
|---|---|---|
| CONTRACT NO. | SK5164 | REFERENCE NO. | 101 |
| DC CODE | RDE | DEPARTMENT NO. | 086 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 |
| VENDOR ITEM CODE | LY FIFI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.         103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.         CNWENEAS35WEN

| SEARS | SK5164 | FIFI SZ 7 564 | 50 CARTONS | 600 PIECES | 20.650 USD PIECES | 12,390.00 USD |
|-------|--------|---------------|------------|------------|--------------------|---------------|

ITEM:              260035970292
MADE IN            CHINA (MAINLAND)
CONTENTS           12 PIECES
SEARS DIV          654
SEARS ITEM/SKU     28720/564

DESCRIPTION OF TYPE OF SHOE WATERPROOF LACE UP FAUX FUR BOOT
GENDER WOMEN
UPPER MATERIAL IN PERCENT 90% LEATHER ,10% PU/PVC
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION STICHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE ABOVE THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 7.0%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME : N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

| | | |
|---|---|---|
| CONTRACT NO. | SK5164 | REFERENCE NO. | 101 |
| DC CODE | RDE | DEPARTMENT NO. | 086 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 |
| VENDOR ITEM CODE | LY FIFI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.         103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.         CNWENEAS35WEN

142 of 182

## COMMERCIAL INVOICE

Page 5 of 10

DATE: August 08, 2018

INVOICE NO.: 201821280681

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Delano , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| SEARS | SK5164 | FIFI SZ 8 566 | | 50 | 600 | 20.650 USD | 12,390.00 USD |
|-------|--------|---------------|---|------|--------|------------|---------------|
| | | | | CARTONS | PIECES | | PIECES |

ITEM: 260035970300
MADE IN CHINA (MAINLAND)
CONTENTS 12 PIECES
SEARS DIV 654
SEARS ITEM/SKU 28720/566

| | | | |
|--|--|--|--|
| | DESCRIPTION OF TYPE OF SHOE WATERPROOF LACE UP FAUX FUR BOOT | | |

GENDER WOMEN
UPPER MATERIAL IN PERCENT 90% LEATHER ,10% PU/PVC
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION STICHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE ABOVE THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 7.0%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME : N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

| CONTRACT NO. | SK5164 | REFERENCE NO. | 101 |
|--------------|--------|---------------|-----|
| DC CODE | RDE | DEPARTMENT NO. | 086 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 |
| VENDOR ITEM CODE | LY FIFI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO. 103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO. CNWENEAS35WEN

| SEARS | SK5164 | FIFI SZ 9 568 | | 50 | 600 | 20.650 USD | 12,390.00 USD |
|-------|--------|---------------|---|------|--------|------------|---------------|
| | | | | CARTONS | PIECES | | PIECES |

ITEM: 260035970334
MADE IN CHINA (MAINLAND)
CONTENTS 12 PIECES
SEARS DIV 654
SEARS ITEM/SKU 28720/568

| | | | |
|--|--|--|--|
| | DESCRIPTION OF TYPE OF SHOE WATERPROOF LACE UP FAUX FUR BOOT | | |

GENDER WOMEN
UPPER MATERIAL IN PERCENT 90% LEATHER ,10% PU/PVC
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION STICHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE ABOVE THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 7.0%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME : N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

---

## COMMERCIAL INVOICE

Page 6 of 10

DATE: August 08, 2018

INVOICE NO.: 201821280681

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Delano , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| CONTRACT NO. | SK5164 | REFERENCE NO. | 101 |
|--------------|--------|---------------|-----|
| DC CODE | RDE | DEPARTMENT NO. | 086 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 |
| VENDOR ITEM CODE | LY FIFI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO. 103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO. CNWENEAS35WEN

| SEARS | SK5164 | FIFI SZ 10 570 | | 45 | 540 | 20.650 USD | 11,151.00 USD |
|-------|--------|----------------|---|------|--------|------------|---------------|
| | | | | CARTONS | PIECES | | PIECES |

ITEM: 260035970342
MADE IN CHINA (MAINLAND)
CONTENTS 12 PIECES
SEARS DIV 654
SEARS ITEM/SKU 28720/570

| | | | |
|--|--|--|--|
| | DESCRIPTION OF TYPE OF SHOE WATERPROOF LACE UP FAUX FUR BOOT | | |

GENDER WOMEN
UPPER MATERIAL IN PERCENT 90% LEATHER ,10% PU/PVC
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION STICHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE ABOVE THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 7.0%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME : N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

| CONTRACT NO. | SK5164 | REFERENCE NO. | 101 |
|--------------|--------|---------------|-----|
| DC CODE | RDE | DEPARTMENT NO. | 086 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 |
| VENDOR ITEM CODE | LY FIFI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO. 103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO. CNWENEAS35WEN

## COMMERCIAL INVOICE

Page 7 of 10

DATE: August 08, 2018

INVOICE NO.: 201821280681

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China   SHIPPED TO: Delano , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| SEARS | SK5164 | FIFI SZ 11 572 | | 20 | 240 | 20.650 USD | 4,956.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | | PIECES |

ITEM: 260035970359
MADE IN: CHINA (MAINLAND)
CONTENTS: 12 PIECES
SEARS DIV: 654
SEARS ITEM/SKU: 28720/572

DESCRIPTION OF TYPE OF SHOE WATERPROOF LACE UP FAUX FUR BOOT
GENDER WOMEN
UPPER MATERIAL IN PERCENT 90% LEATHER ,10% PU/PVC
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION STICHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE ABOVE THE ANKLE
SIZE RANGE W0'S 5-11#
COMMISSION PERCENTAGE 7.0%
COMMISSION PAYABLE TO STC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME : N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

CONTRACT NO. SK5164   REFERENCE NO. 101
DC CODE   DEPARTMENT NO. 086
DIVISION NO. Division 4   VENDOR NO. 8336
VENDOR ITEM CODE LY FIFI   COUNTRY OF ORIGIN CHINA (MAINLAND)
BINDING RULING # OR PRECLASS #   CATEGORY RNONE

FACTORY NO. 103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LUOQIAO OUHAI
WENZHOU
ZHEJIANG
China

FTY MID NO. CNWENEAS35WEN

| SEARS | SK5177 | SILVY 181 | | 306 | 306 | 141.000 USD | 43,146.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | | AST |

ITEM: 850098663974
MADE IN: CHINA (MAINLAND)
CONTENTS: 1 ASSORTMENT
SEARS DIV: 654
SEARS ITEM/SKU: 28750/181

DESCRIPTION OF TYPE OF SHOE: SILVERTON LOW PULL ON
GENDER WOMEN
UPPER MATERIAL IN PERCENT: 100% PU UPPER
OUTER SOLE MATERIAL IN PERCENT: 100% TPR OUTSOLE
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE COVER ANKLE
SIZE RANGE: WO'S 5-11#
COMMISSION PERCENTAGE :7.0%
COMMISSION PAYABLE TO STC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST?NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

---

## COMMERCIAL INVOICE

Page 8 of 10

DATE: August 08, 2018

INVOICE NO.: 201821280681

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China   SHIPPED TO: Delano , CA

MODE OF TRANSPORTATION: Ocean

FOB China

CONTRACT NO. SK5177   REFERENCE NO. 101
DC CODE RDE   DEPARTMENT NO. 086
DIVISION NO. Division 4   VENDOR NO. 8336
VENDOR ITEM CODE 0   COUNTRY OF ORIGIN CHINA (MAINLAND)
BINDING RULING # OR PRECLASS #   CATEGORY RNONE

FACTORY NO. 103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LUOQIAO OUHAI
WENZHOU
ZHEJIANG
China

FTY MID NO. CNWENEAS35WEN

| SEARS | SK5177 | SILVY 346 | | 69 | 69 | 141.000 USD | 9,729.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | | AST |

ITEM: 850098663982
MADE IN: CHINA (MAINLAND)
CONTENTS: 1 ASSORTMENT
SEARS DIV: 654
SEARS ITEM/SKU: 28750/346

DESCRIPTION OF TYPE OF SHOE: SILVERTON LOW PULL ON
GENDER WOMEN
UPPER MATERIAL IN PERCENT: 100% PU UPPER
OUTER SOLE MATERIAL IN PERCENT: 100% TPR OUTSOLE
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE COVER ANKLE
SIZE RANGE: WO'S 5-11#
COMMISSION PERCENTAGE :7.0%
COMMISSION PAYABLE TO STC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST?NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

CONTRACT NO. SK5177   REFERENCE NO. 101
DC CODE RDE   DEPARTMENT NO. 086
DIVISION NO. Division 4   VENDOR NO. 8336
VENDOR ITEM CODE 0   COUNTRY OF ORIGIN CHINA (MAINLAND)
BINDING RULING # OR PRECLASS #   CATEGORY RNONE

FACTORY NO. 103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LUOQIAO OUHAI
WENZHOU
ZHEJIANG
China

FTY MID NO. CNWENEAS35WEN

## Left Invoice

**COMMERCIAL INVOICE**

Page 9 of 10

DATE: August 08, 2018

INVOICE NO.: 201821280681

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:　SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China　　SHIPPED TO: Delano , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| SEARS | SL5168 | FLURRY 181 | 106 CARTONS | 106 AST | 189.600 AST | 20,097.60 USD |
|---|---|---|---|---|---|---|

ITEM: 850098663776
MADE IN CHINA (MAINLAND)
CONTENTS 1 ASSORTMENT
SEARS DIV 654
SEARS ITEM/SKU 28753/181

DESCRIPTION OF TYPE OF SHOE: LOW SHAFT LACEUP SUEDE WEATHER BOOT
GENDER: WOMEN
UPPER MATERIAL IN PERCENT: 80% COWHIDE LEATHER AND 20% TEXTIL UPPER,
OUTER SOLE MATERIAL IN PERCENT: 100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE : CAVER THE ANKLE
SIZE RANGE: WO'S 5-11#
COMMISSION PERCENTAGE :7.0%
COMMISSION PAYABLE TO:STC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST?NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

| CONTRACT NO. | SL5168 | REFERENCE NO. | 101 |
|---|---|---|---|
| DC CODE | RDE | DEPARTMENT NO. | 086 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 |
| VENDOR ITEM CODE | 32358S-1 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS.# | | CATEGORY | RNONE |

FACTORY NO. 103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.　CNWENEAS35WEN

| SEARS | SL5168 | FLURRY 346 | 19 CARTONS | 19 AST | 189.600 USD AST | 3,602.40 USD |
|---|---|---|---|---|---|---|

ITEM: 850098663784
MADE IN CHINA (MAINLAND)
CONTENTS 1 ASSORTMENT
SEARS DIV 654
SEARS ITEM/SKU 28753/346

DESCRIPTION OF TYPE OF SHOE: LOW SHAFT LACEUP SUEDE WEATHER BOOT
GENDER: WOMEN
UPPER MATERIAL IN PERCENT: 80% COWHIDE LEATHER AND 20% TEXTIL UPPER,
OUTER SOLE MATERIAL IN PERCENT: 100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE : CAVER THE ANKLE
SIZE RANGE: WO'S 5-11#
COMMISSION PERCENTAGE :7.0%
COMMISSION PAYABLE TO:STC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST?NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

147 of 182

## Right Invoice

**COMMERCIAL INVOICE**

Page 10 of 10

DATE: August 08, 2018

INVOICE NO.: 201821280681

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:　SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China　　SHIPPED TO: Delano , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| CONTRACT NO. | SL5168 | REFERENCE NO. | 101 |
|---|---|---|---|
| DC CODE | RDE | DEPARTMENT NO. | 086 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 |
| VENDOR ITEM CODE | 32358S-1 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS.# | | CATEGORY | RNONE |

FACTORY NO. 103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.　CNWENEAS35WEN

PAYMENT TERM　Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER　OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | AMOUNT (US$) |
|---|---|---|---|
| TOTAL INVOICE | 1,147 | 3,000 PIECES | 226,018.20 USD |
| | | 897 ASSORTMENTS | |

TOTAL US DOLLARS TWO HUNDRED TWENTY-SIX THOUSAND EIGHTEEN DOLLARS AND TWENTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

ARICA INDUSTRIAL (NJ) INC

EMPLOYEE NAME _____
EMPLOYEE TITLE _____

148 of 182



SEARS SK5177

149 of 182

---

SEARS ROEBUCK & CO.                    **PURCHASE ORDER**                              Page : 1

| ORDER DATE : 04-MAY-2018 | ORDER NO : SK5177 | BUYER : BM4 BRITNEY MEJIA |
| DIV : Division 4 | DEPT NO : 086 | |

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
| --- | --- |
| NAME | ARCA INDUSTRIAL (NJ) INC |
| ADDRESS | 3 KELLOGG COURT |
| | SUITE #2 |
| | EDISON |
| | NJ |
| COUNTRY | United States |
| EMAIL | arcany@aol.com |
| VENDOR NBR | 8336 |
| TELEPHONE | 732-339-0450 |
| DUNS NBR | 01000154948 |
| FDA REG # | |

| TOTAL COST OF ORDER USD |
| --- |
| $52,875.00 |

PAYMENT TO BE MADE BY :
( )   MULTIPLE PAYMENT TYPES
( X )  CHECK/WIRE TRANSFER
                Amount USD:  52,875.00
( )   FREE GOODS
                Amount USD:  0.00
( )   LETTER OF CREDIT
                Amount USD:  0.00
                                LC #:
        TRANSFERABLE:
                        BANK:

| PAYMENT TERMS: | 59 | (days) |

| FOREIGN AGENT OFFICE: | KKFTWR | KMART/SEARS FOOTWEAR CONTRACTS |
| FOREIGN SUPPORT OFFICE: | RKFTWR | KMART AND SEARS FOOTWEAR |
| PRODUCTION COUNTRY: | PARCA | ARCA INDUSTRIAL CORP. |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNNGBTH |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Ningbo, China |

FACTORY DETAILS:

| FACTORY NBR: | 103669 |
| NAME | WENZHOU EASILY SHOES CO LTD |
| ADDRESS | NO 35 JINHUI ROAD SHANGHUI |
| | LOUQIAO OUHAI |
| | WENZHOU |
| | ZHEJIANG |
| COUNTRY | China |
| TEL | 13806520655 |
| EMAIL | arcash@mail.online.sh.cn |
| MID | CNWENEAS35WEN |

150 of 182

## Left Page

SEARS ROEBUCK & CO.

**P U R C H A S E   O R D E R**

Page : 2

ORDER DATE :  04-MAY-2018    ORDER NO :  SK5177    BM4  BRITNEY MEJIA

DESCRIPTION

ITEM CODE: 850098663974    SEASON/YEAR:  5-WINTER 2018    SILVY 181

SUB-SEASON:  50-WINTER

I 2OF S/CARTON UPC:  07215980541686    CAT/SUB-CAT:  85/01

STYLE:  0    TRADEMARK:  NONE    SEARS DIV    SEARS ITEM    SEARS SKU

BRAND NAME:  ROEBUCK AND CO    COPYRIGHT REG. NO.:    654    28750    181

INTL COMMODITY CODE:  GDSM    MLTP CARTON IND:  001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $599.88 | 306 | 306 | $43,146.00 |
| $141.000 | $141.000 | | | | |

KGS:    12.000    CBM:    0.136165    AST PER INNER    1

PER CARTON    LBS:    26.460    CU. FT. :    4.809    INNERS PER OUTER CARTON    1

OUTER CARTON DIMENSIONS    PACKING INSTRUCTION:    AST PER MASTER SHIPPING CTN    1

L 26.8" X W 23.85" X H 13.0"    CASEPACK

QUOTA CAT#:  RNONE    CASE #    FACTORY    EXPORTER

SPECIAL TRADE INDICATOR:    ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

BOXED

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 101 | RDE | RDE | Ocean | 08-AUG-2018 | 21-SEP-2018 | 10-NOV-2018 | Z | 306 | 306 | W |

DETAIL DESCRIPTION-

DESCRIPTION OF TYPE OF SHOE: SILVERTON LOW PULL ON
GENDER:WOMEN
UPPER MATERIAL IN PERCENT: 100% PU UPPER
OUTER SOLE MATERIAL IN PERCENT: 100% TPR OUTSOLE
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:COVER ANKLE
SIZE RANGE: WO'S 5-11#
COMMISSION PERCENTAGE :7.0%
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST?NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

OPC:    12

## Right Page

SEARS ROEBUCK & CO.

**P U R C H A S E   O R D E R**

Page : 3

ORDER DATE :  04-MAY-2018    ORDER NO :  SK5177    BM4  BRITNEY MEJIA

DESCRIPTION

ITEM CODE: 850098663982    SEASON/YEAR:  5-WINTER 2018    SILVY 346

SUB-SEASON:  50-WINTER

I 2OF S/CARTON UPC:  07215980541754    CAT/SUB-CAT:  85/01

STYLE:  0    TRADEMARK:  NONE    SEARS DIV    SEARS ITEM    SEARS SKU

BRAND NAME:  ROEBUCK AND CO    COPYRIGHT REG. NO.:    654    28750    346

INTL COMMODITY CODE:  GDSM    MLTP CARTON IND:  001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $599.88 | 69 | 69 | $9,729.00 |
| $141.000 | $141.000 | | | | |

KGS:    12.000    CBM:    0.136165    AST PER INNER    1

PER CARTON    LBS:    26.460    CU. FT. :    4.809    INNERS PER OUTER CARTON    1

OUTER CARTON DIMENSIONS    PACKING INSTRUCTION:    AST PER MASTER SHIPPING CTN    1

L 26.8" X W 23.85" X H 13.0"    CASEPACK

QUOTA CAT#:  RNONE    CASE #    FACTORY    EXPORTER

SPECIAL TRADE INDICATOR:    ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

BOXED

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 101 | RDE | RDE | Ocean | 08-AUG-2018 | 21-SEP-2018 | 10-NOV-2018 | Z | 69 | 69 | W |

DETAIL DESCRIPTION-

DESCRIPTION OF TYPE OF SHOE: SILVERTON LOW PULL ON
GENDER:WOMEN
UPPER MATERIAL IN PERCENT: 100% PU UPPER
OUTER SOLE MATERIAL IN PERCENT: 100% TPR OUTSOLE
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:COVER ANKLE
SIZE RANGE: WO'S 5-11#
COMMISSION PERCENTAGE :7.0%
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST?NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

OPC:    12

SEARS ROEBUCK & CO.  **PURCHASE ORDER**  Page : 4

ORDER DATE :  04-MAY-2018   ORDER NO :  SK5177   BM4  BRITNEY MEJIA

ITEM CODE:  850098663974

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9866390-9 | | | | | | 28750-5 62 | | | | POLYURETHANE (PU) | 100% | |
| 9866392-5 | | | | | | 28750-5 64 | | | | POLYURETHANE (PU) | 100% | |
| 9866393-3 | | | | | | 28750-5 66 | | | | POLYURETHANE (PU) | 100% | |
| 9866394-1 | | | | | | 28750-5 68 | | | | POLYURETHANE (PU) | 100% | |
| 9866395-8 | | | | | | 28750-5 70 | | | | POLYURETHANE (PU) | 100% | |
| 9866396-6 | | | | | | 28750-5 72 | | | | POLYURETHANE (PU) | 100% | |

ITEM CODE:  850098663982

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9866390-9 | | | | | | 28750-5 62 | | | | POLYURETHANE (PU) | 100% | |
| 9866392-5 | | | | | | 28750-5 64 | | | | POLYURETHANE (PU) | 100% | |
| 9866393-3 | | | | | | 28750-5 66 | | | | POLYURETHANE (PU) | 100% | |
| 9866394-1 | | | | | | 28750-5 68 | | | | POLYURETHANE (PU) | 100% | |
| 9866395-8 | | | | | | 28750-5 70 | | | | POLYURETHANE (PU) | 100% | |

ITEM CODE: 850098663974  ITEM: SILVY 181

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SILVY SZ 6 562 | 9866390-9 | BLACK | 6.0 | 1 | 11.750 | 49.99 | 721598054106 |
| SUB KSN DESC: SILVY SZ 7 564 | 9866392-5 | BLACK | 7.0 | 2 | 11.750 | 49.99 | 721598054113 |
| SUB KSN DESC: SILVY SZ 8 566 | 9866393-3 | BLACK | 8.0 | 3 | 11.750 | 49.99 | 721598054120 |
| SUB KSN DESC: SILVY SZ 9 568 | 9866394-1 | BLACK | 9.0 | 3 | 11.750 | 49.99 | 721598054137 |
| SUB KSN DESC: SILVY SZ 10 570 | 9866395-8 | BLACK | 10.0 | 2 | 11.750 | 49.99 | 721598054144 |
| SUB KSN DESC: SILVY SZ 11 572 | 9866396-6 | BLACK | 11.0 | 1 | 11.750 | 49.99 | 721598054151 |
| | | | TOTAL | 12 | 141.000 | 599.88 | |

ITEM CODE: 850098663982  ITEM: SILVY 346

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SILVY SZ 6 562 | 9866390-9 | BLACK | 6.0 | 2 | 11.750 | 49.99 | 721598054106 |
| SUB KSN DESC: SILVY SZ 7 564 | 9866392-5 | BLACK | 7.0 | 2 | 11.750 | 49.99 | 721598054113 |
| SUB KSN DESC: SILVY SZ 8 566 | 9866393-3 | BLACK | 8.0 | 4 | 11.750 | 49.99 | 721598054120 |
| SUB KSN DESC: SILVY SZ 9 568 | 9866394-1 | BLACK | 9.0 | 2 | 11.750 | 49.99 | 721598054137 |
| SUB KSN DESC: SILVY SZ 10 570 | 9866395-8 | BLACK | 10.0 | 2 | 11.750 | 49.99 | 721598054144 |
| | | | TOTAL | 12 | 141.000 | 599.88 | |

---

SEARS ROEBUCK & CO.  **PURCHASE ORDER**  Page : 5

ORDER DATE :  04-MAY-2018   ORDER NO :  SK5177   BM4  BRITNEY MEJIA

ADDITIONAL CONDITIONS

FOR ITEM 850098663974
IFI-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

FOR ITEM 850098663982
IFI-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR--- KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE "SEARS BRANDS");SEARS,ROEBUCK AND CO (TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE "SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
.
......................................
UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR 3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY IN THE EVENT ON CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
......................................

ANTIDUMPING CLAUSE:
-----------------------------------------
VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDY FOR MERCHANDISE ACTIONABLE UNDER U.S. LAW VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF WARRANTED MERCHANDISE.
......................................
......................................
......................................
......................................

SEARS ROEBUCK & CO.                          P U R C H A S E   O R D E R                                    Page : 6

| ORDER DATE :  04-MAY-2018 | ORDER NO :  SK5177 | BM4  BRITNEY MEJIA |
|---|---|---|

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES.
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
-------------------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO)(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
-------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
-------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

---

COMMERCIAL INVOICE

Page 1 of 10
DATE:  August 08, 2018
INVOICE NO :  201821280681

8336
ARCA INDUSTRIAL (N.J) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:    SEARS ROEBUCK & CO.
       3333 Beverly Road
       Hoffman Estates, IL 60179
       US

SHIPPED FROM:  Ningbo, China          SHIPPED TO:   Delano , CA

MODE OF TRANSPORTATION:  Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SJS178 | FIFI 18T | 181 | 181 | 247.800  USD | 44,851.80  USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 85009866984Y | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | |
| SEARS DIV | 654 | | | | | |
| SEARS ITEM/SKU | 28721/181 | | | | | |

DESCRIPTION OF TYPE OF SHOE: WATERPROOF LACE UP FAUX FUR BOOT
GENDER: WOMEN
UPPER MATERIAL IN PERCENT: 75% BOVINE LEATHER /25% PU
OUTER SOLE MATERIAL IN PERCENT: 100% TPR
TYPE OF CONSTRUCTION : STICHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: ABOVE THE ANKLE
SIZE RANGE: WO'S 5-11#
COMMISSION PERCENTAGE: 7.0%
COMMISSION PAYABLE TO:STC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST?NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SJS178 | REFERENCE NO. | 101 | |
| DC CODE | RDE | DEPARTMENT NO. | 086 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 | |
| VENDOR ITEM CODE | LY FIFI | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

FACTORY NO.        103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.        CNWENEAS35WEN

| SEARS | SJS178 | FIFI 346 | 29 | 29 | 247.800  USD | 7,186.20  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 85009866995S | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | |
| SEARS DIV | 654 | | | | | |
| SEARS ITEM/SKU | 28721/346 | | | | | |

DESCRIPTION OF TYPE OF SHOE: WATERPROOF LACE UP FAUX FUR BOOT
GENDER: WOMEN
UPPER MATERIAL IN PERCENT: 75% BOVINE LEATHER /25% PU
OUTER SOLE MATERIAL IN PERCENT: 100% TPR
TYPE OF CONSTRUCTION : STICHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: ABOVE THE ANKLE
SIZE RANGE: WO'S 5-11#
COMMISSION PERCENTAGE: 7.0%
COMMISSION PAYABLE TO:STC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST?NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

## COMMERCIAL INVOICE

Page 2 of 10
DATE: August 08, 2018
INVOICE NO.: 201821280681

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ningbo, China      SHIPPED TO:  Delano , CA
MODE OF TRANSPORTATION:  Ocean
FOB China

| SEARS | SJS178 | FLURRY 181 | | | | |
|---|---|---|---|---|---|---|

| CONTRACT NO. | SJS178 | REFERENCE NO. | 101 |
|---|---|---|---|
| DC CODE | RDE | DEPARTMENT NO. | 086 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 |
| VENDOR ITEM CODE | LY FIFI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |
| FACTORY NO. | 103669 | | |

WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.      CNWENEAS35WEN

| SEARS | SJS179 | FLURRY 181 | 161 | 161 | 189.600 USD | 30,525.60 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

ITEM:  850098664154
MADE IN  CHINA (MAINLAND)
CONTENTS  1 ASSORTMENT
SEARS DIV  654
SEARS ITEM/SKU  28752/181

DESCRIPTION OF TYPE OF SHOE: LOW SHAFT LACEUP SUEDE WEATHER BOOT
GENDER: WOMEN
UPPER MATERIAL IN PERCENT: 80% COW LEATHER AND 20% TEXTIL UPPER,
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION: CEMENT.    SIZE RANGE: WO'S 5-11#
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: COVER THE ANKLE
COMMISSION PERCENTAGE : 7.0%
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST?NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

| CONTRACT NO. | SJS179 | REFERENCE NO. | 101 |
|---|---|---|---|
| DC CODE | RDE | DEPARTMENT NO. | 086 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 |
| VENDOR ITEM CODE | 32358S-1 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |
| FACTORY NO. | 103669 | | |

WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.      CNWENEAS35WEN

157 of 182

---

## COMMERCIAL INVOICE

Page 3 of 10
DATE: August 08, 2018
INVOICE NO.: 201821280681

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ningbo, China      SHIPPED TO:  Delano , CA
MODE OF TRANSPORTATION:  Ocean
FOB China

| SEARS | SJS179 | FLURRY 346 | 26 | 26 | 189.600 USD | 4,929.60 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

ITEM:  850098664162
MADE IN  CHINA (MAINLAND)
CONTENTS  1 ASSORTMENT
SEARS DIV  654
SEARS ITEM/SKU  28752/346

DESCRIPTION OF TYPE OF SHOE: LOW SHAFT LACEUP SUEDE WEATHER BOOT
GENDER: WOMEN
UPPER MATERIAL IN PERCENT : 80% COW LEATHER AND 20% TEXTIL UPPER,
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION: CEMENT.    SIZE RANGE: WO'S 5-11#
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: COVER THE ANKLE
COMMISSION PERCENTAGE : 7.0%
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST?NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

| CONTRACT NO. | SJS179 | REFERENCE NO. | 101 |
|---|---|---|---|
| DC CODE | RDE | DEPARTMENT NO. | 086 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 |
| VENDOR ITEM CODE | 32358S-1 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |
| FACTORY NO. | 103669 | | |

WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.      CNWENEAS35WEN

| SEARS | SKS164 | FIFI SZ 6 562 | 35 | 420 | 20.650 USD | 8,673.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

ITEM:  260035955467
MADE IN  CHINA (MAINLAND)
CONTENTS  12 PIECES
SEARS DIV  654
SEARS ITEM/SKU  28720/562

DESCRIPTION OF TYPE OF SHOE WATERPROOF LACE UP FAUX FUR BOOT
GENDER WOMEN
UPPER MATERIAL IN PERCENT 90% LEATHER ,10% PU/PVC
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION STICHING.
COVERING THE ANKLE AND / OR ABOVE THE ANKLE ABOVE THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE  7.0%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME : N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

158 of 182

## COMMERCIAL INVOICE

Page 4 of 10

DATE: August 08, 2018

INVOICE NO.: 201821280681

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China     SHIPPED TO: Delano , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SK5164 | REFERENCE NO. | 101 | |
| DC CODE | RDE | DEPARTMENT NO. | 086 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 | |
| VENDOR ITEM CODE | LY FIFI | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

FACTORY NO.     103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.     CNWENEAS35WEN

| SEARS | SK5164 | FIFI SZ 7 564 | | 50 | 600 | 20.650 USD | 12,390.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 260035970292 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |
| SEARS DIV | 654 | | | | | | |
| SEARS ITEM/SKU | 28720/564 | | | | | | |

DESCRIPTION OF TYPE OF SHOE WATERPROOF LACE UP FAUX FUR BOOT
GENDER WOMEN
UPPER MATERIAL IN PERCENT 90% LEATHER ,10% PU/PVC
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION STICHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE ABOVE THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 7.0%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME : N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SK5164 | REFERENCE NO. | 101 | |
| DC CODE | RDE | DEPARTMENT NO. | 086 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 | |
| VENDOR ITEM CODE | LY FIFI | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

FACTORY NO.     103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.     CNWENEAS35WEN

## COMMERCIAL INVOICE

Page 5 of 10

DATE: August 08, 2018

INVOICE NO.: 201821280681

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China     SHIPPED TO: Delano , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| SEARS | SK5164 | FIFI SZ 8 566 | | 50 | 600 | 20.650 USD | 12,390.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 260035970300 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |
| SEARS DIV | 654 | | | | | | |
| SEARS ITEM/SKU | 28720/566 | | | | | | |

DESCRIPTION OF TYPE OF SHOE WATERPROOF LACE UP FAUX FUR BOOT
GENDER WOMEN
UPPER MATERIAL IN PERCENT 90% LEATHER ,10% PU/PVC
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION STICHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE ABOVE THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 7.0%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME : N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SK5164 | REFERENCE NO. | 101 | |
| DC CODE | RDE | DEPARTMENT NO. | 086 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 | |
| VENDOR ITEM CODE | LY FIFI | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

FACTORY NO.     103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.     CNWENEAS35WEN

| SEARS | SK5164 | FIFI SZ 9 568 | | 50 | 600 | 20.650 USD | 12,390.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 260035970334 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |
| SEARS DIV | 654 | | | | | | |
| SEARS ITEM/SKU | 28720/568 | | | | | | |

DESCRIPTION OF TYPE OF SHOE WATERPROOF LACE UP FAUX FUR BOOT
GENDER WOMEN
UPPER MATERIAL IN PERCENT 90% LEATHER ,10% PU/PVC
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION STICHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE ABOVE THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 7.0%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME : N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

## COMMERCIAL INVOICE

Page 6 of 10

DATE: August 08, 2018

INVOICE NO : 201821280681

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China     SHIPPED TO: Delano , CA
MODE OF TRANSPORTATION: Ocean

FOB China

| SEARS | SK5164 | FIFI SZ 10 570 | | 45 | 540 | 20.650 USD | 11,151.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

CONTRACT NO.            SK5164
DC CODE                 RDE
DIVISION NO.            Division 4
VENDOR ITEM CODE        LY FIFI
BINDING RULING # OR
PRECLASS #

REFERENCE NO.           101
DEPARTMENT NO.          086
VENDOR NO.              8336
COUNTRY OF ORIGIN       CHINA (MAINLAND)
CATEGORY                RNONE

ITEM:           260035970342
MADE IN         CHINA (MAINLAND)
CONTENTS        12 PIECES
SEARS DIV       654
SEARS ITEM/SKU  28720/570

DESCRIPTION OF TYPE OF SHOE WATERPROOF LACE UP FAUX FUR BOOT
GENDER WOMEN
UPPER MATERIAL IN PERCENT 90% LEATHER ,10% PU/PVC
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION STICHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE ABOVE THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 7.0%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME : N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

CONTRACT NO.            SK5164
DC CODE                 RDE
DIVISION NO.            Division 4
VENDOR ITEM CODE        LY FIFI
BINDING RULING # OR
PRECLASS #

REFERENCE NO.           101
DEPARTMENT NO.          086
VENDOR NO.              8336
COUNTRY OF ORIGIN       CHINA (MAINLAND)
CATEGORY                RNONE

FACTORY NO.     103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.     CNWENEAS35WEN

161 of 182

---

## COMMERCIAL INVOICE

Page 7 of 10

DATE: August 08, 2018

INVOICE NO : 201821280681

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China     SHIPPED TO: Delano , CA
MODE OF TRANSPORTATION: Ocean

FOB China

| SEARS | SK5164 | FIFI SZ 11 572 | 20 | 240 | 20.650 USD | 4,956.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

ITEM:           260035970359
MADE IN         CHINA (MAINLAND)
CONTENTS        12 PIECES
SEARS DIV       654
SEARS ITEM/SKU  28720/572

DESCRIPTION OF TYPE OF SHOE WATERPROOF LACE UP FAUX FUR BOOT
GENDER WOMEN
UPPER MATERIAL IN PERCENT 90% LEATHER ,10% PU/PVC
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION STICHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE ABOVE THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 7.0%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME : N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

CONTRACT NO.            SK5164
DC CODE                 RDE
DIVISION NO.            Division 4
VENDOR ITEM CODE        LY FIFI
BINDING RULING # OR
PRECLASS #

REFERENCE NO.           101
DEPARTMENT NO.          086
VENDOR NO.              8336
COUNTRY OF ORIGIN       CHINA (MAINLAND)
CATEGORY                RNONE

FACTORY NO.     103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.     CNWENEAS35WEN

| SEARS | SK5177 | SILVY 181 | 306 | 306 | 141.000 USD | 43,146.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

ITEM:           850098663974
MADE IN         CHINA (MAINLAND)
CONTENTS        1 ASSORTMENT
SEARS DIV       654
SEARS ITEM/SKU  28750/181

DESCRIPTION OF TYPE OF SHOE: SILVERTON LOW PULL ON
GENDER WOMEN
UPPER MATERIAL IN PERCENT: 100% PU UPPER
OUTER SOLE MATERIAL IN PERCENT: 100% TPR OUTSOLE
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE COVER ANKLE
SIZE RANGE: WO'S 5-11#
COMMISSION PERCENTAGE 7.0%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST?NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

162 of 182

## Left Invoice

### COMMERCIAL INVOICE

Page 8 of 10

DATE: August 08, 2018

INVOICE NO.: 201821280681

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Delano , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| SEARS | | | | | | | |
|---|---|---|---|---|---|---|---|
| CONTRACT NO. | SK5177 | REFERENCE NO. | 101 | | | | |
| DC CODE | RDE | DEPARTMENT NO. | 086 | | | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 | | | | |
| VENDOR ITEM CODE | 0 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | | | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | | | | |

FACTORY NO.    103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.    CNWENEAS35WEN

| SEARS | SK5177 | SILVY 346 | | 69 | 69 | 141.000 USD | 9,729.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 850098663982 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 654 | | | | | | |
| SEARS ITEM/SKU | 28750/346 | | | | | | |

DESCRIPTION OF TYPE OF SHOE: SILVERTON LOW PULL ON
GENDER:WOMEN
UPPER MATERIAL IN PERCENT: 100% PU UPPER
OUTER SOLE MATERIAL IN PERCENT: 100% TPR OUTSOLE
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:COVER ANKLE
SIZE RANGE: WO'S 5-11#
COMMISSION PERCENTAGE :7.0%
COMMISSION PAYABLE TO:STC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST?NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CONTRACT NO. | SK5177 | REFERENCE NO. | 101 | | | | |
| DC CODE | RDE | DEPARTMENT NO. | 086 | | | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 | | | | |
| VENDOR ITEM CODE | 0 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | | | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | | | | |

FACTORY NO.    103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.    CNWENEAS35WEN

## Right Invoice

### COMMERCIAL INVOICE

Page 9 of 10

DATE: August 08, 2018

INVOICE NO.: 201821280681

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Delano , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| SEARS | SL5168 | FLURRY 181 | | 106 | 189.600 USD | 20,097.60 USD |
|---|---|---|---|---|---|---|
| | | | | CARTONS AST | AST | |
| ITEM: | 850098663776 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 654 | | | | | |
| SEARS ITEM/SKU | 28753/181 | | | | | |

DESCRIPTION OF TYPE OF SHOE: LOW SHAFT LACEUP SUEDE WEATHER BOOT
GENDER: WOMEN
UPPER MATERIAL IN PERCENT: 80% COWHIDE LEATHER AND 20% TEXTIL UPPER,
OUTER SOLE MATERIAL IN PERCENT: 100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE : CAVER THE ANKLE
SIZE RANGE: WO'S 5-11#
COMMISSION PERCENTAGE :7.0%
COMMISSION PAYABLE TO:STC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST?NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SL5168 | REFERENCE NO. | 101 | |
| DC CODE | RDE | DEPARTMENT NO. | 086 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 | |
| VENDOR ITEM CODE | 32358S-1 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

FACTORY NO.    103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.    CNWENEAS35WEN

| SEARS | SL5168 | FLURRY 346 | | 19 | 189.600 USD | 3,602.40 USD |
|---|---|---|---|---|---|---|
| | | | | CARTONS AST | AST | |
| ITEM: | 850098663784 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 654 | | | | | |
| SEARS ITEM/SKU | 28753/346 | | | | | |

DESCRIPTION OF TYPE OF SHOE: LOW SHAFT LACEUP SUEDE WEATHER BOOT
GENDER: WOMEN
UPPER MATERIAL IN PERCENT: 80% COWHIDE LEATHER AND 20% TEXTIL UPPER,
OUTER SOLE MATERIAL IN PERCENT: 100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE : CAVER THE ANKLE
SIZE RANGE: WO'S 5-11#
COMMISSION PERCENTAGE :7.0%
COMMISSION PAYABLE TO:STC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST?NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

## COMMERCIAL INVOICE

Page 10 of 10

DATE:  August 08, 2018

INVOICE NO.:  201821280681

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China          SHIPPED TO:  Delano , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| | | | |
|---|---|---|---|
| CONTRACT NO. | SL5168 | REFERENCE NO. | 101 |
| DC CODE | RDE | DEPARTMENT NO. | 086 |
| DIVISION NO. | Division # | VENDOR NO. | 8336 |
| VENDOR ITEM CODE | 32358S-1 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.        103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.        CNWENEAS35WEN

PAYMENT TERM        Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER        OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 1,147 | | | |
| | | 3,000 | PIECES | 226,018.20  USD |
| | | 897 | ASSORTMENTS | |

TOTAL US DOLLARS TWO HUNDRED TWENTY-SIX THOUSAND EIGHTEEN DOLLARS AND TWENTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| |
|---|
| ARCA INDUSTRIAL (NJ) INC |
| EMPLOYEE NAME |
| EMPLOYEE TITLE |



SEARS  SL5168

## Page 1

SEARS ROEBUCK & CO.                **PURCHASE ORDER**                                      Page : 1

| ORDER DATE : 03-MAY-2018 | ORDER NO : SL5168 | BUYER : BM4  BRITNEY MEJIA |
|---|---|---|
| DIV : Division 4 | DEPT NO : 086 | |

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179

**VENDOR**

| NAME | ARCA INDUSTRIAL (NJ) INC |
|---|---|
| ADDRESS | 3 KELLOGG COURT SUITE #2 EDISON NJ |
| COUNTRY | United States |
| EMAIL | arcany@aol.com |
| VENDOR NBR | 8336 |
| TELEPHONE | 732-339-0450 |
| DUNS NBR | 01000154948 |
| FDA REG # | |

**TOTAL COST OF ORDER USD**
$23,700.00

PAYMENT TO BE MADE BY :
( ) MULTIPLE PAYMENT TYPES
( X ) CHECK/WIRE TRANSFER
Amount USD:  23,700.00
( ) FREE GOODS
Amount USD:  0.00
( ) LETTER OF CREDIT
Amount USD:  0.00
LC #:
TRANSFERABLE:
BANK:

| PAYMENT TERMS: | 59 | (days) |
|---|---|---|

| FOREIGN AGENT OFFICE: | KKFTWR | KMART/SEARS FOOTWEAR CONTRACTS |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKFTWR | KMART AND SEARS FOOTWEAR |
| PRODUCTION COUNTRY: | PARCA | ARCA INDUSTRIAL CORP. |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
|---|---|
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNNGB1H |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Ningbo, China |

**FACTORY DETAILS:**

| FACTORY NBR: | 103669 |
|---|---|
| NAME | WENZHOU EASILY SHOES CO LTD |
| ADDRESS | NO 35 JINHUI ROAD SHANGHUI LOUQIAO OUHAI WENZHOU ZHEJIANG |
| COUNTRY | China |
| TEL | 13806520655 |
| EMAIL | arcash@mail.online.sh.cn |
| MID | CNWENEAS35WEN |

167 of 182

## Page 2

SEARS ROEBUCK & CO.                **PURCHASE ORDER**                                      Page : 2

| ORDER DATE : 03-MAY-2018 | ORDER NO : SL5168 | BM4  BRITNEY MEJIA |
|---|---|---|

|  | | **DESCRIPTION** | | |
|---|---|---|---|---|
| ITEM CODE: 850098663776 | SEASON/YEAR: 5-WINTER 2018 | FLURRY 181 | | |
| | SUB-SEASON: 50-WINTER | | | |
| I 20F S/CARTON UPC: 07215980543420 | CAT/SUB-CAT: 85/01 | | | |
| STYLE: 32358S-1 | TRADEMARK: NONE | | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: ROEBUCK AND CO | COPYRIGHT REG. NO.: | | 654 | 28753 | 181 |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | | | | |

| | FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|---|
| PER AST | PER CARTON | | $719.88 | 106 | 106 | $20,097.60 |
| $189.600 | $189.600 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | KGS: | 12.000 | CBM: | 0.136165 | AST PER INNER | 1 | |
| PER CARTON | LBS: | 26.460 | CU. FT.: | 4.809 | INNERS PER OUTER CARTON | 1 | |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 | |
| L 26.8" X W 23.85" X H 13.0" | | | CASEPACK | | | | |

| QUOTA CAT#: RNONE | | CASE # | FACTORY | EXPORTER |
|---|---|---|---|---|
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | | |
| | COUNTERVAILING: | | | |

**ADDITIONAL INFO:**

**PACKING INSTRUCTIONS:**

BOXED

| **SHIPPING SCHEDULE** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 101 | RDE | RDE | Ocean | 08-AUG-2018 | 21-SEP-2018 | 10-NOV-2018 | Z | 106 | 106 | W |

**DETAIL DESCRIPTION-**

DESCRIPTION OF TYPE OF SHOE: LOW SHAFT LACEUP SUEDE WEATHER BOOT
GENDER: WOMEN
UPPER MATERIAL IN PERCENT: 80% COWHIDE LEATHER AND 20% TEXTIL UPPER,
OUTER SOLE MATERIAL IN PERCENT: 100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE : CAVER THE ANKLE
SIZE RANGE: WO'S 5-11#
COMMISSION PERCENTAGE :7.0%
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST?NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

**OPC:**            12

168 of 182

SEARS ROEBUCK & CO. **P U R C H A S E   O R D E R** Page : 3

| **ORDER DATE :** 03-MAY-2018 | **ORDER NO :** SL5168 | BM4  BRITNEY MEJIA |
| --- | --- | --- |

**DESCRIPTION**

| | | |
| --- | --- | --- |
| **ITEM CODE:** 850098663784 | **SEASON/YEAR:** 5-WINTER 2018 | FLURRY 346 |
| | **SUB-SEASON:** 50-WINTER | |
| **I 20F S/CARTON UPC:** 07215980543352 | **CAT/SUB-CAT:** 85/01 | |

| | | | | |
| --- | --- | --- | --- | --- |
| **STYLE:** 323585-1 | **TRADEMARK:** NONE | **SEARS DIV** | **SEARS ITEM** | **SEARS SKU** |
| **BRAND NAME:** ROEBUCK AND CO | **COPYRIGHT REG. NO.:** | 654 | 28753 | 346 |
| **INTL COMMODY CODE:** GDSM | **MLTP CARTON IND:** 001 | | | |

| **FOB PRICE** | | **SELL PRICE** | **TOTAL CARTONS** | **TOTAL AST** | **TOTAL COST OF ITEM** |
| --- | --- | --- | --- | --- | --- |
| **PER AST** | **PER CARTON** | $719.88 | 19 | 19 | $3,602.40 |
| $189.600 | $189.600 | | | | |

| | **KGS:** 12.000 | **CBM:** 0.136165 | **AST PER INNER** | 1 |
| --- | --- | --- | --- | --- |
| **PER CARTON** | **LBS:** 26.460 | **CU. FT.:** 4.809 | **INNERS PER OUTER CARTON** | 1 |
| **OUTER CARTON DIMENSIONS** | | **PACKING INSTRUCTION:** | **AST PER MASTER SHIPPING CTN** | 1 |
| L 26.8" X W 23.85" X H 13.0" | | CASEPACK | | |

| **QUOTA CAT#:** RNONE | | **CASE #** | **FACTORY** | **EXPORTER** |
| --- | --- | --- | --- | --- |
| **SPECIAL TRADE INDICATOR:** | | **ANTI-DUMPING:** | | |
| | | **COUNTERVAILING:** | | |

**ADDITIONAL INFO:**

**PACKING INSTRUCTIONS:**

BOXED

| **S H I P P I N G   S C H E D U L E** | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **REFERENCE (PO)/SEQ)** | **DISCHARGE POINT** | **FINAL DEST. (DC)** | **TRANS MODE** | **ORIGINAL SHIP DATE** | **REVISED SHIP DATE** | **IN-STORE DATE** | **FLOW INDICATOR** | **CARTONS** | **QUANTITY (AST)** | **PAY TYPE** |
| 101 | RDE | RDE | Ocean | 08-AUG-2018 | 21-SEP-2018 | 10-NOV-2018 | Z | 19 | 19 | W |

**DETAIL DESCRIPTION-**

DESCRIPTION OF TYPE OF SHOE: LOW SHAFT LACEUP SUEDE WEATHER BOOT
GENDER: WOMEN
UPPER MATERIAL IN PERCENT: 80% COWHIDE LEATHER AND 20% TEXTIL UPPER,
OUTER SOLE MATERIAL IN PERCENT: 100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE : CAVER THE ANKLE
SIZE RANGE: WO'S 5-11#
COMMISSION PERCENTAGE :7.0%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST?NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

**OPC:**               12

---

SEARS ROEBUCK & CO. **P U R C H A S E   O R D E R** Page : 4

| **ORDER DATE :** 03-MAY-2018 | **ORDER NO :** SL5168 | BM4  BRITNEY MEJIA |
| --- | --- | --- |

**ITEM CODE:** 850098663776

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 9866369-3 | | | | | | 28753-5 62 | | | | LEATHER | 100% | |
| 9866371-9 | | | | | | 28753-5 64 | | | | LEATHER | 100% | |
| 9866372-7 | | | | | | 28753-5 66 | | | | LEATHER | 100% | |
| 9866373-5 | | | | | | 28753-5 68 | | | | LEATHER | 100% | |
| 9866374-3 | | | | | | 28753-5 70 | | | | LEATHER | 100% | |
| 9866376-8 | | | | | | 28753-5 72 | | | | LEATHER | 100% | |

**ITEM CODE:** 850098663784

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 9866369-3 | | | | | | 28753-5 62 | | | | LEATHER | 100% | |
| 9866371-9 | | | | | | 28753-5 64 | | | | LEATHER | 100% | |
| 9866372-7 | | | | | | 28753-5 66 | | | | LEATHER | 100% | |
| 9866373-5 | | | | | | 28753-5 68 | | | | LEATHER | 100% | |
| 9866374-3 | | | | | | 28753-5 70 | | | | LEATHER | 100% | |

**ITEM CODE:** 850098663776          **ITEM:** FLURRY 181

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
| --- | --- | --- | --- | --- | --- | --- | --- |
| SUB KSN DESC: FLURRY SZ 6 562 | 9866369-3 | GREY | 6.0 | 1 | 15.800 | 59.99 | 721598054274 |
| SUB KSN DESC: FLURRY SZ 7 564 | 9866371-9 | GREY | 7.0 | 2 | 15.800 | 59.99 | 721598054281 |
| SUB KSN DESC: FLURRY SZ 8 566 | 9866372-7 | GREY | 8.0 | 3 | 15.800 | 59.99 | 721598054298 |
| SUB KSN DESC: FLURRY SZ 9 568 | 9866373-5 | GREY | 9.0 | 3 | 15.800 | 59.99 | 721598054304 |
| SUB KSN DESC: FLURRY SZ 10 570 | 9866374-3 | GREY | 10.0 | 2 | 15.800 | 59.99 | 721598054311 |
| SUB KSN DESC: FLURRY SZ 11 572 | 9866376-8 | GREY | 11.0 | 1 | 15.800 | 59.99 | 721598054328 |
| | | | TOTAL | 12 | 189.600 | 719.88 | |

**ITEM CODE:** 850098663784          **ITEM:** FLURRY 346

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
| --- | --- | --- | --- | --- | --- | --- | --- |
| SUB KSN DESC: FLURRY SZ 6 562 | 9866369-3 | GREY | 6.0 | 2 | 15.800 | 59.99 | 721598054274 |
| SUB KSN DESC: FLURRY SZ 7 564 | 9866371-9 | GREY | 7.0 | 2 | 15.800 | 59.99 | 721598054281 |
| SUB KSN DESC: FLURRY SZ 8 566 | 9866372-7 | GREY | 8.0 | 4 | 15.800 | 59.99 | 721598054298 |
| SUB KSN DESC: FLURRY SZ 9 568 | 9866373-5 | GREY | 9.0 | 2 | 15.800 | 59.99 | 721598054304 |
| SUB KSN DESC: FLURRY SZ 10 570 | 9866374-3 | GREY | 10.0 | 2 | 15.800 | 59.99 | 721598054311 |
| | | | TOTAL | 12 | 189.600 | 719.88 | |

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

Page : 5

| **ORDER DATE :** 03-MAY-2018 | **ORDER NO :** SL5168 | | BM4  BRITNEY MEJIA |
|---|---|---|---|

**ADDITIONAL CONDITIONS**

**FOR ITEM 850098663776**
IFI-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 850098663784**
IFI-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR---
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
.
-------------------------------------------------------------
UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.

-------------------------------------------------------------
ANTIDUMPING CLAUSE:
-------------------------------------------------------------
VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDOR SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND 2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
-------------------------------------------------------------
-------------------------------------------------------------
-------------------------------------------------------------

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

Page : 6

| **ORDER DATE :** 03-MAY-2018 | **ORDER NO :** SL5168 | | BM4  BRITNEY MEJIA |
|---|---|---|---|

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
-------------------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).
-------------------------------------------
QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
-------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHENEVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
-------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION.HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

## COMMERCIAL INVOICE

Page 1 of 10

DATE: August 08, 2018

INVOICE NO: 201821280681

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China   SHIPPED TO: Delano , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SJ5178 | FIFI 181 | 181 | 181 | 247.800 USD | 44,851.80 USD |
| | | | CARTONS | AST | | AST |

ITEM: 850098669849
MADE IN CHINA (MAINLAND)
CONTENTS 1 ASSORTMENT
SEARS DIV 654
SEARS ITEM/SKU 28721/181

DESCRIPTION OF TYPE OF SHOE: WATERPROOF LACE UP FAUX FUR BOOT
GENDER: WOMEN
UPPER MATERIAL IN PERCENT: 75% BOVINE LEATHER /25% PU
OUTER SOLE MATERIAL IN PERCENT: 100% TPR
TYPE OF CONSTRUCTION : STICHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: ABOVE THE ANKLE
SIZE RANGE: WO'S 5-11#
COMMISSION PERCENTAGE :7.0%
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST?NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

| | | | | | | |
|---|---|---|---|---|---|---|
| CONTRACT NO. | SJ5178 | | REFERENCE NO. | 101 | | |
| DC CODE | RDE | | DEPARTMENT NO. | 086 | | |
| DIVISION NO. | Division 4 | | VENDOR NO. | 8336 | | |
| VENDOR ITEM CODE | LY FIFI | | COUNTRY OF ORIGIN | CHINA (MAINLAND) | | |
| BINDING RULING # OR PRECLASS # | | | CATEGORY | RNONE | | |

FACTORY NO. 103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO. CNWENEAS35WEN

| SEARS | SJ5178 | FIFI 346 | 29 | 29 | 247.800 USD | 7,186.20 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | | AST |

ITEM: 850098669955
MADE IN CHINA (MAINLAND)
CONTENTS 1 ASSORTMENT
SEARS DIV 654
SEARS ITEM/SKU 28721/346

DESCRIPTION OF TYPE OF SHOE: WATERPROOF LACE UP FAUX FUR BOOT
GENDER: WOMEN
UPPER MATERIAL IN PERCENT: 75% BOVINE LEATHER /25% PU
OUTER SOLE MATERIAL IN PERCENT: 100% TPR
TYPE OF CONSTRUCTION : STICHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: ABOVE THE ANKLE
SIZE RANGE: WO'S 5-11#
COMMISSION PERCENTAGE :7.0%
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST?NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

## COMMERCIAL INVOICE

Page 2 of 10

DATE: August 08, 2018

INVOICE NO: 201821280681

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China   SHIPPED TO: Delano , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| | | | | | | |
|---|---|---|---|---|---|---|
| CONTRACT NO. | SJ5178 | | REFERENCE NO. | 101 | | |
| DC CODE | RDE | | DEPARTMENT NO. | 086 | | |
| DIVISION NO. | Division 4 | | VENDOR NO. | 8336 | | |
| VENDOR ITEM CODE | LY FIFI | | COUNTRY OF ORIGIN | CHINA (MAINLAND) | | |
| BINDING RULING # OR PRECLASS # | | | CATEGORY | RNONE | | |

FACTORY NO. 103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO. CNWENEAS35WEN

| SEARS | SJ5179 | FLURRY 181 | 161 | 161 | 189.600 USD | 30,525.60 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | | AST |

ITEM: 850098664154
MADE IN CHINA (MAINLAND)
CONTENTS 1 ASSORTMENT
SEARS DIV 654
SEARS ITEM/SKU 28752/181

DESCRIPTION OF TYPE OF SHOE: LOW SHAFT LACEUP SUEDE WEATHER BOOT
GENDER: WOMEN
UPPER MATERIAL IN PERCENT: 80% COW LEATHER AND 20% TEXTIL UPPER,
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION: CEMENT.   SIZE RANGE: WO'S 5-11#
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: COVER THE ANKLE
COMMISSION PERCENTAGE :7.0%
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST?NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

| | | | | | | |
|---|---|---|---|---|---|---|
| CONTRACT NO. | SJ5179 | | REFERENCE NO. | 101 | | |
| DC CODE | RDE | | DEPARTMENT NO. | 086 | | |
| DIVISION NO. | Division 4 | | VENDOR NO. | 8336 | | |
| VENDOR ITEM CODE | 32358S-1 | | COUNTRY OF ORIGIN | CHINA (MAINLAND) | | |
| BINDING RULING # OR PRECLASS # | | | CATEGORY | RNONE | | |

FACTORY NO. 103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO. CNWENEAS35WEN

## COMMERCIAL INVOICE

Page 3 of 10

DATE: August 08, 2018

INVOICE NO.: 201821280681

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO:  Delano , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| SEARS | SJ5179 | FLURRY 346 | 26 CARTONS | 26 AST | 189.600 USD AST | 4,929.60 USD |
|-------|--------|------------|-----------|-------|-----------------|--------------|

ITEM: 850098664162
MADE IN: CHINA (MAINLAND)
CONTENTS 1 ASSORTMENT
SEARS DIV 654
SEARS ITEM/SKU 28752/346

DESCRIPTION OF TYPE OF SHOE: LOW SHAFT LACEUP SUEDE WEATHER BOOT
GENDER: WOMEN
UPPER MATERIAL IN PERCENT: 80% COW LEATHER AND 20% TEXTIL UPPER,
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION: CEMENT.    SIZE RANGE: WO'S 5-11#
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: COVER THE ANKLE
COMMISSION PERCENTAGE :7.0%
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST?NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

CONTRACT NO. SJ5179    REFERENCE NO. 101
DC CODE RDE    DEPARTMENT NO. 086
DIVISION NO. Division 4    VENDOR NO. 8336
VENDOR ITEM CODE 32358S-1    COUNTRY OF ORIGIN CHINA (MAINLAND)
BINDING RULING # OR PRECLASS #    CATEGORY RNONE

FACTORY NO. 103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO. CNWENEAS35WEN

| SEARS | SK5164 | FIFI SZ 6 562 | 35 CARTONS | 420 PIECES | 20.650 USD PIECES | 8,673.00 USD |
|-------|--------|---------------|-----------|------------|-------------------|--------------|

ITEM: 260035955467
MADIE IN: CHINA (MAINLAND)
CONTENTS 12 PIECES
SEARS DIV 654
SEARS ITEM/SKU 28720/562

DESCRIPTION OF TYPE OF SHOE WATERPROOF LACE UP FAUX FUR BOOT
GENDER WOMEN
UPPER MATERIAL IN PERCENT 90% LEATHER ,10% PU/PVC
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION STICHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE ABOVE THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 7.0%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME : N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

## COMMERCIAL INVOICE

Page 4 of 10

DATE: August 08, 2018

INVOICE NO.: 201821280681

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO:  Delano , CA

MODE OF TRANSPORTATION: Ocean

FOB China

CONTRACT NO. SK5164    REFERENCE NO. 101
DC CODE RDE    DEPARTMENT NO. 086
DIVISION NO. Division 4    VENDOR NO. 8336
VENDOR ITEM CODE LY FIFI    COUNTRY OF ORIGIN CHINA (MAINLAND)
BINDING RULING # OR PRECLASS #    CATEGORY RNONE

FACTORY NO. 103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO. CNWENEAS35WEN

| SEARS | SK5164 | FIFI SZ 7 564 | 50 CARTONS | 600 PIECES | 20.650 USD PIECES | 12,390.00 USD |
|-------|--------|---------------|-----------|------------|-------------------|---------------|

ITEM: 260035970292
MADE IN CHINA (MAINLAND)
CONTENTS 12 PIECES
SEARS DIV 654
SEARS ITEM/SKU 28720/564

DESCRIPTION OF TYPE OF SHOE WATERPROOF LACE UP FAUX FUR BOOT
GENDER WOMEN
UPPER MATERIAL IN PERCENT 90% LEATHER ,10% PU/PVC
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION STICHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE ABOVE THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 7.0%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME : N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

CONTRACT NO. SK5164    REFERENCE NO. 101
DC CODE RDE    DEPARTMENT NO. 086
DIVISION NO. Division 4    VENDOR NO. 8336
VENDOR ITEM CODE LY FIFI    COUNTRY OF ORIGIN CHINA (MAINLAND)
BINDING RULING # OR PRECLASS #    CATEGORY RNONE

FACTORY NO. 103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO. CNWENEAS35WEN

## Left Page

### COMMERCIAL INVOICE

Page 5 of 10

DATE:  August 08, 2018

INVOICE NO.:  201821280681

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:       SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ningbo, China       SHIPPED TO:   Delano , CA

MODE OF TRANSPORTATION:  Ocean

FOB China

| SEARS | SK5164 | FIFI SZ 8 566 | | 50 | 600 | 20.650  USD | 12,390.00  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | | PIECES |

ITEM:             260035970300
MADE IN           CHINA (MAINLAND)
CONTENTS          12  PIECES
SEARS DIV         654
SEARS ITEM/SKU    28720/566

DESCRIPTION OF TYPE OF SHOE WATERPROOF LACE UP FAUX FUR BOOT
GENDER WOMEN
UPPER MATERIAL IN PERCENT 90% LEATHER ,10% PU/PVC
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION STICHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE ABOVE THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE  7.0%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME : N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

CONTRACT NO.          SK5164          REFERENCE NO.          101
DC CODE               RDE             DEPARTMENT NO.         086
DIVISION NO.          Division 4      VENDOR NO.             8336
VENDOR ITEM CODE      LY FIFI         COUNTRY OF ORIGIN      CHINA (MAINLAND)
BINDING RULING # OR                   CATEGORY               RNONE
PRECLASS #

FACTORY NO.           103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.           CNWENEAS35WEN

| SEARS | SK5164 | FIFI SZ 9 568 | | 50 | 600 | 20.650  USD | 12,390.00  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | | PIECES |

ITEM:             260035970334
MADE IN           CHINA (MAINLAND)
CONTENTS          12  PIECES
SEARS DIV         654
SEARS ITEM/SKU    28720/568

DESCRIPTION OF TYPE OF SHOE WATERPROOF LACE UP FAUX FUR BOOT
GENDER WOMEN
UPPER MATERIAL IN PERCENT 90% LEATHER ,10% PU/PVC
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION STICHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE ABOVE THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE  7.0%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME : N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

177 of 182

## Right Page

### COMMERCIAL INVOICE

Page 6 of 10

DATE:  August 08, 2018

INVOICE NO.:  201821280681

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:       SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ningbo, China       SHIPPED TO:   Delano , CA

MODE OF TRANSPORTATION:  Ocean

FOB China

CONTRACT NO.          SK5164          REFERENCE NO.          101
DC CODE               RDE             DEPARTMENT NO.         086
DIVISION NO.          Division 4      VENDOR NO.             8336
VENDOR ITEM CODE      LY FIFI         COUNTRY OF ORIGIN      CHINA (MAINLAND)
BINDING RULING # OR                   CATEGORY               RNONE
PRECLASS #

FACTORY NO.           103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.           CNWENEAS35WEN

| SEARS | SK5164 | FIFI SZ 10 570 | | 45 | 540 | 20.650  USD | 11,151.00  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | | PIECES |

ITEM:             260035970342
MADE IN           CHINA (MAINLAND)
CONTENTS          12  PIECES
SEARS DIV         654
SEARS ITEM/SKU    28720/570

DESCRIPTION OF TYPE OF SHOE WATERPROOF LACE UP FAUX FUR BOOT
GENDER WOMEN
UPPER MATERIAL IN PERCENT 90% LEATHER ,10% PU/PVC
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION STICHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE ABOVE THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE  7.0%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME : N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

CONTRACT NO.          SK5164          REFERENCE NO.          101
DC CODE               RDE             DEPARTMENT NO.         086
DIVISION NO.          Division 4      VENDOR NO.             8336
VENDOR ITEM CODE      LY FIFI         COUNTRY OF ORIGIN      CHINA (MAINLAND)
BINDING RULING # OR                   CATEGORY               RNONE
PRECLASS #

FACTORY NO.           103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.           CNWENEAS35WEN

178 of 182

## COMMERCIAL INVOICE

Page 7 of 10

DATE: August 08, 2018

INVOICE NO : 201821280681

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Delano , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| SEARS | SK5164 | FIFI SZ 11 572 | | 20 | 240 | 20.650 USD | 4,956.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

ITEM: 260035970359
MADE IN CHINA (MAINLAND)
CONTENTS 12 PIECES
SEARS DIV 654
SEARS ITEM/SKU 28720/572

DESCRIPTION OF TYPE OF SHOE WATERPROOF LACE UP FAUX FUR BOOT
GENDER WOMEN
UPPER MATERIAL IN PERCENT 90% LEATHER ,10% PU/PVC
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION STICHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE ABOVE THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 7.0%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME : N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

| CONTRACT NO. | SK5164 | REFERENCE NO. | 101 |
|---|---|---|---|
| DC CODE | RDE | DEPARTMENT NO. | 086 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 |
| VENDOR ITEM CODE | LY FIFI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.        103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.        CNWENEAS35WEN

| SEARS | SK5177 | SILVY 181 | | 306 | 306 | 141.000 USD | 43,146.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

ITEM: 850098663974
MADE IN CHINA (MAINLAND)
CONTENTS 1 ASSORTMENT
SEARS DIV 654
SEARS ITEM/SKU 28750/181

DESCRIPTION OF TYPE OF SHOE: SILVERTON LOW PULL ON
GENDER WOMEN
UPPER MATERIAL IN PERCENT: 100% PU UPPER
OUTER SOLE MATERIAL IN PERCENT: 100% TPR OUTSOLE
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE COVER ANKLE
SIZE RANGE: WO'S 5-11#
COMMISSION PERCENTAGE :7.0%
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST?NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

## COMMERCIAL INVOICE

Page 8 of 10

DATE: August 08, 2018

INVOICE NO : 201821280681

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Delano , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| CONTRACT NO. | SK5177 | REFERENCE NO. | 101 |
|---|---|---|---|
| DC CODE | RDE | DEPARTMENT NO. | 086 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 |
| VENDOR ITEM CODE | 0 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.        103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.        CNWENEAS35WEN

| SEARS | SK5177 | SILVY 346 | | 69 | 69 | 141.000 USD | 9,729.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

ITEM: 850098663982
MADE IN CHINA (MAINLAND)
CONTENTS 1 ASSORTMENT
SEARS DIV 654
SEARS ITEM/SKU 28750/346

DESCRIPTION OF TYPE OF SHOE: SILVERTON LOW PULL ON
GENDER WOMEN
UPPER MATERIAL IN PERCENT: 100% PU UPPER
OUTER SOLE MATERIAL IN PERCENT: 100% TPR OUTSOLE
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE COVER ANKLE
SIZE RANGE: WO'S 5-11#
COMMISSION PERCENTAGE :7.0%
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST?NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

| CONTRACT NO. | SK5177 | REFERENCE NO. | 101 |
|---|---|---|---|
| DC CODE | RDE | DEPARTMENT NO. | 086 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8336 |
| VENDOR ITEM CODE | 0 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.        103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.        CNWENEAS35WEN

## COMMERCIAL INVOICE

Page 9 of 10

DATE: August 08, 2018

INVOICE NO.: 201821280681

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Delano , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| SEARS | SL5168 | FLURRY 181 | | 106 | 106 | 189.600 | 20,097.60 USD |
|-------|--------|------------|--|-----|-----|---------|---------------|
| | | | | CARTONS | AST | AST | |

ITEM: 850098663776
MADE IN: CHINA (MAINLAND)
CONTENTS: 1 ASSORTMENT
SEARS DIV: 654
SEARS ITEM/SKU: 28753/181

DESCRIPTION OF TYPE OF SHOE: LOW SHAFT LACEUP SUEDE WEATHER BOOT
GENDER: WOMEN
UPPER MATERIAL IN PERCENT: 80% COWHIDE LEATHER AND 20% TEXTIL UPPER.
OUTER SOLE MATERIAL IN PERCENT: 100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE : CAVER THE ANKLE
SIZE RANGE: WO'S 5-11#
COMMISSION PERCENTAGE :7.0%
COMMISSION PAYABLE TO:STC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST?NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

CONTRACT NO.    SL5168    REFERENCE NO.    101
DC CODE    RDE    DEPARTMENT NO.    086
DIVISION NO.    Division 4    VENDOR NO.    8336
VENDOR ITEM CODE    32358S-1    COUNTRY OF ORIGIN    CHINA (MAINLAND)
BINDING RULING # OR    CATEGORY    RNONE
PRECLASS #

FACTORY NO.    103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.    CNWENEAS35WEN

| SEARS | SL5168 | FLURRY 346 | | 19 | 19 | 189.600 USD | 3,602.40 USD |
|-------|--------|------------|--|-----|-----|---------|---------------|
| | | | | CARTONS | AST | AST | |

ITEM: 850098663784
MADE IN: CHINA (MAINLAND)
CONTENTS: 1 ASSORTMENT
SEARS DIV: 654
SEARS ITEM/SKU: 28753/346

DESCRIPTION OF TYPE OF SHOE: LOW SHAFT LACEUP SUEDE WEATHER BOOT
GENDER: WOMEN
UPPER MATERIAL IN PERCENT: 80% COWHIDE LEATHER AND 20% TEXTIL UPPER.
OUTER SOLE MATERIAL IN PERCENT: 100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE : CAVER THE ANKLE
SIZE RANGE: WO'S 5-11#
COMMISSION PERCENTAGE :7.0%
COMMISSION PAYABLE TO:STC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST?NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

## COMMERCIAL INVOICE

Page 10 of 10

DATE: August 08, 2018

INVOICE NO.: 201821280681

8336
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE #2
EDISON
NJ
United States
08817

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Delano , CA

MODE OF TRANSPORTATION: Ocean

FOB China

CONTRACT NO.    SL5168    REFERENCE NO.    101
DC CODE    RDE    DEPARTMENT NO.    086
DIVISION NO.    Division 4    VENDOR NO.    8336
VENDOR ITEM CODE    32358S-1    COUNTRY OF ORIGIN    CHINA (MAINLAND)
BINDING RULING # OR    CATEGORY    RNONE
PRECLASS #

FACTORY NO.    103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.    CNWENEAS35WEN

PAYMENT TERM    Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER    OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | AMOUNT (US$) |
|--|--------------------|--------------------------|--------------|
| TOTAL INVOICE | 1.147 | 3.000 PIECES | 226,018.20 USD |
| | | 897 ASSORTMENTS | |

TOTAL US DOLLARS TWO HUNDRED TWENTY-SIX THOUSAND EIGHTEEN DOLLARS AND TWENTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

ARICA INDUSTRIAL (NJ) INC

EMPLOYEE NAME    _____
EMPLOYEE TITLE    _____



# Electronic Proof of Claim

Adobe Sign Document History                11/02/2018

| | |
|---|---|
| Created: | 11/02/2018 |
| By: | Sears Claims (searsclaims@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAALEBEevI0ayZ_eT8o3M5qd2HCwSHGANOx |

## "Electronic Proof of Claim" History

Widget created by Sears Claims (searsclaims@primeclerk.com)

11/02/2018 - 3:43:34 PM EDT

/s/ Jerry Huang (jerry@arcaindustrial.net) uploaded the following supporting documents:
  Attachment

11/02/2018 - 4:06:35 PM EDT

Widget filled in by /s/ Jerry Huang (jerry@arcaindustrial.net)

11/02/2018 - 4:06:35 PM EDT- IP address: 162.155.231.190

(User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/70.0.3538.77 Safari/537.36)

11/02/2018 - 4:06:48 PM EDT- IP address: 162.155.231.190

Signed document emailed to Sears Claims (searsclaims@primeclerk.com) and /s/ Jerry Huang
(jerry@arcaindustrial.net)

11/02/2018 - 4:06:48 PM EDT

MILLER GOLER FAEGES LAPINE LLP
1301 EAST 9TH STREET, SUITE 2700
CLEVELAND, OHIO 44114-1835

TELEPHONE: (216) 696-3366
FAX: (216) 363-5835

March 6, 2019

**VIA OVERNIGHT DELIVERY**

Prime Clerk Claims Processing Center
Sears Holdings Corporation Claims Processing Center
c/o Prime Clerk LLC, 850 3rd Avenue, Suite 412
Brooklyn, NY 11232

Re:   Arca Industrial (NJ), Inc. Claim # 2957 (Debtor: Sears, Roebuck and Co.), and Claim #
      5167 (Debtor: Kmart Corporation; amending, correcting, superseding and replacing
      Claim # 2679)

Dear Prime Clerk:

In reviewing the above-referenced summaries of Arca Industrial's proofs of claim on
Prime Clerk's site https://restructuring.primeclerk.com/sears/Home-ClaimInfo.   It has come to
our attention that the amounts listed do not match with the proofs of claims as submitted by
Arca.   The attached pages identify the necessary corrections.   We respectfully ask that you
update the summaries to match the Proof of Claim as submitted by Arca as per the attachments
to this letter.

Thank you.

Very truly yours,

MILLER GOLER FAEGES LAPINE LLP

Deborah J. Michelson

cc: Arca Industrial (NJ), Inc.

Attach.

# Claim # 2957

## Corrections Needed to Summary of <u>Claim # 2957</u>
## See page 8 of Arca Industrial (NJ), Inc. As-Filed Proof of Claim # 2957

