## Fill in this information to identify the case (Select only one Debtor per claim form):

| | | | |
|---|---|---|---|
| ☐ Sears Holdings Corporation (18-23538) | ☐ MaxServ, Inc. (18-23550) | ☐ Wally Labs LLC (18-23563) | ☐ Kmart of Michigan, Inc. (18-23576) |
| ☐ Sears, Roebuck and Co. (18-23537) | ☐ Private Brands, Ltd. (18-23551) | ☐ Big Beaver of Florida Development, LLC (18-23564) | ☐ SHC Desert Springs, LLC (18-23577) |
| ☐ Kmart Holding Corporation (18-23539) | ☐ Sears Development Co. (18-23552) | ☐ California Builder Appliances, Inc. (18-23565) | ☐ SOE, Inc. (18-23578) |
| ☐ Kmart Operations LLC (18-23540) | ☐ Sears Holdings Management Corporation (18-23553) | ☐ Florida Builder Appliances, Inc. (18-23566) | ☐ StarWest, LLC (18-23579) |
| ☐ Sears Operations LLC (18-23541) | ☐ Sears Home & Business Franchises, Inc. (18-23554) | ☐ KBL Holding Inc. (18-23567) | ☐ STI Merchandising, Inc. (18-23580) |
| ☐ ServiceLive, Inc. (18-23542) | ☐ Sears Home Improvement Products, Inc. (18-23555) | ☐ KLC, Inc. (18-23568) | ☐ Troy Coolidge No. 13, LLC (18-23581) |
| ☐ A&E Factory Service, LLC (18-23543) | ☐ Sears Insurance Services, L.L.C. (18-23556) | ☐ Sears Protection Company (Florida), L.L.C. (18-23569) | ☐ BlueLight.com, Inc. (18-23582) |
| ☐ A&E Home Delivery, LLC (18-23544) | ☐ Sears Procurement Services, Inc. (18-23557) | ☐ Kmart of Washington LLC (18-23570) | ☐ Sears Brands, L.L.C. (18-23583) |
| ☐ A&E Lawn & Garden, LLC (18-23545) | ☐ Sears Protection Company (18-23558) | ☐ Kmart Stores of Illinois LLC (18-23571) | ☐ Sears Buying Services, Inc. (18-23584) |
| ☐ A&E Signature Service, LLC (18-23546) | ☐ Sears Protection Company (PR) Inc. (18-23559) | ☐ Kmart Stores of Texas LLC (18-23572) | ☐ Kmart.com LLC (18-23585) |
| ☐ FBA Holdings Inc. (18-23547) | ☐ Sears Roebuck Acceptance Corp. (18-23560) | ☐ MyGofer LLC (18-23573) | ☐ Sears Brands Management Corporation (18-23586) |
| ☐ Innovel Solutions, Inc. (18-23548) | ☐ Sears, Roebuck de Puerto Rico, Inc. (18-23561) | ☐ Sears Brands Business Unit Corporation (18-23574) | ☐ SHC Licensed Business LLC (18-23616) |
| ☒ Kmart Corporation (18-23549) | ☐ SYW Relay LLC (18-23562) | ☐ Sears Holdings Publishing Company, LLC (18-23575) | ☐ SHC Promotions LLC (18-23630) |

**EXHIBIT**

**C**

## Modified Official Form 410

# Proof of Claim

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

| **Part 1:** | **Identify the Claim** |
|---|---|

| | | |
|---|---|---|
| 1. | Who is the current creditor? | **Arca Industrial (NJ), Inc.** <br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor _____ |
| 2. | Has this claim been acquired from someone else? | ☒ No <br> ☐ Yes. From whom? _____ |
| 3. | Where should notices and payments to the creditor be sent? <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** <br><br><br><br><br><br> Contact phone **(216) 696-3366** <br> Contact email **Michelson@MGFL-law.com**     **Where should payments to the creditor be sent?** (if different) <br><br><br><br><br><br> Contact phone **(732) 339-0450** <br> Contact email **jerry@arcaindustrial.net** |
| 4. | Does this claim amend one already filed? | ☐ No <br> ☒ Yes. Claim number on court claims registry (if known) **2679**    Filed on **11/02/2018** <br>                                                                MM / DD / YYYY |
| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☒ No <br> ☐ Yes. Who made the earlier filing? _____ |

**Claim Number: 5167**

**Part 2:**   **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| **6. Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: \_\_\_\_ \_\_\_\_ \_\_\_\_ \_\_\_\_ |

**7. How much is the claim?**   $ 731,755.05 _____. **Does this amount include interest or other charges?**

☒ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_____

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**   $_____

**Amount of the claim that is secured:**   $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**   $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**   $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

- ☐ No
- ☒ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☒ Other. Specify subsection of 11 U.S.C. § 507(a)( 2 ) that applies. | $ 655,604.70 |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

- ☐ No
- ☒ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.**

$ 190,557.75

---

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

- ☒ I am the creditor.
- ☐ I am the creditor's attorney or authorized agent.
- ☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
- ☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Signature: */s/ Jerry Huang*
/s/ Jerry Huang (Nov 19, 2018)

Email: jerry@arcaindustrial.net

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name of the person who is completing and signing this claim:

| | | | |
|---|---|---|---|
| Name | Jerry | | Huang |
| | First name | Middle name | Last name |
| Title | President | | |
| Company | Arca Industrial (NJ), Inc. | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 3 | Kellogg Court, Suite #2 | |
| | Number | Street | |
| | Edison | NJ | 08817 |
| | City | State | ZIP Code |
| Contact phone | (732) 339-0450 | Email | jerry@arcaindustrial.net |

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☒ I have supporting documentation.
   (attach below)

☐ I do <u>not</u> have supporting documentation.

📎 Attachment

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.**

**IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.**

**A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.**

Modified Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court                                                                  12/15

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at http://restructuring.primeclerk.com/sears.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Claim Pursuant to 11 U.S.C. §503(b)(9):** A claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim to:

Sears Holdings Corporation Claims Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

**Do not file these instructions with your form**

## Footnote to Section 4.

This amendment is to correct spreadsheet attachments to Proof of Claim #2679 that was filed by Arca Industrial (NJ), Inc. on 11/02/2018.

## Footnote to Section 12.

*See* 11 USC § 507(a)(2), 11 USC § 503(B)(9), ECF #115, and attached breakdown.

**Summary of Arca Industrial (NJ) Proof of Claim Amounts - K-Mart**

| Customer | General Unsecured | 503(b)(9) Administrative | ECF # 115 Administrative | Grand Total |
|---|---|---|---|---|
| K-Mart Corporation | $76,150.35 | $190,557.75 | $465,046.95 | **$731,755.05** |

**General Unsecured Amounts - K-Mart**

| No. | Customer | Delivery Date | Customer PO | Description | # of Pairs | Amount |
|-----|----------|---------------|-------------|-------------|------------|--------|
| 1 | K-Mart | 08/18/18 | KMART D681P | 20920 NEPTUNE | 318 | $2,528.10 |
| 2 | K-Mart | 09/02/18 | KMART D681P | 20920 NEPTUNE | 282 | $2,241.90 |
| 3 | K-Mart | 09/09/18 | KMART D683F | 30525 THUNDER BLUE | 570 | $5,101.50 |
| 4 | K-Mart | 09/10/18 | KMART D681Q | 20210 KINGSLEY | 1,497 | $27,694.50 |
| 5 | K-Mart | 09/13/18 | KMART D681R | 20213 KLINE 3 | 1,968 | $33,456.00 |
| 6 | K-Mart | 09/18/18 | KMART D684D | 30525 THUNDER RED | 573 | $5,128.35 |
| Total: | | | | | | $76,150.35 |

### 503(b)(9) Administrative Amounts - K-Mart

| No. | Customer | Delivery Date | Customer PO | Description | # of Pairs | Amount |
|---|---|---|---|---|---|---|
| 1 | K-Mart | 09/29/18 | KMART D681Q | 20210 KINGSLEY | 1,692 | $31,302.00 |
| 2 | K-Mart | 09/29/18 | KMART D689L | 20367 LEARY BROWN | 1,980 | $20,889.00 |
| 3 | K-Mart | 09/29/18 | KMART D689N | 20367 LEARY GREY | 2,256 | $23,800.80 |
| 4 | K-Mart | 09/29/18 | KMART D689Q | 20368 SELBY BROWN | 852 | $8,988.60 |
| 5 | K-Mart | 10/04/18 | KMART D683F | 30525 THUNDER BLUE | 630 | $5,638.50 |
| 6 | K-Mart | 10/07/18 | KMART D681R | 20213 KLINE 3 | 2,232 | $37,944.00 |
| 7 | K-Mart | 10/07/18 | KMART D686D | 30813 TYPER BLK | 1,146 | $17,075.40 |
| 8 | K-Mart | 10/07/18 | KMART D686F | 30813 TYPER GREY | 1,284 | $19,131.60 |
| 9 | K-Mart | 10/07/18 | KMART D686Y | 30813 TYPER TAN | 360 | $5,364.00 |
| 10 | K-Mart | 10/07/18 | KMART D689P | 20368 SELBY BLACK | 1,404 | $14,812.20 |
| 11 | K-Mart | 10/13/18 | KMART D684D | 30525 THUNDER RED | 627 | $5,611.65 |
| Total: | | | | | | $190,557.75 |

**ECF # 115 Amounts - K-Mart**

| No. | Customer | On Board Date | Customer PO | Description | # of Pairs | Amount |
|---|---|---|---|---|---|---|
| 1 | K-Mart | 09/07/18 | KMART D689L | 20367 LEARY BROWN | 2,220 | $23,421.00 |
| 2 | K-Mart | 09/07/18 | KMART D689N | 20367 LEARY GREY | 2,544 | $26,839.20 |
| 3 | K-Mart | 09/07/18 | KMART D689P | 20368 SELBY BLACK | 1,596 | $16,837.80 |
| 4 | K-Mart | 09/07/18 | KMART D689Q | 20368 SELBY BROWN | 948 | $10,001.40 |
| 5 | K-Mart | 09/12/18 | KMART D686E | 30813 TYPER BLK | 1,416 | $21,098.40 |
| 6 | K-Mart | 09/12/18 | KMART D686G | 30813 TYPER GREY | 1,416 | $21,098.40 |
| 7 | K-Mart | 09/12/18 | KMART D686H | 30813 TYPER TAN | 1,416 | $21,098.40 |
| 8 | K-Mart | 09/12/18 | KMART D687A | 30821 WELLA | 1,416 | $20,178.00 |
| 9 | K-Mart | 09/17/18 | KMART D686Z | 30821 WELLA | 1,530 | $21,802.50 |
| 10 | K-Mart | 09/23/18 | KMART D681Q | 20210 KINGSLEY | 282 | $5,217.00 |
| 11 | K-Mart | 09/23/18 | KMART D681R | 20213 KLINE 3 | 558 | $9,486.00 |
| 12 | K-Mart | 09/23/18 | KMART D683Q | 20365 BENNING | 1,392 | $19,696.80 |
| 13 | K-Mart | 09/23/18 | KMART D686Z | 30821 WELLA | 1,686 | $24,025.50 |
| 14 | K-Mart | 09/23/18 | KMART D688G | 20920 NEPTUNE | 708 | $5,628.60 |
| 15 | K-Mart | 09/25/18 | KMART D681Q | 20210 KINGSLEY | 318 | $5,883.00 |
| 16 | K-Mart | 09/25/18 | KMART D681R | 20213 KLINE 3 | 630 | $10,710.00 |
| 17 | K-Mart | 09/25/18 | KMART D683Q | 20365 BENNING | 1,596 | $22,583.40 |
| 18 | K-Mart | 09/25/18 | KMART D688G | 20920 NEPTUNE | 792 | $6,296.40 |
| 19 | K-Mart | 10/01/18 | KMART D683R | 20365 BENNING | 2,184 | $30,903.60 |
| 20 | K-Mart | 10/01/18 | KMART D686D | 30813 TYPER BLK | 1,278 | $19,042.20 |
| 21 | K-Mart | 10/01/18 | KMART D686F | 30813 TYPER GREY | 1,140 | $16,986.00 |
| 22 | K-Mart | 10/01/18 | KMART D686Y | 30813 TYPER TAN | 396 | $5,900.40 |
| 23 | K-Mart | 10/04/18 | KMART D683R | 20365 BENNING | 1,815 | $25,682.25 |
| 24 | K-Mart | 10/04/18 | KMART D686E | 30813 TYPER BLK | 1,266 | $18,863.40 |
| 25 | K-Mart | 10/04/18 | KMART D686G | 30813 TYPER GREY | 1,266 | $18,863.40 |
| 26 | K-Mart | 10/04/18 | KMART D686H | 30813 TYPER TAN | 1,266 | $18,863.40 |
| 27 | K-Mart | 10/07/18 | KMART D687A | 30821 WELLA | 1,266 | $18,040.50 |
| **Total:** | | | | | | **$465,046.95** |

## Page 1 of 293



Page : 1

ORDER NO : D681P          BUYER : TC4   TIM CARLSON
DIV : Division 4          DEPT NO : 035

**KMART CORPORATION**
3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | ARCA INDUSTRIAL (NJ) INC |
| ADDRESS | 3 KELLOGG COURT SUITE # 2 EDISON NJ |
| COUNTRY | United States |
| EMAIL | arcany@aol.com |
| VENDOR NBR | 5544 |
| TELEPHONE | 732-339-0450 |
| DUNS NBR | 546626 |
| FDA REG # | |

**TOTAL COST OF ORDER USD**
$4,770.00

PAYMENT TO BE MADE BY :
( ) MULTIPLE PAYMENT TYPES
(X) CHECK/WIRE TRANSFER
   Amount USD  4,770.00
( ) FREE GOODS
   Amount USD  0.00
( ) LETTER OF CREDIT
   Amount USD  0.00
   LC #
TRANSFERABLE:
BANK:
PAYMENT TERMS:        59  (days)

| FOREIGN AGENT OFFICE: | KKFTWR | KMART/SEARS FOOTWEAR CONTRACTS |
| FOREIGN SUPPORT OFFICE: | RKKFTWR | KMART AND SEARS FOOTWEAR |
| PRODUCTION COUNTRY: | PARCA | ARCA INDUSTRIAL CORP. |

EACH ITEM TO BE MARKED:    MADE IN CHINA (MAINLAND)
EMBARK/GO-DOWN:    CHINA (MAINLAND)
SHIP POINT:    CNNGB/1B
DELIVERY TERMS:    FOB CN
CITY, COUNTRY:    Ningbo, China

FACTORY DETAILS:
FACTORY NBR:    101842
NAME    SHAOXING TANGREN SHOES INDUSTRY CO.,LTD.
ADDRESS    NO. 111 SHUANGTA ROAD, SHENGZHOU CITY, SHENGZHOU ZHEJIANG
COUNTRY    China
TEL    86-575-83008789
EMAIL    zhuxx1960@163.com
MID    CNSHATAN111SHE



**KMART D681P**

1 of 293          2 of 293

## Page : 2

KMART CORPORATION          **PURCHASE ORDER**          Page : 2

ORDER DATE : 25-APR-2018   ORDER NO : D681P          TC4  TIM CARLSON

**DESCRIPTION**
NEPTUNE CARWASH REBUY CORE PK 15

ITEM CODE: 620016059008   SEASON/YEAR: 9-BASIC - NOT REPLENISHED
                          SUB-SEASON: 90-BASIC - NOT REPLENISHED
I 2OF 5/CARTON UPC: 0721596053804   CAT/SUB-CAT: 6203
STYLE: 20920   TRADEMARK: NONE
BRAND NAME: NORTHWEST TERRITORY   COPYRIGHT REG. NO.:
INTL COMMODY CODE: UOSM   MLTP CARTON IND: 001

SEARS DIV          SEARS ITEM          SEARS SKU

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $149.94 | 90 | 90 | $4,293.00 |
| $47.700 | $47.700 | | | | |

PER CARTON   KGS: 13.500   CBM: 0.105770   AST PER INNER   1
             LBS: 29.760   CU. FT.: 3.735   INNERS PER OUTER CARTON   1
OUTER CARTON DIMENSIONS          PACKING INSTRUCTION:   AST PER MASTER SHIPPING CTN   1
L 26.0" X W 15.0" X H 16.55"          CASEPACK

QUOTA CATN: RNONE          CASE #          FACTORY          EXPORTER
SPECIAL TRADE INDICATOR:          ANTI-DUMPING:
                                 COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
POLY BAG

**SHIPPING SCHEDULE**

| REFERENCE (PO)(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 101 | CHA | CHA | Ocean | 11-JUL-2018 | 11-JUL-2018 | 10-SEP-2018 | B | 48 | 48 | W |
| 102 | MIR | MIR | Ocean | 11-JUL-2018 | 11-JUL-2018 | 25-AUG-2018 | B | 42 | 42 | W |

DETAIL DESCRIPTION-
DESCRIPTION OF TYPE OF SHOE: Neptune Carwash Boot
GENDER: Men
UPPER MATERIAL IN PERCENT:100% PVC
OUTER SOLE MATERIAL IN PERCENT:100% PVC
TYPE OF CONSTRUCTION: INJECTION
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:7-13 (whole sizes)
COMMISSION PERCENTAGE: 6
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

OPC:          6

3 of 293

## Page : 3

KMART CORPORATION          **PURCHASE ORDER**          Page : 3

ORDER DATE : 25-APR-2018   ORDER NO : D681P          TC4  TIM CARLSON

**DESCRIPTION**
NEPTUNE CARWASH REBUY SML PK 14

ITEM CODE: 620016059172   SEASON/YEAR: 9-BASIC - NOT REPLENISHED
                          SUB-SEASON: 90-BASIC - NOT REPLENISHED
I 2OF 5/CARTON UPC: 0721596536736   CAT/SUB-CAT: 6203
STYLE: 20920   TRADEMARK: NONE
BRAND NAME: NORTHWEST TERRITORY   COPYRIGHT REG. NO.:
INTL COMMODY CODE: UOSM   MLTP CARTON IND: 001

SEARS DIV          SEARS ITEM          SEARS SKU

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $149.94 | 10 | 10 | $477.00 |
| $47.700 | $47.700 | | | | |

PER CARTON   KGS: 13.500   CBM: 0.105770   AST PER INNER   1
             LBS: 29.760   CU. FT.: 3.735   INNERS PER OUTER CARTON   1
OUTER CARTON DIMENSIONS          PACKING INSTRUCTION:   AST PER MASTER SHIPPING CTN   1
L 26.0" X W 15.0" X H 16.55"          CASEPACK

QUOTA CATN: RNONE          CASE #          FACTORY          EXPORTER
SPECIAL TRADE INDICATOR:          ANTI-DUMPING:
                                 COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
POLY BAG

**SHIPPING SCHEDULE**

| REFERENCE (PO)(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 101 | CHA | CHA | Ocean | 11-JUL-2018 | 11-JUL-2018 | 10-SEP-2018 | B | 5 | 5 | W |
| 102 | MIR | MIR | Ocean | 11-JUL-2018 | 11-JUL-2018 | 25-AUG-2018 | B | 5 | 5 | W |

DETAIL DESCRIPTION-
DESCRIPTION OF TYPE OF SHOE: Neptune Carwash Boot
GENDER: Men
UPPER MATERIAL IN PERCENT:100% PVC
OUTER SOLE MATERIAL IN PERCENT:100% PVC
TYPE OF CONSTRUCTION: INJECTION
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:7-13 (whole sizes)
COMMISSION PERCENTAGE: 6
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

OPC:          6

4 of 293

KMART CORPORATION

| ORDER DATE : 25-APR-2018 | ORDER NO : D691P | TC4  TIM CARLSON |
|---|---|---|

**ITEM CODE:** 6200160090008

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5715827-1 | | | | | - | | | | | PLASTIC-PVC | 100% | |
| 5715894-0 | | | | | - | | | | | PLASTIC-PVC | 100% | |
| 5717270-2 | | | | | - | | | | | PLASTIC-PVC | 100% | |

**ITEM CODE:** 6200160090172

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5715822-2 | | | | | - | | | | | PLASTIC-PVC | 100% | |
| 5715823-0 | | | | | - | | | | | PLASTIC-PVC | 100% | |
| 5715824-8 | | | | | - | | | | | PLASTIC-PVC | 100% | |
| 5715827-1 | | | | | - | | | | | PLASTIC-PVC | 100% | |

**ITEM CODE:** 6200160090008  **ITEM:** NEPTUNE CARWASH REBUY CORE PK 15

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: NEPTUNE CARWASH SZ 10 | 5715827-1 | BLACK | 10.0 | 3 | 7.950 | 24.99 | 721598039196 |
| SUB KSN DESC: NEPTUNE CARWASH SZ 11 | 5715894-0 | BLACK | 11.0 | 2 | 7.950 | 24.99 | 721598039202 |
| SUB KSN DESC: NEPTUNE CARWASH SZ 12 | 5717270-2 | BLACK | 12.0 | 1 | 7.950 | 24.99 | 721598039219 |
| | | | TOTAL | 6 | 47.700 | 149.94 | |

**ITEM CODE:** 6200160090172  **ITEM:** NEPTUNE CARWASH SML PK 14

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: NEPTUNE CARWASH SZ 7 | 5715822-2 | BLACK | 7.0 | 1 | 7.950 | 24.99 | 721598039165 |
| SUB KSN DESC: NEPTUNE CARWASH SZ 8 | 5715823-0 | BLACK | 8.0 | 1 | 7.950 | 24.99 | 721598039172 |
| SUB KSN DESC: NEPTUNE CARWASH SZ 9 | 5715824-8 | BLACK | 9.0 | 1 | 7.950 | 24.99 | 721598039189 |
| SUB KSN DESC: NEPTUNE CARWASH SZ 10 | 5715827-1 | BLACK | 10.0 | 3 | 7.950 | 24.99 | 721598039196 |
| | | | TOTAL | 6 | 47.700 | 149.94 | |

**ADDITIONAL CONDITIONS**

**FOR ITEM 6200160059008**
IF I-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE B/L LEVEL REQUIRED

**FOR ITEM 6200160059172**
IF I-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE B/L LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR-- KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE "SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIES)D ACCEPT THE "SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION

UNTIMELY DELIVERY RECOURSE:
VENDOR AGREES THAT GOODS SHALL NOT BE MADE ANY EARLIER THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR 3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE +1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE +3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE +5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET FORTH IN THIS ORDER SHALL PREVAIL.

ANTIDUMPING CLAUSE:
VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE AT NO LESS THAN FAIR VALUE UNDER U.S. ANTIDUMPING LAW AND THAT NO GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDY FOR MERCHANDISE ACTIONABLE UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF WARRANTED MERCHANDISE.

---

KMART CORPORATION

**PURCHASE ORDER**

Page : 6

| ORDER DATE : 25-APR-2018 | ORDER NO : D691P | TC4  TIM CARLSON |
|---|---|---|

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND FREIGHT CHARGES TO COMPANY.

LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON; OR ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED PERSONNEL OR AGENT(S).

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS PURCHASE ORDER (HEREAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO. (HEREAFTER REFERRED TO AS 'ORDERED MERCHANDISE'). SHMC HAS SOLE DISCRETION TO ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY BY THE PARTIES AS REFLECTED IN THE PO.

THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.

SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

---

**COMMERCIAL INVOICE**

Page 1 of 2

DATE : June 20, 2018
INVOICE NO. : 201820223868

| | | | |
|---|---|---|---|
| 5544 | | TO: | KMART CORPORATION |
| ARCA INDUSTRIAL (NJ) INC. | | | 3333 Beverly Road |
| 3 KELLOGG COURT | | | Hoffman Estates, IL 60179 |
| SUITE # 2 | | | US |
| EDISON | | | |
| NJ | | | |
| United States | | | |
| 08817 | | SHIPPED FROM : Ningbo, China | SHIPPED TO : Chambersburg , PA |

MODE OF TRANSPORTATION : Ocean

FOB China

| MARKS AND NUMBERS: | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT 3/55 PER3 |
|---|---|---|---|---|---|
| KMART              D691P | NEPTUNE CARWASH REBUY CORE PK 15 | 48 | 48 | 47.700  USD | 2,299.60  USD |
| ITEM: | | CARTONS | AST | AST | |
| 6200160059008 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | |
| CONTENTS | 1 ASSORTMENT | | | | |
| | DESCRIPTION OF TYPE OF SHOE: Neptune Carwash Boot | | | | |
| | GENDER: Men | | | | |
| | UPPER MATERIAL IN PERCENT:100% PVC | | | | |
| | OUTER SOLE MATERIAL IN PERCENT:100% PVC | | | | |
| | TYPE OF CONSTRUCTION: INJECTION | | | | |
| | COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES | | | | |
| | SIZE RANGE:7-13 (whole sizes) | | | | |
| | COMMISSION PERCENTAGE: 5 | | | | |
| | COMMISSION PAYABLE TO :ISTC : NOT DUTIABLE | | | | |
| | COMMISSION IS INCLUDED IN FIRST COST:NO | | | | |
| | ROYALTY FOR TRADEMARK NAME : N/A | | | | |
| | HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1 | | | | |
| | CONTRACT NO. D691P | REFERENCE NO. 101 | | | |
| | DC CODE CHA | DEPARTMENT NO. 035 | | | |
| | DIVISION NO. Division 4 | VENDOR NO. 5544 | | | |
| | VENDOR ITEM CODE 20X00 | COUNTRY OF ORIGIN CHINA (MAINLAND) | | | |
| | BINDING RULING # OR PRECLASS # | CATEGORY RNONE | | | |
| | FACTORY NO. 101842 | | | | |
| | SHAOXING TANGREN SHOES INDUSTRY CO.,LTD. | | | | |
| | NO. 111 SHUANGTA ROAD, | | | | |
| | SHENGZHOU CITY, | | | | |
| | SHENGZHOU | | | | |
| | ZHEJIANG | | | | |
| | China | | | | |
| | FTY MID NO. CNSHATAN111SHE | | | | |
| KMART              D691P | NEPTUNE CARWASH REBUY SML PK 14 | 5 | 5 | 47.700  USD | 238.50  USD |
| ITEM: | | CARTONS | AST | AST | |
| 6200160059172 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | |
| CONTENTS | 1 ASSORTMENT | | | | |
| | DESCRIPTION OF TYPE OF SHOE: Neptune Carwash Boot | | | | |
| | GENDER: Men | | | | |
| | UPPER MATERIAL IN PERCENT:100% PVC | | | | |
| | OUTER SOLE MATERIAL IN PERCENT:100% PVC | | | | |
| | TYPE OF CONSTRUCTION: INJECTION | | | | |
| | COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES | | | | |
| | SIZE RANGE:7-13 (whole sizes) | | | | |
| | COMMISSION PERCENTAGE: 5 | | | | |
| | COMMISSION PAYABLE TO :ISTC : NOT DUTIABLE | | | | |
| | COMMISSION IS INCLUDED IN FIRST COST:NO | | | | |
| | ROYALTY FOR TRADEMARK NAME : N/A | | | | |
| | HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1 | | | | |

## COMMERCIAL INVOICE

Page 1 of 1

INVOICE NO. : 2018202286M

5544
ARCA INDUSTRIAL (NJ) INC.
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM : Ningbo, China      SHIPPED TO : Chambersburg , PA
MODE OF TRANSPORTATION : Ocean

FOB China

| CONTRACT NO. | D681P | REFERENCE NO. | 101 |
|---|---|---|---|
| DC CODE | CHA | DEPARTMENT NO. | 035 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 |
| VENDOR ITEM CODE | 20920 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.        101842
SHAOXING TANGREN SHOES INDUSTRY CO.,LTD.
NO. 111 SHUANGTA ROAD,
SHENGZHOU CITY,
SHENGZHOU
ZHEJIANG
China
FTY MID NO.        CNSHATAN111SHE

PAYMENT TERM        Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER        OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 53 | 53 | ASSORTMENTS | 2,528.10  USD |

TOTAL US DOLLARS TWO THOUSAND FIVE HUNDRED TWENTY-EIGHT DOLLARS AND TEN CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

ARCA INDUSTRIAL (NJ) INC.
EMPLOYEE NAME _____
EMPLOYEE TITLE _____

---

## COMMERCIAL INVOICE

Page 1 of 2

DATE : June 20, 2018
INVOICE NO. : 2018202248J

5544
ARCA INDUSTRIAL (NJ) INC.
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM : Ningbo, China      SHIPPED TO : Mira Loma , CA
MODE OF TRANSPORTATION : Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | D681P | NEPTUNE CARWASH REBUY CORE PK 15 | 42 | 42 | 47.700  USD | 2,003.40  USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 620016059906 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: Neptune Carwash Boot
GENDER: Men
UPPER MATERIAL IN PERCENT 100% PVC
OUTER SOLE MATERIAL IN PERCENT 100% PVC
TYPE OF CONSTRUCTION: INJECTION
COVERING THE ANKLE AND / OR ABOVE THE ANKLE YES
SIZE RANGE: 7-13 (whole sizes)
COMMISSION PERCENTAGE: 5
COMMISSION PAYABLE TO (STC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

| CONTRACT NO. | D681P | REFERENCE NO. | 102 |
|---|---|---|---|
| DC CODE | MIR | DEPARTMENT NO. | 035 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 |
| VENDOR ITEM CODE | 20920 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.        101842
SHAOXING TANGREN SHOES INDUSTRY CO.,LTD.
NO. 111 SHUANGTA ROAD,
SHENGZHOU CITY,
SHENGZHOU
ZHEJIANG
China
FTY MID NO.        CNSHATAN111SHE

| KMART | D681P | NEPTUNE CARWASH REBUY SML PK 14 | 5 | 5 | 47.700  USD | 238.50  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 620016059172 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: Neptune Carwash Boot
GENDER: Men
UPPER MATERIAL IN PERCENT 100% PVC
OUTER SOLE MATERIAL IN PERCENT 100% PVC
TYPE OF CONSTRUCTION: INJECTION
COVERING THE ANKLE AND / OR ABOVE THE ANKLE YES
SIZE RANGE: 7-13 (whole sizes)
COMMISSION PERCENTAGE: 5
COMMISSION PAYABLE TO (STC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

---

## COMMERCIAL INVOICE

Page 2 of 2

DATE : June 20, 2018
INVOICE NO. : 2018202248J

5544
ARCA INDUSTRIAL (NJ) INC.
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM : Ningbo, China      SHIPPED TO : Mira Loma , CA
MODE OF TRANSPORTATION : Ocean

FOB China

| CONTRACT NO. | D681P | REFERENCE NO. | 102 |
|---|---|---|---|
| DC CODE | MIR | DEPARTMENT NO. | 035 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 |
| VENDOR ITEM CODE | 20920 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.        101842
SHAOXING TANGREN SHOES INDUSTRY CO.,LTD.
NO. 111 SHUANGTA ROAD,
SHENGZHOU CITY,
SHENGZHOU
ZHEJIANG
China
FTY MID NO.        CNSHATAN111SHE

PAYMENT TERM        Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER        OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 47 | 47 | ASSORTMENTS | 2,241.90  USD |

TOTAL US DOLLARS TWO THOUSAND TWO HUNDRED FORTY-ONE DOLLARS AND NINETY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

ARCA INDUSTRIAL (NJ) INC.
EMPLOYEE NAME _____
EMPLOYEE TITLE _____

---

# KMART  D683F

## Page 1 (top-left)

KMART CORPORATION

ORDER DATE : 30-APR-2018   ORDER NO : D683F
DIV : Division 4   DEPT NO : 035

BUYER : KMS KATHLEEN MCENTIRE

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179

**VENDOR**

| | |
|---|---|
| NAME | ARCA INDUSTRIAL (NJ) INC |
| ADDRESS | 3 KELLOGG COURT |
| | SUITE # 2 |
| | EDISON |
| | NJ |
| COUNTRY | United States |
| EMAIL | arcany@net.com |
| VENDOR NBR | 5544 |
| TELEPHONE | 732-229-0450 |
| DUNS NBR | 548826 |
| FDA REG # | |

| TOTAL COST OF ORDER USD | |
|---|---|
| $10,740.00 | |
| PAYMENT TO BE MADE BY | |
| ( ) MULTIPLE PAYMENT TYPES | |
| ( X ) CHECK/WIRE TRANSFER | |
| Amount USD 10,740.00 | |
| ( ) FREE GOODS | |
| Amount USD 0.00 | |
| ( ) LETTER OF CREDIT | |
| Amount USD 0.00 | |
| LC # | |
| TRANSFERABLE | |
| BANK | |
| PAYMENT TERMS: | 59 (days) |

| | |
|---|---|
| FOREIGN AGENT OFFICE: | KKFTWR | KMART/SEARS FOOTWEAR CONTRACTS |
| FOREIGN SUPPORT OFFICE: | RKKFTWR | KMART AND SEARS FOOTWEAR |
| PRODUCTION COUNTRY: | PARCA | ARCA INDUSTRIAL CORP |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
|---|---|
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNSHAIB |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Shanghai, China |

FACTORY DETAILS:

| | |
|---|---|
| FACTORY NBR: | 062746 |
| NAME | KAHUA GOLDMAN SHOESMAKING FACTORY |
| ADDRESS | NO. 1, INDUSTRIAL PARK, QINGYANG |
| | TOWNSHIP, KAHUA COUNTY |
| | QUZHOU |
| | ZHEJIANG |
| COUNTRY | China |
| TEL | 561-447-4431 |
| EMAIL | mikin@seaway-trading.com;smart@seaway-trading.com |
| MID | CNKAIGOL1QUZ |

13 of 293

## Page 2 (top-right)

ORDER DATE : 30-APR-2018   ORDER NO : D683F

KMS KATHLEEN MCENTIRE

| | | DESCRIPTION |
|---|---|---|
| ITEM CODE: 890077960025 | SEASON/YEAR: 9-BASIC - NOT REPLENISHED | THUNDER BLUE THUNDER BLUE REBUY C |
| | SUB SEASON: 90-BASIC - NOT REPLENISHED | |
| I 2OF 5/CARTON UPC: 0721596054 7008 | CAT/SUB-CAT: IM01 | |
| STYLE: 30525 | TRADEMARK: NONE | SEARS DIV   SEARS ITEM   SEARS SKU |
| BRAND NAME: ATHLETECH | COPYRIGHT REG. NO.: | |
| INTL COMMODITY CODE: GDSM | MLTP CARTON IND: 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $449.85 | 40 | 40 | $5,370.00 |
| $134.250 | $134.250 | | | | |

| | KGS: | 22.500 | CBM: | 0.149112 | AST PER INNER | 1 |
|---|---|---|---|---|---|---|
| PER CARTON | LBS: | 49.400 | CU. FT.: | 5.273 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 34.25" X W 22.45" X H 11.85" | | | CASEPACK | | | |

| QUOTA CAT#: RNONE | | CASE #   FACTORY   EXPORTER |
|---|---|---|
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | |
| | COUNTERVAILING: | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
POLY BAG

| | | | | | SHIPPING SCHEDULE | | | |
|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/S(E2) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 102 | MIR | MIR | Ocean | 08-AUG-2018 | 08-AUG-2018 | 15-SEP-2018 | B | 19 | 19 | W |
| 101 | CHA | CHA | Ocean | 10-AUG-2018 | 10-AUG-2018 | 05-OCT-2018 | B | 21 | 21 | W |

DETAIL DESCRIPTION:
DESCRIPTION OF TYPE OF SHOE:THUNDER RAINBOOT
GENDER:WOMEN'S
UPPER MATERIAL IN PERCENT:100% RUBBER UPPER
OUTER SOLE MATERIAL IN PERCENT:100% RUBBER OUTSOLE WITH LEATHER
TYPE OF CONSTRUCTION:VULCANIZED
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:OVER ANKLE
SIZE RANGE:WO'S 5-11#
COMMISSION PERCENTAGE:.5%
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME? NA
HOW MANY PAIRS WILL BE IN ONE ITEM:SELLING UNIT? 1

OPC:   15

14 of 293

## Page 3 (bottom-left)

ORDER DATE : 30-APR-2018   ORDER NO : D683F

KMS KATHLEEN MCENTIRE

| | | DESCRIPTION |
|---|---|---|
| ITEM CODE: 890077960033 | SEASON/YEAR: 9-BASIC - NOT REPLENISHED | THUNDER BLUE THUNDER BLUE REBUY C |
| | SUB SEASON: 90-BASIC - NOT REPLENISHED | |
| I 2OF 5/CARTON UPC: 0721596054 6040 | CAT/SUB-CAT: IM01 | |
| STYLE: 30525 | TRADEMARK: NONE | SEARS DIV   SEARS ITEM   SEARS SKU |
| BRAND NAME: ATHLETECH | COPYRIGHT REG. NO.: | |
| INTL COMMODITY CODE: GDSM | MLTP CARTON IND: 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $449.85 | 40 | 40 | $5,370.00 |
| $134.250 | $134.250 | | | | |

| | KGS: | 22.500 | CBM: | 0.149112 | AST PER INNER | 1 |
|---|---|---|---|---|---|---|
| PER CARTON | LBS: | 49.400 | CU. FT.: | 5.273 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 34.25" X W 22.45" X H 11.85" | | | CASEPACK | | | |

| QUOTA CAT#: RNONE | | CASE #   FACTORY   EXPORTER |
|---|---|---|
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | |
| | COUNTERVAILING: | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
POLY BAG

| | | | | | SHIPPING SCHEDULE | | | |
|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/S(E2) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 102 | MIR | MIR | Ocean | 08-AUG-2018 | 08-AUG-2018 | 15-SEP-2018 | B | 19 | 19 | W |
| 101 | CHA | CHA | Ocean | 10-AUG-2018 | 10-AUG-2018 | 05-OCT-2018 | B | 21 | 21 | W |

DETAIL DESCRIPTION:
DESCRIPTION OF TYPE OF SHOE:THUNDER RAINBOOT
GENDER:WOMEN'S
UPPER MATERIAL IN PERCENT:100% RUBBER UPPER
OUTER SOLE MATERIAL IN PERCENT:100% RUBBER OUTSOLE WITH LEATHER
TYPE OF CONSTRUCTION:VULCANIZED
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:OVER ANKLE
SIZE RANGE:WO'S 5-11#
COMMISSION PERCENTAGE:.5%
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME? NA
HOW MANY PAIRS WILL BE IN ONE ITEM:SELLING UNIT? 1

OPC:   15

15 of 293

## Page 4 (bottom-right)

ORDER DATE : 30-APR-2018   ORDER NO : D683F

KMS KATHLEEN MCENTIRE

ITEM CODE: 890077960025

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM:SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4975893-1 | | | | | - | | | | | RUBBER | 100% | |
| 5776285-8 | | | | | - | | | | | RUBBER | 100% | |
| 5776287-4 | | | | | - | | | | | RUBBER | 100% | |
| 5776290-8 | | | | | - | | | | | RUBBER | 100% | |
| 5776292-4 | | | | | - | | | | | RUBBER | 100% | |

ITEM CODE: 890077960033

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM:SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4975893-1 | | | | | - | | | | | RUBBER | 100% | |
| 5776284-1 | | | | | - | | | | | RUBBER | 100% | |
| 5776285-8 | | | | | - | | | | | RUBBER | 100% | |
| 5776287-4 | | | | | - | | | | | RUBBER | 100% | |
| 5776290-8 | | | | | - | | | | | RUBBER | 100% | |
| 5776292-4 | | | | | - | | | | | RUBBER | 100% | |

ITEM CODE: 890077960025   ITEM: THUNDER BLUE THUNDER BLUE REBUY C

| SUB ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: THUNDER SZ 11 | 4975893-1 | BLUE | 11.0 | 2 | 8.950 | 29.99 | 721596046507 |
| SUB KSN DESC: THUNDER FUNPACK SZ 10 | 5776285-8 | ROYAL BLUE | 9.0 | 6 | 8.950 | 29.99 | 721596037321 |
| SUB KSN DESC: THUNDER FUNPACK SZ 10 | 5776287-4 | ROYAL BLUE | 10.0 | 3 | 8.950 | 29.99 | 721596037345 |
| SUB KSN DESC: THUNDER FUNPACK SZ 7 | 5776290-8 | ROYAL BLUE | 7.0 | 3 | 8.950 | 29.99 | 721596037284 |
| SUB KSN DESC: THUNDER FUNPACK SZ 6 | 5776292-4 | ROYAL BLUE | 6.0 | 1 | 8.950 | 29.99 | 721596037260 |
| | | | TOTAL | 15 | 134.250 | 449.85 | |

ITEM CODE: 890077960033   ITEM: THUNDER BLUE THUNDER BLUE REBUY C

| SUB ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: THUNDER SZ 11 | 4975893-1 | BLUE | 11.0 | 2 | 8.950 | 29.99 | 721596046507 |
| SUB KSN DESC: THUNDER FUNPACK SZ 9 | 5776284-1 | ROYAL BLUE | 8.0 | 1 | 8.950 | 29.99 | 721596037321 |
| SUB KSN DESC: THUNDER FUNPACK SZ 10 | 5776285-8 | ROYAL BLUE | 9.0 | 6 | 8.950 | 29.99 | 721596037345 |
| SUB KSN DESC: THUNDER FUNPACK SZ 10 | 5776287-4 | ROYAL BLUE | 10.0 | 2 | 8.950 | 29.99 | 721596037345 |
| SUB KSN DESC: THUNDER FUNPACK SZ 7 | 5776290-8 | ROYAL BLUE | 7.0 | 3 | 8.950 | 29.99 | 721596037284 |
| SUB KSN DESC: THUNDER FUNPACK SZ 6 | 5776292-4 | ROYAL BLUE | 6.0 | 1 | 8.950 | 29.99 | 721596037260 |
| | | | TOTAL | 15 | 134.250 | 449.85 | |

16 of 293

KMART CORPORATION

Page : x

| ORDER DATE : 30-APR-2018 | ORDER NO : D663F | KM... | ... | ORDER NO : D663F | KMS  KATHLEEN MCENTIRE |

---

ADDITIONAL CONDITIONS

FOR ITEM 89007196002L
IF INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

FOR ITEM 89007196001S
IF INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"), SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR—
KMART CORPORATION (TOGETHER WITH IT'S SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH IT'S SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"), SEARS,ROEBUCK AND CO (TOGETHER WITH ITS SUBSIDIARIES)) ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION

UNTIMELY DELIVERY RECOURSE:

DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYERSOURCING. INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY THE COMPANY BUYERSOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) BEGORE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR.AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.

ANTIDUMPING CLAUSE:

VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDOR SHALL INDEMNIFY COMPANY FOR 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATIONS FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANY?
WARRANTED MERCHANDISE.

---

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.

LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER CONTAINING REFERENCED TO AS "EXCESS MERCHANDISE"SHALL BE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE" SHALL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
FOR SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.

THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.

SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A RESULT,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

---

# COMMERCIAL INVOICE

Page 1 of 2

DATE: July 17, 2018
INVOICE NO.: 201820789755

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China    SHIPPED TO: Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| KMART  D663F | THUNDER BLUE THUNDER BLUE REBUY C | 21  CARTONS | 21  AST | 134.250  USD  AST | 2,819.25  USD |

ITEM: 89007196002L
MADE IN CHINA (MAINLAND)
CONTENTS 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE:THUNDER RAINBOOT
GENDER:WOMEN'S
UPPER MATERIAL IN PERCENT:100% RUBBER UPPER
OUTER SOLE MATERIAL IN PERCENT:100% RUBBER OUTSOLE WITH LEATHER
TYPE OF CONSTRUCTION:VULCANIZED
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:OVER ANKLE
SIZE RANGE:WO'S 6-11#
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM:SELLING UNIT? 1

| | |
|---|---|
| CONTRACT NO. | D663F |
| DC CODE | CHA |
| DIVISION NO. | Division 4 |
| VENDOR ITEM CODE | 30525 |
| BINDING RULING # OR PRECLASS # | |
| FACTORY NO. | 062746 |

REFERENCE NO. 101
DEPARTMENT NO. 035
VENDOR NO. 5544
COUNTRY OF ORIGIN CHINA (MAINLAND)
CATEGORY RNONE

KAHUA GOLDMAN SHOEMAKING FACTORY
NO. 1, INDUSTRIAL PARK, QINGYANG
TOWNSHIP, KAHUA COUNTY
GUZHOU
ZHEJIANG
China
FTY MID NO.   CNKAIGOLYGUZ

| KMART  D663F | THUNDER BLUE THUNDER BLUE REBUY C | 21  CARTONS | 21  AST | 134.250  USD  AST | 2,819.25  USD |
|---|---|---|---|---|---|

ITEM: 89007196002S
MADE IN CHINA (MAINLAND)
CONTENTS 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE:THUNDER RAINBOOT
GENDER:WOMEN'S
UPPER MATERIAL IN PERCENT:100% RUBBER UPPER
OUTER SOLE MATERIAL IN PERCENT:100% RUBBER OUTSOLE WITH LEATHER
TYPE OF CONSTRUCTION:VULCANIZED
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:OVER ANKLE
SIZE RANGE:WO'S 5-11#
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM:SELLING UNIT? 1

---

# COMMERCIAL INVOICE

Page 2 of 2

DATE: July 17, 2018
INVOICE NO.: 201820789755

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China    SHIPPED TO: Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB China

| | |
|---|---|
| CONTRACT NO. | D663F |
| DC CODE | CHA |
| DIVISION NO. | Division 4 |
| VENDOR ITEM CODE | 30525 |
| BINDING RULING # OR PRECLASS # | |
| FACTORY NO. | 062746 |

REFERENCE NO. 101
DEPARTMENT NO. 035
VENDOR NO. 5544
COUNTRY OF ORIGIN CHINA (MAINLAND)
CATEGORY RNONE

KAHUA GOLDMAN SHOEMAKING FACTORY
NO. 1, INDUSTRIAL PARK, QINGYANG
TOWNSHIP, KAHUA COUNTY
GUZHOU
ZHEJIANG
China
FTY MID NO.   CNKAIGOLYGUZ

PAYMENT TERM  Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER   OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 42 | 42 ASSORTMENTS | | 5,638.50  USD |

TOTAL US DOLLARS FIVE THOUSAND SIX HUNDRED THIRTY-EIGHT DOLLARS AND FIFTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

ARCA INDUSTRIAL (NJ) INC

EMPLOYEE NAME
EMPLOYEE TITLE



## COMMERCIAL INVOICE (Page 1 of 2)

INVOICE NO.: 2018207IW665
DATE: July 17, 2018

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China
MODE OF TRANSPORTATION: Ocean
SHIPPED TO: Mira Loma , CA

FOB China

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| KMART  D681F | THUNDER BLUE THUNDER BLUE REBUY C | 19 CARTONS | 19 AST | 134.250 USD AST | 2,550.75 USD |
| ITEM: 89501Y960025 | | | | | |
| MADE IN CHINA (MAINLAND) | | | | | |
| CONTENTS  1 ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE:THUNDER RAINBOOT
GENDER:WOMEN'S
UPPER MATERIAL IN PERCENT:100% RUBBER UPPER
OUTER SOLE MATERIAL IN PERCENT:100% RUBBER OUTSOLE WITH LEATHER
TYPE OF CONSTRUCTION:VULCANIZED
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:OVER ANKLE
SIZE RANGE:WO'S 5-11#
COMMISSION PERCENTAGE :5%
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COSTING?
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

| | | |
|---|---|---|
| CONTRACT NO. | D681F | REFERENCE NO.   102 |
| DC CODE | MIR | DEPARTMENT NO.   035 |
| DIVISION NO. | Division 4 | VENDOR NO.   5544 |
| VENDOR ITEM CODE | 30525 | COUNTRY OF ORIGIN   CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY   RNONE |

FACTORY NO.   062744
KAHUA GOLDMAN SHOESMAKING FACTORY
NO. 1, INDUSTRIAL PARK, QINGYANG
TOWNSHIP, KAHUA COUNTY
QUZHOU
ZHEJIANG
China
FTY MID NO.   CNKAGOL1QUZ

| KMART  D681F | THUNDER BLUE THUNDER BLUE REBUY C | 19 CARTONS | 19 AST | 134.250 USD AST | 2,550.75 USD |
|---|---|---|---|---|---|
| ITEM: 89501Y960033 | | | | | |
| MADE IN CHINA (MAINLAND) | | | | | |
| CONTENTS  1 ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE:THUNDER RAINBOOT
GENDER:WOMEN'S
UPPER MATERIAL IN PERCENT:100% RUBBER UPPER
OUTER SOLE MATERIAL IN PERCENT:100% RUBBER OUTSOLE WITH LEATHER
TYPE OF CONSTRUCTION:VULCANIZED
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:OVER ANKLE
SIZE RANGE:WO'S 5-11#
COMMISSION PERCENTAGE :5%
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COSTING?
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

21 of 293



## COMMERCIAL INVOICE (Page 2 of 2)

DATE: July 17, 2018
INVOICE NO.: 2018207IW665

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China
MODE OF TRANSPORTATION: Ocean
SHIPPED TO: Mira Loma , CA

FOB China

| | | |
|---|---|---|
| CONTRACT NO. | D681F | REFERENCE NO.   102 |
| DC CODE | MIR | DEPARTMENT NO.   035 |
| DIVISION NO. | Division 4 | VENDOR NO.   5544 |
| VENDOR ITEM CODE | 30525 | COUNTRY OF ORIGIN   CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY   RNONE |

FACTORY NO.   062744
KAHUA GOLDMAN SHOESMAKING FACTORY
NO. 1, INDUSTRIAL PARK, QINGYANG
TOWNSHIP, KAHUA COUNTY
QUZHOU
ZHEJIANG
China
FTY MID NO.   CNKAGOL1QUZ

PAYMENT TERM     Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER     OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 38 | 38 ASSORTMENTS | | 5,101.50  USD |

TOTAL US DOLLARS FIVE THOUSAND ONE HUNDRED ONE DOLLARS AND FIFTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

ARCA INDUSTRIAL (NJ) INC
EMPLOYEE NAME
EMPLOYEE TITLE

22 of 293



KMART  D681Q

23 of 293

KMART CORPORATION                    P U R C H A S E   O R D E R                    Page : 1

ORDER DATE : 25-APR-2018     ORDER NO : D681Q          BUYER : TC4  TIM CARLSON
DIV : Division 4          DEPT NO : 035

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | ARCA INDUSTRIAL (NJ) INC |
| ADDRESS | 3 KELLOGG COURT |
| | SUITE # 2 |
| | EDISON |
| | NJ |
| COUNTRY | United States |
| EMAIL | arcany@aol.com |
| VENDOR NBR | 5544 |
| TELEPHONE | 732-339-0450 |
| DUNS NBR | 548826 |
| FDA REG # | |

| TOTAL COST OF ORDER USD | | $70,218.50 |
|---|---|---|
| PAYMENT TO BE MADE BY : | | |
| ( ) MULTIPLE PAYMENT TYPES | | |
| ( X ) CHECK/WIRE TRANSFER | | |
| | Amount USD  70,218.50 | |
| ( ) FREE GOODS | | |
| | Amount USD  0.00 | |
| ( ) LETTER OF CREDIT | | |
| | Amount USD  0.00 | |
| | LC #  | |
| | TRANSFERABLE - | |
| | BANK | |
| PAYMENT TERMS: | 59  (days) | |

| FOREIGN AGENT OFFICE | KKFTWR | KMART/SEARS FOOTWEAR CONTRACTS |
|---|---|---|
| FOREIGN SUPPORT OFFICE | KKKFTWR | KMART AND SEARS FOOTWEAR |
| PRODUCTION COUNTRY | PARCA | ARCA INDUSTRIAL CORP. |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
|---|---|
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNNGB1B |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Ningbo, China |

FACTORY DETAILS:

| FACTORY NBR: | 93366M |
|---|---|
| NAME | WENZHOU EASILY SHOES CO LTD |
| ADDRESS | NO 35 JINHUI ROAD SHANGHUI |
| | LOUQIAO OUHAI |
| | WENZHOU |
| | ZHEJIANG |
| COUNTRY | China |
| TEL | 1380652065S |
| EMAIL | arcash@mail.online.sh.cn |
| MID | CNWENEASI3SWEN |

24 of 293

## Page 1

KMART CORPORATION

PURCHASE ORDER

Page : 3

| ORDER DATE : 25-APR-2018 | ORDER NO : D681Q | | TC4 TIM CARLSON |
|---|---|---|---|

DESCRIPTION
KINGSLEY REBUY LRG PK 3

| ITEM CODE: 620044778462 | SEASON/YEAR: 5-WINTER 2018 |
|---|---|
| | SUB SEASON: 50-WINTER |
| J 2OF 5/CARTON UPC: 0721598054382 | CAT/SUB-CAT: 6202 |
| STYLE: 20210 | TRADEMARK: NONE |
| BRAND NAME: NORTHWEST TERRITORY | COPYRIGHT REG. NO.: |
| INTL COMMODY CODE: GDSM | MLTP CARTON NO: 001 |

SEARS DIV        SEARS ITEM        SEARS SKU

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $299.94 | 133 | 133 | $14,763.00 |
| $111.000 | $111.000 | | | | |

| | KGS: 12.000 | CBM: 0.09094 | AST PER INNER 1 |
|---|---|---|---|
| PER CARTON | LBS: 26.460 | CU. FT.: 3.494 | INNERS PER OUTER CARTON 1 |
| OUTER CARTON DIMENSIONS | PACKING INSTRUCTION | AST PER MASTER SHIPPING CTN 1 |
| L 20.35" X W 15.0" X H 14.2" | CASEPACK | |

| QUOTA CAT#: RNONE | | CASE # | FACTORY | EXPORTER |
|---|---|---|---|---|
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | | |
| | COUNTERVAILING: | | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
POLY BAG

### SHIPPING SCHEDULE

| REFERENCE (PO)/SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 101 | CHA | CHA | Ocean | 06-AUG-2018 | 06-AUG-2018 | 01-OCT-2018 | B | 71 | 71 | W |
| 102 | MIR | MIR | Ocean | 08-AUG-2018 | 08-AUG-2018 | 20-SEP-2018 | B | 62 | 62 | W |

DETAIL DESCRIPTION:
DESCRIPTION OF TYPE OF SHOE: KINGSLEY WINTER PAC BOOT
GENDER: MEN
UPPER MATERIAL IN PERCENT:100% PU
OUTER SOLE MATERIAL IN PERCENT:80% LEATHER & 20 % PLASTIC
TYPE OF CONSTRUCTION: INJECTION
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:7-13
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO:ITC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME:NO
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

OPC:        6

## Page 2

KMART CORPORATION

PURCHASE ORDER

Page : 3

| ORDER DATE : 25-APR-2018 | ORDER NO : D681Q | | TC4 TIM CARLSON |
|---|---|---|---|

DESCRIPTION
KINGSLEY REBUY LRG PK 4

| ITEM CODE: 620044778504 | SEASON/YEAR: 5-WINTER 2018 |
|---|---|
| | SUB SEASON: 50-WINTER |
| J 2OF 5/CARTON UPC: 0721598054010 | CAT/SUB-CAT: 6202 |
| STYLE: 20210 | TRADEMARK: NONE |
| BRAND NAME: NORTHWEST TERRITORY | COPYRIGHT REG. NO.: |
| INTL COMMODY CODE: GDSM | MLTP CARTON NO: 001 |

SEARS DIV        SEARS ITEM        SEARS SKU

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $299.94 | 30 | 30 | $3,330.00 |
| $111.000 | $111.000 | | | | |

| | KGS: 12.000 | CBM: 0.09094 | AST PER INNER 1 |
|---|---|---|---|
| PER CARTON | LBS: 26.460 | CU. FT.: 3.494 | INNERS PER OUTER CARTON 1 |
| OUTER CARTON DIMENSIONS | PACKING INSTRUCTION | AST PER MASTER SHIPPING CTN 1 |
| L 20.35" X W 15.0" X H 14.2" | CASEPACK | |

| QUOTA CAT#: RNONE | | CASE # | FACTORY | EXPORTER |
|---|---|---|---|---|
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | | |
| | COUNTERVAILING: | | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
POLY BAG

### SHIPPING SCHEDULE

| REFERENCE (PO)/SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 103 | CHA | CHA | Ocean | 12-SEP-2018 | 12-SEP-2018 | 10-NOV-2018 | B | 16 | 16 | W |
| 104 | MIR | MIR | Ocean | 12-SEP-2018 | 12-SEP-2018 | 26-OCT-2018 | B | 14 | 14 | W |

DETAIL DESCRIPTION:
DESCRIPTION OF TYPE OF SHOE: KINGSLEY WINTER PAC BOOT
GENDER: MEN
UPPER MATERIAL IN PERCENT:100% PU
OUTER SOLE MATERIAL IN PERCENT:80% LEATHER & 20 % PLASTIC
TYPE OF CONSTRUCTION: INJECTION
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:7-13
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO:ITC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME:NO
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

OPC:        6

## Page 4

KMART CORPORATION

PURCHASE ORDER

Page : 4

| ORDER DATE : 25-APR-2018 | ORDER NO : D681Q | | TC4 TIM CARLSON |
|---|---|---|---|

DESCRIPTION
KINGSLEY REBUY SML PK 4

| ITEM CODE: 620044778512 | SEASON/YEAR: 5-WINTER 2018 |
|---|---|
| | SUB SEASON: 50-WINTER |
| J 2OF 5/CARTON UPC: 0721598054714 | CAT/SUB-CAT: 6202 |
| STYLE: 20210 | TRADEMARK: NONE |
| BRAND NAME: NORTHWEST TERRITORY | COPYRIGHT REG. NO.: |
| INTL COMMODY CODE: GDSM | MLTP CARTON NO: 001 |

SEARS DIV        SEARS ITEM        SEARS SKU

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $449.91 | 2x7 | 247 | $44,455.50 |
| $166.500 | $166.500 | | | | |

| | KGS: 18.000 | CBM: 0.148518 | AST PER INNER 1 |
|---|---|---|---|
| PER CARTON | LBS: 39.680 | CU. FT.: 5.245 | INNERS PER OUTER CARTON 1 |
| OUTER CARTON DIMENSIONS | PACKING INSTRUCTION | AST PER MASTER SHIPPING CTN 1 |
| L 42.55" X W 15.0" X H 14.2" | CASEPACK | |

| QUOTA CAT#: RNONE | | CASE # | FACTORY | EXPORTER |
|---|---|---|---|---|
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | | |
| | COUNTERVAILING: | | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
POLY BAG

### SHIPPING SCHEDULE

| REFERENCE (PO)/SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 101 | CHA | CHA | Ocean | 06-AUG-2018 | 06-AUG-2018 | 01-OCT-2018 | B | 142 | 142 | W |
| 102 | MIR | MIR | Ocean | 08-AUG-2018 | 08-AUG-2018 | 20-SEP-2018 | B | 125 | 125 | W |

DETAIL DESCRIPTION:
DESCRIPTION OF TYPE OF SHOE: KINGSLEY WINTER PAC BOOT
GENDER: MEN
UPPER MATERIAL IN PERCENT:100% PU
OUTER SOLE MATERIAL IN PERCENT:80% LEATHER & 20 % PLASTIC
TYPE OF CONSTRUCTION: INJECTION
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:7-13
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO:ITC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME:NO
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

OPC:        9

## Page 5

KMART CORPORATION

PURCHASE ORDER

Page : 5

| ORDER DATE : 25-APR-2018 | ORDER NO : D681Q | | TC4 TIM CARLSON |
|---|---|---|---|

DESCRIPTION
KINGSLEY REBUY SML PK 5

| ITEM CODE: 620044778520 | SEASON/YEAR: 5-WINTER 2018 |
|---|---|
| | SUB SEASON: 50-WINTER |
| J 2OF 5/CARTON UPC: 0721598054950 | CAT/SUB-CAT: 6202 |
| STYLE: 20210 | TRADEMARK: NONE |
| BRAND NAME: NORTHWEST TERRITORY | COPYRIGHT REG. NO.: |
| INTL COMMODY CODE: GDSM | MLTP CARTON NO: 001 |

SEARS DIV        SEARS ITEM        SEARS SKU

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $299.94 | 70 | 70 | $7,770.00 |
| $111.000 | $111.000 | | | | |

| | KGS: 12.000 | CBM: 0.09094 | AST PER INNER 1 |
|---|---|---|---|
| PER CARTON | LBS: 26.460 | CU. FT.: 3.494 | INNERS PER OUTER CARTON 1 |
| OUTER CARTON DIMENSIONS | PACKING INSTRUCTION | AST PER MASTER SHIPPING CTN 1 |
| L 20.35" X W 15.0" X H 14.2" | CASEPACK | |

| QUOTA CAT#: RNONE | | CASE # | FACTORY | EXPORTER |
|---|---|---|---|---|
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | | |
| | COUNTERVAILING: | | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
POLY BAG

### SHIPPING SCHEDULE

| REFERENCE (PO)/SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 103 | CHA | CHA | Ocean | 12-SEP-2018 | 12-SEP-2018 | 10-NOV-2018 | B | 37 | 37 | W |
| 104 | MIR | MIR | Ocean | 12-SEP-2018 | 12-SEP-2018 | 26-OCT-2018 | B | 33 | 33 | W |

DETAIL DESCRIPTION:
DESCRIPTION OF TYPE OF SHOE: KINGSLEY WINTER PAC BOOT
GENDER: MEN
UPPER MATERIAL IN PERCENT:100% PU
OUTER SOLE MATERIAL IN PERCENT:80% LEATHER & 20 % PLASTIC
TYPE OF CONSTRUCTION: INJECTION
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:7-13
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO:ITC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME:NO
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

OPC:        6

KMART CORPORATION

| ORDER DATE : 25-APR-2018 | ORDER NO : D681Q | | TC4 TIM CARLSON |

**ITEM CODE: 620044778462**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8442124-7 | | | | | | | | | | | POLYURETHANE 100% (PU) |
| 8442128-6 | | | | | | - | | | | | POLYURETHANE 100% (PU) |
| 8442179-1 | | | | | | - | | | | | POLYURETHANE 100% (PU) |

**ITEM CODE: 620044778512**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8442058-7 | | | | | | | | | | | POLYURETHANE 100% (PU) |
| 8442119-7 | | | | | | - | | | | | POLYURETHANE 100% (PU) |
| 8442120-5 | | | | | | - | | | | | POLYURETHANE 100% (PU) |
| 8442122-1 | | | | | | - | | | | | POLYURETHANE 100% (PU) |

**ITEM CODE: 620044778504**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8442122-1 | | | | | | | | | | | POLYURETHANE 100% (PU) |
| 8442124-7 | | | | | | - | | | | | POLYURETHANE 100% (PU) |
| 8442128-6 | | | | | | - | | | | | POLYURETHANE 100% (PU) |
| 8442179-1 | | | | | | - | | | | | POLYURETHANE 100% (PU) |

**ITEM CODE: 620044778520**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8442058-7 | | | | | | | | | | | POLYURETHANE 100% (PU) |
| 8442119-7 | | | | | | - | | | | | POLYURETHANE 100% (PU) |
| 8442120-5 | | | | | | - | | | | | POLYURETHANE 100% (PU) |
| 8442122-1 | | | | | | - | | | | | POLYURETHANE 100% (PU) |

**ITEM CODE: 620044778462    ITEM: KINGSLEY REBUY LRG PK 3**

| SUB ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: KINGSLEY SZ 11 | 8442124-7 | BROWN | 11.0 | 3 | 18.500 | 49.99 | 721598047542 |
| SUB KSN DESC: KINGSLEY SZ 12 | 8442128-6 | BROWN | 12.0 | 2 | 18.500 | 49.99 | 721598047509 |
| SUB KSN DESC: KINGSLEY SZ 13 | 8442179-1 | BROWN | 13.0 | 1 | 18.500 | 49.99 | 721598047566 |
| | | | TOTAL | 6 | 111.000 | 299.94 | |

**ITEM CODE: 620044778512    ITEM: KINGSLEY REBUY SML PK 4**

| SUB ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: KINGSLEY SZ 7 | 8442058-7 | BROWN | 7.0 | 2 | 18.500 | 49.99 | 721598047504 |
| SUB KSN DESC: KINGSLEY SZ 8 | 8442119-7 | BROWN | 8.0 | 2 | 18.500 | 49.99 | 721598047511 |
| SUB KSN DESC: KINGSLEY SZ 9 | 8442120-5 | BROWN | 9.0 | 2 | 18.500 | 49.99 | 721598047528 |
| SUB KSN DESC: KINGSLEY SZ 10 | 8442122-1 | BROWN | 10.0 | 3 | 18.500 | 49.99 | 721598047535 |
| | | | TOTAL | 9 | 166.500 | 449.91 | |

**ITEM CODE: 620044778504    ITEM: KINGSLEY REBUY LRG PK 4**

| SUB ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: KINGSLEY SZ 10 | 8442122-1 | BROWN | 10.0 | 1 | 18.500 | 49.99 | 721598047535 |
| SUB KSN DESC: KINGSLEY SZ 11 | 8442124-7 | BROWN | 11.0 | 2 | 18.500 | 49.99 | 721598047542 |
| SUB KSN DESC: KINGSLEY SZ 12 | 8442128-6 | BROWN | 12.0 | 2 | 18.500 | 49.99 | 721598047509 |
| SUB KSN DESC: KINGSLEY SZ 13 | 8442179-1 | BROWN | 13.0 | 1 | 18.500 | 49.99 | 721598047566 |
| | | | TOTAL | 6 | 111.000 | 299.94 | |

**ITEM CODE: 620044778520    ITEM: KINGSLEY REBUY SML PK 5**

| SUB ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: KINGSLEY SZ 7 | 8442058-7 | BROWN | 7.0 | 1 | 18.500 | 49.99 | 721598047504 |
| SUB KSN DESC: KINGSLEY SZ 8 | 8442119-7 | BROWN | 8.0 | 2 | 18.500 | 49.99 | 721598047511 |
| SUB KSN DESC: KINGSLEY SZ 9 | 8442120-5 | BROWN | 9.0 | 2 | 18.500 | 49.99 | 721598047528 |
| SUB KSN DESC: KINGSLEY SZ 10 | 8442122-1 | BROWN | 10.0 | 1 | 18.500 | 49.99 | 721598047535 |
| | | | TOTAL | 6 | 111.000 | 299.94 | |

ADDITIONAL CONDITIONS

FOR ITEM 620044778462
IF I-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

FOR ITEM 620044778504
IF I-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

FOR ITEM 620044778512
IF I-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

FOR ITEM 620044778520
IF I-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

---

KMART CORPORATION          **PURCHASE ORDER**          Page : 8

| ORDER DATE : 25-APR-2018 | ORDER NO : D681Q | | TC4 TIM CARLSON |

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS MANAGEMENT CORPORATION("SHMC") SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR-- KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE "SEARS BRANDS") SEARS ROEBUCK AND CO (TOGETHER WITH ITS SUBSIDIARIES) ACCEPT THE "SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS PURCHASE ORDER ('ORDER') SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION

UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING. INTL MANAGER. AS RECOURSE FOR LATE DELIVERY, THE COMPANY BUYER/SOURCING MANAGER MAY CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR 3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED BY VENDOR.AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY IN THE EVENT OF ANY CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER AGREEMENT BETWEEN COMPANY AND VENDOR THE REMEDIES SET FORTH IN THIS ORDER SHALL PREVAIL.

ANTIDUMPING CLAUSE:

VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDY FOR MERCHANDISE ACTIONABLE UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF WARRANTED MERCHANDISE.

INCREASE IN FREIGHT CHARGES
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND FREIGHT CHARGES TO COMPANY

LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS OR HANG TAGS ARE TO BE AFFIXED TO PRINTED ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED PERSONNEL OR AGENT(S).

---

KMART CORPORATION          **PURCHASE ORDER**          Page : 9

| ORDER DATE : 25-APR-2018 | ORDER NO : D681Q | | TC4 TIM CARLSON |

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HEREAFTER 'PO', CONTAINING MERCHANDISE EXCEEDING THE AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO (HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE PRICE WILL EQUAL THE TOTAL FOR VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY BY THE PARTIES AS REFLECTED IN THE PO.

THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PER PIECE PRICE,WHEREVER RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO

SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE.

## COMMERCIAL INVOICE (top-left)

**COMMERCIAL INVOICE**
Page 2 of 2
DATE: August 23, 2018
INVOICE NO.: 201621401029

5544
ARCA INDUSTRIAL (N.I) INC.
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| KMART | D681Q | KINGSLEY WINTER LRG PK 4 | | 16 | 16 | 111.000 USD | 1,776.00  USD |
| | | CARTONS | AST | | AST | |

ITEM: 62004477B504
MADE IN CHINA (MAINLAND)
CONTENTS 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: KINGSLEY WINTER PAC SHOE
GENDER: MEN
UPPER MATERIAL IN PERCENT:100% PU
OUTER SOLE MATERIAL IN PERCENT:80% LEATHER & 20 % PLASTIC
TYPE OF CONSTRUCTION: INJECTION
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:7-13
COMMISSION PERCENTAGE: 0%
COMMISSION PAYABLE TO:STC - NOT OUTABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME:NO
HOW MANY PAIRS WILL BE IN ONE ITEM:SELLING UNIT 1

CONTRACT NO. D681Q    REFERENCE NO. 103
DC CODE CHA    DEPARTMENT NO. 035
DIVISION NO. Division 4    VENDOR NO. 5544
VENDOR ITEM CODE 20210    COUNTRY OF ORIGIN CHINA (MAINLAND)
BINDING RULING # OR PRECLASS #    CATEGORY RNONE

FACTORY NO. 103MP
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO. CNWENEAS35WEN

| KMART | D681Q | KINGSLEY REBUY SML PK 5 | | 37 | 37 | 111.000 USD | 4,107.00  USD |
| | | CARTONS | AST | | AST | |

ITEM: 62004477B520
MADE IN CHINA (MAINLAND)
CONTENTS 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: KINGSLEY WINTER PAC BOOT
GENDER: MEN
UPPER MATERIAL IN PERCENT:95 PU
OUTER SOLE MATERIAL IN PERCENT:80% LEATHER & 20 % PLASTIC
TYPE OF CONSTRUCTION: INJECTION
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:7-13
COMMISSION PERCENTAGE: 0%
COMMISSION PAYABLE TO:STC - NOT OUTABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME:NO
HOW MANY PAIRS WILL BE IN ONE ITEM:SELLING UNIT 1

---

## COMMERCIAL INVOICE (top-right)

**COMMERCIAL INVOICE**
Page 2 of 2
DATE: August 23, 2018
INVOICE NO.: 201621401029

5544
ARCA INDUSTRIAL (N.I) INC.
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB China

CONTRACT NO. D681Q    REFERENCE NO. 103
DC CODE CHA    DEPARTMENT NO. 035
DIVISION NO. Division 4    VENDOR NO. 5544
VENDOR ITEM CODE 20210    COUNTRY OF ORIGIN CHINA (MAINLAND)
BINDING RULING # OR PRECLASS #    CATEGORY RNONE

FACTORY NO. 103MP
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO. CNWENEAS35WEN

PAYMENT TERM Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | AMOUNT (US$) |
|---|---|---|---|
| TOTAL INVOICE | 53 | 53 | ASSORTMENTS | 5,883.00  USD |

TOTAL US DOLLARS FIVE THOUSAND EIGHT HUNDRED EIGHTY-THREE DOLLARS AND ZERO CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

ARCA INDUSTRIAL (N.I) INC.
EMPLOYEE NAME
EMPLOYEE TITLE

---

## COMMERCIAL INVOICE (bottom-left)

**COMMERCIAL INVOICE**
Page 1 of 2
DATE: August 23, 2018
INVOICE NO.: 201621601096

5544
ARCA INDUSTRIAL (N.I) INC.
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| KMART | D681Q | KINGSLEY REBUY LRG PK 4 | | 14 | 14 | 111.000 USD | 1,554.00  USD |
| | | CARTONS | AST | | AST | |

ITEM: 62004477B504
MADE IN CHINA (MAINLAND)
CONTENTS 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: KINGSLEY WINTER PAC BOOT
GENDER: MEN
UPPER MATERIAL IN PERCENT:100% PU
OUTER SOLE MATERIAL IN PERCENT:80% LEATHER & 20 % PLASTIC
TYPE OF CONSTRUCTION: INJECTION
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:7-13
COMMISSION PERCENTAGE: 0%
COMMISSION PAYABLE TO:STC - NOT OUTABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME:NO
HOW MANY PAIRS WILL BE IN ONE ITEM:SELLING UNIT 1

CONTRACT NO. D681Q    REFERENCE NO. 104
DC CODE MIR    DEPARTMENT NO. 035
DIVISION NO. Division 4    VENDOR NO. 5544
VENDOR ITEM CODE 20210    COUNTRY OF ORIGIN CHINA (MAINLAND)
BINDING RULING # OR PRECLASS #    CATEGORY RNONE

FACTORY NO. 103MP
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO. CNWENEAS35WEN

| KMART | D681Q | KINGSLEY REBUY SML PK 5 | | 33 | 33 | 111.000 USD | 3,663.00  USD |
| | | CARTONS | AST | | AST | |

ITEM: 62004477B520
MADE IN CHINA (MAINLAND)
CONTENTS 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: KINGSLEY WINTER PAC BOOT
GENDER: MEN
UPPER MATERIAL IN PERCENT:100% PU
OUTER SOLE MATERIAL IN PERCENT:80% LEATHER & 20 % PLASTIC
TYPE OF CONSTRUCTION: INJECTION
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:7-13
COMMISSION PERCENTAGE: 0%
COMMISSION PAYABLE TO:STC - NOT OUTABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME:NO
HOW MANY PAIRS WILL BE IN ONE ITEM:SELLING UNIT 1

---

## COMMERCIAL INVOICE (bottom-right)

**COMMERCIAL INVOICE**
Page 2 of 2
DATE: August 23, 2018
INVOICE NO.: 201621601096

5544
ARCA INDUSTRIAL (N.I) INC.
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB China

CONTRACT NO. D681Q    REFERENCE NO. 104
DC CODE MIR    DEPARTMENT NO. 035
DIVISION NO. Division 4    VENDOR NO. 5544
VENDOR ITEM CODE 20210    COUNTRY OF ORIGIN CHINA (MAINLAND)
BINDING RULING # OR PRECLASS #    CATEGORY RNONE

FACTORY NO. 103869
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO. CNWENEAS35WEN

PAYMENT TERM Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | AMOUNT (US$) |
|---|---|---|---|
| TOTAL INVOICE | 47 | 47 | ASSORTMENTS | 5,217.00  USD |

TOTAL US DOLLARS FIVE THOUSAND TWO HUNDRED SEVENTEEN DOLLARS AND ZERO CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

ARCA INDUSTRIAL (N.I) INC.
EMPLOYEE NAME
EMPLOYEE TITLE

## Top Left Panel

# COMMERCIAL INVOICE

Page 1 of 2
DATE: July 16, 2018
INVOICE NO.: 20182077H421

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China       SHIPPED TO: Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | D681Q | KINGSLEY LRG PK 3 | 69 CARTONS | 69 AST | 111.000 USD AST | 7,659.00 USD |
| ITEM: | 620044778462 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: KINGSLEY WINTER PAC BOOT
GENDER: MEN
UPPER MATERIAL IN PERCENT:100% PU
OUTER SOLE MATERIAL IN PERCENT:80% LEATHER & 20 % PLASTIC
TYPE OF CONSTRUCTION: INJECTION
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:7-13
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO:STC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME:NO
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

CONTRACT NO.    D681Q    REFERENCE NO.    101
DC CODE    CHA    DEPARTMENT NO.    035
DIVISION NO.    Division 4    VENDOR NO.    5544
VENDOR ITEM CODE    20210    COUNTRY OF ORIGIN    CHINA (MAINLAND)
BINDING RULING # OR    CATEGORY    RNONE
PRECLASS #

FACTORY NO.    1034#P
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.    CNWENEAS35WEN

| KMART | D681Q | KINGSLEY REBUY SML PK 4 | 142 CARTONS | 142 AST | 166.500 USD AST | 23,643.00 USD |
|---|---|---|---|---|---|---|
| ITEM: | 620044778512 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: KINGSLEY WINTER PAC BOOT
GENDER: MEN
UPPER MATERIAL IN PERCENT:100% PU
OUTER SOLE MATERIAL IN PERCENT:80% LEATHER & 20 % PLASTIC
TYPE OF CONSTRUCTION: INJECTION
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:7-13
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO:STC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME:NO
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

## Top Right Panel

# COMMERCIAL INVOICE

Page 2 of 2
DATE: July 16, 2018
INVOICE NO.: 20182077H421

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China       SHIPPED TO: Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB China

CONTRACT NO.    D681Q    REFERENCE NO.    101
DC CODE    CHA    DEPARTMENT NO.    035
DIVISION NO.    Division 4    VENDOR NO.    5544
VENDOR ITEM CODE    20210    COUNTRY OF ORIGIN    CHINA (MAINLAND)
BINDING RULING # OR    CATEGORY    RNONE
PRECLASS #

FACTORY NO.    1034#P
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.    CNWENEAS35WEN

PAYMENT TERM    Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER    OPEN ACCOUNT

| | | | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|---|---|
| TOTAL INVOICE | | | 211 | 211 ASSORTMENTS | | 31,302.00  USD |

TOTAL US DOLLARS THIRTY-ONE THOUSAND THREE HUNDRED TWO DOLLARS AND ZERO CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

ARCA INDUSTRIAL (NJ) INC
EMPLOYEE NAME
EMPLOYEE TITLE

## Bottom Left Panel

# COMMERCIAL INVOICE

Page 1 of 2
DATE: July 16, 2018
INVOICE NO.: 20182077S298

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China       SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | D681Q | KINGSLEY REBUY LRG PK 3 | 62 CARTONS | 62 AST | 111.000 USD AST | 6,882.00 USD |
| ITEM: | 620044778462 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: KINGSLEY WINTER PAC BOOT
GENDER: MEN
UPPER MATERIAL IN PERCENT:100% PU
OUTER SOLE MATERIAL IN PERCENT:80% LEATHER & 20 % PLASTIC
TYPE OF CONSTRUCTION: INJECTION
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:7-13
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO:STC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME:NO
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

CONTRACT NO.    D681Q    REFERENCE NO.    102
DC CODE    MIR    DEPARTMENT NO.    035
DIVISION NO.    Division 4    VENDOR NO.    5544
VENDOR ITEM CODE    20210    COUNTRY OF ORIGIN    CHINA (MAINLAND)
BINDING RULING # OR    CATEGORY    RNONE
PRECLASS #

FACTORY NO.    1034#P
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.    CNWENEAS35WEN

| KMART | D681Q | KINGSLEY REBUY SML PK 4 | 125 CARTONS | 125 AST | 166.500 USD AST | 20,812.50 USD |
|---|---|---|---|---|---|---|
| ITEM: | 620044778512 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: KINGSLEY WINTER PAC BOOT
GENDER: MEN
UPPER MATERIAL IN PERCENT:100% PU
OUTER SOLE MATERIAL IN PERCENT:80% LEATHER & 20 % PLASTIC
TYPE OF CONSTRUCTION: INJECTION
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:7-13
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO:STC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME:NO
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

## Bottom Right Panel

# COMMERCIAL INVOICE

Page 2 of 2
DATE: July 16, 2018
INVOICE NO.: 20182077S298

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China       SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB China

CONTRACT NO.    D681Q    REFERENCE NO.    102
DC CODE    MIR    DEPARTMENT NO.    035
DIVISION NO.    Division 4    VENDOR NO.    5544
VENDOR ITEM CODE    20210    COUNTRY OF ORIGIN    CHINA (MAINLAND)
BINDING RULING # OR    CATEGORY    RNONE
PRECLASS #

FACTORY NO.    1034#P
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.    CNWENEAS35WEN

PAYMENT TERM    Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER    OPEN ACCOUNT

| | | | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|---|---|
| TOTAL INVOICE | | | 187 | 187 ASSORTMENTS | | 27,694.50  USD |

TOTAL US DOLLARS TWENTY-SEVEN THOUSAND SIX HUNDRED NINETY-FOUR DOLLARS AND FIFTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

ARCA INDUSTRIAL (NJ) INC
EMPLOYEE NAME
EMPLOYEE TITLE



Page : 1

| ORDER NO : D681R | BUYER : TC4  TIM CARLSON |
|---|---|
| DIV : Division 4 | DEPT NO : 035 |

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179

**VENDOR**

| | | | TOTAL COST OF ORDER USD |
|---|---|---|---|
| NAME | ARCA INDUSTRIAL (NJ) INC | | $109,650.00 |
| ADDRESS | 3 KELLOGG COURT | PAYMENT TO BE MADE BY | |
| | SUITE # 2 | ( )  MULTIPLE PAYMENT TYPES | |
| | EDISON | ( X )  CHECK/WIRE TRANSFER | |
| | NJ | Amount USD  109,650.00 | |
| COUNTRY | United States | ( )  FREE GOODS | |
| EMAIL | arcany@aol.com | Amount USD : 0.00 | |
| VENDOR NBR | 5544 | ( )  LETTER OF CREDIT | |
| TELEPHONE | 732-339-0450 | Amount USD : 0.00 | |
| DUNS NBR | 548826 | LC # | |
| FDA REG # | | TRANSFERABLE | |
| | | BANK | |
| | | PAYMENT TERMS : | 59  (days) |

| FOREIGN AGENT OFFICE : | KKFTWR | KMART/SEARS FOOTWEAR CONTRACTS |
|---|---|---|
| FOREIGN SUPPORT OFFICE : | KKKFTWR | KMART AND SEARS FOOTWEAR |
| PRODUCTION COUNTRY: | PARCA | ARCA INDUSTRIAL CORP. |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
|---|---|
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNNGB18 |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Ningbo, China |

FACTORY DETAILS:

| FACTORY NBR: | 1034R |
|---|---|
| NAME | WENZHOU EASILY SHOES CO.LTD |
| ADDRESS | NO.35 JINHUI ROAD SHANGHUI |
| | LOUQIAO OUHAI |
| | WENZHOU |
| | ZHEJIANG |
| COUNTRY | China |
| TEL | T389652065 |
| EMAIL | arcazh@mail.online.sh.cn |
| MID | CNWENEASISXWEN |

KMART D681R

41 of 293

42 of 293

---

KMART CORPORATION

Page : 2

| ORDER DATE : 25-APR-2018 | ORDER NO : D681R | TC4  TIM CARLSON |
|---|---|---|

| ITEM CODE: 62004477906A | SEASON/YEAR: 5-WINTER 2018 | DESCRIPTION: |
|---|---|---|
| | SUB SEASON: 50-WINTER | KLINE3 IREBUY CORE PK 6 |
| I 2OF 5/CARTON UPC: 0721598545264 | CAT/SUB-CAT: 6202 | |
| STYLE: 20213 | TRADEMARK: NONE | SEARS DIV          SEARS ITEM          SEARS SKU |
| BRAND NAME: NORTHWEST TERRITORY | COPYRIGHT REG. NO: | |
| INTL COMMODY CODE: 02ISM | MLTP CARTON IND: 001 | |

| FOB PRICE | | SELL PRICE | | TOTAL CARTONS | | TOTAL AST | | TOTAL COST OF ITEM |
|---|---|---|---|---|---|---|---|---|
| PER AST | PER CARTON | $299.94 | | 107 | | 107 | | $10,914.00 |
| $102.000 | $102.000 | | | | | | | |

| | KGS: | 12.000 | CBM: | 0.098954 | | AST PER INNER | 1 |
|---|---|---|---|---|---|---|---|
| PER CARTON | LBS: | 26.460 | CU. FT.: | 3.494 | | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | | AST PER MASTER SHIPPING CTN | 1 |
| L 20.35" X W 15.0" X H 14.2" | | | CASEPACK | | | | |

| QUOTA CAT#: RNONE | CASE # | FACTORY | EXPORTER |
|---|---|---|---|
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | |
| | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
POLY BAG

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 101 | CHA | CHA | Ocean | 08-AUG-2018 | 08-AUG-2018 | 06-OCT-2018 | B | 37 | 37 | W |
| 102 | MIR | MIR | Ocean | 08-AUG-2018 | 20-SEP-2018 | B | | 33 | 33 | W |
| 103 | CHA | CHA | Ocean | 12-SEP-2018 | 12-SEP-2018 | 13-NOV-2018 | B | 11 | 11 | W |
| 104 | MIR | MIR | Ocean | 12-SEP-2018 | 12-SEP-2018 | B | | 9 | 9 | W |
| 105 | CHA | CHA | Ocean | 10-OCT-2018 | 10-OCT-2018 | 12-DEC-2018 | B | 9 | 9 | W |
| 106 | MIR | MIR | Ocean | 10-OCT-2018 | 10-OCT-2018 | 25-NOV-2018 | B | 8 | 8 | W |

DETAIL DESCRIPTION:
DESCRIPTION OF TYPE OF SHOE: Kline3 Front Zip Winter Boot
GENDER: Mens
UPPER MATERIAL IN PERCENT:100% COW LEATHER
OUTER SOLE MATERIAL IN PERCENT:100% PLASTIC
TYPE OF CONSTRUCTION: INJECTION AND STITCHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE 7-13 (whole sizes)
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO: ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME:NO
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

OPC:           6

43 of 293

---

KMART CORPORATION

Page : 3

| ORDER DATE : 25-APR-2018 | ORDER NO : D681R | TC4  TIM CARLSON |
|---|---|---|

| ITEM CODE: 62004477907Z | SEASON/YEAR: 5-WINTER 2018 | DESCRIPTION: |
|---|---|---|
| | SUB SEASON: 50-WINTER | KLINE3 IREBUY LBG PK 4 |
| I 2OF 5/CARTON UPC: 0721598545332 | CAT/SUB-CAT: 6202 | |
| STYLE: 20213 | TRADEMARK: NONE | SEARS DIV          SEARS ITEM          SEARS SKU |
| BRAND NAME: NORTHWEST TERRITORY | COPYRIGHT REG. NO: | |
| INTL COMMODY CODE: 02ISM | MLTP CARTON IND: 001 | |

| FOB PRICE | | SELL PRICE | | TOTAL CARTONS | | TOTAL AST | | TOTAL COST OF ITEM |
|---|---|---|---|---|---|---|---|---|
| PER AST | PER CARTON | $299.94 | | 291 | | 291 | | $29,682.00 |
| $102.000 | $102.000 | | | | | | | |

| | KGS: | 12.000 | CBM: | 0.098954 | | AST PER INNER | 1 |
|---|---|---|---|---|---|---|---|
| PER CARTON | LBS: | 26.460 | CU. FT.: | 3.494 | | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | | AST PER MASTER SHIPPING CTN | 1 |
| L 20.35" X W 15.0" X H 14.2" | | | CASEPACK | | | | |

| QUOTA CAT#: RNONE | CASE # | FACTORY | EXPORTER |
|---|---|---|---|
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | |
| | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
POLY BAG

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 101 | CHA | CHA | Ocean | 08-AUG-2018 | 08-AUG-2018 | 06-OCT-2018 | B | 93 | 93 | W |
| 102 | MIR | MIR | Ocean | 08-AUG-2018 | 20-SEP-2018 | B | | 82 | 82 | W |
| 103 | CHA | CHA | Ocean | 12-SEP-2018 | 12-SEP-2018 | 13-NOV-2018 | B | 30 | 30 | W |
| 104 | MIR | MIR | Ocean | 12-SEP-2018 | 12-SEP-2018 | B | | 26 | 26 | W |
| 105 | CHA | CHA | Ocean | 10-OCT-2018 | 10-OCT-2018 | 12-DEC-2018 | B | 31 | 31 | W |
| 106 | MIR | MIR | Ocean | 10-OCT-2018 | 10-OCT-2018 | 25-NOV-2018 | B | 27 | 27 | W |

DETAIL DESCRIPTION:
DESCRIPTION OF TYPE OF SHOE: Kline3 Front Zip Winter Boot
GENDER: Mens
UPPER MATERIAL IN PERCENT:100% COW LEATHER
OUTER SOLE MATERIAL IN PERCENT:100% PLASTIC
TYPE OF CONSTRUCTION: INJECTION AND STITCHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE 7-13 (whole sizes)
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO: ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME:NO
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

OPC:           6

44 of 293

**Page 1 (45 of 293)**

KMART CORPORATION

ORDER DATE : 25-APR-2018    ORDER NO : D641R    TC4  TIM CARLSON

ITEM CODE: 62004477R148

DESCRIPTION
KLINE3 REBUY SML PK 5

SEASON/YEAR: 5-WINTER 2018
SUB-SEASON: 50-WINTER
CAT/SUB-CAT: 6202
TRADEMARK: NONE

ITEM CODE: 62004477R148
2(2OF 5 CARTON UPC: 072159805451196
STYLE: 20213
BRAND NAME: NORTHWEST TERRITORY
INTL COMMODITY CODE: GDSM

COPYRIGHT REG. NO.:
MLTP CARTON NO: 001

SEARS DIV        SEARS ITEM        SEARS SKU

| FOB PRICE | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|
| PER AST | PER CARTON | $299.94 | $77 | $69,054.90 |
| $102.000 | $102.000 | | | |

| | KGS: 12.000 | CBM: 0.09804 | AST PER INNER | 1 |
| PER CARTON | LBS: 26.460 | CU FT.: 3.494 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION | AST PER MASTER SHIPPING CTN | 1 |
| L 28.35" X W 15.0" X H 14.2" | | CASEPACK | | |

QUOTA CAT#: PHONE
SPECIAL TRADE INDICATOR:

CASE #        FACTORY        EXPORTER
ANTI-DUMPING:
COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
POLY BAG

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/SEQ) | DISCHARGE PORT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 101 | CHA | CHA | Ocean | 08-AUG-2018 | 08-AUG-2018 | 06-OCT-2018 | B | 242 | 242 | W |
| 102 | MIR | MIR | Ocean | 08-AUG-2018 | 08-AUG-2018 | 20-SEP-2018 | B | 213 | 213 | W |
| 103 | CHA | CHA | Ocean | 12-SEP-2018 | 12-SEP-2018 | 12-NOV-2018 | B | 44 | 44 | W |
| 104 | MIR | MIR | Ocean | 12-SEP-2018 | 12-SEP-2018 | 26-OCT-2018 | B | 56 | 56 | W |
| 105 | CHA | CHA | Ocean | 10-OCT-2018 | 10-OCT-2018 | 12-DEC-2018 | B | 49 | 49 | W |
| 106 | MIR | MIR | Ocean | 10-OCT-2018 | 10-OCT-2018 | 25-NOV-2018 | B | 53 | 53 | W |

DETAIL DESCRIPTION
DESCRIPTION OF TYPE OF SHOE: Kline3 Front Zip Winter Boot
GENDER: Mens
UPPER MATERIAL IN PERCENT 100% COW LEATHER
OUTER MATERIAL IN PERCENT 100% PLASTIC
TYPE OF CONSTRUCTION: INJECTION AND STITCHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE YES
SIZE RANGE 7-13 (whole sizes)
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO: ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST? NO
ROYALTY FOR TRADEMARK NAME NO
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

OPC:        6

---

**Page 2 (46 of 293)**

ITEM CODE: 62004477R064

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8220832-3 | | | | | | | | | | LEATHER | 100% | |
| 8220834-9 | | | | | | | | | | LEATHER | 100% | |

ITEM CODE: 62004477R072

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8220834-9 | | | | | | | | | | LEATHER | 100% | |
| 8220835-6 | | | | | | | | | | LEATHER | 100% | |
| 8220836-3 | | | | | | | | | | LEATHER | 100% | |

ITEM CODE: 62004477R148

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8220829-9 | | | | | | | | | | LEATHER | 100% | |
| 8220830-7 | | | | | | | | | | LEATHER | 100% | |
| 8220831-5 | | | | | | | | | | LEATHER | 100% | |
| 8220832-3 | | | | | | | | | | LEATHER | 100% | |

ITEM CODE: 62004477R064        ITEM: KLINE3 REBUY CORE PK 6

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB #3N DESC: KLINE3 BROWN SZ 10 | 8220832-3 | BROWN | 10.0 | 3 | 17.000 | 49.99 | 72159804230 |
| SUB #3N DESC: KLINE3 BROWN SZ 11 | 8220834-9 | BROWN | 11.0 | 3 | 17.000 | 49.99 | 72159804231 |
| | | | TOTAL | 6 | 102.000 | 299.94 | |

ITEM CODE: 62004477R072        ITEM: KLINE3 REBUY LRG PK 4

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB #3N DESC: KLINE3 BROWN SZ 11 | 8220834-9 | BROWN | 11.0 | 3 | 17.000 | 49.99 | 72159804231 |
| SUB #3N DESC: KLINE3 BROWN SZ 12 | 8220835-6 | BROWN | 12.0 | 2 | 17.000 | 49.99 | 72159804232 |
| SUB #3N DESC: KLINE3 BROWN SZ 13 | 8220836-3 | BROWN | 13.0 | 1 | 17.000 | 49.99 | 72159804233 |
| | | | TOTAL | 6 | 102.000 | 299.94 | |

ITEM CODE: 62004477R148        ITEM: KLINE3 REBUY SML PK 5

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB #3N DESC: KLINE3 BROWN SZ 7 | 8220829-9 | BROWN | 7.0 | 1 | 17.000 | 49.99 | 72159804227 |
| SUB #3N DESC: KLINE3 BROWN SZ 8 | 8220830-7 | BROWN | 8.0 | 1 | 17.000 | 49.99 | 72159804228 |
| SUB #3N DESC: KLINE3 BROWN SZ 9 | 8220831-5 | BROWN | 9.0 | 2 | 17.000 | 49.99 | 72159804229 |
| SUB #3N DESC: KLINE3 BROWN SZ 10 | 8220832-3 | BROWN | 10.0 | 2 | 17.000 | 49.99 | 72159804230 |
| | | | TOTAL | 6 | 102.000 | 299.94 | |

---

**Page 3 (47 of 293)**

KMART CORPORATION        PURCHASE ORDER        Page : 6

ORDER DATE : 25-APR-2018    ORDER NO : D641R        TC4  TIM CARLSON

ADDITIONAL CONDITIONS

FOR ITEM 62004477R064
IF INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

FOR ITEM 62004477R072
IF INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

FOR ITEM 62004477R148
IF INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS MANAGEMENT CORPORATION("SHMC") SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR-- KMART CORPORATION (TOGETHER WITH IT'S SUBSIDIARIES, "KMART"), SEARS BRANDS MANAGEMENT CORPORATION (TOGETHER WITH IT'S SUBSIDIARIES), CONTRACTED SHIP DATE ("SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIES) ACCEPT THE "SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY")DUE HEREBY AGREE THAT THIS PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION.

UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING. INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY, THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR.AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THOSE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR, THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.

---

**Page 4 (48 of 293)**

KMART CORPORATION        PURCHASE ORDER        Page : 7

ORDER DATE : 25-APR-2018    ORDER NO : D641R        TC4  TIM CARLSON

ANTIDUMPING CLAUSE:

VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW. THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDOR SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER.AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.

LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

QUANTITY DISCREPANCIES:
OVERAGE:S,ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HEREAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO)HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.

THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PIECE PER PIECE, WHEREVER
RELEVANT, IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.

SHORTAGE:S,ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE.

## COMMERCIAL INVOICE (Page 2 of 3)

DATE: August 23, 2018
INVOICE NO.: 2018216D1153

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China   SHIPPED TO: Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| KMART | D681R | KLINE3 REBUY CORE PK 6 | 11 | 11 | 102.000  USD | 1,122.00  USD |
| | | | CARTONS | AST | | AST |

ITEM:  620044779984
MADE IN  CHINA (MAINLAND)
CONTENTS  1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: Kline3 Front Zip Winter Boot
GENDER: Mens
UPPER MATERIAL IN PERCENT:100% COW LEATHER
OUTER SOLE MATERIAL IN PERCENT:100% PLASTIC
TYPE OF CONSTRUCTION: INJECTION AND STITCHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:7-13 (whole sizes)
COMMISSION PERCENTAGE :5%
COMMISSION PAYABLE TO :ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME:NO
HOW MANY PAIRS WILL BE IN ONE ITEM:SELLING UNIT:1

CONTRACT NO.  D681R   REFERENCE NO.  103
DC CODE  CHA   DEPARTMENT NO.  035
DIVISION NO.  Division 4   VENDOR NO.  5544
VENDOR ITEM CODE  20213   COUNTRY OF ORIGIN  CHINA (MAINLAND)
BINDING RULING # OR PRECLASS #   CATEGORY  RNONE

FACTORY NO.  103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.  CNWENEAS35WEN

---

KMART  D681R   KLINE3 REBUY LRG PK 4   30   30   102.000  USD   3,060.00  USD
CARTONS   AST   AST

ITEM:  620044779072
MADE IN  CHINA (MAINLAND)
CONTENTS  1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: Kline3 Front Zip Winter Boot
GENDER: Mens
UPPER MATERIAL IN PERCENT:100% COW LEATHER
OUTER SOLE MATERIAL IN PERCENT:100% PLASTIC
TYPE OF CONSTRUCTION: INJECTION AND STITCHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:7-13 (whole sizes)
COMMISSION PERCENTAGE :5%
COMMISSION PAYABLE TO :ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME:NO
HOW MANY PAIRS WILL BE IN ONE ITEM:SELLING UNIT:1

49 of 293

---

## COMMERCIAL INVOICE (Page 2 of 3)

DATE: August 23, 2018
INVOICE NO.: 2018216D1155

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China   SHIPPED TO: Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB China

CONTRACT NO.  D681R   REFERENCE NO.  103
DC CODE  CHA   DEPARTMENT NO.  035
DIVISION NO.  Division 4   VENDOR NO.  5544
VENDOR ITEM CODE  20213   COUNTRY OF ORIGIN  CHINA (MAINLAND)
BINDING RULING # OR PRECLASS #   CATEGORY  RNONE

FACTORY NO.  103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.  CNWENEAS35WEN

---

KMART  D681R   KLINE3 REBUY SML PK 5   84   84   102.000  USD   8,528.00  USD
CARTONS   AST   AST

ITEM:  620044779148
MADE IN  CHINA (MAINLAND)
CONTENTS  1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: Kline3 Front Zip Winter Boot
GENDER: Mens
UPPER MATERIAL IN PERCENT:100% COW LEATHER
OUTER SOLE MATERIAL IN PERCENT:100% PLASTIC
TYPE OF CONSTRUCTION: INJECTION AND STITCHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:7-13 (whole sizes)
COMMISSION PERCENTAGE :5%
COMMISSION PAYABLE TO :ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME:NO
HOW MANY PAIRS WILL BE IN ONE ITEM:SELLING UNIT:1

CONTRACT NO.  D681R   REFERENCE NO.  103
DC CODE  CHA   DEPARTMENT NO.  035
DIVISION NO.  Division 4   VENDOR NO.  5544
VENDOR ITEM CODE  20213   COUNTRY OF ORIGIN  CHINA (MAINLAND)
BINDING RULING # OR PRECLASS #   CATEGORY  RNONE

FACTORY NO.  103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.  CNWENEAS35WEN

PAYMENT TERM  Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER  OPEN ACCOUNT

50 of 293

---



## COMMERCIAL INVOICE (Page 3 of 3)

DATE: August 23, 2018
INVOICE NO.: 2018216D1155

5544
ARCA INDUSTRIAL (NJ) INC.
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China   SHIPPED TO: Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB China

| | | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | | 105 | 105 ASSORTMENTS | 10,710.00  USD |

TOTAL US DOLLARS TEN THOUSAND SEVEN HUNDRED TEN DOLLARS AND ZERO CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

ARCA INDUSTRIAL (NJ) INC
EMPLOYEE NAME
EMPLOYEE TITLE

51 of 293

---

## COMMERCIAL INVOICE (Page 1 of 3)

DATE: August 23, 2018
INVOICE NO.: 2018216D1196

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China   SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| KMART | D681R | KLINE3 REBUY CORE PK 6 | 9 | 9 | 102.000  USD | 918.00  USD |
| | | | CARTONS | AST | | AST |

ITEM:  620044779064
MADE IN  CHINA (MAINLAND)
CONTENTS  1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: Kline3 Front Zip Winter Boot
GENDER: Mens
UPPER MATERIAL IN PERCENT:100% COW LEATHER
OUTER SOLE MATERIAL IN PERCENT:100% PLASTIC
TYPE OF CONSTRUCTION: INJECTION AND STITCHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:7-13 (whole sizes)
COMMISSION PERCENTAGE :5%
COMMISSION PAYABLE TO :ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME:NO
HOW MANY PAIRS WILL BE IN ONE ITEM:SELLING UNIT:1

CONTRACT NO.  D681R   REFERENCE NO.  104
DC CODE  CHA   DEPARTMENT NO.  035
DIVISION NO.  Division 4   VENDOR NO.  5544
VENDOR ITEM CODE  20213   COUNTRY OF ORIGIN  CHINA (MAINLAND)
BINDING RULING # OR PRECLASS #   CATEGORY  RNONE

FACTORY NO.  103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.  CNWENEAS35WEN

---

KMART  D681R   KLINE3 REBUY LRG PK 4   28   28   102.000  USD   2,856.00  USD
CARTONS   AST   AST

ITEM:  620044779072
MADE IN  CHINA (MAINLAND)
CONTENTS  1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: Kline3 Front Zip Winter Boot
GENDER: Mens
UPPER MATERIAL IN PERCENT:100% COW LEATHER
OUTER SOLE MATERIAL IN PERCENT:100% PLASTIC
TYPE OF CONSTRUCTION: INJECTION AND STITCHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:7-13 (whole sizes)
COMMISSION PERCENTAGE :5%
COMMISSION PAYABLE TO :ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME:NO
HOW MANY PAIRS WILL BE IN ONE ITEM:SELLING UNIT:1

52 of 293

## Top Left Invoice

COMMERCIAL INVOICE

Page 1 of 1

INVOICE NO.: 2018216011166

5544
ARCA INDUSTRIAL (NJ) INC.
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | D681R | REFERENCE NO. | 104 | |
| DC CODE | MRR | DEPARTMENT NO. | 035 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 | |
| VENDOR ITEM CODE | 20213 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

FACTORY NO.          10366R
WENZHOU EASILY SHOES CO LTD
NO 31 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.          CNWENEAS3SWEN

| KMART | D681R | KLINE3 REBUY SML PK 5 | | 5A | 5A | 102.000 USD | 5,712.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

ITEM:          620044779148
MADE IN          CHINA (MAINLAND)
CONTENTS      1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: Kline3 Front Zip Winter Boot
GENDER: Mens
UPPER MATERIAL IN PERCENT 100% COW LEATHER
OUTER SOLE MATERIAL IN PERCENT 100% PLASTIC
TYPE OF CONSTRUCTION: INJECTION AND STITCHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE YES
SIZE RANGE 7-13 (whole sizes)
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO: ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME NO
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | D681R | REFERENCE NO. | 104 | |
| DC CODE | MRR | DEPARTMENT NO. | 035 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 | |
| VENDOR ITEM CODE | 20213 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

FACTORY NO.          10366R
WENZHOU EASILY SHOES CO LTD
NO 31 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.          CNWENEAS3SWEN

PAYMENT TERM          Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER          OPEN ACCOUNT

## Top Right Invoice

COMMERCIAL INVOICE

Page 1 of 1

DATE: August 23, 2018
INVOICE NO.: 2018216011186

5544
ARCA INDUSTRIAL (NJ) INC.
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 40 | 90 | ASSORTMENTS | 9,486.00 USD |

TOTAL US DOLLARS NINE THOUSAND FOUR HUNDRED EIGHTY SIX DOLLARS AND ZERO CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

ARCA INDUSTRIAL (NJ) INC
EMPLOYEE NAME
EMPLOYEE TITLE

## Bottom Left Invoice

COMMERCIAL INVOICE

Page 1 of 3

DATE: July 16, 2018
INVOICE NO.: 2018207754502

5544
ARCA INDUSTRIAL (NJ) INC.
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | AMOUNT UNIT PRICE | (US$ PER) |
|---|---|---|---|---|---|
| KMART | D681R | KLINE3 REBUY CORE PK 6 | 37 | 37 | 102.000 USD | 3,774.00 USD |
| | | | CARTONS | AST | AST | |

ITEM:          620044779064
MADE IN          CHINA (MAINLAND)
CONTENTS      1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: Kline3 Front Zip Winter Boot
GENDER: Mens
UPPER MATERIAL IN PERCENT 100% COW LEATHER
OUTER SOLE MATERIAL IN PERCENT 100% PLASTIC
TYPE OF CONSTRUCTION: INJECTION AND STITCHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE YES
SIZE RANGE 7-13 (whole sizes)
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO: ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME NO
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | D681R | REFERENCE NO. | 101 | |
| DC CODE | CHA | DEPARTMENT NO. | 035 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 | |
| VENDOR ITEM CODE | | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

FACTORY NO.          10366R
WENZHOU EASILY SHOES CO LTD
NO 31 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.          CNWENEAS3SWEN

| KMART | D681R | KLINE3 REBUY LRG PK 4 | | 93 | 93 | 102.000 USD | 9,486.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

ITEM:          620044779072
MADE IN          CHINA (MAINLAND)
CONTENTS      1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: Kline3 Front Zip Winter Boot
GENDER: Mens
UPPER MATERIAL IN PERCENT 100% COW LEATHER
OUTER SOLE MATERIAL IN PERCENT 100% PLASTIC
TYPE OF CONSTRUCTION: INJECTION AND STITCHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE YES
SIZE RANGE 7-13 (whole sizes)
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO: ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME NO
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

## Bottom Right Invoice

COMMERCIAL INVOICE

Page 2 of 3

DATE: July 16, 2018
INVOICE NO.: 2018207754502

5544
ARCA INDUSTRIAL (NJ) INC.
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB China

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | D681R | REFERENCE NO. | 101 | |
| DC CODE | CHA | DEPARTMENT NO. | 035 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 | |
| VENDOR ITEM CODE | | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

FACTORY NO.          10366R
WENZHOU EASILY SHOES CO LTD
NO 31 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.          CNWENEAS3SWEN

| KMART | D681R | KLINE3 REBUY SML PK 5 | | 242 | 242 | 102.000 USD | 24,684.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

ITEM:          620044779148
MADE IN          CHINA (MAINLAND)
CONTENTS      1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: Kline3 Front Zip Winter Boot
GENDER: Mens
UPPER MATERIAL IN PERCENT 100% COW LEATHER
OUTER SOLE MATERIAL IN PERCENT 100% PLASTIC
TYPE OF CONSTRUCTION: INJECTION AND STITCHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE YES
SIZE RANGE 7-13 (whole sizes)
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO: ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME NO
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | D681R | REFERENCE NO. | 101 | |
| DC CODE | CHA | DEPARTMENT NO. | 035 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 | |
| VENDOR ITEM CODE | 20213 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

FACTORY NO.          10366R
WENZHOU EASILY SHOES CO LTD
NO 31 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.          CNWENEAS3SWEN

PAYMENT TERM          Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER          OPEN ACCOUNT

## COMMERCIAL INVOICE

Page 1 of 1

INVOICE NO.: 2018297746

5544
ARCA INDUSTRIAL (N.I) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China       SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | | 372 | 372 ASSORTMENTS | 37,944.00  USD |

TOTAL US DOLLARS THIRTY SEVEN THOUSAND NINE HUNDRED FORTY-FOUR DOLLARS AND ZERO CENTS ONLY

We hereby certify that this shipment does not contain solid wood packing material.

ARCA INDUSTRIAL (N.I) INC

EMPLOYEE NAME
EMPLOYEE TITLE

57 of 293

---

## COMMERCIAL INVOICE

Page 1 of 3

DATE: July 16, 2018

INVOICE NO.: 201620775554

5544
ARCA INDUSTRIAL (N.I) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China       SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| KMART      D6R1R | KLINE3 REBUY CORE PK 6 | 33 | 33 | 102.000  USD | 3,366.00  USD |
| | | CARTONS | AST | AST | |

ITEM:        620044776664
MADE IN      CHINA (MAINLAND)
CONTENTS     1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: Kline3 Front Zip Winter Boot
GENDER: Mens
UPPER MATERIAL IN PERCENT: 100% COW LEATHER
OUTER SOLE MATERIAL IN PERCENT: 100% PLASTIC
TYPE OF CONSTRUCTION: INJECTION AND STITCHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: YES
SIZE RANGE: 7-13 (whole sizes)
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO: ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME NO
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

CONTRACT NO.        D6R1R      REFERENCE NO.       102
DC CODE             MIR        DEPARTMENT NO.      035
DIVISION NO.        Division 4 VENDOR NO.          5544
VENDOR ITEM CODE    20213      COUNTRY OF ORIGIN   CHINA (MAINLAND)
BINDING RULING # OR            CATEGORY            RNONE
PRECLASS #

FACTORY NO.         10366R
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.         CNWENEAS35WEN

| KMART      D6R1R | KLINE3 REBUY LRG PK 4 | 82 | 82 | 102.000  USD | 8,364.00  USD |
|---|---|---|---|---|---|
| | | CARTONS | AST | AST | |

ITEM:        620044779072
MADE IN      CHINA (MAINLAND)
CONTENTS     1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: Kline3 Front Zip Winter Boot
GENDER: Mens
UPPER MATERIAL IN PERCENT: 100% COW LEATHER
OUTER SOLE MATERIAL IN PERCENT: 100% PLASTIC
TYPE OF CONSTRUCTION: INJECTION AND STITCHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: YES
SIZE RANGE: 7-13 (whole sizes)
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO: ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME NO
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

58 of 293

---

## COMMERCIAL INVOICE

Page 2 of 3

DATE: July 16, 2018

INVOICE NO.: 201620775554

5544
ARCA INDUSTRIAL (N.I) INC
3 KELLOGG COURT
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China       SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB China

CONTRACT NO.        D6R1R      REFERENCE NO.       102
DC CODE             MIR        DEPARTMENT NO.      035
DIVISION NO.        Division 4 VENDOR NO.          5544
VENDOR ITEM CODE    20213      COUNTRY OF ORIGIN   CHINA (MAINLAND)
BINDING RULING # OR            CATEGORY            RNONE
PRECLASS #

FACTORY NO.         10366R
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.         CNWENEAS35WEN

| KMART      D6R1R | KLINE3 REBUY SML PK 5 | 213 | 213 | 102.000  USD | 21,726.00  USD |
|---|---|---|---|---|---|
| | | CARTONS | AST | AST | |

ITEM:        620044779148
MADE IN      CHINA (MAINLAND)
CONTENTS     1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: Kline3 Front Zip Winter Boot
GENDER: Mens
UPPER MATERIAL IN PERCENT: 100% COW LEATHER
OUTER SOLE MATERIAL IN PERCENT: 100% PLASTIC
TYPE OF CONSTRUCTION: INJECTION AND STITCHING
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: YES
SIZE RANGE: 7-13 (whole sizes)
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO: ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME NO
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

CONTRACT NO.        D6R1R      REFERENCE NO.       102
DC CODE             MIR        DEPARTMENT NO.      035
DIVISION NO.        Division 4 VENDOR NO.          5544
VENDOR ITEM CODE    20213      COUNTRY OF ORIGIN   CHINA (MAINLAND)
BINDING RULING # OR            CATEGORY            RNONE
PRECLASS #

FACTORY NO.         10366R
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.         CNWENEAS35WEN

PAYMENT TERM        Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER         OPEN ACCOUNT

59 of 293

---

## COMMERCIAL INVOICE

Page 3 of 3

DATE: July 16, 2018

INVOICE NO.: 201620775554

5544
ARCA INDUSTRIAL (N.I) INC
3 KELLOGG COURT
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China       SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| | | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | | 328 | 328 ASSORTMENTS | 33,456.00  USD |

TOTAL US DOLLARS THIRTY THOUSAND FOUR HUNDRED FIFTY SIX DOLLARS AND ZERO CENTS ONLY

We hereby certify that this shipment does not contain solid wood packing material.

ARCA INDUSTRIAL (N.I) INC

EMPLOYEE NAME
EMPLOYEE TITLE

60 of 293



Page : 1

ORDER NO : D684D     BUYER : KMS KATHLEEN MCENTIRE
DIV : Division 4     DEPT NO : 035

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179



| VENDOR | | | TOTAL COST OF ORDER USD |
|---|---|---|---|
| NAME | ARCA INDUSTRIAL (NJ) INC | | $10,740.00 |
| ADDRESS | 3 KELLOGG COURT | | PAYMENT TO BE MADE BY : |
| | SUITE # 2 | | ( ) MULTIPLE PAYMENT TYPES |
| | EDISON | | ( X ) CHECK/WIRE TRANSFER |
| | NJ | | Amount USD: 10,740.00 |
| COUNTRY | United States | | ( ) FREE GOODS |
| EMAIL | arcany@aol.com | | Amount USD: 0.00 |
| VENDOR NBR | 5544 | | ( ) LETTER OF CREDIT |
| TELEPHONE | 732-339-0450 | | Amount USD: 0.00 |
| DUNS NBR | 548626 | | LC #: |
| FDA REG # | | | TRANSFERABLE: |
| | | | BANK: |
| | | | PAYMENT TERMS: 59 (days) |

| FOREIGN AGENT OFFICE: | KKFTWR | KMART/SEARS FOOTWEAR CONTRACTS |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKFTWR | KMART AND SEARS FOOTWEAR |
| PRODUCTION COUNTRY: | PARCA | ARCA INDUSTRIAL CORP. |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
|---|---|
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNSHA18 |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Shanghai, China |

FACTORY DETAILS:

| FACTORY NBR: | 062746 |
|---|---|
| NAME | KAIHUA GOLDMAN SHOEMAKING FACTORY |
| ADDRESS | NO. 1, INDUSTRIAL PARK, QINGYANG |
| | TOWNSHIP, KAIHUA COUNTY |
| | QUZHOU |
| | ZHEJIANG |
| COUNTRY | China |
| TEL | 561-447-4433 |
| EMAIL | mike@seaway-trading.com,smart@seaway-trading.com |
| MID | CNKAIGOL1QUZ |



KMART D684D

61 of 293

62 of 293

---

KMART CORPORATION     **PURCHASE ORDER**     Page : 2

ORDER DATE : 01-MAY-2018    ORDER NO : D684D     KMS KATHLEEN MCENTIRE

**DESCRIPTION**
THUNDER RED THUNDER RED REBUY CO

| ITEM CODE: 89007199025B | SEASON/YEAR: 9-BASIC - NOT REPLENISHED | | | |
|---|---|---|---|---|
| | SUB-SEASON: 90-BASIC - NOT REPLENISHED | | | |
| 12OF 5/CARTON UPC: 072159805480T2 | CAT/SUB-CAT: 89011 | | | |
| STYLE: 30525 | TRADEMARK: NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: ATHLETECH | COPYRIGHT REG. NO.: | | | |
| INTL COMMODY CODE: GDSM | MLTP CARTON NO: 001 | | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $359.88 | 50 | 50 | $5,370.00 |
| $107.400 | $107.400 | | | | |

| | KGS: | 18.000 | CBM: | 0.120713 | AST PER INNER | 1 |
|---|---|---|---|---|---|---|
| PER CARTON | LBS: | 39.680 | CU. FT.: | 4.263 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 34.25" X W 18.15" X H 11.85" | | | CASEPACK | | | |

QUOTA CATH: RNONE     CASE #     FACTORY     EXPORTER

SPECIAL TRADE INDICATOR:     ANTI-DUMPING:
    COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 102 | MIR | MIR | Ocean | 15-AUG-2018 | 15-AUG-2018 | 25-SEP-2018 | B | 24 | 24 | W |
| 101 | CHA | CHA | Ocean | 17-AUG-2018 | 17-AUG-2018 | 10-OCT-2018 | B | 26 | 26 | W |

DETAIL DESCRIPTION-
DESCRIPTION OF TYPE OF SHOE THUNDER RAINBOOT
GENDER WOMEN
UPPER MATERIAL IN PERCENT 100% RUBBER UPPER
OUTER SOLE MATERIAL IN PERCENT 100% RUBBER OUTSOLE WITH LEATHER
TYPE OF CONSTRUCTION VULCANIZED
COVERING THE ANKLE AND / OR ABOVE THE ANKLE (YES OR NO) OVER ANKLE
SIZE RANGE WOS 5-11#
COMMISSION PERCENTAGE : 5%
COMMISSION PAYABLE TO: ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST? NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

OPC: 12

63 of 293

---

KMART CORPORATION     **PURCHASE ORDER**     Page : 3

ORDER DATE : 01-MAY-2018    ORDER NO : D684D     KMS KATHLEEN MCENTIRE

**DESCRIPTION**
THUNDER RED THUNDER RED REBUY CO

| ITEM CODE: 89007199025A | SEASON/YEAR: 9-BASIC - NOT REPLENISHED | | | |
|---|---|---|---|---|
| | SUB-SEASON: 90-BASIC - NOT REPLENISHED | | | |
| 12OF 5/CARTON UPC: 072159805480T04 | CAT/SUB-CAT: 89011 | | | |
| STYLE: 30525 | TRADEMARK: NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: ATHLETECH | COPYRIGHT REG. NO.: | | | |
| INTL COMMODY CODE: GDSM | MLTP CARTON NO: 001 | | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $449.85 | 40 | 40 | $5,370.00 |
| $134.250 | $134.250 | | | | |

| | KGS: | 22.500 | CBM: | 0.149312 | AST PER INNER | 1 |
|---|---|---|---|---|---|---|
| PER CARTON | LBS: | 49.600 | CU. FT.: | 5.273 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 34.25" X W 22.45" X H 11.85" | | | CASEPACK | | | |

QUOTA CATH: RNONE     CASE #     FACTORY     EXPORTER

SPECIAL TRADE INDICATOR:     ANTI-DUMPING:
    COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 102 | MIR | MIR | Ocean | 15-AUG-2018 | 15-AUG-2018 | 25-SEP-2018 | B | 19 | 19 | W |
| 101 | CHA | CHA | Ocean | 17-AUG-2018 | 17-AUG-2018 | 10-OCT-2018 | B | 21 | 21 | W |

DETAIL DESCRIPTION-
DESCRIPTION OF TYPE OF SHOE THUNDER RAINBOOT
GENDER WOMEN
UPPER MATERIAL IN PERCENT 100% RUBBER UPPER
OUTER SOLE MATERIAL IN PERCENT 100% RUBBER OUTSOLE WITH LEATHER
TYPE OF CONSTRUCTION VULCANIZED
COVERING THE ANKLE AND / OR ABOVE THE ANKLE (YES OR NO) OVER ANKLE
SIZE RANGE WOS 5-11#
COMMISSION PERCENTAGE : 5%
COMMISSION PAYABLE TO: ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST? NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

OPC: 15

64 of 293

KMART CORPORATION

| ORDER DATE : 01-MAY-2018 | ORDER NO : D684D | | KMS KATHLEEN MCENTIRE |
| --- | --- | --- | --- |

**ITEM CODE:** 89007199925B

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 4990811-4 | | | | | | - | | | | RUBBER | 100% | |
| 5776274-2 | | | | | | - | | | | RUBBER | 100% | |
| 5776275-6 | | | | | | - | | | | RUBBER | 100% | |
| 5776276-7 | | | | | | - | | | | RUBBER | 100% | |
| 5776277-5 | | | | | | - | | | | RUBBER | 100% | |
| 5776278-3 | | | | | | - | | | | RUBBER | 100% | |

**ITEM CODE:** 89007196001T

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 4990811-4 | | | | | | - | | | | RUBBER | 100% | |
| 5776274-2 | | | | | | - | | | | RUBBER | 100% | |
| 5776275-6 | | | | | | - | | | | RUBBER | 100% | |
| 5776276-7 | | | | | | - | | | | RUBBER | 100% | |
| 5776278-3 | | | | | | - | | | | RUBBER | 100% | |

**ITEM CODE:** 89007199925B       **ITEM:** THUNDER RED THUNDER RED REBUY CO

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
| --- | --- | --- | --- | --- | --- | --- | --- |
| SUB KSN DESC: THUNDER SZ 11 | 4990811-4 | RED | 11.0 | 1 | 8.950 | 29.99 | 721596046514 |
| SUB KSN DESC: THUNDER FUNPACK SZ 6 | 5776274-2 | RED | 6.0 | 2 | 8.950 | 29.99 | 721596037253 |
| SUB KSN DESC: THUNDER FUNPACK SZ 7 | 5776275-6 | RED | 7.0 | 1 | 8.950 | 29.99 | 721596037277 |
| SUB KSN DESC: THUNDER FUNPACK SZ 8 | 5776276-7 | RED | 8.0 | 1 | 8.950 | 29.99 | 721596037291 |
| SUB KSN DESC: THUNDER FUNPACK SZ 9 | 5776277-5 | RED | 9.0 | 3 | 8.950 | 29.99 | 721596037314 |
| SUB KSN DESC: THUNDER FUNPACK SZ 10 | 5776278-3 | RED | 10.0 | 4 | 8.950 | 29.99 | 721596037338 |
| | | | TOTAL | 12 | 107.400 | 359.88 | |

**ITEM CODE:** 89007196001T       **ITEM:** THUNDER RED THUNDER RED REBUY CO

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
| --- | --- | --- | --- | --- | --- | --- | --- |
| SUB KSN DESC: THUNDER SZ 11 | 4990811-4 | RED | 11.0 | 2 | 8.950 | 29.99 | 721596046514 |
| SUB KSN DESC: THUNDER FUNPACK SZ 6 | 5776274-2 | RED | 6.0 | 1 | 8.950 | 29.99 | 721596037253 |
| SUB KSN DESC: THUNDER FUNPACK SZ 8 | 5776276-7 | RED | 8.0 | 1 | 8.950 | 29.99 | 721596037291 |
| SUB KSN DESC: THUNDER FUNPACK SZ 9 | 5776277-5 | RED | 9.0 | 7 | 8.950 | 29.99 | 721596037314 |
| SUB KSN DESC: THUNDER FUNPACK SZ 10 | 5776278-3 | RED | 10.0 | 4 | 8.950 | 29.99 | 721596037338 |
| | | | TOTAL | 15 | 134.250 | 449.85 | |

---

**ADDITIONAL CONDITIONS**

**FOR ITEM 89007199925B**
IF I-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 89007196001T**
GCC FORM REQUIRED

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR-- KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE "SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIES)ACCEPT THE "SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION

UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING. INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY, THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1) TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =2% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR.AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.

ANTIDUMPING CLAUSE:

VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDY FOR MERCHANDISE.ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.

---

| ORDER DATE : 01-MAY-2018 | ORDER NO : D684D | KMS KATHLEEN MCENTIRE |
| --- | --- | --- |

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
_____
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO/PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).
_____
QUANTITY DISCREPANCIES
ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE TOTAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
_____
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
_____
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

---

## COMMERCIAL INVOICE

Page 1 of 2
DATE : July 17, 2018
INVOICE NO : 20182076PHN2

5544
ARCA INDUSTRIAL (NJ) INC.
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM  Shanghai, China         SHIPPED TO  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS: | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
| --- | --- | --- | --- | --- | --- | --- |
| KMART | D684D | THUNDER RED THUNDER RED REBUY CO | 26 | 26 | 107.400 USD | 2,792.40 USD |
| ITEM: | | | CARTONS | AST | | AST |
| MADE IN | 89007199925B | | | | | |
| CONTENTS | CHINA (MAINLAND) | | | | | |
| | 1 ASSORTMENT | DESCRIPTION OF TYPE OF SHOE THUNDER RAINBOOT | | | | |
| | | GENDER WOMEN | | | | |
| | | UPPER MATERIAL IN PERCENT  100% RUBBER UPPER | | | | |
| | | OUTER SOLE MATERIAL IN PERCENT  100% RUBBER OUTSOLE WITH LEATHER | | | | |
| | | TYPE OF CONSTRUCTION  VULCANIZED | | | | |
| | | COVERING THE ANKLE AND / OR ABOVE THE ANKLE (YES OR NO) OVER ANKLE | | | | |
| | | SIZE RANGE WO'S 5-11# | | | | |
| | | COMMISSION PERCENTAGE  5% | | | | |
| | | COMMISSION PAYABLE TO  ISTC - NOT DUTIABLE | | | | |
| | | COMMISSION IS INCLUDED IN FIRST COST? NO | | | | |
| | | ROYALTY FOR TRADEMARK NAME? N/A | | | | |
| | | HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT?  1 | | | | |
| | CONTRACT NO : | D684D | REFERENCE NO : | 101 | | |
| | DC CODE | CHA | DEPARTMENT NO : | 035 | | |
| | DIVISION NO | Division 4 | VENDOR NO : | 5544 | | |
| | VENDOR ITEM CODE | 10525 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | | |
| | BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | | |
| | FACTORY NO : | 062744 | | | | |
| | KAHUA GOLDMAN SHOES MAKING FACTORY | | | | | |
| | NO. 1, INDUSTRIAL PARK, QINCHANG | | | | | |
| | TOWNSHIP, KAHUA COUNTY | | | | | |
| | QUZHOU | | | | | |
| | ZHEJIANG | | | | | |
| | China | | | | | |
| | FTY MID NO. | CNKAIGOLYGUZ | | | | |
| KMART | D684D | THUNDER RED THUNDER RED REBUY CO | 21 | 21 | 134.250 USD | 2,819.25 USD |
| ITEM: | | | CARTONS | AST | | AST |
| MADE IN | 89007196001T | | | | | |
| CONTENTS | CHINA (MAINLAND) | | | | | |
| | 1 ASSORTMENT | DESCRIPTION OF TYPE OF SHOE THUNDER RAINBOOT | | | | |
| | | GENDER WOMEN | | | | |
| | | UPPER MATERIAL IN PERCENT  100% RUBBER UPPER | | | | |
| | | OUTER SOLE MATERIAL IN PERCENT  100% RUBBER OUTSOLE WITH LEATHER | | | | |
| | | TYPE OF CONSTRUCTION  VULCANIZED | | | | |
| | | COVERING THE ANKLE AND / OR ABOVE THE ANKLE (YES OR NO) OVER ANKLE | | | | |
| | | SIZE RANGE WO'S 5-11# | | | | |
| | | COMMISSION PERCENTAGE  5% | | | | |
| | | COMMISSION PAYABLE TO  ISTC - NOT DUTIABLE | | | | |
| | | COMMISSION IS INCLUDED IN FIRST COST? NO | | | | |
| | | ROYALTY FOR TRADEMARK NAME? N/A | | | | |
| | | HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT?  1 | | | | |

## COMMERCIAL INVOICE (Page 1 of 1)

INVOICE NO: 201620799PPO

5544
ARCA INDUSTRIAL (N.I) INC.
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB China

| | | | |
|---|---|---|---|
| CONTRACT NO. | D684D | REFERENCE NO. | 101 |
| DC CODE | CHA | DEPARTMENT NO. | 035 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 |
| VENDOR ITEM CODE | 30525 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO. 062746
KAIHUA GOLDMAN SHOESMAKING FACTORY
NO. 1, INDUSTRIAL PARK, QINGYANG
TOWNSHIP, KAIHUA COUNTY
QUZHOU
ZHEJIANG
China
FTY MID NO. CNKAIGOL1QUZ

PAYMENT TERM       Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER       OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | AMOUNT (US$) |
|---|---|---|---|
| TOTAL INVOICE | | 47 ASSORTMENTS | 5,611.65   USD |

TOTAL US DOLLARS FIVE THOUSAND SIX HUNDRED ELEVEN DOLLARS AND SIXTY-FIVE CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

ARCA INDUSTRIAL (N.I) INC.
EMPLOYEE NAME _____
EMPLOYEE TITLE _____

---

## COMMERCIAL INVOICE

Page 1 of 2
DATE:  July 17, 2018
INVOICE NO:  201620799009

5544
ARCA INDUSTRIAL (N.I) INC.
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | D684D | THUNDER RED THUNDER RED REBUY CO | 24 | 24 | 107.400  USD | 2,577.60  USD |
| | | | CARTONS | AST | | AST |
| ITEM: | 890017V99058 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE THUNDER RAINBOOT
GENDER WOMEN
UPPER MATERIAL IN PERCENT  100% RUBBER UPPER
OUTER SOLE MATERIAL IN PERCENT  100% RUBBER OUTSOLE WITH LEATHER
TYPE OF CONSTRUCTION  VULCANIZED
COVERING THE ANKLE AND / OR ABOVE THE ANKLE (YES OR NO) OVER ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE  5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST? NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT?  1

| | | | |
|---|---|---|---|
| CONTRACT NO. | D684D | REFERENCE NO. | 102 |
| DC CODE | MIR | DEPARTMENT NO. | 035 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 |
| VENDOR ITEM CODE | 30525 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO. 062746
KAIHUA GOLDMAN SHOESMAKING FACTORY
NO. 1, INDUSTRIAL PARK, QINGYANG
TOWNSHIP, KAIHUA COUNTY
QUZHOU
ZHEJIANG
China
FTY MID NO. CNKAIGOL1QUZ

| KMART | D684D | THUNDER RED THUNDER RED REBUY CO | 19 | 19 | 134.250  USD | 2,550.75  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | | AST |
| ITEM: | 890017V60017 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE THUNDER RAINBOOT
GENDER WOMEN
UPPER MATERIAL IN PERCENT  100% RUBBER UPPER
OUTER SOLE MATERIAL IN PERCENT  100% RUBBER OUTSOLE WITH LEATHER
TYPE OF CONSTRUCTION  VULCANIZED
COVERING THE ANKLE AND / OR ABOVE THE ANKLE (YES OR NO) OVER ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE  5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST? NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT?  1

---

## COMMERCIAL INVOICE

Page 2 of 2
DATE:  July 17, 2018
INVOICE NO:  201620799009

5544
ARCA INDUSTRIAL (N.I) INC.
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB China

| | | | |
|---|---|---|---|
| CONTRACT NO. | D684D | REFERENCE NO. | 102 |
| DC CODE | MIR | DEPARTMENT NO. | 035 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 |
| VENDOR ITEM CODE | 30525 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO. 062746
KAIHUA GOLDMAN SHOESMAKING FACTORY
NO. 1, INDUSTRIAL PARK, QINGYANG
TOWNSHIP, KAIHUA COUNTY
QUZHOU
ZHEJIANG
China
FTY MID NO. CNKAIGOL1QUZ

PAYMENT TERM       Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER       OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | AMOUNT (US$) |
|---|---|---|---|
| TOTAL INVOICE | 43 | 43 ASSORTMENTS | 5,128.35   USD |

TOTAL US DOLLARS FIVE THOUSAND ONE HUNDRED TWENTY-EIGHT DOLLARS AND THIRTY-FIVE CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

ARCA INDUSTRIAL (N.I) INC.
EMPLOYEE NAME _____
EMPLOYEE TITLE _____

---



KMART  D689L

Page : 2

KMART CORPORATION

PURCHASE ORDER

| ORDER DATE : 04-JUN-2018 | ORDER NO : D6#PL | BUYER : TC4 TIM CARLSON |
| DIV : Division 4 | DEPT NO : 035 | |

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
| NAME | ABCA INDUSTRIAL (NJ) INC |
| ADDRESS | 3 KELLOGG COURT |
| | SUITE # 2 |
| | EDISON |
| | NJ |
| COUNTRY | United States |
| EMAIL | arcany@net.com |
| VENDOR NBR | 5544 |
| TELEPHONE | 732-229-0450 |
| DUNS NBR | 548826 |
| FDA REG # | |

| TOTAL COST OF ORDER USD | |
| $44,250.00 | |
| PAYMENT TO BE MADE BY: | |
| ( ) MULTIPLE PAYMENT TYPES | |
| ( X ) CHECK/WIRE TRANSFER | |
| | Amount USD 44,250.00 |
| ( ) FREE GOODS | |
| | Amount USD 0.00 |
| ( ) LETTER OF CREDIT | |
| | Amount USD 0.00 |
| | LC # |
| | TRANSFERABLE: |
| | BANK: |
| PAYMENT TERMS: | 59 (days) |

| FOREIGN AGENT OFFICE: | KXFTWR | KMART/SEARS FOOTWEAR CONTRACTS |
| FOREIGN SUPPORT OFFICE: | RKKFTWR | KMART AND SEARS FOOTWEAR |
| PRODUCTION COUNTRY: | PINTLS | INTERNATIONAL SEAWAY |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNNGB18 |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Ningbo, China |

FACTORY DETAILS:

| FACTORY NBR: | 1034#F |
| NAME | WENZHOU EASILY SHOES CO LTD |
| ADDRESS | NO.35 JINHUI ROAD SHANGHUI |
| | LOUQIAO OUHAI |
| | WENZHOU |
| | ZHEJIANG |
| COUNTRY | China |
| TEL | 1389652065S |
| EMAIL | arcain@mail.online.sh.cn |
| MID | CNWENEASJSWEN |

---

KMART CORPORATION

ORDER NO : D6#PL

TC4 TIM CARLSON

Page : 2

| | | DESCRIPTION |
| ITEM CODE: 6200Y7034096 | SEASON/YEAR: 5 WINTER 2018 | LEARY BROWN PK 1 |
| | SUB SEASON: 50 WINTER | |
| I 20F 5/CARTON UPC: 072159885396J8 | CAT/SUB-CAT: 6202 | |
| STYLE: 2034/7 | TRADEMARK: NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: NORTHWEST TERRITORY | COPYRIGHT REG. NO.: | |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
| PER AST | PER CARTON | $479.88 | 112 | 112 | $14,179.20 |
| $526.600 | $526.600 | | | | |

| | KGS: 22.500 | CBM: 0.155223 | AST PER INNER | 1 |
| PER CARTON | LBS: 49.600 | CU. FT.: 5.482 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 26.4" X W 26.0" X H 13.0" | | CASEPACK | | |

| QUOTA CAT#: RNONE | | CASE # | FACTORY | EXPORTER |
| SPECIAL TRADE INDICATOR: | | ANTI-DUMPING: | | |
| | | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

POLY BAG

| | | | S H I P P I N G   S C H E D U L E | | | | | | |
| REFERENCE (PO)/SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 101 | CHA | CHA | Ocean | 13-AUG-2018 | 27-AUG-2018 | 25-OCT-2018 | B | | 59 | 59 | W |
| 102 | MIR | MIR | Ocean | 14-AUG-2018 | 28-AUG-2018 | 10-OCT-2018 | B | | 53 | 53 | W |

DETAIL DESCRIPTION:

DESCRIPTION OF TYPE OF SHOE: Leary Brown
GENDER: MEN
UPPER MATERIAL IN PERCENT: 90% SUEDE, 10% NYLON
OUTER SOLE MATERIAL IN PERCENT:100% lpr
TYPE OF CONSTRUCTION:
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: YES
SIZE RANGE 7-13 (whole)
COMMISSION PERCENTAGE 5
COMMISSION PAYABLE TO:STC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

OPC:                12

---

KMART CORPORATION

PURCHASE ORDER

Page : 3

| ORDER DATE : 04-JUN-2018 | ORDER NO : D6#PL | TC4 TIM CARLSON |

| | | DESCRIPTION |
| ITEM CODE: 6200Y7035380 | SEASON/YEAR: 5 WINTER 2018 | LEARY BROWN PK 2 |
| | SUB SEASON: 50 WINTER | |
| I 20F 5/CARTON UPC: 072159885397J6a | CAT/SUB-CAT: 6202 | |
| STYLE: 2034/7 | TRADEMARK: NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: NORTHWEST TERRITORY | COPYRIGHT REG. NO.: | |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
| PER AST | PER CARTON | $479.88 | 144 | 144 | $18,230.40 |
| $526.600 | $526.600 | | | | |

| | KGS: 22.500 | CBM: 0.155223 | AST PER INNER | 1 |
| PER CARTON | LBS: 49.600 | CU. FT.: 5.482 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 26.4" X W 26.0" X H 13.0" | | CASEPACK | | |

| QUOTA CAT#: RNONE | | CASE # | FACTORY | EXPORTER |
| SPECIAL TRADE INDICATOR: | | ANTI-DUMPING: | | |
| | | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

POLY BAG

| | | | S H I P P I N G   S C H E D U L E | | | | | | |
| REFERENCE (PO)/SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 101 | CHA | CHA | Ocean | 13-AUG-2018 | 27-AUG-2018 | 25-OCT-2018 | B | | 76 | 76 | W |
| 102 | MIR | MIR | Ocean | 14-AUG-2018 | 28-AUG-2018 | 10-OCT-2018 | B | | 68 | 68 | W |

DETAIL DESCRIPTION:

DESCRIPTION OF TYPE OF SHOE: Leary Brown
GENDER: MEN
UPPER MATERIAL IN PERCENT: 90% SUEDE, 10% NYLON
OUTER SOLE MATERIAL IN PERCENT:100% lpr
TYPE OF CONSTRUCTION:
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: YES
SIZE RANGE 7-13 (whole)
COMMISSION PERCENTAGE 5
COMMISSION PAYABLE TO:STC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

OPC:                12

---

KMART CORPORATION

PURCHASE ORDER

Page : 4

| ORDER DATE : 04-JUN-2018 | ORDER NO : D6#PL | TC4 TIM CARLSON |

| | | DESCRIPTION |
| ITEM CODE: 6200Y7036008 | SEASON/YEAR: 5 WINTER 2018 | LEARY BROWN PK 3 |
| | SUB SEASON: 50 WINTER | |
| I 20F 5/CARTON UPC: 072159885398J74 | CAT/SUB-CAT: 6202 | |
| STYLE: 2034/7 | TRADEMARK: NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: NORTHWEST TERRITORY | COPYRIGHT REG. NO.: | |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
| PER AST | PER CARTON | $479.88 | 94 | 94 | $11,900.40 |
| $526.600 | $526.600 | | | | |

| | KGS: 22.500 | CBM: 0.155223 | AST PER INNER | 1 |
| PER CARTON | LBS: 49.600 | CU. FT.: 5.482 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 26.4" X W 26.0" X H 13.0" | | CASEPACK | | |

| QUOTA CAT#: RNONE | | CASE # | FACTORY | EXPORTER |
| SPECIAL TRADE INDICATOR: | | ANTI-DUMPING: | | |
| | | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

POLY BAG

| | | | S H I P P I N G   S C H E D U L E | | | | | | |
| REFERENCE (PO)/SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 101 | CHA | CHA | Ocean | 13-AUG-2018 | 27-AUG-2018 | 25-OCT-2018 | B | | 50 | 50 | W |
| 102 | MIR | MIR | Ocean | 14-AUG-2018 | 28-AUG-2018 | 10-OCT-2018 | B | | 44 | 44 | W |

DETAIL DESCRIPTION:

DESCRIPTION OF TYPE OF SHOE: Leary Brown
GENDER: MEN
UPPER MATERIAL IN PERCENT: 90% SUEDE, 10% NYLON
OUTER SOLE MATERIAL IN PERCENT:100% lpr
TYPE OF CONSTRUCTION:
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: YES
SIZE RANGE 7-13 (whole)
COMMISSION PERCENTAGE 5
COMMISSION PAYABLE TO:STC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

OPC:                12

**KMART CORPORATION**

Page : 6

| ORDER DATE : 04-JUN-2018 | ORDER NO : D6PIL | | TC4  TIM CARLSON |

ITEM CODE : 6200YF034496

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9703484-7 | | | | | - | | | | | LEATHER | 100% | |
| 9703485-4 | | | | | - | | | | | LEATHER | 100% | |
| 9703486-2 | | | | | - | | | | | LEATHER | 100% | |
| 9703487-0 | | | | | - | | | | | LEATHER | 100% | |
| 9703488-8 | | | | | - | | | | | LEATHER | 100% | |

ITEM CODE : 6200YF035380

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9703485-4 | | | | | - | | | | | LEATHER | 100% | |
| 9703486-2 | | | | | - | | | | | LEATHER | 100% | |
| 9703487-0 | | | | | - | | | | | LEATHER | 100% | |
| 9703488-8 | | | | | - | | | | | LEATHER | 100% | |
| 9703490-4 | | | | | - | | | | | LEATHER | 100% | |
| 9703491-2 | | | | | - | | | | | LEATHER | 100% | |

ITEM CODE : 6200YF036008

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9703485-4 | | | | | - | | | | | LEATHER | 100% | |
| 9703486-2 | | | | | - | | | | | LEATHER | 100% | |
| 9703487-0 | | | | | - | | | | | LEATHER | 100% | |
| 9703488-8 | | | | | - | | | | | LEATHER | 100% | |
| 9703490-4 | | | | | - | | | | | LEATHER | 100% | |
| 9703491-2 | | | | | - | | | | | LEATHER | 100% | |

ITEM CODE : 6200YF034496   ITEM: LEARY BROWN PK 1

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: LEARY BROWN SZ 7 | 9703484-7 | BROWN | 7.0 | 1 | 10.550 | 34.99 | 721596053895 |
| SUB KSN DESC: LEARY BROWN SZ 8 | 9703485-4 | BROWN | 8.0 | 3 | 10.550 | 34.99 | 721596053901 |
| SUB KSN DESC: LEARY BROWN SZ 9 | 9703486-2 | BROWN | 9.0 | 4 | 10.550 | 34.99 | 721596053918 |
| SUB KSN DESC: LEARY BROWN SZ 10 | 9703487-0 | BROWN | 10.0 | 3 | 10.550 | 34.99 | 721596053925 |
| SUB KSN DESC: LEARY BROWN SZ 11 | 9703488-8 | BROWN | 11.0 | 1 | 10.550 | 34.99 | 721596053932 |
| | | | TOTAL | 12 | 126.600 | 419.88 | |

ITEM CODE : 6200YF035380   ITEM: LEARY BROWN PK 2

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: LEARY BROWN SZ 8 | 9703485-4 | BROWN | 8.0 | 2 | 10.550 | 34.99 | 721596053901 |
| SUB KSN DESC: LEARY BROWN SZ 9 | 9703486-2 | BROWN | 9.0 | 2 | 10.550 | 34.99 | 721596053918 |
| SUB KSN DESC: LEARY BROWN SZ 10 | 9703487-0 | BROWN | 10.0 | 4 | 10.550 | 34.99 | 721596053925 |
| SUB KSN DESC: LEARY BROWN SZ 11 | 9703488-8 | BROWN | 11.0 | 2 | 10.550 | 34.99 | 721596053932 |
| SUB KSN DESC: LEARY BROWN SZ 12 | 9703490-4 | BROWN | 12.0 | 1 | 10.550 | 34.99 | 721596053949 |
| SUB KSN DESC: LEARY BROWN SZ 13 | 9703491-2 | BROWN | 13.0 | 1 | 10.550 | 34.99 | 721596053956 |
| | | | TOTAL | 12 | 126.600 | 419.88 | |

---

Page : 6

| ORDER DATE : 04-JUN-2018 | ORDER NO : D6PIL | | TC4  TIM CARLSON |

ITEM CODE : 6200YF036008   ITEM: LEARY BROWN PK 3

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: LEARY BROWN SZ 8 | 9703485-4 | BROWN | 8.0 | 1 | 10.550 | 34.99 | 721596053901 |
| SUB KSN DESC: LEARY BROWN SZ 9 | 9703486-2 | BROWN | 9.0 | 2 | 10.550 | 34.99 | 721596053918 |
| SUB KSN DESC: LEARY BROWN SZ 10 | 9703487-0 | BROWN | 10.0 | 4 | 10.550 | 34.99 | 721596053925 |
| SUB KSN DESC: LEARY BROWN SZ 11 | 9703488-8 | BROWN | 11.0 | 2 | 10.550 | 34.99 | 721596053932 |
| SUB KSN DESC: LEARY BROWN SZ 12 | 9703490-4 | BROWN | 12.0 | 2 | 10.550 | 34.99 | 721596053949 |
| SUB KSN DESC: LEARY BROWN SZ 13 | 9703491-2 | BROWN | 13.0 | 1 | 10.550 | 34.99 | 721596053956 |
| | | | TOTAL | 12 | 126.600 | 419.88 | |

ADDITIONAL CONDITIONS

FOR ITEM 6200YF034496
IF I-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

FOR ITEM 6200YF035380
IF I-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

FOR ITEM 6200YF036008
IF I-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

---

**KMART CORPORATION**          PURCHASE ORDER

Page : 7

| ORDER DATE : 04-JUN-2018 | ORDER NO : D6PIL | | TC4  TIM CARLSON |

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR-- KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE "SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIES)O ACCEPT THE "SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS PURCHASE ORDER ('ORDER') SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION

UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY, THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE (1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
 - 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
 - 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
 - 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR.AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.

ANTIDUMPING CLAUSE:

VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANY?
WARRANTED MERCHANDISE.

INCREASE IN FREIGHT CHARGES
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 5% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY

LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

---

**KMART CORPORATION**          PURCHASE ORDER

Page : 8

| ORDER DATE : 04-JUN-2018 | ORDER NO : D6PIL | | TC4  TIM CARLSON |

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HEREAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS 'EXCESS MERCHANDISE')WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE , THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.

THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO

SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE.

## Top Left — COMMERCIAL INVOICE (Page 1 of 3)

**COMMERCIAL INVOICE**

DATE: July 17, 2018
INVOICE NO.: 2018207900?1

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB China

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| KMART | D689L | LEARY BROWN PK 1 | 59 | 59 | 126.400  USD | 7,649.40  USD |
| | | | CARTONS | AST | | AST |

ITEM: 620097034896
MADE IN: CHINA (MAINLAND)
CONTENTS: 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: Leary Brown
GENDER: MEN
UPPER MATERIAL IN PERCENT: 90% COW SUEDE, 10% NYLON
OUTER SOLE MATERIAL IN PERCENT:100% tpr
TYPE OF CONSTRUCTION:
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: YES
SIZE RANGE:7-13 (whole)
COMMISSION PERCENTAGE: 5
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

CONTRACT NO.: D689L
DC CODE: CHA
DIVISION NO.: Division 4
VENDOR ITEM CODE: 20367
BINDING RULING # OR PRECLASS #:

REFERENCE NO.: 101
DEPARTMENT NO.: 035
VENDOR NO.: 5544
COUNTRY OF ORIGIN: CHINA (MAINLAND)
CATEGORY: RNONE

FACTORY NO.: 103669
WENZHOU EASILY SHOES CO LTD
NO 30 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.: CNWENEAS35WEN

| KMART | D689L | LEARY BROWN PK 2 | 76 | 76 | 126.600  USD | 9,621.60  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | | AST |

ITEM: 620097035380
MADE IN: CHINA (MAINLAND)
CONTENTS: 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: Leary Brown
GENDER: MEN
UPPER MATERIAL IN PERCENT: 90% COW SUEDE, 10% NYLON
OUTER SOLE MATERIAL IN PERCENT:100% tpr
TYPE OF CONSTRUCTION:
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: YES
SIZE RANGE:7-13 (whole)
COMMISSION PERCENTAGE: 5
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

## Top Right — COMMERCIAL INVOICE (Page 2 of 3)

**COMMERCIAL INVOICE**

DATE: July 17, 2018
INVOICE NO.: 2018207900?1

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB China

CONTRACT NO.: D689L
DC CODE: CHA
DIVISION NO.: Division 4
VENDOR ITEM CODE: 20367
BINDING RULING # OR PRECLASS #:

REFERENCE NO.: 101
DEPARTMENT NO.: 035
VENDOR NO.: 5544
COUNTRY OF ORIGIN: CHINA (MAINLAND)
CATEGORY: RNONE

FACTORY NO.: 103669
WENZHOU EASILY SHOES CO LTD
NO 30 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.: CNWENEAS35WEN

| KMART | D689L | LEARY BROWN PK 3 | 50 | 50 | 126.600  USD | 6,330.00  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | | AST |

ITEM: 620097036008
MADE IN: CHINA (MAINLAND)
CONTENTS: 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: Leary Brown
GENDER: MEN
UPPER MATERIAL IN PERCENT: 90% COW SUEDE, 10% NYLON
OUTER SOLE MATERIAL IN PERCENT:100% tpr
TYPE OF CONSTRUCTION:
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: YES
SIZE RANGE:7-13 (whole)
COMMISSION PERCENTAGE: 5
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

CONTRACT NO.: D689L
DC CODE: CHA
DIVISION NO.: Division 4
VENDOR ITEM CODE: 20367
BINDING RULING # OR PRECLASS #:

REFERENCE NO.: 101
DEPARTMENT NO.: 035
VENDOR NO.: 5544
COUNTRY OF ORIGIN: CHINA (MAINLAND)
CATEGORY: RNONE

FACTORY NO.: 103669
WENZHOU EASILY SHOES CO LTD
NO 30 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.: CNWENEAS35WEN

PAYMENT TERM: Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER: OPEN ACCOUNT

## Bottom Left — COMMERCIAL INVOICE (Page 3 of 3)

**COMMERCIAL INVOICE**

DATE: July 17, 2018
INVOICE NO.: 2018207900?1

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB China

| | | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|---|
| TOTAL INVOICE | | 185 | 185 | ASSORTMENTS | 23,421.00  USD |

TOTAL US DOLLARS TWENTY-THREE THOUSAND FOUR HUNDRED TWENTY-ONE DOLLARS AND ZERO CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

ARCA INDUSTRIAL (NJ) INC

EMPLOYEE NAME
EMPLOYEE TITLE

## Bottom Right — COMMERCIAL INVOICE (Page 1 of 3)

**COMMERCIAL INVOICE**

DATE: July 17, 2018
INVOICE NO.: 2018207901?9

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB China

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| KMART | D689L | LEARY BROWN PK 1 | 53 | 53 | 126.600  USD | 6,709.80  USD |
| | | | CARTONS | AST | | AST |

ITEM: 620097034896
MADE IN: CHINA (MAINLAND)
CONTENTS: 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: Leary Brown
GENDER: MEN
UPPER MATERIAL IN PERCENT: 90% COW SUEDE, 10% NYLON
OUTER SOLE MATERIAL IN PERCENT:100% tpr
TYPE OF CONSTRUCTION:
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: YES
SIZE RANGE:7-13 (whole)
COMMISSION PERCENTAGE: 5
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

CONTRACT NO.: D689L
DC CODE: MIR
DIVISION NO.: Division 4
VENDOR ITEM CODE: 20367
BINDING RULING # OR PRECLASS #:

REFERENCE NO.: 102
DEPARTMENT NO.: 035
VENDOR NO.: 5544
COUNTRY OF ORIGIN: CHINA (MAINLAND)
CATEGORY: RNONE

FACTORY NO.: 103669
WENZHOU EASILY SHOES CO LTD
NO 30 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.: CNWENEAS35WEN

| KMART | D689L | LEARY BROWN PK 2 | 68 | 68 | 126.600  USD | 8,608.80  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | | AST |

ITEM: 620097035380
MADE IN: CHINA (MAINLAND)
CONTENTS: 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: Leary Brown
GENDER: MEN
UPPER MATERIAL IN PERCENT: 90% COW SUEDE, 10% NYLON
OUTER SOLE MATERIAL IN PERCENT:100% tpr
TYPE OF CONSTRUCTION:
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: YES
SIZE RANGE:7-13 (whole)
COMMISSION PERCENTAGE: 5
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1





**COMMERCIAL INVOICE**

Page 1 of 1

DATE : July 17, 2018
INVOICE NO.: 20182207R01SH

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

SHIPPED FROM : Ningbo, China    SHIPPED TO : Mira Loma , CA
MODE OF TRANSPORTATION : Ocean

FOB China

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 145 | 145 ASSORTMENTS | | 20,889.00  USD |

TOTAL US DOLLARS TWENTY THOUSAND EIGHT HUNDRED EIGHTY NINE DOLLARS AND ZERO CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

ARCA INDUSTRIAL (NJ) INC
EMPLOYEE NAME _____
EMPLOYEE TITLE _____

---

**KMART  D689N**

---

KMART CORPORATION

**PURCHASE ORDER**

Page : 1

| ORDER DATE : 04-JUN-2018 | ORDER NO : D689N | BUYER : TC4  TIM CARLSON |
|---|---|---|
| DIV : Division 4 | DEPT NO : 035 | |

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | ARCA INDUSTRIAL (NJ) INC |
| ADDRESS | 3 KELLOGG COURT SUITE # 2 EDISON NJ |
| COUNTRY | United States |
| EMAIL | arcany@aol.com |
| VENDOR NBR | 5544 |
| TELEPHONE | 732-339-0450 |
| DUNS NBR | 548826 |
| FDA REG # | |

TOTAL COST OF ORDER USD
$50,640.00
PAYMENT TO BE MADE BY :
( ) MULTIPLE PAYMENT TYPES
(X) CHECK/WIRE TRANSFER
Amount USD  50,640.00
( ) FREE GOODS
Amount USD  0.00
( ) LETTER OF CREDIT
Amount USD  0.00
LC #
TRANSFERABLE :
BANK
PAYMENT TERMS: 59  (days)

| FOREIGN AGENT OFFICE | KKFTWR | KMART/SEARS FOOTWEAR CONTRACTS |
|---|---|---|
| FOREIGN SUPPORT OFFICE | RKKFTWR | KMART AND SEARS FOOTWEAR |
| PRODUCTION COUNTRY | PINTLS | INTERNATIONAL SEAWAY |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
|---|---|
| EMBARKGO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNNGB1B |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Ningbo, China |

FACTORY DETAILS:

| FACTORY NBR: | 1036M |
|---|---|
| NAME | WENZHOU EASILY SHOES CO LTD |
| ADDRESS | NO 35 JINHUI ROAD SHANGHUI LOUQIAO OUHAI WENZHOU ZHEJIANG |
| COUNTRY | China |
| TEL | 13856520655 |
| EMAIL | arcash@mail.online.sh.cn |
| MID | CNWENEASLYSWEN |

## Page 1

KMART CORPORATION

PURCHASE ORDER                                           Page : 3

| ORDER DATE : 04-JUN-2018 | ORDER NO : D609N | | TC4  TIM CARLSON |

ITEM CODE: 6200970J6073

SEASON/YEAR: 5-WINTER 2018
SUB SEASON: 50-WINTER
CAT/SUB-CAT: 6202
TRADEMARK: NONE

DESCRIPTION
LEARY GREY PK 1

I 2OF 5/CARTON UPC: 0721598053368
STYLE: 20367
BRAND NAME: NORTHWEST TERRITORY
INTL COMMODY CODE: GDSM

COPYRIGHT REG. NO.:
MLTP CARTON NO: 001

SEARS DIV            SEARS ITEM            SEARS SKU

| | FOB PRICE | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $419.88 | 128 | 128 | $16,204.80 |
| $126.400 | $126.400 | | | | |

KGS: 22.500
LBS: 49.600
CBM: 0.155223
CU. FT.: 5.482
PACKING INSTRUCTION:
CASEPACK

AST PER INNER            1
AST PER MASTER SHIPPING CTN  1

PER CARTON
OUTER CARTON DIMENSIONS
L 26.4" X W 26.0" X H 13.0"

QUOTA CAT#: RNONE
SPECIAL TRADE INDICATOR:

CASE #            FACTORY            EXPORTER
ANTI-DUMPING:
COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
POLY BAG

### SHIPPING SCHEDULE

| REFERENCE (PO)/SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 101 | CHA | CHA | Ocean | 27-AUG-2018 | 27-AUG-2018 | 25-OCT-2018 | B | 68 | 68 | W |
| 102 | MIR | MIR | Ocean | 14-AUG-2018 | 28-AUG-2018 | 10-OCT-2018 | B | 60 | 60 | W |

DETAIL DESCRIPTION:
DESCRIPTION OF TYPE OF SHOE: Leary Grey
GENDER: MEN
UPPER MATERIAL IN PERCENT: 90% COW SUEDE, 10% NYLON
OUTER SOLE MATERIAL IN PERCENT:100% tpr
TYPE OF CONSTRUCTION:
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: YES
SIZE RANGE 7-13 (whole)
COMMISSION PERCENTAGE: 5
COMMISSION PAYABLE TO/STC: NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT ?

OPC:            12

## Page 2

KMART CORPORATION

PURCHASE ORDER                                           Page : 3

| ORDER DATE : 04-JUN-2018 | ORDER NO : D609N | | TC4  TIM CARLSON |

ITEM CODE: 6200970J6107

SEASON/YEAR: 5-WINTER 2018
SUB SEASON: 50-WINTER
CAT/SUB-CAT: 6202
TRADEMARK: NONE

DESCRIPTION
LEARY GREY PK 2

I 2OF 5/CARTON UPC: 0721598053726
STYLE: 20367
BRAND NAME: NORTHWEST TERRITORY
INTL COMMODY CODE: GDSM

COPYRIGHT REG. NO.:
MLTP CARTON NO: 001

SEARS DIV            SEARS ITEM            SEARS SKU

| | FOB PRICE | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $419.88 | 164 | 164 | $20,762.40 |
| $126.600 | $126.600 | | | | |

KGS: 22.500
LBS: 49.600
CBM: 0.155223
CU. FT.: 5.482
PACKING INSTRUCTION:
CASEPACK

AST PER INNER            1
INNERS PER OUTER CARTON  1
AST PER MASTER SHIPPING CTN  1

PER CARTON
OUTER CARTON DIMENSIONS
L 26.4" X W 26.0" X H 13.0"

QUOTA CAT#: RNONE
SPECIAL TRADE INDICATOR:

CASE #            FACTORY            EXPORTER
ANTI-DUMPING:
COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
POLY BAG

### SHIPPING SCHEDULE

| REFERENCE (PO)/SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 101 | CHA | CHA | Ocean | 27-AUG-2018 | 27-AUG-2018 | 25-OCT-2018 | B | 87 | 87 | W |
| 102 | MIR | MIR | Ocean | 14-AUG-2018 | 28-AUG-2018 | 10-OCT-2018 | B | 77 | 77 | W |

DETAIL DESCRIPTION:
DESCRIPTION OF TYPE OF SHOE: Leary Grey
GENDER: MEN
UPPER MATERIAL IN PERCENT: 90% COW SUEDE, 10% NYLON
OUTER SOLE MATERIAL IN PERCENT:100% tpr
TYPE OF CONSTRUCTION:
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: YES
SIZE RANGE 7-13 (whole)
COMMISSION PERCENTAGE: 5
COMMISSION PAYABLE TO/STC: NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT ?

OPC:            12

## Page 4

KMART CORPORATION

PURCHASE ORDER                                           Page : 4

| ORDER DATE : 04-JUN-2018 | ORDER NO : D609N | | TC4  TIM CARLSON |

ITEM CODE: 6200970J7014

SEASON/YEAR: 5-WINTER 2018
SUB SEASON: 50-WINTER
CAT/SUB-CAT: 6202
TRADEMARK: NONE

DESCRIPTION
LEARY GREY PK 3

I 2OF 5/CARTON UPC: 0721598053984
STYLE: 20367
BRAND NAME: NORTHWEST TERRITORY
INTL COMMODY CODE: GDSM

COPYRIGHT REG. NO.:
MLTP CARTON NO: 001

SEARS DIV            SEARS ITEM            SEARS SKU

| | FOB PRICE | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $419.88 | 108 | 108 | $13,672.80 |
| $126.600 | $126.600 | | | | |

KGS: 22.500
LBS: 49.600
CBM: 0.155223
CU. FT.: 5.482
PACKING INSTRUCTION:
CASEPACK

AST PER INNER            1
INNERS PER OUTER CARTON  1
AST PER MASTER SHIPPING CTN  1

PER CARTON
OUTER CARTON DIMENSIONS
L 26.4" X W 26.0" X H 13.0"

QUOTA CAT#: RNONE
SPECIAL TRADE INDICATOR:

CASE #            FACTORY            EXPORTER
ANTI-DUMPING:
COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
POLY BAG

### SHIPPING SCHEDULE

| REFERENCE (PO)/SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 101 | CHA | CHA | Ocean | 13-AUG-2018 | 27-AUG-2018 | 25-OCT-2018 | B | 57 | 57 | W |
| 102 | MIR | MIR | Ocean | 14-AUG-2018 | 28-AUG-2018 | 10-OCT-2018 | B | 51 | 51 | W |

DETAIL DESCRIPTION:
DESCRIPTION OF TYPE OF SHOE: Leary Grey
GENDER: MEN
UPPER MATERIAL IN PERCENT: 90% COW SUEDE, 10% NYLON
OUTER SOLE MATERIAL IN PERCENT:100% tpr
TYPE OF CONSTRUCTION:
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: YES
SIZE RANGE 7-13 (whole)
COMMISSION PERCENTAGE: 5
COMMISSION PAYABLE TO/STC: NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT ?

OPC:            12

## Page 5

KMART CORPORATION

PURCHASE ORDER                                           Page : 5

| ORDER DATE : 04-JUN-2018 | ORDER NO : D609N | | TC4  TIM CARLSON |

ITEM CODE: 6200970J6073

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9703601-6 | | | | | | - | | | | LEATHER | 100% | |
| 9703602-4 | | | | | | - | | | | LEATHER | 100% | |
| 9703603-2 | | | | | | - | | | | LEATHER | 100% | |
| 9703604-0 | | | | | | - | | | | LEATHER | 100% | |
| 9703606-5 | | | | | | - | | | | LEATHER | 100% | |

ITEM CODE: 6200970J6107

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9703602-4 | | | | | | - | | | | LEATHER | 100% | |
| 9703603-2 | | | | | | - | | | | LEATHER | 100% | |
| 9703604-0 | | | | | | - | | | | LEATHER | 100% | |
| 9703606-5 | | | | | | - | | | | LEATHER | 100% | |
| 9703608-1 | | | | | | - | | | | LEATHER | 100% | |
| 9703609-9 | | | | | | - | | | | LEATHER | 100% | |

ITEM CODE: 6200970J7014

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9703602-4 | | | | | | - | | | | LEATHER | 100% | |
| 9703603-2 | | | | | | - | | | | LEATHER | 100% | |
| 9703604-0 | | | | | | - | | | | LEATHER | 100% | |
| 9703606-5 | | | | | | - | | | | LEATHER | 100% | |
| 9703608-1 | | | | | | - | | | | LEATHER | 100% | |
| 9703609-9 | | | | | | - | | | | LEATHER | 100% | |

ITEM CODE: 6200970J6073          ITEM: LEARY GREY PK 1

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB #:SN DESC: LEARY GREY SZ 7 | 9703601-6 | GREY | 7.0 | 1 | 10.550 | 34.99 | 721598053697 |
| SUB #:SN DESC: LEARY GREY SZ 8 | 9703602-4 | GREY | 8.0 | 2 | 10.550 | 34.99 | 721598053703 |
| SUB #:SN DESC: LEARY GREY SZ 9 | 9703603-2 | GREY | 9.0 | 4 | 10.550 | 34.99 | 721598053710 |
| SUB #:SN DESC: LEARY GREY SZ 10 | 9703604-0 | GREY | 10.0 | 3 | 10.550 | 34.99 | 721598053727 |
| SUB #:SN DESC: LEARY GREY SZ 11 | 9703606-5 | GREY | 11.0 | 1 | 10.550 | 34.99 | 721598053734 |
| | | | TOTAL | 12 | 126.600 | 419.88 | |

ITEM CODE: 6200970J6107          ITEM: LEARY GREY PK 2

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB #:SN DESC: LEARY GREY SZ 8 | 9703602-4 | GREY | 8.0 | 2 | 10.550 | 34.99 | 721598053703 |
| SUB #:SN DESC: LEARY GREY SZ 9 | 9703603-2 | GREY | 9.0 | 2 | 10.550 | 34.99 | 721598053710 |
| SUB #:SN DESC: LEARY GREY SZ 10 | 9703604-0 | GREY | 10.0 | 4 | 10.550 | 34.99 | 721598053727 |
| SUB #:SN DESC: LEARY GREY SZ 11 | 9703606-5 | GREY | 11.0 | 2 | 10.550 | 34.99 | 721598053734 |
| SUB #:SN DESC: LEARY GREY SZ 12 | 9703608-1 | GREY | 12.0 | 1 | 10.550 | 34.99 | 721598053741 |
| SUB #:SN DESC: LEARY GREY SZ 13 | 9703609-9 | GREY | 13.0 | 1 | 10.550 | 34.99 | 721598053758 |
| | | | TOTAL | 12 | 126.600 | 419.88 | |

KMART CORPORATION

| ORDER DATE : 04-JUN-2018 | ORDER NO : D&IPN | | TC4  TIM CARLSON |

ITEM CODE: 6200970177014          ITEM: LEARY GREY PK 3

| SUB ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: LEARY GREY SZ 8 | 9703x02-4 | GREY | 8.0 | 1 | 10.550 | 34.99 | 721598053703 |
| SUB KSN DESC: LEARY GREY SZ 9 | 9703x03-2 | GREY | 9.0 | 2 | 10.550 | 34.99 | 721598053710 |
| SUB KSN DESC: LEARY GREY SZ 10 | 9703x04-0 | GREY | 10.0 | 4 | 10.550 | 34.99 | 721598053727 |
| SUB KSN DESC: LEARY GREY SZ 11 | 9703x06-5 | GREY | 11.0 | 2 | 10.550 | 34.99 | 721598053734 |
| SUB KSN DESC: LEARY GREY SZ 12 | 9703x08-1 | GREY | 12.0 | 2 | 10.550 | 34.99 | 721598053741 |
| SUB KSN DESC: LEARY GREY SZ 13 | 9703x09-9 | GREY | 13.0 | 1 | 10.550 | 34.99 | 721598053758 |
| | | TOTAL | | 12 | 126.600 | 419.88 | |

ADDITIONAL CONDITIONS

FOR ITEM 6200970166073
IF I INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

FOR ITEM 6200970026107
IF I INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

FOR ITEM 6200970177014
IF I INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS MANAGEMENT CORPORATION ("SHMC"), SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR-- KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE "SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIES) ACCEPT THE "SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION

UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR HAS OBTAINED THE ADVANCE APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING. INTL MANAGER  AS RECOURSE FOR LATE DELIVERY, THE COMPANY BUYER/SOURCING MANAGER MAY CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR 3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
 - 1 TO 3 DAYS LATE -1% OF SHIPMENT COST
 - 4 TO 5 DAYS LATE -3% OF SHIPMENT COST
 - 6 OR MORE DAYS LATE -5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED BY VENDOR.AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY IN THE EVENT OF ANY CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET FORTH IN THIS ORDER SHALL PREVAIL.

ANTIDUMPING CLAUSE:

VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDY FOR MERCHANDISE ACTIONABLE UNDER U.S. LAW.VENDOR SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANY F WARRANTED MERCHANDISE.
_____
_____
_____
_____
_____

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS OF THE MASTER CARTONS THAT AFFECTS INDUSTRIAL OCEAN FREIGHT AND OVERLAND FREIGHT CHARGES TO COMPANY.

LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE APPROVED IN WRITING BY COMPANY AUTHORIZED PERSONNEL OR AGENT(S)

---

KMART CORPORATION                    PURCHASE ORDER                    Page : 8

| ORDER DATE : 04-JUN-2018 | ORDER NO : D&IPN | | TC4  TIM CARLSON |

QUANTITY DISCREPANCIES:
OVERAGES,ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HEREAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO)HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED,INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE,MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
THE PARTIES AS REFLECTED IN THE PO.

THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO

SHORTAGES,ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE

---

| COMMERCIAL INVOICE | | | |
|---|---|---|---|

Page 1 of 3
DATE : July 17, 2018
INVOICE NO.: 201820790231

5544
ARCA INDUSTRIAL (NJ) INC.
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO        KMART CORPORATION
          3333 Beverly Road
          Hoffman Estates, IL 60179
          US

SHIPPED FROM  Ningbo, China        SHIPPED TO  Chambersburg , PA
MODE OF TRANSPORTATION:  Ocean
                                              FOB China

| MARKS AND NUMBERS: | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (3/5$ PER) |
|---|---|---|---|---|---|---|
| KMART | D&IPN | LEARY GREY PK 1 | 68 | 68 | 126.600  USD | 8,608.80  USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 6200970036073 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | |
| | | DESCRIPTION OF TYPE OF SHOE: Leary Grey | | | | |
| | | GENDER: MEN | | | | |
| | | UPPER MATERIAL IN PERCENT: 90% COW SUEDE, 10% NYLON | | | | |
| | | OUTER SOLE MATERIAL IN PERCENT: 100% tpr | | | | |
| | | TYPE OF CONSTRUCTION: | | | | |
| | | COVERING THE ANKLE AND / OR ABOVE THE ANKLE: YES | | | | |
| | | SIZE RANGE: 7-13 (whole) | | | | |
| | | COMMISSION PERCENTAGE: 5 | | | | |
| | | COMMISSION PAYABLE TO US: NOT DUTIABLE | | | | |
| | | COMMISSION IS INCLUDED IN FIRST COST:NO | | | | |
| | | ROYALTY FOR TRADEMARK NAME: N/A | | | | |
| | | HOW MANY PAIRS WILL BE IN ONE ITEM?SELLING UNIT:1 | | | | |
| | CONTRACT NO.  D&IPN | | REFERENCE NO.  101 | | | |
| | DC CODE  CHA | | DEPARTMENT NO.  035 | | | |
| | DIVISION NO.  Division 4 | | VENDOR NO.  5544 | | | |
| | VENDOR ITEM CODE  20167 | | COUNTRY OF ORIGIN  CHINA (MAINLAND) | | | |
| | BINDING RULING # OR  CATEGORY  RNONE | | | | | |
| | PRECLASS #  | | | | | |
| | FACTORY NO.  10366# | | | | | |
| | WENZHOU EASILY SHOES CO,LTD | | | | | |
| | NO 35 JINHUI ROAD SHANGHUI | | | | | |
| | LOUQIAO OUHAI | | | | | |
| | WENZHOU | | | | | |
| | ZHEJIANG | | | | | |
| | China | | | | | |
| | FTY MID NO.  CNWENEASL35WEN | | | | | |
| KMART | D&IPN | LEARY GREY PK 2 | 87 | 87 | 126.600  USD | 11,014.20  USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 6200970036107 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | |
| | | DESCRIPTION OF TYPE OF SHOE: Leary Grey | | | | |
| | | GENDER: MEN | | | | |
| | | UPPER MATERIAL IN PERCENT: 90% COW SUEDE, 10% NYLON | | | | |
| | | OUTER SOLE MATERIAL IN PERCENT: 100% tpr | | | | |
| | | TYPE OF CONSTRUCTION: | | | | |
| | | COVERING THE ANKLE AND / OR ABOVE THE ANKLE: YES | | | | |
| | | SIZE RANGE:7-13 (whole) | | | | |
| | | COMMISSION PERCENTAGE: 5 | | | | |
| | | COMMISSION PAYABLE TO US: - NOT DUTIABLE | | | | |
| | | COMMISSION IS INCLUDED IN FIRST COST:NO | | | | |
| | | ROYALTY FOR TRADEMARK NAME: N/A | | | | |
| | | HOW MANY PAIRS WILL BE IN ONE ITEM?SELLING UNIT:1 | | | | |

## COMMERCIAL INVOICE (top-left)

**COMMERCIAL INVOICE**

Page 1 of 3
DATE: July 17, 2018
INVOICE NO.: 201620790231

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB China

| CONTRACT NO. | D68PN | REFERENCE NO. | 101 |
| DC CODE | CHA | DEPARTMENT NO. | 035 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 |
| VENDOR ITEM CODE | 20367 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.          103WR
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.          CNWENEAS35WEN

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$) |
|---|---|---|---|---|---|
| KMART | D68PN | LEARY GREY PK 3 | 57 | 57 | 126.A00  USD | 7,216.20  USD |
| | | | CARTONS | AST | AST | |

ITEM:          620070370114
MADE IN          CHINA (MAINLAND)
CONTENTS       1  ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: Leary Grey
GENDER: MEN
UPPER MATERIAL IN PERCENT: 90% COW SUEDE, 10% NYLON
OUTER SOLE MATERIAL IN PERCENT:100% tpr
TYPE OF CONSTRUCTION:
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: YES
SIZE RANGE:7-13 (whole)
COMMISSION PERCENTAGE: 5
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| CONTRACT NO. | D68PN | REFERENCE NO. | 101 |
| DC CODE | CHA | DEPARTMENT NO. | 035 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 |
| VENDOR ITEM CODE | 20367 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.          103WR
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.          CNWENEAS35WEN

PAYMENT TERM          Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER          OPEN ACCOUNT

97 of 293

## COMMERCIAL INVOICE (top-right)

**COMMERCIAL INVOICE**

Page 3 of 3
DATE: July 17, 2018
INVOICE NO.: 201620790231

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB China

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 212 | 212  ASSORTMENTS | | 26,839.20  USD |

TOTAL US DOLLARS TWENTY SIX THOUSAND EIGHT HUNDRED THIRTY NINE DOLLARS AND TWENTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

ARCA INDUSTRIAL (NJ) INC
EMPLOYEE NAME
EMPLOYEE TITLE

98 of 293

## COMMERCIAL INVOICE (bottom-left)

**COMMERCIAL INVOICE**

Page 1 of 3
DATE: July 17, 2018
INVOICE NO.: 201620790255

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$) |
|---|---|---|---|---|---|
| KMART | D68PN | LEARY GREY PK 1 | 60 | 60 | 126.600  USD | 7,596.00  USD |
| | | | CARTONS | AST | AST | |

ITEM:          620070360073
MADE IN          CHINA (MAINLAND)
CONTENTS       1  ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: Leary Grey
GENDER: MEN
UPPER MATERIAL IN PERCENT: 90% COW SUEDE, 10% NYLON
OUTER SOLE MATERIAL IN PERCENT:100% tpr
TYPE OF CONSTRUCTION:
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: YES
SIZE RANGE:7-13 (whole)
COMMISSION PERCENTAGE: 5
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| CONTRACT NO. | D68IN | REFERENCE NO. | 102 |
| DC CODE | MIR | DEPARTMENT NO. | 035 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 |
| VENDOR ITEM CODE | 20367 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.          103869
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.          CNWENEAS35WEN

| KMART | D68IN | LEARY GREY PK 2 | 77 | 77 | 126.600  USD | 9,748.20  USD |
| | | | CARTONS | AST | AST | |

ITEM:          620070360107
MADE IN          CHINA (MAINLAND)
CONTENTS       1  ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: Leary Grey
GENDER: MEN
UPPER MATERIAL IN PERCENT: 90% COW SUEDE, 10% NYLON
OUTER SOLE MATERIAL IN PERCENT:100% tpr
TYPE OF CONSTRUCTION:
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: YES
SIZE RANGE:7-13 (whole)
COMMISSION PERCENTAGE: 5
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

99 of 293

## COMMERCIAL INVOICE (bottom-right)

**COMMERCIAL INVOICE**

Page 2 of 3
DATE: July 17, 2018
INVOICE NO.: 201620790255

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB China

| CONTRACT NO. | D68IN | REFERENCE NO. | 102 |
| DC CODE | MIR | DEPARTMENT NO. | 035 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 |
| VENDOR ITEM CODE | 20367 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.          103869
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.          CNWENEAS35WEN

| KMART | D68IN | LEARY GREY PK 3 | 51 | 51 | 126.600  USD | 6,456.60  USD |
| | | | CARTONS | AST | AST | |

ITEM:          620070370114
MADE IN          CHINA (MAINLAND)
CONTENTS       1  ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: Leary Grey
GENDER: MEN
UPPER MATERIAL IN PERCENT: 90% COW SUEDE, 10% NYLON
OUTER SOLE MATERIAL IN PERCENT:100% tpr
TYPE OF CONSTRUCTION:
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: YES
SIZE RANGE:7-13 (whole)
COMMISSION PERCENTAGE: 5
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| CONTRACT NO. | D68IN | REFERENCE NO. | 102 |
| DC CODE | MIR | DEPARTMENT NO. | 035 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 |
| VENDOR ITEM CODE | 20367 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.          103869
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.          CNWENEAS35WEN

PAYMENT TERM          Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER          OPEN ACCOUNT

100 of 293

## COMMERCIAL INVOICE

INVOICE NO.: 2018200760250

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Ningbo, China    **SHIPPED TO:** Mira Loma , CA
**MODE OF TRANSPORTATION:** Ocean

FOB China

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 198 | 198 | ASSORTMENTS | 23,800.80  USD |

TOTAL US DOLLARS TWENTY-THREE THOUSAND EIGHT HUNDRED DOLLARS AND EIGHTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| ARCA INDUSTRIAL (NJ) INC | |
|---|---|
| EMPLOYEE NAME | |
| EMPLOYEE TITLE | |



**KMART D689Q**

---

KMART CORPORATION

### PURCHASE ORDER

Page : 1

| ORDER DATE : 04-JUN-2018 | ORDER NO : D689Q | BUYER : TC4  TIM CARLSON |
|---|---|---|
| DIV : Division 4 | DEPT NO : 035 | |

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179

**VENDOR**

| NAME | ARCA INDUSTRIAL (NJ) INC |
|---|---|
| ADDRESS | 3 KELLOGG COURT |
| | SUITE # 2 |
| | EDISON |
| | NJ |
| COUNTRY: | United States |
| EMAIL | arcany@fast.com |
| VENDOR NBR | 5544 |
| TELEPHONE | 732-339-0450 |
| DUNS NBR | 548826 |
| FDA REG # | |

| TOTAL COST OF ORDER USD | $18,990.00 |
|---|---|
| PAYMENT TO BE MADE BY : | |
| ( ) MULTIPLE PAYMENT TYPES | |
| ( X ) CHECK/WIRE TRANSFER | |
| | Amount USD  18,990.00 |
| ( ) FREE GOODS | |
| | Amount USD  0.00 |
| ( ) LETTER OF CREDIT | |
| | Amount USD  0.00 |
| | LC # |
| | TRANSFERABLE : |
| | BANK: |
| PAYMENT TERMS: | 59 (days) |

| FOREIGN AGENT OFFICE : | KKFTWR | KMART/SEARS FOOTWEAR CONTRACTS |
|---|---|---|
| FOREIGN SUPPORT OFFICE : | RKKFTWR | KMART AND SEARS FOOTWEAR |
| PRODUCTION COUNTRY: | PNTLS | INTERNATIONAL SEAWAY |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
|---|---|
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNNGB1B |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Ningbo, China |

FACTORY DETAILS:

| FACTORY NBR: | 10366P |
|---|---|
| NAME | WENZHOU EASILY SHOES CO LTD |
| ADDRESS | NO 35 JINHUI ROAD SHANGHUI |
| | LOUGIAO OUHAI |
| | WENZHOU |
| | ZHEJIANG |
| COUNTRY | China |
| TEL | 13806520655 |
| EMAIL | arcanh@mail.online.sh.cn |
| MID | CNWENEASISWEN |

---

KMART CORPORATION

### PURCHASE ORDER

Page : 2

| ORDER DATE : 04-JUN-2018 | ORDER NO : D689Q | TC4  TIM CARLSON |
|---|---|---|

| | | DESCRIPTION |
|---|---|---|
| ITEM CODE: 620097037237 | SEASON/YEAR: 5-WINTER 2018 | SELBY BROWN PK 1 |
| | SUB-SEASON: 50-WINTER | |
| ( 2 OF 5) CARTON UPC: 0721598004069b | CAT/SUB-CAT: 6202 | |
| STYLE: 20368 | TRADEMARK: NONE | SEARS DIV    SEARS ITEM    SEARS SKU |
| BRAND NAME: NORTHWEST TERRITORY | COPYRIGHT REG. NO.: | |
| INTL COMMODITY CODE: 02SM | MLTP CARTON NO: 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $419.88 | 48 | 48 | $4,074.80 |
| $126.600 | $126.600 | | | | |

| PER CARTON | KGS  22.500 | CBM :   0.155223 | AST PER INNER | 1 |
|---|---|---|---|---|
| | LBS.  49.600 | CU. FT.:  5.482 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 26.4" X W 26.0" X H 13.8" | | CASE/PACK | | |

| QUOTA CAT#: PNONE | CASE # | FACTORY | EXPORTER |
|---|---|---|---|
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | |
| | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
POLY BAG

**SHIPPING SCHEDULE**

| REFERENCE (PO)/SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 101 | CHA | CHA | Ocean | 13-AUG-2018 | 27-AUG-2018 | 25-OCT-2018 | B | 25 | 25 | W |
| 102 | MIR | MIR | Ocean | 14-AUG-2018 | 28-AUG-2018 | 10-OCT-2018 | B | 23 | 23 | W |

DETAIL DESCRIPTION:

DESCRIPTION OF TYPE OF SHOE: Selby Brown
GENDER: MEN
UPPER MATERIAL IN PERCENT: 90% COW SUEDE, 10% NYLON
OUTER SOLE MATERIAL IN PERCENT 100% tpr
TYPE OF CONSTRUCTION
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: YES
SIZE RANGE 7-13 (whole)
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

OPC:                         12

## KMART CORPORATION

ORDER DATE : 04-JUN-2018    ORDER NO : D6IPO    TC4  TIM CARLSON

ITEM CODE: 620097037360

| | |
|---|---|
| ITEM CODE: 620097037360 | SEASON/YEAR: 5-WINTER 2018 |
| | SUB-SEASON: 50-WINTER |
| I 2OF 5/CARTON UPC: 0721598540764 | CAT/SUB-CAT: 6202 |
| STYLE: 20368 | TRADEMARK: NONE |
| BRAND NAME: NORTHWEST TERRITORY | COPYRIGHT REG. NO.: |
| RTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 |

DESCRIPTION
SELBY BROWN PK 2

SEARS DIV          SEARS ITEM          SEARS SKU

| FOB PRICE | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|
| PER AST   PER CARTON | $419.88 | 62 | | $1,849.20 |
| $126.600  $126.600 | | | 62 | |

| | | | |
|---|---|---|---|
| PER CARTON | KGS:  22.500 | CBM:  0.155223 | AST PER INNER |
| | LBS:  49.600 | CU. FT.:  5.482 | INNERS PER OUTER CARTON  1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN  1 |
| L 26.4" X W 26.0" X H 13.8" | | CASEPACK | |

QUOTA CAT#: PNONE          CASE #          FACTORY          EXPORTER
SPECIAL TRADE          ANTI-DUMPING:
INDICATOR:          COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
POLY BAG

### SHIPPING SCHEDULE

| REFERENCE (PO)/SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 101 | CHA | CHA | Ocean | 13-AUG-2018 | 27-AUG-2018 | 25-OCT-2018 | B | 33 | 33 | W |
| 102 | MIR | MIR | Ocean | 14-AUG-2018 | 28-AUG-2018 | 10-OCT-2018 | B | 29 | 29 | W |

DETAIL DESCRIPTION:
DESCRIPTION OF TYPE OF SHOE: Selby Brown
GENDER: MEN
UPPER MATERIAL IN PERCENT: 90% COW SUEDE, 10% NYLON
OUTER SOLE MATERIAL IN PERCENT:100% tpr
TYPE OF CONSTRUCTION:
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: YES
SIZE RANGE: 7-13 (whole)
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO/ISTC : NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

OPC:          12

---

## KMART CORPORATION

ORDER DATE : 04-JUN-2018    ORDER NO : D6IPO    TC4  TIM CARLSON

| | |
|---|---|
| ITEM CODE: 620097037378 | SEASON/YEAR: 5-WINTER 2018 |
| | SUB-SEASON: 50-WINTER |
| I 2OF 5/CARTON UPC: 0721598540832 | CAT/SUB-CAT: 6202 |
| STYLE: 20368 | TRADEMARK: NONE |
| BRAND NAME: NORTHWEST TERRITORY | COPYRIGHT REG. NO.: |
| RTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 |

DESCRIPTION
SELBY BROWN PK 3

SEARS DIV          SEARS ITEM          SEARS SKU

| FOB PRICE | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|
| PER AST   PER CARTON | $419.88 | 40 | | $5,064.00 |
| $126.600  $126.600 | | | 40 | |

| | | | |
|---|---|---|---|
| PER CARTON | KGS:  22.500 | CBM:  0.155223 | AST PER INNER |
| | LBS:  49.600 | CU. FT.:  5.482 | INNERS PER OUTER CARTON  1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN  1 |
| L 26.4" X W 26.0" X H 13.8" | | CASEPACK | |

QUOTA CAT#: PNONE          CASE #          FACTORY          EXPORTER
SPECIAL TRADE          ANTI-DUMPING:
INDICATOR:          COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
POLY BAG

### SHIPPING SCHEDULE

| REFERENCE (PO)/SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 101 | CHA | CHA | Ocean | 13-AUG-2018 | 27-AUG-2018 | 25-OCT-2018 | B | 21 | 21 | W |
| 102 | MIR | MIR | Ocean | 14-AUG-2018 | 28-AUG-2018 | 10-OCT-2018 | B | 19 | 19 | W |

DETAIL DESCRIPTION:
DESCRIPTION OF TYPE OF SHOE: Selby Brown
GENDER: MEN
UPPER MATERIAL IN PERCENT: 90% COW SUEDE, 10% NYLON
OUTER SOLE MATERIAL IN PERCENT:100% tpr
TYPE OF CONSTRUCTION:
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: YES
SIZE RANGE: 7-13 (whole)
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO/ISTC : NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

OPC:          12

---

## KMART CORPORATION                    PURCHASE ORDER

Page : 5

ORDER DATE : 04-JUN-2018    ORDER NO : D6IPO    TC4  TIM CARLSON

ITEM CODE: 620097037337

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM/SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9703726-7 | | | | | | - | | | | LEATHER 100% | |
| 9703729-5 | | | | | | - | | | | LEATHER 100% | |
| 9703730-3 | | | | | | - | | | | LEATHER 100% | |
| 9703731-1 | | | | | | - | | | | LEATHER 100% | |
| 9703732-9 | | | | | | - | | | | LEATHER 100% | |

ITEM CODE: 620097037360

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM/SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9703729-5 | | | | | | - | | | | LEATHER 100% | |
| 9703730-3 | | | | | | - | | | | LEATHER 100% | |
| 9703731-1 | | | | | | - | | | | LEATHER 100% | |
| 9703732-9 | | | | | | - | | | | LEATHER 100% | |
| 9703734-5 | | | | | | - | | | | LEATHER 100% | |
| 9703735-2 | | | | | | - | | | | LEATHER 100% | |

ITEM CODE: 620097037378

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM/SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9703729-5 | | | | | | - | | | | LEATHER 100% | |
| 9703730-3 | | | | | | - | | | | LEATHER 100% | |
| 9703731-1 | | | | | | - | | | | LEATHER 100% | |
| 9703732-9 | | | | | | - | | | | LEATHER 100% | |
| 9703734-5 | | | | | | - | | | | LEATHER 100% | |
| 9703735-2 | | | | | | - | | | | LEATHER 100% | |

ITEM CODE: 620097037337          ITEM: SELBY BROWN PK 1

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SELBY BROWN SZ 7 | 9703726-7 | BROWN | 7.0 | 1 | 10.550 | 34.99 | 721598052994 |
| SUB KSN DESC: SELBY BROWN SZ 8 | 9703729-5 | BROWN | 8.0 | 3 | 10.550 | 34.99 | 721598054007 |
| SUB KSN DESC: SELBY BROWN SZ 9 | 9703730-3 | BROWN | 9.0 | 4 | 10.550 | 34.99 | 721598054014 |
| SUB KSN DESC: SELBY BROWN SZ 10 | 9703731-1 | BROWN | 10.0 | 3 | 10.550 | 34.99 | 721598054021 |
| SUB KSN DESC: SELBY BROWN SZ 11 | 9703732-9 | BROWN | 11.0 | 1 | 10.550 | 34.99 | 721598054038 |
| | | TOTAL | | 12 | 126.600 | 419.88 | |

ITEM CODE: 620097037360          ITEM: SELBY BROWN PK 2

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SELBY BROWN SZ 8 | 9703729-5 | BROWN | 8.0 | 2 | 10.550 | 34.99 | 721598054007 |
| SUB KSN DESC: SELBY BROWN SZ 9 | 9703730-3 | BROWN | 9.0 | 2 | 10.550 | 34.99 | 721598054014 |
| SUB KSN DESC: SELBY BROWN SZ 10 | 9703731-1 | BROWN | 10.0 | 4 | 10.550 | 34.99 | 721598054021 |
| SUB KSN DESC: SELBY BROWN SZ 11 | 9703732-9 | BROWN | 11.0 | 2 | 10.550 | 34.99 | 721598054038 |
| SUB KSN DESC: SELBY BROWN SZ 12 | 9703734-5 | BROWN | 12.0 | 1 | 10.550 | 34.99 | 721598054045 |
| SUB KSN DESC: SELBY BROWN SZ 13 | 9703735-2 | BROWN | 13.0 | 1 | 10.550 | 34.99 | 721598054052 |
| | | TOTAL | | 12 | 126.600 | 419.88 | |

---

## KMART CORPORATION                    PURCHASE ORDER

Page : 6

ORDER DATE : 04-JUN-2018    ORDER NO : D6IPO    TC4  TIM CARLSON

ITEM CODE: 620097037378          ITEM: SELBY BROWN PK 3

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SELBY BROWN SZ 8 | 9703729-5 | BROWN | 8.0 | 1 | 10.550 | 34.99 | 721598054007 |
| SUB KSN DESC: SELBY BROWN SZ 9 | 9703730-3 | BROWN | 9.0 | 2 | 10.550 | 34.99 | 721598054014 |
| SUB KSN DESC: SELBY BROWN SZ 10 | 9703731-1 | BROWN | 10.5 | 4 | 10.550 | 34.99 | 721598054021 |
| SUB KSN DESC: SELBY BROWN SZ 11 | 9703732-9 | BROWN | 11.0 | 2 | 10.550 | 34.99 | 721598054038 |
| SUB KSN DESC: SELBY BROWN SZ 12 | 9703734-5 | BROWN | 12.0 | 2 | 10.550 | 34.99 | 721598054045 |
| SUB KSN DESC: SELBY BROWN SZ 13 | 9703735-2 | BROWN | 13.0 | 1 | 10.550 | 34.99 | 721598054052 |
| | | TOTAL | | 12 | 126.600 | 419.88 | |

ADDITIONAL CONDITIONS

FOR ITEM 620097037137
IF I-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

FOR ITEM 620097037360
IF I-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

FOR ITEM 620097037378
IF I-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

KMART CORPORATION

| ORDER DATE : 04 JUN 2018 | ORDER NO : D&IPO | TC4 TIM CARLSON |
| --- | --- | --- |

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS MANAGEMENT CORPORATION("SHMC") SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR-- KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE "SEARS BRANDS") SEARS,ROEBUCK AND CO (TOGETHER WITH ITS SUBSIDIARIES) ACCEPT THE "SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY") DUE HEREBY AGREE THAT THIS PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION

UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING, INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE (1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.

ANTIDUMPING CLAUSE:

VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW.THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDY FOR MERCHANDISE.ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANY
WARRANTED MERCHANDISE.

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.

LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S)

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
QUANTITY ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.

THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PIECE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF THE
PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.

SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

---

## COMMERCIAL INVOICE

Page 1 of 3
DATE : July 17, 2018
INVOICE NO : 201820790440

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM : Ningbo, China    SHIPPED TO : Chambersburg , PA
MODE OF TRANSPORTATION : Ocean
FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PIECES) | UNIT PRICE | AMOUNT (US$ PER) |
| --- | --- | --- | --- | --- | --- | --- |
| KMART | D&IPO | SELBY BROWN PK 1 | 25 | 25 | 126.400 USD | 3,165.00 USD |
| | | | CARTONS | AST | AST | |
| ITEM: | a20097037337 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE :Selby Brown
GENDER :MEN
UPPER MATERIAL IN PERCENT: 90% COW SUEDE, 10% NYLON
OUTER SOLE MATERIAL IN PERCENT:100% tpr
TYPE OF CONSTRUCTION:
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:  YES
SIZE RANGE :7-13 (whole)
COMMISSION PERCENTAGE :5%
COMMISSION PAYABLE TO ISTC : NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

CONTRACT NO.    D&IPO    REFERENCE NO.    101
DC CODE    CHA    DEPARTMENT NO.    035
DIVISION NO.    Division 4    VENDOR NO.    5544
VENDOR ITEM CODE        COUNTRY OF ORIGIN    CHINA (MAINLAND)
BINDING RULING # OR        CATEGORY    RNONE
PRECLASS #

FACTORY NO.    10346#
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.    CNWENEAS35WEN

| KMART | D&IPO | SELBY BROWN PK 2 | 33 | 33 | 126.600 USD | 4,177.80 USD |
| --- | --- | --- | --- | --- | --- | --- |
| | | | CARTONS | AST | AST | |
| ITEM: | a20097037340 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE :Selby Brown
GENDER :MEN
UPPER MATERIAL IN PERCENT: 90% COW SUEDE, 10% NYLON
OUTER SOLE MATERIAL IN PERCENT:100% tpr
TYPE OF CONSTRUCTION:
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:  YES
SIZE RANGE :7-13 (whole)
COMMISSION PERCENTAGE :5%
COMMISSION PAYABLE TO ISTC : NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

---

## COMMERCIAL INVOICE

Page 2 of 3
DATE : July 17, 2018
INVOICE NO : 201820790440

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM : Ningbo, China    SHIPPED TO : Chambersburg , PA
MODE OF TRANSPORTATION : Ocean
FOB China

CONTRACT NO.    D&IPO    REFERENCE NO.    101
DC CODE    CHA    DEPARTMENT NO.    035
DIVISION NO.    Division 4    VENDOR NO.    5544
VENDOR ITEM CODE    20346    COUNTRY OF ORIGIN    CHINA (MAINLAND)
BINDING RULING # OR        CATEGORY    RNONE
PRECLASS #

FACTORY NO.    10346#
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.    CNWENEAS35WEN

| KMART | D&IPO | SELBY BROWN PK 3 | 21 | 21 | 126.400 USD | 2,658.40 USD |
| --- | --- | --- | --- | --- | --- | --- |
| | | | CARTONS | AST | AST | |
| ITEM: | a20097037378 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE :Selby Brown
GENDER :MEN
UPPER MATERIAL IN PERCENT: 90% COW SUEDE, 10% NYLON
OUTER SOLE MATERIAL IN PERCENT:100% tpr
TYPE OF CONSTRUCTION:
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:  YES
SIZE RANGE :7-13 (whole)
COMMISSION PERCENTAGE :5%
COMMISSION PAYABLE TO ISTC : NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

CONTRACT NO.    D&IPO    REFERENCE NO.    101
DC CODE    CHA    DEPARTMENT NO.    035
DIVISION NO.    Division 4    VENDOR NO.    5544
VENDOR ITEM CODE    20346    COUNTRY OF ORIGIN    CHINA (MAINLAND)
BINDING RULING # OR        CATEGORY    RNONE
PRECLASS #

FACTORY NO.    10346#
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.    CNWENEAS35WEN

PAYMENT TERM    Open At sl
ORDER PAYMENT TERMS
DRAWN UNDER    OPEN ACCOUNT

## COMMERCIAL INVOICE (top-left)

Page 1 of 1

DATE: July 17, 2018
INVOICE NO.: 2018207R0440

5544
ARCA INDUSTRIAL (N.J) INC.
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Chambersburg, PA
MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (USD) |
|---|---|---|---|---|---|
| TOTAL INVOICE | | 74 | 74 | ASSORTMENTS | 10,001.40  USD |

TOTAL US DOLLARS TEN THOUSAND ONE DOLLARS AND FORTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

ARCA INDUSTRIAL (N.J) INC
EMPLOYEE NAME _____
EMPLOYEE TITLE _____

113 of 293

## COMMERCIAL INVOICE (top-right)

Page 1 of 3

DATE: July 17, 2018
INVOICE NO.: 2018207R0466

5544
ARCA INDUSTRIAL (N.J) INC.
3333 Beverly Road
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (USD PER) |
|---|---|---|---|---|---|---|
| KMART | D&IPQ | SELBY BROWN PK 1 | 23 | 23 | 126.600  USD | 2,911.80  USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 6269T/037107 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: Selby Brown
GENDER: MEN
UPPER MATERIAL IN PERCENT: 90% COW SUEDE, 10% NYLON
OUTER SOLE MATERIAL IN PERCENT 100% tpr
TYPE OF CONSTRUCTION:
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: YES
SIZE RANGE:7-13 (whole)
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM:SELLING UNIT:1

CONTRACT NO. D&IPQ    REFERENCE NO. 102
DC CODE MIR    DEPARTMENT NO. 035
DIVISION NO. Division 4    VENDOR NO. 5544
VENDOR ITEM CODE 20368    COUNTRY OF ORIGIN CHINA (MAINLAND)
BINDING RULING # OR PRECLASS #    CATEGORY RNONE

FACTORY NO. 10366#
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO. CNWENEAS35WEN

| KMART | D&IPQ | SELBY BROWN PK 2 | 29 | 29 | 126.600  USD | 3,671.40  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 6269T/037360 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: Selby Brown
GENDER: MEN
UPPER MATERIAL IN PERCENT: 90% COW SUEDE, 10% NYLON
OUTER SOLE MATERIAL IN PERCENT 100% tpr
TYPE OF CONSTRUCTION:
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: YES
SIZE RANGE:7-13 (whole)
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM:SELLING UNIT:1

114 of 293

## COMMERCIAL INVOICE (bottom-left)

Page 2 of 3

DATE: July 17, 2018
INVOICE NO.: 2018207R0466

5544
ARCA INDUSTRIAL (N.J) INC.
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB China

CONTRACT NO. D&IPQ    REFERENCE NO. 102
DC CODE MIR    DEPARTMENT NO. 035
DIVISION NO. Division 4    VENDOR NO. 5544
VENDOR ITEM CODE 20368    COUNTRY OF ORIGIN CHINA (MAINLAND)
BINDING RULING # OR PRECLASS #    CATEGORY RNONE

FACTORY NO. 10366#
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO. CNWENEAS35WEN

| KMART | D&IPQ | SELBY BROWN PK 3 | 19 | 19 | 126.600  USD | 2,405.40  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 6269T/037376 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: Selby Brown
GENDER: MEN
UPPER MATERIAL IN PERCENT: 90% COW SUEDE, 10% NYLON
OUTER SOLE MATERIAL IN PERCENT 100% tpr
TYPE OF CONSTRUCTION:
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: YES
SIZE RANGE:7-13 (whole)
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM:SELLING UNIT:1

CONTRACT NO. D&IPQ    REFERENCE NO. 102
DC CODE MIR    DEPARTMENT NO. 035
DIVISION NO. Division 4    VENDOR NO. 5544
VENDOR ITEM CODE 20368    COUNTRY OF ORIGIN CHINA (MAINLAND)
BINDING RULING # OR PRECLASS #    CATEGORY RNONE

FACTORY NO. 10366#
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO. CNWENEAS35WEN

PAYMENT TERM    Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER    OPEN ACCOUNT

115 of 293

## COMMERCIAL INVOICE (bottom-right)

Page 3 of 3

DATE: July 17, 2018
INVOICE NO.: 2018207R0466

5544
ARCA INDUSTRIAL (N.J) INC.
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB China

| | | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (USD) |
|---|---|---|---|---|---|
| TOTAL INVOICE | | 71 | 71 | ASSORTMENTS | 8,988.60  USD |

TOTAL US DOLLARS EIGHT THOUSAND NINE HUNDRED EIGHTY-EIGHT DOLLARS AND SIXTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

ARCA INDUSTRIAL (N.J) INC
EMPLOYEE NAME _____
EMPLOYEE TITLE _____

116 of 293

| ORDER NO : D686D | BUYER : KMS KATHLEEN MCENTIRE |
| DIV : Division 4 | DEPT NO : 035 |

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
| --- | --- |
| NAME | ARCA INDUSTRIAL (NJ) INC |
| ADDRESS | 3 KELLOGG COURT |
| | SUITE # 2 |
| | EDISON |
| | NJ |
| COUNTRY | United States |
| EMAIL | arcany@aol.com |
| VENDOR NBR | 5544 |
| TELEPHONE | 732-339-0450 |
| DUNS NBR | 548626 |
| FDA REG # | |

| TOTAL COST OF ORDER USD | |
| --- | --- |
| | $36,117.80 |
| PAYMENT TO BE MADE BY : | |
| ( ) MULTIPLE PAYMENT TYPES | |
| ( X ) CHECK/WIRE TRANSFER | |
| Amount USD 36,117.80 | |
| ( ) FREE GOODS | |
| Amount USD 0.00 | |
| ( ) LETTER OF CREDIT | |
| Amount USD 0.00 | |
| LC # | |
| TRANSFERABLE: | |
| BANK: | |
| PAYMENT TERMS: | 59 (days) |

| FOREIGN AGENT OFFICE: | KKFTWR | KMART/SEARS FOOTWEAR CONTRACTS |
| --- | --- | --- |
| FOREIGN SUPPORT OFFICE: | RKKFTWR | KMART AND SEARS FOOTWEAR |
| PRODUCTION COUNTRY: | PARCA | ARCA INDUSTRIAL CORP. |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
| --- | --- |
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNNGB/1B |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Ningbo, China |

**FACTORY DETAILS:**

| FACTORY NBR: | 103669 |
| --- | --- |
| NAME | WENZHOU EASILY SHOES CO.LTD |
| ADDRESS | NO.35 JINHUI ROAD SHANGHUI |
| | LOUQIAO OUHAI |
| | WENZHOU |
| | ZHEJIANG |
| COUNTRY | China |
| TEL | 13606520655 |
| EMAIL | arcaeh@mail.online.sh.cn |
| MID | CNWENEAS35WEN |



KMART  D686D

---

KMART CORPORATION

**P U R C H A S E   O R D E R**

| ORDER DATE : 10-MAY-2018 | ORDER NO : D686D | | KMS KATHLEEN MCENTIRE |

| | **DESCRIPTION** |
| ITEM CODE: 8900099373292 | TYPER BLACK REBUY CORE PK 1 |
| SEASON/YEAR: 5-WINTER 2018 | |
| SUB-SEASON: 50-WINTER | |
| J 2OF 5/CARTON UPC: 072158605503S0 | CAT/SUB-CAT: 89/03 |
| STYLE: 30813 | TRADEMARK: NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: ATHLETECH | COPYRIGHT REG. NO.: |
| INTL COMMODY CODE: SDSM | MLTP CARTON NO: 001 |

| FOB PRICE | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
| --- | --- | --- | --- | --- |
| PER AST | PER CARTON | $257.94 | 242 | 242 | $21,634.80 |
| $80.400 | $89.400 | | | | |

| PER CARTON | KGS: | 6.500 | CBM: | 0.053901 | AST PER INNER | 1 |
| | LBS: | 14.330 | CU. FT.: | 1.900 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 22.05" X W 12.6" X H 11.85" | | CASEPACK | | | |

| QUOTA CAT#: RNONE | | CASE # | FACTORY | EXPORTER |
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | | |
| | COUNTERVAILING: | | | |

**ADDITIONAL INFO:**

**PACKING INSTRUCTIONS:**

POLY BAG

| SHIPPING SCHEDULE | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| REFERENCE (PO)/(SEG) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 101 | CHA | CHA | Ocean | 05-SEP-2018 | 17-SEP-2018 | 20-NOV-2018 | B | 127 | 127 | W |
| 102 | MIR | MIR | Ocean | 05-SEP-2018 | 25-SEP-2018 | 10-NOV-2018 | B | 115 | 115 | W |

**DETAIL DESCRIPTION-**

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT 80% COW-SUEDE LEATHER AND 20% NYLON,
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 6%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME : N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

OPC: 6

---

KMART CORPORATION

**P U R C H A S E   O R D E R**

| ORDER DATE : 10-MAY-2018 | ORDER NO : D686D | | KMS KATHLEEN MCENTIRE |

| | **DESCRIPTION** |
| ITEM CODE: 8900099373300 | TYPER BLACK REBUY SML PK 1 |
| SEASON/YEAR: 5-WINTER 2018 | |
| SUB-SEASON: 50-WINTER | |
| J 2OF 5/CARTON UPC: 072158605502S2 | CAT/SUB-CAT: 89/03 |
| STYLE: 30813 | TRADEMARK: NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: ATHLETECH | COPYRIGHT REG. NO.: |
| INTL COMMODY CODE: SDSM | MLTP CARTON NO: 001 |

| FOB PRICE | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
| --- | --- | --- | --- | --- |
| PER AST | PER CARTON | $515.68 | 81 | 81 | $14,482.80 |
| $178.800 | $178.800 | | | | |

| PER CARTON | KGS: | 12.500 | CBM: | 0.104476 | AST PER INNER | 1 |
| | LBS: | 27.560 | CU. FT.: | 3.690 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 24.4" X W 22.05" X H 11.85" | | CASEPACK | | | |

| QUOTA CAT#: RNONE | | CASE # | FACTORY | EXPORTER |
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | | |
| | COUNTERVAILING: | | | |

**ADDITIONAL INFO:**

**PACKING INSTRUCTIONS:**

POLY BAG

| SHIPPING SCHEDULE | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| REFERENCE (PO)/(SEG) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 101 | CHA | CHA | Ocean | 05-SEP-2018 | 17-SEP-2018 | 20-NOV-2018 | B | 43 | 43 | W |
| 102 | MIR | MIR | Ocean | 05-SEP-2018 | 25-SEP-2018 | 10-NOV-2018 | B | 38 | 38 | W |

**DETAIL DESCRIPTION-**

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT 80% COW-SUEDE LEATHER AND 20% NYLON,
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 6%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME : N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

OPC: 12

KMART CORPORATION

| ORDER DATE : 10-MAY-2018 | ORDER NO : D686D | KMS  KATHLEEN MCENTIRE |

**ITEM CODE:** 890099373292

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL | CODE PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9937271-6 | | | | | - | | | | | LEATHER | 100% | |
| 9937272-4 | | | | | - | | | | | LEATHER | 100% | |
| 9937298-8 | | | | | - | | | | | LEATHER | 100% | |
| 9937326-8 | | | | | - | | | | | LEATHER | 100% | |

**ITEM CODE:** 890099373300

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL | CODE PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9937269-0 | | | | | - | | | | | LEATHER | 100% | |
| 9937270-8 | | | | | - | | | | | LEATHER | 100% | |
| 9937271-6 | | | | | - | | | | | LEATHER | 100% | |

**ITEM CODE:** 890099373292   **ITEM:** TYPER BLACK REBUY CORE PK 1

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: TYPER BLACK SZ 8 | 9937271-6 | BLACK | 8.0 | 1 | 14.900 | 42.99 | 721586054960 |
| SUB KSN DESC: TYPER BLACK SZ 9 | 9937272-4 | BLACK | 9.0 | 2 | 14.900 | 42.99 | 721586054977 |
| SUB KSN DESC: TYPER BLACK SZ 10 | 9937298-8 | BLACK | 10.0 | 2 | 14.900 | 42.99 | 721586054984 |
| SUB KSN DESC: TYPER BLACK SZ 11 | 9937326-8 | BLACK | 11.0 | 1 | 14.900 | 42.99 | 721586054991 |
| | | | TOTAL | 6 | 69.400 | 257.94 | |

**ITEM CODE:** 890099373300   **ITEM:** TYPER BLACK REBUY SML PK 1

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: TYPER BLACK SZ 6 | 9937269-0 | BLACK | 6.0 | 2 | 14.900 | 42.99 | 721586054946 |
| SUB KSN DESC: TYPER BLACK SZ 7 | 9937270-8 | BLACK | 7.0 | 5 | 14.900 | 42.99 | 721586054953 |
| SUB KSN DESC: TYPER BLACK SZ 8 | 9937271-6 | BLACK | 8.0 | 5 | 14.900 | 42.99 | 721586054960 |
| | | | TOTAL | 12 | 178.800 | 515.88 | |

**ADDITIONAL CONDITIONS**

**FOR ITEM 890099373292**
IF I-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE B/L LEVEL REQUIRED

**FOR ITEM 890099373300**
IF I-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE B/L LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR--- SEARS BRANDS MANAGEMENT CORPORATION(TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE "SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIES)D ACCEPT THE "SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION

UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. A) RECOURSE FOR LATE DELIVERY:THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE +1% OF SHIPMENT COST
- 4 TO 6 DAYS LATE +3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE +5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES AT FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.

ANTIDUMPING CLAUSE:

VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.

---

KMART CORPORATION    **PURCHASE ORDER**    Page : 6

| ORDER DATE : 10-MAY-2018 | ORDER NO : D686D | KMS  KATHLEEN MCENTIRE |

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 5% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON; OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).
------------------------------
QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE HAS SHIPPED IN THE QUANTITY IN THE SAME AGREEMENTS THE PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

---

| COMMERCIAL INVOICE | | |
|---|---|---|

Page 1 of 2
DATE : August 17, 2018
INVOICE NO : 20182166/080

5544
ARCA INDUSTRIAL (N.I) INC.
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM : Ningbo, China    SHIPPED TO : Chambersburg , PA
MODE OF TRANSPORTATION : Ocean

FOB China

| MARKS AND NUMBERS : | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT 3/5$ PER$ |
|---|---|---|---|---|---|
| KMART  D686D | TYPER BLACK REBUY CORE PK 1 | 127 | 127 | 89.400  USD | 11,353.80  USD |
| ITEM: | | CARTONS | AST | AST | |
| MADE IN | 890099373292 | | | | |
| CONTENTS: | CHINA (MAINLAND) | | | | |
| | 1 ASSORTMENT | | | | |
| | DESCRIPTION OF TYPE OF SHOE | | | | |
| | GENDER:WOMENS | | | | |
| | UPPER MATERIAL IN PERCENT:80% COW SUEDE LEATHER and 20% NYLON. | | | | |
| | OUTER SOLE MATERIAL IN PERCENT:100% TPR | | | | |
| | TYPE OF CONSTRUCTION : CEMENT | | | | |
| | COVERING THE ANKLE : | | | | |
| | SIZE RANGE WO'S 5-11# | | | | |
| | COMMISSION PERCENTAGE :% | | | | |
| | COMMISSION PAYABLE TO : NOT DUTIABLE | | | | |
| | COMMISSION IS INCLUDED IN FIRST COST  NO | | | | |
| | ROYALTY FOR TRADEMARK NAME : N/A | | | | |
| | HOW MANY PAIRS WILL BE IN ONE ITEMSELLING UNIT  1 | | | | |
| | CONTRACT NO :  D686D | REFERENCE NO :  101 | | | |
| | DC CODE :  CHA | DEPARTMENT NO. :  035 | | | |
| | DIVISION NO. :  Division 4 | VENDOR NO. :  5544 | | | |
| | VENDOR ITEM CODE :  30013 | COUNTRY OF ORIGIN :  CHINA (MAINLAND) | | | |
| | BINDING RULING # OR PRECLASS # | CATEGORY :  RNONE | | | |
| | FACTORY NO :  1036#9 | | | | |
| | WENZHOU EASILY SHOES CO LTD | | | | |
| | NO 15 JINHUI ROAD SHANGHUI | | | | |
| | LOUQIAO OUHAI | | | | |
| | WENZHOU | | | | |
| | ZHEJIANG | | | | |
| | China | | | | |
| | FTY MID NO:    CNWENEAS35WEN | | | | |
| KMART  D686D | TYPER BLACK REBUY SML PK 1 | 43 | 43 | 178.800  USD | 7,688.40  USD |
| ITEM: | | CARTONS | AST | AST | |
| MADE IN | 890099373300 | | | | |
| CONTENTS: | CHINA (MAINLAND) | | | | |
| | 1 ASSORTMENT | | | | |
| | DESCRIPTION OF TYPE OF SHOE | | | | |
| | GENDER:WOMENS | | | | |
| | UPPER MATERIAL IN PERCENT:80% COW SUEDE LEATHER and 20% NYLON. | | | | |
| | OUTER SOLE MATERIAL IN PERCENT :100% TPR | | | | |
| | TYPE OF CONSTRUCTION :CEMENT | | | | |
| | COVERING THE ANKLE : | | | | |
| | SIZE RANGE WO'S 5-11# | | | | |
| | COMMISSION PERCENTAGE :% | | | | |
| | COMMISSION PAYABLE TO : ISTC  :  NOT DUTIABLE | | | | |
| | COMMISSION IS INCLUDED IN FIRST COST  NO | | | | |
| | ROYALTY FOR TRADEMARK NAME : N/A | | | | |
| | HOW MANY PAIRS WILL BE IN ONE ITEMSELLING UNIT  1 | | | | |





## COMMERCIAL INVOICE (Page 1 of 2, top-left)

DATE: August 17, 2018
INVOICE NO.: 201821460260

5544
ARCA INDUSTRIAL (N.J) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Chambersburg, PA
MODE OF TRANSPORTATION: Ocean

FOB China

| CONTRACT NO. | D686D | REFERENCE NO. | 101 |
|---|---|---|---|
| DC CODE | CHA | DEPARTMENT NO. | 035 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 |
| VENDOR ITEM CODE | 30813 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.        1034#R
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.        CNWENEA635WEN

PAYMENT TERM        Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER        OPEN ACCOUNT

| | | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (USD) |
|---|---|---|---|---|---|
| TOTAL INVOICE | | 170 | 170 | ASSORTMENTS | 19,092.20 USD |

TOTAL US DOLLARS NINETEEN THOUSAND FORTY-TWO DOLLARS AND TWENTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

ARCA INDUSTRIAL (N.J) INC.
EMPLOYEE NAME _____
EMPLOYEE TITLE _____

## COMMERCIAL INVOICE (Page 1 of 2, top-right)

DATE: August 17, 2018
INVOICE NO.: 201821460201

5544
ARCA INDUSTRIAL (N.J) INC.
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | D686D | TYPER BLACK REBUY CORE PK 1 | 115 | 115 | 89.400 USD | 10,281.00 USD |
| ITEM: | 89099371292 | | CARTONS | AST | AST | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT 80% COW SUEDE LEATHER AND 20% NYLON,
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION  CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-114
COMMISSION PERCENTAGE  5%
COMMISSION PAYABLE TO  ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST  NO
ROYALTY FOR TRADEMARK NAME  N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT  1

| CONTRACT NO. | D686D | REFERENCE NO. | 102 |
|---|---|---|---|
| DC CODE | MIR | DEPARTMENT NO. | 035 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 |
| VENDOR ITEM CODE | 30813 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.        1034#R
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.        CNWENEA635WEN

| KMART | D686D | TYPER BLACK REBUY SML PK 1 | 38 | 38 | 178.800 USD | 6,794.40 USD |
|---|---|---|---|---|---|---|
| ITEM: | 89099371330 | | CARTONS | AST | AST | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT 80% COW SUEDE LEATHER AND 20% NYLON,
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION  CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-114
COMMISSION PERCENTAGE  5%
COMMISSION PAYABLE TO  ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST  NO
ROYALTY FOR TRADEMARK NAME  N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT  1

## COMMERCIAL INVOICE (Page 2 of 2, bottom-left)

DATE: August 17, 2018
INVOICE NO.: 201821460201

5544
ARCA INDUSTRIAL (N.J) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB China

| CONTRACT NO. | D686D | REFERENCE NO. | 102 |
|---|---|---|---|
| DC CODE | MIR | DEPARTMENT NO. | 035 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 |
| VENDOR ITEM CODE | 30813 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.        1034#R
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.        CNWENEA635WEN

PAYMENT TERM        Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER        OPEN ACCOUNT

| | | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (USD) |
|---|---|---|---|---|---|
| TOTAL INVOICE | | 153 | 153 | ASSORTMENTS | 17,075.40 USD |

TOTAL US DOLLARS SEVENTEEN THOUSAND SEVENTY FIVE DOLLARS AND FORTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

ARCA INDUSTRIAL (N.J) INC.
EMPLOYEE NAME _____
EMPLOYEE TITLE _____

## KMART D686F

## Page 1 (129 of 293)

**KMART CORPORATION**

ORDER DATE : 10-MAY-2018   ORDER NO : D6A6F   BUYER : KMS: KATHLEEN MCENTIRE
DIV : Division 4   DEPT NO : 035

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179

**VENDOR**
NAME : ARCA INDUSTRIAL (NJ) INC
ADDRESS : 3 KELLOGG COURT
SUITE # 2
EDISON
NJ
COUNTRY : United States
EMAIL : arcany@net.com
VENDOR NBR : 5544
TELEPHONE : 732-229-0450
DUNS NBR : 548826
FDA REG #

TOTAL COST OF ORDER USD
$36,117.60
PAYMENT TO BE MADE BY:
( ) MULTIPLE PAYMENT TYPES
( X ) CHECK/WIRE TRANSFER
Amount USD  36,117.60
( ) FREE GOODS
Amount USD  0.00
( ) LETTER OF CREDIT
Amount USD  0.00
LC #
TRANSFERABLE
BANK
PAYMENT TERMS:   59   (days)

FOREIGN AGENT OFFICE : KKFTWR   KMART/SEARS FOOTWEAR CONTRACTS
FOREIGN SUPPORT OFFICE : RKKFTWR   KMART AND SEARS FOOTWEAR
PRODUCTION COUNTRY : PARCA   ARCA INDUSTRIAL CORP

EACH ITEM TO BE MARKED : MADE IN CHINA (MAINLAND)
EMBARK/GO-DOWN : CHINA (MAINLAND)
SHIP POINT : CNNGB1B
DELIVERY TERMS : FOB CN
CITY, COUNTRY : Ningbo, China

FACTORY DETAILS:
FACTORY NBR : 1034AP
NAME : WENZHOU EASILY SHOES CO LTD
ADDRESS : NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
COUNTRY : China
TEL : 1389620655
EMAIL : arcym@mail.emtee.sh.cn
MID : CNWENEASLISWEN

## Page 2 (130 of 293)

ORDER NO : D6A6F   KMS: KATHLEEN MCENTIRE

ITEM CODE: 8900993740001
SEASON/YEAR: S-WINTER 2018
SUB SEASON: 50-WINTER
CAT/SUB-CAT: BW03
STYLE: 30813   TRADEMARK: NONE
BRAND NAME: ATHLETECH   COPYRIGHT REG. NO.:
INTL COMMODY CODE:
GDSM   MLTP CARTON NO: 001

DESCRIPTION
TYPER GREY REBUY CORE PK 1

12OF S/CARTON UPC: 072159884924

SEARS DIV   SEARS ITEM   SEARS SKU

| FOB PRICE | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|
| PER AST  PER CARTON | $257.94 | 242 | 242 | $21,634.80 |
| $89.400  $89.400 | | | | |

KGS:  6.500   CBM:  0.053953   AST PER INNER   1
PER CARTON   LBS:  14.330   CU. FT. :  1.905   INNERS PER OUTER CARTON   1
OUTER CARTON DIMENSIONS   PACKING INSTRUCTION:   AST PER MASTER SHIPPING CTN   1
L 22.05" X W 12.6" X H 11.85"   CASEPACK

QUOTA CAT#: RNONE   CASE #   FACTORY   EXPORTER
SPECIAL TRADE INDICATOR:   ANTI-DUMPING:
COUNTERVAILING:

PACKING INSTRUCTIONS:
POLY BAG.

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 101 | CHA | CHA | Ocean | 05-SEP-2018 | 17-SEP-2018 | 20-NOV-2018 | B | 114 | 114 | W |
| 102 | MIR | MIR | Ocean | 05-SEP-2018 | 25-SEP-2018 | 10-NOV-2018 | B | 128 | 128 | W |

DETAIL DESCRIPTION
DESCRIPTION OF TYPE OF SHOE
GENDER:WOMENS
UPPER MATERIAL IN PERCENT: 80% COW SUEDE LEATHER AND 20% NYLON.
OUTER SOLE MATERIAL IN PERCENT: 100% TPR
TYPE OF CONSTRUCTION:CEMENT
COVERING THE ANKLE
SIZE RANGE:WO'S 5-11#
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO:STC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST/NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1
OPC:   6

## Page 3 (131 of 293)

**KMART CORPORATION**   PURCHASE ORDER   Page: 3

ORDER DATE : 10-MAY-2018   ORDER NO : D6A6F   KMS: KATHLEEN MCENTIRE

ITEM CODE: 8900995374068
SEASON/YEAR: S-WINTER 2018
SUB SEASON: 50-WINTER
CAT/SUB-CAT: BW03
STYLE: 30813   TRADEMARK : NONE
BRAND NAME: ATHLETECH   COPYRIGHT REG. NO.:
INTL COMMODY CODE:
GDSM   MLTP CARTON NO: 001

DESCRIPTION
TYPER GREY REBUY SML PK 1

12OF S/CARTON UPC: 072159805494224

SEARS DIV   SEARS ITEM   SEARS SKU

| FOB PRICE | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|
| PER AST  PER CARTON | $515.88 | 81 | 81 | $14,482.80 |
| $178.800  $178.800 | | | | |

KGS:  12.500   CBM:  0.104476   AST PER INNER   1
PER CARTON   LBS:  27.560   CU. FT. :  3.690   INNERS PER OUTER CARTON   1
OUTER CARTON DIMENSIONS   PACKING INSTRUCTION   AST PER MASTER SHIPPING CTN   1
L 24.4" X W 22.05" X H 11.85"   CASEPACK

QUOTA CAT#: RNONE   CASE #   FACTORY   EXPORTER
SPECIAL TRADE INDICATOR:   ANTI-DUMPING:
COUNTERVAILING:

PACKING INSTRUCTIONS:
POLY BAG.

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 101 | CHA | CHA | Ocean | 05-SEP-2018 | 17-SEP-2018 | 20-NOV-2018 | B | 38 | 38 | W |
| 102 | MIR | MIR | Ocean | 05-SEP-2018 | 25-SEP-2018 | 10-NOV-2018 | B | 43 | 43 | W |

DETAIL DESCRIPTION
DESCRIPTION OF TYPE OF SHOE
GENDER:WOMENS
UPPER MATERIAL IN PERCENT: 80% COW SUEDE LEATHER AND 20% NYLON.
OUTER SOLE MATERIAL IN PERCENT: 100% TPR
TYPE OF CONSTRUCTION:CEMENT
COVERING THE ANKLE
SIZE RANGE:WO'S 5-11#
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO:STC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST/NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1
OPC:   12

## Page 4 (132 of 293)

**KMART CORPORATION**   PURCHASE ORDER   Page: 4

ORDER DATE : 10-MAY-2018   ORDER NO : D6A6F   KMS: KATHLEEN MCENTIRE

ITEM CODE: 8900993740001

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM/SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9937333-4 | | | | | | - | | | | LEATHER | 100% | |
| 9937334-2 | | | | | | - | | | | LEATHER | 100% | |
| 9937381-3 | | | | | | - | | | | LEATHER | 100% | |
| 9937392-0 | | | | | | - | | | | LEATHER | 100% | |

ITEM CODE: 8900995374068

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM/SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9937331-8 | | | | | | - | | | | LEATHER | 100% | |
| 9937332-6 | | | | | | - | | | | LEATHER | 100% | |
| 9937333-4 | | | | | | - | | | | LEATHER | 100% | |

ITEM CODE: 8900993740001   ITEM: TYPER GREY REBUY CORE PK 1

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB K3N DESC: TYPER GREY SZ 8 | 9937333-4 | GREY | 8.0 | 1 | 14.900 | 42.99 | 72159805486/1 |
| SUB K3N DESC: TYPER GREY SZ 9 | 9937334-2 | GREY | 9.0 | 2 | 14.900 | 42.99 | 72159805487/8 |
| SUB K3N DESC: TYPER GREY SZ 10 | 9937381-3 | GREY | 10.0 | 2 | 14.900 | 42.99 | 72159805488/5 |
| SUB K3N DESC: TYPER GREY SZ 11 | 9937392-0 | GREY | 11.0 | 1 | 14.900 | 42.99 | 72159805489/2 |
| | | TOTAL | | 6 | 89.400 | 257.94 | |

ITEM CODE: 8900995374068   ITEM: TYPER GREY REBUY SML PK 1

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB K3N DESC: TYPER GREY SZ 6 | 9937331-8 | GREY | 6.0 | 2 | 14.900 | 42.99 | 72159805484/7 |
| SUB K3N DESC: TYPER GREY SZ 7 | 9937332-6 | GREY | 7.0 | 5 | 14.900 | 42.99 | 72159805485/4 |
| SUB K3N DESC: TYPER GREY SZ 8 | 9937333-4 | GREY | 8.0 | 5 | 14.900 | 42.99 | 72159805486/1 |
| | | TOTAL | | 12 | 178.800 | 515.88 | |

KMART CORPORATION

ORDER DATE : 10-MAY-2018    ORDER NO : D646F    KMS  KATHLEEN MCENTIRE

## (Top-left panel)

ADDITIONAL CONDITIONS

FOR ITEM 8900P074001
IF INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

FOR ITEM 8900P074068
IF INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR-- KMART CORPORATION (TOGETHER WITH IT'S SUBSIDIARIES, "KMART"), SEARS BRANDS MANAGEMENT CORPORATION (TOGETHER WITH IT'S SUBSIDIARIES, CONTRACTED SHIP DATE "SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIES)TO ACCEPT THE "SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION

UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING. INTL
MANAGER AS RECOURSE FOR LATE DELIVERY THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) BE SURE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE -1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE -3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE -5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDORS,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.

ANTIDUMPING CLAUSE:

VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW.THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDOR SHALL INDEMNIFY COMPANY FOR 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY OTHER EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYIF
WARRANTED MERCHANDISE.

133 of 293

## (Top-right panel)

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.

LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

QUANTITY DISCREPANCIES:
OVERAGES ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HEREAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.

THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.

SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

134 of 293

## (Bottom-left panel)

### COMMERCIAL INVOICE

Page 1 of 2
DATE: August 17, 2018
INVOICE NO.: 2018214I60492

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China     SHIPPED TO: Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | D646F | TYPER GREY REBUY CORE PK 1 | 114 CARTONS | 114 AST | 89.400  USD AST | 10,191.60  USD |

ITEM:  8900P074001
MADE IN  CHINA (MAINLAND)
CONTENTS  1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE
GENDER:WOMENS
UPPER MATERIAL IN PERCENT: 80% COW-SUEDE LEATHER AND 20% NYLON.
OUTER SOLE MATERIAL IN PERCENT: 100% TPR
TYPE OF CONSTRUCTION:CEMENT
COVERING THE ANKLE
SIZE RANGE:WO'S 5-114
COMMISSION PERCENTAGE :5%
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:TNO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM:SELLING UNIT? 1

| | | | | | | |
| CONTRACT NO. | D646F | REFERENCE NO. | 101 | | | |
| DC CODE | CHA | DEPARTMENT NO. | 035 | | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 | | | |
| VENDOR ITEM CODE | 30813 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | | | |

FACTORY NO.  103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.  CNWENEASI36WEN

| KMART | D646F | TYPER GREY REBUY SML PK 1 | 38 CARTONS | 38 AST | 178.800  USD AST | 6,794.40  USD |

ITEM:  8900P074068
MADE IN  CHINA (MAINLAND)
CONTENTS  1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE
GENDER:WOMENS
UPPER MATERIAL IN PERCENT: 80% COW-SUEDE LEATHER AND 20% NYLON.
OUTER SOLE MATERIAL IN PERCENT :100% TPR
TYPE OF CONSTRUCTION:CEMENT
COVERING THE ANKLE
SIZE RANGE:WO'S 5-114
COMMISSION PERCENTAGE :5%
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:TNO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM:SELLING UNIT? 1

135 of 293

## (Bottom-right panel)

### COMMERCIAL INVOICE

Page 2 of 2
DATE: August 17, 2018
INVOICE NO.: 2018214I60492

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China     SHIPPED TO: Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB China

| | | | |
| CONTRACT NO. | D646F | REFERENCE NO. | 101 |
| DC CODE | CHA | DEPARTMENT NO. | 035 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 |
| VENDOR ITEM CODE | | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.  103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.  CNWENEASI36WEN

PAYMENT TERM  Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER  OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 152 | 152 ASSORTMENTS | | 16,986.00  USD |

TOTAL US DOLLARS SIXTEEN THOUSAND NINE HUNDRED EIGHTY-SIX DOLLARS AND ZERO CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

ARCA INDUSTRIAL (NJ) INC

EMPLOYEE NAME
EMPLOYEE TITLE

136 of 293





### Page 137 (top-left)

**COMMERCIAL INVOICE**

Page 1 of 2
INVOICE NO.: 201621460537

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China       SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | D686F | TYPE# GREY REBUY CORE PK 1 | 128 | 128 | 89.400 USD | 11,443.20 USD |
| | | | CARTONS | AST | AST | |

ITEM:     8903R9574301
MADE IN     CHINA (MAINLAND)
CONTENTS     1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE
GENDER:WOMENS
UPPER MATERIAL IN PERCENT: 80% COW SUEDE LEATHER AND 20% NYLON
OUTER SOLE MATERIAL IN PERCENT: 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO:STC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COSTING
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEMSELLING UNIT? 1

CONTRACT NO.     D686F
DC CODE     MIR
DIVISION NO.     Division 4
VENDOR ITEM CODE     30813
BINDING RULING # OR
PRECLASS #

REFERENCE NO.     102
DEPARTMENT NO.     035
VENDOR NO.     5544
COUNTRY OF ORIGIN     CHINA (MAINLAND)
CATEGORY     RNONE

FACTORY NO.     1036#P
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.     CNWENEAS35WEN

| KMART | D686F | TYPE# GREY REBUY SML PK 1 | 43 | 43 | 178.800 USD | 7,688.40 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

ITEM:     8903R9574368
MADE IN     CHINA (MAINLAND)
CONTENTS     1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE
GENDER:WOMENS
UPPER MATERIAL IN PERCENT: 80% COW SUEDE LEATHER AND 20% NYLON
OUTER SOLE MATERIAL IN PERCENT: 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO:STC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COSTING
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEMSELLING UNIT? 1

137 of 293

### Page 138 (top-right)

**COMMERCIAL INVOICE**

Page 2 of 2
DATE: August 17, 2018
INVOICE NO.: 201621460537

5544
ARCA INDUSTRIAL (NJ) INC.
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China       SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB China

CONTRACT NO.     D686F
DC CODE     MIR
DIVISION NO.     Division 4
VENDOR ITEM CODE     30813
BINDING RULING # OR
PRECLASS #

REFERENCE NO.     102
DEPARTMENT NO.     035
VENDOR NO.     5544
COUNTRY OF ORIGIN     CHINA (MAINLAND)
CATEGORY     RNONE

FACTORY NO.     1036#P
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.     CNWENEAS35WEN

PAYMENT TERM     Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER     OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 171 | 171 | ASSORTMENTS | 19,131.60  USD |

TOTAL US DOLLARS NINETEEN THOUSAND ONE HUNDRED THIRTY ONE DOLLARS AND SIXTY CENTS ONLY

We hereby certify that this shipment does not contain solid wood packing material.

ARCA INDUSTRIAL (NJ) INC

EMPLOYEE NAME
EMPLOYEE TITLE

138 of 293



### Page 139 (bottom-left)

KMART  D686Y

139 of 293

### Page 140 (bottom-right)

KMART CORPORATION                  P U R C H A S E   O R D E R                  Page : 1

ORDER DATE : 14-MAY-2018     ORDER NO.: D686Y     BUYER : KM5  KATHLEEN MCENTIRE
DIV : Division 4     DEPT NO : 035

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | ARCA INDUSTRIAL (NJ) INC |
| ADDRESS | 3 KELLOGG COURT |
| | SUITE # 2 |
| | EDISON |
| | NJ |
| COUNTRY | United States |
| EMAIL | arcany@aol.com |
| VENDOR NBR | 5544 |
| TELEPHONE | 732-339-0450 |
| DUNS NBR | 548826 |
| FDA REG # | |

TOTAL COST OF ORDER USD
$11,264.40
PAYMENT TO BE MADE BY :
( ) MULTIPLE PAYMENT TYPES
( X ) CHECK/WIRE TRANSFER
Amount USD  11,264.40
( ) FREE GOODS
Amount USD  0.00
( ) LETTER OF CREDIT
Amount USD  0.00
LC #
TRANSFERABLE :
BANK
PAYMENT TERMS:     59     (days)

| FOREIGN AGENT OFFICE | KKFTWIR | KMART/SEARS FOOTWEAR CONTRACTS |
|---|---|---|
| FOREIGN SUPPORT OFFICE | RKKFTWIR | KMART AND SEARS FOOTWEAR |
| PRODUCTION COUNTRY | PARCA | ARCA INDUSTRIAL CORP. |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
|---|---|
| EMBARKING/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNNGB1B |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Ningbo, China |

FACTORY DETAILS:

| FACTORY NBR: | 1036#P |
|---|---|
| NAME | WENZHOU EASILY SHOES CO LTD |
| ADDRESS | NO 35 JINHUI ROAD SHANGHUI |
| | LOUQIAO OUHAI |
| | WENZHOU |
| | ZHEJIANG |
| COUNTRY | China |
| TEL | 13806526655 |
| EMAIL | arcash@mail.online.sh.cn |
| MID | CNWENEAS35WEN |

140 of 293

KMART CORPORATION

ORDER DATE : 14 MAY 2018    ORDER NO : D6X6Y    KMS: KATHLEEN MCENTIRE

**DESCRIPTION**

ITEM CODE: 8900993174886     SEASON/YEAR: 5-WINTER 2018     TYPER TAN REBUY CORE PK 1
SUB-SEASON: 50-WINTER

I 2OF 5/CARTON UPC: 0721598054302     CAT/SUB-CAT: 8M03
STYLE: 30813     TRADEMARK: NONE     SEARS DIV     SEARS ITEM     SEARS SKU
BRAND NAME: ATHLETECH     COPYRIGHT REG. NO.:
INTL COMMODITY CODE: ODSM     MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $257.94 | 76 | 76 | $6,794.40 |
| $89.400 | $89.400 | | | | |

KGS: 6.500    CBM: 0.053951     AST PER INNER    1
PER CARTON    LBS: 14.330    CU. FT.: 1.905     INNERS PER OUTER CARTON    1
OUTER CARTON DIMENSIONS      PACKING INSTRUCTION     AST PER MASTER SHIPPING CTN    1
L 22.05" X W 12.2" X H 11.85"      CASEPACK

QUOTA CATY: RNONE      CASE #      FACTORY      EXPORTER
SPECIAL TRADE INDICATOR:      ANTI-DUMPING:
COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
POLY BAG

### SHIPPING SCHEDULE

| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 101 | CHA | CHA | Ocean | 05-SEP-2018 | 17-SEP-2018 | 20-NOV-2018 | B | 40 | 40 | W |
| 102 | MIR | MIR | Ocean | 05-SEP-2018 | 25-SEP-2018 | 10-NOV-2018 | B | 36 | 36 | W |

DETAIL DESCRIPTION:
DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT 80% COW SUEDE LEATHER AND 20% NYLON.
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE : COVERS THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO ISTC : NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

OPC:    6

---

KMART CORPORATION

ORDER DATE : 14 MAY 2018    ORDER NO : D6X6Y    KMS: KATHLEEN MCENTIRE

**DESCRIPTION**

ITEM CODE: 8900993174894     SEASON/YEAR: 5-WINTER 2018     TYPER TAN REBUY SML PK 1
SUB-SEASON: 50-WINTER

I 2OF 5/CARTON UPC: 0721598054234     CAT/SUB-CAT: 8M03
STYLE: 30813     TRADEMARK: NONE     SEARS DIV     SEARS ITEM     SEARS SKU
BRAND NAME: ATHLETECH     COPYRIGHT REG. NO.:
INTL COMMODITY CODE: ODSM     MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $515.88 | 25 | 25 | $4,470.00 |
| $178.800 | $178.800 | | | | |

KGS: 12.500    CBM: 0.10447k     AST PER INNER    1
PER CARTON    LBS: 27.560    CU. FT.: 3.690     INNERS PER OUTER CARTON    1
OUTER CARTON DIMENSIONS      PACKING INSTRUCTION     AST PER MASTER SHIPPING CTN    1
L 24.4" X W 22.05" X H 11.85"      CASEPACK

QUOTA CATY: RNONE      CASE #      FACTORY      EXPORTER
SPECIAL TRADE INDICATOR:      ANTI-DUMPING:
COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
POLY BAG.

### SHIPPING SCHEDULE

| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 101 | CHA | CHA | Ocean | 05-SEP-2018 | 17-SEP-2018 | 20-NOV-2018 | B | 13 | 13 | W |
| 102 | MIR | MIR | Ocean | 05-SEP-2018 | 25-SEP-2018 | 10-NOV-2018 | B | 12 | 12 | W |

DETAIL DESCRIPTION:
DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT 80% COW SUEDE LEATHER AND 20% NYLON.
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE : COVERS THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO ISTC : NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

OPC:    12

---

KMART CORPORATION      **PURCHASE ORDER**

ORDER DATE : 14 MAY 2018    ORDER NO : D6X6Y    KMS: KATHLEEN MCENTIRE

ITEM CODE: 8900993174886

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM.SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9937416.7 | | | | | | - | | | | LEATHER | 100% | |
| 9937418.3 | | | | | | - | | | | LEATHER | 100% | |
| 9937420.9 | | | | | | - | | | | LEATHER | 100% | |
| 9937423.3 | | | | | | - | | | | LEATHER | 100% | |

ITEM CODE: 8900993174894

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM.SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9937411.8 | | | | | | - | | | | LEATHER | 100% | |
| 9937413.4 | | | | | | - | | | | LEATHER | 100% | |
| 9937416.7 | | | | | | - | | | | LEATHER | 100% | |

ITEM CODE: 8900993174886     ITEM: TYPER TAN REBUY CORE PK 1

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB SELL PRICE | UPC# |
|---|---|---|---|---|---|---|
| SUB KSN DESC: TYPER TAN SZ 8 | 9937416.7 | TAN | 8.0 | 1 | 14.900   42.99 | 721598054762 |
| SUB KSN DESC: TYPER TAN SZ 9 | 9937418.3 | TAN | 9.0 | 2 | 14.900   42.99 | 721598054779 |
| SUB KSN DESC: TYPER TAN SZ 10 | 9937420.9 | TAN | 10.0 | 2 | 14.900   42.99 | 721598054786 |
| SUB KSN DESC: TYPER TAN SZ 11 | 9937423.3 | TAN | 11.0 | 1 | 14.900   42.99 | 721598054793 |
| | | | TOTAL | 6 | 89.400   257.94 | |

ITEM CODE: 8900993174894     ITEM: TYPER TAN REBUY SML PK 1

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB SELL PRICE | UPC# |
|---|---|---|---|---|---|---|
| SUB KSN DESC: TYPER TAN SZ 6 | 9937411.8 | TAN | 6.0 | 5 | 14.900   42.99 | 721598054748 |
| SUB KSN DESC: TYPER TAN SZ 7 | 9937413.4 | TAN | 7.0 | 5 | 14.900   42.99 | 721598054755 |
| SUB KSN DESC: TYPER TAN SZ 8 | 9937416.7 | TAN | 8.0 | 5 | 14.900   42.99 | 721598054762 |
| | | | TOTAL | 12 | 178.800   515.88 | |

---

KMART CORPORATION      **PURCHASE ORDER**

ORDER DATE : 14 MAY 2018    ORDER NO : D6X6Y    KMS: KATHLEEN MCENTIRE

ADDITIONAL CONDITIONS

FOR ITEM 8900993174886
IF I-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

FOR ITEM 8900993174894
IF I-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS MANAGEMENT CORPORATION ("SHMC") SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR-- KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE "SEARS BRANDS") SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIES) ACCEPT THE "SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION

UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE INCIDENT COMPANY BUYER/SOURCING-INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE (1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR, THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.

ANTIDUMPING CLAUSE:

VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDOR SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANY#
WARRANTED MERCHANDISE.

## Top Left — Order/Terms Page

KMART CORPORATION

ORDER DATE : 14 MAY 2018      ORDER NO : D66&Y

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.

LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS, STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

QUANTITY DISCREPANCIES:
OVERAGE:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HEREAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.

THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.

SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A MEDER COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

145 of 293

## Top Right — Commercial Invoice (Page 1 of 2)

### COMMERCIAL INVOICE
Page 1 of 2

DATE: August 17, 2018

INVOICE NO.: 201821460606

5544
ARCA INDUSTRIAL (N.J) INC.
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China      SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | D66&Y | TYPER TAN REBUY CORE PK 1 | 40 | 40 | 89.400  USD | 3,576.00  USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 890099174886 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT 80% COIN SUEDE LEATHER AND 20% NYLON,
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE : COVERS THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

| CONTRACT NO. | D66&Y | REFERENCE NO. | 101 |
|---|---|---|---|
| DC CODE | CHA | DEPARTMENT NO. | 035 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 |
| VENDOR ITEM CODE | | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.       1034#9
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.       CNWENEAS35WEN

| KMART | D66&Y | TYPER TAN REBUY SML PK 1 | 13 | 13 | 178.800  USD | 2,324.40  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 890099174894 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT 80% COIN SUEDE LEATHER AND 20% NYLON,
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE : COVERS THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

146 of 293

## Bottom Left — Commercial Invoice (Page 2 of 2)

### COMMERCIAL INVOICE
Page 2 of 2

DATE: August 17, 2018

INVOICE NO.: 201821460606

5544
ARCA INDUSTRIAL (N.J) INC.
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China      SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB China

| CONTRACT NO. | D66&Y | REFERENCE NO. | 101 |
|---|---|---|---|
| DC CODE | CHA | DEPARTMENT NO. | 035 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 |
| VENDOR ITEM CODE | 30813 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.       1034#9
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.       CNWENEAS35WEN

PAYMENT TERM       Open Accl
ORDER PAYMENT TERMS
DRAWN UNDER       OPEN ACCOUNT

| | | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|---|
| TOTAL INVOICE | | 53 | 53 | ASSORTMENTS | 5,900.40  USD |

TOTAL US DOLLARS FIVE THOUSAND NINE HUNDRED DOLLARS AND FORTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

ARCA INDUSTRIAL (N.J) INC

EMPLOYEE NAME       _____
EMPLOYEE TITLE       _____

147 of 293

## Bottom Right — Commercial Invoice (Page 1 of 2)

### COMMERCIAL INVOICE
Page 1 of 2

DATE: August 17, 2018

INVOICE NO.: 201821460645

5544
ARCA INDUSTRIAL (N.J) INC.
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China      SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | D66&Y | TYPER TAN REBUY CORE PK 1 | 36 | 36 | 89.400  USD | 3,218.40  USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 890099174886 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT 80% COIN SUEDE LEATHER AND 20% NYLON,
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE : COVERS THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

| CONTRACT NO. | D66&Y | REFERENCE NO. | 102 |
|---|---|---|---|
| DC CODE | MIR | DEPARTMENT NO. | 035 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 |
| VENDOR ITEM CODE | 30813 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.       1036#9
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.       CNWENEAS35WEN

| KMART | D66&Y | TYPER TAN REBUY SML PK 1 | 12 | 12 | 178.800  USD | 2,145.60  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 890099174894 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT 80% COIN SUEDE LEATHER AND 20% NYLON,
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE : COVERS THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

148 of 293



**COMMERCIAL INVOICE**

INVOICE NO.: 2018274606A3

5544
ARCA INDUSTRIAL (N.J) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB China

| | | REFERENCE NO. | 102 |
|---|---|---|---|
| CONTRACT NO. | D689Y | DEPARTMENT NO. | 035 |
| DC CODE | MIR | VENDOR NO. | 5544 |
| DIVISION NO. | Division 4 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| VENDOR ITEM CODE | 30813 | CATEGORY | RNONE |
| BINDING RULING # OR PRECLASS # | | | |

FACTORY NO. 103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO. CNWENEAS35WEN

PAYMENT TERM    Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER    OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| | 48 | 48 ASSORTMENTS | | 5,364.00  USD |
| TOTAL INVOICE | 48 | 48 ASSORTMENTS | | 5,364.00  USD |

TOTAL US DOLLARS FIVE THOUSAND THREE HUNDRED SIXTY-FOUR DOLLARS AND ZERO CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

ARCA INDUSTRIAL (N.J) INC
EMPLOYEE NAME _____
EMPLOYEE TITLE _____

149 of 293



**KMART  D689P**

150 of 293



KMART CORPORATION                    P U R C H A S E  O R D E R                              Page : 1

ORDER DATE : 04-JUN-2018    ORDER NO : D689P      BUYER : TC4  TIM CARLSON
DIV : Division 4    DEPT NO : 035

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179

VENDOR
NAME        ARCA INDUSTRIAL (N.J) INC
ADDRESS     3 KELLOGG COURT
            SUITE # 2
            EDISON
            NJ
COUNTRY     United States
EMAIL       arcany@aol.com
VENDOR NBR  5544
TELEPHONE   732-339-0450
DUNS NBR    548826
FDA REG #

TOTAL COST OF ORDER USD    $31,650.00
PAYMENT TO BE MADE BY :
( ) MULTIPLE PAYMENT TYPES
(X) CHECK/WIRE TRANSFER
            Amount USD  31,650.00
( ) FREE GOODS
            Amount USD  0.00
( ) LETTER OF CREDIT
            Amount USD  0.00
            LC #
            TRANSFERABLE :
            BANK,
PAYMENT TERMS :    59    (Days)

FOREIGN AGENT OFFICE :    KKFTWR    KMART/SEARS FOOTWEAR CONTRACTS
FOREIGN SUPPORT OFFICE :  RKKFTWR   KMART AND SEARS FOOTWEAR
PRODUCTION COUNTRY :      PINTLS    INTERNATIONAL SEAWAY

EACH ITEM TO BE MARKED :  MADE IN CHINA (MAINLAND)
EMBARK/GO DOWN :          CHINA (MAINLAND)
SHIP POINT :              CNNGB1B
DELIVERY TERMS :          FOB CN
CITY, COUNTRY :           Ningbo, China

FACTORY DETAILS:
FACTORY NBR   103669
NAME          WENZHOU EASILY SHOES CO LTD
ADDRESS       NO 35 JINHUI ROAD SHANGHUI
              LOUQIAO OUHAI
              WENZHOU
              ZHEJIANG
COUNTRY       China
TEL           13806520655
EMAIL         arcanh@mail.online.sh.cn
MID           CNWENEAS35WEN

151 of 293

KMART CORPORATION                    P U R C H A S E  O R D E R                              Page : 2

ORDER DATE : 04-JUN-2018    ORDER NO : D689P              TC4  TIM CARLSON

DESCRIPTION
ITEM CODE:   620097037097              SEASON/YEAR: 5-WINTER 2018        SELBY BLACK PK 1
                                       SUB-SEASON:  50-WINTER
( 2OF 5/CARTON UPC: 072159693844B      CAT/SUB-CAT: 6202
STYLE:       20368                      TRADEMARK:  NONE        SEARS DIV        SEARS ITEM        SEARS SKU
BRAND NAME:  NORTHWEST
             TERRITORY        COPYRIGHT REG. NO.:
INTL COMMODY 0DSM              MLTP CARTON NO: 001
CODE:

FOB PRICE              SELL PRICE         TOTAL CARTONS        TOTAL AST        TOTAL COST OF ITEM
PER AST    PER CARTON   $419.88               80                 80              $10,128.00
$126.600   $126.600

                    KGS    22.500          CBM:    0.155223        AST PER INNER           1
PER CARTON          LBS    49.600          CU. FT.    5.482        INNERS PER OUTER CARTON  1
OUTER CARTON DIMENSIONS        PACKING INSTRUCTION:        AST PER MASTER SHIPPING CTN    1
1 26.4" X W 26.0" X H 13.8"        CASEPACK

QUOTA CAT#  RNONE               CASE #        FACTORY        EXPORTER
SPECIAL TRADE                   ANTI-DUMPING:
                                COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
POLY BAG

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 101 | CHA | CHA | Ocean | 13-AUG-2018 | 27-AUG-2018 | 25-OCT-2018 | B | 42 | 42 | W |
| 102 | MIR | MIR | Ocean | 14-AUG-2018 | 28-AUG-2018 | 15-OCT-2018 | B | 38 | 38 | W |

DETAIL DESCRIPTION:
DESCRIPTION OF TYPE OF SHOE: Selby Black
GENDER: MEN
UPPER MATERIAL IN PERCENT: 90% COW SUEDE, 10% NYLON
OUTER SOLE MATERIAL IN PERCENT:100% tpr
TYPE OF CONSTRUCTION
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: YES
SIZE RANGE 7-13 (whole)
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO/ISTC : NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

OPC:          12

152 of 293

## Panel 1 (Top Left)

KMART CORPORATION

| ORDER DATE : 04-JUN-2018 | ORDER NO : D6IPP | | TC4  TIM CARLSON |
|---|---|---|---|

ITEM CODE: 620097037170

SEASON/YEAR:  5-WINTER 2018
SUB-SEASON:  50-WINTER

DESCRIPTION
SELBY BLACK PK 2

I 2OF S/CARTON UPC:  0721590053816
CAT/SUB-CAT:  6202

STYLE:  20368
TRADEMARK:  NONE

BRAND NAME:  NORTHWEST TERRITORY
COPYRIGHT REG. NO.:

INTL COMMODITY CODE:  GDSM
MLTP CARTON IND:  001

| SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|

| FOB PRICE | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|
| PER AST | PER CARTON | $419.88 | 103 | 103 | $13,039.80 |
| $126.600 | $126.600 | | | | |

PER CARTON
KGS:  22.500
LBS:  49.400

CBM:  0.155223
CU. FT.:  5.482

AST PER INNER
INNERS PER OUTER CARTON  1

OUTER CARTON DIMENSIONS:
L 26.4" X W 26.0" X H 13.8"

PACKING INSTRUCTION:
CASEPACK

AST PER MASTER SHIPPING CTN   1

QUOTA CAT#:  RNONE
SPECIAL TRADE INDICATOR:

CASE #
ANTI-DUMPING:
COUNTERVAILING:

FACTORY          EXPORTER

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
POLY BAG

### SHIPPING SCHEDULE

| REFERENCE | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 101 | CHA | CHA | Ocean | 13-AUG-2018 | 27-AUG-2018 | 25-OCT-2018 | B | 55 | 55 | W |
| 102 | MIR | MIR | Ocean | 14-AUG-2018 | 28-AUG-2018 | 10-OCT-2018 | B | 48 | 48 | W |

DETAIL DESCRIPTION:
DESCRIPTION OF TYPE OF SHOE: Selby Black
GENDER: MEN
UPPER MATERIAL IN PERCENT: 90% COW SUEDE, 10% NYLON
OUTER SOLE MATERIAL IN PERCENT 100% tpr
TYPE OF CONSTRUCTION:
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: YES
SIZE RANGE: 7-13 (whole)
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO ISTC : NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

OPC:          12

## Panel 2 (Top Right)

| ORDER DATE : 04-JUN-2018 | ORDER NO : D6IPP | | TC4  TIM CARLSON |
|---|---|---|---|

ITEM CODE: 620097037188

SEASON/YEAR:  5-WINTER 2018
SUB-SEASON:  50-WINTER

DESCRIPTION
SELBY BLACK PK 3

I 2OF S/CARTON UPC:  0721590053884
CAT/SUB-CAT:  6202

STYLE:  20368
TRADEMARK:  NONE

BRAND NAME:  NORTHWEST TERRITORY
COPYRIGHT REG. NO.:

INTL COMMODITY CODE:  GDSM
MLTP CARTON IND:  001

| SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|

| FOB PRICE | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|
| PER AST | PER CARTON | $419.88 | 67 | 67 | $8,482.20 |
| $126.600 | $126.600 | | | | |

PER CARTON
KGS:  22.500
LBS:  49.400

CBM:  0.155223
CU. FT.:  5.482

AST PER INNER
INNERS PER OUTER CARTON  1

OUTER CARTON DIMENSIONS:
L 26.4" X W 26.0" X H 13.8"

PACKING INSTRUCTION:
CASEPACK

AST PER MASTER SHIPPING CTN   1

QUOTA CAT#:  RNONE
SPECIAL TRADE INDICATOR:

CASE #
ANTI-DUMPING:
COUNTERVAILING:

FACTORY          EXPORTER

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
POLY BAG

### SHIPPING SCHEDULE

| REFERENCE | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 101 | CHA | CHA | Ocean | 13-AUG-2018 | 27-AUG-2018 | 25-OCT-2018 | B | 36 | 36 | W |
| 102 | MIR | MIR | Ocean | 14-AUG-2018 | 28-AUG-2018 | 10-OCT-2018 | B | 31 | 31 | W |

DETAIL DESCRIPTION:
DESCRIPTION OF TYPE OF SHOE: Selby Black
GENDER: MEN
UPPER MATERIAL IN PERCENT: 90% COW SUEDE, 10% NYLON
OUTER SOLE MATERIAL IN PERCENT 100% tpr
TYPE OF CONSTRUCTION:
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: YES
SIZE RANGE: 7-13 (whole)
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO ISTC : NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

OPC:          12

## Panel 3 (Bottom Left)

KMART CORPORATION

PURCHASE ORDER

Page : 5

| ORDER DATE : 04-JUN-2018 | ORDER NO : D6IPP | | TC4  TIM CARLSON |
|---|---|---|---|

ITEM CODE:  620097037097

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM/SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9703702-2 | | | | | | - | | | | LEATHER | 100% | |
| 9703704-6 | | | | | | - | | | | LEATHER | 100% | |
| 9703705-5 | | | | | | - | | | | LEATHER | 100% | |
| 9703706-3 | | | | | | - | | | | LEATHER | 100% | |
| 9703706-9 | | | | | | - | | | | LEATHER | 100% | |

ITEM CODE:  620097037170

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM/SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9703704-6 | | | | | | - | | | | LEATHER | 100% | |
| 9703705-5 | | | | | | - | | | | LEATHER | 100% | |
| 9703706-3 | | | | | | - | | | | LEATHER | 100% | |
| 9703706-9 | | | | | | - | | | | LEATHER | 100% | |
| 9703705-3 | | | | | | - | | | | LEATHER | 100% | |
| 9703712-1 | | | | | | - | | | | LEATHER | 100% | |

ITEM CODE:  620097037188

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM/SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9703704-8 | | | | | | - | | | | LEATHER | 100% | |
| 9703705-5 | | | | | | - | | | | LEATHER | 100% | |
| 9703706-1 | | | | | | - | | | | LEATHER | 100% | |
| 9703706-9 | | | | | | - | | | | LEATHER | 100% | |
| 9703705-3 | | | | | | - | | | | LEATHER | 100% | |
| 9703712-1 | | | | | | - | | | | LEATHER | 100% | |

ITEM CODE: 620097037097          ITEM: SELBY BLACK PK 1

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SELBY BLACK SZ 7 | 9703702-2 | BLACK | 7.0 | 1 | 10.550 | 34.99 | 721590053796 |
| SUB KSN DESC: SELBY BLACK SZ 8 | 9703704-8 | BLACK | 8.0 | 3 | 10.550 | 34.99 | 721590053802 |
| SUB KSN DESC: SELBY BLACK SZ 9 | 9703705-5 | BLACK | 9.0 | 4 | 10.550 | 34.99 | 721590053819 |
| SUB KSN DESC: SELBY BLACK SZ 10 | 9703706-3 | BLACK | 10.0 | 3 | 10.550 | 34.99 | 721590053826 |
| SUB KSN DESC: SELBY BLACK SZ 11 | 9703706-9 | BLACK | 11.0 | 1 | 10.550 | 34.99 | 721590053833 |
| | TOTAL | | | 12 | 126.600 | 419.88 | |

ITEM CODE: 620097037170          ITEM: SELBY BLACK PK 2

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SELBY BLACK SZ 8 | 9703704-8 | BLACK | 8.0 | 2 | 10.550 | 34.99 | 721590053802 |
| SUB KSN DESC: SELBY BLACK SZ 9 | 9703705-5 | BLACK | 9.0 | 2 | 10.550 | 34.99 | 721590053819 |
| SUB KSN DESC: SELBY BLACK SZ 10 | 9703706-3 | BLACK | 10.0 | 4 | 10.550 | 34.99 | 721590053826 |
| SUB KSN DESC: SELBY BLACK SZ 11 | 9703706-9 | BLACK | 11.0 | 2 | 10.550 | 34.99 | 721590053833 |
| SUB KSN DESC: SELBY BLACK SZ 12 | 9703705-3 | BLACK | 12.0 | 1 | 10.550 | 34.99 | 721590053840 |
| SUB KSN DESC: SELBY BLACK SZ 13 | 9703712-1 | BLACK | 13.0 | 1 | 10.550 | 34.99 | 721590053857 |
| | TOTAL | | | 12 | 126.600 | 419.88 | |

## Panel 4 (Bottom Right)

KMART CORPORATION

PURCHASE ORDER

Page : 6

| ORDER DATE : 04-JUN-2018 | ORDER NO : D6IPP | | TC4  TIM CARLSON |
|---|---|---|---|

ITEM CODE: 620097037188          ITEM: SELBY BLACK PK 3

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SELBY BLACK SZ 8 | 9703704-8 | BLACK | 8.0 | 1 | 10.550 | 34.99 | 721590053802 |
| SUB KSN DESC: SELBY BLACK SZ 9 | 9703705-5 | BLACK | 9.0 | 2 | 10.550 | 34.99 | 721590053819 |
| SUB KSN DESC: SELBY BLACK SZ 10 | 9703706-3 | BLACK | 10.0 | 4 | 10.550 | 34.99 | 721590053826 |
| SUB KSN DESC: SELBY BLACK SZ 11 | 9703706-9 | BLACK | 11.0 | 2 | 10.550 | 34.99 | 721590053833 |
| SUB KSN DESC: SELBY BLACK SZ 12 | 9703705-3 | BLACK | 12.0 | 2 | 10.550 | 34.99 | 721590053840 |
| SUB KSN DESC: SELBY BLACK SZ 13 | 9703712-1 | BLACK | 13.0 | 1 | 10.550 | 34.99 | 721590053857 |
| | TOTAL | | | 12 | 126.600 | 419.88 | |

ADDITIONAL CONDITIONS

FOR ITEM 620097037097
IF I-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

FOR ITEM 620097037170
IF I-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

FOR ITEM 620097037188
IF I-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

| ORDER DATE : 04-JUN-2018 | ORDER NO : D689P | TC4 TIM CARLSON |
|---|---|---|

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS MANAGEMENT CORPORATION("SHMC") SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR-- KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE "SEARS BRANDS") SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIES) ACCEPT THE "SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY") DUE HEREBY AGREE THAT THIS PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION

UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING. INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR.AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR MERCHANDISE QUDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR, THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.

ANTIDUMPING CLAUSE:

VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDY FOR MERCHANDISE.ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANY#
WARRANTED MERCHANDISE.

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.

LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO.PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S)

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HEREAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE NAMED THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.

THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PIECE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES.RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.

SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

---

## COMMERCIAL INVOICE

Page 1 of 3
DATE : July 17, 2018
INVOICE NO. : 201820790306

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| KMART          D689P | SELBY BLACK PK 3 | 42 CARTONS | 42 AST | 126.600 USD AST | 5,317.20 USD |
| ITEM:         6200970330V | | | | | |
| MADE IN      CHINA (MAINLAND) | | | | | |
| CONTENTS   1  ASSORTMENT | | | | | |
| | DESCRIPTION OF TYPE OF SHOE : Selby Black | | | | |
| | GENDER: MEN | | | | |
| | UPPER MATERIAL IN PERCENT: 90% COW SUEDE, 10% NYLON | | | | |
| | OUTER SOLE MATERIAL IN PERCENT:100% tpr | | | | |
| | TYPE OF CONSTRUCTION: | | | | |
| | COVERING THE ANKLE AND / OR ABOVE THE ANKLE:  YES | | | | |
| | SIZE RANGE:7-13 (whole) | | | | |
| | COMMISSION PERCENTAGE: 5% | | | | |
| | COMMISSION PAYABLE TO:ITC - NOT DUTIABLE | | | | |
| | COMMISSION IS INCLUDED IN FIRST COST:NO | | | | |
| | ROYALTY FOR TRADEMARK NAME: N/A | | | | |
| | HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1 | | | | |
| | CONTRACT NO.         D689P | REFERENCE NO.   101 | | | |
| | DC CODE               CHA | DEPARTMENT NO.  035 | | | |
| | DIVISION NO.          Division 4 | VENDOR NO.        5544 | | | |
| | VENDOR ITEM CODE   2034é | COUNTRY OF ORIGIN   CHINA (MAINLAND) | | | |
| | BINDING RULING # OR PRECLASS # | CATEGORY          RNONE | | | |
| | FACTORY NO.          1034é9 | | | | |
| | WENZHOU EASILY SHOES CO LTD | | | | |
| | NO 35 JINHUI ROAD SHANGHUI | | | | |
| | LOUQIAO OUHAI | | | | |
| | WENZHOU | | | | |
| | ZHEJIANG | | | | |
| | China | | | | |
| | FTY MID NO.          CNWENEAS35WEN | | | | |
| KMART          D689P | SELBY BLACK PK 2 | 55 CARTONS | 55 AST | 126.600 USD AST | 6,963.00 USD |
| ITEM:         6200970317 0 | | | | | |
| MADE IN      CHINA (MAINLAND) | | | | | |
| CONTENTS   1  ASSORTMENT | | | | | |
| | DESCRIPTION OF TYPE OF SHOE: Selby Black | | | | |
| | GENDER: MEN | | | | |
| | UPPER MATERIAL IN PERCENT: 90% COW SUEDE, 10% NYLON | | | | |
| | OUTER SOLE MATERIAL IN PERCENT:100% tpr | | | | |
| | TYPE OF CONSTRUCTION: | | | | |
| | COVERING THE ANKLE AND / OR ABOVE THE ANKLE:  YES | | | | |
| | SIZE RANGE:7-13 (whole) | | | | |
| | COMMISSION PERCENTAGE: 5% | | | | |
| | COMMISSION PAYABLE TO:ITC - NOT DUTIABLE | | | | |
| | COMMISSION IS INCLUDED IN FIRST COST:NO | | | | |
| | ROYALTY FOR TRADEMARK NAME: N/A | | | | |
| | HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1 | | | | |

---

## COMMERCIAL INVOICE

Page 2 of 3
DATE : July 17, 2018
INVOICE NO. : 201820790306

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB China

| | CONTRACT NO.         D689P | REFERENCE NO.   101 | | | |
|---|---|---|---|---|---|
| | DC CODE               CHA | DEPARTMENT NO.  035 | | | |
| | DIVISION NO.          Division 4 | VENDOR NO.        5544 | | | |
| | VENDOR ITEM CODE   2034é | COUNTRY OF ORIGIN   CHINA (MAINLAND) | | | |
| | BINDING RULING # OR PRECLASS # | CATEGORY          RNONE | | | |
| | FACTORY NO.          1034é9 | | | | |
| | WENZHOU EASILY SHOES CO LTD | | | | |
| | NO 35 JINHUI ROAD SHANGHUI | | | | |
| | LOUQIAO OUHAI | | | | |
| | WENZHOU | | | | |
| | ZHEJIANG | | | | |
| | China | | | | |
| | FTY MID NO.          CNWENEAS35WEN | | | | |
| KMART          D689P | SELBY BLACK PK 3 | 36 CARTONS | 36 AST | 126.600 USD AST | 4,557.60 USD |
| ITEM:         6200970317688 | | | | | |
| MADE IN      CHINA (MAINLAND) | | | | | |
| CONTENTS   1  ASSORTMENT | | | | | |
| | DESCRIPTION OF TYPE OF SHOE : Selby Black | | | | |
| | GENDER: MEN | | | | |
| | UPPER MATERIAL IN PERCENT: 90% COW SUEDE, 10% NYLON | | | | |
| | OUTER SOLE MATERIAL IN PERCENT:100% tpr | | | | |
| | TYPE OF CONSTRUCTION: | | | | |
| | COVERING THE ANKLE AND / OR ABOVE THE ANKLE:  YES | | | | |
| | SIZE RANGE:7-13 (whole) | | | | |
| | COMMISSION PERCENTAGE: 5% | | | | |
| | COMMISSION PAYABLE TO:ITC - NOT DUTIABLE | | | | |
| | COMMISSION IS INCLUDED IN FIRST COST:NO | | | | |
| | ROYALTY FOR TRADEMARK NAME: N/A | | | | |
| | HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1 | | | | |
| | CONTRACT NO.         D689P | REFERENCE NO.   101 | | | |
| | DC CODE               CHA | DEPARTMENT NO.  035 | | | |
| | DIVISION NO.          Division 4 | VENDOR NO.        5544 | | | |
| | VENDOR ITEM CODE   2034é | COUNTRY OF ORIGIN   CHINA (MAINLAND) | | | |
| | BINDING RULING # OR PRECLASS # | CATEGORY          RNONE | | | |
| | FACTORY NO.          1034é9 | | | | |
| | WENZHOU EASILY SHOES CO LTD | | | | |
| | NO 35 JINHUI ROAD SHANGHUI | | | | |
| | LOUQIAO OUHAI | | | | |
| | WENZHOU | | | | |
| | ZHEJIANG | | | | |
| | China | | | | |
| | FTY MID NO.          CNWENEAS35WEN | | | | |

PAYMENT TERM          Open A/cr
ORDER PAYMENT TERMS
DRAWN UNDER        OPEN ACCOUNT

## COMMERCIAL INVOICE

Page 1 of 1

DATE: July 17, 2018
INVOICE NO.: 201620790382

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB China

| | | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|---|
| TOTAL INVOICE | | 133 | 133 | ASSORTMENTS | 16,837.80  USD |

TOTAL US DOLLARS SIXTEEN THOUSAND EIGHT HUNDRED THIRTY-SEVEN DOLLARS AND EIGHTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

ARCA INDUSTRIAL (NJ) INC
EMPLOYEE NAME _____
EMPLOYEE TITLE _____

---

## COMMERCIAL INVOICE

Page 1 of 3

DATE: July 17, 2018
INVOICE NO.: 201620790382

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | D689P | SELBY BLACK PK 1 | 38 | 38 | 126.600  USD | 4,810.80  USD |
| | | | CARTONS | AST | | AST |

ITEM: 6200970370097
MADE IN CHINA (MAINLAND)
CONTENTS 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: Selby Black
GENDER: MEN
UPPER MATERIAL IN PERCENT: 90% COW SUEDE, 10% NYLON
OUTER SOLE MATERIAL IN PERCENT 100% tpr
TYPE OF CONSTRUCTION:
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: YES
SIZE RANGE:7-13 (whole)
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO ISTC: NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM:SELLING UNIT:1

CONTRACT NO. D689P       REFERENCE NO. 102
DC CODE        MIR        DEPARTMENT NO. 035
DIVISION NO.    Division 4   VENDOR NO. 5544
VENDOR ITEM CODE  20368    COUNTRY OF ORIGIN  CHINA (MAINLAND)
BINDING RULING # OR           CATEGORY      RNONE
PRECLASS #

FACTORY NO. 10366#
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO. CNWENEAS35WEN

| KMART | D689P | SELBY BLACK PK 2 | 48 | 48 | 126.600  USD | 6,076.80  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | | AST |

ITEM: 6200970371170
MADE IN CHINA (MAINLAND)
CONTENTS 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: Selby Black
GENDER: MEN
UPPER MATERIAL IN PERCENT: 90% COW SUEDE, 10% NYLON
OUTER SOLE MATERIAL IN PERCENT 100% tpr
TYPE OF CONSTRUCTION:
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: YES
SIZE RANGE:7-13 (whole)
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO ISTC: NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM:SELLING UNIT:1

---

## COMMERCIAL INVOICE

Page 2 of 3

DATE: July 17, 2018
INVOICE NO.: 201620790382

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB China

CONTRACT NO. D689P       REFERENCE NO. 102
DC CODE        MIR        DEPARTMENT NO. 035
DIVISION NO.    Division 4   VENDOR NO. 5544
VENDOR ITEM CODE  20368    COUNTRY OF ORIGIN  CHINA (MAINLAND)
BINDING RULING # OR           CATEGORY      RNONE
PRECLASS #

FACTORY NO. 10366#
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO. CNWENEAS35WEN

| KMART | D689P | SELBY BLACK PK 3 | 31 | 31 | 126.600  USD | 3,924.60  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | | AST |

ITEM: 6200970371188
MADE IN CHINA (MAINLAND)
CONTENTS 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: Selby Black
GENDER: MEN
UPPER MATERIAL IN PERCENT: 90% COW SUEDE, 10% NYLON
OUTER SOLE MATERIAL IN PERCENT 100% tpr
TYPE OF CONSTRUCTION:
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: YES
SIZE RANGE:7-13 (whole)
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO ISTC: NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM:SELLING UNIT:1

CONTRACT NO. D689P       REFERENCE NO. 102
DC CODE        MIR        DEPARTMENT NO. 035
DIVISION NO.    Division 4   VENDOR NO. 5544
VENDOR ITEM CODE  20368    COUNTRY OF ORIGIN  CHINA (MAINLAND)
BINDING RULING # OR           CATEGORY      RNONE
PRECLASS #

FACTORY NO. 10366#
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO. CNWENEAS35WEN

PAYMENT TERM    Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER    OPEN ACCOUNT

---

## COMMERCIAL INVOICE

Page 3 of 3

DATE: July 17, 2018
INVOICE NO.: 201620790382

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB China

| | | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|---|
| TOTAL INVOICE | | 117 | 117 | ASSORTMENTS | 14,812.20  USD |

TOTAL US DOLLARS FOURTEEN THOUSAND EIGHT HUNDRED TWELVE DOLLARS AND TWENTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

ARCA INDUSTRIAL (NJ) INC
EMPLOYEE NAME _____
EMPLOYEE TITLE _____



## KMART D686E

---

| ORDER NO : D686E | | BUYER : KMS  KATHLEEN MCENTIRE |
|---|---|---|
| DIV : Division 4 | DEPT NO : 035 | |

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | ARCA INDUSTRIAL (NJ) INC |
| ADDRESS | 3 KELLOGG COURT |
| | SUITE # 2 |
| | EDISON |
| | NJ |
| COUNTRY | United States |
| EMAIL | arcany@aol.com |
| VENDOR NBR | 5544 |
| TELEPHONE | 732-339-0450 |
| DUNS NBR | 548626 |
| FDA REG # | |

| TOTAL COST OF ORDER USD | |
|---|---|
| $39,961.80 | |
| PAYMENT TO BE MADE BY | |
| ( ) MULTIPLE PAYMENT TYPES | |
| ( X ) CHECK/WIRE TRANSFER | |
| Amount USD  39,961.80 | |
| ( ) FREE GOODS | |
| Amount USD  0.00 | |
| ( ) LETTER OF CREDIT | |
| Amount USD  0.00 | |
| LC #  | |
| TRANSFERABLE: | |
| BANK: | |
| PAYMENT TERMS:  59  (days) | |

| FOREIGN AGENT OFFICE: | KKFTWR | KMART/SEARS FOOTWEAR CONTRACTS |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKFTWR | KMART AND SEARS FOOTWEAR |
| PRODUCTION COUNTRY: | PARCA | ARCA INDUSTRIAL CORP. |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
|---|---|
| EMBARKISO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNNGB/1B |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Ningbo, China |

FACTORY DETAILS:

| FACTORY NBR: | 103669 |
|---|---|
| NAME | WENZHOU EASILY SHOES CO LTD |
| ADDRESS | NO 35 JINHUI ROAD SHANGHUI |
| | LOUGIAO OUHAI |
| | WENZHOU |
| | ZHEJIANG |
| COUNTRY | China |
| TEL | 13806520655 |
| EMAIL | arcaeh@mail.online.sh.cn |
| MID | CNWENEAS35WEN |

---

KMART CORPORATION  **PURCHASE ORDER**  Page : 2

| ORDER DATE : 10-MAY-2018 | ORDER NO : D686E | KMS  KATHLEEN MCENTIRE |
|---|---|---|

| | | DESCRIPTION | | | |
|---|---|---|---|---|---|
| ITEM CODE: 890099375276 | SEASON/YEAR: 5-WINTER 2018 | TYPER  BLACK DESERVING PACK | | | |
| | SUB-SEASON: 50-WINTER | | | | |
| I 2OF 5/CARTON UPC: 072159805546 | CATSUB-CAT: 89/03 | | | | |
| STYLE: 30813 | TRADEMARK: NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: ATHLETECH | COPYRIGHT REG. NO.: | | | |
| INTL COMMODY CODE: GDSM | MLTP CARTON NO: 001 | | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $515.86 | 142 | 142 | $25,369.60 |
| $178.800 | $178.800 | | | | |

| PER CARTON | KGS:  12.500 | CBM:  0.104476 | | AST PER INNER | 1 |
|---|---|---|---|---|---|
| | LBS:  27.560 | CU. FT.:  3.690 | | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 24.4" X 22.05" X H 11.85" | | CASEPACK | | | |

| QUOTA CAT#: RNONE | | CASE # | FACTORY | EXPORTER |
|---|---|---|---|---|
| SPECIAL TRADE INDICATOR: | | ANTI-DUMPING: | | |
| | | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
POLY BAG

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 101 | CHA | CHA | Ocean | 08-AUG-2018 | 17-SEP-2018 | 20-NOV-2018 | B | 75 | 75 | W |
| 102 | MIR | MIR | Ocean | 08-AUG-2018 | 25-SEP-2018 | 10-NOV-2018 | B | 67 | 67 | W |

DETAIL DESCRIPTION-
DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT 80% COW-SUEDE LEATHER AND 20% NYLON.
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 5%
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

OPC:  12

---

KMART CORPORATION  **PURCHASE ORDER**  Page : 3

| ORDER DATE : 10-MAY-2018 | ORDER NO : D686E | KMS  KATHLEEN MCENTIRE |
|---|---|---|

| | | DESCRIPTION | | | |
|---|---|---|---|---|---|
| ITEM CODE: 890099370284 | SEASON/YEAR: 5-WINTER 2018 | TYPER  BLACK NONDESERVING PACK 1 | | | |
| | SUB-SEASON: 50-WINTER | | | | |
| I 2OF 5/CARTON UPC: 072159805014 | CATSUB-CAT: 89/03 | | | | |
| STYLE: 30813 | TRADEMARK: NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: ATHLETECH | COPYRIGHT REG. NO.: | | | |
| INTL COMMODY CODE: GDSM | MLTP CARTON NO: 001 | | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $257.94 | 163 | 163 | $14,572.20 |
| $89.400 | $89.400 | | | | |

| PER CARTON | KGS:  6.500 | CBM:  0.053851 | | AST PER INNER | 1 |
|---|---|---|---|---|---|
| | LBS:  14.330 | CU. FT.:  1.905 | | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 22.05" X W 12.6" X H 11.85" | | CASEPACK | | | |

| QUOTA CAT#: RNONE | | CASE # | FACTORY | EXPORTER |
|---|---|---|---|---|
| SPECIAL TRADE INDICATOR: | | ANTI-DUMPING: | | |
| | | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
POLY BAG

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 101 | CHA | CHA | Ocean | 08-AUG-2018 | 17-SEP-2018 | 20-NOV-2018 | B | 86 | 86 | W |
| 102 | MIR | MIR | Ocean | 08-AUG-2018 | 25-SEP-2018 | 10-NOV-2018 | B | 77 | 77 | W |

DETAIL DESCRIPTION-
DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT 80% COW-SUEDE LEATHER AND 20% NYLON.
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 5%
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

OPC:  6

## Page 169 of 293

KMART CORPORATION

| ORDER DATE : 10-MAY-2018 | ORDER NO : D686E | KMS  KATHLEEN MCENTIRE |

ITEM CODE: 8900093073276

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9937269-0 | | | | | | - | | | | LEATHER | 100% | |
| 9937270-8 | | | | | | - | | | | LEATHER | 100% | |
| 9937271-6 | | | | | | - | | | | LEATHER | 100% | |
| 9937272-4 | | | | | | - | | | | LEATHER | 100% | |
| 9937296-9 | | | | | | - | | | | LEATHER | 100% | |
| 9937326-8 | | | | | | - | | | | LEATHER | 100% | |

ITEM CODE: 8900093073284

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9937270-8 | | | | | | - | | | | LEATHER | 100% | |
| 9937271-6 | | | | | | - | | | | LEATHER | 100% | |
| 9937272-4 | | | | | | - | | | | LEATHER | 100% | |
| 9937298-9 | | | | | | - | | | | LEATHER | 100% | |

ITEM CODE: 8900093073276    ITEM: TYPER BLACK DESERVING PACK

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: TYPER BLACK SZ 6 | 9937269-0 | BLACK | 6.0 | 1 | 14.900 | 42.99 | 72159805496 |
| SUB KSN DESC: TYPER BLACK SZ 7 | 9937270-8 | BLACK | 7.0 | 1 | 14.900 | 42.99 | 72159805493 |
| SUB KSN DESC: TYPER BLACK SZ 8 | 9937271-6 | BLACK | 8.0 | 3 | 14.900 | 42.99 | 72159805460 |
| SUB KSN DESC: TYPER BLACK SZ 9 | 9937272-4 | BLACK | 9.0 | 3 | 14.900 | 42.99 | 72159805477 |
| SUB KSN DESC: TYPER BLACK SZ 10 | 9937296-9 | BLACK | 10.0 | 2 | 14.900 | 42.99 | 72159805484 |
| SUB KSN DESC: TYPER BLACK SZ 11 | 9937326-8 | BLACK | 11.0 | 2 | 14.900 | 42.99 | 72159805491 |
| | | | TOTAL | 12 | 178.800 | 515.88 | |

ITEM CODE: 8900093073284    ITEM: TYPER BLACK NONDESERVING PACK 1

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: TYPER BLACK SZ 7 | 9937270-8 | BLACK | 7.0 | 1 | 14.900 | 42.99 | 72159805493 |
| SUB KSN DESC: TYPER BLACK SZ 8 | 9937271-6 | BLACK | 8.0 | 2 | 14.900 | 42.99 | 72159805460 |
| SUB KSN DESC: TYPER BLACK SZ 9 | 9937272-4 | BLACK | 9.0 | 2 | 14.900 | 42.99 | 72159805477 |
| SUB KSN DESC: TYPER BLACK SZ 10 | 9937298-9 | BLACK | 10.0 | 1 | 14.900 | 42.99 | 72159805484 |
| | | | TOTAL | 6 | 89.400 | 257.94 | |

## Page 170 of 293

**ADDITIONAL CONDITIONS**

FOR ITEM 8900093073276
IF-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

FOR ITEM 8900093073284
IF-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS MANAGEMENT CORPORATION("SHMC") SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR-- KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE "SEARS BRANDS"), SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIES)ACCEPT THE "SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION.(TOGETHER WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION

UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY, THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1(TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE +1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE +2% OF SHIPMENT COST
- 6 OR MORE DAYS LATE +5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE SET FORTH IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.

ANTIDUMPING CLAUSE:

VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
OBLIGATION IN ANY U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.

## Page 171 of 293

KMART CORPORATION                    **PURCHASE ORDER**                    Page : 6

| ORDER DATE : 10-MAY-2018 | ORDER NO : D686E | KMS  KATHLEEN MCENTIRE |

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.

LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

QUANTITY DISCREPANCIES:
OVERAGE:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HEREAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE HAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.

THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.

SHORTAGE:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THIS VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

## Page 172 of 293

**COMMERCIAL INVOICE**

Page 1 of 6
DATE : August 02, 2018
INVOICE NO : 2018211053319

5544
ARCA INDUSTRIAL (NJ) INC.
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM : Ningbo, China        SHIPPED TO : Chambersburg , PA
MODE OF TRANSPORTATION : Ocean
FOB China

| MARKS AND NUMBERS: | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (USS PER) |
|---|---|---|---|---|---|
| KMART | D686E | TYPER BLACK DESERVING PACK | 75 CARTONS | 75 AST | 178.800  USD AST | 13,410.00  USD |
| ITEM: | 8900093073276 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT: 80% COW SUEDE LEATHER AND 20% NYLON.
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO IS/TC : NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST  NO
ROYALTY FOR TRADEMARK NAME  N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

| CONTRACT NO. | D686E | REFERENCE NO. | 101 |
| DC CODE | CHA | DEPARTMENT NO. | 035 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 |
| VENDOR ITEM CODE | 30913 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.    10366#
WENZHOU EASILY SHOES CO LTD
NO 25 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.    CNWENEAS35WEN

| KMART | D686E | TYPER BLACK NONDESERVING PACK 1 | 86 CARTONS | 86 AST | 89.400  USD AST | 7,688.40  USD |
| ITEM: | 8900093073284 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT: 80% COW SUEDE LEATHER AND 20% NYLON.
OUTER SOLE MATERIAL IN PERCENT: 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO IS/TC : NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST  NO
ROYALTY FOR TRADEMARK NAME  N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

## Page 3 of 6 (173 of 293)

COMMERCIAL INVOICE

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Chambersburg, PA
MODE OF TRANSPORTATION: Ocean

FOB China

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | D68AG | REFERENCE NO. | 101 | |
| DC CODE | CHA | DEPARTMENT NO. | 035 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 | |
| VENDOR ITEM CODE | 30813 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

FACTORY NO.    1034#R
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MD NO.    CNWENEAS35WEN

| KMART | D68AG | TYPER GREY DESERVING PACK | 75 | 75 | 178.800 USD | 13,410.000 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | | AST |

ITEM    896099373908
MADE IN    CHINA (MAINLAND)
CONTENTS    1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT  80% COW SUEDE LEATHER AND 20% NYLON,
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-114
COMMISSION PERCENTAGE  5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEMSELLING UNIT  1

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | D68AG | REFERENCE NO. | 101 | |
| DC CODE | CHA | DEPARTMENT NO. | 035 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 | |
| VENDOR ITEM CODE | 30813 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

FACTORY NO.    1034#R
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MD NO.    CNWENEAS35WEN

| KMART | D68AG | TYPER GREY NONDESERVING PACK 1 | 86 | 86 | 89.400 USD | 7,688.40 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | | AST |

ITEM    896099373953
MADE IN    CHINA (MAINLAND)
CONTENTS    1 ASSORTMENT

## Page 6 of 6 (174 of 293)

COMMERCIAL INVOICE

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Chambersburg, PA
MODE OF TRANSPORTATION: Ocean

FOB China

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT  80% COW SUEDE LEATHER AND 20% NYLON,
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-114
COMMISSION PERCENTAGE  5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEMSELLING UNIT  1

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | D68AG | REFERENCE NO. | 101 | |
| DC CODE | CHA | DEPARTMENT NO. | 035 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 | |
| VENDOR ITEM CODE | 30813 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

FACTORY NO.    1034#R
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MD NO.    CNWENEAS35WEN

| KMART | D68AH | TYPER TAN DESERVING PACK | 75 | 75 | 178.800 USD | 13,410.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | | AST |

ITEM    896099373008
MADE IN    CHINA (MAINLAND)
CONTENTS    1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT  80% COW SUEDE LEATHER AND 20% NYLON,
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-114
COMMISSION PERCENTAGE  5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEMSELLING UNIT 1

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | D68AH | REFERENCE NO. | 101 | |
| DC CODE | CHA | DEPARTMENT NO. | 035 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 | |
| VENDOR ITEM CODE | 30813 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

FACTORY NO.    1034#R
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China

## Page 4 of 6 (175 of 293)

COMMERCIAL INVOICE

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Chambersburg, PA
MODE OF TRANSPORTATION: Ocean

FOB China

China
FTY MD NO.    CNWENEAS35WEN

| KMART | D68AH | TYPER TAN NONDESERVING PACK 1 | 86 | 86 | 89.400 USD | 7,688.40 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | | AST |

ITEM    896099374029
MADE IN    CHINA (MAINLAND)
CONTENTS    1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT  80% COW SUEDE LEATHER AND 20% NYLON,
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-114
COMMISSION PERCENTAGE  5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEMSELLING UNIT 1

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | D68AH | REFERENCE NO. | 101 | |
| DC CODE | CHA | DEPARTMENT NO. | 035 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 | |
| VENDOR ITEM CODE | 30813 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

FACTORY NO.    1034#R
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MD NO.    CNWENEAS35WEN

| KMART | D68TA | WELLA DESERVING PACK | 75 | 75 | 171.000 USD | 12,825.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | | AST |

ITEM    896099374969
MADE IN    CHINA (MAINLAND)
CONTENTS    1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT 94% PLASTIC 6% FUR
OUTER SOLE MATERIAL IN PERCENT 100% PLASTIC
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE YES
SIZE RANGE 5-11 WHOLE SIZES ONLY
COMMISSION PERCENTAGE  5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME : N/A
HOW MANY PAIRS WILL BE IN ONE ITEMSELLING UNIT 1

## Page 5 of 6 (176 of 293)

COMMERCIAL INVOICE

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Chambersburg, PA
MODE OF TRANSPORTATION: Ocean

FOB China

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | D68TA | REFERENCE NO. | 101 | |
| DC CODE | CHA | DEPARTMENT NO. | 035 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 | |
| VENDOR ITEM CODE | 30821 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

FACTORY NO.    1034#R
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MD NO.    CNWENEAS35WEN

| KMART | D68TA | WELLA NONDESERVING PACK 1 | 86 | 86 | 85.500 USD | 7,353.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | | AST |

ITEM    896099375602
MADE IN    CHINA (MAINLAND)
CONTENTS    1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT 94% PLASTIC 6% FUR
OUTER SOLE MATERIAL IN PERCENT 100% PLASTIC
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE YES
SIZE RANGE 5-11 WHOLE SIZES ONLY
COMMISSION PERCENTAGE  5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME : N/A
HOW MANY PAIRS WILL BE IN ONE ITEMSELLING UNIT 1

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | D68TA | REFERENCE NO. | 101 | |
| DC CODE | CHA | DEPARTMENT NO. | 035 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 | |
| VENDOR ITEM CODE | 30821 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

FACTORY NO.    1034#R
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MD NO.    CNWENEAS35WEN

PAYMENT TERM    Open A/cn
ORDER PAYMENT TERMS
DRAWN UNDER    OPEN ACCOUNT

## Top-left quadrant

### COMMERCIAL INVOICE

Page 4 of 6
DATE: August 21, 2018
INVOICE NO.: 2018211553J9

5544
ARCA INDUSTRIAL (N.J) INC.
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China
MODE OF TRANSPORTATION: Ocean
SHIPPED TO: Chambersburg , PA

FOB China

| | | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | AMOUNT (USD) |
|---|---|---|---|---|
| TOTAL INVOICE | | 644 | 644 ASSORTMENTS | 93,473.20 USD |

TOTAL US DOLLARS EIGHTY THREE THOUSAND FOUR HUNDRED SEVENTY-THREE DOLLARS AND TWENTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

ARCA INDUSTRIAL (N.J) INC
EMPLOYEE NAME _____
EMPLOYEE TITLE _____

## Top-right quadrant

### COMMERCIAL INVOICE

Page 1 of 6
DATE: August 21, 2018
INVOICE NO.: 2018211553J9

5544
ARCA INDUSTRIAL (N.J) INC.
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China
MODE OF TRANSPORTATION: Ocean
SHIPPED TO: Mira Loma , CA

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | D6B4E | TYPER BLACK DESERVING PACK | | | | 11,979.60 USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 89009937327A | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT 80% COW SUEDE LEATHER AND 20% NYLON.
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

CONTRACT NO.        D6B6E        REFERENCE NO.        102
DC CODE              MIR          DEPARTMENT NO.        035
DIVISION NO.         Division 4   VENDOR NO.            5544
VENDOR ITEM CODE     30813        COUNTRY OF ORIGIN     CHINA (MAINLAND)
BINDING RULING # OR               CATEGORY              RNONE
PRECLASS #
FACTORY NO.          10366#
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.          CNWENEAS35WEN

| KMART | D6B6E | TYPER BLACK NONDESERVING PACK 1 | 77 | 77 | 89.400 USD | 6,883.80 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 89009937326A | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT 80% COW SUEDE LEATHER AND 20% NYLON.
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

## Bottom-left quadrant

### COMMERCIAL INVOICE

Page 2 of 6
DATE: August 21, 2018
INVOICE NO.: 2018211553J9

5544
ARCA INDUSTRIAL (N.J) INC.
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China
MODE OF TRANSPORTATION: Ocean
SHIPPED TO: Mira Loma , CA

FOB China

CONTRACT NO.        D6B6E        REFERENCE NO.        102
DC CODE              MIR          DEPARTMENT NO.        035
DIVISION NO.         Division 4   VENDOR NO.            5544
VENDOR ITEM CODE     30813        COUNTRY OF ORIGIN     CHINA (MAINLAND)
BINDING RULING # OR               CATEGORY              RNONE
PRECLASS #
FACTORY NO.          10366#
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.          CNWENEAS35WEN

| KMART | D6B6G | TYPER GREY DESERVING PACK | 67 | 67 | 178.800 USD | 11,979.60 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 89009937393B | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT 80% COW SUEDE LEATHER AND 20% NYLON.
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

CONTRACT NO.        D6B6G        REFERENCE NO.        102
DC CODE              MIR          DEPARTMENT NO.        035
DIVISION NO.         Division 4   VENDOR NO.            5544
VENDOR ITEM CODE     30813        COUNTRY OF ORIGIN     CHINA (MAINLAND)
BINDING RULING # OR               CATEGORY              RNONE
PRECLASS #
FACTORY NO.          10366#
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.          CNWENEAS35WEN

| KMART | D6B6G | TYPER GREY NONDESERVING PACK 1 | 77 | 77 | 89.400 USD | 6,883.80 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 89009937393J | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

### COMMERCIAL INVOICE

Page 3 of 6
DATE: August 21, 2018
INVOICE NO.: 2018211553J9

5544
ARCA INDUSTRIAL (N.J) INC.
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China
MODE OF TRANSPORTATION: Ocean
SHIPPED TO: Mira Loma , CA

FOB China

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT 80% COW SUEDE LEATHER AND 20% NYLON.
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

CONTRACT NO.        D6B6G        REFERENCE NO.        102
DC CODE              MIR          DEPARTMENT NO.        035
DIVISION NO.         Division 4   VENDOR NO.            5544
VENDOR ITEM CODE     30813        COUNTRY OF ORIGIN     CHINA (MAINLAND)
BINDING RULING # OR               CATEGORY              RNONE
PRECLASS #
FACTORY NO.          10366#
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.          CNWENEAS35WEN

| KMART | D6B6H | TYPER TAN DESERVING PACK | 67 | 67 | 178.800 USD | 11,979.60 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 89009937425E | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT 80% COW SUEDE LEATHER AND 20% NYLON.
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

CONTRACT NO.        D6B6H        REFERENCE NO.        102
DC CODE              MIR          DEPARTMENT NO.        035
DIVISION NO.         Division 4   VENDOR NO.            5544
VENDOR ITEM CODE     30813        COUNTRY OF ORIGIN     CHINA (MAINLAND)
BINDING RULING # OR               CATEGORY              RNONE
PRECLASS #
FACTORY NO.          10366#
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG

## COMMERCIAL INVOICE (Page 5 of 6)

DATE: August 21, 2018
INVOICE NO.: 201821155443

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China
MODE OF TRANSPORTATION: Ocean
SHIPPED TO: Mira Loma , CA
FOB China

China
FTY MID NO. CNWENEA6J35WEN

| KMART | D686H | TYPER TAN NONDESERVING PACK 1 | 77 | 77 | 89.400 USD | 6,883.80 USD |
| | | | CARTONS | AST | | |

ITEM: 8900993174029
MADE IN: CHINA (MAINLAND)
CONTENTS: 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE:
GENDER WOMENS
UPPER MATERIAL IN PERCENT: 80% COW SUEDE LEATHER AND 20% NYLON.
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE W2 5-11 H
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

| CONTRACT NO. | D686H | REFERENCE NO. | 102 |
| DC CODE | MIRI | DEPARTMENT NO. | 035 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 |
| VENDOR ITEM CODE | 30813 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO. 1036H9
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO. CNWENEA6J35WEN

| KMART | D661A | WELLA DESERVING PACK | 67 | 67 | 171.000 USD | 11,457.00 USD |
| | | | CARTONS | AST | | |

ITEM: 8900993174069
MADE IN: CHINA (MAINLAND)
CONTENTS: 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT 94% PLASTIC 6% FUR
OUTER SOLE MATERIAL IN PERCENT 100% PLASTIC
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE YES
SIZE RANGE 5-11 WHOLE SIZES ONLY
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

---

## COMMERCIAL INVOICE (Page 6 of 6)

DATE: August 21, 2018
INVOICE NO.: 201821155443

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China
MODE OF TRANSPORTATION: Ocean
SHIPPED TO: Mira Loma , CA
FOB China

| CONTRACT NO. | D661A | REFERENCE NO. | 102 |
| DC CODE | MIRI | DEPARTMENT NO. | 035 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 |
| VENDOR ITEM CODE | 30821 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

| KMART | D661A | WELLA NONDESERVING PACK 1 | 77 | 77 | 85.500 USD | 6,583.50 USD |
| | | | CARTONS | AST | | |

ITEM: 8900993175602
MADE IN: CHINA (MAINLAND)
CONTENTS: 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT 94% PLASTIC 6% FUR
OUTER SOLE MATERIAL IN PERCENT 100% PLASTIC
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE YES
SIZE RANGE 5-11 WHOLE SIZES ONLY
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

| CONTRACT NO. | D661A | REFERENCE NO. | 102 |
| DC CODE | MIRI | DEPARTMENT NO. | 035 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 |
| VENDOR ITEM CODE | 30821 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO. 1036H9
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO. CNWENEA6J35WEN

PAYMENT TERM Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER OPEN ACCOUNT

---

## COMMERCIAL INVOICE (Page 6 of 6)

DATE: August 21, 2018
INVOICE NO.: 201821155443

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China
MODE OF TRANSPORTATION: Ocean
SHIPPED TO: Mira Loma , CA
FOB China

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 576 | 576 | ASSORTMENTS | 74,630.70 USD |

TOTAL US DOLLARS SEVENTY FOUR THOUSAND SIX HUNDRED THIRTY DOLLARS AND SEVENTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

ARCA INDUSTRIAL (NJ) INC
EMPLOYEE NAME _____
EMPLOYEE TITLE _____

---



KMART D686G

Page : 2

KMART CORPORATION

| ORDER DATE : 10-MAY-2018 | ORDER NO : D6A6G | BUYER : KMS : KATHLEEN MCENTIRE |
| DIV : Division 4 | DEPT NO : 035 | |

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179

**VENDOR**

NAME: ARCA INDUSTRIAL (NJ) INC

ADDRESS: 3 KELLOGG COURT
SUITE # 2
EDISON
NJ
COUNTRY: United States
EMAIL: arcany@iwit.com
VENDOR NBR: 5544
TELEPHONE: 732-229-0450
DUNS NBR: 548826
FDA REG #

**TOTAL COST OF ORDER USD**
$39,961.80

PAYMENT TO BE MADE BY:
( ) MULTIPLE PAYMENT TYPES
( X ) CHECK/WIRE TRANSFER
Amount USD 39,961.80
( ) FREE GOODS
Amount USD 0.00
( ) LETTER OF CREDIT
Amount USD 0.00
LC #
TRANSFERABLE:
BANK:

PAYMENT TERMS: 59 (days)

| FOREIGN AGENT OFFICE: | KKFTWR | KMART/SEARS FOOTWEAR CONTRACTS |
| FOREIGN SUPPORT OFFICE: | RKKFTWR | KMART AND SEARS FOOTWEAR |
| PRODUCTION COUNTRY: | PARCA | ARCA INDUSTRIAL CORP |

EACH ITEM TO BE MARKED:
EMBARK/GO-DOWN: CHINA (MAINLAND)
SHIP POINT: CNNGB1B
DELIVERY TERMS: FOB CN
CITY, COUNTRY: Ningbo, China

FACTORY DETAILS:

FACTORY NBR: 1034AR
NAME: WENZHOU EASILY SHOES CO.LTD
ADDRESS: NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
COUNTRY: China
TEL: 1389822603S
EMAIL: arcany@mail.online.sh.cn
MID: CNWENEAS35WEN

---

KMART CORPORATION

| ORDER DATE : 10-MAY-2018 | ORDER NO : D6A6G | KMS  KATHLEEN MCENTIRE |

| ITEM CODE: 8900993793B | | DESCRIPTION |
| | SEASON/YEAR: 5 WINTER 2018 | TYPER GREY DESERVING PACK |
| | SUB SEASON: 50 WINTER | |
| 120F 5/CARTON UPC: 0725998049088 | CAT/SUB-CAT: 8H03 | |
| STYLE: 30813 | TRADEMARK: NONE | |
| BRAND NAME: ATHLETECH | COPYRIGHT REG. NO.: | SEARS DIV   SEARS ITEM   SEARS SKU |
| INTL COMMODY CODE: 020SM | MLTP CARTON NO: 001 | |

| FOB PRICE | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|
| PER AST | $515.88 | 142 | 142 | $25,389.60 |
| $178.800 | $178.800 | | | |

| | KGS: 12.500 | CBM: 0.1044Th | | AST PER INNER | 1 |
| PER CARTON | LBS: 27.560 | CU. FT.: 3.690 | | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION | | AST PER MASTER SHIPPING CTN | 1 |
| L 24.4" X W 22.03" X H 11.85" | | CASEPACK | | |

QUOTA CAT#: RNONE   CASE #   FACTORY   EXPORTER
SPECIAL TRADE INDICATOR:   ANTI-DUMPING:
COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
POLY BAG

**SHIPPING SCHEDULE**

| REFERENCE (PO)/(SEG) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 101 | CHA | CHA | Ocean | 08-AUG-2018 | 17-SEP-2018 | 20-NOV-2018 | B | 75 | 75 | W |
| 102 | MIR | MIR | Ocean | 08-AUG-2018 | 25-SEP-2018 | 10-NOV-2018 | B | 67 | 67 | W |

DETAIL DESCRIPTION:

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT 80% COW SUEDE LEATHER AND 20% NYLON
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

OPC: 12

---

KMART CORPORATION                     PURCHASE ORDER                     Page : 3

| ORDER DATE : 10-MAY-2018 | ORDER NO : D6A6G | KMS  KATHLEEN MCENTIRE |

| ITEM CODE: 8900993793S1 | | DESCRIPTION |
| | SEASON/YEAR: 5 WINTER 2018 | TYPER GREY NONDESERVING PACK 1 |
| | SUB SEASON: 50 WINTER | |
| 120F 5/CARTON UPC: 0725998049156 | CAT/SUB-CAT: 8H03 | |
| STYLE: 30813 | TRADEMARK: NONE | |
| BRAND NAME: ATHLETECH | COPYRIGHT REG. NO.: | SEARS DIV   SEARS ITEM   SEARS SKU |
| INTL COMMODY CODE: 020SM | MLTP CARTON NO: 001 | |

| FOB PRICE | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|
| PER AST | $257.94 | 163 | 163 | $14,572.20 |
| $89.400 | $89.400 | | | |

| | KGS: 6.500 | CBM: 0.05393 | | AST PER INNER | 1 |
| PER CARTON | LBS: 14.330 | CU. FT.: 1.905 | | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION | | AST PER MASTER SHIPPING CTN | 1 |
| L 22.05" X W 12.4' X H 11.85" | | CASEPACK | | |

QUOTA CAT#: RNONE   CASE #   FACTORY   EXPORTER
SPECIAL TRADE INDICATOR:   ANTI-DUMPING:
COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
POLY BAG

**SHIPPING SCHEDULE**

| REFERENCE (PO)/(SEG) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 101 | CHA | CHA | Ocean | 08-AUG-2018 | 17-SEP-2018 | 20-NOV-2018 | B | 86 | 86 | W |
| 102 | MIR | MIR | Ocean | 08-AUG-2018 | 25-SEP-2018 | 10-NOV-2018 | B | 77 | 77 | W |

DETAIL DESCRIPTION:

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT 80% COW SUEDE LEATHER AND 20% NYLON
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

OPC: 6

---

KMART CORPORATION                     PURCHASE ORDER                     Page : 4

| ORDER DATE : 10-MAY-2018 | ORDER NO : D6A6G | KMS  KATHLEEN MCENTIRE |

ITEM CODE: 8900993793B

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | CARE PCT INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9937331-8 | | | | | | - | | | | LEATHER | 100% |
| 9937332-6 | | | | | | - | | | | LEATHER | 100% |
| 9937333-4 | | | | | | - | | | | LEATHER | 100% |
| 9937334-2 | | | | | | - | | | | LEATHER | 100% |
| 9937381-3 | | | | | | - | | | | LEATHER | 100% |
| 9937392-0 | | | | | | - | | | | LEATHER | 100% |

ITEM CODE: 8900993793S1

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | CARE PCT INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9937332-6 | | | | | | - | | | | LEATHER | 100% |
| 9937333-4 | | | | | | - | | | | LEATHER | 100% |
| 9937334-2 | | | | | | - | | | | LEATHER | 100% |
| 9937381-3 | | | | | | - | | | | LEATHER | 100% |

ITEM CODE: 8900993793B     ITEM: TYPER GREY DESERVING PACK

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC # |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: TYPER GREY SZ 6 | 9937331-8 | GREY | 6.0 | 1 | 14.900 | 42.99 | 721598054847 |
| SUB KSN DESC: TYPER GREY SZ 7 | 9937332-6 | GREY | 7.0 | 1 | 14.900 | 42.99 | 721598054854 |
| SUB KSN DESC: TYPER GREY SZ 8 | 9937333-4 | GREY | 8.0 | 3 | 14.900 | 42.99 | 721598054861 |
| SUB KSN DESC: TYPER GREY SZ 9 | 9937334-2 | GREY | 9.0 | 3 | 14.900 | 42.99 | 721598054878 |
| SUB KSN DESC: TYPER GREY SZ 10 | 9937381-3 | GREY | 10.0 | 2 | 14.900 | 42.99 | 721598054885 |
| SUB KSN DESC: TYPER GREY SZ 11 | 9937392-0 | GREY | 11.0 | 2 | 14.900 | 42.99 | 721598054892 |
| | | | TOTAL | 12 | 178.800 | 515.88 | |

ITEM CODE: 8900993793S1     ITEM: TYPER GREY NONDESERVING PACK 1

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC # |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: TYPER GREY SZ 7 | 9937332-6 | GREY | 7.0 | 1 | 14.900 | 42.99 | 721598054854 |
| SUB KSN DESC: TYPER GREY SZ 8 | 9937333-4 | GREY | 8.0 | 2 | 14.900 | 42.99 | 721598054861 |
| SUB KSN DESC: TYPER GREY SZ 9 | 9937334-2 | GREY | 9.0 | 2 | 14.900 | 42.99 | 721598054878 |
| SUB KSN DESC: TYPER GREY SZ 10 | 9937381-3 | GREY | 10.0 | 1 | 14.900 | 42.99 | 721598054885 |
| | | | TOTAL | 6 | 89.400 | 257.94 | |

KMART CORPORATION

ORDER DATE : 10-MAY-2018    ORDER NO : D686G    KMS: KATHLEEN MCENTIRE

KMART CORPORATION

ORDER DATE : 10-MAY-2018    ORDER NO : D686G    KMS: KATHLEEN MCENTIRE

## ADDITIONAL CONDITIONS

FOR ITEM #9009727/818
IF/ INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

FOR ITEM #9009721953
IF/ INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS MANAGEMENT CORPORATION("SHMC"), SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR— KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE "SEARS BRANDS"),SEARS,ROEBUCK AND CO (TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE "SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS PURCHASE ORDER ('ORDER') SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION

UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYERSOURCING. INTL MANIAGER. AS RECOURSE FOR LATE DELIVERY THE COMPANY BUYERSOURCING MANAGER MAY CHOOSE 1)TO CANCEL THE ORDER 2) BE/OUIRE THE VENDOR TO DELIVER THE MERCHANDISE TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR 3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED BY VENDOR.AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET FORTH IN THIS ORDER SHALL PREVAIL.

ANTIDUMPING CLAUSE:

VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDY FOR MERCHANDISE ACTIONABLE UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY ORDER OR OF ANY COUNTERVAILING DUTY ORDER AND EXPORTED BEFORE THE DATE OF PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF WARRANTED MERCHANDISE.

189 of 293

---

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND FREIGHT CHARGES TO COMPANY.

LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED PERSONNEL OR AGENT(S).

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HEREAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")SHALL BE ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO (HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO,WILL BE AUTOMATICALLY REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE PRICE WILL EQUAL THE TOTAL FOR VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY BY THE PARTIES AS REFLECTED IN THE PO.

THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PIECE PER PIECE,WHEREVER RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.

SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S OBLIGATION HEREIN. AS A RESULT,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR CLAIM FOR THE VALUE OF SUCH SHORTAGE, THEREBY REDUCING THE TOTAL AGREED UPON PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

190 of 293

---

# COMMERCIAL INVOICE

Page 1 of 6
DATE: August 02, 2018
INVOICE NO.: 201821105319

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China       SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | D686E | TYPER BLACK DESERVING PACK | 75 | 75 | 178.800 USD | 13,410.00 USD |
| | | | CARTONS | AST | AST | |

ITEM:        89009937276
MADE IN     CHINA (MAINLAND)
CONTENTS   1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT: 80% COW-SUEDE LEATHER AND 20% NYLON.
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-1/4
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME N/A
HOW MANY PAIRS WILL BE IN ONE ITEMSELLING UNIT 1

CONTRACT NO.          D686E            REFERENCE NO.            101
DC CODE                  CHA                DEPARTMENT NO.          035
DIVISION NO.            Division 4          VENDOR NO.                5544
VENDOR ITEM CODE    30813             COUNTRY OF ORIGIN      CHINA (MAINLAND)
BINDING RULING # OR                       CATEGORY                    RNONE
PRECLASS #

FACTORY NO.            103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.              CNWENEA535HEN

| KMART | D686E | TYPER BLACK NONDESERVING PACK 1 | 90 | 90 | 89.400 USD | 7,686.40 USD |
| | | | CARTONS | AST | AST | |

ITEM:        89009937284
MADE IN     CHINA (MAINLAND)
CONTENTS   1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT: 80% COW-SUEDE LEATHER AND 20% NYLON.
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-1/4
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME N/A
HOW MANY PAIRS WILL BE IN ONE ITEMSELLING UNIT 1

191 of 293

---

# COMMERCIAL INVOICE

Page 2 of 6
DATE: August 02, 2018
INVOICE NO.: 201821105319

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China       SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB China

CONTRACT NO.          D686G            REFERENCE NO.            101
DC CODE                  CHA                DEPARTMENT NO.          035
DIVISION NO.            Division 4          VENDOR NO.                5544
VENDOR ITEM CODE    30813             COUNTRY OF ORIGIN      CHINA (MAINLAND)
BINDING RULING # OR                       CATEGORY                    RNONE
PRECLASS #

FACTORY NO.            103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.              CNWENEA535HEN

| KMART | D686G | TYPER GREY DESERVING PACK | 75 | 75 | 178.800 USD | 13,410.00 USD |
| | | | CARTONS | AST | AST | |

ITEM:        89009937308
MADE IN     CHINA (MAINLAND)
CONTENTS   1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT: 80% COW-SUEDE LEATHER AND 20% NYLON.
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-1/4
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME N/A
HOW MANY PAIRS WILL BE IN ONE ITEMSELLING UNIT 1

CONTRACT NO.          D686G            REFERENCE NO.            101
DC CODE                  CHA                DEPARTMENT NO.          035
DIVISION NO.            Division 4          VENDOR NO.                5544
VENDOR ITEM CODE    30813             COUNTRY OF ORIGIN      CHINA (MAINLAND)
BINDING RULING # OR                       CATEGORY                    RNONE
PRECLASS #

FACTORY NO.            103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.              CNWENEA535HEN

| KMART | D686G | TYPER GREY NONDESERVING PACK 1 | 90 | 90 | 89.400 USD | 7,686.40 USD |
| | | | CARTONS | AST | AST | |

ITEM:        89009937953
MADE IN     CHINA (MAINLAND)
CONTENTS   1 ASSORTMENT

192 of 293

## COMMERCIAL INVOICE (Page 4 of 6)

Page 4 of 6
DATE: August 02, 2016
INVOICE NO.: 20162115S319

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Chambersburg, PA
MODE OF TRANSPORTATION: Ocean

FOB China

China
FTY MID NO.: CNWENEAS35WEN

| KMART | D686H | TYPER TAN NONDESERVING PACK 1 | | 86 | 86 | 89.400 USD | 7,688.40 USD |
|-------|-------|-------------------------------|--|-----|-----|-----------|-------------|
| | | | | | CARTONS | AST | AST |

ITEM: 890099374626
MADE IN CHINA (MAINLAND)
CONTENTS 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE:
GENDER WOMENS
UPPER MATERIAL IN PERCENT: 80% COW-SUEDE LEATHER AND 20% NYLON,
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-114
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO ISTC - NOT OUTIABLE
ROYALTY FOR TRADEMARK NAME? NA
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

CONTRACT NO. D686H           REFERENCE NO. 101
DC CODE CHA                  DEPARTMENT NO. 035
DIVISION NO. Division 4      VENDOR NO. 5544
VENDOR ITEM CODE 30813       COUNTRY OF ORIGIN CHINA (MAINLAND)
BINDING RULING # OR          CATEGORY RNONE
PRECLASS #

FACTORY NO. 103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.: CNWENEAS35WEN

| KMART | D687A | WELLA DESERVING PACK | | 75 | 75 | 171.000 USD | 12,825.00 USD |
|-------|-------|----------------------|--|-----|-----|-----------|-------------|
| | | | | | CARTONS | AST | AST |

ITEM: 890099374969
MADE IN CHINA (MAINLAND)
CONTENTS 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT 94% PLASTIC 6% FUR
OUTER SOLE MATERIAL IN PERCENT 100% PLASTIC
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE YES
SIZE RANGE 5-11 WHOLE SIZES ONLY
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO ISTC - NOT OUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

---

## COMMERCIAL INVOICE (Page 3 of 6)

Page 3 of 6
DATE: August 02, 2016
INVOICE NO.: 20162115S319

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Chambersburg, PA
MODE OF TRANSPORTATION: Ocean

FOB China

DESCRIPTION OF TYPE OF SHOE:
GENDER WOMENS
UPPER MATERIAL IN PERCENT: 80% COW-SUEDE LEATHER AND 20% NYLON,
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-114
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO ISTC - NOT OUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

CONTRACT NO. D686G           REFERENCE NO. 101
DC CODE CHA                  DEPARTMENT NO. 035
DIVISION NO. Division 4      VENDOR NO. 5544
VENDOR ITEM CODE 30813       COUNTRY OF ORIGIN CHINA (MAINLAND)
BINDING RULING # OR          CATEGORY RNONE
PRECLASS #

FACTORY NO. 103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.: CNWENEAS35WEN

| KMART | D686H | TYPER TAN DESERVING PACK | | 75 | 75 | 178.800 USD | 13,410.00 USD |
|-------|-------|--------------------------|--|-----|-----|-----------|-------------|
| | | | | | CARTONS | AST | AST |

ITEM: 890099374358
MADE IN CHINA (MAINLAND)
CONTENTS 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE:
GENDER WOMENS
UPPER MATERIAL IN PERCENT: 80% COW-SUEDE LEATHER AND 20% NYLON,
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-114
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO ISTC - NOT OUTIABLE
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

CONTRACT NO. D686H           REFERENCE NO. 101
DC CODE CHA                  DEPARTMENT NO. 035
DIVISION NO. Division 4      VENDOR NO. 5544
VENDOR ITEM CODE 30813       COUNTRY OF ORIGIN CHINA (MAINLAND)
BINDING RULING # OR          CATEGORY RNONE
PRECLASS #

FACTORY NO. 103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.: CNWENEAS35WEN

---

## COMMERCIAL INVOICE (Page 5 of 6)

Page 5 of 6
DATE: August 02, 2016
INVOICE NO.: 20162115S319

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Chambersburg, PA
MODE OF TRANSPORTATION: Ocean

FOB China

CONTRACT NO. D687A           REFERENCE NO. 101
DC CODE CHA                  DEPARTMENT NO. 035
DIVISION NO. Division 4      VENDOR NO. 5544
VENDOR ITEM CODE 30821       COUNTRY OF ORIGIN CHINA (MAINLAND)
BINDING RULING # OR          CATEGORY RNONE
PRECLASS #

FACTORY NO. 103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.: CNWENEAS35WEN

| KMART | D687A | WELLA NONDESERVING PACK 1 | | 86 | 86 | 85.500 USD | 7,353.00 USD |
|-------|-------|---------------------------|--|-----|-----|-----------|-------------|
| | | | | | CARTONS | AST | AST |

ITEM: 890099375602
MADE IN CHINA (MAINLAND)
CONTENTS 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT 94% PLASTIC 6% FUR
OUTER SOLE MATERIAL IN PERCENT 100% PLASTIC
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE YES
SIZE RANGE 5-11 WHOLE SIZES ONLY
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO ISTC - NOT OUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

CONTRACT NO. D687A           REFERENCE NO. 101
DC CODE CHA                  DEPARTMENT NO. 035
DIVISION NO. Division 4      VENDOR NO. 5544
VENDOR ITEM CODE 30821       COUNTRY OF ORIGIN CHINA (MAINLAND)
BINDING RULING # OR          CATEGORY RNONE
PRECLASS #

FACTORY NO. 103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.: CNWENEAS35WEN

PAYMENT TERM Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER OPEN ACCOUNT

---

## COMMERCIAL INVOICE (Page 6 of 6)

Page 6 of 6
DATE: August 02, 2016
INVOICE NO.: 20162115S319

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Chambersburg, PA
MODE OF TRANSPORTATION: Ocean

FOB China

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|--|--------------------|--------------------------|--|--------------|
| TOTAL INVOICE | 644 | 644 | ASSORTMENTS | 83,473.20 USD |

TOTAL US DOLLARS EIGHTY-THREE THOUSAND FOUR HUNDRED SEVENTY-THREE DOLLARS AND TWENTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

ARCA INDUSTRIAL (NJ) INC

EMPLOYEE NAME _____
EMPLOYEE TITLE _____

## COMMERCIAL INVOICE

Page 1 of 6
DATE: August 21, 2018
INVOICE NO.: 2018211556A3

5544
ARCA INDUSTRIAL (NJ) INC.
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China     SHIPPED TO: Mira Loma, CA
MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | D&&E | TYPER BLACK DESERVING PACK | 67 CARTONS | 67 AST | 178.800 USD AST | 11,979.60 USD |
| ITEM: | 89009937327& | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT 80% COW SUEDE LEATHER AND 20% NYLON.
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 5%
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

CONTRACT NO.  D&&E          REFERENCE NO.  102
DC CODE        MIR            DEPARTMENT NO.  035
DIVISION NO.   Division 4     VENDOR NO.  5544
VENDOR ITEM CODE  30813      COUNTRY OF ORIGIN  CHINA (MAINLAND)
BINDING RULING # OR           CATEGORY  RNONE
PRECLASS #

FACTORY NO.  1036#9
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.  CNWEN&&35WEN

| KMART | D&&E | TYPER BLACK NONDESERVING PACK 1 | 77 CARTONS | 77 AST | 89.400 USD AST | 6,883.80 USD |
|---|---|---|---|---|---|---|
| ITEM: | 89009937328& | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT 80% COW SUEDE LEATHER AND 20% NYLON.
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO 5TC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

---

## COMMERCIAL INVOICE

Page 2 of 6
DATE: August 21, 2018
INVOICE NO.: 2018211556A3

5544
ARCA INDUSTRIAL (NJ) INC.
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China     SHIPPED TO: Mira Loma, CA
MODE OF TRANSPORTATION: Ocean

FOB China

CONTRACT NO.  D&&E          REFERENCE NO.  102
DC CODE        MIR            DEPARTMENT NO.  035
DIVISION NO.   Division 4     VENDOR NO.  5544
VENDOR ITEM CODE  30813      COUNTRY OF ORIGIN  CHINA (MAINLAND)
BINDING RULING # OR           CATEGORY  RNONE
PRECLASS #

FACTORY NO.  1036#9
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.  CNWEN&&35WEN

| KMART | D&&G | TYPER GREY DESERVING PACK | 67 CARTONS | 67 AST | 178.800 USD | 11,979.60 USD |
|---|---|---|---|---|---|---|
| ITEM: | 89009937393& | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT 80% COW SUEDE LEATHER AND 20% NYLON.
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO 5TC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

CONTRACT NO.  D&&G          REFERENCE NO.  102
DC CODE        MIR            DEPARTMENT NO.  035
DIVISION NO.   Division 4     VENDOR NO.  5544
VENDOR ITEM CODE  30813      COUNTRY OF ORIGIN  CHINA (MAINLAND)
BINDING RULING # OR           CATEGORY  RNONE
PRECLASS #

FACTORY NO.  1036#9
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.  CNWEN&&35WEN

| KMART | D&&G | TYPER GREY NONDESERVING PACK 1 | 77 CARTONS | 77 AST | 89.400 USD AST | 6,883.80 USD |
|---|---|---|---|---|---|---|
| ITEM: | 89009937393& | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

---

## COMMERCIAL INVOICE

Page 3 of 6
DATE: August 21, 2018
INVOICE NO.: 2018211556A3

5544
ARCA INDUSTRIAL (NJ) INC.
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China     SHIPPED TO: Mira Loma, CA
MODE OF TRANSPORTATION: Ocean

FOB China

China
FTY MID NO.  CNWEN&&35WEN

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT 80% COW SUEDE LEATHER AND 20% NYLON.
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO 5TC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

CONTRACT NO.  D&&G          REFERENCE NO.  102
DC CODE        MIR            DEPARTMENT NO.  035
DIVISION NO.   Division 4     VENDOR NO.  5544
VENDOR ITEM CODE  30813      COUNTRY OF ORIGIN  CHINA (MAINLAND)
BINDING RULING # OR           CATEGORY  RNONE
PRECLASS #

FACTORY NO.  1036#9
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.  CNWEN&&35WEN

| KMART | D&&H | TYPER TAN DESERVING PACK | 67 CARTONS | 67 AST | 178.800 USD AST | 11,979.60 USD |
|---|---|---|---|---|---|---|
| ITEM: | 89009937425& | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT 80% COW SUEDE LEATHER AND 20% NYLON.
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO 5TC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

CONTRACT NO.  D&&H          REFERENCE NO.  102
DC CODE        MIR            DEPARTMENT NO.  035
DIVISION NO.   Division 4     VENDOR NO.  5544
VENDOR ITEM CODE  30813      COUNTRY OF ORIGIN  CHINA (MAINLAND)
BINDING RULING # OR           CATEGORY  RNONE
PRECLASS #

FACTORY NO.  1036#9
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG

---

## COMMERCIAL INVOICE

Page 4 of 6
DATE: August 21, 2018
INVOICE NO.: 2018211556A3

5544
ARCA INDUSTRIAL (NJ) INC.
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China     SHIPPED TO: Mira Loma, CA
MODE OF TRANSPORTATION: Ocean

FOB China

China
FTY MID NO.  CNWEN&&35WEN

| KMART | D&&H | TYPER TAN NONDESERVING PACK 1 | 77 CARTONS | 77 AST | 89.400 USD AST | 6,883.80 USD |
|---|---|---|---|---|---|---|
| ITEM: | 89009937426& | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT 80% COW SUEDE LEATHER AND 20% NYLON.
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO 5TC - NOT DUTIABLE
ROYALTY FOR TRADEMARK NAME / N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

CONTRACT NO.  D&&H          REFERENCE NO.  102
DC CODE        MIR            DEPARTMENT NO.  035
DIVISION NO.   Division 4     VENDOR NO.  5544
VENDOR ITEM CODE  30813      COUNTRY OF ORIGIN  CHINA (MAINLAND)
BINDING RULING # OR           CATEGORY  RNONE
PRECLASS #

FACTORY NO.  1036#9
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.  CNWEN&&35WEN

| KMART | D&&7A | WELLA DESERVING PACK | 67 CARTONS | 67 AST | 171.000 USD AST | 11,457.00 USD |
|---|---|---|---|---|---|---|
| ITEM: | 89009937494# | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT 90% PLASTIC 6% FUR
OUTER SOLE MATERIAL IN PERCENT 100% PLASTIC
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE YES
SIZE RANGE 5-11 WHOLE SIZES ONLY
COMMISSION PAYABLE TO 5TC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME : N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1



## COMMERCIAL INVOICE (left)

INVOICE NO.: 201821155643

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB China

| CONTRACT NO. | D687A | REFERENCE NO. | 102 |
| DC CODE | MRR | DEPARTMENT NO. | 035 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 |
| BINDING RULING # OR PRECLASS # | 30821 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| | | CATEGORY | RNONE |

FACTORY NO.          1036#R
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.          CNWENEAS35WEN

| KMART | D687A | WELLA NONDESERVING PACK 1 | 77 | 77 | 85.500 USD | 6,583.50 USD |
| | | | CARTONS | AST | AST | |

ITEM:          896099175602
MADE IN          CHINA (MAINLAND)
CONTENTS          1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT 94% PLASTIC 6% FUR
OUTER SOLE MATERIAL IN PERCENT 100% PLASTIC
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE YES
SIZE RANGE 5-11 WHOLE SIZES ONLY
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME : N/A
HOW MANY PAIRS WILL BE IN ONE ITEMSELLING UNIT 1

| CONTRACT NO. | D687A | REFERENCE NO. | 102 |
| DC CODE | MRR | DEPARTMENT NO. | 035 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 |
| VENDOR ITEM CODE | 30821 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.          1036#R
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.          CNWENEAS35WEN

PAYMENT TERM          Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER          OPEN ACCOUNT

201 of 293

## COMMERCIAL INVOICE (right)

DATE : August 21, 2018
INVOICE NO.: 201821155643

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB China

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 576 | 576 | ASSORTMENTS | 74,630.70  USD |

TOTAL US DOLLARS SEVENTY FOUR THOUSAND SIX HUNDRED THIRTY DOLLARS AND SEVENTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

ARCA INDUSTRIAL (NJ) INC
EMPLOYEE NAME
EMPLOYEE TITLE

202 of 293



**KMART  D686H**

203 of 293

## PURCHASE ORDER

KMART CORPORATION

Page : 1

| ORDER DATE : 10-MAY-2018 | ORDER NO : D686H | BUYER : KM5  KATHLEEN MCENTIRE |
| DIV : Division 4 | DEPT NO : 035 | |

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | ARCA INDUSTRIAL (NJ) INC |
| ADDRESS | 3 KELLOGG COURT SUITE # 2 EDISON NJ |
| COUNTRY | United States |
| EMAIL | arcany@aol.com |
| VENDOR NBR | 5544 |
| TELEPHONE | 732-339-0450 |
| DUNS NBR | 548826 |
| FDA REG # | |

| TOTAL COST OF ORDER USD | $29,961.80 |
|---|---|
| PAYMENT TO BE MADE BY : | |
| ( )  MULTIPLE PAYMENT TYPES | |
| ( X )  CHECK/WIRE TRANSFER | |
| | Amount USD  29,961.80 |
| ( )  FREE GOODS | |
| | Amount USD  0.00 |
| ( )  LETTER OF CREDIT | |
| | Amount USD  0.00 |
| | LC # |
| | TRANSFERABLE : |
| | BANK |
| PAYMENT TERMS: | 59  (days) |

| FOREIGN AGENT OFFICE | KKFTWR | KMART/SEARS FOOTWEAR CONTRACTS |
| FOREIGN SUPPORT OFFICE | RKKFTWR | KMART AND SEARS FOOTWEAR |
| PRODUCTION COUNTRY | PARCA | ARCA INDUSTRIAL CORP. |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
| EMBARKGO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNNGB1B |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Ningbo, China |

FACTORY DETAILS:
| FACTORY NBR | 1036#R |
| NAME | WENZHOU EASILY SHOES CO LTD |
| ADDRESS | NO 35 JINHUI ROAD SHANGHUI LOUQIAO OUHAI WENZHOU ZHEJIANG |
| COUNTRY | China |
| TEL | 13856520655 |
| EMAIL | arcash@mail.online.sh.cn |
| MID | CNWENEAS35WEN |

204 of 293

## Page 1 (205 of 293)

KMART CORPORATION

PURCHASE ORDER

Page : 3

ORDER DATE : 10-MAY-2018    ORDER NO : D686H    KMS : KATHLEEN MCENTIRE

| | | | DESCRIPTION |
|---|---|---|---|
| ITEM CODE: 890099174258 | | SEASON/YEAR: 5-WINTER 2018 | TYPER TAN DESERVING PACK |
| | | SUB-SEASON: 50-WINTER | |
| 1 2OF 5/CARTON UPC: 072159805480R8 | | CAT/SUB-CAT: 0M03 | |
| STYLE: 30813 | | TRADEMARK: NONE | SEARS DIV    SEARS ITEM    SEARS SKU |
| BRAND NAME: ATHLETECH | | COPYRIGHT REG. NO.: | |
| INTL. COMMODITY CODE: ODSM | | MLTP CARTON IND: 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $515.88 | 142 | 142 | $25,389.60 |
| $178.800 | $178.800 | | | | |

| | KGS: 12.500 | | CBM: 0.104476 | AST PER INNER | 1 |
| PER CARTON | LBS: 27.560 | CU. FT.: 3.690 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 24.4" X W 22.00" X H 11.85" | | CASEPACK | |

QUOTA CATS: RNONE    CASE #    FACTORY    EXPORTER
SPECIAL TRADE    ANTI-DUMPING:
INDICATOR:    COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
POLY BAG

### SHIPPING SCHEDULE

| REFERENCE (PO)/SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 101 | CHA | CHA | Ocean | 08-AUG-2018 | 17-SEP-2018 | 20-NOV-2018 | B | 75 | 75 | W |
| 102 | MIR | MIR | Ocean | 08-AUG-2018 | 25-SEP-2018 | 10-NOV-2018 | B | 67 | 67 | W |

DETAIL DESCRIPTION:
DESCRIPTION OF TYPE OF SHOE:
GENDER WOMENS
UPPER MATERIAL IN PERCENT: 80% COW-SUEDE LEATHER AND 20% NYLON.
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
ROYALTY FOR TRADEMARK NAME? NA
HOW MANY PAIRS WILL BE IN ONE ITEM SELLING UNIT? 1

OPC:    12

205 of 293

## Page 2 (206 of 293)

KMART CORPORATION

PURCHASE ORDER

Page : 4

ORDER DATE : 10-MAY-2018    ORDER NO : D686H    KMS : KATHLEEN MCENTIRE

| | | | DESCRIPTION |
|---|---|---|---|
| ITEM CODE: 890099174829 | | SEASON/YEAR: 5-WINTER 2018 | TYPER TAN NONDESERVING PACK 1 |
| | | SUB-SEASON: 50-WINTER | |
| 1 2OF 5/CARTON UPC: 072159805491A6 | | CAT/SUB-CAT: 0M03 | |
| STYLE: 30813 | | TRADEMARK: NONE | SEARS DIV    SEARS ITEM    SEARS SKU |
| BRAND NAME: ATHLETECH | | COPYRIGHT REG. NO.: | |
| INTL. COMMODITY CODE: ODSM | | MLTP CARTON IND: 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $257.94 | 163 | 163 | $14,572.20 |
| $89.400 | $89.400 | | | | |

| | KGS: 6.500 | | CBM: 0.053951 | AST PER INNER | 1 |
| PER CARTON | LBS: 14.330 | CU. FT.: 1.905 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 22.05" X W 12.4" X H 11.85" | | CASEPACK | |

QUOTA CATS: RNONE    CASE #    FACTORY    EXPORTER
SPECIAL TRADE    ANTI-DUMPING:
INDICATOR:    COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
POLY BAG.

### SHIPPING SCHEDULE

| REFERENCE (PO)/SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 101 | CHA | CHA | Ocean | 08-AUG-2018 | 17-SEP-2018 | 20-NOV-2018 | B | 86 | 86 | W |
| 102 | MIR | MIR | Ocean | 08-AUG-2018 | 25-SEP-2018 | 10-NOV-2018 | B | 77 | 77 | W |

DETAIL DESCRIPTION:
DESCRIPTION OF TYPE OF SHOE:
GENDER WOMENS
UPPER MATERIAL IN PERCENT: 80% COW-SUEDE LEATHER AND 20% NYLON.
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
ROYALTY FOR TRADEMARK NAME? NA
HOW MANY PAIRS WILL BE IN ONE ITEM SELLING UNIT? 1

OPC:    6

206 of 293

## Page 3 (207 of 293)

KMART CORPORATION

PURCHASE ORDER

Page : 4

ORDER DATE : 10-MAY-2018    ORDER NO : D686H    KMS : KATHLEEN MCENTIRE

ITEM CODE: 890099174258

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS. | ITEM SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9937411-8 | | | | | - | | | | | LEATHER | 100% | |
| 9937413-4 | | | | | - | | | | | LEATHER | 100% | |
| 9937416-7 | | | | | - | | | | | LEATHER | 100% | |
| 9937418-3 | | | | | - | | | | | LEATHER | 100% | |
| 9937420-9 | | | | | - | | | | | LEATHER | 100% | |
| 9937423-3 | | | | | - | | | | | LEATHER | 100% | |

ITEM CODE: 890099174829

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS. | ITEM SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9937413-4 | | | | | - | | | | | LEATHER | 100% | |
| 9937416-7 | | | | | - | | | | | LEATHER | 100% | |
| 9937418-3 | | | | | - | | | | | LEATHER | 100% | |
| 9937420-9 | | | | | - | | | | | LEATHER | 100% | |

ITEM CODE: 890099174258    ITEM: TYPER TAN DESERVING PACK

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: TYPER TAN SZ 6 | 9937411-8 | TAN | 6.0 | 1 | 14.900 | 42.99 | 72159805476R8 |
| SUB KSN DESC: TYPER TAN SZ 7 | 9937413-4 | TAN | 7.0 | 1 | 14.900 | 42.99 | 72159805476S5 |
| SUB KSN DESC: TYPER TAN SZ 8 | 9937416-7 | TAN | 8.0 | 3 | 14.900 | 42.99 | 72159805476J2 |
| SUB KSN DESC: TYPER TAN SZ 9 | 9937418-3 | TAN | 9.0 | 3 | 14.900 | 42.99 | 72159805476T9 |
| SUB KSN DESC: TYPER TAN SZ 10 | 9937420-9 | TAN | 10.0 | 2 | 14.900 | 42.99 | 72159805476B6 |
| SUB KSN DESC: TYPER TAN SZ 11 | 9937423-3 | TAN | 11.0 | 2 | 14.900 | 42.99 | 72159805476R3 |
| | | | TOTAL | 12 | 178.800 | 515.88 | |

ITEM CODE: 890099174829    ITEM: TYPER TAN NONDESERVING PACK 1

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: TYPER TAN SZ 7 | 9937413-4 | TAN | 7.0 | 1 | 14.900 | 42.99 | 72159805476S5 |
| SUB KSN DESC: TYPER TAN SZ 8 | 9937416-7 | TAN | 8.0 | 2 | 14.900 | 42.99 | 72159805476J2 |
| SUB KSN DESC: TYPER TAN SZ 9 | 9937418-3 | TAN | 9.0 | 2 | 14.900 | 42.99 | 72159805476T9 |
| SUB KSN DESC: TYPER TAN SZ 10 | 9937420-9 | TAN | 10.0 | 1 | 14.900 | 42.99 | 72159805476B6 |
| | | | TOTAL | 6 | 89.400 | 257.94 | |

207 of 293

## Page 4 (208 of 293)

KMART CORPORATION

PURCHASE ORDER

Page : 5

ORDER DATE : 10-MAY-2018    ORDER NO : D686H    KMS : KATHLEEN MCENTIRE

ADDITIONAL CONDITIONS

FOR ITEM 890099174258
IF I-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

FOR ITEM 890099174829
IF I-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS MANAGEMENT CORPORATION("SHMC") SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR - KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE "SEARS BRANDS") SEARS,ROEBUCK AND CO (TOGETHER WITH ITS SUBSIDIARIES) ACCEPT THE "SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY") DUE HEREBY AGREE THAT THIS PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION

UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL MANAGER. AS RECOURSE FOR LATE DELIVERY, THE COMPANY BUYER/SOURCING MANAGER MAY CHOOSE (1TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR 3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE = 1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE = 2% OF SHIPMENT COST
- 6 OR MORE DAYS LATE = 5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED BY VENDOR AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY IN THE EVENT OF ANY CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER AGREEMENT BETWEEN COMPANY AND VENDOR, THE REMEDIES SET FORTH IN THIS ORDER SHALL PREVAIL.

ANTIDUMPING CLAUSE:

VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDY FOR MERCHANDISE ACTIONABLE UNDER U.S. LAW VENDOR SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY ORDER OR OF ANY COUNTERVAILING DUTY ORDER IMPOSED BEFORE THE DATE OF PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANY WARRANTED MERCHANDISE.

208 of 293

KMART CORPORATION

ORDER DATE : 10-MAY-2018     ORDER NO : D684H

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.

LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS, STICKERS OR HANG TAGS ARE TO BE AFFIXED TO, PRINTED
ON OR INSERTED IN ANY PRODUCT, ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

QUANTITY DISCREPANCIES:
OVERAGES: ANY SELLER'S SHIPMENT TO SHMC IN EXCESS OF THIS
PURCHASE ORDER (HEREAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO (HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE") WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED (INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE) MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.

THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE, WHEREVER
RELEVANT IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO

SHORTAGES: ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE") VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE, THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE

---

## COMMERCIAL INVOICE

Page 1 of 6
DATE: August 02, 2018
INVOICE NO.: 20182155319

5544
ARCA INDUSTRIAL (NJ) INC.
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China     SHIPPED TO: Chambersburg, PA
MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| KMART  D684E | TYPER BLACK DESERVING PACK | 75 | 75 | 178.800  USD | 13,410.00  USD |
|  |  | CARTONS | AST | AST |  |

ITEM:        8960M37327A
MADE IN      CHINA (MAINLAND)
CONTENTS     1  ASSORTMENT

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT  80% COW SUEDE LEATHER AND 20% NYLON.
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE  5%
COMMISSION PAYABLE TO ISTC - NOT DURABLE
COMMISSION IS INCLUDED IN FIRST COST  NO
ROYALTY FOR TRADEMARK NAME  N/A
HOW MANY PAIRS WILL BE IN ONE ITEM SELLING UNIT 1

CONTRACT NO.        D684E       REFERENCE NO.      101
DC CODE             CHA         DEPARTMENT NO.     035
DIVISION NO.        Division 4  VENDOR NO.         5544
VENDOR ITEM CODE    30813       COUNTRY OF ORIGIN  CHINA (MAINLAND)
BINDING RULING # OR              CATEGORY          RNONE
PRECLASS #

FACTORY NO.          1036#9
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.     CNWENEAS35WEN

| KMART  D684E | TYPER BLACK NONDESERVING PACK 1 | 86 | 86 | 89.400  USD | 7,688.40  USD |
|---|---|---|---|---|---|
|  |  | CARTONS | AST | AST |  |

ITEM:        8960M37330A
MADE IN      CHINA (MAINLAND)
CONTENTS     1  ASSORTMENT

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT  80% COW SUEDE LEATHER AND 20% NYLON.
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE  5%
COMMISSION PAYABLE TO ISTC - NOT DURABLE
COMMISSION IS INCLUDED IN FIRST COST  NO
ROYALTY FOR TRADEMARK NAME  N/A
HOW MANY PAIRS WILL BE IN ONE ITEM SELLING UNIT 1

---

## COMMERCIAL INVOICE

Page 2 of 6
DATE: August 02, 2018
INVOICE NO.: 20182155319

5544
ARCA INDUSTRIAL (NJ) INC.
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China     SHIPPED TO: Chambersburg, PA
MODE OF TRANSPORTATION: Ocean

FOB China

CONTRACT NO.        D684E       REFERENCE NO.      101
DC CODE             CHA         DEPARTMENT NO.     035
DIVISION NO.        Division 4  VENDOR NO.         5544
VENDOR ITEM CODE    30813       COUNTRY OF ORIGIN  CHINA (MAINLAND)
BINDING RULING # OR              CATEGORY          RNONE
PRECLASS #

FACTORY NO.          1036#9
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.     CNWENEAS35WEN

| KMART  D684G | TYPER GREY DESERVING PACK | 75 | 75 | 178.800  USD | 13,410.00  USD |
|---|---|---|---|---|---|
|  |  | CARTONS | AST | AST |  |

ITEM:        8960M37338
MADE IN      CHINA (MAINLAND)
CONTENTS     1  ASSORTMENT

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT  80% COW SUEDE LEATHER AND 20% NYLON.
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE  5%
COMMISSION PAYABLE TO ISTC - NOT DURABLE
COMMISSION IS INCLUDED IN FIRST COST  NO
ROYALTY FOR TRADEMARK NAME  N/A
HOW MANY PAIRS WILL BE IN ONE ITEM SELLING UNIT 1

CONTRACT NO.        D684G       REFERENCE NO.      101
DC CODE             CHA         DEPARTMENT NO.     035
DIVISION NO.        Division 4  VENDOR NO.         5544
VENDOR ITEM CODE    30813       COUNTRY OF ORIGIN  CHINA (MAINLAND)
BINDING RULING # OR              CATEGORY          RNONE
PRECLASS #

FACTORY NO.          1036#9
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.     CNWENEAS35WEN

| KMART  D684G | TYPER GREY NONDESERVING PACK 1 | 86 | 86 | 89.400  USD | 7,688.40  USD |
|---|---|---|---|---|---|
|  |  | CARTONS | AST | AST |  |

ITEM:        8960M37390J
MADE IN      CHINA (MAINLAND)
CONTENTS     1  ASSORTMENT

---

## COMMERCIAL INVOICE

Page 3 of 6
DATE: August 02, 2018
INVOICE NO.: 20182155319

5544
ARCA INDUSTRIAL (NJ) INC.
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China     SHIPPED TO: Chambersburg, PA
MODE OF TRANSPORTATION: Ocean

FOB China

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT  80% COW SUEDE LEATHER AND 20% NYLON.
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE  5%
COMMISSION PAYABLE TO ISTC - NOT DURABLE
COMMISSION IS INCLUDED IN FIRST COST  NO
ROYALTY FOR TRADEMARK NAME  N/A
HOW MANY PAIRS WILL BE IN ONE ITEM SELLING UNIT 1

CONTRACT NO.        D684G       REFERENCE NO.      101
DC CODE             CHA         DEPARTMENT NO.     035
DIVISION NO.        Division 4  VENDOR NO.         5544
VENDOR ITEM CODE    30813       COUNTRY OF ORIGIN  CHINA (MAINLAND)
BINDING RULING # OR              CATEGORY          RNONE
PRECLASS #

FACTORY NO.          1036#9
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.     CNWENEAS35WEN

| KMART  D684H | TYPER TAN DESERVING PACK | 75 | 75 | 178.800  USD | 13,410.00  USD |
|---|---|---|---|---|---|
|  |  | CARTONS | AST | AST |  |

ITEM:        8960M37425E
MADE IN      CHINA (MAINLAND)
CONTENTS     1  ASSORTMENT

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT  80% COW SUEDE LEATHER AND 20% NYLON.
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE  5%
COMMISSION PAYABLE TO ISTC - NOT DURABLE
COMMISSION IS INCLUDED IN FIRST COST  NO
ROYALTY FOR TRADEMARK NAME  N/A
HOW MANY PAIRS WILL BE IN ONE ITEM SELLING UNIT 1

CONTRACT NO.        D684H       REFERENCE NO.      101
DC CODE             CHA         DEPARTMENT NO.     035
DIVISION NO.        Division 4  VENDOR NO.         5544
VENDOR ITEM CODE    30813       COUNTRY OF ORIGIN  CHINA (MAINLAND)
BINDING RULING # OR              CATEGORY          RNONE
PRECLASS #

FACTORY NO.          1036#9
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG

## Page 213 of 293

COMMERCIAL INVOICE

Page 5 of 6
DATE: August 02, 2018
INVOICE NO.: 2018211553319

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China   SHIPPED TO: Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB China

| KMART | D68bH | TYPER TAN NONDESERVING PACK 1 | 86 | 86 | 89.400 USD | 7,688.40 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | | |

ITEM: 896099174624
MADE IN: CHINA (MAINLAND)
CONTENTS: 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE:
GENDER WOMENS
UPPER MATERIAL IN PERCENT: 80% COW-SUEDE LEATHER AND 20% NYLON.
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE 9O'5 5-11#
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEMSELLING UNIT 1

CONTRACT NO. D68bH   REFERENCE NO. 101
DC CODE CHA   DEPARTMENT NO. 035
DIVISION NO. Division 4   VENDOR NO. 5544
VENDOR ITEM CODE 30813   COUNTRY OF ORIGIN CHINA (MAINLAND)
BINDING RULING # OR   CATEGORY RNONE
PRECLASS #

FACTORY NO. 1036#R
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO. CNWENEA63SWEN

| KMART | D68rA | WELLA DESERVING PACK | 75 | 75 | 171.000 USD | 12,825.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

ITEM: 896099174bk#
MADE IN: CHINA (MAINLAND)
CONTENTS: 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT 94% PLASTIC 6% FUR
OUTER SOLE MATERIAL IN PERCENT 100% PLASTIC
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE YES
SIZE RANGE 5-11 WHOLE SIZES ONLY
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME - N/A
HOW MANY PAIRS WILL BE IN ONE ITEMSELLING UNIT 1

213 of 293

## Page 214 of 293

COMMERCIAL INVOICE

Page 5 of 6
DATE: August 02, 2018
INVOICE NO.: 2018211553319

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China   SHIPPED TO: Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB China

CONTRACT NO. D68TA   REFERENCE NO. 101
DC CODE CHA   DEPARTMENT NO. 035
DIVISION NO. Division 4   VENDOR NO. 5544
VENDOR ITEM CODE 30821   COUNTRY OF ORIGIN CHINA (MAINLAND)
BINDING RULING # OR   CATEGORY RNONE
PRECLASS #

FACTORY NO. 1036#R
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO. CNWENEA63SWEN

| KMART | D68TA | WELLA NONDESERVING PACK 1 | 86 | 86 | 85.500 USD | 7,353.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

ITEM: 896099175b02
MADE IN: CHINA (MAINLAND)
CONTENTS: 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT 94% PLASTIC 6% FUR
OUTER SOLE MATERIAL IN PERCENT 100% PLASTIC
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE YES
SIZE RANGE 5-11 WHOLE SIZES ONLY
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME - N/A
HOW MANY PAIRS WILL BE IN ONE ITEMSELLING UNIT 1

CONTRACT NO. D68TA   REFERENCE NO. 101
DC CODE CHA   DEPARTMENT NO. 035
DIVISION NO. Division 4   VENDOR NO. 5544
VENDOR ITEM CODE 30813   COUNTRY OF ORIGIN CHINA (MAINLAND)
BINDING RULING # OR   CATEGORY RNONE
PRECLASS #

FACTORY NO. 1036#R
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO. CNWENEA63SWEN

PAYMENT TERM   Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER   OPEN ACCOUNT

214 of 293

## Page 215 of 293

COMMERCIAL INVOICE

Page 6 of 6
DATE: August 02, 2018
INVOICE NO.: 2018211553319

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China   SHIPPED TO: Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB China

| | | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|---|
| TOTAL INVOICE | | 644 | 644 ASSORTMENTS | | 83,473.20 USD |

TOTAL: US DOLLARS EIGHTY THREE THOUSAND FOUR HUNDRED SEVENTY THREE DOLLARS AND TWENTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

ARCA INDUSTRIAL (NJ) INC
EMPLOYEE NAME
EMPLOYEE TITLE

215 of 293

## Page 216 of 293

COMMERCIAL INVOICE

Page 1 of 6
DATE: August 21, 2018
INVOICE NO.: 2018211559643

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China   SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS: | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| KMART | D68E | TYPER BLACK DESERVING PACK | 67 | 67 | 178.800 USD | 11,979.60 USD |
| | | | CARTONS | AST | AST | |

ITEM: 896099373276
MADE IN: CHINA (MAINLAND)
CONTENTS: 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT: 80% COW-SUEDE LEATHER AND 20% NYLON.
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE 9O'5 5-11#
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME  N/A
HOW MANY PAIRS WILL BE IN ONE ITEMSELLING UNIT 1

CONTRACT NO. D68E   REFERENCE NO. 102
DC CODE MIR   DEPARTMENT NO. 035
DIVISION NO. Division 4   VENDOR NO. 5544
VENDOR ITEM CODE 30813   COUNTRY OF ORIGIN CHINA (MAINLAND)
BINDING RULING # OR   CATEGORY RNONE
PRECLASS #

FACTORY NO. 103069
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO. CNWENEA63SWEN

| KMART | D68E | TYPER BLACK NONDESERVING PACK 1 | 77 | 77 | 89.400 USD | 6,883.80 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

ITEM: 896099373284
MADE IN: CHINA (MAINLAND)
CONTENTS: 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT: 80% COW-SUEDE LEATHER AND 20% NYLON.
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE 9O'5 5-11#
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME  N/A
HOW MANY PAIRS WILL BE IN ONE ITEMSELLING UNIT 1

216 of 293

## COMMERCIAL INVOICE (Page 3 of 6)

DATE: August 21, 2018
INVOICE NO.: 201821155643

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China
SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB China

| | | | |
|---|---|---|---|
| CONTRACT NO. | D686E | REFERENCE NO. | 102 |
| DC CODE | MIR | DEPARTMENT NO. | 035 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 |
| VENDOR ITEM CODE | 30813 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO. 103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO. CNWENEAS35WEN

| KMART | D686G | TYPER GREY DESERVING PACK | 67 | 67 | 176.800 USD | 11,979.60 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

ITEM: 890099373536
MADE IN CHINA (MAINLAND)
CONTENTS 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT: 80% COIN-SUEDE LEATHER AND 20% NYLON.
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-11/4
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO IGTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME N/A
HOW MANY PAIRS WILL BE IN ONE ITEMSELLING UNIT 1

| | | | |
|---|---|---|---|
| CONTRACT NO. | D686G | REFERENCE NO. | 102 |
| DC CODE | MIR | DEPARTMENT NO. | 035 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 |
| VENDOR ITEM CODE | 30813 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO. 103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO. CNWENEAS35WEN

| KMART | D686G | TYPER GREY NONDESERVING PACK 1 | 77 | 77 | 89.400 USD | 6,883.80 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

ITEM: 890099373503
MADE IN CHINA (MAINLAND)
CONTENTS 1 ASSORTMENT

## COMMERCIAL INVOICE (Page 5 of 6)

DATE: August 21, 2018
INVOICE NO.: 201821155643

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China
SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB China

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT: 80% COIN-SUEDE LEATHER AND 20% NYLON.
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-11/4
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO IGTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME N/A
HOW MANY PAIRS WILL BE IN ONE ITEMSELLING UNIT 1

| | | | |
|---|---|---|---|
| CONTRACT NO. | D686G | REFERENCE NO. | 102 |
| DC CODE | MIR | DEPARTMENT NO. | 035 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 |
| VENDOR ITEM CODE | 30813 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO. 103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO. CNWENEAS35WEN

| KMART | D686H | TYPER TAN DESERVING PACK | 67 | 67 | 176.800 USD | 11,979.60 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

ITEM: 890099374258
MADE IN CHINA (MAINLAND)
CONTENTS 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT: 80% COIN-SUEDE LEATHER AND 20% NYLON.
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-11/4
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO IGTC - NOT DUTIABLE
ROYALTY FOR TRADEMARK NAME N/A
HOW MANY PAIRS WILL BE IN ONE ITEMSELLING UNIT 1

| | | | |
|---|---|---|---|
| CONTRACT NO. | D686H | REFERENCE NO. | 102 |
| DC CODE | MIR | DEPARTMENT NO. | 035 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 |
| VENDOR ITEM CODE | 30813 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO. 103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO. CNWENEAS35WEN

## COMMERCIAL INVOICE (Page 4 of 6)

DATE: August 21, 2018
INVOICE NO.: 201821155643

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China
SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB China

China
FTY MID NO. CNWENEAS35WEN

| KMART | D686H | TYPER TAN NONDESERVING PACK 1 | 77 | 77 | 89.400 USD | 6,883.80 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

ITEM: 890099374629
MADE IN CHINA (MAINLAND)
CONTENTS 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT: 80% COIN-SUEDE LEATHER AND 20% NYLON.
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-11/4
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO IGTC - NOT DUTIABLE
ROYALTY FOR TRADEMARK NAME N/A
HOW MANY PAIRS WILL BE IN ONE ITEMSELLING UNIT 1

| | | | |
|---|---|---|---|
| CONTRACT NO. | D686H | REFERENCE NO. | 102 |
| DC CODE | MIR | DEPARTMENT NO. | 035 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 |
| VENDOR ITEM CODE | 30813 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO. 103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO. CNWENEAS35WEN

| KMART | D687A | WELLA DESERVING PACK | 67 | 67 | 171.000 USD | 11,457.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

ITEM: 890099374969
MADE IN CHINA (MAINLAND)
CONTENTS 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT 54% PLASTIC 6% FUR
OUTER SOLE MATERIAL IN PERCENT 100% PLASTIC
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE YES
SIZE RANGE 5-11 WHOLE SIZES ONLY
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO IGTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME N/A
HOW MANY PAIRS WILL BE IN ONE ITEMSELLING UNIT 1

## COMMERCIAL INVOICE (Page 5 of 6)

DATE: August 21, 2018
INVOICE NO.: 201821155643

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China
SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB China

| | | | |
|---|---|---|---|
| CONTRACT NO. | D687A | REFERENCE NO. | 102 |
| DC CODE | MIR | DEPARTMENT NO. | 035 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 |
| VENDOR ITEM CODE | 30821 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO. 103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO. CNWENEAS35WEN

| KMART | D687A | WELLA NONDESERVING PACK 1 | 77 | 77 | 85.500 USD | 6,583.50 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

ITEM: 890099375602
MADE IN CHINA (MAINLAND)
CONTENTS 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT 54% PLASTIC 6% FUR
OUTER SOLE MATERIAL IN PERCENT 100% PLASTIC
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE YES
SIZE RANGE 5-11 WHOLE SIZES ONLY
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO IGTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME N/A
HOW MANY PAIRS WILL BE IN ONE ITEMSELLING UNIT 1

| | | | |
|---|---|---|---|
| CONTRACT NO. | D687A | REFERENCE NO. | 102 |
| DC CODE | MIR | DEPARTMENT NO. | 035 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 |
| VENDOR ITEM CODE | 30821 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO. 103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO. CNWENEAS35WEN

PAYMENT TERM Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER OPEN ACCOUNT

## COMMERCIAL INVOICE

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

INVOICE NO.: 2018Z11509AD

SHIPPED FROM: Ningbo, China      SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB China

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 576 | 576 | ASSORTMENTS | 74,630.70  USD |

TOTAL US DOLLARS SEVENTY-FOUR THOUSAND SIX HUNDRED THIRTY DOLLARS AND SEVENTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| ARCA INDUSTRIAL (NJ) INC | |
|---|---|
| EMPLOYEE NAME | |
| EMPLOYEE TITLE | |



**KMART  D687A**

---

KMART CORPORATION

## PURCHASE ORDER

Page : 1

ORDER DATE : 14 MAY 2018      ORDER NO : D687A      BUYER : KMS  KATHLEEN MCENTIRE
DIV : Division 4      DEPT NO : 035

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179

VENDOR
NAME        ARCA INDUSTRIAL (NJ) INC
ADDRESS     3 KELLOGG COURT
            SUITE # 2
            EDISON
            NJ
COUNTRY     United States
EMAIL       arcany@aol.com
VENDOR NBR  5544
TELEPHONE   732-339-0450
DUNS NBR    548626
FDA REG #

TOTAL COST OF ORDER USD
$38,218.50
PAYMENT TO BE MADE BY :
( )  MULTIPLE PAYMENT TYPES
( X )  CHECK/WIRE TRANSFER
        Amount USD  38,218.50
( )  FREE GOODS
        Amount USD  0.00
( )  LETTER OF CREDIT
        Amount USD  0.00
        LC #
        TRANSFERABLE:
        BANK:

PAYMENT TERMS:   59   (Days)

| FOREIGN AGENT OFFICE : | KKFTWR | KMART/SEARS FOOTWEAR CONTRACTS |
|---|---|---|
| FOREIGN SUPPORT OFFICE : | RKKFTWR | KMART AND SEARS FOOTWEAR |
| PRODUCTION COUNTRY : | PIARCA | ARCA INDUSTRIAL CORP |

EACH ITEM TO BE MARKED:   MADE IN CHINA (MAINLAND)
EMBARK/GO DOWN:           CHINA (MAINLAND)
SHIP POINT:               CNNGB1B
DELIVERY TERMS:           FOB CN
CITY, COUNTRY:            Ningbo, China

FACTORY DETAILS:

FACTORY NBR    103MP
NAME           WENZHOU EASILY SHOES CO LTD
ADDRESS        NO 35 JINHUI ROAD SHANGHUI
               LOUQIAO OUHAI
               WENZHOU
               ZHEJIANG
COUNTRY        China
TEL            13806520655
EMAIL          arcanl@mail.online.sh.cn
MID            CNWENEAS35WEN

---

KMART CORPORATION

## PURCHASE ORDER

Page : 2

ORDER DATE : 14 MAY 2018      ORDER NO : D687A      KMS  KATHLEEN MCENTIRE

ITEM CODE:  890999374949              SEASON/YEAR: 5-WINTER 2018
                                      SUB SEASON: 50-WINTER
( 2OF 5/CARTON UPC: 0721590855336 )  CAT/SUB-CAT: 8H03
            STYLE: 30621                TRADEMARK: NONE
BRAND NAME: ATHLETECH                COPYRIGHT REG. NO.:
INTL COMMODIY  020SM                 MLTP CARTON NO: 001
CODE:

DESCRIPTION
WELLA-DESERVING PACK

SEARS DIV        SEARS ITEM        SEARS SKU

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | | TOTAL COST OF ITEM |
|---|---|---|---|---|---|---|
| PER AST | PER CARTON | $479.80 | 142 | 142 | | $24,282.00 |
| $171.000 | $171.000 | | | | | |

                KGS:   12.500        CBM:    0.10447k                AST PER INNER           1
PER CARTON      LBS:   27.560        CU. FT.:  3.690                INNERS PER OUTER CARTON  1
OUTER CARTON DIMENSIONS              PACKING INSTRUCTION:          AST PER MASTER SHIPPING CTN  1
L 24.4" X W 22.05" X H 11.85"        CASEPACK

QUOTA CAT#   RNONE          CASE #          FACTORY          EXPORTER
SPECIAL TRADE                               ANTI-DUMPING:
INDICATOR:                                  COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
POLY BAG

| | | | SHIPPING SCHEDULE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 101 | CHA | CHA | Ocean | 20-AUG-2018 | 03-SEP-2018 | 30-OCT-2018 | B | 75 | 75 | W |
| 102 | MIR | MIR | Ocean | 21-AUG-2018 | 25-SEP-2018 | 15-NOV-2018 | B | 67 | 67 | W |

DETAIL DESCRIPTION:
DESCRIPTION OF TYPE OF SHOE
GENDER: WOMENS
UPPER MATERIAL IN PERCENT 94% PLASTIC 6% FUR
OUTER SOLE MATERIAL IN PERCENT 100% PLASTIC
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE YES
SIZE RANGE 5-11 WHOLE SIZES ONLY
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME : N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

OPC:            12

## Page 225 of 293

KMART CORPORATION

| ORDER DATE : 14 MAY 2018 | ORDER NO : D687A | KMS KATHLEEN MCENTIRE |
|---|---|---|

ITEM CODE: 8900993756J2

SEASON/YEAR: 5-WINTER 2018
SUB-SEASON: 50-WINTER
CAT/SUB-CAT: 8H93
TRADEMARK: NONE
COPYRIGHT REG. NO.:
MLTP CARTON NO: 001

DESCRIPTION
WELLA NONDESERVING PACK 1

J2OF 5/CARTON UPC: 072159888551104
STYLE: 30821
BRAND NAME: ATHLETECH
INTL COMMODY : GDSM

SEARS DIV       SEARS ITEM       SEARS SKU

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $229.94 | 163 | 163 | $13,936.50 |
| $85,500 | $85.500 | | | | |

| | KGS: | 6.500 | CBM: | 0.05951 | AST PER INNER | 1 |
|---|---|---|---|---|---|---|
| PER CARTON | LBS: | 14.330 | CU FT : | 1.905 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | | | AST PER MASTER SHIPPING CTN | 1 |
| L 22.05" X W 12.6" X H 11.85" | | CASEPACK | | | | |

QUOTA CAT : RHONE
SPECIAL TRADE
INDICATOR

CASE #        FACTORY        EXPORTER
ANTI-DUMPING:
COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
POLY BAG

| SHIPPING SCHEDULE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| REFERENCE (PCS/SEQ) | DISCHARGE POINT | DISCHARGE DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 101 | CHA | CHA | Ocean | 20-AUG-2018 | 03-SEP-2018 | 30-OCT-2018 | B | 86 | 86 | W |
| 102 | MIR | MIR | Ocean | 21-AUG-2018 | 25-SEP-2018 | 15-NOV-2018 | B | 77 | 77 | W |

DETAIL DESCRIPTION
DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT 96% PLASTIC 4% FUR
OUTER SOLE MATERIAL IN PERCENT 100% PLASTIC
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE YES
SIZE RANGE 5-11 WHOLE SIZES ONLY
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME : N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1
OPC: 6

225 of 293

---

## Page 226 of 293

ITEM CODE: 8900993749V9

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9937490-2 | | | | | | - | | | | POLYURETHANE (PU) | 100% | |
| 9937491-0 | | | | | | - | | | | POLYURETHANE (PU) | 100% | |
| 9937492-8 | | | | | | - | | | | POLYURETHANE (PU) | 100% | |
| 9937493-6 | | | | | | - | | | | POLYURETHANE (PU) | 100% | |
| 9937494-4 | | | | | | - | | | | POLYURETHANE (PU) | 100% | |
| 9937495-1 | | | | | | - | | | | POLYURETHANE (PU) | 100% | |

ITEM CODE: 8900993756J2

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9937491-0 | | | | | | - | | | | POLYURETHANE (PU) | 100% | |
| 9937492-8 | | | | | | - | | | | POLYURETHANE (PU) | 100% | |
| 9937493-6 | | | | | | - | | | | POLYURETHANE (PU) | 100% | |
| 9937494-4 | | | | | | - | | | | POLYURETHANE (PU) | 100% | |

ITEM CODE: 8900993749V9        ITEM: WELLA DESERVING PACK

| SUB-DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WELLA SZ 6 | 9937490-2 | MULTI | 6.0 | 1 | 14.250 | 39.99 | 721598055042 |
| SUB KSN DESC: WELLA SZ 7 | 9937491-0 | MULTI | 7.0 | 1 | 14.250 | 39.99 | 721598055059 |
| SUB KSN DESC: WELLA SZ 8 | 9937492-8 | MULTI | 8.0 | 3 | 14.250 | 39.99 | 721598055066 |
| SUB KSN DESC: WELLA SZ 9 | 9937493-6 | MULTI | 9.0 | 3 | 14.250 | 39.99 | 721598055073 |
| SUB KSN DESC: WELLA SZ 10 | 9937494-4 | MULTI | 10.0 | 2 | 14.250 | 39.99 | 721598055080 |
| SUB KSN DESC: WELLA SZ 11 | 9937495-1 | MULTI | 11.0 | 2 | 14.250 | 39.99 | 721598055097 |
| | | | TOTAL | 12 | 171.000 | 479.88 | |

ITEM CODE: 8900993756J2        ITEM: WELLA NONDESERVING PACK 1

| SUB-DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WELLA SZ 7 | 9937491-0 | MULTI | 7.0 | 1 | 14.250 | 39.99 | 721598055059 |
| SUB KSN DESC: WELLA SZ 8 | 9937492-8 | MULTI | 8.0 | 2 | 14.250 | 39.99 | 721598055066 |
| SUB KSN DESC: WELLA SZ 9 | 9937493-6 | MULTI | 9.0 | 2 | 14.250 | 39.99 | 721598055073 |
| SUB KSN DESC: WELLA SZ 10 | 9937494-4 | MULTI | 10.0 | 1 | 14.250 | 39.99 | 721598055080 |
| | | | TOTAL | 6 | 85.500 | 229.94 | |

226 of 293

---

## Page 227 of 293

KMART CORPORATION

PURCHASE ORDER

Page : 5

| ORDER DATE : 14 MAY 2018 | ORDER NO : D687A | KMS KATHLEEN MCENTIRE |
|---|---|---|

ADDITIONAL CONDITIONS

FOR ITEM 8900993749V9
IF INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

FOR ITEM 8900993756J2
IF INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR--
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO (TOGETHER WITH ITS SUBSIDIARIES) ("SEARS") AND
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY") DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION

UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING. INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY, THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE I) TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =2% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.

ANTIDUMPING CLAUSE:

VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDOR SHALL INDEMNIFY COMPANY FOR 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND KMART INCURS IN ANY PROCEEDING BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYP
WARRANTED MERCHANDISE.

227 of 293

---

## Page 228 of 293

KMART CORPORATION

PURCHASE ORDER

Page : 6

| ORDER DATE : 14 MAY 2018 | ORDER NO : D687A | KMS KATHLEEN MCENTIRE |
|---|---|---|

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.

LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY (AUTHORIZED
PERSONNEL OR AGENTS).

QUANTITY DISCREPANCIES:
OVERAGES,ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HEREAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")SHALL BE
ACCEPTED OR REJECTED BY SHMC.PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.

THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PER PIECE PRICE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.

SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE

228 of 293

## Page 1 (229 of 293)

COMMERCIAL INVOICE

Page 1 of 6
DATE: August 02, 2018
INVOICE NO.: 20182155319

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Chambersburg, PA
MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | D46AE | TYPER BLACK DESERVING PACK | 75 CARTONS | 75 AST | 178.800 USD AST | 13,410.00 USD |

ITEM: 890099373276
MADE IN: CHINA (MAINLAND)
CONTENTS: 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT: 80% COW SUEDE LEATHER AND 20% NYLON,
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE: 5%
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

CONTRACT NO. D46AE    REFERENCE NO. 101
DC CODE CHA    DEPARTMENT NO. 035
DIVISION NO. Division 4    VENDOR NO. 5544
VENDOR ITEM CODE 30813    COUNTRY OF ORIGIN CHINA (MAINLAND)
BINDING RULING # OR PRECLASS #    CATEGORY RNONE

FACTORY NO. 1036#9
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO. CNWENEA6J35WEN

| KMART | D46AE | TYPER BLACK NONDESERVING PACK 1 | 86 CARTONS | 86 AST | 89.400 USD AST | 7,688.40 USD |

ITEM: 890099373284
MADE IN: CHINA (MAINLAND)
CONTENTS: 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT: 80% COW SUEDE LEATHER AND 20% NYLON,
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

229 of 293

## Page 2 (230 of 293)

COMMERCIAL INVOICE

Page 2 of 6
DATE: August 02, 2018
INVOICE NO.: 20182155319

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Chambersburg, PA
MODE OF TRANSPORTATION: Ocean

FOB China

CONTRACT NO. D46AE    REFERENCE NO. 101
DC CODE CHA    DEPARTMENT NO. 035
DIVISION NO. Division 4    VENDOR NO. 5544
VENDOR ITEM CODE 30813    COUNTRY OF ORIGIN CHINA (MAINLAND)
BINDING RULING # OR PRECLASS #    CATEGORY RNONE

FACTORY NO. 1036#9
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO. CNWENEA6J35WEN

| KMART | D46AG | TYPER GREY DESERVING PACK | 75 CARTONS | 75 AST | 178.800 USD | 13,410.00 USD |

ITEM: 890099373918
MADE IN: CHINA (MAINLAND)
CONTENTS: 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT: 80% COW SUEDE LEATHER AND 20% NYLON,
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

CONTRACT NO. D46AG    REFERENCE NO. 101
DC CODE CHA    DEPARTMENT NO. 035
DIVISION NO. Division 4    VENDOR NO. 5544
VENDOR ITEM CODE 30813    COUNTRY OF ORIGIN CHINA (MAINLAND)
BINDING RULING # OR PRECLASS #    CATEGORY RNONE

FACTORY NO. 1036#9
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO. CNWENEA6J35WEN

| KMART | D46AG | TYPER GREY NONDESERVING PACK 1 | 86 CARTONS | 86 AST | 89.400 USD | 7,688.40 USD |

ITEM: 890099373953
MADE IN: CHINA (MAINLAND)
CONTENTS: 1 ASSORTMENT

230 of 293

## Page 3 (231 of 293)

COMMERCIAL INVOICE

Page 3 of 6
DATE: August 02, 2018
INVOICE NO.: 20182155319

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Chambersburg, PA
MODE OF TRANSPORTATION: Ocean

FOB China

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT: 80% COW SUEDE LEATHER AND 20% NYLON,
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

CONTRACT NO. D46AG    REFERENCE NO. 101
DC CODE CHA    DEPARTMENT NO. 035
DIVISION NO. Division 4    VENDOR NO. 5544
VENDOR ITEM CODE 30813    COUNTRY OF ORIGIN CHINA (MAINLAND)
BINDING RULING # OR PRECLASS #    CATEGORY RNONE

FACTORY NO. 1036#9
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO. CNWENEA6J35WEN

| KMART | D46AH | TYPER TAN DESERVING PACK | 75 CARTONS | 75 AST | 178.800 USD | 13,410.00 USD |

ITEM: 890099374258
MADE IN: CHINA (MAINLAND)
CONTENTS: 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT: 80% COW SUEDE LEATHER AND 20% NYLON,
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

CONTRACT NO. D46AH    REFERENCE NO. 101
DC CODE CHA    DEPARTMENT NO. 035
DIVISION NO. Division 4    VENDOR NO. 5544
VENDOR ITEM CODE 30813    COUNTRY OF ORIGIN CHINA (MAINLAND)
BINDING RULING # OR PRECLASS #    CATEGORY RNONE

FACTORY NO. 1036#9
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG

231 of 293

## Page 4 (232 of 293)

COMMERCIAL INVOICE

Page 4 of 6
DATE: August 02, 2018
INVOICE NO.: 20182155319

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Chambersburg, PA
MODE OF TRANSPORTATION: Ocean

FOB China

China
FTY MID NO. CNWENEA6J35WEN

| KMART | D46AH | TYPER TAN NONDESERVING PACK 1 | 86 CARTONS | 86 AST | 89.400 USD | 7,688.40 USD |

ITEM: 890099374829
MADE IN: CHINA (MAINLAND)
CONTENTS: 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT: 80% COW SUEDE LEATHER AND 20% NYLON,
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

CONTRACT NO. D46AH    REFERENCE NO. 101
DC CODE CHA    DEPARTMENT NO. 035
DIVISION NO. Division 4    VENDOR NO. 5544
VENDOR ITEM CODE 30813    COUNTRY OF ORIGIN CHINA (MAINLAND)
BINDING RULING # OR PRECLASS #    CATEGORY RNONE

FACTORY NO. 1036#9
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO. CNWENEA6J35WEN

| KMART | D46FA | WELLA DESERVING PACK | 75 CARTONS | 75 AST | 171.000 USD | 12,825.00 USD |

ITEM: 890099374969
MADE IN: CHINA (MAINLAND)
CONTENTS: 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT 94% PLASTIC 6% FUR
OUTER SOLE MATERIAL IN PERCENT 100% PLASTIC
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE YES
SIZE RANGE 5-11 WHOLE SIZES ONLY
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

232 of 293

## COMMERCIAL INVOICE

Page 6 of 6

DATE: August 21, 2018
INVOICE NO.: 20182115S219

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China      SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB China

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 644 | 644 | ASSORTMENTS | 83,473.20  USD |

TOTAL US DOLLARS EIGHTY-THREE THOUSAND FOUR HUNDRED SEVENTY-THREE DOLLARS AND TWENTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

ARCA INDUSTRIAL (NJ) INC
EMPLOYEE NAME _____
EMPLOYEE TITLE _____

---

## COMMERCIAL INVOICE

Page 5 of 6

DATE: August 02, 2018
INVOICE NO.: 20182115S219

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China      SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB China

| CONTRACT NO. | D687A | REFERENCE NO. | 101 |
|---|---|---|---|
| DC CODE | CHA | DEPARTMENT NO. | 035 |
| DIVSION NO. | Division 4 | VENDOR NO. | 5544 |
| VENDOR ITEM CODE | 30821 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.      1036#R
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.      CNWENEAS35WEN

| KMART | D687A | WELLA NONDESERVING PACK 1 | 86 | 86 | 85.500  USD | 7,353.00  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

ITEM:      890099375602
MADE IN      CHINA (MAINLAND)
CONTENTS      1  ASSORTMENT

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT 94% PLASTIC 6% FUR
OUTER SOLE MATERIAL IN PERCENT 100% PLASTIC
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE YES
SIZE RANGE 5-11 WHOLE SIZES ONLY
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST  NO
ROYALTY FOR TRADEMARK NAME : N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT  1

| CONTRACT NO. | D687A | REFERENCE NO. | 101 |
|---|---|---|---|
| DC CODE | CHA | DEPARTMENT NO. | 035 |
| DIVSION NO. | Division 4 | VENDOR NO. | 5544 |
| VENDOR ITEM CODE | 30821 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.      1036#R
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.      CNWENEAS35WEN

PAYMENT TERM      Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER      OPEN ACCOUNT

---

## COMMERCIAL INVOICE

Page 1 of 6

DATE: August 21, 2018
INVOICE NO.: 20182115S643

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China      SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| KMART      D686E | TYPER BLACK DESERVING PACK | 67 | 67 | 178.800  USD | 11,979.60  USD |
| | | CARTONS | AST | AST | |

ITEM:      890099373274
MADE IN      CHINA (MAINLAND)
CONTENTS      1  ASSORTMENT

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT 80% COW SUEDE LEATHER AND 20% NYLON
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-114
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST  NO
ROYALTY FOR TRADEMARK NAME  N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT  1

| CONTRACT NO. | D686E | REFERENCE NO. | 102 |
|---|---|---|---|
| DC CODE | MIR | DEPARTMENT NO. | 035 |
| DIVSION NO. | Division 4 | VENDOR NO. | 5544 |
| VENDOR ITEM CODE | 30813 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.      1036#R
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.      CNWENEAS35WEN

| KMART | D686E | TYPER BLACK NONDESERVING PACK 1 | 77 | 77 | 89.400  USD | 6,883.80  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

ITEM:      890099375284
MADE IN      CHINA (MAINLAND)
CONTENTS      1  ASSORTMENT

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT 80% COW SUEDE LEATHER AND 20% NYLON
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-114
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST  NO
ROYALTY FOR TRADEMARK NAME  N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT  1

---

## COMMERCIAL INVOICE

Page 2 of 6

DATE: August 21, 2018
INVOICE NO.: 20182115S643

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China      SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| CONTRACT NO. | D686E | REFERENCE NO. | 102 |
|---|---|---|---|
| DC CODE | MIR | DEPARTMENT NO. | 035 |
| DIVSION NO. | Division 4 | VENDOR NO. | 5544 |
| VENDOR ITEM CODE | 30813 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.      1036#R
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.      CNWENEAS35WEN

| KMART | D686G | TYPER GREY DESERVING PACK | 67 | 67 | 178.800  USD | 11,979.60  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

ITEM:      890099373918
MADE IN      CHINA (MAINLAND)
CONTENTS      1  ASSORTMENT

DESCRIPTION OF TYPE OF SHOE
GENDER WOMENS
UPPER MATERIAL IN PERCENT 80% COW SUEDE LEATHER AND 20% NYLON
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-114
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST  NO
ROYALTY FOR TRADEMARK NAME  N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT  1

| CONTRACT NO. | D686G | REFERENCE NO. | 102 |
|---|---|---|---|
| DC CODE | MIR | DEPARTMENT NO. | 035 |
| DIVSION NO. | Division 4 | VENDOR NO. | 5544 |
| VENDOR ITEM CODE | 30813 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.      1036#R
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.      CNWENEAS35WEN

| KMART | D686G | TYPER GREY NONDESERVING PACK 1 | 77 | 77 | 89.400  USD | 6,883.80  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

ITEM:      890099373913
MADE IN      CHINA (MAINLAND)
CONTENTS      1  ASSORTMENT

## Top Left Invoice

COMMERCIAL INVOICE

Page 4 of 6
DATE: August 21, 2018
INVOICE NO.: 2018211556A1

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB China

China
FTY MID NO.    CNWENEAS35WEN

| KMART | D66HH | TYPER TAN DESERVING PACK | 67 | 67 | 178.800 USD | 11,979.60 USD |
|-------|-------|-----|----|----|----|----|
| | | | CARTONS | AST | | AST |

ITEM: 8900957H25H
MADE IN CHINA (MAINLAND)
CONTENTS: 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE:
GENDER WOMENS
UPPER MATERIAL IN PERCENT:  80% COW SUEDE LEATHER and 20% NYLON.
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

CONTRACT NO.    D66HH    REFERENCE NO.    102
DC CODE    MIR    DEPARTMENT NO.    035
DIVISION NO.    Division 4    VENDOR NO.    5544
VENDOR ITEM CODE    30813    COUNTRY OF ORIGIN    CHINA (MAINLAND)
BINDING, RULING # OR    CATEGORY    RNONE
PRECLASS #

FACTORY NO.    1036#9
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG

237 of 293

## Top Right Invoice

COMMERCIAL INVOICE

Page 4 of 6
DATE: August 21, 2018
INVOICE NO.: 2018211556A1

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB China

| KMART | D66HH | TYPER TAN NONDESERVING PACK 1 | 77 | 77 | 89.400 USD | 6,883.80 USD |
|-------|-------|-----|----|----|----|----|
| | | | CARTONS | AST | | AST |

ITEM: 8900957H42N
MADE IN CHINA (MAINLAND)
CONTENTS: 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE:
GENDER WOMENS
UPPER MATERIAL IN PERCENT:  80% COW SUEDE LEATHER and 20% NYLON.
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE
SIZE RANGE WO'S 5-11#
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

CONTRACT NO.    D66HH    REFERENCE NO.    102
DC CODE    MIR    DEPARTMENT NO.    035
DIVISION NO.    Division 4    VENDOR NO.    5544
VENDOR ITEM CODE    30813    COUNTRY OF ORIGIN    CHINA (MAINLAND)
BINDING, RULING # OR    CATEGORY    RNONE
PRECLASS #

FACTORY NO.    1036#9
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.    CNWENEAS35WEN

| KMART | D667A | WELLA DESERVING PACK | 67 | 67 | 171.000 USD | 11,457.00 USD |
|-------|-------|-----|----|----|----|----|
| | | | CARTONS | AST | | AST |

ITEM: 8900957346H
MADE IN CHINA (MAINLAND)
CONTENTS: 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE:
GENDER WOMENS
UPPER MATERIAL IN PERCENT 94% PLASTIC 6% FUR
OUTER SOLE MATERIAL IN PERCENT 100% PLASTIC
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE YES
SIZE RANGE 5-11 WHOLE SIZES ONLY
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

238 of 293

## Bottom Left Invoice

COMMERCIAL INVOICE

Page 5 of 6
DATE: August 21, 2018
INVOICE NO.: 2018211556A3

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB China

CONTRACT NO.    D667A    REFERENCE NO.    102
DC CODE    MIR    DEPARTMENT NO.    035
DIVISION NO.    Division 4    VENDOR NO.    5544
VENDOR ITEM CODE    30821    COUNTRY OF ORIGIN    CHINA (MAINLAND)
BINDING, RULING # OR    CATEGORY    RNONE
PRECLASS #

FACTORY NO.    1036#9
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.    CNWENEAS35WEN

| KMART | D667A | WELLA NONDESERVING PACK 1 | 77 | 77 | 85.500 USD | 6,583.50 USD |
|-------|-------|-----|----|----|----|----|
| | | | CARTONS | AST | | AST |

ITEM: 8900957S602
MADE IN CHINA (MAINLAND)
CONTENTS: 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE:
GENDER WOMENS
UPPER MATERIAL IN PERCENT 94% PLASTIC 6% FUR
OUTER SOLE MATERIAL IN PERCENT 100% PLASTIC
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE YES
SIZE RANGE 5-11 WHOLE SIZES ONLY
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

CONTRACT NO.    D667A    REFERENCE NO.    102
DC CODE    MIR    DEPARTMENT NO.    035
DIVISION NO.    Division 4    VENDOR NO.    5544
VENDOR ITEM CODE    30821    COUNTRY OF ORIGIN    CHINA (MAINLAND)
BINDING, RULING # OR    CATEGORY    RNONE
PRECLASS #

FACTORY NO.    1036#9
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.    CNWENEAS35WEN

PAYMENT TERM    Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER    OPEN ACCOUNT

239 of 293

## Bottom Right Invoice

COMMERCIAL INVOICE

Page 6 of 6
DATE: August 21, 2018
INVOICE NO.: 2018211556A3

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB China

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 576 | 576 ASSORTMENTS | | 74,630.70  USD |

TOTAL US DOLLARS SEVENTY FOUR THOUSAND SIX HUNDRED THIRTY DOLLARS AND SEVENTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

ARCA INDUSTRIAL (NJ) INC

EMPLOYEE NAME    _____
EMPLOYEE TITLE    _____

240 of 293



## KMART D686Z

241 of 293

---

| ORDER NO : | D686Z | BUYER : | KMS  KATHLEEN MCENTIRE |
| DIV : | Division 4 | DEPT NO : | 035 | |

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | ARCA INDUSTRIAL (NJ) INC |
| ADDRESS | 3 KELLOGG COURT |
| | SUITE # 2 |
| | EDISON |
| | NJ |
| COUNTRY | United States |
| EMAIL | arcany@aol.com |
| VENDOR NBR | 5544 |
| TELEPHONE | 732-339-0450 |
| DUNS NBR | 549826 |
| FDA REG # | |

| TOTAL COST OF ORDER USD | |
|---|---|
| $45,828.00 | |
| PAYMENT TO BE MADE BY : | |
| ( ) MULTIPLE PAYMENT TYPES | |
| ( X ) CHECK/WIRE TRANSFER | |
| Amount USD  45,828.00 | |
| ( ) FREE GOODS | |
| Amount USD  0.00 | |
| ( ) LETTER OF CREDIT | |
| Amount USD  0.00 | |
| LC # | |
| TRANSFERABLE: | |
| BANK: | |
| PAYMENT TERMS: | 59    (days) |

| FOREIGN AGENT OFFICE: | KKFTWR | KMART/SEARS FOOTWEAR CONTRACTS |
| FOREIGN SUPPORT OFFICE: | RKKFTWR | KMART AND SEARS FOOTWEAR |
| PRODUCTION COUNTRY: | PARCA | ARCA INDUSTRIAL CORP. |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNNGB/1B |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Ningbo, China |

FACTORY DETAILS:

| FACTORY NBR : | 103669 |
| NAME | WENZHOU EASILY SHOES CO LTD |
| ADDRESS | NO 35 JINHUI ROAD SHANGHUI |
| | LOUGIAO OUHAI |
| | WENZHOU |
| | ZHEJIANG |
| COUNTRY | China |
| TEL | 13806520055 |
| EMAIL | arcash@mail.online.sh.cn |
| MID | CNWENEAS30WEN |

242 of 293

---

KMART CORPORATION                    **PURCHASE ORDER**                    Page : 2

| ORDER DATE : | 14-MAY-2018 | ORDER NO : | D686Z | | KMS  KATHLEEN MCENTIRE |

| ITEM CODE: | 890099375610 | SEASON/YEAR: | 5-WINTER 2018 | | **DESCRIPTION** |
| | | SUB-SEASON: | 50-WINTER | | WELLA REBUY CORE PK 1 |
| I 2OF 5/CARTON UPC: | 0721586051340 | CAT/SUB-CAT: | 89/03 | | |
| | STYLE: | 30821 | TRADEMARK: | NONE | | SEARS DIV | SEARS ITEM | SEARS SKU |
| | BRAND NAME: | ATHLETECH | COPYRIGHT REG. NO.: | | |
| | INTL COMMODY CODE: | GDSM | MLTP CARTON NO: | 001 | |

| FOB PRICE | | SELL PRICE | | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|---|
| PER AST | PER CARTON | $239.94 | | 322 | 322 | $27,531.00 |
| $85.500 | $85.500 | | | | | |

| | KGS: | 6.500 | CBM: | 0.053851 | AST PER INNER | 1 |
| PER CARTON | LBS: | 14.330 | CU. FT.: | 1.900 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 22.05" X W 12.8" X H 11.85" | | CASEPACK | | |

| QUOTA CAT#: | RNONE | | | CASE # | FACTORY | EXPORTER |
| SPECIAL TRADE INDICATOR: | | | ANTI-DUMPING: | |
| | | | COUNTERVAILING: | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

POLY BAG

| | | | S H I P P I N G   S C H E D U L E | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEG) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 101 | CHA | CHA | Ocean | 05-SEP-2018 | 10-SEP-2018 | 10-NOV-2018 | B | 153 | 153 | W |
| 102 | MIR | MIR | Ocean | 05-SEP-2018 | 11-SEP-2018 | 26-OCT-2018 | B | 169 | 169 | W |

DETAIL DESCRIPTION-

DESCRIPTION OF TYPE OF SHOE
GENDER:WOMENS
UPPER MATERIAL IN PERCENT:94% PLASTIC 6% FUR
OUTER SOLE MATERIAL IN PERCENT:100% PLASTIC
TYPE OF CONSTRUCTION:CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE (YES OR NO): YES
SIZE RANGE:5-11 WHOLE SIZES ONLY
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST?NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

OPC:            6

243 of 293

---

KMART CORPORATION                    **PURCHASE ORDER**                    Page : 3

| ORDER DATE : | 14-MAY-2018 | ORDER NO : | D686Z | | KMS  KATHLEEN MCENTIRE |

| ITEM CODE: | 890099375628 | SEASON/YEAR: | 5-WINTER 2018 | | **DESCRIPTION** |
| | | SUB-SEASON: | 50-WINTER | | WELLA REBUY SML PK 1 |
| I 2OF 5/CARTON UPC: | 0721586051272 | CAT/SUB-CAT: | 89/03 | | |
| | STYLE: | 30821 | TRADEMARK: | NONE | | SEARS DIV | SEARS ITEM | SEARS SKU |
| | BRAND NAME: | ATHLETECH | COPYRIGHT REG. NO.: | | |
| | INTL COMMODY CODE: | GDSM | MLTP CARTON NO: | 001 | |

| FOB PRICE | | SELL PRICE | | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|---|
| PER AST | PER CARTON | $479.88 | | 107 | 107 | $18,297.00 |
| $171.000 | $171.000 | | | | | |

| | KGS: | 12.500 | CBM: | 0.104476 | AST PER INNER | 1 |
| PER CARTON | LBS: | 27.560 | CU. FT.: | 3.690 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 24.4" X W 12.20" X H 11.85" | | CASEPACK | | |

| QUOTA CAT#: | RNONE | | | CASE # | FACTORY | EXPORTER |
| SPECIAL TRADE INDICATOR: | | | ANTI-DUMPING: | |
| | | | COUNTERVAILING: | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

POLY BAG

| | | | S H I P P I N G   S C H E D U L E | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEG) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 101 | CHA | CHA | Ocean | 05-SEP-2018 | 11-SEP-2018 | 10-NOV-2018 | B | 51 | 51 | W |
| 102 | MIR | MIR | Ocean | 05-SEP-2018 | 11-SEP-2018 | 26-OCT-2018 | B | 56 | 56 | W |

DETAIL DESCRIPTION-

DESCRIPTION OF TYPE OF SHOE
GENDER:WOMENS
UPPER MATERIAL IN PERCENT:94% PLASTIC 6% FUR
OUTER SOLE MATERIAL IN PERCENT:100% PLASTIC
TYPE OF CONSTRUCTION:CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE (YES OR NO): YES
SIZE RANGE:5-11 WHOLE SIZES ONLY
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST?NO
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

OPC:            12

244 of 293

KMART CORPORATION

| ORDER DATE : 14-MAY-2018 | ORDER NO : D686Z | | KMS KATHLEEN MCENTIRE |
|---|---|---|---|

**ITEM CODE:** 890095575610

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9937492-8 | | | | | | - | | | | POLYURETHANE (PU) | 100% | |
| 9937493-6 | | | | | | - | | | | POLYURETHANE (PU) | 100% | |
| 9937494-4 | | | | | | - | | | | POLYURETHANE (PU) | 100% | |
| 9937495-1 | | | | | | - | | | | POLYURETHANE (PU) | 100% | |

**ITEM CODE:** 890095575628

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9937490-2 | | | | | | - | | | | POLYURETHANE (PU) | 100% | |
| 9937491-0 | | | | | | - | | | | POLYURETHANE (PU) | 100% | |
| 9937492-8 | | | | | | - | | | | POLYURETHANE (PU) | 100% | |

**ITEM CODE:** 890095575610  **ITEM:** WELLA REBUY CORE PK 1

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WELLA SZ 8 | 9937492-8 | MULTI | 8.0 | 1 | 14.250 | 39.99 | 721598055366 |
| SUB KSN DESC: WELLA SZ 9 | 9937493-6 | MULTI | 9.0 | 2 | 14.250 | 39.99 | 721598055373 |
| SUB KSN DESC: WELLA SZ 10 | 9937494-4 | MULTI | 10.0 | 2 | 14.250 | 39.99 | 721598055380 |
| SUB KSN DESC: WELLA SZ 11 | 9937495-1 | MULTI | 11.0 | 1 | 14.250 | 39.99 | 721598055397 |
| | | | TOTAL | 6 | 85.500 | 239.94 | |

**ITEM CODE:** 890095575628  **ITEM:** WELLA REBUY SML PK 1

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WELLA SZ 6 | 9937490-2 | MULTI | 6.0 | 2 | 14.250 | 39.99 | 721598055342 |
| SUB KSN DESC: WELLA SZ 7 | 9937491-0 | MULTI | 7.0 | 5 | 14.250 | 39.99 | 721598055359 |
| SUB KSN DESC: WELLA SZ 8 | 9937492-8 | MULTI | 8.0 | 5 | 14.250 | 39.99 | 721598055366 |
| | | | TOTAL | 12 | 171.000 | 479.88 | |

---

**ADDITIONAL CONDITIONS**

**FOR ITEM 890095575610**
IF/-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 890095575628**
IF/-INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED 'VENDOR', AND SEARS HOLDINGS MANAGEMENT CORPORATION('SHMC') SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR-- KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, 'KMART'), SEARS BRANDS MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE 'SEARS BRANDS') SEARS,ROEBUCK AND CO (TOGETHER WITH ITS SUBSIDIARIES)(-ACCEPT THE 'SEARS') AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER WITH SHMC, KMART, SEARS BRANDS AND SEARS, 'COMPANY') DUE HEREBY AGREE THAT THIS PURCHASE ORDER ('ORDER') SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION

UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL MANAGER. AS RECOURSE FOR LATE DELIVERY, THE COMPANY BUYER/SOURCING MANAGER MAY CHOOSE 1/TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR 3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET FORTH IN THIS ORDER SHALL PREVAIL.

ANTIDUMPING CLAUSE:
VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE MADE AT NO LESS THAN FAIR VALUE UNDER U.S. ANTIDUMPING LAW AND THAT NO GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDY FOR MERCHANDISE ACTIONABLE UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF WARRANTED MERCHANDISE.

---

KMART CORPORATION
**PURCHASE ORDER**
Page : 6

| ORDER DATE : 14-MAY-2018 | ORDER NO : D686Z | | KMS KATHLEEN MCENTIRE |
|---|---|---|---|

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND FREIGHT CHARGES TO COMPANY.

LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED PERSONNEL OR AGENT(S).

QUANTITY DISCREPANCIES
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS 'EXCESS MERCHANDISE')WILL BE ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA AS IF THE MERCHANDISE HAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO (HEREAFTER REFERRED TO AS 'ORDERED MERCHANDISE'). SHMC HAS SOLE DISCRETION TO ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY BY THE PARTIES AS REFLECTED IN THE PO.

THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF THE PARTIES RELATED TO THE AGREED UPON IN PAYMENT AMOUNT DUE BY SHMC TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.

SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS THAN THE AMOUNT CALLED FOR BY THIS ORDER ('SHORTAGE')VIOLATES THE VENDOR'S OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

---

**COMMERCIAL INVOICE**

Page 1 of 2
DATE : August 31, 2018
INVOICE NO : 20182181581t

| | |
|---|---|
| S544 | TO: KMART CORPORATION |
| ARCA INDUSTRIAL (NJ) INC. | 3333 Beverly Road |
| 3 KELLOGG COURT | Hoffman Estates, IL 60179 |
| SUITE # 2 | US |
| EDISON | |
| NJ | |
| United States | |
| 08817 | SHIPPED FROM : Ningbo, China   SHIPPED TO : Chambersburg , PA |

MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS: | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| KMART    D686Z | WELLA REBUY CORE PK 1 | 153 | 153 | 85.500  USD | 13,081.50  USD |
| ITEM: 890095575610 | | CARTONS | AST | AST | |
| MADE IN   CHINA (MAINLAND) | | | | | |
| CONTENTS   1  ASSORTMENT | | | | | |
| | DESCRIPTION OF TYPE OF SHOE | | | | |
| | GENDER:WOMENS | | | | |
| | UPPER MATERIAL IN PERCENT:94% PLASTIC 6% FUR | | | | |
| | OUTER SOLE MATERIAL IN PERCENT:100% PLASTIC | | | | |
| | TYPE OF CONSTRUCTION:CEMENT | | | | |
| | COVERING THE ANKLE AND/OR ABOVE THE ANKLE (YES OR NO): YES | | | | |
| | SIZE RANGE:5-11 WHOLE SIZES ONLY | | | | |
| | COMMISSION PERCENTAGE: 5% | | | | |
| | COMMISSION PAYABLE TO ISTC:- NOT DUTIABLE | | | | |
| | COMMISSION IS INCLUDED IN FIRST COST:NO | | | | |
| | ROYALTY FOR TRADEMARK NAME? N/A | | | | |
| | HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1 | | | | |
| | | | | | |
| | CONTRACT NO.   D686Z | REFERENCE NO.   101 | | | |
| | DC CODE   CHA | DEPARTMENT NO.   035 | | | |
| | DIVISION NO   Division 4 | VENDOR NO.   5544 | | | |
| | VENDOR ITEM CODE   30821 | COUNTRY OF ORIGIN   CHINA (MAINLAND) | | | |
| | BINDING RULING # OR   PRECLASS #   CATEGORY   RNONE | | | | |
| | | | | | |
| | FACTORY NO.   10366# | | | | |
| | WENZHOU EASILY SHOES CO LTD | | | | |
| | NO 35 JINHUI ROAD SHANGHUI | | | | |
| | LOUQIAO OUHAI | | | | |
| | WENZHOU | | | | |
| | ZHEJIANG | | | | |
| | China | | | | |
| | FTY MID NO.   CNWENEAS35WEN | | | | |
| | | | | | |
| KMART    D686Z | WELLA REBUY SML PK 1 | 51 | 51 | 171.000  USD | 8,721.00  USD |
| ITEM: 890095575628 | | CARTONS | AST | AST | |
| MADE IN   CHINA (MAINLAND) | | | | | |
| CONTENTS   1  ASSORTMENT | | | | | |
| | DESCRIPTION OF TYPE OF SHOE | | | | |
| | GENDER:WOMENS | | | | |
| | UPPER MATERIAL IN PERCENT:94% PLASTIC 6% FUR | | | | |
| | OUTER SOLE MATERIAL IN PERCENT:100% PLASTIC | | | | |
| | TYPE OF CONSTRUCTION:CEMENT | | | | |
| | COVERING THE ANKLE AND/OR ABOVE THE ANKLE (YES OR NO): YES | | | | |
| | SIZE RANGE:5-11 WHOLE SIZES ONLY | | | | |
| | COMMISSION PERCENTAGE: 5% | | | | |
| | COMMISSION PAYABLE TO ISTC:- NOT DUTIABLE | | | | |
| | COMMISSION IS INCLUDED IN FIRST COST:NO | | | | |
| | ROYALTY FOR TRADEMARK NAME? N/A | | | | |
| | HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1 | | | | |

## COMMERCIAL INVOICE (page 1 of 2 — top left)

COMMERCIAL INVOICE

Page 1 of 1
INVOICE NO.: 20182181876

5544
ARCA INDUSTRIAL (N.J) INC.
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China     SHIPPED TO: Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB China

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | D686Z | REFERENCE NO. | 101 | |
| DC CODE | CHA | DEPARTMENT NO. | 035 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 | |
| VENDOR ITEM CODE | 30821 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

FACTORY NO.        1034#R
WENZHOU EASILY SHOES CO LTD
NO 31 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.        CNWENEA635WEN

PAYMENT TERM        Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER        OPEN ACCOUNT

| | | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | | 204 | 204 | 21,802.50  USD |

TOTAL US DOLLARS TWENTY ONE THOUSAND EIGHT HUNDRED TWO DOLLARS AND FIFTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

ARCA INDUSTRIAL (N.J) INC.
EMPLOYEE NAME  _____
EMPLOYEE TITLE  _____

## COMMERCIAL INVOICE (page 1 of 2 — top right)

COMMERCIAL INVOICE

Page 1 of 2
DATE: August 31, 2018
INVOICE NO.: 20182181955

5544
ARCA INDUSTRIAL (N.J) INC.
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China     SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | D686Z | WELLA REBUY CORE PK 1 | 169 | 169 | 85.500  USD | 14,449.50  USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 890099176a10 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE
GENDER:WOMENS
UPPER MATERIAL IN PERCENT:94% PLASTIC 6% FUR
OUTER SOLE MATERIAL IN PERCENT:100% PLASTIC
TYPE OF CONSTRUCTION:CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE (YES OR NO): YES
SIZE RANGE:5-11 WHOLE SIZES ONLY
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO:ETC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COSTING
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | D686Z | REFERENCE NO. | 102 | |
| DC CODE | MIR | DEPARTMENT NO. | 035 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 | |
| VENDOR ITEM CODE | 30821 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

FACTORY NO.        1034#R
WENZHOU EASILY SHOES CO LTD
NO 31 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.        CNWENEA635WEN

| KMART | D686Z | WELLA REBUY SML PK 1 | 56 | 56 | 171.000  USD | 9,576.00  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 890099176a26 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE
GENDER:WOMENS
UPPER MATERIAL IN PERCENT:94% PLASTIC 6% FUR
OUTER SOLE MATERIAL IN PERCENT:100% PLASTIC
TYPE OF CONSTRUCTION:CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE (YES OR NO): YES
SIZE RANGE:5-11 WHOLE SIZES ONLY
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO:ETC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COSTING
ROYALTY FOR TRADEMARK NAME? N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

## COMMERCIAL INVOICE (page 2 of 2 — bottom left)

COMMERCIAL INVOICE

Page 2 of 2
DATE: August 31, 2018
INVOICE NO.: 20182181955

5544
ARCA INDUSTRIAL (N.J) INC.
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China     SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB China

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | D686Z | REFERENCE NO. | 102 | |
| DC CODE | MIR | DEPARTMENT NO. | 035 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 | |
| VENDOR ITEM CODE | 30821 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

FACTORY NO.        1034#R
WENZHOU EASILY SHOES CO LTD
NO 31 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.        CNWENEA635WEN

PAYMENT TERM        Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER        OPEN ACCOUNT

| | | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | | 225 | 225 | ASSORTMENTS | 24,025.50  USD |

TOTAL US DOLLARS TWENTY FOUR THOUSAND TWENTY FIVE DOLLARS AND FIFTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

ARCA INDUSTRIAL (N.J) INC.
EMPLOYEE NAME  _____
EMPLOYEE TITLE  _____



KMART  D683Q

## Top Left

KMART CORPORATION

PURCHASE ORDER

Page : 2

| ORDER DATE : 01-MAY-2018 | ORDER NO : D6E3Q | | BUYER : TC4 TIM CARLSON |
| DIV : Division 4 | DEPT NO : 035 | | |

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
| NAME | ARCA INDUSTRIAL (NJ) INC |
| ADDRESS | 3 KELLOGG COURT |
| | SUITE # 2 |
| | EDISON |
| | NJ |
| COUNTRY | United States |
| EMAIL | arcany@net.com |
| VENDOR NBR | 5544 |
| TELEPHONE | 732-229-0450 |
| DUNS NBR | 548826 |
| FDA REG # | |

TOTAL COST OF ORDER USD
$84,900.00
PAYMENT TO BE MADE BY:
( ) MULTIPLE PAYMENT TYPES
( X ) CHECK/WIRE TRANSFER
Amount USD 84,900.00
( ) FREE GOODS
Amount USD 0.00
( ) LETTER OF CREDIT
Amount USD 0.00
LC #
TRANSFERABLE
BANK
PAYMENT TERMS : 59 (days)

| FOREIGN AGENT OFFICE | KXFTWR | KMART/SEARS FOOTWEAR CONTRACTS |
| FOREIGN SUPPORT OFFICE | RKKFTWR | KMART AND SEARS FOOTWEAR |
| PRODUCTION COUNTRY | PNONE | NO PRODUCTION OFFICE |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
| EMBARK:GO DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNNGB1B |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Ningbo, China |

FACTORY DETAILS:
FACTORY NBR: 1034M
NAME WENZHOU EASILY SHOES CO LTD
ADDRESS NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
COUNTRY China
TEL 13896523655
EMAIL arcyish@mail.online.sh.cn
MID CNWENEAS35WEN

253 of 293

## Top Right

KMART CORPORATION

PURCHASE ORDER

Page : 1

| ORDER DATE : 01-MAY-2018 | ORDER NO : D6E3Q | | TC4 TIM CARLSON |

| | | DESCRIPTION |
| ITEM CODE : 620088013792 | SEASON/YEAR : 5 WINTER 2018 | BENMING REBUY CORE PK 3 |
| | SUB SEASON : 50-WINTER | |
| 1 20F 5/CARTON UPC : 0721598052576 | CAT/SUB-CAT : 6202 | |
| STYLE : 20365 | TRADEMARK : NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME : NORTHWEST TERRITORY | COPYRIGHT REG. NO : | |
| INTL COMMODY CODE : GDSM | MLTP CARTON NBR 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
| PER AST | PER CARTON | $264.94 | 200 | 200 | $16,980.00 |
| $84.900 | $84.900 | | | | |

| | KGS: | 6.000 | CBM: | 0.096954 | AST PER INNER | 1 |
| PER CARTON | LBS: | 13.230 | CU. FT : | 3.494 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION : | | AST PER MASTER SHIPPING CTN | 1 |
| L 20.35" X W 15.0" X H 14.2" | | | CASEPACK | | | |

| QUOTA CAT#: RNONE | | CASE # | FACTORY | EXPORTER |
| SPECIAL TRADE INDICATOR: | | ANTI-DUMPING: | | |
| | | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
POLY BAG

| S H I P P I N G   S C H E D U L E | | | | | | | | |
| REFERENCE (PO)/SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 101 | CHA | CHA | Ocean | 12-SEP-2018 | 12-SEP-2018 | 17-NOV-2018 | B | 106 | 106 | W |
| 102 | MIR | MIR | Ocean | 12-SEP-2018 | 12-SEP-2018 | 26-OCT-2018 | B | 94 | 94 | W |

DETAIL DESCRIPTION:
DESCRIPTION OF TYPE OF SHOE: Benming double velcro
GENDER: Men
UPPER MATERIAL IN PERCENT:100% PU UPPER
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE COVER THE ANKEL
SIZE RANGE 7-13
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO ISTC : NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

OPC: 6

254 of 293

## Bottom Left

KMART CORPORATION

PURCHASE ORDER

Page : 3

| ORDER DATE : 01-MAY-2018 | ORDER NO : D6E3Q | | TC4 TIM CARLSON |

| | | DESCRIPTION |
| ITEM CODE : 620088013818 | SEASON/YEAR : 5 WINTER 2018 | BENMING REBUY LRG PK 1 |
| | SUB SEASON : 50-WINTER | |
| 1 20F 5/CARTON UPC : 0721598052644 | CAT/SUB-CAT : 6202 | |
| STYLE : 20365 | TRADEMARK : NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME : NORTHWEST TERRITORY | COPYRIGHT REG. NO : | |
| INTL COMMODY CODE : GDSM | MLTP CARTON NBR 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
| PER AST | PER CARTON | $264.94 | 300 | 300 | $25,470.00 |
| $84.900 | $84.900 | | | | |

| | KGS: | 6.000 | CBM: | 0.096954 | AST PER INNER | 1 |
| PER CARTON | LBS: | 13.230 | CU. FT : | 3.494 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION : | | AST PER MASTER SHIPPING CTN | 1 |
| L 20.35" X W 15.0" X H 14.2" | | | CASEPACK | | | |

| QUOTA CAT#: RNONE | | CASE # | FACTORY | EXPORTER |
| SPECIAL TRADE INDICATOR: | | ANTI-DUMPING: | | |
| | | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
POLY BAG

| S H I P P I N G   S C H E D U L E | | | | | | | | |
| REFERENCE (PO)/SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 101 | CHA | CHA | Ocean | 12-SEP-2018 | 12-SEP-2018 | 17-NOV-2018 | B | 80 | 80 | W |
| 102 | MIR | MIR | Ocean | 12-SEP-2018 | 12-SEP-2018 | 26-OCT-2018 | B | 70 | 70 | W |
| 103 | CHA | CHA | Ocean | 10-OCT-2018 | 10-OCT-2018 | 16-DEC-2018 | B | 80 | 80 | W |
| 104 | MIR | MIR | Ocean | 10-OCT-2018 | 10-OCT-2018 | 24-NOV-2018 | B | 70 | 70 | W |

DETAIL DESCRIPTION:
DESCRIPTION OF TYPE OF SHOE: Benming double velcro
GENDER: Men
UPPER MATERIAL IN PERCENT:100% PU UPPER
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE COVER THE ANKEL
SIZE RANGE 7-13
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO ISTC : NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

OPC: 6

255 of 293

## Bottom Right

KMART CORPORATION

PURCHASE ORDER

Page : 4

| ORDER DATE : 01-MAY-2018 | ORDER NO : D6E3Q | | TC4 TIM CARLSON |

| | | DESCRIPTION |
| ITEM CODE : 620088013834 | SEASON/YEAR : 5 WINTER 2018 | BENMING REBUY SML PK 1 |
| | SUB SEASON : 50-WINTER | |
| 1 20F 5/CARTON UPC : 0721598052408 | CAT/SUB-CAT : 6202 | |
| STYLE : 20365 | TRADEMARK : NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME : NORTHWEST TERRITORY | COPYRIGHT REG. NO : | |
| INTL COMMODY CODE : GDSM | MLTP CARTON NBR 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
| PER AST | PER CARTON | $264.94 | 150 | 150 | $12,735.00 |
| $84.900 | $84.900 | | | | |

| | KGS: | 6.000 | CBM: | 0.096954 | AST PER INNER | 1 |
| PER CARTON | LBS: | 13.230 | CU. FT : | 3.494 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION : | | AST PER MASTER SHIPPING CTN | 1 |
| L 20.35" X W 15.0" X H 14.2" | | | CASEPACK | | | |

| QUOTA CAT#: RNONE | | CASE # | FACTORY | EXPORTER |
| SPECIAL TRADE INDICATOR: | | ANTI-DUMPING: | | |
| | | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
POLY BAG

| S H I P P I N G   S C H E D U L E | | | | | | | | |
| REFERENCE (PO)/SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 101 | CHA | CHA | Ocean | 12-SEP-2018 | 12-SEP-2018 | 17-NOV-2018 | B | 80 | 80 | W |
| 102 | MIR | MIR | Ocean | 12-SEP-2018 | 12-SEP-2018 | 26-OCT-2018 | B | 70 | 70 | W |

DETAIL DESCRIPTION:
DESCRIPTION OF TYPE OF SHOE: Benming double velcro
GENDER: Men
UPPER MATERIAL IN PERCENT:100% PU UPPER
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE COVER THE ANKEL
SIZE RANGE 7-13
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO ISTC : NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

OPC: 6

256 of 293

**KMART CORPORATION**

Page : 6

| ORDER DATE : 01-MAY-2018 | ORDER NO : D683Q | TC4 TIM CARLSON |

ITEM CODE: 6200B9014543

| | SEASON/YEAR: S-WINTER 2018 | DESCRIPTION |
| ITEM CODE: 6200B9014543 | SUB-SEASON: 50-WINTER | BENNING REBUY SML PK 2 |
| J 2OF S/CARTON UPC: 0721598052712 | CATISUB-CAT: 6202 | |
| STYLE: 20365 | TRADEMARK: NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: NORTHWEST TERRITORY | COPYRIGHT REG. NO.: | |
| INTL COMMODY CODE: ODSM | MLTP CARTON IND: .001 | |

| FOB PRICE | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
| PER AST PER CARTON | $269.94 | 350 | 350 | $29,715.00 |
| $84.900 $84.900 | | | | |

| | KGS: 6.000 | CBM: 0.098954 | AST PER INNER | 1 |
| PER CARTON | LBS: 13.230 | CU. FT.: 3.494 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | PACKING INSTRUCTION | | AST PER MASTER SHIPPING CTN | 1 |
| L 28.35" X W 15.0" X H 14.2" | CASEPACK | | | |

| QUOTA CAT: PHONE | CASE #: | FACTORY | EXPORTER |
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | |
| | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
POLY BAG

| S H I P P I N G   S C H E D U L E | | | | | | | | | |
| REFERENCE (PO/SEQ) | DISCHARGE POINT | FINAL DEST (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 103 | CHA | CHA | Ocean | 10-OCT-2018 | 10-OCT-2018 | 10-DEC-2018 | B | 186 | 186 | W |
| 104 | MIR | MIR | Ocean | 10-OCT-2018 | 10-OCT-2018 | 26-NOV-2018 | B | 164 | 164 | W |

DETAIL DESCRIPTION:
DESCRIPTION OF TYPE OF SHOE: Benning double velcro
GENDER: Men
UPPER MATERIAL IN PERCENT 100% PU UPPER
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: COVER THE ANKEL
SIZE RANGE 7-13
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO: ISTC : NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

OPC:          6

257 of 293

---

**KMART CORPORATION**

Page : 6

| ITEM CODE: 6200B9013818 | | | | | | | | | | |
| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE PCT | CARE INSTRUCTIONS |
| B801370-1 | | | | | | - | | | | POLYURETHANE 100% (PU) | |
| B801371-9 | | | | | | - | | | | POLYURETHANE 100% (PU) | |
| B801372-7 | | | | | | - | | | | POLYURETHANE 100% (PU) | |

| ITEM CODE: 6200B9014543 | | | | | | | | | | |
| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE PCT | CARE INSTRUCTIONS |
| B801337-0 | | | | | | - | | | | POLYURETHANE 100% (PU) | |
| B801338-8 | | | | | | - | | | | POLYURETHANE 100% (PU) | |
| B801339-6 | | | | | | - | | | | POLYURETHANE 100% (PU) | |
| B801343-8 | | | | | | - | | | | POLYURETHANE 100% (PU) | |

| ITEM CODE: 6200B9013792 | | | | | | | | | | |
| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE PCT | CARE INSTRUCTIONS |
| B801339-6 | | | | | | - | | | | POLYURETHANE 100% (PU) | |
| B801343-8 | | | | | | - | | | | POLYURETHANE 100% (PU) | |
| B801370-1 | | | | | | - | | | | POLYURETHANE 100% (PU) | |

| ITEM CODE: 6200B9013834 | | | | | | | | | | |
| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE PCT | CARE INSTRUCTIONS |
| B801337-0 | | | | | | - | | | | POLYURETHANE 100% (PU) | |
| B801338-8 | | | | | | - | | | | POLYURETHANE 100% (PU) | |

| ITEM CODE: 6200B9013818 | | ITEM: BENNING REBUY LRG PK 1 | | | | |
| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB SELL PRICE UPC# | |
| SUB KSN DESC: BENNING SZ 11 | B801370-1 | BLACK | 11.0 | 3 | 14.150 44.99 721598055189 | |
| SUB KSN DESC: BENNING SZ 12 | B801371-9 | BLACK | 12.0 | 2 | 14.150 44.99 721598055196 | |
| SUB KSN DESC: BENNING SZ 13 | B801372-7 | BLACK | 13.0 | 1 | 14.150 44.99 721598055202 | |
| | | TOTAL | | 6 | 84.900 269.94 | |

| ITEM CODE: 6200B9014543 | | ITEM: BENNING SML PK 2 | | | | |
| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB SELL PRICE UPC# | |
| SUB KSN DESC: BENNING SZ 7 | B801337-0 | BLACK | 7.0 | 1 | 14.150 44.99 721598055141 | |
| SUB KSN DESC: BENNING SZ 8 | B801338-8 | BLACK | 8.0 | 1 | 14.150 44.99 721598055158 | |
| SUB KSN DESC: BENNING SZ 9 | B801339-6 | BLACK | 9.0 | 2 | 14.150 44.99 721598055165 | |
| SUB KSN DESC: BENNING SZ 10 | B801343-8 | BLACK | 10.0 | 2 | 14.150 44.99 721598055172 | |
| | | TOTAL | | 6 | 84.900 269.94 | |

258 of 293

---

**KMART CORPORATION**

PURCHASE ORDER

Page : 7

| ORDER DATE : 01-MAY-2018 | ORDER NO : D683Q | TC4 TIM CARLSON |

| ITEM CODE: 6200B9013792 | | ITEM: BENNING REBUY CORE PK 1 | | | | |
| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB SELL PRICE UPC# | |
| SUB KSN DESC: BENNING SZ 9 | B801339-6 | BLACK | 9.0 | 2 | 14.150 44.99 721598055165 | |
| SUB KSN DESC: BENNING SZ 10 | B801343-8 | BLACK | 10.0 | 3 | 14.150 44.99 721598055172 | |
| SUB KSN DESC: BENNING SZ 11 | B801370-1 | BLACK | 11.0 | 1 | 14.150 44.99 721598055189 | |
| | | TOTAL | | 6 | 84.900 269.94 | |

| ITEM CODE: 6200B9013834 | | ITEM: BENNING REBUY SML PK 1 | | | | |
| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB SELL PRICE UPC# | |
| SUB KSN DESC: BENNING SZ 7 | B801337-0 | BLACK | 7.0 | 3 | 14.150 44.99 721598055141 | |
| SUB KSN DESC: BENNING SZ 8 | B801338-8 | BLACK | 8.0 | 3 | 14.150 44.99 721598055158 | |
| | | TOTAL | | 6 | 84.900 269.94 | |

ADDITIONAL CONDITIONS

FOR ITEM 6200B9013792
IFI INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

FOR ITEM 6200B9013818
IFI INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

FOR ITEM 6200B9013834
IFI INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

FOR ITEM 6200B9014543
IFI INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

259 of 293

---

**KMART CORPORATION**

PURCHASE ORDER

Page : 8

| ORDER DATE : 01-MAY-2018 | ORDER NO : D683Q | TC4 TIM CARLSON |

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE (CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR--
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIES) ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION

UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING. INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY. THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1(TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR.AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.

ANTIDUMPING CLAUSE:

VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDOR SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANY/F
WARRANTED MERCHANDISE.

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.

LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

260 of 293

## Page 1 (top-left)

KMART CORPORATION

ORDER DATE : 01-MAY-2018     ORDER NO : D683Q

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HEREAFTER "PO",CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.

THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PIECE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.

SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

## Page 1 of 3 (top-right)

# COMMERCIAL INVOICE

Page 1 of 3
DATE: August 23, 2018
INVOICE NO.: 2018218009942

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China     SHIPPED TO: Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| KMART     D683Q | BENNING REBUY CORE PK 1 | 10s | 10s | 84.900  USD | 8,999.40  USD |
| | | CARTONS | AST | AST | |
| ITEM: | 620089013792 | | | | |
| MADE IN | CHINA (MAINLAND) | | | | |
| CONTENTS | 1 ASSORTMENT | | | | |

DESCRIPTION OF TYPE OF SHOE: Benning double velcro
GENDER: Men
UPPER MATERIAL IN PERCENT:100% PU UPPER
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE COVER THE ANKEL
SIZE RANGE:7-13
COMMISSION PERCENTAGE :5%
COMMISSION PAYABLE TO :STC - NOT DUTABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM:SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | D683Q | REFERENCE NO. | 101 | |
| DC CODE | CHA | DEPARTMENT NO. | 035 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 | |
| VENDOR ITEM CODE | 20365 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

FACTORY NO.        103989
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.        CNWENEAS35WEN

| KMART | D683Q | BENNING REBUY LRG PK 1 | 80 | 80 | 84.900  USD | 6,792.00  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 620089013818 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: Benning double velcro
GENDER: Men
UPPER MATERIAL IN PERCENT:100% PU UPPER
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE COVER THE ANKEL
SIZE RANGE:7-13
COMMISSION PERCENTAGE :5%
COMMISSION PAYABLE TO :STC - NOT DUTABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM:SELLING UNIT:1

## Page 2 of 3 (bottom-left)

# COMMERCIAL INVOICE

Page 2 of 3
DATE: August 23, 2018
INVOICE NO.: 2018218009942

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China     SHIPPED TO: Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB China

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | D683Q | REFERENCE NO. | 101 | |
| DC CODE | CHA | DEPARTMENT NO. | 035 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 | |
| VENDOR ITEM CODE | 20365 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

FACTORY NO.        103989
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.        CNWENEAS35WEN

| KMART | D683Q | BENNING REBUY SML PK 1 | 80 | 80 | 84.900  USD | 6,792.00  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 620089013834 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: Benning double velcro
GENDER: Men
UPPER MATERIAL IN PERCENT:100% PU UPPER
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE COVER THE ANKEL
SIZE RANGE:7-13
COMMISSION PERCENTAGE :5%
COMMISSION PAYABLE TO :STC - NOT DUTABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM:SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | D683Q | REFERENCE NO. | 101 | |
| DC CODE | CHA | DEPARTMENT NO. | 035 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 | |
| VENDOR ITEM CODE | 20365 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

FACTORY NO.        103989
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.        CNWENEAS35WEN

PAYMENT TERM        Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER        OPEN ACCOUNT

## Page 3 of 3 (bottom-right)

# COMMERCIAL INVOICE

Page 3 of 3
DATE: August 23, 2018
INVOICE NO.: 2018218009942

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China     SHIPPED TO: Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB China

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 266 | 266 | ASSORTMENTS | 22,583.40  USD |

TOTAL US DOLLARS TWENTY-TWO THOUSAND FIVE HUNDRED EIGHTY-THREE DOLLARS AND FORTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

ARCA INDUSTRIAL (NJ) INC

EMPLOYEE NAME
EMPLOYEE TITLE

## COMMERCIAL INVOICE

Page 1 of 3
DATE: August 23, 2018
INVOICE NO.: 201621600978

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO:   KMART CORPORATION
      3333 Beverly Road
      Hoffman Estates, IL 60179
      US

SHIPPED FROM: Ningbo, China        SHIPPED TO:   Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | D683Q | BENNING REBUY CORE PK 1 | 92 | 92 | 84.900  USD | 7,810.80  USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 620088013782 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: Benning double velcro
GENDER: Men
UPPER MATERIAL IN PERCENT 100% PU UPPER
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKEL
SIZE RANGE 7-13
COMMISSION PERCENTAGE: 5%
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEMSELLING UNIT 1

| CONTRACT NO. | D683Q | REFERENCE NO. | 102 |
|---|---|---|---|
| DC CODE | MRR | DEPARTMENT NO. | 035 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 |
| VENDOR ITEM CODE | 20365 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.        103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.        CNWENEAS35WEN

| KMART | D683Q | BENNING REBUY LRG PK 1 | 70 | 70 | 84.900  USD | 5,943.00  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 620088013818 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: Benning double velcro
GENDER: Men
UPPER MATERIAL IN PERCENT 100% PU UPPER
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKEL
SIZE RANGE 7-13
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO: FSTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEMSELLING UNIT 1

---

## COMMERCIAL INVOICE

Page 2 of 3
DATE: August 23, 2018
INVOICE NO.: 201621600978

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO:   KMART CORPORATION
      3333 Beverly Road
      Hoffman Estates, IL 60179
      US

SHIPPED FROM: Ningbo, China        SHIPPED TO:   Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB China

| CONTRACT NO. | D683Q | REFERENCE NO. | 102 |
|---|---|---|---|
| DC CODE | MRR | DEPARTMENT NO. | 035 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 |
| VENDOR ITEM CODE | 20365 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.        103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.        CNWENEAS35WEN

| KMART | D683Q | BENNING REBUY SML PK 1 | 70 | 70 | 84.900  USD | 5,943.00  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 620088013834 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: Benning double velcro
GENDER: Men
UPPER MATERIAL IN PERCENT 100% PU UPPER
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKEL
SIZE RANGE 7-13
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO: FSTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEMSELLING UNIT 1

| CONTRACT NO. | D683Q | REFERENCE NO. | 102 |
|---|---|---|---|
| DC CODE | MRR | DEPARTMENT NO. | 035 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 |
| VENDOR ITEM CODE | 20365 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.        103669
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.        CNWENEAS35WEN

PAYMENT TERM        Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER        OPEN ACCOUNT

---

## COMMERCIAL INVOICE

Page 3 of 3
DATE: August 23, 2018
INVOICE NO.: 201621600978

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO:   KMART CORPORATION
      3333 Beverly Road
      Hoffman Estates, IL 60179
      US

SHIPPED FROM: Ningbo, China        SHIPPED TO:   Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB China

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 232 | 232 | ASSORTMENTS | 19,696.80  USD |

TOTAL US DOLLARS NINETEEN THOUSAND SIX HUNDRED NINETY-SIX DOLLARS AND EIGHTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

ARCA INDUSTRIAL (NJ) INC
EMPLOYEE NAME _____
EMPLOYEE TITLE _____

---

KMART  D688G

KMART CORPORATION

Page : 2

| ORDER DATE : 16-MAY-2018 | ORDER NO : D688G | BUYER : TC4  TIM CARLSON |
| DIV : Division 4 | DEPT NO : 035 | |

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179

**VENDOR**

| NAME | ARCA INDUSTRIAL (NJ) INC |
| ADDRESS | 3 KELLOGG COURT |
| | SUITE # 2 |
| | EDISON |
| | NJ |
| COUNTRY | United States |
| EMAIL | arcany@net.com |
| VENDOR NBR | 5544 |
| TELEPHONE | 732-229-0450 |
| DUNS NBR | 548826 |
| FDA REG # | |

| TOTAL ORDER OF ORDER USD | $11,925.00 |
| PAYMENT TO BE MADE BY | |
| ( ) MULTIPLE PAYMENT TYPES | |
| ( X ) CHECK/WIRE TRANSFER | |
| | Amount USD  11,925.00 |
| ( ) FREE GOODS | |
| | Amount USD  0.00 |
| ( ) LETTER OF CREDIT | |
| | Amount USD  0.00 |
| | LC # |
| | TRANSFERABLE: |
| | BANK: |
| PAYMENT TERMS: | 59  (days) |

| FOREIGN AGENT OFFICE | KKFTWR | KMART/SEARS FOOTWEAR CONTRACTS |
| FOREIGN SUPPORT OFFICE | RKKFTWR | KMART AND SEARS FOOTWEAR |
| PRODUCTION COUNTRY | PARCA | ARCA INDUSTRIAL CORP |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNNGB1B |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Ningbo, China |

FACTORY DETAILS:

| FACTORY NBR | 101842 |
| NAME | SHAOXING TANGREN SHOES INDUSTRY CO. LTD. |
| ADDRESS | NO. 111 SHUANGTA ROAD, |
| | SHENGZHOU CITY, |
| | SHENGZHOU |
| | ZHEJIANG |
| COUNTRY | China |
| TEL | 86-575-83006799 |
| EMAIL | zhuxx196@163.com |
| MID | CNSHATAN111SHE |

---

KMART CORPORATION

Page : 1

| ORDER DATE : 16-MAY-2018 | ORDER NO : D688G | TC4  TIM CARLSON |

| ITEM CODE: 62002962356B | | DESCRIPTION |
| | SEASON/YEAR | 9-BASIC - NOT REPLENISHED | NEPTUNE CARWASH REBUY CORE PK 15 |
| | SUB SEASON | 90-BASIC - NOT REPLENISHED | |
| ( 2OF 5/CARTON UPC: 0721598052958 | CAT/SUB-CAT: 6203 | |
| STYLE: 20920 | TRADEMARK: NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: NORTHWEST TERRITORY | COPYRIGHT REG. NO.: | |
| INTL COMMODY CODE: GOSM | MLTP CARTON IND: 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
| PER AST | PER CARTON | $149.94 | 225 | 225 | $10,732.50 |
| $47.700 | $47.700 | | | | |

| | KGS:  13.500 | CBM:  0.105770 | AST PER INNER | 1 |
| PER CARTON | LBS:  29.760 | CU. FT.:  3.735 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 26.0" X W 15.0" X H 16.55" | | CASEPACK | | |

| QUOTA CAT#  RNONE | CASE # | FACTORY | EXPORTER |
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | |
| | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
POLY BAG.

|  | | | | SHIPPING SCHEDULE | | | | |
| REFERENCE (PO)/SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 101 | CHA | CHA | Ocean | 12-SEP-2018 | 12-SEP-2018 | 10-NOV-2018 | B | 119 | 119 | W |
| 102 | MIR | MIR | Ocean | 12-SEP-2018 | 12-SEP-2018 | 25-OCT-2018 | B | 106 | 106 | W |

DETAIL DESCRIPTION:
DESCRIPTION OF TYPE OF SHOE: Neptune Carwash Boot
GENDER: Men
UPPER MATERIAL IN PERCENT 100% PVC
OUTER SOLE MATERIAL IN PERCENT 100% PVC
TYPE OF CONSTRUCTION: INJECTION
COVERING THE ANKLE AND / OR ABOVE THE ANKLE YES
SIZE RANGE 7-13 (whole sizes)
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO ISTC : NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEMSELLING UNIT ?

OPC:                6

---

KMART CORPORATION

PURCHASE ORDER

Page : 3

| ORDER DATE : 16-MAY-2018 | ORDER NO : D688G | TC4  TIM CARLSON |

| ITEM CODE: 62002962359Z | | DESCRIPTION |
| | SEASON/YEAR | 9-BASIC - NOT REPLENISHED | NEPTUNE CARWASH REBUY SML PK 15 |
| | SUB SEASON | 90-BASIC - NOT REPLENISHED | |
| ( 2OF 5/CARTON UPC: 0721598052880 | CAT/SUB-CAT: 6203 | |
| STYLE: 20920 | TRADEMARK: NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: NORTHWEST TERRITORY | COPYRIGHT REG. NO.: | |
| INTL COMMODY CODE: GOSM | MLTP CARTON IND: 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
| PER AST | PER CARTON | $149.94 | 25 | 25 | $1,192.50 |
| $47.700 | $47.700 | | | | |

| | KGS:  13.500 | CBM:  0.105770 | AST PER INNER | 1 |
| PER CARTON | LBS:  29.760 | CU. FT.:  3.735 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 26.0" X W 15.0" X H 16.55" | | CASEPACK | | |

| QUOTA CAT#  RNONE | CASE # | FACTORY | EXPORTER |
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | |
| | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
POLY BAG

|  | | | | SHIPPING SCHEDULE | | | | |
| REFERENCE (PO)/SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 101 | CHA | CHA | Ocean | 12-SEP-2018 | 12-SEP-2018 | 10-NOV-2018 | B | 13 | 13 | W |
| 102 | MIR | MIR | Ocean | 12-SEP-2018 | 12-SEP-2018 | 25-OCT-2018 | B | 12 | 12 | W |

DETAIL DESCRIPTION:
DESCRIPTION OF TYPE OF SHOE: Neptune Carwash Boot
GENDER: Men
UPPER MATERIAL IN PERCENT 100% PVC
OUTER SOLE MATERIAL IN PERCENT 100% PVC
TYPE OF CONSTRUCTION: INJECTION
COVERING THE ANKLE AND / OR ABOVE THE ANKLE YES
SIZE RANGE 7-13 (whole sizes)
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO ISTC : NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEMSELLING UNIT ?

OPC:                6

---

KMART CORPORATION

PURCHASE ORDER

Page : 4

| ORDER DATE : 16-MAY-2018 | ORDER NO : D688G | TC4  TIM CARLSON |

ITEM CODE: 62002962356B

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5715827-1 | | | | | - | | | | | PLASTIC-PVC | 100% | |
| 5715984-0 | | | | | - | | | | | PLASTIC-PVC | 100% | |
| 5717270-2 | | | | | - | | | | | PLASTIC-PVC | 100% | |

ITEM CODE: 62002962359Z

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5715822-3 | | | | | - | | | | | PLASTIC-PVC | 100% | |
| 5715823-0 | | | | | - | | | | | PLASTIC-PVC | 100% | |
| 5715824-8 | | | | | - | | | | | PLASTIC-PVC | 100% | |
| 5715827-1 | | | | | - | | | | | PLASTIC-PVC | 100% | |

| ITEM CODE: 62002962356B | ITEM: NEPTUNE CARWASH REBUY CORE PK 15 |

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB K5N DESC: NEPTUNE CARWASH SZ 10 | 5715827-1 | BLACK | 10.0 | 3 | 7.950 | 24.99 | 721598039165 |
| SUB K5N DESC: NEPTUNE CARWASH SZ 11 | 5715984-0 | BLACK | 11.0 | 2 | 7.950 | 24.99 | 721598039202 |
| SUB K5N DESC: NEPTUNE CARWASH SZ 12 | 5717270-2 | BLACK | 12.0 | 1 | 7.950 | 24.99 | 721598039219 |
| | | TOTAL | | 6 | 47.700 | 149.94 | |

| ITEM CODE: 62002962359Z | ITEM: NEPTUNE CARWASH REBUY SML PK 15 |

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB K5N DESC: NEPTUNE CARWASH SZ 7 | 5715822-3 | BLACK | 7.0 | 1 | 7.950 | 24.99 | 721598039140 |
| SUB K5N DESC: NEPTUNE CARWASH SZ 8 | 5715823-0 | BLACK | 8.0 | 1 | 7.950 | 24.99 | 721598039172 |
| SUB K5N DESC: NEPTUNE CARWASH SZ 9 | 5715824-8 | BLACK | 9.0 | 2 | 7.950 | 24.99 | 721598039158 |
| SUB K5N DESC: NEPTUNE CARWASH SZ 10 | 5715827-1 | BLACK | 10.0 | 2 | 7.950 | 24.99 | 721598039196 |
| | | TOTAL | | 6 | 47.700 | 149.94 | |

KMART CORPORATION

| ORDER DATE : 16-MAY-2018 | ORDER NO : D68BG | | TC4 | TIM CARLSON |

ADDITIONAL CONDITIONS

FOR ITEM 620029623568
IF INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

FOR ITEM 620029623592
IF INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR--
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO (TOGETHER WITH ITS SUBSIDIARIES)TO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION

UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYERSOURCING. INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYERSOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE -1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE -3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE -5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDORS,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.

ANTIDUMPING CLAUSE:

VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDOR SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER;AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANY
WARRANTED MERCHANDISE.

273 of 293

---

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.

LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER HEREINAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")SHALL BE
ACCEPTED OR REJECTED BY SHMC.PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SHMC AND SELLER AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.

THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PIECE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.

SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN .AS A RESULT,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

274 of 293

---

# COMMERCIAL INVOICE

Page 1 of 2
DATE: September 08, 2018
INVOICE NO.: 2018214S4186

5544
ARCA INDUSTRIAL (NJ) INC.
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | D68BG | NEPTUNE CARWASH REBUY CORE PK 15 | 119 CARTONS | 119 AST | 47.700 USD AST | 5,676.30 USD |
| ITEM: | 620029623568 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: Neptune Carwash Boot
GENDER: Men
UPPER MATERIAL IN PERCENT 100% PVC
OUTER SOLE MATERIAL IN PERCENT 100% PVC
TYPE OF CONSTRUCTION: INJECTION
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE 7-13 (whole sizes)
COMMISSION PERCENTAGE : 5%
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| CONTRACT NO. | D68BG | REFERENCE NO. | 101 |
| DC CODE | CHA | DEPARTMENT NO. | 035 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 |
| VENDOR ITEM CODE | 20920 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO. 101842
SHAOXING TANGREN SHOES INDUSTRY CO.,LTD.
NO. 111 SHUANGTA ROAD.
SHENGZHOU CITY.
SHENGZHOU
ZHEJIANG
China
FTY MID NO. CNSHATAN111SHE

| KMART | D68BG | NEPTUNE CARWASH REBUY 5ML PK 15 | 13 CARTONS | 13 AST | 47.700 USD AST | 620.10 USD |
| ITEM: | 620029623592 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: Neptune Carwash Boot
GENDER: Men
UPPER MATERIAL IN PERCENT 100% PVC
OUTER SOLE MATERIAL IN PERCENT 100% PVC
TYPE OF CONSTRUCTION: INJECTION
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE 7-13 (whole sizes)
COMMISSION PERCENTAGE : 5%
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

275 of 293

---

# COMMERCIAL INVOICE

Page 2 of 2
DATE: September 08, 2018
INVOICE NO.: 2018214S4186

5544
ARCA INDUSTRIAL (NJ) INC.
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China    SHIPPED TO: Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB China

| CONTRACT NO. | D68BG | REFERENCE NO. | 101 |
| DC CODE | CHA | DEPARTMENT NO. | 035 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 |
| VENDOR ITEM CODE | 20920 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO. 101842
SHAOXING TANGREN SHOES INDUSTRY CO.,LTD.
NO. 111 SHUANGTA ROAD.
SHENGZHOU CITY.
SHENGZHOU
ZHEJIANG
China
FTY MID NO. CNSHATAN111SHE

PAYMENT TERM     Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER     OPEN ACCOUNT

| | | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|---|
| TOTAL INVOICE | | 132 | 132 ASSORTMENTS | | 6,296.40 USD |

TOTAL US DOLLARS SIX THOUSAND TWO HUNDRED NINETY-SIX DOLLARS AND FORTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

ARCA INDUSTRIAL (NJ) INC.

EMPLOYEE NAME
EMPLOYEE TITLE

276 of 293



**COMMERCIAL INVOICE**

Page 1 of 2

INVOICE NO.: 2018214543XX

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China        SHIPPED TO: Mira Loma, CA
MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | D683G | NEPTUNE CARWASH REBUY CORE PK 15 | 106 CARTONS | 106 AST | 47.700 USD AST | 5,056.20 USD |
| ITEM: | 620029623568 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: Neptune Carwash Boot
GENDER: Men
UPPER MATERIAL IN PERCENT:100% PVC
OUTER SOLE MATERIAL IN PERCENT:100% PVC
TYPE OF CONSTRUCTION: INJECTION
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:7-13 (whole sizes)
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| CONTRACT NO. | D686G | REFERENCE NO. | 102 |
|---|---|---|---|
| DC CODE | MIR | DEPARTMENT NO. | 035 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 |
| VENDOR ITEM CODE | 20920 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.: 101842
SHAOXING TANGREN SHOES INDUSTRY CO.,LTD.
NO. 111 SHIJIAOTA ROAD,
SHENGZHOU CITY,
SHENGZHOU
ZHEJIANG
China
FTY MID NO.: CNSHATAN111SHE

| KMART | D683G | NEPTUNE CARWASH REBUY SML PK 16 | 12 CARTONS | 12 AST | 47.700 USD AST | 572.40 USD |
|---|---|---|---|---|---|---|
| ITEM: | 620029623592 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: Neptune Carwash Boot
GENDER: Men
UPPER MATERIAL IN PERCENT:100% PVC
OUTER SOLE MATERIAL IN PERCENT:100% PVC
TYPE OF CONSTRUCTION: INJECTION
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:7-13 (whole sizes)
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO:ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST:NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

277 of 293



**COMMERCIAL INVOICE**

Page 2 of 2

DATE: August 17, 2018
INVOICE NO.: 2018214543XX

5544
ARCA INDUSTRIAL (NJ) INC
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China        SHIPPED TO: Mira Loma, CA
MODE OF TRANSPORTATION: Ocean

FOB China

| CONTRACT NO. | D686G | REFERENCE NO. | 102 |
|---|---|---|---|
| DC CODE | MIR | DEPARTMENT NO. | 035 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5544 |
| VENDOR ITEM CODE | 20920 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.: 101842
SHAOXING TANGREN SHOES INDUSTRY CO.,LTD.
NO. 111 SHIJIAOTA ROAD,
SHENGZHOU CITY,
SHENGZHOU
ZHEJIANG
China
FTY MID NO.: CNSHATAN111SHE

PAYMENT TERM          Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER          OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 118 | 118 ASSORTMENTS | | 5,628.60 USD |

TOTAL US DOLLARS FIVE THOUSAND SIX HUNDRED TWENTY-EIGHT DOLLARS AND SIXTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

ARCA INDUSTRIAL (NJ) INC
EMPLOYEE NAME
EMPLOYEE TITLE

278 of 293



**KMART D683R**

279 of 293

KMART CORPORATION                    PURCHASE ORDER                    Page : 1

| ORDER DATE : 01-MAY-2018 | ORDER NO : D683R | BUYER : TC4 TIM CARLSON |
|---|---|---|
| DIV : Division 4 | DEPT NO : 035 | |

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179

VENDOR
NAME          ARCA INDUSTRIAL (NJ) INC
ADDRESS       3 KELLOGG COURT
              SUITE # 2
              EDISON
              NJ
COUNTRY       United States
EMAIL         arcany@aol.com
VENDOR NBR    5544
TELEPHONE     732-339-0450
DUNS NBR      548826
FDA REG #

TOTAL COST OF ORDER USD
              56,585.85
PAYMENT TO BE MADE BY :
( ) MULTIPLE PAYMENT TYPES
( X ) CHECK/WIRE TRANSFER
              Amount USD  56,585.85
( ) FREE GOODS
              Amount USD  0.00
( ) LETTER OF CREDIT
              Amount USD  0.00
              LC #
              TRANSFERABLE :
              BANK
PAYMENT TERMS :     59  (days)

| FOREIGN AGENT OFFICE | KKITWR | KMART/SEARS FOOTWEAR CONTRACTS |
|---|---|---|
| FOREIGN SUPPORT OFFICE | RKKITWR | KMART AND SEARS FOOTWEAR |
| PRODUCTION COUNTRY | PNONE | NO PRODUCTION OFFICE |

EACH ITEM TO BE MARKED :     MADE IN CHINA (MAINLAND)
EMBARK/GO-DOWN:              CHINA (MAINLAND)
SHIP POINT:                  CNNGB1B
DELIVERY TERMS:              FOB CN
CITY, COUNTRY:               Ningbo, China

FACTORY DETAILS:
FACTORY NBR:   103669
NAME           WENZHOU EASILY SHOES CO LTD
ADDRESS        NO 35 JINHUI ROAD SHANGHUI
               LOUQIAO OUHAI
               WENZHOU
               ZHEJIANG
COUNTRY        China
TEL            13806520655
EMAIL          arcash@mail.online.sh.cn
MID            CNWENEASJSHAEN

280 of 293

## Page 1 (281 of 293)

KMART CORPORATION

ORDER DATE : 01-MAY-2018    ORDER NO : D683R    TC4  TIM CARLSON

**DESCRIPTION**
BENNING DESERVING PACK 1

| | |
|---|---|
| ITEM CODE: 620088013404 | SEASON/YEAR: 5-WINTER 2018 |
| | SUB SEASON: 50-WINTER |
| I 2OF 5/CARTON UPC: 0721598052194 | CAT/SUB-CAT: 6202 |
| STYLE: 20165 | TRADEMARK: NONE |
| BRAND NAME: NORTHWEST TERRITORY | COPYRIGHT REG. NO.: |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 |

SEARS DIV    SEARS ITEM    SEARS SKU

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $269.94 | 163 | 163 | $13,838.70 |
| $84.900 | $84.900 | | | | |

| | KGS: 6.000 | CBM: 0.09095I | AST PER INNER | 1 |
|---|---|---|---|---|
| PER CARTON | LBS: 13.230 | CU. FT.: 3.494 | AST PER MASTER SHIPPING CTN | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | |
| L 28.35" X W 15.0" X H 14.2" | | CASEPACK | |

QUOTA CAT#: RNONE    CASE #    FACTORY    EXPORTER
SPECIAL TRADE INDICATOR:    ANTI-DUMPING:
COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
POLY BAG

### SHIPPING SCHEDULE

| REFERENCE (PO)/SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 101 | CHA | CHA | Ocean | 08-AUG-2018 | 17-SEP-2018 | 15-NOV-2018 | B | 89 | 89 | W |
| 102 | MIR | MIR | Ocean | 08-AUG-2018 | 25-SEP-2018 | 05-NOV-2018 | B | 74 | 74 | W |

DETAIL DESCRIPTION:
DESCRIPTION OF TYPE OF SHOE: Benning double velcro
GENDER: Men
UPPER MATERIAL IN PERCENT:100% pu upper
OUTER SOLE MATERIAL IN PERCENT:100% tpr outsole
TYPE OF CONSTRUCTION: cement
COVERING THE ANKLE AND / OR ABOVE THE ANKLE cover ankle
SIZE RANGE 7-13
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO/STC : NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

OPC:    6

## Page 2 (282 of 293)

KMART CORPORATION

ORDER DATE : 01-MAY-2018    ORDER NO : D683R    TC4  TIM CARLSON

**DESCRIPTION**
BENNING DESERVING PACK 2

| | |
|---|---|
| ITEM CODE: 620088013743 | SEASON/YEAR: 5-WINTER 2018 |
| | SUB SEASON: 50-WINTER |
| I 2OF 5/CARTON UPC: 0721598052262 | CAT/SUB-CAT: 6202 |
| STYLE: 20165 | TRADEMARK: NONE |
| BRAND NAME: NORTHWEST TERRITORY | COPYRIGHT REG. NO.: |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 |

SEARS DIV    SEARS ITEM    SEARS SKU

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $269.94 | 163 | 163 | $13,838.70 |
| $84.900 | $84.900 | | | | |

| | KGS: 6.000 | CBM: 0.09095I | AST PER INNER | 1 |
|---|---|---|---|---|
| PER CARTON | LBS: 13.230 | CU. FT.: 3.495 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 28.35" X W 15.0" X H 14.2" | | CASEPACK | |

QUOTA CAT#: RNONE    CASE #    FACTORY    EXPORTER
SPECIAL TRADE INDICATOR:    ANTI-DUMPING:
COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
POLY BAG

### SHIPPING SCHEDULE

| REFERENCE (PO)/SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 101 | CHA | CHA | Ocean | 08-AUG-2018 | 17-SEP-2018 | 15-NOV-2018 | B | 89 | 89 | W |
| 102 | MIR | MIR | Ocean | 08-AUG-2018 | 25-SEP-2018 | 05-NOV-2018 | B | 74 | 74 | W |

DETAIL DESCRIPTION:
DESCRIPTION OF TYPE OF SHOE: Benning double velcro
GENDER: Men
UPPER MATERIAL IN PERCENT:100% pu upper
OUTER SOLE MATERIAL IN PERCENT:100% tpr outsole
TYPE OF CONSTRUCTION: cement
COVERING THE ANKLE AND / OR ABOVE THE ANKLE cover ankle
SIZE RANGE 7-13
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO/STC : NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

OPC:    6

## Page 4 (283 of 293)

KMART CORPORATION    PURCHASE ORDER    Page : 4

ORDER DATE : 01-MAY-2018    ORDER NO : D683R    TC4  TIM CARLSON

**DESCRIPTION**
BENNING NONDESERVING PACK 1

| | |
|---|---|
| ITEM CODE: 620088013768 | SEASON/YEAR: 5-WINTER 2018 |
| | SUB SEASON: 50-WINTER |
| I 2OF 5/CARTON UPC: 0721598052232 | CAT/SUB-CAT: 6202 |
| STYLE: 20165 | TRADEMARK: NONE |
| BRAND NAME: NORTHWEST TERRITORY | COPYRIGHT REG. NO.: |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 |

SEARS DIV    SEARS ITEM    SEARS SKU

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $404.91 | 227 | 227 | $28,908.45 |
| $127.350 | $127.350 | | | | |

| | KGS: 9.000 | CBM: 0.148516 | AST PER INNER | 1 |
|---|---|---|---|---|
| PER CARTON | LBS: 19.840 | CU. FT.: 5.245 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 42.55" X W 15.0" X H 14.2" | | CASEPACK | |

QUOTA CAT#: RNONE    CASE #    FACTORY    EXPORTER
SPECIAL TRADE INDICATOR:    ANTI-DUMPING:
COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
POLY BAG

### SHIPPING SCHEDULE

| REFERENCE (PO)/SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 101 | CHA | CHA | Ocean | 08-AUG-2018 | 17-SEP-2018 | 15-NOV-2018 | B | 124 | 124 | W |
| 102 | MIR | MIR | Ocean | 08-AUG-2018 | 25-SEP-2018 | 05-NOV-2018 | B | 103 | 103 | W |

DETAIL DESCRIPTION:
DESCRIPTION OF TYPE OF SHOE: Benning double velcro
GENDER: Men
UPPER MATERIAL IN PERCENT:100% pu upper
OUTER SOLE MATERIAL IN PERCENT:100% tpr outsole
TYPE OF CONSTRUCTION: cement
COVERING THE ANKLE AND / OR ABOVE THE ANKLE cover ankle
SIZE RANGE 7-13
COMMISSION PERCENTAGE 5%
COMMISSION PAYABLE TO/STC : NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

OPC:    9

## Page 5 (284 of 293)

KMART CORPORATION    PURCHASE ORDER    Page : 5

ORDER DATE : 01-MAY-2018    ORDER NO : D683R    TC4  TIM CARLSON

ITEM CODE: 620088013404

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM:SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8801337-0 | | | | | - | | | | | POLYURETHANE (PU) | 100% | |
| 8801338-8 | | | | | - | | | | | POLYURETHANE (PU) | 100% | |
| 8801339-6 | | | | | - | | | | | POLYURETHANE (PU) | 100% | |

ITEM CODE: 620088013743

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM:SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8801343-8 | | | | | - | | | | | POLYURETHANE (PU) | 100% | |
| 8801370-1 | | | | | - | | | | | POLYURETHANE (PU) | 100% | |
| 8801372-7 | | | | | - | | | | | POLYURETHANE (PU) | 100% | |

ITEM CODE: 620088013768

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM:SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8801337-0 | | | | | - | | | | | POLYURETHANE (PU) | 100% | |
| 8801338-8 | | | | | - | | | | | POLYURETHANE (PU) | 100% | |
| 8801339-6 | | | | | - | | | | | POLYURETHANE (PU) | 100% | |
| 8801343-8 | | | | | - | | | | | POLYURETHANE (PU) | 100% | |
| 8801370-1 | | | | | - | | | | | POLYURETHANE (PU) | 100% | |
| 8801371-9 | | | | | - | | | | | POLYURETHANE (PU) | 100% | |
| 8801372-7 | | | | | - | | | | | POLYURETHANE (PU) | 100% | |

ITEM CODE: 620088013404    ITEM: BENNING DESERVING PACK 1

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB #SN DESC: BENNING SZ 7 | 8801337-0 | BLACK | 7.0 | 2 | 14.150 | 44.99 | 721598055141 |
| SUB #SN DESC: BENNING SZ 8 | 8801338-8 | BLACK | 8.0 | 2 | 14.150 | 44.99 | 721598055158 |
| SUB #SN DESC: BENNING SZ 9 | 8801339-6 | BLACK | 9.0 | 2 | 14.150 | 44.99 | 721598055165 |
| TOTAL | | | | 6 | 84.900 | 269.94 | |

ITEM CODE: 620088013743    ITEM: BENNING DESERVING PACK 2

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB #SN DESC: BENNING SZ 10 | 8801343-8 | BLACK | 10.0 | 2 | 14.150 | 44.99 | 721598055172 |
| SUB #SN DESC: BENNING SZ 11 | 8801370-1 | BLACK | 11.0 | 2 | 14.150 | 44.99 | 721598055189 |
| SUB #SN DESC: BENNING SZ 12 | 8801371-9 | BLACK | 12.0 | 1 | 14.150 | 44.99 | 721598055196 |
| SUB #SN DESC: BENNING SZ 13 | 8801372-7 | BLACK | 13.0 | 1 | 14.150 | 44.99 | 721598055202 |
| TOTAL | | | | 6 | 84.900 | 269.94 | |

KMART CORPORATION

| ORDER DATE : 01-MAY-2018 | ORDER NO : D683R | | TC4  TIM CARLSON |

ITEM CODE: 420088013768    ITEM: BENNING NONDESERVING PACK 1

| SUB ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: BENNING SZ 7 | 8801137.0 | BLACK | 7.0 | 1 | 14.150 | 44.99 | 721598055141 |
| SUB KSN DESC: BENNING SZ 8 | 8801338.6 | BLACK | 8.0 | 1 | 14.150 | 44.99 | 721598055358 |
| SUB KSN DESC: BENNING SZ 9 | 8801109.6 | BLACK | 9.0 | 1 | 14.150 | 44.99 | 721598055165 |
| SUB KSN DESC: BENNING SZ 10 | 8801343.8 | BLACK | 10.0 | 2 | 14.150 | 44.99 | 721598055172 |
| SUB KSN DESC: BENNING SZ 11 | 8801370.1 | BLACK | 11.0 | 1 | 14.150 | 44.99 | 721598055189 |
| SUB KSN DESC: BENNING SZ 12 | 8801371.9 | BLACK | 12.0 | 1 | 14.150 | 44.99 | 721598055196 |
| SUB KSN DESC: BENNING SZ 13 | 8801372.7 | BLACK | 13.0 | 1 | 14.150 | 44.99 | 721598055202 |
| | | | TOTAL | 9 | 127.350 | 404.91 | |

ADDITIONAL CONDITIONS
FOR ITEM 420088013404
IF INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

FOR ITEM 420088013743
IF INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

FOR ITEM 420088013768
IF INTERIM FOOTWEAR INVOICE

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION ("SHMC"), SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIES) ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"), DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION

UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE "PO" DOCUMENTED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING. INT'L
MANAGER. AS RECOURSE FOR LATE DELIVERY, THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE -1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE -3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE -5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR.AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR, THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.

ANTIDUMPING CLAUSE:
VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW.THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDOR SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANY/F
WARRANTED MERCHANDISE.
_____
_____
_____
_____

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.

LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

---

KMART CORPORATION    PURCHASE ORDER    Page : 8

| ORDER DATE : 01-MAY-2018 | ORDER NO : D683R | | TC4  TIM CARLSON |

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED,INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOR VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.

THE ABOVE DESCRIBED AUTOMATED RESOLUTION IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO

SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE

---

## COMMERCIAL INVOICE

Page 1 of 3
DATE : August 02, 2018
INVOICE NO : 201821155790

5544                                    TO:    KMART CORPORATION
ARCA INDUSTRIAL (NJ) INC.                      3333 Beverly Road
3 KELLOGG COURT                                Hoffman Estates, IL 60179
SUITE # 2                                      US
EDISON
NJ
United States
00817
                                    SHIPPED FROM : Ningbo, China    SHIPPED TO : Chambersburg, PA

MODE OF TRANSPORTATION: Ocean
                                                                    FOB China

| MARKS AND NUMBERS: | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (USS PER) |
|---|---|---|---|---|---|---|
| KMART | D683R | BENNING DESERVING PACK 1 | 89 CARTONS | 89 AST | 84.900  USD AST | 7,556.10  USD |
| ITEM: | 420088013404 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | |
| | | DESCRIPTION OF TYPE OF SHOE: Benning double velcro | | | | |
| | | GENDER  Men | | | | |
| | | UPPER MATERIAL IN PERCENT 100% pu upper | | | | |
| | | OUTER SOLE MATERIAL IN PERCENT 100% tpr outsole | | | | |
| | | TYPE OF CONSTRUCTION: cement | | | | |
| | | COVERING THE ANKLE AND / OR ABOVE THE ANKLE cover ankle | | | | |
| | | SIZE RANGE 7-13 | | | | |
| | | COMMISSION PERCENTAGE: 5% | | | | |
| | | COMMISSION PAYABLE TO ETC : NOT DUTIABLE | | | | |
| | | COMMISSION IS INCLUDED IN FIRST COST NO | | | | |
| | | ROYALTY FOR TRADEMARK NAME: N/A | | | | |
| | | HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1 | | | | |
| | CONTRACT NO. | D683R | REFERENCE NO. | 101 | | |
| | DC CODE | CHA | DEPARTMENT NO. | 035 | | |
| | DIVISION NO. | Division 4 | VENDOR NO. | 5544 | | |
| | VENDOR ITEM CODE | 20345 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | | |
| | BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | | |
| | FACTORY NO. | 10366# | | | | |
| | WENZHOU EASILY SHOES CO LTD | | | | | |
| | NO 35 JINHUI ROAD SHANGHUI | | | | | |
| | LOUQIAO OUHAI | | | | | |
| | WENZHOU | | | | | |
| | ZHEJIANG | | | | | |
| | China | | | | | |
| | FTY MID NO. | CNWENEASILY35WEN | | | | |
| KMART | D683R | BENNING DESERVING PACK 2 | 89 CARTONS | 89 AST | 84.900  USD AST | 7,556.10  USD |
| ITEM: | 420088013743 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | |
| | | DESCRIPTION OF TYPE OF SHOE: Benning double velcro | | | | |
| | | GENDER  Men | | | | |
| | | UPPER MATERIAL IN PERCENT 100% pu upper | | | | |
| | | OUTER SOLE MATERIAL IN PERCENT 100% tpr outsole | | | | |
| | | TYPE OF CONSTRUCTION: cement | | | | |
| | | COVERING THE ANKLE AND / OR ABOVE THE ANKLE cover ankle | | | | |
| | | SIZE RANGE 7-13 | | | | |
| | | COMMISSION PERCENTAGE: 5% | | | | |
| | | COMMISSION PAYABLE TO ETC : NOT DUTIABLE | | | | |
| | | COMMISSION IS INCLUDED IN FIRST COST NO | | | | |
| | | ROYALTY FOR TRADEMARK NAME: N/A | | | | |
| | | HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1 | | | | |

## Top Left Invoice (289 of 293)

COMMERCIAL INVOICE

Page 3 of 3
DATE: August 02, 2018
INVOICE NO.: 20182115579D

5544
ARCA INDUSTRIAL (NJ) INC.
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China     SHIPPED TO: Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB China

| | | REFERENCE NO. | 101 |
|---|---|---|---|
| CONTRACT NO. | D663R | DEPARTMENT NO. | 035 |
| DC CODE | CHA | VENDOR NO. | 5544 |
| DIVISION NO. | Division 4 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| VENDOR ITEM CODE | 20365 | CATEGORY | RNONE |
| BINDING RULING # OR PRECLASS # | | | |

FACTORY NO.        10366R
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.        CNWEXEAS35WEN

| KMART | D663R | BENNING NONDESERVING PACK 1 | 124 | 124 | 127.350 USD | 15,791.40 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | | AST |

ITEM:        6200880117n8
MADE IN        CHINA (MAINLAND)
CONTENTS        1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: Benning double velcro
GENDER: Men
UPPER MATERIAL IN PERCENT 100% pu upper
OUTER SOLE MATERIAL IN PERCENT 100% tpr outsole
TYPE OF CONSTRUCTION: cement
COVERING THE ANKLE AND / OR ABOVE THE ANKLE cover ankle
SIZE RANGE 7-13
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEMSELLING UNIT 1

| | | REFERENCE NO. | 101 |
|---|---|---|---|
| CONTRACT NO. | D663R | DEPARTMENT NO. | 035 |
| DC CODE | CHA | VENDOR NO. | 5544 |
| DIVISION NO. | Division 4 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| VENDOR ITEM CODE | 20365 | CATEGORY | RNONE |
| BINDING RULING # OR PRECLASS # | | | |

FACTORY NO.        10366R
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.        CNWEXEAS35WEN

PAYMENT TERM        Open Acc)
ORDER PAYMENT TERMS
DRAWN UNDER        OPEN ACCOUNT

## Top Right Invoice (290 of 293)

COMMERCIAL INVOICE

Page 3 of 3
DATE: August 02, 2018
INVOICE NO.: 20182115579D

5544
ARCA INDUSTRIAL (NJ) INC.
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China     SHIPPED TO: Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB China

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 302 | 302 | ASSORTMENTS | 30,963.60 USD |

TOTAL US DOLLARS THIRTY THOUSAND NINE HUNDRED SIXTY THREE DOLLARS AND SIXTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

ARCA INDUSTRIAL (NJ) INC.
EMPLOYEE NAME _____
EMPLOYEE TITLE _____

## Bottom Left Invoice (291 of 293)

COMMERCIAL INVOICE

Page 1 of 3
DATE: August 02, 2018
INVOICE NO.: 20182155947

5544
ARCA INDUSTRIAL (NJ) INC.
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China     SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | D663R | BENNING DESERVING PACK 1 | 74 | 74 | 84.900 USD | 6,282.60 USD |
| | | | CARTONS | AST | | AST |

ITEM:        6200880113404
MADE IN        CHINA (MAINLAND)
CONTENTS        1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: Benning double velcro
GENDER: Men
UPPER MATERIAL IN PERCENT 100% pu upper
OUTER SOLE MATERIAL IN PERCENT 100% tpr outsole
TYPE OF CONSTRUCTION: cement
COVERING THE ANKLE AND / OR ABOVE THE ANKLE cover ankle
SIZE RANGE 7-13
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEMSELLING UNIT 1

| | | REFERENCE NO. | 102 |
|---|---|---|---|
| CONTRACT NO. | D663R | DEPARTMENT NO. | 035 |
| DC CODE | MIR | VENDOR NO. | 5544 |
| DIVISION NO. | Division 4 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| VENDOR ITEM CODE | 20365 | CATEGORY | RNONE |
| BINDING RULING # OR PRECLASS # | | | |

FACTORY NO.        10366R
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.        CNWEXEAS35WEN

| KMART | D663R | BENNING DESERVING PACK 2 | 74 | 74 | 84.900 USD | 6,282.60 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | | AST |

ITEM:        6200880113743
MADE IN        CHINA (MAINLAND)
CONTENTS        1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: Benning double velcro
GENDER: Men
UPPER MATERIAL IN PERCENT 100% pu upper
OUTER SOLE MATERIAL IN PERCENT 100% tpr outsole
TYPE OF CONSTRUCTION: cement
COVERING THE ANKLE AND / OR ABOVE THE ANKLE cover ankle
SIZE RANGE 7-13
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEMSELLING UNIT 1

## Bottom Right Invoice (292 of 293)

COMMERCIAL INVOICE

Page 2 of 3
DATE: August 02, 2018
INVOICE NO.: 20182155947

5544
ARCA INDUSTRIAL (NJ) INC.
3 KELLOGG COURT
SUITE # 2
EDISON
NJ
United States
08817

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ningbo, China     SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB China

| | | REFERENCE NO. | 102 |
|---|---|---|---|
| CONTRACT NO. | D663R | DEPARTMENT NO. | 035 |
| DC CODE | MIR | VENDOR NO. | 5544 |
| DIVISION NO. | Division 4 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| VENDOR ITEM CODE | 20365 | CATEGORY | RNONE |
| BINDING RULING # OR PRECLASS # | | | |

FACTORY NO.        10366R
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.        CNWEXEAS35WEN

| KMART | D663R | BENNING NONDESERVING PACK 1 | 103 | 103 | 127.350 USD | 13,117.05 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | | AST |

ITEM:        6200880117n8
MADE IN        CHINA (MAINLAND)
CONTENTS        1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: Benning double velcro
GENDER: Men
UPPER MATERIAL IN PERCENT 100% pu upper
OUTER SOLE MATERIAL IN PERCENT 100% tpr outsole
TYPE OF CONSTRUCTION: cement
COVERING THE ANKLE AND / OR ABOVE THE ANKLE cover ankle
SIZE RANGE 7-13
COMMISSION PERCENTAGE: 5%
COMMISSION PAYABLE TO ISTC - NOT DUTIABLE
COMMISSION IS INCLUDED IN FIRST COST NO
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEMSELLING UNIT 1

| | | REFERENCE NO. | 102 |
|---|---|---|---|
| CONTRACT NO. | D663R | DEPARTMENT NO. | 035 |
| DC CODE | MIR | VENDOR NO. | 5544 |
| DIVISION NO. | Division 4 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| VENDOR ITEM CODE | 20365 | CATEGORY | RNONE |
| BINDING RULING # OR PRECLASS # | | | |

FACTORY NO.        10366R
WENZHOU EASILY SHOES CO LTD
NO 35 JINHUI ROAD SHANGHUI
LOUQIAO OUHAI
WENZHOU
ZHEJIANG
China
FTY MID NO.        CNWEXEAS35WEN

PAYMENT TERM        Open Acc)
ORDER PAYMENT TERMS
DRAWN UNDER        OPEN ACCOUNT

COMMERCIAL INVOICE

INVOICE NO.: 207527732HKT

Page 1 of 1

| | | | |
|---|---|---|---|
| | TO: | KMART CORPORATION | |
| 5544 | | 3101 Beverly Road | |
| ARCA INDUSTRIAL (NJ) INC | | Hoffman Estates, IL 60179 | |
| 3 KELLOGG COURT | | US | |
| SUITE # 2 | | | |
| EDISON | | | |
| NJ | | | |
| United States | | | |
| 08817 | | | |

SHIPPED FROM:  Ningbo, China          SHIPPED TO:    Mira Loma , CA

MODE OF TRANSPORTATION:  Ocean

FOB China

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 251 | 251 | ASSORTMENTS | 25,682.25   USD |

TOTAL US DOLLARS TWENTY FIVE THOUSAND SIX HUNDRED EIGHTY TWO DOLLARS AND TWENTY FIVE CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

ARCA INDUSTRIAL (NJ) INC

EMPLOYEE NAME

EMPLOYEE TITLE

293 of 293

# Electronic Proof of Claim

Adobe Sign Document History                                      11/19/2018



| | |
|---|---|
| Created: | 11/19/2018 |
| By: | Sears Claims (searsclaims@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAALRu-B0qxpXHL5o8cTA6nZmf9YeMD_vnH |

## "Electronic Proof of Claim" History

Widget created by Sears Claims (searsclaims@primeclerk.com)
11/19/2018 - 12:13:47 PM EST

/s/ Jerry Huang (jerry@arcaindustrial.net) uploaded the following supporting documents:
Attachment
11/19/2018 - 12:22:43 PM EST

Widget filled in by /s/ Jerry Huang (jerry@arcaindustrial.net)
11/19/2018 - 12:22:43 PM EST- IP address: 162.155.231.190

(User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/70.0.3538.102 Safari/537.36)
11/19/2018 - 12:22:46 PM EST- IP address: 162.155.231.190

Signed document emailed to /s/ Jerry Huang (jerry@arcaindustrial.net) and Sears Claims
(searsclaims@primeclerk.com)
11/19/2018 - 12:22:46 PM EST

MILLER GOLER FAEGES LAPINE LLP
1301 EAST 9ᵀᴴ STREET, SUITE 2700
CLEVELAND, OHIO 44114-1835

TELEPHONE: (216) 696-3366
FAX: (216) 363-5835

March 6, 2019

**VIA OVERNIGHT DELIVERY**

Prime Clerk Claims Processing Center
Sears Holdings Corporation Claims Processing Center
c/o Prime Clerk LLC, 850 3ʳᵈ Avenue, Suite 412
Brooklyn, NY 11232

Re:   Arca Industrial (NJ), Inc. Claim # 2957 (Debtor: Sears, Roebuck and Co.), and Claim #
      5167 (Debtor: Kmart Corporation; amending, correcting, superseding and replacing
      Claim # 2679)

Dear Prime Clerk:

In reviewing the above-referenced summaries of Arca Industrial's proofs of claim on
Prime Clerk's site https://restructuring.primeclerk.com/sears/Home-ClaimInfo.  It has come to
our attention that the amounts listed do not match with the proofs of claims as submitted by
Arca.  The attached pages identify the necessary corrections.  We respectfully ask that you
update the summaries to match the Proof of Claim as submitted by Arca as per the attachments
to this letter.

Thank you.

Very truly yours,

MILLER GOLER FAEGES LAPINE LLP

Deborah J. Michelson

cc: Arca Industrial (NJ), Inc.

Attach.

# Claim # 5167

(amending, correcting, superseding and replacing Claim # 2679)

## Corrections Needed to Summary of Claim # 5167 (amending, correcting, superseding and replacing Claim # 2679)
See page 8 of Arca Industrial (NJ), Inc. As-Filed Proof of Claim # 5167

