PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Tel: 212-373-3000
Fax: 212-757-3990
Paul M. Basta
Kelley A. Cornish
Lewis R. Clayton

*Counsel for the Debtors, Acting at the
Direction of the Restructuring Sub-Committee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | : | **Case No. 18-23538 (RDD)** |
| | : | |
| **Debtors.** [1] | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------------x

**THIRTEENTH MONTHLY FEE STATEMENT OF
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS ATTORNEYS FOR DEBTORS
FOR PERIOD FROM OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); Sears Brands Management Corporation (5365), and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Name of Applicant: | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | November 16, 2018, *nunc pro tunc* to October 15, 2018 |
| Period for which compensation and reimbursement is sought: | October 1, 2019 through October 31, 2019 |
| Monthly Fees Incurred: | $116,097.50 |
| 20% Holdback: | $23,219.50 |
| Total Compensation Less 20% Holdback: | $92,878.00 |
| Monthly Expenses Incurred: | $11,957.87 |
| Total Fees and Expenses Due: | $104,835.87 |

This is a:    __X__ monthly _____interim _____final application

In accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 796] (the "Interim Compensation Order"),[2] Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss") hereby submits this thirteenth monthly fee statement (the "Thirteenth Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as counsel to the Debtors, for the period from October 1, 2019 through October 31, 2019 (the "Thirteenth Monthly Fee Period"). By this Thirteenth Monthly Fee Statement, and after taking into account certain voluntary reductions, Paul, Weiss seeks payment in the amount of $104,835.87, which comprises (i) $92,878.00, representing eighty percent (80%) of the total amount of compensation sought for

---

[2]    Capitalized terms used herein but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Order.

actual and necessary services rendered during the Thirteenth Monthly Fee Period, subject to certain voluntary reductions, and (ii) reimbursement of $11,957.87, representing one hundred percent (100%) of actual and necessary expenses incurred in connection with such services.

### Services Rendered and Expenses Incurred

1.    Attached as Exhibit A is a summary of Paul, Weiss's professionals by individual, setting forth the (i) name, title, and department of each individual who provided services in connection with the Chapter 11 Cases during the Thirteenth Monthly Fee Period, (ii) aggregate hours spent by each individual, (iii) hourly billing rate for each such individual at Paul, Weiss's current billing rates, (iv) amount of fees earned by each Paul, Weiss professional, and (v) the year of bar admission for each attorney. The blended hourly billing rate of Paul, Weiss attorneys during the Thirteenth Monthly Fee Period is approximately $1,027.50. The blended hourly rate of staff attorneys, paralegals, and other non-legal staff during the Thirteenth Monthly Fee Period is approximately $388.18.

2.    Attached as Exhibit B is a summary of the services rendered and compensation sought, by project category, for the Thirteenth Monthly Fee Period.

3.    Attached as Exhibit C is a summary of expenses incurred and reimbursement sought, by expense type, for the Thirteenth Monthly Fee Period.

4.    Attached as Exhibit D is itemized time detail of Paul, Weiss professionals for the Thirteenth Monthly Fee Period and summary materials related thereto.

### Notice and Objection Procedures

Notice of this Thirteenth Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Rob Riecker (email:

Rob.Riecker@searshc.com) and Luke Valentino (email: Luke.Valentino@searshc.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrett A. Fail (email: garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, <u>Attention</u>: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); (iv) Paul E. Harner, Ballard Spahr LLP, the independent fee examiner, 1675 Broadway 19th Floor, New York, NY 10019 (email: harnerp@ballardspahr.com); (v) counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York, 10036, <u>Attention</u>: Philip C. Dublin (email: pdublin@akingump.com), Ira Dizengoff (email: idizengoff@akingump.com), and Sara Lynne Brauner (email: sbrauner@akingump.com); and (vi) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, <u>Attention</u>: Paul D. Leake (email: paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com) (collectively, the "<u>Notice Parties</u>").

Objections to this Thirteenth Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **December 11, 2019** (the "<u>Objection Deadline</u>"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "<u>Objection</u>").

If no objections to this Thirteenth Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

If an objection to this Thirteenth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of Thirteenth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: November 26, 2019  
New York, New York

_/s/ Paul M. Basta_____  
PAUL, WEISS, RIFKIND, WHARTON &  
GARRISON LLP  
1285 Avenue of the Americas  
New York, New York 10019  
Tel: 212-373-3000  
Fax: 212-757-3990  
Paul M. Basta  
Kelley A. Cornish  
Lewis R. Clayton

*Counsel for the Debtors, Acting at the  
Direction of the Restructuring Sub-Committee*

## Exhibit A

**Compensation by Professional**

**SUMMARY OF MONTHLY FEE STATEMENT OF**
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP FOR**
**SERVICES RENDERED FOR THE PERIOD**
**FROM OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

| Name of Professional Partners and Counsel | Title | Department | Year Admitted | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|---|
| Kelley Cornish | Partner | Bankruptcy | 1984 | 1,650.00 | 10.1 | 16,665.00 |
| Paul Basta | Partner | Bankruptcy | 1993 | 1,650.00 | 0.5 | 825.00 |
| Lewis Clayton | Partner | Litigation | 1979 | 1,650.00 | 0.4 | 660.00 |
| Robert Britton | Partner | Bankruptcy | 2008 | 1,265.00 | 11.5 | 14,547.50 |
| Jonathan Hurwitz | Counsel | Litigation | 1987 | 1,200.00 | 4.2 | 5,040.00 |
| **Total Partners and Counsel:** | | | | | **26.7** | **37,737.50** |

| Name of Associates | Department | Year Admitted | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|
| Shane D. Avidan | Litigation | 2013 | 1,110.00 | 0.6 | 666.00 |
| Jonathan Silberstein-Loeb | Litigation | 2015 | 1,020.00 | 6.0 | 6,120.00 |
| Emily M. Hoyle | Litigation | 2018 | 880.00 | 0.5 | 440.00 |
| David Giller | Litigation | 2015 | 1,020.00 | 3.5 | 3,570.00 |
| Caitlin Toto | Bankruptcy | 2019 | 775.00 | 19.6 | 15,190.00 |
| Spencer E. Young | Litigation | Not admitted | 775.00 | 0.1 | 77.50 |
| Patricia A. Walsh | Bankruptcy | Not admitted | 665.00 | 12.3 | 8,179.50 |
| Teresa Lii | Bankruptcy | 2014 | 980.00 | 16.3 | 15,974.00 |
| **Total Associates:** | | | | **58.9** | **50,217.00** |

| Name of Staff Attorneys, Paralegals and Other Non-Legal Staff | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|
| Madhuri Pavamani | 510 | 7.6 | 3,876.00 |
| Francine Murray | 510 | 2.0 | 1,020.00 |
| Arianny Mejia | 495 | 3.6 | 1,782.00 |
| Joseph Monzione | 380 | 24.7 | 9,386.00 |
| Brooke Filler | 380 | 2.9 | 1,102.00 |
| Jennifer Kellner | 330 | 14.5 | 4,785.00 |
| Alan D. Wilbur | 360 | 13.8 | 4,968.00 |
| Wai Leung | 360 | 0.1 | 36.00 |
| Domhna O'Donnchadha | 360 | 3.3 | 1,188.00 |
| **Total Staff Attorneys, Paralegals and Other Non-Legal Staff:** | | **72.5** | **28,143.00** |

| PROFESSIONALS | BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|
| Partners and Counsel | 1,413.39 | 26.7 | 37,737.50 |
| Associates | 852.58 | 58.9 | 50,217 |
| Staff Attorneys/Paralegals/ Non-Legal Staff | 388.18 | 72.5 | 28,143.00 |
| Blended Attorney Rate | 1,027.50 | | |
| **Total Fees Incurred** | | **158.1** | **116,097.50** |

**Exhibit B**

**Compensation by Task Code**

**AGGREGATE TIME SUMMARY BY TASK CODE**
**FOR THE PERIOD OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Case Administration | 25.7 | 9,637.00 |
| Conflict Matters: General | 0.9 | 1,138.50 |
| Conflict Matters: Investigations & Discovery | 15.5 | 5,880.00 |
| Fee/Employment Applications (Paul, Weiss) | 63.9 | 43,661.00 |
| Fee/Employment Applications (Other) | 0.4 | 152.00 |
| Plan and Disclosure Statement | 2.6 | 3,781 |
| Litigation | 26.5 | 22,231.50 |
| Travel Time | 5.6 | 7,130.00 |
| Court Hearings | 17.0 | 22,486.50 |
| **TOTAL** | **158.1** | **116,097.50** |

**Exhibit C**

**Expense Summary**

**AGGREGATE ITEMIZED DISBURSEMENTS**
**FOR THE PERIOD OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

| Expenses Category | Total Expenses ($) |
|---|---|
| Court Costs & Litigation Expenses | 10,386.55 |
| Information Retrieval Services | 476.04 |
| Out-of-Town Travel | 9.75 |
| Duplicating Expenses | 633.61 |
| Local Transportation Expenses | 451.92 |
| **TOTAL** | **11,957.87** |

## **Exhibit D**

**Time Detail**

Client: 022429 Sears Holdings Corporation                        Resp Prtnrs: PMB SMB LRC          Proforma: 7454734                    (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

U N B I L L E D   T I M E                       ----- Input since 10/01/2019 ----   -------------------- Total Unbilled --------------------
Emp Id Employee Name          Off  Dp  Group         Hours        Amount      Oldest      Latest        Hours           Amount

| Emp Id | Employee Name | Off | Dp | Group | Hours | Amount | Oldest | Latest | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 00079 | Cornish, Kelley A | NY | Bkcy | PARTNER | 10.10 | 16,665.00 | 10/02/19 | 10/07/19 | 10.10 | 16,665.00 |
| 00309 | Basta, Paul M. | NY | Bkcy | PARTNER | 0.50 | 825.00 | 10/03/19 | 10/03/19 | 0.50 | 825.00 |
| 00421 | Clayton, Lewis R | NY | Lit | PARTNER | 0.40 | 660.00 | 10/16/19 | 10/16/19 | 0.40 | 660.00 |
| 08028 | Britton, Robert | NY | Bkcy | PARTNER | 11.50 | 14,547.50 | 10/02/19 | 10/23/19 | 11.50 | 14,547.50 |
| 02234 | Hurwitz, Jonathan | NY | Lit | COUNSEL | 4.20 | 5,040.00 | 10/07/19 | 10/24/19 | 4.20 | 5,040.00 |
| 06140 | Avidan, Shane D. | NY | Lit | ASSOCIATE | 0.60 | 666.00 | 10/15/19 | 10/15/19 | 0.60 | 666.00 |
| 07220 | Silberstein-Loeb, Jo | NY | Lit | ASSOCIATE | 6.00 | 6,120.00 | 10/16/19 | 10/28/19 | 6.00 | 6,120.00 |
| 07317 | Hoyle, Emily M. | NY | Lit | ASSOCIATE | 0.50 | 440.00 | 10/10/19 | 10/18/19 | 0.50 | 440.00 |
| 07446 | Giller, David | NY | Lit | ASSOCIATE | 3.50 | 3,570.00 | 10/10/19 | 10/24/19 | 3.50 | 3,570.00 |
| 07585 | Toto, Caitlin J. | NY | Bkcy | ASSOCIATE | 19.60 | 15,190.00 | 10/08/19 | 10/31/19 | 19.60 | 15,190.00 |
| 07597 | Young, Spencer E. | NY | Lit | ASSOCIATE | 0.10 | 77.50 | 10/07/19 | 10/07/19 | 0.10 | 77.50 |
| 07797 | Walsh, Patricia A. | NY | Bkcy | ASSOCIATE | 12.30 | 8,179.50 | 10/22/19 | 10/31/19 | 12.30 | 8,179.50 |
| 08075 | Lii, Teresa | NY | Bkcy | ASSOCIATE | 16.30 | 15,974.00 | 10/02/19 | 10/31/19 | 16.30 | 15,974.00 |
| 04279 | Pavamani, Madhuri | NY | Lit | STAFF ATTY | 7.60 | 3,876.00 | 10/23/19 | 10/28/19 | 7.60 | 3,876.00 |
| 04719 | Murray, Francine N. | NY | Lit | STAFF ATTY | 2.00 | 1,020.00 | 10/22/19 | 10/23/19 | 2.00 | 1,020.00 |
| 53310 | Mejia, Arianny | NY | Lit | STAFF ATTY | 3.60 | 1,782.00 | 10/23/19 | 10/23/19 | 3.60 | 1,782.00 |
| 02444 | Monzione, Joseph | NY | Bkcy | PARALEGAL | 24.70 | 9,386.00 | 10/01/19 | 10/24/19 | 24.70 | 9,386.00 |
| 53244 | Filler, Brooke | NY | Bkcy | PARALEGAL | 2.90 | 1,102.00 | 10/01/19 | 10/10/19 | 2.90 | 1,102.00 |
| 54722 | Kellner, Jennifer | NY | Corp | PARALEGAL | 14.50 | 4,785.00 | 10/21/19 | 10/31/19 | 14.50 | 4,785.00 |
| 54217 | Wilbur, Alan D. | DC | EDP | PARALGL | 10.00 | 3,600.00 | 10/03/19 | 10/30/19 | 13.80 | 4,968.00 |
| 54605 | Leung, Wai | NY | EDL | PARALGL | 0.10 | 36.00 | 10/29/19 | 10/29/19 | 0.10 | 36.00 |
| 54667 | O'Donnchadha, Domhna | NY | TSS | PARALGL | 3.30 | 1,188.00 | 10/29/19 | 10/29/19 | 3.30 | 1,188.00 |

                      Total:              154.30    114,729.50                            158.10      116,097.50

Sub-Total Hours  :     22.50 Partners;    4.20 Counsels;      58.90 Assocs;       42.10 Paralgls;    30.40 Others

U N B I L L E D   D I S B U R S E M E N T S         Input since 10/01/2019     --------------------- Total Unbilled ---------------------
Code  Disbursement Name                                  Amount        Oldest      Latest                        Amount
                                                                       Entry       Entry

Court Costs & Lit Expenses

| Code | Disbursement Name | Amount | Oldest Entry | Latest Entry | Amount |
|---|---|---|---|---|---|
| 1201 | Court Fees | 247.00 | 10/07/19 | 10/07/19 | 247.00 |
| 1299 | Misc Court Expense | 70.00 | 10/07/19 | 10/07/19 | 70.00 |
| | Total Court Costs & Lit Expenses | | | | 317.00 |

Information Retrieval Services

| | | | | | |
|---|---|---|---|---|---|
| 1401 | Lexis | 25.21 | 08/12/19 | 08/12/19 | 25.21 |
| 1418 | Docketing Retrieval | 2.07 | 08/29/19 | 09/04/19 | 7.08 |
| 1422 | General Info Databases | 382.60 | 10/31/19 | 10/31/19 | 382.60 |
| | Total Information Retrieval Services | | | | 414.89 |

Out-of-Town Travel

Client: 022429 Sears Holdings Corporation
  Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corp

Client: 022429 Sears Holdings Corporation           Resp Prtnrs: PMB SMB LRC           Proforma: 7454734                (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

U N B I L L E D   D I S B U R S E M E N T S       Input since 10/01/2019      --------------------- Total Unbilled ---------------------
Code  Disbursement Name                               Amount           Oldest      Latest
                                                                       Entry       Entry                      Amount

| Code | Disbursement Name | Amount | Oldest Entry | Latest Entry | Amount | |
|---|---|---|---|---|---|---|
| | Out-of-Town Travel | | | | | |
| 1503 | Other L.Dist. Travel | 0.00 | 10/23/19 | 10/23/19 | 9.75 | |
| | Total Out-of-Town Travel | | | | | 9.75 |
| | | | | | | |
| | Duplicating Expenses | | | | | |
| 1801 | Reproduction Exp | 425.21 | 09/09/19 | 10/30/19 | 426.21 | |
| 1805 | Color Copies | 207.20 | 09/11/19 | 10/30/19 | 207.40 | |
| | Total Duplicating Expenses | | | | | 633.61 |
| | | | | | | |
| | Local Transportation Expenses | | | | | |
| 1082 | Taxi Services | 451.92 | 10/07/19 | 10/07/19 | 451.92 | |
| | Total Local Transportation Expenses | | | | | 451.92 |
| | | | | | | |
| | Total | 1,811.21 | | | | 1,827.17 |

Client: 022429 Sears Holdings Corporation                    Resp Prtnrs: PMB SMB LRC            Proforma:  7454734                    (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

U N B I L L E D   T I M E   S U M M A R Y

| Employee Name | Off | Dp | Position | Oldest Entry | Latest Entry | Hours |
|---|---|---|---|---|---|---|
| Cornish, Kelley A | NY | Bkcy | PARTNER | 10/02/19 | 10/07/19 | 10.10 |
| Basta, Paul M. | NY | Bkcy | PARTNER | 10/03/19 | 10/03/19 | 0.50 |
| Clayton, Lewis R | NY | Lit | PARTNER | 10/16/19 | 10/16/19 | 0.40 |
| Britton, Robert | NY | Bkcy | PARTNER | 10/02/19 | 10/23/19 | 11.50 |
| Hurwitz, Jonathan | NY | Lit | COUNSEL | 10/07/19 | 10/24/19 | 4.20 |
| Avidan, Shane D. | NY | Lit | ASSOCIATE | 10/15/19 | 10/15/19 | 0.60 |
| Silberstein-Loeb, Jo | NY | Lit | ASSOCIATE | 10/16/19 | 10/28/19 | 6.00 |
| Hoyle, Emily M. | NY | Lit | ASSOCIATE | 10/10/19 | 10/18/19 | 0.50 |
| Giller, David | NY | Lit | ASSOCIATE | 10/10/19 | 10/24/19 | 3.50 |
| Toto, Caitlin J. | NY | Bkcy | ASSOCIATE | 10/08/19 | 10/31/19 | 19.60 |
| Young, Spencer E. | NY | Lit | ASSOCIATE | 10/07/19 | 10/07/19 | 0.10 |
| Walsh, Patricia A. | NY | Bkcy | ASSOCIATE | 10/22/19 | 10/31/19 | 12.30 |
| Lii, Teresa | NY | Bkcy | ASSOCIATE | 10/02/19 | 10/31/19 | 16.30 |
| Pavamani, Madhuri | NY | Lit | STAFF ATTY | 10/23/19 | 10/28/19 | 7.60 |
| Murray, Francine N. | NY | Lit | STAFF ATTY | 10/22/19 | 10/23/19 | 2.00 |
| Mejia, Arianny | NY | Lit | STAFF ATTY | 10/23/19 | 10/23/19 | 3.60 |
| NON-LEGAL SUPPORT | | | | 10/01/19 | 10/31/19 | 59.30 |

Total:                                                                                           158.10

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours | Code |
|---|---|---|---|---|---|---|
| Monzione, Joseph | Bkcy | PARALEGAL | 10/01/19 | Preparation and distribution of pdf files containing court papers requested by Ms. Lii and Ms. Toto. | 0.30 | 701 |
| | | | 10/02/19 | Distribution to counsel the order allowing the admission of electronic devices inside the courthouse for hearing on 10/03/19. | 0.40 | 701 |
| | | | 10/02/19 | Creation and distribution of daily docket summary report requested by Ms. Lii and Ms. Toto. | 0.30 | 701 |
| | | | 10/03/19 | Making final arrangements for telephonic hearing and monitoring hearing to ensure connectivity (1.2); and preparation / distribution of pdf files containing significant court papers requested by Ms. Lii and Ms. Toto (0.3). | 1.50 | 701 |
| | | | 10/04/19 | Making arrangements for telephonic court hearing on 10/23/19 for persons at YCS&T. | 0.50 | 701 |

Client: 022429 Sears Holdings Corporation
  Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corp

Client: 022429 Sears Holdings Corporation                          Resp Prtnrs: PMB SMB LRC                Proforma: 7454734                    (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B


U N B I L L E D   T I M E   D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours | Code |
|---|---|---|---|---|---|---|
| Monzione, Joseph | Bkcy | PARALEGAL | 10/07/19 | Preparation of final arrangements for continuation of hearing and monitoring hearing to ensure adequate connectivity (1.2); preparation / distribution of modified order allowing the admission of electronic devices inside courthouse (0.6); email exchanges with Ms. Toto and Ms. Lii regarding attendance at hearing (0.3); and preparation / distribution of pdf files containing significant court papers requested by Ms. Lii and Ms. Toto (0.4). | 2.50 | 701 |
| | | | 10/07/19 | Preparation and distribution of emails to Ms. Walters of YCS&T regarding telephonic court hearings on 10/23/19 and making arrangements for access by Ms. Morgan of YCS&T. | 0.40 | 701 |
| Filler, Brooke | Bkcy | PARALEGAL | 10/07/19 | Bridge telephonic lines for hearing | 0.60 | 701 |
| Toto, Caitlin J. | Bkcy | ASSOCIATE | 10/08/19 | Attention to professional fee estimates | 0.20 | 701 |
| Monzione, Joseph | Bkcy | PARALEGAL | 10/08/19 | Preparation and distribution of pdf files containing significant court papers requested by Ms. Lii and Ms. Toto. | 0.30 | 701 |
| | | | 10/09/19 | Creation of pdf files containing significant court papers and distribution of pdf files to Ms. Lii and Ms. Toto. | 0.40 | 701 |
| | | | 10/10/19 | Preparation of pdf files containing significant court papers and distribution of pdf files requested by Ms. Lii and Ms. Toto. | 0.30 | 701 |
| | | | 10/14/19 | Preparation and distribution of pdf files containing all monthly fee statements requested by Mr. Tattnall. | 1.50 | 701 |
| | | | 10/14/19 | Preparation and distribution of pdf files containing court papers requested by Ms. Lii and Ms. Toto. | 0.30 | 701 |
| | | | 10/15/19 | Preparation and distribution of daily docket summary report requested by Ms. Lii and Ms. Toto. | 0.30 | 701 |
| | | | 10/16/19 | Preparation of order allowing electronic devices inside courthouse (hearing on 10/23/19). | 0.30 | 701 |
| | | | 10/16/19 | Preparation and distribution of pdf files containing court papers requested by Ms. Lii and Ms. Toto. | 0.30 | 701 |

Client: 022429 Sears Holdings Corporation                    Resp Prtnrs: PMB SMB LRC          Proforma:  7454734                    (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours | Code |
|---|---|---|---|---|---|---|
| Monzione, Joseph | Bkcy | PARALEGAL | 10/17/19 | Making arrangements for telephonic court hearing on 10/23/19 with CourtSolutions (0.9); email exchanges with Ms. Toto regarding hearing access (0.2); and distribution of order allowing admission of electronic devices inside court room (0.4). | 1.50 | 701 |
| | | | 10/17/19 | Researching contact information for representatives of SRS and A&M needed to arrange telephonic hearing for Sears hearing on 10/23/19. | 0.80 | 701 |
| Kellner, Jennifer | Corp | PARALEGAL | 10/21/19 | Organization of materials for hearing binders per C.Toto | 3.00 | 701 |
| | | | 10/21/19 | Updated hearing binders per C. Toto | 1.00 | 701 |
| Monzione, Joseph | Bkcy | PARALEGAL | 10/21/19 | Making arrangements for live telephonic court hearing for Mr. Williams, Mr. Stogsdill, and Mr. Matican and listen only hearing for Ms. Lii with CourtCall (1.2); telephone calls to Judge Drain's chambers regarding status of order allowing admission of electronic devices inside courthouse (0.4); telephone discussions with CourtCall regarding change of service to handle hearing on 10/23/19 (0.5); preparation / distribution of pdf files containing significant court papers requested by Ms. Lii and Ms. Toto (0.3); and researching contact information needed to complete CourtSolutions profiles regarding Mr. Williams, Mr. Stogdill, and Mr. Matican (1.1). | 3.50 | 701 |
| | | | 10/22/19 | Making final arrangements for telephonic hearing on 10/23/19 requested by Ms. Lii and Ms. Toto. | 2.70 | 701 |
| | | | 10/22/19 | Preparation and distribution of pdf files containing significant court papers requested by Ms. Lii and Ms. Toto. | 0.30 | 701 |
| Wilbur, Alan D. | EDP | PARALGL | 10/22/19 | Review issues re: fee examiner report | 0.40 | 701 |
| Monzione, Joseph | Bkcy | PARALEGAL | 10/23/19 | Making final arrangements for telephonic court hearing and monitoring the telephonic hearing to ensure adequate connectivity by participants. | 1.50 | 701 |
| | | | 10/23/19 | Creation and distribution of pdf files containing court papers requested by Ms. Lii and Ms. Toto. | 0.30 | 701 |
| | | | 10/24/19 | Sorting for relevance documentation prepared in connection with hearing on 10/23/19. | 0.30 | 701 |

Client: 022429 Sears Holdings Corporation
  Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corp

alp_212: Matter Analysis Sheet 18-23538-shl    Doc 6101    Filed 11/26/19    Entered 11/26/19 16:10:25    Main Document
PAUL WEISS RIFKIND WHARTON GARRISON LLP
Pg 19 of 30
PAGE     6
LEAF     6

Run Date & Time: 11/20/19 10:05:58                    Worked thru: 10/31/19

Client: 022429 Sears Holdings Corporation                         Resp Prtnrs: PMB SMB LRC              Proforma:  7454734                                    (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

                                                     Total                          25.70

Client: 022429 Sears Holdings Corporation
  Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corp

Client: 022429 Sears Holdings Corporation                    Resp Prtnrs: PMB SMB LRC           Proforma:  7454734                         (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours | Code |
|---|---|---|---|---|---|---|
| Britton, Robert | Bkcy | PARTNER | 10/02/19 | Correspondence with K. Cornish and P. Basta re significant filings and confirmation hearing | 0.10 | 702 |
| | | | 10/08/19 | Correspondence with R. Schrock, W. Transier, A. Carr re board meeting. | 0.10 | 702 |
| | | | 10/10/19 | Attend board call | 0.70 | 702 |
| | | | | Total | 0.90 | |

alp_212: Matter Analysis Sheet 18-23538-shl   Doc 6101 PAUL WEISS RIFKIND WHARTON GARRISON LLP 16:10:25   Main Document
                                                    Pg 21 of 30

Run Date & Time: 11/20/19 10:05:58                              Worked thru: 10/31/19

PAGE    8
LEAF    8

**Client:** 022429 Sears Holdings Corporation          **Resp Prtnrs:** PMB SMB LRC          **Proforma:** 7454734          (00309)
**Matter:** 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.**Bill Frq:** M**Class:** 1001**Status:** B

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours | Code |
|---|---|---|---|---|---|---|
| Wilbur, Alan D. | EDP | PARALGL | 10/03/19 | Review correspondence from opposing counsel (.2) review productions for specific directors' documents (.4) and advise case team (0.1). | 0.70 | 703 |
| | | | 10/08/19 | Discuss data archival with case team and coordinate request to E-Discovery. | 0.40 | 703 |
| Murray, Francine N. | Lit | STAFF ATTY | 10/22/19 | Email correspondence with J. Silberstein-Loeb re: privilege issues (.4) reviewing Akin requests for documents (.3) | 0.70 | 703 |
| Wilbur, Alan D. | EDP | PARALGL | 10/22/19 | Review Akin requests for documents (0.6); create searches for RPT, Centerview, and subcommittee documents (0.9); review and approve vendor invoice for hosting and productions (0.6); revise document searches per request of case team (0.6). | 2.70 | 703 |
| Murray, Francine N. | Lit | STAFF ATTY | 10/23/19 | Email correspondence with J. Silberstein-Loeb re: privilege issues (.6); review documents for relevance and privilege (.7). | 1.30 | 703 |
| Wilbur, Alan D. | EDP | PARALGL | 10/23/19 | Analyze privilege issues re: document production (.8); modify searches (1) draft explanation of workflow to PW working group for potentially privileged documents (.3); advise PW working group regarding vendor invoices and process (0.4) | 2.50 | 703 |
| | | | 10/24/19 | Revise document searches in vendor workspace (1.1); advise case team regarding documents in vendor workspace (0.9). | 2.00 | 703 |
| | | | 10/25/19 | Discuss archival options with vendor (0.8); review archival options (0.5). | 1.30 | 703 |
| | | | 10/28/19 | Review options for output of AlixPartners review space to Akin Gump (0.6); investigate invoice payments (0.5); review Tisch data question from Akin Gump and advise case team (0.2). | 1.30 | 703 |
| Leung, Wai | EDL | PARALGL | 10/29/19 | Confirmed extracted text from PDF files. | 0.10 | 703 |
| Wilbur, Alan D. | EDP | PARALGL | 10/29/19 | Creation of text files per OMM request (1.1). | 1.10 | 703 |
| | | | 10/30/19 | Complete overlay text export for Tom Tisch documents (0.4); encrypt text export, prepare for transfer (0.5); investigate invoice payments (0.5). | 1.40 | 703 |

|  |  | Total | 15.50 |  |
|---|---|---|---|---|

Client: 022429 Sears Holdings Corporation
  Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corp

Client: 022429 Sears Holdings Corporation                    Resp Prtnrs: PMB SMB LRC              Proforma:  7454734                    (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours | Code |
|---|---|---|---|---|---|---|
| Toto, Caitlin J. | Bkcy | ASSOCIATE | 10/08/19 | Correspond with billing re invoice (.1); review time entries for privilege (.3) | 0.40 | 705 |
| Filler, Brooke | Bkcy | PARALEGAL | 10/10/19 | Work on draft monthly fee statement | 1.90 | 705 |
| Britton, Robert | Bkcy | PARTNER | 10/14/19 | Review/analyze Fee Examiner's report | 0.50 | 705 |
| Lii, Teresa | Bkcy | ASSOCIATE | 10/14/19 | Review fee examiner letter. | 0.40 | 705 |
| Britton, Robert | Bkcy | PARTNER | 10/15/19 | Attend to Fee Examiner issues (.1) conference with C. Toto and T. Lii re: same (.2) | 0.30 | 705 |
| Lii, Teresa | Bkcy | ASSOCIATE | 10/15/19 | Office conference with R. Britton and C. Toto re fee examiner report (.2); review report (.3). | 0.50 | 705 |
| Toto, Caitlin J. | Bkcy | ASSOCIATE | 10/15/19 | Review fee examiner preliminary report (.7); meeting with R. Britton and T. Lii re same (.2); draft summary of preliminary report (.4) | 1.30 | 705 |
| Lii, Teresa | Bkcy | ASSOCIATE | 10/16/19 | Correspond with R. Britton, C. Toto re fee issues (.2). | 0.20 | 705 |
| Toto, Caitlin J. | Bkcy | ASSOCIATE | 10/16/19 | Continue to review fee examiner materials in preparation for meeting with R. Britton and T. Lii | 0.60 | 705 |
| Monzione, Joseph | Bkcy | PARALEGAL | 10/16/19 | Preparation and distribution of binder containing fee examiner's report requested by Ms. Toto. | 0.70 | 705 |
| Britton, Robert | Bkcy | PARTNER | 10/17/19 | Meeting re Fee Examiner report. | 0.30 | 705 |
| Lii, Teresa | Bkcy | ASSOCIATE | 10/17/19 | Office conference with R. Britton and C. Toto re fee examiner issues (.3); office conference with C. Toto re same (.3). | 0.60 | 705 |
| Toto, Caitlin J. | Bkcy | ASSOCIATE | 10/17/19 | Prepare for meeting with R. Britton and T. Lii re fee examiner (.6); Office conference with R. Britton and T. Lii re fee examiner issues (.3); office conference with T. Lii o re same (.3). prepare bullet point list for R. Britton re fee examiner objections (1). | 2.20 | 705 |
| Lii, Teresa | Bkcy | ASSOCIATE | 10/18/19 | Review proposed response to fee examiner (.9); office conference with C. Toto re same (.1). | 1.00 | 705 |
| Toto, Caitlin J. | Bkcy | ASSOCIATE | 10/18/19 | Review entries cited in fee examiner report (.8); office conference with T. Lii re: same (.1) continue to draft talking points re meeting with fee examiner (2) | 2.90 | 705 |
| Britton, Robert | Bkcy | PARTNER | 10/21/19 | Call with C. Toto and T. Lii to prepare for fee examiner meeting. | 0.50 | 705 |
| Lii, Teresa | Bkcy | ASSOCIATE | 10/21/19 | Review fee examiner response (.1); office conference with C. Toto and R. Britton re same (.5) | 1.00 | 705 |
| Toto, Caitlin J. | Bkcy | ASSOCIATE | 10/21/19 | Call with T. Lii, R. Britton re meeting with fee examiner (.5); update bullet points for meeting (.6) | 1.10 | 705 |

Client: 022429 Sears Holdings Corporation
  Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corp

alp_212: Matter Analysis Sheet    18-23538-shl    Doc 6101    Filed 11/26/19    Entered 11/26/19 16:10:25    Main Document
PAUL WEISS RIFKIND WHARTON GARRISON LLP
Pg 23 of 30

PAGE    10
LEAF    10

Run Date & Time: 11/20/19 10:05:59                           Worked thru: 10/31/19

Client: 022429 Sears Holdings Corporation                    Resp Prtnrs: PMB SMB LRC          Proforma: 7454734                    (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.    Bill Frq: M    Class: 1001    Status: B

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours | Code |
|---|---|---|---|---|---|---|
| Britton, Robert | Bkcy | PARTNER | 10/22/19 | Attend Fee Examiner meeting (1.3) prepare for same (.5) | 1.80 | 705 |
| Walsh, Patricia A. | Bkcy | ASSOCIATE | 10/22/19 | Meeting with C. Toto to transition fee application process (.3) meeting with T. Lii and C. Toto about next steps following meeting with fee examiner (.5) drafting responses to fee examiner issues (1.9) | 2.70 | 705 |
| Lii, Teresa | Bkcy | ASSOCIATE | 10/22/19 | Office conference with P. Harner, V. Marriott, R. Britton re interim fee application (1.3); prepare for same (.5); office conference with C. Toto and P. Walsh re same (.5). | 2.30 | 705 |
| Toto, Caitlin J. | Bkcy | ASSOCIATE | 10/22/19 | Implement further edits to fee examiner bullet points (.3); draft bullet points for Second Interim fee hearing (.5); review binder with relevant documents for the hearing (.2); meeting with P. Walsh re fee statements (.3); meeting with T. Lii and P. Walsh re meeting with the fee examiner (.5); begin to draft proposal re fee examiner report (1.4) | 3.00 | 705 |
| Britton, Robert | Bkcy | PARTNER | 10/23/19 | Attend fee hearing | 1.30 | 705 |
| Walsh, Patricia A. | Bkcy | ASSOCIATE | 10/23/19 | Draft response to fee examiners comments | 2.40 | 705 |
| Toto, Caitlin J. | Bkcy | ASSOCIATE | 10/23/19 | Review draft of PW fee statement and send to R. Britton (.3);correspond with billing re expenses (.2); continue to draft proposal to fee examiner, focusing on the various exhibits (1.5) | 2.00 | 705 |
| Monzione, Joseph | Bkcy | PARALEGAL | 10/23/19 | Review of invoices re: professional groups (1.2); draft memo re: same per request by Ms. Toto (0.8) | 2.00 | 705 |
| Kellner, Jennifer | Corp | PARALEGAL | 10/23/19 | Review of exhibit spreadsheet per C. Toto | 4.00 | 705 |
| Walsh, Patricia A. | Bkcy | ASSOCIATE | 10/24/19 | Finishing up responses to fee examiner | 0.90 | 705 |
| Kellner, Jennifer | Corp | PARALEGAL | 10/24/19 | Reviewed exhibit time entries per C. Toto | 2.80 | 705 |
| Monzione, Joseph | Bkcy | PARALEGAL | 10/24/19 | Revise memo containing analysis of professional group listings requested by Ms. Toto. | 1.50 | 705 |
| Walsh, Patricia A. | Bkcy | ASSOCIATE | 10/25/19 | Meeting with C. Toto about next steps re: fee examiner response | 0.30 | 705 |
| | | | 10/25/19 | Meeting with C. Toto, T. Lii about fee examiner response (.2) implementing edits discussed at conference (.4) | 0.60 | 705 |
| | | | 10/25/19 | Updating fee examiner response | 0.70 | 705 |
| Lii, Teresa | Bkcy | ASSOCIATE | 10/25/19 | Office conference with C. Toto, P. Walsh re fee examiner issues. | 0.20 | 705 |

Client: 022429 Sears Holdings Corporation
  Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corp

Client: 022429 Sears Holdings Corporation                         Resp Prtnrs: PMB SMB LRC                    Proforma:  7454734                        (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours | Code |
|---|---|---|---|---|---|---|
| Toto, Caitlin J. | Bkcy | ASSOCIATE | 10/25/19 | Meeting with T. Lii and P. Walsh re fee examiner proposal (.2); follow up and implemented edits into same (.7) office conference with P. Walsh re: questions about edits (.3) | 1.20 | 705 |
| Walsh, Patricia A. | Bkcy | ASSOCIATE | 10/26/19 | Editing fee examiner response | 2.60 | 705 |
|  |  |  | 10/28/19 | Meeting with C. Toto about fee examiner response | 0.20 | 705 |
| Toto, Caitlin J. | Bkcy | ASSOCIATE | 10/28/19 | Meeting with P. Walsh re fee examiner exhibits (.2); continue to review and revise same (.9) | 1.10 | 705 |
| Walsh, Patricia A. | Bkcy | ASSOCIATE | 10/29/19 | Meeting with C. Toto and T. Lii about fee examiner response | 0.40 | 705 |
|  |  |  | 10/29/19 | Updating fee examiner response | 0.50 | 705 |
| Lii, Teresa | Bkcy | ASSOCIATE | 10/29/19 | Review fee examiner response (1); office conference with C. Toto and P. Walsh re same (.4) | 1.40 | 705 |
| Toto, Caitlin J. | Bkcy | ASSOCIATE | 10/29/19 | Review fee examiner proposal (.2); meeting with T. Lii and P. Walsh re proposal (.4); implement edits re same (.9) | 1.50 | 705 |
| Kellner, Jennifer | Corp | PARALEGAL | 10/29/19 | Prepared binder per C. Toto | 2.00 | 705 |
| O'Donnchadha, Domhnal | TSS | PARALGL | 10/29/19 | Billing Graph -- Req: C.Toto | 3.30 | 705 |
| Toto, Caitlin J. | Bkcy | ASSOCIATE | 10/30/19 | Continue to implement edits into fee examiner proposal (.4); correspond with T. Lii, P. Walsh re fee statement (.4) | 0.80 | 705 |
| Walsh, Patricia A. | Bkcy | ASSOCIATE | 10/30/19 | Updating fee examiner response | 0.40 | 705 |
| Kellner, Jennifer | Corp | PARALEGAL | 10/30/19 | Revised fee examiner binder per C. Toto | 1.20 | 705 |
| Walsh, Patricia A. | Bkcy | ASSOCIATE | 10/31/19 | Updating fee examiner response (.6 ) | 0.60 | 705 |
| Lii, Teresa | Bkcy | ASSOCIATE | 10/31/19 | Review fee examiner response. | 0.40 | 705 |
| Toto, Caitlin J. | Bkcy | ASSOCIATE | 10/31/19 | Prepare PW fee statement for filing (.2); prepare excel sheet for fee examiner (.3); revise fee examiner proposal (.4) | 0.90 | 705 |
| Kellner, Jennifer | Corp | PARALEGAL | 10/31/19 | Filed/Distributed monthly fee statement | 0.50 | 705 |

                                                          Total                     63.90

Run Date & Time: 11/20/19 10:05:59                    Worked thru: 10/31/19

Client: 022429 Sears Holdings Corporation                Resp Prtnrs: PMB SMB LRC            Proforma:  7454734                    (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours | Code |
|---|---|---|---|---|---|---|
| Filler, Brooke | Bkcy | PARALEGAL | 10/01/19 | File A&M fee statement | 0.40 | 706 |
| | | | | Total | 0.40 | |

Client: 022429 Sears Holdings Corporation
  Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corp

alp_212: Matter Analysis Sheet 18-23538-shl   Doc 6101   PAUL WEISS RIFKIND WHARTON GARRISON LLP Filed 11/26/19   Entered 11/26/19 16:10:25   Main Document

Pg 26 of 30

PAGE   13
LEAF   13

Run Date & Time: 11/20/19 10:05:59                          Worked thru: 10/31/19

Client: 022429 Sears Holdings Corporation                    Resp Prtnrs: PMB SMB LRC          Proforma:  7454734                          (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours | Code |
|---|---|---|---|---|---|---|
| Cornish, Kelley A | Bkcy | PARTNER | 10/02/19 | E-mails with W. Transier and Paul, Weiss/Weil Gotshal team regarding preparation for confirmation hearing (.60); review Transier Declaration (.40) | 1.00 | 709 |
| Lii, Teresa | Bkcy | ASSOCIATE | 10/02/19 | Review revised plan. | 0.30 | 709 |
| Basta, Paul M. | Bkcy | PARTNER | 10/03/19 | Review confirmation issues | 0.50 | 709 |
| Britton, Robert | Bkcy | PARTNER | 10/07/19 | Correspondence with P. Basta and K. Cornish re confirmation hearing | 0.80 | 709 |
| | | | | Total | 2.60 | |

alp_212: Matter Analysis Sheet 18-23538-shl   Doc 6101   PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP   Filed 11/26/19   Entered 11/26/19 16:10:25   Main Document

Pg 27 of 30

PAGE    14
LEAF    14

Run Date & Time: 11/20/19 10:05:59                         Worked thru: 10/31/19

Client: 022429 Sears Holdings Corporation                     Resp Prtnrs: PMB SMB LRC           Proforma:  7454734                    (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours | Code |
|---|---|---|---|---|---|---|
| Hurwitz, Jonathan | Lit | COUNSEL | 10/07/19 | Correspond with R. Britton re confirmation. | 0.10 | 710 |
| Young, Spencer E. | Lit | ASSOCIATE | 10/07/19 | Email correspondence with D. Giller and Canadian counsel re: adversary proceeding | 0.10 | 710 |
| Hoyle, Emily M. | Lit | ASSOCIATE | 10/10/19 | Reviewed issues with transitioning discovery to Akin | 0.40 | 710 |
| Giller, David | Lit | ASSOCIATE | 10/10/19 | Provided Akin with document requests and responses and objections (.3) | 0.30 | 710 |
| Hurwitz, Jonathan | Lit | COUNSEL | 10/11/19 | Emails with D. Giller re information requests from Akin. | 0.20 | 710 |
|  |  |  | 10/14/19 | Calls with D. Giller re Akin information requests (.1). Attention to research re potential litigation (.2). | 0.30 | 710 |
| Giller, David | Lit | ASSOCIATE | 10/14/19 | Call w/ A&M and Akin about information request (.2); review materials following call (.2) call with J. Hurwitz re: same (.1) | 0.50 | 710 |
| Hurwitz, Jonathan | Lit | COUNSEL | 10/15/19 | Call with Akin and S. Avidan re legal research (.4) and prepare for same. (.2) | 0.60 | 710 |
| Avidan, Shane D. | Lit | ASSOCIATE | 10/15/19 | Call with Akin and J. Hurwitz re legal research (.4) and prepare for same. (.2) | 0.60 | 710 |
| Clayton, Lewis R | Lit | PARTNER | 10/16/19 | Emails with J. Hurwitz, D. Giller regarding document requests | 0.40 | 710 |
| Hurwitz, Jonathan | Lit | COUNSEL | 10/16/19 | Emails with L. Clayton, D. Giller, re Akin request for documents (.2) conference with J. Silberstein-Loeb re: same (.2) | 0.40 | 710 |
| Giller, David | Lit | ASSOCIATE | 10/16/19 | Reviewed confirmation order (.2); email correspondence w/ J. Hurwitz, L. Clayton (.4) | 0.60 | 710 |
| Silberstein-Loeb, Jon | Lit | ASSOCIATE | 10/16/19 | Conference with J. Hurwitz to discuss Akin requests (.2) review request (.5) | 0.70 | 710 |
| Hurwitz, Jonathan | Lit | COUNSEL | 10/17/19 | Read confirmation order and emails with L. Clayton and D. Giller re same (.4). Attention to Akin request for documents and email Weil re same (.2). | 0.60 | 710 |
| Hoyle, Emily M. | Lit | ASSOCIATE | 10/18/19 | Working on transitioning discovery to Akin | 0.10 | 710 |
| Hurwitz, Jonathan | Lit | COUNSEL | 10/21/19 | Callwith J. Silberstein-Loeb re Akin request for privileged documents (.2) email correspondences with same re same (.2) | 0.40 | 710 |
| Giller, David | Lit | ASSOCIATE | 10/21/19 | Email D. Chapman re response from A&M (.1); email Evercore re expert reports (.1); email Akin re expert reports (.1); discussion w/ D. Chapman re complaint (.1) | 0.40 | 710 |
| Silberstein-Loeb, Jon | Lit | ASSOCIATE | 10/21/19 | Call with J. Hurwitz to discuss Akin production request | 0.20 | 710 |
| Hurwitz, Jonathan | Lit | COUNSEL | 10/22/19 | Emails with J. Silberstein-Loeb re providing documents to Akin. | 0.20 | 710 |

Client: 022429 Sears Holdings Corporation
  Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corp

Run Date & Time: 11/20/19 10:05:59                              Worked thru: 10/31/19

Client: 022429 Sears Holdings Corporation                    Resp Prtnrs: PMB SMB LRC           Proforma:  7454734                          (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B


U N B I L L E D   T I M E   D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours | Code |
|---|---|---|---|---|---|---|
| Silberstein-Loeb, Jon | Lit | ASSOCIATE | 10/22/19 | Responding to document demands from Akin (1.2) email correspondence with J. Hurwitz re: same (.2) | 1.40 | 710 |
| Hurwitz, Jonathan | Lit | COUNSEL | 10/23/19 | Attention to Akin requests for documents and emails with team re same (.7) Conf with Silberstein-Loeb and Giller re same (.3). | 1.00 | 710 |
| Giller, David | Lit | ASSOCIATE | 10/23/19 | Call w/ Akin re documents (.5); discussion w/ J. Hurwitz, J. Silberstein-Loeb document production (.3); email w/ Evercore re expert reports (.1); email w/ Akin answers to questions surrounding complaint (.2); reviewed documents prior to call re document production (.2) | 1.30 | 710 |
| Silberstein-Loeb, Jon | Lit | ASSOCIATE | 10/23/19 | Responding to document requests from Akin (1.6) call with D. Giller and J. Hurwitz re: same (.3) | 1.90 | 710 |
| Mejia, Arianny | Lit | STAFF ATTY | 10/23/19 | Reviewed documents on relativity under special search folder for documents to be transferred (3.2), reviewed protocol and relevant sections that pertain to special search (.4) | 3.60 | 710 |
| Pavamani, Madhuri | Lit | STAFF ATTY | 10/23/19 | Run searches (2.7) oversee review of documents to be transferred (.5) | 3.20 | 710 |
| Hurwitz, Jonathan | Lit | COUNSEL | 10/24/19 | Reading emails from Giller, Silberstein-Loeb re production of documents to Akin. | 0.40 | 710 |
| Silberstein-Loeb, Jon | Lit | ASSOCIATE | 10/24/19 | Responding to requests from Akin for documents | 0.20 | 710 |
| Giller, David | Lit | ASSOCIATE | 10/24/19 | Drafted email to Akin re document transition | 0.40 | 710 |
| Silberstein-Loeb, Jon | Lit | ASSOCIATE | 10/25/19 | Corresponding with AlixPartners, A. Wilbur regarding requests from Akin for production of documents and work product | 0.70 | 710 |
| | | | 10/28/19 | Responding to document requests from Akin | 0.90 | 710 |
| Pavamani, Madhuri | Lit | STAFF ATTY | 10/28/19 | Run searches, gather documents, review re: Tisch production and documents requested. | 4.40 | 710 |

Total                26.50


Client: 022429 Sears Holdings Corporation
  Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corp

Client: 022429 Sears Holdings Corporation                    Resp Prtnrs: PMB SMB LRC          Proforma:  7454734                    (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours | Code |
|---|---|---|---|---|---|---|
| Cornish, Kelley A | Bkcy | PARTNER | 10/03/19 | Travel to and from White Plains Courthouse to attend Sears Confirmation Hearing | 1.60 | 712 |
| Lii, Teresa | Bkcy | ASSOCIATE | 10/07/19 | Travel to and from confirmation hearing in White Plains. | 2.00 | 712 |
| Britton, Robert | Bkcy | PARTNER | 10/23/19 | Travel to and from fee hearing | 2.00 | 712 |
| | | | | Total | 5.60 | |

Client: 022429 Sears Holdings Corporation
  Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corp

Client: 022429 Sears Holdings Corporation                    Resp Prtnrs: PMB SMB LRC          Proforma:  7454734                    (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours | Code |
|---|---|---|---|---|---|---|
| Britton, Robert | Bkcy | PARTNER | 10/03/19 | Telephonically attend confirmation hearing. | 3.10 | 713 |
| Cornish, Kelley A | Bkcy | PARTNER | 10/03/19 | Attend Sears confirmation hearing to support W. Transier testimony | 4.30 | 713 |
| Lii, Teresa | Bkcy | ASSOCIATE | 10/03/19 | Telephonically attend portion of confirmation hearing. | 1.50 | 713 |
| Cornish, Kelley A | Bkcy | PARTNER | 10/07/19 | Attend telephonic Confirmation Hearing | 3.20 | 713 |
| Lii, Teresa | Bkcy | ASSOCIATE | 10/07/19 | Attend confirmation hearing. | 4.50 | 713 |
| Toto, Caitlin J. | Bkcy | ASSOCIATE | 10/23/19 | Dial into Second Interim Fee Hearing (partial) | 0.40 | 713 |

|  |  |  |  | Total | 17.00 |  |
|  |  |  |  | Matter Total | 158.10 |  |