TOBIAS LAW FIRM, P.C.
600 Third Avenue, 15th Floor
New York, New York 10016
(212) 661-5460
David G. Tobias, Esq.
(dtobias@tobiaslawpc.com)

Attorneys for Superb International Co., Ltd.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

In re:                                                           Chapter 11

SEARS HOLDING CORPORATION, et al.,                              Case No. 18-23538 (RDD)

Debtor.                                                          (Jointly Administered)

------------------------------------------------------------- X

## CERTIFICATE OF SERVICE

    I, David G. Tobias, an attorney duly admitted to practice law in the State of New York, hereby certify that I caused a copy of the RESPONSE TO DEBTORS' TENTH OMNIBUS OBJECTION TO PROOFS OF CLAIM (RECLASSIFICATION AS GENERAL UNSECURED CLAIMS); DECLARATION OF DAVID G. TOBIAS IN SUPPORT OF SUPERB INTERNATIONAL CO., LTD'S (I) RESPONSE TO THE DEBTORS' CERTIFICATE OF NO OBJECTIONS, (II) OPPOSITION TO THE DEBTORS' TENTH OMNIBUS CLAIM OBJECTION AND THE OBJECTION TO CLAIM NOS. 10281, 10733 (to the extent of $211,353.19), 12087, 10292, 12944 and 13228, FILED BY SUPERB INTERNATIONAL CO., LTD. AS ADMINISTRATIVE CLAIMS UNDER §503(b)(9) OF THE BANKRUPTCY CODE, AND (III) REQUEST FOR LIMITED DISCOVERY; and, DECLARATION OF HOWARD YUAN IN SUPPORT OF SUPERB INTERNATIONAL CO., LTD'S (I) RESPONSE TO THE DEBTORS' CERTIFICATE OF NO OBJECTIONS, (II) OPPOSITION TO THE DEBTORS' TENTH OMNIBUS CLAIM OBJECTION AND THE OBJECTION TO CLAIM NOS. 10281, 10733 (to the extent of $211,353.19), 12087, 10292, 12944 and 13228, FILED BY SUPERB INTERNATIONAL CO., LTD. AS ADMINISTRATIVE CLAIMS UNDER §503(b)(9) OF THE BANKRUPTCY CODE, AND (III) REQUEST FOR LIMITED DISCOVERY to be served upon the parties below as follows on November 26, 2019:

    (i)    To all those parties who receive electronic notifications by operation of the Court's electronic notification system; and,

    (ii)    By overnight service on upon the parties listed below to:

Honorable Robert D. Drain
US Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Weil, Gotshal, & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Ray C. Schrock, Esq.,
Jacqueline Marcus, Esq., Garrett A. Fail,
Esq., and Sunny Singh, Esq.

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
Attn: Philip C. Dublin, Esq.,
Ira Dizengoff, Esq.,
and Sara Lynne Brauner, Esq.

TOBIAS LAW FIRM, P.C.

By:    s/ David G. Tobias
         David G. Tobias

Attorneys for Plaintiff
Superb International Co. Ltd.
600 Third Avenue
New York, New York 10016

(212) 661-5460