**Hearing Date: TBD**[1]
**Objection Deadline: TBD**

Nathan A. Haynes
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: HaynesN@gtlaw.com

*Counsel for Cyxtera Communications, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538(RDD) |
| Debtors. | : | (Jointly Administered) |

**MOTION OF CYXTERA COMMUNICATIONS, LLC FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM**

TO THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE:

Cyxtera Communications, LLC ("**Cyxtera**"), hereby moves (the "**Motion**") this Court for entry of an order, substantially in the form of the proposed order attached hereto, allowing its administrative expense claim under 11 U.S.C. §503(b)(1). In support of this Motion, Cyxtera states:

[1] In light of the Court's adjournment of all motions for allowance or payment of administrative expense claims, Cyxtera has not requested a hearing date for its motion. S*ee* Confirmation Order (defined below), ⁋ 51. In the event that Cyxtera's administrative expense claim cannot be consensually resolved, Cyxtera will request a hearing date, after conferring with counsel to the Debtors about scheduling, and will file a notice stating the hearing date and response deadline.

## JURISDICTION AND VENUE

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334 and Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

2. On October 15, 2018 (the "**Petition Date**"), Sears Holdings Corporation and several of its affiliates, including Sears Holdings Management Corporation, filed voluntary petitions under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of New York.

3. After the Petition Date, Cyxtera provided data center and other related services to one or more of the Debtors. Cyxtera submitted post-petition invoices to one or more of the Debtors for such post-petition services.

4. On October 15, 2019 (the "**Confirmation Date**"), the Court entered the *Order (I) Confirming Modified Second Amended Joint Chapter 11 Plan of Sears Holding Corporation and Its Affiliated Debtors and (II) Granting Related Relief* [ECF No. 5370] (the "**Confirmation Order**").

5. In accordance with the Confirmation Order, motions for allowance and payment of administrative expense claims filed after entry of the Confirmation Order "shall be treated as a proof of an Administrative Expense Claim." Confirmation Order, ⁋ 51.

6. As of the Confirmation Date, one post-petition invoice submitted to the Debtors for payment in the total amount of $236,485.61 remains outstanding and has not been paid (the "**Post-Petition Balance**").[2] The Post-Petition Balance has not been disputed by the Debtors.

[2] A true and correct copy of the applicable invoice is attached hereto as **Exhibit A** and is incorporated herein by reference.

7. In addition, Cyxtera has continued (and continues) to provide post-petition services to the Debtors and/or Transform Holdco LLC (the "**Purchaser**"), as purchaser of substantially all of the Debtors' assets. While Cyxtera has been informed that the Purchaser (and not the Debtors) is responsible for payment to Cyxtera for services provided post-closing and for which payment remains outstanding, Cyxtera reserves the right to seek payment from the Debtors, as an administrative expense, to the extent Cyxtera determines that amounts outstanding and that come due are, in fact, owed by the Debtors (and not the Purchaser).

**RELIEF REQUESTED AND BASIS THEREFOR**

8. Cyxtera respectfully requests that the Court enter an order allowing the payment of the Post-Petition Balance as an administrative expense.

9. 11 U.S.C § 503 permits the allowance of claims with administrative expense priority, and provides that "[a]n entity may timely file a request for payment of an administrative expense[.]" 11 U.S.C. § 503(a).

10. More specifically, 11 U.S.C. § 503(b) sets forth the requirements that must be met before a claim will receive priority over other claims. Section 503(b) provides that an administrative expense claim must be: (a) an actual, necessary cost and expense of preserving the estate; which was (b) rendered after the commencement of the bankruptcy.

11. Cyxtera provided the Debtors with essential data center services that enabled the Debtors to operate their businesses post-petition. The costs and expenses of the services that Cyxtera provided to the Debtors constituted actual and necessary costs of preserving the Debtors' estates. Cyxtera is, therefore, entitled to an administrative expense claim in the amount of the Post-Petition Balance.

**NO PRIOR REQUEST**

12. No prior request for the relief sought in this Motion has been made to this or to any other court.

**NOTICE**

13. Notice of this Motion will be served on the Debtors and the "Master Service List" as those terms are defined in the Amended Order Implementing Certain Notice and Case Management Procedures [ECF. No. 405], and in the manner provided therein. Cyxtera submits that no other or further notice need be provided.

**RESERVATION OF RIGHTS**

14. Cyxtera reserves the right to supplement or amend this Motion to include, as part of its administrative expense claim, additional amounts that are outstanding or that come due and owing for post-petition services provided to the Debtors. Cyxtera further reserves the right to make additional arguments at any hearing held on the Motion.

[*Signature Page Follows*]

**CONCLUSION**

WHEREFORE, Cyxtera Communications, LLC, respectfully requests that the Court enter an order (i) allowing an administrative expense claim against the Debtors in the amount of $236,485.61; (ii) directing the Debtors to make payment to of such allowed administrative expense claim; (iii) reserving all of Cyxtera's rights to file supplemental or additional administrative expense requests for additional amounts outstanding or that come due; and (iv) granting such other and further relief as this Court finds just and proper.

Dated: New York, New York
November 27, 2019

GREENBERG TRAURIG, LLP

*/s/ Nathan A. Haynes*

Nathan A. Haynes
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: HaynesN@gtlaw.com



15601 Dallas Parkway, Ste 1000
Dallas, TX 75001

Address Service Requested

**Remittance**

| | |
|---|---|
| Account Number: | [redacted] |
| Invoice Number: | B1-2029868 |
| Invoice Date: | 1/1/2019 |
| **Previous Balance:** | **1,370,291.55** |
| Payments and Adjustments: | -96,983.35 |
| **Current Charges:** | **236,485.61** |
| **Total Due:** | **1,509,793.81** |
| | *Amounts in USD* |
| Terms: | Net 75 days |
| Payment Due Date: | 3/17/2019 |
| Amount Enclosed | |

***Make checks payable to:***

SEARS HOLDINGS MANAGEMENT CORPORATION
SHERRI HAHNDORF
G3-140B
3333 BEVERLY RD.
HOFFMAN ESTATES IL 60179-0002

Cyxtera Communications, LLC
13322 Collection Center Drive
Chicago, IL 60693-0133

*Please return above portion with your payment in the provided envelope.*



15601 Dallas Parkway, Ste 1000
Dallas, TX 75001

Account Number: [redacted]
Sears Holdings Management Corporation
Federal Tax ID: 43-1727675

**Current Invoice Summary - Invoice Number B1-2029868** **1/1/2019**

*Amounts in USD*

| Description | Charges | TAF* | Taxes | Total |
|---|---|---|---|---|
| Recurring Charges | 193,464.20 | 0.00 | 0.00 | 193,464.20 |
| Usage Charges | 43,021.41 | 0.00 | 0.00 | 43,021.41 |
| **Total Current Charges** | **236,485.61** | **0.00** | **0.00** | **236,485.61** |

** Telecom Administrative Fee (TAF)*

**Account Open Items**

| Invoice Date | Invoice Number | Invoice Amount | Payments & Adjustments | Balance Due |
|---|---|---|---|---|
| 12/1/2018 | B1-2025571 | 234,050.61 | 0.00 | 234,050.61 |
| 11/1/2018 | B1-2020598 | 230,752.89 | 0.00 | 230,752.89 |
| 10/1/2018 | B1-2016555 | 238,101.18 | 0.00 | 238,101.18 |
| 9/1/2018 | B1-2011618 | 232,884.65 | 0.00 | 232,884.65 |

PDF and MS Excel versions of your invoice are available for download at support.cyxtera.com.

**Need Assistance?**

**Billing Inquiries**
ARBilling@cyxtera.com
US: (855) 699-8372 option 3

**Technical Assistance**
CustomerCare@cyxtera.com
US: (800) 884-3082 option 1

**Please Remit Payment To:**

**ACH Information**
Bank of America
Richmond, VA
ABA#051000017
Swift Code:BOFAUS3N
Account# 004134369862

**Wiring Information**
Bank of America
Richmond, VA
ABA#026009593
Swift Code:BOFAUS3N
Account# 004134369862

**Mailing Information**
Cyxtera Communications, LLC
13322 Collection Center Drive
Chicago, IL 60693-0133

**Looking for a quick and easy way to see your monthly invoice(s)?** Please access our new portal at: support.cyxtera.com. To reference the user guide for the Cyxtera Portal, please visit: https://www.cyxtera.com/technology/service-guides/download/Customer-Guide-Handbook.pdf

**EXHIBIT A**



FS9HWJPC

This page intentionally blank



Invoice Date: 1/1/2019
Account Number: [redacted]
Invoice Number: B1-2029868

## Account Open Items

| Invoice Date | Invoice Number | Invoice Amount | Payments & Adjustments | Balance Due |
|---|---|---|---|---|
| 8/1/2018 | B1-2008709 | 234,719.96 | 0.00 | 234,719.96 |
| 6/1/2018 | B1-1631383 | 239,809.25 | 217,138.42 | 22,670.83 |
| 5/1/2018 | B1-1615347 | 235,807.08 | 215,515.20 | 20,291.88 |
| 4/1/2018 | B1-1589583 | 229,213.67 | 216,280.98 | 12,932.69 |
| 2/1/2018 | B1-1548460 | 244,946.82 | 198,043.31 | 46,903.51 |
| **Total Open Items:** | | **2,120,286.11** | **846,977.91** | **1,273,308.20** |

## Payments and Adjustments

| Date | Description | Amount |
|---|---|---|
| 12/21/2018 | Wire Transfer | -96,983.35 |
| **Total Payments and Adjustments** | | **-96,983.35** |

Cyxtera



Invoice Date: 1/1/2019
Account Number:
Invoice Number: B1-2029868

## No Summarization

### Recurring Charges

| Line | Service | Service Period | Qty | Price | Amount | TAF Charges | Subtotal | Taxes | Total |
|---|---|---|---|---|---|---|---|---|---|
| **1** | **Custom Colocation** | **1/1/2019 to 1/31/2019** | **1** | **855.00** | **855.00** | **0.00** | **855.00** | **0.00** | **855.00** |

Client Information: ORD1200055
Quote Number: 445450

A Site: ORD2-A
A Site Name: ORD2
A Site Address: 2425 Busse Road
Elk Grove Village, IL 60007-5737

Service Id: AIP 297097
Data Center: ZZCH3
Service CC: Office Space

| Line | Service | Service Period | Qty | Price | Amount | TAF Charges | Subtotal | Taxes | Total |
|---|---|---|---|---|---|---|---|---|---|
| **2** | **Gold Support** | **1/1/2019 to 1/31/2019** | **10** | **135.00** | **1,350.00** | **0.00** | **1,350.00** | **0.00** | **1,350.00** |

Client Information: ORD1200055
Quote Number: 445450

A Site: ORD2-A
A Site Name: ORD2
A Site Address: 2425 Busse Road
Elk Grove Village, IL 60007-5737

Service Id: AIP 297098

| Line | Service | Service Period | Qty | Price | Amount | TAF Charges | Subtotal | Taxes | Total |
|---|---|---|---|---|---|---|---|---|---|
| **3** | **Customer Access Extension** | **1/1/2019 to 1/31/2019** | **1** | **212.50** | **212.50** | **0.00** | **212.50** | **0.00** | **212.50** |

Client Information: ORD1200055
Quote Number: 445450

A Site: ORD2-A
A Site Name: ORD2
A Site Address: 2425 Busse Road
Elk Grove Village, IL 60007-5737

Service Id: AIP 299188
CPE Rackspace (RUs) Qty: 0
CPE Rackspace (RUs): No
Cable Type: Fiber
Data Center - CMS: ZZCH3
Extension Type: Telco without Private Entrance

| Line | Service | Service Period | Qty | Price | Amount | TAF Charges | Subtotal | Taxes | Total |
|---|---|---|---|---|---|---|---|---|---|
| **4** | **Customer Access Extension** | **1/1/2019 to 1/31/2019** | **1** | **212.50** | **212.50** | **0.00** | **212.50** | **0.00** | **212.50** |

Client Information: ORD1200055
Quote Number: 445450

A Site: ORD2-A
A Site Name: ORD2
A Site Address: 2425 Busse Road
Elk Grove Village, IL 60007-5737

Service Id: AIP 300195
CPE Rackspace (RUs) Qty: 0
CPE Rackspace (RUs): No
Cable Type: Multimode Fiber
Data Center - CMS: ZZCH3
Extension Type: Intra-Datacenter

| Line | Service | Service Period | Qty | Price | Amount | TAF Charges | Subtotal | Taxes | Total |
|---|---|---|---|---|---|---|---|---|---|
| **5** | **Customer Access Extension** | **1/1/2019 to 1/31/2019** | **1** | **500.00** | **500.00** | **0.00** | **500.00** | **0.00** | **500.00** |

Client Information: ORD1200064
Quote Number: 445124

A Site: ORD1-B
A Site Name: ORD1
A Site Address: 350 E Cermak, FL 4, STE 410,
Chicago, IL 60616

Service Id: AIP 313740
CPE Rackspace (RUs) Qty: 0
CPE Rackspace (RUs): No
Cable Type: Singlemode Fiber





Data Center - CMS: ZZCH4
Extension Type: Inter-Datacenter CH4-TELX

| Line | Service | Service Period | Qty | Price | Amount | TAF Charges | Subtotal | Taxes | Total |
|---|---|---|---|---|---|---|---|---|---|
| **6** | **Customer Access Extension** | **1/1/2019 to 1/31/2019** | **1** | **150.00** | **150.00** | **0.00** | **150.00** | **0.00** | **150.00** |

Client Information: ORD1200064
Quote Number: 445124

A Site: ORD1-B
A Site Name: ORD1
A Site Address: 350 E Cermak, FL 4, STE 410, Chicago, IL 60616

Service Id: AIP 313741
CPE Rackspace (RUs) Qty: 0
CPE Rackspace (RUs): No
Cable Type: Singlemode Fiber
Data Center - CMS: ZZCH4
Extension Type: Inter-Datacenter CH4-TELX

| Line | Service | Service Period | Qty | Price | Amount | TAF Charges | Subtotal | Taxes | Total |
|---|---|---|---|---|---|---|---|---|---|
| **7** | **Customer Access Extension** | **1/1/2019 to 1/31/2019** | **1** | **25.00** | **25.00** | **0.00** | **25.00** | **0.00** | **25.00** |

Client Information: ORD1200064
Quote Number: 445124

A Site: ORD1-B
A Site Name: ORD1
A Site Address: 350 E Cermak, FL 4, STE 410, Chicago, IL 60616

Service Id: AIP 315726
CPE Rackspace (RUs) Qty: 0
CPE Rackspace (RUs): No
Cable Type: POTS/ISDN/DSL
Data Center - CMS: ZZCH4
Extension Type: Telco without Private Entrance

| Line | Service | Service Period | Qty | Price | Amount | TAF Charges | Subtotal | Taxes | Total |
|---|---|---|---|---|---|---|---|---|---|
| **8** | **Customer Access Extension** | **1/1/2019 to 1/31/2019** | **1** | **500.00** | **500.00** | **0.00** | **500.00** | **0.00** | **500.00** |

Client Information: ORD1200064
Quote Number: 445124

A Site: ORD1-B
A Site Name: ORD1
A Site Address: 350 E Cermak, FL 4, STE 410, Chicago, IL 60616

Service Id: AIP 318334
CPE Rackspace (RUs) Qty: 0
CPE Rackspace (RUs): No
Cable Type: Singlemode Fiber
Data Center - CMS: ZZCH4
Extension Type: Inter-Datacenter CH4-TELX

| Line | Service | Service Period | Qty | Price | Amount | TAF Charges | Subtotal | Taxes | Total |
|---|---|---|---|---|---|---|---|---|---|
| **9** | **Customer Access Extension** | **1/1/2019 to 1/31/2019** | **1** | **150.00** | **150.00** | **0.00** | **150.00** | **0.00** | **150.00** |

Client Information: ORD1200064
Quote Number: 445124

A Site: ORD1-B
A Site Name: ORD1
A Site Address: 350 E Cermak, FL 4, STE 410, Chicago, IL 60616

Service Id: AIP 318335
CPE Rackspace (RUs) Qty: 0
CPE Rackspace (RUs): No
Cable Type: Singlemode Fiber
Data Center - CMS: ZZCH4
Extension Type: Inter-Datacenter CH4-TELX

| Line | Service | Service Period | Qty | Price | Amount | TAF Charges | Subtotal | Taxes | Total |
|---|---|---|---|---|---|---|---|---|---|
| **10** | **Customer Access Extension** | **1/1/2019 to 1/31/2019** | **1** | **425.00** | **425.00** | **0.00** | **425.00** | **0.00** | **425.00** |

Client Information: ORD1200064

A Site: ORD1-B

Service Id: AIP 336229

Cyxtera

Invoice Date: 1/1/2019
Account Number: [redacted]
Invoice Number: B1-2029868

Quote Number: 445124

A Site Name: ORD1
A Site Address: 350 E Cermak, FL 4, STE 410, Chicago, IL 60616

CPE Rackspace (RUs) Qty: 0
CPE Rackspace (RUs): No
Cable Type: Singlemode Fiber
Data Center - CMS: ZZCH4
Extension Type: Inter-Datacenter CH4-TELX

| Line | Service | Service Period | Qty | Price | Amount | TAF Charges | Subtotal | Taxes | Total |
|---|---|---|---|---|---|---|---|---|---|
| **11** | **Customer Access Extension** | **1/1/2019 to 1/31/2019** | **1** | **212.50** | **212.50** | **0.00** | **212.50** | **0.00** | **212.50** |

Client Information: ORD1200055
Quote Number: 445450

A Site: ORD2-A
A Site Name: ORD2
A Site Address: 2425 Busse Road, Elk Grove Village, IL 60007-5737

Service Id: AIP 337129
CPE Rackspace (RUs) Qty: 0
CPE Rackspace (RUs): No
Cable Type: Singlemode Fiber
Data Center - CMS: ZZCH3
Extension Type: Telco without Private Entrance

| Line | Service | Service Period | Qty | Price | Amount | TAF Charges | Subtotal | Taxes | Total |
|---|---|---|---|---|---|---|---|---|---|
| **12** | **Customer Access Extension** | **1/1/2019 to 1/31/2019** | **1** | **25.00** | **25.00** | **0.00** | **25.00** | **0.00** | **25.00** |

Client Information: ORD1200055
Quote Number: 445450

A Site: ORD2-A
A Site Name: ORD2
A Site Address: 2425 Busse Road, Elk Grove Village, IL 60007-5737

Service Id: AIP 338841
CPE Rackspace (RUs) Qty: 0
CPE Rackspace (RUs): No
Cable Type: POTS/ISDN/DSL
Data Center - CMS: ZZCH3
Extension Type: Telco without Private Entrance

| Line | Service | Service Period | Qty | Price | Amount | TAF Charges | Subtotal | Taxes | Total |
|---|---|---|---|---|---|---|---|---|---|
| **13** | **Colocation Metered Power** | **1/1/2019 to 1/31/2019** | **1** | **60,800.00** | **60,800.00** | **0.00** | **60,800.00** | **0.00** | **60,800.00** |

Client Information:
Quote Number: 647901

A Site: ORD1-B
A Site Name: ORD1
A Site Address: 350 E Cermak, FL 4, STE 410, Chicago, IL 60616

Service Id: AIP 676614

| Line | Service | Service Period | Qty | Price | Amount | TAF Charges | Subtotal | Taxes | Total |
|---|---|---|---|---|---|---|---|---|---|
| **14** | **Colocation Physical Security** | **1/1/2019 to 1/31/2019** | **1** | **210.40** | **210.40** | **0.00** | **210.40** | **0.00** | **210.40** |

Client Information:
Quote Number: 647901

A Site: ORD1-B
A Site Name: ORD1
A Site Address: 350 E Cermak, FL 4, STE 410, Chicago, IL 60616

Service Id: AIP 676615
Parent Service Id: AIP 676614
Parent Service Name: Colocation Metered Power
Contacts: 1
Data Center: ZZCH4
Door Type: Sliding
Reader Type: Read In Only
Reporting: Yes





Invoice Date: 1/1/2019
Account Number: [redacted]
Invoice Number: B1-2029868

| Line | Service | Service Period | Qty | Price | Amount | TAF Charges | Subtotal | Taxes | Total |
|---|---|---|---|---|---|---|---|---|---|
| **15** | **Colocation Power Distribution** | **1/1/2019 to 1/31/2019** | **1** | **59.33** | **59.33** | **0.00** | **59.33** | **0.00** | **59.33** |

Client Information:

A Site: ORD1-B
A Site Name: ORD1
A Site Address: 350 E Cermak, FL 4, STE 410, Chicago, IL 60616

Service Id: AIP 676616
Parent Service Id: AIP 676614
Parent Service Name: Colocation Metered Power
Data Center: ZZCH4
Power Circuit CP: 20A/120V-Single Phase-L5
Power Configuration: Primary
Quantity: 1

| Line | Service | Service Period | Qty | Price | Amount | TAF Charges | Subtotal | Taxes | Total |
|---|---|---|---|---|---|---|---|---|---|
| **16** | **Colocation Power Distribution** | **1/1/2019 to 1/31/2019** | **1** | **206.00** | **206.00** | **0.00** | **206.00** | **0.00** | **206.00** |

Client Information:

A Site: ORD1-B
A Site Name: ORD1
A Site Address: 350 E Cermak, FL 4, STE 410, Chicago, IL 60616

Service Id: AIP 676617
Parent Service Id: AIP 676614
Parent Service Name: Colocation Metered Power
Data Center: ZZCH4
Power Circuit CP: 20A/208V-Single Phase-L6
Power Configuration: Primary/Redundant Pair
Quantity: 2

| Line | Service | Service Period | Qty | Price | Amount | TAF Charges | Subtotal | Taxes | Total |
|---|---|---|---|---|---|---|---|---|---|
| **17** | **Colocation Power Distribution** | **1/1/2019 to 1/31/2019** | **1** | **4,468.55** | **4,468.55** | **0.00** | **4,468.55** | **0.00** | **4,468.55** |

Client Information:

A Site: ORD1-B
A Site Name: ORD1
A Site Address: 350 E Cermak, FL 4, STE 410, Chicago, IL 60616

Service Id: AIP 676618
Parent Service Id: AIP 676614
Parent Service Name: Colocation Metered Power
Data Center: ZZCH4
Power Circuit CP: 30A/208V-Single Phase-L6
Power Configuration: Primary/Redundant Pair
Quantity: 29

| Line | Service | Service Period | Qty | Price | Amount | TAF Charges | Subtotal | Taxes | Total |
|---|---|---|---|---|---|---|---|---|---|
| **18** | **Colocation Power Distribution** | **1/1/2019 to 1/31/2019** | **1** | **1,232.70** | **1,232.70** | **0.00** | **1,232.70** | **0.00** | **1,232.70** |

Client Information:

A Site: ORD1-B
A Site Name: ORD1
A Site Address: 350 E Cermak, FL 4, STE 410, Chicago, IL 60616

Service Id: AIP 676619
Parent Service Id: AIP 676614
Parent Service Name: Colocation Metered Power
Data Center: ZZCH4
Power Circuit CP: 30A/208V-Single Phase-L6
Power Configuration: Primary/Redundant Pair
Quantity: 8

| Line | Service | Service Period | Qty | Price | Amount | TAF Charges | Subtotal | Taxes | Total |
|---|---|---|---|---|---|---|---|---|---|
| **19** | **Colocation Power Distribution** | **1/1/2019 to 1/31/2019** | **1** | **320.95** | **320.95** | **0.00** | **320.95** | **0.00** | **320.95** |



Invoice Date: 1/1/2019
Account Number: [redacted]
Invoice Number: B1-2029868

Client Information:

A Site: ORD1-B
A Site Name: ORD1
A Site Address: 350 E Cermak, FL 4, STE 410, Chicago, IL 60616

Service Id: AIP 676620
Parent Service Id: AIP 676614
Parent Service Name: Colocation Metered Power
Data Center: ZZCH4
Power Circuit CP: 30A/250V-3 Phase-L15
Power Configuration: Primary/Redundant Pair
Quantity: 1

| Line | Service | Service Period | Qty | Price | Amount | TAF Charges | Subtotal | Taxes | Total |
|---|---|---|---|---|---|---|---|---|---|
| **20** | **Colocation Power Distribution** | **1/1/2019 to 1/31/2019** | **1** | **2,332.80** | **2,332.80** | **0.00** | **2,332.80** | **0.00** | **2,332.80** |

Client Information:
Quote Number: 647901

A Site: ORD1-B
A Site Name: ORD1
A Site Address: 350 E Cermak, FL 4, STE 410, Chicago, IL 60616

Service Id: AIP 676621
Parent Service Id: AIP 676614
Parent Service Name: Colocation Metered Power
Data Center: ZZCH4
Power Circuit CP: 30A/208V-3 Phase-L21
Power Configuration: Primary/Redundant Pair
Quantity: 9

| Line | Service | Service Period | Qty | Price | Amount | TAF Charges | Subtotal | Taxes | Total |
|---|---|---|---|---|---|---|---|---|---|
| **21** | **Colocation Power Distribution** | **1/1/2019 to 1/31/2019** | **1** | **2,134.16** | **2,134.16** | **0.00** | **2,134.16** | **0.00** | **2,134.16** |

Client Information:

A Site: ORD1-B
A Site Name: ORD1
A Site Address: 350 E Cermak, FL 4, STE 410, Chicago, IL 60616

Service Id: AIP 676622
Parent Service Id: AIP 676614
Parent Service Name: Colocation Metered Power
Data Center: ZZCH4
Power Circuit CP: 60A/208V-3 Phase-Pin and Sleeve
Power Configuration: Primary/Redundant Pair
Quantity: 4

| Line | Service | Service Period | Qty | Price | Amount | TAF Charges | Subtotal | Taxes | Total |
|---|---|---|---|---|---|---|---|---|---|
| **22** | **Colocation Power Distribution** | **1/1/2019 to 1/31/2019** | **1** | **7,119.36** | **7,119.36** | **0.00** | **7,119.36** | **0.00** | **7,119.36** |

Client Information:

A Site: ORD1-B
A Site Name: ORD1
A Site Address: 350 E Cermak, FL 4, STE 410, Chicago, IL 60616

Service Id: AIP 676623
Parent Service Id: AIP 676614
Parent Service Name: Colocation Metered Power
Data Center: ZZCH4
Power Circuit CP: 50A/208V-3 Phase-L15
Power Configuration: Primary/Redundant Pair
Quantity: 16

| Line | Service | Service Period | Qty | Price | Amount | TAF Charges | Subtotal | Taxes | Total |
|---|---|---|---|---|---|---|---|---|---|
| **23** | **Colocation Metered Power** | **1/1/2019 to 1/31/2019** | **1** | **82,500.00** | **82,500.00** | **0.00** | **82,500.00** | **0.00** | **82,500.00** |

Client Information:
Quote Number: 647901

A Site: ORD2-A
A Site Name: ORD2
A Site Address: 2425 Busse Road

Service Id: AIP 677807



Invoice Date: 1/1/2019
Account Number: [redacted]
Invoice Number: B1-2029868

Elk Grove Village, IL 60007-5737

| Line | Service | Service Period | Qty | Price | Amount | TAF Charges | Subtotal | Taxes | Total |
|---|---|---|---|---|---|---|---|---|---|
| **24** | **Colocation Physical Security** | **1/1/2019 to 1/31/2019** | **1** | **210.40** | **210.40** | **0.00** | **210.40** | **0.00** | **210.40** |

Client Information:
Quote Number: 647901

A Site: ORD2-A
A Site Name: ORD2
A Site Address: 2425 Busse Road
Elk Grove Village, IL 60007-5737

Service Id: AIP 677808
Parent Service Id: AIP 677807
Parent Service Name: Colocation Metered Power
Contacts: 1
Data Center: ZZCH3
Door Type: Sliding
Reader Type: Read In Only
Reporting: Yes

| Line | Service | Service Period | Qty | Price | Amount | TAF Charges | Subtotal | Taxes | Total |
|---|---|---|---|---|---|---|---|---|---|
| **25** | **Colocation Power Distribution** | **1/1/2019 to 1/31/2019** | **1** | **1,000.00** | **1,000.00** | **0.00** | **1,000.00** | **0.00** | **1,000.00** |

Client Information:
Quote Number: 647901

A Site: ORD2-A
A Site Name: ORD2
A Site Address: 2425 Busse Road
Elk Grove Village, IL 60007-5737

Service Id: AIP 677809
Parent Service Id: AIP 677807
Parent Service Name: Colocation Metered Power
Data Center: ZZCH3
Power Circuit CP: 20A/208V-Single Phase-L6
Power Configuration: Primary/Redundant Pair
Quantity: 10

| Line | Service | Service Period | Qty | Price | Amount | TAF Charges | Subtotal | Taxes | Total |
|---|---|---|---|---|---|---|---|---|---|
| **26** | **Colocation Power Distribution** | **1/1/2019 to 1/31/2019** | **1** | **59.33** | **59.33** | **0.00** | **59.33** | **0.00** | **59.33** |

Client Information:

A Site: ORD2-A
A Site Name: ORD2
A Site Address: 2425 Busse Road
Elk Grove Village, IL 60007-5737

Service Id: AIP 677810
Parent Service Id: AIP 677807
Parent Service Name: Colocation Metered Power
Data Center: ZZCH3
Power Circuit CP: 20A/120V-Single Phase-L5
Power Configuration: Primary
Quantity: 1

| Line | Service | Service Period | Qty | Price | Amount | TAF Charges | Subtotal | Taxes | Total |
|---|---|---|---|---|---|---|---|---|---|
| **27** | **Colocation Power Distribution** | **1/1/2019 to 1/31/2019** | **1** | **118.66** | **118.66** | **0.00** | **118.66** | **0.00** | **118.66** |

Client Information:

A Site: ORD2-A
A Site Name: ORD2
A Site Address: 2425 Busse Road
Elk Grove Village, IL 60007-5737

Service Id: AIP 677811
Parent Service Id: AIP 677807
Parent Service Name: Colocation Metered Power
Data Center: ZZCH3
Power Circuit CP: 20A/120V-Single Phase-L5
Power Configuration: Primary/Redundant Pair
Quantity: 2



Invoice Date: 1/1/2019
Account Number: [redacted]
Invoice Number: B1-2029868

| Line | Service | Service Period | Qty | Price | Amount | TAF Charges | Subtotal | Taxes | Total |
|---|---|---|---|---|---|---|---|---|---|
| **28** | **Colocation Power Distribution** | **1/1/2019 to 1/31/2019** | **1** | **4,930.82** | **4,930.82** | **0.00** | **4,930.82** | **0.00** | **4,930.82** |

Client Information:

A Site: ORD2-A
A Site Name: ORD2
A Site Address: 2425 Busse Road
Elk Grove Village, IL 60007-5737

Service Id: AIP 677812
Parent Service Id: AIP 677807
Parent Service Name: Colocation Metered Power
Data Center: ZZCH3
Power Circuit CP: 30A/208V-Single Phase-L6
Power Configuration: Primary/Redundant Pair
Quantity: 32

| Line | Service | Service Period | Qty | Price | Amount | TAF Charges | Subtotal | Taxes | Total |
|---|---|---|---|---|---|---|---|---|---|
| **29** | **Colocation Power Distribution** | **1/1/2019 to 1/31/2019** | **1** | **962.84** | **962.84** | **0.00** | **962.84** | **0.00** | **962.84** |

Client Information:

A Site: ORD2-A
A Site Name: ORD2
A Site Address: 2425 Busse Road
Elk Grove Village, IL 60007-5737

Service Id: AIP 677813
Parent Service Id: AIP 677807
Parent Service Name: Colocation Metered Power
Data Center: ZZCH3
Power Circuit CP: 30A/250V-3 Phase-L15
Power Configuration: Primary/Redundant Pair
Quantity: 3

| Line | Service | Service Period | Qty | Price | Amount | TAF Charges | Subtotal | Taxes | Total |
|---|---|---|---|---|---|---|---|---|---|
| **30** | **Colocation Power Distribution** | **1/1/2019 to 1/31/2019** | **1** | **5,606.50** | **5,606.50** | **0.00** | **5,606.50** | **0.00** | **5,606.50** |

Client Information:

A Site: ORD2-A
A Site Name: ORD2
A Site Address: 2425 Busse Road
Elk Grove Village, IL 60007-5737

Service Id: AIP 677814
Parent Service Id: AIP 677807
Parent Service Name: Colocation Metered Power
Data Center: ZZCH3
Power Circuit CP: 30A/208V-3 Phase-L21
Power Configuration: Primary/Redundant Pair
Quantity: 21

| Line | Service | Service Period | Qty | Price | Amount | TAF Charges | Subtotal | Taxes | Total |
|---|---|---|---|---|---|---|---|---|---|
| **31** | **Colocation Power Distribution** | **1/1/2019 to 1/31/2019** | **1** | **9,789.12** | **9,789.12** | **0.00** | **9,789.12** | **0.00** | **9,789.12** |

Client Information:

A Site: ORD2-A
A Site Name: ORD2
A Site Address: 2425 Busse Road
Elk Grove Village, IL 60007-5737

Service Id: AIP 677815
Parent Service Id: AIP 677807
Parent Service Name: Colocation Metered Power
Data Center: ZZCH3
Power Circuit CP: 50A/208V-3 Phase-Pin and Sleeve
Power Configuration: Primary/Redundant Pair
Quantity: 22

| Line | Service | Service Period | Qty | Price | Amount | TAF Charges | Subtotal | Taxes | Total |
|---|---|---|---|---|---|---|---|---|---|
| **32** | **Colocation Power Distribution** | **1/1/2019 to 1/31/2019** | **1** | **3,734.78** | **3,734.78** | **0.00** | **3,734.78** | **0.00** | **3,734.78** |



Invoice Date: 1/1/2019
Account Number: [redacted]
Invoice Number: B1-2029868

Client Information:

A Site: ORD2-A
A Site Name: ORD2
A Site Address: 2425 Busse Road
Elk Grove Village, IL 60007-5737

Service Id: AIP 677816
Parent Service Id: AIP 677807
Parent Service Name: Colocation Metered Power
Data Center: ZZCH3
Power Circuit CP: 60A/208V-3 Phase-Pin and Sleeve
Power Configuration: Primary/Redundant Pair
Quantity: 7

| Line | Service | Service Period | Qty | Price | Amount | TAF Charges | Subtotal | Taxes | Total |
|---|---|---|---|---|---|---|---|---|---|
| **33** | **Customer Access Extension** | **1/1/2019 to 1/31/2019** | **1** | **550.00** | **550.00** | **0.00** | **550.00** | **0.00** | **550.00** |

Client Information:
Quote Number: 804192

A Site: ORD1-B
A Site Name: ORD1
A Site Address: 350 E Cermak, FL 4, STE 410,
Chicago, IL 60616

Service Id: AIP 774171
CPE Rackspace (RUs) Qty: 0
CPE Rackspace (RUs): No
Cable Type: Singlemode Fiber
Data Center - CMS: ZZCH4
Extension Type: Inter-Datacenter CH4 (8th)-Equinix 5th + Equinix CC

| Line | Service | Service Period | Qty | Price | Amount | TAF Charges | Subtotal | Taxes | Total |
|---|---|---|---|---|---|---|---|---|---|
| **34** | **Customer Access Extension** | **1/1/2019 to 1/31/2019** | **1** | **250.00** | **250.00** | **0.00** | **250.00** | **0.00** | **250.00** |

Client Information:
Quote Number: SO-Portal shopping cart

A Site: ORD2-A
A Site Name: ORD2
A Site Address: 2425 Busse Road
Elk Grove Village, IL 60007-5737

Service Id: AIP 791258
CPE Rackspace (RUs) Qty: 0
CPE Rackspace (RUs): No
Cable Type: Singlemode Fiber
Data Center - CMS: ZZCH3
Extension Type: Telco without Private Entrance

| Line | Service | Service Period | Qty | Price | Amount | TAF Charges | Subtotal | Taxes | Total |
|---|---|---|---|---|---|---|---|---|---|
| **35** | **Customer Access Extension** | **1/1/2019 to 1/31/2019** | **1** | **250.00** | **250.00** | **0.00** | **250.00** | **0.00** | **250.00** |

Client Information:
Quote Number: SO-Portal shopping cart

A Site: ORD2-A
A Site Name: ORD2
A Site Address: 2425 Busse Road
Elk Grove Village, IL 60007-5737

Service Id: AIP 798836

| | Amount | TAF Charges | Subtotal | Taxes | Total |
|---|---|---|---|---|---|
| **Recurring Charges Subtotal** | **193,464.20** | **0.00** | **193,464.20** | **0.00** | **193,464.20** |

## Usage Charges

| Line | Service | Service Period | Qty | Price | Amount | TAF Charges | Subtotal | Taxes | Total |
|---|---|---|---|---|---|---|---|---|---|
| **36** | **Colocation Metered Power** | **11/1/2018 to 11/30/2018** | **153,684.00** | **0.12** | **18,273.03** | **0.00** | **18,273.03** | **0.00** | **18,273.03** |

Client Information:
Quote Number: 647901

A Site: ORD1-B
A Site Name: ORD1
A Site Address: 350 E Cermak, FL 4, STE 410,

Service Id: AIP 676614



Invoice Date: 1/1/2019
Account Number: [redacted]
Invoice Number: B1-2029868

Chicago, IL 60616

| Line | Service | Service Period | Qty | Price | Amount | TAF Charges | Subtotal | Taxes | Total |
|---|---|---|---|---|---|---|---|---|---|
| **37** | **Colocation Metered Power** | **11/1/2018 to 12/3/2018** | **202,358.00** | **0.12** | **24,748.38** | **0.00** | **24,748.38** | **0.00** | **24,748.38** |
| | Client Information:<br>Quote Number: 647901 | A Site: ORD2-A<br>A Site Name: ORD2<br>A Site Address: 2425 Busse Road<br>Elk Grove Village, IL 60007-5737 | | | | Service Id: AIP 677807 | | | |
| | | **Usage Charges Subtotal** | | | **43,021.41** | **0.00** | **43,021.41** | **0.00** | **43,021.41** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538(RDD) |
| Debtors. | : | (Jointly Administered) |

**ORDER GRANTING MOTION OF CYXTERA COMMUNICATIONS, LLC**
**FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM**

Upon consideration of the motion (the "**Motion**")[1] of Cyxtera Communications, LLC ("**Cyxtera**"), for allowance and payment of its administrative expense claim; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the Southern District of New York*, dated February 1, 2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and the Court having considered all of the proceedings had before the Court; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; IT IS HEREBY

ORDERED that the Motion is granted as set forth herein; and it is further

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

ORDERED that Cyxtera is allowed an administrative expense claim pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)(A) in the amount of $236,485.61 (the "**Allowed Administrative Claim**"); and it is further

ORDERED that the allowance of the Allowed Administrative Claim is without prejudice to Cyxtera's rights to file a subsequent or amended administrative expense request to include amounts not covered by the Motion; and it is further

ORDERED that payment of the Allowed Administrative Claim shall be in accordance with the Confirmation Order; and it is further

ORDERED this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: ________________, 2019

______________________________
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE