UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re:

SEARS HOLDINGS CORPORATION et al

Debtors.

Chapter 11
Case No.: 18-23538-RDD
**(Jointly Administered)**

**AFFIDAVIT OF SERVICE**

-------------------------------------------------------x

**STATE OF NEW YORK  )**
                                    **) ss.:**
**COUNTY OF NEW YORK )**

Angela Lowe, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age and reside in New York, New York.

On December 2, 2019, I served the MOTION TO RECONSIDER THE ORDER GRANTING DEBTORS' TENTH OMNIBUS OBJECTION TO PROOFS OF CLAIM, ORDER RECLASSIFYING CLAIM AND ALLOWING RESPONSE TO DEBTORS' TENTH OMNIBUS OBJECTION TO PROOFS OF CLAIM, and NOTICE OF HEARING ON MOTION OF SUPERB INTERNATIONAL CO., LTD. TO RECONSIDER THE ORDER GRANTING DEBTORS' TENTH OMNIBUS OBJECTION TO PROOFS OF CLAIM in connection with the above cases, upon the parties listed below, at their last known addresses as set forth below, by depositing a true copy in a postage-paid, properly-addressed envelope by Federal Express, within the State of New York. I attempted to serve the aforementioned documents on November 27, 2019 at the direction David G. Tobias, Esq. but was unsuccessful based on Federal Express' holiday schedule. Mr. Tobias did not know of this failure until December 2, 2019, at which time he directed me to immediately serve the documents by Federal Express as follows:

Weil, Gotshal & Manges LLP
Attorneys for the Debtors
767 Fifth Avenue
New York, New York 10153

Office of the U.S. Trustee
U.S. Federal Office Building 201
Varick Street, Room 1006 New
York, New York 10014

Akin Gump Strauss Hauer & Feld LLP
Unsecured Creditors' Committee Counsel
One Bryant Park
Bank of America Tower
New York, NY 10036-6745

_____
Angela Lowe

Sworn to before me this
2nd day of December, 2019

_____
Notary Public

DAVID G. TOBIAS
Notary Public State of New York
Qualified in New York County
Lic. No. 02TO4741211
Commission Expires August 6, 2021