TOBIAS LAW FIRM, P.C.
600 Third Avenue, 15th Floor
New York, New York 10016
(212) 661-5460
David G. Tobias, Esq.
(dtobias@tobiaslawpc.com)

Attorneys for Superb International Co., Ltd.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

In re:                                              Chapter 11

SEARS HOLDING CORPORATION, et al.,                  Case No. 18-23538 (RDD)

Debtor.                                             (Jointly Administered)


-------------------------------------------------------------- X

## CERTIFICATE OF SERVICE

    I, David G. Tobias, an attorney duly admitted to practice law in the State of New York, hereby certify that I caused a copy of the MOTION TO RECONSIDER THE ORDER GRANTING DEBTORS' TENTH OMNIBUS OBJECTION TO PROOFS OF CLAIM, ORDER RECLASSIFYING CLAIM AND ALLOWING RESPONSE TO DEBTORS' TENTH OMNIBUS OBJECTION TO PROOFS OF CLAIM, and NOTICE OF HEARING ON MOTION OF SUPERB INTERNATIONAL CO., LTD. TO RECONSIDER THE ORDER GRANTING DEBTORS' TENTH OMNIBUS OBJECTION TO PROOFS OF CLAIM to be served upon the parties below on November 27, 2019:

    (i)    To all those parties who receive electronic notifications by operation of the Court's electronic notification system.

    TOBIAS LAW FIRM, P.C.

    By:_____s/ David G. Tobias_____
           David G. Tobias

Attorneys for Plaintiff
Superb International Co. Ltd.
600 Third Avenue
New York, New York 10016
(212) 661-5460