WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                           :
                                                                :    **Chapter 11**
**SEARS HOLDINGS CORPORATION,** *et al.*,    :
                                                                :    **Case No. 18-23538 (RDD)**
                                                                :
Debtors.[1]                                                    :    **(Jointly Administered)**
---------------------------------------------------------------x

## NOTICE OF ASSUMPTION AND ASSIGNMENT
## OF ADDITIONAL EXECUTORY CONTRACTS

1.  Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed a motion,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

dated November 1, 2018 (ECF No. 429) (the "**Sale Motion**") seeking, among other things, the entry of an order pursuant to sections 105, 363, and 365 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, *et seq*. (the "**Bankruptcy Code**"), Rules 2002, 6004, 6006, 9007, and 9008 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rules 6004-1, 6005-1 and 6006-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), authorizing and approving the sale of the Acquired Assets and the assumption and assignment of certain executory contracts and unexpired leases of the Debtors in connection therewith.

2.    On January 18, 2019, the Debtors filed and served on the applicable Sale Notice Parties the *Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 1731) (the "**Initial Notice**"). On January 23, 2019, the Debtors filed and served on the applicable counterparties the *Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 1774) (the "**Supplemental Notice**"). On January 31, 2019, the Debtors filed and served on the applicable counterparties the *Second Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 2314) (the "**Second Supplemental Notice**").  On March 5, 2019, the Debtors filed and served on the applicable counterparties the *Third Supplemental Notice of Cure Costs and Potential Assumption & Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 2753) (the "**Third Supplemental Notice**"). On March 29, 2019, the Debtors filed and served on the applicable counterparties the *Fourth Supplemental Notice of Cure Costs and Potential Assumption & Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 2995) (the "**Fourth Supplemental Notice**").  On April 9, 2019, the Debtors filed and served on the applicable counterparties the *Fifth Supplemental Notice of Cure Costs and Potential Assumption & Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 3097) (the "**Fifth Supplemental Notice**"). On April 11, 2019, the Debtors filed and served on the applicable counterparties the *Sixth Supplemental Notice of Cure Costs and Potential Assumption & Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 3152) (the "**Sixth Supplemental Notice**"). On April 23, 2019, the Debtors filed and served on the applicable counterparties the *Seventh Supplemental Notice of Cure Costs and Potential Assumption & Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 3330) (the "**Seventh Supplemental Notice**").  On April 30, 2019, the Debtors filed and served on the applicable counterparties the *Eighth Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 3453) (the "**Eighth Supplemental Notice**").  On May 21, 2019, the Debtors filed and served on the applicable counterparties the *Ninth Supplemental Notice of Cure Costs and Potential Assumption & Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 3972) (the "**Ninth Supplemental Notice**").  On June 7, 2019, the Debtors filed and served on the applicable counterparties the *Tenth Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 4147) (the "**Tenth Supplemental Notice**"). On December 3, 2019, the Debtors filed and served on the applicable counterparties the *Eleventh*

*Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 6129) (the "**Eleventh Supplemental Notice**" and together with the Initial Notice, the Supplemental Notice, the Second Supplemental Notice, the Third Supplemental Notice, the Fourth Supplemental Notice, the Fifth Supplemental Notice, the Sixth Supplemental Notice, the Seventh Supplemental Notice, the Eighth Supplemental Notice, the Ninth Supplemental Notice, and the Tenth Supplemental Notice, the "**Assumption and Assignment Notices**").

3. On February 8, 2019, the *Order (I) Approving the Asset Purchase Agreement Among Sellers and Buyer, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts, and Leases in Connection Therewith, and (IV) Granting Related Relief* (the "**Sale Order**") (ECF No. 2507)[2] was entered by the Court.

4. On April 2, 2019, the Court entered the *Order (I) Authorizing Assumption and Assignment of Certain Executory Contracts and Leases and (II) Granting Related Relief* (the "**Assumption and Assignment Order**") (ECF No. 3008).

5. Paragraphs 26 and 27 of the Assumption and Assignment Order establish a noticing procedure for assumption and assignment of Additional Assigned Agreements.

6. In accordance with the Sale Order and the Assumption and Assignment Order, Buyer has designated for assumption and assignment certain Additional Contracts, which are listed on **Exhibit 1** hereto, and the Debtors have agreed to assume and assign such Additional contracts to the Buyer.

7. Each of the Additional Contracts listed on Exhibit 1 was listed on an Assumption and Assignment Notice that was previously filed with the Bankruptcy Court. All Additional Contracts listed in Exhibit 1 shall be deemed to include any and all applicable supplements, amendments, and/or addenda.

8. To the extent a counterparty to an Additional Contract properly filed and served a Cure Objection, and to the extent such counterparty is entitled to assert an additional objection to cure costs or assumption and assignment that could not have been raised in its prior objection, in accordance with paragraph 34 of the Sale Order and paragraph 26 of the Assumption and Assignment Order, such counterparty shall file and serve such objection (a "**Supplemental Objection**") in accordance with the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405) so as to be filed and received no later than December 16, 2019 at 4:00 p.m. (Eastern Time) (the "**Supplemental Objection Deadline**").

9. If a Cure Objection or a Supplemental Objection has been timely filed and served with respect to an Additional Contract listed on Exhibit 1, the contract that is the subject of the Cure Objection or Supplemental Cure Objection may be removed from the list of Additional Contracts listed on Exhibit 1 at any time prior to the Assumption Effective Date for such

---

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Sale Order.

Additional Contract, as determined in accordance with paragraph 27 of the Assumption and Assignment Order, or, to the extent it remains unresolved, such Cure Objection or Supplemental Objection shall be set for a hearing (the "**Hearing**") before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 118, 300 Quarropas Street, White Plains, New York, 10601-4140 (the "**Bankruptcy Court**") on a date to be scheduled.

10. If a timely Cure Objection was not filed (or any such objection has been withdrawn or resolved) and the Supplemental Objection Deadline is not applicable to an Additional Contract, the Assumption Effective Date for any such Additional Contract shall be the date that this notice is filed with the Court.

Dated: December 4, 2019
      New York, New York

    /s/ Jacqueline Marcus
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors
and Debtors in Possession*

# Exhibit 1

## Additional Contracts

| No. | Insured Party | Insurance Carrier | Policy No. | Effective Date | Expiration Date | Cure Amount |
|---|---|---|---|---|---|---|
| 1 | K Mart Corporation | National Union Fire | 415 34 92 | 06/01/93 | N/A | $0.00 |
| 2 | K Mart Corporation | National Union Fire | 415 34 92 | 06/01/93 | N/A | $0.00 |
| 3 | K Mart Corporation | National Union Fire | 415 34 92 | 06/01/93 | N/A | $0.00 |
| 4 | K Mart Corporation | National Union Fire | 415 34 92 | 06/01/93 | N/A | $0.00 |
| 5 | K Mart Corporation | National Union Fire | 415 34 92 | 06/01/93 | N/A | $0.00 |
| 6 | K Mart Corporation | American Home | 415 34 93 | 06/01/93 | N/A | $0.00 |
| 7 | K Mart Corporation | Illinois National | 415 53 59 | 06/01/94 | N/A | $0.00 |
| 8 | K Mart Corporation | National Union Fire | 415 53 60 | 06/01/94 | N/A | $0.00 |
| 9 | K Mart Corporation | American Home | 415 53 61 | 06/01/94 | N/A | $0.00 |
| 10 | K Mart Corporation | National Union Fire | 415 53 62 | 06/01/94 | N/A | $0.00 |
| 11 | K Mart Corporation | National Union Fire | 415 53 63 | 06/01/94 | N/A | $0.00 |
| 12 | K Mart Corporation | National Union Fire | 415 53 63 | 06/01/94 | N/A | $0.00 |
| 13 | K Mart Corporation | National Union Fire | 415 53 63 | 06/01/94 | N/A | $0.00 |
| 14 | K Mart Corporation | National Union Fire | 415 53 63 | 06/01/94 | N/A | $0.00 |
| 15 | K Mart Corporation | National Union Fire | 415 53 63 | 06/01/94 | N/A | $0.00 |
| 16 | K Mart Corporation | National Union Fire | 415 53 63 | 06/01/94 | N/A | $0.00 |
| 17 | K Mart Corporation | National Union Fire | 415 53 63 | 06/01/94 | N/A | $0.00 |
| 18 | K Mart Corporation | National Union Fire | 415 53 63 | 06/01/94 | N/A | $0.00 |
| 19 | K Mart Corporation | National Union Fire | 415 69 92 | 06/01/96 | N/A | $0.00 |
| 20 | K Mart Corporation | National Union Fire | 415 69 93 | 06/01/96 | N/A | $0.00 |
| 21 | K Mart Corporation | National Union Fire | 415 84 91 | 01/01/98 | N/A | $0.00 |
| 22 | K Mart Corporation | National Union Fire | 415 85 34 | 06/01/98 | N/A | $0.00 |
| 23 | K Mart Corporation | National Union Fire | 415 85 35 | 06/01/98 | N/A | $0.00 |
| 24 | K Mart Corporation | National Union Fire | 415 85 36 | 06/01/99 | N/A | $0.00 |
| 25 | K Mart Corporation | National Union Fire | 415 85 36 | 06/01/98 | N/A | $0.00 |
| 26 | K Mart Corporation | American Home | 415 85 37 | 06/01/98 | N/A | $0.00 |
| 27 | K Mart Corporation | American Home | 415 85 37 | 06/01/98 | N/A | $0.00 |
| 28 | K Mart Corporation | American Home | 415 85 37 | 06/01/98 | N/A | $0.00 |
| 29 | K Mart Corporation | American Home | 415 85 37 | 06/01/98 | N/A | $0.00 |
| 30 | K Mart Corporation | American Home | 415 85 37 | 06/01/98 | N/A | $0.00 |
| 31 | K Mart Corporation | American Home | 415 85 37 | 06/01/98 | N/A | $0.00 |
| 32 | K Mart Corporation | National Union Fire | 415 96 43 | 06/01/99 | N/A | $0.00 |
| 33 | K Mart Corporation | National Union Fire | 415 96 44 | 06/01/99 | N/A | $0.00 |
| 34 | K Mart Corporation | Employers Reinsurance Corp. | C-24143-R | 03/03/78 | N/A | $0.00 |
| 35 | K Mart Corporation | Employers Reinsurance Corp. | C-24149-R1 | 01/11/83 | N/A | $0.00 |

| No. | Insured Party | Insurance Carrier | Policy No. | Effective Date | Expiration Date | Cure Amount |
|---|---|---|---|---|---|---|
| 36 | K Mart Corporation | Employers Reinsurance Corp. | C-24149-R1 | 06/07/82 | N/A | $0.00 |
| 37 | K Mart Corporation | Employers Reinsurance Corp. | C-24176 | 07/01/80 | N/A | $0.00 |
| 38 | K Mart Corporation | Employers Reinsurance Corp. | C-24185 | 03/03/84 | N/A | $0.00 |
| 39 | K Mart Corporation | Employers Reinsurance Corp. | C-24185-R2 | 03/03/89 | N/A | $0.00 |
| 40 | K Mart Corporation | Employers Reinsurance Corp. | C-24185-R2 | 03/03/89 | N/A | $0.00 |
| 41 | K Mart Corporation | Employers Reinsurance Corp. | C-24186 | 03/03/84 | N/A | $0.00 |
| 42 | K Mart Corporation | Employers Reinsurance Corp. | C-24186R | 03/03/86 | N/A | $0.00 |
| 43 | K Mart Corporation | Employers Reinsurance Corp. | C24186-R2 | 03/03/89 | N/A | $0.00 |
| 44 | K Mart Corporation | Employers Reinsurance Corp. | C24186-R2 | 03/03/89 | N/A | $0.00 |
| 45 | K Mart Corporation | Employers Reinsurance Corp. | C-24186-R2 | 03/03/89 | N/A | $0.00 |
| 46 | K Mart Corporation | Employers Reinsurance Corp. | C-24187 | 03/31/84 | N/A | $0.00 |
| 47 | K Mart Corporation | Employers Reinsurance Corp. | C-24187R | 03/03/86 | N/A | $0.00 |
| 50 | K Mart Corporation | Employers Reinsurance Corp. | C24188-R2 | 03/03/89 | N/A | $0.00 |
| 52 | K Mart Corporation | Employers Reinsurance Corp. | C-24188-R3 | 03/03/89 | N/A | $0.00 |
| 53 | K Mart Corporation | Employers Reinsurance Corp. | C-24189 | 03/03/84 | N/A | $0.00 |
| 54 | K Mart Corporation | Employers Reinsurance Corp. | C-24189 | 05/17/84 | N/A | $0.00 |
| 55 | K Mart Corporation | Employers Reinsurance Corp. | C-24189-R | 03/03/86 | N/A | $0.00 |
| 56 | K Mart Corporation | Employers Reinsurance Corp. | C24189-R2 | 03/03/89 | N/A | $0.00 |
| 57 | K Mart Corporation | Employers Reinsurance Corp. | C-24193 | 06/04/85 | N/A | $0.00 |
| 58 | K Mart Corporation | Employers Reinsurance Corp. | C-24193-R | 03/03/86 | N/A | $0.00 |
| 59 | K Mart Corporation | Employers Reinsurance Corp. | C-24193-R2 | 03/03/89 | N/A | $0.00 |
| 60 | K Mart Corporation | Employers Reinsurance Corp. | C-43014 | 03/01/92 | N/A | $0.00 |
| 61 | K Mart Corporation | Employers Reinsurance Corp. | C-43015 | 03/01/92 | N/A | $0.00 |
| 62 | K Mart Corporation | Employers Reinsurance Corp. | C-43016 | 03/01/92 | N/A | $0.00 |
| 63 | K Mart Corporation | Midwest Employers | EWC 005154 | 06/01/04 | N/A | $0.00 |
| 64 | K Mart Corporation | Midwest Employers | EWC 005154 | 06/01/04 | N/A | $0.00 |
| 65 | K Mart Corporation | Midwest Employers | EWC 005154 | 09/01/03 | N/A | $0.00 |
| 66 | K Mart Corporation | Midwest Employers | EWC 005154 | 09/01/03 | N/A | $0.00 |
| 67 | K Mart Corporation | Employers Reinsurance Corp. | NXC24150 & NXC24150A | 05/26/77 | N/A | $0.00 |
| 68 | K Mart Corporation | Safety National | SP-4528-MI | 06/01/01 | N/A | $0.00 |
| 69 | K Mart Corporation | Safety National | SP-4528-MI | 06/01/01 | N/A | $0.00 |
| 70 | K Mart Corporation | Safety National | SP-4528-MI | 06/01/01 | N/A | $0.00 |
| 71 | K Mart Corporation | Safety National | SP-4528-MI | 06/01/01 | N/A | $0.00 |
| 72 | K Mart Corporation | Safety National | SP-6848-MI | 06/01/03 | N/A | $0.00 |

| No. | Insured Party | Insurance Carrier | Policy No. | Effective Date | Expiration Date | Cure Amount |
|---|---|---|---|---|---|---|
| 73 | K Mart Corporation | Safety National | SP-6848-MI | 06/01/03 | N/A | $0.00 |
| 74 | K Mart Corporation | Safety National | SP-6848-MI | 06/01/03 | N/A | $0.00 |
| 75 | K Mart Corporation | Safety National | SP-6848-MI | 06/01/03 | N/A | $0.00 |
| 76 | K Mart Corporation | Safety National | SP-8190-MI | 06/01/04 | N/A | $0.00 |
| 77 | K Mart Corporation | Safety National | SP-8190-MI | 06/01/04 | N/A | $0.00 |
| 78 | K Mart Corporation | Safety National | SP-8190-MI | 06/01/04 | N/A | $0.00 |
| 79 | K Mart Corporation | Safety National | SP-8190-MI | 06/01/04 | N/A | $0.00 |
| 80 | K Mart Corporation | General Reinsurance Corp | X-14199 | 06/01/93 | N/A | $0.00 |
| 81 | K Mart Corporation | General Reinsurance Corp | X-14199A | 06/01/94 | N/A | $0.00 |
| 82 | K Mart Corporation | General Reinsurance Corp | X-14199B | 06/01/95 | N/A | $0.00 |

3