Deloitte & Touche LLP
2200 Ross Ave. Ste. 1600
Dallas, Texas 75201-6703
Telephone: 214.840.7360
Facsimile: 214.880.5360
Jimmy Berry

*Independent Audit and Advisory Services Provider*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| SEARS HOLDINGS CORPORATION, *et al.*,[1] | Chapter 11 |
| Debtors. | Case No. 18-23538 (RDD) |
| | (Jointly Administered) |

**TENTH MONTHLY FEE STATEMENT OF DELOITTE & TOUCHE LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS INDEPENDENT AUDITOR AND ADVISORY SERVICES PROVIDER TO THE DEBTORS FOR THE PERIOD FROM OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

| | |
|---|---|
| Name of Applicant: | Deloitte & Touche LLP |
| Authorized to Provide Services as: | Independent Audit and Advisory Services Provider to the Debtors |
| Date of Retention: | Effective *Nunc Pro Tunc* to October 15, 2018 by Order entered January 22, 2019 |
| Period for which Compensation and Reimbursement is Sought: | October 1, 2019 through October 31, 2019 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears de Puerto Rico, Inc. (3626)); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit , LLC (f/k/a Sears Brands Business Unit Corporation (4658)); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $ 12,270.00 |
| 80% of Fees Sought: | $ 9,816.00 |
| Amount of Expense Reimbursement Sought: | $ 0.00 |
| Total Amount of Fees and Expense Reimbursement Sought as Actual, Reasonable and Necessary (100%): | **$ 12,270.00** |
| 20% Holdback Amount: | $ 2,454.00 |

**PRIOR FEE APPLICATIONS FILED**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 03/15/19 Dkt. 2855 | 10/15/18 – 11/30/18 | $1,411,044.00 | $20,031.02 | $1,128,835.20 | $20,031.02 |
| 04/03/19 Dkt. 3025 | 12/01/18 – 12/31/18 | $580,935.00 | $11,451.92 | $464,748.00 | $11,451.92 |
| 04/15/19 Dkt. 3221 | 01/01/19 – 01/31/19 | $173,211.50 | $9,300.27 | $138,569.20 | $9,300.27 |
| 04/15/19 Dkt. 3222 | 02/01/19 – 02/28/19 | $159,580.00 | $6,371.45 | $127,664.00 | $6,371.45 |
| 07/08/19 Dkt. 4447 | 03/01/19 – 03/31/19 | $80,195.50 | $0.00 | $64,156.40 | $0.00 |
| 07/17/19 Dkt. 4548 | 04/01/19 – 05/31/19 | $8,790.00 | $0.00 | $7,032.00 | $0.00 |
| 08/05/19 Dkt. 4736 | 06/01/19 – 06/30/19 | $2,380.00 | $0.00 | $1,904.00 | $0.00 |
| 09/19/19 Dkt. 5191 | 07/01/19 – 08/31/19 | $28,780.00 | $0.00 | $23,024.00 | $0.00 |
| 11/21/2019 Dkt. 6069 | 09/01/19 – 09/30/19 | $19,750.00 | $0.00 | Pending | Pending |

2

**CUMULATIVE TIME SUMMARY BY PROFESSIONAL**
For the Period from October 1, 2019 through October 31, 2019

### *Out of Scope Audit Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Berrill, Liz | Partner/Principal | $600.00 | 0.3 | $180.00 |
| Berland, Taylor | Manager | $400.00 | 8.8 | $3,520.00 |
| Lakic, Teodora | Staff/Consultant | $200.00 | 17.2 | $3,440.00 |
| Paradowski, Colton | Staff/Consultant | $200.00 | 20.7 | $4,140.00 |
| **Professional Subtotal :** | | | **47.0** | **$11,280.00** |

### *Preparation of Fee Applications*

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Abrom, Carisa | Senior Consultant | $300.00 | 3.3 | $990.00 |
| **Professional Subtotal :** | | | **3.3** | **$990.00** |

| | | | | |
|---|---|---|---|---|
| | **TOTAL HOURS AND FEES REQUESTED** | | **50.3** | **$12,270.00** |

**CUMULATIVE FEES BY CATEGORY SUMMARY**
For the Period from October 1, 2019 through October 31, 2019

| Categories | Hours | Fees |
|---|---|---|
| Out of Scope Audit Services | 47.0 | $11,280.00 |
| Preparation of Fee Applications | 3.3 | $990.00 |
| **Fee's Category Subtotal :** | **50.3** | **$12,270.00** |

# Sears Holdings Corporation

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

October 01, 2019 - October 31, 2019

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Out of Scope Audit Services* | | | | |
| 10/01/2019 | | | | |
| Berland, Taylor | Prepare laptops for successor auditor working paper review. | $400.00 | 4.3 | $1,720.00 |
| Berrill, Liz | Issuance and distribution of final workpaper review acknowledgement letter. | $600.00 | 0.3 | $180.00 |
| Paradowski, Colton | Monitor the successor auditors during the Sears workpaper review. | $200.00 | 3.9 | $780.00 |
| 10/02/2019 | | | | |
| Lakic, Teodora | Monitor the successor auditors during the Sears workpaper review. | $200.00 | 8.1 | $1,620.00 |
| Paradowski, Colton | Monitor the successor auditors during the Sears workpaper review. | $200.00 | 7.9 | $1,580.00 |
| 10/03/2019 | | | | |
| Lakic, Teodora | Monitor the successor auditors during the Sears workpaper review. | $200.00 | 9.1 | $1,820.00 |
| Paradowski, Colton | Monitor the successor auditors during the Sears workpaper review. | $200.00 | 8.9 | $1,780.00 |
| 10/28/2019 | | | | |
| Berland, Taylor | Review audit workpaper for successor auditor review. | $400.00 | 1.7 | $680.00 |
| 10/29/2019 | | | | |
| Berland, Taylor | Archive the audit workpaper for the successor working paper access review. | $400.00 | 2.8 | $1,120.00 |
| Subtotal for Out of Scope Audit Services: | | | 47.0 | $11,280.00 |
| *Preparation of Fee Applications* | | | | |
| 10/10/2019 | | | | |
| Abrom, Carisa | Prepare September monthly fee statement. | $300.00 | 1.0 | $300.00 |
| 10/25/2019 | | | | |
| Abrom, Carisa | Update September monthly fee statement. | $300.00 | 1.3 | $390.00 |

1

# Sears Holdings Corporation

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

October 01, 2019 - October 31, 2019

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Preparation of Fee Applications* | | | | |
| 10/28/2019 | | | | |
| Abrom, Carisa | Finalize September monthly fee statement. | $300.00 | 1.0 | $300.00 |
| Subtotal for Preparation of Fee Applications: | | | 3.3 | $990.00 |
| **Total** | | | 50.3 | $12,270.00 |

## Recapitulation

| Name | Rate | Hours | Fees |
|---|---|---|---|
| Berrill, Liz | $600.00 | 0.3 | $180.00 |
| Berland, Taylor | $400.00 | 8.8 | $3,520.00 |
| Abrom, Carisa | $300.00 | 3.3 | $990.00 |
| Lakic, Teodora | $200.00 | 17.2 | $3,440.00 |
| Paradowski, Colton | $200.00 | 20.7 | $4,140.00 |