

**DAVIDOFF HUTCHER & CITRON LLP**

ATTORNEYS AT LAW

605 THIRD AVENUE
NEW YORK, NEW YORK 10158

TEL: (212) 557-7200
FAX: (212) 286-1884
WWW.DHCLEGAL.COM

FIRM OFFICES

GARDEN CITY
ATTORNEYS AT LAW
200 GARDEN CITY PLAZA
GARDEN CITY, NY 11530
(516) 248-6400

ALBANY
GOVERNMENT RELATIONS
150 STATE STREET
ALBANY, NY 12207
(518) 465-8230

WASHINGTON, D.C.
GOVERNMENT RELATIONS
201 MASSACHUSETTS AVENUE N.E.
WASHINGTON, D.C. 20002
(202) 347-1117

December 5, 2019

<u>Via ECF and Email</u>
Honorable Robert D. Drain
United States Bankruptcy Court
300 Quarropas Street
White Plains, New York 10601

Re:   In re Sears Holdings Corporation, et al., Case No. 18-23538 (rdd)
      <u>Debtor's 10th Omnibus Objection to Claims</u>

Dear Judge Drain:

    I write on behalf of my clients, Orient Craft Ltd and HK Sino-Thai Trading, and other administrative claimants listed below who have responded to the Debtor's 10th Omnibus Objection to Claims and briefed the <u>World Imports</u> issue. We object to the Debtors' unilateral adjournment of the hearing on this matter scheduled for December 13, 2019, and the Debtors unilateral grant to themselves of another month or more to file reply papers.

    By way of background on this issue, when we asked the Debtors for an extension of our time to file opposition papers, they only agreed to give us a one-week extension of our time and they did this quite begrudgingly. Now, the Debtors have had an additional five weeks for their reply papers but still have not filed anything. At the beginning of this week, I requested that the Debtors file their reply papers by the end of this week, in preparation for oral argument on December 13th. I only heard through third parties that the Debtors intend to adjourn the hearing on this matter to the end of January.

    Further delay in the resolution of our clients' respective claims may prejudice our clients because, depending on the Court's decision, appeals may need to be taken for a final resolution of this significant bankruptcy issue. Meanwhile, the Debtors confirmed plan may go effective before all such appeals are decided and, without any reserve for our clients' disputed claims, our clients could suffer irreparable harm.

DAVIDOFF HUTCHER & CITRON LLP

Hon. Robert D. Drain
December 5, 2019
Page 2

Accordingly, we request a chambers conference at Your Honor's earliest convenience.

Respectfully submitted,

*David Wander*

David H. Wander


/s/ Todd M. Arnold
Todd M. Arnold
Attorneys for *Weihai Lianqiao International Coop. Group Co., Ltd.*

/s/ Jeffrey Schwartz
Jeffrey Schwartz
Attorneys for *Winners Industry Co., Ltd*

/s/ Joseph E. Sarachek
Joseph E. Sarachek
*Attorneys for A&A (HK) Industrial, Esjay, International Private Limited, Mien Co. Ltd., Shanghai Fochier International Trade Co., Vogue Tex (Pvt) Ltd., Giza Spinning and Weaving Co., and Fuzhou Fuchan Pneumatic Co., Ltd.*

/s/ Edward L. Schnitzer
Edward L. Schnitzer
Attorneys for *BST International Fashion Ltd*

cc: Garrett Fail, Esq.