**Hearing Date and Time: Jan. 28, 2020 at 10:00am**
**Objection Deadline: Jan. 21, 2020 at 4:00pm**

**THE SARACHEK LAW FIRM**
Joseph E. Sarachek, Esq. (NY Bar #2163228)
101 Park Avenue -27th Floor
New York, NY. 10178
Telephone: (646) 517-5420
Facsimile: (646) 861-4950

*Attorneys for Fuzhou Fushan Pneumatic Co., Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SEARS HOLDING CORPORATION, *et al.*[1],** | **Case No. 18-23538 (RDD)** |
| Debtors. | **(Jointly Administered)** |

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF**
**FUZHOU FUSHAN PNEUMATIC CO., LTD. TO RECONSIDER THE ORDER**
**GRANTING DEBTORS' TENTH OMNIBUS OBJECTION TO PROOFS OF CLAIM**

**PLEASE TAKE NOTICE** that the hearing to consider the *Motion of Fuzhou Fushan Pneumatic Co., Ltd to Reconsider the Order Granting Debtors' Tenth Omnibus Objection to Proofs of Claim* (the "Motion") scheduled for December 13, 2019 at 10:00 a.m. (the "Hearing") **has been rescheduled to January 28, 2020 at 10:00 a.m.** The Hearing will be held before the Honorable

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 118, 300 Quarropas Street, White Plains, NY, 10601.

**PLEASE TAKE FURTHER NOTICE** that the objecting deadline to the Motion is adjourned for all parties to **January 21, 2019 at 4:00 p.m**.

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted upon default.

Date:   New York, NY
        December 5, 2019

                                      Respectfully submitted,
                                      THE SARACHEK LAW FIRM

                                      /s/ Joseph E. Sarachek
                                      Joseph E. Sarachek
                                      101 Park Avenue – 27th Floor
                                      New York, NY. 10178
                                      Telephone: (646) 517-5420
                                      Facsimile: (646) 861-4950
                                      joe@sarscheklawfirm.com