**VORYS, SATER, SEYMOUR AND PEASE LLP**

Rajeev K. Adlakha, Esq.
200 Public Square, Suite 1400
Cleveland, OH 44114
Phone: (216) 479-6100
Fax: (216) 479-6060
Email: rkadlakha@vorys.com
*Counsel for Vorys, Sater, Seymour and Pease LLP*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.,* | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**WITHDRAWAL OF MOTION OF VORYS, SATER, SEYMOUR AND PEASE LLP FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. § 503(b)(1) [DOC. NO. 6018]**

Vorys, Sater, Seymour and Pease LLP ("Vorys"), by and through counsel, hereby withdraws its Motion for Allowance and Payment of Administrative Expense Claim Under 11 U.S.C. § 503(b)(1) (Dkt. No. 6018).

December 6, 2019          **VORYS, SATER, SEYMOUR AND PEASE LLP**

/s/ *Rajeev K. Adlakha*
Rajeev K. Adlakha, Esq. (N.Y. Reg. No. 4360194)
200 Public Square, Suite 1400
Cleveland, OH 44114
Phone: (216) 479-6100
Fax: (216) 479-6060
Email: rkadlakha@vorys.com

*Counsel for Vorys, Sater, Seymour and Pease LLP*

## **CERTIFICATE OF SERVICE**

      The undersigned does hereby certify that a copy of the foregoing Withdrawal of Motion of Vorys, Sater, Seymour and Pease LLP for Allowance and Payment of Administrative Expense Claim Under 11 U.S.C. § 503(b)(1) was served electronically on the date of filing through the court's ECF System on all ECF participants registered in this case.

      /s/ *Rajeev K. Adlakha*
      Rajeev K. Adlakha, Esq.