Christopher A. Lynch
REED SMITH LLP
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Telephone:  (212) 521-5400
Facsimile:  (212) 521-5450
Email:  clynch@reedsmith.com

*Counsel for Northern Indiana*
*Public Service Company LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al., | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPLICATION OF NORTHERN INDIANA PUBLIC
SERVICE COMPANY LLC FOR PAYMENT FROM THE ADEQUATE ASSURANCE
ACCOUNT PURSUANT TO SECTION 7 OF THE ORDER (I) APPROVING DEBTORS'
PROPOSED FORM OF ADEQUATE ASSURANCE OF PAYMENT TO UTILITY
PROVIDERS, (II) ESTABLISHING PROCEDURES FOR DETERMINING
ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES, AND
(III) PROHIBITING UTILITY PROVIDERS FROM ALTERING,
<u>REFUSING, OR DISCONTINUING UTILITY SERVICE</u>**

Northern Indiana Public Service Company LLC, by  counsel,  hereby  withdraws  its

Application (Dkt. No. 4995) as resolved.

Dated:  December 6, 2019                   Respectfully submitted,
        New York, New York

                                           REED SMITH LLP

                           By:     /s/ Christopher A. Lynch
                                   Christopher A. Lynch
                                   599 Lexington Avenue, 22nd Floor
                                   New York, NY 10022
                                   Telephone:  (212) 521-5400
                                   Facsimile:  (212) 521-5450
                                   Email:  clynch@reedsmith.com

                                   *Counsel for Northern Indiana
                                   Public Service Company LLC*