## WTS Contracting Corp.

534 Main Street
Westbury, N.Y. 11590
516-647-4933
william@wtsrivacontracting.com



December 6-2019

Honorable Judge Drain,

Please see below for List of Parties to be notified, in writing via US Postal Service on December 6, 2019, of WTS Contracting Corp's Objection to **Document No. 6029** with respect to **Case No. 18-23538 (RDD):**

1) ASK LLP @ 2600 Eagan Woods Drive, Suite 400, St. Paul, MN 55121
    a. Attn: Brigette McGrath, Esq
2) Kitten, Muchin, Rosenman, LLP @ 575 Madison Avenue, New York, N.Y. 10012
    a. Attn: Steven J. Reisman
3) Office of the United States Trustee for the Southern District of New York @ 201 Varick Street, Suite 1006, New York, N.Y. 10014

Respectfully,

WTS Contracting Corp.

*Acting as Pro Se*