## **EXHIBIT A**

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

Invoice Date: December 9, 2019
Invoice No.: 20191201855

Paul E. Harner
Harner, Paul E., Fee Examiner in Sears Chapter II Cases
1675 Broadway, 19th Floor
New York, NY  10019

Client:   Harner, Paul E., Fee Examiner in Sears Chapter II Cases  (071820.02)
Matter:   Fee Examiner Activities  (00315861)

FOR PROFESSIONAL SERVICES RENDERED through November 30, 2019

**INVOICE SUMMARY**

FEES

| | |
|---|---:|
| Fee Examiner Activities (00315861) | $58,855.50 |
| Total Current Charges | $58,855.50 |
| **TOTAL AMOUNT DUE** | **$58,855.50** |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **B170 - Fee/Employment Objections** | | | | | |
| Harner,P.E. | 11/07/19 | Review, analyze, and identify potential areas of objection in second interim fee and expense applications of various legal and financial advisory professionals, to prepare second round of preliminary reports. | 1,305.00 | 3.30 | 4,306.50 |
| Harner,P.E. | 11/08/19 | Further review and analysis of second interim fee and expense applications of various legal and financial advisory professionals, to prepare second round of preliminary reports. | 1,305.00 | 3.80 | 4,959.00 |
| Harner,P.E. | 11/11/19 | Review and analyze second interim Weil Gotshal and Paul Weiss fee and expense applications, to identify potential objections, evaluate compliance with fee guidelines and prepare second round of preliminary reports. | 1,305.00 | 4.10 | 5,350.50 |
| Harner,P.E. | 11/12/19 | Review and analyze second interim Weil Gotshal and Paul Weiss fee and expense applications, to identify potential objections, evaluate compliance with fee guidelines and prepare second round of preliminary reports. | 1,305.00 | 2.80 | 3,654.00 |
| Harner,P.E. | 11/13/19 | Further review and analysis of second interim Weil Gotshal and Paul Weiss fee and expense applications, to identify potential objections, evaluate compliance with fee guidelines and prepare second round of preliminary reports. | 1,305.00 | 3.50 | 4,567.50 |
| Harner,P.E. | 11/14/19 | Further review and analysis of second interim fee and expense applications of various legal and financial advisory professionals, to prepare second round of preliminary reports. | 1,305.00 | 4.80 | 6,264.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| Harner,P.E. | 11/19/19 | Further review and analysis of second interim fee and expense applications of various legal and financial advisory professionals, to prepare second round of preliminary reports. | 1,305.00 | 2.20 | 2,871.00 |
| Harner,P.E. | 11/20/19 | Comprehensive review and analysis of second interim fee and expense applications, to prepare exhibits for second round of preliminary reports and prepare for related settlement negotiations with firm representatives. | 1,305.00 | 3.30 | 4,306.50 |
| Harner,P.E. | 11/21/19 | Further comprehensive review and analysis of second interim fee and expense applications, to prepare exhibits for second round of preliminary reports and prepare for related settlement negotiations with firm representatives. | 1,305.00 | 1.90 | 2,479.50 |
| Harner,P.E. | 11/22/19 | Further comprehensive review and analysis of second interim fee and expense applications, to prepare exhibits for second round of preliminary reports and prepare for related settlement negotiations with firm representatives. | 1,305.00 | 3.90 | 5,089.50 |
| Harner,P.E. | 11/25/19 | Further comprehensive review and analysis of second interim fee and expense applications, to prepare exhibits for second round of preliminary reports and prepare for related settlement negotiations with firm representatives. | 1,305.00 | 2.60 | 3,393.00 |
| Harner,P.E. | 11/26/19 | Further comprehensive review and analysis of second interim fee and expense applications, to prepare exhibits for second round of preliminary reports and prepare for related settlement negotiations with firm representatives. | 1,305.00 | 5.20 | 6,786.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| Harner,P.E. | 11/27/19 | Review and analyze second interim fee and expense applications, to prepare second round of preliminary reports and related exhibits (3.30); prepare for and participate in conference call with G. Fail and V. Marriott regarding first interim Weil Gotshal fee and expense application (.40). | 1,305.00 | 3.70 | 4,828.50 |
| **Total B170** | | | | **45.10** | **$58,855.50** |
| | | Total Fees | | 45.10 | 58,855.50 |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---:|---:|---:|
| **Task: B170 - Fee/Employment Objections** | | | |
| Harner,P.E. | 1,305.00 | 45.10 | 58,855.50 |
| **Total Task: B170** | | **45.10** | **$58,855.50** |
| Total Fees | | 45.10 | $58,855.50 |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---:|---:|---:|
| Harner,P.E. | 1,305.00 | 45.10 | 58,855.50 |
| **Total Fees** | | **45.10** | **$58,855.50** |

| | |
|---|---:|
| **Total Current Charges:** | **$58,855.50** |

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

## REMITTANCE ADVICE

| | | |
|---|---|---|
| Client: | 071820.02 | Harner, Paul E., Fee Examiner in Sears Chapter II Cases |
| Matter: | 00315861 | Fee Examiner Activities |
| Invoice No.: | 20191201855 | |
| Date: | December 9, 2019 | |

| | |
|---|---:|
| Fee Amount | $58,855.50 |
| **TOTAL AMOUNT DUE** | **$58,855.50** |

**Please return this page with your remittance to the above address.**
**Payment may also be made by wire transfer to our account.**

| | |
|---|---|
| **Bank:** | **PNC Bank, NA** |
| **ABA No.:** | **031 0000 53** |
| **Account No.:** | **85-3131-7345** |
| **Account Name:** | **Ballard Spahr LLP** |

**Please indicate on wire transfer the invoice number stated above.**