**EXHIBIT B**

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

Invoice Date: December 9, 2019
Invoice No.: 20191201857

Paul E. Harner
1675 Broadway
New York, NY  10019


Client:   Sears Fee Examiner  (071820.03)
Matter:   Fee and Expense Review and Reporting  (00317415)


FOR PROFESSIONAL SERVICES RENDERED through November 30, 2019

**INVOICE SUMMARY**

FEES

| | |
|---|---|
| Fee and Expense Review and Reporting (00317415) | $88,669.00 |
| Total Current Charges | $88,669.00 |
| **TOTAL AMOUNT DUE** | **$88,669.00** |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **B160 - Fee/Employment Applications** | | | | | |
| McClamb,C.D. | 11/12/19 | Review and edit October invoices | 445.00 | 1.80 | 801.00 |
| Daluz,T.M. | 11/15/19 | Attend to Ballard monthly fee application. | 895.00 | 0.50 | 447.50 |
| McClamb,C.D. | 11/19/19 | Review and revise sixth monthly fee application | 445.00 | 1.00 | 445.00 |
| McClamb,C.D. | 11/19/19 | Prepare, file and arrange service of sixth monthly fee application | 445.00 | 0.80 | 356.00 |
| **Total B160** | | | | **4.10** | **$2,049.50** |
| **B170 - Fee/Employment Objections** | | | | | |
| McClamb,C.D. | 11/01/19 | Review DTBA interim fee application | 445.00 | 4.50 | 2,002.50 |
| McClamb,C.D. | 11/02/19 | Review DTBA interim fee application | 445.00 | 1.50 | 667.50 |
| McClamb,C.D. | 11/03/19 | Review DTBA interim fee application | 445.00 | 2.00 | 890.00 |
| Greenfield,M.G. | 11/03/19 | Review duplicative Akin time entries for March through June | 445.00 | 1.40 | 623.00 |
| McClamb,C.D. | 11/04/19 | Review DTBA interim fee application | 445.00 | 7.30 | 3,248.50 |
| McClamb,C.D. | 11/05/19 | Review DTBA interim application | 445.00 | 4.00 | 1,780.00 |
| Daluz,T.M. | 11/05/19 | Review and revise Alvarez report | 895.00 | 2.50 | 2,237.50 |
| Daluz,T.M. | 11/07/19 | Review and revise FTI and Deloitte and Deloitte tax reports. | 895.00 | 2.50 | 2,237.50 |
| Daluz,T.M. | 11/08/19 | Review Deloitte Tax report | 895.00 | 2.20 | 1,969.00 |
| Marriott, III,V.J. | 11/08/19 | Review materials provided by McAndrews and consider application of guidelines | 985.00 | 0.40 | 394.00 |
| Daluz,T.M. | 11/11/19 | Revise preliminary reports. | 895.00 | 1.50 | 1,342.50 |
| Greenfield,M.G. | 11/11/19 | Review of Report covering fees and expenses for March through June (.5); review of exhibits for report in preparation for status call (.2) | 445.00 | 0.70 | 311.50 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Greenfield,M.G. | 11/12/19 | Review of draft second preliminary report | 445.00 | 0.30 | 133.50 |
| Marriott, III,V.J. | 11/12/19 | Review fee materials provided by the McAndrews firm | 985.00 | 0.50 | 492.50 |
| Kearney,B.N. | 11/13/19 | Review Paul Weiss and Weil Gotshal bills and expenses in advance of team conference call | 335.00 | 1.00 | 335.00 |
| Kearney,B.N. | 11/13/19 | Call with P. Harner, V. Marriott, and associate team re: deadline for second preliminary report draft and next steps | 335.00 | 0.10 | 33.50 |
| Kearney,B.N. | 11/13/19 | Begin preparing second preliminary fee report for Paul Weiss | 335.00 | 1.50 | 502.50 |
| Jimenez,C. | 11/13/19 | Conference call w/ V. Marriot and P. Harner to discuss second set of reports | 365.00 | 0.10 | 36.50 |
| Marriott, III,V.J. | 11/13/19 | Conference with P. Harner re: timing of drafts of second preliminary reports | 985.00 | 0.40 | 394.00 |
| Greenfield,M.G. | 11/13/19 | Review Akin fee entires and expenses for period from March through June | 445.00 | 1.20 | 534.00 |
| Greenfield,M.G. | 11/14/19 | Review of Akin fee and expenses for period from March through June for preliminary report to second fee application | 445.00 | 2.00 | 890.00 |
| Kearney,B.N. | 11/14/19 | Begin preparing second preliminary fee report for Weil Gotshal | 335.00 | 4.80 | 1,608.00 |
| McClamb,C.D. | 11/15/19 | Edits to October invoices for monthly fee application | 445.00 | 0.20 | 89.00 |
| McClamb,C.D. | 11/15/19 | Edit and finalize exhibits for Deloitte & Touche preliminary report | 445.00 | 3.10 | 1,379.50 |
| Neitzel,K.N. | 11/15/19 | Analyze Akin time entries and remove duplicates | 350.00 | 0.40 | 140.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Salah,M. | 11/15/19 | Review communication from T. Daluz re: reports generated for the preliminary report (.3); draft correspondence to the same attaching reports (.2). | 415.00 | 0.50 | 207.50 |
| Kearney,B.N. | 11/15/19 | Prepare second preliminary fee report for Paul Weiss | 335.00 | 2.00 | 670.00 |
| Daluz,T.M. | 11/15/19 | Finalize Deloitte preliminary report. | 895.00 | 3.00 | 2,685.00 |
| Daluz,T.M. | 11/15/19 | Finalize FTI preliminary report. | 895.00 | 2.00 | 1,790.00 |
| Greenfield,M.G. | 11/17/19 | Review of Akin fees and expenses for period from March through June for preliminary report to second fee application | 445.00 | 1.60 | 712.00 |
| Kearney,B.N. | 11/17/19 | Work on reviewing PW and WG time and expense entries and drafting fee reports and exhibits | 335.00 | 4.00 | 1,340.00 |
| Greenfield,M.G. | 11/18/19 | Review of Akin fee and expenses for period from March through June for preliminary report to second fee application | 445.00 | 1.50 | 667.50 |
| McClamb,C.D. | 11/18/19 | Emails with. M. Salah re: preliminary reports | 445.00 | 0.10 | 44.50 |
| Pollard,C.P. | 11/18/19 | Prepare Alvarez and Deloitte Tax exhibits for M. Salah | 310.00 | 1.30 | 403.00 |
| Salah,M. | 11/18/19 | Draft communication to C. Pollard re: creating reports and labels on tags in the database (.5); send old reports to C. Pollard (.4). | 415.00 | 0.90 | 373.50 |
| Kearney,B.N. | 11/18/19 | Work on draft of second fee report and exhibits for Paul Weiss | 335.00 | 3.70 | 1,239.50 |
| Marriott, III,V.J. | 11/18/19 | Review issues re: access to share file | 985.00 | 0.30 | 295.50 |
| Daluz,T.M. | 11/18/19 | Finalize Stout Risius preliminary report. | 895.00 | 3.50 | 3,132.50 |
| McClamb,C.D. | 11/19/19 | Review docket and additional interim fee applications | 445.00 | 1.00 | 445.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| McClamb,C.D. | 11/19/19 | Emails re: issues uploading fee information | 445.00 | 0.20 | 89.00 |
| Daluz,T.M. | 11/19/19 | Finalize Stout Risius report. | 895.00 | 2.00 | 1,790.00 |
| Kearney,B.N. | 11/19/19 | Continue work on draft of second preliminary fee report and exhibits (Paul Weiss) | 335.00 | 0.30 | 100.50 |
| Neitzel,K.N. | 11/19/19 | Troubleshoot ShareFile link requesting upload of fee data and create new link to be distributed | 350.00 | 0.40 | 140.00 |
| Marriott, III,V.J. | 11/19/19 | Attend to issues re: uploading of firm fee data | 985.00 | 0.30 | 295.50 |
| McClamb,C.D. | 11/20/19 | Phone call with P. Harner re: status of review and additional fee applications | 445.00 | 0.30 | 133.50 |
| McClamb,C.D. | 11/20/19 | Email with T. Daluz re: status of review and additional fee applications | 445.00 | 0.30 | 133.50 |
| McClamb,C.D. | 11/20/19 | Emails with T. Daluz, P. Harner and V. Marriott re: review of expenses | 445.00 | 0.30 | 133.50 |
| Greenfield,M.G. | 11/20/19 | Review of Akin fee and entries and expenses for period covering March through June, creation of corresponding exhibits, drafting of second report, review of second interim fee application. | 445.00 | 6.00 | 2,670.00 |
| Kearney,B.N. | 11/20/19 | Work on draft of fee report and exhibits (Weil Gotshal) | 335.00 | 1.80 | 603.00 |
| Kearney,B.N. | 11/20/19 | Work on draft of fee report and exhibits (Paul Weiss) | 335.00 | 6.10 | 2,043.50 |
| Daluz,T.M. | 11/20/19 | Review Stout Risius fee application regarding expense deductions. | 895.00 | 0.30 | 268.50 |
| Daluz,T.M. | 11/20/19 | Review FTI fee application regarding expense deductions. | 895.00 | 0.30 | 268.50 |
| Daluz,T.M. | 11/20/19 | Call with C. Jimenez regarding Stout Risius. | 895.00 | 0.50 | 447.50 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Daluz,T.M. | 11/20/19 | Review and comment on revised FTI preliminary report. | 895.00 | 3.00 | 2,685.00 |
| Daluz,T.M. | 11/20/19 | Correspondence with V. Marriott regarding Fee Examiner's position on certain expense related issues. | 895.00 | 0.30 | 268.50 |
| Jimenez,C. | 11/20/19 | Review and revise Stout Risius report (.8); phone call with T. Daluz to discuss preliminary report (.3) | 365.00 | 1.10 | 401.50 |
| Pollard,C.P. | 11/20/19 | Prepare 12 hour billing report for Weil Gotshall - Second Fee Petition | 310.00 | 0.40 | 124.00 |
| Pollard,C.P. | 11/20/19 | Revised Weil Gotshal 12 hour report; prepare Paul Weiss 12 hour report | 310.00 | 0.40 | 124.00 |
| McClamb,C.D. | 11/21/19 | Confer with T. Daluz re: status of fee review, additional applications and adjustments to assignments | 445.00 | 0.40 | 178.00 |
| Pollard,C.P. | 11/21/19 | Prepare report - Akin Gump Second Fee Petition - Time in Excess of 12 hours | 310.00 | 0.20 | 62.00 |
| Kearney,B.N. | 11/21/19 | Work on draft of fee report and exhibits (Paul Weiss) | 335.00 | 2.10 | 703.50 |
| Kearney,B.N. | 11/21/19 | Work on draft of fee report and exhibits (Weil Gotshal) | 335.00 | 3.50 | 1,172.50 |
| Greenfield,M.G. | 11/21/19 | Call with T. Daluz regarding revisions to preliminary report (.3); review of fee entires and expenses, revisions to exhibits, revisions to preliminary report (2.1). | 445.00 | 2.40 | 1,068.00 |
| Daluz,T.M. | 11/21/19 | Correspondence with V. Marriott and P. Harner regarding treatment of certain expenses in fee applications. | 895.00 | 0.20 | 179.00 |
| Daluz,T.M. | 11/21/19 | Review Alvarez fee application. | 895.00 | 0.30 | 268.50 |
| Daluz,T.M. | 11/21/19 | Meeting with C. McClamb regarding additional fee applications filed by ordinary course professionals. | 895.00 | 0.40 | 358.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Daluz,T.M. | 11/21/19 | FTI conference with M. Greenfield. | 895.00 | 1.00 | 895.00 |
| Greenfield,M.G. | 11/21/19 | Review of Akin fee entires and expenses (1.5); creation of and revisions to exhibits (1.0); drafting of preliminary report to second fee application (1.0). | 445.00 | 3.50 | 1,557.50 |
| Daluz,T.M. | 11/21/19 | Review and revise Deloitte Tax report. | 895.00 | 2.50 | 2,237.50 |
| Daluz,T.M. | 11/21/19 | Review Deloitte tax fee application. | 895.00 | 0.30 | 268.50 |
| Kearney,B.N. | 11/22/19 | Work on draft of fee report and exhibits (Weil Gotshal) | 335.00 | 2.00 | 670.00 |
| Kearney,B.N. | 11/22/19 | Work on draft of fee report and exhibits (Paul Weiss) | 335.00 | 0.90 | 301.50 |
| Kearney,B.N. | 11/22/19 | Revise and reformat draft fee report exhibits for Paul Weiss and Weil Gotshal fee reports | 335.00 | 2.00 | 670.00 |
| Daluz,T.M. | 11/22/19 | Review and revise Alvarez report. | 895.00 | 3.50 | 3,132.50 |
| Daluz,T.M. | 11/22/19 | Review and revise Deloitte Tax report. | 895.00 | 2.50 | 2,237.50 |
| Greenfield,M.G. | 11/22/19 | Revise FTI exhibits and preliminary report, review of interim fee application | 445.00 | 0.80 | 356.00 |
| Greenfield,M.G. | 11/22/19 | Review Akin fee application, review Akin fees and expenses, drafting of preliminary report to second fee application | 445.00 | 2.40 | 1,068.00 |
| Salah,M. | 11/22/19 | Analyze correspondence from T. Daluz re: revisions to the preliminary report and cross reference with data reports. | 415.00 | 1.20 | 498.00 |
| Salah,M. | 11/22/19 | Conference call with T. Daluz to discuss revisions to the preliminary report and data reports. | 415.00 | 1.50 | 622.50 |
| Jimenez,C. | 11/23/19 | Revise Stout Risius preliminary report along with exhibits | 365.00 | 2.30 | 839.50 |
| Jimenez,C. | 11/24/19 | Review second fee applications of Stout Risius and Young Conaway | 365.00 | 1.40 | 511.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Daluz,T.M. | 11/25/19 | Review revised FTI exhibit. | 895.00 | 1.00 | 895.00 |
| Greenfield,M.G. | 11/25/19 | Revisions to fee and expense exhibits (.5); review of expenses and fees (.5); drafting of revised preliminary report (.5). | 445.00 | 1.50 | 667.50 |
| Greenfield,M.G. | 11/25/19 | Review and revisions to Akin time over 12 hours exhibit, revisions to preliminary report | 445.00 | 0.70 | 311.50 |
| Marriott, III,V.J. | 11/25/19 | Review status of second Akin preliminary report | 985.00 | 0.30 | 295.50 |
| Jimenez,C. | 11/25/19 | Review Stout Risius time entries for second interim fee application to generate exhibits for preliminary report | 365.00 | 0.80 | 292.00 |
| Marriott, III,V.J. | 11/25/19 | Review correspondence re: Akin response to first preliminary report | 985.00 | 0.20 | 197.00 |
| Daluz,T.M. | 11/26/19 | Revise FTI report. | 895.00 | 2.50 | 2,237.50 |
| Daluz,T.M. | 11/26/19 | Finalize changes to Stout Risius report. | 895.00 | 1.50 | 1,342.50 |
| Daluz,T.M. | 11/26/19 | Revise Deloitte Tax report. | 895.00 | 1.50 | 1,342.50 |
| Marriott, III,V.J. | 11/26/19 | Review Akin response to first preliminary report | 985.00 | 0.40 | 394.00 |
| Jimenez,C. | 11/26/19 | Review fee entries for Young Conaway second interim fee application | 365.00 | 2.10 | 766.50 |
| Greenfield,M.G. | 11/26/19 | Review of FTI fees and expenses (1.0); creation and revisions to exhibits for FTI preliminary report for first fee application (.3); revisions to preliminary report (.5); review of second fee application (1.0); drafting of preliminary report to second fee application (.9). | 445.00 | 3.70 | 1,646.50 |
| Greenfield,M.G. | 11/27/19 | Revisions to preliminary report | 445.00 | 0.40 | 178.00 |
| Marriott, III,V.J. | 11/27/19 | Conference with P. Harner and Weil re: first preliminary report | 985.00 | 0.40 | 394.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Marriott, III,V.J. | 11/27/19 | Review Deloitte first preliminary report | 985.00 | 0.40 | 394.00 |
| Daluz,T.M. | 11/27/19 | Revise Alvarez report. | 895.00 | 2.00 | 1,790.00 |
| McClamb,C.D. | 11/27/19 | Email from S. Weiner re: issues uploading fee information | 445.00 | 0.10 | 44.50 |
| Salah,M. | 11/27/19 | Review and edit preliminary report for Deloitte Tax. | 415.00 | 0.70 | 290.50 |
| Jimenez,C. | 11/27/19 | Review expense entries for Young Conaway second interim fee application (2.3); review time entries for Young Conaway second interim fee application (1.9) | 365.00 | 4.20 | 1,533.00 |
| Greenfield,M.G. | 11/29/19 | Review of FTI fee and expenses for period from March through June for preliminary report to second fee application | 445.00 | 1.70 | 756.50 |
| **Total B170** | | | | **159.20** | **$86,619.50** |
| | | **Total Fees** | | **163.30** | **88,669.00** |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| **Task: B160 - Fee/Employment Applications** | | | |
| McClamb,C.D. | 445.00 | 3.60 | 1,602.00 |
| Daluz,T.M. | 895.00 | 0.50 | 447.50 |
| **Total Task: B160** | | **4.10** | **$2,049.50** |
| **Task: B170 - Fee/Employment Objections** | | | |
| Kearney,B.N. | 335.00 | 35.80 | 11,993.00 |
| McClamb,C.D. | 445.00 | 25.30 | 11,258.50 |
| Jimenez,C. | 365.00 | 12.00 | 4,380.00 |
| Pollard,C.P. | 310.00 | 2.30 | 713.00 |
| Neitzel,K.N. | 350.00 | 0.80 | 280.00 |
| Greenfield,M.G. | 445.00 | 31.80 | 14,151.00 |
| Salah,M. | 415.00 | 4.80 | 1,992.00 |

|  | Rate | Hours | Amount |
|---|---:|---:|---:|
| Daluz,T.M. | 895.00 | 42.80 | 38,306.00 |
| Marriott, III,V.J. | 985.00 | 3.60 | 3,546.00 |
| **Total Task: B170** |  | **159.20** | **$86,619.50** |
| **Total Fees** |  | **163.30** | **$88,669.00** |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---:|---:|---:|
| Daluz,T.M. | 895.00 | 43.30 | 38,753.50 |
| Marriott, III,V.J. | 985.00 | 3.60 | 3,546.00 |
| Greenfield,M.G. | 445.00 | 31.80 | 14,151.00 |
| Jimenez,C. | 365.00 | 12.00 | 4,380.00 |
| Kearney,B.N. | 335.00 | 35.80 | 11,993.00 |
| McClamb,C.D. | 445.00 | 28.90 | 12,860.50 |
| Salah,M. | 415.00 | 4.80 | 1,992.00 |
| Neitzel,K.N. | 350.00 | 0.80 | 280.00 |
| Pollard,C.P. | 310.00 | 2.30 | 713.00 |
| **Total Fees** |  | **163.30** | **$88,669.00** |

| **Total Current Charges:** | **$88,669.00** |
|---|---:|

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

## REMITTANCE ADVICE

| | | |
|---|---|---|
| Client: | 071820.03 | Sears Fee Examiner |
| Matter: | 00317415 | Fee and Expense Review and Reporting |
| Invoice No.: | 20191201857 | |
| Date: | December 9, 2019 | |

| | |
|---|---:|
| Fee Amount | $88,669.00 |
| **TOTAL AMOUNT DUE** | **$88,669.00** |

**Please return this page with your remittance to the above address.**
**Payment may also be made by wire transfer to our account.**

| | |
|---|---|
| **Bank:** | **PNC Bank, NA** |
| **ABA No.:** | **031 0000 53** |
| **Account No.:** | **85-3131-7345** |
| **Account Name:** | **Ballard Spahr LLP** |

**Please indicate on wire transfer the invoice number stated above.**