**Exhibit C**

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

Invoice Date: December 9, 2019
Invoice No.: 20191203343

Paul E. Harner
Harner, Paul E., Fee Examiner in Sears Chapter II Cases
1675 Broadway, 19th Floor
New York, NY  10019

Client:   Harner, Paul E., Fee Examiner in Sears Chapter II Cases  (071820.02)
Matter:   Fee Examiner Activities  (00315861)

FOR PROFESSIONAL SERVICES RENDERED through November 30, 2019

**INVOICE SUMMARY**

FEES

DISBURSEMENTS
| | |
|---|---:|
| Air/Rail Expense | $525.00 |
| Business Meals | $197.79 |
| Travel Expenses | $69.00 |
| Total Disbursements | $791.79 |
| Total Current Charges | $791.79 |
| **TOTAL AMOUNT DUE** | **$791.79** |

**DISBURSEMENT DETAILS**

| Date | Description | Amount |
|---|---|---|
| 10/22/19 | Business Meals P. Harner and V. Marriott - DINNER MEETING | 40.00 |
| 10/22/19 | Travel Expenses travel to/from train station | 69.00 |
| 10/23/19 | Business Meals Lunch meeting for P. Harner and V. Marriott | 40.00 |
| 10/24/19 | Air/Rail Expense Paul Harner - Invoice # C2FB475A3DF44D6983AB - SEARS EXPENSES travel to/from NY | 525.00 |
| 10/28/19 | Business Meals Lunch meeting with V. Marriott and attorneys from Paul Weiss and Weil Gotchal (6 people) | 117.79 |
| | **Total Disbursements** | **$791.79** |

**DISBURSEMENT SUMMARY**

| Description | Amount |
|---|---|
| Air/Rail Expense | 525.00 |
| Business Meals | 197.79 |
| Travel Expenses | 69.00 |
| **Total Disbursements** | **$791.79** |
| **Total Current Charges:** | **$791.79** |

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

## REMITTANCE ADVICE

| | | |
|---|---|---|
| Client: | 071820.02 | Harner, Paul E., Fee Examiner in Sears Chapter II Cases |
| Matter: | 00315861 | Fee Examiner Activities |
| Invoice No.: | 20191203343 | |
| Date: | December 9, 2019 | |

| | |
|---|---:|
| Disbursement Amount | $791.79 |
| **TOTAL AMOUNT DUE** | **$791.79** |

**Please return this page with your remittance to the above address.
Payment may also be made by wire transfer to our account.**

| | |
|---|---|
| Bank: | PNC Bank, NA |
| ABA No.: | 031 0000 53 |
| Account No.: | 85-3131-7345 |
| Account Name: | **Ballard Spahr LLP** |

**Please indicate on wire transfer the invoice number stated above.**