## Exhibit D

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

Invoice Date: December 9, 2019
Invoice No.: 20191201858

Paul E. Harner
1675 Broadway
New York, NY  10019

Client:   Sears Fee Examiner  (071820.03)
Matter:   Fee and Expense Review and Reporting  (00317415)

FOR PROFESSIONAL SERVICES RENDERED through November 30, 2019

**INVOICE SUMMARY**

FEES

DISBURSEMENTS
| | |
|---|---|
| Air/Rail Expense | $358.00 |
| Delivery Service | $21.85 |
| Professional Services | $219.00 |
| Travel Expenses | $786.49 |
| Total Disbursements | $1,385.34 |
| Total Current Charges | $1,385.34 |
| **TOTAL AMOUNT DUE** | **$1,385.34** |

**DISBURSEMENT DETAILS**

| Date | Description | Amount |
|---|---|---:|
| 10/08/19 | Professional Services VISA_1119_9166_07 - COURTCALL *10096766: Court Appearance | 219.00 |
| 10/22/19 | Air/Rail Expense Vincent Marriott - Invoice # 1A5704ACDA14487DADAF - Client travel to NY | 156.00 |
| 10/23/19 | Delivery Service FedEx Invoice #: 682609420, 11/01/2019, Tracking #: 780462588008, Paul E Harner | 21.85 |
| 10/23/19 | Travel Expenses Vincent Marriott - Invoice # 1A5704ACDA14487DADAF - 2 night hotel stay at Courtyard Marriott in NY | 748.23 |
| 10/24/19 | Travel Expenses Vincent Marriott - Invoice # 1A5704ACDA14487DADAF - Client travel from train station | 38.26 |
| 10/24/19 | Air/Rail Expense Vincent Marriott - Invoice # 1A5704ACDA14487DADAF - Client travel to Philadelphia | 202.00 |
| | **Total Disbursements** | **$1,385.34** |

**DISBURSEMENT SUMMARY**

| Description | Amount |
|---|---:|
| Air/Rail Expense | 358.00 |
| Delivery Service | 21.85 |
| Professional Services | 219.00 |
| Travel Expenses | 786.49 |
| **Total Disbursements** | **$1,385.34** |
| **Total Current Charges:** | **$1,385.34** |

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

## REMITTANCE ADVICE

| | | |
|---|---|---|
| Client: | 071820.03 | Sears Fee Examiner |
| Matter: | 00317415 | Fee and Expense Review and Reporting |
| Invoice No.: | 20191201858 | |
| Date: | December 9, 2019 | |

| | |
|---|---|
| Disbursement Amount | $1,385.34 |
| **TOTAL AMOUNT DUE** | **$1,385.34** |

**Please return this page with your remittance to the above address.**
**Payment may also be made by wire transfer to our account.**

| | |
|---|---|
| Bank: | PNC Bank, NA |
| ABA No.: | 031 0000 53 |
| Account No.: | 85-3131-7345 |
| Account Name: | **Ballard Spahr LLP** |

**Please indicate on wire transfer the invoice number stated above.**