HERRICK, FEINSTEIN, LLP
Two Park Avenue
New York, New York 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500
Sean E. O'Donnell
Stephen B. Selbst
Steven B. Smith

*Special Conflicts Counsel to the Official Committee of*
*Unsecured Creditors of Sears Holdings Corporation, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors[1] | (Jointly Administered) |

------------------------------------------------------------ x

**FOURTH COMBINED MONTHLY FEE STATEMENT OF HERRICK,**
**FEINSTEIN LLP FOR PROFESSIONAL SERVICES RENDERED AND**
**DISBURSEMENTS INCURRED AS SPECIAL CONFLICTS COUNSEL TO THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF**
**SEPTEMBER 1, 2019 THROUGH OCTOBER 31, 2019**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); Sears Brands Management Corporation (5365); and SRE Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179

| | |
|---|---|
| Name of Applicant: | Herrick, Feinstein LLP |
| Authorized to Provide Professional Services To: | Special Conflicts Counsel to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al.* |
| Date of Retention: | March 22, 2019 *nunc pro tunc* to January 2, 2019 |
| Period for Which Compensation and Reimbursement Is Sought: | September 1, 2019 through October 31, 2019 |
| Combined Monthly Fees Incurred: | $87,411.50 |
| 20% Holdback: | $17,482.30 |
| Total Compensation Less 20% Holdback: | $69,929.20 |
| Combine Monthly Expenses Incurred: | $253.82 |
| Total Combine Fees and Expenses Requested: | $70,183.02 |

This is a __x__ monthly ___ interim ___ final application

Herrick Feinstein LLP ("Herrick Feinstein"), special conflicts counsel to the Official Committee of Unsecured Creditors (the "Creditors' Committee") of Sears Holding Corporation and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby respectfully submits this statement of fees and disbursements (the "Fourth Combined Monthly Fee Statement") covering the period from September 1, 2019 through and including October 31, 2019 (the "Compensation Period") in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Interim Compensation Order") [ECF No. 796]. By the Fourth Combined Monthly Fee Statement, and after taking into account certain voluntary discounts and reductions,[2] Herrick Feinstein requests (a) interim allowance and payment of compensation in the amount of $69,929.20 (80% of $87,411.50) for

---

[2] The total amount sought for fees and expenses ($69,929.20) reflects voluntary reductions for the Compensation Period of $17,482.30 in fees and $253.82 in expenses.

HF 13044745v.1

fees on account of reasonable and necessary professional services rendered to the Creditors' Committee by Herrick Feinstein, and (b) reimbursement of actual and necessary costs and expenses in the amount of $253.82 incurred by Herrick Feinstein during the Compensation Period.

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Herrick Feinstein professional and paraprofessional that provided services to the Creditors' Committee during the Compensation Period.  The rates charged by Herrick Feinstein for services rendered to the Creditors' Committee are the same rates that Herrick Feinstein charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Herrick Feinstein professionals and paraprofessionals in rendering services to the Creditors' Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Herrick Feinstein professional and paraprofessionals that provided services to the Creditors' Committee during the Compensation Period.

## EXPENSES INCURRED
## DURING THE COMPENSATION PERIOD

**Exhibit D** sets for a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Herrick Feinstein in connection with services rendered to the Creditors' Committee during the Compensation Period.

**Exhibit E** sets forth a complete itemization of disbursements incurred by Herrick Feinstein in connection with services rendered to the Creditors' Committee during the Compensation Period.

HF 13044745v.1

## NOTICE AND OBJECTION PROCEDURES

Notice of this Fourth Combined Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Mohsin Y. Meghji (email: mmeghji@miiipartners.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email:jacqueline.marcus@weil.com), Garrett A. Fail (email: garrettlail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); (iv) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email:paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com); (v) Paul E. Harner, fee examiner, 1675 Broadway, New York, NY 10019 (e-mail: harnerp@ballardspahr.com); (vi) counsel to the fee examiner, Ballard Spahr LLP, 1675 Broadway, New York, NY 10019, Attention: Vincent J. Marriott (e-mail: marriott@ballardspahr.com) and Tobey M. Daluz (e-mail: dalurt@ballardspahr.com); and (vi) counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036, Attention: Philip C. Dublin (email: pdublin@akingump.com), Ira S. Dizengoff (email: idizengoff@akingump.com) and Sara Lynne Brauner (email: sbrauner@akingump.com), (collectively, the "Notice Parties").

Objections to this Fourth Combined Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **December 25, 2019**

4

(the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

If no objections to this Fourth Combined Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

If an objection to this Fourth Combined Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fourth Combined Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

*[Remainder of page left blank intentionally]*

5

Dated: New York, New York
      December 10, 2019

HERRICK FEINSTEIN LLP

By: */s/ Stephen B. Selbst*
      Sean E. O'Donnell
      Stephen B. Selbst
      Steven B. Smith
      Two Park Avenue
      New York, NY 10016
      Telephone: (212) 592-1400
      Facsimile: (212) 592-1500
Email: sodonnell@herrick.com
      sselbst@herrick.com
      ssmith@herrick.com

*Special Conflicts Counsel to the Official*
*Committee of Unsecured Creditors of Sears*
*Holdings Corporation, et al.*

HF 13044745v.1

## Exhibit A

## Timekeeper Summary

| PARTNERS | DEPARTMENT | YEAR OF BAR ADMISSION | RATE ($) | HOURS | AMOUNT ($) |
|---|---|---|---|---|---|
| Sean O'Donnell | Litigation | 1998 | 985.00 | 8.10 | 7,978.50 |
| David R. King | Litigation | 1999 | 875.00 | 23.30 | 20,387.50 |
| **Total Partners** | | | | **31.40** | **28,366.00** |

| COUNSEL | DEPARTMENT | YEAR OF BAR ADMISSION | RATE ($) | HOURS | AMOUNT ($) |
|---|---|---|---|---|---|
| Steven B. Smith | Restructuring & Bankruptcy | 2001 | 725.00 | 21.30 | 15,442.50 |
| Michelle M. Sekowski | Litigation | 2005 | 675.00 | 5.00 | 3,375.00 |
| Christopher Carty | Restructuring & Bankruptcy | 2010 | 610.00 | 60.40 | 36,844.00 |
| **Total Counsel** | | | | **86.70** | **55,661.50** |

| PARALEGALS/ NON-LEGAL STAFF | DEPARTMENT | RATE ($) | HOURS | AMOUNT ($) |
|---|---|---|---|---|
| Larisa Poretsky | Litigation | 360.00 | 8.70 | 3,132.00 |
| Anthony DeLeon | Litigation Support | 360.00 | 0.70 | 252.00 |
| **Total Paralegals/ Non-Legal Staff** | | | **9.40** | **3,384.00** |
| **Total Hours/Fees Requested** | | | **127.50** | **$87,411.50** |

| ALL PROFESSIONALS | BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|
| Partners and Counsel | 711.50 | 118.1 | 84,027.50 |
| Paralegals/Non-Legal Staff | 360.00 | 9.4 | 3,384.00 |
| Blended Timekeeper Rate | 685.58 | | |
| **Total Fees Incurred** | | **127.50** | 87,411.50 |

## Exhibit B

## Task Code Summary

| Task Code | HOURS | AMOUNT ($) |
|---|---|---|
| Case Administration - B110 | 8.80 | 6,225.00 |
| Asset Analysis and Recovery - B120 | 83.30 | 57,303.00 |
| Asset Disposition - B130 | .20 | 135.00 |
| Meetings of & Communications w/Creditors -B150 | .30 | 217.50 |
| Fee/Employment Applications - B160 | 9.30 | 3,567.00 |
| Assumption/Rejection of Leases/Contracts- B185 | 1.3 | 942.50 |
| Contested Matters (exclu. assumption/rejection) - B190 | 18.90 | 13,702.50 |
| General Bankruptcy Advice/Opinions - B410 | 5.40 | 5,319.00 |
| | | |
| **Total** | **127.50** | **87,411.50** |

## Exhibit C

**Itemized Fees**



Re:  **Sears Bankruptcy**

Bill Number: 348033
File Number: 19609-0001
Page 2

## LEGAL SERVICES

| Date | Timekeeper | Task | Description | Time |
|------|-----------|------|-------------|------|
| 09/03/19 | C. Carty | B110 | Analyze issues related to potential conflict re Cyrus and draft e-mail re same. | 1.10 |
| 09/03/19 | D. King | B120 | Review CI document production, conf. w/ Sekowski re:  same | 2.60 |
| 09/03/19 | L. Poretsky | B160 | Discuss with Steve Smith status of the third fee statement and first fee application (.4); continue to draft and revise third fee statement and first fee application (1.4) | 1.80 |
| 09/04/19 | D. King | B120 | Update O'Donnell re:  status, emails re: same (.4); Confer w. S. Smith, M. Sekowski re: next steps (.4); review CI documents (1.3) | 2.10 |
| 09/04/19 | M. Sekowski | B120 | Conf. with D. King and S. Smith re: analysis of common interest materials and strategy for same. | .20 |
| 09/04/19 | S. O'Donnell | B110 | Coordinate motion to compel | .20 |
| 09/04/19 | S. O'Donnell | B110 | Conflict clearance  RE C. CARTY | .20 |
| 09/04/19 | S. O'Donnell | B410 | Doc review re priv papers | .90 |
| 09/04/19 | S. O'Donnell | B410 | Update to Akin | .20 |
| 09/04/19 | S. Smith | B190 | O/C with D. King and M. Sekowski re CI docs and next steps. | .20 |
| 09/05/19 | D. King | B120 | Review CI documents in preparation for team call re:  same (3.0); emails re: CI documents, next steps | 3.20 |

# HERRICK

Re:    **Sears Bankruptcy**

Bill Number: 348033
File Number: 19609-0001
Page 3

| Date | Name | Code | Description | Hours |
|---|---|---|---|---|
| 09/05/19 | L. Poretsky | B160 | Follow up on a status of the July bill; continue to draft first fee application | 1.20 |
| 09/05/19 | S. O'Donnell | B110 | Coordinate conflict clearance w/ Cyrus re Carty | .50 |
| 09/05/19 | S. O'Donnell | B410 | Coordinate Motion To Compel analysis and depo strategies | .50 |
| 09/05/19 | S. Smith | B190 | Review of CI docs and discussions with D. King and M. Sekowski re same. | .80 |
| 09/06/19 | D. King | B120 | Review CI docs, files re: original auction events | .80 |
| 09/06/19 | S. Smith | B190 | Review hard copies of docs produced by Strock and Quinn. | 1.00 |
| 09/09/19 | C. Carty | B110 | Review and analyze background materials related to investigation. | 1.50 |
| 09/09/19 | D. King | B120 | Prepare for CI meeting w/ O'Donnell | 1.90 |
| 09/09/19 | S. Smith | B190 | Review hard copies of documents produced by Quinn and Strock and prepare timeline re same. | 2.00 |
| 09/10/19 | C. Carty | B110 | Meet with Sears team regarding investigation status; review background materials. | 1.50 |
| 09/10/19 | D. King | B120 | Conf. call w. S. Smith to go over CI document issues (.6); Prepare for call w/ S. O'Donnell, call on CI document issues (.6) | 1.20 |
| 09/10/19 | M. Sekowski | B110 | Conf. with D. King re: common interest analysis and case strategy. | .20 |

# HERRICK

Re:    **Sears Bankruptcy**

Bill Number: 348033
File Number: 19609-0001
Page 4

| Date | Name | Code | Description | Hours |
|---|---|---|---|---|
| 09/10/19 | S. O'Donnell | B410 | Strategy and analysis and team meeting re Motion To Compel and depos | 1.50 |
| 09/10/19 | S. O'Donnell | B410 | Plan and prepare for strategy and analysis and team meeting re Motion To Compel and depos | .50 |
| 09/10/19 | S. Smith | B190 | (i) Review hard copies of documents produced by Stroock and Quin, (ii) T/C with D. King re doc review and analysis and (iii) O/C with S. O'Donnell and D. King. | 3.00 |
| 09/12/19 | S. O'Donnell | B110 | Coordinate Motion To Compel | .50 |
| 09/13/19 | D. King | B120 | Emails re: call w/ Consortium lawyers | .30 |
| 09/13/19 | M. Sekowski | B120 | Review correspondence from S. Smith re: draft correspondence to counsel for OCO and OZ on common interest issue. | .10 |
| 09/13/19 | S. O'Donnell | B410 | Meet and confer re: Motion To Compel | .20 |
| 09/13/19 | S. O'Donnell | B410 | Motion To Compel | .30 |
| 09/13/19 | S. Smith | B190 | (i) Prepare email for counsel to OCO and OZ re meet and confer and (ii) discussions with D. King re same. | .50 |
| 09/16/19 | D. King | B120 | Attn to CI document dispute | .70 |
| 09/16/19 | M. Sekowski | B120 | Attention to transmission of correspondence to K. Pasquale and A. Corkhill re: continued meet and confer. | .10 |

# HERRICK

| Re: | **Sears Bankruptcy** | | | Bill Number: 348033 |
| --- | --- | --- | --- | --- |
| | | | | File Number: 19609-0001 |
| | | | | Page 5 |

| 09/16/19 | M. Sekowski | B120 | Miscellaneous correspondence with K. Pasquale, S. Smith, and D. King re: continued meet and confer. | .20 |
| --- | --- | --- | --- | --- |
| 09/16/19 | M. Sekowski | B120 | Correspondence and conf. with D. King and S. Smith re: common interest analysis and continued meet and confer. | .20 |
| 09/16/19 | S. Smith | B190 | Follow up review of meet and confer request and exchange emails with D. King and M. Sekowski re same. | .50 |
| 09/17/19 | D. King | B120 | Attn to CI document dispute | .30 |
| 09/17/19 | L. Poretsky | B160 | Conference with Steve Smith to strategies regarding filing of the third combined fee statement and fee application (.4); request and analyze drafts of the June and July invoices and submit to Steve Smith for review and approval (.5) | .90 |
| 09/17/19 | M. Sekowski | B120 | Correspondence with S. Smith and D. King re: preparation for upcoming meet and confer. | .10 |
| 09/17/19 | S. Smith | B190 | Exchange emails with D. King and M. Sekowski re follow up meet & confer with counsel for OCO and OZ. | .10 |
| 09/18/19 | D. King | B120 | Prep for, participate on meet and confer call re: CI docs (.9); attn to identifying CI docs in dispute (1.2) | 2.10 |
| 09/18/19 | M. Sekowski | B110 | Telephone confs. with D. King and S. Smith re: common interest dispute and strategy for same. | .30 |

# HERRICK

Re:    **Sears Bankruptcy**

Bill Number: 348033
File Number: 19609-0001
Page 6

| 09/18/19 | M. Sekowski | B110 | Telephone conf. with counsel for OCO and OZ re: common interest dispute. | .30 |
|---|---|---|---|---|
| 09/18/19 | S. O'Donnell | B410 | Coordinate meet and confer re: COMMON interst dispute. | .50 |
| 09/18/19 | S. Smith | B190 | (i) Prepare for and lead meet & confer conference with counsel for OCO and OZ and (ii) follow up T.C with Herrick team re next steps. | 1.00 |
| 09/19/19 | D. King | B120 | Review Quinn and Stroock CI docs to prepare final demand re: production | 2.30 |
| 09/19/19 | S. Smith | B110 | Follow up emails with E. Reimer at Milbank, counsel for Cyrus, re conflict discussion. | .20 |
| 09/20/19 | D. King | B120 | Draft email to Stroock and Quinn re:  CI documents | 1.90 |
| 09/20/19 | L. Poretsky | B160 | Analyze S. Smith revisions to June and July invoices and revise my time accordingly (.6); submit to billing department to finalize invoices (.2) | .80 |
| 09/20/19 | M. Sekowski | B110 | Miscellaneous correspondence with S. King and S. Smith re: common interest documents and correspondence to OCO and OZ. | .20 |
| 09/20/19 | M. Sekowski | B110 | Review miscellaneous correspondence from A. Corkill, K. Pasquale, and S. O'Donnell re: response on common interest document proposal. | .20 |

# HERRICK

Re:    **Sears Bankruptcy**                                          Bill Number: 348033
                                                                     File Number: 19609-0001
                                                                     Page 7

| Date | Name | Code | Description | Hours |
|---|---|---|---|---|
| 09/20/19 | S. Smith | B190 | (i) T/C with E. Reimer at Milbank re conflict and questions re document production and (ii) circulate update email to Herrick team re same. | .50 |
| 09/20/19 | S. Smith | B190 | Finalize and send out email to counsel for OCO and Och Ziff re production of requested CI docs. | .50 |
| 09/20/19 | S. Smith | B190 | Follow up T/C with counsel for Cyrus re conflict and send email to Herrick team re same. | .20 |
| 09/23/19 | C. Carty | B120 | Review and analyze prior work product related to Sears investigation. | 1.20 |
| 09/23/19 | D. King | B120 | Follow up re: CI doc proposals (.6); conf. w/ O'Donnell and Carty to discuss claims (.4); emails w/ team re: Carty (.2) | 1.20 |
| 09/23/19 | L. Poretsky | B160 | Follow up on a status of the invoice for the period from June 1, 2019 through August 31, 2019 (.2); revise third combined fee statement (.5) | .70 |
| 09/23/19 | M. Sekowski | B120 | Correspondence with D. King and S. O'Donnell re: materials for C. Carty. | .10 |
| 09/23/19 | M. Sekowski | B120 | Telephone conf. and correspondence with S. Smith re: materials for C. Carty. | .20 |
| 09/23/19 | M. Sekowski | B120 | Correspondence with S. Smith and C. Carty re: background materials. | .20 |

# HERRICK

| | | | | |
|---|---|---|---|---|
| Re: | **Sears Bankruptcy** | | Bill Number: 348033 | |
| | | | File Number: 19609-0001 | |
| | | | Page 8 | |

| | | | | |
|---|---|---|---|---|
| 09/23/19 | S. O'Donnell | B110 | Coordinate discovery and Motion To Compel common interest dispute | .40 |
| 09/23/19 | S. O'Donnell | B110 | Confer w/ team re discovery and Motion To Compel common interest dispute | .40 |
| 09/23/19 | S. O'Donnell | B410 | Doc review re discovery and Motion To Compel common interest dispute | .30 |
| 09/23/19 | S. Smith | B190 | Prepare materials for Chris Carty and t/c with M. Sekowski re same. | .50 |
| 09/23/19 | S. Smith | B190 | Update timeline based upon review of CI docs. | 2.00 |
| 09/24/19 | D. King | B120 | Follow up re: Carty/conflict issue with Cyrus. | .30 |
| 09/24/19 | M. Sekowski | B120 | Correspondence with D. King re: background materials. | .10 |
| 09/24/19 | S. Smith | B160 | Coordinate preparation of third consolidated monthly fee statement. | .30 |
| 09/25/19 | S. O'Donnell | B410 | Confer w/ team re proffer and dep and Motion To Compel common interest dispute coordination | .50 |
| 09/26/19 | L. Poretsky | B160 | Follow up on a status of the invoices in connection to the third fee statement | .40 |
| 09/27/19 | M. Sekowski | B120 | Review correspondence from K. Pasquale re: common interest materials. | .10 |



Re:    **Sears Bankruptcy**                                   Bill Number: 348033
                                                              File Number: 19609-0001
                                                              Page 9

| Date | Name | Code | Description | Hours |
|---|---|---|---|---|
| 09/27/19 | S. Smith | B190 | Review of email response from counsel to Och Ziff re production of CI docs and related analysis. | .50 |
| 09/27/19 | S. Smith | B190 | Follow up revisions to timeline based upon doc production. | .50 |
| 09/30/19 | C. Carty | B120 | Review and analyze background materials and other documents in connection with Rule 2004 investigation. | 2.40 |
| 10/01/19 | C. Carty | B120 | Review and analyze documents produced in connection with Rule 2004 investigation. | 4.80 |
| 10/02/19 | C. Carty | B120 | Review and analyze documents produced in connection with Rule 2004 investigation. | 4.10 |
| 10/02/19 | L. Poretsky | B160 | Review and analyze finalized bill fro July and August and submit request to billing department for combined June, July and August bill | .50 |
| 10/03/19 | C. Carty | B120 | Review and analyze documents produced in connection with Rule 2004 investigation. | 3.10 |
| 10/03/19 | C. Carty | B120 | Draft issues outline related to Rule 2004 investigation. | 1.20 |
| 10/03/19 | D. King | B110 | Follow up re: CI document issues | .40 |
| 10/03/19 | M. Sekowski | B120 | Correspondence with S. Smith and D. King re: response to OCO and OZ on common interest. | .20 |

# HERRICK

Re:   **Sears Bankruptcy**

Bill Number: 348033
File Number: 19609-0001
Page 10

| Date | Name | Code | Description | Hours |
|------|------|------|-------------|-------|
| 10/04/19 | C. Carty | B120 | Review and analyze documents produced in connection with Rule 2004 investigation. | 2.30 |
| 10/04/19 | C. Carty | B120 | Draft issues outline related to Rule 2004 investigation. | 2.50 |
| 10/04/19 | S. Smith | B190 | (i) Analysis of document production and (ii) attention to and review of email from counsel for OCO and Och Ziff re document production. | 1.50 |
| 10/07/19 | C. Carty | B120 | Review and analyze documents produced in connection with Rule 2004 investigation. | 2.20 |
| 10/07/19 | C. Carty | B120 | Review and analyze case filings regarding MTN sale. | 1.30 |
| 10/07/19 | D. King | B120 | Emails re: next steps | .30 |
| 10/07/19 | L. Poretsky | B160 | Review and analyze HF combined invoice for the period June 1 through August 31, 2019; continue to draft third combined fee statement; request itemized expenses report for the same period. | 1.70 |
| 10/07/19 | M. Sekowski | B120 | Review correspondence from S. Smith re: common interest proposal and documents on de-risking transactions. | .10 |
| 10/08/19 | C. Carty | B120 | Review and analyze documents produced in connection with Rule 2004 investigation. | 3.10 |



Re:    **Sears Bankruptcy**

Bill Number: 348033
File Number: 19609-0001
Page 11

| | | | | |
|---|---|---|---|---|
| 10/08/19 | C. Carty | B120 | Research case law related to issues involved in Rule 2004 investigation. | 2.10 |
| 10/08/19 | L. Poretsky | B160 | Review and analyze chart of itemized disbursements for the June, July and August and update exhibits to third fee statement | .70 |
| 10/09/19 | C. Carty | B120 | Review and analyze documents produced in connection with Rule 2004 investigation. | 1.80 |
| 10/09/19 | C. Carty | B120 | Research legal issues related to Rule 2004 investigation. | 1.30 |
| 10/09/19 | M. Sekowski | B120 | Review correspondence from E. Hess re: additional production on de-risking transactions. | .20 |
| 10/09/19 | M. Sekowski | B120 | Correspondence with litigation support re: additional production on de-risking transactions. | .20 |
| 10/10/19 | C. Carty | B120 | Review and analyze documents produced in connection with Rule 2004 investigation. | 1.70 |
| 10/10/19 | C. Carty | B120 | Analyze investigation strategy and draft issues outline. | 2.10 |
| 10/10/19 | D. King | B120 | Follow up re:  supplemental document productions | .30 |
| 10/10/19 | M. Sekowski | B120 | Correspondence with D. King and S. Smith re: additional production. | .10 |
| 10/10/19 | M. Sekowski | B120 | Correspondence with litigation support personal re: additional production and issues with same. | .20 |

# HERRICK

Re:    **Sears Bankruptcy**

Bill Number: 348033
File Number: 19609-0001
Page 12

| Date | Name | Code | Description | Hours |
|---|---|---|---|---|
| 10/10/19 | S. Smith | B190 | Review new document production from OCO. | .80 |
| 10/11/19 | A. DeLeon | B110 | Analyze adversary/third party document production. | .70 |
| 10/11/19 | C. Carty | B120 | Analyze investigation strategy and draft issues outline. | 2.50 |
| 10/11/19 | C. Carty | B120 | Review and analyze documents produced in connection with Rule 2004 investigation. | .70 |
| 10/11/19 | M. Sekowski | B120 | Review correspondence from I. Sasson re: additional production. | .10 |
| 10/11/19 | M. Sekowski | B120 | Review correspondence from S. Smith and A. DeLeon re: additional production. | .10 |
| 10/11/19 | S. Smith | B190 | Follow up review of OCO production and review of OZ additional productions. | .50 |
| 10/14/19 | C. Carty | B120 | Review and analyze documents produced in Rule 2004 investigation; draft issues outline for deposition discovery. | 3.80 |
| 10/14/19 | D. King | B120 | Attn to team planning for next steps in discovery | .30 |
| 10/14/19 | M. Sekowski | B120 | Correspondence with D. King and C. Carty re: case status. | .10 |
| 10/16/19 | C. Carty | B120 | Call with litigation team regarding status of Rule 2004 investigation. | .60 |
| 10/16/19 | C. Carty | B120 | Draft issues outline for deposition discovery. | 2.20 |

# HERRICK

Re:   **Sears Bankruptcy**

Bill Number: 348033
File Number: 19609-0001
Page 13

| | | | | |
|---|---|---|---|---|
| 10/16/19 | D. King | B120 | Conf. call w/ Carty, Smith and Sekowski to discuss next steps; follow up on next steps w/ Carty and Smith | .80 |
| 10/16/19 | M. Sekowski | B120 | Telephone conf. with D. King, C. Carty, and S. Smith re: case status and strategy. | .60 |
| 10/16/19 | M. Sekowski | B130 | Review file re: potential deponents. | .20 |
| 10/16/19 | S. O'Donnell | B120 | Depo prep | .50 |
| 10/16/19 | S. Smith | B190 | T/C with D. King, M. Sekowski and C. Carty re status and next steps. | .60 |
| 10/17/19 | D. King | B120 | Follow up re:  next steps w/ discovery | .30 |
| 10/17/19 | M. Sekowski | B120 | Review correspondence from D. King and C. Carty re: case strategy. | .10 |
| 10/17/19 | S. Smith | B160 | Prepare fee estimate for professional fee committee. | .30 |
| 10/17/19 | S. Smith | B185 | (i) Review follow up production, (ii) O/C with S. O'Donnell and C. Carty re status and research and (iii) attention to email traffic from C. Carty re same. | 1.30 |
| 10/21/19 | C. Carty | B120 | Analyze issues related to Rule 2004 investigation and draft issues outline. | 2.20 |
| 10/23/19 | C. Carty | B120 | Analyze issues related to Rule 2004 investigation and draft issues outline. | 3.70 |



Re:    **Sears Bankruptcy**

Bill Number: 348033
File Number: 19609-0001
Page 14

| Date | Timekeeper | Code | Description | Hours |
|---|---|---|---|---|
| 10/23/19 | S. Smith | B190 | Review of and revisions to timeline and follow up review of docs re same. | 1.00 |
| 10/23/19 | S. Smith | B150 | Exchange emails with Akin Gump re Committee review of consolidated fee statement and follow up review of and revisions to same. | .30 |
| 10/24/19 | C. Carty | B120 | Analyze issues related to Rule 2004 investigation and draft issues outline. | 3.40 |
| 10/24/19 | S. Smith | B190 | Analysis re CDS market and depo prep. | .70 |

**Total**    **$87,411.50**

**LEGAL SERVICES SUMMARY**

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| S. O'Donnell | 8.10 | 985.00 | 7,978.50 |
| D. King | 23.30 | 875.00 | 20,387.50 |
| S. Smith | 21.30 | 725.00 | 15,442.50 |
| M. Sekowski | 5.00 | 675.00 | 3,375.00 |
| C. Carty | 60.40 | 610.00 | 36,844.00 |
| L. Poretsky | 8.70 | 360.00 | 3,132.00 |
| A. DeLeon | .70 | 360.00 | 252.00 |



Re:    **Sears Bankruptcy**

Bill Number: 348033
File Number: 19609-0001
Page 15

**DISBURSEMENTS**

| | |
|---|---:|
| Duplication | 53.82 |
| E-Discovery Data Hosting | 200.00 |
| **Total disbursements** | **$253.82** |



Re:    **Sears Bankruptcy**

Bill Number:  348033
File Number:  19609-0001
Page 16

**TASK BILLING SUMMARY**

|  | Hours | Amount |
|---|---|---|
| **Case Administration - B110** | | |
|  | 8.80 | $6,225.00 |
| **Subtotals** | **8.80** | **$6,225.00** |
| | | |
| **Asset Analysis and Recovery - B120** | | |
|  | 83.30 | $57,303.00 |
| **Subtotals** | **83.30** | **$57,303.00** |
| | | |
| **Asset Deposition - B130** | | |
|  | .20 | $135.00 |
| **Subtotals** | **.20** | **$135.00** |
| | | |
| **Meetings of & Communications w/Creditors - B150** | | |
|  | .30 | $217.50 |
| **Subtotals** | **.30** | **$217.50** |
| | | |
| **Fee/Employment Applications - B160** | | |
|  | 9.30 | $3,567.00 |



Re:    **Sears Bankruptcy**

Bill Number: 348033
File Number: 19609-0001
Page 17

|  | **Subtotals** | **9.30** | **$3,567.00** |
|---|---|---|---|

Assumption/Rejection of Leases/Contracts - B185

|  |  | 1.30 | $942.50 |
|---|---|---|---|
|  | **Subtotals** | **1.30** | **$942.50** |

Contested Matters (exclu. assumption/rejection) - B190

|  |  | 18.90 | $13,702.50 |
|---|---|---|---|
|  | **Subtotals** | **18.90** | **$13,702.50** |

General Bankruptcy Advice/Opinions - B410

|  |  | 5.40 | $5,319.00 |
|---|---|---|---|
|  | **Subtotals** | **5.40** | **$5,319.00** |

## Exhibit D

### Disbursement Summary

| | |
|---|---|
| Duplication | $53.82 |
| E-Discovery Data Hosting | $200.00 |
| **Total** | **$253.82** |

## Exhibit E

### Itemized Disbursement

Cost Recap Summary by CostCode [19609-0001 – Sears Bankruptcy]    Page 1
Client:19609 - Simon Property Group, L.P.    11/20/2019 3:05:34 PM

| CostCode | Worked Amount | Billed Amount | Description |
|---|---|---|---|
| 080 | 53.82 | 53.82 | Printing |
| 115 | 200.00 | 200.00 | E-Discovery Data Hosting Minimum Charge |
| TOTAL | 253.82 | 253.82 | |

Billed and Unbilled Recap Of Cost Detail - [19609-0001 - Sears Bankruptcy]                                                                                          Page 1
Client:19609 - Simon Property Group, L.P.   11/20/2019 3:05:34 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 09/12/2019 | 4464 | Jean Riley | 080 | 4.00 | 0.18 | 0.72 | Printing | 8968809 |
| 11/18/2019 | | Invoice=348033 | | 4.00 | 0.18 | 0.72 | | |
| 09/23/2019 | 1281 | Steven Smith | 080 | 10.00 | 0.18 | 1.80 | Printing | 8078033 |
| 11/18/2019 | | Invoice=348033 | | 10.00 | 0.18 | 1.80 | | |
| 09/30/2019 | 2270 | Marcus Ienaro | 115 | 1.00 | 100.00 | 100.00 | E-Discovery Data Hosting Minimum Charge Case | 8981400 |
| 11/18/2019 | | Invoice=348033 | | 1.00 | 100.00 | 100.00 | ID: 1432722 Case Description: Simon Property Group - Sears Bankruptcy Database Creation Date: 3/27/19 | |
| 10/02/2019 | 0946 | Larisa Poretsky | 080 | 23.00 | 0.18 | 4.14 | Printing | 8982411 |
| 11/18/2019 | | invoice=348033 | | 23.00 | 0.18 | 4.14 | | |
| 10/07/2019 | 0946 | Larisa Poretsky | 080 | 15.00 | 0.18 | 2.70 | Printing | 8984614 |
| 11/18/2019 | | Invoice=348033 | | 15.00 | 0.18 | 2.70 | | |
| 10/07/2019 | 0946 | Larisa Poretsky | 080 | 13.00 | 0.18 | 2.34 | Printing | 8984615 |
| 11/18/2019 | | Invoice=348033 | | 13.00 | 0.18 | 2.34 | | |
| 10/07/2019 | 0946 | Larisa Poretsky | 080 | 33.00 | 0.18 | 5.94 | Printing | 8984616 |
| 11/18/2019 | | Invoice=348033 | | 33.00 | 0.18 | 5.94 | | |
| 10/07/2019 | 1309 | Christopher Carfy | 080 | 24.00 | 0.18 | 4.32 | Printing | 8984617 |
| 11/18/2019 | | Invoice=348033 | | 24.00 | 0.18 | 4.32 | | |
| 10/07/2019 | 1309 | Christopher Carfy | 080 | 20.00 | 0.18 | 3.60 | Printing | 8984618 |
| 11/18/2019 | | Invoice=348033 | | 20.00 | 0.18 | 3.60 | | |
| 10/07/2019 | 1309 | Christopher Carfy | 080 | 28.00 | 0.18 | 5.04 | Printing | 8984619 |
| 11/18/2019 | | Invoice=348033 | | 28.00 | 0.18 | 5.04 | | |
| 10/07/2019 | 1309 | Christopher Carfy | 080 | 40.00 | 0.18 | 7.20 | Printing | 8984620 |
| 11/18/2019 | | Invoice=348033 | | 40.00 | 0.18 | 7.20 | | |
| 10/07/2019 | 1309 | Christopher Carfy | 080 | 27.00 | 0.18 | 4.86 | Printing | 8984621 |
| 11/18/2019 | | Invoice=348033 | | 27.00 | 0.18 | 4.86 | | |
| 10/07/2019 | 1309 | Christopher Carfy | 080 | 16.00 | 0.18 | 2.88 | Printing | 8984622 |
| 11/18/2019 | | Invoice=348033 | | 16.00 | 0.18 | 2.88 | | |
| 10/07/2019 | 1309 | Christopher Carfy | 080 | 14.00 | 0.18 | 2.52 | Printing | 8984623 |
| 11/18/2019 | | Invoice=348033 | | 14.00 | 0.18 | 2.52 | | |
| 10/07/2019 | 1309 | Christopher Carfy | 080 | 18.00 | 0.18 | 3.24 | Printing | 8984624 |
| 11/18/2019 | | Invoice=348033 | | 18.00 | 0.18 | 3.24 | | |
| 10/10/2019 | 1309 | Christopher Carfy | 080 | 14.00 | 0.18 | 2.52 | Printing | 8985963 |
| 11/18/2019 | | Invoice=348033 | | 14.00 | 0.18 | 2.52 | | |
| 10/31/2019 | 7767 | Justin Schultz | 115 | 1.00 | 100.00 | 100.00 | E-Discovery Data Hosting Minimum Charge Case | 8999037 |
| 11/18/2019 | | Invoice=348033 | | 1.00 | 100.00 | 100.00 | ID: 1432722 Case Description: Simon Property Group - Sears Bankruptcy Database Creation Date: 3/27/19 | |
| | | BILLED TOTALS.    WORK: | | | | 253.82 | 17 records | |
| | | BILLED TOTALS:    BILL: | | | | 253.82 | | |
| | | GRAND TOTAL:    WORK. | | | | 253.82 | 17 records | |
| | | GRAND TOTAL:    BILL. | | | | 253.82 | | |