**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SEARS HOLDINGS CORPORATION, *et al.*,[1] | § | Case No. 18-23538 (RDD) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**FEE STATEMENT OF HOULIHAN LOKEY CAPITAL, INC.**
**FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF**
**EXPENSES INCURRED AS INVESTMENT BANKER FOR THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM**
<u>**OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**</u>

| Name of Applicant: | Houlihan Lokey Capital, Inc. | |
|---|---|---|
| **Applicant's Role in Case:** | **Investment Banker for the Official Committee of Unsecured Creditors** | |
| **Date of Retention:** | **December 19, 2018,** *nunc pro tunc* **to October 29, 2018** | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this statement:** | **10/1/19** | **10/31/19** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| Summary of Total Fees and Expenses Requested: | |
|---|---|
| Total fees requested in this statement: | $100,000.00 (80% of $125,000.00) |
| Total expenses requested in this statement: | $0.00 |
| Total fees and expenses requested in this statement (inclusive of holdback amount): | $125,000.00 |
| Summary of Professional Fees Requested: | |
| Total professional fees requested in this statement: | $125,000.00 |

## Summary of Expenses for the Fee Period

| Expense Categories | Amount |
|---|---:|
| Airfare | $0.00 |
| Lodging | 0.00 |
| Ground Transportation | 0.00 |
| Travel and Overtime Meals | 0.00 |
| Travel Telephone and Data | 0.00 |
| Delivery | 0.00 |
| **Total** | **$0.00** |

## Summary of Payment Requested

| Fee Period | Current Fee (Net of Holdback) | Holdback | Expenses | Prepayment | Amount |
|---|---:|---:|---:|---:|---:|
| 10/1-10/31 | $100,000.00 | $25,000.00 | $0.00 | NA | $125,000.00 |
| **Total** | **$100,000.00** | **$25,000.00** | **$0.00** | **NA** | **$125,000.00** |

## Summary of Hours for the Fee Period

| Name of Professional | Position | Amount |
|---|---|---:|
| Saul Burian | Managing Director | 23.0 |
| Eric Siegert | Senior Managing Director | 0.0 |
| Brad Geer | Managing Director | 0.0 |
| Surbhi Gupta | Director | 0.0 |
| Greg Rinsky | Director | 0.0 |
| Tom Hedus | Senior Vice President | 32.5 |
| Ross Rosenstein | Associate | 26.5 |
| Ryan Conroy | Associate | 0.0 |
| John Hartigan | Associate | 37.0 |
| Ahmed Mumtaz | Associate | 0.0 |
| Tanya Wong | Associate | 0.0 |
| Jack Foster | Analyst | 0.0 |
| James Lai | Analyst | 40.5 |
| Natalie Weelborg | Analyst | 0.0 |
| Andrew Felman | Analyst | 0.0 |
| Jenner Currier | Analyst | 0.0 |
| Matthew Stadtmauer | Analyst | 0.0 |
| **Total** | | **159.5** |

**Summary of Hours for the Fee Period**

| Task Category | Amount |
|---|---|
| General Case Administration | 62.5 |
| Correspondence with Debtor and Other Stakeholders | 0.0 |
| Correspondence with Official Committee of Unsecured Creditors | 5.0 |
| Analysis, Presentations, and Due Diligence | 73.0 |
| Financing Diligence and Analysis | 0.0 |
| Litigation Diligence and Analysis | 19.0 |
| Real Estate Analysis | 0.0 |
| **Total** | **159.5** |

Respectfully Submitted,

Dated: December 11, 2019

Saul E. Burian, Managing Director
Houlihan Lokey Capital, Inc.
245 Park Ave.
20th Floor
New York, NY 10167

*Investment Banker for the Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al.*

## **Exhibit A**



**Invoice #  34239**

**PERSONAL & CONFIDENTIAL**                                                November 8, 2019

The Official Committee (the "Committee") of Unsecured Creditors                    Client #  63300
of Sears Holding Corporation                                                        Case #  87394
and its affiliated debtors and debtors-in-possession
(the "Debtors")

**Professional Fees**

| | | |
|---|---|---|
| Monthly Fee due on October 28, 2019 | $    250,000.00 | |
| Less: Monthly Fee Credit | (125,000.00) | |
| Less 20% Holdback | (25,000.00) | |
| Professional Fees Due | | $    100,000.00 |

**Out of Pocket Expenses**

| | | |
|---|---|---|
| Out of Pocket Expenses Due | | $           - |

**TOTAL AMOUNT DUE AND PAYABLE**                                          **$    100,000.00**

**PAYMENT DUE UPON RECEIPT**

| Please Send Checks To: | Wire Transfer Instructions: |
|---|---|
| Houlihan Lokey Capital, Inc. | Bank of America |
| Accounts Receivable Department | Wire Transfer ABA #026009593 |
| 10250 Constellation Boulevard, 5th Floor | ACH ABA #121000358 |
| Los Angeles, California 90067-6802 | fbo Houlihan Lokey Capital, Inc. |
| | Account #1453120593 |
| | Swift Code (Int'l Wires Only): BOFAUS3N |
| | Federal ID #95-4024056 |

245 Park Avenue, 20th Floor • New York, New York 10167 • tel.212.497.4100 • fax.212.661.3070 • www.HL.com
Broker-dealer services through Houlihan Lokey Capital, Inc.

**<u>Exhibit B</u>**

**Sears Holdings Corporation**
*Houlihan Lokey Work Hours Summary*

*Privileged and Confidential*
*(Oct 01, 2019 - Oct 31, 2019)*

**Houlihan Lokey - Sears Holdings Corporation Work Hours Summary**
**(Oct 01, 2019 - Oct 31, 2019)**

| Employee | A | B | C | D | E | F | G | Total |
|---|---|---|---|---|---|---|---|---|
| Saul Burian | 11.0 | 0.0 | 1.0 | 9.0 | 0.0 | 2.0 | 0.0 | 23.0 |
| Eric Siegert | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Brad Geer | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Surbhi Gupta | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Greg Rinsky | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Tom Hedus | 13.0 | 0.0 | 1.0 | 13.0 | 0.0 | 5.5 | 0.0 | 32.5 |
| Ross Rosenstein | 11.0 | 0.0 | 1.0 | 11.0 | 0.0 | 3.5 | 0.0 | 26.5 |
| Ryan Conroy | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| John Hartigan | 12.5 | 0.0 | 1.0 | 19.5 | 0.0 | 4.0 | 0.0 | 37.0 |
| Ahmed Mumtaz | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Tanya Wong | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Jack Foster | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| James Lai | 15.0 | 0.0 | 1.0 | 20.5 | 0.0 | 4.0 | 0.0 | 40.5 |
| Natalie Weelborg | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Andrew Felman | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Jenner Currier | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Matthew Stadtmauer | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total** | **62.5** | **0.0** | **5.0** | **73.0** | **0.0** | **19.0** | **0.0** | **159.5** |

**Legend**

| | | |
|---|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Saul Burian** |
| **Total Hours:** | **23.0** |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, October 01, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review & Discuss Admin Expense Claims Settlement |
| Tuesday, October 01, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review & Discuss the Modified 2nd Amended Plan |
| Tuesday, October 01, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review Revised Liquidating Trust Agreement |
| Wednesday, October 02, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Discussion Pre Confirmation Hearing |
| Wednesday, October 02, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Retiree Committee Settlement |
| Thursday, October 03, 2019 | A | General Case Administration | 5.0 | Confirmation Hearing (Telephonic) |
| Thursday, October 03, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Day 1 Confirmation Hearing Debrief |
| Sunday, October 06, 2019 | F | Litigation Diligence and Analysis | 1.0 | Review Liquidation Trust Board Member Credentials |
| Monday, October 07, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review & Discuss Litigation Designees' Compensation and Liquidation Trust Members |
| Monday, October 07, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Discussion Pre Confirmation Hearing (Day 2) |
| Monday, October 07, 2019 | A | General Case Administration | 5.0 | Day 2 Confirmation Hearing (Telephonic) |
| Monday, October 07, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Internal Discussion Re: Next Steps Post Confirmation |
| Monday, October 07, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | UCC Call Re: Confirmation Issues |
| Tuesday, October 15, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review & Discuss Confirmation Order |
| Monday, October 21, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review TransformCo Analysis |
| Wednesday, October 23, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Internal Debrief Re: Omnibus Court Hearing |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  | |
|---|---|
| **Hours for:** | **Saul Burian** |
| **Total Hours:** | **23.0** |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Sunday, October 27, 2019 | A | General Case Administration | 1.0 | Review Fee Statement |
| Wednesday, October 30, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Discussion Re: Transform Obligation Under APA |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Eric Siegert** |
| **Total Hours:** | **0.0** |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Brad Geer** |
| **Total Hours:** | **0.0** |

| | Task Reference Table |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | | |
|---|---|---|
| **Hours for:** | **Surbhi Gupta** | |
| **Total Hours:** | **0.0** | |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | | |
|---|---|---|
| **Hours for:** | **Greg Rinsky** | |
| **Total Hours:** | **0.0** | |

| | Task Reference Table | |
|---|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| Hours for: | **Tom Hedus** |
| Total Hours: | **32.5** |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, October 01, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review & Discuss Admin Expense Claims Settlement |
| Tuesday, October 01, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Review & Discuss the Modified 2nd Amended Plan |
| Tuesday, October 01, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review Revised Liquidating Trust Agreement |
| Tuesday, October 01, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review the Griffith Declaration and the Memorandum of Law |
| Wednesday, October 02, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Discussion Pre Confirmation Hearing |
| Wednesday, October 02, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Retiree Committee  Settlement |
| Thursday, October 03, 2019 | A | General Case Administration | 5.0 | Confirmation Hearing (Telephonic) |
| Thursday, October 03, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Day 1 Confirmation Hearing Debrief |
| Sunday, October 06, 2019 | F | Litigation Diligence and Analysis | 1.0 | Review Liquidation Trust Board Member Credentials |
| Monday, October 07, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review & Discuss Litigation Designees' Compensation and Liquidation Trust Members |
| Monday, October 07, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Discussion Pre Confirmation Hearing (Day 2) |
| Monday, October 07, 2019 | A | General Case Administration | 5.0 | Day 2 Confirmation Hearing (Telephonic) |
| Monday, October 07, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Internal Discussion Re: Next Steps Post Confirmation |
| Monday, October 07, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | UCC Call Re: Confirmation Issues |
| Wednesday, October 09, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review Committee Joinder to Debtors' Motion to Stay 506(c) Appeal |
| Monday, October 14, 2019 | A | General Case Administration | 1.0 | Review Billing History Detail |
| Tuesday, October 15, 2019 | D | Analysis, Presentations, and Due Diligence | 1.5 | Review & Discuss Confirmation Order |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Tom Hedus** |
| **Total Hours:** | **32.5** |

<table>
<tr><td colspan="2" align="center"><strong>Task Reference Table</strong></td></tr>
<tr><td>A</td><td>General Case Administration</td></tr>
<tr><td>B</td><td>Correspondence with Debtor and Other Stakeholders</td></tr>
<tr><td>C</td><td>Correspondence with Official Committee of Unsecured Creditors</td></tr>
<tr><td>D</td><td>Analysis, Presentations, and Due Diligence</td></tr>
<tr><td>E</td><td>Financing Diligence and Analysis</td></tr>
<tr><td>F</td><td>Litigation Diligence and Analysis</td></tr>
<tr><td>G</td><td>Real Estate Analysis</td></tr>
</table>

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, October 15, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review 2L's Opposition to Motion to Stay |
| Wednesday, October 16, 2019 | F | Litigation Diligence and Analysis | 1.0 | Internal Discussion / Review of TransformCo Information |
| Thursday, October 17, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review ESL Appeal of Confirmation Order |
| Thursday, October 17, 2019 | A | General Case Administration | 0.5 | Record Maintenance - Fee Statement |
| Friday, October 18, 2019 | A | General Case Administration | 1.0 | Review Fee Statement |
| Friday, October 18, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | TransformCo Analysis |
| Monday, October 21, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review TransformCo Analysis |
| Wednesday, October 23, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Internal Debrief Re: Omnibus Court Hearing |
| Wednesday, October 23, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review Debtors' and UCC's Joint Reply Re: 506(c) Appeals |
| Wednesday, October 30, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Discussion Re: Transform Obligation Under APA |
| Thursday, October 31, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Post Confirmation Cash Flow Variance Report |
| Thursday, October 31, 2019 | A | General Case Administration | 0.5 | Record Maintenance - Fee Statement |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  |  |
|---|---|
| **Hours for:** | **Ross Rosenstein** |
| **Total Hours:** | **26.5** |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, October 01, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review & Discuss Admin Expense Claims Settlement |
| Tuesday, October 01, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Review & Discuss the Modified 2nd Amended Plan |
| Tuesday, October 01, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review Revised Liquidating Trust Agreement |
| Tuesday, October 01, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review the Griffith Declaration and the Memorandum of Law |
| Wednesday, October 02, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Discussion Pre Confirmation Hearing |
| Wednesday, October 02, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Retiree Committee  Settlement |
| Thursday, October 03, 2019 | A | General Case Administration | 5.0 | Confirmation Hearing (Telephonic) |
| Thursday, October 03, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Day 1 Confirmation Hearing Debrief |
| Monday, October 07, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review & Discuss Litigation Designees' Compensation and Liquidation Trust Members |
| Monday, October 07, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Discussion Pre Confirmation Hearing (Day 2) |
| Monday, October 07, 2019 | A | General Case Administration | 5.0 | Day 2 Confirmation Hearing (Telephonic) |
| Monday, October 07, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Internal Discussion Re: Next Steps Post Confirmation |
| Monday, October 07, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | UCC Call Re: Confirmation Issues |
| Wednesday, October 09, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review Committee Joinder to Debtors' Motion to Stay 506(c) Appeal |
| Tuesday, October 15, 2019 | D | Analysis, Presentations, and Due Diligence | 1.5 | Review & Discuss Confirmation Order |
| Tuesday, October 15, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review 2L's Opposition to Motion to Stay |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  | |
|---|---|
| **Hours for:** | **Ross Rosenstein** |
| **Total Hours:** | **26.5** |

**Task Reference Table**

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentations, and Due Diligence |
| E | Financing Diligence and Analysis |
| F | Litigation Diligence and Analysis |
| G | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Thursday, October 17, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review ESL Appeal of Confirmation Order |
| Thursday, October 17, 2019 | A | General Case Administration | 0.5 | Record Maintenance - Fee Statement |
| Wednesday, October 23, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Internal Debrief Re: Omnibus Court Hearing |
| Wednesday, October 23, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review Debtors' and UCC's Joint Reply Re: 506(c) Appeals |
| Wednesday, October 30, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Discussion Re: Transform Obligation Under APA |
| Thursday, October 31, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Post Confirmation Cash Flow Variance Report |
| Thursday, October 31, 2019 | A | General Case Administration | 0.5 | Record Maintenance - Fee Statement |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | | |
|---|---|---|
| **Hours for:** | **Ryan Conroy** | |
| **Total Hours:** | **0.0** | |

| | Task Reference Table |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  | |
|---|---|
| **Hours for:** | John Hartigan |
| **Total Hours:** | 37.0 |

### Task Reference Table

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, October 01, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review & Discuss Admin Expense Claims Settlement |
| Tuesday, October 01, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Review & Discuss the Modified 2nd Amended Plan |
| Tuesday, October 01, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review Revised Liquidating Trust Agreement |
| Tuesday, October 01, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review the Griffith Declaration and the Memorandum of Law |
| Wednesday, October 02, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Discussion Pre Confirmation Hearing |
| Wednesday, October 02, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Retiree Committee  Settlement |
| Thursday, October 03, 2019 | A | General Case Administration | 5.0 | Confirmation Hearing (Telephonic) |
| Thursday, October 03, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Day 1 Confirmation Hearing Debrief |
| Monday, October 07, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review & Discuss Litigation Designees' Compensation and Liquidation Trust Members |
| Monday, October 07, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Discussion Pre Confirmation Hearing (Day 2) |
| Monday, October 07, 2019 | A | General Case Administration | 5.0 | Day 2 Confirmation Hearing (Telephonic) |
| Monday, October 07, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Internal Discussion Re: Next Steps Post Confirmation |
| Monday, October 07, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | UCC Call Re: Confirmation Issues |
| Wednesday, October 09, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review Committee Joinder to Debtors' Motion to Stay 506(c) Appeal |
| Tuesday, October 15, 2019 | D | Analysis, Presentations, and Due Diligence | 1.5 | Review & Discuss Confirmation Order |
| Tuesday, October 15, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review 2L's Opposition to Motion to Stay |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | | |
|---|---|---|
| **Hours for:** | **John Hartigan** | |
| **Total Hours:** | **37.0** | |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Wednesday, October 16, 2019 | F | Litigation Diligence and Analysis | 0.5 | Internal Discussion / Review of TransformCo Information |
| Thursday, October 17, 2019 | D | Analysis, Presentations, and Due Diligence | 3.0 | TransformCo Analysis |
| Thursday, October 17, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review ESL Appeal of Confirmation Order |
| Thursday, October 17, 2019 | A | General Case Administration | 0.5 | Record Maintenance - Fee Statement |
| Friday, October 18, 2019 | A | General Case Administration | 1.0 | Review Fee Statement |
| Friday, October 18, 2019 | D | Analysis, Presentations, and Due Diligence | 3.0 | TransformCo Analysis |
| Wednesday, October 23, 2019 | D | Analysis, Presentations, and Due Diligence | 2.5 | Omnibus Court Hearing |
| Wednesday, October 23, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Internal Debrief Re: Omnibus Court Hearing |
| Wednesday, October 23, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review Debtors' and UCC's Joint Reply Re: 506(c) Appeals |
| Friday, October 25, 2019 | A | General Case Administration | 0.5 | Record Maintenance - Fee Statement |
| Wednesday, October 30, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Discussion Re: Transform Obligation Under APA |
| Thursday, October 31, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Post Confirmation Cash Flow Variance Report |
| Thursday, October 31, 2019 | A | General Case Administration | 0.5 | Record Maintenance - Fee Statement |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  | **Hours for:** | **Ahmed Mumtaz** |
|---|---|---|
|  | **Total Hours:** | **0.0** |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  | **Hours for:** | **Tanya Wong** |
|---|---|---|
|  | **Total Hours:** | **0.0** |

| | Task Reference Table |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Jack Foster** |
| **Total Hours:** | **0.0** |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

**Hours for:**  James Lai
**Total Hours:**  40.5

|  | Task Reference Table |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentations, and Due Diligence |
| E | Financing Diligence and Analysis |
| F | Litigation Diligence and Analysis |
| G | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, October 01, 2019 | A | General Case Administration | 1.0 | Record Maintenance - Fee Statement |
| Tuesday, October 01, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review & Discuss Admin Expense Claims Settlement |
| Tuesday, October 01, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Review & Discuss the Modified 2nd Amended Plan |
| Tuesday, October 01, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review Revised Liquidating Trust Agreement |
| Tuesday, October 01, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review the Griffith Declaration and the Memorandum of Law |
| Wednesday, October 02, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Discussion Pre Confirmation Hearing |
| Wednesday, October 02, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Retiree Committee  Settlement |
| Thursday, October 03, 2019 | A | General Case Administration | 5.0 | Confirmation Hearing (Telephonic) |
| Thursday, October 03, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Day 1 Confirmation Hearing Debrief |
| Friday, October 04, 2019 | A | General Case Administration | 1.0 | Record Maintenance - Fee Statement |
| Monday, October 07, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review & Discuss Litigation Designees' Compensation and Liquidation Trust Members |
| Monday, October 07, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Discussion Pre Confirmation Hearing (Day 2) |
| Monday, October 07, 2019 | A | General Case Administration | 5.0 | Day 2 Confirmation Hearing (Telephonic) |
| Monday, October 07, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Internal Discussion Re: Next Steps Post Confirmation |
| Monday, October 07, 2019 | A | General Case Administration | 0.5 | Record Maintenance - Fee Statement |
| Monday, October 07, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | UCC Call Re: Confirmation Issues |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | | |
|---|---|---|
| **Hours for:** | **James Lai** | |
| **Total Hours:** | **40.5** | |

| | Task Reference Table |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Wednesday, October 09, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review Committee Joinder to Debtors' Motion to Stay 506(c) Appeal |
| Thursday, October 10, 2019 | A | General Case Administration | 0.5 | Record Maintenance - Fee Statement |
| Tuesday, October 15, 2019 | D | Analysis, Presentations, and Due Diligence | 1.5 | Review & Discuss Confirmation Order |
| Tuesday, October 15, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review 2L's Opposition to Motion to Stay |
| Wednesday, October 16, 2019 | F | Litigation Diligence and Analysis | 0.5 | Internal Discussion / Review of TransformCo Information |
| Thursday, October 17, 2019 | D | Analysis, Presentations, and Due Diligence | 3.0 | TransformCo Analysis |
| Thursday, October 17, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review ESL Appeal of Confirmation Order |
| Thursday, October 17, 2019 | A | General Case Administration | 0.5 | Record Maintenance - Fee Statement |
| Friday, October 18, 2019 | D | Analysis, Presentations, and Due Diligence | 4.0 | TransformCo Analysis |
| Wednesday, October 23, 2019 | D | Analysis, Presentations, and Due Diligence | 2.5 | Omnibus Court Hearing |
| Wednesday, October 23, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Internal Debrief Re: Omnibus Court Hearing |
| Wednesday, October 23, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review Debtors' and UCC's Joint Reply Re: 506(c) Appeals |
| Friday, October 25, 2019 | A | General Case Administration | 0.5 | Record Maintenance - Fee Statement |
| Tuesday, October 29, 2019 | A | General Case Administration | 0.5 | Record Maintenance - Fee Statement |
| Wednesday, October 30, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Discussion Re: Transform Obligation Under APA |
| Thursday, October 31, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Post Confirmation Cash Flow Variance Report |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  |  |
|---|---|
| **Hours for:** | **James Lai** |
| **Total Hours:** | **40.5** |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Thursday, October 31, 2019 | A | General Case Administration | 0.5 | Record Maintenance - Fee Statement |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

**Hours for:**  **Natalie Weelborg**
**Total Hours:**  **0.0**

| | Task Reference Table |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | | |
|---|---|---|
| **Hours for:** | **Andrew Felman** | |
| **Total Hours:** | **0.0** | |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Jenner Currier** |
| **Total Hours:** | **0.0** |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Matthew Stadtmauer** |
| **Total Hours:** | **0.0** |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|