IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDING CORPORATION, et al.,<br><br>Debtors. | Case No. 18-23538 - RDD<br>(Jointly Administered) |

## NOTICE OF SUBSTITUTION OF ATTORNEY AND APPEARANCE OF COUNSEL

NOTICE IS HEREBY GIVEN, pursuant to LBR 2090-1, that Carlton W. Wiggam, Assistant Attorney General, hereby enters his appearance as counsel of record on behalf of the State of Nebraska Game and Parks Commission, creditor, and substitutes his appearance for the previous counsel of record, Charles E. Chamberlin. Counsel requests that all future pleadings be directed to Carlton W. Wiggam at the address below and that all court records and e-service notifications on PACER be update accordingly.

Submitted to the Court on December 11, 2019.

**STATE OF NEBRASKA, Defendant**.

BY:  DOUGLAS J. PETERSON, #18146
*Nebraska Attorney General*

BY:  */s/Carlton W. Wiggam*
Carlton W. Wiggam, #25841
*Assistant Attorney General*

Office of the Attorney General
2115 State Capitol
Lincoln NE 68509-8920
Tel: (402) 471-2682
Carlton.Wiggam@Nebraska.gov

1

# CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2019, the foregoing NOTICE OF SUBSTITUTION OF ATTORNEY AND APPEARANCE OF COUNSEL was served electronically through the Court's CM/ECF system on registered counsel.

By:    */s/Carlton W. Wiggam*
       Carlton W. Wiggam
       Assistant Attorney General