B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Sears Holdings Corporation              ,          Case No. 18-23538

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| RiverRoch LLC | Riverview Plaza Associates, LP |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent: Polsinelli PC; Attn: David E. Gordon
1201 W. Peachtree Street, Suite 100
Atlanta, GA 30309

Court Claim # (if known): 20557
Amount of Claim: $1,290,569.62
Date Claim Filed: 12/4/19

Phone: (404) 253-6005
Last Four Digits of Acct #: _____

Phone: (412) 391-6034
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/ David E. Gordon                    Date: 12/11/19
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### EVIDENCE OF TRANSFER OF CLAIM

TO:      United States Bankruptcy Court (the "Bankruptcy Court")
Southern District of New York
Attn: Clerk of Court

AND TO:      Kmart Corporation (the "Debtor")
Case No. 18-23549
(Jointly Administered under Sears Holding Corporation, et al., Case No. 18-23538)

Claim # 20557

Riverview Plaza Associates LP and its successors and assigns ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer, and assign unto RiverRoch LLC and its successors and assigns ("Transferee") all of Transferor's rights, title, interest, claims, and causes of action in and to, or arising under or in connection with its Proof of Claim in the amount of $1,290,568.62 filed against Debtor in the Bankruptcy Court [Claim No. 20557] (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Claim and recognizing Transferee as the sole owner and holder of the Claim.

Transferor further directs each Debtor, the Bankruptcy Court, and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Transferee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 11th DAY OF DECEMBER, 2019.

| TRANSFEROR | TRANSFEREE |
|---|---|
| Riverview Plaza Associates LP | RiverRoch LLC |
| By: _____ <br> Name: Mark Gregory Zappala <br> Title: General Partner <br><br> By: _____ <br> Name: Frank J. Zappala, III <br> Title: General Partner | By: Voya Investment Management LLC <br> Its: Manager <br><br> By: _____ <br> Jason Tessler, Senior Vice President |

71075521.2

Transferor further directs each Debtor, the Bankruptcy Court, and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Transferee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS ___ DAY OF DECEMBER, 2019.

| TRANSFEROR | TRANSFEREE |
|---|---|
| Riverview Plaza Associates LP | RiverRoch LLC |
| By: _[signature]_ | By: _____ |
| Name: Mark Gregory Zappala | Name: |
| Title: General Partner | Title: |
| By: _____ | |
| Name: Frank J. Zappala, III | |
| Title: General Partner | |

71075521.2