YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rockefeller Center
1270 Avenue of the Americas, Suite 2210
New York, New York 10020
Tel: (212) 332-8840
Fax: (212) 332-8855
Pauline K. Morgan
Ryan M. Bartley
Travis G. Buchanan

*Counsel for the Debtors, Acting at the
Direction of the Restructuring Sub-Committee*

**UNITED STATES BANKRUPTCY COURT
THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
**SEARS HOLDINGS CORPORATION,** *et al.*,           :    Case No. 18-23538 (RDD)
                                                    :
                                 Debtors.[1]        :    (Jointly Administered)
                                                    :
---------------------------------------------------------------x

**TWELFTH CONSOLIDATED MONTHLY FEE STATEMENT
OF YOUNG CONAWAY STARGATT & TAYLOR, LLP FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
AS CONFLICTS COUNSEL FOR THE DEBTORS FOR THE PERIOD
FROM SEPTEMBER 1, 2019 THROUGH OCTOBER 31, 2019**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

25696958.1

| | |
|---|---|
| Name of Applicant: | Young Conaway Stargatt & Taylor, LLP |
| Authorized to Provide Professional Services to: | Conflicts Counsel for the Debtors |
| Date of Retention: | November 13, 2018, *nunc pro tunc* to October 15, 2018 |
| Period for which compensation and reimbursement is sought: | September 1, 2019 through October 31, 2019 |
| Monthly Fees Incurred: | $3,814.50 |
| 20% Holdback: | $762.90 |
| Compensation Less 20% Holdback: | $3,051.60 |
| Monthly Expenses Incurred: | $70.30 |
| Total Fees and Expenses Due: | $3,121.90 |

This is a:   __X__ monthly  _____ interim  _____ final application

In accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 796] (the "Interim Compensation Order"),[2] Young Conaway Stargatt & Taylor, LLP ("Young Conaway") hereby submits this consolidated twelfth monthly fee statement (the "Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as conflicts counsel to the Debtors for the period from September 1, 2019 through October 31, 2019 (the "Monthly Fee Period"). By this Monthly Fee Statement, Young Conaway seeks payment in the amount of $3,121.90 which is comprised of (i) $3,051.60 which represents eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Monthly Fee Period, and (ii) reimbursement of $70.30, which represents one hundred percent (100%) of actual and necessary expenses incurred in connection with such services.

---

[2] Capitalized terms used herein but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Order.

25696958.1

2

**Services Rendered and Expenses Incurred**

1. Attached as <u>Exhibit A</u> is a summary of Young Conaway's professionals by individual, setting forth the (i) name, title, and department of each individual who provided services in connection with the Chapter 11 Cases during the Monthly Fee Period, (ii) aggregate hours spent by each individual, (iii) hourly billing rate for each such individual at Young Conaway's billing rates during the Monthly Fee Period, (iv) amount of fees earned by each Young Conaway professional, and (v) the number of years in practice for each attorney. The blended hourly billing rate of Young Conaway attorneys during the Monthly Fee Period is approximately **$878.26**. The blended hourly rate of paralegals and other non-legal staff during the Monthly Fee Period is approximately **$295.00**.

2. Attached as <u>Exhibit B</u> is a summary of the services rendered and compensation sought, by project category, for the Monthly Fee Period.

3. Attached as <u>Exhibit C</u> is a summary of expenses incurred and reimbursement sought, by expense type, for the Monthly Fee Period.

4. Attached as <u>Exhibit D</u> is itemized time detail of Young Conaway professionals for the Monthly Fee Period and summary materials related thereto. The description of the work done by counsel in the time detail may have been edited to protect the confidential and privileged nature of the work completed.

**Notice and Objection Procedures**

5. Notice of this Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Rob Riecker (email: Rob.Riecker@searshc.com) and Luke Valentino (email: Luke.Valentino@searshc.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email:

25696958.1

3

ray.schrock@weil.com), Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrett A. Fail (email: garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); (iv) Paul E. Harner, Ballard Spahr LLP, the independent fee examiner, 1675 Broadway 19th Floor, New York, NY 10019 (email: harnerp@ballardspahr.com); (v) counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York, 10036, Attention: Philip C. Dublin (email: pdublin@akingump.com), Ira Dizengoff (email: idizengoff@akingump.com), and Sara Lynne Brauner (email: sbrauner@akingump.com); and (vi) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email: paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com) (collectively, the "Notice Parties").

Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **December 26, 2019** (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

If no Objections to this Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

If an Objection to this Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Fee Statement to which the Objection is directed and promptly pay the remainder of the fees and disbursements in

25696958.1

4

the percentages set forth above. To the extent such an Objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: December 11, 2019

*/s/ Pauline K. Morgan*
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1270 Avenue of the Americas, Suite 2201
New York, New York 10020
Tel: (212) 332-8840
Fax: (212) 332-8855
Pauline K. Morgan
Ryan M. Bartley
Travis Buchanan

*Counsel for the Debtors, Acting at the
Direction of the Restructuring Sub-Committee*

## Exhibit A

**Compensation by Professional**

**SUMMARY OF MONTHLY FEE STATEMENT OF
YOUNG CONAWAY STARGATT & TAYLOR, LLP FOR
SERVICES RENDERED FOR THE PERIOD
FROM SEPTEMBER 1, 2019 THROUGH OCTOBER 31, 2019**

| Name of Partners and Counsel | Title | Department | Date of First Admission | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|---|
| Pauline K. Morgan | Partner | Bankruptcy | 1987 | 975.00 | 1.90 | 1,852.50 |
| Ryan M. Bartley | Partner | Bankruptcy | 2007 | 625.00 | .60 | 375.00 |
| **Total Partners and Counsel:** | | | | | **2.50** | **2,227.50** |

| Name of Associates | Title | Department | Date of First Admission | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|---|
| Travis G. Buchanan | Associate | Bankruptcy | 2011 | 530.00 | .10 | 53.00 |
| **Total Associates:** | | | | | **.10** | **53.00** |

| Name of Paralegals and Other Non-Legal Staff | Title | Department | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|
| Brenda Walters | Paralegal | Bankruptcy | 295.00 | 5.20 | 1,534.00 |
| **Total Paralegals:** | | | | **5.20** | **1,534.00** |

| PROFESSIONALS | BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|
| Partners | 891.00 | 2.50 | 2,227.50 |
| Associates | 530.00 | .10 | 53.00 |
| Paralegals/Non-Legal Staff | 295.00 | 5.20 | 1,534.00 |
| **Total Fees Incurred:** | | **7.80** | **3,814.50** |

25696958.1

## Exhibit B

**Compensation by Task Code**

25696958.1

**AGGREGATE TIME SUMMARY BY TASK CODE**
**FOR THE PERIOD FROM SEPTEMBER 1, 2019 THROUGH OCTOBER 31, 2019**

| Project Category | Total Hours | Total Fees ($) |
|---|---:|---:|
| Case Administration (B001) | .20 | 125.00 |
| Court Hearing (B002) | 2.40 | 1,252.00 |
| Retention of Professionals/Fee Issues (B012) | 1.80 | 686.50 |
| Fee Application Preparation (B018) | 3.40 | 1,751.00 |
| **TOTAL** | **7.80** | **3,814.50** |

## Exhibit C

**Expense Summary**

**AGGREGATE ITEMIZED DISBURSEMENTS
FOR THE PERIOD FROM SEPTEMBER 1, 2019 THROUGH OCTOBER 31, 2019**

| Expenses Category | Total Expenses ($) |
|---|---:|
| Reproduction Charges | 21.20 |
| Docket Retrieval / Search | 12.10 |
| Teleconference / Video Conference | 37.00 |
| **TOTAL** | **70.30** |

## Exhibit D

## Time Detail

## Exhibit D

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600     TAX I.D. NO. 51-0082644     (302) 571-1253 FAX
(800) 253-2234 (DE ONLY)     www.ycst.com

Writer's Direct Dial     Writer's E-Mail
(302) 571-6707     pmorgan@ycst.com

Sears Holdings Corporation     Invoice Date:     December 9, 2019
333 Beverly Rd     Invoice Number:     50009539
c/o Alan Carr, Director     Matter Number:     072902.1003
Hoffman Estates, IL 60178

Re:   Debtor Representation
      For Billing Period through October 31, 2019

**CURRENT INVOICE**

| | | |
|---|---|---:|
| Professional Services | $ | 3,814.50 |
| Disbursements | $ | 70.30 |
| Total Due This Invoice | $ | 3,884.80 |

Sears Holdings Corporation  
For Billing Period through October 31, 2019

Invoice Date: December 9, 2019  
Invoice Number: 50009539  
Matter Number: 072902.1003

**Time Detail**

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 10/22/19 | RBART | Call with P. Morgan re: status of case, fee hearing | B001 | 0.20 | 125.00 |
| 09/18/19 | BWALT | Telephone call from M. Tattnall re: telephonic attendance for October 23 fee hearing | B002 | 0.10 | 29.50 |
| 09/20/19 | BWALT | Update docket with notice of hearing on interim fees and email to P. Morgan and R. Bartley re: appearance | B002 | 0.20 | 59.00 |
| 09/27/19 | BWALT | Email to M. Tattnall re: P. Morgan appearance for October 23 hearing on interim fees | B002 | 0.20 | 59.00 |
| 10/07/19 | BWALT | Email from/to J. Monzione re: October 23, 2019 hearing | B002 | 0.10 | 29.50 |
| 10/17/19 | BWALT | Register P. Morgan for October 24 hearing, and email to/from M. Tattnall re: same | B002 | 0.10 | 29.50 |
| 10/17/19 | BWALT | Email from/to M. Tattnall re: P. Morgan's telephonic appearance for October 24 hearing | B002 | 0.10 | 29.50 |
| 10/21/19 | BWALT | Check on P. Morgan's appearance confirmation for October 23 hearing | B002 | 0.10 | 29.50 |
| 10/22/19 | BWALT | Communications with D. Laskin, M. Tattnall, and Court, set-up telephonic appearance for P. Morgan for October 23 hearing | B002 | 0.30 | 88.50 |
| 10/22/19 | BWALT | Monitor docket for notice of agenda for October 23 hearing | B002 | 0.20 | 59.00 |
| 10/23/19 | PMORG | Participate telephonically in 10/23 fee hearing (.7); email to R. Bartley re: same (.1) | B002 | 0.80 | 780.00 |
| 10/31/19 | BWALT | Confer with P. Morgan re: September monthly fee statement, and telephone call with M. Tattnall re: same | B002 | 0.20 | 59.00 |
| 10/01/19 | BWALT | Email invoices details to generate excel reports for fee examiner | B017 | 0.30 | 88.50 |
| 10/14/19 | BWALT | Upload YCST invoices (excel and pdf files) for fee examiner (.50); review preliminary report on first interim fee and expense application of YCST (.3) | B017 | 0.80 | 236.00 |
| 10/14/19 | RBART | Preliminary review of fee examiner report | B017 | 0.10 | 62.50 |
| 10/14/19 | TBUCH | Review preliminary report from fee examiner | B017 | 0.10 | 53.00 |

Sears Holdings Corporation  
For Billing Period through October 31, 2019

Invoice Date: December 9, 2019  
Invoice Number: 50009539  
Matter Number: 072902.1003

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 10/17/19 | RBART | Call with P. Harner re: Fee Examiner first report on YCST fees | B017 | 0.30 | 187.50 |
| 10/22/19 | BWALT | Correspondence from P. Morgan, review draft interim fee order prepared by Weil, and correspondence to P. Morgan re: same | B017 | 0.20 | 59.00 |
| 09/27/19 | BWALT | Draft YCST fee statement for August 2019 | B018 | 1.20 | 354.00 |
| 09/30/19 | BWALT | Finalize YCST eleventh fee statement for filing and service, and emails with P. Morgan, and Paul Weiss re: same | B018 | 0.60 | 177.00 |
| 09/30/19 | PMORG | Review August fee statement for filing | B018 | 0.10 | 97.50 |
| 10/14/19 | PMORG | Brief review of correspondence from fee examiner re: interim YCST fees | B018 | 0.20 | 195.00 |
| 10/16/19 | PMORG | Emails with R. Bartley re: fee examiner's draft report | B018 | 0.10 | 97.50 |
| 10/22/19 | PMORG | Review agenda for 10/23 hearing and call with R. Bartley re: same (.1); Review documents in preparation for fee hearing (.4); review proposed interim fee order and exhibits and emails with Weil re: same (.2) | B018 | 0.70 | 682.50 |
| 10/25/19 | BWALT | Draft YCST fee statement for September 2019 | B018 | 0.50 | 147.50 |
| | | | **Total** | **7.80** | **$3,814.50** |

Sears Holdings Corporation  
For Billing Period through October 31, 2019

Invoice Date: December 9, 2019  
Invoice Number: 50009539  
Matter Number: 072902.1003

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| BWALT | Brenda Walters | Paralegal | 5.20 | 295.00 | 1,534.00 |
| PMORG | Pauline K. Morgan | Partner | 1.90 | 975.00 | 1,852.50 |
| RBART | Ryan M. Bartley | Partner | 0.60 | 625.00 | 375.00 |
| TBUCH | Travis G. Buchanan | Associate | 0.10 | 530.00 | 53.00 |
| **Total** | | | **7.80** | | **$3,814.50** |

| Sears Holdings Corporation | | | Invoice Date: | December 9, 2019 |
| For Billing Period through October 31, 2019 | | | Invoice Number: | 50009539 |
| | | | Matter Number: | 072902.1003 |

**Task Summary**

**Task Code:B001**          **Case Administration**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---:|---:|---:|
| Ryan M. Bartley | Partner | 0.20 | 625.00 | 125.00 |
| **Total** | | **0.20** | | **125.00** |

**Task Code:B002**          **Court Hearings**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---:|---:|---:|
| Pauline K. Morgan | Partner | 0.80 | 975.00 | 780.00 |
| Brenda Walters | Paralegal | 1.60 | 295.00 | 472.00 |
| **Total** | | **2.40** | | **1,252.00** |

**Task Code:B017**          **Retention of Professionals/Fee Issues**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---:|---:|---:|
| Ryan M. Bartley | Partner | 0.40 | 625.00 | 250.00 |
| Travis G. Buchanan | Associate | 0.10 | 530.00 | 53.00 |
| Brenda Walters | Paralegal | 1.30 | 295.00 | 383.50 |
| **Total** | | **1.80** | | **686.50** |

**Task Code:B018**          **Fee Application Preparation**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---:|---:|---:|
| Pauline K. Morgan | Partner | 1.10 | 975.00 | 1,072.50 |
| Brenda Walters | Paralegal | 2.30 | 295.00 | 678.50 |
| **Total** | | **3.40** | | **1,751.00** |

| | |
|---|---|
| Sears Holdings Corporation | Invoice Date:            December 9, 2019 |
| For Billing Period through October 31, 2019 | Invoice Number:                  50009539 |
| | Matter Number:                072902.1003 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 09/27/19 | Reproduction Charges | 6.00 | 0.60 |
| 09/30/19 | Reproduction Charges | 24.00 | 2.40 |
| 10/15/19 | Reproduction Charges | 23.00 | 2.30 |
| 10/22/19 | Reproduction Charges | 134.00 | 13.40 |
| 10/22/19 | Docket Retrieval / Search | 121.00 | 12.10 |
| 10/24/19 | Teleconference / Video Conference | 1.00 | 37.00 |
| 10/28/19 | Reproduction Charges | 7.00 | 0.70 |
| 10/29/19 | Reproduction Charges | 18.00 | 1.80 |
| | **Total** | | **$70.30** |

| Sears Holdings Corporation | Invoice Date: | December 9, 2019 |
| For Billing Period through October 31, 2019 | Invoice Number: | 50009539 |
| | Matter Number: | 072902.1003 |

**Cost Summary**

| **Description** | **Amount** |
|---|---|
| Docket Retrieval / Search | 12.10 |
| Reproduction Charges | 21.20 |
| Teleconference / Video Conference | 37.00 |
| **Total** | **$70.30** |