WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
**In re**                                           :      Chapter 11
:
**SEARS HOLDINGS CORPORATION**, *et al.*,           :      Case No. 18-23538 (RDD)
:
Debtors.[1]                                         :      (Jointly Administered)
:
------------------------------------------------------------x

## NOTICE REGARDING INITIAL DISTRIBUTION
## PURSUANT TO ADMINISTRATIVE EXPENSE CLAIMS CONSENT PROGRAM

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**PLEASE TAKE NOTICE** that on October 15, 2019, the Court entered the *Order (I) Confirming Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors and (II) Granting Related Relief* (ECF No. 5370) (the "**Confirmation Order**"), approving, among other things, the Administrative Expense Claims Consent Program.[2]

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Administrative Expense Claims Consent Program, an aggregate cash distribution of $21 million will commence on December 13, 2019 (the "**Initial Distribution**") to holders of timely allowed and reconciled Opt-In Settled Admin Claims identified on **Exhibit A** (collectively, the "**Initial Distribution Participants**").

**PLEASE TAKE FURTHER NOTICE** that pursuant to paragraph 52(a)(i) of the Confirmation Order, the Debtors will deem holders of Opt-In Settled Admin Claims who are *not* Initial Distribution Participants as holders of Non Opt-Out Settled Admin Claims.

Dated:  December 11, 2019
       New York, New York

/s/ Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors
and Debtors in Possession*

---

[2] Capitalized terms used herein shall have the meaning ascribed to such terms in the *Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors* (ECF No. 5293) (the "**Plan**").

**Exhibit A**

**Initial Distribution Participants**

**Exhibit A - Opt-in Ballots Allowed for 1st Disbursement**    In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| Ballot ID | Claimant | Allowed Amount | Cash Distribution |
|---|---|---|---|
| 182353801043388 | 24 7 AI INC | $997,898.00 | $325,578.95 |
| 182353801042646 | 3M Company | $4,548.95 | $1,484.16 |
| 182353801017310 | 4207602 CANADA INC | $371,972.12 | $121,361.39 |
| 182353801042671 | AAA Pharmaceutical, Inc. | $24,003.60 | $7,831.53 |
| 182353801043204 | Adams, Patricia | $7,350.00 | $2,398.05 |
| 182353801039912 | Agri-Fab, Inc. | $24,593.26 | $8,023.91 |
| 182353801042734 | Air Temp Mechanical Inc. | $5,252.30 | $1,713.64 |
| 182353801042742 | AKITAS LANDSCAPE AND MAINTENANCE | $1,220.00 | $398.04 |
| 182353801042745 182353801042744 | ALASKA NORTH STAR BUILDERS | $16,554.13 | $5,401.03 |
| 182353801013948 | ALIZAI ENTERPRISE INC | $12,000.00 | $3,915.18 |
| 182353801042572 | ALL AMERICAN TREE & LAWN | $11,495.00 | $3,750.41 |
| 182353801042578 | ALLIANCE COMFORT SYSTEMS INC | $4,157.50 | $1,356.45 |
| 182353801043224 | Alpine Creations Ltd | $600,000.00 | $195,758.85 |
| 182353801039933 | AMO Sales & Service Inc | $2,093.28 | $682.96 |
| 182353801043484 | Amstore Corporation | $34,977.00 | $11,411.76 |
| 182353801042805 | ANGLESHELF OF PUERTO RICO | $3,134.35 | $1,022.63 |
| 182353801042807 | Anglo American Enterprises Corp. | $9,658.94 | $3,151.37 |
| 182353801042824 | Apollo Retail Specialist, LLC | $9,575.49 | $3,124.14 |
| 182353801018115 | Architectural Graphics, Inc. (AGI) | $114,660.50 | $37,409.68 |
| 182353801043263 | Arkanoff Painting Inc | $58,259.89 | $19,008.15 |
| 182353801043266 | Armored AutoGroup Sales, Inc. | $9,637.76 | $3,144.46 |
| 182353801043267 | ARMOUTH INTERNATIONAL INC. | $90,000.00 | $29,363.83 |
| 182353801043476 | ARROW PLASTIC MFG | $14,880.04 | $4,854.83 |
| 182353801039942 | ARROW SPORTSWEAR | $368,261.20 | $120,150.65 |
| 182353801016748 | ASIF FAROOQUEE | $2,230.16 | $727.62 |

| Exhibit A - Opt-in Ballots Allowed for 1st Disbursement | | In re: Sears Holdings Corporation, *et al.* Case No. 18-23538 (RDD) | |

| Ballot ID | Claimant | Allowed Amount | Cash Distribution |
|---|---|---|---|
| 182353801018189 | Aspen Marketing Servs., Inc. | $193,936.58 | $63,274.67 |
| 182353801014025 | AUGUSTINE INC | $16,061.76 | $5,240.39 |
| 182353801042831 | Banks, Lisa Turner | $3,771.00 | $1,230.34 |
| 182353801042847 | BATISTA, MILDRED | $3,819.99 | $1,246.33 |
| 182353801014042 | Baute Crochetiere Hartley & Velkei LLP | $15,464.83 | $5,045.63 |
| 182353801043273 | BAW PLASTICS INC | $7,242.45 | $2,362.96 |
| 182353801043280 | Bedz King LLC | $4,215.87 | $1,375.49 |
| 182353801018129 | Beeline.com, Inc. | $4,256.88 | $1,388.87 |
| 182353801017006 | BEST PARAMOUNT INTERNATIONAL LTD | $145,176.95 | $47,366.12 |
| 182353801039841 | Billion Best Industrial Limited | $29,743.18 | $9,704.15 |
| 182353801042964 | BLASS, JAY | $448.00 | $146.17 |
| 182353801016412 182353801042976 | BODY FLEX SPORTS INC | $110,541.60 | $36,065.83 |
| 182353801042981 | Borden Dairy Company of Alabama, LLC | $624.17 | $203.64 |
| 182353801042982 | Borden Dairy Company of Cincinnati, LLC | $1,983.87 | $647.27 |
| 182353801042983 | Borden Dairy Company of Florida, LLC | $5,438.58 | $1,774.42 |
| 182353801042932 | Borden Dairy Company of Ohio, LLC | $3,294.23 | $1,074.79 |
| 182353801042933 | Borden Dairy Company of Texas, LLC | $611.32 | $199.45 |
| 182353801042935 | Boston Industrial | $5,431.00 | $1,771.94 |
| 182353801042950 | BPH LLC | $173.50 | $56.62 |
| 182353801043486 182353801042956 | Bradford Capital Holdings, LP | $91,914.68 | $29,988.52 |
| 182353801043318 | BROOKFIELD EQUINOX LLC-701289 | $4,677.60 | $1,526.14 |
| 182353801016497 182353801016498 | Builder's Best, Inc. | $96,037.67 | $31,333.71 |
| 182353801016503 | Burma Bibas Inc | $425.00 | $138.66 |
| 182353801042378 | CALIFORNIA COMMERCIAL ROOFING SYSTE | $35,489.90 | $11,579.10 |
| 182353801016541 | CALIFORNIA INNOVATIONS INC | $22,873.07 | $7,462.68 |

**Exhibit A - Opt-in Ballots Allowed for 1st Disbursement**

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| Ballot ID | Claimant | Allowed Amount | Cash Distribution |
|---|---|---|---|
| 182353801042387 | CANADA DRY BOTTLING COMPANY OF NEW YORK L.P. | $4,657.12 | $1,519.45 |
| 182353801042389 | Canada Dry Delaware Valley Bottling Company | $211.20 | $68.91 |
| 182353801042391 | Canada Dry Distribution Company of Wilmington | $1,471.95 | $480.25 |
| 182353801042393 | Canada Dry Potomac Corporation | $4,628.98 | $1,510.27 |
| 182353801042408 | CAR-FRESHNER CORPORATION | $6,869.28 | $2,241.20 |
| 182353801040022 | Carson Guam Corporation | $14,697.70 | $4,795.34 |
| 182353801016617 | CE COMPASS INC | $2,960.79 | $966.00 |
| 182353801042467 | Chateau Anne USA, Inc. | $10,327.00 | $3,369.34 |
| ECF No. 5301 | Cherokee Debt Acquisition, LLC | $533,555.00 | $174,080.19 |
| 182353801039846 | Citi-Talent Limited | $305,564.84 | $99,695.04 |
| 182353801017652 | City of Crystal City | $872.59 | $284.70 |
| 182353801042532 | Coca-Cola Bottling Company of Int'l Falls | $2,157.42 | $703.89 |
| 182353801016071 | COLORON JEWELRY INC | $125,456.49 | $40,932.03 |
| 182353801040075 | Compass Electrical Solutions, LLC | $485.44 | $158.38 |
| 182353801043468 | Cowen Special Investments LLC as Transferee of A D Sutton & Sons | $38,252.70 | $12,480.51 |
| 182353801042770 | Crown Services, Inc. | $8,570.62 | $2,796.29 |
| 182353801043371 | CRST Specialized Transportation, Inc. | $5,817.46 | $1,898.03 |
| 182353801016249 | CUPID FOUNDATIONS INC | $14,017.64 | $4,573.46 |
| 182353801042919 | Data Print Technologies, Inc. | $70,048.15 | $22,854.24 |
| 182353801042922 | DataSpan Holdings, Inc | $12,032.98 | $3,925.94 |
| 182353801016345 | DEBBY HERMOSURA RODRIGUEZ OD | $5,812.00 | $1,896.25 |
| 182353801014274 | Demert Brands Inc | $43,876.80 | $14,315.45 |
| 182353801015769 | DISSTON COMPANY | $41,876.67 | $13,662.88 |
| 182353801039817 | DIVA INTERNATIONAL INC | $6,084.00 | $1,984.99 |
| 182353801043059 | DM MERCHANDISING INC | $8,467.20 | $2,762.55 |
| 182353801043390 182353801042112 | Dorcy International, Inc. | $702,048.94 | $229,053.82 |

3

**Exhibit A - Opt-in Ballots Allowed for 1st Disbursement**  In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| Ballot ID | Claimant | Allowed Amount | Cash Distribution |
|---|---|---|---|
| 182353801043400 | DR ALBERT VELASCO JR PA | $5,466.50 | $1,783.53 |
| 182353801040165 | Dynamic Solar Solutions Inc. | $9,650.00 | $3,148.45 |
| 182353801042130 182353801042129 | East Coast Lumber Building Supply Company | $366.28 | $119.52 |
| 182353801042154 | EDGEWELL PERSONAL CARE | $12,802.22 | $4,176.91 |
| 182353801015907 | ELCO LABORATORIES DIV CHGO AEROSOL | $34,641.96 | $11,302.45 |
| 182353801015928 | ELEVATE LLC | $7,801.78 | $2,545.45 |
| 182353801014349 | ENCHANTE ACCESSORIES INC | $26,860.35 | $8,763.59 |
| 182353801040178 | Englewood Electrical Supply | $688.30 | $224.57 |
| 182353801040189 | Environmental Products & Services Inc. | $1,338,099.26 | $436,574.63 |
| 182353801040191 | ENVISIONS LLC | $2,016.00 | $657.75 |
| 182353801042221 | EuroBlooms, LLC | $148,986.00 | $48,608.88 |
| 182353801042232 | Express Services, Inc. | $2,046.39 | $667.66 |
| 182353801042254 182353801040199 | Fair Harbor Capital, LLC | $17,497.59 | $5,708.84 |
| 182353801014393 | FERRERO INC | $8,340.85 | $2,721.33 |
| 182353801040223 | Field Manufacturing, Corp. | $6,848.64 | $2,234.47 |
| 182353801042292 | First Alert, Inc. | $6,991.98 | $2,281.24 |
| 182353801042300 | Florida Construction Experts | $6,700.00 | $2,185.97 |
| 182353801013714 | Flynn Enterprises, LLC | $2,598.20 | $847.70 |
| 182353801042308 | FORD, CHARLOTTE | $1,414.24 | $461.42 |
| 182353801042314 | Fox Appliance Parts of Augusta, Inc | $3,616.97 | $1,180.09 |
| 182353801042326 | FULLER, CONNIE | $1,314.09 | $428.74 |
| 182353801015608 | G&L CLOTHING CO INC | $3,963.46 | $1,293.14 |
| 182353801040228 | Gama Sonic USA, Inc. | $3,576.50 | $1,166.89 |
| 182353801040241 | Gelmart Industries Inc. | $43,783.62 | $14,285.05 |
| 182353801040242 | General International Power Products, LLC | $32,508.72 | $10,606.45 |

**Exhibit A - Opt-in Ballots Allowed for 1st Disbursement**     In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| Ballot ID | Claimant | Allowed Amount | Cash Distribution |
|---|---|---|---|
| 182353801042418 | GF3 Ventures LLC | $9,001.90 | $2,937.00 |
| 182353801043087 | Gokaldas Exports Ltd. | $1,020,000.00 | $332,790.05 |
| 182353801043408 | GOODY PRODUCTS INC | $28,608.72 | $9,334.02 |
| 182353801015959 182353801042504 182353801042503 182353801042502 | Graco Children's Products, Inc. | $177,559.88 | $57,931.53 |
| 182353801042505 | Graddy, Harold & Mary | $200.00 | $65.25 |
| 182353801042510 | Green Mountain Imports LLC | $1,230.39 | $401.43 |
| 182353801040256 | GREENPRO SPRAY AND LAWN MAINT | $3,031.16 | $988.96 |
| ECF No. 5301 182353801042781 | Hain Capital Investor Master Fund, Ltd. | $8,360,605.94 | $2,727,771.06 |
| 182353801015120 | HAMPTON FORGE LTD | $54,151.48 | $17,667.72 |
| 182353801013874 | Hansae Co. Ltd. | $1,454,476.87 | $474,544.54 |
| 182353801042988 | Hasbro Inc | $1,409,969.74 | $460,023.43 |
| 182353801043372 | Hasbro International Trading BV | $93,617.20 | $30,543.99 |
| 182353801042991 | HASSAN, TONY M. | $2.10 | $0.70 |
| 182353801043007 | HELLERS GAS | $39,323.37 | $12,829.83 |
| 182353801040278 | HERITAGE FS, INC | $1,058.88 | $345.48 |
| 182353801040292 | Hicks & Sons Lawn Maintenance Inc | $2,800.00 | $913.54 |
| 182353801041815 | HKD Global Limited | $211,765.42 | $69,091.59 |
| 182353801043016 | HOLDSUN GROUP LIMITED | $111,489.36 | $36,375.05 |
| 182353801015288 | HOME AND TRAVEL SOLUTIONS LLC | $2,033.85 | $663.57 |
| 182353801015296 | HOME PRODUCTS INTL - NORTH AMER INC | $1,095,886.96 | $357,549.29 |
| 182353801013613 | HomeAdvisor, Inc. | $607,879.84 | $198,329.77 |
| 182353801015322 | Hudson Home Group LLC | $24,960.45 | $8,143.72 |
| 182353801014556 | HUSQVARNA OUTDOOR PRODUCTS INC | $1,326,374.38 | $432,749.21 |
| 182353801041840 | Hydraulic and Electromechanic Services and Repairs | $2,447.00 | $798.37 |

**Exhibit A - Opt-in Ballots Allowed for 1st Disbursement**  In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| Ballot ID | Claimant | Allowed Amount | Cash Distribution |
|---|---|---|---|
| 182353801040320 | Industrial Power and Lighting Corp. | $3,896.61 | $1,271.33 |
| 182353801018506 | Infor (US), Inc. | $1,605.00 | $523.65 |
| 182353801043402 | Inner Dynamics | $4,840.00 | $1,579.12 |
| 182353801014575 | INNOVA ELECTRONICS CORP | $18,557.04 | $6,054.51 |
| 182353801043421 | INNOVATIVE FACILITY SERVICES LLC | $49,353.83 | $16,102.42 |
| 182353801040331 | International Paper | $116,548.33 | $38,025.61 |
| 182353801043370 | J G ELECTRIC | $2,716.27 | $886.22 |
| 182353801041989 | JAE HOON CORPORATION | $58,515.13 | $19,091.42 |
| 182353801041994 | JAK PROPERTY SERVICES LLC | $7,880.00 | $2,570.97 |
| 182353801041995 | Ja-Ru, Inc | $19,901.88 | $6,493.28 |
| 182353801040358 | JOHNSON & JOHNSON CONSUMER INC. | $350,224.22 | $114,265.82 |
| 182353801040376 | Jore Corporation | $280,117.22 | $91,392.38 |
| 182353801042050 | JS Products, Inc. | $90,288.00 | $29,457.79 |
| 182353801043376 | K G Denim Limited | $354,690.20 | $115,722.91 |
| 182353801042058 | Kao USA Inc. | $39,050.57 | $12,740.82 |
| 182353801014653 | KBS Jewelry Inc | $4,481.36 | $1,462.11 |
| 182353801042091 | Kimberly-Clark Corporation | $748,232.33 | $244,121.84 |
| 182353801042095 | Kimberly-Clark Puerto Rico, Inc. | $130,509.43 | $42,580.63 |
| 182353801042097 | KING AND SONS PLUMBING CO | $754.79 | $246.26 |
| 182353801017650 | KING, ELAINE S | $1,800.00 | $587.28 |
| 182353801040381 | KINGS LANDSCAPING | $4,225.00 | $1,378.47 |
| 182353801015109 | KOBI KATZ INC | $6,849.98 | $2,234.91 |
| 182353801014692 | KOSS CORPORATION | $10,728.00 | $3,500.17 |
| 182353801017973 | Lafayette Marketplace Baceline, LLC, by Baceline Investments, LLC | $2,338.06 | $762.83 |
| 182353801042273 | Language Services Associates, Inc. | $923.90 | $301.44 |

**Exhibit A - Opt-in Ballots Allowed for 1st Disbursement**    In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| Ballot ID | Claimant | Allowed Amount | Cash Distribution |
|---|---|---|---|
| 182353801043345 | LARSON MANUFACTURING COMPANY INC | $9,899.50 | $3,229.86 |
| 182353801042344 | Ledvance LLC | $349,504.10 | $114,030.87 |
| 182353801042345 | LEE FLANAGAN | $2,630.00 | $858.08 |
| 182353801040418 | Levi Strauss & Co., Inc. | $1,179,761.37 | $384,914.56 |
| 182353801040427 | LFC, LLC dba Genuine Grip Footwear | $6,373.00 | $2,079.29 |
| 182353801041569 182353801041568 182353801041567 | Lightricity Elektric, LLC | $33,807.96 | $11,030.34 |
| 182353801041578 | Lisa International | $388,503.60 | $126,755.03 |
| 182353801017600 | LONGSHORE LTD | $23,436.00 | $7,646.34 |
| 182353801018193 | M&S Landscaping Inc. | $276,297.70 | $90,146.20 |
| 182353801040454 | MACHUGA CONTRACTORS, INC | $7,918.56 | $2,583.55 |
| 182353801040456 | Magformers, LLC | $2,373.15 | $774.28 |
| 182353801019037 | MAGIC VIDEO INCORPORATED | $158.40 | $51.69 |
| 182353801041651 | Marketing Card Technology, LLC | $44,405.70 | $14,488.01 |
| 182353801043502 | MARKETPLACE BRANDS LLC | $53,192.12 | $17,354.71 |
| 182353801019134 | MATOSANTOS COMMERCIAL CORP. | $5,021.90 | $1,638.47 |
| 182353801043403 | MCCOWAN, BETTY | $5,000.00 | $1,631.32 |
| 182353801019182 | MECHANIX WEAR | $73,642.44 | $24,026.93 |
| 182353801041721 | MELTON, KORY | $800.00 | $261.01 |
| 182353801041749 | MICROSYSTEMS INC | $3,500.00 | $1,141.93 |
| 182353801043475 | MJ Holding Company, LLC | $59,827.80 | $19,519.70 |
| 182353801013687 | Molsberry Sorrells LLC | $2,308.00 | $753.02 |
| 182353801043351 | Mommy's Helper Inc. | $14,262.28 | $4,653.28 |
| 182353801041783 | Morales, Betty | $2,100.00 | $685.16 |
| 182353801041784 | Moran, Amanda | $9,091.00 | $2,966.07 |

**Exhibit A - Opt-in Ballots Allowed for 1st Disbursement**  **In re: Sears Holdings Corporation**, *et al.*
**Case No. 18-23538 (RDD)**

| Ballot ID | Claimant | Allowed Amount | Cash Distribution |
|---|---|---|---|
| 182353801019386 | MR2D GLOBAL TRADING LLC | $7,568.00 | $2,469.17 |
| 182353801041802 | Munch's Supply | $9,404.06 | $3,068.21 |
| 182353801041804 | MUSIC TECHNOLOGIES INTERNATIONAL | $39,933.73 | $13,028.97 |
| 182353801043445 | Natrol LLC | $2,448.00 | $798.70 |
| 182353801019460 | NEIL KRAVITZ GROUP SALES INC | $7,347.78 | $2,397.32 |
| 182353801018267 | NorthStar Group Services, Inc. | $560,709.61 | $182,939.78 |
| 182353801043465 182353801040544 | Olympus Peak Master Fund LP | $3,145,033.46 | $1,026,113.58 |
| 182353801043343 | ONYX CORPORATION | $2,623.33 | $855.90 |
| 182353801042596 | Optiv Security, Inc. | $628,982.63 | $205,214.86 |
| 182353801019659 | ORIENTAL UNLIMITED INC | $4,098.74 | $1,337.27 |
| 182353801019660 | ORIGINAL CALIFORNIA CAR DUSTER CO | $8,236.20 | $2,687.18 |
| 182353801039826 | P.K. Douglass Inc. | $14,076.00 | $4,592.50 |
| 182353801041326 | Pacific Green Landcare LLC (5906) | $13,800.00 | $4,502.45 |
| 182353801043032 182353801041344 | PCL Co Limited | $443,916.47 | $144,834.30 |
| ECF No. 6053 | Pearl Global Industries Limited | $1,130,000.00 | $368,679.17 |
| 182353801040568 | Pepsi Cola & National Brand Beverages, Ltd | $1,425.45 | $465.07 |
| 182353801040571 | Pepsi Cola Bottling Company of New York, Inc. | $34,021.38 | $11,099.98 |
| 182353801040581 | Perio, Inc | $2,250.12 | $734.13 |
| 182353801041360 | Piedmont Lawn Care MGMT, LLC | $3,525.00 | $1,150.08 |
| 182353801019853 | POSITEC USA INC | $5,140.45 | $1,677.15 |
| 182353801019867 | PRAGMA CORPORATION | $2,202.00 | $718.43 |
| 182353801019921 | PROFOOT INC | $246.65 | $80.47 |
| 182353801019933 | PROPEL TRAMPOLINES LLC | $63,184.00 | $20,614.71 |
| 182353801043391 | PULSAR PRODUCTS INC | $25,290.19 | $8,251.30 |
| 182353801040631 | R & C ELECTRIC | $2,736.50 | $892.82 |
| 182353801040632 182353801040633 | R E Michel Company LLC | $35,885.02 | $11,708.02 |

**Exhibit A - Opt-in Ballots Allowed for 1st Disbursement**    In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| Ballot ID | Claimant | Allowed Amount | Cash Distribution |
|---|---|---|---|
| 182353801040653 | ReviewTrackers Inc | $2,128.31 | $694.39 |
| 182353801040664 | Richline Group, Inc. | $221,281.36 | $72,196.31 |
| 182353801041611 | RIGHT MANAGEMENT INC. | $44,720.00 | $14,590.56 |
| 182353801041629 | ROBINSON, JERRY L | $10,000.00 | $3,262.65 |
| 182353801041686 | Rocky Mountain Super Vac, Inc. | $24,322.50 | $7,935.57 |
| 182353801020059 | Ronan Tools Inc | $17,986.15 | $5,868.25 |
| 182353801041696 | Rosenthal & Rosenthal, Inc. | $551.75 | $180.02 |
| 182353801020106 | ROSY BLUE INC | $110,428.07 | $36,028.79 |
| 182353801040669<br>182353801040668 | Rubbermaid Commercial Products, LLC | $2,465.01 | $804.25 |
| 182353801040670 | Rubbermaid Incorporated | $13,982.34 | $4,561.94 |
| 182353801043466 | SAFAVIEH INTL LLC | $43,035.14 | $14,040.85 |
| 182353801040692 | Safeway Supply, Inc. | $4,118.74 | $1,343.80 |
| 182353801020179<br>182353801043503 | Sakar International Inc | $8,067.00 | $2,631.98 |
| 182353801041887 | Sanford L.P. | $27,441.68 | $8,953.25 |
| 182353801042190 | SCHNEIDERS DAIRY INC | $1,505.67 | $491.25 |
| 182353801042202 | SEASIDE LANDSCAPE & EXCAVATION | $7,208.08 | $2,351.74 |
| 182353801018211 | Securian Life Insurance | $2,026,298.78 | $661,109.88 |
| 182353801020278 | SEELEY SAVIDGE & EBERT CO LPA | $1,222.22 | $398.77 |
| 182353801043166 | Sein Together Co., Ltd. | $16,629.18 | $5,425.52 |
| 182353801020287 | SELLMARK CORPORATION | $4,768.92 | $1,555.93 |
| 182353801040705 | SENNCO SOLUTIONS INC-1000662023 | $2,027.02 | $661.35 |
| 182353801041159 | Simmons Caribbean Bedding, Inc. | $79,029.34 | $25,784.49 |
| 182353801041162 | Simmons Company | $695,433.00 | $226,895.28 |
| 182353801040736 | Small Engine and Mower Services, llc | $200.00 | $65.25 |
| 182353801017031 | SP APPARELS LTD | $130,513.72 | $42,582.03 |

9

**Exhibit A - Opt-in Ballots Allowed for 1st Disbursement**                                  In re: Sears Holdings Corporation, *et al.*
                                                                                              Case No. 18-23538 (RDD)

| Ballot ID | Claimant | Allowed Amount | Cash Distribution |
|---|---|---|---|
| 182353801018956 | SQUATTY POTTY LLC | $1,011.75 | $330.10 |
| 182353801041206 | ST CORPORATION | $26,965.43 | $8,797.87 |
| 182353801018958 | STAMAR PACKAGING INC | $219,678.81 | $71,673.45 |
| 182353801043135 | Styletex Ltd | $19,039.48 | $6,211.91 |
| 182353801041220 182353801041221 | Sunbeam Products, Inc. | $82,192.71 | $26,816.59 |
| 182353801043368 | Sunrise Mall LLC | $4,110.11 | $1,340.98 |
| 182353801041240 | Superior Sweeping Ltd. | $2,750.00 | $897.23 |
| 182353801043360 | SW Corporation dba. Magic Lamp Wholesale | $12,429.28 | $4,055.24 |
| 182353801020538 | SWANSON MARTIN & BELL | $14,740.42 | $4,809.28 |
| 182353801041252 | Szul USA LLC | $5,851.89 | $1,909.27 |
| 182353801043358 | Tannor Partners Credit Fund, LP | $623,959.29 | $203,575.92 |
| 182353801040773 | TAYLOR MAINT | $9,456.10 | $3,085.19 |
| 182353801040774 | TAYLOR, CORY | $500.00 | $163.13 |
| 182353801018195 | TeleBrands, Corp. | $115,027.00 | $37,529.26 |
| 182353801040788 | TELUS ENTERPRISE SOLUTIONS CORP | $998,100.58 | $325,645.04 |
| 182353801020659 | The Best Deals For You LLC | $5,712.27 | $1,863.71 |
| 182353801043367 | The Canadian Group | $33,299.20 | $10,864.36 |
| 182353801041285 | The Comet Clothing Company, LLC | $19,749.00 | $6,443.40 |
| 182353801041291 | The Goodyear Tire & Rubber Company | $382,884.12 | $124,921.59 |
| 182353801041293 | THE KRAFT HEINZ COMPANY | $244,973.65 | $79,926.27 |
| 182353801041299 | The Organic Tool Corporation | $4,680.00 | $1,526.92 |
| 182353801018482 | The Trustees of the Estate of the Bernice Pauahi Bishop, doing business as Kamehameha Schools | $199,049.00 | $64,942.67 |
| 182353801020710 | THERMWELL PRODUCTS CO INC | $54,584.88 | $17,809.12 |
| 182353801040799 | THOMPSON BRODY & KAPLAN LLP | $5,213.64 | $1,701.03 |
| 182353801040819 | Toma, Jean | $1,298.00 | $423.49 |

**Exhibit A - Opt-in Ballots Allowed for 1st Disbursement**    **In re: Sears Holdings Corporation,** *et al.*
**Case No. 18-23538 (RDD)**

| Ballot ID | Claimant | Allowed Amount | Cash Distribution |
|---|---|---|---|
| 182353801041474 | Triangle Trading Co, Inc | $4,168.87 | $1,360.16 |
| 182353801043414 | Twin City Estate Corporation, by R.L. Jones Properties, its agent | $7,758.20 | $2,531.23 |
| 182353801040843 | Uni Hosiery Co Inc | $38,236.20 | $12,475.12 |
| 182353801040946 | VACCARO, R | $500.00 | $163.13 |
| 182353801040959 | Van Hook Service Co., Inc. | $7,675.67 | $2,504.30 |
| 182353801021020 | VAUGHAN & BUSHNELL MFG CO | $48,604.28 | $15,857.86 |
| 182353801040970 182353801040969 | Vehicle Service Group | $201,945.82 | $65,887.81 |
| 182353801040972 | Vendor Recovery Fund IV, LLC as Transferee of George J. Howe Company | $31,543.30 | $10,291.47 |
| 182353801040979 | Voss Distributing LLC | $798.80 | $260.62 |
| 182353801040985 | WAGABAZA, WILLIAM | $3,000.00 | $978.79 |
| 182353801021177 | WD 40 COMPANY | $6,214.20 | $2,027.47 |
| 182353801039837 | Western Sales Trading Company | $100,297.33 | $32,723.48 |
| ECF No. 5301 | Whitebox Multi Strategy Partners LP | $13,812,108.31 | $4,506,404.15 |
| ECF No. 5301 | Whitebox Asymmetric Partners LP | $8,676,589.32 | $2,830,865.30 |
| 182353801021267 | WICKED FASHIONS INC | $144,912.00 | $47,279.68 |
| 182353801041067 | Williams Construction | $6,700.00 | $2,185.97 |
| 182353801043472 | WING HING SHOES FACTORY LIMITED | $228,487.26 | $74,547.34 |
| 182353801040908 | Wise Food Inc | $13,696.92 | $4,468.82 |
| 182353801040926 | Yesco LLC | $24,174.65 | $7,887.34 |
| 182353801041097 | Zebra Technologies International, LLC | $28,003.79 | $9,136.65 |
| **Total** | | **$64,364,904.91** | **$21,000,000.00** |