**WTS Contracting Corp.**
534 Main Street
Westbury, N.Y. 11590
516-647-4933
william@wtsrivacontracting.com



11-December-2019

Attn:    Clerk of the Court
         United States Bankruptcy Court
         Southern District of New York
         300 Quarropas Street
         White Plain, N.Y. 10601

In the Matter of:    Chapter 11
                     Case No. 18-23538 (RDD)
                     Document No. 6029

SEARS HOLDINGS CORPORATION, *et al* -    Debtors

WTS CONTRACTING CORP (19-08639),    Defendant

To the Honorable Robert D. Drain:

This notice shall serve as official notice To **Withdraw** the **Objection** submitted to the court on December 6, 2019 by the Defendant, WTS Contracting Corp, to the Motion for *an Order Establishing Streamlined Procedures Governing Adversary Proceeding Brought by the Debtors, Pursuant to sections 502,547, 548, 550 of the Bankruptcy Code.*

The Proposed Procedures to govern adversary proceedings brought by one or more of the Debtors to avoid transfers and or disallow claims, pursuant to sections 502, 547, 548 and 550 of the Bankruptcy Code identified on schedule **Exhibit A,** (the **"Avoidance Action"**).

The reason for the withdrawal is that WTS Contracting Corp was not clear of the context of the Motion at the time the objection was submitted.
WTS Contracting Corp states it has no objection to the motion.
Respectfully,

**WTS Contracting Corp. acting Pro Se**

2