WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x
In re                                                    :
                                                         :        **Chapter 11**
**SEARS HOLDINGS CORPORATION,** *et al.*,                :
                                                         :        **Case No. 18-23538 (RDD)**
                                                         :
Debtors.[1]                                              :        **(Jointly Administered)**
----------------------------------------------------------x

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON DECEMBER 13, 2019 AT 10:00 A.M.

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, before the Honorable Robert D. Drain, United States Bankruptcy Judge, 300 Quarropas Street, White Plains, New York 10601

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.). (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

I. **CONTESTED MATTERS:**

1. Motion of Debtors to Compel Turnover of Estate Property **[ECF No. 6084]**

    Response Deadline:   December 6, 2019 at 4:00 p.m.

    Response Filed:

      A. Objection of Transform Holdco LLC **[ECF No. 6150]**

    Related Documents:

      B. Declaration of Jennifer Brooks Crozier in Support **[ECF No. 6085]**

    Status:  This matter is going forward on a contested basis.

2. Fourth Plan Supplement in Connection with Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors **[ECF No. 5335]**

    Response Deadline:   October 28, 2019 at 4:00 p.m.

    Responses Filed:

      A. Objection of Orient Craft limited, *et al.* **[ECF No. 5517]**

      B. Joinder by Winners Industry Co., Ltd **[ECF No. 6009]**

    Related Documents:

      C. Joint Response of the Debtors and the Official Committee of Unsecured Creditors **[ECF No. 6176]**

      D. Joint Response of the Debtors and the Official Committee of Unsecured Creditors **[ECF No. 6189]**

    Status:  This matter is going forward on a contested basis.

II. **ADVERSAY PROCEEDING:**

3. Sayville Menlo LLC v. Transform Holdco LLC **[Adversary Proceeding Case No. 19-08286]**

    **Motion to Dismiss**

    Related Documents:

      A. Complaint **[ECF No. 1]**

  B.  Summons **[ECF No. 2]**

  C.  Motion to Dismiss **[ECF No. 4]**

  D.  Declaration of Kimberly Black in Support **[ECF No. 5]**

  E.  Memorandum of Law in Support of Motion to Dismiss **[ECF No. 6]**

  F.  Stipulation and Scheduling Order **[ECF No. 8]**

  G.  Amended Complaint **[ECF No. 10]**

  H.  Stipulation and Scheduling Order **[ECF No. 11]**

  I.  Stipulation and Scheduling Order Concerning the Amended **[ECF No. 13]**

  J.  Defendant's Motion to Dismiss Amended Complaint with Prejudice Pursuant to Fed. R. Civ. P. 12(b)(6) **[ECF No. 14]**

  K.  Defendant's Memorandum of Law in Support of Motion to Dismiss Amended Complaint with Prejudice Pursuant to Fed. R. Civ. P. 12(b)(6) **[ECF No. 15]**

  L.  Plaintiff's Memorandum of Law in Opposition to Defendant Tranform Operating Stores, LLC' Motion to Dismiss **[ECF No. 17]**

  M.  Defendant's Reply in Further Support of Motion to Dismiss Amended Complaint with Prejudice Pursuant to Fed. R. Civ. P. 12(b)(6) **[ECF No. 18]**

Status:  This matter is going forward.

### III. ADJOURNED MATTERS:

4. Motion of Debtors for Entry of an Order Extending the Automatic Stay to Certain Non-Debtor Parties **[ECF No. 924]**

Response Deadline: November 13, 2018 at 4:00 p.m.

Responses Filed:

  A.  Response of Sante Marcoccia **[ECF No. 1194]**

Related Documents:

    B.    Debtors' Reply **[ECF No. 1296]**

    C.    Karen Smith's Supplemental Authority for Objections **[ECF No. 1335]**

    D.    Order Extending the Automatic Stay to Certain Non-Debtor Parties **[ECF No. 1528]**

    E.    Debtors' Reply to Smith Objection **[ECF No. 1550]**

    F.    Karen Smiths' Second Supplemental Authority for Objections **[ECF No. 1559]**

    G.    Notice of Extension of the Automatic Stay to Supplemental Parties and Supplemental Actions **[ECF No. 2754]**

Status:  This matter has been adjourned to January 28, 2019 at 10:00 a.m.

5. Mario Aliano's Motion for Relief from Automatic Stay to Allow Civil Litigation on Appeal to Proceed **[ECF No. 987]**

Responses Filed:

    A.    Debtors' Omnibus Objection **[ECF No. 3149]**

    B.    Reply to Motion for Relief from Automatic Stay to Allow Civil Litigation on Appeal to Proceed **[ECF No. 3230]**

Related Documents:  None.

Status:  This matter has been adjourned pending to a date to be determined.

6. Motion of Anthony Scullari for Relief from the Automatic Stay **[ECF No. 1112]**

Response Deadline:  November 13, 2018 at 4:00 p.m.

Responses Filed:  None.

Related Document:

    A.    Affirmation of Anthony Scullari **[ECF No. 1114]**

Status:  This matter has been adjourned to January 28, 2019 at 10:00 a.m.

7. Motion of 233 S. Wacker, LLC for Allowance and Payment of Administrative Expense Claim **[ECF No. 5792]**

Response Deadline:  November 18, 2019 at 4:00 p.m.

4

        Responses Filed:    None.

        Related Documents:    None.

        Status:  This matter has been adjourned to a date to be determined.

8. Motion to Reconsider FRCP 60 or FRBP 3008 Order Granting Debtors' Tenth Omnibus Objection to Proofs of Claim (related document(s)6076) filed by Joseph E. Sarachek on behalf of Fuzhou Fushan Pneumatic Co., Ltd.**[ECF No. 6090]**

        Response Deadline:    December 10, 2019 at 4:00 p.m.

        Responses Filed:    None.

        Related Documents:    None.

        Status:  This matter has been adjourned to January 28, 2019 at 10:00 a.m.

9. Motion to Reconsider FRCP 60 or FRBP 3008 of Superb International Co., Ltd. **[ECF No. 6114]**

        Response Deadline:    December 10, 2019 at 4:00 p.m.

        Responses Filed:    None.

        Related Documents:

        A.    Motion to Reconsider FRCP 60 or FRBP 3008 of Superb International Co., Ltd. **[ECF No. 6112]**

        B.    Motion to Reconsider FRCP 60 or FRBP 3008 of Superb International Co., Ltd. **[ECF No. 6113]**

        Status:  This matter has been adjourned to January 28, 2019 at 10:00 a.m.

10. Motion of Certain Utility Companies to Determine Adequate Assurance of Payment Pursuant to Section 366(c) of the Bankruptcy Code **[ECF No. 1395]**

        Response Deadline:    January 11, 2019 at 4:00 p.m.

        Responses Filed:

        A.    Debtors' Objection **[ECF No. 2451]**

        B.    Reply of Certain Utility Companies to Debtors' Objection **[ECF No. 2830]**

Related Documents:

C. Joinder of Jackson EMC **[ECF No. 1533]**

D. Declaration of Sherry R. Ward in Support **[ECF No. 2433]**

E. Declaration of Wanda Shirley in Support **[ECF No. 2434]**

F. Declaration of Enobong Enyenihi in Support **[ECF No. 2436]**

G. Declaration of Karen Palmieri in Support **[ECF No. 2438]**

H. Declaration of Walt Larnerd in Support **[ECF No. 2440]**

I. Declaration of Lisa R. Holland in Support **[ECF No. 2441]**

J. Declaration of Aldo Rojas in Support **[ECF No. 2442]**

K. Declaration of Marrissa Hinton in Support **[ECF No. 2444]**

L. Declaration of Dwight C. Snowden in Support **[ECF No. 2447]**

M. Declaration of Jennifer Davy in Support **[ECF No. 2458]**

N. Declaration of Emory L. Roberts Jr. in Support **[ECF No. 2459]**

O. Declaration of Louise Williams in Support **[ECF No. 2460]**

P. Declaration of Dora Hargrove in Support **[ECF No. 2461]**

Q. Declaration of Carlandra Edwards in Support **[ECF No. 2462]**

R. Declaration of Brent Cochran in Support **[ECF No. 2463]**

S. Declaration of Stephanie Lemmond in Support **[ECF No. 2467]**

T. Declaration of Jennifer Woehrle in Support **[ECF No. 2484]**

U. Declaration of Michael W. Franklin in Support **[ECF No. 2490]**

V. Declaration of Vincent Albanito in Support **[EF No. 2500]**

W. Declaration of Gerald Houck in Support **[ECF No. 2501]**

X. Declaration of Vicki Piazza in Support **[ECF No. 2515]**

Status: This matter has been adjourned to January 28, 2019 at 10:00 a.m.

11. Application of National Grid Pursuant to Section 7 of the Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, and (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Service [Docket No. 461] for Payment from the Adequate Assurance Account **[ECF No. 3238]**

   Response Deadline:    December 6, 2019 at 4:00 p.m.

   Responses Filed:    None.

   Related Documents:    None.

   Status:  This matter has been adjourned to January 28, 2019 at 10:00 a.m.

12. Application of Commonwealth Edison Company Pursuant to Section 7 of the Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, and (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Service [Docket No. 461] for Payment from the Adequate Assurance Account **[ECF No. 3423]**

   Response Deadline:    December 6, 2019 at 4:00 p.m.

   Responses Filed:    None.

   Related Documents:    None.

   Status:  This matter has been adjourned to January 28, 2019 at 10:00 a.m.

13. Application of Metropolitan Edison Company, Jersey Central Power & Light Company, Ohio Edison Company, the Cleveland Electric Illuminating Company, Toledo Edison Company and Pennsylvania Electric Company Pursuant to Section 7 of the Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, and (III) Prohibiting Utility Providers from Alternating, Refusing, or Discontinuing Utility Service [Docket No. 461] for Payment from the Adequate Assurance Account **[ECF No. 3480]**

   Response Deadline:    December 6, 2019 at 4:00 p.m.

   Responses Filed:    None.

   Related Documents:    None.

   Status:  This matter has been adjourned to January 28, 2019 at 10:00 a.m.

WEIL:\97288203\11\73217.0004

14.     Debtors' First Omnibus Objection to Proofs of Claim (Satisfied Claims) **[ECF No. 4775]**

    Response Deadline:    August 27, 2019 at 4:00 p.m.

    Responses Filed:

        A.    Response of Schumacher Electric Corporation in Opposition to Debtors' First Omnibus Objection to Proofs of Claim (Satisfied Claims)**[ECF No. 4952]**

        B.    Response of Johnson Controls, Inc. to Debtors' First Omnibus Objection to Claims **[ECF No. 4983]**

        C.    Brief in Support of the Response of WiniaDaeWoo Electronics America, Inc. to Debtors' First Omnibus Objection to Proofs of Claim (Satisfied Claims) **[ECF No. 4987]**

        D.    Response of A.O. Smith Corporation to Debtors' First Omnibus Objection to Claims **[ECF No. 4993]**

        E.    Amended Brief in Support of the Response of WiniaDaeWoo Electronics America, Inc. to Debtors' First Omnibus Objection to Proofs of Claim (Satisfied Claims) **[ECF No. 4996]**

        F.    Response of Whitebox Asymmetric Partners, LP, and Whitebox Multi-Strategy Partners, LP to Debtors' First Omnibus Objection to Claims **[ECF No. 4997]**

        G.    Limited Response and Reservation of Rights of Transform Holdco LLC to Debtors' First Omnibus Objection to Proofs of Claim (Satisfied Claims) **[ECF No. 4998]**

        H.    Shaw Industries, Inc.'s Opposition Regarding Debtors' First Omnibus Objection to Proofs of Claim (Satisfied Claims) **[ECF No. 5156]**

        I.    Response of Haier US Appliance Solutions, Inc. d/b/a GE Appliances to Debtors' First Omnibus Objection to Proofs of Claim **[ECF No. 5194]**

        J.    Hain Capital Investors Master Fund Ltd.'s Response to the First Omnibus Objection to Proofs of Claims (D.E. # 4775) **[ECF No. 5313]**

    Related Documents:

        K.    Declaration of Jay (Junghan) Kim in Support of the Response of

      WiniaDaeWoo Electronics America, Inc. to Debtors' First Omnibus Objection to Proofs of Claim (Satisfied Claims) **[ECF No. 4989]**

    L. Supplemental Authority in Support of Amended Brief in Support of the Response of Winiadaewoo to Debtors' First Omnibus Objection to Proofs of Claim (Satisfied Claims) **[ECF No. 5347]**

  Status:  This matter has been adjourned to January 28, 2019 at 10:00 a.m.

15. Debtors' Second Omnibus Objection to Proofs of Claim (Reclassification as General Unsecured Claims) **[ECF No. 4776]**

  Response Deadline: August 27, 2019 at 4:00 p.m.

  Responses Filed:

    A. Claimants Response to Omnibus Objection **[ECF No. 4814]**

    B. Response of VM Innovations to Second Omnibus Objection to Proofs of Claim **[ECF No. 4986]**

    C. Objection by Suzanne Jewelers **[ECF No. 4994]**

    D. Response of ShopChimney.com Inc. to Second Omnibus Objection to Proofs of Claim **[ECF No. 5003]**

    E. Response of VIR Ventures, Inc. to Second Omnibus Objection to Proofs of Claim **[ECF No. 5056]**

    F. Response of Sky Billiards, Inc. D/B/A Best Choice Products in Opposition to Debtors' Second Omnibus Objection **[ECF No. 5421]**

    G. Responses by Stolaas Company in Opposition to Debtors' Second Omnibus Objection to Proofs of **Claim [ECF No. 5524]**

  Related Documents:  None.

  Status:  This matter has been adjourned to January 28, 2019 at 10:00 a.m.

16. Debtors' Third Omnibus Objection to Proofs of Claim (Duplicate Claims) **[ECF No. 4914]**

  Response Deadline: September 19, 2019 at 4:00 p.m.

  Responses Filed: None.

  Related Documents:  None.

Status: This matter has been adjourned to January 28, 2019 at 10:00 a.m.

17. Debtors' Fourth Omnibus Objection to Proofs of Claim (Amended and Superseded Claims) **[ECF No. 5030]**

   Response Deadline:   October 9, 2019 at 4:00 p.m.

   Response Filed:

   A.   Response of AMW Vietnam Co. Ltd. to Debtors' Fourth Omnibus Objection to Proofs of Claim **[ECF No. 5187]**

   Related Documents:   None.

   Status: This matter has been adjourned to January 28, 2019 at 10:00 a.m.

18. Debtors' Fifth Omnibus Objection to Proofs of Claim (Reclassification as General Unsecured Claims **[ECF No. 5031]**

   Response Deadline:   October 9, 2019 at 4:00 p.m.

   Responses Filed:

   A.   Response to Debtors' Fifth Omnibus Objection to Proofs of Claim (Reclassification as General Unsecured Claims) **[ECF No. 5182]**

   B.   Response to Debtors' Fifth Omnibus Objection to Proofs of Claim (Reclassification as General Unsecured Claims) [Dkt. 5031] as to the Chamberlain Group, Inc. **[ECF No. 5184]**

   C.   Objection of CalAmp Wireless Networks Corporation to Motion of Debtors' Fifth Omnibus Objection to Proofs of Claim **[ECF No. 5186]**

   D.   Response of John W. Owen III to Debtors' Fifth Omnibus Objection to Proof of Claim **[ECF No. 5197]**

   E.   Response of Scott Aikins to Debtors' Fifth Omnibus Objection to Proof of Claim **[ECF No. 5198]**

   F.   Response of Jesse Lopez to Debtors' Fifth Omnibus Objection to Proof of Claim **[ECF No. 5200]**

   G.   Response of Cory Taylor to Debtors' Fifth Omnibus Objection to Proof of Claim **[ECF No. 5201]**

   H.   Response of Joel Pucely to Debtors' Fifth Omnibus Objection to Proof of Claim **[ECF No. 5202]**

       I.    Pepperidge Farm's Response to Debtors' Fifth Omnibus Objection to Proof of Claims **[ECF No. 5323]**

       J.    Red Bull Distribution Company Inc.'s Reply to Debtors' Objection **[ECF No. 5415]**

       K.    Declaration of Ramona Reinhardt **[ECF No. 5438]**

Related Documents: None.

Status: This matter has been adjourned to January 28, 2019 at 10:00 a.m.

19.    Debtors' Sixth Omnibus Objection to Proofs of Claim (Satisfied Claims) **[ECF No. 5075]**

Response Deadline: September 26, 2019 at 4:00 p.m.

Responses Filed:

       A.    Response by Microsoft to Debtors' Sixth Omnibus Objection to Proofs of Claim (Satisfied Claims) **[ECF No. 5196]**

       B.    Limited Response and Reservation of Rights of Transform Holdco LLC to Debtors' Sixth Omnibus Objection to Proofs of Claim **[ECF No. 5240]**

Related Documents: None.

Status: This matter has been adjourned to January 28, 2019 at 10:00 a.m.

20.    Debtors' Seventh Omnibus Objection to Proofs of Claim (Amended and Superseded Claim **[ECF No. 5100]**

Response Deadline: September 30, 2019 at 4:00 p.m.

Responses Filed:

       A.    Response of Elizabeth Rogal Regarding Claim No. 10430 **[ECF No. 5244]**

       B.    Objection of Martha Salazar **[ECF No. 5259]**

       C.    Objection of Antonio Romo **[ECF No. 5260]**

       D.    Objection of Cheryl Romanchuk **[ECF No. 5276]**

Related Documents: None.

Status: This matter has been adjourned to January 28, 2019 at 10:00 a.m.

21. Debtors' Eighth Omnibus Objection to Proofs of Claim (Duplicate Claims) **[ECF No. 5101]**

    Response Deadline:    September 30, 2019 at 4:00 p.m.

    Responses Filed:

    A.   Response of David Tomczak to Debtors' Eighth Omnibus Objection to Proof of Claim **[ECF No. 5203]**

    B.   Infiiloom's Response to Debtors' Eighth Omnibus Objection to Proofs of Claims **[ECF No. 5262]**

    Related Documents:   None.

    Status:  This matter has been adjourned to January 28, 2019 at 10:00 a.m.

22. Debtors' Ninth Omnibus Objection to Proofs of Claim (Reclassification as General Unsecured Claims) **[ECF No. 5236]**

    Response Deadline:    October 16, 2019 at 4:00 p.m.

    Responses Filed:

    A.   Robert J. Clancey, Ltd. Response to Debtors' Ninth Omnibus Objection to Proofs of Claim **[ECF No. 5367]**

    B.   NorCell, Inc.'s Response to Debtors' Ninth Omnibus Objection to Proofs of Claim **[ECF No. 5373]**

    C.   McLane Company Inc. Response to Debtors' Ninth Omnibus Objection to Proofs of Claim **[ECF No. 5374]**

    D.   Robert J. Clancy, Ltd.'s Response to Debtors' Ninth Omnibus Objection to Proofs of Claim **[ECF No. 5375]**

    E.   Eric Jay LTD.'s Opposition to Debtor's Ninth Omnibus Objection **[ECF No. 5498]**

    F.   Eric Jay LTD.'s Opposition to Debtor's Ninth Omnibus Objection **[ECF No. 5508]**

    Related Documents:   None.

    Status:  This matter has been adjourned to January 28, 2019 at 10:00 a.m.

23. Debtors' Tenth Omnibus Objection to Proofs of Claim (To Reclassify Claims) **[ECF No. 5237]**

    Response Deadline:    October 16, 2019 at 4:00 p.m.

Responses Filed:

    A.    Allure Home Creations Co. Inc., Response to Debtors' Tenth Omnibus Objection to Proofs of Claim **[ECF No. 5392]**

    B.    Infiiloom India Private Limited's Response to Debtors' Tenth Omnibus Objection to Proofs of Claim **[ECF No. 5394]**

    C.    Winners Industry Company, Ltd. Response in Opposition to Debtors' Tenth Omnibus Objection to Proofs of Claim **[ECF No. 5400]**

    D.    Arca Industrial (NJ), Inc. Response to Debtors' Tenth Omnibus Objection to Proofs of Claim **[ECF No. 5476]**

    E.    Hain Capital Investors Master Fund, Ltd. Reply to Debtors' Tenth Omnibus Objection to Proofs of Claim **[ECF No. 5480]**

    F.    BST International Fashion Ltd.'s Response to Debtors' Tenth Omnibus Objection to Proofs of Claim **[ECF No. 5481]**

    G.    Response of E-Land Apparel Ltd and Thanh Cong Textile Garment Investment Trading Joint Stock Company to the Debtor's Tenth Omnibus Objection to Proof of Claim **[ECF No. 5485]**

    H.    Weihai Lianqiao International Coo. Group Co., Ltd Reply to Debtors' Tenth Omnibus Objection to Proofs of Claim **[ECF No. 5488]**

    I.    Response of Mien Co., Ltd., A&A (HK) Industrial Limited, Esjay International Private Limited, Shanghai Fochier International Trade Co., and Vogue Tex (Pvt) Ltd. in Opposition to the Debtors' Tenth Omnibus Objection to Proofs of Claim **[ECF No. 5494]**

    J.    Orient Craft Ltd. Opposition to Debtor's Tenth Omnibus Objection **[ECF No. 5496]**

    K.    Orient Craft Ltd. Opposition to Debtor's Tenth Omnibus Objection **[ECF No. 5497]**

    L.    Clement Cheng Response to Debtor's Tenth Omnibus Objection **[ECF No. 5520]**

    M.    Bradford Capital Holdings, LP. Limited Response to Debtor's Tenth Omnibus Objection **[ECF No. 5543]**

    N.    Giza Spinning and Weaving Co. Response in Opposition to Debtors' Tenth Omnibus Objection **[ECF No. 5565]**

    O.    Limited Statement of Icon Health & Fitness, Inc. **[ECF No. 6014]**

      P.      Response of Superb International Co., Ltd. in Opposition to Debtors' Tenth Omnibus Objection to Proofs of Claim (To Reclassify Claims) **[ECF No. 6094]**

      Q.      Response of Superb International Co., Ltd. **[ECF No. 6098]**

Related Documents:

      R.      Declaration of Howard Yuan in Support of Response **[ECF No. 6095]**

      S.      Declaration of Howard Yuan in Support of Response **[ECF No. 6099]**

      T.      Declaration of David G. Tobias in Support of Response **[ECF No. 6100]**

Status:  This matter has been adjourned to January 28, 2019 at 10:00 a.m.

24.    Motion to Convert Chapter 11 Case to Chapter 7 of Mien Co. Ltd., Helen Andrews, Strong Progress Garment Factory Company, Ltd., Samil Solutions, Shanghai Fochier, Purcell Murray, A&A HK Industrial, Mingle Fashion Limited, Mansheen Industries, Ltd. and AMW Vietnam Co. Ltd. filed by Joseph E. Sarachek on behalf of A&A HK Industrial, AMW Vietnam Co. Ltd., Helen Andrews Inc., Mansheen Industries, Ltd., Mien Co., Ltd., Mingle Fashion Limited, Purcell Murray, Samil Solutions, Shanghai Fochier, Strong Progress Garment Factory Company LTD **[ECF No. 5161]**

Response Deadline:  November 13, 2019 at 4:00 p.m.

Responses Filed:

      A.      Joinder of Tannor Capital Advisors LLC **[ECF No. 5204]**

      B.      Joinder of Serta Simmons Bedding, LLC **[ECF No. 5250]**

      C.      Joinder of EPI Printers, Inc. **[ECF No. 5271]**

      D.      Joinder of Twentieth Century Fox Home Entertainment LLC **[ECF No. 5302]**

Related Documents:  None.

Status:  This matter has been adjourned to January 28, 2019 at 10:00 a.m.

25.    Motion of Mien Co. Ltd., Helen Andrews, Strong Progress Garment Factory Company, Ltd, Samil Solutions, Shanghai Fochier, Purcell Murray, A&A Hk Industrial, Mingle Fashion, Mansheen Industries, Ltd. and AMW Vietnam Co. Ltd. to Assign Matter to Mediation **[ECF No. 5178]**

Response Deadline:  November 13, 2019 at 4:00 p.m.

Response Filed:

      A.      Joinder of Tannor Capital Advisors LLC **[ECF No. 5217]**

Related Documents:   None.

Status:  This matter has been adjourned to January 28, 2019 at 10:00 a.m.

26. Motion for Mediation filed by Joseph E. Sarachek on behalf of A&A HK Industrial, AMW Vietnam Co. Ltd., Helen Andrews Inc., Mansheen Industries, Ltd., Mien Co., Ltd., Mingle Fashion Limited, Purcell Murray, Samil Solutions, Shanghai Fochier, Strong Progress Garment Factory Company LTD **[ECF No. 5241]**

Response Deadline:   November 13, 2019 at 4:00 p.m.

Responses Filed:   None.

Related Documents:   None.

Status:  This matter has been adjourned to January 28, 2019 at 10:00 a.m.

27. Motion of Abel Santiago for Relief from the Automatic Stay **[ECF No. 4640]**

Response Deadline:   November 13, 2018 at 4:00 p.m.

Response Filed:

      A.      Fourth Omnibus Objection of Debtors **[ECF No. 6006]**

Related Documents:   None.

Status:  This matter has been adjourned to January 28, 2019 at 10:00 a.m.

28. Motion of Kathleen Kime to Deem Proofs of Claim as Timely Filed and for Relief from the Automatic Stay **[ECF No. 4945]**

Response Deadline:   November 13, 2018 at 4:00 p.m.

Responses Filed:   None.

Related Documents:   None.

Status:  This matter has been adjourned to a date to be determined pending the approval of a proposed stipulation resolving this matter filed with the Court (ECF No. 6145).

29. Motion of Angela Kelly and Janyce L. Mackenzie for Relief from the Automatic Stay to Permit Them to Continue to Prosecute a Personal Injury Action Against Sears, Roebuck & Co. in King County Superior Court in the State of Washington, and to Liquidate Their Claims in Such Action **[ECF No. 4064]**

    Response Deadline:    November 13, 2018 at 4:00 p.m.

    Responses Filed:    None.

    Related Documents:    None.

    Status:  This matter has been adjourned to January 28, 2019 at 10:00 a.m.

30. Second Supplemental Memorandum of Law in Support of Transform Holdco LLC's Adversary Complaint **[ECF No. 5796]**

    Response Filed:

    A.  Debtors' Opposition to Transform Holdco LLC's Second Supplemental Memorandum of Law in Support of Its Adversary Complaint **[ECF No. 6079]**

    Related Documents:

    B.  Transform's Supplemental Memorandum of Law in Support of Transform Holdco LLC's Adversary Complaint [ECF No. 4767]

    C.  Debtors' Supplemental Memorandum of Law in Support of Debtors' Brief in Opposition to Transform Holdco LLC's Adversary Complaint and in Further Support of Debtors' Supplemental Motion to Enforce the Asset Purchase Agreement **[ECF No. 4973]**

    D.  Reply Memorandum of Law in Further Support of Transform Holdco LLC's Adversary Complaint **[ECF No. 5085]**

    E.  Stipulation and Order Setting Briefing Schedule for Debtors' Supplemental Motion to Enforce the Asset Purchase Agreement and Adversary Proceeding of Transform Holdco LLC Regarding the Asset Purchase Agreement **[ECF No. 5536]**

    Status:  This matter has been adjourned to January 28, 2019 at 10:00 a.m.

WEIL:\97288203\11\73217.0004

31. Motion to Approve Motion of Relator Carl Ireland, Administrator of the Estate of James Garbe, for an Order (I) Determining the Value of Relator's Collateral as of the Sale of Such Collateral; (II) Determining the Amount of Any Diminution in the Amount of the Sales Proceeds Allocable to Such Collateral After the Sale; (III) Directing Payment of Relator's Secured and Superpriority Administrative Claims; and (IV) Granting Related Relief **[ECF No. 4931]**

    Status:  This matter has been adjourned to January 28, 2019 at 10:00 a.m.

IV. **WITHDRAWN MATTERS:**

32. Application of Northern Indiana Public Service Company LLC for Payment From the Adequate Assurance Account Pursuant to Section 7 of the Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, and (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Service **[ECF No. 4995]**

    Response Deadline:  November 13, 2018 at 4:00 p.m.

    Responses Filed:  None.

    Related Document:

    A. Notice of Withdrawal **[ECF No. 6144]**

    Status:  This matter has been withdrawn.

WEIL:\97288203\11\73217.0004

33. Motion for Payment of Administrative Expenses for Vorys, Sater, Seymour and Pease LLP **[ECF No. 6018]**

   Response Deadline:   December 6, 2019 at 4:00 p.m.

   Responses Filed:   None.

   Related Document:

   A.   Notice of Withdrawal **[ECF No. 6143]**

   Status:  This matter has been withdrawn.


Dated:  December 12, 2019
         New York, New York

/s/ Sunny Singh
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors and
Debtors in Possession*