# Exhibit C

 **Sears Administrative Expense Consent Program Ballot ID  182353801041000;
Ballot ID 182353801039842; Ballot ID 182353801039986**

**Lavinia Borzi**   to:  searsballotinvoices    12/11/2019 05:36 PM
Cc:   "Weyand, Robin", Paul Zumbro, Harold King

Hi Chris,

We are following up on your requests for information from: Black & Decker (U.S.) Inc., Black & Decker Macao Commercial Offshore Ltd. and Waterloo Industries Inc.. Please find attached an Excel including the supporting information for all three entities.

Please let us know if you have any questions.


Sears E-Ballot Support Materials 12-11.xlsx

Thanks,

Lavinia


Lavinia M. Borzi
Not Admitted
Cravath, Swaine & Moore LLP
825 Eighth Avenue | New York, NY 10019
T: (212) 474-1746
lborzi@cravath.com