CRAVATH, SWAINE & MOORE LLP
Paul H. Zumbro
(pzumbro@cravath.com)
825 Eighth Avenue
New York, NY 10019
Tel: 212 474 1000
Fax: 212 474 3700


*Attorneys for Stanley Black & Decker, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**SEARS HOLDING CORPORATION,** *et al.***,**<br><br><br>**Debtors.** | Case No. 18-23538 (RDD)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered) |

**NOTICE OF HEARING ON THE OBJECTION OF STANLEY BLACK & DECKER INC.**

**PLEASE TAKE NOTICE** that on October 15, 2018, Sears Holding Corporation et. al,

as debtors and debtors in possession (collectively, the "**Debtors**"[1]) in the above-captioned

Chapter 11 cases, each filed a voluntary petition for relief under Chapter 11 of title 11 of the

United States Code with the United States Bankruptcy Court for the Southern District of New

York (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that on October 15, 2019, the Court entered *the*

*Order (i) Confirming Modified Second Amended Joint Chapter 11 Plan of Sears Holdings*

---

[1] Please see Note 1 of *the Notice Regarding Initial Distribution Pursuant to Administrative Expense Claims Consent Program* (Dkt No. 6186) for a complete list of the Debtors in the above-captioned cases.

*Corporation and its Affiliated Debtors and (ii) Granting Related Relief*, (Dkt. No. 5370), (the "**Confirmation Order**"), which approved, among other things, the Administrative Expense Claims Consent Program, (Dkt. No. 5370 at 26-34).

**PLEASE TAKE FURTHER NOTICE** that on November 25, 2019, Stanley Black & Decker, Inc. and its subsidiaries Black & Decker (U.S.) Inc., Black & Decker Macao Commercial Offshore Limited and Waterloo Industries, Inc. (collectively, "**SBD**") submitted their elections to opt into the Administrative Expense Claims Consent Program with the Debtors.

**PLEASE TAKE FURTHER NOTICE** that on December 11, 2019, the Debtors filed the *Notice Regarding Initial Distribution Pursuant to Administrative Expense Claims Consent Program*, (Dkt No. 6186), (the "**Notice**").

**PLEASE TAKE FURTHER NOTICE** that on December 13, 2019, SBD filed the *Limited Objection of Stanley Black & Decker, Inc. to the Debtors' Notice Regarding Initial Distribution Pursuant to Administrative Expense Claims Consent Program*, ( the "**Objection**").

**PLEASE TAKE FURTHER NOTICE** that the Court has scheduled an Omnibus Hearing for December 13, 2019 at 10:00 a.m. (Prevailing Eastern Time), and SBD requests that the Court hear argument on the Objection at the Omnibus Hearing.

\* \* \*

Dated: December 13, 2019

CRAVATH, SWAINE & MOORE LLP

*/s/ Paul H. Zumbro*

Paul H. Zumbro
825 Eighth Avenue
New York, NY 10019
Telephone: 212.474.1000
Facsimile:  212.474.3700
Email: pzumbro@cravath.com

*Counsel for Stanley Black & Decker, Inc.*