UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re: SEARS HOLDINGS CORPORATION, et al.,

                                         Debtor

-----------------------------------------------------------------x

Case No.: 18-23538

Chapter 11

Adversary Proceeding No.: _____

                                         Plaintiff

                                         v.

                                         Defendant

-----------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    I, Salah M. Hawkins, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Stanley Black & Decker, Inc., a Creditor in the above-referenced ☑ case ☐ adversary proceeding.

    *I certify that I am a member in good standing* of the bar in the State of New York and, if applicable, the bar of the U.S. District Court for the _____ District of _____.

    I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 12/13/2019
New York, New York

/s/ Salah M. Hawkins
*Mailing Address*:

Cravath, Swaine & Moore LLP

825 Eighth Avenue

New York, NY 10019

*E-mail address*: smhawkins@cravath.con

*Telephone number*: (212) 474-1000