UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re: SEARS HOLDINGS CORPORATION, et al.,

                       Debtor

Case No.: 18-23538
Chapter 11

-------------------------------------------------------------x

                       Plaintiff

                v.

                       Defendant

Adversary Proceeding No.: _____

-------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

     Upon the motion of Salah M. Hawkins, to be admitted, ***pro hac vice***, to represent Robert D. Drain, (the "Client") a Creditor in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of New York and, if applicable, the bar of the U.S. District Court for the _____ District of _____, it is hereby

     **ORDERED**, that Salah M. Hawkins, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: December 13, 2019
New York, New York        /s/ _____
                                                   UNITED STATES BANKRUPTCY JUDGE