**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEARS HOLDINGS CORPORATION, *et al.,*[1] | ) | Case No. 18-23538 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## AMENDED MONTHLY FEE STATEMENT OF PRIME CLERK LLC, AS ADMINISTRATIVE AGENT TO THE DEBTORS, FOR THE PERIOD FROM NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019

By this amended[2] monthly fee statement (the "**Statement**"), pursuant to sections 327, 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York (the "**Local Bankruptcy Rules**"), Prime Clerk LLC ("**Prime Clerk**"), administrative agent to the above captioned debtors and debtors in possession (collectively, the "**Debtors**"), hereby seeks compensation and reimbursement for reasonable and necessary fees and expenses incurred for the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] The monthly fee statement filed at Docket No. 6177 inadvertently reflected an incorrect discount to the fees in accordance with Prime Clerk's retention.

period from November 1, 2019 through November 30, 2019 (the "**Statement Period**").    In

accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement*

*of Expenses of Professionals* [Docket No. 796] (the "**Compensation Order**"), Prime Clerk seeks

(i) allowance of reasonable and necessary fees incurred during the Statement Period in an amount

equal to $109,336.15 and payment of $87,468.92, which represents 80% of the total amount, and

(ii) reimbursement of actual, reasonable and necessary expenses incurred during the Statement

Period in an amount equal to $640.92.    In support of the Statement, Prime Clerk respectfully

represents as follows:

| | |
|---|---|
| Name of Professional: | Prime Clerk LLC |
| Authorized to Provide Administrative Agent Services to: | Debtors and Debtors in Possession |
| Date of Retention: | November 19, 2018 *nunc pro tunc* to October 15, 2018 |
| Period for which compensation and reimbursement is sought: | November 1, 2019 through November 30, 2019 |
| Amount of compensation sought as actual, reasonable and necessary: | $109,336.15[3] |
| 80% of compensation sought as actual, reasonable and necessary: | $87,468.92 |
| Amount of expense reimbursement sought as actual, reasonable and necessary | $640.92 |

---

[3] In accordance with the Compensation Order, at the expiration of the Objection Deadline (as defined in the Compensation Order), the Debtors are authorized to promptly pay 80% of the fees and 100% of the expenses identified in the Statement to which no Objection (as defined in the Compensation Order) has been served.

## Prior Monthly Statements

| Date Filed; Docket No. | Period Covered | Requested | | Approved | | Holdback (20%) |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | |
| 4/15/19; Docket No. 3193 | 10/15/18 – 11/30/18; 2/1/19 – 3/31/19 | $6,493.55 | $0.00 | $6,493.55 | $0.00 | N/A |
| 5/23/19; Docket No. 4013 | 4/1/19 – 4/30/19 | $2,223.55 | $0.00 | $2,223.55 | $0.00 | N/A |
| 6/28/18; Docket No. 4393 | 5/1/19 – 5/31/19 | $14,577.85 | $0.00 | $14,577.85 | $0.00 | N/A |
| 7/30/19; Docket No. 4654 | 6/1/19 – 6/30/19 | $8,266.65 | $0.00 | $8,266.65 | $0.00 | N/A |
| 8/30/19; Docket No. 5039 | 7/1/19 – 7/31/19 | $207,219.25 (payment of 80% or $165,775.40) | $1,149.47 | $165,775.40 (80% of $207,219.25) | $1,149.47 | $41,443.85 |
| 9/27/19; Docket No. 5245 | 8/1/19 – 8/31/19 | $150,629.50 (payment of 80% or $120,503.60) | $2,160.76 | $120,503.60 (80% of $150,629.50) | $2,160.76 | $30,125.90 |
| 10/30/19; Docket No. 5530 | 9/1/19 – 9/30/19 | $56,787.85 (payment of 80% or $45,430.28) | $1,174.35 | $45,430.28 (80% of $56,787.85) | $1,174.35 | $11,357.57 |
| 11/27/19; Docket No. 6107 | 10/1/19 – 10/31/10 | $31,623.90 (payment of 80% or $24,299.12) | $316.88 | $24,299.12 (80% of $31,623.90)[4] | $316.88 | $6,324.78 |

## Prior Interim Applications

| Date Filed; Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 4/15/19; Docket No. 3196 | 10/15/18 – 2/28/19 | $981.75 | $0.00 | $981.75 | $0.00 |
| 8/14/19; Docket No. 4840 | 3/1/19 – 6/30/19 | $30,579.85 | $0.00 | $30,579.85 | $0.00 |
| **Total** | | **$477,822.10** | **$4,484.58** | **$31,561.60** | **$0.00** |

---

[4] The objection deadline with respect to the monthly fee statement filed at Docket No. 6107 is December 12, 2019. To date, no formal or informal objections or responses have been filed or received.

**Summary of Hours Billed by Prime Clerk Employees During the Statement Period**

| Employee Name | Title | Total Hours | Rate | Total |
|---|---|---|---|---|
| Johnson, Craig | Director of Solicitation | 1.10 | $240.00 | $264.00 |
| Pullo, Christina | Director of Solicitation | 0.90 | $240.00 | $216.00 |
| Sharp, David | Director of Solicitation | 3.10 | $240.00 | $744.00 |
| Jaffar, Amrita C | Director | 0.20 | $220.00 | $44.00 |
| Weiner, Shira D | Director | 1.20 | $220.00 | $264.00 |
| Brown, Mark M | Solicitation Consultant | 42.80 | $215.00 | $9,202.00 |
| Carpenter, Mary J | Solicitation Consultant | 24.40 | $215.00 | $5,246.00 |
| Crowell, Messiah L | Solicitation Consultant | 48.90 | $215.00 | $10,513.50 |
| DePalma, Greg R | Solicitation Consultant | 4.80 | $215.00 | $1,032.00 |
| Devine-Rader, Margaret M | Solicitation Consultant | 74.70 | $215.00 | $16,060.50 |
| Gillard, Savanah R | Solicitation Consultant | 67.30 | $215.00 | $14,469.50 |
| Gomez, Joel J | Solicitation Consultant | 47.00 | $215.00 | $10,105.00 |
| Igboeli, Chukwunonso (Emanuel) U | Solicitation Consultant | 7.00 | $215.00 | $1,505.00 |
| Jadonath, Anna | Solicitation Consultant | 5.50 | $215.00 | $1,182.50 |
| Kaufman, Craig M | Solicitation Consultant | 12.00 | $215.00 | $2,580.00 |
| Kesler, Stanislav | Solicitation Consultant | 153.40 | $215.00 | $32,981.00 |
| Korniewicz, Sara A | Solicitation Consultant | 71.00 | $215.00 | $15,265.00 |
| Liu, Calvin L | Solicitation Consultant | 1.60 | $215.00 | $344.00 |
| Mercado, Katherine | Solicitation Consultant | 56.90 | $215.00 | $12,233.50 |
| Scully, Nickesha C | Solicitation Consultant | 0.10 | $215.00 | $21.50 |
| Vyskocil, Ryan J | Solicitation Consultant | 9.20 | $215.00 | $1,978.00 |
| Zhen, Samantha | Solicitation Consultant | 73.00 | $215.00 | $15,695.00 |
| Senecal, Brian A | Technology Consultant | 3.10 | $70.00 | $217.00 |
| Gomez, Christine | Technology Consultant | 7.00 | $55.00 | $385.00 |
| Lim, Rachel | Technology Consultant | 2.60 | $55.00 | $143.00 |
| Singh, Kevin | Technology Consultant | 29.50 | $55.00 | $1,622.50 |
| Conteh, Omaru | Technology Consultant | 7.00 | $45.00 | $315.00 |
| Reyes, Ronald A | Technology Consultant | 34.80 | $45.00 | $1,566.00 |
| | **TOTAL** | **790.10** | | **$156,194.50[5]** |
| | **BLENDED RATE** | | **$197.69** | |

---

[5] This amount has been discounted to $109,336.15 in accordance with the terms of Prime Clerk's retention. Taking into account this discount, the blended hourly rate is $138.38.

**Summary of Fees Billed by Subject Matter During the Statement Period**

| Matter Description | Total Hours | Total |
|---|---|---|
| Call Center / Credit Inquiry | 87.50 | $18,897.50 |
| Corporate Actions | 701.20 | $136,989.00 |
| Retention / Fee Application | 1.40 | $308.00 |
| **TOTAL** | **790.10** | **$156,194.50**[6] |

**Summary of Expenses Incurred by Prime Clerk Employee During the Statement Period**

| Description | Total |
|---|---|
| After Hours Transportation | $413.53 |
| Overtime Meals | $180.00 |
| Telephonic Hearing | $37.00 |
| Travel | $10.39 |
| **TOTAL** | **$640.92** |

*[Remainder of page intentionally left blank]*

---

[6] This amount has been discounted to $109,336.15 in accordance with the terms of Prime Clerk's retention.

## Jurisdiction

1.      The United States Bankruptcy Court for the Southern District of New York (the "**Court**") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the Amended Standing Order of Reference of the United States District Court for the Southern District of New York, dated January 31, 2012 (Preska, C.J.).   This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).   Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.   The predicates for the relief requested herein are sections 327, 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and the Local Bankruptcy Rules.

## Background

2.      On October 15, 2018 (the "**Commencement Date**"), each of the Debtors filed a voluntary petition with the Court under chapter 11 of the Bankruptcy Code.   The Debtors are operating their business and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.   On October 16, 2018, this Court entered an order jointly administering these chapter 11 cases pursuant to Bankruptcy Rule 1015(b).   An official committee of unsecured creditors was appointed in these chapter 11 cases on October 24, 2018.   On April 22, 2019, the Court entered an order appointing an independent fee examiner [Docket No. 3307].

## Retention of Prime Clerk

3.      On November 19, 2018, the Court entered the *Order Pursuant to 11 U.S.C. § 327(a), Bankruptcy Rules 2014(a) and 2016(a), and Local Rules 2014-1 and 2016-1 Authorizing Retention and Employment of Prime Clerk LLC as Administrative Agent for the Debtors Nunc Pro Tunc to the Commencement Date* [Docket No. 812], which authorized the Debtors to employ and retain Prime Clerk as administrative agent *nunc pro tunc* to the Commencement Date in these chapter 11 cases.

6

## Relief Requested

4.      Prime Clerk submits this Statement in accordance with the Compensation Order. All services for which Prime Clerk requests compensation were performed for, or on behalf of, the Debtors.

5.      Prime Clerk seeks (i) allowance of reasonable and necessary fees incurred during the Statement Period in the total amount of $109,336.15 and payment of $87,468.92, which represents 80% of the total amount, and (ii) reimbursement of actual, reasonable and necessary expenses incurred during the Statement Period in the amount of $640.92.

6.      Prime Clerk maintains computerized records of the time spent by employees of Prime Clerk in connection with its role as administrative agent to the Debtors. In that regard, **Exhibit A**: (i) identifies the employee that rendered services in each task category; (ii) describes each service such employee performed; (iii) sets forth the number of hours in increments of one-tenth of an hour spent by each individual providing services; and (iv) as applicable, sets forth the type of expenses incurred. **Exhibit B** hereto sets forth the type of expenses incurred by each Prime Clerk employee during the Statement Period, if any. In addition, Prime Clerk's hourly rates are set at a level designed to fairly compensate Prime Clerk for the work of its employees and cover routine overhead expenses. Hourly rates vary with the experience and seniority of the individuals assigned and are subject to periodic adjustments to reflect economic and other conditions.

7.      In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of these cases, (b) the time expended, (c) the rates charged for such services, (d) the nature and extent of the services rendered, (e) the value of such services and (f) the costs of comparable services other than in a case under this title.

## Notice

8.      Pursuant to the Compensation Order, this Statement will be served upon the Notice Parties (as defined in the Compensation Order).  Prime Clerk submits, in light of the relief requested, no other or further notice is necessary.

## Conclusion

9.      WHEREFORE, pursuant to the Compensation Order, Prime Clerk respectfully requests (i) allowance of reasonable and necessary fees for the Statement Period in the total amount of $109,336.15 and payment of $87,468.92, which represents 80% of the total amount, and (ii) reimbursement of actual, reasonable and necessary expenses incurred during the Statement Period in the amount of $640.92.

Dated: December 13, 2019
        New York, New York                    Prime Clerk LLC


                                              */s/ Shira D. Weiner*
                                              Shira D. Weiner
                                              General Counsel
                                              One Grand Central Place
                                              60 East 42nd Street, Suite 1440
                                              New York, NY 10165
                                              Telephone: (212) 257-5450
                                              Email: sweiner@primeclerk.com

                                              *Administrative Agent to the Debtors*

**Exhibit A**

**Fee Detail**



One Grand Central Place
60 East 42nd Street, Suite 1440
New York, NY 10165

primeclerk.com

## Hourly Fees by Employee through November  2019

| Initial | Employee Name | Title | Hours | Rate | Total |
|---------|---------------|-------|-------|------|-------|
| OC | Conteh, Omaru | TC - Technology Consultant | 7.00 | $45.00 | $315.00 |
| RAR | Reyes, Ronald A | TC - Technology Consultant | 34.80 | $45.00 | $1,566.00 |
| CG | Gomez, Christine | TC - Technology Consultant | 7.00 | $55.00 | $385.00 |
| RLI | Lim, Rachel | TC - Technology Consultant | 2.60 | $55.00 | $143.00 |
| KS | Singh, Kevin | TC - Technology Consultant | 29.50 | $55.00 | $1,622.50 |
| BAS | Senecal, Brian A | TC - Technology Consultant | 3.10 | $70.00 | $217.00 |
| MMB | Brown, Mark M | SA - Solicitation Consultant | 42.80 | $215.00 | $9,202.00 |
| MJCA | Carpenter, Mary J | SA - Solicitation Consultant | 24.40 | $215.00 | $5,246.00 |
| MLC | Crowell, Messiah L | SA - Solicitation Consultant | 48.90 | $215.00 | $10,513.50 |
| GRD | DePalma, Greg R | SA - Solicitation Consultant | 4.80 | $215.00 | $1,032.00 |
| MMDR | Devine-Rader, Margaret M | SA - Solicitation Consultant | 74.70 | $215.00 | $16,060.50 |
| SRG | Gillard, Savanah R | SA - Solicitation Consultant | 67.30 | $215.00 | $14,469.50 |
| JJG | Gomez, Joel J | SA - Solicitation Consultant | 47.00 | $215.00 | $10,105.00 |
| CUI | Igboeli, Chukwunonso (Emanuel) U | SA - Solicitation Consultant | 7.00 | $215.00 | $1,505.00 |
| AJAD | Jadonath, Anna | SA - Solicitation Consultant | 5.50 | $215.00 | $1,182.50 |
| CMKK | Kaufman, Craig M | SA - Solicitation Consultant | 12.00 | $215.00 | $2,580.00 |
| STK | Kesler, Stanislav | SA - Solicitation Consultant | 153.40 | $215.00 | $32,981.00 |
| SAK | Korniewicz, Sara A | SA - Solicitation Consultant | 71.00 | $215.00 | $15,265.00 |
| CLL | Liu, Calvin L | SA - Solicitation Consultant | 1.60 | $215.00 | $344.00 |
| KME | Mercado, Katherine | SA - Solicitation Consultant | 56.90 | $215.00 | $12,233.50 |
| NCS | Scully, Nickesha C | SA - Solicitation Consultant | 0.10 | $215.00 | $21.50 |
| RJV | Vyskocil, Ryan J | SA - Solicitation Consultant | 9.20 | $215.00 | $1,978.00 |
| SZ | Zhen, Samantha | SA - Solicitation Consultant | 73.00 | $215.00 | $15,695.00 |
| ACJ | Jaffar, Amrita C | DI - Director | 0.20 | $220.00 | $44.00 |
| SW | Weiner, Shira D | DI - Director | 1.20 | $220.00 | $264.00 |

Sears Holdings Corporation

Page 2

Invoice #: 11122

| CJ | Johnson, Craig | DS - Director of Solicitation | 1.10 | $240.00 | $264.00 |
| CP | Pullo, Christina | DS - Director of Solicitation | 0.90 | $240.00 | $216.00 |
| DS | Sharp, David | DS - Director of Solicitation | 3.10 | $240.00 | $744.00 |
| | | **TOTAL:** | **790.10** | | **$156,194.50** |

### Hourly Fees by Task Code through November  2019

| Task Code | Task Code Description | Hours | Total |
| --- | --- | --- | --- |
| CORP | Corporate Actions | 701.20 | $136,989.00 |
| INQR | Call Center / Credit Inquiry | 87.50 | $18,897.50 |
| RETN | Retention / Fee Application | 1.40 | $308.00 |
| | **TOTAL:** | **790.10** | **$156,194.50** |

Sears Holdings Corporation                                                                 Page 3

Invoice #: 11122

---

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 11/01/19 | KS | TC | Technical support for updating opt-out information | Corporate Actions | 1.20 |
| 11/01/19 | MLC | SA | Quality assurance review of incoming opt-out forms | Corporate Actions | 0.40 |
| 11/01/19 | MMB | SA | Review correspondence with case team (S. Kesler) and creditors related to Administrative Expense Claims Consent Program | Call Center / Credit Inquiry | 0.30 |
| 11/01/19 | RJV | SA | Respond to creditor inquiries related to opt-in/opt-out event | Call Center / Credit Inquiry | 1.00 |
| 11/01/19 | SAK | SA | Review and analyze incoming opt-out forms for validity | Corporate Actions | 1.80 |
| 11/01/19 | SRG | SA | Review and analyze incoming opt-out forms for validity | Corporate Actions | 3.00 |
| 11/01/19 | STK | SA | Quality assurance review of incoming opt-out forms | Corporate Actions | 1.70 |
| 11/01/19 | STK | SA | Respond to creditor inquiries related to ongoing administrative claim opt in/opt out | Call Center / Credit Inquiry | 2.20 |
| 11/01/19 | STK | SA | Create and format preliminary opt in/opt out report for circulation to case professionals | Corporate Actions | 1.00 |
| 11/04/19 | CMKK | SA | Respond to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 1.60 |
| 11/04/19 | KS | TC | Technical support for updating opt-out information | Corporate Actions | 1.90 |
| 11/04/19 | MLC | SA | Conduct quality assurance review of incoming opt-in/opt-out forms | Corporate Actions | 0.50 |
| 11/04/19 | MMB | SA | Respond to creditor inquiries related to Plan distributions and administrative expense claim consent program | Call Center / Credit Inquiry | 0.80 |
| 11/04/19 | RJV | SA | Respond to creditor inquiries related to opt-in/opt-out | Call Center / Credit Inquiry | 0.70 |
| 11/04/19 | SAK | SA | Review and analyze incoming opt-out forms for validity | Corporate Actions | 2.20 |
| 11/04/19 | SRG | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 2.60 |
| 11/04/19 | STK | SA | Respond to creditor inquiries related to ongoing administrative claim opt in/opt out | Call Center / Credit Inquiry | 1.40 |
| 11/04/19 | STK | SA | Conduct quality assurance review of incoming opt-in/opt-out forms | Corporate Actions | 0.70 |
| 11/04/19 | STK | SA | Create and format preliminary opt in/opt out report for circulation to case professionals | Corporate Actions | 1.00 |
| 11/05/19 | BAS | TC | Technical support for processing opt-out forms | Corporate | 0.20 |

Sears Holdings Corporation

Page 4

Invoice #: 11122

| Date | Initials | | Description | Category | Hours |
|---|---|---|---|---|---|
| | | | | Actions | |
| 11/05/19 | CMKK | SA | Respond to creditor inquiries related to elections into administrative expense consent program | Call Center / Credit Inquiry | 0.50 |
| 11/05/19 | KS | TC | Technical support for updating opt-out information | Corporate Actions | 1.40 |
| 11/05/19 | KS | TC | Technical support for updating opt-out information | Corporate Actions | 0.80 |
| 11/05/19 | MLC | SA | Conduct quality assurance review of incoming opt-in/opt-out forms | Corporate Actions | 0.20 |
| 11/05/19 | MMB | SA | Respond to creditor inquiries related to Plan distributions and administrative expense claim consent program | Call Center / Credit Inquiry | 1.40 |
| 11/05/19 | MMB | SA | Review correspondence with case team (S. Kesler) and creditors related to Plan distributions and administrative expense claim consent program | Call Center / Credit Inquiry | 0.30 |
| 11/05/19 | RAR | TC | Technical support for updating opt-out information | Corporate Actions | 2.30 |
| 11/05/19 | SAK | SA | Review and analyze incoming opt-out forms for validity | Corporate Actions | 2.30 |
| 11/05/19 | SRG | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 2.60 |
| 11/05/19 | STK | SA | Respond to creditor inquiries related to ongoing administrative claim opt in/opt out | Call Center / Credit Inquiry | 2.20 |
| 11/05/19 | STK | SA | Create and format preliminary opt in/opt out report for circulation to case professionals | Corporate Actions | 1.00 |
| 11/06/19 | BAS | TC | Technical support for updating opt-out information | Corporate Actions | 0.20 |
| 11/06/19 | JJG | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 1.00 |
| 11/06/19 | KS | TC | Technical support for updating opt-out information | Corporate Actions | 1.90 |
| 11/06/19 | MJCA | SA | Quality assurance review of opt out forms | Corporate Actions | 0.70 |
| 11/06/19 | MJCA | SA | Process incoming opt out forms | Corporate Actions | 0.30 |
| 11/06/19 | MLC | SA | Conduct quality assurance review of incoming opt-in/opt-out forms | Corporate Actions | 0.90 |
| 11/06/19 | MLC | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 1.20 |
| 11/06/19 | MMB | SA | Respond to creditor inquiries related to Plan distributions and administrative expense claim consent program | Call Center / Credit Inquiry | 1.10 |
| 11/06/19 | MMB | SA | Respond to nominee inquiries related to Plan distributions and administrative expense claim consent program | Call Center / Credit Inquiry | 0.60 |
| 11/06/19 | RAR | TC | Technical support for updating opt-out information | Corporate Actions | 0.80 |
| 11/06/19 | RAR | TC | Technical support for updating opt-out information | Corporate Actions | 1.40 |

Sears Holdings Corporation

Page 5

Invoice #: 11122

| 11/06/19 | RLI | TC | Technical support for updating opt-out information | Corporate Actions | 0.60 |
|---|---|---|---|---|---|
| 11/06/19 | SAK | SA | Review and analyze incoming opt-out forms for validity | Corporate Actions | 3.30 |
| 11/06/19 | SRG | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 2.20 |
| 11/06/19 | STK | SA | Review and respond to inquiry from P. DiDonato (Weil) related to opt-in/opt-out event | Corporate Actions | 0.70 |
| 11/06/19 | STK | SA | Respond to creditor inquiries related to ongoing administrative claim opt in/opt out | Call Center / Credit Inquiry | 3.00 |
| 11/06/19 | STK | SA | Conduct quality assurance review of incoming administrative expense consent program opt-in/opt-out forms | Corporate Actions | 1.10 |
| 11/06/19 | STK | SA | Create and format preliminary opt in/opt out report for circulation to case professionals | Corporate Actions | 1.40 |
| 11/07/19 | KS | TC | Technical support for updating opt-out information | Corporate Actions | 1.60 |
| 11/07/19 | MJCA | SA | Quality assurance review of opt out forms | Corporate Actions | 1.20 |
| 11/07/19 | MJCA | SA | Create and format preliminary opt-out report for circulation to case professionals | Corporate Actions | 1.00 |
| 11/07/19 | MJCA | SA | Process incoming opt out forms | Corporate Actions | 1.30 |
| 11/07/19 | MLC | SA | Conduct quality assurance review of incoming opt-in/opt-out forms | Corporate Actions | 3.20 |
| 11/07/19 | MLC | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 2.50 |
| 11/07/19 | MMB | SA | Quality assurance review of incoming opt in/opt out election forms | Corporate Actions | 0.90 |
| 11/07/19 | MMB | SA | Respond to creditor inquiries related to Plan distributions and administrative expense claim consent program | Call Center / Credit Inquiry | 1.10 |
| 11/07/19 | RAR | TC | Technical support for updating opt-out information | Corporate Actions | 1.70 |
| 11/07/19 | RJV | SA | Respond to creditor inquiries related to distributions | Call Center / Credit Inquiry | 0.50 |
| 11/07/19 | SAK | SA | Review and analyze incoming opt-out forms for validity | Corporate Actions | 2.60 |
| 11/07/19 | SRG | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 4.80 |
| 11/07/19 | STK | SA | Respond to creditor inquiries related to ongoing administrative claim opt in/opt out | Call Center / Credit Inquiry | 3.70 |
| 11/07/19 | STK | SA | Conduct quality assurance review of incoming administrative expense consent program opt-in/opt-out forms | Corporate Actions | 3.50 |
| 11/07/19 | STK | SA | Create and format preliminary opt in/opt out report for circulation to case professionals | Corporate Actions | 2.10 |
| 11/08/19 | AJAD | SA | Coordinate and process incoming administrative expense consent program opt-in/opt-out forms and conduct audit re: | Corporate Actions | 0.50 |

Sears Holdings Corporation

Page 6

Invoice #: 11122

| | | | same | | |
|---|---|---|---|---|---|
| 11/08/19 | BAS | TC | Technical support for updating opt-out information | Corporate Actions | 0.20 |
| 11/08/19 | CG | TC | Technical support for updating opt-out information | Corporate Actions | 0.50 |
| 11/08/19 | MLC | SA | Conduct quality assurance review of incoming opt-in/opt-out forms | Corporate Actions | 0.80 |
| 11/08/19 | MLC | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 1.50 |
| 11/08/19 | MMB | SA | Respond to creditor inquiries related to Plan distributions and administrative expense claim consent program | Call Center / Credit Inquiry | 0.70 |
| 11/08/19 | RAR | TC | Technical support for updating opt-out information | Corporate Actions | 0.90 |
| 11/08/19 | SAK | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 1.80 |
| 11/08/19 | STK | SA | Respond to creditor inquiries related to ongoing administrative claim opt in/opt out | Call Center / Credit Inquiry | 2.60 |
| 11/08/19 | STK | SA | Conduct quality assurance review of incoming administrative expense consent program opt-in/opt-out forms | Corporate Actions | 1.40 |
| 11/08/19 | STK | SA | Create and format preliminary opt in/opt out report for circulation to case professionals | Corporate Actions | 1.00 |
| 11/11/19 | CG | TC | Technical support for updating opt-out information | Corporate Actions | 1.00 |
| 11/11/19 | MJCA | SA | Conduct quality assurance review of incoming administrative expense consent program opt-in/opt-out forms | Corporate Actions | 1.00 |
| 11/11/19 | MMB | SA | Respond to creditor inquiries related to Plan distributions and administrative expense claim consent program | Call Center / Credit Inquiry | 0.70 |
| 11/11/19 | MMB | SA | Review and analyze incoming opt-in/opt-out forms for validity | Corporate Actions | 1.80 |
| 11/11/19 | RAR | TC | Technical support for updating opt-out information | Corporate Actions | 1.90 |
| 11/11/19 | SAK | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 1.40 |
| 11/11/19 | SRG | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 3.60 |
| 11/11/19 | STK | SA | Respond to creditor inquiries related to ongoing administrative claim opt in/opt out | Call Center / Credit Inquiry | 3.30 |
| 11/11/19 | STK | SA | Conduct quality assurance review of incoming administrative expense consent program opt-in/opt-out forms | Corporate Actions | 1.80 |
| 11/11/19 | STK | SA | Create and format preliminary opt in/opt out report for circulation to case professionals | Corporate Actions | 1.00 |
| 11/12/19 | CG | TC | Technical support for updating opt-out information | Corporate Actions | 1.00 |
| 11/12/19 | CMKK | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 0.70 |
| 11/12/19 | KS | TC | Technical support for updating opt-out information | Corporate | 1.60 |

Sears Holdings Corporation

Page 7

Invoice #: 11122

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | Actions | |
| 11/12/19 | MLC | SA | Conduct quality assurance review of incoming opt-in/opt-out forms | Corporate Actions | 0.20 |
| 11/12/19 | MMB | SA | Respond to creditor inquiries related to Plan distributions and administrative expense claim consent program | Call Center / Credit Inquiry | 0.80 |
| 11/12/19 | MMB | SA | Review and analyze incoming opt-in/opt-out forms for validity | Corporate Actions | 2.40 |
| 11/12/19 | RAR | TC | Technical support for updating opt-out information | Corporate Actions | 2.60 |
| 11/12/19 | STK | SA | Respond to creditor inquiries related to ongoing administrative claim opt in/opt out | Call Center / Credit Inquiry | 3.00 |
| 11/12/19 | STK | SA | Conduct quality assurance review of incoming administrative expense consent program opt-in/opt-out forms | Corporate Actions | 2.40 |
| 11/12/19 | STK | SA | Create and format preliminary opt in/opt out report for circulation to case professionals | Corporate Actions | 1.00 |
| 11/13/19 | BAS | TC | Technical support for updating opt-out information | Corporate Actions | 0.20 |
| 11/13/19 | CMKK | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 1.20 |
| 11/13/19 | KS | TC | Technical support for updating opt-out information | Corporate Actions | 1.60 |
| 11/13/19 | MJCA | SA | Process incoming opt out forms | Corporate Actions | 1.30 |
| 11/13/19 | MMB | SA | Respond to creditor inquiries related to Plan distributions and administrative expense claim consent program | Call Center / Credit Inquiry | 1.30 |
| 11/13/19 | MMB | SA | Review and analyze incoming opt-in/opt-out forms for validity | Corporate Actions | 3.60 |
| 11/13/19 | RAR | TC | Technical support for updating opt-out information | Corporate Actions | 1.70 |
| 11/13/19 | RJV | SA | Respond to creditor inquiries related to distributions | Call Center / Credit Inquiry | 0.20 |
| 11/13/19 | SAK | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 1.40 |
| 11/13/19 | SRG | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 3.00 |
| 11/13/19 | STK | SA | Review and respond to inquiry from M. Buschmann (Weil) related to administrative claim opt in/opt out | Corporate Actions | 0.50 |
| 11/13/19 | STK | SA | Review and respond to inquiry from A. Hwang (Weil) related to administrative claim opt in/opt out | Corporate Actions | 1.30 |
| 11/13/19 | STK | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 1.70 |
| 11/13/19 | STK | SA | Respond to creditor inquiries related to ongoing administrative claim opt in/opt out | Call Center / Credit Inquiry | 2.50 |
| 11/13/19 | STK | SA | Conduct quality assurance review of incoming administrative expense consent program opt-in/opt-out forms | Corporate Actions | 2.20 |
| 11/13/19 | STK | SA | Create and format preliminary opt in/opt out report for | Corporate | 1.30 |

Sears Holdings Corporation

Page 8

Invoice #: 11122

| | | | | | |
|---|---|---|---|---|---|
| | | | circulation to case professionals | Actions | |
| 11/13/19 | SZ | SA | Review and analyze incoming opt-in/opt-out forms for validity | Corporate Actions | 0.70 |
| 11/14/19 | BAS | TC | Technical support for updating opt-out information | Corporate Actions | 0.60 |
| 11/14/19 | CMKK | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 1.20 |
| 11/14/19 | KS | TC | Technical support for updating opt-out information | Corporate Actions | 1.60 |
| 11/14/19 | KS | TC | Technical support for updating opt-out information | Corporate Actions | 1.40 |
| 11/14/19 | MJCA | SA | Quality assurance review of opt out forms | Corporate Actions | 1.40 |
| 11/14/19 | MLC | SA | Conduct quality assurance review of incoming opt-in/opt-out forms | Corporate Actions | 1.40 |
| 11/14/19 | MLC | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 1.30 |
| 11/14/19 | MMB | SA | Respond to creditor inquiries related to Plan distributions and administrative expense claim consent program | Call Center / Credit Inquiry | 1.60 |
| 11/14/19 | RAR | TC | Technical support for updating opt-out information | Corporate Actions | 3.70 |
| 11/14/19 | RLI | TC | Technical support for updating opt-out information | Corporate Actions | 0.60 |
| 11/14/19 | SAK | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 6.80 |
| 11/14/19 | SAK | SA | Conduct quality assurance review of incoming administrative expense consent program opt-in/opt-out forms | Corporate Actions | 1.50 |
| 11/14/19 | SRG | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 6.80 |
| 11/14/19 | SRG | SA | Conduct quality assurance review of incoming administrative expense consent program opt-in/opt-out forms | Corporate Actions | 1.70 |
| 11/14/19 | STK | SA | Review and respond to inquiry from A. Hwang (Weil) related to administrative claim opt in/opt out | Corporate Actions | 1.00 |
| 11/14/19 | STK | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 1.40 |
| 11/14/19 | STK | SA | Respond to creditor inquiries related to ongoing administrative claim opt in/opt out | Call Center / Credit Inquiry | 3.70 |
| 11/14/19 | STK | SA | Conduct quality assurance review of incoming administrative expense consent program opt-in/opt-out forms | Corporate Actions | 5.20 |
| 11/14/19 | STK | SA | Create and format preliminary opt in/opt out report for circulation to case professionals | Corporate Actions | 1.40 |
| 11/14/19 | SW | DI | Draft monthly fee statement | Retention / Fee Application | 1.20 |
| 11/15/19 | BAS | TC | Technical support for updating opt-out information | Corporate Actions | 0.30 |
| 11/15/19 | CJ | DS | Manage staffing for handling administrative expense | Corporate | 0.30 |

Sears Holdings Corporation

| | | | | | |
|---|---|---|---|---|---|
| | | | consent program opt-in / opt-out forms | Actions | |
| 11/15/19 | CLL | SA | Process incoming opt out/opt in forms | Corporate Actions | 0.90 |
| 11/15/19 | CMKK | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 1.80 |
| 11/15/19 | KS | TC | Technical support for updating opt-out information | Corporate Actions | 0.60 |
| 11/15/19 | MLC | SA | Conduct quality assurance review of incoming opt-in/opt-out forms | Corporate Actions | 2.70 |
| 11/15/19 | MMB | SA | Respond to creditor inquiries related to Plan distributions and administrative expense claim consent program | Call Center / Credit Inquiry | 4.10 |
| 11/15/19 | MMB | SA | Review and analyze incoming opt-in/opt-out forms for validity | Corporate Actions | 1.00 |
| 11/15/19 | MMDR | SA | Technical support for updating opt-out information | Corporate Actions | 6.50 |
| 11/15/19 | RJV | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 1.50 |
| 11/15/19 | RJV | SA | Respond to creditor inquiries related to distributions | Call Center / Credit Inquiry | 0.50 |
| 11/15/19 | SAK | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 5.70 |
| 11/15/19 | SAK | SA | Conduct quality assurance review of incoming administrative expense consent program opt-in/opt-out forms | Corporate Actions | 2.70 |
| 11/15/19 | SRG | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 4.20 |
| 11/15/19 | SRG | SA | Conduct quality assurance review of incoming administrative expense consent program opt-in/opt-out forms | Corporate Actions | 3.80 |
| 11/15/19 | STK | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 1.20 |
| 11/15/19 | STK | SA | Respond to creditor inquiries related to ongoing administrative claim opt in/opt out | Call Center / Credit Inquiry | 3.60 |
| 11/15/19 | STK | SA | Conduct quality assurance review of incoming administrative expense consent program opt-in/opt-out forms | Corporate Actions | 2.80 |
| 11/15/19 | STK | SA | Create and format preliminary opt in/opt out report for circulation to case professionals | Corporate Actions | 1.20 |
| 11/16/19 | MMB | SA | Respond to creditor inquiries related to Plan distributions and administrative expense claim consent program | Call Center / Credit Inquiry | 0.40 |
| 11/16/19 | MMB | SA | Review and analyze incoming opt-in/opt-out forms for validity | Corporate Actions | 0.70 |
| 11/18/19 | BAS | TC | Technical support for updating opt-out information | Corporate Actions | 0.20 |
| 11/18/19 | CG | TC | Technical support for updating opt-out information | Corporate Actions | 1.00 |
| 11/18/19 | CJ | DS | Confer and coordinate with S. Kesler on the processing of opt-in / opt-out forms | Corporate Actions | 0.20 |
| 11/18/19 | CLL | SA | Review and analyze incoming opt-in/opt-out forms for | Corporate | 0.70 |

Sears Holdings Corporation

Page 10

Invoice #: 11122

| | | | | Actions | |
|---|---|---|---|---|---|
| | | | validity | Actions | |
| 11/18/19 | CMKK | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 2.40 |
| 11/18/19 | CP | DS | Coordinate with Kelley Drye and case team regarding administrative opt out inquiry | Call Center / Credit Inquiry | 0.20 |
| 11/18/19 | DS | DS | Review and quality control opt out/opt in inquiry requests | Call Center / Credit Inquiry | 2.30 |
| 11/18/19 | GRD | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 2.20 |
| 11/18/19 | GRD | SA | Quality assurance review of incoming administrative expense consent program opt-in/opt-out forms | Corporate Actions | 2.60 |
| 11/18/19 | JJG | SA | Conduct quality assurance review of incoming opt-in/opt-out forms | Corporate Actions | 6.00 |
| 11/18/19 | KS | TC | Technical support for updating opt-out information | Corporate Actions | 1.60 |
| 11/18/19 | MJCA | SA | Quality assurance review of opt out forms | Corporate Actions | 1.00 |
| 11/18/19 | MJCA | SA | Process incoming opt out forms | Corporate Actions | 0.60 |
| 11/18/19 | MLC | SA | Conduct quality assurance review of incoming opt-in/opt-out forms | Corporate Actions | 2.70 |
| 11/18/19 | MMB | SA | Respond to creditor inquiries related to Plan distributions and administrative expense claim consent program | Call Center / Credit Inquiry | 5.90 |
| 11/18/19 | MMDR | SA | Quality assurance review of incoming opt-out forms | Corporate Actions | 7.20 |
| 11/18/19 | RAR | TC | Technical support for updating opt-out information | Corporate Actions | 2.40 |
| 11/18/19 | RJV | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 2.50 |
| 11/18/19 | RJV | SA | Respond to creditor inquiries related to distributions | Call Center / Credit Inquiry | 1.50 |
| 11/18/19 | SAK | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 8.90 |
| 11/18/19 | SRG | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 8.00 |
| 11/18/19 | STK | SA | Review and respond to inquiry from W. Murphy (M-III) related to administrative claim opt in/opt out | Corporate Actions | 0.60 |
| 11/18/19 | STK | SA | Review and respond to inquiry from A. Hwang (Weil) related to administrative claim opt in/opt out | Corporate Actions | 0.50 |
| 11/18/19 | STK | SA | Confer and coordinate with C. Johnson on the processing of opt-in/opt-out forms | Corporate Actions | 0.20 |
| 11/18/19 | STK | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 1.80 |
| 11/18/19 | STK | SA | Respond to creditor inquiries related to ongoing administrative claim opt in/opt out | Call Center / Credit Inquiry | 4.00 |
| 11/18/19 | STK | SA | Conduct quality assurance review of incoming administrative | Corporate | 3.80 |

Sears Holdings Corporation                                                                      Page 11

Invoice #: 11122

| Date | | | | | |
|------|------|------|------|------|------|
| | | | expense consent program opt-in/opt-out forms | Actions | |
| 11/18/19 | STK | SA | Create and format preliminary opt in/opt out report for circulation to case professionals | Corporate Actions | 1.50 |
| 11/18/19 | SZ | SA | Review and analyze incoming opt-in/opt-out forms for validity | Corporate Actions | 8.70 |
| 11/19/19 | BAS | TC | Technical support for processing opt-out forms | Corporate Actions | 0.60 |
| 11/19/19 | CG | TC | Technical support for updating opt-out information | Corporate Actions | 0.50 |
| 11/19/19 | CJ | DS | Confer and coordinate with S. Kesler (Prime Clerk) on status of opt-in / opt-out forms | Corporate Actions | 0.20 |
| 11/19/19 | CP | DS | Coordinate with Prime Clerk case team regarding opt in/opt out process update | Corporate Actions | 0.10 |
| 11/19/19 | JJG | SA | Conduct quality assurance review of incoming opt-in/opt-out forms | Corporate Actions | 2.00 |
| 11/19/19 | JJG | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 0.90 |
| 11/19/19 | KS | TC | Technical support for updating opt-out information | Corporate Actions | 1.40 |
| 11/19/19 | MJCA | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 1.00 |
| 11/19/19 | MJCA | SA | Conduct quality assurance review of incoming administrative expense consent program opt-in/opt-out forms | Corporate Actions | 1.00 |
| 11/19/19 | MLC | SA | Conduct quality assurance review of incoming opt-in/opt-out forms | Corporate Actions | 1.10 |
| 11/19/19 | MMB | SA | Respond to creditor inquiries related to Plan distributions and administrative expense claim consent program | Call Center / Credit Inquiry | 0.90 |
| 11/19/19 | MMB | SA | Review correspondence with case team (S. Kesler), Debtors' counsel (A. Hwang, P. DiDonato at Weil, Gotshal), and creditors related to Plan distributions and administrative expense claim consent program | Corporate Actions | 0.20 |
| 11/19/19 | OC | TC | Technical support for updating opt-out information | Corporate Actions | 0.80 |
| 11/19/19 | RAR | TC | Technical support for updating opt-out information | Corporate Actions | 0.90 |
| 11/19/19 | RAR | TC | Technical support for updating opt-out information | Corporate Actions | 1.50 |
| 11/19/19 | RLI | TC | Technical support for updating opt-out information | Corporate Actions | 0.80 |
| 11/19/19 | STK | SA | Respond to creditor inquiries related to ongoing administrative claim opt on/opt out | Call Center / Credit Inquiry | 2.20 |
| 11/19/19 | STK | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 1.90 |
| 11/19/19 | STK | SA | Conduct quality assurance review of incoming administrative expense consent program opt-in/opt-out forms | Corporate Actions | 2.80 |
| 11/19/19 | STK | SA | Confer and coordinate with S. Kesler (Prime Clerk) on status | Corporate | 0.20 |

Sears Holdings Corporation                                                                              Page 12

Invoice #: 11122

| | | | of opt-in / opt-out forms | Actions | |
|---|---|---|---|---|---|
| 11/19/19 | STK | SA | Review and respond to inquiry from P. DiDonato (Weil) related to administrative claim opt on/opt out | Corporate Actions | 0.30 |
| 11/19/19 | STK | SA | Review and respond to inquiry from A. Hwang (Weil) related to administrative claim opt on/opt out | Corporate Actions | 0.40 |
| 11/19/19 | STK | SA | Create and format preliminary opt in/opt out report for circulation to case professionals | Corporate Actions | 1.20 |
| 11/19/19 | SZ | SA | Conduct quality assurance review of incoming opt-in/opt-out forms | Corporate Actions | 3.60 |
| 11/19/19 | SZ | SA | Review and analyze incoming opt-in/opt-out forms for validity | Corporate Actions | 3.00 |
| 11/20/19 | AJAD | SA | Quality asuranance review of opt out forms | Corporate Actions | 4.50 |
| 11/20/19 | CG | TC | Technical support for updating opt-out information | Corporate Actions | 0.80 |
| 11/20/19 | CMKK | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 1.20 |
| 11/20/19 | DS | DS | Review and quality control opt out/opt in inquiry requests | Call Center / Credit Inquiry | 0.80 |
| 11/20/19 | JJG | SA | Conduct quality assurance review of incoming opt-in/opt-out forms | Corporate Actions | 2.40 |
| 11/20/19 | JJG | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 0.40 |
| 11/20/19 | KME | SA | Technical support for updating opt-out information | Corporate Actions | 9.20 |
| 11/20/19 | KS | TC | Technical support for processing electronically filed ballots | Corporate Actions | 0.90 |
| 11/20/19 | MJCA | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 1.20 |
| 11/20/19 | MJCA | SA | Confer and coordinate with case team re ongoing solicitation of administrative consent program opt-in/opt-out | Corporate Actions | 0.10 |
| 11/20/19 | MLC | SA | Conduct quality assurance review of incoming opt-in/opt-out forms | Corporate Actions | 6.30 |
| 11/20/19 | MMB | SA | Respond to creditor inquiries related to Plan distributions and administrative expense claim consent program | Call Center / Credit Inquiry | 0.40 |
| 11/20/19 | MMB | SA | Review correspondence with case team (S. Kesler) and creditors related to Plan distributions and administrative expense claim consent program | Corporate Actions | 0.30 |
| 11/20/19 | MMDR | SA | Quality assurance review of incoming opt-out forms | Corporate Actions | 8.50 |
| 11/20/19 | NCS | SA | Confer and coordinate with case team re processing incoming administrative expense consent program opt-in/opt-out forms | Corporate Actions | 0.10 |
| 11/20/19 | OC | TC | Technical support for updating opt-out information | Corporate Actions | 1.20 |
| 11/20/19 | RAR | TC | Technical support for updating opt-out information | Corporate | 1.60 |

Sears Holdings Corporation                                                                                Page 13

Invoice #: 11122

| | | | | | |
|---|---|---|---|---|---|
| 11/20/19 | RJV | SA | Respond to creditor inquiries related to distributions | Call Center / Credit Inquiry | 0.20 |
| 11/20/19 | RJV | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 0.60 |
| 11/20/19 | RLI | TC | Technical support for updating opt-out information | Corporate Actions | 0.60 |
| 11/20/19 | SRG | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 6.00 |
| 11/20/19 | STK | SA | Respond to creditor inquiries related to ongoing administrative claim opt on/opt out | Call Center / Credit Inquiry | 1.50 |
| 11/20/19 | STK | SA | Review and respond to inquiry from W. Murphy (M-III) related to administrative claim opt on/opt out | Corporate Actions | 0.30 |
| 11/20/19 | STK | SA | Review and respond to inquiry from P. DiDonato (Weil) related to administrative claim opt on/opt out | Corporate Actions | 0.50 |
| 11/20/19 | STK | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 1.30 |
| 11/20/19 | STK | SA | Conduct quality assurance review of incoming administrative expense consent program opt-in/opt-out forms | Corporate Actions | 3.70 |
| 11/20/19 | STK | SA | Create and format preliminary opt in/opt out report for circulation to case professionals | Corporate Actions | 1.40 |
| 11/20/19 | SZ | SA | Conduct quality assurance review of incoming opt-in/opt-out forms | Corporate Actions | 5.10 |
| 11/20/19 | SZ | SA | Review and analyze incoming opt-in/opt-out forms for validity | Corporate Actions | 0.80 |
| 11/21/19 | AJAD | SA | Quality asuranance review of opt out forms | Corporate Actions | 0.50 |
| 11/21/19 | JJG | SA | Conduct quality assurance review of incoming opt-in/opt-out forms | Corporate Actions | 5.20 |
| 11/21/19 | KME | SA | Quality assurance review of incoming opt-out forms | Corporate Actions | 9.00 |
| 11/21/19 | KS | TC | Technical support for updating opt-out information | Corporate Actions | 0.70 |
| 11/21/19 | KS | TC | Technical support for updating opt-out information | Corporate Actions | 0.60 |
| 11/21/19 | MJCA | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 0.50 |
| 11/21/19 | MJCA | SA | Conduct quality assurance review of incoming administrative expense consent program opt-in/opt-out forms | Corporate Actions | 0.80 |
| 11/21/19 | MLC | SA | Conduct quality assurance review of incoming opt-in/opt-out forms | Corporate Actions | 3.50 |
| 11/21/19 | MMB | SA | Respond to creditor inquiries related to Plan distributions and administrative expense claim consent program | Call Center / Credit Inquiry | 0.80 |
| 11/21/19 | MMB | SA | Review correspondence with case team (S. Kesler), Debtors' counsel (P. DiDonato at Weil, Gotshal), and creditors related to Plan distributions and administrative expense claim | Corporate Actions | 0.40 |

Sears Holdings Corporation

Page 14

Invoice #: 11122

| | | | | | |
|---|---|---|---|---|---|
| | | | consent program | | |
| 11/21/19 | MMDR | SA | Coordinate and process incoming opt-out forms | Corporate Actions | 9.00 |
| 11/21/19 | SRG | SA | Conduct quality assurance review of incoming administrative expense consent program opt-in/opt-out forms | Corporate Actions | 6.50 |
| 11/21/19 | STK | SA | Respond to creditor inquiries related to ongoing administrative claim opt on/opt out | Call Center / Credit Inquiry | 1.50 |
| 11/21/19 | STK | SA | Review and respond to inquiry from P. DiDonato (Weil) related to administrative claim opt on/opt out | Corporate Actions | 0.30 |
| 11/21/19 | STK | SA | Review and respond to inquiry from A. Hwang (Weil) related to administrative claim opt on/opt out | Corporate Actions | 0.20 |
| 11/21/19 | STK | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 1.60 |
| 11/21/19 | STK | SA | Conduct quality assurance review of incoming administrative expense consent program opt-in/opt-out forms | Corporate Actions | 4.90 |
| 11/21/19 | STK | SA | Create and format preliminary opt in/opt out report for circulation to case professionals | Corporate Actions | 1.40 |
| 11/21/19 | SZ | SA | Conduct quality assurance review of incoming opt-in/opt-out forms | Corporate Actions | 9.30 |
| 11/21/19 | SZ | SA | Review and analyze incoming opt-in/opt-out forms for validity | Corporate Actions | 0.20 |
| 11/22/19 | JJG | SA | Conduct quality assurance review of incoming opt-in/opt-out forms | Corporate Actions | 5.70 |
| 11/22/19 | KME | SA | Quality assurance review of incoming opt-out forms | Corporate Actions | 7.50 |
| 11/22/19 | KS | TC | Technical support for processing opt-out forms | Corporate Actions | 1.90 |
| 11/22/19 | MJCA | SA | Conduct quality assurance review of incoming administrative expense consent program opt-in/opt-out forms | Corporate Actions | 0.70 |
| 11/22/19 | MLC | SA | Conduct quality assurance review of incoming opt-in/opt-out forms | Corporate Actions | 3.10 |
| 11/22/19 | MLC | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 2.80 |
| 11/22/19 | MMB | SA | Respond to creditor inquiries related to Plan distributions and administrative expense claim consent program | Call Center / Credit Inquiry | 1.80 |
| 11/22/19 | MMB | SA | Review and analyze incoming opt-in/opt-out forms for validity | Corporate Actions | 1.20 |
| 11/22/19 | MMDR | SA | Coordinate and process incoming opt-out forms | Corporate Actions | 8.00 |
| 11/22/19 | OC | TC | Technical support for updating opt-out information | Corporate Actions | 1.20 |
| 11/22/19 | RAR | TC | Technical support for updating opt-out information | Corporate Actions | 1.70 |
| 11/22/19 | RAR | TC | Technical support for updating opt-out information | Corporate Actions | 2.50 |
| 11/22/19 | SAK | SA | Conduct quality assurance review of incoming administrative | Corporate | 6.80 |

Sears Holdings Corporation

Page 15

Invoice #: 11122

| | | | | | |
|---|---|---|---|---|---|
| | | | expense consent program opt-in/opt-out forms | Actions | |
| 11/22/19 | SRG | SA | Conduct quality assurance review of incoming administrative expense consent program opt-in/opt-out forms | Corporate Actions | 4.00 |
| 11/22/19 | STK | SA | Review and respond to inquiry from M. Buschmann (Weil) related to administrative claim opt on/opt out | Corporate Actions | 0.50 |
| 11/22/19 | STK | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 1.00 |
| 11/22/19 | STK | SA | Respond to creditor inquiries related to ongoing administrative claim opt in/opt out | Call Center / Credit Inquiry | 2.00 |
| 11/22/19 | STK | SA | Conduct quality assurance review of incoming administrative expense consent program opt-in/opt-out forms | Corporate Actions | 3.00 |
| 11/22/19 | STK | SA | Create and format preliminary opt in/opt out report for circulation to case professionals | Corporate Actions | 1.20 |
| 11/22/19 | SZ | SA | Conduct quality assurance review of incoming opt-in/opt-out forms | Corporate Actions | 8.30 |
| 11/22/19 | SZ | SA | Review and analyze incoming opt-in/opt-out forms for validity | Corporate Actions | 0.60 |
| 11/25/19 | BAS | TC | Technical support for updating opt-out information | Corporate Actions | 0.20 |
| 11/25/19 | CG | TC | Technical support for updating opt-out information | Corporate Actions | 0.60 |
| 11/25/19 | CMKK | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 1.40 |
| 11/25/19 | CP | DS | Coordinate with Prime Clerk case team regarding administrative opt out inquiry | Call Center / Credit Inquiry | 0.10 |
| 11/25/19 | CP | DS | Review preliminary administrative claim opt out/in report circulated by Prime Clerk case team | Corporate Actions | 0.20 |
| 11/25/19 | JJG | SA | Conduct quality assurance review of incoming opt-in/opt-out forms | Corporate Actions | 7.70 |
| 11/25/19 | JJG | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 1.30 |
| 11/25/19 | KME | SA | Quality assurance review of incoming opt-out forms | Corporate Actions | 8.00 |
| 11/25/19 | KS | TC | Technical support for updating opt-out information | Corporate Actions | 1.90 |
| 11/25/19 | MJCA | SA | Respond to inquiries regarding solicitation process of administrative consent program opt-ins/opt-outs | Call Center / Credit Inquiry | 0.40 |
| 11/25/19 | MJCA | SA | Quality assurance review of opt out forms | Corporate Actions | 5.20 |
| 11/25/19 | MJCA | SA | Process incoming opt out forms | Corporate Actions | 0.80 |
| 11/25/19 | MLC | SA | Conduct quality assurance review of incoming opt-in/opt-out forms | Corporate Actions | 2.40 |
| 11/25/19 | MLC | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 2.80 |
| 11/25/19 | MMB | SA | Respond to creditor inquiries related to Plan distributions | Call Center / | 4.60 |

Sears Holdings Corporation

Page 16

Invoice #: 11122

| | | | | Credit Inquiry | |
|---|---|---|---|---|---|
| | | | and administrative expense claim consent program | | |
| 11/25/19 | MMDR | SA | Coordinate and process incoming opt-out forms | Corporate Actions | 10.00 |
| 11/25/19 | RAR | TC | Technical support for updating opt-out information | Corporate Actions | 1.30 |
| 11/25/19 | RAR | TC | Technical support for updating opt-out information | Corporate Actions | 1.70 |
| 11/25/19 | SAK | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 1.30 |
| 11/25/19 | SAK | SA | Conduct quality assurance review of incoming administrative expense consent program opt-in/opt-out forms | Corporate Actions | 5.80 |
| 11/25/19 | SRG | SA | Conduct quality assurance review of incoming administrative expense consent program opt-in/opt-out forms | Corporate Actions | 4.50 |
| 11/25/19 | STK | SA | Respond to creditor inquiries related to ongoing administrative claim opt on/opt out | Call Center / Credit Inquiry | 2.10 |
| 11/25/19 | STK | SA | Review and respond to inquiry from W. Murphy (M-III) related to administrative claim opt on/opt out | Corporate Actions | 0.50 |
| 11/25/19 | STK | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 1.00 |
| 11/25/19 | STK | SA | Conduct quality assurance review of incoming administrative expense consent program opt-in/opt-out forms | Corporate Actions | 3.30 |
| 11/25/19 | STK | SA | Create and format preliminary opt in/opt out report for circulation to case professionals | Corporate Actions | 1.50 |
| 11/25/19 | SZ | SA | Conduct quality assurance review of incoming opt-in/opt-out forms | Corporate Actions | 5.00 |
| 11/25/19 | SZ | SA | Review and analyze incoming opt-in/opt-out forms for validity | Corporate Actions | 3.70 |
| 11/26/19 | BAS | TC | Technical support for updating opt-out information | Corporate Actions | 0.20 |
| 11/26/19 | CP | DS | Coordinate with Prime Clerk case (S. Kesler) regarding processing of administrative claims opt in/out forms | Corporate Actions | 0.30 |
| 11/26/19 | JJG | SA | Conduct quality assurance review of incoming opt-in/opt-out forms | Corporate Actions | 8.00 |
| 11/26/19 | KME | SA | Process incoming opt-out forms | Corporate Actions | 7.20 |
| 11/26/19 | KS | TC | Technical support for updating opt-out information | Corporate Actions | 2.10 |
| 11/26/19 | MJCA | SA | Process incoming opt out forms | Corporate Actions | 0.70 |
| 11/26/19 | MJCA | SA | Quality asuranance review of opt out forms | Corporate Actions | 2.20 |
| 11/26/19 | MLC | SA | Conduct quality assurance review of incoming opt-in/opt-out forms | Corporate Actions | 2.80 |
| 11/26/19 | MLC | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 1.20 |
| 11/26/19 | MMB | SA | Review correspondence with case team (S. Kesler, M. | Corporate | 0.20 |

Sears Holdings Corporation                                                                    Page 17

| | | | | | |
|---|---|---|---|---|---|
| | | | Carpenter), Debtors' counsel (A. Hwang, P. DiDonato at Weil, Gotshal), and creditors related to Administrative Expense Claim Consent Program | Actions | |
| 11/26/19 | MMB | SA | Respond to creditor inquiries related to Plan distributions and administrative expense claim consent program | Call Center / Credit Inquiry | 0.40 |
| 11/26/19 | MMDR | SA | Review and analyze incoming opt-out forms for validity | Corporate Actions | 2.50 |
| 11/26/19 | MMDR | SA | Coordinate and process incoming opt-out forms | Corporate Actions | 6.50 |
| 11/26/19 | OC | TC | Technical support for updating opt-out information | Corporate Actions | 1.20 |
| 11/26/19 | OC | TC | Technical support for updating opt-out information | Corporate Actions | 1.90 |
| 11/26/19 | RAR | TC | Technical support for updating opt-out information | Corporate Actions | 2.60 |
| 11/26/19 | SAK | SA | Quality assurance review of incoming administrative expense consent program opt-in / opt-out forms | Corporate Actions | 6.80 |
| 11/26/19 | SAK | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 0.30 |
| 11/26/19 | STK | SA | Respond to creditor inquiries related to ongoing administrative claim opt on/opt out | Call Center / Credit Inquiry | 1.50 |
| 11/26/19 | STK | SA | Conduct quality assurance review of incoming administrative expense consent program opt-in/opt-out forms | Corporate Actions | 4.70 |
| 11/26/19 | STK | SA | Create and format preliminary opt in/opt out report for circulation to case professionals | Corporate Actions | 1.30 |
| 11/26/19 | STK | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 1.30 |
| 11/26/19 | SZ | SA | Conduct quality assurance review of incoming opt-in/opt-out forms | Corporate Actions | 7.70 |
| 11/26/19 | SZ | SA | Review and analyze incoming opt-in/opt-out forms for validity | Corporate Actions | 0.30 |
| 11/27/19 | ACJ | DI | Review and file monthly fee application | Retention / Fee Application | 0.20 |
| 11/27/19 | BAS | TC | Technical support for updating opt-out information | Corporate Actions | 0.20 |
| 11/27/19 | CG | TC | Technical support for updating opt-out information | Corporate Actions | 0.80 |
| 11/27/19 | CJ | DS | Coordinate additional staffing to process and conduct quality assurance review of administrative expense consent program opt-in/opt-out forms | Corporate Actions | 0.20 |
| 11/27/19 | JJG | SA | Conduct quality assurance review of incoming administrative expense consent program opt-in/opt-out forms | Corporate Actions | 4.20 |
| 11/27/19 | KME | SA | Quality assurance review of incoming opt-out forms | Corporate Actions | 7.70 |
| 11/27/19 | KS | TC | Technical support for updating opt-out information | Corporate Actions | 1.40 |

Sears Holdings Corporation                                                                      Page 18

Invoice #: 11122

| 11/27/19 | MLC | SA | Conduct quality assurance review of incoming opt-in/opt-out forms | Corporate Actions | 2.20 |
|----------|-----|----|----|----|----|
| 11/27/19 | MMB | SA | Review correspondence with case team (S. Kesler), and Debtors' counsel (A. Hwang, P. DiDonato at Weil, Gotshal) related to Administrative Expense Claim Consent Program | Corporate Actions | 0.10 |
| 11/27/19 | MMDR | SA | Quality assurance review of incoming opt-out forms | Corporate Actions | 8.70 |
| 11/27/19 | OC | TC | Technical support for updating opt-out information | Corporate Actions | 0.70 |
| 11/27/19 | RAR | TC | Technical support for updating opt-out information | Corporate Actions | 1.60 |
| 11/27/19 | SAK | SA | Conduct quality assurance review of incoming administrative expense consent program opt-in/opt-out forms | Corporate Actions | 7.60 |
| 11/27/19 | STK | SA | Respond to creditor inquiries related to ongoing administrative claim opt on/opt out | Call Center / Credit Inquiry | 0.50 |
| 11/27/19 | STK | SA | Conduct quality assurance review of incoming administrative expense consent program opt-in/opt-out forms | Corporate Actions | 4.00 |
| 11/27/19 | STK | SA | Create and format preliminary opt in/opt out report for circulation to case professionals | Corporate Actions | 1.20 |
| 11/27/19 | STK | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 1.10 |
| 11/27/19 | SZ | SA | Conduct quality assurance review of incoming opt-in/opt-out forms | Corporate Actions | 7.90 |
| 11/27/19 | SZ | SA | Review and analyze incoming opt-in/opt-out forms for validity | Corporate Actions | 0.10 |
| 11/29/19 | CG | TC | Technical support for updating opt-out information | Corporate Actions | 0.80 |
| 11/29/19 | CJ | DS | Confer and coordinate with S. Kesler (Prime Clerk) to A. Hwang and P. DiDonato (WGM) re: administrative expense consent program opt-in / opt-out forms | Corporate Actions | 0.20 |
| 11/29/19 | CUI | SA | Process incoming opt out forms | Corporate Actions | 7.00 |
| 11/29/19 | JJG | SA | Conduct quality assurance review of incoming administrative expense consent program opt-in/opt-out forms | Corporate Actions | 2.20 |
| 11/29/19 | KME | SA | Quality assurance review of incoming opt-out forms | Corporate Actions | 8.30 |
| 11/29/19 | KS | TC | Technical support for updating opt-out information | Corporate Actions | 1.40 |
| 11/29/19 | MLC | SA | Conduct quality assurance review of incoming opt-in/opt-out forms | Corporate Actions | 1.20 |
| 11/29/19 | MMDR | SA | Quality assurance review of incoming opt-out forms | Corporate Actions | 7.80 |
| 11/29/19 | STK | SA | Respond to creditor inquiries related to ongoing administrative claim opt on/opt out | Call Center / Credit Inquiry | 0.50 |
| 11/29/19 | STK | SA | Confer and coordinate with C. Johnson (Prime Clerk) to A. Hwang and P. DiDonato (WGM) re: administrative expense | Corporate Actions | 0.20 |

Sears Holdings Corporation

| | | | | | |
|---|---|---|---|---|---|
| | | | consent program opt-in / opt-out forms | | |
| 11/29/19 | STK | SA | Conduct quality assurance review of incoming administrative expense consent program opt-in/opt-out forms | Corporate Actions | 4.30 |
| 11/29/19 | STK | SA | Create and format preliminary opt in/opt out report for circulation to case professionals | Corporate Actions | 1.20 |
| 11/29/19 | STK | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 0.30 |
| 11/29/19 | SZ | SA | Conduct quality assurance review of incoming opt-in/opt-out forms | Corporate Actions | 8.00 |

**Total Hours**    **790.10**

## Expense Detail

| Description | Units | Rate | Amount |
|---|---|---|---|
| After Hours Transportation | | | $413.53 |
| Overtime Meals | | | $180.00 |
| Telephonic Hearing | | | $37.00 |
| Travel | | | $10.39 |
| **Total Expenses** | | | **$640.92** |

## Exhibit B

## Detail of Expenses Incurred by Prime Clerk Employees During the Statement Period

| Employee Name | Date | Expense Type | Amount |
|---|---|---|---|
| Johnson, Craig | 10/7/2019 | Travel | $10.39 |
| Weiner, Shira | 10/24/2019 | Telephone Hearing | $37.00 |
| Kesler, Stanislav | 10/28/2019 | Overtime Meal | $20.00 |
| Kesler, Stanislav | 11/6/2019 | After Hours Transportation | $37.80 |
| Kesler, Stanislav | 11/6/2019 | Overtime Meal | $20.00 |
| Kesler, Stanislav | 11/7/2019 | After Hours Transportation | $53.33 |
| Kesler, Stanislav | 11/8/2019 | Overtime Meal | $20.00 |
| Kesler, Stanislav | 11/18/2019 | After Hours Transportation | $50.34 |
| Kesler, Stanislav | 11/18/2019 | Overtime Meal | $20.00 |
| Vyskocil, Ryan | 11/18/2019 | After Hours Transportation | $38.85 |
| Reyes, Ronald | 11/23/2019 | After Hours Transportation | $81.60 |
| Brown, Mark | 11/25/2019 | Overtime Meal | $20.00 |
| Carpenter, Mary | 11/25/2019 | After Hours Transportation | $38.76 |
| Carpenter, Mary | 11/25/2019 | Overtime Meal | $20.00 |
| Kesler, Stanislav | 11/25/2019 | Overtime Meal | $20.00 |
| Conteh, Omaru | 11/26/2019 | Overtime Meal | $20.00 |
| Kesler, Stanislav | 11/26/2019 | After Hours Transportation | $56.16 |
| Kesler, Stanislav | 11/26/2019 | After Hours Transportation | $56.69 |
| Kesler, Stanislav | 11/26/2019 | Overtime Meal | $20.00 |
| **TOTAL** | | | **$640.92** |