UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| **SEARS HOLDING CORPORATION, et al.,** | Case No. 18-23538 (RDD) |
| Debtors. | **CERTIFICATE OF SERVICE** |

I, Jamie S. Cassel, an attorney admitted via *pro hac vice*, to practice in the State of New York, hereby certify that:

1. On December 13, 2019, the *Joinder of Rubbermaid Incorporated, Ignite USA, LLC, Sunbeam Products, Inc., and First Alert, Inc. to Limited Objection of Bonnier Corporation to Notice Regarding Initial Distribution Pursuant to Administrative Expense Claims Consent Program* (the "Joinder") was filed and served electronically via CM/ECF on all parties registered to receive notices in this case.

2. On December 13, 2019, a true and correct copy of the Joinder was served via electronic mail upon Ms. Dorothy Li and the Chambers of the Honorable Robert D. Drain as follows:

Dorothy_Li@nysb.uscourts.gov; RDD.chambers@nysb.uscourts.gov

Date: December 13, 2019

RENO & ZAHM LLP

/s/ Jamie S. Cassel
Jamie S. Cassel
2902 McFarland Road, Ste. 400
Rockford, IL 61107
Telephone: (815) 987-4050
Facsimile: (815) 987-4092
jsc@renozahm.com