**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------x

| | |
|---|---|
| In re: | Case No. 18-23538-RDD |
| Sears Holdings Corporation, et al., | Chapter 11 |
| Debtors. | |

---------------------------------------------------------x

| | |
|---|---|
| Kmart Holding Corporation, | |
| Plaintiff, | Adversary Proceeding No. 19-08466-RDD |
| v. | |
| IDM, Inc., | |
| Defendant. | |

---------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Aldo G. Bartolone, Jr., request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent IDM, Inc., a Florida corporation in the above-referenced adversary proceeding.

***I certify that I am a member in good standing*** of the bar in the State of Florida and, if applicable, the bar of the U.S. District Court for the Middle District of Florida. A copy of my Certificate of Good Standing from The Florida Bar is attached hereto as Exhibit "A."

I have submitted the filing fee of $200.00 with this motion for pro hac vice admission.

Dated: December 13, 2019
Orlando, Florida

**BARTOLONE LAW, PLLC**

  */s/ Aldo G. Bartolone, Jr.*
ALDO G. BARTOLONE, JR.
Florida Bar No. 173134
BARTOLONE LAW, PLLC
1030 N. Orange Ave., Suite 300
Orlando, Florida 32801
Telephone: 407-294-4440
Facsimile: 407-287-5544
E-mail: aldo@bartolonelaw.com



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon    )    In Re:   0173134
Aldo Giuseppe Bartolone Jr.
Bartolone Law, PLLC
1030 N. Orange Avenue Suite 300
Orlando, FL 32801

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 15, 1999**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 12th day of **December**, **2019**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-66833



**EXHIBIT "A"**