Hearing Date: January 28, 2020
Hearing Time: 10:00 AM ET
Objection Deadline: January 21, 2020,
at 4:00 PM ET

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**SEARS HOLDINGS CORPORATION,** *et al.*,<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 18-23538 (RDD)**<br><br>**(Jointly Administered)** |

### NOTICE OF MOTION BY NINA AND GERALD GREENE FOR RELIEF FROM THE AUTOMATIC STAY

**PLEASE TAKE NOTICE** that a hearing on the Motion for Relief from the Automatic Stay (the "Motion") filed by Movants/Class Representatives Nina and Gerald Greene will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601on **January 28, 2020 at 10:00 AM ET**, or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted pro hac vice, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-ROM, in text searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with the Amended Order

Implementing Certain Notice and Case Management Procedures, entered on November 1, 2018 (Doc. No. 405), so as to be filed and received no later than **January 21, 2020 at 4:00 PM ET**.

**PLEASE TAKE FURTHER NOTICE** that if no objections are timely filed and served with respect to the Motion, the Movants may, on or after the objection deadline, submit to the Bankruptcy Court a proposed order, which may be entered without further notice or opportunity to be heard.

Dated: December 13, 2019                                Respectfully submitted,

                                                                 */s/ James P. Pagano*
James P. Pagano, Esq.
217 Broadway, Suite 603
New York, NY 10007
Tel: (212) 732-4740

Deborah R. Gross, Esq.
Janice I. Daul, Esq.
KAUFMAN, COREN & RESS, P.C.
Two Commerce Square, Suite 3900
2001 Market Street
Philadelphia, PA 19103
Tel: (215) 735-8700

*Attorneys for Movants*