**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

## ORDER GRANTING MOTION OF NINA AND GERALD GREENE FOR RELIEF FROM THE AUTOMATIC STAY

Upon the *Motion for Relief from the Automatic Stay* (the "Motion") filed December 13, 2019 by Nina and Gerald Greene (the "Movants") seeking entry of an order modifying the automatic stay pursuant to 11 U.S.C. § 362, and in consideration of the Motion and any opposition thereto, the Court finds that based on the law and facts set forth in the Motion and the record in this case, the relief requested in the Motion is just and appropriate.

IT IS HEREBY ORDERED THAT:

1.      The Motion is granted as set forth herein.

2.      The automatic stay is hereby modified solely to the extent necessary to permit Movants to continue the prosecution of their claims in *Greene v. Sears Protection Company, et al.*, U.S.D.C. N.D. Ill., Case No. 1:15-cv-02546 (the "Class Action"); provided, however, that Movants may only pursue relief in the Class Action, if available, against non-Debtor Transform Holdco LLC.

3.      Movants may not, as part of the Class Action, prosecute claims or otherwise seek recovery against any Debtor without further relief from this Court.

4.      The Court shall retain jurisdiction to hear and determine all matters arising from

or related to the implementation and enforcement of this Order.


Dated: _____, 2020
        White Plains, New York            _____
                                          THE HONORABLE ROBERT D. DRAIN
                                          UNITED STATES BANKRUPTCY JUDGE