## Lichtman, Lawrence A.

| | |
|---|---|
| **From:** | Lichtman, Lawrence A. |
| **Sent:** | Wednesday, December 11, 2019 2:01 PM |
| **To:** | 'William Murphy'; 'Sears Ballot Invoices' |
| **Cc:** | 'David Schmick'; McGill, Cydney J.; 'Christopher Casamassima' |
| **Subject:** | RE: Sears Administrative Expense Consent Program - Midwest Tool and Cutlery Company, Ballot ID 182353801019270 |

Bill-

Please provide a status update.

Thanks-

Larry

**From:** Lichtman, Lawrence A.
**Sent:** Wednesday, December 4, 2019 9:31 AM
**To:** 'William Murphy' <wmurphy@miiipartners.com>; 'Sears Ballot Invoices' <searsballotinvoices@miiipartners.com>
**Cc:** 'David Schmick' <schmick@midwestsnips.com>; McGill, Cydney J. <cmcgill@honigman.com>; 'Christopher Casamassima' <ccasamassima@miiipartners.com>
**Subject:** RE: Sears Administrative Expense Consent Program - Midwest Tool and Cutlery Company, Ballot ID 182353801019270

Bill-

Please advise as to current status. Also, please forward the detail regarding the credits issue.

Thanks-

Larry

**From:** Lichtman, Lawrence A.
**Sent:** Monday, December 2, 2019 10:54 AM
**To:** 'William Murphy' <wmurphy@miiipartners.com>; Sears Ballot Invoices <searsballotinvoices@miiipartners.com>
**Cc:** David Schmick <schmick@midwestsnips.com>; McGill, Cydney J. <cmcgill@honigman.com>; Christopher Casamassima <ccasamassima@miiipartners.com>
**Subject:** RE: Sears Administrative Expense Consent Program - Midwest Tool and Cutlery Company, Ballot ID 182353801019270

Bill-

Midwest has informed us that their contacts at Sears prior to the Petition Date were as follows:

Jennifer Diaz – product mgr

Don Code – demand planner

1

Victor Campagni – buyer

Thanks-

Larry


**From:** William Murphy [mailto:wmurphy@miiipartners.com]
**Sent:** Sunday, December 1, 2019 5:54 PM
**To:** Lichtman, Lawrence A. <LLichtman@honigman.com>; Sears Ballot Invoices <searsballotinvoices@miiipartners.com>
**Cc:** David Schmick <schmick@midwestsnips.com>; McGill, Cydney J. <CMcGill@honigman.com>; Christopher Casamassima <ccasamassima@miiipartners.com>
**Subject:** RE: Sears Administrative Expense Consent Program - Midwest Tool and Cutlery Company, Ballot ID 182353801019270

Larry,

Thanks for the copies.  We will forward the invoices to Sears to determine why they are not in the AP system and will send the detail for the credits Monday morning.

Please ask your client a Midwest Tool who their Sears contact is (or was) so we can forward the invoices to the correct person(s).

Thanks,

Bill

**William B Murphy**

M-III Partners, LP
130 West 42nd Street - 17th Floor
New York, New York 10036
Office: 212-430-2059
Cell: 917-913-8175
f:  212/531-4532
e: wmurphy@miiipartners.com
www.miiipartners.com

This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email or by calling 212-716-1491 and delete the message.


**From:** Lichtman, Lawrence A. <LLichtman@honigman.com>
**Sent:** Wednesday, November 27, 2019 11:09 AM
**To:** William Murphy <wmurphy@miiipartners.com>; Sears Ballot Invoices <searsballotinvoices@miiipartners.com>
**Cc:** David Schmick <schmick@midwestsnips.com>; McGill, Cydney J. <CMcGill@honigman.com>; Christopher Casamassima <ccasamassima@miiipartners.com>
**Subject:** RE: Sears Administrative Expense Consent Program - Midwest Tool and Cutlery Company, Ballot ID 182353801019270

Bill-

2

Attached please find copies of the four Midwest Tool invoices that you had identified. Please note that copies of each of these four invoices were attached among the supporting exhibits to Midwest Tool's filed amended Proof of Claim # 14672.

Please provide me with whatever supporting detail you may have as to the Debtors' below asserted credit of $1,414.05.

Have a Happy Thanksgiving-

Larry


Lawrence A. Lichtman
Senior Attorney

---

**HONIGMAN LLP**
O   313.465.7590
M   248.207.8838
llichtman@honigman.com

**From:** William Murphy [mailto:wmurphy@miiipartners.com]
**Sent:** Tuesday, November 26, 2019 9:10 PM
**To:** Lichtman, Lawrence A. <LLichtman@honigman.com>; Sears Ballot Invoices <searsballotinvoices@miiipartners.com>
**Cc:** David Schmick <schmick@midwestsnips.com>; McGill, Cydney J. <CMcGill@honigman.com>; Christopher Casamassima <ccasamassima@miiipartners.com>
**Subject:** RE: Sears Administrative Expense Consent Program - Midwest Tool and Cutlery Company, Ballot ID 182353801019270


Mr. Lichtman,

We have reviewed your ballot (182353801019270) and supporting documentation for $ 134,931.93.

Please contact us as soon as possible to discuss the following discrepancies our review has identified:

- Our records show a net balance due as an admin claim of $ 104,477.65.
- The reductions are due to
    - The Debtors' AP system does not show 4 invoices noted in the attached file provided by Midwest Tool
    - Outstanding Credits in the Debtors' AP system of $1,414.05

We encourage you to contact us as soon as possible to confirm your agreement with the Debtors' adjustments. The 30 day reconciliation period will end Friday, December 6, 2019, at which time the Debtors and Midwest Tool and Cutlery Company are expected to enter into a settlement agreement.

Respectfully,


Bill

**William B Murphy**

3

M-III Partners, LP
130 West 42nd Street - 17th Floor
New York, New York 10036
Office: 212-430-2059
Cell: 917-913-8175
f: 212/531-4532
e: wmurphy@miiipartners.com
www.miiipartners.com

This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email or by calling 212-716-1491 and delete the message.

---

**From:** Lichtman, Lawrence A. <LLichtman@honigman.com>
**Sent:** Tuesday, November 26, 2019 10:30 AM
**To:** Sears Ballot Invoices <searsballotinvoices@miiipartners.com>
**Cc:** David Schmick <schmick@midwestsnips.com>; McGill, Cydney J. <CMcGill@honigman.com>
**Subject:** RE: Sears Administrative Expense Consent Program - Midwest Tool and Cutlery Company, Ballot ID 182353801019270

As requested, attached please find the Excel document with supporting information concerning the Opt-In Ballot of **Midwest Tool and Cutlery Company, Ballot ID 182353801019270**, regarding the Sears Administrative Expense Consent Program.

Best regards-

Larry Lichtman


Lawrence A. Lichtman
Senior Attorney

_____

**HONIGMAN LLP**
O   313.465.7590
M   248.207.8838
llichtman@honigman.com

**From:** Sears Ballot Invoices [mailto:searsballotinvoices@miiipartners.com]
**Sent:** Tuesday, November 12, 2019 8:01 PM
**To:** Lichtman, Lawrence A. <LLichtman@honigman.com>
**Subject:** Sears Administrative Expense Consent Program

RE: RE: Sears Administrative Expense Consent Program Ballot ID 182353801019270: Midwest Tool and Cutlery Company,


Hello,

You are receiving this email because you checked the "Opt-In" box on a Sears Administrative Expense Consent Program Ballot.

4

M-III Partners is the Restructuring Professional for Sears, Kmart and their affiliates, reconciling the Administrative Expense Consent Program Ballots. For your reference, a copy of the court order approving M-III's retention can be found at the link below:

[Docket 814]_M-III_Retention_Order

To facilitate the reconciliation of the amounts you have claimed, we request that you please provide supporting information in **Excel as soon as possible** for the amount that was submitted on your Administrative Expense Consent Program Ballot.

**Please reply with your Ballot ID number and Creditor name.**

Include the following fields at a minimum (if applicable):

1. DUNS (unique identifier(s) with Sears, Kmart and their affiliates)
2. DBA name(s) (Doing Business As, if there is another name your company goes by)
3. Invoice Number
4. Purchase Order Number (if applicable)
5. Invoice Date
6. Dates of Service the Invoice Covers (if applicable)
7. Invoice Amount
8. Property Tax Notice (if applicable)
9. 503(b)(9) "Y" or "N": (mark "Y" next to any invoices you believe are entitled to priority pursuant to section 503(b)(9) of the United States Bankruptcy Code)
10. Administrative "Y" or "N" (Post-petition/Post-Bankruptcy): (mark "Y" next to any invoices you believe are post-petition/post-bankruptcy administrative invoices)
11. Indicate whether you have previously filed a proof of claim for any amounts claimed in your Administrative Expense Consent Program Ballot.
12. Indicate whether you have previously filed a motion seeking payment for any amounts claimed in your Administrative Expense Consent Program Ballot.
13. List of payments received from Sears and its affiliates **90 days prior to the bankruptcy filing** on October 15, 2018 (for the period of July 15, 2018 through October 14, 2018)
14. Other info that may be relevant to reconcile the ballot amount submitted

Best regards,

Chris Casamassima
M-III Partners, L.P.
130 West 42nd St., 17th Floor
New York, NY 10036
searsballotinvoices@miiipartners.com
(o): 212-804-9742

This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email or by calling 212-716-1491 and delete the message.

This e-mail may contain confidential or privileged information. If you are not the intended recipient, please delete it and notify the sender of the error.

This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email or by calling 212-716-1491 and delete the message.

This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email or by calling 212-716-1491 and delete the message.

This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email or by calling 212-716-1491 and delete the message.

This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email or by calling 212-716-1491 and delete the message.