**EXHIBIT B**

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | Blended Hourly Rate | |
|---|---|---|---|
| | | **Billed** *Firm for 2018 Excluding Bankruptcy and Reorganization* | **Billed in this fee application** |
| Partners[1] | 2 | $554.56 | $934.47[2] |
| Of Counsel & Counsel | 0 | $454.20 | $0.00 |
| Senior Associates (7 + years) | 2 | $407.60 | $437.72 |
| Midlevel Associates (4-6 years) | 2 | $309.02 | $419.49 |
| Junior Associates (1-3 years) | 1 | $281.42 | $335.00 |
| Paraprofessionals | 5 | $231.60 | $295.65 |
| **Aggregated:** | **12** | **$373.07** | **$438.55** |

---

[1] Ballard Spahr is a single tier firm. It does not have non-equity/income partners. Neither does it define or differentiate between senior and junior partners.

[2] The differential in this category is due the disproportionate number of hours requiring the participation and expertise of the most senior members of the firm's Bankruptcy and Reorganization Group.