## EXHIBIT C

## BUDGET

| Period | Budget for Fees and Expenses | Actual Fees and Expenses |
|---|---|---|
| July 1, 2019 – July 31, 2019 | $100,000.00 | $77,603.00 |
| August 1, 2019 – August 31, 2019 | $125,000.00 | $115,705.43 |
| September 1, 2019 – September 30, 2019 | $150,000.00 | $147,250.50 |
| October 1, 2019- October 31, 2019 | $225,000.00 | $213,357.00 |
| **Total** | **$600,000.00** | **$553,915.93** |