## **EXHIBIT D**

## **STAFFING PLAN**

**Primary Attorneys**

*Partners*
Vincent J. Marriott, III
Tobey M. Daluz

*Associates*
Chantelle D. McClamb
Michael G. Greenfield
Maya Salah
Chad P. Jimenez
Brian N. Kearney

*Paraprofessionals*
Kyle Neitzel
Caroline P. Pollard
Marisa Maddox
Brandon Blessing