**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
10 Bank Street, Suite 700
White Plains, New York 10606
Telephone: (914) 286-6443
Christopher F. Graham, Esq.
Sarah H. Morrissey, Esq.
cgraham@eckertseamans.com
smorrissey@eckertseamans.com

919 East Main Street, Suite 1300
Richmond, Virginia 23219
Telephone: (804) 788-9636
Christopher L. Perkins, Esq.
cperkins@eckertseamans.com

*Counsel to DXC Technology Services, LLC,*
*Successor-in-interest to Computer Sciences Corporation*
*and CSC Covansys Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

{J2572411.1}                              -1-

**JOINDER OF DXC TECHNOLOGY SERVICES, LLC TO LIMITED OBJECTION OF BONNIER CORPORATION AND MANY OTHER OBJECTIONS TO NOTICE REGARDING INITIAL DISTRIBUTION PURSUANT TO ADMINISTRATIVE EXPENSE CLAIMS CONSENT PROGRAM**

TO    THE HONORABLE ROBERT D. DRAIN,
       UNITED STATES BANKRUPTCY JUDGE:

DXC Technology Services, LLC ("DXC") hereby joins the Limited Objection of Bonnier Corporation to Notice Regarding Distribution Pursuant to Administrative Expense Claims Consent Program [Dckt. No. 6191] (the "Objection"), joins all the many other objections filed that have joined the Objection (the "Other Objections"), and states as follows:

1. DXC filed a Motion for Allowance of Administrative Expense Claim in the amount of $105,686.00;[2]

2. On October 30, 2019, Debtors issued DXC Ballot No. 18235380104334 with which to opt-in or opt-out of the Administrative Claims Consent Program;

3. Before the Administrative Expense Claims Consent Program Opt-In deadline of November 18, 2019, DXC submitted Ballot No. 182353801043334 opting-in to the Administrative Expense Claims Consent Program;

4. To date, DXC has fully complied with all requirements of participation in the Initial Distribution;

5. Debtors have not contacted DXC to consensually agree to an Allowed Amount of its Opt-In Administrative Claim or to otherwise expeditiously reconcile DXC's Administrative Expense Claim; and

6. Notwithstanding the foregoing, Debtors' Notice Regarding Distribution Pursuant to Administrative Expense Claims Consent Program [Dckt. No. 6186] excluded DXC from the Initial Distribution Participants.

**WHEREFORE**, DXC respectfully requests that this Court enter an order: (a) recognizing DXC's Administrative Expense Claim in the amount of $105,686.00; (b) compelling Debtors to

---

[2] DXC filed an initial Motion of DXC Technology Services, LLC for Allowance of Administrative Expense Claim (the "Initial Motion for Allowance of Administrative Expense Claim") on October 9, 2019 [Dckt. No. 5346]. Having noticed a clerical error in its Initial Motion for Allowance of Administrative Expense Claim, on November 12, 2019 DXC filed an Amended Motion of DXC Technology Services, LLC for Allowance of Administrative Expense Claim (the "Amended Motion for Allowance of Administrative Expense Claim") [Dckt. No. 5993] clarifying that the proper calculation of DXC's Administrative Expense Claim is in the amount of $105,686.00.

{J2572411.1}    -2-

add DXC Technology Services, LLC as an Initial Distribution Participant; and (c) granting such other and further relief as is just and proper.

Dated: White Plains, New York
December 13, 2019

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

By: /s/ *Christopher F. Graham*
Christopher F. Graham, Esq.
Sarah H. Morrissey, Esq.

10 Bank Street, Suite 700
White Plains, New York 10606
Telephone: (914) 286-6443
cgraham@eckertseamans.com
smorrissey@eckertseamans.com

-and-

Christopher L. Perkins, Esq.

919 East Main Street, Suite 1300
Richmond, Virginia 23219
Telephone: (804) 788-9363
cperkins@eckertseamans.com

*Counsel to DXC Technology Services, LLC, Successor-in-interest to Computer Sciences Corporation and CSC Covansys Corporation*

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
10 Bank Street, Suite 700
White Plains, New York 10606
Telephone: (914) 286-6443
Christopher F. Graham, Esq.
Sarah H. Morrissey, Esq.
cgraham@eckertseamans.com
smorrissey@eckertseamans.com

919 East Main Street, Suite 1300
Richmond, Virginia 23219
Telephone: (804) 788-9636
Christopher L. Perkins, Esq.
cperkins@eckertseamans.com

*Counsel to DXC Technology Services, LLC,*
*Successor-in-interest to Computer Sciences Corporation*
*and CSC Covansys Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD) |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Joinder of DXC Technology Services, LLC to Limited Objection of Bonnier Corporation and Many Other Objections to Notice Regarding Initial Distribution Pursuant to Administrative Expense Claims Consent Program was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record in this case.

**[The remainder of this page is intentionally blank]**

Dated: White Plains, New York
December 13, 2019

                **ECKERT SEAMANS CHERIN & MELLOTT, LLC**

By: /s/ *Christopher F. Graham*
     Christopher F. Graham, Esq.
     Sarah H. Morrissey, Esq.

  10 Bank Street, Suite 700
  White Plains, New York 10606
  Telephone: (914) 286-6443
  cgraham@eckertseamans.com
  smorrissey@eckertseamans.com

  -and-

Christopher L. Perkins, Esq.

919 East Main Street, Suite 1300
Richmond, Virginia 23219
Telephone: (804) 788-9363
cperkins@eckertseamans.com

*Counsel to DXC Technology Services, LLC,*
*Successor-in-interest to Computer Sciences*
*Corporation and CSC Covansys Corporation*