**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Sears Holding Corporation., et al., | |
|     Debtors | Case No. 18-23538-RDD |
| | (Jointly Administered) |

| | |
|---|---|
| Kmart Holding Corporation | |
|     Plaintiff, | |
| v. | Adv. Proc. No. 19-08415-rdd |
| The American Bottling Company fdba Mr. Natural, Inc., | |
|     Defendant | |

**MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE**

    I, Richard W. Ward, request admission, pro hac vice, before the Honorable Robert D. Drain, to represent The American Bottling Company, a defendant in the above-referenced ___ case _X_ adversary proceeding.

    I certify that I am a member in good standing of the bar in the States of Texas and Louisiana and, if applicable, the bar of the U.S. District Court for the Northern District of Texas.

    I have submitted the filing fee of $200.00 with this motion for pro hac vice admission.

Dated: December 12, 2019

    /s/ Richard W. Ward
    Richard W. Ward
    6860 N. Dallas Pkwy., Ste. 200
    Plano, TX 75024
    Telephone: 214-220-2402
    Facsimile: 972-499-7240
    Email: rwward@airmail.net
    *Attorney for The American Bottling Company*