**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------x

| | |
|---|---|
| In re: | Case No. 18-23538-RDD |
| Sears Holdings Corporation, et al., | Chapter 11 |
| Debtors. | |

---------------------------------------------------------x

| | |
|---|---|
| Kmart Holding Corporation, | |
| Plaintiff, | Adversary Proceeding No. 19-08466-RDD |
| v. | |
| IDM, Inc., | |
| Defendant. | |

---------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Aldo G. Bartolone, Jr. to be admitted, *pro hac vice*, to represent IDM, Inc. (the "Client"), in the above referenced cases and adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Florida and, if applicable, the bar of the U.S. District Court for the Middle District of Florida, it is hereby

**ORDERED**, that Aldo G. Bartolone, Jr., Esq., is admitted to practice, *pro hac vice*, in the above referenced cases and adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
       December 16, 2019

/s/ Robert D. Drain_____
United States Bankruptcy Judge
The Honorable Robert Drain