**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Sears Holding Corporation., et al., <br>　　　Debtors | Case No. 18-23538-RDD <br>(Jointly Administered) |
| Kmart Holding Corporation <br>　　　　　　　Plaintiff, <br>v. <br><br>The American Bottling Company fdba Mr. <br>　　Natural, Inc., <br>　　　　　　　Defendant | Adv. Proc. No. 19-08415-rdd |

ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

　　Upon the motion of Richard W. Ward to be admitted, *pro hac vice*, to represent The American Bottling Company (the "Client") in the above referenced cases and adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the States of Texas and Louisiana and the bar of the U.S. District Court for the Northern District of Texas, it is hereby

　　ORDERED, that Richard W. Ward, Esq., is admitted to practice, *pro hac vice*, in the above referenced cases and adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
　　　December 17, 2019　　　　　　/s/ Robert D. Drain
　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE