

FILED
U.S. BANKRUPTCY COURT
2019 DEC 17 P 3: 01
S.D. OF N.Y.

October 15, 2019

United States Bankruptcy Court
Southern District of New York
c/o Mimi Correa
300 Quarropas Street
White Plains, NY 10601

RE:  Sears Holding Corporation, et al
Case: 18-23538

Dear Judge Robert D. Drain,

Enclosed please find a copy of two most recent letters sent to Sears Holding Corporation requesting payment on post-petition natural gas charges. To date Sears has a past due balance in the amount of $16,690.76. Pursuant to paragraph 7 of the Order Approving Adequate Assurance (Doc 431) Infinite Energy would like this letter to serve as our application for payment of the Adequate Assurance Deposit, in the amount of $12,922.65, currently held in trust.

Should you have any questions please call our office at 352-313-3328.

Sincerely,

Andrea McHenry
Legal Department



July 29, 2019

Sent via Certified Mail – 7006 2150 0005 6743 5148

Sears, Roebuck and Co.
PO Box 2440
Spokane, Washington 99210

RE: Infinite Energy Account 7716636345 and 1177540311

Dear Customer,

Please be advised the above accounts have a past due balance totaling $16,690.76. I have attached a copy of your unpaid invoices. If payment is not made in full within five (5) business days, we will be filing an application with the bankruptcy court for payment on the adequate assurance deposit.

If you would like to make payment by phone, please call our office at 352-313-3035.

Sincerely,

Andrea McHenry
Legal Department

**Infinite Energy**

Find us on Facebook
Facebook.com/InfiniteEnergy

Follow us on Twitter
Twitter.com/InfiniteEnergy

Sign up for service or pay online at www.InfiniteEnergy.com
Email us at Care@InfiniteEnergy.com

Billing Inquiries: 1-800-927-9794 (Toll Free), Hours: 8-7 M-F
Call: 1-800-892-2345 to report a gas emergency

| | |
|---|---|
| Invoice Number: | 11775403111904 |
| Billing Date: | 07/01/2019 |
| Closing Date: | 06/28/2019 |
| Due Date: | Upon Receipt |
| Total Amount Due: | $16,558.06 |

09542-HERKIMER
PO BOX 2440
SPOKANE, WA 99210-2440

Receive your bills electronically, pay your balance, and much more by visiting www.InfiniteEnergy.com

| | |
|---|---|
| Customer Number: | 1177540311 |
| LDC Account Number: | 8425246035 |
| LDC Rate Class: | |
| Bill Type: | Traditional |

| | |
|---|---|
| Service Address: | 200 S Washington St, Herkimer, NY 13350-2300 |
| IEI Rate Type: | Variable |
| Effective Through: | No Expiration Date |
| Phone Number: | (847) 286-6143 |

## SUMMARY OF CHARGES

| | Amount |
|---|---|
| Balance Forward | $16,405.25 |
| LDC Estimated Period Gas Cost: 5.3 Therms @ $0.779  04/30/2019-04/30/2019 | $4.13 |
| LDC Estimated Period Gas Cost: 165.7 Therms @ $0.779  05/01/2019-05/31/2019 | $129.08 |
| Service Fee | $7.95 |
| Subtotal | |
| NY Sales Tax | $16546.41 |
| | $11.65 |
| Deposit Due | |
| Total Charges Due to Infinite Energy | $0.00 |
| | $16558.06 |

**LATE FEE REMINDER:** A LATE FEE MAY BE APPLIED TO ANY UNPAID BALANCE 20 DAYS AFTER THE BILLING DATE, IN THE AMOUNT OF 1.5% OF THE UNPAID BALANCE.

**RETURNED CHECKS:** A $20.00 FEE IS CHARGED FOR ALL RETURNED CHECKS.

PLEASE FOLD, TEAR HERE, AND RETURN BOTTOM PORTION WITH YOUR PAYMENT. RETAIN TOP PORTION FOR YOUR RECORDS

Please enter your Customer Number on all remittances and make your check payable to Infinite Energy. Cash not accepted.

| Deposit Balance | Previous Balance | Payments Received | Adjustments | Deposit Due | New Charges | Total Due |
|---|---|---|---|---|---|---|
| - | $16405.25 | - | - | - | $152.81 | $16558.06 |

09542-HERKIMER
200 S Washington St
Herkimer, NY 13350-2300
(847) 286-6143

| | |
|---|---|
| Invoice Number: | 11775403111904 |
| Customer Number: | 1177540311 |
| Payment Due Date: | Upon Receipt |
| Total Due: | $16558.06 |

Please [X] check box if...
Correspondence enclosed

Amount Enclosed $ , ,

Name/mailing address changes on back

Email address

Infinite Energy Inc-GAS
PO Box #71247
Charlotte, NC 28272-1247

030000000000117754031107221900016558065

**Infinite Energy**

Find us on Facebook
Facebook.com/InfiniteEnergy

Follow us on Twitter
Twitter.com/InfiniteEnergy

Sign up for service or pay online at www.InfiniteEnergy.com
Email us at Care@InfiniteEnergy.com

Billing Inquiries: 1-800-927-9794 (Toll Free), Hours: 8-7 M-F
Call: 1-800-892-2345 to report a gas emergency

Invoice Number: 11775403111904
Billing Date: 07/01/2019
Closing Date: 06/28/2019
Due Date: Upon Receipt
Total Amount Due: $16,558.06

09542-HERKIMER
PO BOX 2440
SPOKANE, WA  99210-2440

Receive your bills electronically, pay your balance, and much more by visiting www.InfiniteEnergy.com

Customer Number: 1177540311
LDC Account Number: 8425246035
LDC Rate Class:
Bill Type: Traditional

Service Address: 200 S Washington St
Herkimer, NY  13350-2300
IEI Rate Type: Variable
Effective Through: No Expiration Date
Phone Number: (847) 286-6143

## SUMMARY OF CHARGES

| Balance Forward | Amount |
|---|---|
| LDC Estimated Period  Gas Cost: 5.3 Therms @ $0.779  04/30/2019-04/30/2019 | $16,405.25 |
| LDC Estimated Period  Gas Cost: 165.7 Therms @ $0.779  05/01/2019-05/31/2019 | $4.13 |
| Service Fee | $129.08 |
|  | $7.95 |
| Subtotal |  |
| NY Sales Tax | $16546.41 |
|  | $11.65 |
| Deposit Due |  |
| Total Charges Due to Infinite Energy | $0.00 |
|  | $16558.06 |

**LATE FEE REMINDER:** A LATE FEE MAY BE APPLIED TO ANY UNPAID BALANCE 20 DAYS AFTER THE BILLING DATE, IN THE AMOUNT OF 1.5% OF THE UNPAID BALANCE.

**RETURNED CHECKS:** A $20.00 FEE IS CHARGED FOR ALL RETURNED CHECKS.

PLEASE FOLD, TEAR HERE, AND RETURN BOTTOM PORTION WITH YOUR PAYMENT. RETAIN TOP PORTION FOR YOUR RECORDS

Please enter your Customer Number on all remittances and make your check payable to Infinite Energy. Cash not accepted.

| Deposit Balance | Previous Balance | Payments Received | Adjustments | Deposit Due | New Charges | Total Due |
|---|---|---|---|---|---|---|
| - | $16405.25 | - | - | - | $152.81 | $16558.06 |

09542-HERKIMER
200 S Washington St
Herkimer, NY  13350-2300
(847) 286-6143

| Invoice Number: | 11775403111904 |
|---|---|
| Customer Number: | 1177540311 |
| Payment Due Date: | Upon Receipt |
| Total Due: | $16558.06 |

Please [X] check box if...
Correspondence enclosed

Amount Enclosed  $

Name/mailing address changes on back

Email address

Infinite Energy Inc-GAS
PO Box #71247
Charlotte, NC  28272-1247

030000000000117754031107221900016558065

# Infinite Energy

## FORMS OF PAYMENT

**Money Order or Cashier's Check:**

Infinite Energy Inc-GAS
PO Box #71247
Charlotte, NC 28272-1247

**Overnight Payments:**

First Data/REMITCO
Infinite Energy - Box #71247
6125 Lakeview Road Suite 800
Charlotte, NC 28269

(Please allow 1 day after delivery for processing for mailed payments)

**Credit Card Payments:**

You can make a payment via credit card over the phone at any time by calling (800) 724-1880, or online at www.InfiniteEnergy.com.

**Cash Options:**

<u>Western Union Quick Collect or Easy Pay Station:</u>
Call (800) 325-6000 for station locations. Include:

Customer Number | Pay to: Infinite Energy | Code City/State: IEI/FL

Quick Collect usually posts within 6 hours but can take up to one business day. Easy Pay may take a couple of days.

<u>MoneyGram Express Payment:</u>

Customer Number | Pay to: Infinite Energy Gas | Receive Code: 11595

You can also visit www.moneygram.com to find the location nearest you, or call (800) MONEYGRAM for more information about using this payment service.

**Late Fee Reminder:** A late fee of 1.5% will be applied to any unpaid balance 20 days after the billing date.

**Returned Checks:** A $20.00 fee is charged for all returned checks.

**Contacting Infinite Energy:** If you have any questions about your account, please contact Customer Care at (800) 724-1880, where our representatives are available Monday through Friday, 8 a.m. to 7 p.m. EST.

**Conditional Payments:** Any form of payment that you send to Infinite Energy for less than the full balance due, which is marked "paid in full" or is tendered as full satisfaction of the balance, may be treated, in Infinite Energy's sole discretion, as (a) a partial payment on your account or (b) improper payment and refused by Infinite Energy by either returning it to you, not cashing it, or destroying it. Infinite Energy reserves all rights concerning these payments.

Infinite Energy, Inc DBA Intelligent Energy

| Standard Payment Address | Overnight Payment Address | Contact by Mail |
|---|---|---|
| Infinite Energy Inc-GAS<br>PO Box #71247<br>Charlotte, NC 28272-1247 | First Data/REMITCO<br>Infinite Energy - Box #71247<br>6125 Lakeview Road Suite 800<br>Charlotte, NC 28269 | Infinite Energy<br>Attn: Customer Care<br>7001 SW 24th Ave<br>Gainesville, FL 32607 |

| Phone | Fax | Email | Web |
|---|---|---|---|
| (800) 724-1880 | (352) 332-1936 | Care@InfiniteEnergy.com | www.InfiniteEnergy.com |

*If you have entered information below, you must fill in the box on the front of this return payment coupon. Thanks!*

**Please Change Name or Mailing Address To:**

**Payment Options:**

By mail, send check or money order (cash not accepted) to:

Infinite Energy Inc-GAS
PO Box #71247
Charlotte, NC 28272-1247

☐ Check here if your change of address is due to a move

New Email Address:

New Telephone Number:

NY-20140523

**Infinite Energy**

Find us on Facebook
Facebook.com/InfiniteEnergy
Follow us on Twitter
Twitter.com/InfiniteEnergy

Sign up for service or pay online at www.InfiniteEnergy.com
Email us at Care@InfiniteEnergy.com

Billing Inquiries: 1-800-927-9794 (Toll Free), Hours: 8-7 M-F
Call: 1-800-892-2345 to report a gas emergency

Invoice Number: 77166363451905
Billing Date: 05/29/2019
Closing Date: 05/28/2019
Due Date: Upon Receipt
Total Amount Due: $132.70

002173-SARATOGA SPRINGS
PO BOX 2440
SPOKANE, WA 99210-2440

Receive your bills electronically, pay your balance, and much more by visiting www.InfiniteEnergy.com

Customer Number: 7716636345
LDC Account Number: 9545224118
LDC Rate Class:
Bill Type: Traditional

Service Address: 3065 Route 50
Saratoga Springs, NY 12866-2960
IEI Rate Type: Variable
Effective Through: No Expiration Date
Phone Number: (847) 286-6143

## SUMMARY OF CHARGES

| Description | Amount |
|---|---|
| Balance Forward | $456.95 |
| Payment Received 05/07/2019 ACH Approval Code:Approved | cr $456.95 |
| LDC Actual Period Gas Cost: 54.2 Therms @ $0.779 04/19/2019-04/30/2019 | $42.22 |
| LDC Actual Period Gas Cost: 94.8 Therms @ $0.779 05/01/2019-05/21/2019 | $73.85 |
| LDC Actual Period Gas Cost: 0 Therms @ $0.779 05/22/2019-05/22/2019 | $0.00 |
| Service Fee | $7.95 |
| Subtotal | $124.02 |
| NY Sales Tax | $8.68 |
| Deposit Due | |
| Total Charges Due to Infinite Energy | $0.00 |
| | $132.70 |

**LATE FEE REMINDER:** A LATE FEE MAY BE APPLIED TO ANY UNPAID BALANCE 20 DAYS AFTER THE BILLING DATE, IN THE AMOUNT OF 1.5% OF THE UNPAID BALANCE.

**RETURNED CHECKS:** A $20.00 FEE IS CHARGED FOR ALL RETURNED CHECKS.

PLEASE FOLD, TEAR HERE, AND RETURN BOTTOM PORTION WITH YOUR PAYMENT. RETAIN TOP PORTION FOR YOUR RECORDS.

Please enter your Customer Number on all remittances and make your check payable to Infinite Energy. Cash not accepted.

| Deposit Balance | Previous Balance | Payments Received | Adjustments | Deposit Due | New Charges | Total Due |
|---|---|---|---|---|---|---|
| - | $456.95 | cr $456.95 | - | - | $132.70 | $132.70 |

002173-SARATOGA SPRINGS
3065 Route 50
Saratoga Springs, NY 12866-2960
(847) 286-6143

Invoice Number: 77166363451905
Customer Number: 7716636345
Payment Due Date: Upon Receipt
Total Due: $132.70

Please [X] check box if...
Correspondence enclosed

Amount Enclosed $

Name/mailing address changes on back

Email address

Infinite Energy Inc-GAS
PO Box #71247
Charlotte, NC 28272-1247

030000000007716636345061819000001327o9

**Infinite Energy**

## FORMS OF PAYMENT

**Money Order or Cashier's Check:**

Infinite Energy Inc-GAS
PO Box #71247
Charlotte, NC 28272-1247

**Overnight Payments:**

First Data/REMITCO
Infinite Energy - Box #71247
6125 Lakeview Road Suite 800
Charlotte, NC 28269

(Please allow 1 day after delivery for processing for mailed payments)

**Credit Card Payments:**

You can make a payment via credit card over the phone at any time by calling (800) 724-1880, or online at www.InfiniteEnergy.com.

**Cash Options:**

Western Union Quick Collect or Easy Pay Station:
Call (800) 325-6000 for station locations. Include:

Customer Number  |  Pay to: Infinite Energy  |  Code City/State: IEI/FL

Quick Collect usually posts within 6 hours but can take up to one business day. Easy Pay may take a couple of days.

MoneyGram Express Payment:

Customer Number  |  Pay to: Infinite Energy Gas  |  Receive Code: 11595

You can also visit www.moneygram.com to find the location nearest you, or call (800) MONEYGRAM for more information about using this payment service.

**Late Fee Reminder:** A late fee of 1.5% will be applied to any unpaid balance 20 days after the billing date.

**Returned Checks:** A $20.00 fee is charged for all returned checks.

**Contacting Infinite Energy:** If you have any questions about your account, please contact Customer Care at (800) 724-1880, where our representatives are available Monday through Friday, 8 a.m. to 7 p.m. EST.

**Conditional Payments:** Any form of payment that you send to Infinite Energy for less than the full balance due, which is marked "paid in full" or is tendered as full satisfaction of the balance, may be treated, in Infinite Energy's sole discretion, as (a) a partial payment on your account or (b) improper payment and refused by Infinite Energy by either returning it to you, not cashing it, or destroying it. Infinite Energy reserves all rights concerning these payments.

Infinite Energy, Inc DBA Intelligent Energy

| Standard Payment Address | Overnight Payment Address | Contact by Mail |
|---|---|---|
| Infinite Energy Inc-GAS<br>PO Box #71247<br>Charlotte, NC 28272-1247 | First Data/REMITCO<br>Infinite Energy - Box #71247<br>6125 Lakeview Road Suite 800<br>Charlotte, NC 28269 | Infinite Energy<br>Attn: Customer Care<br>7001 SW 24th Ave<br>Gainesville, FL 32607 |

| Phone | Fax | Email | Web |
|---|---|---|---|
| (800) 724-1880 | (352) 332-1936 | Care@InfiniteEnergy.com | www.InfiniteEnergy.com |

If you have entered information below, you must fill in the box on the front of this return payment coupon. Thanks!

**Please Change Name or Mailing Address To:**

By mail, send check or money order (cash not accepted) to:

Infinite Energy Inc-GAS
PO Box #71247
Charlotte, NC 28272-1247

☐ Check here if your change of address is due to a move

New Email Address:

New Telephone Number:

NY-20140523

September 27, 2019

Sent via Certified Mail – 7006 2150 0005 6743 5209

Sears, Roebuck and Co.
PO Box 2440
Spokane, Washington 99210

RE: Infinite Energy Account 7716636345 and 1177540311

## SECOND NOTICE

Dear Customer,

Please be advised the above accounts have a past due balance totaling $16,690.76. I have attached a copy of your unpaid invoices. If payment is not made in full within five (5) business days, we will be filing an application with the bankruptcy court for payment on the adequate assurance deposit.

If you would like to make payment by phone, please call our office at 352-313-3035.

Sincerely,


Andrea McHenry
Legal Department