| | |
|---|---|
| **From:** | Sears Ballot Invoices |
| **To:** | Frances Brunet Uriarte |
| **Subject:** | Automatic reply: Sears Administrative Expense Consent Program Ballot ID 182353801018208: Luan Investment SE |
| **Date:** | Friday, November 22, 2019 11:27:29 AM |

Thank you for providing your detail support.

This email **will not** be confirming receipt of emails.

Each ballot is being reconciled.  We will reach out to you should we have further questions.

**This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email or by calling 212-716-1491 and delete the message.**