**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Sears Holding Corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Leon S. Jones, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Hi-Tech Pharmaceuticals, Inc., as party-in-interest in the above-referenced bankruptcy case, and as defendant in Adversary Proceeding No. 19-08570 (RDD).

I certify that I am a member in good standing of the bar in the State of Georgia and of the bars of the United States District Court for the Northern District of Georgia, the United States District Court for the Middle District of Georgia, and the United States District for the Southern District of Georgia.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Respectfully submitted this 18th day of December, 2019.

                                                  **JONES & WALDEN, LLC**

                                                  */s/ Leon S. Jones*
                                                  Leon S. Jones
                                                  Georgia Bar No. 003980
                                                  21 Eighth Street, NE
                                                  Atlanta, Georgia 30309
                                                  (404) 564-9300 (telephone)
                                                  LJones@joneswalden.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Sears Holding Corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this date I caused a true and correct copy of the foregoing "Motion for Admission to Practice, *Pro Hac Vice*" to be served on all parties listed below via U.S. First Class Mail with sufficient postage affixed thereto.

Office of the United States Trustee  
U.S. Federal Office Building  
201 Varick Street, Room 1006  
New York, NY 10004

Steven J. Reisman, Esq.  
Theresa A. Foudy, Esq.  
Karen B. Dine, Esq.  
Katten Muchin Rosenman LLP  
575 Madison Avebue  
New York, NY 10022

      This 18th day of December, 2019.

**JONES & WALDEN, LLC**

*/s/ Leon S. Jones*  
Leon S. Jones  
Georgia Bar No. 003980  
21 Eighth Street, NE  
Atlanta, Georgia 30309  
(404) 564-9300 (telephone)  
(404) 564-9301 (facsimile)  
LJones@joneswalden.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Sears Holding Corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Leon S. Jones ("Movant"), to be admitted, *pro hac vice*, to represent Hi-Tech Pharmaceuticals, Inc. (the "Client"), as party-in-interest in the above-referenced bankruptcy case, and as defendant in Adversary Proceeding No. 19-08570 (RDD), and upon the Movant's certification that the Movant is a member in good standing of the bar in the State of Georgia and of the bars of the United States District Court for the Northern District of Georgia, the United States District Court for the Middle District of Georgia, and the United States District Court for the Southern District of Georgia, it is hereby

**ORDERED**, that Leon S. Jones, Esq., is admitted to practice, *pro hac vice*, to represent Hi-Tech Pharmaceuticals, Inc. as party-in-interest in the above-referenced bankruptcy case, and as defendant in Adversary Proceeding No. 19-08570 (RDD), in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: December __, 2019.
New York, New York

Robert D. Drain
United States Bankruptcy Court Judge
Southern District of New York