WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                           :
                                                :           **Chapter 11**
**SEARS HOLDINGS CORPORATION,** *et al.***,**   :
                                                :           **Case No. 18-23538 (RDD)**
                                                :
Debtors.[1]                                     :           **(Jointly Administered)**
------------------------------------------------------------x

# SECOND SUPPLEMENTAL DECLARATION
# AND DISCLOSURE STATEMENT OF RAY C. SCHROCK, P.C.
# ON BEHALF OF WEIL, GOTSHAL & MANGES LLP PURSUANT TO
# 11 U.S.C. §§ 327, 329, AND 504 AND FED. R. BANKR. P. 2014(a) AND 2016(b)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc.

Pursuant to 28 U.S.C. § 1746, I, Ray C. Schrock, P.C. hereby declare as follows:

1. I am a member of the firm of Weil, Gotshal & Manges LLP ("**Weil**" or the "**Firm**"), an international law firm with principal offices at 767 Fifth Avenue, New York, New York 10153 and regional offices in Washington, D.C.; Houston and Dallas, Texas; Miami, Florida; Boston, Massachusetts; Princeton, New Jersey; and Silicon Valley, California; and foreign offices in London, United Kingdom; Warsaw, Poland; Frankfurt and Munich, Germany; Prague, Czech Republic; Paris, France; as well as Beijing, Hong Kong, and Shanghai, China.

2. I submit this declaration (this "**Second Supplemental Declaration**") as a supplement to my declaration, dated October 26, 2018 (the "**Original Declaration**"),[2] and my first supplemental declaration, dated January 2, 2019 (the "**First Supplemental Declaration**," together with the Original Declaration, the "**Previous Declarations**"), filed in support of the *Application of Debtors for Authority to Retain and Employ Weil, Gotshal & Manges LLP as Attorneys for the Debtors Nunc Pro Tunc to the Commencement Date* (ECF No. 344) (the "**Weil Retention Application**").

3. This Second Supplemental Declaration has been prepared in accordance with paragraph 16 of the Original Declaration, which provides that Weil will supplement the disclosures in the Original Declaration to the extent required as a result of any new material relevant facts or relationships becoming available during these chapter 11 cases. This Second Supplemental Declaration makes certain additional disclosures.

---

(9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Capitalized terms used but not defined herein shall have the meanings set forth in the Original Declaration.

A.    **Supplemental Disclosure Regarding Current and Former Clients.**

4. Weil has continued to implement the Firm Disclosure Procedures and update the Retention Checklist (as amended, attached hereto as **Annex 1**, the "**Supplemental Retention Checklist**") and the Client Match List accordingly. Either I or an attorney under my supervision has reviewed the connections between Weil and the clients identified on the Client Match List and the connections between those entities and the Debtors. In each case, it has been determined that Weil does not hold or represent an interest that is adverse to the interests of the Debtors' estates and that Weil is a "disinterested person" as such term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code.

5. Weil previously has represented, currently represents, and may represent in the future the entities described below (or their affiliates) in matters unrelated to the Debtors' chapter 11 cases. The supplemental disclosure list, attached as **Annex 2** hereto (the "**Supplemental Disclosure List**"), is the product of implementing the Firm Disclosure Procedures since filing the Original Declaration. The Supplemental Disclosure List contains entities that have not been previously disclosed as well as entities previously disclosed but whose described relationship to the Debtors has been supplemented. An entity is listed as a "**Current Client**" on the Supplemental Disclosure List if Weil has any open matters for such entity or a known affiliate of such entity and attorney time charges have been recorded on any such matters within the past two (2) years. An entity is listed as a "**Former Client**" in the Supplemental Disclosure List if Weil represented such entity or a known affiliate of such entity within the past two (2) years based on recorded attorney time charges on a matter, but all matters for such entity or any known affiliate of such entity have been formally closed. Except as described below, Weil has not represented, does not represent, and will not represent any of such entities in matters directly related to the Debtors or these chapter 11 cases.

3

6. To the best of my knowledge, information, and belief, the annual fees for the last twenty-four (24) months paid to Weil by any entity listed on **Annex 2** did not exceed 1% of the annual gross revenue of Weil except for the following entities and time periods: (a) Advent International ("**Advent**") and certain of its affiliates, which accounted for 2.9% of Weil's last twelve months' revenue and 2.6% of Weil's last twenty-four months' revenue; (b) Johnson & Johnson ("**J&J**") and certain of its affiliates, which accounted for 2.4% of Weil's last twelve months' revenue and 1.6% of Weil's last twenty-four months' revenue; (c) Goldman Sachs ("**Goldman Sachs**") and certain of its affiliates, which accounted for less than 1.0% of Weil's last twelve months' revenue and 1.1% of Weil's last twenty-four months' revenue. Further, Weil has not represented, does not represent, and will not represent any entity listed on **Annex 2** hereto in matters directly related to the Debtors or these chapter 11 cases.

7. In addition, Weil was recently retained as counsel to HPS Investment Partners, LLC ("**HPS**"), as administrative agent and lender on that certain Credit Agreement, dated as of April 17, 2019, that was made by certain lenders to certain affiliates of Transform Holdco LLC ("**Transform**") as borrowers.[3] Transform and/or certain of its affiliates have participated in the Debtors' chapter 11 cases. Both the Debtors and HPS are adverse to Transform in their respective capacities. Weil's representation of HPS is not related to the Debtors or these chapter 11 cases and is not materially adverse to the interests of the Debtors' estates.

8. Both HPS and the Debtors (through the Debtors' Restructuring Committee) are aware of Weil's representation of the other party.

---

[3] Transform Holdco LLC was the purchaser of substantially all of the Debtors assets pursuant to a section 363 sale. *See Order (I) Approving the Asset Purchase Agreement Among Sellers and Buyer, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts, and Leases in Connection Therewith and (IV) Granting Related Relief* (ECF No. 2507).

4

9. Based on the conflicts searches conducted to date and described in the Previous Declarations and herein, to the best of my knowledge and insofar as I have been able to ascertain, (a) Weil is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates, and (b) Weil has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in the Previous Declarations and herein.

10. Weil will continue to review its files periodically during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise. To the extent any information disclosed herein requires amendment or modification upon Weil's completion of further review or as additional material, relevant facts or relationships becomes available, Weil will file a further supplemental declaration stating such amended or modified information.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 18th of December, 2019

*/s/ Ray C. Schrock, P.C.*
Ray C. Schrock, P.C.
Member, Weil, Gotshal & Manges LLP

## Annex 1

### Second Supplemental Retention Checklist

- Debtors and Affiliates
- Debtors' Trade Names and Aliases (last 8 years)
- Administrative Claimants
- Banks
- Current and Former Officers and Directors (last 2 years) and Known Affiliations
- Customer Programs
- Debtors' Greater-than-5% Equity Ownership
- Employee Benefits
- Governmental
- Indentures
- Insurers and Insurance Brokers
- Landlords and Related Parties
- Lienholders
- Notice of Appearance Parties
- Other Parties in Interest and Known Professionals
- Parties to Litigation
- Parties Referenced in 2019 Verified Statements
- Potential Bidders
- Professionals Retained by the Debtors
- Secured Lenders
- Secured Notes
- Significant Competitors
- Supplemental Workforce Agencies
- Top 40 Unsecured Creditors
- Unions
- United States Trustee, Judges, and Court Contacts for the Southern District of New York (and Key Staff Members)
- Unsecured Creditors' Committee Members and Known Professionals
- Unsecured Notes
- Utilities
- Vendors

**Annex 2**

**Second Supplemental Disclosure List**

**Supplemental Disclosure List**

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| AT&T (Ameritech)<br><br>AT&T (Bellsouth)<br><br>AT&T (Pacific Bell)<br><br>AT&T (Southwestern Bell)<br><br>AT&T Mobility | Notice of Appearance Parties<br>Utilities | **Affiliate or Subsidiary of Current Client** |
| AT&T Corp.<br><br>Farmer, Joseph and Elaine Farmer, husband and wife vs. AT&T Corp., et al., asbestos defendants including Sears, Roebuck and Co. ((disclosed on first sup but only highlighted matched entity- litigation) | Litigation Party<br>Notice of Appearance Parties<br>Utilities | **Affiliate or Subsidiary of Current Client** |
| AT&T Mobility II, LLC | Lienholders<br>Utilities | **Affiliate or Subsidiary of Current Client** |
| AUTO-Scullari, Anthony v. S.A. Bonsignore; Brian Stafford; Midwood Management Corp; Farmingville Associates; Burger King Corporation; L.I. Restaurant Associates, L.P.; TGI Friday's Inc.; and Kmart Corporation<br><br>Sopka, Kathleen v. Aleff, LLC; Kmart Corporation; Spirit Master Funding II, LLC; Burger King; CBK Futures, Inc.; and John Doe and/or John Doe, Inc. 1-10 | Litigation | **Affiliate or Subsidiary of Current Client** |
| Berkshire Fashions | Vendors | **Related to Current Client** |
| Birch Communications | Utilities | **Affiliate or Subsidiary of Current Client** |
| Celadon Trucking Services | Vendors | **Current Client**<br><br>**Affiliate or Subsidiary of Current Client**<br><br>**Related to Current Client** |
| Cisco Systems | Notice of Appearance Parties<br>Vendors | **Former Client** |

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| Cisco Systems, Inc. | Utilities | |
| Dell Financial Services, L.L.C. | Lienholder<br><br>Notice of Appearance Parties<br><br>Parties Referenced in Verified 2019 Statements<br><br>Vendors | **Affiliate or Subsidiary of Current Client**<br><br>**Affiliate or Subsidiary of Former Client** |
| Dell Marketing, L.P. | Administrative Claimants<br><br>Lienholders<br><br>Notice of Appearance Parties<br><br>Parties Referenced in Verified 2019 Statements<br><br>Vendors | **Affiliate or Subsidiary of Current Client**<br><br>**Affiliate or Subsidiary of Former Client** |
| Dell, Inc. | Administrative Claimants<br><br>Lien Holders<br><br>Notice of Appearance Parties<br><br>Vendors | **Current Client**<br><br>**Former Client**<br><br>**Affiliate or Subsidiary of Former Client** |
| Deloitte Tax LLP<br><br>Deloitte Transactions and Business Analytics LLP<br><br>Deloitte & Touche LLP | Professionals Retained by the Debtors<br><br>Top 40 Unsecured Creditors<br><br>Vendors | **Affiliate or Subsidiary of Current Client**<br><br>**Affiliate or Subsidiary of Former Client** |
| Dun & Bradstreet | Administrative Claimants<br><br>Vendors | **Current Client**<br><br>**Related to Current Client** |
| East End Commons Associates LLC c/o The Feil Organization | Landlord | **Affiliate or Subsidiary of Current Client** |
| Edgewell Personal Care | Administrative Claimants<br><br>Vendors | **Former Client** |
| First Republic Bank<br><br>First Republic Bank ACH | Landlords and Related Parties | **Former Client** |
| FTI Consulting Canada, Inc. | Notice of Appearance Parties | **Affiliate or Subsidiary of Current Client** |

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| FTI Consulting, Inc. | Estate Professionals<br><br>Unsecured Creditors' Committee Members and Known Professionals<br><br>Vendors | **Current Client** |
| Groupon | Customer Programs | **Current Client** |
| Horizon | Administrative Claimants<br><br>Utilities | **Affiliate or Subsidiary of Current Client** |
| ICON Health and Fitness Inc.<br><br>ICON Health & Fitness, Inc. | Administrative Claimants<br><br>Litigation<br><br>Top 40 Unsecured Creditors<br><br>Vendors | **Current Client** |
| Innocor Inc. | Administrative Claimants | **Affiliate or Subsidiary of Current Client**<br><br>**Related to Former Client** |
| Johnson & Johnson Consumer Inc. | Administrative Claimants<br><br>Vendors | **Current Client**<br><br>**Affiliate or Subsidiary of Current Client** |
| Ledvance LLC | Administrative Claimants | **Affiliate or Subsidiary of Current Client** |
| Mannino, Francesca v. Sears Holdings Management Corporation dba Kmart; Kimco Realty Corporation; and A&P Property LLC | Litigation | **Affiliate or Subsidiary of Current Client** |
| Moses and Singer LLP | Administrative Claimants<br><br>Vendors | **Current Client** |
| Namco USA Inc. | Notice of Appearance Parties | **Affiliate or Subsidiary of Current Client** |
| National Union Fire Ins. Co of Pittsburgh, PA | Insurers and Insurance Brokers | **Affiliate or Subsidiary of Current Client**<br><br>**Related to Current Client** |
| National Union Fire Insurance Company of Pittsburgh, PA as Transferee of Waxman Consumer Products Group Inc. | Administrative Claimants | **Affiliate or Subsidiary of Current Client**<br><br>**Related to Current Client** |
| Olde Thompson, LLC | Administrative Claimants | **Current Client** |

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| Olympus Peak Master Fund LP as Transferee of Allure Gems, LLC | Administrative Claimants | **Related to Current Client** <br> **Related to Former Client** |
| Olympus Peak Master Fund LP as Transferee of Cleva Hong Kong Ltd | Administrative Claimants | **Related to Current Client** <br> **Related to Former Client** |
| Parker Hannifin Corporation | Vendors | **Affiliate or Subsidiary of Current Client** <br> **Related to Current Client** |
| Procter & Gamble Distributing LLC | Administrative Claimants <br> Top 40 Unsecured Creditors <br> Vendors | **Affiliate or Subsidiary of Current Client** |
| Rebuilding Together | Customer Programs | **Affiliate or Subsidiary of Current Client** |
| Serta Incorporated <br> Serta, Incorporated | Administrative Claimants <br> Vendors | **Affiliate or Subsidiary of Current Client** |
| Serta, Inc. | Administrative Claimants <br> Vendors | **Affiliate or Subsidiary of Current Client** |
| ServiceNow, Inc. | Administrative Claimants | **Current Client** |
| Sharp Electronics Corporation | Vendors | **Affiliate or Subsidiary of Current Client** |
| Skillsoft Corporation | Vendors | **Current Client** |
| TELUS Communications | Notice of Appearance Parties <br> Vendors | **Affiliate or Subsidiary of Current Client** |
| TELUS Enterprise Solutions Corp. <br> TELUS International US Corp. | Administrative Claimants | **Affiliate or Subsidiary of Current Client** |
| TELUS International (U.S.) Corporation | Notice of Appearance Parties | **Affiliate or Subsidiary of Current Client** |
| The Kraft Heinz Company | Administrative Claimants | **Affiliate or Subsidiary of Former Client** |
| The Kroger Co. | Notice of Appearance Parties <br> Other Parties in Interest <br> Parties Referenced in Verified 2019 Statements | **Current Client** |

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| Trinet Essential Facilities XXVII, Inc. | Notice of Appearance Parties | **Affiliate or Subsidiary of Current Client** |
| Twentieth Century Fox Home Entertainment LLC | Administrative Claimants<br>Notice of Appearance Parties | **Affiliate or Subsidiary of Current Client** |
| Vehicle Service Group, LLC dba Rotary Lift, a Dover corporation | Administrative Claimants | **Affiliate or Subsidiary of Former Client** |
| Verizon Communications Inc.<br><br>Verizon<br><br>Verizon Business<br><br>Verizon Cabs<br><br>Verizon Capital Corp.<br><br>Verizon Wireless<br><br>Verizon Communications<br><br>Verizon Wireless of The East<br><br>MCI | Notice of Appearance Parties<br>Utilities<br>Vendors | **Affiliate or Subsidiary of Current Client** |
| Wells Fargo Bank, N.A. | Administrative Claimants<br>Bank Accounts<br>Debtors' Greater than 5% of Equity Owner<br>Indenture<br>Landlord – Related<br>Notice of Appearance Parties<br>Revolving Lenders<br>Secured Lenders<br>Secured Notes<br>Vendors | **Current Client**<br>**Affiliate or Subsidiary of Former Client** |
| Wells Fargo Bank, N.A., as Trustee for CSMS 2008-C1 | Administrative Claimants<br>Bank Accounts<br>Debtors' Greater than 5% of Equity Owner<br>Indenture<br>Landlord-Related | **Current Client**<br>**Affiliate or Subsidiary of Former Client** |

5

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| | Notice of Appearance Parties<br>Revolving Lenders<br>Secured Lenders<br>Secured Notes<br>Vendors | |
| Wells Fargo Corporate Trust Services | Administrative Claimants<br>Landlord | **Affiliate or Subsidiary of Current Client**<br><br>**Affiliate or Subsidiary of Former Client** |
| Whirlpool Corporation | Litigation Party<br>Notice of Appearance Parties<br>Top 40 Unsecured Creditors<br>Unsecured Creditor<br>Vendors | **Current Client** |
| Wilmington Trust, National Association, as indenture trustee and collateral agent | Administrative Claimants<br>Bank Accounts<br>Landlord- Related<br>Lien Holders<br>Secured Lender | **Affiliate or Subsidiary of Current Client** |
| World Kitchen LLC | Vendors | **Affiliate or Subsidiary of Current Client**<br><br>**Related to Current Client** |

6