**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: SEARS, ROEBUCK & CO. and SEARS HOLDINGS CORPORATION, *et al.* | : : : : Case No. 18-23538 (RDD) |
| Debtor | : : Chapter 11 : |

## WITHDRAWAL OF APPEARANCE

Kindly withdrawal my appearance regarding representation of Geoff Hess and Stacie Hess h/w, in the above-captioned matter.

**VILLARI, LENTZ & LYNAM, LLC**

BY:  */s/ Thomas A. Lynam,*
THOMAS A. LYNAM, III, ESQUIRE
Attorney ID No. 83817
100 North 20th Street, Suite 302
Philadelphia, PA 19103
(215) 568-1990
(215) 568-1920 (fax)
tlynam@vll-law.com
*Attorney for Geoff Hess and Stacie Hess*

Dated: December 19, 2019

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: SEARS, ROEBUCK & CO. and SEARS HOLDINGS CORPORATION, *et al*.<br>　　　　Debtor | Case No. 18-23538 (RDD)<br><br>Chapter 11 |

## CERTIFICATE OF SERVICE

I, Thomas A. Lynam, III, Esquire, hereby certify that I am this day serving the foregoing document upon all counsel of record, *via electronic filing*.

**VILLARI, LENTZ & LYNAM, LLC**

BY:  */s/ Thomas A. Lynam,*
　　　THOMAS A. LYNAM, III, ESQUIRE
　　　Attorney ID No. 83817
　　　100 North 20th Street, Suite 302
　　　Philadelphia, PA 19103
　　　(215) 568-1990
　　　(215) 568-1920 (fax)
　　　tlynam@vll-law.com
　　　*Attorney for Geoff Hess and Stacie Hess*

Dated: December 19, 2019