Thomas R. Slome
Michael Kwiatkowski
CULLEN AND DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
Telephone: (516) 296-9165
Facsimile: (516) 357-3792
Email: tslome@cullenllp.com
       mkwiatkowski@cullenllp.com

    and

Russell R. Johnson III (VSB No. 31468)
John M. Craig (VSB No. 32977)
Law Firm Of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Telephone: (804) 749-8861
Facsimile: (804) 749-8862
Email: russell@russelljohnsonlawfirm.com
       john@russelljohnsonlawfirm.com

*Co-Counsel for Metropolitan Edison Company, Jersey Central Power & Light Company, Ohio Edison Company, The Cleveland Electric Illuminating Company, Toledo Edison Company and Pennsylvania Electric Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re:** | ) |
|  | ) Chapter 11 |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | ) |
|  | ) Case No. 18-23538 (RDD) |
| Debtors. | ) |
|  | ) (Jointly Administered) |
|  | ) |

**NOTICE OF WITHDRAWAL OF APPLICATION OF METROPOLITAN EDISON COMPANY, JERSEY CENTRAL POWER & LIGHT COMPANY, OHIO EDISON COMPANY, THE CLEVELAND ELECTRIC ILLUMINATING COMPANY, TOLEDO EDISON COMPANY AND PENNSYLVANIA ELECTRIC COMPANY PURSUANT TO SECTION 7 OF THE ORDER (I) APPROVING DEBTORS' PROPOSED FORM OF ADEQUATE ASSURANCE OF PAYMENT TO UTILITY PROVIDERS, (II) ESTABLISHING PROCEDURES FOR DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES, AND**

**(III) PROHIBITING UTILITY PROVIDERS FROM ALTERNATING, REFUSING, OR DISCONTINUING UTILITY SERVICE [DOCKET NO. 461] FOR PAYMENT FROM THE ADEQUATE ASSURANCE ACCOUNT**

Metropolitan Edison Company, Jersey Central Power & Light Company, Ohio Edison Company, The Cleveland Electric Illuminating Company, d/b/a The Illuminating Company, Toledo Edison Company and Pennsylvania Electric Company (collectively, the "FirstEnergy Utilities"), by counsel, hereby withdraw their Application (Docket No. 3480) as resolved.

Dated: Garden City, New York
December 19, 2019

CULLEN AND DYKMAN LLP

By:    /s/ Michael Kwiatkowski
Thomas R. Slome
Michael Kwiatkowski
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
Telephone: (516) 296-9165
Facsimile: (516) 357-3792
Email: tslome@cullenllp.com
mkwiatkowski@cullenllp.com

and

Russell R. Johnson III
John M. Craig
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Telephone: (804) 749-8861
Email: russell@russelljohnsonlawfirm.com
john@russelljohnsonlawfirm.com

*Co-Counsel for Metropolitan Edison Company, Jersey Central Power & Light Company, Ohio Edison Company, The Cleveland Electric Illuminating Company, Toledo Edison Company and Pennsylvania Electric Company*