Thomas R. Slome
Michael Kwiatkowski
CULLEN AND DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
Telephone: (516) 296-9165
Facsimile: (516) 357-3792
Email: tslome@cullenllp.com
       mkwiatkowski@cullenllp.com

    and

Russell R. Johnson III (VSB No. 31468)
John M. Craig (VSB No. 32977)
Law Firm Of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Telephone: (804) 749-8861
Facsimile: (804) 749-8862
Email: russell@russelljohnsonlawfirm.com
       john@russelljohnsonlawfirm.com

*Co-Counsel for Metropolitan Edison Company, Jersey Central Power & Light Company, Ohio Edison Company, The Cleveland Electric Illuminating Company, Toledo Edison Company and Pennsylvania Electric Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | ) Case No. 18-23538 (RDD) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**CERTIFICATE OF SERVICE**

    I, Michael Kwiatkowski, hereby certify that on December 19, 2019, I caused true and correct copy of *Notice of Withdrawal of Application of Metropolitan Edison Company, Jersey Central Power & Light Company, Ohio Edison Company, The Cleveland Electric Illuminating Company, Toledo Edison Company and Pennsylvania Electric Company Pursuant to Section 7 of the Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to*

*Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, and (III) Prohibiting Utility Providers from Alternating, Refusing, or Discontinuing Utility Service [Docket No. 461] for Payment from the Adequate Assurance Account* [ECF No. 6262] to be served (i) via CM/ECF electronic notice on all parties who receive such notice, and (ii) upon the individuals listed below via electronic mail (email) at the email address set forth below.

    Paul Schwartzberg - paul.schwartzberg@usdoj.gov
    Richard Morrissey - richard.morrissey@usdoj.gov
    Ray C. Schrock, P.C. - ray.schrock@weil.com
    Jacqueline Marcus - jacqueline.marcus@weil.com
    Garrett A. Fail - garrett.fail@weil.com
    Sunny Singh - sunny.singh@weil.com
    Jared R. Friedmann - Jared.Friedmann@weil.com
    Jessie B. Mishkin, Esq. - Jessie.Mishkin@weil.com

                                                        */s/ Michael Kwiatkowski*
                                                        Michael Kwiatkowski