PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Tel: 212-373-3000
Fax: 212-757-3990
Paul M. Basta
Kelley A. Cornish
Lewis R. Clayton

*Counsel for the Debtors, Acting at the*
*Direction of the Restructuring Sub-Committee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
In re:                                          :    Chapter 11
                                                :
SEARS HOLDINGS CORPORATION, et al.,             :    Case No. 18-23538 (RDD)
                                                :
              Debtors. ¹                        :    (Jointly Administered)
                                                :
-------------------------------------------------------------x
```

**FOURTEENTH MONTHLY FEE STATEMENT OF**
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
**FOR COMPENSATION FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES INCURRED AS ATTORNEYS FOR DEBTORS**
<u>**FOR PERIOD FROM NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**</u>

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); Sears Brands Management Corporation (5365), and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Name of Applicant: | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | November 16, 2018, *nunc pro tunc* to November 15, 2018 |
| Period for which compensation and reimbursement is sought: | November 1, 2019 through November 30, 2019 |
| Monthly Fees Incurred: | $24,396.50 |
| 20% Holdback: | $4,879.30 |
| Total Compensation Less 20% Holdback: | $19,517.20 |
| Monthly Expenses Incurred: | $37,359.19 |
| Total Fees and Expenses Due: | $56,876.39 |

This is a: __X__ monthly _____ interim _____ final application

In accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 796] (the "Interim Compensation Order"),[2] Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss") hereby submits this fourteenth monthly fee statement (the "Fourteenth Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as counsel to the Debtors, for the period from November 1, 2019 through November 30, 2019 (the "Fourteenth Monthly Fee Period"). By this Fourteenth Monthly Fee Statement, and after taking into account certain voluntary reductions, Paul, Weiss seeks payment in the amount of $56,876.39, which comprises (i) $19,517.20, representing eighty percent (80%) of the total amount of compensation

---

[2] Capitalized terms used herein but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Order.

2

sought for actual and necessary services rendered during the Fourteenth Monthly Fee Period, subject to certain voluntary reductions, and (ii) reimbursement of $37,359.19, representing one hundred percent (100%) of actual and necessary expenses incurred in connection with such services.

### Services Rendered and Expenses Incurred

1. Attached as Exhibit A is a summary of Paul, Weiss's professionals by individual, setting forth the (i) name, title, and department of each individual who provided services in connection with the Chapter 11 Cases during the Fourteenth Monthly Fee Period, (ii) aggregate hours spent by each individual, (iii) hourly billing rate for each such individual at Paul, Weiss's current billing rates, (iv) amount of fees earned by each Paul, Weiss professional, and (v) the year of bar admission for each attorney. The blended hourly billing rate of Paul, Weiss attorneys during the Fourteenth Monthly Fee Period is approximately $800.48. The blended hourly rate of staff attorneys, paralegals, and other non-legal staff during the Fourteenth Monthly Fee Period is approximately $373.15.

2. Attached as Exhibit B is a summary of the services rendered and compensation sought, by project category, for the Fourteenth Monthly Fee Period.

3. Attached as Exhibit C is a summary of expenses incurred and reimbursement sought, by expense type, for the Fourteenth Monthly Fee Period.

4. Attached as Exhibit D is itemized time detail of Paul, Weiss professionals for the Fourteenth Monthly Fee Period and summary materials related thereto.

### Notice and Objection Procedures

Notice of this Fourteenth Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly

Road, Hoffman Estates, Illinois 60179, <u>Attention</u>: Rob Riecker (email: Rob.Riecker@searshc.com) and Luke Valentino (email: Luke.Valentino@searshc.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrett A. Fail (email: garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, <u>Attention</u>: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); (iv) Paul E. Harner, Ballard Spahr LLP, the independent fee examiner, 1675 Broadway 19th Floor, New York, NY 10019 (email: harnerp@ballardspahr.com); (v) counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York, 10036, <u>Attention</u>: Philip C. Dublin (email: pdublin@akingump.com), Ira Dizengoff (email: idizengoff@akingump.com), and Sara Lynne Brauner (email: sbrauner@akingump.com); and (vi) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, <u>Attention</u>: Paul D. Leake (email: paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com) (collectively, the "<u>Notice Parties</u>").

Objections to this Fourteenth Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **January 6, 2020** (the "<u>Objection Deadline</u>"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "<u>Objection</u>").

If no objections to this Fourteenth Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

If an objection to this Fourteenth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of Fourteenth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

| | |
|---|---|
| Dated: December 20, 2019<br>New York, New York | */s/ Paul M. Basta*_____<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Tel: 212-373-3000<br>Fax: 212-757-3990<br>Paul M. Basta<br>Kelley A. Cornish<br>Lewis R. Clayton<br><br>*Counsel for the Debtors, Acting at the Direction of the Restructuring Sub-Committee* |

5

# Exhibit A

**Compensation by Professional**

**SUMMARY OF MONTHLY FEE STATEMENT OF
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP FOR
SERVICES RENDERED FOR THE PERIOD
FROM NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**

| Name of Professional Partners and Counsel | Title | Department | Year Admitted | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|---|
| Robert Britton | Partner | Bankruptcy | 2008 | 1,265.00 | 1.2 | 1,518.00 |
| **Total Partners and Counsel:** | | | | | **1.2** | **1,518.00** |

| Name of Associates | Department | Year Admitted | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|
| Shane D. Avidan | Litigation | 2013 | 1,110.00 | 0.7 | 777.00 |
| Jonathan Silberstein-Loeb | Litigation | 2015 | 1,020.00 | 0.4 | 408.00 |
| David Giller | Litigation | 2015 | 1,020.00 | 0.8 | 816.00 |
| Caitlin Toto | Bankruptcy | 2019 | 775.00 | 1.4 | 1,085.00 |
| Spencer E. Young | Litigation | Not admitted | 775.00 | 2.3 | 1,782.50 |
| Patricia A. Walsh | Bankruptcy | Not admitted | 665.00 | 11.6 | 7,714.00 |
| Teresa Lii | Bankruptcy | 2014 | 980.00 | 3.5 | 3,430.00 |
| **Total Associates:** | | | | **20.7** | **16,012.50** |

| Name of Staff Attorneys, Paralegals and Other Non-Legal Staff | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|
| Joseph Monzione | 380 | 0.2 | 76.00 |
| Brooke Filler | 380 | 14.0 | 5,320.00 |
| Eric Gansman | 330 | 1.4 | 462.00 |
| Michael Johnson | 360 | 0.2 | 72.00 |
| Alan D. Wilbur | 360 | 2.6 | 936.00 |
| **Total Staff Attorneys, Paralegals and Other Non-Legal Staff:** | | **18.4** | **6,866.00** |

2

| PROFESSIONALS | BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|
| Partners and Counsel | 1,265.00 | 1.2 | 1,518.00 |
| Associates | 773.56 | 20.7 | 16,012.50 |
| Staff Attorneys/Paralegals/ Non-Legal Staff | 373.15 | 18.4 | 6,866.00 |
| Blended Attorney Rate | 800.48 | **40.3** | |
| **Total Fees Incurred** | | **40.3** | **24,396.50** |

2

**Exhibit B**

**Compensation by Task Code**

**AGGREGATE TIME SUMMARY BY TASK CODE**
**FOR THE PERIOD NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**

| Project Category | Total Hours | Total Fees ($) |
|---|---:|---:|
| Case Administration | 1.6 | 538.00 |
| Conflict Matters: Investigations & Discovery | 2.2 | 792.00 |
| Fee/Employment Applications (Paul, Weiss) | 32.1 | 19,211.00 |
| Litigation | 4.4 | 3,855.50 |
| **TOTAL** | **40.3** | **24,396.50** |

18-23538-shl    Doc 6270    Filed 12/20/19    Entered 12/20/19 12:39:55    Main Document

## **Exhibit C**

**Expense Summary**

**AGGREGATE ITEMIZED DISBURSEMENTS**
**FOR THE PERIOD NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**

| Expenses Category | Total Expenses ($) |
|---|---:|
| Professional Services | 36,982.00 |
| Information Retrieval Services | 375.09 |
| Duplicating Expenses | 2.10 |
| **TOTAL** | **37,359.19** |

**Exhibit D**

**Time Detail**

```
Client: 022429 Sears Holdings Corporation                        Resp Prtnrs: PMB SMB LRC          Proforma:  7467964                (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B
```

| Emp Id | Employee Name | Off | Dp | Group | Input since 11/01/2019 Hours | Amount | Oldest | Latest | Total Unbilled Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 08028 | Britton, Robert | NY | Bkcy | PARTNER | 1.20 | 1,518.00 | 11/01/19 | 11/06/19 | 1.20 | 1,518.00 |
| 06140 | Avidan, Shane D. | NY | Lit | ASSOCIATE | 0.70 | 777.00 | 11/04/19 | 11/04/19 | 0.70 | 777.00 |
| 07220 | Silberstein-Loeb, Jo | NY | Lit | ASSOCIATE | 0.40 | 408.00 | 11/13/19 | 11/13/19 | 0.40 | 408.00 |
| 07446 | Giller, David | NY | Lit | ASSOCIATE | 0.80 | 816.00 | 11/05/19 | 11/06/19 | 0.80 | 816.00 |
| 07585 | Toto, Caitlin J. | NY | Bkcy | ASSOCIATE | 1.40 | 1,085.00 | 11/01/19 | 11/04/19 | 1.40 | 1,085.00 |
| 07597 | Young, Spencer E. | NY | Lit | ASSOCIATE | 2.30 | 1,782.50 | 11/05/19 | 11/07/19 | 2.30 | 1,782.50 |
| 07797 | Walsh, Patricia A. | NY | Bkcy | ASSOCIATE | 11.60 | 7,714.00 | 11/01/19 | 11/27/19 | 11.60 | 7,714.00 |
| 08075 | Lii, Teresa | NY | Bkcy | ASSOCIATE | 3.50 | 3,430.00 | 11/01/19 | 11/26/19 | 3.50 | 3,430.00 |
| 02444 | Monzione, Joseph | NY | Bkcy | PARALEGAL | 0.20 | 76.00 | 11/13/19 | 11/13/19 | 0.20 | 76.00 |
| 53244 | Filler, Brooke | NY | Bkcy | PARALEGAL | 14.00 | 5,320.00 | 11/13/19 | 11/26/19 | 14.00 | 5,320.00 |
| 54813 | Gansman, Eric | NY | Lit | PARALEGAL | 1.40 | 462.00 | 11/06/19 | 11/06/19 | 1.40 | 462.00 |
| 53268 | Johnson, Michael | NY | EDL | PARALGL | 0.20 | 72.00 | 11/07/19 | 11/07/19 | 0.20 | 72.00 |
| 54217 | Wilbur, Alan D. | DC | EDP | PARALGL | 2.60 | 936.00 | 11/04/19 | 11/26/19 | 2.60 | 936.00 |
| | Total: | | | | 40.30 | 24,396.50 | | | 40.30 | 24,396.50 |

Sub-Total Hours :       1.20 Partners;        0.00 Counsels;        20.70 Assocs;        15.60 Paralgls;       2.80 Others

| UNBILLED DISBURSEMENTS Code  Disbursement Name | Input since 11/01/2019 Amount | Oldest Entry | Latest Entry | Total Unbilled Amount |
|---|---|---|---|---|
| Professional Services | | | | |
| 1114  Electronic Discovery | 36,982.00 | 11/15/19 | 11/15/19 | 36,982.00 |
|       Total Professional Services | | | | 36,982.00 |
| Information Retrieval Services | | | | |
| 1422  General Info Databases | 372.22 | 10/31/19 | 11/30/19 | 375.09 |
|       Total Information Retrieval Services | | | | 375.09 |
| Duplicating Expenses | | | | |
| 1801  Reproduction Exp | 1.10 | 10/30/19 | 11/18/19 | 2.10 |
|       Total Duplicating Expenses | | | | 2.10 |
|       Total | 37,355.32 | | | 37,359.19 |

```
Client: 022429 Sears Holdings Corporation
  Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corp
```

```
alp_212: Matter Analysis Sheet    18-23538-shl    Doc 6270    Filed 12/20/19    Entered 12/20/19 12:39:55    Main Document         PAGE    2
                                              PAUL WEISS RIFKIND WHARTON GARRISON LLP                                             LEAF    2
                                                            Pg 15 of 20
Run Date & Time: 12/17/19 13:01:49                                Worked thru: 11/30/19
```

```
Client: 022429 Sears Holdings Corporation                         Resp Prtnrs: PMB SMB LRC         Proforma:   7467964              (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

U N B I L L E D   T I M E   S U M M A R Y
Employee Name                   Off  Dp  Position      Oldest Entry    Latest Entry      Hours

Britton, Robert                 NY Bkcy PARTNER        11/01/19        11/06/19           1.20
Avidan, Shane D.                NY Lit  ASSOCIATE      11/04/19        11/04/19           0.70
Silberstein-Loeb, Jo            NY Lit  ASSOCIATE      11/13/19        11/13/19           0.40
Giller, David                   NY Lit  ASSOCIATE      11/05/19        11/06/19           0.80
Toto, Caitlin J.                NY Bkcy ASSOCIATE      11/01/19        11/04/19           1.40
Young, Spencer E.               NY Lit  ASSOCIATE      11/05/19        11/07/19           2.30
Walsh, Patricia A.              NY Bkcy ASSOCIATE      11/01/19        11/27/19          11.60
Lii, Teresa                     NY Bkcy ASSOCIATE      11/01/19        11/26/19           3.50
NON-LEGAL SUPPORT                                      11/04/19        11/26/19          18.40
                                                                                       ---------
                      Total:                                                             40.30

U N B I L L E D   T I M E   D E T A I L
Employee Name          Dept  Position     Work Date Description                        Hours              Code

Gansman, Eric          Lit   PARALEGAL    11/06/19  Pulling docs for D. Giller          1.40              701
Monzione, Joseph       Bkcy  PARALEGAL    11/13/19  Preparation and distribution of memo to Ms.Lii  0.20  701
                                                    regarding upcoming hearing on 11/20/19.


                                                    Total                               1.60
```

**Client: 022429 Sears Holdings Corporation**                         **Resp Prtnrs: PMB SMB LRC**           **Proforma:   7467964**                    **(00309)**
**Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et. Bill Frq: M Class: 1001 Status: B**

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours | Code |
|---|---|---|---|---|---|---|
| Wilbur, Alan D. | EDP | PARALGL | 11/04/19 | Discuss export issues with vendor (0.5). | 0.50 | 703 |
| | | | 11/06/19 | Monitor data export from investigation workspace to successor counsel (0.3); investigate native materials not viewable in workspace with vendor (0.6); export documents per request from PW working group (0.4). | 1.30 | 703 |
| | | | 11/26/19 | Revise new vendor invoice | 0.40 | 703 |
| | | | | Total | 2.20 | |

```
alp_212: Matter Analysis Sheet                    PAUL WEISS RIFKIND WHARTON GARRISON LLP                                        PAGE    4
                                                                                                                                 LEAF    4
Run Date & Time: 12/17/19 13:01:49                                              Worked thru: 11/30/19

18-23538-shl    Doc 6270    Filed 12/20/19    Entered 12/20/19 12:39:55    Main Document
                                        Pg 17 of 20
```

```
Client: 022429 Sears Holdings Corporation                              Resp Prtnrs: PMB SMB LRC          Proforma:  7467964                    (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B
```

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours | Code |
|---|---|---|---|---|---|---|
| Britton, Robert | Bkcy | PARTNER | 11/01/19 | Reviewing fee examiner binder to prepare for internal meeting (.1) Meeting with P.Walsh, C. Toto, T. Lii re fee examiner issues (.6) | 0.70 | 705 |
| Walsh, Patricia A. | Bkcy | ASSOCIATE | 11/01/19 | Meeting with R.Britton, T. Lii, and C. Toto about fee examiner response | 0.60 | 705 |
| | | | 11/01/19 | Updating fee examiner response | 1.40 | 705 |
| Toto, Caitlin J. | Bkcy | ASSOCIATE | 11/01/19 | Meeting with R.Britton, T. Lii, and P.Walsh re fee examiner proposal (.6) | 0.60 | 705 |
| Lii, Teresa | Bkcy | ASSOCIATE | 11/01/19 | Partial attendance of office conference with R. Britton, C. Toto and P. Walsh re fee examiner response (.5) | 0.50 | 705 |
| Britton, Robert | Bkcy | PARTNER | 11/04/19 | Reviewing Fee Examiner response. | 0.30 | 705 |
| Toto, Caitlin J. | Bkcy | ASSOCIATE | 11/04/19 | Meeting with P. Walsh re workstreams (.4); further review of proposal for fee examiner (.4) | 0.80 | 705 |
| Walsh, Patricia A. | Bkcy | ASSOCIATE | 11/04/19 | Updating fee examiner response (.7) meeting with C. Toto re workstreams (.4) | 1.10 | 705 |
| | | | 11/05/19 | Updating fee examiner response. | 0.20 | 705 |
| Lii, Teresa | Bkcy | ASSOCIATE | 11/05/19 | Review fee examiner response. | 0.40 | 705 |
| Britton, Robert | Bkcy | PARTNER | 11/06/19 | Review Fee Examiner response. | 0.20 | 705 |
| Walsh, Patricia A. | Bkcy | ASSOCIATE | 11/06/19 | Updating fee examiner response. | 0.50 | 705 |
| Lii, Teresa | Bkcy | ASSOCIATE | 11/06/19 | Revise fee examiner response. | 0.30 | 705 |
| Walsh, Patricia A. | Bkcy | ASSOCIATE | 11/07/19 | Compiling weekly billing estimate | 0.20 | 705 |
| | | | 11/12/19 | Compiling monthly and weekly billing info | 0.80 | 705 |
| Filler, Brooke | Bkcy | PARALEGAL | 11/13/19 | Drafting thirteenth monthly fee statement per P. Walsh | 2.60 | 705 |
| Walsh, Patricia A. | Bkcy | ASSOCIATE | 11/14/19 | Compiling monthly billing info (.1) office conference with T. Lii re: same (.1) | 0.20 | 705 |
| Lii, Teresa | Bkcy | ASSOCIATE | 11/14/19 | Review October fee application (.8); office conference with P. Walsh re same (.1). | 0.90 | 705 |
| Walsh, Patricia A. | Bkcy | ASSOCIATE | 11/15/19 | Draft second interim fee app | 0.20 | 705 |
| Filler, Brooke | Bkcy | PARALEGAL | 11/15/19 | Begin drafting third interim fee application per P. Walsh | 5.10 | 705 |
| Walsh, Patricia A. | Bkcy | ASSOCIATE | 11/18/19 | Preparing fee application | 1.70 | 705 |
| Filler, Brooke | Bkcy | PARALEGAL | 11/18/19 | Continue drafting second interim fee application | 1.60 | 705 |
| Walsh, Patricia A. | Bkcy | ASSOCIATE | 11/19/19 | Revising October fee application (1.5) office conference with T. Lii re same (.1) | 1.60 | 705 |
| Lii, Teresa | Bkcy | ASSOCIATE | 11/19/19 | Review monthly fee application (1.1); office conference with P. Walsh re same (.1). | 1.20 | 705 |
| Filler, Brooke | Bkcy | PARALEGAL | 11/19/19 | Continue work on second interim fee application | 2.60 | 705 |
| Walsh, Patricia A. | Bkcy | ASSOCIATE | 11/20/19 | Finalizing fee statement for review | 0.30 | 705 |
| | | | 11/26/19 | Finalizing monthly fee application (2.5) telephone conference with T. Lii re same (.1) emails with T. Lii and R. Britton re same (.1) | 2.70 | 705 |

```
Client: 022429 Sears Holdings Corporation
  Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corp
```

**Client:** 022429 Sears Holdings Corporation          **Resp Prtnrs:** PMB SMB LRC          **Proforma:** 7467964                    (00309)
**Matter:** 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et. **Bill Frq:** M **Class:** 1001 **Status:** B

### UNBILLED TIME DETAIL

| Employee Name    | Dept | Position  | Work Date | Description                                                                                                  | Hours | Code |
|------------------|------|-----------|-----------|--------------------------------------------------------------------------------------------------------------|-------|------|
| Lii, Teresa      | Bkcy | ASSOCIATE | 11/26/19  | Telephone conference with P. Walsh re fee application (.1); correspond with same and R. Britton re same (.1). | 0.20  | 705  |
| Filler, Brooke   | Bkcy | PARALEGAL | 11/26/19  | Update monthly fee statement per P. Walsh                                                                    | 2.10  | 705  |
| Wilbur, Alan D.  | EDP  | PARALGL   | 11/26/19  | Coordinate PW working group access to Ballard Spahr site for timekeeping submissions                         | 0.40  | 705  |
| Walsh, Patricia A.| Bkcy | ASSOCIATE | 11/27/19  | Coordinating with Ballard Spahr tech services to upload files to fee examiner site                           | 0.10  | 705  |
|                  |      |           |           | Total                                                                                                        | 32.10 |      |

```
alp_212: Matter Analysis Sheet  18-23538-shl    Doc 6270    Filed 12/20/19    Entered 12/20/19 12:39:55    Main Document              PAGE    6
                                            PAUL WEISS RIFKIND WHARTON GARRISON LLP                                                  LEAF    6
                                                         Pg 19 of 20
Run Date & Time: 12/17/19 13:01:49                         Worked thru: 11/30/19
```

```
Client: 022429 Sears Holdings Corporation                           Resp Prtnrs: PMB SMB LRC        Proforma:    7467964                (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B
```

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours | Code |
|---|---|---|---|---|---|---|
| Avidan, Shane D. | Lit | ASSOCIATE | 11/04/19 | Response to request from Akin Gump | 0.70 | 710 |
| Young, Spencer E. | Lit | ASSOCIATE | 11/05/19 | Pulling cited sources from Amended Complaint at request of Akin Gump | 1.40 | 710 |
| Giller, David | Lit | ASSOCIATE | 11/05/19 | Answered questions from Akin re original compliant | 0.40 | 710 |
| | | | 11/06/19 | Telephone conference with Evercore re document requests from Akin (.2); review of board minutes in response to requests from Akin (.2) | 0.40 | 710 |
| Young, Spencer E. | Lit | ASSOCIATE | 11/07/19 | Pulling cited sources from Amended Complaint at request of Akin Gump | 0.90 | 710 |
| Johnson, Michael | EDL | PARALGL | 11/07/19 | Created a folder on the Paul Weiss File Share and sent a file link to an outside party. | 0.20 | 710 |
| Silberstein-Loeb, Jon | Lit | ASSOCIATE | 11/13/19 | Responding to document-related queries from Akin | 0.40 | 710 |

```
                                                            Total              4.40

                                                     Matter Total             40.30
```

alp_212: Matter Analysis Sheet    18-23538-shl    Doc 6270    Filed 12/20/19    Entered 12/20/19 12:39:55    Main Document                    PAGE    7
PAUL WEISS RIFKIND WHARTON GARRISON LLP              Pg 20 of 20                                                                                LEAF    7
Run Date & Time: 12/17/19 13:01:49                              Worked thru: 11/30/19

Client: 022429 Sears Holdings Corporation                          Resp Prtnrs: PMB SMB LRC          Proforma: 7467964                 (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

```
         Total                                                   0.00

U N B I L L E D   D I S B U R S E M E N T S   D E T A I L
Period Cost Type/ Vendor / Description            Employee          Off  St    Date       Costs     Index       Voucher#  Fin Date
_____ _____      _____  ____ ____  _____   _____  _____   _____  _____

 1119  AlixPartners LLP                            Wilbur, A D       03   B   11/15/19   36,982.00  57056017    1652125   12/02/19
       Vendor: AlixPartners LLP - Professional
       services - technical time, hosting Inv# 2118464
                                                  1114 Electronic Discovery Total :      36,982.00

 1019  CourtAlert.com, Inc.                        Conniff, D C      01   B   10/31/19        2.87  56826729    1645843   11/04/19
       DOCKETING RESEARCH-COURTALERT
 1119  CourtAlert.com, Inc.                        Conniff, D C      01   B   11/30/19        2.64  57098380    1652270   12/04/19
       DOCKETING RESEARCH-COURTALERT
 1119  CourtAlert.com, Inc.                        Conniff, D C      01   B   11/30/19        2.64  57098381    1652270   12/04/19
       DOCKETING RESEARCH-COURTALERT
 1119  CourtAlert.com, Inc.                        Conniff, D C      01   B   11/30/19        2.64  57098382    1652270   12/04/19
       DOCKETING RESEARCH-COURTALERT
 1119  CourtAlert.com, Inc.                        Conniff, D C      01   B   11/30/19        2.64  57098383    1652270   12/04/19
       DOCKETING RESEARCH-COURTALERT
 1119  CourtAlert.com, Inc.                        Conniff, D C      01   B   11/30/19      361.66  57098384    1652270   12/04/19
       DOCKETING RESEARCH-COURTALERT
                                                  1422 General Info Databases Total :       375.09

 1019                                              Kellner, J K      01   B   10/30/19        1.00  56797174              10/31/19
       REPRODUCTION EXP
 1119                                              Williams Wells, Z W  01  B  11/08/19       0.40  56869841              11/12/19
       Copies-Office i-3233
 1119                                              Williams Wells, Z W  01  B  11/08/19       0.40  56869842              11/12/19
       Copies-Office i-3233
 1119                                              Williams Wells, Z W  01  B  11/15/19       0.10  56936343              11/19/19
       Copies-Office i-3233
 1119                                              Williams Wells, Z W  01  B  11/15/19       0.10  56936344              11/19/19
       Copies-Office i-3233
 1119                                              Corrigan, R J     01   B   11/18/19        0.10  57001640              11/26/19
       Copies-3501 Cluster
                                                  1801 Reproduction Exp Total :              2.10


                                                         Matter Total :                  37,359.19
```