**NORRIDGE COMMONS SHOPPING CENTER**
c/o Abbell Associates, LLC
30 North LaSalle Street – Suite 2120
Chicago, IL   60602
312-341-9000
312-341-9012 (facsimile)

March 8, 2019

**VIA: UPS NEXT DAY AIR**

Kmart
Kmart Corporation
c/o Sears Holdings Corporation
Property Tax Department B2-110A
3333 Beverly Road
Hoffman Estates, IL   60179

   Re: Kmart K9348 – Norridge Commons, Norridge, Illinois

Dear Tenant:

   Enclosed please find the 2018 First Installment of Real Estate Tax billings for the Kmart location at the Norridge Commons Shopping Center totaling $114,785.26.

   Please remit $114,785.26.   Checks should be made payable to Wilson Norridge, LLC and should be sent to the following address:

> Wilson Norridge, LLC
> c/o Abbell Associates
> 30 North LaSalle Street
> Suite 2120
> Chicago, IL 60602

   If you have any questions, please feel free to contact our office.

         Sincerely,

         *Maureen Grove*

         Maureen Grove
         Chief Financial Officer

MG/em
Enclosure

Norridge Commons
Kmart
2018 First Installment of RET Billing paid 3/1/2019

| PARCEL NUMBER | First Installment Cook County Taxes | Kmart Allocation of taxes | Adj for Kmart Alloc | KMART Pro rata Share | Prorata Times Allocation |
|---|---|---|---|---|---|
| 13-18-318-020 | 40,208.07 | 16% | 6,545.87 | 34.937% | 2,286.90 |
| 13-18-318-028 | 46,989.36 | 100% | 46,989.36 | 34.937% | 16,416.46 |
| 13-18-318-031 | 97,113.07 | 100% | 97,113.07 | 34.937% | 33,927.95 |
| 13-18-318-032 | 2,848.64 | 100% | 2,848.64 | 34.937% | 995.22 |
| 13-18-318-033 | 175,056.59 | 100% | 175,056.59 | 34.937% | 61,158.73 |
|  | $ 362,215.73 |  | $ 328,553.53 |  | $ 114,785.26 |

# 2018 First Installment Property Tax Bill

**TOTAL PAYMENT DUE**
**$40,208.07**
By 03/01/19 (on time)

Motion for Allowance and Payment of Administrative Expense Claim

| Property Index Number (PIN) | Volume | Code | Tax Year (Payable In) | Township | Classification |
|---|---|---|---|---|---|
| 13-18-318-020-0000 | 137 | 26019 | 2018 (2019) | NORWOOD PARK | |

| IF PAYING LATE, PLEASE PAY | 03/02/19-04/01/19 $40,811.19 | 04/02/19-05/01/19 $41,414.31 | 05/02/19-06/01/19 $42,017.43 | LATE INTEREST IS 1.5% PER MONTH, BY STATE LAW |
|---|---|---|---|---|

## TAXING DISTRICT BREAKDOWN

| Your Taxing Districts | Money Owed by Your Taxing Districts | Pension and Healthcare Amounts Promised by Your Taxing Districts | Amount of Pension and Healthcare Shortage | % of Pension and Healthcare Costs Taxing Districts Can Pay |
|---|---|---|---|---|
| Metro Water Reclamation Dist of Chicago | $3,475,872,000 | $2,740,910,000 | $1,193,113,000 | 56.47% |
| Norwood Park Fire Prot Dist Harwood Hts | $5,580,921 | $39,696,227 | $23,938,652 | 39.70% |
| Eisenhower Pub Library Dist Harwood Hts | $6,213,959 | $5,503,873 | $48,383 | 99.12% |
| Norridge Park District | $2,814,865 | $5,564,774 | -$386,412 | 106.94% |
| Triton Community College 504 (River Grv) | $97,978,704 | $29,461,982 | $29,461,982 | 00.00% |
| Ridgewood Comm HS Dist 234 (Norridge) | $37,000,973 | $9,576,654 | -$1,398,354 | 114.60% |
| Union Ridge School Dist 86 (Harwood Hts) | $603,683 | $5,241,304 | $603,683 | 88.48% |
| Village of Norridge | $3,668,966 | $64,754,742 | $25,240,143 | 61.02% |
| Town of Norwood Park | $98,253 | $689,271 | -$97,920 | 114.21% |
| Cook County Forest Preserve District | $193,646,842 | $457,040,680 | $246,669,734 | 46.03% |
| County of Cook | $6,468,096,809 | $25,197,996,698 | $16,082,338,828 | 36.18% |
| **Total** | **$10,291,575,975** | **$28,556,436,205** | **$17,599,531,719** | |

## PAY YOUR TAXES ONLINE
at cookcountytreasurer.com from your bank account or credit card today

### TAX CALCULATOR

| 2017 TOTAL TAX | | 73,105.58 |
|---|---|---|
| 2018 ESTIMATE | X | 55% |
| 2018 1st INSTALLMENT | = | 40,208.07 |

The First Installment amount is 55% of last year's total taxes. All exemptions, such as homeowner and senior exemptions, will be reflected on your Second Installment tax bill.

### IMPORTANT MESSAGES
- Pay this bill at cookcountytreasurer.com.

**PROPERTY LOCATION**
7070 W FOREST PRESERVE DR
NORRIDGE IL 60706

**MAILING ADDRESS**
NORRIDGE CMS ABBELL
30 N LASALLE 2120
CHICAGO IL 60602-3369

---
DETACH & INCLUDE WITH PAYMENT
---

**TOTAL PAYMENT DUE**
**$40,208.07**
By 03/01/19 (on time)
If paying later, refer to amounts above.

☐ Name/Mailing Address Change? Check box and complete form on back to update your name and/or mailing address.

**IMPORTANT PAYMENT MESSAGES**
Use of this coupon authorizes the Treasurer's Office to reduce your check amount to prevent overpayment. Include only one check and one original coupon per envelope.
SN 0020180100 RTN 500001075 AN (see PIN) TC 008922

Property Index Number (PIN): 13-18-318-020-0000
Volume: 137
Amount Paid: $ 40,208.07

Include name, PIN, address, location, phone and email on check payable to "Cook County Treasurer".

002018010021318318020000050089224000402080760004081191000414143180004201743 0

20 013183180200000 0 18 0    1569092
NORRIDGE CMS ABBELL
OR CURRENT OWNER
30 N LASALLE 2120
CHICAGO IL 60602-3369

COOK COUNTY TREASURER
PO BOX 805438
CHICAGO IL 60680-4155

13183180200000/0/18/E/0004020807/1

TOTAL PAYMENT DUE: 2018 First Installment Property Tax Bill
$46,989.36    Doc 6277-1   Filed 12/23/19   Entered 12/23/19 18:09:49   Attachment
By 03/01/19 (on time)   Motion for Allowance and Payment of Administrative Expense Claim   Pg 4 of 7

| IF PAYING LATE, PLEASE PAY | 03/02/19-04/01/19 $47,694.20 | 04/02/19-05/01/19 $48,399.04 | 05/02/19-06/01/19 $49,103.88 | LATE INTEREST IS 1.5% PER MONTH, BY STATE LAW |
|---|---|---|---|---|

## TAXING DISTRICT BREAKDOWN

| Your Taxing Districts | Money Owed by Your Taxing Districts | Pension and Healthcare Amounts Promised by Your Taxing Districts | Amount of Pension and Healthcare Shortage | % of Pension and Healthcare Costs Taxing Districts Can Pay |
|---|---|---|---|---|
| Metro Water Reclamation Dist of Chicago | $3,475,872,000 | $2,740,910,000 | $1,193,113,000 | 56.47% |
| Norwood Park Fire Prot Dist Harwood Hts | $5,580,921 | $39,696,227 | $23,938,652 | 39.70% |
| Eisenhower Pub Library Dist Harwood Hts | $6,213,959 | $5,503,873 | $48,383 | 99.12% |
| Norridge Park District | $2,814,865 | $5,564,774 | -$386,412 | 106.94% |
| Triton Community College 504 (River Grv) | $97,978,704 | $29,461,982 | $29,461,982 | 00.00% |
| Ridgewood Comm HS Dist 234 (Norridge) | $37,000,973 | $9,576,654 | -$1,398,354 | 114.60% |
| Union Ridge School Dist 86 (Harwood Hts) | $603,683 | $5,241,304 | $603,683 | 88.48% |
| Village of Norridge | $3,668,966 | $64,754,742 | $25,240,143 | 61.02% |
| Town of Norwood Park | $98,253 | $689,271 | -$97,920 | 114.21% |
| Cook County Forest Preserve District | $193,646,842 | $457,040,680 | $246,669,734 | 46.03% |
| County of Cook | $6,468,096,809 | $25,197,996,698 | $16,082,338,828 | 36.18% |
| Total | $10,291,575,975 | $28,556,436,205 | $17,599,531,719 | |

## PAY YOUR TAXES ONLINE
at cookcountytreasurer.com from your bank account or credit card today

### TAX CALCULATOR

| 2017 TOTAL TAX | | 85,435.20 |
|---|---|---|
| 2018 ESTIMATE | X | 55% |
| 2018 1st INSTALLMENT | = | 46,989.36 |

The First Installment amount is 55% of last year's total taxes. All exemptions, such as homeowner and senior exemptions, will be reflected on your Second Installment tax bill.

### IMPORTANT MESSAGES
- Pay this bill at cookcountytreasurer.com.

### PROPERTY LOCATION
6954 W FOREST PRESERVE DR
NORRIDGE IL 60706

### MAILING ADDRESS
NORRIDGE CMS CO ABBELL
30 N LASALLE 2120
CHICAGO IL 60602-3369

DETACH & INCLUDE WITH PAYMENT

### TOTAL PAYMENT DUE
$46,989.36
By 03/01/19 (on time)
If paying later, refer to amounts above.

☐ Name/Mailing Address Change? Check box and complete form on back to update your name and/or mailing address.

### IMPORTANT PAYMENT MESSAGES
Use of this coupon authorizes the Treasurer's Office to reduce your check amount to prevent overpayment. Include only one check and one original coupon per envelope.
SN 0020180100 RTN 500001075 AN (see PIN) TC 008922

Property Index Number (PIN): 13-18-318-028-0000    Volume: 137
Amount Paid: $ 46,989.36

Include name, PIN, address, location, phone and email on check payable to "Cook County Treasurer".

0020180100213183180280000700892240004698936200047694207000483990410004910388 5

20 013183180280000  0 18 0    1569095
NORRIDGE CMS CO ABBELL
OR CURRENT OWNER
30 N LASALLE 2120
CHICAGO IL 60602-3369

COOK COUNTY TREASURER
PO BOX 805438
CHICAGO IL 60680-4155

13183180280000/0/18/E/0004698936/1

# 2018 First Installment Property Tax Bill

| Property Index Number (PIN) | Volume | Code | Tax Year (Payable In) | Township | Classification |
|---|---|---|---|---|---|
| 13-18-318-031-0000 | 137 | 26017 | 2018 (2019) | NORWOOD PARK | 5-90 |

**TOTAL PAYMENT DUE**

**$97,113.07**

By 03/01/19 (on time)

| IF PAYING LATE, PLEASE PAY | 03/02/19-04/01/19 $98,569.77 | 04/02/19-05/01/19 $100,026.47 | 05/02/19-06/01/19 $101,483.17 | LATE INTEREST IS 1.5% PER MONTH, BY STATE LAW |
|---|---|---|---|---|

## TAXING DISTRICT BREAKDOWN

| Your Taxing Districts | Money Owed by Your Taxing Districts | Pension and Healthcare Amounts Promised by Your Taxing Districts | Amount of Pension and Healthcare Shortage | % of Pension and Healthcare Costs Taxing Districts Can Pay |
|---|---|---|---|---|
| Metro Water Reclamation Dist of Chicago | $3,475,872,000 | $2,740,910,000 | $1,193,113,000 | 56.47% |
| Norwood Park Fire Prot Dist Harwood Hts | $5,580,921 | $39,696,227 | $23,938,652 | 39.70% |
| Eisenhower Pub Library Dist Harwood Hts | $6,213,959 | $5,503,873 | $48,383 | 99.12% |
| Norridge Park District | $2,814,865 | $5,564,774 | -$386,412 | 106.94% |
| Triton Community College 504 (River Grv) | $97,978,704 | $29,461,982 | $29,461,982 | 00.00% |
| Ridgewood Comm HS Dist 234 (Norridge) | $37,000,973 | $9,576,654 | -$1,398,354 | 114.60% |
| Union Ridge School Dist 86 (Harwood Hts) | $603,683 | $5,241,304 | $603,683 | 88.48% |
| Village of Norridge | $3,668,966 | $64,754,742 | $25,240,143 | 61.02% |
| Town of Norwood Park | $98,253 | $689,271 | -$97,920 | 114.21% |
| Cook County Forest Preserve District | $193,646,842 | $457,040,680 | $246,669,734 | 46.03% |
| County of Cook | $6,468,096,809 | $25,197,996,698 | $16,082,338,828 | 36.18% |
| Total | $10,291,575,975 | $28,556,436,205 | $17,599,531,719 | |

## PAY YOUR TAXES ONLINE
at cookcountytreasurer.com from your bank account or credit card today

### TAX CALCULATOR

| 2017 TOTAL TAX | | 176,569.22 |
| 2018 ESTIMATE | X | 55% |
| 2018 1st INSTALLMENT | = | 97,113.07 |

The First Installment amount is 55% of last year's total taxes. All exemptions, such as homeowner and senior exemptions, will be reflected on your Second Installment tax bill.

### IMPORTANT MESSAGES

- Pay this bill at cookcountytreasurer.com.

### PROPERTY LOCATION
4269 N HARLEM AVE
NORRIDGE IL 60706

### MAILING ADDRESS
NORRIDGE CMS CO ABBELL
30 N LASALLE 2120
CHICAGO IL 60602-3369

---

DETACH & INCLUDE WITH PAYMENT

---

**TOTAL PAYMENT DUE**

**$97,113.07**

By 03/01/19 (on time)
If paying later, refer to amounts above.

☐ Name/Mailing Address Change? Check box and complete form on back to update your name and/or mailing address.

**IMPORTANT PAYMENT MESSAGES**

Use of this coupon authorizes the Treasurer's Office to reduce your check amount to prevent overpayment. Include only one check and one original coupon per envelope.
SN 0020180100 RTN 500001075 AN (see PIN) TC 008922

Property Index Number (PIN): 13-18-318-031-0000
Volume: 137
Amount Paid: $ 97,113.07

Include name, PIN, address, location, phone and email on check payable to "Cook County Treasurer".

002018010021318318031000000089224009711307700098569776001000264740010148317 9

NORRIDGE CMS CO ABBELL
OR CURRENT OWNER
30 N LASALLE 2120
CHICAGO IL 60602-3369

COOK COUNTY TREASURER
PO BOX 805438
CHICAGO IL 60680-4155

13183180310000/0/18/E/0009711307/1

# 2018 First Installment Property Tax Bill

**TOTAL PAYMENT DUE**
**$2,848.64**
By 03/01/19 (on time)

Application for Allowance of Payment of Administrative Expense Claim

| IF PAYING LATE, PLEASE PAY | 03/02/19-04/01/19 | 04/02/19-05/01/19 | 05/02/19-06/01/19 | LATE INTEREST IS 1.5% PER MONTH, BY STATE LAW |
|---|---|---|---|---|
| | $2,891.37 | $2,934.10 | $2,976.83 | |

## TAXING DISTRICT BREAKDOWN

| Your Taxing Districts | Money Owed by Your Taxing Districts | Pension and Healthcare Amounts Promised by Your Taxing Districts | Amount of Pension and Healthcare Shortage | % of Pension and Healthcare Costs Taxing Districts Can Pay |
|---|---|---|---|---|
| Metro Water Reclamation Dist of Chicago | $3,475,872,000 | $2,740,910,000 | $1,193,113,000 | 56.47% |
| Norwood Park Fire Prot Dist Harwood Hts | $5,580,921 | $39,696,227 | $23,938,652 | 39.70% |
| Eisenhower Pub Library Dist Harwood Hts | $6,213,959 | $5,503,873 | $48,383 | 99.12% |
| Norridge Park District | $2,814,865 | $5,564,774 | -$386,412 | 106.94% |
| Triton Community College 504 (River Grv) | $97,978,704 | $29,461,982 | $29,461,982 | 00.00% |
| Ridgewood Comm HS Dist 234 (Norridge) | $37,000,973 | $9,576,654 | -$1,398,354 | 114.60% |
| Union Ridge School Dist 86 (Harwood Hts) | $603,683 | $5,241,304 | $603,683 | 88.48% |
| Village of Norridge | $3,668,966 | $64,754,742 | $25,240,143 | 61.02% |
| Town of Norwood Park | $98,253 | $689,271 | -$97,920 | 114.21% |
| Cook County Forest Preserve District | $193,646,842 | $457,040,680 | $246,669,734 | 46.03% |
| County of Cook | $6,468,096,809 | $25,197,996,698 | $16,082,338,828 | 36.18% |
| Total | $10,291,575,975 | $28,556,436,205 | $17,599,531,719 | |

## PAY YOUR TAXES ONLINE
at cookcountytreasurer.com from your bank account or credit card today

### TAX CALCULATOR

| 2017 TOTAL TAX | | 5,179.35 |
|---|---|---|
| 2018 ESTIMATE | X | 55% |
| 2018 1st INSTALLMENT | = | 2,848.64 |

The First Installment amount is 55% of last year's total taxes. All exemptions, such as homeowner and senior exemptions, will be reflected on your Second Installment tax bill.

### IMPORTANT MESSAGES

- Pay this bill at cookcountytreasurer.com.

### PROPERTY LOCATION
7050 W FOREST PRESERVE DR
NORRIDGE IL 60706

### MAILING ADDRESS
NORRIDGE CMS CO ABBELL
30 N LASALLE 2120
CHICAGO IL 60602-3369

---

**DETACH & INCLUDE WITH PAYMENT**

**TOTAL PAYMENT DUE**
**$2,848.64**
By 03/01/19 (on time)
If paying later, refer to amounts above.

**IMPORTANT PAYMENT MESSAGES**
Use of this coupon authorizes the Treasurer's Office to reduce your check amount to prevent overpayment. Include only one check and one original coupon per envelope.
SN 0020180100 RTN 500001075 AN (see PIN) TC 008922

Property Index Number (PIN): 13-18-318-032-0000
Volume: 137
Amount Paid: $ 2,848.64

Include name, PIN, address, location, phone and email on check payable to "Cook County Treasurer".

☐ Name/Mailing Address Change? Check box and complete form on back to update your name and/or mailing address.

0020180100213183180320000200892240000284864900002891370000293410500002976831

20 013183180320000 018 0 1569099
NORRIDGE CMS CO ABBELL
OR CURRENT OWNER
30 N LASALLE 2120
CHICAGO IL 60602-3369

COOK COUNTY TREASURER
PO BOX 805438
CHICAGO IL 60680-4155

13183180320000/0/18/E/0000284864/1

# 2018 First Installment Property Tax Bill

| TOTAL PAYMENT DUE | Property Index Number (PIN) | Volume | Code | Tax Year (Payable In) | Township | Classification |
|---|---|---|---|---|---|---|
| **$175,056.59** By 03/01/19 (on time) | 13-18-318-033-0000 | 137 | 26019 | 2018 (2019) | NORWOOD PARK | |

| IF PAYING LATE, PLEASE PAY | 03/02/19-04/01/19 $177,682.44 | 04/02/19-05/01/19 $180,308.29 | 05/02/19-06/01/19 $182,934.14 | LATE INTEREST IS 1.5% PER MONTH, BY STATE LAW |
|---|---|---|---|---|

## TAXING DISTRICT BREAKDOWN

| Your Taxing Districts | Money Owed by Your Taxing Districts | Pension and Healthcare Amounts Promised by Your Taxing Districts | Amount of Pension and Healthcare Shortage | % of Pension and Healthcare Costs Taxing Districts Can Pay |
|---|---|---|---|---|
| Metro Water Reclamation Dist of Chicago | $3,475,872,000 | $2,740,910,000 | $1,193,113,000 | 56.47% |
| Norwood Park Fire Prot Dist Harwood Hts | $5,580,921 | $39,696,227 | $23,938,652 | 39.70% |
| Eisenhower Pub Library Dist Harwood Hts | $6,213,959 | $5,503,873 | $48,383 | 99.12% |
| Norridge Park District | $2,814,865 | $5,564,774 | -$386,412 | 106.94% |
| Triton Community College 504 (River Grv) | $97,978,704 | $29,461,982 | $29,461,982 | 00.00% |
| Ridgewood Comm HS Dist 234 (Norridge) | $37,000,973 | $9,576,654 | -$1,398,354 | 114.60% |
| Union Ridge School Dist 86 (Harwood Hts) | $603,683 | $5,241,304 | $603,683 | 88.48% |
| Village of Norridge | $3,668,966 | $64,754,742 | $25,240,143 | 61.02% |
| Town of Norwood Park | $98,253 | $689,271 | -$97,920 | 114.21% |
| Cook County Forest Preserve District | $193,646,842 | $457,040,680 | $246,669,734 | 46.03% |
| County of Cook | $6,468,096,809 | $25,197,996,698 | $16,082,338,828 | 36.18% |
| **Total** | **$10,291,575,975** | **$28,556,436,205** | **$17,599,531,719** | |

## PAY YOUR TAXES ONLINE
at cookcountytreasurer.com from your bank account or credit card today

### TAX CALCULATOR

| 2017 TOTAL TAX | | 318,284.71 |
|---|---|---|
| 2018 ESTIMATE | X | 55% |
| 2018 1st INSTALLMENT | = | 175,056.59 |

The First Installment amount is 55% of last year's total taxes. All exemptions, such as homeowner and senior exemptions, will be reflected on your Second Installment tax bill.

### IMPORTANT MESSAGES

- Pay this bill at cookcountytreasurer.com.

### PROPERTY LOCATION
7100 W FOREST PRESERVE DR
NORRIDGE IL 60706

### MAILING ADDRESS
NORRIDGE CMS CO ABBELL
30 N LASALLE 2120
CHICAGO IL 60602-3369

---

DETACH & INCLUDE WITH PAYMENT

**TOTAL PAYMENT DUE**
**$175,056.59**
By 03/01/19 (on time)
If paying later, refer to amounts above.

☐ Name/Mailing Address Change? Check box and complete form on back to update your name and/or mailing address.

**IMPORTANT PAYMENT MESSAGES**
Use of this coupon authorizes the Treasurer's Office to reduce your check amount to prevent overpayment. Include only one check and one original coupon per envelope.
SN 0020180100 RTN 500001075 AN (see PIN) TC 008922

Property Index Number (PIN): 13-18-318-033-0000
Volume: 137
Amount Paid: $ 175,056.59

Include name, PIN, address, location, phone and email on check payable to "Cook County Treasurer".

0020180100213183180330000500892240017505659200177682445001803082930018293414b

20 013183180330000 0 18 0   1569100
NORRIDGE CMS CO ABBELL
OR CURRENT OWNER
30 N LASALLE 2120
CHICAGO IL 60602-3369

COOK COUNTY TREASURER
PO BOX 805438
CHICAGO IL 60680-4155

13183180330000/0/18/E/0017505659/1