**NORRIDGE COMMONS SHOPPING CENTER**
c/o Abbell Associates, LLC
30 North LaSalle Street – Suite 2120
Chicago, IL   60602
312-341-9000
312-341-9012 (facsimile)

September 13, 2019

Kmart
Kmart Corporation
c/o Sears Holdings Corporation
Property Tax Department B2-110A
3333 Beverly Road
Hoffman Estates, IL   60179

   Re:   Kmart K9348 – Norridge Commons, Norridge, Illinois

Dear Tenant:

   Enclosed please find the 2018 Second Installment of Real Estate Tax billings for the Kmart location at the Norridge Commons Shopping Center representing your pro rata share of $100,387.25 and your tax parcel #13-18-318-018-0000 in the amount of $179,446.43 for a total due of $279,833.68.

   Please remit $279,833.68.   Checks should be made payable to Wilson Norridge, LLC and should be sent to the following address:

     Wilson Norridge, LLC
     c/o Abbell Associates
     30 North LaSalle Street
     Suite 2120
     Chicago, IL 60602

   If you have any questions, please feel free to contact our office.

         Sincerely,

         *Maureen Grove*

         Maureen Grove
         Chief Financial Officer

MG/em
Enclosure

Norrridge Commons
Kmart
2018 Second Installment of RET Billing paid 2019

| PARCEL NUMBER | Second Installment Cook County Taxes | Kmart Allocation | Adj for Kmart Alloc of taxes | KMART Pro rata Share | Prorata Times Allocation |
|---|---|---|---|---|---|
| 13-18-318-020 | 35,164.63 | 16% | 5,724.80 | 34.937% | 2,000.05 |
| 13-18-318-028 | 41,095.29 | 100% | 41,095.29 | 34.937% | 14,357.28 |
| 13-18-318-031 | 84,931.75 | 100% | 84,931.75 | 34.937% | 29,672.22 |
| 13-18-318-032 | 2,491.34 | 100% | 2,491.34 | 34.937% | 870.39 |
| 13-18-318-033 | 153,098.46 | 100% | 153,098.46 | 34.937% | 53,487.32 |
| | $ 316,781.47 | | $ 287,341.64 | | $ 100,387.25 |
| 13-18-318-018 | 179,446.43 | 100% | 179,446.43 | 100% | 179,446.43 |
| | $ 496,227.90 | | $ 466,788.07 | | $ 279,833.68 |

## 2018 Second Installment Property Tax Bill

**TOTAL PAYMENT DUE**

**$35,164.63**
By 08/01/19 (on time)

| Property Index Number (PIN) | Volume | Code | Tax Year | (Payable In) | Township | Classification |
|---|---|---|---|---|---|---|
| 13-18-318-020-0000 | 137 | 26017 | 2018 | (2019) | NORWOOD PARK | 5-17 |

| IF PAYING LATE, PLEASE PAY | 08/02/19-09/01/19 | 09/02/19-10/01/19 | 10/02/19-11/01/19 | LATE INTEREST IS 1.5% PER MONTH, BY STATE LAW |
|---|---|---|---|---|
| | $35,692.10 | $36,219.57 | $36,747.04 | |

### TAXING DISTRICT BREAKDOWN

| Taxing District | 2018 Tax | 2018 Rate | 2018 % | Pension | 2017 Tax |
|---|---|---|---|---|---|
| **MISCELLANEOUS TAXES** | | | | | |
| Metro Water Reclamation Dist of Chicago | 3,147.82 | 0.396 | 4.18% | 357.70 | 3,252.37 |
| Norwood Pk Fire Protect Dist Harwood Hts | 6,136.65 | 0.772 | 8.14% | 1,542.11 | 5,954.59 |
| Eisenhower Pub Library Dist Harwood Hts | 4,984.04 | 0.627 | 6.61% | 341.80 | 4,846.20 |
| Norridge Park District | 3,052.43 | 0.384 | 4.05% | 310.01 | 2,985.39 |
| *Miscellaneous Taxes Total* | 17,320.94 | 2.179 | 22.98% | | 17,038.55 |
| **SCHOOL TAXES** | | | | | |
| Triton Community College 504 River Grove | 2,575.49 | 0.324 | 3.42% | 31.79 | 2,475.69 |
| Ridgewood Comm HS Dist 234 Norridge | 23,394.00 | 2.943 | 31.04% | 516.68 | 22,831.33 |
| Union Ridge School Dist 86 (Harwood Hts) | 24,236.59 | 3.049 | 32.16% | 1,089.01 | 23,260.13 |
| *School Taxes Total* | 50,206.08 | 6.316 | 66.62% | | 48,567.15 |
| **MUNICIPALITY/TOWNSHIP TAXES** | | | | | |
| Village of Norridge | 2,837.80 | 0.357 | 3.77% | 2,829.85 | 2,095.43 |
| Norwood Park Road & Bridge | 182.83 | 0.023 | 0.24% | | 177.99 |
| General Assistance Norwood Park | 7.95 | 0.001 | 0.01% | | 8.09 |
| Town of Norwood Park | 453.09 | 0.057 | 0.60% | | 453.07 |
| *Municipality/Township Taxes Total* | 3,481.67 | 0.438 | 4.62% | | 2,734.58 |
| **COOK COUNTY TAXES** | | | | | |
| Cook County Forest Preserve District | 476.94 | 0.060 | 0.63% | 15.89 | 501.61 |
| Consolidated Elections | 0.00 | 0.000 | 0.00% | | 250.80 |
| County of Cook | 2,535.74 | 0.319 | 3.35% | 866.44 | 2,645.60 |
| Cook County Public Safety | 977.73 | 0.123 | 1.30% | | 881.86 |
| Cook County Health Facilities | 373.60 | 0.047 | 0.50% | | 485.43 |
| *Cook County Taxes Total* | 4,364.01 | 0.549 | 5.78% | | 4,765.30 |
| *(Do not pay these totals)* | 75,372.70 | 9.482 | 100.00% | | 73,105.58 |

### TAX CALCULATOR

| | |
|---|---|
| 2017 Assessed Value | 273,078 |
| 2018 Assessed Value | 273,078 |
| 2018 State Equalizer X | 2.9109 |
| 2018 Equalized Assessed Value (EAV) | 794,903 |
| 2018 Local Tax Rate X | 9.482% |
| 2018 Total Tax Before Exemptions | 75,372.70 |

| | |
|---|---|
| 2018 Total Tax Before Exemptions | 75,372.70 |
| Homeowner's Exemption | .00 |
| Senior Citizen Exemption | .00 |
| Senior Freeze Exemption | .00 |
| 2018 Total Tax After Exemptions | 75,372.70 |
| First Installment | 40,208.07 |
| Second Installment + | 35,164.63 |
| Total 2018 Tax (Payable In 2019) | 75,372.70 |

### IMPORTANT MESSAGES

- Thank you for your first installment payment of: $40,208.07 on 02-20-19

### PROPERTY LOCATION

7070 W FOREST PRESERVE DR
NORRIDGE IL 60706 7123

### MAILING ADDRESS

NORRIDGE CMS ABBELL
30 N LASALLE 2120
CHICAGO IL 60602-3369

---

DETACH & INCLUDE WITH PAYMENT

---

**TOTAL PAYMENT DUE**

**$35,164.63**
By 08/01/19 (on time)
If paying later, refer to amounts above.

Internal use only

**IMPORTANT PAYMENT MESSAGES**

Use of this coupon authorizes the Treasurer's Office to reduce the check amount to prevent overpayment. Include only one check and one original coupon per envelope.

SN 0020180200 RTN 500001075 AN (see PIN) TC 008922

Property Index Number (PIN): 13-18-318-020-0000
Volume: 137   T3LG

Amount Paid: $

Include name, PIN, address, phone and email on check payable to "Cook County Treasurer."

0020180200131831802000005008922400036747049000351646330003569210300036219579

20 13-18-318-020-0000 0 18 4    1556634
NORRIDGE CMS ABBELL
OR CURRENT OWNER
30 N LASALLE 2120
CHICAGO IL 60602-3369

COOK COUNTY TREASURER
PO BOX 805438
CHICAGO IL 60680-4116

13183180200000/0/18/F/0003516463/2

## TOTAL PAYMENT DUE

**$41,095.29**
By 08/01/19 (on time)

### 2018 Second Installment Property Tax Bill

| Property Index Number (PIN) | Volume | Code | Tax Year | (Payable In) | Township | Classification |
|---|---|---|---|---|---|---|
| 13-18-318-028-0000 | 137 | 26017 | 2018 | (2019) | NORWOOD PARK | 5-17 |

| IF PAYING LATE, PLEASE PAY | 08/02/19-09/01/19 $41,711.72 | 09/02/19-10/01/19 $42,328.15 | 10/02/19-11/01/19 $42,944.58 | LATE INTEREST IS 1.5% PER MONTH, BY STATE LAW |
|---|---|---|---|---|

### TAXING DISTRICT BREAKDOWN

| Taxing District | 2018 Tax | 2018 Rate | 2018 % | Pension | 2017 Tax |
|---|---|---|---|---|---|
| **MISCELLANEOUS TAXES** | | | | | |
| Metro Water Reclamation Dist of Chicago | 3,678.71 | 0.396 | 4.18% | 418.03 | 3,800.90 |
| Norwood Pk Fire Protect Dist Harwood Hts | 7,171.63 | 0.772 | 8.14% | 1,802.19 | 6,958.87 |
| Eisenhower Pub Library Dist Harwood Hts | 5,824.62 | 0.627 | 6.61% | 399.45 | 5,663.53 |
| Norridge Park District | 3,567.23 | 0.384 | 4.05% | 362.29 | 3,488.89 |
| *Miscellaneous Taxes Total* | 20,242.19 | 2.179 | 22.98% | | 19,912.19 |
| **SCHOOL TAXES** | | | | | |
| Triton Community College 504 River Grove | 3,009.85 | 0.324 | 3.42% | 37.15 | 2,893.22 |
| Ridgewood Comm HS Dist 234 Norridge | 27,339.50 | 2.943 | 31.04% | 603.82 | 26,681.95 |
| Union Ridge School Dist 86 (Harwood Hts) | 28,324.20 | 3.049 | 32.16% | 1,272.68 | 27,183.07 |
| *School Taxes Total* | 58,673.55 | 6.316 | 66.62% | | 56,758.24 |
| **MUNICIPALITY/TOWNSHIP TAXES** | | | | | |
| Village of Norridge | 3,316.41 | 0.357 | 3.77% | 3,307.12 | 2,448.84 |
| Norwood Park Road & Bridge | 213.66 | 0.023 | 0.24% | | 208.01 |
| General Assistance Norwood Park | 9.29 | 0.001 | 0.01% | | 9.45 |
| Town of Norwood Park | 529.51 | 0.057 | 0.60% | | 529.48 |
| *Municipality/Township Taxes Total* | 4,068.87 | 0.438 | 4.62% | | 3,195.78 |
| **COOK COUNTY TAXES** | | | | | |
| Cook County Forest Preserve District | 557.38 | 0.060 | 0.63% | 18.57 | 586.21 |
| Consolidated Elections | 0.00 | 0.000 | 0.00% | | 293.10 |
| County of Cook | 2,963.42 | 0.319 | 3.35% | 1,012.57 | 3,091.79 |
| Cook County Public Safety | 1,142.63 | 0.123 | 1.30% | | 1,030.59 |
| Cook County Health Facilities | 436.61 | 0.047 | 0.50% | | 567.30 |
| *Cook County Taxes Total* | 5,100.04 | 0.549 | 5.78% | | 5,568.99 |
| *(Do not pay these totals)* | 88,084.65 | 9.482 | 100.00% | | 85,435.20 |

### TAX CALCULATOR

| 2017 Assessed Value | 319,134 |
|---|---|
| 2018 Assessed Value | 319,134 |
| 2018 State Equalizer X | 2.9109 |
| 2018 Equalized Assessed Value (EAV) | 928,967 |
| 2018 Local Tax Rate X | 9.482% |
| 2018 Total Tax Before Exemptions | 88,084.65 |

| 2018 Total Tax Before Exemptions | 88,084.65 |
|---|---|
| Homeowner's Exemption | .00 |
| Senior Citizen Exemption | .00 |
| Senior Freeze Exemption | .00 |
| 2018 Total Tax After Exemptions | 88,084.65 |
| First Installment | 46,989.36 |
| Second Installment + | 41,095.29 |
| Total 2018 Tax (Payable In 2019) | 88,084.65 |

### IMPORTANT MESSAGES

- Thank you for your first installment payment of: $46,989.36 on 02-20-19

### PROPERTY LOCATION
6954 W FOREST PRESERVE DR
NORRIDGE IL 60706 1323

### MAILING ADDRESS
NORRIDGE CMS CO ABBELL
30 N LASALLE 2120
CHICAGO IL 60602-3369

---

DETACH & INCLUDE WITH PAYMENT

### TOTAL PAYMENT DUE
**$41,095.29**
By 08/01/19 (on time)
If paying later, refer to amounts above.

### IMPORTANT PAYMENT MESSAGES
Use of this coupon authorizes the Treasurer's Office to reduce the check amount to prevent overpayment. Include only one check and one original coupon per envelope.

SN 0020180200 RTN 500001075 AN (see PIN) TC 008922

Property Index Number (PIN): 13-18-318-028-0000
Volume: 137  T3LG
Amount Paid: $

Include name, PIN, address, phone and email on check payable to "Cook County Treasurer."

Internal use only

00201802000131831802800007008922400042944580000410952990004171172200042328154

20 13-18-318-028-0000 0 18 4    1556637
NORRIDGE CMS CO ABBELL
OR CURRENT OWNER
30 N LASALLE 2120
CHICAGO IL 60602-3369

COOK COUNTY TREASURER
PO BOX 805438
CHICAGO IL 60680-4116

13183180280000/0/18/F/0004109529/2

## 2018 Second Installment Property Tax Bill

**TOTAL PAYMENT DUE**

**$84,931.75**
By 08/01/19 (on time)

| Property Index Number (PIN) | Volume | Code | Tax Year | (Payable In) | Township | Classification |
|---|---|---|---|---|---|---|
| 13-18-318-031-0000 | 137 | 26017 | 2018 | (2019) | NORWOOD PARK | 5-90 |

| IF PAYING LATE, PLEASE PAY | 08/02/19-09/01/19 $86,205.73 | 09/02/19-10/01/19 $87,479.71 | 10/02/19-11/01/19 $88,753.69 | LATE INTEREST IS 1.5% PER MONTH, BY STATE LAW |
|---|---|---|---|---|

### TAXING DISTRICT BREAKDOWN

| Taxing District | 2018 Tax | 2018 Rate | 2018 % | Pension | 2017 Tax |
|---|---|---|---|---|---|
| **MISCELLANEOUS TAXES** | | | | | |
| Metro Water Reclamation Dist of Chicago | 7,602.80 | 0.396 | 4.18% | 863.95 | 7,855.34 |
| Norwood Pk Fire Protect Dist Harwood Hts | 14,821.62 | 0.772 | 8.14% | 3,724.60 | 14,381.91 |
| Eisenhower Pub Library Dist Harwood Hts | 12,037.77 | 0.627 | 6.61% | 825.55 | 11,704.84 |
| Norridge Park District | 7,372.41 | 0.384 | 4.05% | 748.76 | 7,210.50 |
| *Miscellaneous Taxes Total* | 41,834.60 | 2.179 | 22.98% | | 41,152.59 |
| **SCHOOL TAXES** | | | | | |
| Triton Community College 504 River Grove | 6,220.47 | 0.324 | 3.42% | 76.79 | 5,979.44 |
| Ridgewood Comm HS Dist 234 Norridge | 56,502.63 | 2.943 | 31.04% | 1,247.93 | 55,143.69 |
| Union Ridge School Dist 86 (Harwood Hts) | 58,537.72 | 3.049 | 32.16% | 2,630.26 | 56,179.34 |
| *School Taxes Total* | 121,260.82 | 6.316 | 66.62% | | 117,302.47 |
| **MUNICIPALITY/TOWNSHIP TAXES** | | | | | |
| Village of Norridge | 6,854.04 | 0.357 | 3.77% | 6,834.84 | 5,061.03 |
| Norwood Park Road & Bridge | 441.58 | 0.023 | 0.24% | | 429.89 |
| General Assistance Norwood Park | 19.20 | 0.001 | 0.01% | | 19.54 |
| Town of Norwood Park | 1,094.34 | 0.057 | 0.60% | | 1,094.28 |
| *Municipality/Township Taxes Total* | 8,409.16 | 0.438 | 4.62% | | 6,604.74 |
| **COOK COUNTY TAXES** | | | | | |
| Cook County Forest Preserve District | 1,151.94 | 0.060 | 0.63% | 38.39 | 1,211.52 |
| Consolidated Elections | 0.00 | 0.000 | 0.00% | | 605.76 |
| County of Cook | 6,124.47 | 0.319 | 3.35% | 2,092.68 | 6,389.77 |
| Cook County Public Safety | 2,361.48 | 0.123 | 1.30% | | 2,129.93 |
| Cook County Health Facilities | 902.35 | 0.047 | 0.50% | | 1,172.44 |
| *Cook County Taxes Total* | 10,540.24 | 0.549 | 5.78% | | 11,509.42 |
| *(Do not pay these totals)* | 182,044.82 | 9.482 | 100.00% | | 176,569.22 |

### TAX CALCULATOR

| | | |
|---|---|---|
| 2017 Assessed Value | 659,555 | |
| 2018 Assessed Value | 659,555 | |
| 2018 State Equalizer X | 2.9109 | |
| 2018 Equalized Assessed Value (EAV) | | 1,919,899 |
| 2018 Local Tax Rate X | 9.482% | |
| 2018 Total Tax Before Exemptions | | 182,044.82 |

| | |
|---|---|
| 2018 Total Tax Before Exemptions | 182,044.82 |
| Homeowner's Exemption | .00 |
| Senior Citizen Exemption | .00 |
| Senior Freeze Exemption | .00 |
| 2018 Total Tax After Exemptions | 182,044.82 |
| First Installment | 97,113.07 |
| Second Installment + | 84,931.75 |
| Total 2018 Tax (Payable In 2019) | 182,044.82 |

### IMPORTANT MESSAGES

- Thank you for your first installment payment of: $97,113.07 on 02-20-19

**PROPERTY LOCATION**
4269 N HARLEM AVE
NORRIDGE IL 60706 1212

**MAILING ADDRESS**
NORRIDGE CMS CO ABBELL
30 N LASALLE 2120
CHICAGO IL 60602-3369

---

DETACH & INCLUDE WITH PAYMENT

**TOTAL PAYMENT DUE**

**$84,931.75**
By 08/01/19 (on time)
If paying later, refer to amounts above.

**IMPORTANT PAYMENT MESSAGES**
Use of this coupon authorizes the Treasurer's Office to reduce the check amount to prevent overpayment. Include only one check and one original coupon per envelope.

SN 0020180200 RTN 500001075 AN (see PIN) TC 008922

Property Index Number (PIN): 13-18-318-031-0000
Volume: 137    T3LG
Amount Paid: $

Include name, PIN, address, phone and email on check payable to "Cook County Treasurer."

Internal use only

002018020001318318031000000089224000887536910008493175200086205734000874797l0

20 13-18-318-031-0000 0 18 4    1556640
NORRIDGE CMS CO ABBELL
OR CURRENT OWNER
30 N LASALLE 2120
CHICAGO IL 60602-3369

COOK COUNTY TREASURER
PO BOX 805438
CHICAGO IL 60680-4116

13183180310000/0/18/F/0008493175/2

# 2018 Second Installment Property Tax Bill

**TOTAL PAYMENT DUE**
**$2,491.34**
By 08/01/19 (on time)

| Property Index Number (PIN) | Volume | Code | Tax Year | (Payable In) | Township | Classification |
|---|---|---|---|---|---|---|
| 13-18-318-032-0000 | 137 | 26017 | 2018 | (2019) | NORWOOD PARK | 5-90 |

| IF PAYING LATE, PLEASE PAY | 08/02/19-09/01/19 $2,528.71 | 09/02/19-10/01/19 $2,566.08 | 10/02/19-11/01/19 $2,603.45 | LATE INTEREST IS 1.5% PER MONTH, BY STATE LAW |
|---|---|---|---|---|

## TAXING DISTRICT BREAKDOWN

| Taxing District | 2018 Tax | 2018 Rate | 2018 % | Pension | 2017 Tax |
|---|---|---|---|---|---|
| **MISCELLANEOUS TAXES** | | | | | |
| Metro Water Reclamation Dist of Chicago | 223.02 | 0.396 | 4.18% | 25.34 | 230.42 |
| Norwood Pk Fire Protect Dist Harwood Hts | 434.77 | 0.772 | 8.14% | 109.25 | 421.87 |
| Eisenhower Pub Library Dist Harwood Hts | 353.11 | 0.627 | 6.61% | 24.21 | 343.34 |
| Norridge Park District | 216.26 | 0.384 | 4.05% | 21.96 | 211.51 |
| *Miscellaneous Taxes Total* | 1,227.16 | 2.179 | 22.98% | | 1,207.14 |
| **SCHOOL TAXES** | | | | | |
| Triton Community College 504 River Grove | 182.47 | 0.324 | 3.42% | 2.25 | 175.40 |
| Ridgewood Comm HS Dist 234 Norridge | 1,657.41 | 2.943 | 31.04% | 36.60 | 1,617.54 |
| Union Ridge School Dist 86 (Harwood Hts) | 1,717.11 | 3.049 | 32.16% | 77.15 | 1,647.92 |
| *School Taxes Total* | 3,556.99 | 6.316 | 66.62% | | 3,440.86 |
| **MUNICIPALITY/TOWNSHIP TAXES** | | | | | |
| Village of Norridge | 201.05 | 0.357 | 3.76% | 200.48 | 148.46 |
| Norwood Park Road & Bridge | 12.95 | 0.023 | 0.24% | | 12.61 |
| General Assistance Norwood Park | 0.56 | 0.001 | 0.01% | | 0.57 |
| Town of Norwood Park | 32.10 | 0.057 | 0.60% | | 32.10 |
| *Municipality/Township Taxes Total* | 246.66 | 0.438 | 4.61% | | 193.74 |
| **COOK COUNTY TAXES** | | | | | |
| Cook County Forest Preserve District | 33.79 | 0.060 | 0.63% | 1.12 | 35.54 |
| Consolidated Elections | 0.00 | 0.000 | 0.00% | | 17.77 |
| County of Cook | 179.64 | 0.319 | 3.36% | 61.38 | 187.42 |
| Cook County Public Safety | 69.27 | 0.123 | 1.30% | | 62.48 |
| Cook County Health Facilities | 26.47 | 0.047 | 0.50% | | 34.39 |
| *Cook County Taxes Total* | 309.17 | 0.549 | 5.79% | | 337.60 |
| *(Do not pay these totals)* | 5,339.98 | 9.482 | 100.00% | | 5,179.34 |

## TAX CALCULATOR

| | | |
|---|---|---|
| 2017 Assessed Value | 19,347 | |
| 2018 Assessed Value | 19,347 | |
| 2018 State Equalizer X | 2.9109 | |
| 2018 Equalized Assessed Value (EAV) | | 56,317 |
| 2018 Local Tax Rate X | 9.482% | |
| 2018 Total Tax Before Exemptions | | 5,339.98 |

| | |
|---|---|
| 2018 Total Tax Before Exemptions | 5,339.98 |
| Homeowner's Exemption | .00 |
| Senior Citizen Exemption | .00 |
| Senior Freeze Exemption | .00 |
| 2018 Total Tax After Exemptions | 5,339.98 |
| First Installment | 2,848.64 |
| Second Installment + | 2,491.34 |
| Total 2018 Tax (Payable In 2019) | 5,339.98 |

## IMPORTANT MESSAGES

- Thank you for your first installment payment of: $2,848.64 on 02-20-19

**PROPERTY LOCATION**
7050 W FOREST PRESERVE DR
NORRIDGE IL 60706 7123

**MAILING ADDRESS**
NORRIDGE CMS CO ABBELL
30 N LASALLE 2120
CHICAGO IL 60602-3369

--- DETACH & INCLUDE WITH PAYMENT ---

**TOTAL PAYMENT DUE**
**$2,491.34**
By 08/01/19 (on time)
If paying later, refer to amounts above.

**IMPORTANT PAYMENT MESSAGES**
Use of this coupon authorizes the Treasurer's Office to reduce the check amount to prevent overpayment. Include only one check and one original coupon per envelope.

SN 0020180200 RTN 500001075 AN (see PIN) TC 008922

Property Index Number (PIN): 13-18-318-032-0000
Volume: 137    T3LG
Amount Paid: $

Include name, PIN, address, phone and email on check payable to "Cook County Treasurer."

Internal use only

0020180200131831803200002008922400002603455000249134700002528719000002566088

20 13-18-318-032-0000 0 18 4    1556641
NORRIDGE CMS CO ABBELL
OR CURRENT OWNER
30 N LASALLE 2120
CHICAGO IL 60602-3369

COOK COUNTY TREASURER
PO BOX 805438
CHICAGO IL 60680-4116

13183180320000/0/18/F/0000249134/2

## 2018 Second Installment Property Tax Bill

**TOTAL PAYMENT DUE**
**$153,098.46**
By 08/01/19 (on time)

| Property Index Number (PIN) | Volume | Code | Tax Year | (Payable In) | Township | Classification |
|---|---|---|---|---|---|---|
| 13-18-318-033-0000 | 137 | 26017 | 2018 | (2019) | NORWOOD PARK | 5-17 |

**IF PAYING LATE, PLEASE PAY**

| 08/02/19-09/01/19 | 09/02/19-10/01/19 | 10/02/19-11/01/19 |
|---|---|---|
| $155,394.94 | $157,691.42 | $159,987.90 |

LATE INTEREST IS 1.5% PER MONTH, BY STATE LAW

### TAXING DISTRICT BREAKDOWN

| Taxing District | 2018 Tax | 2018 Rate | 2018 % | Pension | 2017 Tax |
|---|---|---|---|---|---|
| **MISCELLANEOUS TAXES** | | | | | |
| Metro Water Reclamation Dist of Chicago | 13,704.85 | 0.396 | 4.18% | 1,557.36 | 14,160.08 |
| Norwood Pk Fire Protect Dist Harwood Hts | 26,717.54 | 0.772 | 8.14% | 6,713.99 | 25,924.92 |
| Eisenhower Pub Library Dist Harwood Hts | 21,699.35 | 0.627 | 6.61% | 1,488.15 | 21,099.22 |
| Norridge Park District | 13,289.55 | 0.384 | 4.05% | 1,349.72 | 12,997.68 |
| *Miscellaneous Taxes Total* | 75,411.29 | 2.179 | 22.98% | | 74,181.90 |
| **SCHOOL TAXES** | | | | | |
| Triton Community College 504 River Grove | 11,213.06 | 0.324 | 3.42% | 138.43 | 10,778.57 |
| Ridgewood Comm HS Dist 234 Norridge | 101,851.96 | 2.943 | 31.04% | 2,249.53 | 99,402.33 |
| Union Ridge School Dist 86 (Harwood Hts) | 105,520.43 | 3.049 | 32.16% | 4,741.32 | 101,269.20 |
| *School Taxes Total* | 218,585.45 | 6.316 | 66.62% | | 211,450.10 |
| **MUNICIPALITY/TOWNSHIP TAXES** | | | | | |
| Village of Norridge | 12,355.13 | 0.357 | 3.77% | 12,320.52 | 9,123.03 |
| Norwood Park Road & Bridge | 795.99 | 0.023 | 0.24% | | 774.93 |
| General Assistance Norwood Park | 34.61 | 0.001 | 0.01% | | 35.22 |
| Town of Norwood Park | 1,972.67 | 0.057 | 0.60% | | 1,972.55 |
| *Municipality/Township Taxes Total* | 15,158.40 | 0.438 | 4.62% | | 11,905.73 |
| **COOK COUNTY TAXES** | | | | | |
| Cook County Forest Preserve District | 2,076.49 | 0.060 | 0.63% | 69.21 | 2,183.89 |
| Consolidated Elections | 0.00 | 0.000 | 0.00% | | 1,091.95 |
| County of Cook | 11,040.02 | 0.319 | 3.35% | 3,772.29 | 11,518.27 |
| Cook County Public Safety | 4,256.81 | 0.123 | 1.30% | | 3,839.42 |
| Cook County Health Facilities | 1,626.59 | 0.047 | 0.50% | | 2,113.44 |
| *Cook County Taxes Total* | 18,999.91 | 0.549 | 5.78% | | 20,746.97 |
| *(Do not pay these totals)* | 328,155.05 | 9.482 | 100.00% | | 318,284.70 |

### TAX CALCULATOR

| | |
|---|---|
| 2017 Assessed Value | 1,188,918 |
| 2018 Assessed Value | 1,188,918 |
| 2018 State Equalizer X | 2.9109 |
| 2018 Equalized Assessed Value (EAV) | 3,460,821 |
| 2018 Local Tax Rate X | 9.482% |
| 2018 Total Tax Before Exemptions | 328,155.05 |

| | |
|---|---|
| 2018 Total Tax Before Exemptions | 328,155.05 |
| Homeowner's Exemption | .00 |
| Senior Citizen Exemption | .00 |
| Senior Freeze Exemption | .00 |
| 2018 Total Tax After Exemptions | 328,155.05 |
| First Installment | 175,056.59 |
| Second Installment + | 153,098.46 |
| Total 2018 Tax (Payable In 2019) | 328,155.05 |

### IMPORTANT MESSAGES

- Thank you for your first installment payment of: $175,056.59 on 02-20-19

**PROPERTY LOCATION**
7100 W FOREST PRESERVE DR
NORRIDGE IL 60706 7121

**MAILING ADDRESS**
NORRIDGE CMS CO ABBELL
30 N LASALLE 2120
CHICAGO IL 60602-3369

---

DETACH & INCLUDE WITH PAYMENT

**TOTAL PAYMENT DUE**
**$153,098.46**
By 08/01/19 (on time)
If paying later, refer to amounts above.

**IMPORTANT PAYMENT MESSAGES**
Use of this coupon authorizes the Treasurer's Office to reduce the check amount to prevent overpayment. Include only one check and one original coupon per envelope.

SN 0020180200 RTN 500001075 AN (see PIN) TC 008922

| Property Index Number (PIN) | Volume |
|---|---|
| 13-18-318-033-0000 | 137 |

Amount Paid $

Include name, PIN, address, phone and email on check payable to "Cook County Treasurer."

*Internal use only*

002018020001318318033000050089224001599879050015309846800155394949001576914.20

20 13-18-318-033-0000 0 18 4    1556642
NORRIDGE CMS CO ABBELL
OR CURRENT OWNER
30 N LASALLE 2120
CHICAGO IL 60602-3369

COOK COUNTY TREASURER
PO BOX 805438
CHICAGO IL 60680-4116

13183180330000/0/18/F/0015309846/2

## 2018 Second Installment Property Tax Bill - Cook County Electronic Bill

**TOTAL PAYMENT DUE**

**$179,446.43**
By 08/01/2019

| Property Index Number (PIN) | Volume | Code | Tax Year | (Payable In) | Township | Classification |
|---|---|---|---|---|---|---|
| 13-18-318-018-0000 | 137 | 26017 | 2018 | (2019) | NORWOOD PARK | 5-31 |

| IF PAYING LATE, PLEASE PAY | 08/02/2019 - 09/01/2019 $182,138.13 | 09/02/2019 - 10/01/2019 $184,829.83 | 10/02/2019 - 11/01/2019 $187,521.53 | LATE INTEREST IS 1.5% PER MONTH, BY STATE LAW |
|---|---|---|---|---|

### TAXING DISTRICT BREAKDOWN

| Taxing Districts | 2018 Tax | 2018 Rate | 2018 % | Pension | 2017 Tax |
|---|---|---|---|---|---|
| **MISCELLANEOUS TAXES** | | | | | |
| Metro Water Reclamation Dist of Chicago | 16,063.43 | 0.396 | 4.18% | 1,825.38 | 16,596.99 |
| Norwood Pk Fire Protect Dist Harwood Hts | 31,315.57 | 0.772 | 8.14% | 7,869.45 | 30,386.53 |
| Eisenhower Pub Library Dist Harwood Hts | 25,433.76 | 0.627 | 6.61% | 1,744.26 | 24,730.34 |
| Norridge Park District | 15,576.66 | 0.384 | 4.05% | 1,582.00 | 15,234.55 |
| *Miscellaneous Taxes Total* | **88,389.42** | **2.179** | **22.98%** | | **86,948.41** |
| **SCHOOL TAXES** | | | | | |
| Triton Community College 504 River Grove | 13,142.80 | 0.324 | 3.42% | 162.25 | 12,633.53 |
| Ridgewood Community HS Dist 234 Norridge | 119,380.47 | 2.943 | 31.04% | 2,636.67 | 116,509.23 |
| Union Ridge School Dist 86 (Harwood Hts) | 123,680.28 | 3.049 | 32.16% | 5,557.29 | 118,697.39 |
| *School Taxes Total* | **256,203.55** | **6.316** | **66.62%** | | **247,840.15** |
| **MUNICIPALITY/TOWNSHIP TAXES** | | | | | |
| Village of Norridge | 14,481.42 | 0.357 | 3.77% | 14,440.85 | 10,693.09 |
| Norwood Park Road & Bridge | 932.98 | 0.023 | 0.24% | | 908.29 |
| General Assistance Norwood Park | 40.56 | 0.001 | 0.01% | | 41.29 |
| Town of Norwood Park | 2,312.16 | 0.057 | 0.60% | | 2,312.02 |
| *Municipality/Township Taxes Total* | **17,767.12** | **0.438** | **4.62%** | | **13,954.69** |
| **COOK COUNTY TAXES** | | | | | |
| Cook County Forest Preserve District | 2,433.85 | 0.060 | 0.63% | 81.12 | 2,559.74 |
| Consolidated Elections | 0.00 | 0.000 | 0.00% | | 1,279.87 |
| County of Cook | 12,939.98 | 0.319 | 3.35% | 4,421.49 | 13,500.55 |
| Cook County Public Safety | 4,989.40 | 0.123 | 1.30% | | 4,500.18 |
| Cook County Health Facilities | 1,906.52 | 0.047 | 0.50% | | 2,477.16 |
| *Cook County Taxes Total* | **22,269.75** | **0.549** | **5.78%** | | **24,317.50** |
| (Do not pay these totals) | **384,629.84** | **9.482** | **100.00%** | | **373,060.75** |

### TAX CALCULATOR

| | |
|---|---|
| 2017 Assessed Value | 1,393,528 |
| 2018 Assessed Value | 1,393,528 |
| 2018 State Equalizer | X 2.9109 |
| 2018 Equalized Assessed Value (EAV) | 4,056,421 |
| 2018 Local Tax Rate | X 9.482% |
| 2018 Total Tax Before Exemptions | 384,629.84 |

| | |
|---|---|
| 2018 Total Tax Before Exemptions | 384,629.84 |
| Homeowner's Exemption | .00 |
| Senior Citizen Exemption | .00 |
| Senior Freeze Exemption | .00 |
| 2018 Total Tax After Exemptions | 384,629.84 |
| First Installment | 205,183.41 |
| Second Installment + | 179,446.43 |
| Total 2018 Tax (Payable in 2019) | 384,629.84 |

### IMPORTANT MESSAGES

### PROPERTY LOCATION
4201 N HARLEM AVE
NORRIDGE IL 60706 1212

### MAILING ADDRESS
NORRIDGE CMS CO SEARS
3333 BEVERLY ROAD
HOFFMAN ESTS IL 60179-0001

*** Please see 2018 Second Installment Payment Coupon next page ***