**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In Re: ) | |
| ) | Case No. 18-23538 (RDD) |
| SEARS HOLDINGS CORPORATION, et al. ) | |
| ) | Chapter 11 |
| ) | |
| ) | |

**ORDER GRANTING MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)**

THIS MATTER having come before this Court upon the application of AmCap Wilson II, LLC and Wilson Norridge, LLC for allowance of their administrative expense claim in the amount of $394,618.94, the Court

FINDS AS FOLLOWS:

A. That the Administrative Expense Claim of AmCap Wilson II, LLC and Wilson Norridge, LLC is a valid claim in this action;

B. That certain rental charges in the amount of $394,618.94 were incurred pursuant to the Lease during the time Debtor and the Debtor's estate occupied the Premises for the benefit of the estate;

C. That notice has been given by AmCap Wilson II, LLC and Wilson Norridge, LLC to all interested parties of its application for the payment of its Administrative Expense Claim; and

D. That no written objections were received.

IT IS HEREBY ORDERED that AmCap Wilson II, LLC's and Wilson Norridge, LLC's Administrative Expense Claim in the amount of $394,618.94 is allowed.

DONE AND ENTERED THIS _____ day of _____, 2019

                              UNITED STATES BANKRUPTCY COURT

By: _____
     The Honorable Robert D. Drain
     United States Bankruptcy Judge