# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:                                                                  Chapter 11

                                                                        Case No.: 18-23538 (RDD)
SEARS HOLDINGS CORPORATION, et al.,
                                                                        (Jointly Administered)

                                        Debtors.
-----------------------------------------------------------------X


### ORDER GRANTING CREATIONS JEWELLERY MFG. PVT. LTD'S MOTION FOR ALLOWANCE OF POST-PETITION ADMINISTRATIVE CLAIM

Upon consideration of the Creations Jewellery MFG PVT. Ltd.'s Motion for Allowance of Post-Petition Administrative Claim (the "Motion"), the Court finding good cause for the granting of the Motion, it is hereby,

ORDERED, that the Motion be, and the same is hereby, granted; and it is further

ORDERED, that Right Management Inc. shall have an allowed administrative expense claim in the amount of $18,355.96 (the "Administrative Claim"); and it is further

ORDERED, that the Debtors shall pay Creations Jewellery MFG PVT. Ltd the sum of $18,355.96, on account of the Administrative Claim in accordance with the terms of the Bankruptcy Code, the Plan, the Confirmation Order approved in this case, or as otherwise ordered by the Court; and it is further

ORDERED, that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: _____
        White Plains, New York


                                                    _____
                                                    THE HONORABLE ROBERT D. DRAIN
                                                    UNITED STATES BANKRUPTCY JUDGE