# EXHIBIT B

# COMMERCIAL INVOICE

Page 1 of 3
DATE: November 26, 2018
INVOICE NO.: 201823744747

9756
CREATIONS JEWELLERY MFG PVT LTD
NO 25&26, GEM & JEWELLERY
COMPLEX III, SEEPZ, ANDHERI (EAST)
MUMBAI
MAHARASHTRA
India
400096

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India      SHIPPED TO: Hoffman Estates, IL
MODE OF TRANSPORTATION: Air

FOB India

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SS1107 | SILVER SET EAR/PND/RNG | 1 CARTONS | 86 PIECES | 75.380 USD PIECES | 6,482.68 USD |
| ITEM: | 040060423688 | | | | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 86 PIECES | | | | | |
| SEARS DIV | 644 | | | | | |
| SEARS ITEM/SKU | 58861/000 | | | | | |

Vendor style # -GBS3229BGTA
STERLING SILVER GEMSTONE 3 PC SET
EARRING / PENDANT / RING
GENUINE BLUE SAPPHIRE & WHITE TOPAZ
AGE GROUP - ADULTS
NO BRAND
GEMSTONE ARE GENUINE AND NOT LAB CREATED
SILVER 18" 8R CHAIN WITH SPRING RING LOCK-US$2.75
EARRING- US$26.00-MADE OF SILVER WITH GEMSTONE
PENDANT- US$ 23.00, RING- US$ 23.63-MADE OF SILVER WITH GEMSTONE

| CONTRACT NO. | SS1107 | REFERENCE NO. | 101 |
|---|---|---|---|
| DC CODE | HEI | DEPARTMENT NO. | 026 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9756 |
| VENDOR ITEM CODE | GBS3229BGTA | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.    104851
CREATIONS JEWELLERY MFG PVT LTD UNIT II
NO. G 27&28, GEMS & JEWELLERY
COMPLEX III, SEEPZ, ANDHERI (EAST)
MUMBAI
MAHARASHTRA
India
FTY MID NO.    INCREJEW28MUM

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SS1107 | SILVER SET EAR/PND/RNG | 1 CARTONS | 86 PIECES | 75.380 USD PIECES | 6,482.68 USD |
| ITEM: | 050036524205 | | | | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 86 PIECES | | | | | |
| SEARS DIV | 644 | | | | | |
| SEARS ITEM/SKU | 58775/010 | | | | | |

Vendor style # -GBS3229RGTA
STERLING SILVER GEMSTONE 3 PC SET
EARRING / PENDANT / RING
GENUINE RUBY & WHITE TOPAZ
AGE GROUP - ADULTS
NO BRAND
GEMSTONE ARE GENUINE AND NOT LAB CREATED
SILVER 18" 8R CHAIN WITH SPRING RING LOCK-US$2.75
EARRING- US$26.00-MADE OF SILVER WITH GEMSTONE
PENDANT- US$ 23.00, RING- US$ 23.63-MADE OF SILVER WITH GEMSTONE

## COMMERCIAL INVOICE

Page 2 of 3
DATE: November 26, 2018
INVOICE NO.: 201823744747

9756
CREATIONS JEWELLERY MFG PVT LTD
NO 25&26, GEM & JEWELLERY
COMPLEX III, SEEPZ, ANDHERI (EAST)
MUMBAI
MAHARASHTRA
India
400096

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India
MODE OF TRANSPORTATION: Air

SHIPPED TO: Hoffman Estates, IL
FOB India

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SS1107 | REFERENCE NO. | 101 | |
| DC CODE | HEI | DEPARTMENT NO. | 026 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9756 | |
| VENDOR ITEM CODE | GBS3229RGTA | COUNTRY OF ORIGIN | INDIA | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |
| FACTORY NO. | 104851 | | | |

CREATIONS JEWELLERY MFG PVT LTD UNIT II
NO. G 27&28, GEMS & JEWELLERY
COMPLEX III, SEEPZ, ANDHERI (EAST)
MUMBAI
MAHARASHTRA
India

FTY MID NO.    INCREJEW28MUM

| SEARS | SS1107 | SILVER SET EAR/PND/RNG | 1 CARTONS | 86 PIECES | 81.930 USD PIECES | 7,045.98 USD |
|---|---|---|---|---|---|---|
| ITEM: | 060036524197 | | | | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 86 PIECES | | | | | |
| SEARS DIV | 644 | | | | | |
| SEARS ITEM/SKU | 58774/010 | | | | | |

Vendor style # -GBS3229EGTA
STERLING SILVER GEMSTONE 3 PC SET
EARRING / PENDANT / RING
GENUINE EMERALD & WHITE TOPAZ
AGE GROUP - ADULTS
NO BRAND
GEMSTONE ARE GENUINE AND NOT LAB CREATED
SILVER 18" 8R CHAIN WITH SPRING RING LOCK-US$2.75
EARRING- US$26.00-MADE OF SILVER WITH GEMSTONE
PENDANT- US$ 23.00, RING- US$ 23.63-MADE OF SILVER WITH GEMSTONE

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SS1107 | REFERENCE NO. | 101 | |
| DC CODE | HEI | DEPARTMENT NO. | 026 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9756 | |
| VENDOR ITEM CODE | GBS3229EGTA | COUNTRY OF ORIGIN | INDIA | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |
| FACTORY NO. | 104851 | | | |

CREATIONS JEWELLERY MFG PVT LTD UNIT II
NO. G 27&28, GEMS & JEWELLERY
COMPLEX III, SEEPZ, ANDHERI (EAST)
MUMBAI
MAHARASHTRA
India

FTY MID NO.    INCREJEW28MUM

PAYMENT TERM    Letter of Credit
ORDER PAYMENT TERMS
DRAWN UNDER    BANK OF AMERICA

# COMMERCIAL INVOICE

Page 3 of 3
DATE: November 26, 2018
INVOICE NO.: 201823744747

9756
CREATIONS JEWELLERY MFG PVT LTD
NO 25&26, GEM & JEWELLERY
COMPLEX III, SEEPZ, ANDHERI (EAST)
MUMBAI
MAHARASHTRA
India
400096

TO:
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India    SHIPPED TO: Hoffman Estates, IL
MODE OF TRANSPORTATION: Air

FOB India

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 3 | 258 | PIECES | 20,011.34 USD |

TOTAL US DOLLARS TWENTY THOUSAND ELEVEN DOLLARS AND THIRTY-FOUR CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.
AS PER CONTRACT REMEDY CLAUSE, TERM OF SALE FOR THIS LATE SHIPMENT HAS BEEN CHANGED TO CPT/C&F

CREATIONS JEWELLERY MFG PVT LTD

EMPLOYEE NAME _____
EMPLOYEE TITLE _____

# PACKING LIST

Page 1 of 2
DATE: November 26, 2018
INVOICE NO.: 201823744747

9756
CREATIONS JEWELLERY MFG PVT LTD
NO 25&26, GEM & JEWELLERY
COMPLEX III, SEEPZ, ANDHERI (EAST)
MUMBAI
MAHARASHTRA
India
400096

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India      SHIPPED TO: Hoffman Estates, IL

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|---|
| SEARS | SS1107 | SILVER SET EAR/PND/RNG | | | | | | |
| ITEM: | 040060423688 | | | | | | | |
| MADE IN | INDIA | PER OUTER CARTON | | 86 | 0.045 | 9.022 | 6.870 | |
| CONTENTS | 86 PIECES | TOTAL | 1 | 86 | 0.045 | 9.022 | 6.870 | 0.000 |
| SEARS DIV | 644 | | | | | | | |
| SEARS ITEM/SKU | 58861/000 | | | | | | | |

| | CONTRACT NO. | SS1107 | REFERENCE NO. | 101 |
| | DC CODE | HEI | DEPARTMENT NO. | 026 |
| | DIVISION NO. | Division 4 | VENDOR NO. | 9756 |
| | VENDOR ITEM CODE | GBS3229BGTA | COUNTRY OF ORIGIN | INDIA |

PACKING INSTRUCTIONS:
EACH SET WILL REQUIRE A DATA2 RATTAIL / BARBELL / BOX RETAIL PRICE ATTACHED TO THE PRODUCT

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| OUTER CARTON DIMENSIONS | 35.6 | 35.6 | 35.6 | 0.045 |

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|---|
| SEARS | SS1107 | SILVER SET EAR/PND/RNG | | | | | | |
| ITEM: | 050036524205 | | | | | | | |
| MADE IN | INDIA | PER OUTER CARTON | | 86 | 0.045 | 9.022 | 6.870 | |
| CONTENTS | 86 PIECES | TOTAL | 1 | 86 | 0.045 | 9.022 | 6.870 | 0.000 |
| SEARS DIV | 644 | | | | | | | |
| SEARS ITEM/SKU | 58775/010 | | | | | | | |

| | CONTRACT NO. | SS1107 | REFERENCE NO. | 101 |
| | DC CODE | HEI | DEPARTMENT NO. | 026 |
| | DIVISION NO. | Division 4 | VENDOR NO. | 9756 |
| | VENDOR ITEM CODE | GBS3229RGTA | COUNTRY OF ORIGIN | INDIA |

PACKING INSTRUCTIONS:
EACH SET WILL REQUIRE A DATA2 RATTAIL / BARBELL / BOX RETAIL PRICE ATTACHED TO THE PRODUCT

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| OUTER CARTON DIMENSIONS | 35.6 | 35.6 | 35.6 | 0.045 |

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|---|
| SEARS | SS1107 | SILVER SET EAR/PND/RNG | | | | | | |
| ITEM: | 060036524197 | | | | | | | |
| MADE IN | INDIA | PER OUTER CARTON | | 86 | 0.045 | 9.022 | 6.870 | |
| CONTENTS | 86 PIECES | TOTAL | 1 | 86 | 0.045 | 9.022 | 6.870 | 0.000 |
| SEARS DIV | 644 | | | | | | | |
| SEARS ITEM/SKU | 58774/010 | | | | | | | |

| | CONTRACT NO. | SS1107 | REFERENCE NO. | 101 |
| | DC CODE | HEI | DEPARTMENT NO. | 026 |
| | DIVISION NO. | Division 4 | VENDOR NO. | 9756 |
| | VENDOR ITEM CODE | GBS3229EGTA | COUNTRY OF ORIGIN | INDIA |

PACKING INSTRUCTIONS:
EACH SET WILL REQUIRE A DATA2 RATTAIL / BARBELL / BOX RETAIL PRICE ATTACHED TO THE PRODUCT

# PACKING LIST

Page 2 of 2
DATE: November 26, 2018
INVOICE NO.: 201823744747

9756
CREATIONS JEWELLERY MFG PVT LTD
NO 25&26, GEM & JEWELLERY
COMPLEX III, SEEPZ, ANDHERI (EAST)
MUMBAI
MAHARASHTRA
India
400096

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India    SHIPPED TO: Hoffman Estates, IL

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| OUTER CARTON DIMENSIONS | 35.6 | 35.6 | 35.6 | 0.045 |

| | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|
| TOTAL PACKING LIST | 3 | 258 | 0.135 | 27.066 | 20.610 | 0.000 |

We hereby certify that this shipment does not contain solid wood packing material.
AS PER CONTRACT REMEDY CLAUSE, TERM OF SALE FOR THIS LATE SHIPMENT HAS BEEN CHANGED TO CPT/C&F

| CREATIONS JEWELLERY MFG PVT LTD |
|---|
| EMPLOYEE NAME |
| EMPLOYEE TITLE |

Vendor No. 9756  
Invoice No. 201823744747  

Cargo Delivery Number  
Shipping Order Number    201823744747  
Cargo Ready Date    11/26/2018  

Page 1 of 2

| Shipper | Pickup Details | Pickup Details (Local Language) |
|---|---|---|
| CREATIONS JEWELLERY MFG PVT LTD UNIT II<br>C/O CREATIONS JEWELLERY MFG PVT LTD<br>NO. G 27&28, GEMS & JEWELLERY<br>COMPLEX III, SEEPZ, ANDHERI (EAST)<br>MUMBAI<br>MAHARASHTRA<br>400096<br>India | CREATIONS JEWELLERY MFG PVT LTD UNIT II<br>NO. G 27&28, GEMS & JEWELLERY<br>COMPLEX III, SEEPZ, ANDHERI (EAST)<br>MUMBAI<br>MAHARASHTRA<br>400096<br>India<br>Pickup Contact Name    ARCHANA DHURANDAR<br>Pickup Contact Phone<br>Pickup Contact Fax    +91-22-67687199 | |
| **Customer**<br>Sears Holdings Corporation<br>3333 Beverly Road<br>Hoffman Estates, IL - 60179<br>USA | **Consignee**<br>SEARS ROEBUCK & CO.<br>3333 Beverly Road<br>Hoffman Estates, IL<br>60179<br>United States | |
| Load Type    CY<br>Cargo Type    Flat<br>Ship Terms    Free on Board<br>Port of Loading    Nhava Sheva (JNP), IN<br>Final Destination    HEI, Hoffman Estates, IL, USA | Equipment Required<br>Inland Carrier    None<br>Party Responsible for Local Charges<br>Party Responsible for Local Charges (Local Language) | |
| Documents Cutoff Date<br>Return Export Documents To | Return Export Documents To (Local Language) | |

**Marks and Numbers**

| SEARS | SS1107 |
|---|---|
| ITEM NO: | 040060423688 |
| MADE IN: | INDIA |
| CONTENTS: | 86 Pieces |
| SEARS DIV | 644 |
| SEARS ITEM/SKU | 58861/000 |

| Purchase Order | User Ref | Dept | Division | Freight Payment Terms | Letter of Credit | Item Number | Local Language Commodity Description | Commodity Description | Country of Origin | HTS Number | Quota Category |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SS1107 | 101 | 026 | Division 4 | Collect | | 040060423688 | | SILVER SET EAR/PND/RNG | INDIA | 7113.11.5000 | RNONE |
| | | Quantity 86 Pieces | | Cartons 1 | | Pieces 86 | | Gross Weight 9.022 KGS | | Volume 0.045000 CBMS | |

**Marks and Numbers**

| SEARS | SS1107 |
|---|---|
| ITEM NO: | 050036524205 |
| MADE IN: | INDIA |
| CONTENTS: | 86 Pieces |
| SEARS DIV | 644 |
| SEARS ITEM/SKU | 58775/010 |

| Purchase Order | User Ref | Dept | Division | Freight Payment Terms | Letter of Credit | Item Number | Local Language Commodity Description | Commodity Description | Country of Origin | HTS Number | Quota Category |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SS1107 | 101 | 026 | Division 4 | Collect | | 050036524205 | | SILVER SET EAR/PND/RNG | INDIA | 7113.11.5000 | RNONE |
| | | Quantity 86 Pieces | | Cartons 1 | | Pieces 86 | | Gross Weight 9.022 KGS | | Volume 0.045000 CBMS | |

Vendor No. 9756  
Invoice No. 201823744747  
Cargo Delivery Number  
Shipping Order Number  201823744747  
Cargo Ready Date  11/26/2018  
Page 2 of 2

| Marks and Numbers | |
|---|---|
| SEARS | SS1107 |
| ITEM NO: | 060036524197 |
| MADE IN: | INDIA |
| CONTENTS: | 86 Pieces |
| SEARS DIV | 644 |
| SEARS ITEM/SKU | 58774/010 |

| Purchase Order | User Ref | Dept | Division | Freight Payment Terms | Letter of Credit | Item Number | Local Language Commodity Description | Commodity Description | Country of Origin | HTS Number | Quota Category |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SS1107 | 101 | 026 | Division 4 | Collect | | 060036524197 | | SILVER SET EAR/PND/RNG | INDIA | 7113.11.5000 | RNONE |
| | | Quantity 86 Pieces | | Cartons 1 | | Pieces 86 | | Gross Weight 9.022 KGS | | Volume 0.045000 CBMS | |

**SHIPPING TOTALS**

Total Number of Cartons    3  
Gross Weight    27.066 KGS  
Volume    0.135000 CBMS  
Comments

**SHIPPING DECLARATIONS**

We hereby certify that this shipment does not contain solid wood packing material.  
**AS PER CONTRACT REMEDY CLAUSE, TERM OF SALE FOR THIS LATE SHIPMENT HAS BEEN CHANGED TO CPT/C&F**

| SEARS ROEBUCK & CO. | **PURCHASE ORDER** | Page : 1 |
|---|---|---|

| ORDER DATE : 19-NOV-2018 | ORDER NO : SS1107 | BUYER : RF1  ROSEMARY FRASER |
|---|---|---|
| DIV : Division 4 | DEPT NO : 026 | |

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | CREATIONS JEWELLERY MFG PVT LTD |
| ADDRESS | NO 25&26, GEM & JEWELLERY COMPLEX III, SEEPZ, ANDHERI (EAST) MUMBAI MAHARASHTRA |
| COUNTRY | India |
| EMAIL | archana@creationjewel.co.in |
| VENDOR NBR | 9756 |
| TELEPHONE | +91 22 6768 7171 |
| DUNS NBR | 01000997948 |
| FDA REG # | |

| TOTAL COST OF ORDER USD | |
|---|---|
| $20,011.34 | |
| PAYMENT TO BE MADE BY : | |
| ( ) | MULTIPLE PAYMENT TYPES |
| ( ) | CHECK/WIRE TRANSFER |
| | Amount USD:  0.00 |
| ( ) | FREE GOODS |
| | Amount USD:  0.00 |
| (X) | LETTER OF CREDIT |
| | Amount USD: 20,011.34 |
| | LC #:  809762 |
| | TRANSFERABLE:  Yes |
| | BANK:  BANKBO |
| PAYMENT TERMS: | 74   (days) |

| FOREIGN AGENT OFFICE: | KKIN | SEARS SOURCING INDIA PVT LTD |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKIN | INDIA OFFICE |

| EACH ITEM TO BE MARKED: | MADE IN INDIA |
|---|---|
| EMBARK/GO-DOWN: | INDIA |
| SHIP POINT: | INNSA4H |
| DELIVERY TERMS: | FOB IN |
| CITY, COUNTRY: | Nhava Sheva (JNP), India |

FACTORY DETAILS:

| FACTORY NBR: | 104851 |
|---|---|
| NAME | CREATIONS JEWELLERY MFG PVT LTD UNIT II |
| ADDRESS | NO. G 27&28, GEMS & JEWELLERY COMPLEX III, SEEPZ, ANDHERI (EAST) MUMBAI MAHARASHTRA |
| COUNTRY | India |
| TEL | +91 22 6768 7171 |
| EMAIL | adil@creationjewel.co.in |
| MID | INCREJEW28MUM |

SEARS ROEBUCK & CO.                                     PURCHASE ORDER                                                      Page : 2

| ORDER DATE : 19-NOV-2018 | ORDER NO : SS1107 | | RF1  ROSEMARY FRASER |
|---|---|---|---|

| | | DESCRIPTION | | |
|---|---|---|---|---|
| ITEM CODE: 040060423688 | SEASON/YEAR: 1-BASIC AND REPLENISHED | SILVER SET EAR/PND/RNG | | |
| | SUB-SEASON: 10-BASIC AND REPLENISHED | | | |
| I 2OF 5/CARTON UPC: 40817822021230 | CAT/SUB-CAT: 04/06 | | | |
| STYLE: GBS3229BGTA | TRADEMARK: NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: NO BRAND | COPYRIGHT REG. NO.: | 644 | 58861 | 000 |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL EA | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER EACHES | PER CARTON | $399.99 | 1 | 86 | $6,482.68 |
| $75.380 | $6,482.680 | | | | |

| PER CARTON | KGS: | 9.022 | CBM: | 0.044966 | EACHES PER INNER | 1 |
|---|---|---|---|---|---|---|
| | LBS: | 19.890 | CU. FT.: | 1.588 | INNERS PER OUTER CARTON | 86 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | EACHES PER MASTER SHIPPING CTN | 86 |
| L 14.0" X W 14.0" X H 14.0" | | | CASEPACK | | | |

QUOTA CAT#:  RNONE                                                                    CASE #            FACTORY            EXPORTER
SPECIAL TRADE                                                         ANTI-DUMPING:
INDICATOR:                                                            COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
EACH SET WILL REQUIRE A DATA2 RATTAIL / BARBELL / BOX RETAIL PRICE ATTACHED TO THE PRODUCT

| SHIPPING SCHEDULE | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (EACHES) | PAY TYPE |
| 101 | HEI | HEI | Air | 26-NOV-2018 | 26-NOV-2018 | 10-DEC-2018 | Z | 1 | 86 | L |

DETAIL DESCRIPTION-

Vendor style # -GBS3229BGTA
STERLING SILVER GEMSTONE 3 PC SET
EARRING / PENDANT / RING
GENUINE BLUE SAPPHIRE & WHITE TOPAZ
AGE GROUP - ADULTS
NO BRAND
GEMSTONE ARE GENUINE AND NOT LAB CREATED
SILVER 18" 8R CHAIN WITH SPRING RING LOCK-US$2.75
EARRING- US$26.00-MADE OF SILVER WITH GEMSTONE
PENDANT- US$ 23.00, RING- US$ 23.63-MADE OF SILVER WITH GEMSTONE
AIR COLLECT

OPC:                86
FABRIC MATERIAL:    STERLING SILVER

SEARS ROEBUCK & CO.                    **PURCHASE ORDER**                             Page : 3

**ORDER DATE:** 19-NOV-2018    **ORDER NO:** SS1107             RF1   ROSEMARY FRASER

**DESCRIPTION**

**ITEM CODE:** 050036524205
**SEASON/YEAR:** 1-BASIC AND REPLENISHED
**SUB-SEASON:** 10-BASIC AND REPLENISHED

SILVER SET EAR/PND/RNG

**I 2OF 5/CARTON UPC:** 40817822021223
**CAT/SUB-CAT:** 05/06
**STYLE:** GBS3229RGTA
**TRADEMARK:** NONE
**BRAND NAME:** NO BRAND
**COPYRIGHT REG. NO.:**
**INTL COMMODY CODE:** GDSM
**MLTP CARTON IND:** 001

| SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|
| 644 | 58775 | 010 |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL EA | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER EACHES | PER CARTON | $399.99 | 1 | 86 | $6,482.68 |
| $75.380 | $6,482.680 | | | | |

**PER CARTON**
KGS: 9.022     CBM: 0.044966
LBS: 19.890    CU. FT.: 1.588

**OUTER CARTON DIMENSIONS**
L 14.0" X W 14.0" X H 14.0"

**PACKING INSTRUCTION:** CASEPACK

EACHES PER INNER            1
INNERS PER OUTER CARTON    86
EACHES PER MASTER SHIPPING CTN    86

**QUOTA CAT#:** RNONE
**SPECIAL TRADE INDICATOR:**

**CASE #**      **FACTORY**      **EXPORTER**
**ANTI-DUMPING:**
**COUNTERVAILING:**

**ADDITIONAL INFO:**

**PACKING INSTRUCTIONS:**
EACH SET WILL REQUIRE A DATA2 RATTAIL / BARBELL / BOX RETAIL PRICE ATTACHED TO THE PRODUCT

### SHIPPING SCHEDULE

| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (EACHES) | PAY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 101 | HEI | HEI | Air | 26-NOV-2018 | 26-NOV-2018 | 10-DEC-2018 | Z | 1 | 86 | L |

**DETAIL DESCRIPTION-**
Vendor style # -GBS3229RGTA
STERLING SILVER GEMSTONE 3 PC SET
EARRING / PENDANT / RING
GENUINE RUBY & WHITE TOPAZ
AGE GROUP - ADULTS
NO BRAND
GEMSTONE ARE GENUINE AND NOT LAB CREATED
SILVER 18" 8R CHAIN WITH SPRING RING LOCK-US$2.75
EARRING- US$26.00-MADE OF SILVER WITH GEMSTONE
PENDANT- US$ 23.00, RING- US$ 23.63-MADE OF SILVER WITH GEMSTONE
AIR COLLECT

OPC:            86

SEARS ROEBUCK & CO.                     PURCHASE ORDER                                             Page : 4

| ORDER DATE : 19-NOV-2018 | ORDER NO : SS1107 | | RF1  ROSEMARY FRASER |

| | | | DESCRIPTION | | |
|---|---|---|---|---|---|
| ITEM CODE: 060036524197 | SEASON/YEAR: | 1-BASIC AND REPLENISHED | SILVER SET EAR/PND/RNG | | |
| | SUB-SEASON: | 10-BASIC AND REPLENISHED | | | |
| I 2OF 5/CARTON UPC: 40817822021247 | CAT/SUB-CAT: | 06/06 | | | |
| STYLE: GBS3229EGTA | TRADEMARK: | NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: NO BRAND | COPYRIGHT REG. NO.: | | 644 | 58774 | 010 |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | | | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL EA | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER EACHES | PER CARTON | $399.99 | 1 | 86 | $7,045.98 |
| $81.930 | $7,045.980 | | | | |

| PER CARTON | KGS: 9.022 | CBM: 0.044966 | EACHES PER INNER | 1 |
|---|---|---|---|---|
| | LBS: 19.890 | CU. FT.: 1.588 | INNERS PER OUTER CARTON | 86 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | EACHES PER MASTER SHIPPING CTN | 86 |
| L 14.0" X W 14.0" X H 14.0" | | CASEPACK | | |

| QUOTA CAT#: RNONE | | CASE # | FACTORY | EXPORTER |
|---|---|---|---|---|
| SPECIAL TRADE INDICATOR: | | ANTI-DUMPING: | | |
| | | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
EACH SET WILL REQUIRE A DATA2 RATTAIL / BARBELL / BOX RETAIL PRICE ATTACHED TO THE PRODUCT

### SHIPPING SCHEDULE

| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (EACHES) | PAY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 101 | HEI | HEI | Air | 26-NOV-2018 | 26-NOV-2018 | 10-DEC-2018 | Z | 1 | 86 | L |

DETAIL DESCRIPTION-

Vendor style # -GBS3229EGTA
STERLING SILVER GEMSTONE 3 PC SET
EARRING / PENDANT / RING
GENUINE EMERALD & WHITE TOPAZ
AGE GROUP - ADULTS
NO BRAND
GEMSTONE ARE GENUINE AND NOT LAB CREATED
SILVER 18" 8R CHAIN WITH SPRING RING LOCK-US$2.75
EARRING- US$26.00-MADE OF SILVER WITH GEMSTONE
PENDANT- US$ 23.00, RING- US$ 23.63-MADE OF SILVER WITH GEMSTONE
AIR COLLECT

OPC:                86

SEARS ROEBUCK & CO.                                    **PURCHASE ORDER**                                           Page : 5

| ORDER DATE : 19-NOV-2018 | ORDER NO : SS1107 | RF1  ROSEMARY FRASER |
|---|---|---|

**ITEM CODE:** 040060423688

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 58861-000 | | | | | |

**ITEM CODE:** 050036524205

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 58775-010 | | | | | |

**ITEM CODE:** 060036524197

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 58774-010 | | | | | |

**ITEM CODE:** 040060423688    **ITEM:** SILVER SET EAR/PND/RNG

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| | | TOTAL | | 0 | | | |

**ITEM CODE:** 050036524205    **ITEM:** SILVER SET EAR/PND/RNG

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| | | TOTAL | | 0 | | | |

**ITEM CODE:** 060036524197    **ITEM:** SILVER SET EAR/PND/RNG

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| | | TOTAL | | 0 | | | |

**ADDITIONAL CONDITIONS**

**FOR ITEM 040060423688**
VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

KIMBERLY PROCESS CERTIFICATE STATEMENT FOR REAL/PRECIOUS STONES

TRANSFERABLE

**FOR ITEM 050036524205**
VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

KIMBERLY PROCESS CERTIFICATE STATEMENT FOR REAL/PRECIOUS STONES

TRANSFERABLE

**FOR ITEM 060036524197**
VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

KIMBERLY PROCESS CERTIFICATE STATEMENT FOR REAL/PRECIOUS STONES

TRANSFERABLE

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

SEARS ROEBUCK & CO.                                    **PURCHASE ORDER**                                    Page : 6

| ORDER DATE : 19-NOV-2018 | ORDER NO : SS1107 | RF1  ROSEMARY FRASER |
|---|---|---|

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR—
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:

UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.

ANTIDUMPING CLAUSE:

VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDIY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.

LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

SEARS ROEBUCK & CO.                                  **PURCHASE ORDER**                                         Page : 7

| ORDER DATE : 19-NOV-2018 | ORDER NO : SS1107 | RF1  ROSEMARY FRASER |

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
-------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
-------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

| MALCA-AMIT JK LOGISTICS PVT. LTD. NETWORK AGENT | HOUSE AIRWAY BILL |
|---|---|
| MALCA AMIT INTERNATIONAL NETWORK™ | (NOT NEGOTIABLE) |

| Shipper's Name & Address (herein after "CUSTOMER") <br> CREATIONS JEWELLERY MFG.PVT. LTD. <br> UNIT-II, UNIT NO.G 27-28,GEM & JEWELLERY COMPLEX-III,SEEPZ,ANDHERI-EAST, <br> MUMBAI 400096 27 MAHARASHTRA INDIA <br> 27AABCC4835B1Z2 | House Air Waybill No. **\*2702845\*** <br> Master Air Waybill No. 724-6855-8954   27028455 <br> Issued by : **MALCA-AMIT JK LOGISTICS PVT. LTD.** <br> Western Industrial Estate, Plot #1112, Sub-Plot #7, <br> MIDC (Marol), Andheri (East), Mumbai - 400 093. <br> Tel 66952613/14, 66996841 <br> Fax : 66952615 |
| Consignee's Name & Address <br> SEARS ROEBUCK AND CO. <br> 3333 BEVERLY ROAD <br> HOFFMAN ESTATES IL 60179 UNITED STATES <br> Phone:+18472867959 | Notify |

| Issuing Carrier's Agent Name and City <br> **MALCA-AMIT JK LOGISTICS PVT. LTD. Mumbai** | Shipper hereby request MALCA-AMIT JK LOGISTICS PVT. LTD. (hereinafter: "NETWORK Agent") to arrange for the forwarding of the Shipment described herein through the Malca-Amit International Network TM in accordance with the instructions and information hereunder and subject to the Terms and Conditions on the reverse side hereof. |
|---|---|
| Agent's IATA Code     Account <br> 14-3-6602 0001 | IN THE EVENT THAT NO VALUE IS DECLARED, NETWORK AGENT'S MAXIMUM LIABILITY SHALL NOT EXCEED THE INVOICE VALUE STATED BELOW. |
| Airport of Departure (Addr of first (carrier) & Requested Routing) <br> BOM-MUMBAI CHHATRAPATI SHIVAJI INT'L | The Shipment stated on the face hereof is subject to the FULL LIABILITY OPTION (Section 4.2 on the REVERSE SIDE HEREOF.) |

| To <br> ZRH | By First Carrier <br> SWISS INT'L AIRLINE AG | Routing & Destination | To <br> JFK | By <br> LX | To | By | Payment Method <br> Collect |
|---|---|---|---|---|---|---|---|

| Airport Destination <br> JFK - JOHN F KENNEDY INTERNATIONAL | Flight / Date <br> LX155/27.11 | For Carrier Use Only <br> LX016/27.11 | Flight/Date | | |
|---|---|---|---|---|---|
| Handling Information | REF No.   S18E00314301 | DATE :   26/11/18 | | RBI CODE/ <br> IEC NO. : | 0300066694 |

SHIPPING BILL NO. 4057140.    DATE   26/11/18

| 1) No. of Packages | 3) Nature of Goods | 5) Invoice Value <br> USD | 7) Declared Value for Customs INR | 9) CHA |
|---|---|---|---|---|
| 3 | SILVER JEWELLERY | 20,011.34 | 1,425,808.00 | |
| 2) Weight <br> KG | 4) Carats | 6) Declared Value for Liability purposes <br> USD | 8) Declared Value for Carriage to Airline <br> INR | 10) Sale Term |
| G: 27.066 <br> C: 27.066 | | 22,012.47 | 1,000.00 | FOB |

| | PREPAID INR | COLLECT USD <br> As Per Invoice | MAWB CONSIGNED TO : <br> MALCA-AMIT USA LLC |
|---|---|---|---|
| FREIGHT CHARGE | | | |
| ADDL WEIGHT CHARGE | | | FOR USE AT DESTINATION <br> PO # SS1107 |
| OTHER CHARGES | | | |
| AIRLINE VALUATION CHARGE | | | Shipper certifies that the particulars on the face hereof are correct and that in so far as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations. |
| TAX | | | |
| TOTAL FREIGHT | | As Per Invoice | 26/11/18   MALCA AMIT JK LOGISTICS PVT LTD. |
| REMARKS    GST REG NO. 27AAECM1901B1Z4 | | | Executed on (Date)   At (Place)   SATISH   Signature of Issuing Carrier or its Agent |

1) NETWORK AGENT CHARGES MENTIONED HEREIN ARE UPTO THE AIRPORT DESTINATION ONLY.
2) CHARGES FOR DESTINATION SERVICE AS REQUIRED BY THE CONSIGNEE SHALL BE PAID BY THE CONSIGNEE TO THE NETWORK AGENT OF THE MALCA AMIT INTERNATIONAL NETWORK™ AT DESTINATION.
3) THE SHIPPER / EXPORTER IS RESPONSIBLE FOR VERIFYING THE CORRECTNESS OF ANY DOCUMENT ISSUED PURSUANT TO THIS CONTRACT, FOR THE TRANSPORTATION OF THE SUBJECT SHIPMENT AND ANY ERROR AND / OR AMENDMENT, IF REQUIRED, SHOULD BE REPORTED IN WRITING TO THE ISSUING NETWORK AGENT NO LATER THAN THE NEXT WORKING DAY, OTHERWISE THE DOCUMENTS SHALL BE CONSIDERED CORRECT AND BINDING IN ACCORDANCE WITH THIS CONTRACT.