WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
**In re**                                                       :    Chapter 11
:
**SEARS HOLDINGS CORPORATION,** *et al.*,                       :    Case No. 18-23538 (RDD)
:
Debtors.[1]                                                     :    (Jointly Administered)
:
---------------------------------------------------------------x

### AMENDED NOTICE REGARDING INITIAL DISTRIBUTION
### PURSUANT TO ADMINISTRATIVE EXPENSE CLAIMS CONSENT PROGRAM

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**PLEASE TAKE NOTICE** that on October 15, 2019, the Court entered the *Order (I) Confirming Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors and (II) Granting Related Relief* (ECF No. 5370) (the "**Confirmation Order**"), approving, among other things, the Administrative Expense Claims Consent Program.[2]

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Administrative Expense Claims Consent Program, an aggregate cash distribution of $21 million[3] will commence on December 27, 2019 (the "**Initial Distribution**") to holders of timely allowed and reconciled Opt-In Settled Admin Claims identified on **Exhibit A** (collectively, the "**Initial Distribution Participants**").

**PLEASE TAKE FURTHER NOTICE** that 364 claims will participate in the Initial Distribution, 92 of which were reconciled between the December 13, 2019 omnibus hearing and December 23, 2019.

**PLEASE TAKE FURTHER NOTICE** that pursuant to paragraph 52(a)(i) of the Confirmation Order, the Debtors will deem holders of Opt-In Settled Admin Claims who are *not* Initial Distribution Participants as holders of Non Opt-Out Settled Admin Claims.

**PLEASE TAKE FURTHER NOTICE** that this Amended Notice shall supersede the *Notice Regarding Initial Distribution Pursuant to Administrative Expense Claims Consent Program* (ECF No. 6186) in all respects.

---

[2] Capitalized terms used herein shall have the meaning ascribed to such terms in the *Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors* (ECF No. 5293) (the "**Plan**").

[3] Subject to deductions for certain processing fees.

Dated: December 24, 2019
      New York, New York

/s/ Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**Exhibit A**

**Initial Distribution Participants**

**Exhibit A - Opt-in Ballots Allowed for 1st Disbursement**  In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| Ballot ID | Claimant | Allowed Amount | Cash Distribution |
|---|---|---|---|
| 182353801043388 | 24 7 AI INC | $997,898.00 | $286,382.01 |
| 182353801039883 | 24 7 FIRE PROTECTION SERVICES INC | $17,328.00 | $4,972.88 |
| 182353801042646 | 3M Company | $4,548.95 | $1,305.48 |
| 182353801017310 | 4207602 CANADA INC | $371,972.12 | $106,750.51 |
| 182353801042671 | AAA Pharmaceutical, Inc. | $24,003.60 | $6,888.68 |
| 182353801043204 | Adams, Patricia | $7,350.00 | $2,109.34 |
| 182353801039912 | Agri-Fab, Inc. | $24,593.26 | $7,057.90 |
| 182353801017192 | Ainsworth Pet Nutrition LLC | $151,692.25 | $43,528.44 |
| 182353801042734 | Air Temp Mechanical Inc. | $5,252.30 | $1,507.33 |
| 182353801042742 | AKITAS LANDSCAPE AND MAINTENANCE | $1,220.00 | $350.12 |
| 182353801042745 182353801042744 | ALASKA NORTH STAR BUILDERS | $16,554.13 | $4,750.79 |
| 182353801013948 | ALIZAI ENTERPRISE INC | $12,000.00 | $3,443.82 |
| 182353801042572 | ALL AMERICAN TREE & LAWN | $11,495.00 | $3,298.90 |
| 182353801042578 | ALLIANCE COMFORT SYSTEMS INC | $4,157.50 | $1,193.14 |
| 182353801017240 | ALLIANCE PHARMA INC | $798.85 | $229.26 |
| 182353801043224 | Alpine Creations Ltd | $600,000.00 | $172,191.15 |
| 182353801039933 | AMO Sales & Service Inc | $2,093.28 | $600.74 |
| 182353801043484 | Amstore Corporation | $34,977.00 | $10,037.88 |
| 182353801042805 | ANGLESHELF OF PUERTO RICO | $3,134.35 | $899.51 |
| 182353801042807 | Anglo American Enterprises Corp. | $9,658.94 | $2,771.97 |
| 182353801042818 | APEX SYSTEMS INC | $35,784.04 | $10,269.49 |
| 182353801013976 | APEX TOOL GROUP LLC | $250,000.00 | $71,746.31 |
| 182353801042824 | Apollo Retail Specialist, LLC | $9,575.49 | $2,748.02 |

| Exhibit A - Opt-in Ballots Allowed for 1st Disbursement | | In re: Sears Holdings Corporation, *et al.* |
| | | Case No. 18-23538 (RDD) |

| Ballot ID | Claimant | Allowed Amount | Cash Distribution |
|---|---|---|---|
| 182353801018115 | Architectural Graphics, Inc. (AGI) | $114,660.50 | $32,905.87 |
| 182353801043263 | Arkanoff Painting Inc | $58,259.89 | $16,719.73 |
| 182353801043266 | Armored AutoGroup Sales, Inc. | $9,637.76 | $2,765.90 |
| 182353801043267 | ARMOUTH INTERNATIONAL INC. | $90,000.00 | $25,828.67 |
| 182353801043476 | ARROW PLASTIC MFG | $14,880.04 | $4,270.35 |
| 182353801039942 | ARROW SPORTSWEAR | $368,261.20 | $105,685.54 |
| 182353801016748 | ASIF FAROOQUEE | $2,230.16 | $640.02 |
| 182353801018189 | Aspen Marketing Servs., Inc. | $193,936.58 | $55,656.94 |
| 182353801014025 | AUGUSTINE INC | $16,061.76 | $4,609.49 |
| 182353801013795 | Auxo International Ltd | $334,150.50 | $95,896.27 |
| 182353801042831 | Banks, Lisa Turner | $3,771.00 | $1,082.22 |
| 182353801042847 | BATISTA, MILDRED | $3,819.99 | $1,096.28 |
| 182353801014042 | Baute Crochetiere Hartley & Velkei LLP | $15,464.83 | $4,438.18 |
| 182353801043273 | BAW PLASTICS INC | $7,242.45 | $2,078.48 |
| 182353801043276 | Beauty 21 Cosmetics, Inc. | $144,928.32 | $41,592.29 |
| 182353801043280 | Bedz King LLC | $4,215.87 | $1,209.89 |
| 182353801018129 | Beeline.com, Inc. | $4,256.88 | $1,221.66 |
| 182353801017006 | BEST PARAMOUNT INTERNATIONAL LTD | $145,176.95 | $41,663.64 |
| 182353801039841 | Billion Best Industrial Limited | $29,743.18 | $8,535.85 |
| 182353801042964 | BLASS, JAY | $448.00 | $128.57 |
| 182353801016412<br>182353801042976 | BODY FLEX SPORTS INC | $110,541.60 | $31,723.81 |
| 182353801013612 | Bonnier Corporation | $840,303.28 | $241,154.65 |
| 182353801042981 | Borden Dairy Company of Alabama, LLC | $624.17 | $179.13 |

2

**Exhibit A - Opt-in Ballots Allowed for 1st Disbursement**    In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| Ballot ID | Claimant | Allowed Amount | Cash Distribution |
|---|---|---|---|
| 182353801042982 | Borden Dairy Company of Cincinnati, LLC | $1,983.87 | $569.34 |
| 182353801042983 | Borden Dairy Company of Florida, LLC | $5,438.58 | $1,560.79 |
| 182353801042932 | Borden Dairy Company of Ohio, LLC | $3,294.23 | $945.40 |
| 182353801042933 | Borden Dairy Company of Texas, LLC | $611.32 | $175.44 |
| 182353801042935 | Boston Industrial | $5,431.00 | $1,558.62 |
| 182353801042950 | BPH LLC | $173.50 | $49.80 |
| 182353801042956 182353801043486 | Bradford Capital Holdings, LP | $91,914.68 | $26,378.16 |
| 182353801018239 | BRAELINN VILLAGE 1752, LLC | $36,695.96 | $10,531.20 |
| 182353801043318 | BROOKFIELD EQUINOX LLC-701289 | $4,677.60 | $1,342.40 |
| 182353801016497 182353801016498 | Builder's Best, Inc. | $96,037.67 | $27,561.39 |
| 182353801016503 | Burma Bibas Inc | $425.00 | $121.97 |
| 182353801042378 | CALIFORNIA COMMERCIAL ROOFING SYSTE | $35,489.90 | $10,185.08 |
| 182353801016541 | CALIFORNIA INNOVATIONS INC | $22,873.07 | $6,564.23 |
| 182353801042387 | CANADA DRY BOTTLING COMPANY OF NEW YORK L.P. | $4,657.12 | $1,336.52 |
| 182353801042389 | Canada Dry Delaware Valley Bottling Company | $211.20 | $60.62 |
| 182353801042391 | Canada Dry Distribution Company of Wilmington | $1,471.95 | $422.43 |
| 182353801042393 | Canada Dry Potomac Corporation | $4,628.98 | $1,328.45 |
| 182353801018257 | Caparra Center Associates, LLC | $30,263.62 | $8,685.21 |
| 182353801042408 | CAR-FRESHNER CORPORATION | $6,869.28 | $1,971.38 |
| 182353801040022 | Carson Guam Corporation | $14,697.70 | $4,218.02 |
| 182353801016617 | CE COMPASS INC | $2,960.79 | $849.70 |
| 182353801042467 | Chateau Anne USA, Inc. | $10,327.00 | $2,963.70 |
| ECF No. 5301 | Cherokee Debt Acquisition, LLC | $533,555.00 | $153,122.42 |

**Exhibit A - Opt-in Ballots Allowed for 1st Disbursement**  
In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

| Ballot ID | Claimant | Allowed Amount | Cash Distribution |
|---|---|---|---|
| 182353801039846 | Citi-Talent Limited | $305,564.84 | $87,692.60 |
| 182353801017652 | City of Crystal City | $872.59 | $250.43 |
| 182353801042526 | Clover Imaging Group, LLC, assignee of Clover Technologies Group | $86,600.00 | $24,852.92 |
| 182353801014199 | COCA COLA BTLNG CO CONSOLIDATED | $45,034.66 | $12,924.28 |
| 182353801042532 | Coca-Cola Bottling Company of Int'l Falls | $2,157.42 | $619.15 |
| 182353801016071 | COLORON JEWELRY INC | $125,456.49 | $36,004.16 |
| 182353801040075 | Compass Electrical Solutions, LLC | $485.44 | $139.32 |
| 182353801043468 | Cowen Special Investments LLC as Transferee of A D Sutton & Sons | $38,252.70 | $10,977.96 |
| 182353801042770 | Crown Services, Inc. | $8,570.62 | $2,459.64 |
| 182353801043371 | CRST Specialized Transportation, Inc. | $5,817.46 | $1,669.53 |
| 182353801016249 | CUPID FOUNDATIONS INC | $14,017.64 | $4,022.86 |
| 182353801042919 | Data Print Technologies, Inc. | $70,048.15 | $20,102.79 |
| 182353801042922 | DataSpan Holdings, Inc | $12,032.98 | $3,453.29 |
| 182353801016345 | DEBBY HERMOSURA RODRIGUEZ OD | $5,812.00 | $1,667.96 |
| 182353801014274 | Demert Brands Inc | $43,876.80 | $12,591.99 |
| 182353801016797 | DIRECTIONS STUDIO LLC | $83,991.06 | $24,104.20 |
| 182353801015769 | DISSTON COMPANY | $41,876.67 | $12,017.99 |
| 182353801039817 | DIVA INTERNATIONAL INC | $6,084.00 | $1,746.02 |
| 182353801043059 | DM MERCHANDISING INC | $8,467.20 | $2,429.96 |
| 182353801043390<br>182353801042112 | Dorcy International, Inc. | $702,048.94 | $201,477.69 |
| 182353801043400 | DR ALBERT VELASCO JR PA | $5,466.50 | $1,568.80 |
| 182353801043334 | DXC Technology Services LLC | $105,686.00 | $30,330.32 |
| 182353801040165 | Dynamic Solar Solutions Inc. | $9,650.00 | $2,769.41 |

**Exhibit A - Opt-in Ballots Allowed for 1st Disbursement**       In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| Ballot ID | Claimant | Allowed Amount | Cash Distribution |
|---|---|---|---|
| 182353801042130<br>182353801042129 | East Coast Lumber Building Supply Company | $366.28 | $105.12 |
| 182353801042154 | EDGEWELL PERSONAL CARE | $12,802.22 | $3,674.05 |
| 182353801015907 | ELCO LABORATORIES DIV CHGO AEROSOL | $34,641.96 | $9,941.73 |
| 182353801015928 | ELEVATE LLC | $7,801.78 | $2,239.00 |
| 182353801014349 | ENCHANTE ACCESSORIES INC | $26,860.35 | $7,708.52 |
| 182353801040178 | Englewood Electrical Supply | $688.30 | $197.54 |
| 182353801040189 | Environmental Products & Services Inc. | $1,338,099.26 | $384,014.76 |
| 182353801040191 | ENVISIONS LLC | $2,016.00 | $578.56 |
| 182353801042221 | EuroBlooms, LLC | $148,986.00 | $42,756.79 |
| 182353801042232 | Express Services, Inc. | $2,046.39 | $587.28 |
| 182353801042252<br>182353801042255<br>182353801040200<br>182353801040199<br>182353801042253<br>182353801042254 | Fair Harbor Capital LLC | $180,639.19 | $51,840.78 |
| 182353801040206 | Fanatics Licensed Sports Group, LLC f/k/a VF Licensed Sports Group, LLC | $40,472.00 | $11,614.87 |
| 182353801014393 | FERRERO INC | $8,340.85 | $2,393.70 |
| 182353801040223 | Field Manufacturing, Corp. | $6,848.64 | $1,965.46 |
| 182353801042292 | First Alert, Inc. | $6,991.98 | $2,006.60 |
| 182353801042300 | Florida Construction Experts | $6,700.00 | $1,922.80 |
| 182353801013714 | Flynn Enterprises, LLC | $2,598.20 | $745.65 |
| 182353801042308 | FORD, CHARLOTTE | $1,414.24 | $405.87 |
| 182353801042314 | Fox Appliance Parts of Augusta, Inc | $3,616.97 | $1,038.02 |
| 182353801018527 | Franco Manufacturing Co., Inc. | $16,000.00 | $4,591.76 |
| 182353801042326 | FULLER, CONNIE | $1,314.09 | $377.12 |

**Exhibit A - Opt-in Ballots Allowed for 1st Disbursement**              In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| Ballot ID | Claimant | Allowed Amount | Cash Distribution |
|---|---|---|---|
| 182353801015608 | G&L CLOTHING CO INC | $3,963.46 | $1,137.45 |
| 182353801040228 | Gama Sonic USA, Inc. | $3,576.50 | $1,026.40 |
| 182353801040241 | Gelmart Industries Inc. | $43,783.62 | $12,565.25 |
| 182353801040242 | General International Power Products, LLC | $32,508.72 | $9,329.52 |
| 182353801042418 | GF3 Ventures LLC | $9,001.90 | $2,583.41 |
| 182353801015683 | GHIRARDELLI CHOCOLATE COMPANY | $62,652.84 | $17,975.44 |
| 182353801043087 | Gokaldas Exports Ltd. | $1,020,000.00 | $292,724.96 |
| 182353801043408 | GOODY PRODUCTS INC | $28,608.72 | $8,210.28 |
| 182353801042504 182353801042503 182353801042502 182353801015959 | GRACO CHILDRENS PRODUCTS INC | $177,559.88 | $50,957.07 |
| 182353801042505 | Graddy, Harold & Mary | $200.00 | $57.40 |
| 182353801042510 | Green Mountain Imports LLC | $1,230.39 | $353.10 |
| 182353801040256 | GREENPRO SPRAY AND LAWN MAINT | $3,031.16 | $869.90 |
| ECF No. 5301 182353801042781 | Hain Capital Investor Master Fund, Ltd. | $8,360,605.94 | $2,399,370.65 |
| 182353801015120 182353801015119 | HAMPTON FORGE LTD | $95,129.48 | $27,300.76 |
| 182353801013874 | Hansae Co. Ltd. | $1,454,476.87 | $417,413.42 |
| 182353801042988 | Hasbro Inc | $1,409,969.74 | $404,640.53 |
| 182353801043372 | Hasbro International Trading BV | $93,617.20 | $26,866.76 |
| 182353801043007 | HELLERS GAS | $39,323.37 | $11,285.23 |
| 182353801043009 | Helton Lawn Service, Inc. | $1,625.00 | $466.35 |
| 182353801040278 | HERITAGE FS, INC | $1,058.88 | $303.89 |
| 182353801040280 | Hero USA Inc. as Transferee of Signature Brands, LLC | $433,963.20 | $124,541.04 |
| 182353801040292 | Hicks & Sons Lawn Maintenance Inc | $2,800.00 | $803.56 |

**Exhibit A - Opt-in Ballots Allowed for 1st Disbursement**   In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| Ballot ID | Claimant | Allowed Amount | Cash Distribution |
|---|---|---|---|
| 182353801041815 | HKD Global Limited | $211,765.42 | $60,773.55 |
| 182353801041817 | Hoffmaster Group, Inc. | $27,384.66 | $7,858.99 |
| 182353801043016 | HOLDSUN GROUP LIMITED | $111,489.36 | $31,995.80 |
| 182353801015288 | HOME AND TRAVEL SOLUTIONS LLC | $2,033.85 | $583.68 |
| 182353801015296 | HOME PRODUCTS INTL - NORTH AMER INC | $1,095,886.96 | $314,503.40 |
| 182353801013613 | HomeAdvisor, Inc. | $607,879.84 | $174,452.55 |
| 182353801015322 | Hudson Home Group LLC | $24,960.45 | $7,163.28 |
| 182353801014556 | HUSQVARNA OUTDOOR PRODUCTS INC | $1,326,374.38 | $380,649.89 |
| 182353801041840 | Hydraulic and Electromechanic Services and Repairs | $2,447.00 | $702.25 |
| 182353801040320 | Industrial Power and Lighting Corp. | $3,896.61 | $1,118.27 |
| 182353801018506 | Infor (US), Inc. | $1,605.00 | $460.61 |
| 182353801041901 | Ingram Electro-Mek Inc | $30,255.80 | $8,682.97 |
| 182353801043402 | Inner Dynamics | $4,840.00 | $1,389.01 |
| 182353801014575 | INNOVA ELECTRONICS CORP | $18,557.04 | $5,325.60 |
| 182353801043421 | INNOVATIVE FACILITY SERVICES LLC | $49,353.83 | $14,163.82 |
| 182353801040331 | International Paper | $116,548.33 | $33,447.65 |
| 182353801015639 | INTRALINKS, INC | $45,706.31 | $13,117.04 |
| 182353801015859 | IVY TRADING INC | $101,028.50 | $28,993.69 |
| 182353801043370 | J G ELECTRIC | $2,716.27 | $779.53 |
| 182353801041989 | JAE HOON CORPORATION | $58,515.13 | $16,792.98 |
| 182353801041994 | JAK PROPERTY SERVICES LLC | $7,880.00 | $2,261.44 |
| 182353801041995 | Ja-Ru, Inc | $19,901.88 | $5,711.55 |
| 182353801043379 | Jaydee Group USA Inc. | $6,622.71 | $1,900.62 |

**Exhibit A - Opt-in Ballots Allowed for 1st Disbursement**

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| Ballot ID | Claimant | Allowed Amount | Cash Distribution |
|---|---|---|---|
| 182353801040358 | JOHNSON & JOHNSON CONSUMER INC. | $350,224.22 | $100,509.19 |
| 182353801014943 | Jordache Limited | $1,000,000.00 | $286,985.26 |
| 182353801040376 | Jore Corporation | $280,117.22 | $80,389.51 |
| 182353801042050 | JS Products, Inc. | $90,288.00 | $25,911.32 |
| 182353801017587 | JUPITER WORKSHOPS HK LTD | $15,525.80 | $4,450.68 |
| 182353801043376 | K G Denim Limited | $354,690.20 | $101,790.86 |
| 182353801042058 | Kao USA Inc. | $39,050.57 | $11,206.94 |
| 182353801014653 | KBS Jewelry Inc | $4,481.36 | $1,286.08 |
| 182353801042091 | Kimberly-Clark Corporation | $748,232.33 | $214,731.65 |
| 182353801042095 | Kimberly-Clark Puerto Rico, Inc. | $130,509.43 | $37,454.28 |
| 182353801042097 | KING AND SONS PLUMBING CO | $754.79 | $216.62 |
| 182353801017650 | KING, ELAINE S | $1,800.00 | $516.57 |
| 182353801040381 | KINGS LANDSCAPING | $4,225.00 | $1,212.51 |
| 182353801013661 | KIR Montebello, L.P. | $92,474.80 | $26,538.90 |
| 182353801015109 | KOBI KATZ INC | $6,849.98 | $1,965.84 |
| 182353801014692 | KOSS CORPORATION | $10,728.00 | $3,078.78 |
| 182353801017973 | Lafayette Marketplace Baceline, LLC, by Baceline Investments, LLC | $2,338.06 | $670.99 |
| 182353801042273 | Language Services Associates, Inc. | $923.90 | $265.15 |
| 182353801043345 | LARSON MANUFACTURING COMPANY INC | $9,899.50 | $2,841.01 |
| 182353801042344 | Ledvance LLC | $349,504.10 | $100,302.52 |
| 182353801043185 | Lee and Co. Ltd. | $67,702.75 | $19,424.69 |
| 182353801042345 | LEE FLANAGAN | $2,630.00 | $754.77 |
| 182353801040418 | Levi Strauss & Co., Inc. | $1,179,761.37 | $338,574.12 |

| | | | |
|---|---|---|---|
| **Exhibit A - Opt-in Ballots Allowed for 1st Disbursement** | | In re: Sears Holdings Corporation, *et al.* | |
| | | Case No. 18-23538 (RDD) | |

| Ballot ID | Claimant | Allowed Amount | Cash Distribution |
|---|---|---|---|
| 182353801040427 | LFC, LLC dba Genuine Grip Footwear | $6,373.00 | $1,828.96 |
| 182353801041569<br>182353801041568<br>182353801041567 | LIGHTRICITY ELEKTRIC LLC | $33,807.96 | $9,702.39 |
| 182353801041578 | Lisa International | $388,503.60 | $111,494.81 |
| 182353801017600 | LONGSHORE LTD | $23,436.00 | $6,725.79 |
| 182353801018208 | Luan Investment SE | $44,789.93 | $12,854.05 |
| 182353801018193 | M&S Landscaping Inc. | $276,297.70 | $79,293.37 |
| 182353801040454 | MACHUGA CONTRACTORS, INC | $7,918.56 | $2,272.51 |
| 182353801040456 | Magformers, LLC | $2,373.15 | $681.06 |
| 182353801019037 | MAGIC VIDEO INCORPORATED | $158.40 | $45.46 |
| 182353801041651 | Marketing Card Technology, LLC | $44,405.70 | $12,743.78 |
| 182353801043502 | MARKETPLACE BRANDS LLC | $53,192.12 | $15,265.35 |
| 182353801019134 | MATOSANTOS COMMERCIAL CORP. | $5,021.90 | $1,441.21 |
| 182353801041671 | MAX MEHRA COLLECTION | $17,000.00 | $4,878.75 |
| 182353801017770 | MC Builders, LLC | $112,473.85 | $32,278.34 |
| 182353801043403 | MCCOWAN, BETTY | $5,000.00 | $1,434.93 |
| 182353801019169 | MCKEE FOODS CORP | $66,297.30 | $19,026.35 |
| 182353801019182 | MECHANIX WEAR | $73,642.44 | $21,134.29 |
| 182353801019196 | MEGAGOODS INC | $109,586.30 | $31,449.65 |
| 182353801041716 | Meguiar's, Inc. | $46,560.60 | $13,362.21 |
| 182353801041721 | MELTON, KORY | $800.00 | $229.59 |
| 182353801043430 | Micro Focus, LLC | $136,562.24 | $39,186.35 |
| 182353801041749 | MICROSYSTEMS INC | $3,500.00 | $1,004.45 |

**Exhibit A - Opt-in Ballots Allowed for 1st Disbursement**

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| Ballot ID | Claimant | Allowed Amount | Cash Distribution |
|---|---|---|---|
| 182353801040487 | Mike Media Group Inc | $18,000.00 | $5,165.73 |
| 182353801018123 | Milton Manufacturing, LLC | $150,852.86 | $43,292.55 |
| 182353801043475 | MJ Holding Company, LLC | $59,827.80 | $17,169.70 |
| 182353801013687 | Molsberry Sorrells LLC | $2,308.00 | $662.36 |
| 182353801043351 | Mommy's Helper Inc. | $14,262.28 | $4,093.06 |
| 182353801041783 | Morales, Betty | $2,100.00 | $602.67 |
| 182353801041784 | Moran, Amanda | $9,091.00 | $2,608.98 |
| 182353801019386 | MR2D GLOBAL TRADING LLC | $7,568.00 | $2,171.90 |
| 182353801041802 | Munch's Supply | $9,404.06 | $2,698.83 |
| 182353801041804 | MUSIC TECHNOLOGIES INTERNATIONAL | $39,933.73 | $11,460.39 |
| 182353801043445 | Natrol LLC | $2,448.00 | $702.54 |
| 182353801019460 | NEIL KRAVITZ GROUP SALES INC | $7,347.78 | $2,108.70 |
| 182353801041945 | NETRELEVANCE LLC | $214,464.98 | $61,548.29 |
| 182353801041958 | New View Gifts & Accessories | $51,653.52 | $14,818.80 |
| 182353801041960 | Niagara Bottling, LLC | $257,552.41 | $73,908.74 |
| 182353801018267 | NorthStar Group Services, Inc. | $560,709.61 | $160,915.39 |
| 182353801040544<br>182353801043465 | Olympus Peak Master Fund LP | $3,145,033.46 | $902,578.24 |
| 182353801043343 | ONYX CORPORATION | $2,623.33 | $752.86 |
| 182353801042596 | Optiv Security, Inc. | $628,982.63 | $180,508.74 |
| 182353801019659 | ORIENTAL UNLIMITED INC | $4,098.74 | $1,176.28 |
| 182353801019660 | ORIGINAL CALIFORNIA CAR DUSTER CO | $8,236.20 | $2,363.67 |
| 182353801039826 | P.K. Douglass Inc. | $14,076.00 | $4,039.60 |
| 182353801041326 | Pacific Green Landcare LLC (5906) | $13,800.00 | $3,960.40 |

**Exhibit A - Opt-in Ballots Allowed for 1st Disbursement**    In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| Ballot ID | Claimant | Allowed Amount | Cash Distribution |
|---|---|---|---|
| 182353801041336 | Parfums de Coeur, Ltd. | $43,200.00 | $12,397.76 |
| 182353801043032<br>182353801043030<br>182353801041344 | PCL Co Limited | $775,602.28 | $222,586.43 |
| ECF No. 6053 | Pearl Global Industries Limited | $1,130,000.00 | $324,293.34 |
| 182353801040568 | Pepsi Cola & National Brand Beverages, Ltd | $1,425.45 | $409.08 |
| 182353801040571 | Pepsi Cola Bottling Company of New York, Inc. | $34,021.38 | $9,763.63 |
| 182353801040581 | Perio, Inc | $2,250.12 | $645.75 |
| 182353801041347 | Peru K-M Company, LLC | $35,331.50 | $10,139.62 |
| 182353801041355 | Petoskey Plastics, Inc. | $2,291.60 | $657.66 |
| 182353801041360 | Piedmont Lawn Care MGMT, LLC | $3,525.00 | $1,011.62 |
| 182353801019853 | POSITEC USA INC | $5,140.45 | $1,475.23 |
| 182353801019867 | PRAGMA CORPORATION | $2,202.00 | $631.94 |
| 182353801041390 | Pratt Industries, Inc. | $40,826.40 | $11,716.57 |
| 182353801019921 | PROFOOT INC | $246.65 | $70.79 |
| 182353801019933 | PROPEL TRAMPOLINES LLC | $63,184.00 | $18,132.88 |
| 182353801043391 | PULSAR PRODUCTS INC | $25,290.19 | $7,257.91 |
| 182353801040631 | R & C ELECTRIC | $2,736.50 | $785.34 |
| 182353801040632<br>182353801040633 | R E Michel Company LLC | $35,885.02 | $10,298.48 |
| 182353801018431 | Red Bull Distribution Company, Inc | $21,794.39 | $6,254.67 |
| 182353801040653 | ReviewTrackers Inc | $2,128.31 | $610.79 |
| 182353801040664 | Richline Group, Inc. | $221,281.36 | $63,504.49 |
| 182353801041611 | RIGHT MANAGEMENT INC. | $44,720.00 | $12,833.98 |
| 182353801018697 | ROBERT J CLANCEY LTD | $31,498.72 | $9,039.67 |

**Exhibit A - Opt-in Ballots Allowed for 1st Disbursement**    In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| Ballot ID | Claimant | Allowed Amount | Cash Distribution |
|---|---|---|---|
| 182353801041629 | ROBINSON, JERRY L | $10,000.00 | $2,869.85 |
| 182353801041686 | Rocky Mountain Super Vac, Inc. | $24,322.50 | $6,980.20 |
| 182353801018715 | ROD DESYNE INC | $5,787.14 | $1,660.82 |
| 182353801020059 | Ronan Tools Inc | $17,986.15 | $5,161.76 |
| 182353801017003<br>182353801039868 | Rosemary Assets Limited | $429,633.27 | $123,298.41 |
| 182353801041696 | Rosenthal & Rosenthal, Inc. | $551.75 | $158.35 |
| 182353801020106 | ROSY BLUE INC | $110,428.07 | $31,691.23 |
| 182353801040669<br>182353801040668 | Rubbermaid Commercial Products, LLC | $2,465.01 | $707.42 |
| 182353801040670 | Rubbermaid Incorporated | $13,982.34 | $4,012.73 |
| 182353801043466 | SAFAVIEH INTL LLC | $43,035.14 | $12,350.45 |
| 182353801040692 | Safeway Supply, Inc. | $4,118.74 | $1,182.02 |
| 182353801020180<br>182353801020179<br>182353801043503 | Sakar International Inc | $78,241.25 | $22,454.09 |
| 182353801041887 | Sanford L.P. | $27,441.68 | $7,875.36 |
| 182353801042190 | SCHNEIDERS DAIRY INC | $1,505.67 | $432.11 |
| 182353801042202 | SEASIDE LANDSCAPE & EXCAVATION | $7,208.08 | $2,068.61 |
| 182353801018211 | Securian Life Insurance | $2,026,298.78 | $581,517.88 |
| 182353801020278 | SEELEY SAVIDGE & EBERT CO LPA | $1,222.22 | $350.76 |
| 182353801043166 | Sein Together Co., Ltd. | $16,629.18 | $4,772.33 |
| 182353801020287 | SELLMARK CORPORATION | $4,768.92 | $1,368.61 |
| 182353801040705 | SENNCO SOLUTIONS INC-1000662023 | $2,027.02 | $581.72 |
| 182353801017463 | SHANDONG LAWRANCE TEXTILES CO LTD | $78,619.42 | $22,557.61 |
| 182353801043092 | Shenzhen Everbest Machinery Industry Co., LTD | $163,467.47 | $46,907.75 |

| Exhibit A - Opt-in Ballots Allowed for 1st Disbursement | | In re: Sears Holdings Corporation, *et al.* |
|---|---|---|
| | | Case No. 18-23538 (RDD) |

| Ballot ID | Claimant | Allowed Amount | Cash Distribution |
|---|---|---|---|
| 182353801041151 | Silver Springs Bottled Water Co | $46,391.88 | $13,313.79 |
| 182353801041159 | Simmons Caribbean Bedding, Inc. | $79,029.34 | $22,680.26 |
| 182353801041162 | Simmons Company | $695,433.00 | $199,579.02 |
| 182353801040736 | Small Engine and Mower Services, llc | $200.00 | $57.40 |
| 182353801018819 | SOLDIER SPORTS LLC | $1,377.00 | $395.18 |
| 182353801017030<br>182353801017031 | SP APPARELS LTD | $187,502.71 | $53,810.51 |
| 182353801041194 | Sphere Consulting | $42,876.00 | $12,304.78 |
| 182353801018956 | SQUATTY POTTY LLC | $1,011.75 | $290.36 |
| 182353801041206 | ST CORPORATION | $26,965.43 | $7,738.68 |
| 182353801018958 | STAMAR PACKAGING INC | $219,678.81 | $63,044.58 |
| 182353801040752 | Steven Vardi, Inc. | $72,542.24 | $20,818.55 |
| 182353801043135 | Styletex Ltd | $19,039.48 | $5,464.05 |
| 182353801041220<br>182353801041221 | Sunbeam Products, Inc. | $82,192.71 | $23,588.09 |
| 182353801043368 | Sunrise Mall LLC | $4,110.11 | $1,179.54 |
| 182353801043100 | Superb International Co., Ltd | $159,183.20 | $45,678.23 |
| 182353801041240 | Superior Sweeping Ltd. | $2,750.00 | $789.21 |
| 182353801043360 | SW Corporation dba. Magic Lamp Wholesale | $12,429.28 | $3,567.02 |
| 182353801020538 | SWANSON MARTIN & BELL | $14,740.42 | $4,230.28 |
| 182353801041252 | Szul USA LLC | $5,851.89 | $1,679.41 |
| 182353801043358 | Tannor Partners Credit Fund, LP | $623,959.29 | $179,067.12 |
| 182353801040773 | TAYLOR MAINT | $9,456.10 | $2,713.76 |
| 182353801040774 | TAYLOR, CORY | $500.00 | $143.50 |
| 182353801018195 | TeleBrands, Corp. | $115,027.00 | $33,011.05 |

**Exhibit A - Opt-in Ballots Allowed for 1st Disbursement**

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| Ballot ID | Claimant | Allowed Amount | Cash Distribution |
|---|---|---|---|
| 182353801040788 | TELUS ENTERPRISE SOLUTIONS CORP | $998,100.58 | $286,440.15 |
| 182353801020659 | The Best Deals For You LLC | $5,712.27 | $1,639.34 |
| 182353801043367 | The Canadian Group | $33,299.20 | $9,556.38 |
| 182353801041285 | The Comet Clothing Company, LLC | $19,749.00 | $5,667.67 |
| 182353801041291 | The Goodyear Tire & Rubber Company | $382,884.12 | $109,882.10 |
| 182353801041293 | THE KRAFT HEINZ COMPANY | $244,973.65 | $70,303.83 |
| 182353801041299 | The Organic Tool Corporation | $4,680.00 | $1,343.09 |
| 182353801041303 | The State News, Inc. a non-profit company | $16,000.00 | $4,591.76 |
| 182353801018482 | The Trustees of the Estate of the Bernice Pauahi Bishop, doing business as Kamehameha Schools | $199,049.00 | $57,124.13 |
| 182353801020710 | THERMWELL PRODUCTS CO INC | $54,584.88 | $15,665.06 |
| 182353801040799 | THOMPSON BRODY & KAPLAN LLP | $5,213.64 | $1,496.24 |
| 182353801040819 | Toma, Jean | $1,298.00 | $372.51 |
| 182353801041474 | Triangle Trading Co, Inc | $4,168.87 | $1,196.40 |
| 182353801041544 | True Value Company, LLC a/k/a True Value Manufacturing | $17,957.19 | $5,153.45 |
| 182353801020881 | Turtle Wax Inc | $58,090.11 | $16,671.01 |
| 182353801043414 | Twin City Estate Corporation, by R.L. Jones Properties, its agent | $7,758.20 | $2,226.49 |
| 182353801040828 | Two Lips Shoes | $146,347.20 | $41,999.49 |
| 182353801018196 | U.S. Bank, N.A., as Trustee for Series 2005 IQ9 Notes | $16,374.80 | $4,699.33 |
| 182353801040843 | Uni Hosiery Co Inc | $38,236.20 | $10,973.23 |
| 182353801013692 | US REALTY 86 ASSOCIATES | $10,685.45 | $3,066.57 |
| 182353801020974 | USA OUTERWEAR LLC | $395,122.75 | $113,394.40 |
| 182353801040946 | VACCARO, R | $500.00 | $143.50 |
| 182353801040959 | Van Hook Service Co., Inc. | $7,675.67 | $2,202.80 |

**Exhibit A - Opt-in Ballots Allowed for 1st Disbursement**    In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| Ballot ID | Claimant | Allowed Amount | Cash Distribution |
| --- | --- | --- | --- |
| 182353801021020 | VAUGHAN & BUSHNELL MFG CO | $48,604.28 | $13,948.71 |
| 182353801040970 182353801040969 | Vehicle Service Group, LLC dba Rotary Lift, a Dover corporation | $201,945.82 | $57,955.47 |
| 182353801040973 182353801040972 | Vendor Recovery Fund IV, LLC | $67,212.30 | $19,288.94 |
| 182353801040853 | Verint Americas Inc | $129,993.18 | $37,306.13 |
| 182353801040979 | Voss Distributing LLC | $798.80 | $229.25 |
| 182353801040985 | WAGABAZA, WILLIAM | $3,000.00 | $860.96 |
| 182353801021177 | WD 40 COMPANY | $6,214.20 | $1,783.38 |
| 182353801039837 | Western Sales Trading Company | $100,297.33 | $28,783.86 |
| ECF No. 5301 | Whitebox Asymmetric Partners LP | $8,676,589.32 | $2,490,053.22 |
| ECF No. 5301 | Whitebox Multi Strategy Partners LP | $13,812,108.31 | $3,963,871.46 |
| 182353801021267 | WICKED FASHIONS INC | $144,912.00 | $41,587.61 |
| 182353801041067 | Williams Construction | $6,700.00 | $1,922.80 |
| 182353801043472 | WING HING SHOES FACTORY LIMITED | $228,487.26 | $65,572.48 |
| 182353801040908 | Wise Food Inc | $13,696.92 | $3,930.81 |
| 182353801018204 | WSSR, LLC | $20,321.30 | $5,831.91 |
| 182353801043461 | Xiamen Golden Textile Imp & Exp Co, LTD | $794,772.88 | $228,083.10 |
| 182353801040926 | Yesco LLC | $24,174.65 | $6,937.77 |
| 182353801041097 | Zebra Technologies International, LLC | $28,003.79 | $8,036.67 |
| **Total** | | **$73,174,490.44** | **$20,999,945.00** |

*The difference between the $21 million and the total to be disbursed is due to certain fees incurred*