IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al., | Case No. 18-23538-RDD |
| Debtors. | WITHDRAWAL |

PLEASE TAKE NOTICE that I, Charles E. Chamberlin, hereby request the withdrawal of my appearance on behalf of the State of Nebraska, Nebraska Game and Parks Commission in the above captioned chapter 11 cases and request to be removed from all service lists in these cases, including all electronic service lists and the ECF notification system.

PLEASE TAKE FUTHER NOTICE that Carlton W. Wiggam continues to represent the State of Nebraska, Nebraska Game and Parks Commission in the above captioned chapter 11 cases.

Dated December 26, 2019.

Respectfully submitted,
*s/ Charles E. Chamberlin*
Charles E. Chamberlin, NE # 24924
*Assistant Attorney General*

OFFICE OF THE ATTORNEY GENERAL
2115 State Capitol
Lincoln, Nebraska 68509
(402) 471-2682
charles.chamberlin@nebraska.gov