**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> SEARS HOLDINGS CORPORATION, *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 18-23538 (RDD) <br><br> (Jointly Administered) |

**THIRTEENTH MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM <u>NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019</u>**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide Professional Services to: | Official Committee of Unsecured Creditors |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Date of Retention: | December 19, 2018, *nunc pro tunc* to October 25, 2018 |
| Period for which compensation and reimbursement is sought: | November 1, 2019 through November 30, 2019 |
| Monthly Fees Incurred: | $169,111.00 |
| Monthly Expenses Incurred: | $349.45 |
| Total Fees and Expenses: | $169,460.45 |

This is a:  X  monthly _____ interim _____ final application

This statement (the "**Fee Statement**") of FTI Consulting, Inc. (together with its wholly owned subsidiaries and independent contractors, "**FTI**") as financial advisor to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al.* (the "**Committee**") is submitted in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No.796] entered on November 16, 2018, (the "**Order**"). In support of this Fee Statement, FTI respectfully states as follows.

1. The fees and expenses for the period from November 1, 2019 through and including November 30, 2019 (the "**Thirteenth Fee Period**") amount to:

| | |
|---|---|
| Professional Fees | $169,111.00 |
| Expenses | 349.45 |
| **TOTAL** | **$169,460.45** |

2. In accordance with the Order, if no timely and proper objection is made by a party-in-interest within fifteen (15) days after service of this Fee Statement, the Debtors are authorized to pay 80% of professional fees and 100% of out-of-pocket expenses. These amounts are presented below.

| | |
|---|---:|
| Professional Fees at 80% | $135,288.80 |
| Expenses at 100% | <u>349.45</u> |
| **TOTAL** | **<u>$135,638.25</u>** |

3. The professionals providing services, hourly billing rates, the aggregate hours worked by each professional, and the aggregate hourly fees for each professional during the Thirteenth Fee Period are set forth on the schedule annexed hereto as **Exhibit "A."**

4. A summary of aggregate hours worked and aggregate hourly fees for each task code during the Thirteenth Fee Period is set forth on the schedule annexed hereto as **Exhibit "B."**

5. Detailed time entry by task code during the Thirteenth Fee Period is set forth on the schedule annexed hereto as **Exhibit "C."**

6. A summary of expenses incurred during the Thirteenth Fee Period is set forth on the schedule annexed hereto as **Exhibit "D."**

7. Detailed breakdown of the expenses incurred during the Thirteenth Fee Period is set forth on the schedule annexed hereto as **Exhibit "E."**

8. FTI reserves the right to request, in subsequent fee statements and applications, any fees and reimbursement of any additional expenses incurred during the Thirteenth Fee Period, as such fees and expenses may not have been captured to date in FTI's billing system.

**NOTICE AND OBJECTION PROCEDURES**

9. Notice of this Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Mohsin Y. Meghji (email: mmeghji@miiipartners.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrett A. Fail (email: garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); and (iv) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email: paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com); (v) Paul E. Harner, fee examiner, 1675 Broadway, New York, NY 10019 (email: harnerp@ballardspahr.com); and (vi) counsel to the fee examiner, Ballard Spahr LLP, 1675 Broadway, New York, NY 10019, Attention: Vincent J. Marriott (email: marriott@ballardspahr.com) and Tobey M. Daluz (email: daluzt@ballardspahr.com) (collectively, the "Notice Parties").

10. Objections to this Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than January 10, 2020 (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

11. If no objections to this Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

12. If an objection to this Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: New York, New York
December 26, 2019

> FTI CONSULTING, INC.
> Financial Advisors to the Official Committee of
> Unsecured Creditors of Sears Holdings Corporation
>
> By: */s/ Matthew Diaz*
> Matthew Diaz, Senior Managing Director
> Three Times Square, 10th Floor
> New York, New York 10036
> Telephone: (212) 499-3611
> Email: matt.diaz@fticonsulting.com

**EXHIBIT A**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD NOVEMBER 1, 2019 TO NOVEMBER 30, 2019**

| Professional | Position | Specialty | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Simms, Steven | Sr Managing Dir | Restructuring | $ 1,195 | 0.6 | 717.00 |
| Star, Samuel | Sr Managing Dir | Restructuring | 1,095 | 1.0 | 1,095.00 |
| Diaz, Matthew | Sr Managing Dir | Restructuring | 1,050 | 30.2 | 31,710.00 |
| Nelson, Cynthia A | Sr Managing Dir | Real Estate | 1,050 | 0.7 | 735.00 |
| Friedland, Scott D. | Sr Managing Dir | Forensics | 985 | 21.7 | 21,374.50 |
| Carr, Emre | Sr Managing Dir | Forensics | 985 | 11.1 | $ 10,933.50 |
| Gotthardt, Gregory | Sr Managing Dir | Real Estate | 775 | 0.4 | 310.00 |
| Yozzo, John | Managing Dir | Restructuring | 830 | 1.5 | 1,245.00 |
| Eisler, Marshall | Senior Director | Restructuring | 795 | 47.8 | 38,001.00 |
| Kim, Ye Darm | Consultant | Restructuring | 400 | 105.4 | 42,160.00 |
| Shapiro, Jill | Consultant | Restructuring | 400 | 50.4 | 20,160.00 |
| Adler, Leana | Consultant | Forensics | 350 | 0.5 | 175.00 |
| Hellmund-Mora, Marili | Associate | Restructuring | 275 | 1.8 | 495.00 |
| **TOTAL** | | | | **273.1** | **$ 169,111.00** |

**EXHIBIT B**

**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD NOVEMBER 1, 2019 TO NOVEMBER 30, 2019**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 1 | Current Operating Results & Events | 2.6 | $ 2,730.00 |
| 5 | Real Estate Issues | 0.7 | 735.00 |
| 14 | Analysis of Claims/Liab Subject to Compr | 0.7 | 280.00 |
| 16 | Analysis, Negotiate and Form of POR & DS | 1.0 | 1,095.00 |
| 17 | Wind Down Monitoring | 62.8 | 37,900.00 |
| 18 | Potential Avoidance Actions & Litigation | 180.7 | 116,431.00 |
| 24 | Preparation of Fee Application | 24.6 | 9,940.00 |
|  | **GRAND TOTAL** | **273.1** | **$ 169,111.00** |

**EXHIBIT C**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD NOVEMBER 1, 2019 TO NOVEMBER 30, 2019**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 11/4/2019 | Diaz, Matthew | 1.1 | Review the Debtors' updated operating results. |
| 1 | 11/6/2019 | Diaz, Matthew | 0.9 | Review case protocols and the budget to actual analysis. |
| 1 | 11/11/2019 | Diaz, Matthew | 0.6 | Review trust operating results report to be shared with the Committee. |
| **1 Total** | | | **2.6** | |
| 5 | 11/1/2019 | Nelson, Cynthia A | 0.5 | Discuss with internal team the sales process for certain real estate assets. |
| 5 | 11/6/2019 | Nelson, Cynthia A | 0.2 | Review and confirm FTI value estimates as compared with Debtors' in connection with property listings. |
| **5 Total** | | | **0.7** | |
| 14 | 11/7/2019 | Kim, Ye Darm | 0.7 | Assess potential claims from unassumed contracts by TransformCo. |
| **14 Total** | | | **0.7** | |
| 16 | 11/15/2019 | Star, Samuel | 0.2 | Develop work plan for proposed 503(b)(a) and preference settlement. |
| 16 | 11/18/2019 | Star, Samuel | 0.3 | Participate on call with team re: proposed administrative claim and preference settlement. |
| 16 | 11/18/2019 | Star, Samuel | 0.3 | Participate on call with team re: approach to monitoring administrative claim and preference settlement. |
| 16 | 11/21/2019 | Star, Samuel | 0.2 | Review updated list of opt in and opt out administrative creditors and related claim amounts and note follow ups for team. |
| **16 Total** | | | **1.0** | |
| 17 | 11/1/2019 | Simms, Steven | 0.6 | Review update on administrative solvency issues. |
| 17 | 11/1/2019 | Eisler, Marshall | 1.4 | Prepare summary of Calder Statue update for the UCC. |
| 17 | 11/4/2019 | Kim, Ye Darm | 0.9 | Analyze weekly winddown budget variance report from Debtors. |
| 17 | 11/4/2019 | Eisler, Marshall | 0.9 | Correspond with Akin re: post confirmation cash flow. |
| 17 | 11/4/2019 | Eisler, Marshall | 1.1 | Evaluate proposal by the Debtors to sell remaining parcels of land owned by the estate. |
| 17 | 11/4/2019 | Eisler, Marshall | 1.2 | Review proposed corporate governance for post-confirmation as provided by Weil. |
| 17 | 11/6/2019 | Eisler, Marshall | 0.5 | Review latest budget to actuals as provided by M-III. |
| 17 | 11/7/2019 | Diaz, Matthew | 0.5 | Participate on call with the Debtors to discuss cash flow, claims, and disputes with Transform. |
| 17 | 11/7/2019 | Kim, Ye Darm | 0.5 | Participate on call with Counsel re: APA disputes and winddown monitoring. |

**EXHIBIT C**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD NOVEMBER 1, 2019 TO NOVEMBER 30, 2019**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 17 | 11/7/2019 | Kim, Ye Darm | 0.8 | Review post-confirmation cash flow forecast provided by the Debtors. |
| 17 | 11/7/2019 | Kim, Ye Darm | 1.6 | Prepare presentation for the committee re: summary analysis of winddown progress and gap-to-emergence. |
| 17 | 11/7/2019 | Kim, Ye Darm | 2.9 | Continue to prepare summary analysis of winddown progress and gap to emergence for the UCC. |
| 17 | 11/7/2019 | Shapiro, Jill | 1.0 | Review updates on APA dispute, current cash flows, and claims reconciliation process. |
| 17 | 11/7/2019 | Kim, Ye Darm | 0.5 | Participate in weekly winddown update call with M-III. |
| 17 | 11/7/2019 | Eisler, Marshall | 0.7 | Correspond with Counsel re: admin creditor allowance issue. |
| 17 | 11/7/2019 | Eisler, Marshall | 0.5 | Participate in a call with the Debtors to discuss cash flows, claims, and disputes with Transform. |
| 17 | 11/7/2019 | Eisler, Marshall | 1.7 | Review summary of wind down cash flow forecast, including assumptions required for emergence. |
| 17 | 11/8/2019 | Kim, Ye Darm | 2.3 | Revise presentation to the Committee re: analysis of winddown progress and gap-to-emergence. |
| 17 | 11/8/2019 | Kim, Ye Darm | 1.6 | Prepare presentation for the Committee re: analysis of winddown progress and gap-to-emergence. |
| 17 | 11/8/2019 | Eisler, Marshall | 1.2 | Review draft presentation for UCC outlining latest budget to actuals. |
| 17 | 11/8/2019 | Eisler, Marshall | 1.2 | Analyze Transform's supplemental APA memo. |
| 17 | 11/9/2019 | Kim, Ye Darm | 1.6 | Process revisions to presentation for the Committee re: summary analysis of winddown progress and gap-to-emergence. |
| 17 | 11/9/2019 | Kim, Ye Darm | 0.6 | Continue to revise presentation to the Committee re: summary analysis of winddown progress and gap-to-emergence. |
| 17 | 11/10/2019 | Eisler, Marshall | 0.9 | Provide comments to presentation summarizing the winddown cash flow forecasts. |
| 17 | 11/11/2019 | Kim, Ye Darm | 2.6 | Continue to revise presentation to the Committee re: summary analysis of winddown progress and gap-to-emergence. |
| 17 | 11/11/2019 | Eisler, Marshall | 1.4 | Provide comments to the winddown budget presentation to be sent to the litigation designees. |
| 17 | 11/14/2019 | Shapiro, Jill | 0.4 | Review updates on asset monetization. |
| 17 | 11/14/2019 | Shapiro, Jill | 0.4 | Participate in weekly call with M-III re: APA disputes and claims process. |
| 17 | 11/18/2019 | Diaz, Matthew | 0.5 | Review the updated admin and preference claims analysis. |
| 17 | 11/18/2019 | Kim, Ye Darm | 1.1 | Prepare follow up diligence list re: preference claims. |
| 17 | 11/18/2019 | Kim, Ye Darm | 1.1 | Participate in call with M-III re: preference recoveries. |
| 17 | 11/18/2019 | Kim, Ye Darm | 0.5 | Participate in internal discussion re: preference recoveries. |

**EXHIBIT C**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD NOVEMBER 1, 2019 TO NOVEMBER 30, 2019**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 17 | 11/18/2019 | Shapiro, Jill | 1.6 | Review proposed admin claims settlement process. |
| 17 | 11/18/2019 | Shapiro, Jill | 0.9 | Participate in call with M-III re: proposed admin claims settlement. |
| 17 | 11/18/2019 | Eisler, Marshall | 1.1 | Participate in call with M-III re: preference recoveries. |
| 17 | 11/18/2019 | Eisler, Marshall | 1.9 | Correspond with Akin re: admin creditors consent program. |
| 17 | 11/21/2019 | Diaz, Matthew | 0.6 | Review the updated admin and preference claims analysis. |
| 17 | 11/21/2019 | Kim, Ye Darm | 0.9 | Update winddown monitoring slides based on internal comments. |
| 17 | 11/21/2019 | Kim, Ye Darm | 1.0 | Participate in call with M-III re: post-confirmation winddown monitoring. |
| 17 | 11/21/2019 | Kim, Ye Darm | 2.2 | Review updated cash flow budget and prepare slides re: gap to emergence. |
| 17 | 11/21/2019 | Shapiro, Jill | 1.3 | Participate in weekly call with M-III re: APA disputes and claims process. |
| 17 | 11/21/2019 | Eisler, Marshall | 2.9 | Review schedule of admin creditor consent program ballots received. |
| 17 | 11/21/2019 | Eisler, Marshall | 2.3 | Provide comments to the updated winddown budget-to-actual presentation. |
| 17 | 11/22/2019 | Diaz, Matthew | 0.7 | Review the updated winddown report to be shared with the UCC. |
| 17 | 11/22/2019 | Eisler, Marshall | 1.6 | Review Debtors' reply to Transform APA dispute memo. |
| 17 | 11/25/2019 | Diaz, Matthew | 0.7 | Review the updated cash flow analysis from the Debtors. |
| 17 | 11/25/2019 | Kim, Ye Darm | 0.9 | Draft summary of current status of opt-in/opt-out claims and M-III analysis. |
| 17 | 11/25/2019 | Eisler, Marshall | 0.6 | Provide summary of admin consent ballots to date. |
| 17 | 11/27/2019 | Diaz, Matthew | 0.6 | Review Sears administrative claims analysis. |
| 17 | 11/27/2019 | Kim, Ye Darm | 1.2 | Participate in call with M-III re: opt-in admin creditors. |
| 17 | 11/27/2019 | Kim, Ye Darm | 0.8 | Prepare summary of call with M-III re: opt-in admin creditors. |
| 17 | 11/27/2019 | Shapiro, Jill | 1.2 | Review opt-in schedule prepared by Debtors' professionals. |
| 17 | 11/27/2019 | Shapiro, Jill | 1.3 | Participate in call with M-III re: opt-in schedules. |
| 17 | 11/27/2019 | Eisler, Marshall | 1.3 | Participate in discussion with M-III re: admin consent program. |
| 17 | 11/28/2019 | Diaz, Matthew | 0.5 | Review Sears administrative claim opt-in and opt-out schedules. |

**EXHIBIT C**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD NOVEMBER 1, 2019 TO NOVEMBER 30, 2019**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| **17 Total** | | | **62.8** | |
| 18 | 11/1/2019 | Diaz, Matthew | 1.2 | Review updated charts on the amended complaint. |
| 18 | 11/1/2019 | Diaz, Matthew | 1.6 | Review and add comments to the amended complaint. |
| 18 | 11/1/2019 | Kim, Ye Darm | 2.4 | Review latest draft of the amended complaint. |
| 18 | 11/1/2019 | Shapiro, Jill | 0.8 | Prepare revisions to the amended complaint in connection with internal meeting. |
| 18 | 11/1/2019 | Shapiro, Jill | 0.7 | Prepare updated charts for amended complaint. |
| 18 | 11/1/2019 | Shapiro, Jill | 1.2 | Prepare updated charts for revised complaint. |
| 18 | 11/1/2019 | Shapiro, Jill | 0.8 | Summarize FTI comments to Counsel re: revised amended complaint. |
| 18 | 11/1/2019 | Shapiro, Jill | 0.3 | Prepare list of FTI action items re: revised amended complaint. |
| 18 | 11/1/2019 | Shapiro, Jill | 0.4 | Prepare detailed QC of the parties section of the amended complaint. |
| 18 | 11/1/2019 | Shapiro, Jill | 1.2 | Participate in internal meeting re: revised amended complaint. |
| 18 | 11/1/2019 | Eisler, Marshall | 1.9 | Provide comments to Counsel re: retrojection analysis |
| 18 | 11/1/2019 | Eisler, Marshall | 2.1 | Correspond with counsel re: diligence comments to the amended complaint. |
| 18 | 11/4/2019 | Friedland, Scott D. | 2.3 | Review revised draft of the amended complaint. |
| 18 | 11/4/2019 | Diaz, Matthew | 2.2 | Review responses to Akin re: the amended complaint. |
| 18 | 11/4/2019 | Kim, Ye Darm | 1.2 | Prepare additional revisions to language in paragraphs of amended complaint. |
| 18 | 11/4/2019 | Kim, Ye Darm | 2.6 | Perform detailed QC of introduction of amended complaint. |
| 18 | 11/4/2019 | Kim, Ye Darm | 0.6 | Draft revised language for paragraphs to include in amended complaint. |
| 18 | 11/4/2019 | Kim, Ye Darm | 1.6 | Continue detailed QC of introduction of amended complaint. |
| 18 | 11/4/2019 | Kim, Ye Darm | 0.8 | Continue revision of language in paragraphs to include in the amended complaint. |
| 18 | 11/4/2019 | Shapiro, Jill | 2.9 | Continue detailed QC of parties section of amended complaint. |
| 18 | 11/4/2019 | Shapiro, Jill | 1.5 | Summarize FTI comments to Counsel re: revised amended complaint. |
| 18 | 11/4/2019 | Eisler, Marshall | 2.1 | Evaluate latest draft of amended complaint based on internal comments received. |

**EXHIBIT C**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD NOVEMBER 1, 2019 TO NOVEMBER 30, 2019**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 11/5/2019 | Friedland, Scott D. | 2.2 | Continue to review updated draft amended complaint. |
| 18 | 11/5/2019 | Diaz, Matthew | 1.5 | Participate in a call with Akin to discuss comments to the amended complaint. |
| 18 | 11/5/2019 | Diaz, Matthew | 0.6 | Perform detailed review of the amended complaint. |
| 18 | 11/5/2019 | Carr, Emre | 1.1 | Review the market evidence section of the amended complaint. |
| 18 | 11/5/2019 | Kim, Ye Darm | 1.6 | Build model for solvency analysis re: prepetition transaction. |
| 18 | 11/5/2019 | Kim, Ye Darm | 1.2 | Participate in call with Counsel re: additional analyses for amended complaint. |
| 18 | 11/5/2019 | Kim, Ye Darm | 1.5 | Continue building model for solvency analysis re: prepetition transaction. |
| 18 | 11/5/2019 | Kim, Ye Darm | 2.9 | Continue building model for solvency analysis re: prepetition transaction. |
| 18 | 11/5/2019 | Shapiro, Jill | 2.4 | Prepare updated charts for revised amended complaint. |
| 18 | 11/5/2019 | Shapiro, Jill | 1.5 | Continue to prepare updated charts for revised amended complaint. |
| 18 | 11/5/2019 | Shapiro, Jill | 2.6 | Participate in call with Counsel re: amended complaint. |
| 18 | 11/5/2019 | Kim, Ye Darm | 1.7 | Participate in meeting with Counsel re: amended complaint. |
| 18 | 11/6/2019 | Friedland, Scott D. | 2.2 | Perform detailed review of introduction and market evidence sections of the amended complaint. |
| 18 | 11/6/2019 | Diaz, Matthew | 0.5 | Review open items re: amended complaint. |
| 18 | 11/6/2019 | Carr, Emre | 2.0 | Prepare comments on the market evidence section of the amended complaint. |
| 18 | 11/6/2019 | Kim, Ye Darm | 3.1 | Continue building model for solvency analysis re: prepetition transaction. |
| 18 | 11/6/2019 | Kim, Ye Darm | 2.9 | Continue building model for solvency analysis re: prepetition transaction. |
| 18 | 11/6/2019 | Kim, Ye Darm | 1.6 | Continue building model for solvency analysis re: prepetition transaction. |
| 18 | 11/6/2019 | Kim, Ye Darm | 2.7 | Continue building model for solvency analysis re: prepetition transaction. |
| 18 | 11/6/2019 | Kim, Ye Darm | 2.3 | Continue building model for solvency analysis re: prepetition transaction. |
| 18 | 11/6/2019 | Shapiro, Jill | 0.3 | Prepare updated charts for revised amended complaint. |
| 18 | 11/7/2019 | Friedland, Scott D. | 2.7 | Continue detailed review and draft comments re: the amended complaint. |
| 18 | 11/7/2019 | Diaz, Matthew | 0.9 | Review the updated prepetition transaction solvency analysis. |

**EXHIBIT C**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD NOVEMBER 1, 2019 TO NOVEMBER 30, 2019**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 11/7/2019 | Diaz, Matthew | 0.6 | Participate in a call with Akin to discuss discovery of Transform in connection with the amended complaint. |
| 18 | 11/7/2019 | Diaz, Matthew | 0.8 | Review responses to Akin on the Complaint. |
| 18 | 11/7/2019 | Kim, Ye Darm | 2.8 | Continue building model for solvency analysis re: prepetition transaction. |
| 18 | 11/7/2019 | Kim, Ye Darm | 0.5 | Continue building model for solvency analysis re: prepetition transaction. |
| 18 | 11/7/2019 | Kim, Ye Darm | 1.2 | Continue building model for solvency analysis re: prepetition transaction. |
| 18 | 11/7/2019 | Kim, Ye Darm | 0.8 | Participate in call with Counsel re: additional analyses for amended complaint. |
| 18 | 11/7/2019 | Shapiro, Jill | 2.5 | Prepare updated charts for revised amended complaint. |
| 18 | 11/7/2019 | Eisler, Marshall | 0.8 | Participate in call with Counsel re: additional analyses for amended complaint. |
| 18 | 11/8/2019 | Friedland, Scott D. | 0.6 | Participate in internal meeting re: market evidence section of amended complaint. |
| 18 | 11/8/2019 | Friedland, Scott D. | 3.1 | Continue detailed review and draft comments re: the amended complaint. |
| 18 | 11/8/2019 | Diaz, Matthew | 1.3 | Review comments to the amended complaint. |
| 18 | 11/8/2019 | Carr, Emre | 1.5 | Participate in internal meeting re: market evidence section of amended complaint. |
| 18 | 11/8/2019 | Kim, Ye Darm | 2.3 | Prepare revised document request list re: investigations. |
| 18 | 11/8/2019 | Kim, Ye Darm | 1.8 | Revise solvency model re: prepetition investigations. |
| 18 | 11/8/2019 | Shapiro, Jill | 0.6 | Review updated amended complaint. |
| 18 | 11/8/2019 | Shapiro, Jill | 1.0 | Review additional comments for the amended complaint. |
| 18 | 11/9/2019 | Kim, Ye Darm | 2.1 | Review materials re: investigations document request. |
| 18 | 11/11/2019 | Friedland, Scott D. | 2.2 | Continue detailed review and draft comments re: the amended complaint. |
| 18 | 11/11/2019 | Diaz, Matthew | 0.8 | Review responses on the solvency analysis in connection with the amended complaint. |
| 18 | 11/11/2019 | Carr, Emre | 1.7 | Draft comments to the amended complaint re: market evidence section. |
| 18 | 11/11/2019 | Carr, Emre | 2.2 | Continue drafting comments to the amended complaint re: market evidence section. |
| 18 | 11/11/2019 | Kim, Ye Darm | 3.1 | Revise solvency model re: prepetition transactions. |
| 18 | 11/11/2019 | Kim, Ye Darm | 2.8 | Update solvency model for new assumptions re: prepetition transactions. |

**EXHIBIT C**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD NOVEMBER 1, 2019 TO NOVEMBER 30, 2019**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 11/12/2019 | Friedland, Scott D. | 2.2 | Review articles on Sears' CDS trades and other related research. |
| 18 | 11/12/2019 | Friedland, Scott D. | 2.4 | Draft comments to the amended complaint. |
| 18 | 11/12/2019 | Diaz, Matthew | 1.8 | Review updates to the amended complaint. |
| 18 | 11/12/2019 | Carr, Emre | 0.8 | Examine CDS prices as it relates to the amended complaint. |
| 18 | 11/12/2019 | Carr, Emre | 1.8 | Draft comments to the amended complaint. |
| 18 | 11/12/2019 | Gotthardt, Gregory | 0.4 | Edit financial information request list for Counsel re: insolvency and prepetition transactions. |
| 18 | 11/12/2019 | Kim, Ye Darm | 1.7 | Revise solvency model re: prepetition transactions. |
| 18 | 11/13/2019 | Friedland, Scott D. | 1.8 | Review articles on Sears plans to sell bonds and the related impact on the CDS market. |
| 18 | 11/13/2019 | Diaz, Matthew | 0.9 | Review questions for the Transform discovery list. |
| 18 | 11/13/2019 | Kim, Ye Darm | 2.1 | Build new model re: solvency analysis for prepetition transaction. |
| 18 | 11/13/2019 | Adler, Leana | 0.5 | Review SHLDQ and SRAC CDS data. |
| 18 | 11/14/2019 | Diaz, Matthew | 1.1 | Review prepetition transaction solvency analysis update. |
| 18 | 11/14/2019 | Kim, Ye Darm | 1.2 | Revise updated solvency analysis re: prepetition transaction. |
| 18 | 11/14/2019 | Shapiro, Jill | 2.2 | Review amended complaint to provide comments to Counsel. |
| 18 | 11/15/2019 | Diaz, Matthew | 1.7 | Review the updated responses to the amended complaint. |
| 18 | 11/15/2019 | Kim, Ye Darm | 3.2 | Prepare exhibits for the amended complaint re: solvency analysis for prepetition transactions. |
| 18 | 11/15/2019 | Kim, Ye Darm | 1.1 | Prepare additional analysis for amended complaint. |
| 18 | 11/18/2019 | Yozzo, John | 1.5 | Identify and screen low rated non-financial companies re: amended complaint. |
| 18 | 11/18/2019 | Diaz, Matthew | 0.6 | Review responses to questions from Akin on the amended complaint. |
| 18 | 11/18/2019 | Kim, Ye Darm | 2.9 | Prepare responses to outstanding comments re: amended complaint. |
| 18 | 11/19/2019 | Kim, Ye Darm | 2.1 | Prepare recapture analysis re: amended complaint. |
| 18 | 11/20/2019 | Kim, Ye Darm | 2.1 | Prepare diligence on ownership and potential damages for investigations. |
| 18 | 11/22/2019 | Diaz, Matthew | 0.6 | Review the Transform briefing on the AP analysis. |

**EXHIBIT C**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD NOVEMBER 1, 2019 TO NOVEMBER 30, 2019**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 11/22/2019 | Kim, Ye Darm | 3.4 | Review final draft of amended complaint in preparation of filing. |
| 18 | 11/22/2019 | Shapiro, Jill | 0.7 | Participate in internal meeting re: amended complaint. |
| 18 | 11/22/2019 | Shapiro, Jill | 1.9 | Provide comments to Counsel re: amended complaint. |
| 18 | 11/22/2019 | Shapiro, Jill | 1.5 | Review final draft of amended complaint in preparation of filing. |
| 18 | 11/22/2019 | Shapiro, Jill | 0.8 | Participate in internal meeting re: final comments to amended complaint. |
| 18 | 11/24/2019 | Diaz, Matthew | 2.1 | Review the updated Sears amended complaint. |
| 18 | 11/25/2019 | Diaz, Matthew | 0.6 | Review certain open due diligence items on the amended complaint. |
| 18 | 11/25/2019 | Kim, Ye Darm | 1.3 | Prepare response re: public company ratings analysis. |
| 18 | 11/25/2019 | Kim, Ye Darm | 2.1 | Review filed amended complaint. |
| 18 | 11/26/2019 | Diaz, Matthew | 1.6 | Review filed amended complaint. |
| 18 | 11/5/2019 | Eisler, Marshall | 2.9 | Participate in call with Counsel re: additional analyses for amended complaint. |
| 18 | 11/6/2019 | Eisler, Marshall | 2.1 | Review exhibit sensitizing the E&Y model. |
| 18 | 11/8/2019 | Eisler, Marshall | 1.8 | Review internal comments on the complaint. |
| 18 | 11/11/2019 | Eisler, Marshall | 0.6 | Provide comments to diligence request list for litigation trust. |
| 18 | 11/20/2019 | Eisler, Marshall | 2.8 | Review updated complaint as provided by Akin. |
| 18 | 11/20/2019 | Eisler, Marshall | 1.3 | Review draft response to counsel re: diligence questions for the amended complaint. |
| 18 | 11/21/2019 | Eisler, Marshall | 2.1 | Review redline version of the complaint and provide additional comments. |
| 18 | 11/22/2019 | Eisler, Marshall | 2.1 | Prepare summary of litigation. |
| 18 | 11/25/2019 | Eisler, Marshall | 0.8 | Review SEC filings to understand historical recapture rights. |
| **18 Total** | | | **180.7** | |
| 24 | 11/4/2019 | Shapiro, Jill | 0.2 | Prepare the September fee application. |
| 24 | 11/6/2019 | Shapiro, Jill | 0.7 | Prepare the weekly fee estimate. |
| 24 | 11/7/2019 | Shapiro, Jill | 0.8 | Prepare the September fee application. |

**EXHIBIT C**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD NOVEMBER 1, 2019 TO NOVEMBER 30, 2019**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 11/8/2019 | Shapiro, Jill | 1.0 | Prepare the September fee application. |
| 24 | 11/9/2019 | Kim, Ye Darm | 2.9 | Review draft of the September fee application and provide revisions. |
| 24 | 11/11/2019 | Diaz, Matthew | 0.5 | Review the September bill. |
| 24 | 11/11/2019 | Shapiro, Jill | 2.1 | Prepare the September fee application. |
| 24 | 11/12/2019 | Shapiro, Jill | 0.7 | Prepare the weekly fee estimate. |
| 24 | 11/12/2019 | Shapiro, Jill | 0.4 | Prepare the September fee application. |
| 24 | 11/13/2019 | Shapiro, Jill | 0.3 | Prepare the weekly fee estimate. |
| 24 | 11/14/2019 | Shapiro, Jill | 0.6 | Prepare September fee application for fee examiner. |
| 24 | 11/15/2019 | Shapiro, Jill | 0.2 | Prepare September fee app for fee examiner. |
| 24 | 11/19/2019 | Hellmund-Mora, Marili | 0.8 | Prepare the October fee application. |
| 24 | 11/19/2019 | Shapiro, Jill | 0.7 | Prepare the weekly fee estimate. |
| 24 | 11/20/2019 | Hellmund-Mora, Marili | 1.0 | Prepare the October fee application. |
| 24 | 11/25/2019 | Shapiro, Jill | 2.9 | Prepare the October fee application. |
| 24 | 11/26/2019 | Shapiro, Jill | 3.9 | Prepare the October fee application. |
| 24 | 11/27/2019 | Kim, Ye Darm | 2.3 | Review the October fee application time detail to meet bankruptcy court guidelines. |
| 24 | 11/27/2019 | Kim, Ye Darm | 2.6 | Review the October fee application time detail to meet bankruptcy court guidelines. |
| **24 Total** | | | **24.6** | |
| **Grand Total** | | | **273.1** | |

**EXHIBIT D**

**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD NOVEMBER 1, 2019 TO NOVEMBER 30, 2019**

| **Expense Type** | **Amount** |
|---|---|
| Transportation | $ 54.88 |
| Working Meals [1] | 294.57 |
| **Grand Total** | **$ 349.45** |

[1] Overtime meals over $20.00 have been reduced to $20.00.

**EXHIBIT E**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**EXPENSE DETAIL**
**FOR THE PERIOD NOVEMBER 1, 2019 TO NOVEMBER 30, 2019**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 10/16/2019 | Kim, Ye Darm | Transportation | Taxi from office to home after working late on the Sears case. | $ 10.36 |
| 10/17/2019 | Kim, Ye Darm | Transportation | Taxi from office to home after working late on the Sears case. | 12.36 |
| 10/21/2019 | Kim, Ye Darm | Transportation | Taxi from office to home after working late on the Sears case. | 10.36 |
| 10/23/2019 | Kim, Ye Darm | Transportation | Taxi from office to home after working late on the Sears case. | 11.16 |
| 11/11/2019 | Kim, Ye Darm | Transportation | Taxi from office to home after working late on the Sears case. | 10.64 |
| | | **Transportation Total** | | **54.88** |
| 10/6/2019 | Kim, Ye Darm | Working Meals | Dinner while working late in the office on the Sears case. | 20.00 |
| 10/13/2019 | Kim, Ye Darm | Working Meals | Dinner while working late in the office on the Sears case. | 20.00 |
| 10/20/2019 | Eisler, Marshall | Working Meals | Dinner while working late in the office on the Sears case. | 20.00 |
| 10/20/2019 | Kim, Ye Darm | Working Meals | Dinner while working late in the office on the Sears case. | 20.00 |
| 10/20/2019 | Shapiro, Jill | Working Meals | Dinner while working late in the office on the Sears case. | 20.00 |
| 10/21/2019 | Eisler, Marshall | Working Meals | Dinner while working late in the office on the Sears case. | 14.57 |
| 10/21/2019 | Kim, Ye Darm | Working Meals | Dinner while working late in the office on the Sears case. | 20.00 |
| 10/22/2019 | Eisler, Marshall | Working Meals | Dinner while working late in the office on the Sears case. | 20.00 |
| 11/3/2019 | Kim, Ye Darm | Working Meals | Dinner while working late in the office on the Sears case. | 20.00 |
| 11/3/2019 | Shapiro, Jill | Working Meals | Dinner while working late in the office on the Sears case. | 20.00 |
| 11/4/2019 | Shapiro, Jill | Working Meals | Dinner while working late in the office on the Sears case. | 20.00 |
| 11/4/2019 | Kim, Ye Darm | Working Meals | Dinner while working late in the office on the Sears case. | 20.00 |

**EXHIBIT E**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**EXPENSE DETAIL**
**FOR THE PERIOD NOVEMBER 1, 2019 TO NOVEMBER 30, 2019**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 11/5/2019 | Kim, Ye Darm | Working Meals | Dinner while working late in the office on the Sears case. | 20.00 |
| 11/7/2019 | Eisler, Marshall | Working Meals | Dinner while working late in the office on the Sears case. | 20.00 |
| 11/17/2019 | Kim, Ye Darm | Working Meals | Dinner while working late in the office on the Sears case. | 20.00 |
| | | **Working Meals Total** | | **294.57** |
| | | **Grand Total** | | **$ 349.45** |