Perry R. Clark (California Bar No. 197101)
*Pro Hac Vice Application filed September 27, 2019 (Doc. 5252)*
LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
Palo Alto, CA  94303
Telephone: (650) 248-5817
Email: perry@perryclarklaw.com

*Counsel for WiniaDaewoo Electronics America, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Perry Clark, hereby certify that on December 26, 2019, the *Objection of Winiadaewoo to Stipulation and Order by and Among Debtors, Transform and Hain Capital Investor Master*

---

[1] The debtors (the "Debtors") in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

*Fund Ltd. (Dkt No. 6259)* was served as follows:

1.  The parties requesting ECF notifications via the Court's CM/ECF case notification system;

2.  The parties set forth below by first class mail:

    a.  Chambers of the Honorable Robert D. Drain
        United States Bankruptcy Court for the Southern District of New York
        300 Quarropas Street, Room 248
        White Plains, New York 10601

    b.  Debtors' Counsel
        Weil, Gotshal & Manges LLP
        767 Fifth Avenue
        New York, New York 10153
        Attn: Ray C. Schrock, Esq.
        Jacqueline Marcus, Esq.
        Garret A. Fail, Esq.
        Sunny Singh, Esq.
        ray.schrock@weil.com; garrett.fail@weil.com;
        jacqueline.marcus@weil.com; sunny.singh@weil.com

    c.  Sears Holdings Corporation
        3333 Beverly Road
        Hoffman Estates, Illinois 60179
        Attn: Stephen Sitley Esq.
        Luke J. Valentino, Esq.

    d.  Attorneys for the Official Committee of Unsecured Creditors
        Akin Gump Strauss Hauer & Feld LLP
        One Bryant Park
        New York, New York 10036
        Attn: Philip C. Dublin, Esq.
        Ira Dizengoff, Esq.
        Sara Lynne Brauner, Esq.
        pdublin@akingump.com; idizengoff@akingump.com;
        sbrauner@akingump.com

    e.  Office of the United States Trustee for Region 2
        201 Varick Street, Suite 1006
        New York, New York 10014

    Attn: Paul Schwartzberg, Esq.

3.  The parties set forth below by electronic mail:

 a.  Attorneys for Bank of America, N.A., administrative agent under the First Lien Credit Facility and the DIP ABL Agent
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square New York, NY 10036
Attn: Paul D. Leake, Esq.
Shana A. Elberg, Esq.
George R. Howard, Esq.
paul.leake@skadden.com; shana.elberg@skadden.com; george.howard@skadden.com

 b.  Attorneys for Citibank, N.A., as administrative agent under the Stand-Alone L/C Facility
Davis Polk & Wardell LLP
450 Lexington Avenue New York, NY 10017
Attn: Marshall S. Huebner, Esq.
Eli J. Vonnegut, Esq.
marshall.huebner@davispolk.com; eli.vonnegut@davispolk.com

 c.  Attorneys for JPP, LLC, as agent under the Second Lien Credit Facility, IP/Ground Lease Term Loan Facility, and the Consolidated Secured Loan Facility
Cleary, Gottlieb
One Liberty Plaza New York, NY 10006
Attn: Sean A. O'Neal, Esq.
soneal@cgsh.com

 d.  Attorneys for Computershare Trust Company, N.A., as trustee for the Second Lien PIK Notes, the Holdings Unsecured PIK Notes, and the Holdings Unsecured Notes
Kelley Drye & Warren LLP
101 Park Avenue New York, NY 10178
Attn: Eric R. Wilson, Esq.
Benjamin D. Feder, Esq.
T. Charlie Liu, Esq.
ewilson@kelleydrye.com; bfeder@kelleydrye.com; cliu@kelleydrye.com

 e.  Attorneys for Wilmington Trust, National Association, as indenture trustee for the Second Lien Notes Seyfarth Shaw, LLP
620 Eighth Avenue New York, NY 10018
Attn: Edward M. Fox, Esq.

        emfox@seyfarth.com

f.     Attorneys for The Bank of New York Mellon Trust Company, as successor trustee for the SRAC Unsecured PIK Notes, SRAC Unsecured Notes, and the SRAC Medium Term Notes
Carter Ledyard & Milburn LLP
2 Wall Street New York, NY 10015
Attn: James Gadsden, Esq.
gadsden@clm.com

g.     Attorneys for the Pension Benefit Guaranty Corporation
Locke Lord LLP
111 South Wacker Drive Chicago, IL 60606
Attn: Brian A. Raynor, Esq.
braynor@lockelord.com

h.     Attorneys to Wells Fargo Bank, National Association
Choate, Hall & Stewart LLP
Two International Place Boston, MA 02110
ksimard@choate.com; jmarshall@choate.com

i.     Debtors' Investment Banker
Lazard Frères & Co., LLC
30 Rockefeller Plaza, New York, New York 10112
Attn: Brandon Aebersold
Levi Quaintance
project.blue.rx@lazard.com

j.     Buyer
Transform Holdco LLC
c/o ESL Partners, Inc.
1170 Kane Concourse, Suite 200 Bay Harbor Islands, FL 33154
Attn.: Kunal S. Kamlani
Harold Talisman
kunal@eslinvest.com; harold@eslinvest.com

Dated: December 26, 2019
      Palo Alto, California         Respectfully submitted,

                      /s/ *Perry R. Clark*
                      Perry R. Clark
                      Email: perry@perryclarklaw.com

Law Offices of Perry R. Clark
825 San Antonio Road
Palo Alto, CA 94303
Tel.: 650-248-5817

*Attorney for Creditor*
Winiadaewoo Electronics America, Inc.