KBS AGED

| Invoice Number | Invoice date | Service Period | Invoice Amount | |
|---|---|---|---|---|
| INV2175903 | 1/31/2019 | Sears January 1st-31st Porter Services | $11,240.88 | Post Petition Past Due Invoice |
| INV2180188 | 1/31/2019 | Kmart 6day Porter January 1st-31st Services | $33,301.68 | Post Petition Past Due Invoice |
| ARB0162214 | 1/31/2019 | Sears Auto Center services January 1st - 31st | $5,733.75 | Post Petition Past Due Invoice |
| INV2184720 | 1/31/2019 | January 16th - 31st Floor Care Services | $440,512.09 | Post Petition Past Due Invoice |
| INV2180484 | 1/31/2019 | January 1st - 31st Services at District Office | $250.00 | Post Petition Past Due Invoice |
| INV2186990 | 1/31/2019 | Sears Extra Labor Services | $714.70 | Post Petition Past Due Invoice |
| INV2186989 | 1/31/2019 | Kmart extra Labor Services | $405.70 | Post Petition Past Due Invoice |
| INV2186994 | 1/31/2019 | Sears Unit 1765 fixture moves | $521.07 | Post Petition Past Due Invoice |
| INV2191230 | 1/31/2019 | Sears Unit 1818 extra labor | $729.28 | Post Petition Past Due Invoice |
| INV2191229 | 1/31/2019 | Kmart Unit 7756 Extra Labor | $455.80 | Post Petition Past Due Invoice |
| ARB0164433 | 3/31/2019 | March Auto Center Services | $4,020.00 | Post Petition Past Due Invoice |
| CRM0147864 | 3/31/2019 | Kmart No show credits | ($4,165.03) | Post Petition Past Due Invoice |
| CRM0147865 | 3/31/2019 | Sears No show credits | ($1,583.66) | Post Petition Past Due Invoice |
| INV2240051 | 3/31/2019 | March 1st - 31st Sears Porter Services | $11,794.16 | Post Petition Past Due Invoice |
| INV2242163 | 3/31/2019 | March 1st - 31st Services at District Office | $250.00 | Post Petition Past Due Invoice |
| INV2244962 | 3/31/2019 | March Kmart 6day Porter Services | $19,841.07 | Post Petition Past Due Invoice |
| INV2247555 | 3/31/2019 | Sears Extra Billing services | $2,748.68 | Post Petition Past Due Invoice |
| INV2247556 | 3/31/2019 | Kmart Extra Billing Services | $2,139.33 | Post Petition Past Due Invoice |
| INV2247556A | 3/31/2019 | Kmart Entrance extraction | $234.84 | Post Petition Past Due Invoice |
| INV2247558 | 3/31/2019 | March 16th - 31st Floor Care | $385,159.63 | Post Petition Past Due Invoice |
| INV2266352 | 4/15/2019 | April 1st - 11th Floor care | $269,516.88 | Post Petition Past Due Invoice |
| ARB0165042 | 4/15/2019 | April Auto Center Services | $1,067.49 | Post Petition Past Due Invoice |
| INV2266360 | 4/15/2019 | April 1st - 11th Services at District Office | $91.66 | Post Petition Past Due Invoice |
| INV2269554 | 4/16/2019 | April 1st - 11th Sears Porter Services | $2,747.45 | Post Petition Past Due Invoice |
| INV2269555 | 4/16/2019 | April 1st - 11th Kmart 6day Porter Services | $5,534.94 | Post Petition Past Due Invoice |
| INV2269556 | 4/16/2019 | Sears Extra Billing services | $848.30 | Post Petition Past Due Invoice |
| INV2269558 | 4/16/2019 | Kmart Extra Billing Services | $633.95 | Post Petition Past Due Invoice |
| INV2269558A | 4/16/2019 | Kmart Unit 4214 strip project | $2,905.18 | Post Petition Past Due Invoice |
| CRM0149126 | 4/17/2019 | Kmart No show credits | ($4,943.63) | Post Petition Past Due Invoice |
| CRM0149246 | 4/17/2019 | Sears No show credits | ($4,681.56) | Post Petition Past Due Invoice |
| CRM0149572 | 4/29/2019 | Kmart April Missed Service Credits | ($10,401.16) | Post Petition Past Due Invoice |
| CRM0149573 | 4/29/2019 | Sears April Missed Service Credits | ($7,155.87) | Post Petition Past Due Invoice |
| INV2269558A | 4/30/2019 | Credit for Strip project approved by Anna | ($1,200.00) | Post Petition Past Due Invoice |

Total Unpaid Post Petition Invoices $1,169,267.60