**Subject:** Sears Administrative Expense Consent Program Ballot Required Information for Distribution-182353801018127 Kellermeyer Bergensons Services LLC

**From:** Van Andres
**Sent:** Wednesday, December 18, 2019 12:01 PM
**To:** Sears AEC Ballot Settlement <searsaecpballotsettlement@miiipartners.com>
**Subject:** RE: Sears Administrative Expense Consent Program Ballot Required Information for Distribution-182353801018127 Kellermeyer Bergensons Services LLC

Dear Sir or Madam:

We are aware that at the hearing before the Bankruptcy Court on December 13th, counsel to Sears assured the Judge that Sears would very promptly complete its review of the administrative claims of claimants that "opted-in" to the settlement. Counsel to Sears also represented to the Judge that if Sears disputed any portion of such a claimant's administrative claim, the claimant would be notified by no later than yesterday, December 17th of such dispute and provided with information about the points of disagreement.

Kellermeyer has not received any communication from you since sending the email below,* and we have received nothing from you or anyone else on behalf of Sears indicating that Kellermeyer's administrative claim is disputed. Please confirm that Kellermeyer will be included in the distribution from the $21 million fund that is scheduled for later this month.

Sincerely,
Van P. Andres
Associate Counsel
Kellermeyer Bergensons Services, LLC
1575 Henthorne Dr.
Maumee, OH 43537
419-861-5231 Office
419-861-5283 Fax
<image002.jpg>

This message may be confidential and attorney-client privileged. If received in error, please do not read. Instead, reply to me that you have received it in error and delete the message. Thank you.

---

\* I note that we supplemented our response on Dec. 10th with the 90 day information you requested, but as was made clear at Friday's hearing, that information is not relevant to the issue of the allowance of the administrative claim.

**From:** Van Andres
**Sent:** Friday, December 06, 2019 1:19 PM
**To:** Sears AEC Ballot Settlement <searsaecpballotsettlement@miiipartners.com>
**Subject:** RE: Sears Administrative Expense Consent Program Ballot Required Information for Distribution-182353801018127 Kellermeyer Bergensons Services LLC

To Whom It May Concern:

Attached is the Excel spreadsheet with all of the information required.

Sincerely,
Van P. Andres
Associate Counsel
Kellermeyer Bergensons Services, LLC
1575 Henthorne Dr.
Maumee, OH 43537
419-861-5231 Office
419-861-5283 Fax
<image002.jpg>
This message may be confidential and attorney-client privileged. If received in error, please do not read. Instead, reply to me that you have received it in error and delete the message. Thank you.


**From:** Sears AEC Ballot Settlement <searsaecpballotsettlement@miiipartners.com>
**Sent:** Friday, December 06, 2019 12:11 AM
**Subject:** Sears Administrative Expense Consent Program Ballot Required Information for Distribution

Dear Sir or Madam,

You are receiving this email because you checked the "Opt-In" box on a Sears Administrative Expense Consent Program Ballot and will be receiving a distribution which will be **mailed** out on Friday, December 13, 2019.

**Reply to this email no later than Friday, December 6, 2019, at 5:00PM ET with your Ballot ID number and Creditor Name in the subject of the email and include the following information in the attached Excel file:**

1. Save the attached Excel file with your Ballot ID and Creditor Name

2. Provide the Payee Name that the disbursement check should be made out to:

3. Provide the mailing address for the check and include the following at a minimum
    a. Ballot ID:
    b. Address 1:
    c. Address 2:
    d. Address 3:
    e. Address 4 (City State Zip Code):
    f. Memo 1: Provide any other info if relevant (i.e. Country if not USA)
    g. Memo 2: If there is any other relevant information

The attached PDF is a copy of the envelope that the check will be mailed in. Note that the envelope **will not** have a Sears, Kmart or its affiliates, Prime Clerk or M-III Partners logo on it. Instead, the envelope will have a return address "Evolve Bank & Trust".

Please cash the check at your earliest convenience as the check will be cancelled 90 days after disbursement per the banks policy.

2

Best regards,
The Debtors

Email: searsaecpballotsettlement@miiipartners.com

This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email or by calling 212-716-1491 and delete the message.