## Schnitzer, Edward L.

| | |
|---|---|
| **From:** | Hwang, Angeline <Angeline.Hwang@weil.com> |
| **Sent:** | Friday, November 8, 2019 12:16 PM |
| **To:** | Schnitzer, Edward L.; TumSuden, Kyle J.; Fail, Garrett; Singh, Sunny |
| **Cc:** | Project Blue Admin Team; Sears Admin Consent Program |
| **Subject:** | RE: Sears/Ninth Omni Objection |

Ed – the Debtors will withdraw the objection to your client's claim but we will still need to reconcile the amount of the claim. Happy to discuss.

Angeline Hwang

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Angeline.Hwang@weil.com
+1 212 310 8258 Direct

+1 212 310 8007 Fax

From: Schnitzer, Edward L. <ESchnitzer@mmwr.com>
Sent: Thursday, November 7, 2019 4:58 PM
To: TumSuden, Kyle J. <Kyle.TumSuden@weil.com>; Fail, Garrett <Garrett.Fail@weil.com>; Singh, Sunny <sunny.singh@weil.com>; Marcus, Jacqueline <jacqueline.marcus@weil.com>
Subject: RE: Sears/Ninth Omni Objection
Importance: High

All,

I am following-up regarding my email below.

Please let me know if we can discuss this sometime tomorrow.

-Ed