## Schnitzer, Edward L.

| | |
|---|---|
| **From:** | Prime Clerk <echosign@echosign.com> |
| **Sent:** | Monday, November 25, 2019 4:58 PM |
| **To:** | Sears Claims; Schnitzer, Edward L. |
| **Subject:** | You signed: "EBallot_182353801041968_WM#JK28612" |
| **Attachments:** | EBallot_182353801041968_WM#JK28612 - signed.pdf |



You're done signing
**EBallot_182353801041968_WM#JK28612**

**Open agreement**

Attached is the final agreement for your reference. You can also **open it online** to review its activity history.

Thank you for your electronic submission. Please do not send a duplicate of this submission by any other method of return.

Need your own documents signed? Adobe Sign can help save you time. **Learn more**.

To ensure that you continue receiving our emails, please add echosign@echosign.com to your address book or safe list.

© 2019 Adobe. All rights reserved.

