## Schnitzer, Edward L.

| | |
|---|---|
| **From:** | Schnitzer, Edward L. |
| **Sent:** | Tuesday, December 17, 2019 3:15 PM |
| **To:** | Tyler Kim |
| **Cc:** | DiDonato, Phil; Hwang, Angeline; 'Podzius, Bryan' |
| **Subject:** | NorCell, Inc.// 182353801041968 |
| **Attachments:** | You signed: "EBallot_182353801041968_WM#JK28612"; RE: Sears/Ninth Omni Objection; RE: Sears/Ninth Omni Objection | Subject to FRE 408 |

All,

I represent NorCell, Inc., ballot id is 182353801041968.  I am contacting you as you contacted one of my other clients concerning the December 13th status conference (I telephonically appeared at that conference) which resulted in the extended reconciliation deadline and will also result in a revised list of initial distribution recipients.  I am writing to request that NorCell be added to that list with respect to claim 4747 and its $174,378.38 503(b)(9) portion.

Attached is the confirmation of the opt-in ballot that NorCell filed on November 25, 2019, prior to the expiration of the extended deadline to opt-in.   In response to a request for information on November 8th, I provided the attached requested information on November 8th (see attached) and was subsequently informed on November 13th that the amount was confirmed by M-III and the claim was reconciled (see attached).  As such, I believe this claim should be added to the initial distribution list.

Please advise.

Thank you.
-Ed



**Edward L. Schnitzer** | Partner | Chair of Bankruptcy & Financial Restructuring Group
**Montgomery McCracken Walker & Rhoads LLP**
437 Madison Avenue | New York, NY 10022
Tel: 212-551-7781  | Fax: 212-599-5085 | eschnitzer@mmwr.com | Attorney Profile

Notice: This email message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution and/or copying of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender and please immediately delete this message from your computer as well as any storage device(s). Thank you.