# Schnitzer, Edward L.

| | |
|---|---|
| **From:** | Schnitzer, Edward L. |
| **Sent:** | Friday, November 8, 2019 3:27 PM |
| **To:** | 'Hwang, Angeline'; 'TumSuden, Kyle J.'; 'Fail, Garrett'; 'Singh, Sunny' |
| **Cc:** | 'Project Blue Admin Team'; 'Sears Admin Consent Program' |
| **Subject:** | RE: Sears/Ninth Omni Objection |
| **Attachments:** | Sears Norcell Statement of Account.XLSX |

Angeline,

Attached is the information requested (this is also page 4 of the filed claim, but I have added in a 503b9 column). The DUNS # is 122494917. There is no DBA. There are no post-petition claims.

-Ed



**Edward L. Schnitzer** | Partner | Chair, Bankruptcy & Financial Restructuring Group
**Montgomery McCracken Walker & Rhoads LLP**
437 Madison Avenue | New York, NY 10022
Tel: 212-551-7781 | Fax: 212-599-5085 | eschnitzer@mmwr.com | Attorney Profile

---

**From:** Hwang, Angeline [mailto:Angeline.Hwang@weil.com]
**Sent:** Friday, November 08, 2019 1:56 PM
**To:** Schnitzer, Edward L.; TumSuden, Kyle J.; Fail, Garrett; Singh, Sunny
**Cc:** Project Blue Admin Team; Sears Admin Consent Program
**Subject:** RE: Sears/Ninth Omni Objection

Ed – M-III has requested the below information for the reconciliation process, in excel if possible:

Include the following fields at a minimum (if applicable):

1. DUNS (unique identifier(s) with Sears and its affiliates)
2. DBA name(s) (Doing Business As, if there is another name your company goes by)
3. Invoice Number
4. Purchase Order Number
5. Invoice Date
6. Invoice Amount
7. 503(b)(9) "Y" or "N": (mark "Y" next to any invoices you believe are entitled to priority pursuant to section 503(b)(9) of the United States Bankruptcy Code)
8. Administrative "Y" or "N" (Post-petition/Post-Bankruptcy): (mark "Y" next to any invoices you believe are post-petition/post-bankruptcy administrative invoices)



**Angeline Hwang**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153