**Statement of Account**

**Sears Holdings Publishing Co, LLC**  **Cusstomer ID US02245**
**3333 Beverly Road**  **as of November 8, 2018**
**Hoffman Estates, IL 60179**

| Invoice No. | Customer PO | Invoice Date | Payment Terms | Invoice Amount | Due Date | Open Amount | 503b9 |
|---|---|---|---|---|---|---|---|
| NC23342 -01 | KM170115 | 9/6/2018 | Net 30 | 15,139.95 | 10/6/2018 | 15,139.95 | N |
| NC23739-01 | SR86662 | 10/11/2018 | URT | 8,200.14 | 10/11/2018 | 8,200.14 | Y |
| NC23451-01 | SR86641 | 9/17/2018 | Net 30 | 31,936.87 | 10/17/2018 | 31,936.87 | N |
| NC23580-01 | SR86651 | 9/21/2018 | Net 30 | 47,051.85 | 10/21/2018 | 47,051.85 | N |
| NC23452-01 | SR86639 | 9/26/2018 | Net 30 | 73,899.62 | 10/26/2018 | 73,899.62 | Y |
| NC23454-01 | SR86642 | 9/30/2018 | Net 30 | 13,884.11 | 10/30/2018 | 13,884.11 | Y |
| NC23454-02 | SR86642 | 10/1/2018 | Net 30 | 16,027.11 | 10/31/2018 | 16,027.11 | Y |
| NC23453-01 | SR86640 | 10/11/2018 | Net 30 | 62,367.40 | 11/10/2018 | 62,367.40 | Y |
| | | | **Total** | **268,507.05** | | **268,507.05** | |