1   we going to try to settle one of these legal issues, like

2   drop off, et cetera?"

3              MR. GLASS:  Preference.  And again, I always

4   understand Ames to be that you can't offset preferences from

5   administrative claims.

6              THE COURT:  That's a separate issue.

7              MR. GLASS:  Separate issue?

8              THE COURT:  Separate issue.

9              MR. FAIL:  All these folks, you're assuming that

10  there was a detailed analysis and that we're making

11  conclusions.  We asked for preference exposure as data

12  collection, and it is relevant for some 503(b) claims,

13  maybe.  That's another judicial decision.  It's not before

14  you.

15             We're going to send out the -- you'll know by

16  Monday or Tuesday what we think.

17             THE COURT:  One of the things that was complicated

18  -- contemplated is the potential for a global settlement of

19  claims with the parties.  So people raise preference points

20  not just as a general -- I'm sorry, not just as a focused

21  point on the admin claim, but because people -- there were

22  some people that wanted to resolve everything.  You know,

23  there were some people that had claims that might not even

24  be 503(b)(9) claims or maybe were 503(b)(9)'s but maybe

25  weren't, and then you take into account preference exposure,