# EXHIBIT "B"

## Eve H. Karasik

| | |
|---|---|
| **From:** | Eve H. Karasik |
| **Sent:** | Thursday, December 19, 2019 4:33 PM |
| **To:** | Garrett Fail; Project.Blue.Admin.team@weil.com; searsadminconsentprogram@miiipartners.com |
| **Cc:** | Eve H. Karasik |
| **Subject:** | Sears - Admin Claim Consent Program - Reconciliation Request Information for Certified Capital |

All – I have not received any response to my emails from Tuesday regarding my client's, Certified Capital, reconciliation request, including whether any additional documentation is needed.

I know you are working in an expedited time frame so appreciate a response in the event there is something more my client needs to provide.

I am leaving the office shortly but available on cell 310.614.5144 as needed, and I am in the office tomorrow afternoon.

Thanks for your prompt attention,

Eve

# EVE H. KARASIK, Esq.

## LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.

10250 Constellation Blvd.  |  Suite 1700  |  Los Angeles, CA  90067
Phone  310 229 1234  |  Direct  310 229 3350 |  Cell  310 614 5144  |  Fax  310 229 1244
ehk@lnbyb.com   |   www.lnbyb.com

The preceding E-mail message is subject to Levene, Neale, Bender, Yoo & Brill L.L.P.'s email policies which can be found at http://www.lnbyb.com/disclaimers.htm.

 Please consider the environment before printing this email

**From:** Eve H. Karasik <EHK@lnbyb.com>
**Sent:** Tuesday, December 17, 2019 5:37 PM
**To:** Garrett Fail <Garrett.Fail@weil.com>; Project.Blue.Admin.team@weil.com; searsadminconsentprogram@miiipartners.com
**Cc:** Eve H. Karasik <EHK@lnbyb.com>
**Subject:** Sears - Admin Claim Consent Program - Reconciliation Request Information for Certified Capital

All - attached is the proof of claim filed by Certified Capital in the Sears/Kmart cases. It has a spreadsheet at the back that divides the claim into portions, including an administrative expense portion. The administrative expense portion provides specific detail of the components that make up the claim by line item.

Certified Capital was a long term Kmart landlord so I am hopeful that you have accessible books and records to confirm the spreadsheet line items. If you need more detail from Certified for the reconciliation, please advise as soon as possible.

1

Best,

Eve

Eve H. Karasik
Levene, Neale, Bender, Yoo & Brill L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067
Main: 310 229-1234 Direct: 310-229-3350
Cell: 310-614-5144 Fax: 310 229-1244
EHK@LNBYB.COM