# EXHIBIT "C"

## Eve H. Karasik

| | |
|---|---|
| **From:** | Hwang, Angeline <Angeline.Hwang@weil.com> |
| **Sent:** | Thursday, December 19, 2019 4:37 PM |
| **To:** | Eve H. Karasik; Fail, Garrett; Project Blue Admin Team; searsadminconsentprogram@miiipartners.com |
| **Cc:** | wgallagher@miiipartners.com; nzatzkin@miiipartners.com |
| **Subject:** | RE: Sears - Admin Claim Consent Program - Reconciliation Request Information for Certified Capital |

Eve,

We are looking into your client's claim, and someone from M-III will reach out if we need additional documentation.

Thanks,



Angeline Hwang

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Angeline.Hwang@weil.com
+1 212 310 8258 Direct
+1 212 310 8007 Fax

**From:** Eve H. Karasik <EHK@lnbyb.com>
**Sent:** Thursday, December 19, 2019 7:33 PM
**To:** Fail, Garrett <Garrett.Fail@weil.com>; Project Blue Admin Team <Project.Blue.Admin.team@weil.com>; searsadminconsentprogram@miiipartners.com
**Cc:** Eve H. Karasik <EHK@lnbyb.com>
**Subject:** Sears - Admin Claim Consent Program - Reconciliation Request Information for Certified Capital

All – I have not received any response to my emails from Tuesday regarding my client's, Certified Capital, reconciliation request, including whether any additional documentation is needed.

I know you are working in an expedited time frame so appreciate a response in the event there is something more my client needs to provide.

I am leaving the office shortly but available on cell 310.614.5144 as needed, and I am in the office tomorrow afternoon.

Thanks for your prompt attention,

Eve

## EVE H. KARASIK, Esq.

## LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.

10250 Constellation Blvd.   |   Suite 1700   |   Los Angeles, CA  90067

1

Phone 310 229 1234  |  Direct 310 229 3350 |  Cell 310 614 5144  |  Fax 310 229 1244
ehk@lnbyb.com  |  www.lnbyb.com

The preceding E-mail message is subject to Levene, Neale, Bender, Yoo & Brill L.L.P.'s email policies which can be found at http://www.lnbyb.com/disclaimers.htm.

 Please consider the environment before printing this email

**From:** Eve H. Karasik <EHK@lnbyb.com>
**Sent:** Tuesday, December 17, 2019 5:37 PM
**To:** Garrett Fail <Garrett.Fail@weil.com>; Project.Blue.Admin.team@weil.com; searsadminconsentprogram@miiipartners.com
**Cc:** Eve H. Karasik <EHK@lnbyb.com>
**Subject:** Sears - Admin Claim Consent Program - Reconciliation Request Information for Certified Capital

All - attached is the proof of claim filed by Certified Capital in the Sears/Kmart cases. It has a spreadsheet at the back that divides the claim into portions, including an administrative expense portion. The administrative expense portion provides specific detail of the components that make up the claim by line item.

Certified Capital was a long term Kmart landlord so I am hopeful that you have accessible books and records to confirm the spreadsheet line items. If you need more detail from Certified for the reconciliation, please advise as soon as possible.

Best,

Eve

> Eve H. Karasik
> Levene, Neale, Bender, Yoo & Brill L.L.P.
> 10250 Constellation Blvd., Suite 1700
> Los Angeles, CA 90067
> Main: 310 229-1234 Direct: 310-229-3350
> Cell: 310-614-5144 Fax: 310 229-1244
> EHK@LNBYB.COM

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.