# EXHIBIT "D"

## Eve H. Karasik

| | |
|---|---|
| **From:** | Hwang, Angeline <Angeline.Hwang@weil.com> |
| **Sent:** | Thursday, December 26, 2019 8:22 AM |
| **To:** | Eve H. Karasik |
| **Cc:** | Fail, Garrett; Project Blue Admin Team; searsadminconsentprogram@miiipartners.com; Jeffrey S. Kwong |
| **Subject:** | RE: Sears Pleading - Certified |
| **Attachments:** | Sears Administrative Exp Consent Program Ballot ID 182353801018268: Certified Capital, LP; Sears Administrative Exp Consent Program Ballot ID 182353801018268: Certified Capital, LP |

Attached are the emails that were sent by M-III to the business contact at Certified Capital.



Angeline Hwang

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Angeline.Hwang@weil.com
+1 212 310 8258 Direct
+1 212 310 8007 Fax

**From:** Eve H. Karasik <EHK@lnbyb.com>
**Sent:** Thursday, December 26, 2019 11:06 AM
**To:** Hwang, Angeline <Angeline.Hwang@weil.com>
**Cc:** Fail, Garrett <Garrett.Fail@weil.com>; Project Blue Admin Team <Project.Blue.Admin.team@weil.com>; searsadminconsentprogram@miiipartners.com; Jeffrey S. Kwong <JSK@lnbyb.com>; Eve H. Karasik <EHK@lnbyb.com>
**Subject:** Re: Sears Pleading - Certified

Angeline - thanks for your response. Please send me copies of the requests that were sent to my client for reconciliation information as my client has advised that it has not received any such requests. Also, I should have been copied on those requests for information and did not receive copies of those requests.

Best

Eve

> On Dec 26, 2019, at 6:53 AM, Hwang, Angeline <Angeline.Hwang@weil.com> wrote:
>
> Eve,
>
> At the direction of the Bankruptcy Court at the December 13th omnibus hearing, the Debtors were working to reconcile a group of Opt-In Ballots by December 23rd that fall within the category specified by the Bankruptcy Court. Our records indicate that your client did not respond to any requests from M-III for further information. Therefore, your client's Opt-In Ballot did not fall within the specified category

1

and will be deemed a Non Opt-Out claim. We will be in contact as we work through the reconciliation of Non Opt-Out claims in the coming weeks.

Best,

<image001.jpg>

**Angeline Hwang**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Angeline.Hwang@weil.com
+1 212 310 8258 Direct
+1 212 310 8007 Fax

**From:** Eve H. Karasik <EHK@lnbyb.com>
**Sent:** Tuesday, December 24, 2019 4:16 PM
**To:** Hwang, Angeline <Angeline.Hwang@weil.com>; Fail, Garrett <Garrett.Fail@weil.com>; Project Blue Admin Team <Project.Blue.Admin.team@weil.com>; searsadminconsentprogram@miiipartners.com
**Cc:** Eve H. Karasik <EHK@lnbyb.com>; Jeffrey S. Kwong <JSK@lnbyb.com>
**Subject:** Fwd: Sears Pleading - Certified

All - I just reviewed the Amended Notice of Distribution and do not see my client listed. I sent several emails to you asking about status and whether you needed additional information from my client. The only response I received was from Angeline who advised that my client's claim was in the reconciliation process and she asked for no additional information.

Please advise why my client's claim is not included in the attached Amended Notice.

Best

Eve

Begin forwarded message:

> **From:** "Jeffrey S. Kwong" <JSK@lnbyb.com>
> **Date:** December 24, 2019 at 1:04:17 PM PST
> **To:** "Eve H. Karasik" <EHK@lnbyb.com>
> **Subject: Sears Pleading - Certified**

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

# Eve H. Karasik

| | |
|---|---|
| **From:** | Sears Ballot Invoices <searsballotinvoices@miiipartners.com> |
| **Sent:** | Saturday, November 2, 2019 6:41 PM |
| **To:** | 'lcalabrese@pkmepas.com' |
| **Subject:** | Sears Administrative Exp Consent Program Ballot ID 182353801018268: Certified Capital, LP |
| **Attachments:** | 0814_M-III_Retention_Order.pdf |

Hi,

Attached please find M-III Partners' retention order for your reference. There is no need to do anything with it; we are including it to let you know M-III Partners is the Restructuring Professional for Sears and its affiliates, reconciling the Administrative Expense Consent Program Ballots.

Could you please provide the supporting information in **Excel as soon as possible** for the amount that was submitted on the Administrative Expense Consent Program Ballot?

Include the following fields at a minimum (if applicable):

1. DUNS
2. DBA name(s)
3. Invoice Number
4. PO Number
5. Invoice Date
6. Invoice Amount
7. 503(b)(9) "Y" or "N"
8. Administrative "Y" or "N" (Post-petition)
9. List of payments received from Sears and its affiliates **90 days prior to the bankruptcy filing** on October 15, 2018 (for the period of July 15, 2018 through October 14, 2018)
10. Other info that may be relevant to reconcile the ballot amount submitted

Please reply with the same subject of this email.


Best regards,

Chris Casamassima
M-III Partners, L.P.
130 West 42nd St., 17th Floor
New York, NY 10036
searsballotinvoices@miiipartners.com
(o): 212-804-9742

1

# Eve H. Karasik

| | |
|---|---|
| **From:** | Sears Ballot Invoices <searsballotinvoices@miiipartners.com> |
| **Sent:** | Saturday, November 2, 2019 9:02 PM |
| **To:** | lcalabrese@pkmcpas.com |
| **Subject:** | Sears Administrative Exp Consent Program Ballot ID 182353801018268: Certified Capital, LP |
| **Attachments:** | 0814_M-III_Retention_Order.pdf |

Hi,

Attached please find M-III Partners' retention order for your reference. There is no need to do anything with it; we are including it to let you know M-III Partners is the Restructuring Professional for Sears and its affiliates, reconciling the Administrative Expense Consent Program Ballots.

Could you please provide the supporting information in **Excel as soon as possible** for the amount that was submitted on the Administrative Expense Consent Program Ballot?

Include the following fields at a minimum (if applicable):

1. DUNS
2. DBA name(s)
3. Invoice Number
4. PO Number
5. Invoice Date
6. Invoice Amount
7. 503(b)(9) "Y" or "N"
8. Administrative "Y" or "N" (Post-petition)
9. List of payments received from Sears and its affiliates **90 days prior to the bankruptcy filing** on October 15, 2018 (for the period of July 15, 2018 through October 14, 2018)
10. Other info that may be relevant to reconcile the ballot amount submitted

Please reply with the same subject of this email.


Best regards,

Chris Casamassima
M-III Partners, L.P.
130 West 42nd St., 17th Floor
New York, NY 10036
searsballotinvoices@miiipartners.com
(o): 212-804-9742