McGlinchey Stafford, PLLC
Rudy J. Cerone, Esq. (Admitted *Pro Hac Vice*)
Richard A. Aguilar, Esq. (Admitted *Pro Hac Vice*)
Mark J. Chaney, III (Admitted *Pro Hac Vice*)
12th Floor, 601 Poydras Street
New Orleans, Louisiana  70130
Telephone:  (504) 586-1200
Facsimile: (504) 596-2800

*Attorneys for*
*Automotive Rentals, Inc. and ARI Fleet LT*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| | * | |
| SEARS HOLDINGS CORPORATION, *et al.* | * | CASE NO. 18-23538 (RDD) |
| | * | Jointly Administered |
| Debtors.[1] | * | |

**REQUEST FOR REMOVAL FROM CM/ECF CASE MANAGEMENT LIST**
**AND SPECIAL SERVICE LIST**

Rudy J. Cerone, whose email address is rcerone@mcglinchey.com, requests that he be removed from the list that allows service of electronic filings through the Court's CM/ECF case management system and service of papers via first class mail on behalf of Automotive Rentals, Inc. and ARI Fleet LT

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

1

Respectfully submitted, this 27th day of December, 2019.

        McGlinchey Stafford, PLLC

        */s/ Rudy J. Cerone*
        McGlinchey Stafford, PLLC
        Rudy J. Cerone, Esq. (Admitted *Pro Hac Vice*)
        Richard A. Aguilar, Esq. (Admitted *Pro Hac Vice*)
        Mark J. Chaney, III (Admitted *Pro Hac Vice)*
        12th Floor, 601 Poydras Street
        New Orleans, Louisiana  70130
        Telephone:  (504) 586-1200
        Facsimile: (504) 596-2800

        Attorneys for
        Automotive Rentals, Inc. and ARI Fleet LT

2319537.1