McGlinchey Stafford, PLLC
Rudy J. Cerone, Esq. (Admitted *Pro Hac Vice*)
Richard A. Aguilar, Esq. (Admitted *Pro Hac Vice*)
Mark J. Chaney, III (Admitted *Pro Hac Vice*)
12th Floor, 601 Poydras Street
New Orleans, Louisiana 70130
Telephone: (504) 586-1200
Facsimile: (504) 596-2800

*Attorneys for*
*Automotive Rentals, Inc. and ARI Fleet LT*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| | * | |
| **SEARS HOLDINGS CORPORATION,** *et al.* | * | CASE NO. 18-23538 (RDD) |
| | * | Jointly Administered |
| Debtors.[1] | * | |

## REQUEST FOR REMOVAL FROM CM/ECF CASE MANAGEMENT LIST AND SPECIAL SERVICE LIST

Rudy J. Cerone requests that Richard A. Aguilar, whose email address is raguilar@mcglinchey.com, be removed from the list that allows service of electronic filings through the Court's CM/ECF case management system and service of papers via first class mail on behalf of Automotive Rentals, Inc. and ARI Fleet LT

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Respectfully submitted, this 27th day of December, 2019.

McGLINCHEY STAFFORD, PLLC

*/s/ Rudy J. Cerone*
Rudy J. Cerone, Esq. (Admitted *Pro Hac Vice*)
Richard A. Aguilar, Esq. (Admitted *Pro Hac Vice*)
Mark J. Chaney, III (Admitted *Pro Hac Vice*)
12th Floor, 601 Poydras Street
New Orleans, Louisiana 70130
Telephone: (504) 586-1200
Facsimile: (504) 596-2800

Attorneys for
Automotive Rentals, Inc. and ARI Fleet LT

2319532.1