Hearing Date and Time: January 28, 2020 at 10:00 a.m. (Eastern Time)
Objection Date and Time: January 22, 2020 at 4:00 p.m. (Eastern Time)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                                       :
                                                            :    Chapter 11
**SEARS HOLDINGS CORPORATION, *et al.*,**                   :
                                                            :    Case No. 18-23538 (RDD)
                                                            :
Debtors.¹                                                   :    (Jointly Administered)
------------------------------------------------------------x

# NOTICE OF HEARING ON INTERIM
# APPLICATIONS FOR ALLOWANCE OF COMPENSATION AND
# REIMBURSEMENT OF EXPENSES ON JANUARY 28, 2020 AT 10:00 A.M.

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**PLEASE TAKE NOTICE** that the hearing is to be held before the Honorable Robert D. Drain, United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601 (the "**Bankruptcy Court**"), on **January 28, 2020 at 10:00 a.m. (Eastern Time)**. The following applications for interim allowance of compensation for services provided, and reimbursement of expenses incurred (collectively, the "**Fee Applications**") shall be considered:

|  | Applicant | ECF No. | Period | Fees Requested | Expenses Requested |
|---|---|---|---|---|---|
| 1. | Akin Gump Strauss Hauer & Feld LLP. (Counsel for the UCC and the Litigation Designees) | 6231 | July 1, 2019 – October 31, 2019 | $5,384,047.00 | $318,470.97 |
| 2. | FTI Consulting Inc. (Financial Advisor for the UCC) | 6229 | July 1, 2019 – October 31, 2019 | $1,103,980.00 | $1,446.45 |
| 3. | Houlihan Lokey Capital, Inc. (Investment Banker for the UCC) | 6230 | July 1, 2019 – October 31, 2019 | $500,000.00 | $0.00 |
| 4. | Paul E. Harner and Ballard Spahr LLP (Fee Examiner and Counsel to the Fee Examiner ) | 6215 | July 1, 2019 – October 31, 2019 | $877,382.00 | $892.33 |
| 5. | Deloitte & Touche LLP (Independent Auditor and Advisor for the Debtors) | 6136 | July 1, 2019 – October 31, 2019 | $60,800.00 | $0.00 |
| 6. | Alvarez & Marsal North America, LLC (Financial Advisors for the Debtors) | 6183 | July 1, 2019 – September 30, 2019 | $6,877.50 | $12.70 |
| 7. | Paul, Weiss, Rifkind, Wharton & Garrison LLP (Conflicts Counsel for the Debtors and Counsel for the Restructuring Subcommittee) | 6225 | July 1, 2019 – October 31, 2019 | $536,326.00 | $276,422.10 |
| 8. | Prime Clerk LLC (Administrative Agent for the Debtors) | 6214 | July 1, 2019 – October 31, 2019 | $446,260.50 | $4,801.46 |
| 9. | Deloitte Tax LLP (Tax Services Provider for the Debtors) | 6137 | July 1, 2019 – October 31, 2019 | $141,363.50 | $0.00 |
| 10. | Weil, Gotshal & Manges LLP (Attorneys for the Debtors) | 6232 | July 1, 2019 – October 31, 2019 | $10,388,784.25 | $675,032.56 |
| 11. | Young Conaway Stargatt & Taylor, LLP (Conflicts Counsel for the Debtors) | 6226 | July 1, 2019 – October 31, 2019 | $23,128.50 | $128.71 |
| 12. | Lazard Freres & Co. LLC (Investment Banker for the Debtors) | 6138 | October 15, 2018 – October 14, 2019 | $21,900,000.00 | $110,924.96 |

**PLEASE TAKE FURTHER NOTICE** that the Fee Applications have been electronically filed with the Clerk of the Bankruptcy Court and, as such, may be examined and inspected by contacting the respective applicants or by accessing the Court's website (http://www.nysb.uscourts.gov) or, without a fee, the website established by the Debtors' Court-approved claims agent, Prime Clerk, LLC, in connection with these chapter 11 cases (https://restructuring.primeclerk.com/sears).

**PLEASE TAKE FURTHER NOTICE** that any responses or objections ("**Objections**") to the Fee Applications shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with General Order M-399 and the *Amended Order Implementing Certain Notice and Case Management Procedures*, dated November 1, 2018 (ECF No. 405), so as to be so filed and received no later than **January 22, 2020 at 4:00 p.m. (Eastern Time)** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no Objection to a Fee Application is received by the Objection Deadline, such Fee Application shall be deemed unopposed, and the Bankruptcy Court may enter an order granting such Application without a hearing.

Dated: December 29, 2019
      New York, New York

                                             /s/ Garrett A. Fail
                                      WEIL, GOTSHAL & MANGES LLP
                                      767 Fifth Avenue
                                      New York, New York  10153
                                      Telephone:  (212) 310-8000
                                      Facsimile:  (212) 310-8007
                                      Ray C. Schrock, P.C.
                                      Jacqueline Marcus
                                      Garrett A. Fail
                                      Sunny Singh

                                      *Attorneys for Debtors*
                                      *and Debtors in Possession*