**HOLLAND & KNIGHT LLP**
31 West 52nd Street
New York, New York 10019
Telephone: (212) 513-3200
Facsimile: (212) 385-9010
Arthur E. Rosenberg, Esq.
Marc L. Antonecchia, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
: 
In re :
: Chapter 11
:
SEARS HOLDINGS CORPORATION., *et al*., :
: Case No. 18-23538 (RDD)
Debtors. :
: Jointly Administered
-----------------------------------------------------------x

## NOTICE OF WITHDRAWAL

PLEASE **TAKE NOTICE** that Holland & Knight LLP and the individual attorneys listed below hereby request the withdrawal of their appearance on behalf of the Cushman & Wakefield Inc. in the above captioned chapter 11 cases and request to be removed from all service lists in these cases, including all electronic service lists and the ECF notification system.

Dated:  New York, New York
        December 30, 2019

HOLLAND & KNIGHT LLP

By: /s/ *Arthur E. Rosenberg*
    Arthur E. Rosenberg, Esq.
    Marc L. Antonecchia, Esq.
31 West 52nd Street
New York, New York 10019
Telephone:  (212) 513-3200
Facsimile:  (212) 385-9010

#72078822_v1