**ASK LLP**
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Brigette G. McGrath, Esq. NY SBN 4962379
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: 651-289-3845
Fax: (651) 406-9676
Email: bmcgrath@askllp.com

*-and-*

Edward E. Neiger, Esq.
151 West 46th Street, 4th Fl.
New York, NY  10036
Telephone: (212) 267-7342
Fax: (212) 918-3427
E-Mail: eneiger@askllp.com

*-and-*

KATTEN MUCHIN ROSENMAN LLP
Steven J. Reisman, Esq.
Theresa A. Foudy, Esq.
Karen B. Dine, Esq.
575 Madison Avenue
New York, NY 10022-2585
Telephone: (212) 940-8800
Fax: (212) 940-8776

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.,* | Case No. 18-23538 (RDD) |
| Debtors.[1] | (Jointly Administered) |

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home

## AFFIDAVIT OF SERVICE

I, Brigette G. McGrath, and Steven J. Reisman hereby certify that on December 30, 2019

a copy of *Order Establishing Streamlined Procedures Governing Adversary Proceedings Brought*

*By The Debtors Pursuant To Sections 502, 547, 548 And 550 Of The Bankruptcy Code* was caused

to be served via first class mail and/or via electronic mail as indicated, to those parties listed on

the attached service list.

Dated: December 30, 2019                **ASK LLP**

By:  /s/ *Brigette G. McGrath*
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Brigette G. McGrath, Esq. NY SBN 4962379
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: 651-289-3845
Fax: (651) 406-9676
Email: bmcgrath@askllp.com

*-and-*

Edward E. Neiger, Esq.
151 West 46th Street, 4th Fl.
New York, NY  10036
Telephone: (212) 267-7342
Fax: (212) 918-3427
E-Mail: eneiger@askllp.com

*-and-*

---

Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**KATTEN MUCHIN ROSENMAN LLP**

By: */s/ Steven J. Reisman*
     Steven J. Reisman, Esq.
     Theresa A. Foudy, Esq.
     Karen B. Dine, Esq.
     575 Madison Avenue
     New York, NY 10022-2585
     Telephone: (212) 940-8800
     Fax: (212) 940-8776

     *Attorneys for Debtors*
     *and Debtors in Possession*

Andrea Seskin, Reg Agent/Officer
3P Industries LLC
40249 Schoolcraft Road
Plymouth, Michigan 48170

Alan M. Kindred, Esq.
LeechTishman Fuscaldo & Lampl, LLC
545 Fifth Avenue
New York, New York 10017

Patrick W. Carothers, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 28th Floor
Pittsburgh, Pennsylvania 15219

Alan M. Kindred, Esq.
LeechTishman Fuscaldo & Lampl, LLC
545 Fifth Avenue
New York, New York 10017

Patrick W. Carothers, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 28th Floor
Pittsburgh, Pennsylvania 15219

Abdul Kareem Kabba, Owner
Abdul Kareem Kabba dba Worldwide
Sneakers aka Unlocked Sneakers
10201 Grand Central Avenue
Apartment 206
Owings Mills, Maryland 21117-3996

Dave Rodney, Reg Agt/President
ACF Group LLC
B48 Calle Poppy
San Juan,  926

Craig E. Stevenson, Esq.
DeWitt LLP
2 East Mifflin Street, Suite 600
Madison, Wisconsin 53703

Brian A. Cook, Esq.
Waldheger Coyne
1991 Crocker Road, Suite 550
Cleveland, Ohio 44145

Roland Jones, Esq.
Jones & Associates
1325 Avenue of the Americas, 28th Floor
New York, New York 10019

Gidi Tenne, President
Albaad USA, Inc.
129 Technology Drive South
Reidsville, North Carolina 27320-1563

Victor Gratacos Diaz, Esq.
Gratacos Law Firm, P.S.C.
PO Box 7571
Caguas, PR,  726

Andrew D. Stosberg, Esq.
Middleton Reutlinger
401 South Fourth Street, Suite 2600
Louisville, Kentucky 40202

Maura P. McIntyre, Esq.
Squire Patton Boggs (US) LLP
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114

Patrick W. Carothers, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 28th Floor
Pittsburgh, Pennsylvania 15219

John C. Allerding, Esq.
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, Ohio 44114

Steve Frediani, CEO/President
Ancra International LLC
875 West 8th Street
Azusa, California 91702

Stacy Warwick, Officer
Archer Air Conditioning Service Company
2503 West Beaver Creek Drive
Powell, Tennessee 37849-4835

Curt D. Hochbein, Esq.
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, Indiana 46204


Paul J. Labov, Esq.
Foley & Lardner LLP
90 Park Avenue
New York, New York 10016-1314

Martin F. Casey, Esq.
Casey & Barnett LLC
305 Broadway
Suite 1202
New York, New York 10007

Officer/Managing Agent
Beauty 21 Cosmetics, Inc.
2021 South Archibald Avenue
Ontario, California 91761

Kerby S. Ham, Officer
Berkshire Hathaway Inc. dba Roanoke
Times
3555 Farnam Street, Suite 1440
Omaha, Nebraska 68131

Phillipe C. Klipfel, President
Bicycle Doctor of Broward, Inc.
21644 Magdalena Terrace
Boca Raton, Florida 33433-3036

Kayden Kelly, RegAgt/CEO
Blast Analytics & Marketing, Inc.
156 2nd Street
San Francisco, California 94105

Katherine S. Decker, Esq.
Shumaker, Loop & Kendrick, LLP
1000 Jackson Street

Toledo, Ohio 43604-5573

Michael D. Fielding, Esq.
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112

Garth N. Ward, Esq.
Lewis Brisbois Bisgaard & Smith LLP
701 B Street, Suite 1900
San Diego, California 92101

Ilana Volkov, Esq.
McGrail & Bensinger LLP
888-C 8th Avenue
#107
New York, New York 10019

John Mills, Esq.
Taylor English Duma LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339

Drazen Ivanovic, President/CEO
Brookfield Equinox LLC
9045 East Pima Center Parkway
Suite 3
Scottsdale, Arizona 85258

Martin D. Thompson, President
Building Systems and Services, Inc.
1504 Kirkwood Highway
Wilmington, Delaware 19805

Stewart A. Resnick, President
Cal Pure Produce Inc. dba Cal Pure
Pistachios Inc.
13646 Highway 33
Lost Hills, California 93249


Gregg Matthews, President
CMC Mechanical LLC
5800 Woodcliff Road, Unit 102
Bowie, Maryland 20720

Eve H. Karasik, Esq.
Levene, Neale, Bender, Yoo & Brill L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067

Lynn Rowe Larsen, Esq.
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302

Robert E. Nies, Esq.
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, New Jersey 7052

Harlan M. Lazarus, Esq.
Lazarus & Lazarus, P.C.
240 Madison Avenue
New York, New York 10016

Karen Dalessio, President
Dalessio Group, Inc.
20 Industrial Lane
Johnston, Rhode Island 2919

Brian A. Sullivan, Esq.
Werb & Sullivan
1225 North King Street, Suite 600
Wilmington, Delaware 19801

Jacob Silverstein, Officer
DAS, LLC
2228 Park Avenue
Suite 2
Miami Beach, Florida 33139

Janice Maffucci, Officer
Data Print Technologies, Inc.
42 N. Pine Circle
Belleair, Florida 33756

Mark E. Porter, Esq.
Fenwich & West LLP
555 California Street
12th Floor
San Francisco, California 94104

Jordana M. Isaacs, CEO
Doggie Nation, Incorporated
7250 Red Bug Lake Road
Suite 1012
Oviedo, Florida 32765

Will McAteer, President
Dominion Mechanical Contractors, Inc.
5265 Port Royal Road
Suite 100
Springfield, Virginia 22151

Brian T. Harvey, Esq.
Buchalter
1000 Wilshire Blvd., Suite 1500
Los Angeles, California 90017

Officer, Managing or General Agent
E.J.D. Enterprises, Inc. dba Empire
Distributors
11383 Newport Drive
Rancho Cucamonga, California 91730

David Jackson, CEO
Easy Gardener Products, Inc.
3022 Franklin Avenue
Waco, Texas 76710

Thomas J. Lasater, Esq.
Fleeson, Gooing, Coulson & Kitch L.L.C.
1900 Epic Center
301 North Main
Wichita, Kansas 67202

Terry Chabrowe, CEO
eMarketer Inc.
11 Times Square
14th Floor
New York, New York 10036

Randall Jacops, CEO
Embarcadero Technologies, Inc.
10801 North Mopac Expressway
Building 1, Suite 100
Austin, Texas 78759

Jennifer Wertz, Esq.
Jackson Walker LLP
100 Congress, Suite 1100
Austin, Texas 78701

Joe Granger, CEO
Ex-Cell Home Fashions, Inc.
1500 North Carolina Street
Goldsboro, North Carolina 27530

Harlan M. Lazarus, Esq.
Lazarus & Lazarus, P.C.
240 Madison Avenue
New York, New York 10016

Lane Fisher, Esq., Partner
FISHER & ZUCKER LLC
21 South 21st Street
Philadelphia, Pennsylvania 19103

Michael J. Small, Esq.
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, Illinois 60654

Jeffrey D. Vanacore, Esq.
Perkins Coie LLP
1155 Avenue of the Americas
22nd Floor
New York, New York 10036-2711

Christopher R. Thompson, Esq.
Burr & Forman LLP
200 South Orange Avenue
Suite 800
Orlando, Florida 32801

Daniel C. Stark, Esq.
Newman, Simpson & Cohen LLP
32 Mercer Street
Hackensack, New Jersey 7601

Officer/Managing Agent
Fragomen, Del Rey, Bernsen & Loewy, LLP
90 Matawan Road
Matawan, New Jersey 7747

Andrew P. McCormick, Esq.
Landry Munoz, PLLC
4950 Bissonnet Street, Suite A
Bellaire, Texas 77401

Edward L. Schnitzer, Esq.
Montgomery McCracken Walker & Rhoads
LLP
437 Madison Avenue
New York, New York 10022

Lynn Rowe Larsen, Esq.
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302

Lynn Rowe Larsen, Esq.
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302

Dean Chudy, President
Golf Gifts & Gallery, Inc.
N  1675 Powers Lake Road
Powers Lake, Wisconsin 53159

Joseph P. Grace, RegAgt/President
Grace and Son Construction Company of
Greenville, Inc.
135 Grace Drive
Easley, South Carolina 29640

Alan M. Kindred, Esq.
LeechTishman Fuscaldo & Lampl, LLC
545 Fifth Avenue
New York, New York 10017

Patrick W. Carothers, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 28th Floor
Pittsburgh, Pennsylvania 15219

Katya Divnov, RegAgt/Officer
Gretchen International Inc.
2317 Cecilia Avenue
San Francisco, California 94116

Andrea Dobin, Esq.
McManimon, Scotland & Baumann, LLC
427 Riverview Plaza
Trenton, New Jersey 8611

Keith Sakamoto, CEO
Hawaiian Host, Inc. dba Hawaiian Host
Chocolates Inc.
500 Alakawa Street, Suite 111
Honolulu, Hawaii 96817-4576

Edwin Perez, Officer
Healthtex Caribbean LLC
Marginal Road PR 5
Luchetti Industrial Park
Bayamon, PR,  961

Steven R. Swartz, President/CEO
Hearst Communications, Inc. dba San
Antonio Express News
Avenue E and Third Street
San Antonio, Texas 78205

Scott Booth, President
Heritage Travelware, Ltd.
2500 Northwest Parkway
Elgin, Illinois 60124

Joseph Siano, Officer
Hi-Tech Air Conditioning Service, Inc.
60 Otis Street
West Babylon, New York 11704

Scott A. Underwood, Esq.
Buchanan Ingersoll & Rooney PC
401 East Jackson Street
Tampa, Florida 33602-5236

Robert C. Olney, Jr., RegAgt/President
HoneyTree, Inc.
8570 Monroe Road
Onsted, Michigan 49265

Omidreza Khorsandi, RegAgt/President
IDM, Inc.
33152 Irongate Drive
Leesburg, Florida 34788

Jason J. Stephans, Esq.
DSM North America - Legal &
Governmental Affairs
45 Waterview Boulevard
Parsippany, New Jersey 7054

Officer/Managing Agent
Infomercials, Inc.
2115 West 1150 North
Springville, Utah 84663

Officer/Managing Agent
Innova Products Inc.
1289 Hammerwood Avenuye
Sunnyvale, California 94089

Jay Teitelbaum, Esq.
Teitelbaum Law Group, LLC
1 Barker Avenue, Third Floor
White Plains, New York 10601

Lori Kean, Esq.
Jazwares, LLC
Associate General Counsel
1067 Shotgun Road
Sunrise, Florida 33326

Daryl Johnson, CEO
Johnson United, Inc. dba United Sign
Systems
5201 Pentecost Drive
Modesto, California 95356

Patrick W. Carothers, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 28th Floor
Pittsburgh, Pennsylvania 15219

Michael S. Weinstein
Golenbock Eiseman Assor Bell & Peskoe
LLP
711 Third Avenue
New York, New York 10017

Michael S. Weinstein
Golenbock Eiseman Assor Bell & Peskoe
LLP
711 Third Avenue
New York, New York 10017

Ari Nahmani, CEO
Kahena Digital Marketing Ltd. dba JVP
Media Quarter
24 Derech Hevron
Jerusalem,  93542

Robert Renner, CEO
Liaison Technologies, Inc.
3157 Royal Drive, Suite 200
Alpharetta, Georgia 30022

D. Matthew Jameson, III, Esq.
Babst, Calland, Clements and Zomnir, P.C.
Two Gateway Center
Pittsburgh, Pennsylvania 15222

Officer/Managing Agent
M & K Distributors, Inc.
3078 Aukele Street
Lihue, Hawaii 96766

Alan M. Kindred, Esq.
LeechTishman Fuscaldo & Lampl, LLC
545 Fifth Avenue
New York, New York 10017

Patrick W. Carothers, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 28th Floor
Pittsburgh, Pennsylvania 15219

Brian Mullin, Principal
Manifold, LLC
14900 Ventura Boulevard, Suite 210
Sherman Oaks, California 91403

Officer, Managing or General Agent
Mars Puerto Rico, Inc. fdba Wrigley Puerto
Rico, Inc.
Street1, Building 2
Guaynabo,  968

David A. Rolls, RegAgt/President/CEO
Masterpieces Puzzle Co., Inc.
12475 North Rancho Vistoso Boulevard
Oro Valley, Arizona 85755

Masaru Kamemoto, President
Maxell Corporation of America
3 Garret Mountain Plaza, Suite 300
Woodland Park, New Jersey 7424

Eric J. Monzo, Esq.
Morris James LLP
PO Box 2306
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19899

Kevin Chunhao Tsai, Officer
Medal Sports (USA), LLC
3960 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169

Brian Harvey, Esq.
Buchalter
1000 Wilshire Blvd., Suite 1500
Los Angeles, California 90017

Ho Soon Choi, President
MSM Outdoor, LLC
2440 Ravenhurst Drive
Plano, Texas 75025

Elizabeth L. Janczak, Esq.
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606

Valerie Bantner Peo, Esq.
Buchalter
55 Second Street, Suite 1700
San Francisco, California 94105-3493

Patrick Collins, Esq.
Farrell Fritz, P.C.
1320 RexCorp Plaza
400 RXR Plaza
Uniondale, New York 11556

Igor Valiaev, RegAgt/President
NIN Group, Inc.
3326 North Ottawa Avenue
Chicago, Illinois 60634

Ralph A. Schipani, CEO
Nine West Holdings, Inc. dba NWH Jewelry
Group
200 Rittenhouse Circle North
Bristol, Pennsylvania 19007

Officer/Managing Agent
Northern International Inc. dba NII
1 Burbidge Street, Suite 101
Coquitlam, BC,  V3K 7B2

Lauren S. Zabel, Esq.
Reed Smith LLP
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, Pennsylvania 19103

Randy L. Grice, Esq.
Hilburn, Calhoon, Harper, Pruniski &
Calhoun, Ltd.
PO Box 5551
North Little Rock, Arkansas 72119

Mark J. Barrenechea, CEO
OpenText Corporation
275 Frank Tompa Drive
Waterloo, ON,  N2L 0A1

Steven W. Soule, Esq.
Hall Estill, Attorneys at Law
320 S. Boston Avenue
Suite 200
Tulsa, Oklahoma 74103

Daniel S. Trimmer, Esq.
Skufca Law
1514 South Church Street, Suite 101
Charlotte, North Carolina 28203

Nancy Tuinier, President
Post Gardens of Battle Creek, Inc.
3055 West Michigan Avenue
Battle Creek, Michigan 49017

Robert Rousseau, CEO
Preferred Display, Inc.
78 Edwin Road
South Windsor, Connecticut 06074-2475

Jeremy Sink, Esq.
Kirton McConkie PC
Key Bank Tower
36 South State Street, #1900
Salt Lake City, Utah 84111

Gerald A. Jeutter, Jr., Esq.
Smith, Anderson, Blount, Dorsett, Mitchell
& Jernigan, LLP
150 Fayetteville Street
Suite 2300
Raleigh, North Carolina 27601

Wesley Donehue, CEO
Push Digital, LLC
1401 Sam Rittenberg Boulevard, Suite 1
Charleston, South Carolina 29407

Alan M. Kindred, Esq.
LeechTishman Fuscaldo & Lampl, LLC
545 Fifth Avenue
New York, New York 10017

Patrick W. Carothers, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 28th Floor
Pittsburgh, Pennsylvania 15219

Christine A. Walsh, Esq.
Mayer Brown LLP
1221 Avenue of the Americas
New York, New York 10020

Lance Calvert, CEO
Retail Contracting Service, Inc.
224 Brown Industrial Parkway, Suite 105
Canton, Georgia 30114

Chris Campbell, President
CE Power Engineered Services, LLC
4040 Rev Drive
Cincinnati, Ohio 45232

Paul Cody, CEO
Reuter & Hanney, Inc.
Northampton Industrial Park
149 Railroad Drive
Ivyland, Pennsylvania 18974

Glendon M. Elliott, II, President
Rhode Island Textile Company
35 Martin Street
Cumberland, Rhode Island 2864

J. Cory Falgowski, Esq.
Burr & Forman LLP
1201 North Market Street, Suite 1407
Wilmington, Delaware 19801

Harold M. Messmer, CEO
Robert Half International Inc. dba Robert
Half Legal
2884 Sand Hill Road
Menlo Park, California 94025

Stephen C. Lane, Esq.
Attorney at Law
7419 Kingsgate Way, Suite A
West Chester, Ohio 45069

Gabriel Dickstein, RegAgt/Officer
RTA Products, LLC
2500 SW 32nd Avenue
Pembroke Park, Florida 33023

Max Lichy, President
Salland Industries, Limited
300 W. 4th Street
Suite F
Eureka, Missouri 63025

Craig Mahurin, President
Sandy Inc.
1130 Saline Street
North Kansas City, Missouri 64116

Howard Greenspan, President
SCS Direct, Inc.
9 Trefoil Drive
Trumbull, Connecticut 6611

Beth A. Bivona, Esq.
Barclay Damon LLP
200 Delaware Avenue
Suite 1200
Buffalo, New York 14202

Julius S. Pohlenz, Esq,
Signode Industrial Group LLC
Associate General Counsel - Americas
3650 West Lake Avenue
Glenview, Illinois 60026

Scott Crownover, President/CEO
Skagit Horticulture LLC
14113 Riverbend Road
Mount Vernon, Washington 98273

William H. Dubose, RegAgt/President
South / Win, LLC
112 Maxfield Road
Greensboro, North Carolina 27405

Huichuan Liao, RegAgt/Officer
Southern Technologies, LLC
3816 Hawthorn Court
Waukegan, Illinois 60087

Matthew T. Ries, Esq.
Stamper Rubens, P.S.
720 West Boone Avenue, Suite 200
Spokane, Washington 99201

Anthony F. Giuliano, Esq.
Pryor & Mandelup, LLP
675 Old Country Road
Westbury, New York 11590

Beth E. Rogers, Esq.
Rogers Law Offices
100 Peachtree Street
The Equitable Building, Suite 1950
Atlanta, Georgia 30303

Michael Traub, CEO
SSB Manufacturing Company fdba
Simmons Bedding Company
3560 Lenox Road, Suite 1100
Atlanta, Georgia 30326

Grace Moreland, RegAgt/Officer
Sunnest Service, LLC
619 Slack Street
Steubenville, Ohio 43952

Brian T. Harvey, Esq.
Buchalter
1000 Wilshire Blvd., Suite 1500
Los Angeles, California 90017

Saul Suarez Flores, Esq.
Limonta & Suarez
PO Box 361686
San Juan, PR,  00936-1686

Officer, Managing or General Agent
TCA Holdings Propartners, L.L.C.
3611 N. Kedzie Avenue
Chicago, Illinois 60618

Richard W. Ward, Esq.
Law Offices of Richard W. Ward
6860 North Dallas Parkway, Suite 200
Plano, Texas 75024

Ravi Joshi, CEO
The Greystone Tea Company Inc
213 Lbrosse Avenue
Pointe-Claire, QC,  H9R 1A3

Richard J. Daniels, Chief Executive
The Hartford Courant Company, LLC
285 Broad Street
Hartford, Connecticut 6115

Eric J. Levine, Esq.
Baron Samson LLP
27 Horseneck Road, Suite 210
Fairfield, New Jersey 7004

E. Lynne Madden, RegAgt/CEO
The Madden Corporation
94-411 Koaki Street
Waipahu, Hawaii 96797

Paul J. Pascuzzi, Esq.
Felderstein Fitzgerald Willoughby Pascuzzi
& Rios LLP
500 Capitol Mall, Suite 2250
Sacramento, California 95814

Mick Fountain, President
Toll Global Forwarding SCS (USA) Inc.
fdba FMI Inc.
800 Federal Boulvard
Carteret, New Jersey 7008

Ronald A. Spinner, Esq.
Miller Canfield
150 West Jefferson, Suite 2500
Detroit, Michigan 48226

Theodore D. C. Young, Esq.
Cades Schutte LLP
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813

Gregg Morrison, Officer
TouchPoint 360, LLC
1250 Feehanville Drive
Suite 100
Mt. Prospect, Illinois 60056

Timothy P. Knight, President/CEO
Tribune Publishing Company, LLC dba
Baltimore Sun
160 North Stetson Avenue
Chicago, Illinois 60601

Timothy P. Knight, President
Tribune Publishing Company, LLC dba The
Morning Call
101 North 6th Street
Allentown, Pennsylvania 18105

Robert W. Webb, Jr., Chairman
Troutman Sanders LLP
600 Peachtree Street NE
Suite 3000
Atlanta, Georgia 30308

Kelly Ann Tran, Esq.
Small Law PC
1350 Columbia Street
Suite 700
San Diego, California 92101

David Santamaria, RegAgt/President
Unitex Incorporado
211 O'neill Street
San Juan,  918

Sea Ben-Menaham, President
Universal Apparel Inc.
23875 Ventura Boulevard
Suite 204
Calabasas, California 91302

Tony Marino, Officer
Universal Building Services dba UBS
16 S Avenue West
Suite 233
Cranford, New Jersey 7016

David Noyce, Esq.
Marinosci Law Group, P.C.
11111 Nall Avenue, Suite 104
Leawood, Kansas 66211

Marcin Kostrzewa, RegAgt/President
US Neighbors Construction Inc.
648 Oswego Drive
Carol Stream, Illinois 60188

Harrison H.D. Breakstone, Esq.
Archer & Greiner P.C.
630 Third Avenue
7th Floor
New York, New York 10017

Juan L. Vento Carmona, President
Vento Distributors Corp.
#33 Calle Diana
Amelia Industrial Park
Guaynabo, PR,  968

Officer, Managing or General Agent
Vogue LLC dba Vogue International LLC
311 Park Place Boulevard
#500
Clearwater, Florida 33759

Joseph M. Sholder, Esq.
Griffith & Thornburgh, LLP
8 East Figueroa Street, Suite 300
Santa Barbara, California 93101

Donna M. Cusimano, Esq.
Rosenberg Feldman Smith, LLP
551 Fifth Avenue, 24th Floor
New York, New York 10176

Officer/Managing Agent
West Chester Holdings, LLC
11500 Canal Road
Cincinnati, Ohio 45241

Doron Hazut, CEO
White Mark Universal Inc.
1220 Maple Avenue, Suite 911
Los Angeles, California 90015

Erika R. Barnes, Esq.
Stites & Harbison PLLC
401 Commerce Street, Suite 800
Nashville, Tennessee 37219

Alan M. Kindred, Esq.
LeechTishman Fuscaldo & Lampl, LLC
545 Fifth Avenue
New York, New York 10017

Patrick W. Carothers, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 28th Floor
Pittsburgh, Pennsylvania 15219

Nicholas L. Hahn, Esq.
Godfrey & Kahn, S.C.
100 West Lawrence Street
Appleton, Wisconsin 54911-5754

Richard F. Flynn, President
Wolters Kluwer ELM Solutions, Inc. dba
Tymetrix Inc.
3009 Post Oak Bouelvard
Suite 1100
Houston, Texas 77056

Diana L. Nole, CEO
Wolters Kluwer Health, Inc.
Two Commerce Square
2001 Market Street
Philadelphia, Pennsylvania 19103

Elizabeth Satin, CEO
Wolters Kluwer United States Inc. dba CT
Corporation Systems
111 Eighth Avenue
13th Floor
New York, New York 10011

Ad Art Company
3260 E 26th Street
Vernon, CA 90058
Attn: Officer, Managing or General Agent

A-Ipower Corporation
10887 Commerce Way
Unit A
Fontana, CA 92337
Attn: Officer, Managing or General Agent

A-Ipower Corporation
aka A-Ipower, Inc.
c/o United States Corporation Agents, Inc.
300 Delaware Avenue, Suite 210-A
Wilmington, DE 19801
Attn: Registered Or Authorized Agent

American Color Inc.
22495 Thornhill Road
Orange, VA 22960
Attn: Officer, Managing or General Agent

American Color Inc.
115 Chapman Street
Orange, VA 22960
Attn: Henry Lee Carter

American De Rosa Lamparts LLC
1945 S Tubeway Avenue
Commerce, CA 90040
Attn: Officer, Managing or General Agent

American De Rosa Lamparts LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
Attn: Registered Or Authorized Agent

American De Rosa Lamparts LLC
2845 Westwood Boulevard
Los Angeles, CA 90064
Attn: Registered Or Authorized Agent

American Gasket Technologies Inc.
10 Laura Drive
Addison, IL 60101
Attn: Officer, Managing or General Agent

Arizona Republic Phoenix Gazette, a/k/a
The Arizona Republic, a/k/a
AZCentral.com, a/k/a Gannett Company,
Inc.
200 East Van Buren
Phoenix, AZ 85004
Attn: Officer, Managing or General Agent

Arizona Republic Phoenix Gazette, a/k/a
The Arizona Republic, a/k/a
AZCentral.com, a/k/a Gannett Company,
Inc.
PO Box 677595
Dallas, TX 75267
Attn: Officer, Managing or General Agent

Arizona Republic Phoenix Gazette, a/k/a
The Arizona Republic, a/k/a
AZCentral.com, a/k/a Gannett Company,
Inc.
22600 N 19th Avenue
Phoenix, AZ 85027
Attn: Officer, Managing or General Agent

Arizona Republic Phoenix Gazette, a/k/a
The Arizona Republic, a/k/a
AZCentral.com, a/k/a Gannett Company,
Inc.
21975 North 103Rd Lane
Center House 442
Peoria, AZ 85383
Attn: Officer, Managing or General Agent

B & B Electric Inc.
3000 Reilly Drive
Springfield, IL 62703
Attn: Officer, Managing or General Agent

B & B Electric Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
Attn: Registered Or Authorized Agent

BCI Technologies Inc.
1202 N Great Southwest Pkwy
Grand Prairie, TX 75050
Attn: Officer, Managing or General Agent

BCI Technologies Inc.
c/o National Registered Agents, Inc.
160 Greentree Drive
Suite 101
Dover, DE 19904
Attn: Registered Or Authorized Agent

Belco Distributors Dba Belco Industries
100 Adams Boulevard
Farmingdale, NY 11735
Attn: Officer, Managing or General Agent

Boyd Flotation Inc.
2440 Adie Road
St. Louis, MO 63043
Attn: Officer, Managing or General Agent

Boyd Flotation Inc.
PO Box 840001
Kansas City, MO 64184-0001
Attn: Officer, Managing or General Agent

Brisas Del Caribe Corp.
Box 367042
San Juan, PR 00936
Attn: Officer, Managing or General Agent

Bully Tools Inc.
14 Technology Drive
Steubenville, OH 43952
Attn: Officer, Managing or General Agent

Camco Manufacturing Inc.
121 Landmark Drive
Greensboro, NC 27409
Attn: Officer, Managing or General Agent

Camco Manufacturing Inc.
121 Landmark Drive
Greensboro, NC 27409
Attn: Donald R. Caine

Campbell Sales Company
1203 Edgebrook Avenue
Pittsburgh, PA 15226
Attn: Officer, Managing or General Agent

Campbell Sales Company
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801
Attn: Registered Or Authorized Agent

Campbell Sales Company
PO Box 641505
Pittsburgh, PA 15264
Attn: Officer, Managing or General Agent

CCP Newco LLC
11840 Westline Ind Drive
St Louis, MO 63146
Attn: Officer, Managing or General Agent

CCP Newco LLC
c/o CSC-Lawyers Incorporating Service
Company
221 Bolivar Street
Jefferson City, MO 65101
Attn: Registered Or Authorized Agent

Cellini LLC
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801
Attn: Registered Or Authorized Agent

Centrescapes Inc.
165 Gentry Street
Pomona, CA 91767
Attn: Officer, Managing or General Agent

Centrescapes Inc.
6148 Mount Angelus Drive
Suite 303
Los Angeles, CA 90042
Attn: Grace Virginia Loya

Centro Inc.
11 E. Madison
Chicago, IL 60602
Attn: Officer, Managing or General Agent

Centro Inc.
222 S Riverside
#2100
Chicago, IL 60606
Attn: Leonard J. Gambino

Centro Inc.
Dept Ch 10762
Palatine, IL 60055
Attn: Officer, Managing or General Agent

Centro Inc.
222 S Riverside
#2100
Chicago, IL 60606
Attn: Registered Or Authorized Agent

Centro Inc.
11 E. Madison
Chicago, IL 60602
Attn: Officer, Managing or General Agent

Chinex Apparel Inc.
209 W 40th Street
7th Floor
New York, NY 10018
Attn: Officer, Managing or General Agent

Chinex Apparel Inc.
58 West 40Th Street
12th Floor
New York, NY 10018
Attn: Officer, Managing or General Agent

Cliffstar LLC
5519 W Idlewild Avenue
Tampa, FL 33634
Attn: Officer, Managing or General Agent

Cliffstar LLC
c/o Registered Agent Solutions Inc.
9 E Loockerman  Avenue
Suite 311
Dover, DE 19901
Attn: Registered Or Authorized Agent

Cliffstar LLC
c/o Cogency Global Inc.
850 New Burton Road
Suite 201
Dover, DE 19904
Attn: Registered Or Authorized Agent

Commerical Plumbing Inc.
467 S Market St.
Inglewood, CA 90301
Attn: Officer, Managing or General Agent

CS Group Inc.
2889 S. Shoshone Street
Littleton, CO 80110
Attn: Officer, Managing or General Agent

CS Group Inc.
PO Box 2071
Littleton, CO 80161
Attn: Officer, Managing or General Agent

CS Group Inc.
PO Box 2017
Littleton, CO 80161
Attn: Officer, Managing or General Agent

CTM Enterprises Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
Attn: Registered Or Authorized Agent

CTM Enterprises Inc.
6620 West Arby Avenue
Las Vegas, NV 89118
Attn: Officer, Managing or General Agent

CTM Enterprises Inc.
c/o Corporation Service Company
112 North Curry Street
Carson City, NV 89703
Attn: Registered Or Authorized Agent

Curvature LLC
2810 Coliseum Center Drive
Suite 600
Charlotte, NC 28217
Attn: Officer, Managing or General Agent

Curvature LLC
c/o Illinois Corporation Service
801 Adlai Stevenson Drive
Springfield, IL 62703
Attn: Registered Or Authorized Agent

Curvature LLC
14416 Collections Center Drive
Chicago, IL 60693
Attn: Officer, Managing or General Agent

Custom Lawn Service Inc.
9012 South Sullivan Place
Terre Haute, IN 47802
Attn: Officer, Managing or General Agent

Custom Lawn Service Inc.
9801 East Us Highway 40
Terra Haute, IN 47803
Attn: Officer, Managing or General Agent

Cycle Force Group LLC
2105 SE 5th Street
Ames, IA 50010
Attn: Officer, Managing or General Agent

Cycle Force Group LLC
1601 Golden Aspen Drive
Suite 107
Ames, IA 50010
Attn: Nyle Nims

Detergent 2.0 LLC
594 Jersey Ave
New Brunswick, NJ 08901
Attn: Officer, Managing or General Agent

Detergent 2.0 LLC
c/o Corporation Sales Company
251 Little Falls Drive
Wilmington, DE 19808
Attn: Registered Or Authorized Agent

Dicarlo Distributing Inc.
1630 North Ocean Avenue
Holtsville, NY 11742
Attn: Officer, Managing or General Agent

Diversified Global Technologies LLC
128 Singleton Street
Woonsocket, RI 02895
Attn: Officer, Managing or General Agent

Diversified Global Technologies LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
Attn: Registered Or Authorized Agent

Diversified Global Technologies LLC
One Financial Plaza
Suite 800
Providence, RI 2903
Attn: Registered Or Authorized Agent

Doskocil Mfg Company Dba Petmate
2300 E Randol Mill Road
Arlington, TX 76011
Attn: Officer, Managing or General Agent

Doskocil Mfg Company Dba Petmate
c/o CT Corporation System
1999 Bryan Street
Suite 900
Dallas, TX 75201
Attn: Registered Or Authorized Agent

Dover Grease Trap Inc.
16585 Thirteen Mile Road
Fraser, MI 48026
Attn: Officer, Managing or General Agent

Duraflame Inc.
2894 Monte Diablo Avenue
Stockton, CA 95203
Attn: Officer, Managing or General Agent

Duraflame Inc.
PO Box 49252
San Jose, CA 95161
Attn: Officer, Managing or General Agent

El Vocero De Puerto Rico, a/k/a Publi-
Inversiones Puerto Rico Inc.
1064 Ave Ponce de Leon
2do
San Juan, PR 00902
Attn: Officer, Managing or General Agent

El Vocero De Puerto Rico, a/k/a Publi-
Inversiones Puerto Rico Inc.
PO Box 15074
San Juan, PR 00902
Attn: Officer, Managing or General Agent

European Home Designs LLC
347 5th Avenue
Floor 2
New York, NY 10016
Attn: Officer, Managing or General Agent

Everest Group USA Inc.
1885 S Vineyard Avenue
Suite 3
Ontario, CA 91761
Attn: Officer, Managing or General Agent

Everest Group USA Inc.
1885 S Vineyard Avenue
Suite 3
Ontario, CA 91761
Attn: Kenneth Long

Extreme Reach Inc.
75 Second Avenue
Suite 720
Needham, MA 02494
Attn: Officer, Managing or General Agent

Extreme Reach Inc.
c/o Cogency Global Inc.
850 New Burton Road
Suite 201
Dover, DE 19904
Attn: Registered Or Authorized Agent

Extreme Reach Inc.
c/o Cogency Global Inc.
45 School Street
Suite 202
Boston, MA 02108
Attn: Registered Or Authorized Agent

Facilities Solutions LLC
927 Dodecanese Blvd
Tarpon Springs, FL 34689
Attn: Officer, Managing or General Agent

Facilities Solutions LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
Attn: Registered Or Authorized Agent

Facilities Solutions LLC
1120 Lancer Lane
Tarpon Springs, FL 34689
Attn: Registered Or Authorized Agent

Facilities Solutions LLC
3510 Black Road
PO Box 639
Santa Maria, CA 19808
Attn: Officer, Managing or General Agent

Fashion Accents LLC
100 Nashua Street
Providence, RI 02940
Attn: Officer, Managing or General Agent

Fayetteville Observer, LLC
458 Whitfeld Street
Fayetteville, NC 28302
Attn: Officer, Managing or General Agent

Fayetteville Observer, LLC
db North Carolina Holdings Inc
PO Box 849
Fayetteville, NC 28302
Attn: Officer, Managing or General Agent

Final Touch Delivery Service Inc.
328 Greenbay Road
Highwood, IL 60040
Attn: Officer, Managing or General Agent

Final Touch Delivery Service Inc.
580 Roger Williams
Suite 26
Highland, IL 60035
Att: Marina Shapiro

Founding Fathers Products LLC
1844 W Wayzata Blvd
Long Lake, MN 55356
Attn: Officer, Managing or General Agent

Founding Fathers Products LLC
2170 Shevlin Drive
Orono, MN 55391
Attn: Phil Knutsen

Fresno Bee, a/k/a McClatchy Newspapers,
Inc.
1626 E Street
Fresno, CA 93786
Attn: Officer, Managing or General Agent

Funderburk Roofing Inc.
1987 Quincy Court
Glendale Heights, IL 60139
Attn: Officer, Managing or General Agent

Funderburk Roofing Inc.
195 Hiawatha Drive
Carol Stream, IL 60188
Attn: Robert A. McNees

Handcraft Mfg. Corp.
10 East 34th Street
New York, NY 10016
Attn: Officer, Managing or General Agent

Harmony Enterprises Inc.
704 Main Avenue N
Harmony, MN 55939
Attn: Officer, Managing or General Agent

Harmony Enterprises Inc.
c/o Cogency Global Inc.
850 New Burton Road
Suite 201
Dover, DE 19904
Attn: Registered Or Authorized Agent

Hypard Trading Corp
14218 Nelson Ave
City Of Industry, CA 91746
Attn: Officer, Managing or General Agent

Inter County Mechanical Corp.
1600 Ocean Ave
Bohemia, NY 11716
Attn: Officer, Managing or General Agent

K7 Design Group Inc.
155 Girard Street
Brooklyn, NY 11235
Attn: Officer, Managing or General Agent

K7 Design Group Inc.
3266 Bedford Avenue
Brooklyn, NY 11210
Attn: Officer, Managing or General Agent

Killer Bee Inc.
555 Bayview Avenue
Biloxi, MS 39530
Attn: Officer, Managing or General Agent

Killer Bee Inc.
PO Box 1456
Biloxi, MS 39533
Attn: Officer, Managing or General Agent

Landmark Community Newspapers, LLC
601 Taylorsville Road
Shelbyville, KY 40065
Attn: Officer, Managing or General Agent

Landmark Community Newspapers, LLC
PO Box 1118
Shelbyville, KY 40066
Attn: Officer, Managing or General Agent

Larsen Products Inc.
PO Box 5308
Caguas, PR 00626
Attn: Officer, Managing or General Agent

Leadgenius
2054 University Avenue
Suite 400
Berkeley, CA 94704
Attn: Officer, Managing or General Agent

Leisure Products Inc.
506 Twin Oaks Dr.
Johnson City, TN 37601
Attn: Officer, Managing or General Agent

Leisure Products Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
Attn: Registered Or Authorized Agent

Lil Anglers LLC
1314 N Nias Avenue
Springfield, MO 65802
Attn: Officer, Managing or General Agent

Lil Anglers LLC
1624 W Jackson Street
Ozark, MO 65721
Attn: Jason Bauer

Markwins Beauty Products Inc.
75 Remittance Drive
Suite 6578
Chicago, IL 60675
Attn: Officer, Managing or General Agent

Markwins Beauty Products Inc.
22067 Ferrero Parkway
City Of Industry, CA 91789
Attn: Registered Or Authorized Agent

Matosantos Commercial Corp.
Cabo Caribe Industrial Park
A Street
lot 23
Vega Baja, PR 00693
Attn: Officer, Managing or General Agent

Matosantos Commercial Corp.
c/o Morell Cartagena & Dapena LLC
237 Ponce De Leon Avenue, Suite 700
San Juan, PR 00917
Attn: Ramon Enrique Dapena

Matosantos Commercial Corp.
PO Box 4435
Vega Baja, PR 00694
Attn: Officer, Managing or General Agent

Miami Herald Media Company
3511 NW 91 Avenue
Miami, FL 33172
Attn: Officer, Managing or General Agent

Miami Herald Media Company
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801
Attn: Registered Or Authorized Agent

Miami Herald Media Company
c/o The Mcclatchy Company
2100 Q StreetSacramento, CA 95816
Attn: Officer, Managing or General Agent

Miami Herald Media Company
One Herald Plaza
Miami, FL 33132
Attn: Officer, Managing or General Agent

Micro World Corporation Dba Barska
855 Towne Center Drive
Pomona, CA 91767
Attn: Officer, Managing or General Agent

Micro World Corporation Dba Barska
713 W Duerte Road
Arcadia, CA 91007
Attn: Johnson Yang

Micro World Corporation Dba Barska
dba Barska
8955 Towne Center Drive
Pomona, CA 91007
Attn: Officer, Managing or General Agent

Mr Hawaii Inc.
16817 S Western Avenue
Gardena, CA 90247
Attn: Officer, Managing or General Agent

Mr Hawaii Inc.
PO Box F
16817 S Western Avenue
Gardena, CA 90247
Attn: Officer, Managing or General Agent

Multiple Solutions Inc.
Urb Estancias de Mountain View
Calle Cerro Punta # 94
Coamo, PR 00769
Attn: Officer, Managing or General Agent

Multiple Solutions Inc.
48 Calle Dr Veve
Juana Diaz, PR 00795
Attn: Officer, Managing or General Agent

Naterra International Inc.
1250 Freeport Parkway
Coppell, TX 75019
Attn: Officer, Managing or General Agent

News Times, a/k/a Phoenix News Times
201 E. Jefferson
Phoenix, AZ 85034
Attn: Officer, Managing or General Agent

News Times, a/k/a Phoenix News Times
PO Box 80064
Prescott, AZ 86304
Attn: Officer, Managing or General Agent

Orlando Sentinel, a/k/a Sentinel
Communications News Ventures Inc., a/k/a
Orlando Sentinnel Media Group, a/k/a
Sentinel Publishing
633 N Orange Street
Orlando, FL 32801
Attn: Officer, Managing or General Agent

Orlando Sentinel, a/k/a Sentinel
Communications News Ventures Inc., a/k/a
Orlando Sentinnel Media Group, a/k/a
Sentinel Publishing
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
Attn: Registered Or Authorized Agent

Orlando Sentinel, a/k/a Sentinel
Communications News Ventures Inc., a/k/a
Orlando Sentinnel Media Group, a/k/a
Sentinel Publishing
c/o Corporation Service Company
1201 Hayes Street
Talahassee, FL 32301-2525
Attn: Registered Or Authorized Agent

O'Shea Inc.
330 West 47th Steet
#203
Kansas City, MO 64112
Attn: Officer, Managing or General Agent

Ottaway Newspapers Inc.
40 Mulberry Street
Middletown, NY 10940
Attn: Officer, Managing or General Agent

Ottaway Newspapers Inc.
PO Box 223532
Pittsburgh, PA 15251
Attn: Officer, Managing or General Agent

Ottaway Newspapers Inc.
Route 416
PO Box 401
Campbell Hall, NY 10916
Attn: Officer, Managing or General Agent

Pacific Charlie Co. Inc.
167 Edward T Calvo Memorial Parkway
Suite B
Tamuning, GU 96931
Attn: Officer, Managing or General Agent

Pacific Market International LLC
2000 Sierra Point Parkway
3rd Floor
Brisbane, CA 94005
Attn: Officer, Managing or General Agent

Pacific Market International LLC
2401 Elliott Avenue
4th Floor
Seattle, WA 98121
Attn: Derek De Bakker

Paradigm Fitness Equipment Inc.
1189 Jellick Avenue
City Of Industry, CA 91748
Attn: Officer, Managing or General Agent

Paradigm Fitness Equipment Inc.
1189 Jellick Avenue
City Of Industry, CA 91748
Attn: Allen Ren

Paradigm Fitness Equipment Inc.
1189 Jellick Avenue
City Of Industry, CA 91748
Attn: Registered Or Authorized Agent

Park Greenhouse
12813 West Ripon Road
Ripon, CA 95366
Attn: Officer, Managing or General Agent

Pet Partners Inc.
450 North Sheridan Street
Corona, CA 92880
Attn: Officer, Managing or General Agent

Picnic Time Inc.
5131 Maureen Ln
Moorpark, CA 93021-1783
Attn: Officer, Managing or General Agent

Picnic Time Inc.
4131 Maureen Lane
Moorpark, CA 93021
Attn: Registered Or Authorized Agent

Prestone Products Corporation
6250 North River Road
Suite 6000
Rosemont, IL 60018
Attn: Officer, Managing or General Agent

Prestone Products Corporation
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801
Attn: Registered Or Authorized Agent

Prestone Products Corporation
PO Box 198467
Atlanta, GA 30384
Attn: Officer, Managing or General Agent

Prestone Products Corporation
250 Halls Mill Road
Freehold, NJ 00728
Attn: Officer, Managing or General Agent

Prestone Products Corporation
1900 West Field Court
Lake Forest, IL 60045
Attn: Officer, Managing or General Agent

Prestone Products Corporation
c/o CT Corporation System
1201 Peachtree Street NE
Atlanta, GA 30361
Attn: Registered Or Authorized Agent

Qcoefficient Inc.
310 South Michigan Avenue
Unit 903
Chicago, IL 60604
Attn: Officer, Managing or General Agent

Qcoefficient Inc.
c/o Corp1, Inc.
28 Old Rudnick Lane
Dover, DE 19901
Attn: Registered Or Authorized Agent

R E Daigle & Son Electrical, Inc.
412 US Route 1
Frenchville, ME 04745
Attn: Officer, Managing or General Agent

R E Daigle & Son Electrical, Inc.
PO Box 412
Frenchville, ME 04745
Attn: Officer, Managing or General Agent

Reedy Maintenance and Repairs LLC
5881 South Prospect Street
Ravenna, OH 44266
Attn: Officer, Managing or General Agent

Reedy Maintenance and Repairs LLC
4887 S. Prospect Street
Ravenna, OH 44266
Attn: Gary W. Reedy

Reedy Maintenance and Repairs LLC
PO Box 270
Ravenna, OH 44266
Attn: Officer, Managing or General Agent

Renzo Excavating LLC
420 W Dixie Hwy
Grant Park, IL 60940
Attn: Officer, Managing or General Agent

Renzo Excavating LLC
3221 Fiday Road
Joliet, IL 60431
Attn: Officer, Managing or General Agent

Repair Palace Inc. Dba Atwood Jewelers
240 N. Broadway
Salem, NH 03079
Attn: Officer, Managing or General Agent

Ricoh Production Print Solutions
6300 Diagonal Highway
Building 1
Boulder, CO 80301
Attn: Officer, Managing or General Agent

Ricoh Production Print Solutions
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801
Attn: Registered Or Authorized Agent

Ricoh Production Print Solutions
601 Holiday Drive
Pittsburgh, PA 15220
Attn: Officer, Managing or General Agent

Rolling & Sliding Doors Of Dayton Ltd.
8755 State Route 201
Tipp City, OH 45371
Attn: Officer, Managing or General Agent

Royal Animals Ltd.
1040 First Avenue
New York, NY 10022
Attn: Officer, Managing or General Agent

Royal Animals Ltd.
400 East 57th Street
New York, NY 10022
Attn: Registered Or Authorized Agent

Royal Animals Ltd.
4129 N Port Washington
Milwaukee, WI 53212
Attn: Officer, Managing or General Agent

Rugs America Corporation
10 Daniel Street
Farmingdale, NY 11735
Attn: Officer, Managing or General Agent

Rushmore Photo & Gifts Inc.
3305 Campbell Street
Rapid City, SD 57701
Attn: Officer, Managing or General Agent

Rushmore Photo & Gifts Inc.
11993 US Hwy. 16
Custer, SD 57730
Attn: Paul Niemann

Ruyi Design & Manufacture Inc.
1410 Broadway
Suite 1206
New York, NY 10018
Attn: Officer, Managing or General Agent

Sakutori Designs LLC
729 Emily Street
Honolulu, HI 96813
Attn: Officer, Managing or General Agent

San Diego Union Tribune LLC
600 B Street
Suite 1201
San Diego, CA 92101
Attn: Officer, Managing or General Agent

San Diego Union Tribune LLC
c/o National Registered Agents, Inc.
160 Greentree Drive, Suite 101
Dover, DE 19904
Attn: Registered Or Authorized Agent

San Diego Union Tribune LLC
PO Box 740665
Los Angeles, CA 90074
Attn: Officer, Managing or General Agent

San Diego Union Tribune LLC
c/o National Registered Agents, Inc.
818 West Sventh Street, Suite 930
Los Angeles, CA 90017
Attn: Registered Or Authorized Agent

Scott Shoe Co. Ltd.
1212 Kona Street
Honolulu, HI 96814
Attn: Officer, Managing or General Agent

Scott Shoe Co. Ltd.
1212 Kona Street
Honolulu, HI 96814
Attn: Steve Scott

Segerdahl Corporation
1351 South Wheeling Road
Wheeling, IL 60090
Attn: Officer, Managing or General Agent

Segerdahl Corporation
222 N Lasalle Street
Suite 2600
Chicago, IL 60601
Attn: William J. Bettman

Shaker Hill Landscape & Nursery Co.
271 Maine Street
Poland Spring, ME 04274
Attn: Officer, Managing or General Agent

Shalom International Corp.
1050 Amboy Avenue
Perth Amboy, NJ 08861
Attn: Officer, Managing or General Agent

Shalom International Corp.
c/o The Company Corporation
251 Little Falls Drive
Wilmington, DE 19808
Attn: Registered Or Authorized Agent

Shalom International Corp.
3 West 35th Street
New York, NY 10001
Attn: Officer, Managing or General Agent

Shalom International Corp.
700 Milk Street
Carteret, NJ 07008
Attn: Officer, Managing or General Agent

Sign Outlet, Inc.
5516 Cal Sag Road
Alsip, IL 60803
Attn: Officer, Managing or General Agent

Sign Outlet, Inc.
5153 W 111th Street
Alsip, IL 60803
Attn: James D. Klockkow

Six Nines IT LLC
4931 Park Road
Benicia, CA 94510
Attn: Officer, Managing or General Agent

Six Nines IT LLC
8528 Paradise Lagoon Drive
Benicia, CA 94590
Attn: James S. Kendrick

Six Nines IT LLC
PO Box 91624
Austin, TX 78709
Attn: Officer, Managing or General Agent

Six Nines IT LLC
344 20th Street
Oakland, CA 94612
Attn: Officer, Managing or General Agent

Six Nines IT LLC
8528 Paradise Lagoon Drive
Benicia, CA 94590
Attn: Registered Or Authorized Agent

Smith & Vandiver Corp.
480 Airport Blvd
Watsonville, CA 95076
Attn: Officer, Managing or General Agent

Southern Atlantic Electric CO. Inc.
11618 Columbia Park Dr East
Jacksonville, FL 32258
Attn: Officer, Managing or General Agent

Southern Atlantic Electric CO. Inc.
12800 Edenbridge Ct.
Jacksonville, FL 32223
Attn: Raymond M. McIntosh

Space Center Mira Loma Inc.
3401 Etiwanda Avenue
Mira Loma, CA 91752-1128
Attn: Officer, Managing or General Agent

Space Center Mira Loma Inc.
c/o CT Corporation System
818 West Seventh Street
Suite 900
Los Angeles, CA 90017
Attn: Registered Or Authorized Agent

Space Center Mira Loma Inc.
c/o Space Center Ml-Venture A
PO Box 840718
Los Angeles, CA 90084
Attn: Officer, Managing or General Agent

Space Center Mira Loma Inc.
2501 Rosegate
St Paul, MN 55113
Attn: Officer, Managing or General Agent

Space Center Mira Loma Inc.
90 Park Avenue
32nd Flor
New York, NY 10016
Attn: Officer, Managing or General Agent

Stauffer Family LLC
36 Glade Circle East
Rehoboth Beach, DE 19971
Attn: Officer, Managing or General Agent

Stauffer Family LLC
1201-B Savannah Road
Lewes, DE 19958
Attn: Larry W. Fifer

Sun Sentinel, a/k/a Sun-Sentinel Company
Inc; a/k/a News & Sun Sentinel Company,
a/k/a sun-sentinel.com, a/k/a Tribune
Publishing Company
333 SW 12th Avenue
Deerfield Beach, FL 33442
Attn: Officer, Managing or General Agent

Sun Sentinel, a/k/a Sun-Sentinel Company
Inc; a/k/a News & Sun Sentinel Company,
a/k/a sun-sentinel.com, a/k/a Tribune
Publishing Company
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
Attn: Registered Or Authorized Agent

Sun Sentinel, a/k/a Sun-Sentinel Company
Inc; a/k/a News & Sun Sentinel Company,
a/k/a sun-sentinel.com, a/k/a Tribune
Publishing Company
500 E. Broward Blvd.
Fort Lauderdale, FL 32301
Attn: Officer, Managing or General Agent

Sun Sentinel, a/k/a Sun-Sentinel Company
Inc; a/k/a News & Sun Sentinel Company,
a/k/a sun-sentinel.com, a/k/a Tribune
Publishing Company
c/o Corporation Service Company
1201 Hayes Street
Talahassee, FL 32301-2525
Attn: Registered Or Authorized Agent

Sunny Distributor Inc.
218 Turnbull Canyon Road
City Of Industry, CA 91745
Attn: Officer, Managing or General Agent

Sunny Distributor Inc.
218 Turnbull Canyon Road
City Of Industry, CA 91745
Attn: John Sun

The Journal News, a/k/a LoHud.com, a/k/a
Gannett Company, Inc.
1133 Westchester Avenue
Suite N 110
White Plains, NY 10604
Attn: Officer, Managing or General Agent

The Journal News, a/k/a LoHud.com, a/k/a
Gannett Company, Inc.
PO Box 822883
Philadephia, PA 19182
Attn: Officer, Managing or General Agent

The Journal News, a/k/a LoHud.com, a/k/a
Gannett Company, Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
Attn: Registered Or Authorized Agent

The Journal News, a/k/a LoHud.com, a/k/a
Gannett Company, Inc.
c/o Gannett Co Law Dept
7950 Jones Branch Drive
Mclean, VA 22107
Attn: Officer, Managing or General Agent

The News and Observer Publishing
Company
421 Fayetteville Street
Suite 104
Raleigh, NC 27601
Attn: Officer, Managing or General Agent

The News and Observer Publishing
Company
c/o CT Corporation System
160 Mine Lake Court
Suite 200
Raleigh, NC 27615
Attn: Registered Or Authorized Agent

Tiger Capital Group LLC
99 Park Ave Suite 1930
New York, NY 10016
Attn: Officer, Managing or General Agent

TL Perez Residential Services
609 Old Country Road
Wahington, ME 04574
Attn: Officer, Managing or General Agent

TNP Sites LLC
184 New Egypt Road
Lakewood, NJ 08701
Attn: Officer, Managing or General Agent

Tory's Roofing & Waterproofing Inc.
500 96 1382 Waihona St
Pearl City, HI 96782
Attn: Officer, Managing or General Agent

Tory's Roofing & Waterproofing Inc.
96-1382 Waihona Street
Pearl City, HI 96782
Attn: Sandra G. Tory

Transporte Bairoa Inc.
Mirador Bairoa 29 2u 25
Caguas, PR 00727
Attn: Officer, Managing or General Agent

Triple E Partners LLC
222 East 14th Street
Cincinnati, OH 45202
Attn: Officer, Managing or General Agent

Triple E Partners LLC
3541 Kroger Avenue
Cincinnati, OH 45226
Attn: Charles A. Haury

Triple E Partners LLC
PO Box 8155
Cincinnati, OH 45208
Attn: Officer, Managing or General Agent

Umarex USA Inc.
777 Chad Colley Boulevard
Fort Smith, AR 72916
Attn: Officer, Managing or General Agent

Umarex USA Inc.
315 N. 7th Street
Fort Smith, AR 72901
Attn: Thomas Robertson, Jr.

Umarex USA Inc.
Dept 5565, PO Box 11407
Birmingham, AL 35246
Attn: Officer, Managing or General Agent

Vanderbilt Home Products LLC
4100 West Side Avenue
North Bergen, NJ 07047
Attn: Officer, Managing or General Agent

Vanderbilt Home Products LLC
261 5Th Avenue
Suite 512
New York, NY 10016
Attn: Officer, Managing or General Agent

Vazquez Polar Air Conditioner Corp.
URB Ciudad #120 Calle Oviedo
Cagus, PR 00727
Attn: Officer, Managing or General Agent

Vazquez Polar Air Conditioner Corp.
Carr 842
San Juan, PR 00926
Attn: Officer, Managing or General Agent

Vazquez Polar Air Conditioner Corp.
Cuidad Jardin
120 Calle Oviedo
Caguas, PR 00727
Attn: Registered Or Authorized Agent

Virginian Pilot, a/k/a Virginian-Pilot Media
Companies LLC, a/k/a Tribune Publishing
Company
150 W. Brambleton Ave.
Norfolk, VA 23510
Attn: Officer, Managing or General Agent

Virginian Pilot, a/k/a Virginian-Pilot Media
Companies LLC, a/k/a Tribune Publishing
Company
c/o Corporation Service Company
100 Shockhoe Slip
Richmond City, VA 23219
Attn: Registered Or Authorized Agent

Virginian Pilot, a/k/a Virginian-Pilot Media
Companies LLC, a/k/a Tribune Publishing
Company
PO Box 100611
Atlanta, GA 30384
Attn: Officer, Managing or General Agent

Walsh Media Inc.
579 W North Avenue
Suite 200
Elmhurst, IL 60126
Attn: Officer, Managing or General Agent

Walsh Media Inc.
1010 Jorie Blvd
Oak Brook, IL 60523
Attn: William D. Kelly

Wick Communications Company
333 W Wilcox Drive
Ste 302
Sierra Vista, AZ 85635
Attn: Officer, Managing or General Agent

Wick Communications Company
c/o Corporation Service Company
8825 N 23rd Avenue
Suite 100
Phoenix, AZ 85021
Attn: Registered Or Authorized Agent

Wilhelmina West Inc.
300 Park Avenue South
New York, NY 10010
Attn: Officer, Managing or General Agent

Wilhelmina West Inc.
9378 Wilshire Boulevard
Suite 310
Beverly Hills, CA 90212
Attn: Officer, Managing or General Agent

Wilhelmina West Inc.
c/o Wilhelmina West international, Inc.
300 Park Avenue South
New York, NY 10010
Attn: Registered Or Authorized Agent

Wilhelmina West Inc.
aka Wilhelmina International, Inc.
c/o National Registered Agents, Inc.
1601 Greentree Drive, Suite 101
Dover, DE 19904
Attn: Registered Or Authorized Agent

Wilhelmina West Inc.
aka Wilhelmina International, Inc.
c/o Vcorp Services CA, Inc.
818 West Seventh Street, Suite 930
Los Angeles, CA 90017
Attn: Registered Or Authorized Agent

Woeber Mustard Manufacturing Co.
1966 Commerce Circle
Springfield, OH 45504
Attn: Officer, Managing or General Agent

Wolverton Inc.
5542 W Grand River
Lansing, MI 48906
Attn: Officer, Managing or General Agent

YM Trading Inc.
9 Steel Court
Roseland, NJ 07068
Attn: Officer, Managing or General Agent

Yost Vises LLC
388 W 24th Street
Holland, MI 49423
Attn: Officer, Managing or General Agent

Yoyo Lip Gloss Inc.
2438 47th Street
Astoria, NY 11103
Attn: Officer, Managing or General Agent

Belkin International Inc.
12045 E. Waterfront Drive
Playa Vista, CA 90094
Attn: Officer, Managing or General Agent

Belkin International Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801
Attn: Registered Or Authorized Agent

Belkin International Inc.
PO Box 200195
Dallas, TX 75320
Attn: Officer, Managing or General Agent

Breezeware
2451 Cumberland Pkwy
Suite 3551 Atlanta, GA 30339
Attn: Officer, Managing or General Agent

Impo International LLC
PO Box 639
Santa Maria, CA 93456
Attn: Officer, Managing or General Agent

Impo International LLC
3510 Black Road
Santa Maria, CA 93456
Attn: Greg Slack

Impo International LLC
3510 Black Road
Santa Maria, CA 93456
Attn: Officer, Managing or General Agent

Manhattan Beer Distributors LLC
955 E 149th Street
Bronx, NY 10455
Attn: Officer, Managing or General Agent

Manhattan Beer Distributors LLC
c/o Tannebaum Helpern Syracuse &
Hirscritt LLP
900 Third Avenue, Suite 1200
New York, NY 10022
Attn: Andre R. Jaglom

MaxColor, LLC
5 South Wabash Ave.
#1810
Chicago, IL 60603
Attn: Officer, Managing or General Agent

MaxColor, LLC
c/o Incorp Services, Inc.
919 North Market Street, Suite 650
Wilmington, DE 19801
Attn: Registered Or Authorized Agent

MaxColor, LLC
c/o Wactel Missry LLP
1 Dag Hammarskjold Plaza
885 Second Avenue, 47th Floor
New York, NY 10017
Attn: Steven J. Cohen

Mid America Tile Inc.
1650 Howard Street
Elk Grove Village, IL 60007
Attn: Officer, Managing or General Agent

Securitas Security Services inc.
1412 Broadway
17th Floor
New York, NY 10018
Attn: Officer, Managing or General Agent

Securitas Security Services inc.
c/o National Registered Agents, Inc.
1601 Greentree Drive
Dover, DE 19904
Attn: Registered Or Authorized Agent

Securitas Security Services Inc.
File 57220
Los Angeles, CA 90074
Attn: Officer, Managing or General Agent

Shutterstock Inc.
350 Fifth Avenue
21st Floor
New York, NY 10018
Attn: Officer, Managing or General Agent

Shutterstock Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
Attn: Registered Or Authorized Agent

Shutterstock Inc.
c/o Illinois Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703
Attn: Registered Or Authorized Agent

Sidecar Interactive Inc.
1 South Broad Street
20th Floor
Philadelphia, PA 19107
Attn: Officer, Managing or General Agent

Sidecar Interactive Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
Attn: Registered Or Authorized Agent

Weveel LLC
20 N Pennsylvania Avenue
Morrisville, PA 19067
Attn: Officer, Managing or General Agent

Weveel LLC
c/o Agents and Corporations Inc.
1201 Orange Street, Suite 600
One Commerce Center
Wilmington, DE 19801
Attn: Registered Or Authorized Agent

WTS Contracting Corp.
4 August Lane
Old Westbury, NY 11568
Attn: Officer, Managing or General Agent

WTS Contracting Corp.
534 Main Street
Westbury, NY 11590
Attn: Officer, Managing or General Agent

Crius Construction LLC
1350 Budd Avenue North
Maple Plain, MN 55359
Attn: Officer, Managing or General Agent

Altman Specialty Plants, Inc.
3742 Blue Bird Canyon Rd
Vista, CA 92804
Attn: Officer, Managing or General Agent

Advanced Resources
111 W Jackson Boulevard
Suite 750
Chicago, IL 60904
Attn: Officer, Managing or General Agent

Advanced Resources
321 S Plymouth Court
Suite 1200
Chicago, IL 60604
Attn: Terry Chapman

Advanced Resources
8057 Solutions Center
Chicago, IL 60677
Attn: Officer, Managing or General Agent

Advanced Resources
c/o The Company Corporation
251 Little Falls Drive
Wilmington, DE 19808
Attn: Registered Or Authorized Agent

**Served Via Electronic Mail**

Richard W. Ward
Law Offices of Richard W. Ward
Texas Bar No. 20846350
6860 N. Dallas Parkway, Suite 200
Plano, TX 75024
rwward@airmail.net

Adolfo Campero
Campero & Associates, P.C.
315 Calle Del Norte, Suite 207
Laredo, Texas  78041
acampero@camperolaw.com

Ronald D. P. Bruckmann
Schumaker, Lopp & Kendrick, LLP
101 S. Tryon Street, Suite 2200
Charlotte, North Carolina 28280
rbruckmann@shumaker.com

Dan Shaked
Shaked Law Group, P.C.
14 Harwood Court
Suite 415
Scarsdale, NY 10583
ShakedLawGroup@gmail.com

Kristy N. Grace
DLA Piper LLP
The Marbury Building
6225 Smith Ave.
Baltimore MD 21209
100 Light Suite 1350
Baltimore, Maryland 21202
kristy.grace@dlapiper.com

Hanh V. Huynh
Rubin LLC
345 Seventh Avenue, 21st Floor
New York, NY 10001
hhuynh@rubinlawllc.com

Jonathan T. Edwards
Alston & Bird
One Atlantic Center
1201 W. Peachtree St., Suite 4900
Atlanta, Georgia 30309
jonathan.edwards@alston.com

Harlan M. Lazarus
Lazarus & Lazarus PC
240 Madison Ave. 8th Fl.
New York, NY 10016
hlazarus@lazarusandlazarus.com

Dan Shaked
Shaked Law Group, P.C.
14 Harwood Court
Suite 415
Scarsdale, NY 10583
ShakedLawGroup@gmail.com

Helen Ward
Cohen & Grigsby
625 Liberty Avenue, 5th Floor
Pittsburgh, PA 15222-3152
hward@cohenlaw.com

Matthew E. Kaslow
Blank Rome
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
mkaslow@blankrome.com

Steven W. Bugg
McAfee & Taft
Tenth Floor, Two Leadership Sq.
211 N. Robinson
Oklahoma City, OK 73102-7103
steven.bugg@mcafeetaft.com

Jeffery P. Phillips
Quarles & Brady LLP
33 East Main Street, Suite 900
Madison, WI 53703-3095
Jeffery.Phillips@quarles.com

Jonathan M. Feinstein
Kelleher & Buckley, LLC
102 S. Wynstone Park Drive
North Barrington, IL 60010
jfeinstein@kelleherbuckley.com

Harrison H.D. Breakstone
Archer & Greiner P.C.
630 Third Avenue, 7th Floor
New York, NY 10017
hbreakstone@archerlaw.com

Richard Baumgart
Dettelbach Sicherman & Baumgart LLC
55 Public Square
21st Floor
Cleveland, OH 44113
rbaumgart@dsb-law.com

Lauren B. Irby
Olshan Frome Wolosky LLP
1325 Avenue of the Americas
New York, NY 10019
Direct: 212.451.2379
Facsimile: 212.451.2222
Email: LIrby@olshanlaw.com

Thomas T. McClendon, Esq.
Jones & Walden, LLC
21 Eighth St, NE
Atlanta, GA 30309
tmcclendon@joneswalden.com

Alan M. Kindred
Leech Tishman
200 S. Los Robles Ave.
Suite 210
Pasadena, CA 91101
akindred@leechtishman.com

James P. Moloy
Bose McKinney & Evans LLP
111 Monument Circle Suite 2700
Indianapolis, Indiana 46204
JMoloy@boselaw.com

Alan M. Kindred
Leech Tishman
200 S. Los Robles Ave.
Suite 210
Pasadena, CA 91101
akindred@leechtishman.com

Javier A. Roldán Cora
K&L Gates LLP
Southeast Financial Center
200 South Biscayne Boulevard, Suite 3900
Miami, Florida 33131
javier.roldancora@klgates.com

John McKasson
Marcella R. Chambers
McKasson & Klein LLP
18401 Von Karman Ave, Suite 330
Irvine, CA 92612
mchambers@mckassonklein.com
johnm@mckassonklein.com

James A. Pope
1 S 660 Midwest Road
Suite 200
Oakbrook Terrace, IL 60181
JPope@popelegal.com

Rudy Radasevich
Neal, Gerber & Eisenberg LLP
Two North LaSalle Street
Suite 1700
Chicago, Illinois 60602-3801
rradasevich@nge.com

Kevin S. Neiman, Esq.
Law Offices of Kevin S. Neiman, pc
999 18th Street, Suite 1230 S
Denver, CO 80202
kevin@ksnpc.com

Harlan M. Lazarus
Lazarus & Lazarus PC
240 Madison Ave. 8th Fl.
New York, NY 10016
hlazarus@lazarusandlazarus.com

Zackary Shields
Strong and Hanni
102 South 200 East, Suite 800
Salt Lake City, UT 84111
zshields@strongandhanni.com

Douglas J. Payne
FabianVanCott
215 South State Street
Suite 1200
Salt Lake City, Utah 84111
dpayne@fabianvancott.com

Robert Michaelson
R3M Law
335 Madison Ave. 9th Floor
New York, NY 10017
RMichaelson@R3MLaw.Com

Ross Fulton
Ryan Cooper & Durham P.A.
227 West trade Street
Suite 1200
Charlotte, NC 28202-1572
rfulton@rcdlaw.net

Roland Gary Jones
Jones & Associates
1325 Avenue of the Americas
28th Floor
New York, NY 10019
rgj@rolandjones.com

Steven M. Veenema
Murphy and King LLP
One Beacon Street, 21st Floor,
Boston, MA 02108
sveenema@murphyking.com

Dan Shaked
Shaked Law Group, P.C.
14 Harwood Court
Suite 415
Scarsdale, NY 10583
ShakedLawGroup@gmail.com

Larry Foyle
Kass Shuler
1505 North Florida Avenue
Tampa, FL, 33602
LFoyle@KASSLAW.com

Roma N. Desai
Bernstein Shur
100 Middle Street
PO Box 9729
Portland, ME 04104-5029
rdesai@bernsteinshur.com

Ken Petterson
Smith & Johnson
603 Bay Street, P.O. Box 705
Traverse City, MI 49685
kpetterson@smith-johnson.com

Alan M. Kindred
Leech Tishman
200 S. Los Robles Ave.
Suite 210
Pasadena, CA 91101
akindred@leechtishman.com

Bryan Glover
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
bryan.glover@stoel.com

Alan M. Kindred
Leech Tishman
200 S. Los Robles Ave.
Suite 210
Pasadena, CA 91101
akindred@leechtishman.com

Ryan Murphy
Fredrikson & Byron, P.A.
Suite 4000
200 South Sixth Street
Minneapolis, MN 55402
rmurphy@fredlaw.com

Alan M. Kindred
Leech Tishman
200 S. Los Robles Ave.
Suite 210
Pasadena, CA 91101
akindred@leechtishman.com

Amanda Washton
Conkle, Kremer & Engel, PLC
3130 Wilshire Blvd., Suite 500
Santa Monica, California 90403
a.washton@conklelaw.com

A.J. Webb
Frost Brown Todd LLC
Great American Tower
301 East Fourth Street, Suite 3300
Cincinnati, OH 45202
awebb@fbtlaw.com

A.J. Webb
Frost Brown Todd LLC
Great American Tower
301 East Fourth Street, Suite 3300
Cincinnati, OH 45202
awebb@fbtlaw.com

Andrew H. Robinson
Mallery & Zimmerman, S.C.
731 North Jackson Street, Suite 900
Milwaukee, Wisconsin 53202-4697
arobinson@mzmilw.com