**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
In re:                                                        )    Chapter 11
                                                                 )
SEARS HOLDING CORPORATION, *et al.*,   )    Case No. 18-23538-RDD
                                                                 )
                                              Debtors.    )    (Jointly Administered)
_____)

## MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

I, Curtis A. Hehn, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent the parties set forth below, as both parties in interest in the above-referenced bankruptcy case, and as defendants in their respective adversary proceedings:

| **Name of Party in Interest / Defendant** | **Adversary Proceeding No.** |
|---|---|
| Beauty 21 Cosmetics, Inc. | 19-08338-RDD |
| Rhode Island Textile Company | 19-08371-RDD |
| Ruyi Design & Manufacture Inc. | 19-08537-RDD |
| TJD Holdings Inc. | 19-18545-RDD |

I certify that I am a member in good standing of the bar in the State of Delaware, and the bar of the United States District Court for the District of Delaware.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

January 3, 2020

Law Office of Curtis A. Hehn

*/s/ Curtis A. Hehn*
Curtis A. Hehn, Esq.
Delaware Bar No. 4264
1007 N. Orange St., 4th Floor
Wilmington, DE 19801
Telephone:  (302) 757-3491
Facsimile:  (302) 351-7214
Email:  curtishehn@comcast.net