**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
In re:                                                                  )        Chapter 11
                                                                            )
SEARS HOLDING CORPORATION, *et al.*,           )        Case No. 18-23538-RDD
                                                                            )
                                           Debtors.                )        (Jointly Administered)
_____)

### ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of Curtis A. Hehn ("Movant"), to be admitted, *pro hac vice*, to represent the parties set forth below (the "Parties"), as both parties in interest in the above-referenced bankruptcy case, and as defendants in their respective adversary proceedings (the "Adversary Proceedings"):

| **Name of Party in Interest / Defendant** | **Adversary Proceeding No.** |
|---|---|
| Beauty 21 Cosmetics, Inc. | 19-08338-RDD |
| Rhode Island Textile Company | 19-08371-RDD |
| Ruyi Design & Manufacture Inc. | 19-08537-RDD |
| TJD Holdings Inc. | 19-18545-RDD |

and upon the Movant's certification that the Movant is a member in good standing of the bar in the State of Delaware and the United States District Court for the District of Delaware, it is hereby

**ORDERED,** that Curtis A. Hehn, Esq., is admitted to practice, *pro hac vice*, to represent the Parties, as parties in interest in the above-referenced bankruptcy case, and as defendants in the Adversary Proceedings, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee had been paid.

Dated: January ___, 2020                             _____
White Plains, NY                                              Robert D. Drain
                                                                         United States Bankruptcy Court Judge
                                                                         Southern District of New York