**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
In re:                                              )   Chapter 11
                                                    )
SEARS HOLDING CORPORATION, *et al.*,                )   Case No. 18-23538-RDD
                                                    )
                                     Debtors.       )   (Jointly Administered)
_____)

## CERTIFICATE OF SERVICE

I, Curtis A. Hehn, hereby certify that on January 3, 2020, I caused a true and correct copy of my "Motion for Admission to Practice, *Pro Hac Vice*" to be served on all parties listed on the attached Service List via postage prepaid, U.S. First Class Mail.

                                          Law Office of Curtis A. Hehn

                                          */s/ Curtis A. Hehn*
                                          Curtis A. Hehn, Esq.
                                          Delaware Bar No. 4264
                                          1007 N. Orange St., 4th Floor
                                          Wilmington, DE 19801
                                          Telephone:  (302) 757-3491
                                          Facsimile:  (302) 351-7214
                                          Email:  curtishehn@comcast.net

**SERVICE LIST**

ASK LLP
Attn: Joseph L. Steinlfeld, Jr., Esq.
Attn: Kara E. Casteel, Esq.
Attn: Brigette McGrath, Esq.
Attn: Gary Underdahl, Esq.
Attn: Bethany Rubis, Esq.
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121

ASK LLP
Attn: Edward E. Neiger, Esq.
Attn: Marianna Udem, Esq.
151 West 46th Street, 4th Fl.
New York, NY 10036

KATTEN MUCHIN ROSENMAN LLP
Attn: Steven J. Reisman, Esq.
Attn: Theresa A. Foudy, Esq.
Attn: Karen B. Dine, Esq.
575 Madison Avenue
New York, NY 10022-2585

OFFICE OF THE UNITED STATES TRUSTEE
Attn: Richard C. Morrissey, Esq.
U.S. Federal Office Building
201 Varick Street Room 1006
New York, NY 10004

WEIL, GOTSHAL & MANGES LLP
Attn: Garrett A. Fail, Es.
Attn: Jessica Liou, Esq.
Attn: Jackueline Marcus, Esq.
767 Fifth Avenue
New York, NY 10153

AKIN, GUMP, STRAUSS, HAUER & FELD, LLP
Attn: Ira S. Dizengoff, Esq.
One Bryant Park
New York, NY 10036

Prime Clerk LLC
Attn: Adam M. Adler
One Grand Central Place
60 East 42nd Street
Suite 1440
New York, NY 10165