**NIXON PEABODY LLP**
Richard C. Pedone
53 State Street
Exchange Place
Boston, MA 02109
Tel.: (617) 345-1305
Fax: (617) 345-1300

And

Christopher M. Desiderio
55 West 46th Street
Tower 46
New York, NY 10036
Tel.: (212) 940-3000
Fax: (212) 940-3111


## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| SEARS HOLDING CORPORATION., | : | Case No. 18-23538 (RDD) |
|  | : |  |
| Debtors.[1] | : | **(Jointly Administered)** |

-----------------------------------------------------x

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

14714037.1

## NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM

PLEASE TAKE NOTICE THAT U.S. Bank National Association solely in its capacity as Indenture Trustee (in such capacity, the "KCD Indenture Trustee") under that certain Indenture, dated as of May 18, 2006 (as amended, supplemented or modified from time to time, the "Indenture"), pursuant to which KCD IP, LLC (the "Issuer") issued its 6.90% KCD IP, LLC Asset-Backed Notes (the "Notes") in the original aggregate principal amount of $1,800,000,000 withdraws Claim Nos. 14824, 16933, and 16527 (the "Withdrawn Claims").

Dated: January 6, 2020

NIXON PEABODY LLP

/s/ Christopher M. Desiderio_____
Richard C. Pedone
53 State Street
Exchange Place
Boston, MA 02109
Tel.: (617) 345-1305
Fax: (617) 345-1300

And

Christopher M. Desiderio
55 West 46th Street
Tower 46
New York, NY 10036
Tel.: (212) 940-3000
Fax: (212) 940-3111

*Counsel for the KCD Indenture Trustee*

14714037.1                                                  -2-