**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11
                                                                :
**SEARS HOLDINGS CORPORATION,** *et al.*,                        :    Case No. 18-23538 (RDD)
                                                                :
                                    Debtors.[1]                 :    (Jointly Administered)
                                                                :
---------------------------------------------------------------x

### ORDER APPROVING THE WORK PLAN OF MICHAEL WYSE, AS EXPERT

Upon the submission of a proposed work plan, by notice dated December 23, 2019 (the "Work Plan") by Michael Wyse, the expert (the "Expert") appointed for Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-referenced chapter 11 cases, pursuant to paragraphs 1 and 10 of the *Order Directing the Appointment of an Expert Pursuant to Federal Rule of Evidence 706* [Docket No. 6166] (the "Expert Order"); and, after due and sufficient notice of the Expert's request for approval of the Work Plan and the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

opportunity for a hearing thereon, there being no objections to such request; and no additional notice or hearing being required; and the Court having reviewed the Work Plan and all other statements and documents submitted and presented in connection therewith; and the Court being satisfied that (i) the Work Plan sets forth a reasonable basis for the Expert to conduct his investigation, (ii) the Expert will exercise appropriate discretion regarding what information may be shared with interested parties but is not required to share information with parties who are the subject of his investigation and analysis, (iii) the parties should proceed in the spirit of cooperation, (iv) the Work Plan is a work in process that may be modified in the future as appropriate on proper application, consistent with the Expert Order, but it is necessary now to commence the examination process, and (v) the Work Plan is consistent with the Expert Order; now, therefore, good and sufficient cause appearing, it is hereby

    **ORDERED** that the Work Plan is approved in the form attached hereto as **Exhibit A**.

Dated:  White Plains, New York
       January 6, 2020

                                      /s/Robert D. Drain
                                      THE HONORABLE ROBERT D. DRAIN
                                      UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

## WORK PLAN OF MICHAEL WYSE, THE EXPERT