UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                                    : Chapter 11
                                                          :
SEARS HOLDINGS CORPORATION, et al.,   : Case No. 18-23538 (RDD)
                                                          :
                          Debtors.                   : (Jointly Administered)
------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Ronald M. McMillan to be admitted, pro hac vice, to represent Winners Industry Co., Ltd. (the "Client in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Ohio and of the bars of the U.S. District Courts for the Northern and Southern Districts of Ohio, the Eastern District of Texas, the Northern District of Indiana and the Eastern District of Michigan, it is hereby

**ORDERED**, that Ronald M. McMillan, Esq., is admitted to practice, *pro hac vice*, in the above referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
       January 6, 2020

                        /s/Robert D. Drain
                        UNITED STATES BANKRUPTCY JUDGE

4827-4383-6846, v.1