# EXHIBIT X
# FILED UNDER
# PENDING
# MOTION TO SEAL









14. 

































