ARCHER & GREINER, P.C.
630 Third Avenue
New York, New York 10017
Tel: (212) 682-4940
Allen G. Kadish
Lance A. Schildkraut
Email:  akadish@archerlaw.com
          lschildkraut@archerlaw.com

*Attorneys for RetailNext, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| | (Jointly Administered) |
| Debtors. | |

**CERTIFICATE OF SERVICE**

   Lance A. Schildkraut, being duly admitted to practice in New York State and before the Southern District of New York, certifies that I caused to be served true and correct copies of the *Motion of RetailNext, Inc. to Allow and Compel Payment of Administrative Claim for Post-Petition Services Provided to the Debtors* [Docket No. 6318] by email on January 7, 2019 on the parties identified on the service list attached as Exhibit A, and by email on January 8, 2019 on the parties identified on the service list attached as Exhibit B.

Dated: January 8, 2020              /s/ Lance A. Schildkraut
   New York, New York            Lance A. Schildkraut

**Exhibit A**
**Service List**

garrett.fail@weil.com
sunny.singh@weil.com
angeline.hwang@weil.com

**Exhibit B**
**Service List**

| | | |
|---|---|---|
| harrisj12@michigan.gov | wschonberg@beneschlaw.com | tmoloney@cgsh.com |
| idizengoff@akingump.com | Ernie.park@bewleylaw.com | soneal@cgsh.com |
| pdublin@akingump.com | Tgaa@bbslaw.com | aweaver@cgsh.com |
| aqureshi@akingump.com | michael@bindermalter.com | rmukhi@cgsh.com |
| sbrauner@akingump.com | julie@bindermalter.com | jkpark@cgsh.com |
| courts@alderman.com | JRhodes@BlankRome.com | tmoloney@cgsh.com |
| bnkatty@aldineisd.org | Tarr@BlankRome.com | wkelleher@cohenlaw.com |
| jarnold@aldridgepite.com | EZucker@BlankRome.com | hward@cohenlaw.com |
| laura.hall@allenovery.com | bleusandassociates@gmail.com | rseltzer@cwsny.com |
| joseph.badtke-berkow@allenovery.com | bankruptcy@borgeslawllc.com | jbienstock@coleschotz.com |
| James.Vincequerra@alston.com | wborges@borgeslawllc.com | mwarner@coleschotz.com |
| leib.lerner@alston.com | schin@borgeslawllc.com | scf@cohmlaw.com |
| ajd@ansellgrimm.com | arainone@bracheichler.com | Michael.smith2@computershare.com |
| ajd@ansellgrimm.com | jjorissen@briggs.com | kbifferato@connollygallagher.com |
| beth.brownstein@arentfox.com | bsilverberg@brownrudnick.com | kconlan@connollygallagher.com |
| brian.lohan@arnoldporter.com | spohl@brownrudnick.com | cgriffiths@connollygallagher.com |
| ginger.clements@arnoldporter.com | pweiser@buchalter.com | svanaalten@cooley.com |
| jaronauer@ayllp.com | schristianson@buchalter.com | scarnes@cooley.com |
| CSchael@AshfordNJLaw.com | christopher.schueller@bipc.com | rco@crlawpr.com |
| eneiger@askllp.com | terry.shulsky@bipc.com | dcoffino@cov.com |
| jchristian@askllp.com | tyler.dischinger@bipc.com | aclark@cov.com |
| jsteinfeld@askllp.com | Eric.Waxman@cwt.com | mfelger@cozen.com |
| gunderdahl@askllp.com | Anthony.Deleo@cwt.com | pzumbro@cravath.com |
| bmcgrath@askllp.com | rdavis@cafarocompany.com | Tslome@CullenandDykman.com |
| kcasteel@askllp.com | jlevitin@cahill.com | davidtaxin@dahannowick.com |
| eneiger@askllp.com | rstieglitz@cahill.com | daniel@dmsilverlaw.com |
| mudem@askllp.com | jschwartz@calfee.com | dhw@dhclegal.com |
| Jg5786@att.com | gkallergis@calfee.com | jwcohen@daypitney.com |
| mcuellar45@austinenterpriseslp.com | rmcmillan@calfee.com | Ksummers@dflaw.com |
| mfrankel@bfklaw.com | joan.huh@cdtfa.ca.gov | mcto@debevoise.com |
| egoodman@bakerlaw.com | sjk@carmodymacdonald.com | eweisgerber@debevoise.com |
| fkhan@bakerlaw.com | MKurzman@carmodylaw.com | slevinson@debevoise.com |
| pollack@ballardspahr.com | tsansone@carmodylaw.com | jeroberts@debevoise.com |
| marriott@ballardspahr.com | mcatalfimo@carterconboy.com | bethsolomon@discover.com |
| branchd@ballardspahr.com | gadsden@clm.com | crubio@diamondmccarthy.com |
| heilmanl@ballardspahr.com | bankruptcy@clm.com | sgiugliano@diamondmccarthy.com |
| summersm@ballardspahr.com | Dennis.roemlein@bnymellon.com | adiamond@diamondmccarthy.com |
| daluzt@ballardspahr.com | rmccord@certilmanbalin.com | Richard.Chesley@dlapiper.com |
| roglenl@ballardspahr.com | rnosek@certilmanbalin.com | Rachel.Albanese@dlapiper.com |
| mcclambc@ballardspahr.com | appleby@chapman.com | Craig.Martin@dlapiper.com |
| harnerp@ballardspahr.com | wilamowsky@chapman.com | marita.erbeck@dbr.com |
| kutnera@ballardspahr.com | szuber@csglaw.com | LJKotler@duanemorris.com |
| mecesq2@aol.com | ksimard@choate.com | WMSimkulak@duanemorris.com |
| knewman@barclaydamon.com | jmarshall@choate.com | WMSimkulak@duanemorris.com |
| mowens@btlaw.com | mstein@chuhak.com | Cheitzenrater@duanemorris.com |
| emiller@bayardlaw.com | eschnitzer@ckrlaw.com | cgraham@eckertseamans.com |
| russ@bsavory.com | gsaydah@ckrlaw.com | cperkins@eckertseamans.com |
| deggert@bcblaw.net | srichman@clarkhill.com | emunozPSC@gmail.com |
| jsolomon@bbwg.com | srichman@clarkhill.com | lmay@eisemanlevine.com |
| llindenberg@bbwg.com | nbencze@clarkhill.com | rxza@elliottgreenleaf.com |
| rmills@bellnunnally.com | duane.brescia@clarkhillstrasburger.com | sak@elliottgreenleaf.com |
| mbarrie@beneschlaw.com | dblau@clarkhill.com | ems@elliottgreenleaf.com |

| | | |
|---|---|---|
| kcapuzzi@beneschlaw.com | amainoo@cgsh.com | sbc@eblawyers.com |
| Leopold.matt@Epa.gov | lbarefoot@cgsh.com | aentwistle@entwistle-law.com |
| lbercovich@epicor.com | soneal@cgsh.com | jporter@entwistle-law.com |
| ppascuzzi@ffwplaw.com | aweaver@cgsh.com | dsaponara@kudmanlaw.com |
| gchico@ferraiuoli.com | lgu@halperinlaw.net | kurtzman@kurtzmansteady.com |
| scolon@ferraiuoli.com | dlieberman@halperinlaw.net | brunnquellw@lanepowell.com |
| mark.wilson@fisherbroyles.com | joia.johnson@hanes.com | dgragg@langleybanack.com |
| patricia.fugee@fisherbroyles.com | ktompsett@harrisbeach.com | jfifarek@laskyfifarek.com |
| dlwright@foley.com | sodonnell@herrick.com | rzucker@lasserhochman.com |
| kcatanese@foley.com | sselbst@herrick.com | christopher.harris@lw.com |
| emorabito@foley.com | ssmith@herrick.com | rakim.johnson@lw.com |
| msmall@foley.com | msekowski@herrick.com | peter.gilhuly@lw.com |
| plabov@foley.com | elio@higgslaw.com | ted.dillman@lw.com |
| tscannell@foley.com | arthur.rosenberg@hklaw.com | gillazarus@gmail.com |
| aguon@foxrothschild.com | Marc.Antonecchia@hklaw.com | kevin@ksnpc.com |
| plabov@foxrothschild.com | barbra.parlin@hklaw.com | william.fennell@fennelllaw.com |
| thoran@foxrothschild.com | elvin.ramos@hklaw.com | luralene.schultz@fennelllaw.com |
| mhall@foxrothschild.com | jose.casal@hklaw.com | office@fennelllaw.com |
| mherz@foxrothschild.com | jjalemany@hklaw.com | cgruen@gruenlaw.com |
| nreid@foxswibel.com | mgurgel@hsgllp.com | dtabachnik@dttlaw.com |
| jfrank@fgllp.com | vlevy@hsgllp.com | pstarkesq@gmail.com |
| jkleinman@fgllp.com | mshuster@hsgllp.com | perry@perryclarklaw.com |
| brad.eric.scheler@friedfrank.com | llichtman@honigman.com | rcorbi@corbilaw.com |
| scott.luftglass@friedfrank.com | chris.gartman@hugheshubbard.com | jill@poulsonlaw.com |
| michael.keats@friedfrank.com | neil.oxford@hugheshubbard.com | saulreiss@verizon.net |
| brad.eric.scheler@friedfrank.com | dustin.smith@hugheshubbard.com | hlazarus@lazarusandlazarus.com |
| scott.luftglass@friedfrank.com | bgross@HuntonAK.com | harlan.lazarus@gmail.com |
| peter.siroka@friedfrank.com | mlegge@huntonak.com | niclas.ferland@leclairryan.com |
| tking@fbtlaw.com | ghesse@huntonak.com | lee@rohnlaw.com |
| rgold@fbtlaw.com | paulsilverstein@huntonak.com | jjorissen@losgs.com |
| awebb@fbtlaw.com | brianclarke@huntonak.com | kr@lnbyb.com |
| pmartin@fmdlegal.com | caleb.holzaepfel@huschblackwell.com | sanantonio.bankruptcy@publicans.com |
| lbrymer@fmdlegal.com | Daniel.Swetnam@icemiller.com | dallas.bankruptcy@publicans.com |
| zgelber@gelbersantillo.com | taxcollector@co.imperial.ca.us | houston_bankruptcy@publicans.com |
| ksantillo@gelbersantillo.com | alex.macias@impremedia.com | jfarnum@linowes-law.com |
| gseitz@gsbblaw.com | jgildea@interactions.com | jmueller@lippes.com |
| mgensburg@gcklegal.com | Mimi.M.Wong@irscounsel.treas.gov | braynor@lockelord.com |
| btheisen@gibbonslaw.com | Mimi.M.Wong@irscounsel.treas.gov | asmith@lockelord.com |
| nsongonuga@gibbonslaw.com | Bankruptcy2@ironmountain.com | ira.greene@lockelord.com |
| hcohen@gibbonslaw.com | hgj@jasneflorio.com | jfroehlich@lockelord.com |
| dcampbell@ghclaw.com | dlk@jasneflorio.com | sbryant@lockelord.com |
| tnixon@gklaw.com | brownsvalleyorchards@aol.com | bbuechler@lowenstein.com |
| tomf@goldmclaw.com | gjoseph@jha.com | echafetz@lowenstein.com |
| jflaxer@golenbock.com | csolomon@jha.com | bnathan@lowenstein.com |
| mweinstein@golenbock.com | elkinj@mac.com | alexandra.bigas@gmail.com |
| gfox@goodwinlaw.com | robert.honeywell@klgates.com | awilda.ramos@aguadillamallpr.com |
| bbazian@goodwinlaw.com | atureaud@kblaw.com | dmiller@lubinolson.com |
| mgoldstein@goodwinlaw.com | tkorkhov@kellerrohrback.com | luskin@lsellp.com |
| wweintraub@goodwinlaw.com | KDWBankruptcyDepartment@KelleyDrye.com | hornung@lsellp.com |
| searsnotice@gouldratner.com | bfeder@kelleydrye.com | david@mhlaw-ny.com |
| drosner@goulstonstorrs.com | jacarlino@kslnlaw.com | salene@mazurkraemer.com |
| thoffmann@goulstonstorrs.com | jcurley@kacllp.com | NY_ECF_Notices@McCalla.com |
| phillip.bohl@gpmlaw.com | ssouthard@klestadt.com | tleday@mvbalaw.com |
| tannweiler@greerherz.com | lkiss@klestadt.com | Jarrod.Martin@mhllp.com |
| jfigueiredo@hahnhessen.com | brian.koenig@koleyjessen.com | jbernstein@mdmc-law.com |
| ahalperin@halperinlaw.net | paloe@kudmanlaw.com | nleonard@mdmc-law.com |

mfechik@orrick.com
rdaversa@orrick.com
lily@pacogarment.com
chipford@parkerpoe.com
andrewtenzer@paulhastings.com
shlomomaza@paulhastings.com
pbasta@paulweiss.com
kcornish@paulweiss.com
lclayton@paulweiss.com
sbuergel@paulweiss.com
rbritton@paulweiss.com
jhurwitz@paulweiss.com
lbyrne@pedersenhoupt.com
jdelnero@pedersenhoupt.com
jaffeh@pepperlaw.com
listwakk@pepperlaw.com
jbanks@pbfcm.com
ecobb@pbfcm.com
lmbkr@pbfcm.com
osonik@pbfcm.com
dpick@picklaw.net
jon@piercemccoy.com
rsteinberg@pricemeese.com
searsteam@primeclerk.com
serviceqa@primeclerk.com
gerald.kennedy@procopio.com
lr@pryormandelup.com
rlp@pryormandelup.com
mhofsdal@pryorcashman.com
susheelkirpalani@quinnemanuel.com
jonpickhardt@quinnemanuel.com
andrewcorkhill@quinnemanuel.com
matthewscheck@quinnemanuel.com
ellisonmerkel@quinnemanuel.com
cfilardi@rrlawpc.com
greiss@reisspreuss.com
cpugatch@rprslaw.com
hmagaliff@r3mlaw.com
kflorey@robbins-schwartz.com
nsmith@robbins-schwartz.com
Robert.e.michael.esq@gmail.com
Aron.hume@gmail.com
fbr@robinsonbrog.com
rms@robinsonbrog.com
gregg.galardi@ropesgray.com
kimberly.kodis@ropesgray.com
sam.ashuraey@ropesgray.com
james.wilton@ropesgray.com
patricia.chen@ropesgray.com
ssally@ropesgray.com
joshua.sturm@ropesgray.com
nicholas.berg@ropesgray.com
timothy.farrell@ropesgray.com
srosen@rosenpc.com
prubin@rubinlawllc.com
mamato@rmfpc.com

RLiubicic@milbank.com
jfarnum@milesstockbridge.com
sdnyecf@dor.mo.gov
ssmith@mwlaw.com
eschnitzer@mmwr.com
laura.mccarthy@morganlewis.com
neil.herman@morganlewis.com
smiller@morrisjames.com
cmiller@mnat.com
jbarsalona@mnat.com
jmarines@mofo.com
bbutterfield@mofo.com
bankruptcy@morrisoncohen.com
mro@prbankruptcy.com
bradley.schneider@mto.com
thomas.walper@mto.com
dperry@munsch.com
klippman@munsch.com
kcordry@naag.org
jody.bedenbaugh@nelsonmullins.com
shane.ramsey@nelsonmullins.com
enid.stuart@ag.ny.gov
cdesiderio@nixonpeabody.com
dsklar@nixonpeabody.com
lcisz@nixonpeabody.com
rpedone@nixonpeabody.com
bob.bruner@nortonrosefulbright.com
eric.daucher@nortonrosefulbright.com
francisco.vazquez@nortonrosefulbright.com
howard.seife@nortonrosefulbright.com
christy.rivera@nortonrosefulbright.com
stephen.castro@nortonrosefulbright.com
david.rosenzweig@nortonrosefulbright.com
cmomjian@attorneygeneral.gov
bk-jstern@oag.texas.gov
sherri.simpson@oag.texas.gov
richard.morrissey@usdoj.gov
paul.schwartzberg@usdoj.gov
apetrakov@offitkurman.com
smetz@offitkurman.com
sokeefe@okeefelc.com
afrackman@omm.com
belias@omm.com
lwagner@omm.com
dshamah@omm.com
dpatrick@omm.com
jtaylor@omm.com
mkremer@omm.com
klyons@ohdbslaw.com
echollander@orrick.com
efua@orrick.com
mmccann@swc-law.com
rabiuso@swc-law.com
jweinblatt@sakar.com
cbelmonte@ssbb.com
skelly@s-d.com

bmcgrath@mcglinchey.com
kromano@mcglinchey.com
mchaney@mcglinchey.com
raguilar@mcglinchey.com
rcerone@mcglinchey.com
cjm@msf-law.com
nkenworthy@mrrlaw.net
cprice@milbank.com
asnow@ssbb.com
pbosswick@ssbb.com
ksadeghi@schiffhardin.com
secbankruptcy@sec.gov
NYRobankruptcy@sec.gov
bankruptcynoticeschr@sec.gov
ashmead@sewkis.com
alves@sewkis.com
hyland@sewkis.com
hooper@sewkis.com
czarny@sewkis.com
gayda@sewkis.com
emfox@seyfarth.com
sparadise@seyfarth.com
rhermann@sbwh.law
mkish@sbwh.law
jshafer@sbwh.law
floridaservice@sbwh.law
fsosnick@shearman.com
sara.coelho@shearman.com
afeld@sheppardmullin.com
tcohen@sheppardmullin.com
rreinert@shutts.com
rtucker@simon.com
mshriro@singerlevick.com
dplon@sirlinlaw.com
Paul.Leake@skadden.com
Shana.Elberg@skadden.com
George.Howard@skadden.com
enotices@skijain.com
pstrok@swelawfirm.com
rkinas@swlaw.com
bk@svllaw.com
darolf@sorlinglaw.com
mary.callahan@bnymellon.com
mary.callahan@bnymellon.com
tonder@stark-stark.com
jlemkin@stark-stark.com
Carlton.Wiggam@Nebraska.gov
cp@stevenslee.com
thomas.salerno@stinson.com
darrell.clark@stinson.com
streusand@slollp.com
khansen@stroock.com
jcanfield@stroock.com
sbhattacharyya@stroock.com
pkslyne@ssbny.com
dietdericha@sullcrom.com

zylberbergd@sullcrom.com
sacksr@sullcrom.com
gluecksteinb@sullcrom.com
dkupetz@sulmeyerlaw.com
ckwu@sulmeyerlaw.com
lawyer@surilawoffice.com
bsattin@szaferman.com
Riela@thsh.com
aconway@taubman.com
tf@lawtaf.com
Starr.Judith@pbgc.gov
mccarron.william@pbgc.gov
efile@pbgc.gov
joe@sarakeklawfirm.com
mtsang@tsanglawfirm.com
Curtis.Tuggle@ThompsonHine.com
ltirelli@tw-lawgroup.com
powerwangtxks@vip.126.com
AGBankNewYork@ag.tn.gov
dtobias@tobiaslawpc.com
frankoswald@teamtogut.com
neilberger@teamtogut.com
mnester@teamtogut.com
jpruski@trainorfairbrook.com
kay.brock@traviscountytx.gov
amy.williams@troutman.com
Brett.Goodman@troutman.com
Alissa.Piccione@troutman.com
David.Jones6@usdoj.gov
Jeffrey.Oestericher@usdoj.gov
Carina.Schoenberger@usdoj.gov
Lawrence.Fogelman@usdoj.gov
Peter.Aronoff@usdoj.gov
Linda.Riffkin@usdoj.gov
jdunn@vedderprice.com
ketzel@vedderprice.com
mschein@vedderprice.com
marva.m.levine@verizon.com
cohen@wmllp.com
jlibou@wmllp.com
notice@waldrepllp.com
sfalanga@walsh.law
gtoering@wnj.com
Dclarke@wjslaw.com
ray.schrock@weil.com
garrett.fail@weil.com
jacqueline.marcus@weil.com
sunny.singh@weil.com
JeriLeigh.Miller@weil.com
jessica.liou@weil.com
Paloma.VanGroll@weil.com

cajones@wtplaw.com
klewis@wtplaw.com
sgerald@wtplaw.com
bankruptcy@evict.net
awilliams@williamsadvisors.com
philip.anker@wilmerhale.com
noah.levine@wilmerhale.com
phealy@wsfsbank.com
scimalore@wilmingtontrust.com
mark.ledwin@wilsonelser.com
ncwitte@wittelaw.com
saron@wrslawyers.com
JLawlor@wmd-law.com
BAxelrod@wmd-law.com
CPostighone@wmd-law.com
charlie.livermon@wbd-us.com
mnorwood@world-class.com
tom@attorneyzim.com
Jared.Friedmann@weil.com
Jessie.Mishkin@weil.com
mbrofman@weisszarett.com
sfink@weltman.com
vandermarkj@whiteandwilliams.com

217838892v1