**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re: SEARS HOLDINGS CORPORATION, et al.

Debtor

---------------------------------------------------------------x

Plaintiff

v.

Defendant

---------------------------------------------------------------x

Case No.: 18-23538

Chapter 11

Adversary Proceeding No.: _____

# MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Edwin H. Caldie, request admission, ***pro hac vice***, before the Honorable Judge Robert D. Drain, to represent CenturyLink (see attached), a creditor in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Minnesota and, if applicable, the bar of the U.S. District Court for the _____ District of Minnesota.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 1/10/2020

_____, New York

Edwin H. Caldie

*Mailing Address*:

Stinson LLP

50 South Sixth Street, Suite 2600

Minneapolis, MN 55402

*E-mail address*: ed.caldie@stinson.com

*Telephone number*: (612) 335-1404

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---

In re:

                Debtor.

Chapter 11

---

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

**ATTACHMENT**

"CenturyLink" refers to:

    CenturyLink Communications, LLC;

    Qwest Corporation;

    Level 3 Communications, LLC;

    Level 3 Telecom Holdings, LLC;

    Global Crossing Telecommunications, Inc.;

    Broadwing Communications, LLC;

    Embarq Corporation; and

and their parents, subsidiaries, and affiliates, including any operating companies.

CORE/0807628.0107/152973181.1

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re: SEARS HOLDINGS CORPORATION, et al.

Case No.: 19-22312

Chapter 11

Debtor

---------------------------------------------------------------x

Adversary Proceeding No.: _____

Plaintiff

v.

Defendant

---------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Edwin H. Caldie, to be admitted, *pro hac vice*, to represent CenturyLink, (the "Client") a creditor in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Minnesota and, if applicable, the bar of the U.S. District Court for the _____ District of Minnesota, it is hereby

**ORDERED**, that Edwin H. Caldie, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York          /s/ _____

UNITED STATES BANKRUPTCY JUDGE