UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re:   SEARS HOLDING CORPORATION, et al.

                                  Debtor

---------------------------------------------------------------x

                                  Plaintiff

        v.

                                  Defendant

---------------------------------------------------------------x

Case No.:  18-23538

Chapter  11

Adversary Proceeding No.: _____

# MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Lucas Schneider, request admission, ***pro hac vice***, before the Honorable Judge Robert D. Drain, to represent CenturyLink (see attached), a creditor in the above-referenced ☑ case ☐ adversary proceeding.

***I certify that I am a member in good standing*** of the bar in the State of Colorado and, if applicable, the bar of the U.S. District Court for the _____ District of Colorado.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: January 10, 2020
_____, New York

/s/ Lucas Schneider
*Mailing Address*:

Stinson LLP
1050 17th Street, Suite 2400
Denver, CO 80265

*E-mail address*: lucas.schneider@stinson.com
*Telephone number*: (720) 728-7650

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

---

In re: **SEARS HOLDINGS CORPORATION**, *et al.*,

Debtor.

Case No. 18-23538 (RDD)

Chapter 11

---

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

## ATTACHMENT

"CenturyLink" refers to:

    CenturyLink Communications, LLC;

    Qwest Corporation;

    Level 3 Communications, LLC;

    Level 3 Telecom Holdings, LLC;

    Global Crossing Telecommunications, Inc.;

    Broadwing Communications, LLC;

    Embarq Corporation; and

and their parents, subsidiaries, and affiliates, including any operating companies.

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:                                                                                  Case No.: _____

                                                                                                Chapter ___

                                    Debtor

---------------------------------------------------------------x

                                                                                                Adversary Proceeding No.: _____

                                   Plaintiff

                   v.

                                   Defendant

---------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE,** ***PRO HAC VICE***

      Upon the motion of _____, to be admitted, ***pro hac vice***, to represent _____, (the "Client") a _____ in the above referenced     case     adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of _____ and, if applicable, the bar of the U.S. District Court for the _____ District of _____, it is hereby

      **ORDERED**, that _____, Esq., is admitted to practice, ***pro hac vice***, in the above referenced     case     adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York      /s/ _____

                                                              UNITED STATES BANKRUPTCY JUDGE