**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | |
|---|---|
| **In re:** | : Chapter 11 |
| | : |
| **SEARS HOLDINGS CORPORATION, et al.,** | : Case No. 18-23538 (RDD) |
| | : |
| Debtors. | : (Jointly Administered) |

---------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Gus Kallergis, to be admitted, pro hac vice, to represent Winners Industry Co., Ltd., (the "Client") a creditor in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Ohio and of the bars of the U.S. District Courts for the Northern and Southern Districts of Ohio and the Eastern District of Michigan, it is hereby

**ORDERED**, that Gus Kallergis, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
New York, New York           /s/ _____
                                    UNITED STATES BANKRUPTCY JUDGE