**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
In re:                                      :   Chapter 11
                                            :
SEARS HOLDINGS CORPORATION, et al.,         :   Case No. 18-23538 (RDD)
                                            :
                    Debtors.                :   (Jointly Administered)
-----------------------------------------------------------x
```

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Gus Kallergis to be admitted, *pro hac vice*, to represent Winners Industry Co., Ltd. (the "Client") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Ohio and of the bars of the U.S. District Courts for the Northern and Southern Districts of Ohio and the Eastern District of Michigan, it is hereby

**ORDERED**, that Gus Kallergis, Esq., is admitted to practice, *pro hac vice*, in the above referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  January 10, 2020                         /s/ Robert D. Drain            __
       White Plains, New York                       Robert D. Drain
                                                          United States Bankruptcy Judge
                                                          Southern District of New York