UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEARS HOLDING CORPORATION, *et al.*, | ) | Case No. 18-23538-RDD |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

---

### ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of Curtis A. Hehn ("Movant") to be admitted, *pro hac vice*, to represent the entities set forth below (the "Clients"), in the above-referenced bankruptcy cases and as defendants in their respective adversary proceedings (the "Adversary Proceedings"):

| **Name of Party in Interest / Defendant** | **Adversary Proceeding No.** |
|---|---|
| Beauty 21 Cosmetics, Inc. | 19-08338-RDD |
| Rhode Island Textile Company | 19-08371-RDD |
| Ruyi Design & Manufacture Inc. | 19-08537-RDD |
| TJD Holdings Inc. | 19-18545-RDD |

and upon the Movant's certification that the Movant is a member in good standing of the bar in the State of Delaware and the United States District Court for the District of Delaware, it is hereby

**ORDERED,** that Curtis A. Hehn, Esq., is admitted to practice, *pro hac vice*, to represent the Clients in the above-referenced bankruptcy cases and as defendants in the Adversary Proceedings, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee had been paid.

Dated: January 10, 2020  
       White Plains, New York

/s/ Robert D. Drain  
Robert D. Drain  
United States Bankruptcy Judge  
Southern District of New York