**LAW OFFICE OF CURTIS A. HEHN**
Curtis A. Hehn, Esq.
1007 N. Orange St., 4th Floor
Wilmington, DE 19801
Telephone: (302) 757-3491
Email: curtishehn@comcast.net

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEARS HOLDING CORPORATION, *et al.*, | ) | Case No. 18-23538-RDD |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## CERTIFICATE OF SERVICE

I, Curtis A. Hehn, hereby certify that on January 10, 2020, I caused a true and correct copy of the "Entry of Appearance, Request for Service of Papers, and Reservation of Rights" filed for Rhode Island Textile Company to be served on all parties listed on the attached Service List via postage prepaid, U.S. First Class Mail.

Law Office of Curtis A. Hehn

*/s/ Curtis A. Hehn*
Curtis A. Hehn, Esq. [1]
1007 N. Orange St., 4th Floor
Wilmington, DE 19801
Telephone: (302) 757-3491
Facsimile: (302) 351-7214
Email: curtishehn@comcast.net

---

[1] Admitted *pro hac vice* in the above-noted bankruptcy case pursuant to that certain *Order Granting Admission to Practice, Pro Hac Vice [Docket No. 6330]* signed by the Court on January 10, 2020.

**SERVICE LIST**

ASK LLP
Attn: Joseph L. Steinlfeld, Jr., Esq.
Attn: Kara E. Casteel, Esq.
Attn: Brigette McGrath, Esq.
Attn: Gary Underdahl, Esq.
Attn: Bethany Rubis, Esq.
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121

ASK LLP
Attn: Edward E. Neiger, Esq.
Attn: Marianna Udem, Esq.
151 West 46th Street, 4th Fl.
New York, NY 10036

KATTEN MUCHIN ROSENMAN LLP
Attn: Steven J. Reisman, Esq.
Attn: Theresa A. Foudy, Esq.
Attn: Karen B. Dine, Esq.
575 Madison Avenue
New York, NY 10022-2585

OFFICE OF THE UNITED STATES TRUSTEE
Attn: Richard C. Morrissey, Esq.
U.S. Federal Office Building
201 Varick Street Room 1006
New York, NY 10004

WEIL, GOTSHAL & MANGES LLP
Attn: Garrett A. Fail, Esq.
Attn: Jessica Liou, Esq.
Attn: Jackueline Marcus, Esq.
767 Fifth Avenue
New York, NY 10153

AKIN, GUMP, STRAUSS, HAUER & FELD, LLP
Attn: Ira S. Dizengoff, Esq.
One Bryant Park
New York, NY 10036

Prime Clerk LLC
Attn: Adam M. Adler
One Grand Central Place
60 East 42nd Street
Suite 1440
New York, NY 10165