LAW OFFICE OF CURTIS A. HEHN
Curtis A. Hehn, Esq.
1007 N. Orange St., 4th Floor
Wilmington, DE 19801
Telephone: (302) 757-3491
Email: curtishehn@comcast.net

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEARS HOLDING CORPORATION, *et al.*, | ) | Case No. 18-23538-RDD |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Curtis A. Hehn, hereby certify that on January 10, 2020, I caused a true and correct copy of the "Entry of Appearance, Request for Service of Papers, and Reservation of Rights" filed for Ruyi Design & Manufacture Inc. to be served on all parties listed on the attached Service List via postage prepaid, U.S. First Class Mail.

Law Office of Curtis A. Hehn

*/s/ Curtis A. Hehn*
Curtis A. Hehn, Esq. [1]
1007 N. Orange St., 4th Floor
Wilmington, DE 19801
Telephone: (302) 757-3491
Facsimile: (302) 351-7214
Email: curtishehn@comcast.net

---

[1] Admitted *pro hac vice* in the above-noted bankruptcy case pursuant to that certain *Order Granting Admission to Practice, Pro Hac Vice [Docket No. 6330]* signed by the Court on January 10, 2020.

**SERVICE LIST**

ASK LLP
Attn:  Joseph L. Steinlfeld, Jr., Esq.
Attn:  Kara E. Casteel, Esq.
Attn:  Brigette McGrath, Esq.
Attn:  Gary Underdahl, Esq.
Attn:  Bethany Rubis, Esq.
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121

ASK LLP
Attn:  Edward E. Neiger, Esq.
Attn:  Marianna Udem, Esq.
151 West 46th Street, 4th Fl.
New York, NY 10036

KATTEN MUCHIN ROSENMAN LLP
Attn:  Steven J. Reisman, Esq.
Attn:  Theresa A. Foudy, Esq.
Attn:  Karen B. Dine, Esq.
575 Madison Avenue
New York, NY 10022-2585

OFFICE OF THE UNITED STATES TRUSTEE
Attn:  Richard C. Morrissey, Esq.
U.S. Federal Office Building
201 Varick Street Room 1006
New York, NY 10004

WEIL, GOTSHAL & MANGES LLP
Attn:  Garrett A. Fail, Esq.
Attn:  Jessica Liou, Esq.
Attn:  Jackueline Marcus, Esq.
767 Fifth Avenue
New York, NY 10153

AKIN, GUMP, STRAUSS, HAUER & FELD, LLP
Attn:  Ira S. Dizengoff, Esq.
One Bryant Park
New York, NY 10036

Prime Clerk LLC
Attn:  Adam M. Adler
One Grand Central Place
60 East 42nd Street
Suite 1440
New York, NY 10165