Patricia B. Fugée
FisherBroyles, LLP
27100 Oakmead Drive, #306
Perrysburg, OH  43553
Phone/Fax: (419) 874-6859
Email: patricia.fugee@fisherbroyles.com

-and-

Mark E. Wilson
FisherBroyles, LLP
203 North LaSalle Street
Suite 2100
Chicago, Illinois 60601
Phone: (312) 498-8078
Email: mark.wilson@fisherbroyles.com

Counsel to Clover Technologies Group, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**AMENDED NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

NOW COMES, Patricia B. Fugée of FisherBroyles, LLP and hereby enters her appearance for and on behalf of Clover Imaging Group, LLC, assignee of Clover Technologies Group, LLC ("Clover") in the above-captioned jointly administered cases.  Pursuant to Bankruptcy Rule 2002 and 9010(b), all notices, motions and pleadings regarding this matter should be served upon:

      Patricia B. Fugée
      FisherBroyles, LLP

1

        27100 Oakmead Drive, #306
        Perrysburg, OH  43553
        Phone/Fax: (419) 874-6859
        Email: patricia.fugee@fisherbroyles.com

PLEASE TAKE FURTHER NOTICE that pursuant to Rules 2002 and 9010(b) of the Bankruptcy Rules, the foregoing request includes, without limitation, all orders and notices, including but not limited to applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise.

PLEASE TAKE FURTHER NOTICE that this appearance and request for notice is without prejudice to Clover's rights, remedies and claims against other entities or any objection that may be made to the subject matter jurisdiction of the Court and shall not be deemed or construed to submit it to the jurisdiction of the Court.  All rights, remedies and claims are hereby expressly reserved, including without limitation, the making of a motion seeking abstention or withdrawal of the case or a proceeding therein.

Dated: January 13, 2020

        Respectfully submitted,

        */s/ Patricia B. Fugée*
        Patricia B. Fugée
        FisherBroyles, LLP
        27100 Oakmead Drive, #306
        Perrysburg, OH  43553
        Telephone: (419) 874-6859
        Email: patricia.fugee@fisherbroyles.com