Patricia B. Fugée
FisherBroyles, LLP
27100 Oakmead Drive, #306
Perrysburg, OH 43553
Phone/Fax: (419) 874-6859
Email: patricia.fugee@fisherbroyles.com
Counsel to Clover Imaging Group, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claims referenced in

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

this evidence and notice, as follows:

| **Clover Imaging Group, LLC** | **Clover Technologies Group, LLC** |
|---|---|
| Name of Transferee | Name or Transferor |
| Phone: (312) 801-7065 | Phone: (815) 255-8201 |
| Last Four Digits of Acct #: N/A | Last Four Digits of Acct #: N/A |
| Name and Address where notice and payments to transferee should be sent: | Claim No.: 12210, filed 3/28/19 for $523,744.80 |
| | Administrative Claim: Docket no. 5513, filed 10/15/19 and opt-in ballot 182353801042526, settled for $86,600.00 |
| Clover Imaging Group, LLC, assignee of Clover Technologies Group, LLC 2700 West Higgins Road Hoffman Estates, IL 60169 Attention: Matt Gavronski, General Counsel | Debtor: Kmart Corporation |
| | Claims assigned as part of sale of business from Transferor to Transferee |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Respectfully submitted,

*/s/ Patricia B. Fugée*
Patricia B. Fugée
FisherBroyles, LLP
27100 Oakmead Drive, #306
Perrysburg, OH  43553
Telephone: (419) 874-6859
Email: patricia.fugee@fisherbroyles.com

- And –

*/s/ Mark E. Wilson*
Mark E. Wilson
FISHERBROYLES, LLP
203 North LaSalle Street
Suite 2100
Chicago, Illinois 60601
Telephone: (312) 498-8078
Email: mark.wilson@fisherbroyles.com
*Counsel for Clover Imaging Group, LLC*

**DEADLINE TO OBJECT TO TRANSFER:** The transferor of claim named above is advised that this Notice of Transfer of Claim other than for security has been filed in the clerk's office of

this Court as evidence of the transfer. Objections must be filed with the Court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the Court.