## CERTIFICATE OF THE CLERK OF THE SUPREME COURT OF THE STATE OF ARIZONA

I, Janet Johnson, Clerk of the Supreme Court of the State of Arizona, hereby certify that, according to the records of my office and upon the recommendation of the Disciplinary Clerk of the Supreme Court of Arizona

### JONATHAN M. SAFFER

was on the 22nd day of April, 2003 was duly admitted to practice as an Attorney and Counselor at Law in all the courts of Arizona; that no disciplinary proceedings are pending against this attorney in the Arizona Supreme Court as of the date of this certificate; and that this name now appears on the Roll of Attorneys in this office as an active member of the State Bar of Arizona in good standing.

Given under my hand and the seal of said Court this 10th day of January, 2020.

JANET JOHNSON, Clerk

By _____
Liz Gomez
Deputy Clerk II

# CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
### FOR AND ON BEHALF OF
### THE SUPREME COURT OF ARIZONA

    The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **JONATHAN M. SAFFER** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on April 22, 2003 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this January __, 2020.

Michelle R. Martinez
Disciplinary Clerk