# United States District Court

## District of Arizona

# Certificate of Good Standing

I, Brian D. Karth, Clerk of this Court, certify that Jonathan Marc Saffer was duly admitted to practice in this Court on April 5, 2004, and is in good standing as a member of the Bar of this Court.

Dated at Phoenix, Arizona, on January 6, 2020

| Brian D. Karth | *[signature]* |
|---|---|
| CLERK | DEPUTY CLERK |

