# United States District Court

## District of Arizona

# Certificate of Good Standing

I, Brian D. Karth, Clerk of this Court, certify that Rebecca K. O'Brien was duly admitted to practice in this Court on October 15, 2003, and is in good standing as a member of the Bar of this Court.

Dated at Phoenix, Arizona, on January 6, 2020

_____    _____
Brian D. Karth                                            
CLERK                                                               DEPUTY CLERK

