## UNITED STATES BANKRUPTCY COURT

### Southern District of New York

In re:  Sears Holdings Corporation

Case No. 18-23538

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e) (1), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice.

TRC MASTER FUND LLC
Name of Transferee

SAFAVIEH INTL LLC
Name of Transferor

Name and Address where notices to transferee
should be sent:

Court Claim # (if known): N/A
Ballot ID: 182353801043466
Amount of Claim: USD$43,035.14

TRC MASTER FUND LLC
Attn: Terrel Ross
PO Box 633
Woodmere, NY 11598

Date Claim Filed: N/A
Phone: (516) 945-1908
Last four digits of Acct.#:  N/A

Name and Current Address of Transferor:

Phone:  516-255-1801
Last four digits of Acct#:  N/A

SAFAVIEH INTL LLC
40 HARBOR PARK DRIVE
PORT WASHINGTON, NY 11050

Name and address where transferee payments
should be sent (if different from above):

Phone:  N/A
Last four digits of Acct#:  N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By:  /s/Terrel Ross
Transferee/Transferee's Agent

Date: January 16, 2020

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

### Exhibit A to Assignment of Claim

TO:    United States Bankruptcy Court ("Bankruptcy Court")
       Southern District of New Yok
       Attention: Clerk

AND TO: Kmart Corporation, Case No. 18-23549
        (Jointly Administered under Sears Holding Corporation, et al. Case No. 18-23538)

Claim # N/A

**Safavieh Intl LLC**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of USD$43,035.14 ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS _15_ DAY OF ____January_ ,~~2019.~~ 2020

ASSIGNOR: Safavieh Intl LLC                    ASSIGNEE: TRC MASTER FUND LLC

_(Signature)_                                  _(Signature)_

Michael Visconti                               Terrel Ross
(Print Name)                                   (Print Name)

Credit Manager                                 Managing Member
(Title)                                        (Title)

Case Number: 18-23538

Debtor Name: KMART CORPORATION

18-23538-rdd    Doc 1629    Filed 01/17/19    Entered 01/17/19 23:17:33    Main Document

Schedule E/F Part 2 Question 3 Pg 3365 of 4636

| Row No. | Account No. | Creditor's Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip | Country | Basis | Date Claim was Incurred | Contingent | Unliquidated | Disputed | Total Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 265360 | | SADIA GOFORTH | 636 KENMORE AVE | | | | BUFFALO | NY | 14216 | USA | TRADE PAYABLE | | | | | $110.63 |
| 265361 | | SADIE CANUTO | PO BOX 04769 | | | | TACOMA | WA | 98446 | USA | TRADE PAYABLE | | | | | $4.81 |
| 265362 | | SADIE CORDOVA | 906 MAIN ST | | | | LOUISVILLE | CO | 80027 | USA | TRADE PAYABLE | | | | | $85.00 |
| 265363 | | SADIE EVANS | 869 CAULEY CV | | | | GREENVILLE | MS | 38703 | USA | TRADE PAYABLE | | | | | $4.65 |
| 265364 | | SADIE HARDY | 2297 SC HIGHWAY 283 | | | | PLUM BRANCH | SC | 29845 | USA | TRADE PAYABLE | | | | | $15.86 |
| 265365 | | SADIE MERCADO | 858 DURR | | | | SAN ANTONIO | TX | 78234 | USA | TRADE PAYABLE | | | | | $1.49 |
| 265366 | | SADIE MIGDAL | 7 BEBE AVE | | | | NORWICH | NY | 13815 | USA | TRADE PAYABLE | | | | | $4.60 |
| 265367 | | SADIE MILTON | 402 BARHAM RD | | | | REIDSVILLE | NC | 27320 | USA | TRADE PAYABLE | | | | | $15.00 |
| 265368 | | SADIE RICKS | 20 CEDAR RD | | | | AMITYVILLE | NY | 11701 | USA | TRADE PAYABLE | | | | | $5.00 |
| 265369 | | SADIE ROOF | 15015 SOUTH PERRY RD | | | | LAURELVILLE | OH | 43135 | USA | TRADE PAYABLE | | | | | $5.00 |
| 265370 | | SADIE STOKES | 5071 HARDY MCMANUS RD | | | | EVANS | GA | 30809 | USA | TRADE PAYABLE | | | | | $5.00 |
| 265371 | | SADIE WATT | 7546 S CLYDE AVE | | | | CHICAGO | IL | 60649 | USA | TRADE PAYABLE | | | | | $50.00 |
| 265372 | | SADIO SEIDI | 8520 DILLHILL | | | | NORTH CHARLESTON | SC | 29406 | USA | TRADE PAYABLE | | | | | $4.58 |
| 265373 | | SADIQ ZUJAJA | 9487 MARSHALL ROAD | | | | EDEN PRAIRIE | MN | 55347 | USA | TRADE PAYABLE | | | | | $19.30 |
| 265374 | | SADIQA CAINES | 200 W MAIN ST | | | | NANTICOKE | PA | 18634 | USA | TRADE PAYABLE | | | | | $4.70 |
| 265375 | | SADISH INBASEKARAN | 2270 HASSELL ROAD | | | | HOFFMAN ESTAT | IL | 60169 | USA | TRADE PAYABLE | | | | | $6.58 |
| 265376 | | SADIYA CHOWDHURY | 44570 SILVER POND | | | | STERLING | VA | 20165 | USA | TRADE PAYABLE | | | | | $1.00 |
| 265377 | | SADIYAH BROWN | 233 MYRTLE AVE | | | | NEPTUNE | NJ | 07753 | USA | TRADE PAYABLE | | | | | $25.00 |
| 265378 | | SADKHI TIFFANY | 2125 W DAVIS DR | | | | WICHITA | KS | 67217 | USA | TRADE PAYABLE | | | | | $4.62 |
| 265379 | | SADLAR MICHAEL | 50 EDWARD LN | | | | BOWERVILLE | GA | 30516 | USA | TRADE PAYABLE | | | | | $4.65 |
| 265380 | | SADLER BARBARA | 42 BERKSHIRE RD | | | | BALTIMORE | MD | 21221 | USA | TRADE PAYABLE | | | | | $2.94 |
| 265381 | | SADLEMYIE SARA | 3419 BITTERSWEET ST SE | | | | OLYMPIA | WA | 98501 | USA | TRADE PAYABLE | | | | | $11.94 |
| 265382 | | SADLER BRITTANY | 801 PUCKETT RD | | | | PERRY | FL | 32348 | USA | TRADE PAYABLE | | | | | $5.00 |
| 265383 | | SADLER CHARLOTTE | 204 NORTHUMBERLAND WAY | | | | WARNER ROBINS | GA | 31088 | USA | TRADE PAYABLE | | | | | $0.84 |
| 265384 | | SADLER DENA | 308 MAPLE STREET | | | | GREENVILLE | MO | 63944 | USA | TRADE PAYABLE | | | | | $3.00 |
| 265385 | | SADLER JANEA | 3 SUNRISE AVE | | | | TROTWOOD | OH | 45426 | USA | TRADE PAYABLE | | | | | $10.00 |
| 265386 | | SADLER SI | 1512 SUNSET AVENUE | | | | ROCKY MOUNT | NC | 27804 | USA | TRADE PAYABLE | | | | | $5.00 |
| 265387 | | SADONNA AKINS | 14030 GLENWOOD | | | | DETROIT | MI | 48205 | USA | TRADE PAYABLE | | | | | $0.17 |
| 265388 | | SADONNA BATTLE | 510 LOGAN PL | | | | NEWPORT NEWS | VA | 23602 | USA | TRADE PAYABLE | | | | | $31.13 |
| 265389 | | SADOHEA ROGERS | 3535 ROBERTS AVENUE BLOCK 262 | | | | TALLAHASSEE | FL | 32310 | USA | TRADE PAYABLE | | | | | $9.63 |
| 265390 | | SADOWSKI GABRILLE | 8150 BAYTREE TOWNE CIR E | | | | JACKSONVILLE | FL | 32246 | USA | TRADE PAYABLE | | | | | $24.65 |
| 265391 | | SADOWSKI JASON | 116 HARRISON AVE_NONE | | | | WAUKESHA | WI | 53186 | USA | TRADE PAYABLE | | | | | $161.46 |
| 265392 | | SADOWSKI SHAUN | 1602 RENATE DR 202 | | | | CLEVELAND | OH | 44102 | USA | TRADE PAYABLE | | | | | $60.00 |
| 265393 | | SADHEA MORRIS | 1025 BULEN AVE | | | | COLUMBUS | OH | 43206 | USA | TRADE PAYABLE | | | | | $10.00 |
| 265394 | | SADYAN ARMINE | 327 CAMERON PL APT 10 | | | | GLENDALE | CA | 91207 | USA | TRADE PAYABLE | | | | | $21.97 |
| 265395 | | SAECHAO TINA | 1711 NE 230TH CT | | | | WOOD VILLAGE | OR | 97060 | USA | TRADE PAYABLE | | | | | $100.38 |
| 265396 | | SAEEDA JAMA | 1632 IRVIN STREET | | | | VIENNA | VA | 22182 | USA | TRADE PAYABLE | | | | | $11.44 |
| 265397 | | SAEEDA THOMPKINS | 1243 E 17TH STREET | | | | LONG BEACH | CA | 90813 | USA | TRADE PAYABLE | | | | | $74.90 |
| 265398 | | SAEGER AIRVEE | 1902 S 244TH ST | | | | DES MOINES | WA | 98198 | USA | TRADE PAYABLE | | | | | $12.03 |
| 265399 | | SAEGER JARRET | PO BOX 135 | | | | RICHFIELD | WI | 53076 | USA | TRADE PAYABLE | | | | | $30.50 |
| 265400 | | SAEIDAH COLVIN | 9709 SENECA ST | | | | OAKLAND | CA | 94605 | USA | TRADE PAYABLE | | | | | $9.00 |
| 265401 | | SAEIGEH BAKHSHI | 796 PONDEROSA AVE | | | | SUNNYVALE | CA | 94086 | USA | TRADE PAYABLE | | | | | $83.10 |
| 265402 | | SAENZ ALEJANDRA | 10891 EDGEMERE BLD H7 | | | | EL PASO | TX | 79935 | USA | TRADE PAYABLE | | | | | $15.00 |
| 265403 | | SAENZ ANDRES | 125 SAN BENITO | | | | BERINO | NM | 88021 | USA | TRADE PAYABLE | | | | | $65.00 |
| 265404 | | SAENZ ANGELA M | 145 N WIGHT | | | | KC | MO | 64123 | USA | TRADE PAYABLE | | | | | $5.00 |
| 265405 | | SAENZ ANGELINA | 3851 NW 4TH CT | | | | FORT LAUDERDALE | FL | 33311 | USA | TRADE PAYABLE | | | | | $5.00 |
| 265406 | | SAENZ BRENDA | 127 ARAPAHOE | | | | GRAND ISLAND | NE | 68803 | USA | TRADE PAYABLE | | | | | $10.00 |
| 265407 | | SAENZ CARMEN | 12235 MIDDLETON RD | | | | PHELAN | CA | 92371 | USA | TRADE PAYABLE | | | | | $58.72 |
| 265408 | | SAENZ ELISA | 2805 ALBERNI | | | | BAKERSFIED | CA | 93309 | USA | TRADE PAYABLE | | | | | $4.62 |
| 265409 | | SAENZ HELEN | 411 W FIFTH | | | | SAN JOSE | CA | 95148 | USA | TRADE PAYABLE | | | | | $4.65 |
| 265410 | | SAENZ HUGO | 2830 DAMICO DR | | | | DEXTER | NM | 88230 | USA | TRADE PAYABLE | | | | | $25.00 |
| 265411 | | SAENZ JACOB | 6237 FAIRWOOD AVE | | | | LAS VEGAS | NV | 89107 | USA | TRADE PAYABLE | | | | | $4.19 |
| 265412 | | SAENZ JOANNA | 1307 N KINGSLEY DR | | | | LOS ANGELES | CA | 90027 | USA | TRADE PAYABLE | | | | | $5.31 |
| 265413 | | SAENZ JUANA | 1016 LINCOLN | | | | ANTHONY | NM | 88021 | USA | TRADE PAYABLE | | | | | $20.00 |
| 265414 | | SAENZ JUDY A | 06 RINCON COURT | | | | LOS LUNAS | NM | 87031 | USA | TRADE PAYABLE | | | | | $10.52 |
| 265415 | | SAENZ MARY | 5593 LAS ALTURAS 26 | | | | LAS CRUCES | NM | 88011 | USA | TRADE PAYABLE | | | | | $10.00 |
| 265416 | | SAENZ MEDALIA | 1140 W 92ND ST | | | | LA | CA | 90044 | USA | TRADE PAYABLE | | | | | $6.74 |
| 265417 | | SAENZ MEGAN | 801 MARLOW | | | | EL PASO | TX | 79905 | USA | TRADE PAYABLE | | | | | $1.08 |
| 265418 | | SAENZ MIRIAM | C-UTRERA Q9 V ANDULUCIA | | | | SAN JUAN | PR | 00926 | USA | TRADE PAYABLE | | | | | $5.00 |
| 265419 | | SAENZ MIRIAN | CALLE UTRERA U9 VILLA ANDALUCI | | | | SAN JUAN | PR | 00921 | USA | TRADE PAYABLE | | | | | $25.00 |
| 265420 | | SAENZ RAMIRO | 4845 DUNN DR | | | | BAYAMON | PR | 00611 | USA | TRADE PAYABLE | | | | | $4.61 |
| 265421 | | SAENZ STARLA | 5263 LOMAS DEL VALLE | | | | LAS CRUCES | NM | 88012 | USA | TRADE PAYABLE | | | | | $5.00 |
| 265422 | | SAENZ TERESA | 147 N 12TH AVE | | | | BRIGHTON | CO | 80601 | USA | TRADE PAYABLE | | | | | $9.18 |
| 265423 | | SAENZ VERONICA | 1226 N TASKER DR | | | | HOBBS | NM | 88240 | USA | TRADE PAYABLE | | | | | $2.33 |
| 265424 | | SAENZ YOLONDA | 3217 GLANZMAN D33 | | | | TOLEDO | OH | 43614 | USA | TRADE PAYABLE | | | | | $32.81 |
| 265425 | | SAEPHAN CHIEW | 1403 HILLTOP DR | | | | REDDING | CA | 96003 | USA | TRADE PAYABLE | | | | | $15.99 |
| 265426 | | SAEPHAN KAO | 3651 2ND AVE APT 7 | | | | SACRAMENTO | CA | 95817 | USA | TRADE PAYABLE | | | | | $57.84 |
| 265427 | | SAEPHANH LU | 8595 NEW VALLEY WAY | | | | SACRAMENTO | CA | 95828 | USA | TRADE PAYABLE | | | | | $1.45 |
| 265428 | | SHERMAN C JOHNSON | 649 EBONY GROVE LN | | | | CHESTER | SC | 29706 | USA | TRADE PAYABLE | | | | | $4.65 |
| 265429 | | SAEZ FRANCES | 52 FARRAGUT ST | | | | SPFLD | MA | 01104 | USA | TRADE PAYABLE | | | | | $5.00 |
| 265430 | | SAEZ FRANCES T | HC 38 6771 | | | | GUANICA | PR | 00653 | USA | TRADE PAYABLE | | | | | $11.95 |
| 265431 | | SAEZ GIULIANA | FRONTERA H 48 URB VILLAS ANDAL | | | | GUANICA | PR | 00653 | USA | TRADE PAYABLE | | | | | $3.40 |
| 265432 | | SAEZ GLADYS | P O BOX 5441 | | | | SAN JUAN | PR | 00926 | USA | TRADE PAYABLE | | | | | $5.00 |
| 265433 | | SAEZ GLORIMAR | HC-72 BOX 3535 NARANJITO | | | | NARANJITO | PR | 00719 | USA | TRADE PAYABLE | | | | | $30.00 |
| 265434 | | SAEZ/FIGUEROA LUIS R | 344 CHERRY STREET 2ND FLOOR | | | | NEW BRITAIN | CT | 06051 | USA | TRADE PAYABLE | | | | | $54.68 |
| 265435 | | SAEZ JOSE | BARRIO LA LUNA, CALLE PRIN | | | | GUANICA | PR | 00653 | USA | TRADE PAYABLE | | | | | $10.00 |
| 265436 | | SAEZ JESSICA | 46 BRIAR HILL DR | | | | PUTNAM VALLEY | NY | 10579 | USA | TRADE PAYABLE | | | | | $2.93 |
| 265437 | | SAEZ LARRY | 217 JACKSON ST | | | | GRANDVIEW | WA | 98930 | USA | TRADE PAYABLE | | | | | $4.59 |
| 265438 | | SAEZ MARY | 219 BRIGHTON AVE | | | | PERTH AMBOY | NJ | 08861 | USA | TRADE PAYABLE | | | | | $5.00 |
| 265439 | | SAEZ MONSERRAT | BO PLAYA HC 02 BOX 9965 | | | | GUAYANILLA | PR | 00656 | USA | TRADE PAYABLE | | | | | $59.02 |
| 265440 | | SAEZ YOLY | CALLE CUBA LIBRE 216 MIRA | | | | CAYEY | PR | 00736 | USA | TRADE PAYABLE | | | | | $30.00 |
| 265441 | | SAFA KHARBALL | 12 STOCKWELL LN | | | | SOUTHBOROUGH | MA | 01772 | USA | TRADE PAYABLE | | | | | $43.00 |
| 265442 | | SAFARI PROGRAMS INC | 29990 NETWORK PLACE | | | | CHICAGO | IL | 60673 | USA | TRADE PAYABLE | | | | | $84.00 |
| 265443 | | SAFAROVA SAFIYA | 1935 N ONEIDA DR | | | | TUCSON | AZ | 85715 | USA | TRADE PAYABLE | | | | | $24.28 |
| 265444 | | SAFAVIEH INTL LLC | 40 HARBOR PARK DRIVE | | | | PORT WASHINGTON | NY | 11050 | USA | TRADE PAYABLE | | | | | $43,035.14 |
| 265445 | | SAFDIA ROXANNA | 1464 SE 25 TERR | | | | HOMESTEAD | FL | 33035 | USA | TRADE PAYABLE | | | | | $5.81 |
| 265446 | | SAFERIGHT JUDY | 605 SOUTH 18TH STREET | | | | WYTHEVILLE | VA | 24382 | USA | TRADE PAYABLE | | | | | $5.00 |
| 265447 | | SAFESHRED | 5928 S MALT AVENUE | | | | COMMERCE | CA | 90040 | USA | TRADE PAYABLE | | | | | $1,575.00 |