Stephen V. Falanga
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
Tel.: (973) 757-1100

*Counsel to Schindler Elevator Corporation*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL**

**PLEASE TAKE NOTICE** that Colleen M. Maker of the law firm Walsh Pizzi O'Reilly Falanga LLP withdraws her appearance on behalf of Schindler Elevator Corporation in the above captioned matter and requests removal from electronic notification.

**PLEASE TAKE FURTHER NOTICE** that Schindler Elevator Corporation will continue to be represented by Walsh Pizzi O'Reilly Falanga LLP and that Stephen V. Falanga has been duly and properly designated by the Court as the "lead attorney to be noticed" on behalf of Schindler Elevator Corporation for purposes of the Case Management/Electronic Filing System.

WALSH PIZZI O'REILLY FALANGA LLP

Dated: January 17, 2020

*s/Stephen V. Falanga*
Stephen V. Falanga

WPOFDocs 368190v.1