**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x

In re:

SEARS HOLDING CORPORATION, et al.,

Debtors.

Case No. 18-23538 (RDD)

Chapter 11

(Jointly Administered)

------------------------------------------------------------- x


------------------------------------------------------------- x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Luke Schneider to be admitted, ***pro hac vic**e*, to represent CenturyLink (the "Client") in the above referenced ☒ cases ☐ and any related adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Colorado and the bar of the U.S. District Court for the District of Colorado, it is hereby

ORDERED, that Lucas Schneider, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☒ cases ☐ and any related adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: January 17, 2020
      White Plains, New York

/s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE