**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x

In re:

SEARS HOLDING CORPORATION, et al.,

                  Debtors.

Case No. 18-23538 (RDD)

Chapter 11

(Jointly Administered)

------------------------------------------------------------------ x

**ORDER GRANTING ADMISSION TO PRACTICE,** ***PRO HAC VICE***

Upon the motion of Edwin H. Caldie to be admitted, ***pro hac vic****e*, to represent CenturyLink (the "Client") in the above referenced ☒ cases ☐ and any related adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Minnesota and the bar of the U.S. District Court for the District of Minnesota, it is hereby

ORDERED, that Edwin H. Caldie, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☒ cases ☐ and any related adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: January 17, 2020
      White Plains, New York

/s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE