**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

In re:                                                                    Case No.: 18-23538-RDD

Sears Holding Corporation, et al.,                           Chapter 11

                              Debtor            x

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -     Adversary Proceeding No.:
                                                                              19-8319RDD

Kmart Holding Corporation,

                              Plaintiff

                                v.

Masterpieces Puzzle Co., Inc.,

                              Defendant       x

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

      Upon the motion of Rebecca K. O'Brien to be admitted, pro *hac vice*, to represent Masterpieces Puzzle Co., Inc. (the "Client") in these chapter 11 cases and as a Defendant in the above referenced adversary proceeding; and upon the movant's certification that the movant is a member in good standing of the bar in the State of Arizona and, if applicable, the bar of the U.S. District Court for the District of Arizona, it is hereby

      **ORDERED**, that Rebecca K. O'Brien,, Esq., is admitted to practice, ***pro hac vice***, in these chapter 11 cases and in the above referenced adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: January 17, 2020
       White Plains, New York      /s/Robert D. Drain
                                                  UNITED STATES BANKRUPTCY JUDGE