**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Sears Holding Corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Leon S. Jones ("Movant"), to be admitted, *pro hac vice*, to represent Hi-Tech Pharmaceuticals, Inc. (the "Client") in the above-referenced bankruptcy case, and as defendant in Adversary Proceeding No. 19-08570 (RDD); and upon the Movant's certification that the Movant is a member in good standing of the bar in the State of Georgia and of the bars of the United States District Court for the Northern District of Georgia, the United States District Court for the Middle District of Georgia, and the United States District Court for the Southern District of Georgia, it is hereby

**ORDERED**, that Leon S. Jones, Esq., is admitted to practice, *pro hac vice*, to represent Hi-Tech Pharmaceuticals, Inc. as party-in-interest in the above-referenced bankruptcy case, and as defendant in Adversary Proceeding No. 19-08570 (RDD), in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: January 17, 2020.
      White Plains, New York

/s/Robert D. Drain
Robert D. Drain
United States Bankruptcy Judge
Southern District of New York