**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------- x

| | |
|---|---|
| In re: | Case No.: 18-23538-RDD |
| Sears Holding Corporation, et al., | Chapter 11 |
| Debtor x | Adversary Proceeding No.: 19-8319 RDD |
| Kmart Holding Corporation, | |
| Plaintiff | |
| v. | |
| Masterpieces Puzzle Co., Inc., | |
| Defendant x | |

---------------------------------

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Jonathan M. Saffer to be admitted, pro *hac vice*, to represent Masterpieces Puzzle Co., Inc. (the "Client") in these chapter 11 cases and as a Defendant in the above referenced adversary proceeding; and upon the movant's certification that the movant is a member in good standing of the bar in the State of Arizona and, if applicable, the bar of the U.S. District Court for the District of Arizona, it is hereby

**ORDERED**, that Jonathan M. Saffer, Esq., is admitted to practice, *pro hac vice*, in these chapter 11 cases and in above referenced adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: January 17, 2020
    White Plains, New York        /s/Robert D. Drain
                                                        UNITED STATES BANKRUPTCY JUDGE