Thomas R. Slome
Michael Kwiatkowski
CULLEN AND DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
Telephone: (516) 296-9165
Facsimile: (516) 357-3792
Email: tslome@cullenllp.com
       mkwiatkowski@cullenllp.com

    and

Russell R. Johnson III (VSB No. 31468)
John M. Craig (VSB No. 32977)
Law Firm Of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Telephone: (804) 749-8861
Facsimile: (804) 749-8862
Email: russell@russelljohnsonlawfirm.com
       john@russelljohnsonlawfirm.com

*Co-Counsel for PECO Energy Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | ) Chapter 11 |
| | ) |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | ) Case No. 18-23538 (RDD) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**NOTICE OF WITHDRAWAL OF APPLICATION OF PECO ENERGY COMPANY
FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES**

PECO Energy Company, by counsel, hereby withdraws its *Application of PECO Energy*

*Company for Allowance and Payment of Administrative Expenses* (Docket No. 3459) as resolved.

Dated: Garden City, New York
January 17, 2020

                                                          CULLEN AND DYKMAN LLP

By:     */s/ Michael Kwiatkowski*
        Thomas R. Slome
        Michael Kwiatkowski
        100 Quentin Roosevelt Boulevard
        Garden City, New York 11530
        Telephone: (516) 296-9165
        Facsimile: (516) 357-3792
        Email: tslome@cullenllp.com
               mkwiatkowski@cullenllp.com

and

Russell R. Johnson III
John M. Craig
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Telephone: (804) 749-8861
Email: russell@russelljohnsonlawfirm.com
       john@russelljohnsonlawfirm.com

*Co-Counsel for PECO Energy Company*