**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | **Case No. 18-23538 (RDD)** |
| Debtors. | **(Jointly Administered)** |

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

I, Benjamin M. Mather, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Nina and Gerald Greene in the above-referenced case.

*I certify that I am a member in good standing* of the bar in the State of Pennsylvania and the bar of the United States District Court for the Eastern District of Pennsylvania.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: January 21, 2020
Philadelphia, Pennsylvania

                                                  /s/ Benjamin M. Mather
                                                  Benjamin M. Mather, Esq.
                                                  KAUFMAN, COREN & RESS, P.C.
                                                  Two Commerce Square, Suite 3900
                                                  2001 Market Street
                                                  Philadelphia, PA 19103
                                                  Tel: (215) 735-8700
                                                  bmather@kcr-law.com