**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | **Case No. 18-23538 (RDD)** |
| | **(Jointly Administered)** |
| **Debtors.** | |

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Benjamin M. Mather to be admitted, ***pro hac vice***, to represent Nina and Gerald Greene (the "Clients") in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Pennsylvania and the bar of the United States District Court for the Eastern District of Pennsylvania, it is hereby

**ORDERED**, that Benjamin M. Mather, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
White Plains, New York

                                                  _____
                                                  HONORABLE ROBERT D. DRAIN
                                                  UNITED STATES BANKRUPTCY JUDGE