# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: <u>Sears Holdings Corporation</u>    Case No. <u>18-23538</u>

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>TRC MASTER FUND LLC</u>
Name of Transferee

Name and Address where notices to transferee should be sent:

TRC MASTER FUND LLC
Attn: Terrel Ross
PO Box 633
Woodmere, NY 11598

Phone: <u>516-255-1801</u>
Last four digits of Acct#:  <u>N/A</u>

Name and address where transferee payments should be sent (if different from above):

Phone: <u>N/A</u>
Last four digits of Acct#:  <u>N/A</u>

<u>Bonnier Corporation</u>
Name of Transferor

Court Claim # (if known): <u>20316</u>
                           <u>(Amends Claim #14531)</u>
Ballot ID: <u>182353801013612</u>
**Administrative Claim**
**Amount being transferred:** <u>USD$862,269.00</u>
Allowed Admin Amount Per Docket 6280:
<u>USD$840,303.28</u>
Date Original Claim Filed: <u>4/08/2019</u>
Date Amended Claim Filed: <u>9/17/2019</u>
Phone: <u>(646) 383-8233</u>
Last four digits of Acct.#:  <u>N/A</u>

Name and Current Address of Transferor:

Bonnier Corporation
Jonathan L. Gold
1000 Maine Avenue SW
Suite 400
Washington, DC 20024

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  <u>/s/Terrel Ross</u>    Date: <u>January 21, 2020</u>
Transferee/Transferee's Agent

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

### Exhibit A to Assignment of Claim

TO:   United States Bankruptcy Court ("Bankruptcy Court")
      Southern District of New Yok
      Attention: Clerk


AND TO: Sears Holdings Management Corporation (Debtor)
        Case No. 18-23553
        (Jointly Administered under Sears Holding Corporation, et al.  Case No. 18-23538)

Claim #20316
Transferring the USD$862,269 Administrative Expense 503(b) Amount Only

**Bonnier Corporation,** its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its **Administrative Claim in the amount of USD$862,269.00 and Allowed in the amount of USD$840,303.28** ("Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 21 DAY OF ___January___, 2020.

| ASSIGNOR: Bonnier Corporation | ASSIGNEE: TRC MASTER FUND LLC |
|---|---|
| (Signature) | (Signature) |
| ELISE CONTARSY | Terrel Ross |
| (Print Name) | (Print Name) |
| SVP Consumer Products | Managing Member |
| (Title) | (Title) |

**Exhibit A - Opt-in Ballots Allowed for 1st Disbursement**

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| Ballot ID | Claimant | Allowed Amount | Cash Distribution |
|---|---|---|---|
| 182353801018115 | Architectural Graphics, Inc. (AGI) | $114,660.50 | $32,905.87 |
| 182353801043263 | Arkanoff Painting Inc | $58,259.89 | $16,719.73 |
| 182353801043266 | Armored AutoGroup Sales, Inc. | $9,637.76 | $2,765.90 |
| 182353801043267 | ARMOUTH INTERNATIONAL INC. | $90,000.00 | $25,828.67 |
| 182353801043476 | ARROW PLASTIC MFG | $14,880.04 | $4,270.35 |
| 182353801039942 | ARROW SPORTSWEAR | $368,261.20 | $105,685.54 |
| 182353801016748 | ASIF FAROOQUEE | $2,230.16 | $640.02 |
| 182353801018189 | Aspen Marketing Servs., Inc. | $193,936.58 | $55,656.94 |
| 182353801014025 | AUGUSTINE INC | $16,061.76 | $4,609.49 |
| 182353801013795 | Auxo International Ltd | $334,150.50 | $95,896.27 |
| 182353801042831 | Banks, Lisa Turner | $3,771.00 | $1,082.22 |
| 182353801042847 | BATISTA, MILDRED | $3,819.99 | $1,096.28 |
| 182353801014042 | Baute Crochetiere Hartley & Velkei LLP | $15,464.83 | $4,438.18 |
| 182353801043273 | BAW PLASTICS INC | $7,242.45 | $2,078.48 |
| 182353801043276 | Beauty 21 Cosmetics, Inc. | $144,928.32 | $41,592.29 |
| 182353801043280 | Bedz King LLC | $4,215.87 | $1,209.89 |
| 182353801018129 | Beeline.com, Inc. | $4,256.88 | $1,221.66 |
| 182353801017006 | BEST PARAMOUNT INTERNATIONAL LTD | $145,176.95 | $41,663.64 |
| 182353801039841 | Billion Best Industrial Limited | $29,743.18 | $8,535.85 |
| 182353801042964 | BLASS, JAY | $448.00 | $128.57 |
| 182353801016412<br>182353801042976 | BODY FLEX SPORTS INC | $110,541.60 | $31,723.81 |
| 182353801013612 | Bonnier Corporation | $840,303.28 | $241,154.65 |
| 182353801042981 | Borden Dairy Company of Alabama, LLC | $624.17 | $179.13 |

2

## Creditor Data Details - Claim # 20316

**Creditor**
Bonnier Corporation
Michael Best & Friedrich LLP
Jonathan L. Gold
1000 Maine Avenue SW
Suite 400
Washington, DC 20024

**Debtor Name**
Sears Holdings Management Corporation

**Date Filed**
09/17/2019

**Claim Number**
20316

**Schedule Number**
n/a

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U* F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | $288,250.89 | | $288,250.89 | Asserted |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | $862,269.00 | U | $862,269.00 | Asserted |
| Total | $0.00 | | $1,150,519.89 | | $1,150,519.89 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign