# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: Sears Holdings Corporation                               Case No. 18-23538

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| TRC MASTER FUND LLC<br>Name of Transferee | Jordache Enterprises, Inc.<br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598<br><br>Phone: 516-255-1801<br>Last four digits of Acct#: N/A | Court Claim # (if known): 7845<br>Ballot ID: 182353801014943<br>**Administrative Claim**<br>Amount being transferred:     USD$1,818,417.10<br>Allowed Admin Amount Per Docket 6280:<br>USD$1,000,000.00<br>Date Claim Filed: 1/16/2019<br>Phone: (646) 383-8233<br>Last four digits of Acct.#: N/A |
| Name and address where transferee payments should be sent (if different from above):<br><br>Phone: N/A<br>Last four digits of Acct#: N/A | Name and Current Address of Transferor:<br><br>Jordache Enterprises, Inc.<br>1400 Broadway<br>14th Floor<br>New York, NY 10018 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/Terrel Ross                                                    Date: January 21, 2020
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
Southern District of New Yok
Attention: Clerk

AND TO: Sears Holdings Corporation (Debtor)
Case No. 18-23538
(Jointly Administered under Sears Holding Corporation, et al. Case No. 18-23538)

Claim #7845
Transferring the USD$1,818,417.10 Administrative Expense 503(b)(9) Amount Only

**Jordache Enterprises, Inc.**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its **Administrative Claim in the amount of USD $1,818,417.10 and Allowed in the Amount of USD$1,000,000.00**("Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 21 DAY OF January, 2020.

| ASSIGNOR: Jordache Enterprises, Inc. | ASSIGNEE: TRC MASTER FUND LLC |
|---|---|
| (Signature) | (Signature) |
| Robert Spiegelman  (Print Name) | Terrel Ross  (Print Name) |
| V.P.  (Title) | Managing Member  (Title) |

**Exhibit A - Opt-in Ballots Allowed for 1st Disbursement**

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| Ballot ID | Claimant | Allowed Amount | Cash Distribution |
|---|---|---|---|
| 182353801040358 | JOHNSON & JOHNSON CONSUMER INC. | $350,224.22 | $100,509.19 |
| 182353801014943 | Jordache Limited | $1,000,000.00 | $286,985.26 |
| 182353801040376 | Jore Corporation | $280,117.22 | $80,389.51 |
| 182353801042050 | JS Products, Inc. | $90,288.00 | $25,911.32 |
| 182353801017587 | JUPITER WORKSHOPS HK LTD | $15,525.80 | $4,450.68 |
| 182353801043376 | K G Denim Limited | $354,690.20 | $101,790.86 |
| 182353801042058 | Kao USA Inc. | $39,050.57 | $11,206.94 |
| 182353801014653 | KBS Jewelry Inc | $4,481.36 | $1,286.08 |
| 182353801042091 | Kimberly-Clark Corporation | $748,232.33 | $214,731.65 |
| 182353801042095 | Kimberly-Clark Puerto Rico, Inc. | $130,509.43 | $37,454.28 |
| 182353801042097 | KING AND SONS PLUMBING CO | $754.79 | $216.62 |
| 182353801017650 | KING, ELAINE S | $1,800.00 | $516.57 |
| 182353801040381 | KINGS LANDSCAPING | $4,225.00 | $1,212.51 |
| 182353801013661 | KIR Montebello, L.P. | $92,474.80 | $26,538.90 |
| 182353801015109 | KOBI KATZ INC | $6,849.98 | $1,965.84 |
| 182353801014692 | KOSS CORPORATION | $10,728.00 | $3,078.78 |
| 182353801017973 | Lafayette Marketplace Baceline, LLC, by Baceline Investments, LLC | $2,338.06 | $670.99 |
| 182353801042273 | Language Services Associates, Inc. | $923.90 | $265.15 |
| 182353801043345 | LARSON MANUFACTURING COMPANY INC | $9,899.50 | $2,841.01 |
| 182353801042344 | Ledvance LLC | $349,504.10 | $100,302.52 |
| 182353801043185 | Lee and Co. Ltd. | $67,702.75 | $19,424.69 |
| 182353801042345 | LEE FLANAGAN | $2,630.00 | $754.77 |
| 182353801040418 | Levi Strauss & Co., Inc. | $1,179,761.37 | $338,574.12 |

8

## Creditor Data Details - Claim # 7845

**Creditor**
Jordache Enterprises, Inc.
1400 Broadway 14th Floor
New York, NY 10018

**Debtor Name**
Sears Holdings Corporation
**Date Filed**
01/16/2019

**Claim Number**
7845
**Schedule Number**
n/a

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | $2,365,623.20 | | $3,045,287.74 | Set by Objection Order |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | $1,818,417.10 | | $1,138,752.56 | Set by Objection Order |
| Admin Priority | | | | | | |
| Total | $0.00 | | $4,184,040.30 | | $4,184,040.30 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

### Objection History

| Date Filed | Objection Motion | Date Filed | Objection Order | Basis | Status |
|---|---|---|---|---|---|
| 09/26/2019 | Motion for Omnibus Objection to Claim(s) / Debtor... | 11/22/2019 | Order signed on 11/21/2019 Granting Debtors' Tent... | Reclassified Claims | Ordered |