# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re:  Sears Holdings Corporation        Case No. 18-23538

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| TRC MASTER FUND LLC | Directions Studio LLC |
|---|---|
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 8233 <br> Ballot ID: 182353801016797 <br> Amount of Claim: USD$725,448.90 |
| TRC MASTER FUND LLC <br> Attn: Terrel Ross <br> PO Box 633 <br> Woodmere, NY 11598 | Allowed Admin Amount Per Docket 6280: <br> USD$83,991.06 <br> Date Claim Filed: 1/31/2019 <br> Phone: (646) 383-8233 <br> Last four digits of Acct.#: N/A |
| Phone: 516-255-1801 <br> Last four digits of Acct#: N/A | Name and Current Address of Transferor: |
| Name and address where transferee payments should be sent (if different from above): | Directions Studio LLC <br> 1400 Broadway <br> 14th Floor <br> New York, NY 10018 |
| Phone: N/A <br> Last four digits of Acct#: N/A | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Terrel Ross        Date: January 21, 2020
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

### Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
Southern District of New Yok
Attention: Clerk

AND TO: Sears Holdings Corporation (Debtor)
Case No. 18-23538
(Jointly Administered under Sears Holding Corporation, et al. Case No. 18-23538)

Claim #8233

**Directions Studio LLC**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its **Administrative Claim in the amount of USD $725,448.90 and Allowed in the Amount of USD$83,991.06**("Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS __20__ DAY OF __January__, 2020.

**ASSIGNOR: Directions Studio LLC**

_____
(Signature)

_Gabriel Jacobson_
(Print Name)

_Controller_
(Title)

**ASSIGNEE: TRC MASTER FUND LLC**

_____
(Signature)

_Terrel Ross_
(Print Name)

Managing Member
(Title)

**Exhibit A - Opt-in Ballots Allowed for 1st Disbursement**

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| Ballot ID | Claimant | Allowed Amount | Cash Distribution |
|---|---|---|---|
| 182353801039846 | Citi-Talent Limited | $305,564.84 | $87,692.60 |
| 182353801017652 | City of Crystal City | $872.59 | $250.43 |
| 182353801042526 | Clover Imaging Group, LLC, assignee of Clover Technologies Group | $86,600.00 | $24,852.92 |
| 182353801014199 | COCA COLA BTLNG CO CONSOLIDATED | $45,034.66 | $12,924.28 |
| 182353801042532 | Coca-Cola Bottling Company of Int'l Falls | $2,157.42 | $619.15 |
| 182353801016071 | COLORON JEWELRY INC | $125,456.49 | $36,004.16 |
| 182353801040075 | Compass Electrical Solutions, LLC | $485.44 | $139.32 |
| 182353801043468 | Cowen Special Investments LLC as Transferee of A D Sutton & Sons | $38,252.70 | $10,977.96 |
| 182353801042770 | Crown Services, Inc. | $8,570.62 | $2,459.64 |
| 182353801043371 | CRST Specialized Transportation, Inc. | $5,817.46 | $1,669.53 |
| 182353801016249 | CUPID FOUNDATIONS INC | $14,017.64 | $4,022.86 |
| 182353801042919 | Data Print Technologies, Inc. | $70,048.15 | $20,102.79 |
| 182353801042922 | DataSpan Holdings, Inc | $12,032.98 | $3,453.29 |
| 182353801016345 | DEBBY HERMOSURA RODRIGUEZ OD | $5,812.00 | $1,667.96 |
| 182353801014274 | Demert Brands Inc | $43,876.80 | $12,591.99 |
| 182353801016797 | DIRECTIONS STUDIO LLC | $83,991.06 | $24,104.20 |
| 182353801015769 | DISSTON COMPANY | $41,876.67 | $12,017.99 |
| 182353801039817 | DIVA INTERNATIONAL INC | $6,084.00 | $1,746.02 |
| 182353801043059 | DM MERCHANDISING INC | $8,467.20 | $2,429.96 |
| 182353801043390<br>182353801042112 | Dorcy International, Inc. | $702,048.94 | $201,477.69 |
| 182353801043400 | DR ALBERT VELASCO JR PA | $5,466.50 | $1,568.80 |
| 182353801043334 | DXC Technology Services LLC | $105,686.00 | $30,330.32 |
| 182353801040165 | Dynamic Solar Solutions Inc. | $9,650.00 | $2,769.41 |

4

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| Directions Studio LLC<br>1400 Broadway<br>14th Floor<br>New York, NY 10018 | Sears Holdings Corporation | 6233 |
| | Date Filed | Schedule Number |
| | 01/31/2019 | n/a |

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | $725,448.90 | | $725,448.90 | Asserted |
| Admin Priority | | | | | | |
| Total | $0.00 | | $725,448.90 | | $725,448.90 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website

Open in new window