WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                                  :    Chapter 11
                                                       :
**SEARS HOLDINGS CORPORATION**, *et al.*,              :    Case No. 18-23538 (RDD)
                                                       :
Debtors.[1]                                            :    (Jointly Administered)
------------------------------------------------------------x

**NOTICE WITH RESPECT TO DEBTORS' FIRST OMNIBUS OBJECTION**
**TO PROOFS OF CLAIM (SATISFIED CLAIMS)**

Reference is made to the *Debtors' First Omnibus Objection to Proofs of Claim (Satisfied Claims)* (ECF NO. 4775) (the "**Objection**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Please take notice that Sears Holdings Corporation and its debtor affiliates hereby withdraw without prejudice the Objection solely with respect to the claims listed on **Exhibit 1** hereto.

Please take further notice that the hearing (the "**Hearing**") to consider the Objection solely with respect to the claims listed on **Exhibit 2** hereto, previously scheduled for January 28, 2020 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to February 24, 2020 at 10:00 a.m. (Prevailing Eastern Time)**. The Hearing may be rescheduled further by the Debtors on notice to the affected claimant(s).

Dated: January 21, 2020
      New York, New York

                                                   */s/ Garrett A. Fail*
                                                   Ray C. Schrock, P.C.
                                                   Jacqueline Marcus
                                                   Garrett A. Fail
                                                   Sunny Singh
                                                   WEIL, GOTSHAL & MANGES LLP
                                                   767 Fifth Avenue
                                                   New York, New York  10153
                                                   Telephone:  (212) 310-8000
                                                   Facsimile:  (212) 310-8007

                                                   *Attorneys for Debtors*
                                                   *and Debtors in Possession*

## Exhibit 1 – Withdrawn Claims

| Ref # | Name of Claimant | Proof Claim No. |
|---|---|---|
| 50 | Dun & Bradstreet | 19581 |

## **Exhibit 2 – Adjourned Claims**

| Ref # | Name of Claimant | Proof Claim No. |
|---|---|---|
| 2 | A.O. Smith Corporation | 12509 |
| 66 | Hain Capital Investors Master Fund, Ltd as Transferee of Winiadaewoo Electronics America, Inc. | 8339 |
| 71 | International Packaging Supplies LLC | 406 |
| 72 | Johnson Controls Security Solutions LLC | 6633 |
| 73 | Johnson Controls, Inc. and its affiliates | 16647 |
| 74 | Johnson Controls, Inc. and its affiliates | 17891 |
| 75 | Johnson Controls, Inc. and its affiliates (see attached) | 17370 |
| 76 | Johnson Controls, Inc. and its affiliates (see attachment) | 16920 |
| 77 | Johnson Controls, Inc. and its affiliates (see attacment) | 17590 |
| 78 | Johnson Controls, Inc., and its affiliates | 16236 |
| 79 | Johnson Controls, Inc., and its affiliates (see attachment) | 16604 |
| 80 | Johnson Controls, Inc., and its affiliates (see attachment) | 16658 |
| 81 | Johnson Controls, Inc., and its affiliates (see attachment) | 17038 |
| 82 | Johnson Controls, Inc., and its affiliates (see attachment) | 17419 |
| 83 | Johnson Controls, Inc., and its affiliates (see attachment) | 17637 |
| 93 | Nalco Company LLC | 6931 |
| 94 | Nalco Company LLC | 6936 |
| 95 | Nalco Company LLC | 8049 |
| 96 | Nalco Company LLC | 8050 |
| 97 | Nalco Water Pretreatment Solutions LLC | 7869 |
| 109 | Shaw Industries, Inc | 16845 |
| 110 | Shaw Industries, Inc. | 6600 |
| 111 | Shaw Industries, Inc. | 16585 |
| 112 | Shaw Industries, Inc. | 16660 |
| 113 | Shaw Industries, Inc. | 18658 |
| 115 | Sherwin Williams Paint Company | 4471 |
| 145 | Winiadaewoo Electronics America, Inc. | 2672 |
| 146 | Winiadaewoo Electronics America, Inc. | 2844 |
| 147 | Winiadaewoo Electronics America, Inc. | 3905 |
| 148 | Winiadaewoo Electronics America, Inc. | 4046 |
| 149 | Winiadaewoo Electronics America, Inc. | 8337 |
| 150 | Winiadaewoo Electronics America, Inc. | 8342 |
| 151 | Winiadaewoo Electronics America, Inc. | 8343 |
| 152 | Winiadaewoo Electronics America, Inc. | 8344 |
| 153 | Winiadaewoo Electronics America, Inc. | 8347 |
| 154 | WINIADAEWOO ELECTRONICS AMERICA, INC. | 8348 |
| 155 | Winiadaewoo Electronics America, Inc. | 8349 |
| 156 | Winiadaewoo Electronics America, Inc. | 13655 |
| 157 | Winiadaewoo Electronics America, Inc. | 13753 |
| 158 | WINIADAEWOO ELECTRONICS AMERICA, INC. | 14070 |
| 159 | WINIADAEWOO ELECTRONICS AMERICA, INC. | 13957 |