**PEPPER HAMILTON LLP**

Henry J. Jaffe (admitted *pro hac vice*)
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

-and-

Robert R. Kinas, Esq. (admitted *pro hac vice*)
**SNELL & WILMER L.L.P.**
3883 Howard Hughes Parkway, #1100
Las Vegas, NV 89169-5958
(702) 784-5203

*Counsel for Red Bull North America, Inc.*
*and Red Bull Distribution Company Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered)<br><br>**Related to Docket Nos. 5415 & 5438** |

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

## NOTICE OF WITHDRAWAL OF (I) RED BULL DISTRIBUTION COMPANY INC.'S REPLY TO DEBTORS'OBJECTION TO RED BULL'S 503(b)(9) CLAIM; AND (II) DECLARATION OF RAMONA REINHARDT

PLEASE TAKE NOTICE that Red Bull Distribution Company Inc. ("Red Bull"), through its undersigned counsel, hereby withdraws the following pleadings filed in the above-captioned matter: (i) *Red Bull Distribution Company Inc.'s Reply to Debtors' Objection to Red Bull's 503(b)(9) Claim* [Docket No. 5415] (the "Reply"); and (ii) *Declaration of Ramona Reinhardt* [Docket No. 5438] filed in support of the Reply.  Red Bull's Reply and supporting declaration were filed in support of Red Bull's 503(b)(9) claim (which appears on the Claims Register as Claim No. 11788 (the "Red Bull Claim")) and in opposition to the *Debtors' Fifth Omnibus Objection to Proofs of Claim (Reclassification as General Unsecured Claims)* [Docket No. 5031] objecting to the Red Bull Claim.  The Debtors have withdrawn their objection to the Red Bull Claim [Docket No. 6375] thus mooting Red Bull's Reply and supporting declaration.

Dated:  January 22, 2020

**PEPPER HAMILTON LLP**

*/s/ Henry J. Jaffe*
Henry J. Jaffe (admitted *pro hac vice*)
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

-and-

Robert R. Kinas, Esq. (admitted *pro hac vice*)
**SNELL & WILMER L.L.P.**
3883 Howard Hughes Parkway, #1100
Las Vegas, NV  89169-5958
(702) 784-5203

*Counsel for Red Bull North America, Inc.
and Red Bull Distribution Company Inc.*

#56716654 v1