Michael S. Legge
**HUNTON ANDREWS KURTH LLP**
200 Park Avenue
New York, New York 10166
(212) 309-1000
mlegge@huntonak.com

Gregory G. Hesse (admitted *pro hac vice*)
**HUNTON ANDREWS KURTH LLP**
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
(214) 468-3335
ghesse@huntonak.com

*Attorneys for McLane Company, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*,[1] | Case No. 18-23538 (RDD) |
| Debtors. | Jointly Administered |

**AFFIDAVIT OF SERVICE**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

STATE OF NEW YORK        )
                          ): SS
COUNTY OF NEW YORK   )

Constance Andonian, being duly sworn, deposes and says:

1. I am not a party to this action, am over the age of eighteen years and am employed by Hunton Andrews Kurth LLP. My business address is 200 Park Avenue, New York, New York 10166.

2. On January 22, 2020, the *Notice of Withdrawal of Claim Nos. 15940, 16062, 16167, 16224, 16350, 16464, 16536, 16749 and 17756 by McClane Company, Inc.* [Docket No. 6385] (the "Notice") was filed via the Court's CM/ECF system which caused all parties receiving CM/ECF notices in this case to receive to the Notice.

2. On January 23, 2020, I served true and complete copies of the Notice to all parties listed hereto in **Exhibit A** by U.S. Postal Service First Class Mail and electronic mail as indicated.

Dated: January 23, 2020
       New York, New York

                                              _____
                                              Constance Andonian

Sworn to before me on this
23rd day of January 2020

_____
Notary Public

Robert A. Rich
Notary Public - State of New York
No. 02RI6221762
Qualified in New York County
My Commission Expires May 10, 20__

# EXHIBIT A

**First Class Mail**

Borah, Goldstein, Altschuler, Nahins & Goidel, P.C.
377 Broadway
New York, NY 10013

Attn: Jeffrey C. Chancas
Sears Holding Corporation
3333 Beverly Road
Hoffman Estates, IL 60179

Attn:  Stephen Sitley Esq.
          Luke J. Valentino, Esq.
          Rob Riecker, Esq.
Montee & Associates
1250-I Newell Avenue
Suite 149
Walnut Creek, CA 94596

Attn:  Kevin P. Montee, Esq.
Wilmorite Management Group LLC
1265 Scottsville Road
Rochester, NY 14624

Attn:  Donald C. Cowan, Jr.
Frenkel, Lambert, Weiss,
    Weisman & Gordon LLP
53 Gibson Street
Bay Shore, NY 11706

Attn:  Michelle C. Marans, Esq.
Fein, Such & Crane, LLP
7 Century Drive, Suite 201
Parsippany, NJ 07054

Attn: Tammy L. Terrell Benoza, Esq.
Milbank, Tweed, Hadley & McCloy LLP
Attn: Andrew M. Leblanc
1850 K Street, NW, Suite 1100
Washington, DC 20006

Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760

Attn:  Diane Wade Sanders
The Bank of New York Mellon Trust Company
101 Barclay St., Floor 8W
New York, NY 10286

Attn:  Corporate Trust Administration
Wilmington Trust, National Association
Corporate Capital Markets
50 South Sixth Street, Suite 1290
Minneapolis, MN 55402

Attn:  Sears Holding Corp. Administrator
BST International Fashion Ltd.
39 Wang Kwong Rd, Ste 23018
Skyline Tower, Kowloon Bay
Kowloon Hong Kong, China

Attn:  A. R. Shrinivasan
Fein, Such & Crane, LLP
1400 Old Country Road, Suite C103
Westbury, NY 11590

Attn:  Tammy L. Terrell Benoza, Esq.
LeClairRyan, PLLC
885 Third Avenue, 16th Floor
New York NY 10022

Attn: Janice B. Grubin, Alex J. Chase
Ohio Department of Taxation
Attn: Office of the Ohio Attorney General
1600 Carew Tower
441 Vine Street
Cincinnati, OH 45202

**Electronic Mail**

harrisj12@michigan.gov; idizengoff@akingump.com; pdublin@akingump.com; aqureshi@akingump.com; sbrauner@akingump.com; courts@alderman.com; bnkatty@aldineisd.org; jarnold@aldridgepite.com; laura.hall@allenovery.com; joseph.badtke-berkow@allenovery.com; James.Vincequerra@alston.com; leib.lerner@alston.com; ajd@ansellgrimm.com; ajd@ansellgrimm.com; akadish@archerlaw.com; lschildkraut@archerlaw.com; beth.brownstein@arentfox.com; brian.lohan@arnoldporter.com; ginger.clements@arnoldporter.com; jaronauer@ayllp.com; CSchael@AshfordNJLaw.com; eneiger@askllp.com; jchristian@askllp.com; jsteinfeld@askllp.com; gunderdahl@askllp.com; bmcgrath@askllp.com; kcasteel@askllp.com; eneiger@askllp.com; mudem@askllp.com; Jg5786@att.com; mcuellar45@austinenterpriseslp.com; mfrankel@bfklaw.com; egoodman@bakerlaw.com; fkhan@bakerlaw.com; pollack@ballardspahr.com; marriott@ballardspahr.com; branchd@ballardspahr.com; heilmanl@ballardspahr.com; summersm@ballardspahr.com; daluzt@ballardspahr.com; roglenl@ballardspahr.com; mcclambc@ballardspahr.com; harnerp@ballardspahr.com; kutnera@ballardspahr.com; mecesq2@aol.com; knewman@barclaydamon.com; mowens@btlaw.com; emiller@bayardlaw.com; russ@bsavory.com; deggert@bcblaw.net; jsolomon@bbwg.com; llindenberg@bbwg.com; rmills@bellnunnally.com; mbarrie@beneschlaw.com; kcapuzzi@beneschlaw.com; wschonberg@beneschlaw.com; Ernie.park@bewleylaw.com; Tgaa@bbslaw.com; michael@bindermalter.com; julie@bindermalter.com; JRhodes@BlankRome.com; Tarr@BlankRome.com; EZucker@BlankRome.com; bleusandassociates@gmail.com; bankruptcy@borgeslawllc.com; wborges@borgeslawllc.com; schin@borgeslawllc.com; arainone@bracheichler.com; jjorissen@briggs.com; bsilverberg@brownrudnick.com; spohl@brownrudnick.com; pweiser@buchalter.com; schristianson@buchalter.com; christopher.schueller@bipc.com; terry.shulsky@bipc.com; tyler.dischinger@bipc.com; Eric.Waxman@cwt.com; Anthony.Deleo@cwt.com; rdavis@cafarocompany.com; jlevitin@cahill.com; rstieglitz@cahill.com; jschwartz@calfee.com; gkallergis@calfee.com; rmcmillan@calfee.com; joan.huh@cdtfa.ca.gov; sjk@carmodymacdonald.com; MKurzman@carmodylaw.com; tsansone@carmodylaw.com; mcatalfimo@carterconboy.com; gadsden@clm.com; bankruptcy@clm.com; Dennis.roemlein@bnymellon.com; rmccord@certilmanbalin.com; rnosek@certilmanbalin.com; appleby@chapman.com; wilamowsky@chapman.com; szuber@csglaw.com; ksimard@choate.com; jmarshall@choate.com; mstein@chuhak.com; eschnitzer@ckrlaw.com; gsaydah@ckrlaw.com; srichman@clarkhill.com; srichman@clarkhill.com; nbencze@clarkhill.com; duane.brescia@clarkhillstrasburger.com; dblau@clarkhill.com; amainoo@cgsh.com; lbarefoot@cgsh.com; soneal@cgsh.com; aweaver@cgsh.com; tmoloney@cgsh.com; soneal@cgsh.com; aweaver@cgsh.com; rmukhi@cgsh.com; jkpark@cgsh.com; tmoloney@cgsh.com; wkelleher@cohenlaw.com; hward@cohenlaw.com; rseltzer@cwsny.com; jbienstock@coleschotz.com; mwarner@coleschotz.com; scf@cohmlaw.com; Michael.smith2@computershare.com; kbifferato@connollygallagher.com; kconlan@connollygallagher.com; cgriffiths@connollygallagher.com; svanaalten@cooley.com; scarnes@cooley.com; rco@crlawpr.com; dcoffino@cov.com; aclark@cov.com; mfelger@cozen.com; pzumbro@cravath.com; Tslome@CullenandDykman.com;

2

davidtaxin@dahannowick.com; daniel@dmsilverlaw.com; dhw@dhclegal.com;
jwcohen@daypitney.com; Ksummers@dflaw.com; mcto@debevoise.com;
eweisgerber@debevoise.com; slevinson@debevoise.com; jeroberts@debevoise.com;
bethsolomon@discover.com; crubio@diamondmccarthy.com;
sgiugliano@diamondmccarthy.com; adiamond@diamondmccarthy.com;
Richard.Chesley@dlapiper.com; Rachel.Albanese@dlapiper.com; Craig.Martin@dlapiper.com;
marita.erbeck@dbr.com; LJKotler@duanemorris.com; WMSimkulak@duanemorris.com;
WMSimkulak@duanemorris.com; Cheitzenrater@duanemorris.com;
cgraham@eckertseamans.com; cperkins@eckertseamans.com; emunozPSC@gmail.com;
lmay@eisemanlevine.com; rxza@elliottgreenleaf.com; sak@elliottgreenleaf.com;
ems@elliottgreenleaf.com; sbc@eblawyers.com; aentwistle@entwistle-law.com;
jporter@entwistle-law.com; Leopold.matt@Epa.gov ; lbercovich@epicor.com;
ppascuzzi@ffwplaw.com; gchico@ferraiuoli.com; scolon@ferraiuoli.com;
mark.wilson@fisherbroyles.com; patricia.fugee@fisherbroyles.com; dlwright@foley.com;
kcatanese@foley.com; emorabito@foley.com; msmall@foley.com; plabov@foley.com;
tscannell@foley.com; aguon@foxrothschild.com; plabov@foxrothschild.com;
thoran@foxrothschild.com; mhall@foxrothschild.com; mherz@foxrothschild.com;
nreid@foxswibel.com; jfrank@fgllp.com; jkleinman@fgllp.com;
brad.eric.scheler@friedfrank.com; scott.luftglass@friedfrank.com;
michael.keats@friedfrank.com; brad.eric.scheler@friedfrank.com;
scott.luftglass@friedfrank.com; peter.siroka@friedfrank.com; tking@fbtlaw.com;
rgold@fbtlaw.com; awebb@fbtlaw.com; pmartin@fmdlegal.com; lbrymer@fmdlegal.com;
zgelber@gelbersantillo.com; ksantillo@gelbersantillo.com; gseitz@gsbblaw.com;
mgensburg@gcklegal.com; btheisen@gibbonslaw.com; nsongonuga@gibbonslaw.com;
hcohen@gibbonslaw.com; dcampbell@ghclaw.com; tnixon@gklaw.com;
tomf@goldmclaw.com; jflaxer@golenbock.com; mweinstein@golenbock.com;
gfox@goodwinlaw.com; bbazian@goodwinlaw.com; mgoldstein@goodwinlaw.com;
wweintraub@goodwinlaw.com; searsnotice@gouldratner.com; drosner@goulstonstorrs.com;
thoffmann@goulstonstorrs.com; phillip.bohl@gpmlaw.com; tannweiler@greerherz.com;
jfigueiredo@hahnhessen.com; ahalperin@halperinlaw.net; lgu@halperinlaw.net;
dlieberman@halperinlaw.net; joia.johnson@hanes.com; ktompsett@harrisbeach.com;
sodonnell@herrick.com; sselbst@herrick.com; ssmith@herrick.com; msekowski@herrick.com;
elio@higgslaw.com; arthur.rosenberg@hklaw.com; Marc.Antonecchia@hklaw.com;
barbra.parlin@hklaw.com; elvin.ramos@hklaw.com; jose.casal@hklaw.com;
jjalemany@hklaw.com; mgurgel@hsgllp.com; vlevy@hsgllp.com; mshuster@hsgllp.com;
llichtman@honigman.com; chris.gartman@hugheshubbard.com;
neil.oxford@hugheshubbard.com; dustin.smith@hugheshubbard.com;
bgross@HuntonAK.com; mlegge@huntonak.com; ghesse@huntonak.com;
paulsilverstein@huntonak.com; brianclarke@huntonak.com;
caleb.holzaepfel@huschblackwell.com; Daniel.Swetnam@icemiller.com;
taxcollector@co.imperial.ca.us; alex.macias@impremedia.com; jgildea@interactions.com;
Mimi.M.Wong@irscounsel.treas.gov; Mimi.M.Wong@irscounsel.treas.gov;
Bankruptcy2@ironmountain.com; hgj@jasneflorio.com; dlk@jasneflorio.com;
brownsvalleyorchards@aol.com; gjoseph@jha.com; csolomon@jha.com; elkinj@mac.com;

3

robert.honeywell@klgates.com; atureaud@kblaw.com; tkorkhov@kellerrohrback.com; KDWBankruptcyDepartment@KelleyDrye.com; bfeder@kelleydrye.com; jacarlino@kslnlaw.com; jcurley@kacllp.com; ssouthard@klestadt.com; lkiss@klestadt.com; brian.koenig@koleyjessen.com; paloe@kudmanlaw.com; dsaponara@kudmanlaw.com; kurtzman@kurtzmansteady.com; brunnquellw@lanepowell.com; dgragg@langleybanack.com; jfifarek@laskyfifarek.com; rzucker@lasserhochman.com; christopher.harris@lw.com; rakim.johnson@lw.com; peter.gilhuly@lw.com; ted.dillman@lw.com; gillazarus@gmail.com; kevin@ksnpc.com; william.fennell@fennelllaw.com; luralene.schultz@fennelllaw.com; office@fennelllaw.com; cgruen@gruenlaw.com; dtabachnik@dttlaw.com; pstarkesq@gmail.com; perry@perryclarklaw.com; rcorbi@corbilaw.com; jill@poulsonlaw.com; saulreiss@verizon.net; hlazarus@lazarusandlazarus.com; harlan.lazarus@gmail.com; niclas.ferland@leclairryan.com; lee@rohnlaw.com; jjorissen@losgs.com; kr@lnbyb.com; sanantonio.bankruptcy@publicans.com; dallas.bankruptcy@publicans.com; houston_bankruptcy@publicans.com; jfarnum@linowes-law.com; jmueller@lippes.com; braynor@lockelord.com; asmith@lockelord.com; ira.greene@lockelord.com; jfroehlich@lockelord.com; sbryant@lockelord.com; bbuechler@lowenstein.com; echafetz@lowenstein.com; bnathan@lowenstein.com; alexandra.bigas@gmail.com; awilda.ramos@aguadillamallpr.com; dmiller@lubinolson.com; luskin@lsellp.com; hornung@lsellp.com; david@mhlaw-ny.com; salene@mazurkraemer.com; NY_ECF_Notices@McCalla.com; tleday@mvbalaw.com; Jarrod.Martin@mhllp.com; jbernstein@mdmc-law.com; nleonard@mdmc-law.com; bmcgrath@mcglinchey.com; kromano@mcglinchey.com; mchaney@mcglinchey.com; raguilar@mcglinchey.com; rcerone@mcglinchey.com; cjm@msf-law.com; nkenworthy@mrrlaw.net; cprice@milbank.com; RLiubicic@milbank.com; jfarnum@milesstockbridge.com; sdnyecf@dor.mo.gov; ssmith@mwlaw.com; eschnitzer@mmwr.com; laura.mccarthy@morganlewis.com; neil.herman@morganlewis.com; smiller@morrisjames.com; cmiller@mnat.com; jbarsalona@mnat.com; jmarines@mofo.com; bbutterfield@mofo.com; bankruptcy@morrisoncohen.com; mro@prbankruptcy.com; bradley.schneider@mto.com; thomas.walper@mto.com; dperry@munsch.com; klippman@munsch.com; kcordry@naag.org; jody.bedenbaugh@nelsonmullins.com; shane.ramsey@nelsonmullins.com; enid.stuart@ag.ny.gov; cdesiderio@nixonpeabody.com; dsklar@nixonpeabody.com; lcisz@nixonpeabody.com; rpedone@nixonpeabody.com; bob.bruner@nortonrosefulbright.com; eric.daucher@nortonrosefulbright.com; francisco.vazquez@nortonrosefulbright.com; howard.seife@nortonrosefulbright.com; christy.rivera@nortonrosefulbright.com; stephen.castro@nortonrosefulbright.com; david.rosenzweig@nortonrosefulbright.com; cmomjian@attorneygeneral.gov; bk-jstern@oag.texas.gov; sherri.simpson@oag.texas.gov; richard.morrissey@usdoj.gov; paul.schwartzberg@usdoj.gov; apetrakov@offitkurman.com; smetz@offitkurman.com; sokeefe@okeefelc.com; afrackman@omm.com; belias@omm.com; lwagner@omm.com; dshamah@omm.com; dpatrick@omm.com; jtaylor@omm.com; mkremer@omm.com; klyons@ohdbslaw.com; echollander@orrick.com; efua@orrick.com; mfechik@orrick.com; rdaversa@orrick.com; lily@pacogarment.com; chipford@parkerpoe.com; andrewtenzer@paulhastings.com; shlomomaza@paulhastings.com; pbasta@paulweiss.com; kcornish@paulweiss.com; lclayton@paulweiss.com; sbuergel@paulweiss.com;

4

rbritton@paulweiss.com; jhurwitz@paulweiss.com; lbyrne@pedersenhoupt.com;
jdelnero@pedersenhoupt.com; jaffeh@pepperlaw.com; listwakk@pepperlaw.com;
jbanks@pbfcm.com; ecobb@pbfcm.com; lmbkr@pbfcm.com; osonik@pbfcm.com;
dpick@picklaw.net; jon@piercemccoy.com; rsteinberg@pricemeese.com;
searsteam@primeclerk.com; serviceqa@primeclerk.com; gerald.kennedy@procopio.com;
lr@pryormandelup.com; rlp@pryormandelup.com; mhofsdal@pryorcashman.com;
susheelkirpalani@quinnemanuel.com; jonpickhardt@quinnemanuel.com;
andrewcorkhill@quinnemanuel.com; matthewscheck@quinnemanuel.com;
ellisonmerkel@quinnemanuel.com; cfilardi@rrlawpc.com; greiss@reisspreuss.com;
cpugatch@rprslaw.com; hmagaliff@r3mlaw.com; kflorey@robbins-schwartz.com;
nsmith@robbins-schwartz.com; Robert.e.michael.esq@gmail.com; Aron.hume@gmail.com;
fbr@robinsonbrog.com; rms@robinsonbrog.com; gregg.galardi@ropesgray.com;
kimberly.kodis@ropesgray.com; sam.ashuraey@ropesgray.com; james.wilton@ropesgray.com;
patricia.chen@ropesgray.com; ssally@ropesgray.com; joshua.sturm@ropesgray.com;
nicholas.berg@ropesgray.com; timothy.farrell@ropesgray.com; srosen@rosenpc.com;
prubin@rubinlawllc.com; mamato@rmfpc.com; skelly@s-d.com; mmccann@swc-law.com;
rabiuso@swc-law.com; jweinblatt@sakar.com; cbelmonte@ssbb.com; asnow@ssbb.com;
pbosswick@ssbb.com; ksadeghi@schiffhardin.com; secbankruptcy@sec.gov;
NYROBankruptcy@sec.gov; bankruptcynoticeschr@sec.gov; ashmead@sewkis.com;
alves@sewkis.com; hyland@sewkis.com; hooper@sewkis.com; czarny@sewkis.com;
gayda@sewkis.com; emfox@seyfarth.com; sparadise@seyfarth.com; rhermann@sbwh.law;
mkish@sbwh.law; jshafer@sbwh.law; floridaservice@sbwh.law; fsosnick@shearman.com;
sara.coelho@shearman.com; afeld@sheppardmullin.com; tcohen@sheppardmullin.com;
rreinert@shutts.com; rtucker@simon.com; mshriro@singerlevick.com; dplon@sirlinlaw.com;
Paul.Leake@skadden.com; Shana.Elberg@skadden.com; George.Howard@skadden.com;
enotices@skijain.com; pstrok@swelawfirm.com; rkinas@swlaw.com; bk@svllaw.com;
darolf@sorlinglaw.com; mary.callahan@bnymellon.com; mary.callahan@bnymellon.com;
tonder@stark-stark.com; jlemkin@stark-stark.com; Carlton.Wiggam@Nebraska.gov;
cp@stevenslee.com; thomas.salerno@stinson.com; darrell.clark@stinson.com;
streusand@slollp.com; khansen@stroock.com; jcanfield@stroock.com;
sbhattacharyya@stroock.com; pkslyne@ssbny.com; dietdericha@sullcrom.com;
zylberbergd@sullcrom.com; sacksr@sullcrom.com; gluecksteinb@sullcrom.com;
dkupetz@sulmeyerlaw.com; ckwu@sulmeyerlaw.com; lawyer@surilawoffice.com;
bsattin@szaferman.com; Riela@thsh.com; aconway@taubman.com; tf@lawtaf.com;
Starr.Judith@pbgc.gov; mccarron.william@pbgc.gov; efile@pbgc.gov;
joe@saracheklawfirm.com; mtsang@tsanglawfirm.com; Curtis.Tuggle@ThompsonHine.com;
ltirelli@tw-lawgroup.com; powerwangtxks@vip.126.com; AGBankNewYork@ag.tn.gov;
dtobias@tobiaslawpc.com; frankoswald@teamtogut.com; neilberger@teamtogut.com;
mnester@teamtogut.com; jpruski@trainorfairbrook.com; kay.brock@traviscountytx.gov;
amy.williams@troutman.com; Brett.Goodman@troutman.com;
Alissa.Piccione@troutman.com; David.Jones6@usdoj.gov; Jeffrey.Oestericher@usdoj.gov;
Carina.Schoenberger@usdoj.gov; Lawrence.Fogelman@usdoj.gov; Peter.Aronoff@usdoj.gov;
Linda.Riffkin@usdoj.gov; jdunn@vedderprice.com; ketzel@vedderprice.com;
mschein@vedderprice.com; marva.m.levine@verizon.com; cohen@wmllp.com;

6

jlibou@wmllp.com; notice@waldrepllp.com; sfalanga@walsh.law; gtoering@wnj.com; Dclarke@wjslaw.com; ray.schrock@weil.com; garrett.fail@weil.com; jacqueline.marcus@weil.com; sunny.singh@weil.com; JeriLeigh.Miller@weil.com; jessica.liou@weil.com; Paloma.VanGroll@weil.com; Jared.Friedmann@weil.com; Jessie.Mishkin@weil.com; mbrofman@weisszarett.com; sfink@weltman.com; vandermarkj@whiteandwilliams.com; cajones@wtplaw.com; klewis@wtplaw.com; sgerald@wtplaw.com; bankruptcy@evict.net; awilliams@williamsadvisors.com; philip.anker@wilmerhale.com; noah.levine@wilmerhale.com; phealy@wsfsbank.com; scimalore@wilmingtontrust.com; mark.ledwin@wilsonelser.com; ncwitte@wittelaw.com; saron@wrslawyers.com; JLawlor@wmd-law.com; BAxelrod@wmd-law.com; CPostighone@wmd-law.com; charlie.livermon@wbd-us.com; mnorwood@world-class.com; tom@attorneyzim.com

070127.0000073 EMF_US 78555590v1