# Sawallesh

**Robert F. Sawallesh**
**Lieutenant Colonel, US Army, Retired**
**2541 Brimhollow Drive, Valrico, FL 33596**
**813-654-3900**
**pentagonmaverick@aol.com**

13 January 2020

Judge Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4140

Subject: Claim Against Sears Holdings Corporation (Old Sears)

Reference: Crains's Chicago Business, 10 December 2019, "Sears bankruptcy brawl gets an examiner on contested millions." Tab A.

Dear Judge Drain:

I am a former summer employee of Sears, Roebuck and Company. To help pay my way through college in the early 1960s, I worked one summer in the paint department at Sears, Roebuck and Company in Miami, Florida. It was a great company.

Today at "Old Sears" at the Brandon Westfield Mall in Bandon, Florida, many of the shelves are empty or nearly empty and the some of the large wall displays no longer have merchandize. They are just blank, messed up walls. I majored in marketing education in college. There are Sears "Confidential" documents on some of these empty walls and shelves and I find this rather unusual.

In 2018 I had Sears Home Warranty which was outsourced to Cross Country Home Warranty. We had a water leak in our master bathroom and Cross Country contacted Kentex Plumbing of Tampa, Florida. The Kentex Plumber said the water leak was coming from the floor slab and that Kentex does not repair this type of water pipe floor slab leaks.

I asked the plumber if I should turn of the water and he said no. This was a gross error and misdiagnosis by the plumber because the water pipe leak was not in the floor slab, it was in the wall. I was not happy with Kentex Plumbing and I immediately contacted my home insurance and they covered the repairs. The water should have been immediately turn off at the curb because it was a wall water pipe leak.

I filed two claims at the same time against Sears/Cross Country Home Warranty:

First: The cost of the plumber to travel to our home was $75.00. That claim was honored. I received a check for $75.00 from Cross Country on 13 September 2019. See Tab B, page 6-1.

Lastly: The annual cost of the Sears/Cross Country Home Warranty was $839.00. I offered to settle this amount for $629.00, which is 75% of $839.00. By phone message, Cross Country said that they will not pay the $629. They refuse to put this in writing to me by Email.

On 05 November 2019 I sent a letter to the CEO of Sears Holdings Corporation regarding my claim for $629.00. They never responded. See Tab B.

My last two Emails to Cross Country are at Tab C.  The Florida State Government Office of Consumer Affairs Complaints has no doubt closed this case or it will be closed.

I have not consulted an attorney on this case.


Very respectively.

Robert F. Sawallesh

A

# CRAIN'S CHICAGO BUSINESS

December 10, 2019 03:47 PM

## Sears bankruptcy brawl gets an examiner on contested millions

A federal judge has named an examiner in the ongoing fight between the estate of Sears and the ESL Investments unit that bought the company out of bankruptcy.



Bloomberg

A federal judge has named an examiner in the ongoing fight between the estate of Sears and the ESL Investments unit that bought the company out of bankruptcy.

(Bloomberg) — The federal judge overseeing the bankruptcy of Sears Holdings Corp. appointed an examiner in the ongoing fight between the bankrupt estate of Sears and the ESL Investments Inc. unit that bought the company out of bankruptcy, according to a new court filing.

Lawyers for the estate and the ESL subsidiary that bought the retailer, Transform Holdco LLC, haven't been able to agree on three issues including the value of inventory the estate handed over to Transform when the sale closed.

Michael Wyse, the managing director of Wyse Advisors LLC, will calculate final figures for the prepaid inventory shortfall, cash reconciliation and the specified receivables shortfall,

according to the filing.

Transform previously said the prepaid inventory shortfall was at least $72 million. U.S. Bankruptcy Judge Robert Drain ordered the estate and Transform to cooperate with Wyse and comply with any requests for documents or information.

The two sides have been engaged in an ugly fight since shortly after the $5 billion sale was approved in February. The Sears estate sued ESL founder Eddie Lampert in April for allegedly transferring billions of dollars in company assets when the retailer was insolvent.

Lampert sued the estate the following month for allegedly failing to deliver "hundreds of millions of dollars of assets" called for by the sales agreement.

The case is Sears Holdings Corp., 18-23538, U.S. Bankruptcy Court, Southern District of New York (White Plains)

---

**EARLIER**



Sears cuts hundreds of corporate jobs



Sears lines up $250M in financing—and plans to shutter a third of its stores



Sears considers selling DieHard brand: report

---

Inline Play

**Source URL:** *https://www.chicagobusiness.com/retail/sears-bankruptcy-brawl-gets-examiner-contested-millions*

Received 15 NOV 2019 — RFS

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Edward W. Lampert
Chairman & CEO
Sears Holdings Corp
3333 Beverly Rd
Hoffman Estates, ILL 60179

9590 9402 5403 9189 9946 63

2. Article Number (Transfer from service label)

7019 1120 0001 9132 7044

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  Derrick Braga    ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Derrick Braga

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ red Mail
☐ red Mail Restricted Delivery
   r $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# Sawallesh

Robert F. Sawallesh
Lieutenant Colonel, US Army, Retired
2541 Brimhollow Drive, Valrico, FL 33596
813-654-3900
pentagonmaverick@aol.com

05 November 2019

Mr. Edward S. Lampert, Chairman & CEO
Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179

Subject: Sears Home Warranty through Cross Country Home Services: Delay, Delay and More
       Delays; Failure to Refund $839.88 – Cost of Sears Home Warranty Coverage: Florida
       Consumer on-line complaint No. 354446, Case No. 1906-20585 /SAF.

Dear Mr. Lampert:

   I have been a customer at Sears since the 1950s and which includes right up to the
present at Sears in the Brandon Westfield Mall in Brandon, Florida. I worked part of my way
through college working one summer in the paint department at Sears in Miami, Florida.

   For many years my wife and I have had the Sears Home Warranty Plan. The service
personnel were Sears employees and they lived in our area and we knew them by their first
name. We never had a problem.

   We never had a problem that is, until Sears Home Warranty outsourced their home
warranty services. We live in Valrico, Florida and during one request through your Sears Home
Warranty outsourcing program, the plumber who called us was from Greater Orlando area .This
could have been a two to a four hour or even a six-hour round trip for him depending on the
traffic congestion. Needless to say, he declined this potential work order opportunity. The
following is a background and history of the current problem:

   **Problem and Background, 2017-2019:** Last year we had a big water spot on our master
bedroom rug area which was next to the master bathroom. What we thought was a roof leak due
to rain fall turned out to be a water pipe leak in the bathroom wall and the leakage soaked
through the walls on to the concrete floor and rugs.

**Encl 1: 19 July 2017:** My wife and I paid $839.88 for the Sears Home Warranty which was
through HomeSure of America, Inc which is part of Cross Country Home Services.

**Encl 2: 20 July 2018:** A big water spot is seen on the master bathroom rug next to the master
bathroom and my wife and I look at the ceiling thinking that the roof is leaking. There is no roof
leak. We then call Cross Country Home Services and they send out Kentex Plumbing LLC of

Tampa. **The Kentex plumber checks the area and states that the [water] seepage is coming up from the bathroom floor. He states that there is no coverage for the access. I ask if I should turn off the water from the outside and he says no.** I check the Internet and see that some plumbing in homes is within the floor slab. Frantic calls are then made to Cross Country and my insurance company, USAA. USAA states that I am covered and I start the process to repair the water damage.

**Encl 3: 23 July 2018: USAA** recommends American Leak Detection Company and they state the leak is in the wall.

Note the Kentex plumber stated the seepage was coming up from the bathroom floor. Therefore, since the leak was coming from the wall, the outside water should have been turned off immediately. The Kentex plumber made a gross error in telling me not to turn off outside the water. The turnoff valve is located at the street curb area.

USAA reimbursed me for the $350 cost of the leak detection.

**Encl 4: 23 July 2018:** I then begin frantic calls to get a plumber to come out on this date. After four or five calls and explaining the situation, the Drain Team send a plumber out and the repairs cost me $277.95 which includes a military discount. The last thing that I am going to do is call Kentex Plumbing of Sears/Cross Country Home warranty due to their gross error in mis-diagnosing a water leak.

**Fast Forward to 2019:** Because of the gross error by Kentex Plumbing of Sears/Cross Country Home Warranty in stating that the leak was seeping up from the bathroom floor, I am now seeking refunds from Sears Home Warranty. In refunds, I requested $75 which was the Kentex Plumbing Service fee and a refund of the Sears Home Warranty annual cost which was $839.88.

**Encl 5: 04 September 2019: In conversation with** Ms. Esaw of Cross Country I agreed to accept the $75 and I offered to settle the $839.88 annual fee at 75% which is $629. She said that a Mr. Edward would call me back in one hour. That never happened.

**Encl 6: 09 September 2019:** On this date I received a check from Cross Country Home Services In the amount of $75.00 which covers the Kentex service fee of $75.00. That leaves a refund request of $839.88 for the Sears Home Warranty annual cost.

**Encl 7 – 15 October 2019: See enclosure 8-4:** After numerous attempts to contact Mr. "Edward" in regard to the $839.88 / $629 refund, I receive a phone message from Mr. "Edward" stating that there is nothing he can do and there will be no further refund. I in turn Email Mr. "Edward" thru Ms. Esaw and request an Email from Mr. "Edward" stating that there will be no further refund. I never got a response. Again, I was supposed to hear from "Mr. Edward" within the hour on 04 September 2019…this never happened until 15 October 2019.

I have maintained memorandum of records throughout this entire case. The copies of the Emails which I have enclosed are just the "tip of the iceberg." Cross Country should have a complete file if you asked for them. And I will be happy to forward my complete file to you.

I offered to settle the $839.88 for $629 and I am put through a "Merry-Go-Round Exercise" with multiple people involved.

Bottom line: What do I do next?

Sincerely yours,

Robert F. Sawallesh

Robert F. Sawallesh
Lieutenant Colonel, US Army, Retired.

PS: I can easily put this into a Power Point presentation with many photographs.

Cc:
Ms. Sheryl Ann Fountain
Regulatory Specialist III
Florida Department of Agricultural & Consumer Affairs
Division of Consumer services
2005 Apalachee Parkway
Tallahassee, Florida 32399



**sears** HOME WARRANTY

## Coverage Summary

**HomeSure of America, Inc.**
P.O. Box 550607
Fort Lauderdale, Florida 33355

| | | |
|---|---|---|
| **Contract Number:** 98705825 | **Cost:** $839.88 / annually | |
| **Service Call Fee:** $100 | **Aggregate Annual Claim Limit:** $50,000 | **Plan Holder:** Robert & Sawallesh 2541 Brimhollow Dr Valrico, FL 33596-5744 |
| **Covered Property:** 2541 Brimhollow Dr Valrico, FL 33596-5744 | | |

| | | |
|---|---|---|
| **Request Date:** 07/19/2017 | **Effective Date:** 08/18/2017 | **Expiration Date:** 08/17/2018 |

**This coverage includes protection of the following items:**

Primary Central Cooling System
Primary Central Heating System
Water Heater
Water Softener
Plumbing/Pipes

Electrical System
Garage Door Opener
Garbage Disposal
Jetted Bathtub
Refrigerator with Built-In Ice

Dispenser
Dishwasher (Built-in)
Microwave Oven (Built-in)
Range/Oven/Cooktop
Range Exhaust Unit

Trash Compactor (Built-in)
Washer
Dryer

**Additional Coverage**

**Optional Coverage**

**State / Other Specifics**

The rate charged for this contract is not subject to regulation by the Office of Insurance Regulation.

The State of Florida stipulates that seller coverage during the listing period may not be provided free of charge.

Service, Item 2 is hereby amended with the addition of the following: If it is determined, at our sole discretion, that it is not a qualified emergency, the contract holder may be subject to the cost of the additional fees for any covered service.

Cancellation, Item 2 is amended as follows: Cancellation after 30 days; refund will be based on 90% of unearned pro rata contract fees actually paid, less any claims paid. Cancellation by the Issuing Company for reasons other than fraud, misrepresentation or non-payment will refund based upon 100% of unearned pro rata contract fees actually paid, less any claims paid.

Other Conditions, Assignment, is replaced with the following: In the event of assignment or transfer of title of the covered property, this Agreement may be assigned and/or transferred, for the continuing coverage of the property, subject to a transfer fee up to $40.00.

Certain items and events are not covered by this contract. Please refer to General Exclusions and Limitations, of the Home Warranty Agreement for details.

AGENT SIGNATURE _____

THIS AGREEMENT IS SUBJECT TO CONDITIONS AND PROVISIONS SET FORTH IN THE ATTACHED AGREEMENT. PLEASE READ COVERAGE, EXCLUSIONS AND LIMITATIONS CAREFULLY. PLEASE SEE FOLLOWING PAGES FOR A MORE DETAILED EXPLANATION.

**For service or claims questions regarding this plan, call us toll free, anytime day or night at (855) 256-2467**

This Agreement is issued by HomeSure Services, Inc., except in the following states where it is issued by the identified entity: in Alabama, Arizona, Florida, Illinois, Iowa, Massachusetts, Nevada, New Hampshire, New Mexico, New York, North Carolina, Oklahoma, South Carolina, Texas, Utah, Vermont, Washington, Wisconsin and Wyoming by HomeSure of America, Inc.; in California by HomeSure Protection of California, Inc.; and in Virginia and Oregon by HomeSure of Virginia, Inc. Services are provided by independent tradespeople/contractors. OR CCB# 202158

*Encl - 1.*

SRSWH300DEC

Subject: **Re: Kintex Plumbing. - Ella M.**

Date:    5/9/2019 10:48:56 AM Eastern Standard Time

From:    jobsfl@kintexplumbing.com

To:      pentagonmaverick@aol.com

Good morning

Attached is a paid invoice for the service from July 2018 it includes the types report from the technician

Best Regards,

# Kintex Plumbing LLC
**Tampa # (813) 444-4990**
**South Florida # (954) -343-6554**
Visit Our Website

On Tue, May 7, 2019 at 4:04 PM <pentagonmaverick@aol.com> wrote:

Dear Sir / Madam:

Would you pls forward a readable copy via Email of the below Kintex Plumbing order from 19 July 2018. The copy that I have is barely readable.

Thank you,

Bob Sawallesh

In a message dated 7/20/2018 4:38:45 PM Eastern Standard Time, jobsfl@kintexplumbing.com writes:

Good Afternoon,

Per our conversation on 07/20/2018. We are the plumbing contractor company. I have informed you that we have submitted our diagnosis to your home warranty company Cross Country Home Services also commonly refered to as Sears. At this time Cross Country has denied us moving forward with any work to be done at your property at this time. In order for us to proceed work we need to be dispatched with approval from your warranty company. Cross Country can be contacted at 1800-331-7421 . Please see your Claime Number below, This number allows the warranty company to pull up your claim. So that they are able to provide your you with your coverage and reasoning as to why ferthur work was denied.

Claim # SCCL7QVB3M-1

Thank You,
ELLA. M
Contact our office at contact provided below.

# Kintex Plumbing LLC
**Tampa # (813) 444-4990**
**South Florida # (954) -343-6554**
Visit Our Website

*Encl-2-1*



# KINTEX PLUMBING LLC

Corporate Office: | 11261 Richmond Ave #G107 | Houston, Tx 77082
954-343-6554 | info@kintexplumbing.com | www.kintexplumbing.com

**RECIPIENT:**

**ROBERT SAWALLESH**

Cross Country Home Service
Phone: 813-654-3900

**SERVICE ADDRESS:**

2541 BRIMHOLLOW DR
Valrico, Florida 33596

| Invoice #13463 | |
|---|---|
| Issued | 07/20/2018 |
| Due | 09/03/2018 |
| Paid | 07/20/2018 |
| **Total** | **$75.00** |

## For Services Rendered

| SERVICE / PRODUCT | DESCRIPTION | QTY. | UNIT COST | TOTAL |
|---|---|---|---|---|
| **07/19/2018** | | | | |
| Cross Country Home Services | CCHS# SCCL7QVB3M-1--- seepage coming up from the bathroom floor<br><br>Report:<br>Slab leak in the master bathroom<br>The water meter is running when everything is off in the house. The leak is from cold water pipe located around the vanity cabinet<br>No Access<br>No Coverage for access | 1 | $75.00 | $75.00 |

Thank you for your business. Please contact us with any questions regarding this invoice.

| Total | $75.00 |
|---|---|
| Paid | − $75.00 |
| **Invoice balance** | **$0.00** |

*Encl-2-2*



# AMERICAN LEAK DETECTION
## THE ORIGINAL LEAK SPECIALISTS™

1745 Grand Blvd
Holiday, FL 34690
800-373-5036
FAX 727-940-5554

**PAID 07/23/2018**

| INVOICE # | 50807 |
|---|---|
| **Order Date** | 7/23/2018 |

| Claim #/P.O. # | Billing # 813-654-3900 | Order Taken By Jennie | **Start Date** 7/23/2018 |
|---|---|---|---|

| | | Tech TJD | **Completed Date** 7/23/2018 |
|---|---|---|---|

**BILLING ADDRESS**
Sawalles
2541 Brimhollow Dr
Valrico, FL 33596

Referral

**SITE ADDRESS**
Sawalles
2541 Brimhollow Dr
Valrico, FL 33596

Site #
813-654-3900

| ITEM | DESCRIPTION | AMOUNT |
|---|---|---|
| DCO | Domestic Slab Leak Detection and Source & Origin Report | 350.00 |
| | Paid $350.00<br>Transaction ID 40832429027 | |

| Ordered By Sawalles | Ordered # | **Total** | $350.00 |
|---|---|---|---|
| | | **Balance Due** | $0.00 |

American Leak Detection will use its best efforts to accurately detect the leak location(s). If failed on the first attempt we will either retest for the leak or refund the customer's money at our sole option.

**Pool Leak Detections:** All leak location and detection work is guaranteed on all testable systems for 60 days from the date of completion. We will re-test the system or refund the detection fee at our sole option if it is reported within the above 60-day period that a system is losing 1/4" or more a day, above evaporation. We will not be liable for any consequential losses. Full guarantee is offered on full detection services only.

**Guarantee On Repairs:** Minor repairs made by American Leak Detection are guaranteed for 60 days. Major repairs are guaranteed for 2 years. All repairs are guaranteed from date of completion and for defective workmanship only.

Encl-3-1

**July 23, 2018**

# Identified causes & summary

f applicable, the following items were identified as to the origin of water and/or damage to the residence:

Complete electronic leak detection was performed on all pressurized plumbing. A leak was found inside the wall behind the exterior hose outlet. This wall is also shared with the master bathroom sink vanity. This leak is responsible for all the surrounding damage. The leak appears to be above the slab level inside the block wall and can be accessed from the exterior of the home.

Not in the floor slab!

Encl-3-2

# AMERICAN LEAK DETECTION

**Work Order Form**

We want to know what you think about our service.
Let us know at *AmericanLeakDetection.com/survey*
***THIS IS NOT AN INVOICE***

THE ORIGINAL LEAK SPECIALISTS™
P.O. Box 144 • Port Richey, FL 34673
800-373-5036

15 of 30

CROSS STREET: _____

PO# / CLAIM #: _____

DEDUCTIBLE: _____

2018

☐ RESIDENTIAL ☐ COMMERCIAL ☐ INDUSTRIAL
☐ APARTMENT/CONDO ☐ MUNICIPAL

## POOL / SPA

**TYPE:** ☐ Pool ☐ Spa ☐ Fountain ☐ w/Fall ☐ Pool/Spa Combo

**TYPE OF POOL:** ☐ Gunite ☐ Vinyl ☐ Fiberglass ☐ Turbo/Valet Sys
☐ Other_____ Pumps_____ Skimmers_____

**IS POOL/SPA FULL:**   **WATER LOSS WHEN RUNNING:**
☐ Yes ☐ No     ☐ More ☐ Less

**PROBLEM:** ☐ Water Loss ☐ Airleak
How much water loss in 24 hours:_____ inches.

## SLAB

**HOW DO THEY KNOW THERE IS A LEAK:**
☐ Water Damage ☐ Hear Water Running ☐ Hot Floor
☐ Heater Always Running ☐ Standing Water ☐ Mold
Time Length of Symptoms: _____

**WHAT HAVE THEY DONE?**
Turned Off Water:   ☐ Yes ☐ No  Age of Home:_____
Turned Off Water Heater: ☐ Yes ☐ No _____
Notified Insurance Co:  ☐ Yes ☐ No _____

## JOB INFORMATION

DATE: _____ TIME OF CALL: _____
TAKEN BY: _____ REFERRAL: _____
TECH: _Took_ CALLED IN: _____
DATE OF JOB: _7/23_ TIME: _____

### SITE

NAME: _Saucedas_
CONTACT: _____
ADDRESS: _Brimhollow_
CITY/STATE: _Valrico_    ZIP: _33596_
HM: _____ WK: _____
CELL: _____ FAX: _____
EMAIL: _____

### BILLING

NAME: _____
CONTACT: _____
ADDRESS: _____
CITY/STATE: _____    ZIP: _____
HM: _____ WK: _____
CELL: _____ FAX: _____
EMAIL: _____

**PRE-VISIT NOTES:** _____
_____
_____ Pentagonmaverick@aol.com _____
_____
_____
_____
_____

**ESTIMATE FOR LEAK DETECTION $**_____   **ESTIMATE FOR REPAIRS $**_____
Authorization: _____   Authorization: _____

**SPECIALIST REPORT:** _____
Complete Detection was preformed. Leak was found on
supply line Behind exterior Hose outlet. Leak is
inside Block wall. water Damage is result of
above mentioned Leak.
Detailed Report to follow via
email.

By signing below client agrees to the charges and acknowledges that the work is satisfactory.

| | |
|---|---|
| DETECTION FEE: | 350.00 |
| REPAIRS: | |
| **SUB TOTAL:** | 350.00 |
| SALES TAX: | |
| **TOTAL DUE:** | 350.00 |
| AMOUNT PAID: | 350.00 |
| CHECK NUMBER: | CC 0164 |

Encl-3-3

Signed _____ Date _____

**CONTRACT NUMBER** 130577

| CUSTOMER | Robert Sawallash |
|---|---|

☐ COMMERCIAL ☐ RESIDENTIAL    ☐ REPEAT ☐ NEW

JOB PHONE #

| JOB ADDRESS | 2541 Brimhollow Dr. | CITY Valrico | STATE FL | ZIP 33596 |
|---|---|---|---|---|

DATE 7/23/18

BILL TO:

OTHER PHONE #

CUSTOMER P.O. #

SERVICE PERSON NAME William   SERP # 368

| ADDRESS | | CITY | STATE | ZIP |
|---|---|---|---|---|

**PROBLEM AREAS**

5 ☐ SHOWER   8 ☐ STORM DRAIN   11 ☐ URINAL   15 ☐ S/L REPL
1 ☐ KITCHEN SINK   3 ☐ WASH BOWL   6 ☐ TOILET   9 ☐ POOL DRAIN   12 ☐ GREASE TRAP   16 ☐ PLUMBING
2 ☐ LAUNDRY LINE   4 ☐ BATH TUB   7 ☐ SEWER LATERAL   10 ☐ SEPTIC TANK   13 ☐ FLOOR DRAIN   17 ☐ WHOLE HOUSE
14 ☐ FLOOR SINK   18 ☐ OTHER

**TYPE SYSTEM**
0 ☐ SEWER
1 ☐ SEPTIC

**ACCESS**
1 ☐ TRAP   3 ☐ MAN HOLE   6 ☐ OTHER
2 ☐ ROOF VENT   4 ☐ C/O   5 ☐ FIXTURE

**MACHINE USED**

DISTANCE:    CABLE:    BLADE:

*FAST PROFESSIONAL PLUMBING*

**The DRAIN team**

DRAIN WRANGLERS™     CITI PLUMBING™
high-tech solutions for old problems

Lic. # CFC057627

| ITEM | DESCRIPTION OF SERVICES AND MATERIALS | ESTIMATE | ACTUAL |
|---|---|---|---|
| | Fix leak @ Hose on | 150.00 | |
| | Left side of the house | | |
| | Knock hole in wall | | |
| | replaced 1/2" copper tee and | | |
| | new Hosebibb check for leaks | 300.00 | |
| | & Vacuum breaker | | |
| | 10% Discount | → | 270.00 |

BBB

**THE DRAIN TEAM**
2025 WILD ACRES ROAD
LARGO, FL 33771
800-863-1079

SEE BACK of Contract for LOCAL office phone number

I am the owner of the property or his duly authorized agent and attest that no chemicals have been used in the drain system during the last 48 hours except _____ (if none, enter "none"). The estimated price does not include sales or other tax, if any, nor does it cover unforeseen parts or labor which may be needed after the work begins. Written customer authorization will be obtained before any extended work. The Drain Team® does not assume any responsibility for any damage to pipes in the course of cleaning any drain or sewer line and does not assume any responsibility for breakage of any toilet, P-trap, or fixture while being pulled or damages to property from defective replacement parts manufactured by others. I authorize the performance of the work subject to all the terms and conditions set forth on the face and reverse hereof. This contract is due and payable upon receipt.

RECOMMENDATIONS:

**LIMITED WARRANTY**
☐ NO WARRANTY   ☐ YES (see back for details) PERIOD COVERED 30 days

I am satisfied with the work performed and 1) there is no physical damage caused by The Drain Team® or 2) any damage caused by The Drain Team® has been taken care of to my satisfaction.

X _____

CAUSE OF BLOCKAGE:

$ 150.00    Signature
Original Estimate Approval

$ _____    X _____
Addtional Work Approval    Signature

$ _____    X _____
Addtional Work Approval    Signature

**EXTENDED SERVICES:**
LABOR $ _____ PER 1/4 HOUR @ _____ HRS
CABLE $ _____ PER ADDITIONAL CABLE DRUM

| MATERIALS | NO. | QTY. | PRODUCT | AMOUNT |
|---|---|---|---|---|
| | | | DRAIN-DEGREASER™ | |

FUEL/MISC FEES   7.95
SERVICE
MATERIALS
SUB TOTAL
SALES TAX
ESTIMATE TOTAL

MATERIAL LIST ATTACHED
TOTAL MATERIALS

X _____ Signature Approval

PLEASE PAY THIS AMOUNT    **TOTAL →**   277.95

Rev. 09/16

PINK - CUSTOMER FILE    YELLOW - AR/s/SALES    WHITE - CUSTOMER

**Subject:** **Fwd: Update: MFRs: 04 September 2019: Ref Cross Country Sears Home Warranty Case -Sawallesh**

**Date:** 9/4/2019 10:38:11 AM Eastern Standard Time

**From:** pentagonmaverick@aol.com

**To:** cesaw@crosscountry-home.com

**Cc:** Sheryl.Fountain@freshfromflorida.com

Dear Ms. Esaw:

Ref our phone conversation today - 04 September 2019, 0930-0952.

I agreed to accept the $75 "claim" for the cost of the plumber to come to my home in Valrico, FL.

**Due to a plumber misdiagnosis,** I offered to settle the $839 Sears Home Warranty annual premium at 75% which is $629. Ed from the CrossCountry Membership Department is supposed to call me in about an hour. That would be about 11:00 am.

I have a photo(s) of the plumber reported deck/slab water pipe leak area - IMG_5429.JPF, July 2018. **The plumber said that I do not have to turn off the water. That was another major error on his part!**

Thank you,

V/r,

Robert F. Sawallesh
813-654-3900

---

From: pentagonmaverick@aol.com
To: cesaw@crosscountry-home.com
Cc: Sheryl.Fountain@freshfromflorida.com
Sent: 9/3/2019 6:17:46 PM Eastern Standard Time
Subject: Fwd: Update: MFRs: 03 September 2019: Ref Cross Country Sears Home Warranty Case -Sawallesh

Dear Ms. Esaw:

Update: 03 September 2019

Today I called you and left messages for you to please call me. I called you at the following hours:

9:10 am
3:16 pm
3:52 pm
4:26 pm

Today I received a phone message from you at 1:14 pm stating to please call you at 800-327-9787 x 44411. You stated that this was the final account(?). Today at 1:14 my wife and I were at the doctors office.

To take the initiative, I will call you at 9:30 am on Wednesday, 04 September 2019. If 9:30 am is not convenient for you, please send me an Email as to what time is the best for you. I cannot emphasize enough, that this is an extremely serious misdiagnosis plumbing case. I invite you to call USAA regarding the cost of this insurance case.

Thank you,

Robert Sawallesh
813-654-3900

Encl-5-1

From: pentagonmaverick@aol.com
To: cesaw@crosscountry-home.com
Cc: Sheryl.Fountain@freshfromflorida.com
Sent: 9/1/2019 2:02:10 PM Eastern Standard Time
Subject: Fwd: Update: MFRs: 30 August 2019: Ref Cross Country Sears Home Warranty Case -Sawallesh

Dear Ms Esaw:

Update:

On 30 August 2019 at 12:45 pm I received a phone message from Fanisha Smith, Sears Home Warranty Support Center. That is roughly two hours & 41 minutes after I spoke to her. She received a copy of the below Email. She clearly gave the phone number to call her back. The number is 800-327-9787 x44411. She stated her office will be closed on Monday, Memorial Day. She really meant to say Labor Day. Hence, I will call her back on Tuesday if Hurricane Dorian is not a problem.

Thank you,

V/r,

Robert F. Sawallesh
813-654-3900

---

From: pentagonmaverick@aol.com
To: cesaw@crosscountry-home.com
Cc: Sheryl.Fountain@freshfromflorida.com
Sent: 8/30/2019 11:43:37 AM Eastern Standard Time
Subject: MFRs: 30 August 2019: Ref Cross Country Sears Home Warranty Case -Sawallesh

Dear Ms. Esaw:

References:
Cross Country Sears Home Warranty Diagnosis for Plumbing Issue: SCCL7QVB3M-1.
Complaint Against Sears: Sawallesh - State of Florida Office of Consumer Affairs: File No: 1906-29585 / SAF .
Sawallesh Documents on Sears Plumbing Misdiagnosis to Ms. Esaw via Email on 28 August 2019.

### Memorandum for Record - 30 August 2019

On Thursday, 29 August 2019, at 3:51 pm, I received a phone message from "sounded like cher-reece" of Cross Country Sears Home Warranty Center.

She asked me to give her a call a 800-327-9787-44111 in regards to the plumbing issue. The lady spoke slowly and when she got to the phone number she spoke extremely fast and I had to listen to the number numerous times to hopefully get it right. The extension is 44111 or maybe 444111.

On Friday, 30 August 2019, at 9:48 am I called 800-327-9787. The recording stated I had reached HMS Real Estate Support Division. This is really confusing. I called back. I pressed "1" for customer assistance. I told Francis that this had to do Sears Home warranty and she told me that my Sears Home Warranty was cancelled [not renewed]. I spoke to Francis and she contacted 44111 for me and said that 44111 was not responding.I said that this had to do with a Sears Home warranty complaint. She said

En d-5-2

the lady at 44111 was Fanisha Smith. Francis asked me to call back in 30 minutes to one hour and that she would leave a message for Fanisha Smith to call me. The call ended at 9:58.

On Friday, 30 August 2019 at 10:52 am I again called 800-327-9787. I spoke to Saneana and he put me on brief hold. I then spoke to Fanisha Smith and explained that I sent documents on a complaint to Cross Country. At 10:56 am Fanisha Smith transferred me to Claims. At 11:03 am I spoke to Maria in Claims and she does not have access the documents I sent to Cross Country. At 11:03 am Maria transferred me to Customer Service. Once Maria transferred me I hung up as I felt that I was on a "Cross Country, Inc Merry Go-Round." The call ended at 11:06 am.

V/r,

Robert F. Sawallesh
813-654-3900

Encl-5-3



**Cross Country**
HOME SERVICES

Cross Country Home Services, Inc.
HomeSure Companies
PO box 811720
Boca Raton FL 33481-1720

1017

000 0002729 00000000 001 001 02579 INS: 0 0

Robert & Sawallesh
2541 BRIMHOLLOW DR
VALRICO FL 33596

Page 1 of 1

| INVOICE NO. | INVOICE DATE | DESCRIPTION | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|
| CCCM9X950A3B | 09/04/19 | SCCL7QVB3M-1 Ref CCCM9X950A3B | 0.00 | 75.00 |

| CHECK NUMBER | DATE | VENDOR NO. | NAME | TOTAL AMOUNT |
|---|---|---|---|---|
| 0005144923 | 09/06/19 | 2605342 | Robert & Sawallesh | $75.00 |

CH3111 v.01 3.1.2011

---

WARNING: THIS DOCUMENT CONTAINS SEVERAL DOCUMENT SECURITY FEATURES

**Cross Country**
HOME SERVICES

Cross Country Home Services, Inc.
HomeSure Companies
PO box 811720
Boca Raton FL 33481-1720

CHECK NO.
0005144923

5-13/110 MA

DATE OF CHECK
09/06/19

**PAY:** SEVENTY FIVE AND 00/100 DOLLARS

**TO THE ORDER OF**     Robert & Sawallesh
2541 BRIMHOLLOW DR
VALRICO FL 33596

CHECK AMOUNT
$75.00



Authorized Signature

BANK OF AMERICA, N.A.

DO NOT CASH IF THE WORD VOID IS VISIBLE • SEE REVERSE SIDE FOR LIST OF SECURITY FEATURES

Encl-6-1

⑈0005144923⑈  ⑆ ⑈ 2286781⑈

**Subject:**  **Ref: Sears Home Warranty - Sawallesh Case - $75 Check Arrived & Concern Ref the $839 (-) Refund**

**Date:**  9/13/2019 7:59:02 PM Eastern Standard Time

**From:**  pentagonmaverick@aol.com

**To:**  cesaw@crosscountry-home.com

**Cc:**  Sheryl.Fountain@freshfromflorida.com

MFR - 13 September 2019
$75 Check Arrived

Dear Ms. Esaw & Mr. "Edward":

Thank you very much for the $75 check from Cross Country! The check arrived today.

V/r,

Robert F. Sawallesh
813-654-3900

*******************************************
MFR - 12 September 2019

Please forward Email to Mr "Edward"

MFR & Question for Mr. "Edward" (First Name): - 12 September 2019
Mr "Edward's Phone Number: 864-716-5700 x 4150
Mr. "Edward" is with Sears Home Warranty Customer Service

On 12 September 2019 at 1:55 pm I received a phone message from Mr. "Edward." I believe that Mr. "Edward" stated that an Email was sent to us on the morning of 12 September 2019. He asked if we had any concerns or questions on the Email. I checked my Emails very carefully and I have no record of any Email coming from Cross Country on 12 September 2019.

Question for Mr. "Edward": Please resend the Email that you sent as mentioned above and you might double check my Email address. It is pentagonmaverick@aol.com. I am also concerned about the annual Sears Home Warranty fee in which I paid a total of $839.00. I am requesting a 75% refund which comes to $629. I listened to your message several times and I believe you stated that an Email was sent to me on the morning of 12 September 2019. I will not delete your message on my phone.

Thank you,

V/r,

Robert F. Sawallesh
813-654-3900

---

From: pentagonmaverick@aol.com
To: cesaw@crosscountry-home.com
Cc: Sheryl.Fountain@freshfromflorida.com
Sent: 9/6/2019 7:47:27 AM Eastern Standard Time
Subject: Fwd: Update:: 06 September 2019: Ref Cross Country Sears Home Warranty Case -Sawallesh

Dear Ms. Esaw

06 September 2019

Encl-6-2

Per our below conversation on 04 September 2019, Ed was supposed to call me within one hour. As of now I have not heard from Ed.

Also, I called Kintex Plumbing two days ago and the plumber, Marin (first name) is still at Kintex. When he was at our home, I asked him if I should turn off the water, he said "No." This was a serious mistake on his part. I suggest that Cross Country contact Kintex plumbing at 813-444-4990 if you have any doubt on this issue.

Thank you,

V/r,

Robert F. Sawallesh
813-654-3900

---

From: pentagonmaverick@aol.com
To: cesaw@crosscountry-home.com
Cc: Sheryl.Fountain@freshfromflorida.com
Sent: 9/4/2019 10:38:11 AM Eastern Standard Time
Subject: Fwd: Update: MFRs: 04 September 2019: Ref Cross Country Sears Home Warranty Case - Sawallesh

Dear Ms. Esaw:

Ref our phone conversation today - 04 September 2019, 0930-0952.

I agreed to accept the $75 "claim" for the cost of the plumber to come to my home in Valrico, FL.

**Due to a plumber misdiagnosis,** I offered to settle the $839 Sears Home Warranty annual premium at 75% which is $629. Ed from the CrossCountry Membership Department is supposed to call me in about an hour. That would be about 11:00 am.

I have a photo(s) of the plumber reported deck/slab water pipe leak area - IMG_5429.JPF, July 2018. **The plumber said that I do not have to turn off the water. That was another major error on his part!**

Thank you,

V/r,

Robert F. Sawallesh
813-654-3900

---

From: pentagonmaverick@aol.com
To: cesaw@crosscountry-home.com
Cc: Sheryl.Fountain@freshfromflorida.com
Sent: 9/3/2019 6:17:46 PM Eastern Standard Time
Subject: Fwd: Update: MFRs: 03 September 2019: Ref Cross Country Sears Home Warranty Case -Sawallesh

Dear Ms. Esaw:

Update: 03 September 2019

Today I called you and left messages for you to please call me. I called you at the following hours:

9:10 am

Encl-6-3

11/5/2019        Ref: Sears Home Warranty - Sawallesh Case - $75 Check Arrived & Concern Ref the $839 (-) Refund

318-22538-shl   Doc 6390   Filed 01/21/20   Entered 01/23/20 12:30:14   Main Document
3:52 pm                     Pg 23 of 30
4:26 pm

Today I received a phone message from you at 1:14 pm stating to please call you at 800-327-9787 x 44411. You stated that this was the final account(?). Today at 1:14 my wife and I were at the doctors office.

To take the initiative, I will call you at 9:30 am on Wednesday, 04 September 2019. If 9:30 am is not convenient for you, please send me an Email as to what time is the best for you. I cannot emphasize enough, that this is an extremely serious misdiagnosis plumbing case. I invite you to call USAA regarding the cost of this insurance case.

Thank you,

Robert Sawallesh
813-654-3900

---

From: pentagonmaverick@aol.com
To: cesaw@crosscountry-home.com
Cc: Sheryl.Fountain@freshfromflorida.com
Sent: 9/1/2019 2:02:10 PM Eastern Standard Time
Subject: Fwd: Update: MFRs: 30 August 2019: Ref Cross Country Sears Home Warranty Case -Sawallesh

Dear Ms Esaw:

Update:

On 30 August 2019 at 12:45 pm I received a phone message from Fanisha Smith, Sears Home Warranty Support Center. That is roughly two hours & 41 minutes after I spoke to her. She received a copy of the below Email. She clearly gave the phone number to call her back. The number is 800-327-9787 x44411. She stated her office will be closed on Monday, Memorial Day. She really meant to say Labor Day. Hence, I will call her back on Tuesday if Hurricane Dorian is not a problem.

Thank you,

V/r,

Robert F. Sawallesh
813-654-3900

---

From: pentagonmaverick@aol.com
To: cesaw@crosscountry-home.com
Cc: Sheryl.Fountain@freshfromflorida.com
Sent: 8/30/2019 11:43:37 AM Eastern Standard Time
Subject: MFRs: 30 August 2019: Ref Cross Country Sears Home Warranty Case -Sawallesh

Dear Ms. Esaw:

References:
Cross Country Sears Home Warranty Diagnosis for Plumbing Issue: SCCL7QVB3M-1.

Encl-6-4

Complaint Against Sears: Sawallesh
Consumer Affairs: File No: 1906-29585 PSA
Sawallesh Documents on Sears Plumbing Misdiagnosis to Ms. Esaw via
Email on 28 August 2019.

Memorandum for Record - 30 August 2019

On Thursday, 29 August 2019, at 3:51 pm, I received a phone message
from "sounded like cher-reece" of Cross Country Sears Home Warranty
Center.

She asked me to give her a call a 800-327-9787-44111 in regards to the
plumbing issue. The lady spoke slowly and when she got to the phone
number she spoke extremely fast and I had to listen to the number
numerous times to hopefully get it right. The extension is 44111 or
maybe 444111.

On Friday, 30 August 2019, at 9:48 am I called 800-327-9787. The
recording stated I had reached HMS Real Estate Support Division. This
is really confusing. I called back. I pressed "1" for customer assistance.
I told Francis that this had to do Sears Home warranty and she told me
that my Sears Home Warranty was cancelled [not renewed]. I spoke to
Francis and she contacted 44111 for me and said that 44111 was not
responding. I said that this had to do with a Sears Home warranty
complaint. She said the lady at 44111 was Fanisha Smith. Francis asked
me to call back in 30 minutes to one hour and that she would leave a
message for Fanisha Smith to call me. The call ended at 9:58.

On Friday, 30 August 2019 at 10:52 am I again called 800-327-9787. I
spoke to Saneana and he put me on brief hold. I then spoke to Fanisha
Smith and explained that I sent documents on a complaint to Cross
Country. At 10:56 am Fanisha Smith transferred me to Claims. At 11:03
am I spoke to Maria in Claims and she does not have access the
documents I sent to Cross Country. At 11:03 am Maria transferred me to
Customer Service. Once Maria transferred me I hung up as I felt that I
was on a "Cross Country, Inc Merry Go-Round." The call ended at
11:06 am.

V/r,

Robert F. Sawallesh
813-654-3900

Encl-6-5

**Subject:**   **Fwd: Subject: Ref: Sears Home Warranty - Sawallesh Case - Resolution for the Sears Homeowners Annual Fee**

**Date:**   10/15/2019 10:35:22 AM Eastern Standard Time

**From:**   pentagonmaverick@aol.com

**To:**   Sheryl.Fountain@freshfromflorida.com

FYI

---

From: pentagonmaverick@aol.com
To: cesaw@crosscountry-home.com
Cc: heryl.Fountain@freshfromflorida.com
Sent: 9/30/2019 3:27:10 PM Eastern Standard Time
Subject: Fwd: Subject: Ref: Sears Home Warranty - Sawallesh Case - Resolution for the Sears Homeowners Annual
Fee

### MFR - Monday, 30 September 2019

Thru Ms. Esaw to Mr. "Edward" (864-716-5700 x4150) of Cross Country Sears Home Warranty.

Mr. "Edward", I called your number today at 3:20 pm and left a message for you to please call me, What time do you want me to call you? Have you reached a resolution on the annual fee for the Sears Home Warranty. I am willing to settle for $629. Thank you.

V/r,

Bob Sawallesh
813-654-3900

---

From: pentagonmaverick@aol.com
To: cesaw@crosscountry-home.com
Sent: 9/23/2019 11:12:17 AM Eastern Standard Time
Subject: Fwd: Subject: Ref: Sears Home Warranty - Sawallesh Case - Resolution for the Sears
Homeowners Annual Fee

### MFR - Monday, 23 September 2019

Thru Ms. Esaw to Mr. "Edward" (864-716-5700 x4150) of Cross Country Sears Home Warranty.

I called Mr. "Edward" at (864-716-5700 x4150) 11:01 am on Monday, 23 September 2019 and asked if there has been a resolution on the Sears annual home warranty. The annual fee was $839 and I am offering to settle at $629. Per phone message at the aforementioned time, I gave Mr. "Edward" my phone number to call me back and I requested that "Mr. Edward" send me an Email as to what time he would like me to call him back.

V/r,

Bob Sawallesjh
813-654-3900

---

From: pentagonmaverick@aol.com
To: cesaw@crosscountry-home.com
Cc: Sheryl.Fountain@freshfromflorida.com
Sent: 9/19/2019 11:21:16 AM Eastern Standard Time

Encl-7-1

Subject: Subject: Ref: Sears Home Warranty - Sawallesh Case $75 Check Arrived & Cancel
Ref the $839 (-) Refund: MFR

Thru Ms. Esaw to Mr. "Edward" (864-716-5700 x4150) of Cross Country Sears Home Warranty.

### MFR - 19 September 2019

   Again, thank you very much for the $75.00 check which arrived on 13 September 2019..
Today at 10:57 am I left a message for Mr. "Edward" to please give me a call. What is the
resolution on the $839.00 annual Sears Home Warranty? As you know, I have offered to settle
at <75%> which is $629. I consider this more than fair when you consider that the plumber
(Marin) should have told me to turn the water off. I asked him if I should turn the water off, and
he said "No."

   Please note that Marin, the plumber, is still with Kintex Plumbing and I urge you to give him a
call.

   If you call and I am not at home, please tell me what time that you would like me to call you.

Thank you.

V/r,

Bob Sawallesh

Encl-7-2

| | |
|---|---|
| Subject: | **Ref: Sears Home Warranty - Sawallesh Case - Resolution for the Sears Homeowners Annual Fee** |
| Date: | 10/15/2019 10:34:18 AM Eastern Standard Time |
| From: | pentagonmaverick@aol.com |
| To: | cesaw@crosscountry-home.com |
| Cc: | Sheryl.Fountain@freshfromflorida.com |

MFR - Tuesday, 15 October 2019

Thru Ms. Esaw to Mr. "Edward" (864-716-5700 x4150) of Cross Country Sears Home Warranty.

I called Mr. "Edward" at (864-716-5700 x4150) 10:20 am on Tuesday, 15 October 2019 and asked if there has been a resolution on the Sears annual home warranty. The annual fee was $839 and I am offering to settle at $629. Per phone message at the aforementioned time, I gave Mr. "Edward" my phone number to call me back and I requested that "Mr. Edward" send me an Email as to what time he would like me to call him back. I have left numerous phone messages with Mr. "Edward" and thus far he has not returned my call nor sent me an Email.

V/r,

Bob Sawallesjh
813-654-3900

Encl-7-3

**Subject:**  **Fwd: Ref: Sears Home Warranty - Sawallesh Case - Request Statement Via Email**

**Date:**  10/15/2019 4:50:28 PM Eastern Standard Time

**From:**  pentagonmaverick@aol.com

**To:**  cesaw@crosscountry-home.com

**Cc:**  Sheryl.Fountain@freshfromflorida.com

MFR - Tuesday, 15 October 2019, 4:37 pm

Thru Ms. Esaw to Mr. "Edward" (864-716-5700 x4150) of Cross Country Sears Home Warranty.

Today at 3:13 pm, Mr "Edward" left a phone message for me and stated that there is nothing that he can do and there is no further refund due.

At 4:29 pm I left a phone message for Mr "Edward" (864-716-5700 x4150) and requested that he provide his phone message statement in an Email to me. My Email is < pentagonmaverick@aol.com >.

Thank you,

V/r,

Robert (Bob) Sawallesh
813-654-3900

---

From: pentagonmaverick@aol.com
To: cesaw@crosscountry-home.com
Cc: Sheryl.Fountain@freshfromflorida.com
Sent: 10/15/2019 10:34:18 AM Eastern Standard Time
Subject: Ref: Sears Home Warranty - Sawallesh Case - Resolution for the Sears Homeowners Annual Fee

MFR - Tuesday, 15 October 2019

Thru Ms. Esaw to Mr. "Edward" (864-716-5700 x4150) of Cross Country Sears Home Warranty.

I called Mr. "Edward" at (864-716-5700 x4150) 10:20 am on Tuesday, 15 October 2019 and asked if there has been a resolution on the Sears annual home warranty. The annual fee was $839 and I am offering to settle at $629. Per phone message at the aforementioned time, I gave Mr. "Edward" my phone number to call me back and I requested that "Mr. Edward" send me an Email as to what time he would like me to call him back. I have left numerous phone messages with Mr. "Edward" and thus far he has not returned my call nor sent me an Email.

V/r,

Bob Sawallesjh
813-654-3900

*Encl-7-4*

**Subject:** **Fwd: Ref: Sears Home Warranty - Sawallesh Case - Sears Bankruptcy Federal Judge**

**Date:** 1/13/2020 5:30:03 PM Eastern Standard Time

**From:** pentagonmaverick@aol.com

**To:** cesaw@crosscountry-home.com

**Cc:** Sheryl.Fountain@freshfromflorida.com

13 January 2020

For Sears/Cross Country Home Warranty, FYI: Thank you very much for a check for $75 which is for the first claim. I also submitted a claim for $629 which is 75% of the annual cost of the annual home warranty. By telephone, Cross Country denied this claim, but will not put this denial in writing.

Therefore, on 14 January 2020, I will forward a claim against Sears Holding Corporation and the claim will go to the Federal Court Bankruptcy Judge. A complete history of this case is in the claim packet.

For State Government of Florida: Thank you for your great help on this case! File No: 1906-29585 / SAF. You probably will close this case now if you have not already closed it .

For Chairman and CEO of Sears Holding Corporation. I never received a response to my letter which your corporation received on 15 November 2019. Signed mail receipt appears to be by Derrick Braeford.
A copy of this Email is being forwarded to you by regular mail.

V/r,

Robert F. Sawallesh
Valrico, FL

---

From: pentagonmaverick@aol.com
To: cesaw@crosscountry-home.com
Cc: Sheryl.Fountain@freshfromflorida.com
Sent: 10/15/2019 4:50:28 PM Eastern Standard Time
Subject: Fwd: Ref: Sears Home Warranty - Sawallesh Case - Request Statement Via Email

MFR - Tuesday, 15 October 2019, 4:37 pm

Thru Ms. Esaw to Mr. "Edward" (864-716-5700 x4150) of Cross Country Sears Home Warranty.

Today at 3:13 pm, Mr "Edward" left a phone message for me and stated that there is nothing that he can do and there is no further refund due.

At 4:29 pm I left a phone message for Mr "Edward" (864-716-5700 x4150) and requested that he provide his phone message statement in an Email to me. My Email is < pentagonmaverick@aol.com >.

Thank you,

V/r,

Robert (Bob) Sawallesh
813-654-3900

---

From: pentagonmaverick@aol.com
To: cesaw@crosscountry-home.com
Cc: Sheryl.Fountain@freshfromflorida.com

Sent: 10/15/2019 10:34:18 AM Eastern Standard Time

Subject: Ref: Sears Home Warranty - Sawallesh Case - Resolution for the Sears Homeowners Annual Fee

MFR - Tuesday, 15 October 2019

Thru Ms. Esaw to Mr. "Edward" (864-716-5700 x4150) of Cross Country Sears Home Warranty.

I called Mr. "Edward" at (864-716-5700 x4150) 10:20 am on Tuesday, 15 October 2019 and asked if there has been a resolution on the Sears annual home warranty. The annual fee was $839 and I am offering to settle at $629. Per phone message at the aforementioned time, I gave Mr. "Edward" my phone number to call me back and I requested that "Mr. Edward" send me an Email as to what time he would like me to call him back. I have left numerous phone messages with Mr. "Edward" and thus far he has not returned my call nor sent me an Email.

V/r,

Bob Sawallesjh
813-654-3900