# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re:  Sears Holdings Corporation                                            Case No. 18-23538

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| TRC MASTER FUND LLC | WSSR, LLC |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 20463 |
| | Ballot ID: 1823538801018204 |
| | **Administrative Claim** |
| TRC MASTER FUND LLC | **Amount being transferred:** USD$98,354.15 |
| Attn: Terrel Ross | Allowed Admin Amount Per Docket 6280: |
| PO Box 633 | USD$20,321.30 |
| Woodmere, NY 11598 | Date Original Claim Filed: 08/06/2019 |
| | Phone: (346) 351-5266 |
| Phone: 516-255-1801 | Last four digits of Acct.#: N/A |
| Last four digits of Acct#: N/A | |
| | Name and Current Address of Transferor: |
| Name and address where transferee payments should be sent (if different from above): | |
| | WSSR, LLC |
| | 58 E. Bay Blvd. |
| Phone: N/A | Woodlands, TX 77380 |
| Last four digits of Acct#: N/A | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/Terrel Ross                                            Date: January 23, 2020
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

### Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
Southern District of New Yok
Attention: Clerk

AND TO: Sears Holdings Corporation (Debtor)
Case No. 18-23538
(Jointly Administered under Sears Holding Corporation, et al. Case No. 18-23538)

Claim #20463

**WSSR, LLC**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its **Administrative Claim in the amount of USD $98,354.15 and Allowed in the Amount of USD$20,321.30**("Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 23rd DAY OF January 2020.

ASSIGNOR: WSSR, LLC

_____
(Signature)

PATRICK CHIANG
(Print Name)

Manager Member
(Title)

ASSIGNEE: TRC MASTER FUND LLC

_____
(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

**Exhibit A - Opt-in Ballots Allowed for 1st Disbursement**

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| Ballot ID | Claimant | Allowed Amount | Cash Distribution |
|---|---|---|---|
| 182353801021020 | VAUGHAN & BUSHNELL MFG CO | $48,604.28 | $13,948.71 |
| 182353801040970<br>182353801040969 | Vehicle Service Group, LLC dba Rotary Lift, a Dover corporation | $201,945.82 | $57,955.47 |
| 182353801040973<br>182353801040972 | Vendor Recovery Fund IV, LLC | $67,212.30 | $19,288.94 |
| 182353801040853 | Verint Americas Inc | $129,993.18 | $37,306.13 |
| 182353801040979 | Voss Distributing LLC | $798.80 | $229.25 |
| 182353801040985 | WAGABAZA, WILLIAM | $3,000.00 | $860.96 |
| 182353801021177 | WD 40 COMPANY | $6,214.20 | $1,783.38 |
| 182353801039837 | Western Sales Trading Company | $100,297.33 | $28,783.86 |
| ECF No. 5301 | Whitebox Asymmetric Partners LP | $8,676,589.32 | $2,490,053.22 |
| ECF No. 5301 | Whitebox Multi Strategy Partners LP | $13,812,108.31 | $3,963,871.46 |
| 182353801021267 | WICKED FASHIONS INC | $144,912.00 | $41,587.61 |
| 182353801041067 | Williams Construction | $6,700.00 | $1,922.80 |
| 182353801043472 | WING HING SHOES FACTORY LIMITED | $228,487.26 | $65,572.48 |
| 182353801040908 | Wise Food Inc | $13,696.92 | $3,930.81 |
| 182353801018204 | WSSR, LLC | $20,321.30 | $5,831.91 |
| 182353801043461 | Xiamen Golden Textile Imp & Exp Co, LTD | $794,772.88 | $228,083.10 |
| 182353801040926 | Yesco LLC | $24,174.65 | $6,937.77 |
| 182353801041097 | Zebra Technologies International, LLC | $28,003.79 | $8,036.67 |
| **Total** | | **$73,174,490.44** | **$20,999,945.00** |

*The difference between the $21 million and the total to be disbursed is due to certain fees incurred*

[handwritten: 56.48% of 20,321.30 = 11476.91 − 5831.91]

15

**Prime Clerk** | A Division of DUFF & PHELPS

📄 Proof of Claim PDF   ✉ Email PDF

## Creditor Data Details - Claim # 20463

**Creditor**
WSSR, LLC
Chapman and Cutler LLP
Laura E. Appleby
Steven Wilamowsky
1270 Avenue of the Americas
New York, NY 10020

**Debtor Name**
Sears Holdings Corporation

**Date Filed**
08/06/2019

**Claim Number**
20463

**Schedule Number**
n/a

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | $98,354.15 | | $98,354.15 | Asserted |
| Total | $0.00 | | $98,354.15 | | $98,354.15 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign