**RIMON, P.C.**
Patrick Maschio, Esq.
245 Park Avenue
New York, NY 10167
Tel: (212) 612-5194
Email: Patrick.Maschio@rimonlaw.com
*Counsel for Bradford Capital Holdings, LP*

**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 18-23538 (RDD)<br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF LIMITED RESPONSE TO DEBTORS' TENTH OMNIBUS OBJECTION TO PROOFS OF CLAIM (RECLASSIFICATION AS GENERAL UNSECURED CLAIMS)**

PLEASE TAKE NOTICE that Bradford Capital Holdings, LP ("Bradford"), by and through its undersigned counsel, hereby withdraws the following pleading in the above-captioned matter: *LIMITED RESPONSE TO DEBTORS' TENTH OMNIBUS OBJECTION TO PROOFS OF CLAIM (RECLASSIFICATION AS GENERAL UNSECURED CLAIMS)* [Docket No. 5543] (the "Response"). The Response was filed in support of claims owned by Bradford, which appear in the Claims registers as Claim No. 6105 and 6106, and in opposition to Debtor's Tenth Omnibus Objection to Proofs of Claim (To Reclassify Claims) [Docket No. 5237].

Dated: January 24, 2020

/s/ *Patrick Maschio*
Rimon, P.C.
Patrick Maschio
245 Park Avenue
New York, NY 10167
(212) 612-5194
Email: Patrick.Maschio@rimonlaw.com

1

**RIMON, P.C.**
Patrick Maschio
245 Park Avenue
New York, NY 10167
Tel: (212) 612-5194
Email: Patrick.Maschio@rimonlaw.com
*Counsel to Bradford Capital Holdings, LP*

**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> SEARS HOLDINGS CORPORATION, *et al.,* <br><br> Debtors. | Chapter 11 <br> Case No. 18-23538 (RDD) <br> (Jointly Administered) |

## CERTIFICATE OF SERVICE

Patrick Maschio, an attorney admitted to practice in the State of New York, hereby certify that on January 24, 2020, I caused a copy of the *NOTICE OF WITHDRAWAL OF LIMITED RESPONSE TO DEBTORS' TENTH OMNIBUS OBJECTION TO PROOFS OF CLAIM (RECLASSIFICATION AS GENERAL UNSECURED CLAIMS)* to be served upon the parties below in the manner indicated:

(i) to all those parties who receive electronic notifications by operation of the Court's electronic notification system;

(ii) By Federal Express: Honorable Robert D. Drain, US Bankruptcy Court Southern District of New York, 300 Quarropas Street, White Plains, NY 10601

(ii) via U.S. mail:

| | |
|---|---|
| Akin Gump Strauss Hauer & Feld LP <br> One Bryant Park <br> New York, New York 10036 <br> Attn: Philip C. Dublin, Esq., Ira Dizengoff, Esq., and Sara Lynne Brauner, Esq. | Weil, Gotshal, & Manges LLP <br> 767 Fifth Avenue <br> New York, New York 10153 <br> Attn: Ray C. Schrock, Esq., Jacqueline Marcus, Esq., Garrett A. Fail, Esq., and Sunny Singh, Esq |

*/s/ Patrick Maschio*
Rimon, P.C.
Patrick Maschio
245 Park Avenue
New York, NY 10167
(212) 612-5194
Email: Patrick.Maschio@rimonlaw.com