IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| SEARS HOLDINGS CORPORATION, et al. | ) | Case No: 18-23538 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF MOTION

PLEASE TAKE NOTICE that the undersigned attorney for Plaintiff Johnna Richert, hereby withdraws her motion for an order granting relief from the automatic stay, filed on October 23, 2019, in the above-captioned chapter 11 cases, without prejudice.

Respectfully submitted,

JAMES DEAN WALKER LAW, LLC
1656 Washington Street, Suite 130
Kansas City, MO  64108
Phone: 816-474-8128
Facsimile: 816-474-7411

By:    /s/ *James D. Walker, Jr.*
         James D. Walker
         Missouri State Bar No. 29778
         jwalker@jamesdwalkerlaw.com

*ATTORNEY FOR CREDITOR/MOVANT*
*JOHNNA RICHERT*

1

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that a true and correct copy of the above and foregoing was served on all parties and/or attorney of record via CM/ECT on this 27th day of January 2020. Debtors' counsel in the State Court Action is likewise copied in the manner indicated below.

Via email: rogers@bscr-law.com
Shawn M. Rogers
BAKER STERCHI COWDEN & RICE
2400 Pershing Road, Suite 500
Kansas City, MO  64108
816-471-2121 – Phone
816-472-0288 – Fax
Attorneys for Defendant K-Mart Corporation

                                                                           */s/James D. Walker*
                                                                            James D. Walker