WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | |
| | : | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | : | |
| | : | **Case No. 18-23538 (RDD)** |
| | : | |
| **Debtors.**[1] | : | **(Jointly Administered)** |

-----------------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JANUARY 28, 2020 AT 10:00 A.M.

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York,
before the Honorable Robert D. Drain, United States Bankruptcy Judge,
300 Quarropas Street, White Plains, New York 10601

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.). (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

## I.    **FEE MATTERS**:

1.    Third Interim Fee Application of Deloitte & Touche LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Independent Auditor and Advisor from July 1, 2019 through October 31, 2019 **[ECF No. 6136]**

   Response Deadline:    January 22, 2020 at 4:00 p.m.

   Responses Filed:    None.

   Related Documents:    None.

   Status:  This matter is going forward on an uncontested basis.

2.    Third Interim Fee Application of Deloitte Tax LLP for Compensation for Services Rendered as Tax Services Provider from July 1, 2019 through October 31, 2019 **[ECF No. 6137]**

   Response Deadline:    January 22, 2020 at 4:00 p.m.

   Responses Filed:    None.

   Related Documents:    None.

   Status:  This matter is going forward on an uncontested basis.

3.    Second Interim and Final Fee Application of Lazard Freres & Co. LLC, Investment Banker to the Debtors, for the Period from October 15, 2018 through October 14, 2019 **[ECF No. 6138]**

   Response Deadline:    January 22, 2020 at 4:00 p.m.

   Responses Filed:    None.

   Related Document:

      A.    Fee Examiner's Second Status Report Regarding Review of Interim Fee and Expense Applications **[ECF No. 6386]**

   Status:  This matter is going forward on an uncontested basis.

WEIL:\97331695\4\73217.0004

4.      Third Application of Alvarez and Marsal North America, LLC as Financial
        Advisors for the Debtors, for Interim Allowance of Compensation for
        Professional Services Rendered and Reimbursement of Actual and Necessary
        Expenses Incurred from July 1, 2019 through September 30, 2019 **[ECF
        No. 6183]**

        Response Deadline:     January 22, 2020 at 4:00 p.m.

        Responses Filed:       None.

        Related Documents:     None.

        Status:  This matter is going forward on an uncontested basis.

5.      Third Interim Fee Application of Prime Clerk LLC, as Administrative Agent to
        the Debtors, for Services Rendered and Reimbursement of Expenses for the
        Period from July 1, 2019 through October 31, 2019 **[ECF No. 6214]**

        Response Deadline:     January 22, 2020 at 4:00 p.m.

        Responses Filed:       None.

        Related Documents:     None.

        Status:  This matter is going forward on an uncontested basis.

6.      Second Joint Application of Paul E. Harner, as Fee Examiner and Ballard Spahr
        LLP, as Counsel to the Fee Examiner for Interim Allowance of Compensation for
        Professional Services Rendered and Reimbursement of Actual and Necessary
        Expenses Incurred from July 1, 2019 through October 31, 2019 **[ECF No. 6215]**

        Response Deadline:     January 22, 2020 at 4:00 p.m.

        Responses Filed:       None.

        Related Documents:     None.

        Status:  This matter is going forward on an uncontested basis.

7.      Third Interim Fee Application of Paul, Weiss, Rifkind, Wharton & Garrison LLP,
        Attorneys for the Debtors and Debtors in Possession, for the Period from July 1,
        2019 through and including October 31, 2019 **[ECF No. 6225]**

        Response Deadline:     January 22, 2020 at 4:00 p.m.

        Responses Filed:       None.

        Related Documents:     None.

WEIL:\97331695\4\73217.0004

Status:  This matter is going forward on an uncontested basis.

8.      Third Interim Fee Application of Young Conaway Stargatt & Taylor, LLP, as Conflicts Counsel for the Debtors for the Period from July 1, 2019 through October 31, 2019 **[ECF No. 6226]**

Response Deadline:      January 22, 2020 at 4:00 p.m.

Responses Filed:        None.

Related Documents:      None.

Status:  This matter is going forward on an uncontested basis.

9.      Third Interim Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al., for Interim Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2019 through October 31, 2019 **[ECF No. 6229]**

Response Deadline:      January 22, 2020 at 4:00 p.m.

Responses Filed:        None.

Related Documents:      None.

Status:  This matter is going forward on an uncontested basis.

10.     Third Interim Application of Houlihan Lokey Capital, Inc., Investment Banker to the Official Committee of Unsecured Creditors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from July 1, 2019 through October 31, 2019 **[ECF No. 6230]**

Response Deadline:      January 22, 2020 at 4:00 p.m.

Responses Filed:        None.

Related Documents:      None.

Status:  This matter is going forward on an uncontested basis.

11.     Third Interim Fee Application of Akin Gump Strauss Hauer & Feld LLP as Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period of July 1, 2019 through and including October 31, 2019 **[ECF No. 6231]**

Response Deadline:      January 22, 2020 at 4:00 p.m.

Responses Filed:    None.

Related Documents:    None.

Status:  This matter is going forward on an uncontested basis.

12.    Third Application of Weil, Gotshal & Manges LLP, as Attorneys for the Debtors, for interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from July 1, 2019 through and including October 31, 2019 **[ECF No. 6232]**

Response Deadline:    January 22, 2020 at 4:00 p.m.

Responses Filed:    None.

Related Documents:    None.

Status:  This matter is going forward on an uncontested basis.

## II.    **TRANSFORM HOLDCO RELATED MATTERS:**

13.    Debtors' Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019(a) for Entry of an Order Approving Settlement Agreement with Transform Holdco LLC **[ECF No. 6327]**

Response Deadline:    January 24, 2020 at 4:00 p.m.

Responses Filed:    None.

Related Documents:

    A.    Motion for an Order Shortening Notice **[ECF No. 6326]**

    B.    Declaration of Brian J. Griffith in Support **[ECF No. 6328]**

    C.    Statement of the Official Committee of Unsecured Creditors in Support of Debtors' Motion **[ECF No. 6371]**

Status:  This matter is going forward on a contested basis.

14.    Stipulation and Order by and Among Debtors, Transform and Hain Capital Investors Master Fund Ltd. **[ECF No. 6259]**

Response Deadline:    December 27, 2019 at 4:00 p.m.

WEIL:\97331695\4\73217.0004

Response Filed:

  A.  Objection of Winiadaewoo **[ECF No. 6285]**

Related Documents:

  B.  Debtors' Reply to Objection of Winiadaewoo **[ECF No. 6394]**

  C.  Transform's Joinder to Debtors' Reply **[ECF No. 6395]**

  D.  Hain Capital Investors Master Fund, Ltd's Joinder to Debtors' Reply **[ECF No. 6396]**

Status:  This matter is going forward on a contested basis.

## III. **OMNIBUS OBJECTIONS:**

15. Debtors' First Omnibus Objection to Proofs of Claim (Satisfied Claims) **[ECF No. 4775]**

Response Deadline: August 27, 2019 at 4:00 p.m.

Responses Filed:  None.

Related Documents:

  A.  Notice of Withdrawal **[ECF No. 5444]**

  B.  Order Granting Debtors' First Omnibus Objection **[ECF No. 6019]**

Status:  This matter is going forward on an uncontested basis solely with respect to Dun & Bradstreet (claim numbers 19399 and 5915) and LG Electronics (claim number 16988).

16. Debtors' Fifth Omnibus Objection to Proofs of Claim (Reclassification as General Unsecured Claims **[ECF No. 5031]**

Response Deadline: October 9, 2019 at 4:00 p.m.

Resolved Response:

  A.  Response of Whitebox Asymmetric Partners LP **[ECF No. 5182]**

Related Document:

  B.  Order Granting Debtors' Fifth Omnibus Objection **[ECF No. 5994]**

Status:  This matter is going forward on an uncontested basis solely with respect to the Response of Whitebox Asymmetric Partners.

17.     Debtors' Sixth Omnibus Objection to Proofs of Claim (Satisfied Claims) **[ECF No. 5075]**

Response Deadline:     September 26, 2019 at 4:00 p.m.

Responses Filed:

      A.     Response of  Microsoft **[ECF No. 5196]**

      B.     Limited Response and Reservation of Rights of Transform Holdco LLC **[ECF No. 5240]**

Related Documents:

      C.     Notice of Withdrawal **[ECF No. 5453]**

      D.     Order Granting Debtors' Sixth Omnibus Objection to Proofs of Claim **[ECF No. 5999]**

      E.     Notice of Withdrawal & Adjournment **[ECF No. 6376]**

Status:  This matter is going forward on an uncontested basis solely with respect to Dart Warehouse Corporation (claim number 18168) and Microsoft (claim numbers 15257 and 15480).

18.     Debtors' Seventh Omnibus Objection to Proofs of Claim (Amended and Superseded Claim **[ECF No. 5100]**

Response Deadline:     September 30, 2019 at 4:00 p.m.

Responses Filed:        None.

Related Documents:

      A.     Notice of Withdrawal **[ECF No. 5276]**

      B.     Notice of Withdrawal **[ECF No. 5456]**

      C.     Order Granting Debtors Seventh Omnibus Objection **[ECF No. 5998]**

Status:  This matter is going forward on an uncontested basis solely with respect to Claim Numbers 4744, 1850, 12757, 2374, 6632, 10065, 1748, 16615, 1544, 5182 and 14489.

WEIL:\97331695\4\73217.0004

19.    Debtors' Eighth Omnibus Objection to Proofs of Claim (Duplicate Claims) **[ECF No. 5101]**

Response Deadline:    September 30, 2019 at 4:00 p.m.

Responses Filed:

A.    Response of David Tomczak **[ECF No. 5203]**

B.    Infiiloom's Response **[ECF No. 5262]**

Related Documents:

C.    Order Granting Debtors' Eighth Omnibus Objection **[ECF No. 6000]**

D.    Notice of Withdrawal **[ECF No. 6378]**

Status:  This matter is going forward on an uncontested basis solely with respect to Claim Numbers 4496, 12489, 1630, 1693 and 5109.

## IV.    **AUTOMATIC STAY MATTERS:**

20.    Motion by Nina and Gerald Greene for Relief from the Automatic Stay **[ECF No. 6212]**

Response Deadline:    January 21, 2020 at 4:00 p.m.

Response Filed:

A.    Objection of Transform SR LLC, Transform SR Protection LLC and Transform Holdco LLC **[ECF No. 6366]**

Related Documents:

B.    Declaration of Kunal S. Kamlani in Support of Transform Holdco LLC's Objection **[ECF No. 6368]**

C.    Declaration of Charles W. Allen in Support of Transform Holdco LLC's Objection **[ECF No. 6369]**

Status:  This matter is going forward solely as a status conference.

21.    Motion of Abel Santiago for Relief from the Automatic Stay **[ECF No. 4640]**

Response Deadline:    November 13, 2018 at 4:00 p.m.

Response Filed:

A.    Fourth Omnibus Objection of Debtors **[ECF No. 6006]**

WEIL:\97331695\4\73217.0004

Related Documents:   None.

Status:  This matter is going forward on a contested basis.

## V.    **ADJOURNED MATTERS:**

22.    Motion to Approve Motion of Relator Carl Ireland, Administrator of the Estate of James Garbe, for an Order (I) Determining the Value of Relator's Collateral as of the Sale of Such Collateral; (II) Determining the Amount of Any Diminution in the Amount of the Sales Proceeds Allocable to Such Collateral After the Sale; (III) Directing Payment of Relator's Secured and Superpriority Administrative Claims; and (IV) Granting Related Relief **[ECF No. 4931]**

Response Deadline:  February 18, 2020 at 4:00 p.m.[2]

Responses Filed:       None.

Related Documents:   None.

Status:  The status conference for this matter has been adjourned to February 24, 2020 at 10:00 a.m.

23.    Ltd., Helen Andrews, Strong Progress Garment Factory Company, Ltd., Samil Solutions, Shanghai Fochier, Purcell Murray, A&A HK Industrial, Mingle Fashion Limited, Mansheen Industries, Ltd. and AMW Vietnam Co. Ltd. filed by Joseph E. Sarachek on behalf of A&A HK Industrial, AMW Vietnam Co. Ltd., Helen Andrews Inc., Mansheen Industries, Ltd., Mien Co., Ltd., Mingle Fashion Limited, Purcell Murray, Samil Solutions, Shanghai Fochier, Strong Progress Garment Factory Company LTD **[ECF No. 5161]**

Responses Filed:

A.    Joinder of Tannor Capital Advisors LLC **[ECF No. 5204]**

B.    Joinder of Serta Simmons Bedding, LLC **[ECF No. 5250]**

C.    Joinder of EPI Printers, Inc. **[ECF No. 5271]**

D.    Joinder of Twentieth Century Fox Home Entertainment LLC **[ECF No. 5302]**

Related Documents:   None.

Status:  This matter has been adjourned to a date to be determined.

---

[2] The Debtors have agreed with Relator Carl Ireland that if the Debtors contest Carl Ireland's valuation in this matter, the Debtors will file an appraisal report with their response in support of their position.

WEIL:\97331695\4\73217.0004

24.     Motion of 233 S. Wacker, LLC for Allowance and Payment of Administrative
        Expense Claim **[ECF No. 5792]**

   Responses Filed:      None.

   Related Documents:    None.

   Status:  This matter has been adjourned to a date to be determined.

25.     Motion for Allowance and Payment of Administrative Expense Claim Pursuant to
        11U.S.C. § 503(b) **[ECF No. 6277]**

   Responses Filed:      None.

   Related Documents:    None.

   Status:  This matter has been adjourned to a date to be determined.

26.     Motion for Allowance and Payment of Administrative Expense Pursuant to 11
        U.S.C. § 503(b) by Amcap Wilson II, LLC and Wilson Norridge, LLC
        **[ECF No. 6278]**

   Responses Filed:      None.

   Related Documents:    None.

   Status:  This matter has been adjourned to a date to be determined.

27.     Creations Jewellery Mfg. Pvt. Ltd. Motion for Allowance of Post-Petition
        Administrative Expense Claim **[ECF No. 6279]**

   Responses Filed:      None.

   Related Documents:    None.

   Status:  This matter has been adjourned to a date to be determined.

28.     Baker & Hostetler LLP's Motion for Allowance of Administrative Expense Claim
        **[ECF No. 6302]**

   Responses Filed:      None.

   Related Documents:    None.

   Status:  This matter has been adjourned to a date to be determined.

29.    Motion for an Order Finding the Automatic Stay Inapplicable or, in the
        Alternative, for Relief from the Automatic Stay and Memorandum in Support
        Thereof **[ECF No. 6317]**

        Response Deadline:    February 10, 2020

        Responses Filed:       None.

        Related Documents:    None.

        Status:  This matter has been adjourned to February 24, 2020 at 10:00 a.m.

30.    Motion of RetailNext, Inc. to Allow and Compel Payment of Administrative
        Expense Claim for Post-Petition Services Provided to the Debtors
        **[ECF No. 6318]**

        Response Deadline:    January 24, 2020 at 4:00 p.m.

        Responses Filed:       None.

        Related Documents:    None.

        Status:  This matter has been adjourned to a date to be determined.

31.    Application of Infinite Energy for Payment of Adequate Assurance Deposit, in the
        amount of $12,922.65, Currently Held in Trust **[ECF No. 6241]**

        Response Deadline:    February 17, 2020 at 4:00 p.m.

        Responses Filed:       None.

        Related Documents:    None.

        Status:  This matter has been adjourned to February 24, 2020 at 10:00 a.m.

32.    Motion to Reconsider FRCP 60 or FRBP 3008 of Superb International Co., Ltd.
        **[ECF No. 6114]**

        Response Deadline:    March 18, 2020 at 4:00 p.m.

        Responses Filed:       None.

        Related Documents:

              A.    Motion to Reconsider FRCP 60 or FRBP 3008 of Superb
                     International Co., Ltd. **[ECF No. 6112]**

              B.    Motion to Reconsider FRCP 60 or FRBP 3008 of Superb

11

International Co., Ltd. **[ECF No. 6113]**

Status:  This matter has been adjourned to March 25, 2020 at 10:00 a.m.

33.     Motion to Reconsider FRCP 60 or FRBP 3008 Order Granting Debtors' Tenth Omnibus Objection to Proofs of Claim **[ECF No. 6090]**

Response Deadline:     January 21, 2020 at 4:00 p.m.

Responses Filed:     None.

Related Document:

    A.     Stipulation and Order by and Among Debtors, Transform, and Calabrio, Inc. **[ECF No. 6392]**

Status:  This matter has been adjourned to March 25, 2020 at 10:00 a.m.

34.     Debtors' Tenth Omnibus Objection to Proofs of Claim (To Reclassify Claims) **[ECF No. 5237]**

Response Deadline:     October 16, 2019 at 4:00 p.m.

Responses Filed:

    A.     Infiiloom India Private Limited's Response **[ECF No. 5394]**

    B.     Winners Industry Company, Ltd.'s Response **[ECF No. 5400]**

    C.     Orient Craft Ltd.'s Opposition **[ECF No. 5496]**

    D.     Orient Craft Ltd.'s Opposition **[ECF No. 5497]**

    E.     Response of HK Sino-Thai Trading Company LTD **[ECF No. 6037]**

Resolved Responses:

    F.     Allure Home Creations Co. Inc.'s Response **[ECF No. 5392]**

    G.     Arca Industrial (NJ), Inc.'s Response **[ECF No. 5476]**

    H.     Hain Capital Investors Master Fund, Ltd.'s Reply **[ECF No. 5480]**

    I.     BST International Fashion Ltd.'s Response **[ECF No. 5481]**

    J.     Response of E-Land Apparel Ltd and Thanh Cong Textile Garment Investment Trading Joint Stock Company **[ECF No. 5485]**

WEIL:\97331695\4\73217.0004

K.    Weihai Lianqiao International Coo. Group Co., Ltd Reply **[ECF No. 5488]**

L.    Response of Mien Co., Ltd., A&A (HK) Industrial Limited, Esjay International Private Limited, Shanghai Fochier International Trade Co., and Vogue Tex (Pvt) Ltd. **[ECF No. 5494]**

M.    Clement Cheng Response **[ECF No. 5520]**

N.    Giza Spinning and Weaving Co.'s Response **[ECF No. 5565]**

O.    Limited Statement of Icon Health & Fitness, Inc. **[ECF No. 6014]**

P.    Supplemental Response of Mien Co., Ltd., A&A (HK) Industrial Limited, Esjay International Private Limited, Shanghai Fochier International Trade Co., and Vogue Tex (Pvt) Ltd. **[ECF No. 6165]**

Related Documents:

Q.    Debtors' Omnibus Reply in Support of Debtors' Tenth Omnibus Objection to Proofs of Claim (To Reclassify Claims) **[ECF No. 6372]**

R.    Response of Superb International Co., Ltd. **[ECF No. 6094]**

S.    Declaration of Howard Yuan in Support of Response **[ECF No. 6095]**

T.    Response of Superb International Co., Ltd. **[ECF No. 6098]**

U.    Declaration of Howard Yuan in Support of Response **[ECF No. 6099]**

V.    Declaration of David G. Tobias in Support of Response **[ECF No. 6100]**

W.    Order Granting Debtors' Tenth Omnibus Objection **[ECF No. 6076]**

Status:  This matter has been adjourned to March 25, 2020 at 10:00 a.m. solely with respect to the unresolved responses.

35.    Motion of Certain Utility Companies to Determine Adequate Assurance of Payment Pursuant to Section 366(c) of the Bankruptcy Code **[ECF No. 1395]**

Response Deadline:    January 11, 2019 at 4:00 p.m.

Responses Filed:

A.    Debtors' Objection **[ECF No. 2451]**

B.     Reply of Certain Utility Companies to Debtors' Objection **[ECF No. 2830]**

<u>Related Documents:</u>

C.     Joinder of Jackson EMC **[ECF No. 1533]**

D.     Declaration of Sherry R. Ward in Support **[ECF No. 2433]**

E.     Declaration of Wanda Shirley in Support **[ECF No. 2434]**

F.     Declaration of Enobong Enyenihi in Support **[ECF No. 2436]**

G.     Declaration of Karen Palmieri in Support **[ECF No. 2438]**

H.     Declaration of Walt Larnerd in Support **[ECF No. 2440]**

I.     Declaration of Lisa R. Holland in Support **[ECF No. 2441]**

J.     Declaration of Aldo Rojas in Support **[ECF No. 2442]**

K.     Declaration of Marrissa Hinton in Support **[ECF No. 2444]**

L.     Declaration of Dwight C. Snowden in Support **[ECF No. 2447]**

M.     Declaration of Jennifer Davy in Support **[ECF No. 2458]**

N.     Declaration of Emory L. Roberts Jr. in Support **[ECF No. 2459]**

O.     Declaration of Louise Williams in Support **[ECF No. 2460]**

P.     Declaration of Dora Hargrove in Support **[ECF No. 2461]**

Q.     Declaration of Carlandra Edwards in Support **[ECF No. 2462]**

R.     Declaration of Brent Cochran in Support **[ECF No. 2463]**

S.     Declaration of Stephanie Lemmond in Support **[ECF No. 2467]**

T.     Declaration of Jennifer Woehrle in Support **[ECF No. 2484]**

U.     Declaration of Michael W. Franklin in Support **[ECF No. 2490]**

V.     Declaration of Vincent Albanito in Support **[EF No. 2500]**

W.     Declaration of Gerald Houck in Support **[ECF No. 2501]**

WEIL:\97331695\4\73217.0004

X.    Declaration of Vicki Piazza in Support **[ECF No. 2515]**

Status:  This matter has been adjourned to February 24, 2020 at 10:00 a.m.

36.    Application of National Grid Pursuant to Section 7 of the Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, and (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Service [Docket No. 461] for Payment from the Adequate Assurance Account **[ECF No. 3238]**

Response Deadline:    December 6, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Documents:    None.

Status:  This matter has been adjourned to February 24, 2020 at 10:00 a.m.

37.    Application of Commonwealth Edison Company Pursuant to Section 7 of the Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, and (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Service [Docket No. 461] for Payment from the Adequate Assurance Account **[ECF No. 3423]**

Response Deadline:    December 6, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Documents:    None.

Status:  This matter has been adjourned to February 24, 2020 at 10:00 a.m.

38.    Debtors' Second Omnibus Objection to Proofs of Claim (Reclassification as General Unsecured Claims) **[ECF No. 4776]**

Response Deadline:    August 27, 2019 at 4:00 p.m.

Responses Filed:

A.    Claimants Response to Omnibus Objection **[ECF No. 4814]**

B.    Response of VM Innovations to Second Omnibus Objection to Proofs of Claim **[ECF No. 4986]**

C.    Objection by Suzanne Jewelers **[ECF No. 4994]**

WEIL:\97331695\4\73217.0004

D.   Response of ShopChimney.com Inc. to Second Omnibus Objection to Proofs of Claim **[ECF No. 5003]**

E.   Response of VIR Ventures, Inc. to Second Omnibus Objection to Proofs of Claim **[ECF No. 5056]**

F.   Response of Sky Billiards, Inc. D/B/A Best Choice Products in Opposition to Debtors' Second Omnibus Objection **[ECF No. 5421]**

G.   Response of Stolaas Company in Opposition to Debtors' Second Omnibus Objection to Proofs of Claim **[ECF No. 5524]**

H.   Order Granting Debtors' Second Omnibus Objection **[ECF No. 5997]**

Related Documents:   None.

Status:  This matter has been adjourned to February 24, 2020 at 10:00 a.m.

39.   Debtors' Fifth Omnibus Objection to Proofs of Claim (Reclassification as General Unsecured Claims **[ECF No. 5031]**

Response Deadline:   October 9, 2019 at 4:00 p.m.

Responses Filed:

A.   Response of Chamberlain Group, Inc. **[ECF No. 5184]**

B.   Objection of CalAmp Wireless Networks Corporation **[ECF No. 5186]**

C.   Response of John W. Owen III **[ECF No. 5197]**

D.   Response of Scott Aikins **[ECF No. 5198]**

E.   Response of Jesse Lopez to **[ECF No. 5200]**

F.   Response of Cory Taylor to Debtors' Fifth Omnibus Objection to Proof of Claim **[ECF No. 5201]**

G.   Response of Joel Pucely **[ECF No. 5202]**

H.   Pepperidge Farm's Response **[ECF No. 5323]**

Related Document:

I.   Order Granting Debtors' Fifth Omnibus Objection **[ECF No. 5994]**

WEIL:\97331695\4\73217.0004

Status:  This matter is adjourned to February 24, 2020 at 10:00 a.m.

40.     Motion of Angela Kelly and Janyce L. Mackenzie for Relief from the Automatic Stay to Permit Them to Continue to Prosecute a Personal Injury Action Against Sears, Roebuck & Co. in King County Superior Court in the State of Washington, and to Liquidate their Claims in Such Action **[ECF No. 4064]**

Response Deadline:   November 13, 2019 at 4:00 p.m.

Responses Filed:        None.

Related Document:

> A.     Presentment of Stipulation, Agreement and Order Granting Limited Relief from the Automatic Stay **[ECF No. 6381]**

Status:  This matter is adjourned to February 24, 2020 at 10:00 a.m.

41.     Debtors' First Omnibus Objection to Proofs of Claim (Satisfied Claims) **[ECF No. 4775]**

Response Deadline: August 27, 2019 at 4:00 p.m.

Responses Filed:

> A.     Response of Johnson Controls, Inc. to Debtors' First Omnibus Objection to Claims **[ECF No. 4983]**
>
> B.     Brief in Support of the Response of WiniaDaeWoo Electronics America, Inc. to Debtors' First Omnibus Objection to Proofs of Claim (Satisfied Claims) **[ECF No. 4987]**
>
> C.     Response of A.O. Smith Corporation to Debtors' First Omnibus Objection to Claims **[ECF No. 4993]**
>
> D.     Amended Brief in Support of the Response of WiniaDaeWoo Electronics America, Inc. to Debtors' First Omnibus Objection to Proofs of Claim (Satisfied Claims) **[ECF No. 4996]**
>
> E.     Shaw Industries, Inc.'s Opposition Regarding Debtors' First Omnibus Objection to Proofs of Claim (Satisfied Claims) **[ECF No. 5156]**
>
> F.     Hain Capital Investors Master Fund Ltd.'s Response to the First Omnibus Objection to Proofs of Claims (D.E. # 4775) **[ECF No. 5313]**

WEIL:\97331695\4\73217.0004

Related Documents:

G.    Declaration of Jay (Junghan) Kim in Support of the Response of
WiniaDaeWoo Electronics America, Inc. to Debtors' First
Omnibus Objection to Proofs of Claim (Satisfied Claims) **[ECF
No. 4989]**

H.    Supplemental Authority in Support of Amended Brief in Support
of the Response of Winiadaewoo to Debtors' First Omnibus
Objection to Proofs of Claim (Satisfied Claims) **[ECF No. 5347]**

I.    Notice of Withdrawal **[ECF No. 5444]**

J.    Order Granting Debtors' First Omnibus Objection **[ECF No. 6019]**

Status:  This matter is adjourned to February 24, 2020 at 10:00 a.m.

42.    Debtors' Ninth Omnibus Objection to Proofs of Claim (Reclassification as
General Unsecured Claims) **[ECF No. 5236]**

Response Deadline:    October 16, 2019 at 4:00 p.m.

Responses Filed:

A.    Eric Jay Ltd.'s Opposition **[ECF No. 5498]**

B.    Eric Jay Ltd.'s Opposition **[ECF No. 5508]**

Related Documents:

C.    Order Granting Debtors' Ninth Omnibus Objection
**[ECF No. 6043]**

D.    Notice of Withdrawal & Adjournment **[ECF No. 6379]**

Status:  This matter is adjourned to February 24, 2020 at 10:00 a.m.

43.    Motion of Debtors for Entry of an Order Extending the Automatic Stay to Certain
Non-Debtor Parties **[ECF No. 924]**

Response Deadline:    November 13, 2018 at 4:00 p.m.

Response Filed:

A.    Objection by Debbie and Dennis Dodge **[ECF No. 2892]**

Related Documents:

B.    Debtors' Reply **[ECF No. 1296]**

WEIL:\97331695\4\73217.0004

C.    Order Extending the Automatic Stay to Certain Non-Debtor Parties **[ECF No. 1528]**

D.    Debtors' Reply to Smith Objection **[ECF No. 1550]**

E.    Notice of Extension of the Automatic Stay to Supplemental Parties and Supplemental Actions **[ECF No. 2754]**

Status:  This matter has been adjourned to a date determined.

44.    Second Supplemental Memorandum of Law in Support of Transform Holdco LLC's Adversary Complaint **[ECF No. 5796]**

Response Filed:

A.    Debtors' Opposition to Transform Holdco LLC's Second Supplemental Memorandum of Law in Support of Its Adversary Complaint **[ECF No. 6079]**

Related Documents:

B.    Transform's Supplemental Memorandum of Law in Support of Transform Holdco LLC's Adversary Complaint **[ECF No. 4767]**

C.    Debtors' Supplemental Memorandum of Law in Support of Debtors' Brief in Opposition to Transform Holdco LLC's Adversary Complaint and in Further Support of Debtors' Supplemental Motion to Enforce the Asset Purchase Agreement **[ECF No. 4973]**

D.    Reply Memorandum of Law in Further Support of Transform Holdco LLC's Adversary Complaint **[ECF No. 5085]**

E.    Stipulation and Order Setting Briefing Schedule for Debtors' Supplemental Motion to Enforce the Asset Purchase Agreement and Adversary Proceeding of Transform Holdco LLC Regarding the Asset Purchase Agreement **[ECF No. 5536]**

Status:  This matter has been adjourned to a date determined.

45.    Motion of Anthony Scullari for Relief from the Automatic Stay **[ECF No. 1112]**

Response Deadline:    November 13, 2018 at 4:00 p.m.

Responses Filed:      None.

WEIL:\97331695\4\73217.0004

Related Document:

    A.    Affirmation of Anthony Scullari **[ECF No. 1114]**

Status:  This matter has been adjourned to a date determined.

## VI.   **WITHDRAWN MATTERS:**

46.   Application of Metropolitan Edison Company, Jersey Central Power & Light Company, Ohio Edison Company, the Cleveland Electric Illuminating Company, Toledo Edison Company and Pennsylvania Electric Company Pursuant to Section 7 of the Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, and (III) Prohibiting Utility Providers from Alternating, Refusing, or Discontinuing Utility Service [Docket No. 461] for Payment from the Adequate Assurance Account **[ECF No. 3480]**

Response Deadline:   December 6, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Document:

    A.    Notice of Withdrawal **[ECF No. 6262]**

Status:  This matter has been withdrawn.

47.   Motion for Mediation filed by Joseph E. Sarachek on behalf of A&A HK Industrial, AMW Vietnam Co. Ltd., Helen Andrews Inc., Mansheen Industries, Ltd., Mien Co., Ltd., Mingle Fashion Limited, Purcell Murray, Samil Solutions, Shanghai Fochier, Strong Progress Garment Factory Company Ltd **[ECF No. 5241]**

Response Deadline:   January 21, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Document:

    A.    Notice of Withdrawal **[ECF No. 6346]**

Status:  This matter has been withdrawn.

WEIL:\97331695\4\73217.0004

48.     Motion of Mien Co. Ltd., Helen Andrews, Strong Progress Garment Factory Company, Ltd, Samil Solutions, Shanghai Fochier, Purcell Murray, A&A Hk Industrial, Mingle Fashion, Mansheen Industries, Ltd. and AMW Vietnam Co. Ltd. to Assign Matter to Mediation **[ECF No. 5178]**

Response Filed:

A.     Joinder of Tannor Capital Advisors LLC **[ECF No. 5217]**

Related Documents:   None.

Status:  This matter has been withdrawn.

## VII.   <u>RESOLVED MATTERS</u>:

49.     Mario Aliano's Motion for Relief from Automatic Stay to Allow Civil Litigation on Appeal to Proceed **[ECF No. 987]**

Responses Filed:

A.     Debtors' Omnibus Objection **[ECF No. 3149]**

B.     Reply to Motion for Relief from Automatic Stay to Allow Civil Litigation on Appeal to Proceed **[ECF No. 3230]**

Related Document:

C.     Stipulation and Order by and among Debtors, Transform, and Aliano **[ECF No. 6273]**

Status:  This matter has been resolved.

Dated:  January 27, 2020
         New York, New York

/s/ Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors and
Debtors in Possession*

WEIL:\97331695\4\73217.0004