# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: Sears Holdings Corporation        Case No. 18-23538

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| TRC MASTER FUND LLC<br>Name of Transferee | Husqvarna Professional Products, Inc.<br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | Court Claim # (if known): 17360<br>Ballot ID: 182353801014556<br>**Administrative Claim**<br>**Amount being transferred:** USD$1,326,374.38<br>Date Claim Filed: 04/10/2019<br>Phone: (704) 921-7019<br>Last four digits of Acct.#: N/A |
| Phone: 516-255-1801<br>Last four digits of Acct#: N/A | Name and Current Address of Transferor:<br><br>Husqvarna Professional Products, Inc.<br>King & Spalding LLP<br>Attn: W. Austin Jowers, Esq.<br>1180 Peachtree St, NE<br>35th Floor<br>Atlanta, GA 30309 |
| Name and address where transferee payments should be sent (if different from above):<br><br>Phone: N/A<br>Last four digits of Acct#: N/A | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Terrel Ross        Date: January 28, 2020
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO:     United States Bankruptcy Court ("Bankruptcy Court")
        Southern District of New Yok
        Attention: Clerk

AND TO: Sears, Roebuck and Co. (Debtor)
        Case No. 18-23537
        (Jointly Administered under Sears Holding Corporation, et al.  Case No. 18-23538)

Claim #17360
Transferring the USD$1,326,374.38 Administrative Expense 503(b)(9) Amount Only

**Husqvarna Professional Products, Inc.**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Allowed **Administrative Claim in the amount of USD$1,326,374.38** ("Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS __28__ DAY OF __January__, 2020.

**ASSIGNOR: Husqvarna Professional Products, Inc.**

_(Signature)_

Robert Tisch   Jill Jacobson
(Print Name)

VP        VP
(Title)

**ASSIGNEE: TRC MASTER FUND LLC**

_(Signature)_

Terrel Ross
(Print Name)

Managing Member
(Title)

## Creditor Data Details - Claim # 17360

**Creditor**
Husqvarna Professional Products, Inc.
King & Spalding LLP
Attn: W. Austin Jowers, Esq.
1180 Peachtree St NE
35th Floor
Atlanta, GA 30309

**Debtor Name**
Sears, Roebuck and Co.

**Date Filed**
04/10/2019

**Claim Number**
17360

**Schedule Number**
n/a

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | $2,173,717.88 | | $2,173,717.88 | Asserted |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | $1,326,374.38 | | $1,326,374.38 | Asserted |
| Admin Priority | | | | | | |
| Total | $0.00 | | $3,500,092.26 | | $3,500,092.26 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action 

Exhibit A - Opt-in Ballots Allowed for 1st Disbursement                In re: Sears Holdings Corporation, *et al.*
                                                                                  Case No. 18-23538 (RDD)

| Ballot ID | Claimant | Allowed Amount | Cash Distribution |
|---|---|---|---|
| 182353801041815 | HKD Global Limited | $211,765.42 | $60,773.55 |
| 182353801041817 | Hoffmaster Group, Inc. | $27,384.66 | $7,858.99 |
| 182353801043016 | HOLDSUN GROUP LIMITED | $111,489.36 | $31,995.80 |
| 182353801015288 | HOME AND TRAVEL SOLUTIONS LLC | $2,033.85 | $583.68 |
| 182353801015296 | HOME PRODUCTS INTL - NORTH AMER INC | $1,095,886.96 | $314,503.40 |
| 182353801013613 | HomeAdvisor, Inc. | $607,879.84 | $174,452.55 |
| 182353801015322 | Hudson Home Group LLC | $24,960.45 | $7,163.28 |
| 182353801014556 | HUSQVARNA OUTDOOR PRODUCTS INC | $1,326,374.38 | $380,649.89 |
| 182353801041840 | Hydraulic and Electromechanic Services and Repairs | $2,447.00 | $702.25 |
| 182353801040320 | Industrial Power and Lighting Corp. | $3,896.61 | $1,118.27 |
| 182353801018506 | Infor (US), Inc. | $1,605.00 | $460.61 |
| 182353801041901 | Ingram Electro-Mek Inc | $30,255.80 | $8,682.97 |
| 182353801043402 | Inner Dynamics | $4,840.00 | $1,389.01 |
| 182353801014575 | INNOVA ELECTRONICS CORP | $18,557.04 | $5,325.60 |
| 182353801043421 | INNOVATIVE FACILITY SERVICES LLC | $49,353.83 | $14,163.82 |
| 182353801040331 | International Paper | $116,548.33 | $33,447.65 |
| 182353801015639 | INTRALINKS, INC | $45,706.31 | $13,117.04 |
| 182353801015859 | IVY TRADING INC | $101,028.50 | $28,993.69 |
| 182353801043370 | J G ELECTRIC | $2,716.27 | $779.53 |
| 182353801041989 | JAE HOON CORPORATION | $58,515.13 | $16,792.98 |
| 182353801041994 | JAK PROPERTY SERVICES LLC | $7,880.00 | $2,261.44 |
| 182353801041995 | Ja-Ru, Inc | $19,901.88 | $5,711.55 |
| 182353801043379 | Jaydee Group USA Inc. | $6,622.71 | $1,900.62 |

7