# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: <u>Sears Holdings Corporation</u>                                    Case No. <u>18-23538</u>

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>TRC MASTER FUND LLC</u>                                    <u>Husqvarna Professional Products, Inc.</u>
Name of Transferee                                         Name of Transferor

Name and Address where notices to transferee              Court Claim # (if known): <u>18300</u>
should be sent:                                           Ballot ID: <u>182353801014556</u>
                                                          **Administrative Claim**
TRC MASTER FUND LLC                                       **Amount being transferred:** <u>USD$1,326,374.38</u>
Attn: Terrel Ross                                         Date Claim Filed: 04/10/2019
PO Box 633                                                Phone: <u>(704) 921-7019</u>
Woodmere, NY 11598                                        Last four digits of Acct.#: <u>N/A</u>

Phone: <u>516-255-1801</u>                                 Name and Current Address of Transferor:
Last four digits of Acct#: <u>N/A</u>
                                                          Husqvarna Professional Products, Inc.
Name and address where transferee payments                King & Spalding LLP
should be sent (if different from above):                 Attn: W. Austin Jowers, Esq.
                                                          1180 Peachtree St, NE
Phone: <u>N/A</u>                                          35th Floor
Last four digits of Acct#: <u>N/A</u>                      Atlanta, GA 30309

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/Terrel Ross</u>                                  Date: <u>January 28, 2020</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO:  United States Bankruptcy Court ("Bankruptcy Court")
Southern District of New Yok
Attention: Clerk

AND TO:  Sears Brands Management Corporation (Debtor)
Case No. 18-23586
(Jointly Administered under Sears Holding Corporation, et al. Case No. 18-23538)

Claim #18300
Transferring the USD$1,326,374.38 Administrative Expense 503(b)(9) Amount Only

**Husqvarna Professional Products, Inc.**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Allowed **Administrative Claim in the amount of USD$1,326,374.38** ("Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 28 DAY OF January, 2020.

**ASSIGNOR: Husqvarna Professional Products, Inc.**        **ASSIGNEE: TRC MASTER FUND LLC**

_____        _____
(Signature)                        (Signature)

Robert Tesch  Jill Jacobsen        Terrel Ross
(Print Name)                       (Print Name)

VP           VP                    Managing Member
(Title)                            (Title)

### Creditor Data Details - Claim # 18300

**Creditor**
Husqvarna Professional Products, Inc.
King & Spalding LLP
Attn: W. Austin Jowers, Esq.
1180 Peachtree St, NE
35th Floor
Atlanta, GA 30309

**Debtor Name**
Sears Brands Management Corporation

**Date Filed**
04/10/2019

**Claim Number**
18300

**Schedule Number**
n/a

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | $2,173,717.88 | | $2,173,717.88 | Asserted |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | $1,326,374.38 | | $1,326,374.38 | Asserted |
| Admin Priority | | | | | | |
| **Total** | **$0.00** | | **$3,500,092.26** | | **$3,500,092.26** | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

**Exhibit A - Opt-in Ballots Allowed for 1st Disbursement**

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| Ballot ID | Claimant | Allowed Amount | Cash Distribution |
|---|---|---|---|
| 182353801041815 | HKD Global Limited | $211,765.42 | $60,773.55 |
| 182353801041817 | Hoffmaster Group, Inc. | $27,384.66 | $7,858.99 |
| 182353801043016 | HOLDSUN GROUP LIMITED | $111,489.36 | $31,995.80 |
| 182353801015288 | HOME AND TRAVEL SOLUTIONS LLC | $2,033.85 | $583.68 |
| 182353801015296 | HOME PRODUCTS INTL - NORTH AMER INC | $1,095,886.96 | $314,503.40 |
| 182353801013613 | HomeAdvisor, Inc. | $607,879.84 | $174,452.55 |
| 182353801015322 | Hudson Home Group LLC | $24,960.45 | $7,163.28 |
| 182353801014556 | HUSQVARNA OUTDOOR PRODUCTS INC | $1,326,374.38 | $380,649.89 |
| 182353801041840 | Hydraulic and Electromechanic Services and Repairs | $2,447.00 | $702.25 |
| 182353801040320 | Industrial Power and Lighting Corp. | $3,896.61 | $1,118.27 |
| 182353801018506 | Infor (US), Inc. | $1,605.00 | $460.61 |
| 182353801041901 | Ingram Electro-Mek Inc | $30,255.80 | $8,682.97 |
| 182353801043402 | Inner Dynamics | $4,840.00 | $1,389.01 |
| 182353801014575 | INNOVA ELECTRONICS CORP | $18,557.04 | $5,325.60 |
| 182353801043421 | INNOVATIVE FACILITY SERVICES LLC | $49,353.83 | $14,163.82 |
| 182353801040331 | International Paper | $116,548.33 | $33,447.65 |
| 182353801015639 | INTRALINKS, INC | $45,706.31 | $13,117.04 |
| 182353801015859 | IVY TRADING INC | $101,028.50 | $28,993.69 |
| 182353801043370 | J G ELECTRIC | $2,716.27 | $779.53 |
| 182353801041989 | JAE HOON CORPORATION | $58,515.13 | $16,792.98 |
| 182353801041994 | JAK PROPERTY SERVICES LLC | $7,880.00 | $2,261.44 |
| 182353801041995 | Ja-Ru, Inc | $19,901.88 | $5,711.55 |
| 182353801043379 | Jaydee Group USA Inc. | $6,622.71 | $1,900.62 |

7