PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Tel: 212-373-3000
Fax: 212-757-3990
Paul M. Basta
Kelley A. Cornish
Lewis R. Clayton

*Counsel for the Debtors, Acting at the
Direction of the Restructuring Sub-Committee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------------x

# FIFTEENTH MONTHLY FEE STATEMENT OF
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS ATTORNEYS FOR DEBTORS
FOR PERIOD FROM DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); Sears Brands Management Corporation (5365), and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Name of Applicant: | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | November 16, 2018, *nunc pro tunc* to November 15, 2018 |
| Period for which compensation and reimbursement is sought: | December 1, 2019 through December 31, 2019 |
| Monthly Fees Incurred: | $21,479.00 |
| 20% Holdback: | $4,295.80 |
| Total Compensation Less 20% Holdback: | $17,183.20 |
| Monthly Expenses Incurred: | $131,250.47 |
| Total Fees and Expenses Due: | $148,433.67 |

This is a:  __X__ monthly  ____ interim  ____ final application

In accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 796] (the "Interim Compensation Order"),[2] Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss") hereby submits this fifteenth monthly fee statement (the "Fifteenth Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as counsel to the Debtors, for the period from December 1, 2019 through December 31, 2019 (the "Fifteenth Monthly Fee Period"). By this Fifteenth Monthly Fee Statement, and after taking into account certain voluntary reductions, Paul, Weiss seeks payment in the amount of $148,433.67, which comprises (i) $17,183.20, representing eighty percent (80%) of the total amount of compensation sought for

---

[2] Capitalized terms used herein but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Order.

actual and necessary services rendered during the Fifteenth Monthly Fee Period, subject to certain voluntary reductions, and (ii) reimbursement of $131,250.47 representing one hundred percent (100%) of actual and necessary expenses incurred in connection with such services.

## Services Rendered and Expenses Incurred

1. Attached as Exhibit A is a summary of Paul, Weiss's professionals by individual, setting forth the (i) name, title, and department of each individual who provided services in connection with the Chapter 11 Cases during the Fifteenth Monthly Fee Period, (ii) aggregate hours spent by each individual, (iii) hourly billing rate for each such individual at Paul, Weiss's current billing rates, (iv) amount of fees earned by each Paul, Weiss professional, and (v) the year of bar admission for each attorney. The blended hourly billing rate of Paul, Weiss attorneys during the Fifteenth Monthly Fee Period is approximately $787.39. The blended hourly rate of staff attorneys, paralegals, and other non-legal staff during the Fifteenth Monthly Fee Period is approximately $372.91.

2. Attached as Exhibit B is a summary of the services rendered and compensation sought, by project category, for the Fifteenth Monthly Fee Period.

3. Attached as Exhibit C is a summary of expenses incurred and reimbursement sought, by expense type, for the Fifteenth Monthly Fee Period.

4. Attached as Exhibit D is itemized time detail of Paul, Weiss professionals for the Fifteenth Monthly Fee Period and summary materials related thereto.

## Notice and Objection Procedures

Notice of this Fifteenth Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Rob Riecker (email: Rob.Riecker@searshc.com) and

Luke Valentino (email: Luke.Valentino@searshc.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email: 4eorge44ne.marcus@weil.com), Garrett A. Fail (email: garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, <u>Attention</u>: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: 4eorge4.morrissey@usdoj.gov); (iv) Paul E. Harner, Ballard Spahr LLP, the independent fee examiner, 1675 Broadway 19th Floor, New York, NY 10019 (email: harnerp@ballardspahr.com); (v) counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York, 10036, <u>Attention</u>: Philip C. Dublin (email: pdublin@akingump.com), Ira Dizengoff (email: idizengoff@akingump.com), and Sara Lynne Brauner (email: sbrauner@akingump.com); and (vi) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, <u>Attention</u>: Paul D. Leake (email: paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: 4eorge.howard@skadden.com) (collectively, the "<u>Notice Parties</u>").

Objections to this Fifteenth Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **February 12, 2020** (the "<u>Objection Deadline</u>"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "<u>Objection</u>").

If no objections to this Fifteenth Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

4

If an objection to this Fifteenth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of Fifteenth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: January 28, 2020  
New York, New York

/s/ Paul M. Basta  
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP  
1285 Avenue of the Americas  
New York, New York 10019  
Tel: 212-373-3000  
Fax: 212-757-3990  
Paul M. Basta  
Kelley A. Cornish  
Lewis R. Clayton

*Counsel for the Debtors, Acting at the Direction of the Restructuring Sub-Committee*

## Exhibit A

## Compensation by Professional

## SUMMARY OF MONTHLY FEE STATEMENT OF
## PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP FOR
## SERVICES RENDERED FOR THE PERIOD
## FROM DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019

| Name of Professional Partners and Counsel | Title | Department | Year Admitted | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|---|
| Robert Britton | Partner | Bankruptcy | 2008 | 1,265.00 | 0.9 | 1,138.50 |
| Jonathan Hurwitz | Counsel | Litigation | 1987 | 1,200.00 | 0.2 | 240.00 |
| **Total Partners and Counsel:** | | | | | **1.1** | **1,378.50** |

| Name of Associates | Department | Year Admitted | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|
| Patricia A. Walsh | Bankruptcy | Not admitted | 665.00 | 14.3 | 9,509.50 |
| Teresa Lii | Bankruptcy | 2014 | 980.00 | 5.9 | 5,782.00 |
| Emily M. Hoyle | Litigation | 2018 | 880.00 | 1.1 | 968.00 |
| **Total Associates:** | | | | **21.3** | **16,259.50** |

| Name of Staff Attorneys, Paralegals and Other Non-Legal Staff | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|
| Joseph Monzione | 380 | 0.7 | 266.00 |
| Brooke Filler | 380 | 7.6 | 2,888.00 |
| Alan D. Wilbur | 360 | 0.9 | 324.00 |
| Jennifer Kellner | 330 | 1.1 | 363.00 |
| **Total Staff Attorneys, Paralegals and Other Non-Legal Staff:** | | **10.3** | **3,841.00** |

2

| PROFESSIONALS | BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---:|---:|---:|
| Partners and Counsel | 1,253.18 | 1.1 | 1,378.50 |
| Associates | 763.36 | 21.3 | 16,259.50 |
| Staff Attorneys/Paralegals/ Non-Legal Staff | 372.91 | 10.3 | 3,841 |
| Blended Attorney Rate | 787.39 | | |
| **Total Fees Incurred** | | **32.7** | **21,479.00** |

2

**<u>Exhibit B</u>**

**Compensation by Task Code**

**AGGREGATE TIME SUMMARY BY TASK CODE**
**FOR THE PERIOD DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

| Project Category | Total Hours | Total Fees ($) |
|---|---:|---:|
| Case Administration | 1.9 | 689.00 |
| Fee/Employment Applications (Other) | 0.7 | 686.00 |
| Fee/Employment Applications (Paul, Weiss) | 28.8 | 18,896.00 |
| Litigation | 1.3 | 1,208.00 |
| **TOTAL** | **32.7** | **21,479.00** |

## Exhibit C

**Expense Summary**

**AGGREGATE ITEMIZED DISBURSEMENTS**
**FOR THE PERIOD DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

| Expenses Category | Total Expenses ($) |
|---|---:|
| Electronic Discovery | 131,048.50 |
| Information Retrieval Services | 13.73 |
| Duplicating Expenses | 5.30 |
| Local Transportation Expenses | 182.94 |
| **TOTAL** | **131,250.47** |

## Exhibit D

## Time Detail

```
alp_212: Matter Analysis Sheet    18-23538-shl    Doc 6412   Filed 01/28/20   Entered 01/28/20 16:25:05    Main Document         PAGE    1
                                              PAUL WEISS RIFKIND WHARTON GARRISON                                               LEAF    1
                                                           Pg 14 of 18
Run Date & Time: 01/14/20 13:28:32                         Worked thru: 12/31/19
```

```
Client: 022429 Sears Holdings Corporation                        Resp Prtnrs: PMB SMB LRC          Proforma:  7479909                (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

U N B I L L E D   T I M E                    ----- Input since 12/01/2019 ----   -------------------- Total Unbilled --------------------
Emp Id  Employee Name           Off  Dp  Group          Hours            Amount      Oldest      Latest             Hours            Amount

08028  Britton, Robert          NY Bkcy PARTNER          0.90          1,138.50    12/10/19    12/17/19              0.90          1,138.50
02234  Hurwitz, Jonathan        NY Lit  COUNSEL          0.20            240.00    12/02/19    12/02/19              0.20            240.00
07317  Hoyle, Emily M.          NY Lit  ASSOCIATE        1.10            968.00    12/04/19    12/04/19              1.10            968.00
07797  Walsh, Patricia A.       NY Bkcy ASSOCIATE       14.30          9,509.50    12/03/19    12/31/19             14.30          9,509.50
08075  Lii, Teresa              NY Bkcy ASSOCIATE        5.90          5,782.00    12/03/19    12/17/19              5.90          5,782.00
02444  Monzione, Joseph         NY Bkcy PARALEGAL        0.70            266.00    12/09/19    12/17/19              0.70            266.00
53244  Filler, Brooke           NY Bkcy PARALEGAL        7.60          2,888.00    12/04/19    12/20/19              7.60          2,888.00
54722  Kellner, Jennifer        NY Corp PARALEGAL        1.10            363.00    12/11/19    12/16/19              1.10            363.00
54217  Wilbur, Alan D.          DC EDP  PARALGL          0.90            324.00    12/23/19    12/31/19              0.90            324.00

                         Total:                         32.70         21,479.00                                     32.70         21,479.00

Sub-Total Hours :      0.90 Partners;       0.20 Counsels;      21.30 Assocs;         9.40 Paralgls;      0.90 Others

U N B I L L E D   D I S B U R S E M E N T S            Input since 12/01/2019   -------------------- Total Unbilled --------------------
Code  Disbursement Name                                 Amount                    Oldest      Latest
                                                                                  Entry       Entry                                 Amount

       Professional Services
1114   Electronic Discovery                               0.00                   09/27/19    12/23/19            131,048.50
           Total Professional Services                                                                                          131,048.50

       Information Retrieval Services
1418   Docketing Retrieval                                0.98                   11/23/19    12/16/19                 13.73
           Total Information Retrieval Services                                                                                      13.73

       Duplicating Expenses
1801   Reproduction Exp                                   5.30                   12/05/19    12/05/19                  5.30
           Total Duplicating Expenses                                                                                                 5.30

       Local Transportation Expenses
1082   Taxi Services                                      0.00                   10/23/19    10/23/19                182.94
           Total Local Transportation Expenses                                                                                      182.94

              Total                                       6.28                                                                  131,250.47
```

Client: 022429 Sears Holdings Corporation                         Resp Prtnrs: PMB SMB LRC           Proforma:   7479909                 (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

UNBILLED TIME SUMMARY

| Employee Name | Off | Dp | Position | Oldest Entry | Latest Entry | Hours |
|---|---|---|---|---|---|---|
| Britton, Robert | NY | Bkcy | PARTNER | 12/10/19 | 12/17/19 | 0.90 |
| Hurwitz, Jonathan | NY | Lit | COUNSEL | 12/02/19 | 12/02/19 | 0.20 |
| Hoyle, Emily M. | NY | Lit | ASSOCIATE | 12/04/19 | 12/04/19 | 1.10 |
| Walsh, Patricia A. | NY | Bkcy | ASSOCIATE | 12/03/19 | 12/31/19 | 14.30 |
| Lii, Teresa | NY | Bkcy | ASSOCIATE | 12/03/19 | 12/17/19 | 5.90 |
| NON-LEGAL SUPPORT | | | | 12/04/19 | 12/31/19 | 10.30 |
| | | | | | Total: | 32.70 |

UNBILLED TIME DETAIL

| Employee Name | Dept | Position | Work Date | Description | Hours | Code |
|---|---|---|---|---|---|---|
| Monzione, Joseph | Bkcy | PARALEGAL | 12/09/19 | Email correspondence with T. Lii regarding participation in upcoming hearing. | 0.20 | 701 |
| Kellner, Jennifer | Corp | PARALEGAL | 12/11/19 | Filed monthly fee reports | 0.30 | 701 |
| Monzione, Joseph | Bkcy | PARALEGAL | 12/17/19 | Prepare and distribute memo containing list of upcoming hearing dates requested by Ms. Walsh. | 0.50 | 701 |
| Wilbur, Alan D. | EDP | PARALGL | 12/23/19 | Review vendor invoice and submit for approval and payment (0.4). | 0.40 | 701 |
| | | | 12/27/19 | Coordinate vendor invoice approvals internally. | 0.20 | 701 |
| | | | 12/31/19 | Review and approve invoices. | 0.30 | 701 |
| | | | | Total | 1.90 | |

Client: 022429 Sears Holdings Corporation
  Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corp

Client: 022429 Sears Holdings Corporation                                 Resp Prtnrs: PMB SMB LRC        Proforma:   7479909                     (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours | Code |
|---|---|---|---|---|---|---|
| Walsh, Patricia A. | Bkcy | ASSOCIATE | 12/03/19 | Draft monthly fee application. | 1.60 | 705 |
| Lii, Teresa | Bkcy | ASSOCIATE | 12/04/19 | Review prior interim fee application issues | 0.30 | 705 |
| Filler, Brooke | Bkcy | PARALEGAL | 12/04/19 | Draft third interim fee application | 3.10 | 705 |
| Walsh, Patricia A. | Bkcy | ASSOCIATE | 12/05/19 | Drafting third interim fee application (1.9) office conference with T. Lii re: same (.3) | 2.20 | 705 |
| Lii, Teresa | Bkcy | ASSOCIATE | 12/05/19 | Revise interim fee application (1.2) review monthly fee statements (.3); correspond with S. Avidan, D. Giller, R. Corrigan re interim fee application (.1); office conference with P. Walsh re same (.3). | 1.90 | 705 |
| Filler, Brooke | Bkcy | PARALEGAL | 12/05/19 | Continue working on draft third interim fee application | 1.60 | 705 |
| Walsh, Patricia A. | Bkcy | ASSOCIATE | 12/06/19 | Revise third interim fee application | 1.80 | 705 |
|  |  |  | 12/09/19 | Revising interim fee app (1.8) office conference with T. Lii re same (.1). | 1.90 | 705 |
| Lii, Teresa | Bkcy | ASSOCIATE | 12/09/19 | Revise interim fee application (.8); office conference with P. Walsh re same (.1). | 0.90 | 705 |
| Britton, Robert | Bkcy | PARTNER | 12/10/19 | Review fee application | 0.40 | 705 |
| Walsh, Patricia A. | Bkcy | ASSOCIATE | 12/10/19 | Revising third interim fee application (2.4) office conference with T. Lii re same (.1) compiling monthly billing info (.3) | 2.80 | 705 |
| Lii, Teresa | Bkcy | ASSOCIATE | 12/10/19 | Review interim fee application (.6); office conference with P. Walsh re same (.1) | 0.70 | 705 |
| Walsh, Patricia A. | Bkcy | ASSOCIATE | 12/12/19 | Revise third interim fee application | 0.60 | 705 |
| Lii, Teresa | Bkcy | ASSOCIATE | 12/12/19 | Review interim fee application | 0.50 | 705 |
| Filler, Brooke | Bkcy | PARALEGAL | 12/12/19 | Updates/revisions to Third Interim Fee Application per P. Walsh | 2.30 | 705 |
| Walsh, Patricia A. | Bkcy | ASSOCIATE | 12/13/19 | Update monthly fee statement. | 0.30 | 705 |
|  |  |  | 12/16/19 | Update monthly fee statement (.4) email correspondence with T. Lii re same (.2) | 0.60 | 705 |
| Lii, Teresa | Bkcy | ASSOCIATE | 12/16/19 | Email correspondence with P. Walsh re fee statement issues. | 0.20 | 705 |
| Kellner, Jennifer | Corp | PARALEGAL | 12/16/19 | File monthly fee statement. | 0.80 | 705 |
| Filler, Brooke | Bkcy | PARALEGAL | 12/16/19 | Revising third interim fee application | 0.30 | 705 |
| Britton, Robert | Bkcy | PARTNER | 12/17/19 | Review monthly fee statement | 0.50 | 705 |
| Walsh, Patricia A. | Bkcy | ASSOCIATE | 12/17/19 | Revise monthly fee statement. | 1.60 | 705 |
| Lii, Teresa | Bkcy | ASSOCIATE | 12/17/19 | Review monthly fee statement | 0.70 | 705 |
| Walsh, Patricia A. | Bkcy | ASSOCIATE | 12/20/19 | preparing fourteenth monthly fee application for filing | 0.20 | 705 |
| Filler, Brooke | Bkcy | PARALEGAL | 12/20/19 | Filing of fourteenth monthly fee statement | 0.30 | 705 |
| Walsh, Patricia A. | Bkcy | ASSOCIATE | 12/24/19 | Attention to Weekly estimate | 0.60 | 705 |
|  |  |  | 12/31/19 | Attention to weekly estimate. | 0.10 | 705 |

                                                                                          Total                   28.80

Client: 022429 Sears Holdings Corporation
  Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corp

```
alp_212: Matter Analysis Sheet  18-23538-shl    Doc 6412    Filed 01/28/20    Entered 01/28/20 16:25:05    Main Document                PAGE    4
                                           PAUL WEISS RIFKIND WHARTON GARRISON 1/14/20                                                 LEAF    4
Run Date & Time: 01/14/20 13:28:32                       Pg 17 of 18
                                                    Worked thru: 12/31/19
```

```
Client: 022429 Sears Holdings Corporation                   Resp Prtnrs: PMB SMB LRC         Proforma:  7479909                         (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et. Bill Frq: M Class: 1001 Status: B
```

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours | Code |
|---|---|---|---|---|---|---|
| Lii, Teresa | Bkcy | ASSOCIATE | 12/03/19 | Correspond with J. Kravette, S. Patkar, P. Morgan, K. Kernen re interim fee applications. | 0.20 | 706 |
| | | | 12/10/19 | Review A&M interim fee application. | 0.30 | 706 |
| | | | 12/11/19 | Prepare A&M interim fee application for filing. | 0.20 | 706 |
| | | | | Total | 0.70 | |

```
Client: 022429 Sears Holdings Corporation
  Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corp
```

Client: 022429 Sears Holdings Corporation          Resp Prtnrs: PMB SMB LRC        Proforma:   7479909                (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

U N B I L L E D   T I M E   D E T A I L
Employee Name        Dept  Position    Work Date Description                              Hours                    Code

Hurwitz, Jonathan    Lit   COUNSEL     12/02/19  Reviewing amended complaint.              0.20                    710
Hoyle, Emily M.      Lit   ASSOCIATE   12/04/19  Reviewed Amended Adversary Complaint.     1.10                    710


                                                 Total                                     1.30

                                                 Matter Total                             32.70

Client: 022429 Sears Holdings Corporation
  Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corp