UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In re:

SEARS HOLDINGS CORPORATION, et al.,   Case No.: 18-23538 (RDD)
                                       Chapter: 11

                         Debtors
----------------------------------------------------------X

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Lee J. Rohn, to be admitted *pro hac vice,* to represent R.S., a minor child of Joanna Samuel, S.S., a minor child of Joanna Samuel, T.S., a minor child of Joanna Samuel, Juan Rosario, Aubain Scotland, Aquita Williams, Peter Archer, Lee J. Rohn and Richard Samuel, O'Rosia Figueroa (together, the "Clients") in the above referenced cases; and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas and the Territory of the U.S. Virgin Islands and the bar of the U.S. District Court for the District of the Virgin Islands and the United States Court of Appeals for the Third Circuit, it is hereby

**ORDERED,** that Lee J. Rohn, Esq., is admitted to practice, pro *hac vice,* in the above referenced cases to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
       January 27, 2020

                                          /s/Robert D. Drain
                                          HONORABLE ROBERT D. DRAIN
                                          UNITED STATES BANKRUPTCY JUDGE