UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

In re:                                                                    Case No.: 18-23538 (RDD)
                                                                          Chapter: 11
SEARS HOLDINS CORPORATION, et al.,

                                                    Debtors
-------------------------------------------------------------- x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Jennifer S. Koockogey, to be admitted *pro had vice* to represent R.S., a minor child of Joanna Samuel, S.S., a minor child of Joanna Samuel, T.S., a minor child of Joanna Samuel, Juan Rosario, Aubain Scotland, Aquita Williams, Peter Archer, Lee J. Rohn and Richard Samuel, O'Rosia Figueroa (together, the "Clients") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas and the Territory of the U.S. Virgin Islands and the bar of the U.S. District Court for the District of the Virgin Islands and the United States Court of Appeals for the Third Circuit, it is hereby

**ORDERED,** that Jennifer S. Koockogey, Esq., is admitted to practice, *pro hac vice,* in the above referenced cases to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:   White Plains, New York
             January 27, 2020

/s/Robert D. Drain
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE