**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **DS Services of America, Inc. dba Standard Coffee Service** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743331 | $127.64 | 10/3/2018 | 18018591082818-IN | 8/28/2018 | $127.64 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743229 | $1,296.22 | 9/25/2018 | SEARS-SPT070118-IN | 8/22/2018 | $1,296.22 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743228 | $4,103.83 | 9/25/2018 | SEARS-07012018-IN | 8/22/2018 | $4,103.83 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742744 | $147.25 | 9/5/2018 | 18018591073118-IN | 7/31/2018 | $147.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742119 | $4,114.23 | 8/2/2018 | SEARS-06012018-IN | 7/16/2018 | $4,114.23 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742118 | $1,436.32 | 8/2/2018 | SEARS-SPT060118-IN | 7/16/2018 | $1,436.32 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742117 | $127.08 | 8/6/2018 | 18018591070318-IN | 7/3/2018 | $127.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742039 | $1,334.46 | 7/30/2018 | SEARS-SPT050118-IN | 6/26/2018 | $1,334.46 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742038 | $4,445.18 | 7/30/2018 | SEARS-05012018-IN | 6/26/2018 | $4,445.18 |

Totals:    9 transfer(s),    $17,132.21

DS Services of America, Inc. dba Standard Coffee Service (2219475)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jan 27, 2020                                    Exhibit A                                    P. 1