

| | | 2600 Eagan Woods Dr, Suite 400 | 151 West 46th Street, 4th Floor |
| | | St. Paul, MN 55121 | New York, NY 10036 |
| | | 651-406-9665 | 212-267-7342 |

| | |
|---|---|
| Defendant: | **1928 Watch Company dba 1928 Jewelry Company** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989057 | $267.00 | 8/7/2018 | 2479919 | 5/16/2018 | $25.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988438 | $83.40 | 8/2/2018 | 2480411 | 5/21/2018 | $27.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989057 | $267.00 | 8/7/2018 | 2477628-3782 | 4/24/2018 | $58.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989057 | $267.00 | 8/7/2018 | 2477631-3784 | 4/24/2018 | $44.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989057 | $267.00 | 8/7/2018 | 2479898 | 5/16/2018 | $27.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989057 | $267.00 | 8/7/2018 | 2479905 | 5/16/2018 | $40.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989057 | $267.00 | 8/7/2018 | 2479907 | 5/16/2018 | $21.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989057 | $267.00 | 8/7/2018 | 2479910 | 5/16/2018 | $31.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986370 | $278.88 | 7/30/2018 | 2479217 | 5/9/2018 | $34.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989057 | $267.00 | 8/7/2018 | 2479916 | 5/16/2018 | $25.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987819 | $96.60 | 8/1/2018 | 2479921 | 5/16/2018 | $28.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989057 | $267.00 | 8/7/2018 | 2479920 | 5/16/2018 | $28.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989057 | $267.00 | 8/7/2018 | 2479926 | 5/16/2018 | $32.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989820 | $138.55 | 8/8/2018 | 2479903 | 5/16/2018 | $34.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989820 | $138.55 | 8/8/2018 | 2479925 | 5/16/2018 | $29.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989820 | $138.55 | 8/8/2018 | 2480476 | 5/22/2018 | $47.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989820 | $138.55 | 8/8/2018 | 2480485 | 5/22/2018 | $44.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990561 | $102.00 | 8/9/2018 | 2479899 | 5/16/2018 | $17.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989057 | $267.00 | 8/7/2018 | 2479915 | 5/16/2018 | $33.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987073 | $304.46 | 7/31/2018 | 2479210 | 5/9/2018 | $26.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980326 | $118.80 | 7/17/2018 | 2478283 | 5/1/2018 | $31.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986370 | $278.88 | 7/30/2018 | 2479232 | 5/9/2018 | $29.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986370 | $278.88 | 7/30/2018 | 2479253 | 5/9/2018 | $29.40 |

1928 Watch Company dba 1928 Jewelry Company (2219991)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                                    Exhibit A                                                    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986370 | $278.88 | 7/30/2018 | 2479902 | 5/16/2018 | $26.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986370 | $278.88 | 7/30/2018 | 2479923 | 5/16/2018 | $27.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986370 | $278.88 | 7/30/2018 | 2479927 | 5/16/2018 | $29.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987073 | $304.46 | 7/31/2018 | 2478309 | 5/1/2018 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988438 | $83.40 | 8/2/2018 | 2479917 | 5/16/2018 | $25.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987073 | $304.46 | 7/31/2018 | 2479205 | 5/9/2018 | $33.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988438 | $83.40 | 8/2/2018 | 2479909 | 5/16/2018 | $30.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987073 | $304.46 | 7/31/2018 | 2479250 | 5/9/2018 | $42.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987073 | $304.46 | 7/31/2018 | 2479900 | 5/16/2018 | $42.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987073 | $304.46 | 7/31/2018 | 2479908 | 5/16/2018 | $51.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987073 | $304.46 | 7/31/2018 | 2479911 | 5/16/2018 | $40.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987073 | $304.46 | 7/31/2018 | 2479922 | 5/16/2018 | $35.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987819 | $96.60 | 8/1/2018 | 2478300 | 5/1/2018 | $44.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987819 | $96.60 | 8/1/2018 | 2479226 | 5/9/2018 | $23.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990561 | $102.00 | 8/9/2018 | 2480474 | 5/22/2018 | $28.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987073 | $304.46 | 7/31/2018 | 2479202 | 5/9/2018 | $23.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995596 | $112.80 | 8/17/2018 | 2481160 | 5/30/2018 | $31.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990561 | $102.00 | 8/9/2018 | 2479904 | 5/16/2018 | $28.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992606 | $301.80 | 8/14/2018 | 2480490 | 5/22/2018 | $48.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992606 | $301.80 | 8/14/2018 | 2481119 | 5/29/2018 | $18.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994251 | $62.71 | 8/16/2018 | 2481115 | 5/29/2018 | $30.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994251 | $62.71 | 8/16/2018 | 2481130 | 5/29/2018 | $19.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994251 | $62.71 | 8/16/2018 | 2481155 | 5/30/2018 | $33.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995596 | $112.80 | 8/17/2018 | 2480475 | 5/22/2018 | $37.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992606 | $301.80 | 8/14/2018 | 2480488 | 5/22/2018 | $21.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995596 | $112.80 | 8/17/2018 | 2481125 | 5/29/2018 | $24.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992606 | $301.80 | 8/14/2018 | 2480486 | 5/22/2018 | $16.80 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780996204 | $191.40 | 8/20/2018 | 2481104 | 5/29/2018 | $26.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996204 | $191.40 | 8/20/2018 | 2481110 | 5/29/2018 | $27.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996204 | $191.40 | 8/20/2018 | 2481120 | 5/29/2018 | $34.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996204 | $191.40 | 8/20/2018 | 2481127 | 5/29/2018 | $28.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996204 | $191.40 | 8/20/2018 | 2481154 | 5/30/2018 | $53.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996204 | $191.40 | 8/20/2018 | 2481162 | 5/30/2018 | $21.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996823 | $136.80 | 8/21/2018 | 2481123 | 5/29/2018 | $35.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996823 | $136.80 | 8/21/2018 | 2481157 | 5/30/2018 | $27.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995596 | $112.80 | 8/17/2018 | 2481112 | 5/29/2018 | $19.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992606 | $301.80 | 8/14/2018 | 2478285-3788 | 5/1/2018 | $30.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986370 | $278.88 | 7/30/2018 | 2479207 | 5/9/2018 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991330 | $105.60 | 8/10/2018 | 2479912 | 5/16/2018 | $25.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991330 | $105.60 | 8/10/2018 | 2479914 | 5/16/2018 | $32.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991330 | $105.60 | 8/10/2018 | 2480410 | 5/21/2018 | $25.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991330 | $105.60 | 8/10/2018 | 2480480 | 5/22/2018 | $15.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991330 | $105.60 | 8/10/2018 | 2480481 | 5/22/2018 | $28.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991330 | $105.60 | 8/10/2018 | 2480487 | 5/22/2018 | $16.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992606 | $301.80 | 8/14/2018 | 2480489 | 5/22/2018 | $18.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992606 | $301.80 | 8/14/2018 | 2478280-3786 | 5/1/2018 | $29.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990561 | $102.00 | 8/9/2018 | 2480412 | 5/21/2018 | $27.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992606 | $301.80 | 8/14/2018 | 2478301-3790 | 5/1/2018 | $48.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992606 | $301.80 | 8/14/2018 | 2480413 | 5/21/2018 | $27.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992606 | $301.80 | 8/14/2018 | 2480414 | 5/21/2018 | $29.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992606 | $301.80 | 8/14/2018 | 2480473 | 5/22/2018 | $28.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992606 | $301.80 | 8/14/2018 | 2480478 | 5/22/2018 | $11.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992606 | $301.80 | 8/14/2018 | 2480479 | 5/22/2018 | $23.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992606 | $301.80 | 8/14/2018 | 2480482 | 5/22/2018 | $28.20 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780992606 | $301.80 | 8/14/2018 | 2480484 | 5/22/2018 | $30.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991892 | $18.72 | 8/13/2018 | 2476612 | 4/16/2018 | $25.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983607 | $402.77 | 7/24/2018 | 2478291 | 5/1/2018 | $31.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981667 | $499.20 | 7/19/2018 | 2478306 | 5/1/2018 | $35.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981667 | $499.20 | 7/19/2018 | 2478308 | 5/1/2018 | $36.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982265 | $60.60 | 7/20/2018 | 2476280-3775 | 4/10/2018 | $28.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982265 | $60.60 | 7/20/2018 | 2478307 | 5/1/2018 | $25.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982265 | $60.60 | 7/20/2018 | 2478310 | 5/1/2018 | $34.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982949 | $133.20 | 7/23/2018 | 2478297 | 5/1/2018 | $26.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982949 | $133.20 | 7/23/2018 | 2479199 | 5/9/2018 | $36.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986370 | $278.88 | 7/30/2018 | 2479220 | 5/9/2018 | $42.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982949 | $133.20 | 7/23/2018 | 2479237 | 5/9/2018 | $27.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981667 | $499.20 | 7/19/2018 | 2478302 | 5/1/2018 | $25.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983607 | $402.77 | 7/24/2018 | 2479201 | 5/9/2018 | $64.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983607 | $402.77 | 7/24/2018 | 2479203 | 5/9/2018 | $29.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983607 | $402.77 | 7/24/2018 | 2479215 | 5/9/2018 | $22.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983607 | $402.77 | 7/24/2018 | 2479218 | 5/9/2018 | $54.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983607 | $402.77 | 7/24/2018 | 2479221 | 5/9/2018 | $23.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983607 | $402.77 | 7/24/2018 | 2479223 | 5/22/2018 | $34.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983607 | $402.77 | 7/24/2018 | 2479224 | 5/9/2018 | $21.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982949 | $133.20 | 7/23/2018 | 2479208 | 5/9/2018 | $43.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981667 | $499.20 | 7/19/2018 | 2478288 | 5/1/2018 | $28.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980326 | $118.80 | 7/17/2018 | 2478299 | 5/1/2018 | $30.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980326 | $118.80 | 7/17/2018 | 2478304 | 5/1/2018 | $26.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980326 | $118.80 | 7/17/2018 | 2478312 | 5/1/2018 | $30.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981064 | $82.73 | 7/18/2018 | 2476259 | 4/10/2018 | $31.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981064 | $82.73 | 7/18/2018 | 2478277 | 5/1/2018 | $31.20 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981064 | $82.73 | 7/18/2018 | 2478311 | 5/1/2018 | $28.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981667 | $499.20 | 7/19/2018 | 2478278 | 5/1/2018 | $37.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981667 | $499.20 | 7/19/2018 | 2478305 | 5/1/2018 | $36.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981667 | $499.20 | 7/19/2018 | 2478281 | 5/1/2018 | $27.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981667 | $499.20 | 7/19/2018 | 2478303 | 5/1/2018 | $28.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981667 | $499.20 | 7/19/2018 | 2478289 | 5/1/2018 | $31.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981667 | $499.20 | 7/19/2018 | 2478290 | 5/1/2018 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981667 | $499.20 | 7/19/2018 | 2478293 | 5/1/2018 | $34.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981667 | $499.20 | 7/19/2018 | 2478294 | 5/1/2018 | $27.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981667 | $499.20 | 7/19/2018 | 2478295 | 5/1/2018 | $34.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981667 | $499.20 | 7/19/2018 | 2478296 | 5/1/2018 | $23.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981667 | $499.20 | 7/19/2018 | 2478298 | 5/1/2018 | $25.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983607 | $402.77 | 7/24/2018 | 2479244 | 5/9/2018 | $49.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981667 | $499.20 | 7/19/2018 | 2478279 | 5/1/2018 | $36.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985619 | $631.20 | 7/27/2018 | 2479238 | 5/9/2018 | $32.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983607 | $402.77 | 7/24/2018 | 2479225 | 5/9/2018 | $24.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985619 | $631.20 | 7/27/2018 | 2479213 | 5/9/2018 | $34.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985619 | $631.20 | 7/27/2018 | 2479214 | 5/9/2018 | $23.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985619 | $631.20 | 7/27/2018 | 2479216 | 5/9/2018 | $33.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985619 | $631.20 | 7/27/2018 | 2479222 | 5/9/2018 | $31.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985619 | $631.20 | 7/27/2018 | 2479230 | 5/9/2018 | $37.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985619 | $631.20 | 7/27/2018 | 2479233 | 5/9/2018 | $30.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985619 | $631.20 | 7/27/2018 | 2479200 | 5/9/2018 | $27.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985619 | $631.20 | 7/27/2018 | 2479235 | 5/9/2018 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985619 | $631.20 | 7/27/2018 | 2476890-3780 | 4/17/2018 | $26.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985619 | $631.20 | 7/27/2018 | 2479240 | 5/9/2018 | $33.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985619 | $631.20 | 7/27/2018 | 2479242 | 5/9/2018 | $30.60 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985619 | $631.20 | 7/27/2018 | 2479243 | 5/9/2018 | $39.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985619 | $631.20 | 7/27/2018 | 2479248 | 5/9/2018 | $34.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985619 | $631.20 | 7/27/2018 | 2479249 | 5/9/2018 | $33.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985619 | $631.20 | 7/27/2018 | 2479251 | 5/9/2018 | $43.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985619 | $631.20 | 7/27/2018 | 2479255 | 5/9/2018 | $26.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986370 | $278.88 | 7/30/2018 | 2476891 | 4/17/2018 | $39.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985619 | $631.20 | 7/27/2018 | 2479234 | 5/9/2018 | $57.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985029 | $293.40 | 7/26/2018 | 2476597-3776 | 4/16/2018 | $30.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996823 | $136.80 | 8/21/2018 | 2481774 | 6/5/2018 | $21.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983607 | $402.77 | 7/24/2018 | 2479245 | 5/9/2018 | $26.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984416 | $192.79 | 7/25/2018 | 2479204 | 5/9/2018 | $42.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984416 | $192.79 | 7/25/2018 | 2479219 | 5/9/2018 | $39.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984416 | $192.79 | 7/25/2018 | 2479228 | 5/9/2018 | $34.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984416 | $192.79 | 7/25/2018 | 2479231 | 5/9/2018 | $39.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984416 | $192.79 | 7/25/2018 | 2479247 | 5/9/2018 | $31.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985619 | $631.20 | 7/27/2018 | 2479211 | 5/9/2018 | $52.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985029 | $293.40 | 7/26/2018 | 2476245 | 4/10/2018 | $35.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983607 | $402.77 | 7/24/2018 | 2479227 | 5/9/2018 | $25.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985029 | $293.40 | 7/26/2018 | 2476604-3778 | 4/16/2018 | $26.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985029 | $293.40 | 7/26/2018 | 2479206 | 5/9/2018 | $40.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985029 | $293.40 | 7/26/2018 | 2479212 | 5/9/2018 | $27.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985029 | $293.40 | 7/26/2018 | 2479229 | 5/9/2018 | $36.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985029 | $293.40 | 7/26/2018 | 2479236 | 5/9/2018 | $27.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985029 | $293.40 | 7/26/2018 | 2479239 | 5/9/2018 | $28.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985029 | $293.40 | 7/26/2018 | 2479241 | 5/9/2018 | $55.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985029 | $293.40 | 7/26/2018 | 2479256 | 5/9/2018 | $42.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984416 | $192.79 | 7/25/2018 | 2479254 | 5/9/2018 | $37.20 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009577 | $137.09 | 9/18/2018 | 2483418 | 6/26/2018 | $13.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007906 | $46.80 | 9/14/2018 | 2480483 | 5/22/2018 | $20.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007906 | $46.80 | 9/14/2018 | 2483423 | 6/26/2018 | $26.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008654 | $30.79 | 9/17/2018 | 2479246 | 5/9/2018 | $37.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008654 | $30.79 | 9/17/2018 | 2483097 | 6/22/2018 | $19.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008654 | $30.79 | 9/17/2018 | 2483098 | 6/22/2018 | $19.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008654 | $30.79 | 9/17/2018 | 2483415 | 6/26/2018 | $16.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009577 | $137.09 | 9/18/2018 | 2482834 | 6/19/2018 | $13.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996823 | $136.80 | 8/21/2018 | 2481158 | 5/30/2018 | $27.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009577 | $137.09 | 9/18/2018 | 2483417 | 6/26/2018 | $16.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007096 | $121.80 | 9/13/2018 | 2482843 | 6/19/2018 | $35.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009577 | $137.09 | 9/18/2018 | 2483419 | 6/26/2018 | $19.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009577 | $137.09 | 9/18/2018 | 2483420 | 6/26/2018 | $17.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009577 | $137.09 | 9/18/2018 | 2483561 | 6/28/2018 | $48.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010692 | $60.60 | 9/19/2018 | 2483416 | 6/26/2018 | $36.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010692 | $60.60 | 9/19/2018 | 2483421 | 6/26/2018 | $24.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011346 | $119.40 | 9/20/2018 | 2481787-3815 | 6/5/2018 | $10.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011346 | $119.40 | 9/20/2018 | 2483413 | 6/26/2018 | $17.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009577 | $137.09 | 9/18/2018 | 2483412 | 6/26/2018 | $21.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006429 | $212.93 | 9/12/2018 | 2482841 | 6/19/2018 | $27.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004427 | $7.20 | 9/7/2018 | 2482848 | 6/19/2018 | $7.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005095 | $67.80 | 9/10/2018 | 2479897 | 5/16/2018 | $17.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005095 | $67.80 | 9/10/2018 | 2481794 | 6/5/2018 | $50.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005843 | $120.00 | 9/11/2018 | 2478292 | 5/1/2018 | $21.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005843 | $120.00 | 9/11/2018 | 2479913 | 5/16/2018 | $37.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005843 | $120.00 | 9/11/2018 | 2482842 | 6/19/2018 | $22.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005843 | $120.00 | 9/11/2018 | 2482887 | 6/19/2018 | $16.20 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781007096 | $121.80 | 9/13/2018 | 2483414 | 6/26/2018 | $18.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006429 | $212.93 | 9/12/2018 | 2482838 | 6/19/2018 | $20.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007096 | $121.80 | 9/13/2018 | 2482846 | 6/19/2018 | $42.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006429 | $212.93 | 9/12/2018 | 2482847 | 6/19/2018 | $23.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006429 | $212.93 | 9/12/2018 | 2482851 | 6/19/2018 | $45.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006429 | $212.93 | 9/12/2018 | 2482852 | 6/19/2018 | $34.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006429 | $212.93 | 9/12/2018 | 2482891 | 6/19/2018 | $23.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006429 | $212.93 | 9/12/2018 | 2482892 | 6/19/2018 | $25.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006429 | $212.93 | 9/12/2018 | 2483096 | 6/22/2018 | $21.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007096 | $121.80 | 9/13/2018 | 2482833 | 6/19/2018 | $26.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011346 | $119.40 | 9/20/2018 | 2483821 | 7/3/2018 | $22.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005843 | $120.00 | 9/11/2018 | 2482890 | 6/19/2018 | $22.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014658 | $427.20 | 9/27/2018 | 2483841 | 7/3/2018 | $47.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011346 | $119.40 | 9/20/2018 | 2483422 | 6/26/2018 | $33.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014024 | $148.08 | 9/26/2018 | 2483838 | 7/3/2018 | $19.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014024 | $148.08 | 9/26/2018 | 2483854 | 7/3/2018 | $21.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014658 | $427.20 | 9/27/2018 | 2483411 | 6/26/2018 | $25.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014658 | $427.20 | 9/27/2018 | 2483825 | 7/3/2018 | $22.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014658 | $427.20 | 9/27/2018 | 2483827 | 7/3/2018 | $22.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014658 | $427.20 | 9/27/2018 | 2483830 | 7/3/2018 | $21.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014024 | $148.08 | 9/26/2018 | 2483829 | 7/3/2018 | $15.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014658 | $427.20 | 9/27/2018 | 2483839 | 7/3/2018 | $29.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014024 | $148.08 | 9/26/2018 | 2483826 | 7/3/2018 | $22.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014658 | $427.20 | 9/27/2018 | 2483843 | 7/3/2018 | $21.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014658 | $427.20 | 9/27/2018 | 2483844 | 7/3/2018 | $23.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014658 | $427.20 | 9/27/2018 | 2483846 | 7/3/2018 | $34.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014658 | $427.20 | 9/27/2018 | 2483849 | 7/3/2018 | $10.80 |

1928 Watch Company dba 1928 Jewelry Company (2219991)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781014658 | $427.20 | 9/27/2018 | 2483850 | 7/3/2018 | $21.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014658 | $427.20 | 9/27/2018 | 2483851 | 7/3/2018 | $23.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014658 | $427.20 | 9/27/2018 | 2483852 | 7/3/2018 | $40.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014658 | $427.20 | 9/27/2018 | 2483860 | 7/3/2018 | $17.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014658 | $427.20 | 9/27/2018 | 2483837 | 7/3/2018 | $39.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013418 | $255.60 | 9/25/2018 | 2479918-3819 | 5/16/2018 | $40.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003643 | $6,116.01 | 9/6/2018 | 2482840 | 6/19/2018 | $24.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011346 | $119.40 | 9/20/2018 | 2483828 | 7/3/2018 | $19.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012674 | $114.60 | 9/24/2018 | 2483560 | 6/28/2018 | $30.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012674 | $114.60 | 9/24/2018 | 2483562 | 6/28/2018 | $17.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012674 | $114.60 | 9/24/2018 | 2483845 | 7/3/2018 | $15.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012674 | $114.60 | 9/24/2018 | 2483847 | 7/3/2018 | $24.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012674 | $114.60 | 9/24/2018 | 2483863 | 7/3/2018 | $27.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014024 | $148.08 | 9/26/2018 | 2483831 | 7/3/2018 | $9.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013418 | $255.60 | 9/25/2018 | 2479906-3818 | 5/16/2018 | $28.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011346 | $119.40 | 9/20/2018 | 2483813 | 7/2/2018 | $27.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013418 | $255.60 | 9/25/2018 | 2479924-3820 | 5/16/2018 | $18.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013418 | $255.60 | 9/25/2018 | 2479928-3821 | 5/16/2018 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013418 | $255.60 | 9/25/2018 | 2480472-3822 | 5/22/2018 | $22.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013418 | $255.60 | 9/25/2018 | 2483557 | 6/28/2018 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013418 | $255.60 | 9/25/2018 | 2483842 | 7/3/2018 | $29.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014024 | $148.08 | 9/26/2018 | 2483559 | 6/28/2018 | $28.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014024 | $148.08 | 9/26/2018 | 2483814 | 7/2/2018 | $19.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014024 | $148.08 | 9/26/2018 | 2483823 | 7/3/2018 | $22.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013418 | $255.60 | 9/25/2018 | 2479901-3817 | 5/16/2018 | $26.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999519 | $397.10 | 8/29/2018 | 2481790 | 6/5/2018 | $30.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000169 | $306.00 | 8/30/2018 | 2481792 | 6/5/2018 | $34.80 |

1928 Watch Company dba 1928 Jewelry Company (2219991)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jan 27, 2020                                                                                          Exhibit A                                                                                          P. 9

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999519 | $397.10 | 8/29/2018 | 2481771 | 6/5/2018 | $22.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999519 | $397.10 | 8/29/2018 | 2481772 | 6/5/2018 | $31.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999519 | $397.10 | 8/29/2018 | 2481773 | 6/5/2018 | $43.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999519 | $397.10 | 8/29/2018 | 2481776 | 6/5/2018 | $27.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999519 | $397.10 | 8/29/2018 | 2481779 | 6/5/2018 | $34.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999519 | $397.10 | 8/29/2018 | 2481783 | 6/5/2018 | $21.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998955 | $151.20 | 8/28/2018 | 2481803 | 6/5/2018 | $12.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999519 | $397.10 | 8/29/2018 | 2481789 | 6/5/2018 | $22.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998955 | $151.20 | 8/28/2018 | 2481797 | 6/5/2018 | $46.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999519 | $397.10 | 8/29/2018 | 2481791 | 6/5/2018 | $13.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999519 | $397.10 | 8/29/2018 | 2481795 | 6/5/2018 | $54.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999519 | $397.10 | 8/29/2018 | 2481799 | 6/5/2018 | $22.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999519 | $397.10 | 8/29/2018 | 2481801 | 6/5/2018 | $22.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999519 | $397.10 | 8/29/2018 | 2481808 | 6/5/2018 | $24.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999519 | $397.10 | 8/29/2018 | 2482219 | 6/11/2018 | $30.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000169 | $306.00 | 8/30/2018 | 2481623 | 6/4/2018 | $30.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003643 | $6,116.01 | 9/6/2018 | SAR368295R | 8/21/2018 | $5,865.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999519 | $397.10 | 8/29/2018 | 2481788 | 6/5/2018 | $11.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997559 | $325.80 | 8/22/2018 | 2481800 | 6/5/2018 | $42.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014658 | $427.20 | 9/27/2018 | 2484233 | 7/9/2018 | $27.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997559 | $325.80 | 8/22/2018 | 2479198-3792 | 5/9/2018 | $28.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997559 | $325.80 | 8/22/2018 | 2479209-3794 | 5/9/2018 | $27.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997559 | $325.80 | 8/22/2018 | 2479252-3796 | 5/9/2018 | $56.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997559 | $325.80 | 8/22/2018 | 2481117 | 5/29/2018 | $34.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997559 | $325.80 | 8/22/2018 | 2481131 | 5/29/2018 | $22.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997559 | $325.80 | 8/22/2018 | 2481161 | 5/30/2018 | $30.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998955 | $151.20 | 8/28/2018 | 2481806 | 6/5/2018 | $33.60 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780997559 | $325.80 | 8/22/2018 | 2481778 | 6/5/2018 | $42.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000169 | $306.00 | 8/30/2018 | 2481796 | 6/5/2018 | $31.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997559 | $325.80 | 8/22/2018 | 2481802 | 6/5/2018 | $18.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997559 | $325.80 | 8/22/2018 | 2481805 | 6/5/2018 | $55.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997559 | $325.80 | 8/22/2018 | 2481807 | 6/5/2018 | $23.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998201 | $87.00 | 8/23/2018 | 2481781 | 6/5/2018 | $25.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998201 | $87.00 | 8/23/2018 | 2481785 | 6/5/2018 | $34.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998201 | $87.00 | 8/23/2018 | 2481786 | 6/5/2018 | $26.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998955 | $151.20 | 8/28/2018 | 2481780 | 6/5/2018 | $27.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998955 | $151.20 | 8/28/2018 | 2481782 | 6/5/2018 | $31.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997559 | $325.80 | 8/22/2018 | 2481775 | 6/5/2018 | $55.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003053 | $80.35 | 9/5/2018 | 2482223 | 6/11/2018 | $16.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000169 | $306.00 | 8/30/2018 | 2481777 | 6/5/2018 | $24.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002453 | $153.60 | 9/4/2018 | 2482226 | 6/11/2018 | $17.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002453 | $153.60 | 9/4/2018 | 2482227 | 6/11/2018 | $18.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002453 | $153.60 | 9/4/2018 | 2482228 | 6/11/2018 | $25.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002453 | $153.60 | 9/4/2018 | 2482240 | 6/11/2018 | $22.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002453 | $153.60 | 9/4/2018 | 2482243 | 6/11/2018 | $28.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003053 | $80.35 | 9/5/2018 | 2480477 | 5/22/2018 | $34.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002453 | $153.60 | 9/4/2018 | 2482220 | 6/11/2018 | $37.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003053 | $80.35 | 9/5/2018 | 2482222 | 6/11/2018 | $21.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002453 | $153.60 | 9/4/2018 | 2481793 | 6/5/2018 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003053 | $80.35 | 9/5/2018 | 2482242 | 6/11/2018 | $31.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003643 | $6,116.01 | 9/6/2018 | 2476280-3808 | 4/10/2018 | $28.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003643 | $6,116.01 | 9/6/2018 | 2476597-3809 | 4/16/2018 | $30.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003643 | $6,116.01 | 9/6/2018 | 2476604-3810 | 4/16/2018 | $26.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003643 | $6,116.01 | 9/6/2018 | 2477628-3811 | 4/24/2018 | $58.20 |

1928 Watch Company dba 1928 Jewelry Company (2219991)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                                Exhibit A                                                P. 11

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003643 | $6,116.01 | 9/6/2018 | 2477631-3812 | 4/24/2018 | $44.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003643 | $6,116.01 | 9/6/2018 | 2480472-3814 | 5/22/2018 | $22.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996823 | $136.80 | 8/21/2018 | 2481159 | 5/30/2018 | $25.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003053 | $80.35 | 9/5/2018 | 2482218 | 6/11/2018 | $25.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000976 | $158.26 | 8/31/2018 | 2479918-3802 | 5/16/2018 | $40.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000169 | $306.00 | 8/30/2018 | 2481798 | 6/5/2018 | $27.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000169 | $306.00 | 8/30/2018 | 2481804 | 6/5/2018 | $72.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000169 | $306.00 | 8/30/2018 | 2482224 | 6/11/2018 | $18.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000169 | $306.00 | 8/30/2018 | 2482225 | 6/11/2018 | $19.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000169 | $306.00 | 8/30/2018 | 2482241 | 6/11/2018 | $17.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000169 | $306.00 | 8/30/2018 | 2482245 | 6/11/2018 | $30.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000976 | $158.26 | 8/31/2018 | 2477648 | 4/24/2018 | $25.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002453 | $153.60 | 9/4/2018 | 2482221 | 6/11/2018 | $22.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000976 | $158.26 | 8/31/2018 | 2479906-3800 | 5/16/2018 | $28.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003643 | $6,116.01 | 9/6/2018 | 2482850 | 6/19/2018 | $37.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000976 | $158.26 | 8/31/2018 | 2479924-3804 | 5/16/2018 | $18.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000976 | $158.26 | 8/31/2018 | 2479928-3806 | 5/16/2018 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000976 | $158.26 | 8/31/2018 | 2481156 | 5/30/2018 | $27.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000976 | $158.26 | 8/31/2018 | 2481624 | 6/4/2018 | $26.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000976 | $158.26 | 8/31/2018 | 2481784 | 6/5/2018 | $40.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000976 | $158.26 | 8/31/2018 | 2482229 | 6/11/2018 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000976 | $158.26 | 8/31/2018 | 2482230 | 6/11/2018 | $27.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000976 | $158.26 | 8/31/2018 | 2482244 | 6/11/2018 | $31.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000976 | $158.26 | 8/31/2018 | 2479901-3798 | 5/16/2018 | $26.40 |

**Totals:**    46 transfer(s),    $14,260.62