

2600 Eagan Woods Dr, Suite 400          151 West 46th Street, 4th Floor
St. Paul, MN 55121                              New York, NY 10036
651-406-9665                                              212-267-7342

| | |
|---|---|
| Defendant: | **24 Seven, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62083742 | $5,197.50 | 8/6/2018 | CH18070017 | 7/2/2018 | $2,502.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085419 | $7,262.50 | 9/6/2018 | CH18070217 | 7/30/2018 | $1,202.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085419 | $7,262.50 | 9/6/2018 | CH18070216 | 7/30/2018 | $2,370.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085367 | $8,527.50 | 9/6/2018 | CH18070197 | 7/26/2018 | $525.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085367 | $8,527.50 | 9/6/2018 | CH18070163 | 7/24/2018 | $2,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085367 | $8,527.50 | 9/6/2018 | CH18070162 | 7/24/2018 | $990.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085367 | $8,527.50 | 9/6/2018 | CH18070125 | 7/18/2018 | $2,625.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085367 | $8,527.50 | 9/6/2018 | CH18070117 | 7/17/2018 | $1,787.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084063 | $3,240.00 | 8/7/2018 | CH18070087 | 7/12/2018 | $1,680.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083690 | $18,597.50 | 8/2/2018 | CH18050008 | 5/1/2018 | $1,050.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083742 | $5,197.50 | 8/6/2018 | CH18070043 | 7/5/2018 | $2,695.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085770 | $17,585.25 | 9/13/2018 | CH18050027 | 5/2/2018 | $1,202.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083690 | $18,597.50 | 8/2/2018 | CH18060169 | 6/27/2018 | $1,950.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083690 | $18,597.50 | 8/2/2018 | CH18060156 | 6/25/2018 | $560.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083690 | $18,597.50 | 8/2/2018 | CH18060155 | 6/25/2018 | $2,660.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083690 | $18,597.50 | 8/2/2018 | CH18060154 | 6/25/2018 | $2,535.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083690 | $18,597.50 | 8/2/2018 | CH18060121 | 6/19/2018 | $2,695.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083690 | $18,597.50 | 8/2/2018 | CH18060111 | 6/18/2018 | $1,170.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083690 | $18,597.50 | 8/2/2018 | CH18060110 | 6/18/2018 | $1,462.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083690 | $18,597.50 | 8/2/2018 | CH18060071 | 6/11/2018 | $2,695.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083690 | $18,597.50 | 8/2/2018 | CH18060070 | 6/11/2018 | $1,820.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084063 | $3,240.00 | 8/7/2018 | CH18070063 | 7/9/2018 | $1,560.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085770 | $17,585.25 | 9/13/2018 | CH18080054 | 8/8/2018 | $1,115.50 |

24 Seven, LLC (2219399)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                          Exhibit A                                          P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62087182 | $3,481.50 | 10/11/2018 | CH18080212 | 8/29/2018 | $264.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087182 | $3,481.50 | 10/11/2018 | CH18080184 | 8/27/2018 | $2,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087116 | $9,148.75 | 10/5/2018 | CH18080171 | 8/24/2018 | $2,030.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087116 | $9,148.75 | 10/5/2018 | CH18080167 | 8/23/2018 | $481.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087116 | $9,148.75 | 10/5/2018 | CH18080144 | 8/20/2018 | $1,072.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087116 | $9,148.75 | 10/5/2018 | CH18080121 | 8/16/2018 | $1,341.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087116 | $9,148.75 | 10/5/2018 | CH18080120 | 8/16/2018 | $1,736.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087116 | $9,148.75 | 10/5/2018 | CH18080112 | 8/15/2018 | $780.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087116 | $9,148.75 | 10/5/2018 | CH18080111 | 8/15/2018 | $765.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085419 | $7,262.50 | 9/6/2018 | CH18070218 | 7/30/2018 | $2,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085770 | $17,585.25 | 9/13/2018 | CH18080055 | 8/8/2018 | $666.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085419 | $7,262.50 | 9/6/2018 | CH18070219 | 7/30/2018 | $1,690.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085770 | $17,585.25 | 9/13/2018 | CH18080047 | 8/7/2018 | $1,511.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085770 | $17,585.25 | 9/13/2018 | CH18080046 | 8/7/2018 | $1,785.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085770 | $17,585.25 | 9/13/2018 | CH18050179 | 5/23/2018 | $1,560.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085770 | $17,585.25 | 9/13/2018 | CH18050149 | 5/21/2018 | $2,240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085770 | $17,585.25 | 9/13/2018 | CH18050105 | 5/15/2018 | $2,145.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085770 | $17,585.25 | 9/13/2018 | CH18050065 | 5/9/2018 | $2,625.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085770 | $17,585.25 | 9/13/2018 | CH18050062 | 5/8/2018 | $1,527.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085770 | $17,585.25 | 9/13/2018 | CH18050030 | 5/3/2018 | $1,207.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087182 | $3,481.50 | 10/11/2018 | CH18080213 | 8/29/2018 | $617.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087116 | $9,148.75 | 10/5/2018 | CH18080089 | 8/14/2018 | $942.50 |

**Totals:** **8 transfer(s),** **$73,040.50**