**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Ability Maintenance, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013433 | $1,157.04 | 9/26/2018 | 11522 | 7/9/2018 | $1,157.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002471 | $6,203.00 | 9/5/2018 | 11513 | 6/20/2018 | $253.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002471 | $6,203.00 | 9/5/2018 | 11505 | 6/20/2018 | $3,275.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002471 | $6,203.00 | 9/5/2018 | 11489 | 6/20/2018 | $2,675.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987836 | $5,950.00 | 8/2/2018 | 11457 | 5/20/2018 | $3,275.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987836 | $5,950.00 | 8/2/2018 | 11443 | 5/20/2018 | $2,675.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984438 | $5,857.43 | 7/26/2018 | 11422 | 4/27/2018 | $2,275.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984438 | $5,857.43 | 7/26/2018 | 11421 | 4/27/2018 | $307.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984438 | $5,857.43 | 7/26/2018 | 11397 | 4/20/2018 | $3,275.00 |

**Totals:** 4 transfer(s), $19,167.47