**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Aceves Roofing Services, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246757 | $9,627.97 | 10/8/2018 | 24312995A-IN | 10/6/2018 | $9,627.97 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245046 | $5,590.00 | 9/27/2018 | 24317911B-IN | 9/26/2018 | $5,590.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242752 | $10,388.79 | 9/11/2018 | 24076267C-IN | 9/10/2018 | $10,388.79 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240900 | $6,818.59 | 8/29/2018 | 24272882A-IN | 8/28/2018 | $6,818.59 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237400 | $6,305.20 | 8/6/2018 | 24232288B-IN | 8/4/2018 | $6,305.20 |

Totals:    5 transfer(s),    $38,730.55