**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Adesso-Madden, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780997573 | $6,331.26 | 8/23/2018 | 1.00113E+12 | 6/29/2018 | $2,451.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981676 | $6,002.38 | 7/20/2018 | 1.00113E+12 | 6/11/2018 | $446.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989070 | $21,456.18 | 8/8/2018 | 1.00113E+12 | 6/29/2018 | $5,302.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989070 | $21,456.18 | 8/8/2018 | 1.00113E+12 | 6/29/2018 | $4,752.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989070 | $21,456.18 | 8/8/2018 | 1.00113E+12 | 6/29/2018 | $4,752.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989836 | $4,565.06 | 8/9/2018 | 1.00113E+12 | 6/21/2018 | $2,520.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989836 | $4,565.06 | 8/9/2018 | 1.00113E+12 | 6/21/2018 | $2,045.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989070 | $21,456.18 | 8/8/2018 | 1.00113E+12 | 6/25/2018 | $450.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996208 | $3,108.00 | 8/21/2018 | 1.00113E+12 | 6/25/2018 | $3,108.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989070 | $21,456.18 | 8/8/2018 | 1.00113E+12 | 6/25/2018 | $450.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997573 | $6,331.26 | 8/23/2018 | 1.00113E+12 | 7/9/2018 | $3,879.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999524 | $3,478.89 | 8/30/2018 | 1.00113E+12 | 7/25/2018 | $3,478.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000178 | $21,645.41 | 8/31/2018 | 1.00113E+12 | 7/25/2018 | $885.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000178 | $21,645.41 | 8/31/2018 | 1.00113E+12 | 7/25/2018 | $885.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000178 | $21,645.41 | 8/31/2018 | 1.00113E+12 | 7/25/2018 | $6,115.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000178 | $21,645.41 | 8/31/2018 | 1.00113E+12 | 7/25/2018 | $4,643.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991363 | $417.05 | 8/13/2018 | 1.00113E+12 | 6/22/2018 | $417.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983623 | $20,651.82 | 7/25/2018 | 1.00113E+12 | 6/22/2018 | $2,754.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981676 | $6,002.38 | 7/20/2018 | 1.00113E+12 | 6/15/2018 | $1,677.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981676 | $6,002.38 | 7/20/2018 | 1.00113E+12 | 6/15/2018 | $1,258.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981676 | $6,002.38 | 7/20/2018 | 1.00113E+12 | 6/22/2018 | $1,310.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981676 | $6,002.38 | 7/20/2018 | 1.00113E+12 | 6/22/2018 | $1,310.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983623 | $20,651.82 | 7/25/2018 | 1.00113E+12 | 6/22/2018 | $1,285.92 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983623 | $20,651.82 | 7/25/2018 | 1.00113E+12 | 6/22/2018 | $2,798.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989070 | $21,456.18 | 8/8/2018 | 1.00113E+12 | 6/29/2018 | $5,302.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983623 | $20,651.82 | 7/25/2018 | 1.00113E+12 | 6/22/2018 | $3,079.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003059 | $23,340.91 | 9/6/2018 | 1.00113E+12 | 7/13/2018 | $698.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983623 | $20,651.82 | 7/25/2018 | 1.00113E+12 | 6/25/2018 | $4,420.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983623 | $20,651.82 | 7/25/2018 | 1.00113E+12 | 6/25/2018 | $3,835.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987848 | $1,617.45 | 8/2/2018 | 1.00113E+12 | 5/21/2018 | $1,480.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987848 | $1,617.45 | 8/2/2018 | 1.00113E+12 | 6/15/2018 | $137.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988446 | $1,701.00 | 8/7/2018 | 1.00113E+12 | 6/21/2018 | $1,701.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989070 | $21,456.18 | 8/8/2018 | 1.00113E+12 | 6/22/2018 | $446.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983623 | $20,651.82 | 7/25/2018 | 1.00113E+12 | 6/22/2018 | $2,477.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010699 | $6,963.79 | 9/20/2018 | 1.00113E+12 | 6/25/2018 | $535.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007924 | $20,243.51 | 9/17/2018 | 1.00113E+12 | 7/25/2018 | $2,997.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007924 | $20,243.51 | 9/17/2018 | 1.00113E+12 | 7/25/2018 | $3,215.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007924 | $20,243.51 | 9/17/2018 | 1.00113E+12 | 7/30/2018 | $708.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007924 | $20,243.51 | 9/17/2018 | 1.00113E+12 | 7/30/2018 | $599.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007924 | $20,243.51 | 9/17/2018 | 1.00113E+12 | 8/9/2018 | $3,288.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007924 | $20,243.51 | 9/17/2018 | 1.00113E+12 | 8/9/2018 | $5,831.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000178 | $21,645.41 | 8/31/2018 | 1.00113E+12 | 7/25/2018 | $4,557.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007924 | $20,243.51 | 9/17/2018 | 1.00113E+12 | 8/14/2018 | $1,085.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006437 | $5,313.00 | 9/13/2018 | 1.00113E+12 | 7/27/2018 | $2,656.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010699 | $6,963.79 | 9/20/2018 | 1.00113E+12 | 7/30/2018 | $599.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010699 | $6,963.79 | 9/20/2018 | 1.00113E+12 | 8/8/2018 | $3,108.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010699 | $6,963.79 | 9/20/2018 | 1.00113E+12 | 8/8/2018 | $1,457.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010699 | $6,963.79 | 9/20/2018 | 1.00113E+12 | 8/8/2018 | $1,263.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011936 | $2,354.68 | 9/24/2018 | 1.00113E+12 | 8/14/2018 | $2,354.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012692 | $2,836.99 | 9/25/2018 | 1.00113E+12 | 7/30/2018 | $1,287.99 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781007924 | $20,243.51 | 9/17/2018 | 1.00113E+12 | 8/14/2018 | $101.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003059 | $23,340.91 | 9/6/2018 | 1.00113E+12 | 7/25/2018 | $1,866.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012692 | $2,836.99 | 9/25/2018 | 1.00113E+12 | 7/30/2018 | $1,549.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003059 | $23,340.91 | 9/6/2018 | 1.00113E+12 | 7/18/2018 | $876.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003059 | $23,340.91 | 9/6/2018 | 1.00113E+12 | 7/18/2018 | $705.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003059 | $23,340.91 | 9/6/2018 | 1.00113E+12 | 7/18/2018 | $600.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003059 | $23,340.91 | 9/6/2018 | 1.00113E+12 | 7/18/2018 | $471.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003059 | $23,340.91 | 9/6/2018 | 1.00113E+12 | 7/25/2018 | $950.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007924 | $20,243.51 | 9/17/2018 | 1.00113E+12 | 7/25/2018 | $2,415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003059 | $23,340.91 | 9/6/2018 | 1.00113E+12 | 7/25/2018 | $1,328.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006437 | $5,313.00 | 9/13/2018 | 1.00113E+12 | 7/27/2018 | $2,656.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003059 | $23,340.91 | 9/6/2018 | 1.00113E+12 | 7/25/2018 | $1,357.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003059 | $23,340.91 | 9/6/2018 | 1.00113E+12 | 7/30/2018 | $930.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003059 | $23,340.91 | 9/6/2018 | 1.00113E+12 | 7/30/2018 | $783.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003059 | $23,340.91 | 9/6/2018 | 1.00113E+12 | 7/31/2018 | $6,727.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003059 | $23,340.91 | 9/6/2018 | 1.00113E+12 | 7/31/2018 | $5,368.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004439 | $1,928.88 | 9/10/2018 | 1.00113E+12 | 6/22/2018 | $1,928.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000178 | $21,645.41 | 8/31/2018 | 1.00113E+12 | 7/25/2018 | $4,557.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003059 | $23,340.91 | 9/6/2018 | 1.00113E+12 | 7/25/2018 | $676.68 |

**Totals:**    **18 transfer(s),    $153,956.26**