**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **DisMart LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000333 | 5/22/2018 | $3,766.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000344 | 5/22/2018 | $2,907.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000324 | 5/22/2018 | $5,621.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000325 | 5/22/2018 | $4,742.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000326 | 5/22/2018 | $4,320.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000327 | 5/22/2018 | $6,296.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000328-8397 | 5/22/2018 | $249.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000328-8399 | 5/22/2018 | $5,281.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000329-8400 | 5/22/2018 | $280.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000329-8402 | 5/22/2018 | $4,741.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000330 | 5/22/2018 | $3,823.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000322 | 5/22/2018 | $5,998.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000332 | 5/22/2018 | $4,580.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000321 | 5/22/2018 | $5,556.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000334 | 5/22/2018 | $3,439.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000335-8403 | 5/22/2018 | $143.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000335-8405 | 5/22/2018 | $3,419.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000336 | 5/22/2018 | $3,380.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I0000337 | 5/22/2018 | $4,418.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000338 | 5/22/2018 | $3,059.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000339 | 5/22/2018 | $3,803.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000340 | 5/22/2018 | $2,944.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000341 | 5/22/2018 | $3,754.20 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000342 | 5/22/2018 | $2,055.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985213 | $2,678.04 | 7/27/2018 | I-0000356 | 5/15/2018 | $2,907.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000331 | 5/22/2018 | $5,042.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000311 | 5/22/2018 | $1,458.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000298-8388 | 5/22/2018 | $68.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000298-8390 | 5/22/2018 | $2,158.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000301 | 5/22/2018 | $1,896.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000302 | 5/22/2018 | $1,787.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000303 | 5/22/2018 | $2,090.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000304 | 5/22/2018 | $1,510.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000305 | 5/22/2018 | $1,823.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000306 | 5/22/2018 | $1,569.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000307 | 5/22/2018 | $1,377.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000308 | 5/22/2018 | $2,134.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000323 | 5/22/2018 | $3,577.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000310 | 5/22/2018 | $1,214.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000346 | 5/22/2018 | $4,182.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000312 | 5/22/2018 | $1,763.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000313-8391 | 5/22/2018 | $245.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000313-8393 | 5/22/2018 | $11,837.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000314 | 5/22/2018 | $7,683.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000315 | 5/22/2018 | $8,487.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000316 | 5/22/2018 | $7,095.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000317 | 5/22/2018 | $9,739.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000318 | 5/22/2018 | $6,065.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000319-8394 | 5/22/2018 | $261.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000319-8396 | 5/22/2018 | $5,975.93 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000320 | 5/22/2018 | $8,015.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000309 | 5/22/2018 | $1,453.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992118 | $76,712.50 | 8/14/2018 | I-0000500 | 5/29/2018 | $10,385.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000343 | 5/22/2018 | $2,838.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992118 | $76,712.50 | 8/14/2018 | I-0000480 | 5/28/2018 | $5,615.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992118 | $76,712.50 | 8/14/2018 | I-0000481 | 5/28/2018 | $3,523.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992118 | $76,712.50 | 8/14/2018 | I-0000482 | 5/28/2018 | $3,014.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992118 | $76,712.50 | 8/14/2018 | I-0000483 | 5/28/2018 | $1,131.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992118 | $76,712.50 | 8/14/2018 | I-0000493 | 5/29/2018 | $1,446.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992118 | $76,712.50 | 8/14/2018 | I-0000494 | 5/29/2018 | $1,893.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992118 | $76,712.50 | 8/14/2018 | I-0000495 | 5/29/2018 | $2,052.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992118 | $76,712.50 | 8/14/2018 | I-0000496 | 5/29/2018 | $2,337.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992118 | $76,712.50 | 8/14/2018 | I-0000497 | 5/29/2018 | $6,991.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-000300 | 5/22/2018 | $1,681.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992118 | $76,712.50 | 8/14/2018 | I-0000499 | 5/29/2018 | $6,115.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000414 | 5/24/2018 | $3,075.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992118 | $76,712.50 | 8/14/2018 | I-0000501 | 5/29/2018 | $3,482.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992118 | $76,712.50 | 8/14/2018 | I-0000502 | 5/29/2018 | $3,644.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992118 | $76,712.50 | 8/14/2018 | I-0000503 | 5/29/2018 | $3,397.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992118 | $76,712.50 | 8/14/2018 | I-0000504 | 5/29/2018 | $3,607.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992118 | $76,712.50 | 8/14/2018 | I-0000505 | 5/29/2018 | $4,958.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992118 | $76,712.50 | 8/14/2018 | I-0000506 | 5/29/2018 | $3,720.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992118 | $76,712.50 | 8/14/2018 | I-0000509 | 5/29/2018 | $1,334.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996382 | $14,805.48 | 8/21/2018 | I-0000507 | 5/29/2018 | $3,933.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996382 | $14,805.48 | 8/21/2018 | I-0000508 | 5/29/2018 | $5,489.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996382 | $14,805.48 | 8/21/2018 | I-0000510 | 5/29/2018 | $1,923.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996382 | $14,805.48 | 8/21/2018 | I-0000511 | 5/29/2018 | $1,729.99 |

DisMart LLC (2219979)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780992118 | $76,712.50 | 8/14/2018 | I-0000498 | 5/29/2018 | $6,138.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000402 | 5/24/2018 | $1,606.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000347 | 5/22/2018 | $3,657.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | i-0000348 | 5/22/2018 | $3,039.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000349 | 5/22/2018 | $2,907.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000350 | 5/22/2018 | $3,432.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000351 | 5/22/2018 | $2,907.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000352 | 5/22/2018 | $2,907.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000353 | 5/22/2018 | $3,039.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000354 | 5/22/2018 | $2,907.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000355 | 5/22/2018 | $4,182.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000357 | 5/22/2018 | $2,798.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992118 | $76,712.50 | 8/14/2018 | I-0000479 | 5/28/2018 | $1,921.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000401 | 5/24/2018 | $2,239.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996382 | $14,805.48 | 8/21/2018 | I-0000512 | 5/29/2018 | $1,729.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000403 | 5/24/2018 | $3,708.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000404 | 5/24/2018 | $2,239.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000405 | 5/24/2018 | $1,606.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000406 | 5/24/2018 | $1,606.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000407 | 5/24/2018 | $2,872.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000408 | 5/24/2018 | $973.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000409 | 5/24/2018 | $3,075.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000410 | 5/24/2018 | $1,606.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000411 | 5/24/2018 | $2,239.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000412 | 5/24/2018 | $3,075.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000413 | 5/24/2018 | $1,606.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988623 | $257,295.86 | 8/7/2018 | I-0000400 | 5/24/2018 | $1,606.54 |

**Totals:** 4 transfer(s), $351,491.88