**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Distribution Integrated Services, LLC** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052231801-20522 | 5/17/2018 | $10.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052227701-20511 | 5/15/2018 | $9.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052227701-20512 | 5/15/2018 | $94.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052228301-20513 | 5/15/2018 | $12.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052228301-20514 | 5/15/2018 | $118.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052228801-20515 | 5/15/2018 | $19.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052228801-20516 | 5/15/2018 | $188.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052229201-20517 | 5/15/2018 | $11.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052229201-20518 | 5/15/2018 | $137.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983770 | $937.60 | 7/25/2018 | 1052180501-20467 | 5/9/2018 | $4.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052230901-20521 | 5/14/2018 | $116.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052225201-20508 | 5/16/2018 | $102.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052231801-20523 | 5/17/2018 | $96.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052233701-20524 | 5/15/2018 | $17.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052233701-20525 | 5/15/2018 | $165.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052235401-20526 | 5/16/2018 | $22.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052235401-20527 | 5/16/2018 | $218.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052235601-20528 | 5/14/2018 | $21.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052235601-20529 | 5/14/2018 | $201.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052236501-20530 | 5/14/2018 | $24.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052236501-20531 | 5/14/2018 | $236.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052230901-20520 | 5/14/2018 | $12.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052220101-20499 | 5/15/2018 | $10.79 |

Distribution Integrated Services, LLC (2219914)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                                                 Exhibit A                                                                 P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052328701-20578 | 6/1/2018 | $6.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983770 | $937.60 | 7/25/2018 | 1052184101-20469 | 5/9/2018 | $12.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983770 | $937.60 | 7/25/2018 | 1052184101-20470 | 5/9/2018 | $115.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983770 | $937.60 | 7/25/2018 | 1052186901-20471 | 5/8/2018 | $12.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983770 | $937.60 | 7/25/2018 | 1052186901-20472 | 5/8/2018 | $115.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983770 | $937.60 | 7/25/2018 | 1052188501-20473 | 5/8/2018 | $8.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983770 | $937.60 | 7/25/2018 | 1052188501-20474 | 5/8/2018 | $82.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983770 | $937.60 | 7/25/2018 | 521762201-20475 | 5/8/2018 | $5.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983770 | $937.60 | 7/25/2018 | 521762201-20476 | 5/8/2018 | $51.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052226401-20510 | 5/14/2018 | $94.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983770 | $937.60 | 7/25/2018 | 52182301A-20478 | 5/8/2018 | $87.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052226401-20509 | 5/14/2018 | $9.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052220101-20500 | 5/15/2018 | $102.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052221601-20501 | 5/15/2018 | $11.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052221601-20502 | 5/15/2018 | $105.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 105222181-20503 | 5/14/2018 | $13.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 105222181-20504 | 5/14/2018 | $130.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052223701-20505 | 5/14/2018 | $11.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052223701-20506 | 5/14/2018 | $108.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052225201-20507 | 5/16/2018 | $10.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052239901-20534 | 5/15/2018 | $14.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983770 | $937.60 | 7/25/2018 | 52182301A-20477 | 5/8/2018 | $9.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052291901-20568 | 5/28/2018 | $21.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052238401-20532 | 5/15/2018 | $26.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052286601-20558 | 5/25/2018 | $7.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052286601-20559 | 5/25/2018 | $72.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052287501-20560 | 5/25/2018 | $4.65 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052287501-20561 | 5/25/2018 | $44.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052289201-20562 | 5/25/2018 | $16.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052289201-20563 | 5/25/2018 | $152.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052290901-20564 | 5/30/2018 | $22.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052290901-20565 | 5/30/2018 | $214.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052284901-20556 | 5/29/2018 | $5.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052291101-20567 | 5/28/2018 | $125.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052284501-20555 | 5/29/2018 | $134.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052291901-20569 | 5/28/2018 | $201.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052293801-20570 | 5/29/2018 | $27.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052293801-20571 | 5/29/2018 | $259.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052295301-20572 | 5/31/2018 | $8.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052295301-20573 | 5/31/2018 | $77.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052296401-20574 | 5/28/2018 | $6.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052296401-20575 | 5/28/2018 | $61.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052296901-20576 | 5/30/2018 | $10.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979752 | $306.65 | 7/17/2018 | 1052074601-20321 | 4/23/2018 | $3.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052291101-20566 | 5/28/2018 | $13.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052279101-20545 | 5/25/2018 | $36.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983770 | $937.60 | 7/25/2018 | 1052177901-20466 | 5/9/2018 | $56.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052239901-20535 | 5/15/2018 | $138.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052241501-20536 | 5/16/2018 | $16.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052241501-20537 | 5/16/2018 | $143.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 105227201-20538 | 5/28/2018 | $4.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 105227201-20539 | 5/28/2018 | $45.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052277301-20540 | 5/28/2018 | $4.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052277301-20541 | 5/28/2018 | $41.52 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052277401-20542 | 5/25/2018 | $16.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052284901-20557 | 5/29/2018 | $48.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052279101-20544 | 5/25/2018 | $3.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052238401-20533 | 5/15/2018 | $248.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052280801-20546 | 5/29/2018 | $6.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052280801-20547 | 5/29/2018 | $61.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052281901-20548 | 5/28/2018 | $8.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052281901-20549 | 5/28/2018 | $81.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052283501-20550 | 5/29/2018 | $7.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052283501-20551 | 5/29/2018 | $68.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052284201-20552 | 5/29/2018 | $7.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052284201-20553 | 5/29/2018 | $75.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052284501-20554 | 5/29/2018 | $14.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052277401-20543 | 5/25/2018 | $154.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979752 | $306.65 | 7/17/2018 | 1052143301-20354 | 4/30/2018 | $130.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979752 | $306.65 | 7/17/2018 | 1052132601-20345 | 4/30/2018 | $19.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979752 | $306.65 | 7/17/2018 | 1052132601-20346 | 4/30/2018 | $188.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979752 | $306.65 | 7/17/2018 | 1052135301-20347 | 4/30/2018 | $8.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979752 | $306.65 | 7/17/2018 | 1052135301-20348 | 4/30/2018 | $79.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979752 | $306.65 | 7/17/2018 | 1052138201A | 4/30/2018 | $277.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979752 | $306.65 | 7/17/2018 | 1052138201B-20349 | 4/30/2018 | $29.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979752 | $306.65 | 7/17/2018 | 1052138201B-20350 | 4/30/2018 | $40.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979752 | $306.65 | 7/17/2018 | 1052142701-20351 | 4/30/2018 | $8.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983770 | $937.60 | 7/25/2018 | 1052180501-20468 | 5/9/2018 | $47.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979752 | $306.65 | 7/17/2018 | 1052143301-20353 | 4/30/2018 | $13.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979752 | $306.65 | 7/17/2018 | 1052127301-20342 | 4/30/2018 | $159.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979752 | $306.65 | 7/17/2018 | 105284901-20355 | 4/23/2018 | $7.16 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780979752 | $306.65 | 7/17/2018 | 105284901-20356 | 4/23/2018 | $68.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979752 | $306.65 | 7/17/2018 | 521211101-20357 | 4/30/2018 | $18.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979752 | $306.65 | 7/17/2018 | 521211101-20358 | 4/30/2018 | $176.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980485 | $2,179.30 | 7/18/2018 | 1052119001-20411 | 5/1/2018 | $15.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980485 | $2,179.30 | 7/18/2018 | 1052119001-20412 | 5/1/2018 | $148.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980485 | $2,179.30 | 7/18/2018 | 1052120901-20413 | 5/1/2018 | $14.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980485 | $2,179.30 | 7/18/2018 | 1052120901-20414 | 5/1/2018 | $134.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980485 | $2,179.30 | 7/18/2018 | 1052123901-20415 | 5/2/2018 | $14.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979752 | $306.65 | 7/17/2018 | 1052142701-20352 | 4/30/2018 | $78.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979752 | $306.65 | 7/17/2018 | 1052087701-20333 | 4/23/2018 | $9.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979752 | $306.65 | 7/17/2018 | 1052074601-20322 | 4/23/2018 | $31.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979752 | $306.65 | 7/17/2018 | 1052080501-20323 | 4/24/2018 | $1.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979752 | $306.65 | 7/17/2018 | 1052080501-20324 | 4/24/2018 | $11.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979752 | $306.65 | 7/17/2018 | 1052080801-20325 | 4/24/2018 | $7.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979752 | $306.65 | 7/17/2018 | 1052080801-20326 | 4/24/2018 | $71.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979752 | $306.65 | 7/17/2018 | 1052081201-20327 | 4/24/2018 | $1.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979752 | $306.65 | 7/17/2018 | 1052081201-20328 | 4/24/2018 | $15.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979752 | $306.65 | 7/17/2018 | 1052082601-20329 | 4/20/2018 | $2.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979752 | $306.65 | 7/17/2018 | 1052082601-20330 | 4/20/2018 | $21.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979752 | $306.65 | 7/17/2018 | 1052129001-20344 | 4/30/2018 | $116.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979752 | $306.65 | 7/17/2018 | 1052086701-20332 | 4/25/2018 | $77.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979752 | $306.65 | 7/17/2018 | 1052129001-20343 | 4/30/2018 | $12.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979752 | $306.65 | 7/17/2018 | 1052087701-20334 | 4/23/2018 | $94.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979752 | $306.65 | 7/17/2018 | 1052089501-20335 | 4/24/2018 | $12.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979752 | $306.65 | 7/17/2018 | 1052089501-20336 | 4/24/2018 | $121.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979752 | $306.65 | 7/17/2018 | 1052091201-20337 | 4/25/2018 | $4.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979752 | $306.65 | 7/17/2018 | 1052091201-20338 | 4/25/2018 | $47.49 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780979752 | $306.65 | 7/17/2018 | 1052092501-20339 | 4/23/2018 | $2.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979752 | $306.65 | 7/17/2018 | 1052092501-20340 | 4/23/2018 | $21.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979752 | $306.65 | 7/17/2018 | 1052127301-20341 | 4/30/2018 | $16.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980485 | $2,179.30 | 7/18/2018 | 1052126101-20418 | 5/1/2018 | $159.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979752 | $306.65 | 7/17/2018 | 1052086701-20331 | 4/25/2018 | $8.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983770 | $937.60 | 7/25/2018 | 1052167501-20456 | 5/9/2018 | $42.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980485 | $2,179.30 | 7/18/2018 | 1052123901-20416 | 5/2/2018 | $134.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983073 | $234.79 | 7/24/2018 | 1052174501-20444 | 5/7/2018 | $61.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983073 | $234.79 | 7/24/2018 | 1052184301-20445 | 5/7/2018 | $8.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983073 | $234.79 | 7/24/2018 | 1052184301-20446 | 5/7/2018 | $78.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983073 | $234.79 | 7/24/2018 | 1052185101-20447 | 5/7/2018 | $11.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983073 | $234.79 | 7/24/2018 | 1052185101-20448 | 5/7/2018 | $110.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983073 | $234.79 | 7/24/2018 | 1052189701-20449 | 5/7/2018 | $4.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983073 | $234.79 | 7/24/2018 | 1052189701-20450 | 5/7/2018 | $47.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983073 | $234.79 | 7/24/2018 | 52190201A-20451 | 5/7/2018 | $6.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983073 | $234.79 | 7/24/2018 | 1052169501-20442 | 5/7/2018 | $104.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983770 | $937.60 | 7/25/2018 | 1052167501-20455 | 5/9/2018 | $4.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983073 | $234.79 | 7/24/2018 | 1052169501-20441 | 5/7/2018 | $10.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983770 | $937.60 | 7/25/2018 | 1052169301-20457 | 5/9/2018 | $4.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983770 | $937.60 | 7/25/2018 | 1052169301-20458 | 5/9/2018 | $47.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983770 | $937.60 | 7/25/2018 | 1052173501-20459 | 5/8/2018 | $6.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983770 | $937.60 | 7/25/2018 | 1052173501-20460 | 5/8/2018 | $63.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983770 | $937.60 | 7/25/2018 | 1052177001-20461 | 5/8/2018 | $5.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983770 | $937.60 | 7/25/2018 | 1052177001-20462 | 5/8/2018 | $49.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983770 | $937.60 | 7/25/2018 | 1052177501-20463 | 5/9/2018 | $9.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983770 | $937.60 | 7/25/2018 | 1052177501-20464 | 5/9/2018 | $87.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983770 | $937.60 | 7/25/2018 | 1052177901-20465 | 5/9/2018 | $5.96 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983073 | $234.79 | 7/24/2018 | 52190201A-20452 | 5/7/2018 | $62.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980485 | $2,179.30 | 7/18/2018 | 1052137301-20429 | 5/2/2018 | $24.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052328701-20579 | 6/1/2018 | $65.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980485 | $2,179.30 | 7/18/2018 | 1052129801-20419 | 5/1/2018 | $6.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980485 | $2,179.30 | 7/18/2018 | 1052129801-20420 | 5/1/2018 | $57.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980485 | $2,179.30 | 7/18/2018 | 1052130301-20421 | 5/1/2018 | $21.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980485 | $2,179.30 | 7/18/2018 | 1052130301-20422 | 5/1/2018 | $205.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980485 | $2,179.30 | 7/18/2018 | 1052130701-20423 | 5/1/2018 | $20.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980485 | $2,179.30 | 7/18/2018 | 1052130701-20424 | 5/1/2018 | $194.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980485 | $2,179.30 | 7/18/2018 | 1052133501-20425 | 5/2/2018 | $17.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980485 | $2,179.30 | 7/18/2018 | 1052133501-20426 | 5/2/2018 | $162.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983073 | $234.79 | 7/24/2018 | 1052174501-20443 | 5/7/2018 | $6.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980485 | $2,179.30 | 7/18/2018 | 1052137101-20428 | 5/2/2018 | $216.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980485 | $2,179.30 | 7/18/2018 | 1052126101-20417 | 5/1/2018 | $16.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980485 | $2,179.30 | 7/18/2018 | 1052137301-20430 | 5/2/2018 | $230.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980485 | $2,179.30 | 7/18/2018 | 1052140001-20431 | 5/1/2018 | $27.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980485 | $2,179.30 | 7/18/2018 | 1052140001-20432 | 5/1/2018 | $264.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980485 | $2,179.30 | 7/18/2018 | 1052141501-20433 | 5/2/2018 | $6.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980485 | $2,179.30 | 7/18/2018 | 1052141501-20434 | 5/2/2018 | $64.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981364 | $77.17 | 7/19/2018 | 1052171701-20435 | 5/4/2018 | $4.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981364 | $77.17 | 7/19/2018 | 1052171701-20436 | 5/4/2018 | $42.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981364 | $77.17 | 7/19/2018 | 1052179601-20437 | 5/4/2018 | $5.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981364 | $77.17 | 7/19/2018 | 1052179601-20438 | 5/4/2018 | $51.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980485 | $2,179.30 | 7/18/2018 | 1052137101-20427 | 5/2/2018 | $22.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005246 | $1,442.41 | 9/11/2018 | 1052426501-20835 | 6/20/2018 | $104.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004551 | $1,279.51 | 9/10/2018 | 1052430101-20811 | 6/18/2018 | $128.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004551 | $1,279.51 | 9/10/2018 | 1052431301-20812 | 6/15/2018 | $10.90 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004551 | $1,279.51 | 9/10/2018 | 1052431301-20813 | 6/15/2018 | $103.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004551 | $1,279.51 | 9/10/2018 | 1052435201-20814 | 6/18/2018 | $37.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004551 | $1,279.51 | 9/10/2018 | 1052435201-20815 | 6/18/2018 | $356.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004551 | $1,279.51 | 9/10/2018 | 52439901A-20830 | 6/18/2018 | $17.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004551 | $1,279.51 | 9/10/2018 | 52439901A-20831 | 6/18/2018 | $169.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004551 | $1,279.51 | 9/10/2018 | 7682-20832 | 6/18/2018 | $1.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001816 | $6,546.82 | 9/4/2018 | 1052393801-20781 | 6/13/2018 | $752.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005246 | $1,442.41 | 9/11/2018 | 1052426501-20834 | 6/20/2018 | $10.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004551 | $1,279.51 | 9/10/2018 | 1052429701-20808 | 6/18/2018 | $16.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005246 | $1,442.41 | 9/11/2018 | 1052429401-20836 | 6/19/2018 | $8.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005246 | $1,442.41 | 9/11/2018 | 1052429401-20837 | 6/19/2018 | $77.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005246 | $1,442.41 | 9/11/2018 | 1052432001-20838 | 6/20/2018 | $8.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005246 | $1,442.41 | 9/11/2018 | 1052432001-20839 | 6/20/2018 | $78.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005246 | $1,442.41 | 9/11/2018 | 1052433401-20840 | 6/19/2018 | $3.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005246 | $1,442.41 | 9/11/2018 | 1052433401-20841 | 6/19/2018 | $31.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005246 | $1,442.41 | 9/11/2018 | 1052435001-20842 | 6/20/2018 | $5.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005246 | $1,442.41 | 9/11/2018 | 1052435001-20843 | 6/20/2018 | $50.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005246 | $1,442.41 | 9/11/2018 | 1052435901-20844 | 6/20/2018 | $31.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004551 | $1,279.51 | 9/10/2018 | 7682-20833 | 6/18/2018 | $10.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004551 | $1,279.51 | 9/10/2018 | 1052423901-20799 | 6/18/2018 | $134.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052296901-20577 | 5/30/2018 | $96.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001816 | $6,546.82 | 9/4/2018 | 1052395601-20783 | 6/12/2018 | $923.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001816 | $6,546.82 | 9/4/2018 | 1052397101-20784 | 6/13/2018 | $62.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001816 | $6,546.82 | 9/4/2018 | 1052397101-20785 | 6/13/2018 | $594.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001816 | $6,546.82 | 9/4/2018 | 1052398201-20786 | 6/12/2018 | $62.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001816 | $6,546.82 | 9/4/2018 | 1052398201-20787 | 6/12/2018 | $596.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001816 | $6,546.82 | 9/4/2018 | 1052398801-20788 | 6/14/2018 | $57.16 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781001816 | $6,546.82 | 9/4/2018 | 1052398801-20789 | 6/14/2018 | $544.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004551 | $1,279.51 | 9/10/2018 | 1052423001-20796 | 6/18/2018 | $14.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004551 | $1,279.51 | 9/10/2018 | 1052430101-20810 | 6/18/2018 | $13.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004551 | $1,279.51 | 9/10/2018 | 1052423901-20798 | 6/18/2018 | $14.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004551 | $1,279.51 | 9/10/2018 | 1052429701-20809 | 6/18/2018 | $154.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004551 | $1,279.51 | 9/10/2018 | 1052424001-20800 | 6/18/2018 | $13.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004551 | $1,279.51 | 9/10/2018 | 1052424001-20801 | 6/18/2018 | $124.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004551 | $1,279.51 | 9/10/2018 | 1052425301-20802 | 6/15/2018 | $19.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004551 | $1,279.51 | 9/10/2018 | 1052425301-20803 | 6/15/2018 | $181.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004551 | $1,279.51 | 9/10/2018 | 1052427501-20804 | 6/18/2018 | $17.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004551 | $1,279.51 | 9/10/2018 | 1052427501-20805 | 6/18/2018 | $167.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004551 | $1,279.51 | 9/10/2018 | 1052428701-20806 | 6/18/2018 | $14.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004551 | $1,279.51 | 9/10/2018 | 1052428701-20807 | 6/18/2018 | $140.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005246 | $1,442.41 | 9/11/2018 | 1052437701-20847 | 6/20/2018 | $264.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004551 | $1,279.51 | 9/10/2018 | 1052423001-20797 | 6/18/2018 | $139.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008844 | $755.44 | 9/18/2018 | 1052477101-20910 | 6/27/2018 | $164.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005246 | $1,442.41 | 9/11/2018 | 1052435901-20845 | 6/20/2018 | $295.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008046 | $119.97 | 9/17/2018 | 1052482401-20890 | 6/25/2018 | $53.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008844 | $755.44 | 9/18/2018 | 1052466301-20901 | 6/27/2018 | $7.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008844 | $755.44 | 9/18/2018 | 1052466301-20902 | 6/27/2018 | $69.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008844 | $755.44 | 9/18/2018 | 1052467801-20903 | 6/26/2018 | $8.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008844 | $755.44 | 9/18/2018 | 1052467801-20904 | 6/26/2018 | $78.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008844 | $755.44 | 9/18/2018 | 1052470201-20905 | 6/26/2018 | $7.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008844 | $755.44 | 9/18/2018 | 1052470201-20906 | 6/26/2018 | $72.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008844 | $755.44 | 9/18/2018 | 1052470901-20907 | 6/26/2018 | $5.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008046 | $119.97 | 9/17/2018 | 1052468901-20888 | 6/25/2018 | $5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008844 | $755.44 | 9/18/2018 | 1052477101-20909 | 6/27/2018 | $17.29 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008046 | $119.97 | 9/17/2018 | 1052468901-20887 | 6/25/2018 | $0.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008844 | $755.44 | 9/18/2018 | 1052477301-20911 | 6/27/2018 | $11.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008844 | $755.44 | 9/18/2018 | 1052477301-20912 | 6/27/2018 | $107.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008844 | $755.44 | 9/18/2018 | 1052478001-20913 | 6/27/2018 | $19.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008844 | $755.44 | 9/18/2018 | 1052478001-20914 | 6/27/2018 | $181.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008844 | $755.44 | 9/18/2018 | 1052481401-20915 | 6/26/2018 | $1.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008844 | $755.44 | 9/18/2018 | 1052481401-20916 | 6/26/2018 | $11.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008844 | $755.44 | 9/18/2018 | 1052482901-20917 | 6/26/2018 | $2.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008844 | $755.44 | 9/18/2018 | 1052482901-20918 | 6/26/2018 | $23.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008844 | $755.44 | 9/18/2018 | 12138-20933 | 6/26/2018 | $18.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008844 | $755.44 | 9/18/2018 | 1052470901-20908 | 6/26/2018 | $53.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006152 | $171.97 | 9/12/2018 | 1052474001-20869 | 6/22/2018 | $8.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001816 | $6,546.82 | 9/4/2018 | 1052393801-20780 | 6/13/2018 | $79.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005246 | $1,442.41 | 9/11/2018 | 1052439001-20848 | 6/19/2018 | $16.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005246 | $1,442.41 | 9/11/2018 | 1052439001-20849 | 6/19/2018 | $159.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005246 | $1,442.41 | 9/11/2018 | 1052440401-20850 | 6/20/2018 | $34.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005246 | $1,442.41 | 9/11/2018 | 1052440401-20851 | 6/20/2018 | $330.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005246 | $1,442.41 | 9/11/2018 | 1052471201-20852 | 6/21/2018 | $12.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005246 | $1,442.41 | 9/11/2018 | 1052471201-20853 | 6/21/2018 | $119.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005246 | $1,442.41 | 9/11/2018 | 1052471601-20854 | 6/21/2018 | $2.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005246 | $1,442.41 | 9/11/2018 | 1052471601-20855 | 6/21/2018 | $74.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008046 | $119.97 | 9/17/2018 | 1052482401-20889 | 6/25/2018 | $5.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006152 | $171.97 | 9/12/2018 | 1052473101-20868 | 6/22/2018 | $93.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005246 | $1,442.41 | 9/11/2018 | 1052437701-20846 | 6/20/2018 | $27.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006152 | $171.97 | 9/12/2018 | 1052474001-20870 | 6/22/2018 | $85.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006152 | $171.97 | 9/12/2018 | 1052475501-20871 | 6/22/2018 | $9.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006152 | $171.97 | 9/12/2018 | 1052475501-20872 | 6/22/2018 | $89.37 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008046 | $119.97 | 9/17/2018 | 1052463701-20881 | 6/25/2018 | $7.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008046 | $119.97 | 9/17/2018 | 1052463701-20882 | 6/25/2018 | $69.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008046 | $119.97 | 9/17/2018 | 1052464701-20883 | 6/25/2018 | $7.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008046 | $119.97 | 9/17/2018 | 1052464701-20884 | 6/25/2018 | $72.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008046 | $119.97 | 9/17/2018 | 1052464801-20885 | 6/25/2018 | $8.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008046 | $119.97 | 9/17/2018 | 1052464801-20886 | 6/25/2018 | $84.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006152 | $171.97 | 9/12/2018 | 1052473101-20867 | 6/22/2018 | $9.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 2304444401 | 6/1/2018 | $131.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052347401-20603 | 6/4/2018 | $70.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 2304442901 | 6/4/2018 | $547.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 2304443301 | 6/4/2018 | $322.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 2304443601 | 6/4/2018 | $770.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 2304443701 | 5/29/2018 | $744.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 2304443801 | 6/1/2018 | $813.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 2304444001 | 6/1/2018 | $656.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 2304444101 | 6/1/2018 | $131.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001816 | $6,546.82 | 9/4/2018 | 1052395601-20782 | 6/12/2018 | $96.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 2304444301 | 6/1/2018 | $900.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052346901-20600 | 6/4/2018 | $7.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 2304444501 | 6/4/2018 | $858.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 2304444601 | 6/4/2018 | $861.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 2304444701 | 6/4/2018 | $808.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 522441001-20606 | 5/14/2018 | $9.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 522441001-20607 | 5/14/2018 | $94.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998346 | $6,013.04 | 8/28/2018 | 1052327101-20712 | 6/5/2018 | $4.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998346 | $6,013.04 | 8/28/2018 | 1052327101-20713 | 6/5/2018 | $38.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998346 | $6,013.04 | 8/28/2018 | 1052332101-20714 | 6/6/2018 | $6.89 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998346 | $6,013.04 | 8/28/2018 | 1052332101-20715 | 6/6/2018 | $65.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 2304444201 | 6/4/2018 | $787.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052335801-20591 | 6/4/2018 | $109.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052328901-20580 | 6/4/2018 | $9.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052328901-20581 | 6/4/2018 | $94.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052330701-20582 | 6/1/2018 | $3.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052330701-20583 | 6/1/2018 | $36.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052333201-20584 | 6/4/2018 | $6.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052333201-20585 | 6/4/2018 | $65.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052334601-20586 | 6/1/2018 | $7.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052334601-20587 | 6/1/2018 | $68.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052335301-20588 | 6/1/2018 | $3.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052347401-20602 | 6/4/2018 | $7.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052335801-20590 | 6/4/2018 | $11.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052346901-20601 | 6/4/2018 | $68.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052336201-20592 | 6/4/2018 | $7.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052336201-20593 | 6/4/2018 | $68.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052337701-20594 | 6/1/2018 | $6.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052337701-20595 | 6/1/2018 | $65.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052338501-20596 | 6/1/2018 | $6.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052338501-20597 | 6/1/2018 | $65.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052340201-20598 | 6/4/2018 | $10.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052340201-20599 | 6/4/2018 | $96.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998346 | $6,013.04 | 8/28/2018 | 1052342001-20718 | 6/6/2018 | $9.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997678 | $4,310.25 | 8/23/2018 | 1052335301-20589 | 6/1/2018 | $29.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001816 | $6,546.82 | 9/4/2018 | 1052383101-20770 | 6/11/2018 | $51.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998346 | $6,013.04 | 8/28/2018 | 1052341801-20716 | 6/7/2018 | $19.27 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999257 | $1,489.59 | 8/29/2018 | 1052389101-20740 | 6/8/2018 | $48.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999257 | $1,489.59 | 8/29/2018 | 1052389101-20741 | 6/8/2018 | $459.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001816 | $6,546.82 | 9/4/2018 | 1052375701-20762 | 6/12/2018 | $40.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001816 | $6,546.82 | 9/4/2018 | 1052375701-20763 | 6/12/2018 | $386.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001816 | $6,546.82 | 9/4/2018 | 1052377601-20764 | 6/13/2018 | $45.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001816 | $6,546.82 | 9/4/2018 | 1052377601-20765 | 6/13/2018 | $429.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001816 | $6,546.82 | 9/4/2018 | 1052380001-20766 | 6/12/2018 | $57.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001816 | $6,546.82 | 9/4/2018 | 1052380001-20767 | 6/12/2018 | $549.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999257 | $1,489.59 | 8/29/2018 | 1052388201-20738 | 6/8/2018 | $60.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001816 | $6,546.82 | 9/4/2018 | 1052381801-20769 | 6/12/2018 | $387.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999257 | $1,489.59 | 8/29/2018 | 1052377401-20737 | 6/8/2018 | $366.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001816 | $6,546.82 | 9/4/2018 | 1052383101-20771 | 6/11/2018 | $490.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001816 | $6,546.82 | 9/4/2018 | 1052384701-20772 | 6/12/2018 | $51.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001816 | $6,546.82 | 9/4/2018 | 1052384701-20773 | 6/12/2018 | $492.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001816 | $6,546.82 | 9/4/2018 | 1052385401-20774 | 6/12/2018 | $45.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001816 | $6,546.82 | 9/4/2018 | 1052385401-20775 | 6/12/2018 | $429.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001816 | $6,546.82 | 9/4/2018 | 1052392701-20776 | 6/13/2018 | $49.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001816 | $6,546.82 | 9/4/2018 | 1052392701-20777 | 6/13/2018 | $468.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001816 | $6,546.82 | 9/4/2018 | 1052392901-20778 | 6/13/2018 | $95.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001816 | $6,546.82 | 9/4/2018 | 1052392901-20779 | 6/13/2018 | $908.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001816 | $6,546.82 | 9/4/2018 | 1052381801-20768 | 6/12/2018 | $40.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998346 | $6,013.04 | 8/28/2018 | 1052386301-20729 | 6/7/2018 | $572.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008844 | $755.44 | 9/18/2018 | 12138-20934 | 6/26/2018 | $179.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998346 | $6,013.04 | 8/28/2018 | 1052342001-20719 | 6/6/2018 | $92.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998346 | $6,013.04 | 8/28/2018 | 1052342701-20720 | 6/6/2018 | $17.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998346 | $6,013.04 | 8/28/2018 | 1052342701-20721 | 6/6/2018 | $170.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998346 | $6,013.04 | 8/28/2018 | 1052344601-20722 | 6/5/2018 | $21.10 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998346 | $6,013.04 | 8/28/2018 | 1052344601-20723 | 6/5/2018 | $200.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998346 | $6,013.04 | 8/28/2018 | 1052345901-20724 | 6/5/2018 | $6.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998346 | $6,013.04 | 8/28/2018 | 1052345901-20725 | 6/5/2018 | $65.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998346 | $6,013.04 | 8/28/2018 | 1052385901-20726 | 6/7/2018 | $55.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999257 | $1,489.59 | 8/29/2018 | 1052388201-20739 | 6/8/2018 | $573.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998346 | $6,013.04 | 8/28/2018 | 1052386301-20728 | 6/7/2018 | $60.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998346 | $6,013.04 | 8/28/2018 | 1052341801-20717 | 6/7/2018 | $183.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998346 | $6,013.04 | 8/28/2018 | 1052391001-20730 | 6/7/2018 | $18.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998346 | $6,013.04 | 8/28/2018 | 1052391001-20731 | 6/7/2018 | $171.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998346 | $6,013.04 | 8/28/2018 | 2304443001 | 6/6/2018 | $536.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998346 | $6,013.04 | 8/28/2018 | 2304443101 | 6/6/2018 | $999.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998346 | $6,013.04 | 8/28/2018 | 2304443201 | 6/7/2018 | $131.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998346 | $6,013.04 | 8/28/2018 | 2304443401 | 6/6/2018 | $294.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998346 | $6,013.04 | 8/28/2018 | 2304443501 | 6/6/2018 | $914.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998346 | $6,013.04 | 8/28/2018 | 2304443901 | 6/5/2018 | $1,270.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999257 | $1,489.59 | 8/29/2018 | 1052377401-20736 | 6/8/2018 | $38.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998346 | $6,013.04 | 8/28/2018 | 1052385901-20727 | 6/7/2018 | $526.89 |

Totals:    14 transfer(s),    $25,864.51