**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Advanced Surfaces, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243377 | $2,886.48 | 9/17/2018 | 10406-IN | 9/12/2018 | $2,886.48 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241597 | $4,481.50 | 9/4/2018 | 10390-IN | 8/31/2018 | $4,481.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241272 | $2,221.48 | 8/31/2018 | 10388-IN | 8/29/2018 | $2,221.48 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240499 | $4,180.07 | 8/28/2018 | 10381-IN | 8/24/2018 | $4,180.07 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239652 | $2,273.80 | 8/22/2018 | 10367-IN | 8/16/2018 | $2,273.80 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238986 | $1,350.00 | 8/17/2018 | 10362-IN | 8/13/2018 | $1,350.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238582 | $2,854.62 | 8/15/2018 | 10361-IN | 8/13/2018 | $2,854.62 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237449 | $3,773.47 | 8/7/2018 | 10343-IN | 8/2/2018 | $3,773.47 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236495 | $3,837.69 | 8/2/2018 | 10337-IN | 8/1/2018 | $3,837.69 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236270 | $1,959.99 | 8/1/2018 | 10325-IN | 7/30/2018 | $1,959.99 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235065 | $1,100.00 | 7/25/2018 | 10319-IN | 7/23/2018 | $1,100.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233524 | $3,493.72 | 7/17/2018 | 10311-IN | 7/16/2018 | $3,493.72 |

**Totals:**    **12 transfer(s),**    **$34,412.82**