**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **Affinity Kitchen Design Group, Inc.** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| StarWest, LLC | StarWest, LLC | 63886 | $21,305.09 | 10/10/2018 | VEGAS CART 50% FINAL | 10/1/2018 | $1,690.49 |
| StarWest, LLC | StarWest, LLC | 63886 | $21,305.09 | 10/10/2018 | SDALE THERM DEP50% | 10/9/2018 | $732.00 |
| StarWest, LLC | StarWest, LLC | 63886 | $21,305.09 | 10/10/2018 | CO.MESA FINAL SAMSUNG | 9/28/2018 | $7,388.10 |
| StarWest, LLC | StarWest, LLC | 63886 | $21,305.09 | 10/10/2018 | CAB F&P 50% DEPOSIT | 11/9/2018 | $11,494.50 |
| StarWest, LLC | StarWest, LLC | 63724 | $1,690.50 | 8/27/2018 | DEPOSIT 50% CART | 8/27/2018 | $1,690.50 |
| StarWest, LLC | StarWest, LLC | 63605 | $1,392.00 | 8/7/2018 | TEMPE LIVE KITCHEN MODIF | 8/31/2018 | $1,392.00 |
| StarWest, LLC | StarWest, LLC | 63583 | $10,297.89 | 7/30/2018 | 50%DEPOSIT CABS | 7/30/2018 | $5,733.76 |
| StarWest, LLC | StarWest, LLC | 63583 | $10,297.89 | 7/30/2018 | 50%DEPOSIT CABINETS | 7/30/2018 | $4,564.13 |
| **Totals:** | | **4 transfer(s),** | **$34,685.48** | | | | |