**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Duracell Distributing LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780993590 | $477.12 | 8/6/2018 | 1101165579 | 8/23/2017 | $477.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983779 | $1,537.36 | 7/17/2018 | 1101236465 | 6/28/2018 | $1,537.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003818 | $5,520.39 | 8/24/2018 | 1101243785 | 8/6/2018 | $3,317.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003818 | $5,520.39 | 8/24/2018 | 1101243775 | 8/6/2018 | $2,203.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002775 | $2,181.84 | 8/22/2018 | 1101243458 | 8/2/2018 | $2,441.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001828 | $2,755.38 | 8/21/2018 | 1101243421 | 8/2/2018 | $2,755.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001119 | $7,276.94 | 8/20/2018 | 1101242041 | 7/25/2018 | $7,276.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000322 | $1,090.78 | 8/17/2018 | 1101242690 | 7/28/2018 | $1,542.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998355 | $1,537.22 | 8/14/2018 | 1101242328 | 7/26/2018 | $1,537.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997689 | $5,830.62 | 8/13/2018 | 1101241060 | 7/18/2018 | $5,830.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996987 | $16,590.55 | 8/10/2018 | 1101241739 | 7/23/2018 | $2,471.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996987 | $16,590.55 | 8/10/2018 | 1101241725 | 7/23/2018 | $3,598.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996987 | $16,590.55 | 8/10/2018 | 1101241706 | 7/23/2018 | $4,507.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005256 | $15,539.10 | 8/28/2018 | 1101245609 | 8/9/2018 | $5,063.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995961 | $4,339.83 | 8/8/2018 | 1101241433 | 7/20/2018 | $4,639.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006160 | $3,343.42 | 8/29/2018 | 1101245874 | 8/10/2018 | $1,491.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992757 | $2,177.89 | 8/3/2018 | 1101240760 | 7/16/2018 | $2,177.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991659 | $13,836.30 | 8/1/2018 | 1101240356 | 7/13/2018 | $3,587.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991659 | $13,836.30 | 8/1/2018 | 1101240292 | 7/13/2018 | $6,291.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991659 | $13,836.30 | 8/1/2018 | 1101239464 | 7/10/2018 | $4,107.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989222 | $6,451.67 | 7/27/2018 | 1101238880 | 7/9/2018 | $4,137.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989222 | $6,451.67 | 7/27/2018 | 1101238879 | 7/9/2018 | $2,314.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988654 | $6,008.04 | 7/26/2018 | 1101238805 | 7/9/2018 | $6,158.04 |

Duracell Distributing LLC (2219335)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                    Exhibit A                                    P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988160 | $2,287.77 | 7/25/2018 | 1101237429 | 7/2/2018 | $2,287.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985791 | $11,493.33 | 7/20/2018 | 1101237341 | 6/30/2018 | $4,296.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985791 | $11,493.33 | 7/20/2018 | 1101237294 | 6/30/2018 | $4,611.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985791 | $11,493.33 | 7/20/2018 | 1101235691 | 6/25/2018 | $2,584.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984762 | $14,149.81 | 7/18/2018 | 1101237405 | 7/2/2018 | $4,222.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984762 | $14,149.81 | 7/18/2018 | 1101236853 | 6/28/2018 | $9,927.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996987 | $16,590.55 | 8/10/2018 | 1101241558 | 7/21/2018 | $6,013.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011453 | $20,434.34 | 9/7/2018 | 1101247243 | 8/20/2018 | $2,366.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022486 | $3,543.74 | 10/1/2018 | 1101253642 | 9/11/2018 | $1,771.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019684 | $29,673.20 | 9/25/2018 | 1101251619 | 9/6/2018 | $5,513.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019684 | $29,673.20 | 9/25/2018 | 1101251618 | 9/6/2018 | $13,613.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019684 | $29,673.20 | 9/25/2018 | 1101249302 | 8/30/2018 | $10,546.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018979 | $1,771.87 | 9/24/2018 | 1101250889 | 9/5/2018 | $1,771.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018264 | $12,005.41 | 9/21/2018 | 1101249316 | 8/30/2018 | $12,005.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017663 | $17,412.00 | 9/20/2018 | 1101249539 | 8/30/2018 | $11,208.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017663 | $17,412.00 | 9/20/2018 | 1101249315 | 8/30/2018 | $6,216.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013729 | $2,986.72 | 9/12/2018 | 1101248051 | 8/24/2018 | $2,986.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012823 | $12,211.54 | 9/11/2018 | 1101247767 | 8/22/2018 | $4,508.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012823 | $12,211.54 | 9/11/2018 | 1101247763 | 8/22/2018 | $4,434.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012823 | $12,211.54 | 9/11/2018 | 1101247739 | 8/22/2018 | $1,489.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005256 | $15,539.10 | 8/28/2018 | 1101242910 | 7/31/2018 | $10,475.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011453 | $20,434.34 | 9/7/2018 | 1101247245 | 8/20/2018 | $3,699.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022486 | $3,543.74 | 10/1/2018 | 1101254153 | 9/11/2018 | $1,771.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011453 | $20,434.34 | 9/7/2018 | 1101247242 | 8/20/2018 | $8,671.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011453 | $20,434.34 | 9/7/2018 | 1101247058 | 8/16/2018 | $5,858.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010919 | $19,718.44 | 9/6/2018 | 1101247244 | 8/20/2018 | $6,679.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010919 | $19,718.44 | 9/6/2018 | 1101247232 | 8/20/2018 | $1,779.41 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781010919 | $19,718.44 | 9/6/2018 | 1101247231 | 8/20/2018 | $2,972.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010919 | $19,718.44 | 9/6/2018 | 1101247194 | 8/18/2018 | $5,722.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010919 | $19,718.44 | 9/6/2018 | 1101247092 | 8/17/2018 | $2,564.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010050 | $7,596.12 | 9/5/2018 | 1101247059 | 8/16/2018 | $7,596.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008856 | $5,856.12 | 9/4/2018 | 1101246516 | 8/14/2018 | $5,856.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007266 | $13,022.65 | 8/31/2018 | 1101246747 | 8/15/2018 | $6,761.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007266 | $13,022.65 | 8/31/2018 | 1101246231 | 8/13/2018 | $3,536.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007266 | $13,022.65 | 8/31/2018 | 1101246230 | 8/13/2018 | $2,724.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006160 | $3,343.42 | 8/29/2018 | 1101246012 | 8/10/2018 | $1,943.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012823 | $12,211.54 | 9/11/2018 | 1101246746 | 8/15/2018 | $1,779.41 |

Totals:    32 transfer(s),    $270,657.51