**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Air Master Awning LLC** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242394 | $23,940.75 | 9/7/2018 | 0880130-IN | 3/23/2018 | $99.45 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234447 | $3,358.57 | 7/20/2018 | 0890067-IN | 6/20/2018 | $2,016.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235679 | $10,529.12 | 7/27/2018 | 0887739-IN | 5/29/2018 | $775.05 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235679 | $10,529.12 | 7/27/2018 | 0888736-IN | 6/8/2018 | $4,081.45 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235679 | $10,529.12 | 7/27/2018 | 0890066-IN | 6/20/2018 | $270.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235679 | $10,529.12 | 7/27/2018 | 0891688-IN | 7/6/2018 | $2,315.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235679 | $10,529.12 | 7/27/2018 | 0892080-IN | 7/11/2018 | $3,087.62 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238102 | $4,868.00 | 8/10/2018 | 0861273-IN | 10/17/2017 | $4,868.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240194 | $999.15 | 8/24/2018 | 0896994-IN | 8/16/2018 | $999.15 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240944 | $14.22 | 8/29/2018 | 0838621-IN | 3/30/2017 | $14.22 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241476 | $430.29 | 8/31/2018 | 0851255-IN | 6/30/2018 | $430.29 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242394 | $23,940.75 | 9/7/2018 | 0876851-IN | 2/22/2018 | $963.14 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242394 | $23,940.75 | 9/7/2018 | 0876926-IN | 2/23/2018 | $1,938.24 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242394 | $23,940.75 | 9/7/2018 | 0877582-IN | 2/28/2018 | $1,773.53 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234447 | $3,358.57 | 7/20/2018 | 0889971-IN | 6/20/2018 | $1,342.45 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242394 | $23,940.75 | 9/7/2018 | 0893135-IN | 7/19/2018 | $1,109.07 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245755 | $3,562.11 | 10/2/2018 | 0890663-IN | 6/26/2018 | $3,562.11 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243304 | $135.56 | 9/14/2018 | 0887487-IN | 5/25/2018 | $82.88 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243304 | $135.56 | 9/14/2018 | 0875309-IN | 2/12/2018 | $29.88 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243304 | $135.56 | 9/14/2018 | 0835711-IN | 3/9/2017 | $22.80 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242394 | $23,940.75 | 9/7/2018 | 0898009-IN | 8/23/2018 | $2,851.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242394 | $23,940.75 | 9/7/2018 | 0878925-IN | 3/13/2018 | $583.22 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242394 | $23,940.75 | 9/7/2018 | 0893136-IN | 7/19/2018 | $1,262.84 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242394 | $23,940.75 | 9/7/2018 | 0880023-IN | 3/22/2018 | $2,406.69 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242394 | $23,940.75 | 9/7/2018 | 0884801-IN | 5/1/2018 | $510.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242394 | $23,940.75 | 9/7/2018 | 0884799-IN | 5/1/2018 | $1,499.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242394 | $23,940.75 | 9/7/2018 | 0881092-IN | 4/2/2018 | $3,159.14 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242394 | $23,940.75 | 9/7/2018 | 0880660-IN | 3/28/2018 | $1,563.79 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242394 | $23,940.75 | 9/7/2018 | 0880334-IN | 3/26/2018 | $1,637.51 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246393 | $3,033.67 | 10/5/2018 | 0875308-IN | 2/12/2018 | $3,033.67 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242394 | $23,940.75 | 9/7/2018 | 0896539-IN | 8/14/2018 | $2,582.67 |

**Totals:**     10 transfer(s),     $50,871.44