# ask LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Durham Supply, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242375 | $2,620.64 | 9/7/2018 | 1317441-IN | 8/7/2018 | $2,620.64 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240662 | $3,095.11 | 8/28/2018 | 2543602-IN | 8/1/2018 | $3,095.11 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239126 | $3,678.87 | 8/17/2018 | 2542682-IN | 7/19/2018 | $3,678.87 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233663 | $3,486.24 | 7/17/2018 | 1310051-IN | 6/20/2018 | $3,486.24 |

**Totals:**   **4 transfer(s),**   **$12,880.86**

Durham Supply, Inc. (2219872)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                Exhibit A                                    P. 1