# ask LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Akamai Technologies, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009621 | $274,015.00 | 9/19/2018 | 18110019814 | 7/1/2018 | $274,015.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002492 | $297,242.00 | 9/5/2018 | 18110016939 | 6/17/2018 | $297,242.00 |

**Totals:**    **2 transfer(s),**    **$571,257.00**