**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **E&E Co. Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990733 | $12,173.53 | 8/10/2018 | 4441210 | 6/28/2018 | $1,201.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979764 | $6,389.73 | 7/17/2018 | 4417102 | 5/24/2018 | $3,345.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988161 | $201.91 | 8/2/2018 | 4430544 | 6/12/2018 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988659 | $1,804.47 | 8/7/2018 | 4430548 | 6/12/2018 | $1,804.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989962 | $3,255.86 | 8/9/2018 | 4432566 | 6/14/2018 | $3,220.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989962 | $3,255.86 | 8/9/2018 | 4432569 | 6/14/2018 | $58.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990733 | $12,173.53 | 8/10/2018 | 4434432 | 6/19/2018 | $1,074.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987234 | $947.07 | 8/1/2018 | 4434713 | 6/19/2018 | $237.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990733 | $12,173.53 | 8/10/2018 | 4441209 | 6/28/2018 | $648.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986518 | $26.65 | 7/31/2018 | 4431604 | 6/13/2018 | $89.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990733 | $12,173.53 | 8/10/2018 | 4445291 | 7/5/2018 | $4,593.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990733 | $12,173.53 | 8/10/2018 | 4445292 | 7/5/2018 | $4,556.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992758 | $97.04 | 8/15/2018 | 4434430 | 6/19/2018 | $553.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992758 | $97.04 | 8/15/2018 | 4434447 | 6/19/2018 | $22.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992758 | $97.04 | 8/15/2018 | 4438687 | 6/25/2018 | $131.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993591 | $661.62 | 8/16/2018 | 4444977 | 7/3/2018 | $661.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990733 | $12,173.53 | 8/10/2018 | 4434446 | 6/19/2018 | $98.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983780 | $23,280.78 | 7/25/2018 | 4422324 | 5/31/2018 | $445.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979764 | $6,389.73 | 7/17/2018 | 4428228 | 6/7/2018 | $3,082.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979764 | $6,389.73 | 7/17/2018 | 4428232 | 6/7/2018 | $265.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982409 | $3,126.06 | 7/23/2018 | 4417114 | 5/24/2018 | $336.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982409 | $3,126.06 | 7/23/2018 | 4430546 | 6/12/2018 | $1,097.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982409 | $3,126.06 | 7/23/2018 | 4432567 | 6/14/2018 | $4,266.21 |

E&E Co. Ltd. (2219479)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020

Exhibit A

P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982409 | $3,126.06 | 7/23/2018 | 4432568 | 6/14/2018 | $206.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987234 | $947.07 | 8/1/2018 | 4440275 | 6/26/2018 | $737.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983780 | $23,280.78 | 7/25/2018 | 4422323 | 5/31/2018 | $7,751.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994558 | $19,128.32 | 8/17/2018 | 4440837 | 6/27/2018 | $679.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983780 | $23,280.78 | 7/25/2018 | 4428223 | 6/7/2018 | $562.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983780 | $23,280.78 | 7/25/2018 | 4428225 | 6/7/2018 | $1,460.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983780 | $23,280.78 | 7/25/2018 | 4434431 | 6/19/2018 | $405.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983780 | $23,280.78 | 7/25/2018 | 4436637 | 6/21/2018 | $11,136.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983780 | $23,280.78 | 7/25/2018 | 4436640 | 6/21/2018 | $755.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986518 | $26.65 | 7/31/2018 | 4430547 | 6/12/2018 | $113.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983780 | $23,280.78 | 7/25/2018 | 4411895 | 5/15/2018 | $1,014.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007268 | $1,812.86 | 9/14/2018 | 4457944-5171 | 7/24/2018 | $140.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004559 | $1,750.79 | 9/10/2018 | 4460475 | 7/27/2018 | $1,750.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005257 | $18,547.66 | 9/11/2018 | 4444978 | 7/3/2018 | $838.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005257 | $18,547.66 | 9/11/2018 | 4455889 | 7/19/2018 | $520.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005257 | $18,547.66 | 9/11/2018 | 4455890 | 7/19/2018 | $1,138.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005257 | $18,547.66 | 9/11/2018 | 4457943 | 7/24/2018 | $1,279.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005257 | $18,547.66 | 9/11/2018 | 4465908 | 8/2/2018 | $14,827.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994558 | $19,128.32 | 8/17/2018 | 4436507 | 6/21/2018 | $7,238.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007268 | $1,812.86 | 9/14/2018 | 4457735 | 7/24/2018 | $1,150.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001829 | $9,807.58 | 9/4/2018 | 4456114 | 7/19/2018 | $946.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007268 | $1,812.86 | 9/14/2018 | 4457944-5173 | 7/24/2018 | $1,842.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008054 | $465.54 | 9/17/2018 | 4463117 | 7/31/2018 | $551.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008858 | $22,848.07 | 9/18/2018 | 4457746 | 7/24/2018 | $3,910.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008858 | $22,848.07 | 9/18/2018 | 4460038 | 7/26/2018 | $2,540.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008858 | $22,848.07 | 9/18/2018 | 4465661 | 8/2/2018 | $2,843.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008858 | $22,848.07 | 9/18/2018 | 4465662 | 8/2/2018 | $10,897.64 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006161 | $583.57 | 9/12/2018 | 4457734 | 7/24/2018 | $619.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999747 | $1,163.13 | 8/30/2018 | 4430545 | 6/12/2018 | $530.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008858 | $22,848.07 | 9/18/2018 | 4465909 | 8/2/2018 | $2,666.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994558 | $19,128.32 | 8/17/2018 | 4440838 | 6/27/2018 | $1,397.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994558 | $19,128.32 | 8/17/2018 | 4444712 | 7/3/2018 | $176.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994558 | $19,128.32 | 8/17/2018 | 4444713 | 7/3/2018 | $245.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994558 | $19,128.32 | 8/17/2018 | 4451651 | 7/12/2018 | $8,466.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998356 | $4,920.93 | 8/28/2018 | 4440273 | 6/26/2018 | $69.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003820 | $428.71 | 9/7/2018 | 4444979 | 7/3/2018 | $544.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998356 | $4,920.93 | 8/28/2018 | 4446372 | 7/6/2018 | $5,017.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001829 | $9,807.58 | 9/4/2018 | 4459263 | 7/25/2018 | $3,083.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999747 | $1,163.13 | 8/30/2018 | 4440272 | 6/26/2018 | $654.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000324 | $12,997.47 | 8/31/2018 | 4450672 | 7/12/2018 | $6,447.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000324 | $12,997.47 | 8/31/2018 | 4450703 | 7/12/2018 | $6,635.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001120 | $1,157.59 | 9/3/2018 | 4440274 | 6/26/2018 | $1,157.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001829 | $9,807.58 | 9/4/2018 | 4444976 | 7/3/2018 | $76.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001829 | $9,807.58 | 9/4/2018 | 4451227 | 7/12/2018 | $5,784.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994558 | $19,128.32 | 8/17/2018 | 4436522 | 6/21/2018 | $924.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998356 | $4,920.93 | 8/28/2018 | 4446339 | 7/6/2018 | $4,536.95 |

**Totals:**    **24 transfer(s),**    **$147,576.94**