**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **E.T. Browne Drug Co., Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780992156 | $3,323.11 | 8/14/2018 | 424207 | 6/22/2018 | $505.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988661 | $3,328.07 | 8/7/2018 | 423624 | 6/18/2018 | $601.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988661 | $3,328.07 | 8/7/2018 | 423625 | 6/18/2018 | $539.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988661 | $3,328.07 | 8/7/2018 | 423964-31663 | 6/21/2018 | $18.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988661 | $3,328.07 | 8/7/2018 | 423964-31665 | 6/21/2018 | $211.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988661 | $3,328.07 | 8/7/2018 | 424141 | 6/22/2018 | $154.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992156 | $3,323.11 | 8/14/2018 | 423712 | 6/18/2018 | $1,524.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003250 | $1,902.15 | 9/6/2018 | 424282 | 6/25/2018 | $1,771.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992156 | $3,323.11 | 8/14/2018 | 424140 | 6/22/2018 | $134.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988661 | $3,328.07 | 8/7/2018 | 423060 | 6/8/2018 | $1,474.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992156 | $3,323.11 | 8/14/2018 | KM162248A | 7/27/2018 | $480.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996413 | $2,115.61 | 8/21/2018 | 423603 | 6/15/2018 | $870.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996413 | $2,115.61 | 8/21/2018 | 424355 | 6/26/2018 | $781.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996413 | $2,115.61 | 8/21/2018 | 424511 | 6/28/2018 | $89.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996413 | $2,115.61 | 8/21/2018 | 424615 | 6/29/2018 | $144.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996413 | $2,115.61 | 8/21/2018 | 424616 | 6/29/2018 | $136.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981881 | $4,085.05 | 7/20/2018 | 422202 | 5/29/2018 | $1,064.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992156 | $3,323.11 | 8/14/2018 | 423713 | 6/18/2018 | $725.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985247 | $7,954.74 | 7/27/2018 | 422738 | 5/31/2018 | $1,233.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981881 | $4,085.05 | 7/20/2018 | 422204-31650 | 5/29/2018 | $58.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981881 | $4,085.05 | 7/20/2018 | 422204-31652 | 5/29/2018 | $2,062.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981881 | $4,085.05 | 7/20/2018 | 422440 | 5/31/2018 | $97.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981881 | $4,085.05 | 7/20/2018 | 422558 | 5/31/2018 | $328.99 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981881 | $4,085.05 | 7/20/2018 | 423090-31654 | 6/11/2018 | $75.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981881 | $4,085.05 | 7/20/2018 | 423090-31655 | 6/11/2018 | $418.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981881 | $4,085.05 | 7/20/2018 | 423091-31656 | 6/11/2018 | $24.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988661 | $3,328.07 | 8/7/2018 | 423518 | 6/15/2018 | $554.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985247 | $7,954.74 | 7/27/2018 | 422200 | 5/29/2018 | $505.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988661 | $3,328.07 | 8/7/2018 | 423516 | 6/15/2018 | $103.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985247 | $7,954.74 | 7/27/2018 | 422814 | 6/6/2018 | $2,486.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985247 | $7,954.74 | 7/27/2018 | 422815 | 6/6/2018 | $3,390.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985247 | $7,954.74 | 7/27/2018 | 422999 | 6/8/2018 | $960.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985247 | $7,954.74 | 7/27/2018 | 423517-31659 | 6/15/2018 | $46.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985247 | $7,954.74 | 7/27/2018 | 423517-31661 | 6/15/2018 | $470.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988661 | $3,328.07 | 8/7/2018 | 415242-31662 | 2/22/2018 | $85.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003250 | $1,902.15 | 9/6/2018 | 424698 | 6/29/2018 | $1,294.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981881 | $4,085.05 | 7/20/2018 | 423091-31658 | 6/11/2018 | $206.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010923 | $3,288.33 | 9/20/2018 | 426597 | 7/27/2018 | $53.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006670 | $6,535.31 | 9/13/2018 | 426055 | 7/19/2018 | $94.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006670 | $6,535.31 | 9/13/2018 | 426074 | 7/20/2018 | $2,336.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010923 | $3,288.33 | 9/20/2018 | 425936 | 7/19/2018 | $360.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010923 | $3,288.33 | 9/20/2018 | 426052 | 7/19/2018 | $2,237.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010923 | $3,288.33 | 9/20/2018 | 426053 | 7/19/2018 | $64.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010923 | $3,288.33 | 9/20/2018 | 426538 | 7/26/2018 | $505.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996413 | $2,115.61 | 8/21/2018 | 424739 | 6/29/2018 | $278.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010923 | $3,288.33 | 9/20/2018 | 426595 | 7/27/2018 | $96.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006670 | $6,535.31 | 9/13/2018 | 425830 | 7/18/2018 | $763.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014237 | $2,493.89 | 9/27/2018 | 426594 | 7/27/2018 | $239.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014237 | $2,493.89 | 9/27/2018 | 426954 | 7/31/2018 | $986.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014237 | $2,493.89 | 9/27/2018 | 427221 | 8/6/2018 | $332.46 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781014237 | $2,493.89 | 9/27/2018 | 427222 | 8/6/2018 | $293.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014237 | $2,493.89 | 9/27/2018 | 427223 | 8/6/2018 | $157.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014237 | $2,493.89 | 9/27/2018 | 427225 | 8/6/2018 | $129.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014237 | $2,493.89 | 9/27/2018 | 427609-31669 | 8/10/2018 | $61.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010923 | $3,288.33 | 9/20/2018 | 426593 | 7/27/2018 | $52.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003250 | $1,902.15 | 9/6/2018 | 425618-31666 | 7/13/2018 | $20.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003250 | $1,902.15 | 9/6/2018 | 424841 | 6/29/2018 | $1,119.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003250 | $1,902.15 | 9/6/2018 | 424842 | 6/29/2018 | $545.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003250 | $1,902.15 | 9/6/2018 | 424925 | 7/5/2018 | $168.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003250 | $1,902.15 | 9/6/2018 | 425107 | 7/9/2018 | $126.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003250 | $1,902.15 | 9/6/2018 | 425108 | 7/9/2018 | $112.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003250 | $1,902.15 | 9/6/2018 | 425289 | 7/11/2018 | $545.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003250 | $1,902.15 | 9/6/2018 | 425290 | 7/11/2018 | $2,504.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006670 | $6,535.31 | 9/13/2018 | 426051 | 7/19/2018 | $666.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003250 | $1,902.15 | 9/6/2018 | 425536 | 7/13/2018 | $563.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006670 | $6,535.31 | 9/13/2018 | 425935 | 7/19/2018 | $96.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003250 | $1,902.15 | 9/6/2018 | 425618-31668 | 7/13/2018 | $485.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003250 | $1,902.15 | 9/6/2018 | 425642 | 7/16/2018 | $92.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003250 | $1,902.15 | 9/6/2018 | 425831 | 7/18/2018 | $489.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003250 | $1,902.15 | 9/6/2018 | 426054 | 7/19/2018 | $372.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006670 | $6,535.31 | 9/13/2018 | 425090 | 7/6/2018 | $934.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006670 | $6,535.31 | 9/13/2018 | 425619 | 7/13/2018 | $1,784.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014237 | $2,493.89 | 9/27/2018 | 427609-31671 | 8/10/2018 | $443.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003250 | $1,902.15 | 9/6/2018 | 425535 | 7/13/2018 | $266.60 |

Totals:    9 transfer(s),    $35,026.26