**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Akorn, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009623 | $398.45 | 9/19/2018 | 3117715 | 6/26/2018 | $435.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005882 | $774.40 | 9/12/2018 | 3111750 | 6/19/2018 | $435.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005882 | $774.40 | 9/12/2018 | 3108358 | 6/14/2018 | $435.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998989 | $700.76 | 8/29/2018 | 3098835-53179 | 6/5/2018 | $213.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998989 | $700.76 | 8/29/2018 | 3098835-53178 | 6/5/2018 | $222.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998989 | $700.76 | 8/29/2018 | 3096735 | 5/31/2018 | $652.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995642 | $4,689.51 | 8/20/2018 | 3093868 | 5/25/2018 | $4,939.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991372 | $1,786.94 | 8/13/2018 | 3091173 | 5/22/2018 | $1,087.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991372 | $1,786.94 | 8/13/2018 | 3084355 | 5/16/2018 | $870.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987858 | $769.74 | 8/2/2018 | 3078445 | 5/9/2018 | $870.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984463 | $838.57 | 7/26/2018 | 3075040 | 5/3/2018 | $870.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981099 | $12,526.43 | 7/19/2018 | 3072958 | 4/30/2018 | $12,644.36 |

**Totals:** 8 transfer(s), $22,484.80