**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Alban Gaba Inc** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246518 | $4,887.40 | 10/8/2018 | 24479112A-IN | 10/6/2018 | $4,887.40 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246222 | $4,028.85 | 10/5/2018 | 24396766A-IN | 10/5/2018 | $4,028.85 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245831 | $4,393.97 | 10/3/2018 | 24420832A-IN | 9/24/2018 | $1,535.34 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245831 | $4,393.97 | 10/3/2018 | 24336215B-IN | 10/3/2018 | $2,858.63 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245606 | $3,243.99 | 10/2/2018 | 24417784A-IN | 10/2/2018 | $3,243.99 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245404 | $280.00 | 10/1/2018 | 24280277B-IN-2 | 9/29/2018 | $280.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243977 | $6,635.15 | 9/20/2018 | 24280277B-IN-1 | 9/19/2018 | $2,021.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243977 | $6,635.15 | 9/20/2018 | 24255016B-IN | 9/19/2018 | $4,613.40 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241611 | $5,495.33 | 9/4/2018 | 24251310A-IN | 9/1/2018 | $5,020.33 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241611 | $5,495.33 | 9/4/2018 | 15294675D-IN | 9/1/2018 | $475.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236001 | $705.38 | 7/31/2018 | 23952620A-IN | 7/30/2018 | $705.38 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234803 | $147.00 | 7/24/2018 | 23997018A-IN | 7/23/2018 | $147.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234539 | $250.00 | 7/23/2018 | 22711308C-IN | 7/20/2018 | $250.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233992 | $15,964.88 | 7/19/2018 | 23843844A-IN | 7/17/2018 | $539.10 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233992 | $15,964.88 | 7/19/2018 | 23691832A-IN-1 | 7/9/2018 | $15,425.78 |

Totals:    11 transfer(s),    $46,031.95