**ask** | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **All Interiors, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006445 | $377,806.51 | 9/13/2018 | 805003-29459 | 7/31/2018 | $145,959.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006445 | $377,806.51 | 9/13/2018 | 805003-29458 | 7/31/2018 | $38,388.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006445 | $377,806.51 | 9/13/2018 | 805003-29457 | 7/31/2018 | $226,910.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006445 | $377,806.51 | 9/13/2018 | 805003-29456 | 7/31/2018 | $8,808.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994284 | $7,016.11 | 8/17/2018 | 801907 | 7/6/2018 | $7,016.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986391 | $411,739.13 | 7/31/2018 | 805002-29454 | 6/21/2018 | $158,562.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986391 | $411,739.13 | 7/31/2018 | 805002-29453 | 6/21/2018 | $51,206.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986391 | $411,739.13 | 7/31/2018 | 805002-29452 | 6/21/2018 | $230,426.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986391 | $411,739.13 | 7/31/2018 | 805002-29451 | 6/21/2018 | $17,628.52 |

**Totals:** 3 transfer(s), $796,561.75