**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | **Altaba Inc. fdba Yahoo! Inc.** | | | | | | |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** | | | | | | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | | | | | | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013406 | $81,538.84 | 9/25/2018 | 7205168028Z041 | 7/8/2018 | $81,538.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998943 | $150,413.92 | 8/28/2018 | 7204353241Z050 | 6/8/2018 | $150,413.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982259 | $75,171.05 | 7/20/2018 | 7203669579Z032 | 5/8/2018 | $75,171.05 |
| **Totals:** | | **3 transfer(s),** | **$307,123.81** | | | | |