**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Earthgrains Baking Companies, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988663 | $2,523.50 | 8/7/2018 | 5337025084 | 7/2/2018 | $46.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988663 | $2,523.50 | 8/7/2018 | 2165512189 | 7/3/2018 | $16.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988663 | $2,523.50 | 8/7/2018 | 3365208781 | 7/2/2018 | $36.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988663 | $2,523.50 | 8/7/2018 | 3365208805 | 7/5/2018 | $86.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988663 | $2,523.50 | 8/7/2018 | 4107225697 | 7/2/2018 | $38.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988663 | $2,523.50 | 8/7/2018 | 4119200184 | 7/2/2018 | $38.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988663 | $2,523.50 | 8/7/2018 | 4119200335 | 7/2/2018 | $38.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988663 | $2,523.50 | 8/7/2018 | 4119200513 | 7/5/2018 | $38.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988663 | $2,523.50 | 8/7/2018 | 5006232850 | 6/29/2018 | $74.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988663 | $2,523.50 | 8/7/2018 | 3241718941 | 7/5/2018 | $100.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988663 | $2,523.50 | 8/7/2018 | 5329310760 | 6/29/2018 | $101.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988663 | $2,523.50 | 8/7/2018 | 3241718853 | 6/29/2018 | $57.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992160 | $1,192.29 | 8/14/2018 | 1054929695 | 7/11/2018 | $26.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992160 | $1,192.29 | 8/14/2018 | 1093428211-18824 | 7/6/2018 | $114.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992160 | $1,192.29 | 8/14/2018 | 1093734636 | 7/9/2018 | $52.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992160 | $1,192.29 | 8/14/2018 | 1093734691 | 7/12/2018 | $39.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992160 | $1,192.29 | 8/14/2018 | 1095029702-18825 | 7/6/2018 | $43.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992160 | $1,192.29 | 8/14/2018 | 2003328458 | 7/10/2018 | $44.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992160 | $1,192.29 | 8/14/2018 | 2004509073 | 7/10/2018 | $45.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992160 | $1,192.29 | 8/14/2018 | 2023317738 | 7/6/2018 | $29.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988663 | $2,523.50 | 8/7/2018 | 5006232889-18823 | 7/3/2018 | $72.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988663 | $2,523.50 | 8/7/2018 | 2277616514 | 7/5/2018 | $70.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996416 | $1,899.06 | 8/21/2018 | 2334613229 | 7/19/2018 | $25.13 |

Earthgrains Baking Companies, LLC (2219295)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                      Exhibit A                                      P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988663 | $2,523.50 | 8/7/2018 | 2226508791 | 7/3/2018 | $52.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988663 | $2,523.50 | 8/7/2018 | 2226908814 | 6/29/2018 | $47.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988663 | $2,523.50 | 8/7/2018 | 2234323796 | 6/29/2018 | $32.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988663 | $2,523.50 | 8/7/2018 | 2234323873 | 7/5/2018 | $50.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988663 | $2,523.50 | 8/7/2018 | 2235218058 | 6/29/2018 | $76.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988663 | $2,523.50 | 8/7/2018 | 2235218098 | 7/3/2018 | $49.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988663 | $2,523.50 | 8/7/2018 | 2235218126 | 7/5/2018 | $57.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988663 | $2,523.50 | 8/7/2018 | 3255917077-18822 | 7/3/2018 | $83.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988663 | $2,523.50 | 8/7/2018 | 2271919246 | 7/5/2018 | $57.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992160 | $1,192.29 | 8/14/2018 | 2235218182 | 7/10/2018 | $41.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988663 | $2,523.50 | 8/7/2018 | 2278515146 | 7/5/2018 | $60.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988663 | $2,523.50 | 8/7/2018 | 2316615590 | 7/3/2018 | $85.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988663 | $2,523.50 | 8/7/2018 | 2330818302 | 7/2/2018 | $52.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988663 | $2,523.50 | 8/7/2018 | 2330921838 | 7/3/2018 | $32.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988663 | $2,523.50 | 8/7/2018 | 2334613140 | 7/5/2018 | $19.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988663 | $2,523.50 | 8/7/2018 | 2334613141 | 7/5/2018 | $45.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988663 | $2,523.50 | 8/7/2018 | 2526218831 | 7/3/2018 | $32.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988663 | $2,523.50 | 8/7/2018 | 3233518289 | 7/3/2018 | $188.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988663 | $2,523.50 | 8/7/2018 | 2238316133 | 6/29/2018 | $29.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996416 | $1,899.06 | 8/21/2018 | 2234323974 | 7/13/2018 | $46.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996416 | $1,899.06 | 8/21/2018 | 1095029819 | 7/13/2018 | $61.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996416 | $1,899.06 | 8/21/2018 | 1095029885-18829 | 7/17/2018 | $77.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996416 | $1,899.06 | 8/21/2018 | 2003328481 | 7/13/2018 | $36.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996416 | $1,899.06 | 8/21/2018 | 2004509104 | 7/13/2018 | $45.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996416 | $1,899.06 | 8/21/2018 | 2023317800 | 7/13/2018 | $56.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996416 | $1,899.06 | 8/21/2018 | 2023317827 | 7/13/2018 | $29.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996416 | $1,899.06 | 8/21/2018 | 2165512320 | 7/17/2018 | $49.02 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780996416 | $1,899.06 | 8/21/2018 | 2222103394 | 7/19/2018 | $58.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992160 | $1,192.29 | 8/14/2018 | 2165512252 | 7/10/2018 | $55.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996416 | $1,899.06 | 8/21/2018 | 2226908902 | 7/13/2018 | $24.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996416 | $1,899.06 | 8/21/2018 | 1093428284-18828 | 7/13/2018 | $121.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996416 | $1,899.06 | 8/21/2018 | 2235218221 | 7/13/2018 | $57.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996416 | $1,899.06 | 8/21/2018 | 2235218271 | 7/17/2018 | $50.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996416 | $1,899.06 | 8/21/2018 | 2271919420 | 7/19/2018 | $57.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996416 | $1,899.06 | 8/21/2018 | 2277616624 | 7/17/2018 | $40.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996416 | $1,899.06 | 8/21/2018 | 2316615731 | 7/17/2018 | $54.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996416 | $1,899.06 | 8/21/2018 | 2330818459 | 7/16/2018 | $33.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996416 | $1,899.06 | 8/21/2018 | 2330921996 | 7/17/2018 | $26.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981883 | $1,771.62 | 7/20/2018 | 1093734247 | 6/18/2018 | $81.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996416 | $1,899.06 | 8/21/2018 | 2226508870 | 7/17/2018 | $41.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992160 | $1,192.29 | 8/14/2018 | 2526218891 | 7/12/2018 | $39.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988663 | $2,523.50 | 8/7/2018 | 2165512188 | 7/3/2018 | $37.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992160 | $1,192.29 | 8/14/2018 | 2238316192 | 7/9/2018 | $33.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992160 | $1,192.29 | 8/14/2018 | 2238316205 | 7/9/2018 | $21.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992160 | $1,192.29 | 8/14/2018 | 2278515217 | 7/12/2018 | $52.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992160 | $1,192.29 | 8/14/2018 | 2316615664 | 7/10/2018 | $61.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992160 | $1,192.29 | 8/14/2018 | 2330818372 | 7/9/2018 | $33.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992160 | $1,192.29 | 8/14/2018 | 2330921909 | 7/10/2018 | $26.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992160 | $1,192.29 | 8/14/2018 | 2334613187 | 7/12/2018 | $9.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996416 | $1,899.06 | 8/21/2018 | 1093734818 | 7/19/2018 | $26.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992160 | $1,192.29 | 8/14/2018 | 2526218847 | 7/6/2018 | $32.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996416 | $1,899.06 | 8/21/2018 | 1093734763 | 7/16/2018 | $57.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992160 | $1,192.29 | 8/14/2018 | 3233518398 | 7/10/2018 | $72.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992160 | $1,192.29 | 8/14/2018 | 3255917134-18827 | 7/10/2018 | $72.03 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780992160 | $1,192.29 | 8/14/2018 | 4119200629 | 7/12/2018 | $29.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992160 | $1,192.29 | 8/14/2018 | 5006232960 | 7/10/2018 | $72.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992160 | $1,192.29 | 8/14/2018 | 5314912358 | 7/6/2018 | $63.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992160 | $1,192.29 | 8/14/2018 | 5329310809 | 7/6/2018 | $48.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992160 | $1,192.29 | 8/14/2018 | 5337025139 | 7/9/2018 | $23.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996416 | $1,899.06 | 8/21/2018 | 1054929809 | 7/13/2018 | $33.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992160 | $1,192.29 | 8/14/2018 | 2222103379 | 7/12/2018 | $58.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992160 | $1,192.29 | 8/14/2018 | 2334613188 | 7/12/2018 | $14.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981883 | $1,771.62 | 7/20/2018 | 5314912238 | 6/15/2018 | $58.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988663 | $2,523.50 | 8/7/2018 | 2222103366 | 7/5/2018 | $58.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981883 | $1,771.62 | 7/20/2018 | 2334613045 | 6/21/2018 | $19.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981883 | $1,771.62 | 7/20/2018 | 2334613046 | 6/21/2018 | $37.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981883 | $1,771.62 | 7/20/2018 | 2526218749 | 6/21/2018 | $37.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981883 | $1,771.62 | 7/20/2018 | 3233518053 | 6/19/2018 | $212.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981883 | $1,771.62 | 7/20/2018 | 3241718649 | 6/15/2018 | $55.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981883 | $1,771.62 | 7/20/2018 | 3255916903-18810 | 6/19/2018 | $69.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981883 | $1,771.62 | 7/20/2018 | 3365208633 | 6/15/2018 | $68.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981883 | $1,771.62 | 7/20/2018 | 2316615433 | 6/19/2018 | $68.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981883 | $1,771.62 | 7/20/2018 | 5006232742 | 6/19/2018 | $72.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981883 | $1,771.62 | 7/20/2018 | 2278514973 | 6/21/2018 | $34.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981883 | $1,771.62 | 7/20/2018 | 5329310654 | 6/15/2018 | $39.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981883 | $1,771.62 | 7/20/2018 | 5337024974 | 6/18/2018 | $27.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985250 | $2,215.05 | 7/27/2018 | 1054929459 | 6/26/2018 | $20.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985250 | $2,215.05 | 7/27/2018 | 1054929460 | 6/26/2018 | $8.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985250 | $2,215.05 | 7/27/2018 | 1054929569 | 6/28/2018 | $87.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985250 | $2,215.05 | 7/27/2018 | 1093428059 | 6/22/2018 | $110.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985250 | $2,215.05 | 7/27/2018 | 1093734371 | 6/25/2018 | $59.29 |

Earthgrains Baking Companies, LLC (2219295)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jan 27, 2020                                          Exhibit A                                          P. 4

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985250 | $2,215.05 | 7/27/2018 | 1093734429 | 6/28/2018 | $29.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981883 | $1,771.62 | 7/20/2018 | 3365208670-18811 | 6/19/2018 | $54.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981883 | $1,771.62 | 7/20/2018 | 2222103388 | 6/21/2018 | $58.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981883 | $1,771.62 | 7/20/2018 | 1093734301 | 6/21/2018 | $10.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981883 | $1,771.62 | 7/20/2018 | 1095029336 | 6/15/2018 | $92.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981883 | $1,771.62 | 7/20/2018 | 2003328266 | 6/15/2018 | $57.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981883 | $1,771.62 | 7/20/2018 | 2003328298 | 6/19/2018 | $35.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981883 | $1,771.62 | 7/20/2018 | 2004508845 | 6/15/2018 | $7.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981883 | $1,771.62 | 7/20/2018 | 2004508878 | 6/19/2018 | $39.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981883 | $1,771.62 | 7/20/2018 | 2023317612 | 6/20/2018 | $34.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981883 | $1,771.62 | 7/20/2018 | 2165512045 | 6/19/2018 | $48.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981883 | $1,771.62 | 7/20/2018 | 2330818126 | 6/18/2018 | $33.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981883 | $1,771.62 | 7/20/2018 | 2222103324 | 6/15/2018 | $58.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985250 | $2,215.05 | 7/27/2018 | 2003328356 | 6/26/2018 | $34.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981883 | $1,771.62 | 7/20/2018 | 2226508706 | 6/19/2018 | $42.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981883 | $1,771.62 | 7/20/2018 | 2234323606 | 6/15/2018 | $45.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981883 | $1,771.62 | 7/20/2018 | 2235217889 | 6/15/2018 | $57.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981883 | $1,771.62 | 7/20/2018 | 2235217939 | 6/19/2018 | $49.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981883 | $1,771.62 | 7/20/2018 | 2238316036 | 6/18/2018 | $17.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981883 | $1,771.62 | 7/20/2018 | 2238316053 | 6/18/2018 | $22.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981883 | $1,771.62 | 7/20/2018 | 2271919052 | 6/21/2018 | $57.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981883 | $1,771.62 | 7/20/2018 | 2275915616 | 6/15/2018 | $38.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981883 | $1,771.62 | 7/20/2018 | 2179118733 | 6/21/2018 | $93.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988663 | $2,523.50 | 8/7/2018 | 1093734506 | 7/2/2018 | $53.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985250 | $2,215.05 | 7/27/2018 | 3255916985-18817 | 6/26/2018 | $75.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985250 | $2,215.05 | 7/27/2018 | 3365208701 | 6/22/2018 | $30.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985250 | $2,215.05 | 7/27/2018 | 3365208752 | 6/28/2018 | $146.73 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985250 | $2,215.05 | 7/27/2018 | 5006232814 | 6/26/2018 | $72.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985250 | $2,215.05 | 7/27/2018 | 5222210360 | 6/28/2018 | $58.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985250 | $2,215.05 | 7/27/2018 | 5314912299 | 6/26/2018 | $77.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985250 | $2,215.05 | 7/27/2018 | 5329310707 | 6/22/2018 | $40.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985250 | $2,215.05 | 7/27/2018 | 5337025032 | 6/25/2018 | $31.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985250 | $2,215.05 | 7/27/2018 | 1095029465 | 6/22/2018 | $99.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988663 | $2,523.50 | 8/7/2018 | 1093734461 | 6/29/2018 | $21.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985250 | $2,215.05 | 7/27/2018 | 2526218796 | 6/28/2018 | $54.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988663 | $2,523.50 | 8/7/2018 | 1093734555 | 7/5/2018 | $47.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988663 | $2,523.50 | 8/7/2018 | 1095029586-18818 | 6/29/2018 | $69.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988663 | $2,523.50 | 8/7/2018 | 1095029649-18819 | 7/3/2018 | $74.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988663 | $2,523.50 | 8/7/2018 | 2003328379 | 6/29/2018 | $128.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988663 | $2,523.50 | 8/7/2018 | 2003328411 | 7/3/2018 | $62.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988663 | $2,523.50 | 8/7/2018 | 2004508979 | 6/29/2018 | $45.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988663 | $2,523.50 | 8/7/2018 | 2004509021 | 7/3/2018 | $39.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988663 | $2,523.50 | 8/7/2018 | 2004509037 | 7/5/2018 | $15.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988663 | $2,523.50 | 8/7/2018 | 1093428130 | 6/29/2018 | $98.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985250 | $2,215.05 | 7/27/2018 | 2238316100 | 6/25/2018 | $32.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996416 | $1,899.06 | 8/21/2018 | 302022176 | 7/13/2018 | $229.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985250 | $2,215.05 | 7/27/2018 | 2004508911 | 6/22/2018 | $26.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985250 | $2,215.05 | 7/27/2018 | 2004508952 | 6/26/2018 | $53.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985250 | $2,215.05 | 7/27/2018 | 2023317676 | 6/27/2018 | $65.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985250 | $2,215.05 | 7/27/2018 | 2165512108 | 6/26/2018 | $53.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985250 | $2,215.05 | 7/27/2018 | 2226508749 | 6/26/2018 | $14.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985250 | $2,215.05 | 7/27/2018 | 2226908796 | 6/26/2018 | $24.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985250 | $2,215.05 | 7/27/2018 | 2234323707 | 6/22/2018 | $43.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985250 | $2,215.05 | 7/27/2018 | 3241718751 | 6/22/2018 | $54.09 |

Earthgrains Baking Companies, LLC (2219295)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985250 | $2,215.05 | 7/27/2018 | 2235218022 | 6/26/2018 | $68.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985250 | $2,215.05 | 7/27/2018 | 3233518174 | 6/26/2018 | $226.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985250 | $2,215.05 | 7/27/2018 | 2271919148 | 6/28/2018 | $57.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985250 | $2,215.05 | 7/27/2018 | 2277616397 | 6/22/2018 | $58.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985250 | $2,215.05 | 7/27/2018 | 2278515062 | 6/28/2018 | $149.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985250 | $2,215.05 | 7/27/2018 | 2316615509 | 6/26/2018 | $75.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985250 | $2,215.05 | 7/27/2018 | 2330818211 | 6/25/2018 | $33.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985250 | $2,215.05 | 7/27/2018 | 2330921753 | 6/26/2018 | $29.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985250 | $2,215.05 | 7/27/2018 | 2334613088 | 6/28/2018 | $9.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985250 | $2,215.05 | 7/27/2018 | 2334613089 | 6/28/2018 | $61.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985250 | $2,215.05 | 7/27/2018 | 2003328323 | 6/22/2018 | $75.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985250 | $2,215.05 | 7/27/2018 | 2235217976 | 6/22/2018 | $57.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010927 | $1,271.96 | 9/20/2018 | 2004509333 | 8/10/2018 | $7.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006673 | $1,949.79 | 9/13/2018 | 2165512510 | 8/7/2018 | $55.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006673 | $1,949.79 | 9/13/2018 | 5006233266 | 8/7/2018 | $72.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006673 | $1,949.79 | 9/13/2018 | 5314912562 | 8/9/2018 | $80.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006673 | $1,949.79 | 9/13/2018 | 5329311030 | 8/3/2018 | $46.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006673 | $1,949.79 | 9/13/2018 | 5337025352 | 8/6/2018 | $27.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010927 | $1,271.96 | 9/20/2018 | 1093428597 | 8/10/2018 | $83.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010927 | $1,271.96 | 9/20/2018 | 1093735307 | 8/13/2018 | $50.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010927 | $1,271.96 | 9/20/2018 | 1093735361 | 8/16/2018 | $59.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006673 | $1,949.79 | 9/13/2018 | 3365209060 | 8/3/2018 | $113.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010927 | $1,271.96 | 9/20/2018 | 2003328743 | 8/14/2018 | $43.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006673 | $1,949.79 | 9/13/2018 | 3255917469 | 8/7/2018 | $48.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010927 | $1,271.96 | 9/20/2018 | 2004509368 | 8/14/2018 | $45.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010927 | $1,271.96 | 9/20/2018 | 2165512584 | 8/14/2018 | $55.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010927 | $1,271.96 | 9/20/2018 | 2234324352 | 8/10/2018 | $42.71 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781010927 | $1,271.96 | 9/20/2018 | 2235218556 | 8/10/2018 | $57.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010927 | $1,271.96 | 9/20/2018 | 2278515620 | 8/16/2018 | $44.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010927 | $1,271.96 | 9/20/2018 | 2316616019 | 8/14/2018 | $59.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010927 | $1,271.96 | 9/20/2018 | 2330818818 | 8/13/2018 | $19.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010927 | $1,271.96 | 9/20/2018 | 2330922310 | 8/14/2018 | $26.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010927 | $1,271.96 | 9/20/2018 | 2003328711 | 8/10/2018 | $52.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006673 | $1,949.79 | 9/13/2018 | 2316615952 | 8/7/2018 | $49.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996416 | $1,899.06 | 8/21/2018 | 2334613228 | 7/19/2018 | $9.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006673 | $1,949.79 | 9/13/2018 | 2222103441 | 8/9/2018 | $58.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006673 | $1,949.79 | 9/13/2018 | 2226508996 | 8/7/2018 | $27.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006673 | $1,949.79 | 9/13/2018 | 2234324259 | 8/3/2018 | $45.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006673 | $1,949.79 | 9/13/2018 | 2235218469 | 8/3/2018 | $60.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006673 | $1,949.79 | 9/13/2018 | 2235218525 | 8/7/2018 | $49.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006673 | $1,949.79 | 9/13/2018 | 2238316397 | 8/6/2018 | $22.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006673 | $1,949.79 | 9/13/2018 | 2238316406 | 8/6/2018 | $21.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006673 | $1,949.79 | 9/13/2018 | 3365209089 | 8/7/2018 | $56.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006673 | $1,949.79 | 9/13/2018 | 2278515588 | 8/9/2018 | $64.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010927 | $1,271.96 | 9/20/2018 | 2719119799 | 8/16/2018 | $28.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006673 | $1,949.79 | 9/13/2018 | 2330818726 | 8/6/2018 | $33.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006673 | $1,949.79 | 9/13/2018 | 2330922236 | 8/7/2018 | $29.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006673 | $1,949.79 | 9/13/2018 | 2334613358 | 8/9/2018 | $9.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006673 | $1,949.79 | 9/13/2018 | 2336413359 | 8/9/2018 | $22.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006673 | $1,949.79 | 9/13/2018 | 2526219031 | 8/4/2018 | $32.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006673 | $1,949.79 | 9/13/2018 | 2526219077 | 8/9/2018 | $32.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006673 | $1,949.79 | 9/13/2018 | 3233518896 | 8/7/2018 | $113.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006673 | $1,949.79 | 9/13/2018 | 3241719338 | 8/3/2018 | $92.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006673 | $1,949.79 | 9/13/2018 | 2271919701 | 8/9/2018 | $57.83 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781014241 | $1,392.06 | 9/27/2018 | 3241719560 | 8/17/2018 | $55.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014241 | $1,392.06 | 9/27/2018 | 2222103470 | 8/23/2018 | $58.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014241 | $1,392.06 | 9/27/2018 | 2234324453 | 8/17/2018 | $47.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014241 | $1,392.06 | 9/27/2018 | 2238316491 | 8/17/2018 | $33.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014241 | $1,392.06 | 9/27/2018 | 2278515700 | 8/23/2018 | $31.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014241 | $1,392.06 | 9/27/2018 | 2316616095 | 8/21/2018 | $51.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014241 | $1,392.06 | 9/27/2018 | 2330818910 | 8/20/2018 | $19.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014241 | $1,392.06 | 9/27/2018 | 2330922388 | 8/21/2018 | $26.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014241 | $1,392.06 | 9/27/2018 | 2526219123 | 8/17/2018 | $42.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010927 | $1,271.96 | 9/20/2018 | 2334613403 | 8/16/2018 | $19.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014241 | $1,392.06 | 9/27/2018 | 3233519150 | 8/21/2018 | $85.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014241 | $1,392.06 | 9/27/2018 | 2004509428 | 8/21/2018 | $45.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014241 | $1,392.06 | 9/27/2018 | 3255917635 | 8/21/2018 | $97.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014241 | $1,392.06 | 9/27/2018 | 3344803351 | 8/17/2018 | $0.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014241 | $1,392.06 | 9/27/2018 | 3365209176 | 8/17/2018 | $51.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014241 | $1,392.06 | 9/27/2018 | 3365209207 | 8/21/2018 | $51.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014241 | $1,392.06 | 9/27/2018 | 3365209226 | 8/23/2018 | $48.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014241 | $1,392.06 | 9/27/2018 | 5006233460 | 8/21/2018 | $19.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014241 | $1,392.06 | 9/27/2018 | 5314912626 | 8/17/2018 | $52.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014241 | $1,392.06 | 9/27/2018 | 5329311134 | 8/17/2018 | $48.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014241 | $1,392.06 | 9/27/2018 | 2526219175 | 8/23/2018 | $42.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014241 | $1,392.06 | 9/27/2018 | 1054930227 | 8/20/2018 | $33.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006673 | $1,949.79 | 9/13/2018 | 2023318038 | 8/8/2018 | $54.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010927 | $1,271.96 | 9/20/2018 | 3233519021 | 8/14/2018 | $145.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010927 | $1,271.96 | 9/20/2018 | 3241719448 | 8/10/2018 | $95.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010927 | $1,271.96 | 9/20/2018 | 3255917552 | 8/14/2018 | $75.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010927 | $1,271.96 | 9/20/2018 | 3365209116 | 8/10/2018 | $32.04 |

Earthgrains Baking Companies, LLC (2219295)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jan 27, 2020

Exhibit A

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781010927 | $1,271.96 | 9/20/2018 | 3365209150 | 8/14/2018 | $50.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010927 | $1,271.96 | 9/20/2018 | 5006233372 | 8/14/2018 | $72.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010927 | $1,271.96 | 9/20/2018 | 5329311081 | 8/10/2018 | $48.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014241 | $1,392.06 | 9/27/2018 | 2222103459 | 8/17/2018 | $58.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014241 | $1,392.06 | 9/27/2018 | 1054930149 | 8/20/2018 | $16.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014241 | $1,392.06 | 9/27/2018 | 2165512661 | 8/21/2018 | $46.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014241 | $1,392.06 | 9/27/2018 | 1054930282 | 8/20/2018 | $8.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014241 | $1,392.06 | 9/27/2018 | 1054930409 | 8/21/2018 | $17.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014241 | $1,392.06 | 9/27/2018 | 1093428670 | 8/17/2018 | $105.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014241 | $1,392.06 | 9/27/2018 | 1093735443 | 8/20/2018 | $25.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014241 | $1,392.06 | 9/27/2018 | 1093735503 | 8/23/2018 | $57.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014241 | $1,392.06 | 9/27/2018 | 1095030468 | 8/21/2018 | $81.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014241 | $1,392.06 | 9/27/2018 | 2003328765 | 8/17/2018 | $56.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014241 | $1,392.06 | 9/27/2018 | 2004509397 | 8/17/2018 | $7.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010927 | $1,271.96 | 9/20/2018 | 2334613404 | 8/16/2018 | $48.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010927 | $1,271.96 | 9/20/2018 | 5337025406 | 8/13/2018 | $27.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999752 | $1,595.12 | 8/30/2018 | 2330922077 | 7/24/2018 | $26.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006673 | $1,949.79 | 9/13/2018 | 2222103429 | 8/3/2018 | $58.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999752 | $1,595.12 | 8/30/2018 | 2234324063 | 7/20/2018 | $43.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999752 | $1,595.12 | 8/30/2018 | 2235218306 | 7/20/2018 | $57.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999752 | $1,595.12 | 8/30/2018 | 2235218358 | 7/24/2018 | $47.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999752 | $1,595.12 | 8/30/2018 | 2238316294 | 7/23/2018 | $22.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999752 | $1,595.12 | 8/30/2018 | 2238316305 | 7/23/2018 | $17.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999752 | $1,595.12 | 8/30/2018 | 2271919514 | 7/26/2018 | $57.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999752 | $1,595.12 | 8/30/2018 | 2278515376 | 7/26/2018 | $59.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999752 | $1,595.12 | 8/30/2018 | 2226508912-18832 | 7/24/2018 | $0.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999752 | $1,595.12 | 8/30/2018 | 2330818548 | 7/23/2018 | $33.21 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999752 | $1,595.12 | 8/30/2018 | 2222103401 | 7/26/2018 | $41.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999752 | $1,595.12 | 8/30/2018 | 2334613271 | 7/26/2018 | $19.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999752 | $1,595.12 | 8/30/2018 | 2334613272 | 7/26/2018 | $42.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999752 | $1,595.12 | 8/30/2018 | 2526218985 | 7/26/2018 | $32.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999752 | $1,595.12 | 8/30/2018 | 3233518653 | 7/24/2018 | $177.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999752 | $1,595.12 | 8/30/2018 | 3241719141 | 7/20/2018 | $50.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999752 | $1,595.12 | 8/30/2018 | 3255917305-18835 | 7/24/2018 | $72.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999752 | $1,595.12 | 8/30/2018 | 3365208935 | 7/20/2018 | $51.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999752 | $1,595.12 | 8/30/2018 | 5006233102 | 7/24/2018 | $62.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999752 | $1,595.12 | 8/30/2018 | 2316615809 | 7/24/2018 | $55.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999752 | $1,595.12 | 8/30/2018 | 1093734952 | 7/26/2018 | $57.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996416 | $1,899.06 | 8/21/2018 | 3233518522 | 7/17/2018 | $106.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996416 | $1,899.06 | 8/21/2018 | 3241719045 | 7/13/2018 | $80.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996416 | $1,899.06 | 8/21/2018 | 3255917217-18831 | 7/17/2018 | $87.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996416 | $1,899.06 | 8/21/2018 | 3365208870 | 7/13/2018 | $66.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996416 | $1,899.06 | 8/21/2018 | 3365208910 | 7/17/2018 | $37.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996416 | $1,899.06 | 8/21/2018 | 5006233033 | 7/18/2018 | $72.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996416 | $1,899.06 | 8/21/2018 | 5314912402 | 7/13/2018 | $55.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996416 | $1,899.06 | 8/21/2018 | 5329310864 | 7/13/2018 | $46.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999752 | $1,595.12 | 8/30/2018 | 2226508912-18833 | 7/24/2018 | $45.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999752 | $1,595.12 | 8/30/2018 | 1093734897 | 7/23/2018 | $38.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999752 | $1,595.12 | 8/30/2018 | 5337025245 | 7/23/2018 | $27.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999752 | $1,595.12 | 8/30/2018 | 1095029940 | 7/20/2018 | $30.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999752 | $1,595.12 | 8/30/2018 | 2003328536 | 7/20/2018 | $71.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999752 | $1,595.12 | 8/30/2018 | 2003328570 | 7/24/2018 | $34.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999752 | $1,595.12 | 8/30/2018 | 2004509144 | 7/20/2018 | $33.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999752 | $1,595.12 | 8/30/2018 | 2004509163 | 7/20/2018 | $28.36 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999752 | $1,595.12 | 8/30/2018 | 2004509194 | 7/24/2018 | $67.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999752 | $1,595.12 | 8/30/2018 | 2023317860 | 7/24/2018 | $29.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999752 | $1,595.12 | 8/30/2018 | 2165512387 | 7/24/2018 | $47.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996416 | $1,899.06 | 8/21/2018 | 5337025192 | 7/16/2018 | $27.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006673 | $1,949.79 | 9/13/2018 | 1093735116 | 8/3/2018 | $50.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003252 | $1,287.25 | 9/6/2018 | 3233518781 | 7/31/2018 | $118.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003252 | $1,287.25 | 9/6/2018 | 3241719238 | 7/27/2018 | $76.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003252 | $1,287.25 | 9/6/2018 | 3255917383 | 8/1/2018 | $70.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003252 | $1,287.25 | 9/6/2018 | 3365209002 | 7/27/2018 | $48.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003252 | $1,287.25 | 9/6/2018 | 3365209031 | 7/31/2018 | $35.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003252 | $1,287.25 | 9/6/2018 | 5006233178 | 7/31/2018 | $65.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003252 | $1,287.25 | 9/6/2018 | 5314912485 | 7/27/2018 | $61.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003252 | $1,287.25 | 9/6/2018 | 5329310972 | 7/27/2018 | $44.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999752 | $1,595.12 | 8/30/2018 | 5109342845 | 7/24/2018 | $112.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006673 | $1,949.79 | 9/13/2018 | 1093428518 | 8/3/2018 | $132.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003252 | $1,287.25 | 9/6/2018 | 2330922154 | 7/31/2018 | $26.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006673 | $1,949.79 | 9/13/2018 | 1093735162 | 8/6/2018 | $44.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006673 | $1,949.79 | 9/13/2018 | 1093735226 | 8/9/2018 | $35.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006673 | $1,949.79 | 9/13/2018 | 1095030174 | 8/3/2018 | $95.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006673 | $1,949.79 | 9/13/2018 | 2003328650 | 8/3/2018 | $51.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006673 | $1,949.79 | 9/13/2018 | 2003328686 | 8/7/2018 | $37.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006673 | $1,949.79 | 9/13/2018 | 2004509277 | 8/3/2018 | $7.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006673 | $1,949.79 | 9/13/2018 | 2004509308 | 8/7/2018 | $47.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006673 | $1,949.79 | 9/13/2018 | 2023317982 | 8/3/2018 | $48.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003252 | $1,287.25 | 9/6/2018 | 5337025298 | 7/30/2018 | $27.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003252 | $1,287.25 | 9/6/2018 | 2165512451 | 7/31/2018 | $64.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014241 | $1,392.06 | 9/27/2018 | 5337025459 | 8/20/2018 | $27.30 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999752 | $1,595.12 | 8/30/2018 | 6526218937 | 7/21/2018 | $39.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003252 | $1,287.25 | 9/6/2018 | 1054929910 | 7/27/2018 | $17.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003252 | $1,287.25 | 9/6/2018 | 1054929966 | 7/27/2018 | $17.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003252 | $1,287.25 | 9/6/2018 | 1093735027 | 7/30/2018 | $40.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003252 | $1,287.25 | 9/6/2018 | 1095030058 | 7/27/2018 | $92.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003252 | $1,287.25 | 9/6/2018 | 2003328593 | 7/27/2018 | $59.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003252 | $1,287.25 | 9/6/2018 | 2003328629 | 7/31/2018 | $40.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003252 | $1,287.25 | 9/6/2018 | 2334613317 | 8/2/2018 | $26.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003252 | $1,287.25 | 9/6/2018 | 2004509250 | 7/31/2018 | $39.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003252 | $1,287.25 | 9/6/2018 | 2334613316 | 8/2/2018 | $9.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003252 | $1,287.25 | 9/6/2018 | 2226508954 | 7/31/2018 | $18.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003252 | $1,287.25 | 9/6/2018 | 2226908993 | 7/27/2018 | $24.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003252 | $1,287.25 | 9/6/2018 | 2234324154 | 7/27/2018 | $40.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003252 | $1,287.25 | 9/6/2018 | 2235218393 | 7/27/2018 | $56.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003252 | $1,287.25 | 9/6/2018 | 2277616763 | 7/31/2018 | $28.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003252 | $1,287.25 | 9/6/2018 | 2278515456 | 8/2/2018 | $55.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003252 | $1,287.25 | 9/6/2018 | 2316615878 | 7/31/2018 | $62.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003252 | $1,287.25 | 9/6/2018 | 2330818637 | 7/30/2018 | $33.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999752 | $1,595.12 | 8/30/2018 | 5329310915 | 7/20/2018 | $44.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003252 | $1,287.25 | 9/6/2018 | 2004509221 | 7/27/2018 | $7.84 |

**Totals:** 10 transfer(s), $17,097.70