**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Amazon Advertising LLC fdba Amazon Media Group LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62082944 | $345,916.83 | 7/18/2018 | TRWZZN9804 | 5/3/2018 | $16,730.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082944 | $345,916.83 | 7/18/2018 | TRDRJ7V2N25 | 5/3/2018 | $329,186.16 |
| **Totals:** | | 1 transfer(s), | $345,916.83 | | | | |