**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **American Oak Preserving Company, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013480 | $13,906.96 | 9/26/2018 | 630383 | 7/9/2018 | $5,993.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013480 | $13,906.96 | 9/26/2018 | 630382 | 7/9/2018 | $2,302.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013480 | $13,906.96 | 9/26/2018 | 630378 | 7/6/2018 | $3,648.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013480 | $13,906.96 | 9/26/2018 | 630377 | 7/6/2018 | $2,123.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013480 | $13,906.96 | 9/26/2018 | 4807027118-5988 | 1/6/2018 | $0.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013480 | $13,906.96 | 9/26/2018 | 4807027118-5987 | 1/6/2018 | $3.60 |

**Totals:** 1 transfer(s), $13,906.96