**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **ECM Publishers, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62086557 | $4,748.64 | 9/24/2018 | 618388582 | 7/2/2018 | $4,748.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084730 | $6,016.18 | 8/21/2018 | 518388582 | 6/2/2018 | $6,016.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082774 | $6,580.95 | 7/17/2018 | 418388582 | 5/2/2018 | $6,580.95 |
| **Totals:** | **3 transfer(s),** | **$17,345.77** | | | | | |