**ask** | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **American Telecast Products, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08365 | $659.60 | 8/20/2018 | 00008076AA | 6/15/2018 | $132.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07860 | $1,316.80 | 8/17/2018 | 00008040AA | 6/13/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07860 | $1,316.80 | 8/17/2018 | 00008041AA | 6/13/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07860 | $1,316.80 | 8/17/2018 | 00008042AA | 6/13/2018 | $132.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07860 | $1,316.80 | 8/17/2018 | 00008043AA | 6/13/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07860 | $1,316.80 | 8/17/2018 | 00008044AA | 6/13/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07860 | $1,316.80 | 8/17/2018 | 00008045AA | 6/13/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08365 | $659.60 | 8/20/2018 | 00008061AA | 6/14/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00034 | $845.20 | 8/3/2018 | 00007858AA | 5/30/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08365 | $659.60 | 8/20/2018 | 00008063AA | 6/14/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04360 | $922.00 | 8/13/2018 | 00007988AA | 6/9/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11101 | $1,295.60 | 8/23/2018 | 00008095AA | 6/19/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11101 | $1,295.60 | 8/23/2018 | 00008096AA | 6/19/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11101 | $1,295.60 | 8/23/2018 | 00008097AA | 6/19/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11101 | $1,295.60 | 8/23/2018 | 00008098AA | 6/19/2018 | $253.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11101 | $1,295.60 | 8/23/2018 | 00008099AA | 6/19/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11101 | $1,295.60 | 8/23/2018 | 00008100AA | 6/19/2018 | $253.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12396 | $397.20 | 8/27/2018 | 00008126AA | 6/21/2018 | $132.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12396 | $397.20 | 8/27/2018 | 00008127AA | 6/21/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08365 | $659.60 | 8/20/2018 | 00008062AA | 6/14/2018 | $132.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03870 | $922.00 | 8/10/2018 | 00007940AA | 6/6/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00034 | $845.20 | 8/3/2018 | 00007859AA | 5/30/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00034 | $845.20 | 8/3/2018 | 00007860AA | 5/30/2018 | $197.40 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00034 | $845.20 | 8/3/2018 | 00007861AA | 5/30/2018 | $253.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00515 | $329.80 | 8/6/2018 | 00007895AA | 5/31/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00515 | $329.80 | 8/6/2018 | 00007896AA | 5/31/2018 | $132.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00515 | $329.80 | 8/6/2018 | 00007901AA | 6/1/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03099 | $269.33 | 8/9/2018 | 00007915AA | 6/5/2018 | $132.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03099 | $269.33 | 8/9/2018 | 00007916AA | 6/5/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07860 | $1,316.80 | 8/17/2018 | 00008039AA | 6/13/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03870 | $922.00 | 8/10/2018 | 00007939AA | 6/6/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07071 | $197.40 | 8/16/2018 | 00008014AA | 6/12/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03870 | $922.00 | 8/10/2018 | 00007941AA | 6/6/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03870 | $922.00 | 8/10/2018 | 00007942AA | 6/6/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03870 | $922.00 | 8/10/2018 | 00007943AA | 6/6/2018 | $132.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04360 | $922.00 | 8/13/2018 | 00007956AA | 6/7/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04360 | $922.00 | 8/13/2018 | 00007957AA | 6/7/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04360 | $922.00 | 8/13/2018 | 00007958AA | 6/7/2018 | $132.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04360 | $922.00 | 8/13/2018 | 00007974AA | 6/8/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16343 | $4.90 | 9/4/2018 | 00008191AA | 6/30/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03099 | $269.33 | 8/9/2018 | 00007917AA | 6/5/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96088 | $1,776.60 | 7/27/2018 | 00007820AA | 5/23/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12396 | $397.20 | 8/27/2018 | 00008132AA | 6/22/2018 | $132.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95283 | $1,119.40 | 7/26/2018 | 00007794AA | 5/22/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95283 | $1,119.40 | 7/26/2018 | 00007795AA | 5/22/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95283 | $1,119.40 | 7/26/2018 | 00007796AA | 5/22/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95283 | $1,119.40 | 7/26/2018 | 00007797AA | 5/22/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95283 | $1,119.40 | 7/26/2018 | 00007798AA | 5/22/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95283 | $1,119.40 | 7/26/2018 | 00007799AA | 5/22/2018 | $132.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96088 | $1,776.60 | 7/27/2018 | 00007817AA | 5/23/2018 | $197.40 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92496 | $780.60 | 7/23/2018 | 00007779AA | 5/19/2018 | $132.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96088 | $1,776.60 | 7/27/2018 | 00007819AA | 5/23/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92496 | $780.60 | 7/23/2018 | 00007765AA | 5/18/2018 | $52.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96088 | $1,776.60 | 7/27/2018 | 00007821AA | 5/23/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96088 | $1,776.60 | 7/27/2018 | 00007822AA | 5/23/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96088 | $1,776.60 | 7/27/2018 | 00007823AA | 5/23/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96088 | $1,776.60 | 7/27/2018 | 00007824AA | 5/23/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96088 | $1,776.60 | 7/27/2018 | 00007825AA | 5/23/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96589 | $659.60 | 7/30/2018 | 00007835AA | 5/24/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96589 | $659.60 | 7/30/2018 | 00007836AA | 5/24/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96589 | $659.60 | 7/30/2018 | 00007849AA | 5/26/2018 | $132.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96088 | $1,776.60 | 7/27/2018 | 00007818AA | 5/23/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91156 | $1,594.15 | 7/19/2018 | 00007703AA | 5/15/2018 | $253.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96589 | $659.60 | 7/30/2018 | 00007850AA | 5/26/2018 | $132.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18368 | $1,150.13 | 9/6/2018 | 00008208AA | 7/3/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18368 | $1,150.13 | 9/6/2018 | 00008209AA | 7/3/2018 | $104.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18368 | $1,150.13 | 9/6/2018 | 00008210AA | 7/3/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18368 | $1,150.13 | 9/6/2018 | 00008211AA | 7/3/2018 | $132.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18368 | $1,150.13 | 9/6/2018 | 00008212AA | 7/3/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18368 | $1,150.13 | 9/6/2018 | 00008213AA | 7/3/2018 | $134.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18368 | $1,150.13 | 9/6/2018 | 00008214AA | 7/3/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92496 | $780.60 | 7/23/2018 | 00007780AA | 5/19/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91156 | $1,594.15 | 7/19/2018 | 00007702AA | 5/15/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12396 | $397.20 | 8/27/2018 | 00008133AA | 6/23/2018 | $132.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91156 | $1,594.15 | 7/19/2018 | 00007704AA | 5/15/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91156 | $1,594.15 | 7/19/2018 | 00007705AA | 5/15/2018 | $253.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91156 | $1,594.15 | 7/19/2018 | 00007706AA | 5/15/2018 | $197.40 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91156 | $1,594.15 | 7/19/2018 | 00007707AA | 5/15/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91156 | $1,594.15 | 7/19/2018 | 00007708AA | 5/15/2018 | $197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92496 | $780.60 | 7/23/2018 | 00007746AA | 5/17/2018 | $132.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92496 | $780.60 | 7/23/2018 | 00007747AA | 5/17/2018 | $132.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92496 | $780.60 | 7/23/2018 | 00007764AA | 5/18/2018 | $134.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91156 | $1,594.15 | 7/19/2018 | 00007701AA | 5/15/2018 | $197.40 |

**Totals:**    17 transfer(s),    $14,240.31