**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **American Textile Company, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991407 | $36,557.95 | 8/13/2018 | 2895472-5320 | 6/25/2018 | $70.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981129 | $4,982.80 | 7/19/2018 | 2895121 | 6/25/2018 | $1,797.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987893 | $57,056.91 | 8/2/2018 | 2910130 | 7/11/2018 | $22,512.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987893 | $57,056.91 | 8/2/2018 | 2910379 | 7/11/2018 | $2,971.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991407 | $36,557.95 | 8/13/2018 | 2867634-5314 | 5/22/2018 | $781.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991407 | $36,557.95 | 8/13/2018 | 2874799-5315 | 5/31/2018 | $460.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991407 | $36,557.95 | 8/13/2018 | 2884476-5316 | 6/12/2018 | $799.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991407 | $36,557.95 | 8/13/2018 | 2889705-5317 | 6/19/2018 | $345.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987893 | $57,056.91 | 8/2/2018 | 2902033-5313 | 7/2/2018 | $1,746.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991407 | $36,557.95 | 8/13/2018 | 2890392-5319 | 6/19/2018 | $78.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987893 | $57,056.91 | 8/2/2018 | 2902033-5311 | 7/2/2018 | $2,790.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991407 | $36,557.95 | 8/13/2018 | 2902034-5322 | 7/2/2018 | $88.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991407 | $36,557.95 | 8/13/2018 | 2902034-5323 | 7/2/2018 | $2,166.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991407 | $36,557.95 | 8/13/2018 | 2911194 | 7/12/2018 | $112.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991407 | $36,557.95 | 8/13/2018 | 2911195-5325 | 7/12/2018 | $662.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991407 | $36,557.95 | 8/13/2018 | 2911195-5326 | 7/12/2018 | $5,240.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991407 | $36,557.95 | 8/13/2018 | 2911546 | 7/12/2018 | $2,419.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991407 | $36,557.95 | 8/13/2018 | 2917232 | 7/18/2018 | $449.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991407 | $36,557.95 | 8/13/2018 | 2917233-5327 | 7/18/2018 | $261.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991407 | $36,557.95 | 8/13/2018 | 2889706-5318 | 6/19/2018 | $439.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987893 | $57,056.91 | 8/2/2018 | 2895120-5302 | 6/25/2018 | $187.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981129 | $4,982.80 | 7/19/2018 | 2895122-5290 | 6/25/2018 | $5,010.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981129 | $4,982.80 | 7/19/2018 | 2895122-5292 | 6/25/2018 | $333.74 |

American Textile Company, Inc. (2219317)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                              Exhibit A                              P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981129 | $4,982.80 | 7/19/2018 | 2895472-5293 | 6/25/2018 | $70.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981129 | $4,982.80 | 7/19/2018 | 2895472-5295 | 6/25/2018 | $3,155.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984499 | $279.85 | 7/26/2018 | 2901791-5296 | 7/2/2018 | $17,319.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984499 | $279.85 | 7/26/2018 | 2901791-5298 | 7/2/2018 | $810.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987893 | $57,056.91 | 8/2/2018 | 2885144-5299 | 6/12/2018 | $1,719.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987893 | $57,056.91 | 8/2/2018 | 2910129 | 7/11/2018 | $898.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987893 | $57,056.91 | 8/2/2018 | 2895120-5301 | 6/25/2018 | $442.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991407 | $36,557.95 | 8/13/2018 | 2917235 | 7/18/2018 | $13,354.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987893 | $57,056.91 | 8/2/2018 | 2895122-5303 | 6/25/2018 | $5,010.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987893 | $57,056.91 | 8/2/2018 | 2895473-5304 | 6/25/2018 | $75.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987893 | $57,056.91 | 8/2/2018 | 2895473-5306 | 6/25/2018 | $2,130.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987893 | $57,056.91 | 8/2/2018 | 2901788 | 7/2/2018 | $561.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987893 | $57,056.91 | 8/2/2018 | 2901789-5308 | 7/2/2018 | $3,577.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987893 | $57,056.91 | 8/2/2018 | 2901789-5309 | 7/2/2018 | $1,163.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987893 | $57,056.91 | 8/2/2018 | 2901790 | 7/2/2018 | $898.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987893 | $57,056.91 | 8/2/2018 | 2901791-5310 | 7/2/2018 | $17,319.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987893 | $57,056.91 | 8/2/2018 | 2895119 | 6/25/2018 | $224.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005914 | $21,415.76 | 9/12/2018 | 2931539-5348 | 8/1/2018 | $105.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999019 | $55,768.58 | 8/29/2018 | 2934758 | 8/6/2018 | $14,415.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999019 | $55,768.58 | 8/29/2018 | 2935078 | 8/6/2018 | $2,616.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999019 | $55,768.58 | 8/29/2018 | VPTRAN82018003 | 8/10/2018 | $250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002522 | $9,371.68 | 9/5/2018 | 2917233-5345 | 7/18/2018 | $261.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002522 | $9,371.68 | 9/5/2018 | 2924198-5346 | 7/24/2018 | $2,136.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002522 | $9,371.68 | 9/5/2018 | 2941353 | 8/14/2018 | $3,864.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002522 | $9,371.68 | 9/5/2018 | 2941949 | 8/14/2018 | $3,294.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991407 | $36,557.95 | 8/13/2018 | 2917233-5329 | 7/18/2018 | $4,251.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005914 | $21,415.76 | 9/12/2018 | 2930826 | 8/1/2018 | $4,950.85 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999019 | $55,768.58 | 8/29/2018 | 2930827 | 8/1/2018 | $224.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005914 | $21,415.76 | 9/12/2018 | 2931539-5349 | 8/1/2018 | $14,136.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005914 | $21,415.76 | 9/12/2018 | 2934757-5350 | 8/6/2018 | $484.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005914 | $21,415.76 | 9/12/2018 | 2934757-5352 | 8/6/2018 | $217.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005914 | $21,415.76 | 9/12/2018 | 2935079 | 8/6/2018 | $2,151.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009671 | $9,102.58 | 9/19/2018 | 2911195-5353 | 7/12/2018 | $662.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009671 | $9,102.58 | 9/19/2018 | 2941352-5354 | 8/14/2018 | $995.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009671 | $9,102.58 | 9/19/2018 | 2941352-5356 | 8/14/2018 | $7,023.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009671 | $9,102.58 | 9/19/2018 | 2941948 | 8/14/2018 | $1,899.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005914 | $21,415.76 | 9/12/2018 | 2930825 | 8/1/2018 | $336.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995681 | $20,081.68 | 8/20/2018 | 2925025 | 7/24/2018 | $2,648.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013487 | $43.83 | 9/26/2018 | 2924199-5357 | 7/24/2018 | $230.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991407 | $36,557.95 | 8/13/2018 | 2917560 | 7/18/2018 | $3,287.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991407 | $36,557.95 | 8/13/2018 | 2917561 | 7/18/2018 | $1,998.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995681 | $20,081.68 | 8/20/2018 | 2874802-5330 | 5/31/2018 | $216.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995681 | $20,081.68 | 8/20/2018 | 2895120-5331 | 6/25/2018 | $442.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995681 | $20,081.68 | 8/20/2018 | 2924198-5332 | 7/24/2018 | $2,136.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995681 | $20,081.68 | 8/20/2018 | 2924198-5334 | 7/24/2018 | $1,063.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995681 | $20,081.68 | 8/20/2018 | 2924200 | 7/24/2018 | $786.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999019 | $55,768.58 | 8/29/2018 | 2931538 | 8/1/2018 | $13,647.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995681 | $20,081.68 | 8/20/2018 | 2924201-5337 | 7/24/2018 | $12,648.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999019 | $55,768.58 | 8/29/2018 | 2930828 | 8/1/2018 | $20,604.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995681 | $20,081.68 | 8/20/2018 | 2925026 | 7/24/2018 | $2,718.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999019 | $55,768.58 | 8/29/2018 | 2895473-5338 | 6/25/2018 | $75.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999019 | $55,768.58 | 8/29/2018 | 2901789-5339 | 7/2/2018 | $3,577.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999019 | $55,768.58 | 8/29/2018 | 2902033-5340 | 7/2/2018 | $134.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999019 | $55,768.58 | 8/29/2018 | 2902034-5341 | 7/2/2018 | $88.10 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999019 | $55,768.58 | 8/29/2018 | 2924199-5342 | 7/24/2018 | $230.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999019 | $55,768.58 | 8/29/2018 | 2924199-5344 | 7/24/2018 | $334.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991407 | $36,557.95 | 8/13/2018 | 2917234 | 7/18/2018 | $673.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995681 | $20,081.68 | 8/20/2018 | 2924201-5335 | 7/24/2018 | $471.00 |

**Totals:** 10 transfer(s),  $214,661.62