**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **ECS Tunning, LLC** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08649 | $908.91 | 8/20/2018 | 00009617AA | 6/15/2018 | $10.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11257 | $979.55 | 8/23/2018 | 00000087AA-152581 | 6/19/2018 | $38.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08649 | $908.91 | 8/20/2018 | 00006560AA-152571 | 6/14/2018 | $82.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08649 | $908.91 | 8/20/2018 | 00006561AA | 6/14/2018 | $6.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08649 | $908.91 | 8/20/2018 | 00006562AA | 6/14/2018 | $207.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08649 | $908.91 | 8/20/2018 | 00006563AA | 6/14/2018 | $46.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08649 | $908.91 | 8/20/2018 | 00006564AA-152572 | 6/14/2018 | $207.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08649 | $908.91 | 8/20/2018 | 00006565AA-152573 | 6/14/2018 | $22.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08649 | $908.91 | 8/20/2018 | 00006566AA-152574 | 6/14/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08649 | $908.91 | 8/20/2018 | 00006567AA-152575 | 6/14/2018 | $21.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08649 | $908.91 | 8/20/2018 | 00006568AA-152576 | 6/14/2018 | $8.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08649 | $908.91 | 8/20/2018 | 00000967AA-152570 | 6/15/2018 | $8.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08649 | $908.91 | 8/20/2018 | 00009616AA | 6/15/2018 | $207.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08649 | $908.91 | 8/20/2018 | 00000966AA-152569 | 6/15/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10455 | $256.93 | 8/22/2018 | 00001505AA-152577 | 6/18/2018 | $12.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10455 | $256.93 | 8/22/2018 | 00001506AA-152578 | 6/18/2018 | $105.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10455 | $256.93 | 8/22/2018 | 00001507AA-152579 | 6/18/2018 | $82.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10455 | $256.93 | 8/22/2018 | 00001508AA-152580 | 6/18/2018 | $15.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10455 | $256.93 | 8/22/2018 | 00009389AA | 6/18/2018 | $8.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10455 | $256.93 | 8/22/2018 | 00009390AA | 6/18/2018 | $22.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10455 | $256.93 | 8/22/2018 | 00009391AA | 6/18/2018 | $12.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11257 | $979.55 | 8/23/2018 | 00000084AA | 6/19/2018 | $6.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11257 | $979.55 | 8/23/2018 | 00000085AA | 6/19/2018 | $25.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07259 | $757.71 | 8/16/2018 | 00003816AA-152548 | 6/12/2018 | $22.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08649 | $908.91 | 8/20/2018 | 00009615AA | 6/15/2018 | $16.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07974 | $424.77 | 8/17/2018 | 00001633AA-152560 | 6/13/2018 | $267.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00133 | $361.45 | 8/3/2018 | 00000742AA | 5/30/2018 | $10.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07259 | $757.71 | 8/16/2018 | 00003818AA-152550 | 6/12/2018 | $58.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07259 | $757.71 | 8/16/2018 | 00003819AA-152551 | 6/12/2018 | $22.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07259 | $757.71 | 8/16/2018 | 00003820AA-152552 | 6/12/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07259 | $757.71 | 8/16/2018 | 00003821AA-152553 | 6/12/2018 | $8.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07259 | $757.71 | 8/16/2018 | 00003822AA-152554 | 6/12/2018 | $2.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07259 | $757.71 | 8/16/2018 | 00003823AA | 6/12/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07259 | $757.71 | 8/16/2018 | 00003824AA-152555 | 6/12/2018 | $22.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07259 | $757.71 | 8/16/2018 | 00003825AA-152556 | 6/12/2018 | $7.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07259 | $757.71 | 8/16/2018 | 00003826AA-152557 | 6/12/2018 | $38.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08649 | $908.91 | 8/20/2018 | 00006559AA | 6/14/2018 | $16.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07259 | $757.71 | 8/16/2018 | 00003828AA-152559 | 6/12/2018 | $16.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11257 | $979.55 | 8/23/2018 | 00000088AA-152582 | 6/19/2018 | $10.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07974 | $424.77 | 8/17/2018 | 00001634AA | 6/13/2018 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07974 | $424.77 | 8/17/2018 | 00001635AA | 6/13/2018 | $28.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07974 | $424.77 | 8/17/2018 | 00001636AA-152561 | 6/13/2018 | $8.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07974 | $424.77 | 8/17/2018 | 00001637AA-152562 | 6/13/2018 | $6.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07974 | $424.77 | 8/17/2018 | 00001638AA-152563 | 6/13/2018 | $8.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07974 | $424.77 | 8/17/2018 | 00001639AA-152564 | 6/13/2018 | $12.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07974 | $424.77 | 8/17/2018 | 00001640AA-152565 | 6/13/2018 | $2.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07974 | $424.77 | 8/17/2018 | 00007845AA-152566 | 6/13/2018 | $8.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07974 | $424.77 | 8/17/2018 | 00007846AA-152567 | 6/13/2018 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07974 | $424.77 | 8/17/2018 | 00007847AA-152568 | 6/13/2018 | $44.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07259 | $757.71 | 8/16/2018 | 00003827AA-152558 | 6/12/2018 | $7.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12677 | $224.95 | 8/27/2018 | 00000404AA | 6/22/2018 | $12.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11257 | $979.55 | 8/23/2018 | 00000086AA | 6/19/2018 | $8.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11890 | $287.97 | 8/24/2018 | 00001490AA-152592 | 6/20/2018 | $22.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11890 | $287.97 | 8/24/2018 | 00001491AA | 6/20/2018 | $60.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11890 | $287.97 | 8/24/2018 | 00001492AA | 6/20/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11890 | $287.97 | 8/24/2018 | 00001493AA-152593 | 6/20/2018 | $24.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11890 | $287.97 | 8/24/2018 | 00001494AA-152594 | 6/20/2018 | $6.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11890 | $287.97 | 8/24/2018 | 00001495AA | 6/20/2018 | $22.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11890 | $287.97 | 8/24/2018 | 00001504AA | 6/20/2018 | $16.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12677 | $224.95 | 8/27/2018 | 00000068AA-152595 | 6/21/2018 | $6.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12677 | $224.95 | 8/27/2018 | 00000069AA-152596 | 6/21/2018 | $16.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11890 | $287.97 | 8/24/2018 | 00001488AA-152590 | 6/20/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12677 | $224.95 | 8/27/2018 | 00000403AA | 6/22/2018 | $50.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11890 | $287.97 | 8/24/2018 | 00001487AA-152589 | 6/20/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12677 | $224.95 | 8/27/2018 | 00000405AA | 6/22/2018 | $38.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12677 | $224.95 | 8/27/2018 | 00000406AA | 6/22/2018 | $8.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12677 | $224.95 | 8/27/2018 | 00002497AA-152597 | 6/21/2018 | $58.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12677 | $224.95 | 8/27/2018 | 00002498AA-152598 | 6/21/2018 | $12.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14532 | $178.67 | 8/29/2018 | 00003994AA-152599 | 6/25/2018 | $7.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14532 | $178.67 | 8/29/2018 | 00003995AA-152600 | 6/25/2018 | $22.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14532 | $178.67 | 8/29/2018 | 00003996AA-152601 | 6/25/2018 | $85.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14532 | $178.67 | 8/29/2018 | 00003997AA-152602 | 6/25/2018 | $22.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14532 | $178.67 | 8/29/2018 | 00003998AA-152603 | 6/25/2018 | $23.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14532 | $178.67 | 8/29/2018 | 00003999AA-152604 | 6/25/2018 | $6.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12677 | $224.95 | 8/27/2018 | 00000402AA | 6/22/2018 | $22.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11257 | $979.55 | 8/23/2018 | 00000101AA | 6/19/2018 | $24.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11257 | $979.55 | 8/23/2018 | 00000089AA | 6/19/2018 | $12.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11257 | $979.55 | 8/23/2018 | 00000090AA | 6/19/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11257 | $979.55 | 8/23/2018 | 00000091AA | 6/19/2018 | $132.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11257 | $979.55 | 8/23/2018 | 00000092AA | 6/19/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11257 | $979.55 | 8/23/2018 | 00000093AA | 6/19/2018 | $16.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11257 | $979.55 | 8/23/2018 | 00000094AA | 6/19/2018 | $24.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11257 | $979.55 | 8/23/2018 | 00000095AA | 6/19/2018 | $15.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11257 | $979.55 | 8/23/2018 | 00000096AA | 6/19/2018 | $119.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11257 | $979.55 | 8/23/2018 | 00000097AA | 6/19/2018 | $27.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11257 | $979.55 | 8/23/2018 | 00000098AA | 6/19/2018 | $10.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11890 | $287.97 | 8/24/2018 | 00001489AA-152591 | 6/20/2018 | $6.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11257 | $979.55 | 8/23/2018 | 00000100AA | 6/19/2018 | $8.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07259 | $757.71 | 8/16/2018 | 00003815AA-152547 | 6/12/2018 | $8.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11257 | $979.55 | 8/23/2018 | 00000102AA | 6/19/2018 | $60.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11257 | $979.55 | 8/23/2018 | 00000103AA | 6/19/2018 | $164.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11257 | $979.55 | 8/23/2018 | 00000104AA | 6/19/2018 | $10.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11257 | $979.55 | 8/23/2018 | 00000105AA | 6/19/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11257 | $979.55 | 8/23/2018 | 00000318AA-152583 | 6/19/2018 | $29.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11257 | $979.55 | 8/23/2018 | 00000319AA-152584 | 6/19/2018 | $6.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11257 | $979.55 | 8/23/2018 | 00000320AA-152585 | 6/19/2018 | $70.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11257 | $979.55 | 8/23/2018 | 00000321AA-152586 | 6/19/2018 | $38.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11890 | $287.97 | 8/24/2018 | 00001246AA-152587 | 6/20/2018 | $21.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11890 | $287.97 | 8/24/2018 | 00001486AA-152588 | 6/20/2018 | $35.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11257 | $979.55 | 8/23/2018 | 00000099AA | 6/19/2018 | $50.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02518 | $1,597.27 | 8/8/2018 | 00007573AA-152521 | 6/4/2018 | $16.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02518 | $1,597.27 | 8/8/2018 | 00007584AA-152532 | 6/4/2018 | $207.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02518 | $1,597.27 | 8/8/2018 | 00004218AA-152519 | 6/4/2018 | $105.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02518 | $1,597.27 | 8/8/2018 | 00004219AA | 6/4/2018 | $6.86 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02518 | $1,597.27 | 8/8/2018 | 00007564AA | 6/4/2018 | $6.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02518 | $1,597.27 | 8/8/2018 | 00007565AA | 6/4/2018 | $207.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02518 | $1,597.27 | 8/8/2018 | 00007566AA | 6/4/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02518 | $1,597.27 | 8/8/2018 | 00007567AA | 6/4/2018 | $16.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02518 | $1,597.27 | 8/8/2018 | 00007568AA | 6/4/2018 | $8.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02518 | $1,597.27 | 8/8/2018 | 00007569AA | 6/4/2018 | $29.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02518 | $1,597.27 | 8/8/2018 | 00007570AA | 6/4/2018 | $22.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00793 | $802.60 | 8/6/2018 | 00009213AA | 5/31/2018 | $13.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02518 | $1,597.27 | 8/8/2018 | 00007572AA-152520 | 6/4/2018 | $16.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00793 | $802.60 | 8/6/2018 | 00009212AA | 5/31/2018 | $28.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02518 | $1,597.27 | 8/8/2018 | 00007574AA-152522 | 6/4/2018 | $16.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02518 | $1,597.27 | 8/8/2018 | 00007575AA-152523 | 6/4/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02518 | $1,597.27 | 8/8/2018 | 00007576AA-152524 | 6/4/2018 | $16.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02518 | $1,597.27 | 8/8/2018 | 00007577AA-152525 | 6/4/2018 | $6.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02518 | $1,597.27 | 8/8/2018 | 00007578AA-152526 | 6/4/2018 | $207.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02518 | $1,597.27 | 8/8/2018 | 00007579AA-152527 | 6/4/2018 | $50.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02518 | $1,597.27 | 8/8/2018 | 00007580AA-152528 | 6/4/2018 | $104.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02518 | $1,597.27 | 8/8/2018 | 00007581AA-152529 | 6/4/2018 | $8.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02518 | $1,597.27 | 8/8/2018 | 00007582AA-152530 | 6/4/2018 | $207.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07259 | $757.71 | 8/16/2018 | 00003817AA-152549 | 6/12/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02518 | $1,597.27 | 8/8/2018 | 00007571AA | 6/4/2018 | $207.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00793 | $802.60 | 8/6/2018 | 00002484AA | 6/1/2018 | $207.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00133 | $361.45 | 8/3/2018 | 00000743AA-152513 | 5/30/2018 | $15.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00133 | $361.45 | 8/3/2018 | 00000744AA-152514 | 5/30/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00133 | $361.45 | 8/3/2018 | 00000745AA | 5/30/2018 | $50.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00133 | $361.45 | 8/3/2018 | 00000746AA | 5/30/2018 | $29.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00133 | $361.45 | 8/3/2018 | 00007012AA-152515 | 5/30/2018 | $25.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00133 | $361.45 | 8/3/2018 | 00007013AA-152516 | 5/30/2018 | $207.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00793 | $802.60 | 8/6/2018 | 00002161AA-152517 | 5/31/2018 | $120.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00793 | $802.60 | 8/6/2018 | 00002162AA-152518 | 5/31/2018 | $10.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00793 | $802.60 | 8/6/2018 | 00002480AA | 6/1/2018 | $6.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00793 | $802.60 | 8/6/2018 | 00002481AA | 6/1/2018 | $7.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00793 | $802.60 | 8/6/2018 | 00009214AA | 5/31/2018 | $17.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00793 | $802.60 | 8/6/2018 | 00002483AA | 6/1/2018 | $15.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02518 | $1,597.27 | 8/8/2018 | 00007585AA-152533 | 6/4/2018 | $60.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00793 | $802.60 | 8/6/2018 | 00002485AA | 6/1/2018 | $6.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00793 | $802.60 | 8/6/2018 | 00002871AA | 6/1/2018 | $37.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00793 | $802.60 | 8/6/2018 | 00002872AA | 6/1/2018 | $22.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00793 | $802.60 | 8/6/2018 | 00002873AA | 6/1/2018 | $24.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00793 | $802.60 | 8/6/2018 | 00002874AA | 6/1/2018 | $7.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00793 | $802.60 | 8/6/2018 | 00002875AA | 6/1/2018 | $18.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00793 | $802.60 | 8/6/2018 | 00009208AA | 5/31/2018 | $10.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00793 | $802.60 | 8/6/2018 | 00009209AA | 5/31/2018 | $10.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00793 | $802.60 | 8/6/2018 | 00009210AA | 5/31/2018 | $8.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00793 | $802.60 | 8/6/2018 | 00009211AA | 5/31/2018 | $207.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00793 | $802.60 | 8/6/2018 | 00002482AA | 6/1/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07259 | $757.71 | 8/16/2018 | 00001587AA | 6/12/2018 | $10.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02518 | $1,597.27 | 8/8/2018 | 00007583AA-152531 | 6/4/2018 | $22.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06416 | $22.54 | 8/15/2018 | 00005726AA-152541 | 6/11/2018 | $22.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06416 | $22.54 | 8/15/2018 | 00005727AA-152542 | 6/11/2018 | $22.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07259 | $757.71 | 8/16/2018 | 00001578AA | 6/12/2018 | $22.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07259 | $757.71 | 8/16/2018 | 00001579AA | 6/12/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07259 | $757.71 | 8/16/2018 | 00001580AA | 6/12/2018 | $22.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07259 | $757.71 | 8/16/2018 | 00001581AA | 6/12/2018 | $25.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07259 | $757.71 | 8/16/2018 | 00001582AA | 6/12/2018 | $12.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07259 | $757.71 | 8/16/2018 | 00001583AA | 6/12/2018 | $16.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07259 | $757.71 | 8/16/2018 | 00001584AA | 6/12/2018 | $8.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04644 | $169.75 | 8/13/2018 | 00004737AA | 6/8/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07259 | $757.71 | 8/16/2018 | 00001586AA | 6/12/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04644 | $169.75 | 8/13/2018 | 00004736AA | 6/8/2018 | $22.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07259 | $757.71 | 8/16/2018 | 00003428AA | 6/12/2018 | $40.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07259 | $757.71 | 8/16/2018 | 00003430AA | 6/12/2018 | $12.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07259 | $757.71 | 8/16/2018 | 00003432AA-152543 | 6/12/2018 | $13.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07259 | $757.71 | 8/16/2018 | 00003434AA-152544 | 6/12/2018 | $38.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07259 | $757.71 | 8/16/2018 | 00003436AA-152545 | 6/12/2018 | $16.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07259 | $757.71 | 8/16/2018 | 00003439AA | 6/12/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07259 | $757.71 | 8/16/2018 | 00003767AA | 6/12/2018 | $22.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07259 | $757.71 | 8/16/2018 | 00003768AA | 6/12/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07259 | $757.71 | 8/16/2018 | 00003769AA | 6/12/2018 | $60.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07259 | $757.71 | 8/16/2018 | 00003814AA-152546 | 6/12/2018 | $37.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07259 | $757.71 | 8/16/2018 | 00001585AA | 6/12/2018 | $12.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03977 | $253.82 | 8/10/2018 | 00008052AA-152537 | 6/6/2018 | $27.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03281 | $519.63 | 8/9/2018 | 00001076AA | 6/5/2018 | $207.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03281 | $519.63 | 8/9/2018 | 00001877AA | 6/5/2018 | $129.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03281 | $519.63 | 8/9/2018 | 00001878AA | 6/5/2018 | $8.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03281 | $519.63 | 8/9/2018 | 00001879AA-152534 | 6/5/2018 | $14.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03281 | $519.63 | 8/9/2018 | 00003141AA-152535 | 6/5/2018 | $27.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03281 | $519.63 | 8/9/2018 | 00005385AA | 6/5/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03281 | $519.63 | 8/9/2018 | 00005386AA | 6/5/2018 | $60.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03281 | $519.63 | 8/9/2018 | 00005387AA | 6/5/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03281 | $519.63 | 8/9/2018 | 00005388AA | 6/5/2018 | $22.38 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03977 | $253.82 | 8/10/2018 | 00000595AA | 6/6/2018 | $207.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06416 | $22.54 | 8/15/2018 | 00005725AA | 6/11/2018 | $6.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03977 | $253.82 | 8/10/2018 | 00008051AA-152536 | 6/6/2018 | $16.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15311 | $85.42 | 8/30/2018 | 00007170AA | 6/26/2018 | $16.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03977 | $253.82 | 8/10/2018 | 00008053AA-152538 | 6/6/2018 | $12.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03977 | $253.82 | 8/10/2018 | 00008054AA-152539 | 6/6/2018 | $8.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03977 | $253.82 | 8/10/2018 | 00008055AA-152540 | 6/6/2018 | $6.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04644 | $169.75 | 8/13/2018 | 00004015AA | 6/8/2018 | $46.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04644 | $169.75 | 8/13/2018 | 00004016AA | 6/8/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04644 | $169.75 | 8/13/2018 | 00004017AA | 6/8/2018 | $6.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04644 | $169.75 | 8/13/2018 | 00004018AA | 6/8/2018 | $6.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04644 | $169.75 | 8/13/2018 | 00004019AA | 6/8/2018 | $8.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04644 | $169.75 | 8/13/2018 | 00004020AA | 6/8/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04644 | $169.75 | 8/13/2018 | 00004735AA | 6/8/2018 | $4.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03977 | $253.82 | 8/10/2018 | 00000596AA | 6/6/2018 | $13.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95475 | $321.57 | 7/26/2018 | 00001276AA | 5/22/2018 | $22.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96874 | $927.65 | 7/30/2018 | 00001940AA | 5/24/2018 | $7.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94643 | $681.08 | 7/25/2018 | 00004535AA | 5/21/2018 | $6.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94643 | $681.08 | 7/25/2018 | 00004536AA | 5/21/2018 | $16.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94643 | $681.08 | 7/25/2018 | 00004537AA | 5/21/2018 | $267.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94643 | $681.08 | 7/25/2018 | 00004538AA | 5/21/2018 | $2.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94643 | $681.08 | 7/25/2018 | 00004539AA | 5/21/2018 | $6.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94643 | $681.08 | 7/25/2018 | 00004540AA | 5/21/2018 | $22.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94643 | $681.08 | 7/25/2018 | 00004541AA | 5/21/2018 | $22.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94643 | $681.08 | 7/25/2018 | 00004542AA | 5/21/2018 | $6.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94643 | $681.08 | 7/25/2018 | 00004543AA | 5/21/2018 | $8.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94643 | $681.08 | 7/25/2018 | 00004533AA | 5/21/2018 | $16.28 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94643 | $681.08 | 7/25/2018 | 00004545AA-152665 | 5/21/2018 | $7.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94643 | $681.08 | 7/25/2018 | 00004532AA | 5/21/2018 | $38.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95475 | $321.57 | 7/26/2018 | 00001277AA | 5/22/2018 | $22.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95475 | $321.57 | 7/26/2018 | 00001278AA | 5/22/2018 | $8.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95475 | $321.57 | 7/26/2018 | 00001279AA | 5/22/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95475 | $321.57 | 7/26/2018 | 00003832AA-152666 | 5/22/2018 | $22.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95475 | $321.57 | 7/26/2018 | 00003833AA-152667 | 5/22/2018 | $221.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96874 | $927.65 | 7/30/2018 | 00001137AA | 5/25/2018 | $16.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96874 | $927.65 | 7/30/2018 | 00001936AA-152668 | 5/24/2018 | $7.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96874 | $927.65 | 7/30/2018 | 00001937AA | 5/24/2018 | $20.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96874 | $927.65 | 7/30/2018 | 00001938AA | 5/24/2018 | $50.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14532 | $178.67 | 8/29/2018 | 00004000AA-152605 | 6/25/2018 | $12.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94643 | $681.08 | 7/25/2018 | 00004544AA | 5/21/2018 | $6.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94643 | $681.08 | 7/25/2018 | 00004521AA | 5/21/2018 | $20.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92783 | $286.96 | 7/23/2018 | 00000349AA-152659 | 5/18/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92783 | $286.96 | 7/23/2018 | 00000350AA-152660 | 5/18/2018 | $22.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92783 | $286.96 | 7/23/2018 | 00000351AA | 5/18/2018 | $70.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92783 | $286.96 | 7/23/2018 | 00000352AA | 5/18/2018 | $6.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92783 | $286.96 | 7/23/2018 | 00006268AA-152661 | 5/17/2018 | $6.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92783 | $286.96 | 7/23/2018 | 00006269AA-152662 | 5/17/2018 | $9.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92783 | $286.96 | 7/23/2018 | 00006270AA-152663 | 5/17/2018 | $60.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92783 | $286.96 | 7/23/2018 | 00006271AA | 5/17/2018 | $10.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92783 | $286.96 | 7/23/2018 | 00006272AA-152664 | 5/17/2018 | $35.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92783 | $286.96 | 7/23/2018 | 00006273AA | 5/17/2018 | $43.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94643 | $681.08 | 7/25/2018 | 00004534AA | 5/21/2018 | $27.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94643 | $681.08 | 7/25/2018 | 00004520AA | 5/21/2018 | $7.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96874 | $927.65 | 7/30/2018 | 00001941AA | 5/24/2018 | $207.45 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94643 | $681.08 | 7/25/2018 | 00004522AA | 5/21/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94643 | $681.08 | 7/25/2018 | 00004523AA | 5/21/2018 | $16.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94643 | $681.08 | 7/25/2018 | 00004524AA | 5/21/2018 | $9.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94643 | $681.08 | 7/25/2018 | 00004525AA | 5/21/2018 | $7.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94643 | $681.08 | 7/25/2018 | 00004526AA | 5/21/2018 | $22.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94643 | $681.08 | 7/25/2018 | 00004527AA | 5/21/2018 | $58.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94643 | $681.08 | 7/25/2018 | 00004528AA | 5/21/2018 | $8.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94643 | $681.08 | 7/25/2018 | 00004529AA | 5/21/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94643 | $681.08 | 7/25/2018 | 00004530AA | 5/21/2018 | $6.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94643 | $681.08 | 7/25/2018 | 00004531AA | 5/21/2018 | $16.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94643 | $681.08 | 7/25/2018 | 00003957AA | 5/21/2018 | $6.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99430 | $733.93 | 8/2/2018 | 00007038AA | 5/29/2018 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96874 | $927.65 | 7/30/2018 | 00001939AA | 5/24/2018 | $6.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99430 | $733.93 | 8/2/2018 | 00006269AA-152690 | 5/29/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99430 | $733.93 | 8/2/2018 | 00006270AA-152691 | 5/29/2018 | $38.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99430 | $733.93 | 8/2/2018 | 00006296AA | 5/29/2018 | $60.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99430 | $733.93 | 8/2/2018 | 00006297AA | 5/29/2018 | $22.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99430 | $733.93 | 8/2/2018 | 00006298AA | 5/29/2018 | $7.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99430 | $733.93 | 8/2/2018 | 00006299AA | 5/29/2018 | $16.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99430 | $733.93 | 8/2/2018 | 00006300AA | 5/29/2018 | $22.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99430 | $733.93 | 8/2/2018 | 00006301AA | 5/29/2018 | $6.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99430 | $733.93 | 8/2/2018 | 00006302AA | 5/29/2018 | $8.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99430 | $733.93 | 8/2/2018 | 00006267AA-152688 | 5/29/2018 | $105.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99430 | $733.93 | 8/2/2018 | 00007037AA-152693 | 5/29/2018 | $22.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99430 | $733.93 | 8/2/2018 | 00006266AA-152687 | 5/29/2018 | $10.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99430 | $733.93 | 8/2/2018 | 00007039AA-152694 | 5/29/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99430 | $733.93 | 8/2/2018 | 00007040AA-152695 | 5/29/2018 | $7.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99430 | $733.93 | 8/2/2018 | 00007041AA-152696 | 5/29/2018 | $13.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99430 | $733.93 | 8/2/2018 | 00007042AA-152697 | 5/29/2018 | $9.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99430 | $733.93 | 8/2/2018 | 00007043AA-152698 | 5/29/2018 | $29.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99430 | $733.93 | 8/2/2018 | 00007044AA | 5/29/2018 | $7.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99430 | $733.93 | 8/2/2018 | 00007045AA-152699 | 5/29/2018 | $7.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99430 | $733.93 | 8/2/2018 | 00007046AA-152700 | 5/29/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99430 | $733.93 | 8/2/2018 | 00007047AA | 5/29/2018 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99430 | $733.93 | 8/2/2018 | 00007048AA | 5/29/2018 | $22.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99430 | $733.93 | 8/2/2018 | 00007036AA-152692 | 5/29/2018 | $8.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96874 | $927.65 | 7/30/2018 | 00009742AA-152676 | 5/24/2018 | $13.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96874 | $927.65 | 7/30/2018 | 00001942AA | 5/24/2018 | $7.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96874 | $927.65 | 7/30/2018 | 00001943AA | 5/24/2018 | $6.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96874 | $927.65 | 7/30/2018 | 00001944AA | 5/24/2018 | $20.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96874 | $927.65 | 7/30/2018 | 00001945AA | 5/24/2018 | $7.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96874 | $927.65 | 7/30/2018 | 00001946AA-152669 | 5/24/2018 | $8.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96874 | $927.65 | 7/30/2018 | 00001947AA-152670 | 5/24/2018 | $60.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96874 | $927.65 | 7/30/2018 | 00006033AA-152671 | 5/25/2018 | $207.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96874 | $927.65 | 7/30/2018 | 00006034AA-152672 | 5/25/2018 | $8.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96874 | $927.65 | 7/30/2018 | 00006035AA-152673 | 5/25/2018 | $40.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96874 | $927.65 | 7/30/2018 | 00006036AA-152674 | 5/25/2018 | $60.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99430 | $733.93 | 8/2/2018 | 00006268AA-152689 | 5/29/2018 | $58.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96874 | $927.65 | 7/30/2018 | 00006038AA | 5/25/2018 | $7.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92097 | $130.82 | 7/20/2018 | 00009157AA-152656 | 5/16/2018 | $20.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96874 | $927.65 | 7/30/2018 | 00009743AA-152677 | 5/24/2018 | $16.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96874 | $927.65 | 7/30/2018 | 00009744AA-152678 | 5/24/2018 | $22.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96874 | $927.65 | 7/30/2018 | 00009745AA-152679 | 5/24/2018 | $35.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96874 | $927.65 | 7/30/2018 | 00009746AA-152680 | 5/24/2018 | $23.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96874 | $927.65 | 7/30/2018 | 00009747AA-152681 | 5/24/2018 | $12.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99430 | $733.93 | 8/2/2018 | 00006261AA-152682 | 5/29/2018 | $18.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99430 | $733.93 | 8/2/2018 | 00006262AA-152683 | 5/29/2018 | $16.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99430 | $733.93 | 8/2/2018 | 00006263AA-152684 | 5/29/2018 | $16.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99430 | $733.93 | 8/2/2018 | 00006264AA-152685 | 5/29/2018 | $22.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99430 | $733.93 | 8/2/2018 | 00006265AA-152686 | 5/29/2018 | $60.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96874 | $927.65 | 7/30/2018 | 00006037AA-152675 | 5/25/2018 | $60.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17812 | $653.94 | 9/5/2018 | 00000476AA-152620 | 7/2/2018 | $17.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92097 | $130.82 | 7/20/2018 | 00009159AA-152658 | 5/16/2018 | $22.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16637 | $180.11 | 9/4/2018 | 00003792AA | 6/29/2018 | $13.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16637 | $180.11 | 9/4/2018 | 00003793AA | 6/29/2018 | $35.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16637 | $180.11 | 9/4/2018 | 00003794AA | 6/29/2018 | $10.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17812 | $653.94 | 9/5/2018 | 00000467AA-152615 | 7/2/2018 | $21.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17812 | $653.94 | 9/5/2018 | 00000468AA-152616 | 7/2/2018 | $6.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17812 | $653.94 | 9/5/2018 | 00000469AA-152617 | 7/2/2018 | $6.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17812 | $653.94 | 9/5/2018 | 00000470AA-152618 | 7/2/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17812 | $653.94 | 9/5/2018 | 00000471AA | 7/2/2018 | $16.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17812 | $653.94 | 9/5/2018 | 00000473AA | 7/2/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16637 | $180.11 | 9/4/2018 | 00003790AA | 6/29/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17812 | $653.94 | 9/5/2018 | 00000475AA-152619 | 7/2/2018 | $10.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16637 | $180.11 | 9/4/2018 | 00002015AA-152614 | 6/28/2018 | $16.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17812 | $653.94 | 9/5/2018 | 00000477AA-152621 | 7/2/2018 | $60.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17812 | $653.94 | 9/5/2018 | 00000478AA | 7/2/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17812 | $653.94 | 9/5/2018 | 00000479AA | 7/2/2018 | $6.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17812 | $653.94 | 9/5/2018 | 00000480AA | 7/2/2018 | $22.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17812 | $653.94 | 9/5/2018 | 00000481AA-152622 | 7/2/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17812 | $653.94 | 9/5/2018 | 00000482AA-152623 | 7/2/2018 | $7.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17812 | $653.94 | 9/5/2018 | 00000483AA-152624 | 7/2/2018 | $38.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17812 | $653.94 | 9/5/2018 | 00000484AA-152625 | 7/2/2018 | $12.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17812 | $653.94 | 9/5/2018 | 00000485AA-152626 | 7/2/2018 | $6.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17812 | $653.94 | 9/5/2018 | 00000486AA-152627 | 7/2/2018 | $6.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17812 | $653.94 | 9/5/2018 | 00000474AA | 7/2/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15998 | $453.75 | 8/31/2018 | 00002718AA | 6/27/2018 | $22.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99430 | $733.93 | 8/2/2018 | 00007049AA | 5/29/2018 | $6.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15311 | $85.42 | 8/30/2018 | 00007171AA | 6/26/2018 | $29.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15311 | $85.42 | 8/30/2018 | 00007172AA | 6/26/2018 | $16.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15998 | $453.75 | 8/31/2018 | 00002709AA-152606 | 6/27/2018 | $60.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15998 | $453.75 | 8/31/2018 | 00002710AA | 6/27/2018 | $22.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15998 | $453.75 | 8/31/2018 | 00002711AA | 6/27/2018 | $8.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15998 | $453.75 | 8/31/2018 | 00002712AA | 6/27/2018 | $22.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15998 | $453.75 | 8/31/2018 | 00002713AA | 6/27/2018 | $8.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15998 | $453.75 | 8/31/2018 | 00002714AA | 6/27/2018 | $60.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15998 | $453.75 | 8/31/2018 | 00002715AA | 6/27/2018 | $60.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16637 | $180.11 | 9/4/2018 | 00003791AA | 6/29/2018 | $10.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15998 | $453.75 | 8/31/2018 | 00002717AA | 6/27/2018 | $22.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17812 | $653.94 | 9/5/2018 | 00000540AA-152630 | 7/2/2018 | $22.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15998 | $453.75 | 8/31/2018 | 00002721AA-152607 | 6/27/2018 | $40.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15998 | $453.75 | 8/31/2018 | 00002722AA-152608 | 6/27/2018 | $16.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15998 | $453.75 | 8/31/2018 | 00002723AA-152609 | 6/27/2018 | $7.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15998 | $453.75 | 8/31/2018 | 00002724AA-152610 | 6/27/2018 | $8.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15998 | $453.75 | 8/31/2018 | 00002725AA | 6/27/2018 | $22.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15998 | $453.75 | 8/31/2018 | 00002726AA | 6/27/2018 | $44.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15998 | $453.75 | 8/31/2018 | 00002727AA | 6/27/2018 | $22.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16637 | $180.11 | 9/4/2018 | 00002012AA-152611 | 6/28/2018 | $16.28 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16637 | $180.11 | 9/4/2018 | 00002013AA-152612 | 6/28/2018 | $40.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16637 | $180.11 | 9/4/2018 | 00002014AA-152613 | 6/28/2018 | $13.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15998 | $453.75 | 8/31/2018 | 00002716AA | 6/27/2018 | $7.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91356 | $348.21 | 7/19/2018 | 00003550AA | 5/15/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90450 | $590.84 | 7/18/2018 | 00006991AA-152644 | 5/14/2018 | $10.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90450 | $590.84 | 7/18/2018 | 00006992AA | 5/14/2018 | $22.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90450 | $590.84 | 7/18/2018 | 00006993AA | 5/14/2018 | $2.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90450 | $590.84 | 7/18/2018 | 00006994AA-152645 | 5/14/2018 | $44.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90450 | $590.84 | 7/18/2018 | 00006995AA-152646 | 5/14/2018 | $207.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90450 | $590.84 | 7/18/2018 | 00006996AA-152647 | 5/14/2018 | $16.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90450 | $590.84 | 7/18/2018 | 00006997AA-152648 | 5/14/2018 | $22.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90450 | $590.84 | 7/18/2018 | 00006998AA-152649 | 5/14/2018 | $10.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90450 | $590.84 | 7/18/2018 | 00006999AA-152650 | 5/14/2018 | $22.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90450 | $590.84 | 7/18/2018 | 00007000AA | 5/14/2018 | $6.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17812 | $653.94 | 9/5/2018 | 00000487AA-152628 | 7/2/2018 | $22.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91356 | $348.21 | 7/19/2018 | 00003549AA | 5/15/2018 | $22.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90450 | $590.84 | 7/18/2018 | 00005017AA-152642 | 5/14/2018 | $38.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91356 | $348.21 | 7/19/2018 | 00003551AA | 5/15/2018 | $22.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91356 | $348.21 | 7/19/2018 | 00003552AA | 5/15/2018 | $10.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91356 | $348.21 | 7/19/2018 | 00003553AA | 5/15/2018 | $8.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91356 | $348.21 | 7/19/2018 | 00003554AA | 5/15/2018 | $15.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91356 | $348.21 | 7/19/2018 | 00007468AA-152651 | 5/15/2018 | $207.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92097 | $130.82 | 7/20/2018 | 00009153AA-152652 | 5/16/2018 | $22.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92097 | $130.82 | 7/20/2018 | 00009154AA-152653 | 5/16/2018 | $24.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92097 | $130.82 | 7/20/2018 | 00009155AA-152654 | 5/16/2018 | $22.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92097 | $130.82 | 7/20/2018 | 00009156AA-152655 | 5/16/2018 | $16.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15311 | $85.42 | 8/30/2018 | 00007169AA | 6/26/2018 | $24.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91356 | $348.21 | 7/19/2018 | 00003548AA | 5/15/2018 | $38.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18550 | $157.57 | 9/6/2018 | 00002631AA | 7/3/2018 | $26.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92097 | $130.82 | 7/20/2018 | 00009158AA-152657 | 5/16/2018 | $2.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17812 | $653.94 | 9/5/2018 | 00002353AA-152631 | 7/2/2018 | $15.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17812 | $653.94 | 9/5/2018 | 00002354AA-152632 | 7/2/2018 | $16.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17812 | $653.94 | 9/5/2018 | 00002355AA-152633 | 7/2/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17812 | $653.94 | 9/5/2018 | 00002356AA | 7/2/2018 | $60.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17812 | $653.94 | 9/5/2018 | 00002357AA | 7/2/2018 | $50.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17812 | $653.94 | 9/5/2018 | 00002382AA | 7/2/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18550 | $157.57 | 9/6/2018 | 00002626AA | 7/3/2018 | $6.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18550 | $157.57 | 9/6/2018 | 00002627AA | 7/3/2018 | $7.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18550 | $157.57 | 9/6/2018 | 00002628AA | 7/3/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90450 | $590.84 | 7/18/2018 | 00005019AA-152643 | 5/14/2018 | $6.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18550 | $157.57 | 9/6/2018 | 00002630AA | 7/3/2018 | $15.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90450 | $590.84 | 7/18/2018 | 00005018AA | 5/14/2018 | $16.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18550 | $157.57 | 9/6/2018 | 00003564AA | 7/3/2018 | $18.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90450 | $590.84 | 7/18/2018 | 00002074AA-152634 | 5/14/2018 | $22.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90450 | $590.84 | 7/18/2018 | 00002075AA-152635 | 5/14/2018 | $22.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90450 | $590.84 | 7/18/2018 | 00002076AA | 5/14/2018 | $13.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90450 | $590.84 | 7/18/2018 | 00005011AA-152636 | 5/14/2018 | $10.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90450 | $590.84 | 7/18/2018 | 00005012AA-152637 | 5/14/2018 | $38.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90450 | $590.84 | 7/18/2018 | 00005013AA-152638 | 5/14/2018 | $16.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90450 | $590.84 | 7/18/2018 | 00005014AA-152639 | 5/14/2018 | $16.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90450 | $590.84 | 7/18/2018 | 00005015AA-152640 | 5/14/2018 | $7.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90450 | $590.84 | 7/18/2018 | 00005016AA-152641 | 5/14/2018 | $60.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17812 | $653.94 | 9/5/2018 | 00000488AA-152629 | 7/2/2018 | $56.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18550 | $157.57 | 9/6/2018 | 00002629AA | 7/3/2018 | $60.51 |

**Totals:**    28 transfer(s),    $13,298.37