**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Anda, Inc.** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991415 | $1,818.46 | 8/13/2018 | 54076945 | 5/26/2018 | $19.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987901 | $4,902.29 | 8/2/2018 | 54048769 | 5/24/2018 | $768.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991415 | $1,818.46 | 8/13/2018 | 54063838 | 5/25/2018 | $19.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991415 | $1,818.46 | 8/13/2018 | 54068909 | 5/25/2018 | $79.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991415 | $1,818.46 | 8/13/2018 | 54068910 | 5/25/2018 | $65.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991415 | $1,818.46 | 8/13/2018 | 54071110 | 5/25/2018 | $155.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991415 | $1,818.46 | 8/13/2018 | 54071976 | 5/25/2018 | $59.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991415 | $1,818.46 | 8/13/2018 | 54112441 | 5/29/2018 | $53.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991415 | $1,818.46 | 8/13/2018 | 54074858 | 5/25/2018 | $72.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987901 | $4,902.29 | 8/2/2018 | 54044676 | 5/24/2018 | $26.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991415 | $1,818.46 | 8/13/2018 | 54077046 | 5/26/2018 | $73.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991415 | $1,818.46 | 8/13/2018 | 54077619-27107 | 5/26/2018 | $19.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991415 | $1,818.46 | 8/13/2018 | 54077619-27108 | 5/26/2018 | $80.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991415 | $1,818.46 | 8/13/2018 | 54077620 | 5/29/2018 | $14.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991415 | $1,818.46 | 8/13/2018 | 54079673 | 5/29/2018 | $26.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991415 | $1,818.46 | 8/13/2018 | 54102849 | 5/29/2018 | $16.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995692 | $4,056.42 | 8/20/2018 | 54260000 | 6/5/2018 | $26.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991415 | $1,818.46 | 8/13/2018 | 54074225 | 5/25/2018 | $35.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987901 | $4,902.29 | 8/2/2018 | 53998296 | 5/23/2018 | $112.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987901 | $4,902.29 | 8/2/2018 | 53968284 | 5/21/2018 | $48.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987901 | $4,902.29 | 8/2/2018 | 53987481 | 5/22/2018 | $44.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987901 | $4,902.29 | 8/2/2018 | 53989502 | 5/22/2018 | $384.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987901 | $4,902.29 | 8/2/2018 | 53993550 | 5/22/2018 | $215.64 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987901 | $4,902.29 | 8/2/2018 | 53993664 | 5/22/2018 | $214.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987901 | $4,902.29 | 8/2/2018 | 53994091 | 5/22/2018 | $143.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987901 | $4,902.29 | 8/2/2018 | 53994617 | 5/22/2018 | $44.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987901 | $4,902.29 | 8/2/2018 | 54047623 | 5/24/2018 | $16.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987901 | $4,902.29 | 8/2/2018 | 53998210 | 5/23/2018 | $53.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987901 | $4,902.29 | 8/2/2018 | 54044935 | 5/24/2018 | $16.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987901 | $4,902.29 | 8/2/2018 | 54014948 | 5/23/2018 | $34.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987901 | $4,902.29 | 8/2/2018 | 54018505 | 5/23/2018 | $192.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987901 | $4,902.29 | 8/2/2018 | 54019075 | 5/23/2018 | $56.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987901 | $4,902.29 | 8/2/2018 | 54020945 | 5/23/2018 | $83.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987901 | $4,902.29 | 8/2/2018 | 54024666 | 5/24/2018 | $808.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987901 | $4,902.29 | 8/2/2018 | 54041004 | 5/24/2018 | $61.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991415 | $1,818.46 | 8/13/2018 | 54118335 | 5/30/2018 | $32.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987901 | $4,902.29 | 8/2/2018 | 53996267 | 5/22/2018 | $67.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995692 | $4,056.42 | 8/20/2018 | 54232536 | 6/4/2018 | $192.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995692 | $4,056.42 | 8/20/2018 | 54202198 | 6/2/2018 | $242.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995692 | $4,056.42 | 8/20/2018 | 54202286 | 6/2/2018 | $72.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995692 | $4,056.42 | 8/20/2018 | 54202352 | 6/2/2018 | $1,075.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995692 | $4,056.42 | 8/20/2018 | 54226272 | 6/4/2018 | $192.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995692 | $4,056.42 | 8/20/2018 | 54230983 | 6/4/2018 | $48.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995692 | $4,056.42 | 8/20/2018 | 54231143 | 6/4/2018 | $26.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991415 | $1,818.46 | 8/13/2018 | 54108747 | 5/29/2018 | $45.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995692 | $4,056.42 | 8/20/2018 | 54231988 | 6/4/2018 | $112.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995692 | $4,056.42 | 8/20/2018 | 54197935 | 6/1/2018 | $81.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995692 | $4,056.42 | 8/20/2018 | 54244656 | 6/5/2018 | $48.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995692 | $4,056.42 | 8/20/2018 | 54251253 | 6/5/2018 | $134.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995692 | $4,056.42 | 8/20/2018 | 54251256 | 6/5/2018 | $29.02 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995692 | $4,056.42 | 8/20/2018 | 54251391 | 6/5/2018 | $29.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995692 | $4,056.42 | 8/20/2018 | 54255230 | 6/5/2018 | $192.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995692 | $4,056.42 | 8/20/2018 | 54255710 | 6/5/2018 | $67.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981136 | $2,366.65 | 7/19/2018 | 53706203 | 5/5/2018 | $45.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995692 | $4,056.42 | 8/20/2018 | 54231424 | 6/5/2018 | $29.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991415 | $1,818.46 | 8/13/2018 | 54162716 | 5/31/2018 | $9.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991415 | $1,818.46 | 8/13/2018 | 54137492 | 5/30/2018 | $9.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991415 | $1,818.46 | 8/13/2018 | 54139481 | 5/30/2018 | $13.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991415 | $1,818.46 | 8/13/2018 | 54140720 | 5/30/2018 | $53.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991415 | $1,818.46 | 8/13/2018 | 54142954 | 5/30/2018 | $32.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991415 | $1,818.46 | 8/13/2018 | 54143079 | 5/30/2018 | $240.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991415 | $1,818.46 | 8/13/2018 | 54143511 | 5/30/2018 | $67.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991415 | $1,818.46 | 8/13/2018 | 54145499 | 5/30/2018 | $19.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995692 | $4,056.42 | 8/20/2018 | 54201779 | 6/2/2018 | $14.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991415 | $1,818.46 | 8/13/2018 | 54160146 | 5/31/2018 | $77.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995692 | $4,056.42 | 8/20/2018 | 54197936 | 6/1/2018 | $24.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991415 | $1,818.46 | 8/13/2018 | 54165879 | 5/31/2018 | $224.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991415 | $1,818.46 | 8/13/2018 | 54166738 | 5/31/2018 | $28.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991415 | $1,818.46 | 8/13/2018 | 54172256 | 5/31/2018 | $61.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995692 | $4,056.42 | 8/20/2018 | 54176293 | 6/1/2018 | $14.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995692 | $4,056.42 | 8/20/2018 | 54181339 | 6/1/2018 | $72.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995692 | $4,056.42 | 8/20/2018 | 54196833 | 6/1/2018 | $26.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987901 | $4,902.29 | 8/2/2018 | 53966330 | 5/21/2018 | $12.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991415 | $1,818.46 | 8/13/2018 | 54158500 | 5/31/2018 | $112.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981136 | $2,366.65 | 7/19/2018 | 53801124 | 5/10/2018 | $120.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981136 | $2,366.65 | 7/19/2018 | 53775022 | 5/9/2018 | $29.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981136 | $2,366.65 | 7/19/2018 | 53780439 | 5/9/2018 | $97.78 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981136 | $2,366.65 | 7/19/2018 | 53788974 | 5/10/2018 | $4.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981136 | $2,366.65 | 7/19/2018 | 53790447 | 5/10/2018 | $74.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981136 | $2,366.65 | 7/19/2018 | 53792573 | 5/10/2018 | $24.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981136 | $2,366.65 | 7/19/2018 | 53798540 | 5/10/2018 | $22.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987901 | $4,902.29 | 8/2/2018 | 53968019 | 5/21/2018 | $134.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981136 | $2,366.65 | 7/19/2018 | 53798547-27104 | 5/10/2018 | $77.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981136 | $2,366.65 | 7/19/2018 | 53763593 | 5/9/2018 | $15.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981136 | $2,366.65 | 7/19/2018 | 53803002 | 5/10/2018 | $9.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984509 | $4,142.09 | 7/26/2018 | 53803003 | 5/11/2018 | $29.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984509 | $4,142.09 | 7/26/2018 | 53805978 | 5/11/2018 | $112.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984509 | $4,142.09 | 7/26/2018 | 53806520 | 5/11/2018 | $32.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984509 | $4,142.09 | 7/26/2018 | 53810171 | 5/11/2018 | $538.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984509 | $4,142.09 | 7/26/2018 | 53813328 | 5/11/2018 | $309.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984509 | $4,142.09 | 7/26/2018 | 53819563 | 5/11/2018 | $43.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981136 | $2,366.65 | 7/19/2018 | 53798547-27103 | 5/10/2018 | $39.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981136 | $2,366.65 | 7/19/2018 | 53735996 | 5/7/2018 | $79.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981136 | $2,366.65 | 7/19/2018 | 53706385 | 5/5/2018 | $104.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981136 | $2,366.65 | 7/19/2018 | 53708576 | 5/7/2018 | $13.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981136 | $2,366.65 | 7/19/2018 | 53708577 | 5/7/2018 | $45.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981136 | $2,366.65 | 7/19/2018 | 53713003 | 5/7/2018 | $32.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981136 | $2,366.65 | 7/19/2018 | 53724221 | 5/7/2018 | $48.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981136 | $2,366.65 | 7/19/2018 | 53724390 | 5/7/2018 | $45.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981136 | $2,366.65 | 7/19/2018 | 53729856 | 5/7/2018 | $34.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981136 | $2,366.65 | 7/19/2018 | 53774937 | 5/9/2018 | $192.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981136 | $2,366.65 | 7/19/2018 | 53734861 | 5/7/2018 | $37.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981136 | $2,366.65 | 7/19/2018 | 53772385 | 5/9/2018 | $37.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981136 | $2,366.65 | 7/19/2018 | 53735997 | 5/7/2018 | $37.90 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981136 | $2,366.65 | 7/19/2018 | 53737077 | 5/8/2018 | $175.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981136 | $2,366.65 | 7/19/2018 | 53743890 | 5/8/2018 | $780.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981136 | $2,366.65 | 7/19/2018 | 53749405 | 5/8/2018 | $39.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981136 | $2,366.65 | 7/19/2018 | 53752766 | 5/8/2018 | $61.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981136 | $2,366.65 | 7/19/2018 | 53755448 | 5/8/2018 | $18.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984509 | $4,142.09 | 7/26/2018 | 53824593 | 5/11/2018 | $31.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981136 | $2,366.65 | 7/19/2018 | 53732904 | 5/7/2018 | $19.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987901 | $4,902.29 | 8/2/2018 | 53934913-27106 | 5/18/2018 | $201.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984509 | $4,142.09 | 7/26/2018 | 53822997 | 5/11/2018 | $192.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984509 | $4,142.09 | 7/26/2018 | 53917445 | 5/17/2018 | $13.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984509 | $4,142.09 | 7/26/2018 | 53917550 | 5/17/2018 | $34.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984509 | $4,142.09 | 7/26/2018 | 53917856 | 5/17/2018 | $18.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984509 | $4,142.09 | 7/26/2018 | 53919116 | 5/17/2018 | $89.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984509 | $4,142.09 | 7/26/2018 | 53919618 | 5/17/2018 | $41.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984509 | $4,142.09 | 7/26/2018 | 53920847 | 5/17/2018 | $67.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984509 | $4,142.09 | 7/26/2018 | 53899064 | 5/16/2018 | $26.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987901 | $4,902.29 | 8/2/2018 | 53934913-27105 | 5/18/2018 | $4.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984509 | $4,142.09 | 7/26/2018 | 53899059 | 5/16/2018 | $192.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987901 | $4,902.29 | 8/2/2018 | 53941389 | 5/18/2018 | $29.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987901 | $4,902.29 | 8/2/2018 | 53946483 | 5/19/2018 | $192.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987901 | $4,902.29 | 8/2/2018 | 53946791 | 5/19/2018 | $40.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987901 | $4,902.29 | 8/2/2018 | 53948829 | 5/21/2018 | $32.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987901 | $4,902.29 | 8/2/2018 | 53949508 | 5/21/2018 | $43.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987901 | $4,902.29 | 8/2/2018 | 53951039 | 5/21/2018 | $538.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995692 | $4,056.42 | 8/20/2018 | 54296984 | 6/7/2018 | $89.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987901 | $4,902.29 | 8/2/2018 | 53924641 | 5/18/2018 | $14.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984509 | $4,142.09 | 7/26/2018 | 53845683 | 5/14/2018 | $37.90 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987901 | $4,902.29 | 8/2/2018 | 53966599 | 5/21/2018 | $266.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984509 | $4,142.09 | 7/26/2018 | 53827512 | 5/12/2018 | $26.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984509 | $4,142.09 | 7/26/2018 | 53828127 | 5/12/2018 | $538.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984509 | $4,142.09 | 7/26/2018 | 53828473 | 5/12/2018 | $39.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984509 | $4,142.09 | 7/26/2018 | 53829649 | 5/14/2018 | $83.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984509 | $4,142.09 | 7/26/2018 | 53829949 | 5/14/2018 | $538.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984509 | $4,142.09 | 7/26/2018 | 53830732 | 5/14/2018 | $58.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984509 | $4,142.09 | 7/26/2018 | 53912242 | 5/17/2018 | $10.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984509 | $4,142.09 | 7/26/2018 | 53843852 | 5/14/2018 | $102.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984509 | $4,142.09 | 7/26/2018 | 53824540 | 5/11/2018 | $61.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984509 | $4,142.09 | 7/26/2018 | 53850269 | 5/14/2018 | $39.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984509 | $4,142.09 | 7/26/2018 | 53864228 | 5/15/2018 | $135.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984509 | $4,142.09 | 7/26/2018 | 53871129 | 5/15/2018 | $43.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984509 | $4,142.09 | 7/26/2018 | 53871316 | 5/15/2018 | $9.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984509 | $4,142.09 | 7/26/2018 | 53877901 | 5/16/2018 | $218.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984509 | $4,142.09 | 7/26/2018 | 53877902 | 5/16/2018 | $46.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984509 | $4,142.09 | 7/26/2018 | 53877974 | 5/16/2018 | $74.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984509 | $4,142.09 | 7/26/2018 | 53843687 | 5/14/2018 | $306.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005922 | $2,372.85 | 9/12/2018 | 54675525 | 6/26/2018 | $32.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005922 | $2,372.85 | 9/12/2018 | 54644809 | 6/25/2018 | $16.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005922 | $2,372.85 | 9/12/2018 | 54649521 | 6/25/2018 | $91.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005922 | $2,372.85 | 9/12/2018 | 54659727 | 6/26/2018 | $115.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005922 | $2,372.85 | 9/12/2018 | 54660979 | 6/26/2018 | $19.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005922 | $2,372.85 | 9/12/2018 | 54674153 | 6/26/2018 | $279.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005922 | $2,372.85 | 9/12/2018 | 54674570 | 6/26/2018 | $28.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005922 | $2,372.85 | 9/12/2018 | 54706632 | 6/27/2018 | $111.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005922 | $2,372.85 | 9/12/2018 | 54674626 | 6/26/2018 | $29.02 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005922 | $2,372.85 | 9/12/2018 | 54620172 | 6/23/2018 | $192.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005922 | $2,372.85 | 9/12/2018 | 54676306 | 6/26/2018 | $53.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005922 | $2,372.85 | 9/12/2018 | 54676575 | 6/26/2018 | $36.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005922 | $2,372.85 | 9/12/2018 | 54679647 | 6/26/2018 | $87.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005922 | $2,372.85 | 9/12/2018 | 54682373 | 6/27/2018 | $69.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005922 | $2,372.85 | 9/12/2018 | 54682683 | 6/27/2018 | $39.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005922 | $2,372.85 | 9/12/2018 | 54684994 | 6/27/2018 | $103.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995692 | $4,056.42 | 8/20/2018 | 54256585 | 6/5/2018 | $40.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005922 | $2,372.85 | 9/12/2018 | 54674589 | 6/26/2018 | $53.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002533 | $2,667.82 | 9/5/2018 | 54588072 | 6/21/2018 | $79.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002533 | $2,667.82 | 9/5/2018 | 54531635 | 6/19/2018 | $16.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002533 | $2,667.82 | 9/5/2018 | 54535372 | 6/19/2018 | $26.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002533 | $2,667.82 | 9/5/2018 | 54559351 | 6/20/2018 | $56.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002533 | $2,667.82 | 9/5/2018 | 54560043 | 6/20/2018 | $74.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002533 | $2,667.82 | 9/5/2018 | 54564008 | 6/20/2018 | $40.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002533 | $2,667.82 | 9/5/2018 | 54574024 | 6/21/2018 | $369.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002533 | $2,667.82 | 9/5/2018 | 54578133 | 6/21/2018 | $130.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005922 | $2,372.85 | 9/12/2018 | 54624307 | 6/25/2018 | $40.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002533 | $2,667.82 | 9/5/2018 | 54587097 | 6/21/2018 | $18.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005922 | $2,372.85 | 9/12/2018 | 54622633 | 6/25/2018 | $96.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002533 | $2,667.82 | 9/5/2018 | 54592205 | 6/21/2018 | $254.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005922 | $2,372.85 | 9/12/2018 | 54594998 | 6/22/2018 | $39.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005922 | $2,372.85 | 9/12/2018 | 54598309 | 6/22/2018 | $39.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005922 | $2,372.85 | 9/12/2018 | 54605994 | 6/22/2018 | $83.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005922 | $2,372.85 | 9/12/2018 | 54607116 | 6/22/2018 | $19.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005922 | $2,372.85 | 9/12/2018 | 54608212 | 6/22/2018 | $215.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005922 | $2,372.85 | 9/12/2018 | 54707269 | 6/27/2018 | $124.60 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002533 | $2,667.82 | 9/5/2018 | 54584345 | 6/21/2018 | $46.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013494 | $1,314.86 | 9/26/2018 | 54918241 | 7/10/2018 | $270.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009682 | $1,579.01 | 9/19/2018 | 54829077 | 7/5/2018 | $28.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009682 | $1,579.01 | 9/19/2018 | 54835194 | 7/5/2018 | $24.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009682 | $1,579.01 | 9/19/2018 | 54836178 | 7/5/2018 | $377.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009682 | $1,579.01 | 9/19/2018 | 54838359 | 7/5/2018 | $49.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013494 | $1,314.86 | 9/26/2018 | 54871470 | 7/9/2018 | $140.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013494 | $1,314.86 | 9/26/2018 | 54872129 | 7/9/2018 | $105.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005922 | $2,372.85 | 9/12/2018 | 54694645 | 6/27/2018 | $192.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013494 | $1,314.86 | 9/26/2018 | 54893411 | 7/9/2018 | $35.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009682 | $1,579.01 | 9/19/2018 | 54770375 | 7/2/2018 | $43.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013494 | $1,314.86 | 9/26/2018 | 54926299 | 7/10/2018 | $28.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013494 | $1,314.86 | 9/26/2018 | 54939600 | 7/11/2018 | $113.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013494 | $1,314.86 | 9/26/2018 | 54954284 | 7/11/2018 | $113.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013494 | $1,314.86 | 9/26/2018 | 54954285 | 7/11/2018 | $38.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013494 | $1,314.86 | 9/26/2018 | 54956190 | 7/11/2018 | $75.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013494 | $1,314.86 | 9/26/2018 | 54973927 | 7/12/2018 | $43.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013494 | $1,314.86 | 9/26/2018 | 54982507-27115 | 7/12/2018 | $0.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013494 | $1,314.86 | 9/26/2018 | 54872857 | 7/9/2018 | $301.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009682 | $1,579.01 | 9/19/2018 | 54748360 | 7/2/2018 | $79.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005922 | $2,372.85 | 9/12/2018 | 54711654 | 6/28/2018 | $145.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005922 | $2,372.85 | 9/12/2018 | 54730236 | 6/28/2018 | $16.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009682 | $1,579.01 | 9/19/2018 | 54736249 | 6/29/2018 | $14.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009682 | $1,579.01 | 9/19/2018 | 54737198 | 6/29/2018 | $103.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009682 | $1,579.01 | 9/19/2018 | 54737288 | 6/29/2018 | $24.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009682 | $1,579.01 | 9/19/2018 | 54738193 | 6/29/2018 | $44.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009682 | $1,579.01 | 9/19/2018 | 54740366 | 6/29/2018 | $58.04 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009682 | $1,579.01 | 9/19/2018 | 54796352 | 7/3/2018 | $170.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009682 | $1,579.01 | 9/19/2018 | 54745944 | 6/30/2018 | $17.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009682 | $1,579.01 | 9/19/2018 | 54783232 | 7/3/2018 | $20.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009682 | $1,579.01 | 9/19/2018 | 54748361 | 7/2/2018 | $161.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009682 | $1,579.01 | 9/19/2018 | 54749905 | 7/2/2018 | $72.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009682 | $1,579.01 | 9/19/2018 | 54752789 | 7/2/2018 | $35.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009682 | $1,579.01 | 9/19/2018 | 54756692 | 7/2/2018 | $148.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009682 | $1,579.01 | 9/19/2018 | 54758020 | 7/2/2018 | $27.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009682 | $1,579.01 | 9/19/2018 | 54768906 | 7/2/2018 | $38.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002533 | $2,667.82 | 9/5/2018 | 54509896 | 6/18/2018 | $101.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009682 | $1,579.01 | 9/19/2018 | 54742870 | 6/29/2018 | $37.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999029 | $3,830.72 | 8/29/2018 | 54363809 | 6/11/2018 | $76.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999029 | $3,830.72 | 8/29/2018 | 54343886 | 6/9/2018 | $26.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999029 | $3,830.72 | 8/29/2018 | 54344063 | 6/9/2018 | $61.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999029 | $3,830.72 | 8/29/2018 | 54344070 | 6/9/2018 | $32.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999029 | $3,830.72 | 8/29/2018 | 54345826 | 6/11/2018 | $51.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999029 | $3,830.72 | 8/29/2018 | 54345828 | 6/11/2018 | $26.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999029 | $3,830.72 | 8/29/2018 | 54346693 | 6/11/2018 | $83.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002533 | $2,667.82 | 9/5/2018 | 54520241 | 6/19/2018 | $59.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999029 | $3,830.72 | 8/29/2018 | 54358996 | 6/11/2018 | $192.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999029 | $3,830.72 | 8/29/2018 | 54339244 | 6/8/2018 | $77.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999029 | $3,830.72 | 8/29/2018 | 54363861 | 6/11/2018 | $208.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999029 | $3,830.72 | 8/29/2018 | 54365382 | 6/11/2018 | $13.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999029 | $3,830.72 | 8/29/2018 | 54365750 | 6/11/2018 | $129.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999029 | $3,830.72 | 8/29/2018 | 54367166 | 6/11/2018 | $181.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999029 | $3,830.72 | 8/29/2018 | 54367647 | 6/11/2018 | $17.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999029 | $3,830.72 | 8/29/2018 | 54372618 | 6/11/2018 | $192.19 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999029 | $3,830.72 | 8/29/2018 | 54374558 | 6/12/2018 | $55.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999029 | $3,830.72 | 8/29/2018 | 54353896 | 6/11/2018 | $8.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995692 | $4,056.42 | 8/20/2018 | 54317784 | 6/7/2018 | $72.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995692 | $4,056.42 | 8/20/2018 | 54297689 | 6/7/2018 | $137.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995692 | $4,056.42 | 8/20/2018 | 54299801 | 6/7/2018 | $72.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995692 | $4,056.42 | 8/20/2018 | 54299817 | 6/7/2018 | $72.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995692 | $4,056.42 | 8/20/2018 | 54300850 | 6/7/2018 | $112.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995692 | $4,056.42 | 8/20/2018 | 54305504 | 6/7/2018 | $67.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995692 | $4,056.42 | 8/20/2018 | 54306457 | 6/7/2018 | $72.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995692 | $4,056.42 | 8/20/2018 | 54307145 | 6/7/2018 | $72.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999029 | $3,830.72 | 8/29/2018 | 54343595 | 6/9/2018 | $192.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995692 | $4,056.42 | 8/20/2018 | 54315722 | 6/7/2018 | $48.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999029 | $3,830.72 | 8/29/2018 | 54339365 | 6/8/2018 | $83.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995692 | $4,056.42 | 8/20/2018 | 54318339 | 6/7/2018 | $224.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999029 | $3,830.72 | 8/29/2018 | 54319705 | 6/8/2018 | $29.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999029 | $3,830.72 | 8/29/2018 | 54319868 | 6/8/2018 | $89.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999029 | $3,830.72 | 8/29/2018 | 54331462-27109 | 6/8/2018 | $9.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999029 | $3,830.72 | 8/29/2018 | 54331462-27110 | 6/8/2018 | $192.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999029 | $3,830.72 | 8/29/2018 | 54337730 | 6/8/2018 | $124.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999029 | $3,830.72 | 8/29/2018 | 54384517 | 6/12/2018 | $49.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995692 | $4,056.42 | 8/20/2018 | 54312364 | 6/7/2018 | $224.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002533 | $2,667.82 | 9/5/2018 | 54490272 | 6/18/2018 | $10.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999029 | $3,830.72 | 8/29/2018 | 54374602 | 6/12/2018 | $198.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002533 | $2,667.82 | 9/5/2018 | 54469889 | 6/15/2018 | $294.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002533 | $2,667.82 | 9/5/2018 | 54473696 | 6/15/2018 | $28.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002533 | $2,667.82 | 9/5/2018 | 54473808 | 6/15/2018 | $192.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002533 | $2,667.82 | 9/5/2018 | 54474759 | 6/15/2018 | $39.75 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002533 | $2,667.82 | 9/5/2018 | 54477056 | 6/15/2018 | $67.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002533 | $2,667.82 | 9/5/2018 | 54479316 | 6/16/2018 | $26.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002533 | $2,667.82 | 9/5/2018 | 54454188 | 6/15/2018 | $39.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002533 | $2,667.82 | 9/5/2018 | 54481262 | 6/18/2018 | $29.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999029 | $3,830.72 | 8/29/2018 | 54453490 | 6/14/2018 | $40.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002533 | $2,667.82 | 9/5/2018 | 54501435 | 6/18/2018 | $192.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002533 | $2,667.82 | 9/5/2018 | 54503050 | 6/18/2018 | $19.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002533 | $2,667.82 | 9/5/2018 | 54504824 | 6/18/2018 | $203.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002533 | $2,667.82 | 9/5/2018 | 54508862-27113 | 6/18/2018 | $19.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002533 | $2,667.82 | 9/5/2018 | 54508862-27114 | 6/18/2018 | $46.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002533 | $2,667.82 | 9/5/2018 | 54509415 | 6/18/2018 | $13.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013494 | $1,314.86 | 9/26/2018 | 54982507-27116 | 7/12/2018 | $47.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002533 | $2,667.82 | 9/5/2018 | 54479366 | 6/16/2018 | $37.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999029 | $3,830.72 | 8/29/2018 | 54419759 | 6/13/2018 | $86.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002533 | $2,667.82 | 9/5/2018 | 54514706 | 6/19/2018 | $54.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999029 | $3,830.72 | 8/29/2018 | 54393366 | 6/12/2018 | $119.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999029 | $3,830.72 | 8/29/2018 | 54394263 | 6/12/2018 | $115.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999029 | $3,830.72 | 8/29/2018 | 54394575 | 6/12/2018 | $48.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999029 | $3,830.72 | 8/29/2018 | 54394855-27111 | 6/12/2018 | $19.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999029 | $3,830.72 | 8/29/2018 | 54394855-27112 | 6/12/2018 | $192.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999029 | $3,830.72 | 8/29/2018 | 54395437 | 6/12/2018 | $13.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002533 | $2,667.82 | 9/5/2018 | 54468462 | 6/15/2018 | $80.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999029 | $3,830.72 | 8/29/2018 | 54416328 | 6/13/2018 | $17.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999029 | $3,830.72 | 8/29/2018 | 54383492 | 6/12/2018 | $254.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999029 | $3,830.72 | 8/29/2018 | 54423412 | 6/13/2018 | $192.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999029 | $3,830.72 | 8/29/2018 | 54426622 | 6/14/2018 | $124.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999029 | $3,830.72 | 8/29/2018 | 54443581 | 6/14/2018 | $26.50 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999029 | $3,830.72 | 8/29/2018 | 54446192 | 6/14/2018 | $54.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999029 | $3,830.72 | 8/29/2018 | 54446320 | 6/14/2018 | $17.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999029 | $3,830.72 | 8/29/2018 | 54449198 | 6/14/2018 | $23.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999029 | $3,830.72 | 8/29/2018 | 54453265 | 6/14/2018 | $51.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999029 | $3,830.72 | 8/29/2018 | 54401467 | 6/13/2018 | $29.02 |

**Totals:** 10 transfer(s), $29,051.17