**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Angie's List, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 32035266 | $10,746.66 | 10/3/2018 | RP000850 | 7/10/2018 | $4,166.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32035266 | $10,746.66 | 10/3/2018 | RP000845 | 6/30/2018 | $6,580.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034574 | $4,166.66 | 9/6/2018 | RP000837 | 6/9/2018 | $4,166.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033881 | $4,166.66 | 8/7/2018 | RP000825 | 5/10/2018 | $4,166.66 |

**Totals:** 3 transfer(s), $19,079.98