**ask** | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Anglo American Enterprises Corp.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06225 | $1,044.95 | 8/15/2018 | 00001427AA | 6/11/2018 | $20.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15128 | $372.80 | 8/30/2018 | 21001 | 6/26/2018 | $307.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14347 | $709.32 | 8/29/2018 | 00001613AA | 6/25/2018 | $37.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14347 | $709.32 | 8/29/2018 | 21458 | 6/25/2018 | $336.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14347 | $709.32 | 8/29/2018 | 21456 | 6/25/2018 | $336.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11751 | $10.20 | 8/24/2018 | 00001558AA-1421 | 6/20/2018 | $10.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10267 | $2,533.20 | 8/22/2018 | 00001524AA | 6/18/2018 | $53.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10267 | $2,533.20 | 8/22/2018 | 00001523AA | 6/18/2018 | $346.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10267 | $2,533.20 | 8/22/2018 | 00001522AA | 6/18/2018 | $20.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10267 | $2,533.20 | 8/22/2018 | 21373 | 6/18/2018 | $432.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10267 | $2,533.20 | 8/22/2018 | 21372 | 6/18/2018 | $336.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10267 | $2,533.20 | 8/22/2018 | 21371 | 6/18/2018 | $672.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10267 | $2,533.20 | 8/22/2018 | 21370 | 6/18/2018 | $336.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02361 | $1,729.52 | 8/8/2018 | 21169 | 6/4/2018 | $865.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06225 | $1,044.95 | 8/15/2018 | 00001428AA | 6/11/2018 | $16.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17652 | $1,933.82 | 9/5/2018 | 21565 | 7/2/2018 | $336.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06225 | $1,044.95 | 8/15/2018 | 21278 | 6/11/2018 | $336.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06225 | $1,044.95 | 8/15/2018 | 21277 | 6/11/2018 | $336.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06225 | $1,044.95 | 8/15/2018 | 21276 | 6/11/2018 | $336.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04372 | $113.92 | 8/13/2018 | 00001404AA | 6/8/2018 | $113.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03109 | $44.28 | 8/9/2018 | 00001355AA-1419 | 6/5/2018 | $27.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03109 | $44.28 | 8/9/2018 | 00001354AA | 6/5/2018 | $16.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02361 | $1,729.52 | 8/8/2018 | 00001333AA | 6/4/2018 | $16.38 |

Anglo American Enterprises Corp. (2219223)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02361 | $1,729.52 | 8/8/2018 | 00001331AA | 6/4/2018 | $54.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02361 | $1,729.52 | 8/8/2018 | 00001330AA | 6/4/2018 | $54.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02361 | $1,729.52 | 8/8/2018 | 00001329AA | 6/4/2018 | $66.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02361 | $1,729.52 | 8/8/2018 | 21204 | 6/4/2018 | $336.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02361 | $1,729.52 | 8/8/2018 | 21203 | 6/4/2018 | $336.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10267 | $2,533.20 | 8/22/2018 | 0000018608-1420 | 8/20/2018 | $336.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90231 | $1,929.66 | 7/18/2018 | 20879 | 5/14/2018 | $336.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99240 | $1,258.54 | 8/2/2018 | 21097 | 5/29/2018 | $432.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99240 | $1,258.54 | 8/2/2018 | 21095 | 5/29/2018 | $336.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99240 | $1,258.54 | 8/2/2018 | 21094 | 5/29/2018 | $336.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95292 | $87.46 | 7/26/2018 | 00001175AA | 5/22/2018 | $28.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95292 | $87.46 | 7/26/2018 | 00001173AA | 5/22/2018 | $58.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94451 | $885.87 | 7/25/2018 | 00001154AA | 5/21/2018 | $13.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94451 | $885.87 | 7/25/2018 | 00001152AA | 5/21/2018 | $54.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94451 | $885.87 | 7/25/2018 | 00001151AA | 5/21/2018 | $146.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94451 | $885.87 | 7/25/2018 | 20959 | 5/21/2018 | $336.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94451 | $885.87 | 7/25/2018 | 20958 | 5/21/2018 | $336.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92510 | $92.72 | 7/23/2018 | 00001124AA | 5/18/2018 | $54.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92510 | $92.72 | 7/23/2018 | 00001107AA | 5/17/2018 | $38.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15128 | $372.80 | 8/30/2018 | 0000021168-1422 | 6/26/2018 | $65.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90231 | $1,929.66 | 7/18/2018 | 00001043AA | 5/14/2018 | $56.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15900 | $20.18 | 8/31/2018 | 00001657AA | 6/27/2018 | $20.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90231 | $1,929.66 | 7/18/2018 | 20878 | 5/14/2018 | $336.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90231 | $1,929.66 | 7/18/2018 | 20877 | 5/14/2018 | $432.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90231 | $1,929.66 | 7/18/2018 | 20876 | 5/14/2018 | $336.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90231 | $1,929.66 | 7/18/2018 | 20875 | 5/14/2018 | $432.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19405 | $60.54 | 9/10/2018 | 00001745AA | 7/5/2018 | $40.36 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19405 | $60.54 | 9/10/2018 | 00001744AA | 7/5/2018 | $20.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18376 | $60.54 | 9/6/2018 | 00001716AA | 7/3/2018 | $60.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17652 | $1,933.82 | 9/5/2018 | 00001700AA | 7/2/2018 | $60.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17652 | $1,933.82 | 9/5/2018 | 21570 | 7/2/2018 | $432.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17652 | $1,933.82 | 9/5/2018 | 21568 | 7/2/2018 | $432.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17652 | $1,933.82 | 9/5/2018 | 21567 | 7/2/2018 | $336.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17652 | $1,933.82 | 9/5/2018 | 21566 | 7/2/2018 | $336.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99240 | $1,258.54 | 8/2/2018 | 0000021168-1423 | 5/29/2018 | $153.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91986 | $16.38 | 7/20/2018 | 00001099AA | 5/16/2018 | $16.38 |

**Totals:** 18 transfer(s), $12,903.90