

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Appliance Installations by Special D, LLC**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990604 | $24,070.00 | 7/31/2018 | 1140-4 | 7/19/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986404 | $26,560.00 | 7/23/2018 | 1139-40 | 7/12/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990604 | $24,070.00 | 7/31/2018 | 1140-28 | 7/19/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990604 | $24,070.00 | 7/31/2018 | 1140-29 | 7/19/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990604 | $24,070.00 | 7/31/2018 | 1140-3 | 7/19/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990604 | $24,070.00 | 7/31/2018 | 1140-30 | 7/19/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990604 | $24,070.00 | 7/31/2018 | 1140-31 | 7/19/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990604 | $24,070.00 | 7/31/2018 | 1140-32 | 7/19/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990604 | $24,070.00 | 7/31/2018 | 1140-33 | 7/19/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990604 | $24,070.00 | 7/31/2018 | 1140-34 | 7/19/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990604 | $24,070.00 | 7/31/2018 | 1140-35 | 7/19/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990604 | $24,070.00 | 7/31/2018 | 1140-26 | 7/19/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990604 | $24,070.00 | 7/31/2018 | 1140-37 | 7/19/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990604 | $24,070.00 | 7/31/2018 | 1140-25 | 7/19/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990604 | $24,070.00 | 7/31/2018 | 1140-5 | 7/19/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990604 | $24,070.00 | 7/31/2018 | 1140-6 | 7/19/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990604 | $24,070.00 | 7/31/2018 | 1140-7 | 7/19/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990604 | $24,070.00 | 7/31/2018 | 1140-8 | 7/19/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990604 | $24,070.00 | 7/31/2018 | 1140-9 | 7/19/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993457 | $24,070.00 | 8/6/2018 | 1141-1 | 7/26/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993457 | $24,070.00 | 8/6/2018 | 1141-10 | 7/26/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993457 | $24,070.00 | 8/6/2018 | 1141-11 | 7/26/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993457 | $24,070.00 | 8/6/2018 | 1141-12 | 7/26/2018 | $415.00 |

Appliance Installations by Special D, LLC (2191395)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                              Exhibit A                              P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780993457 | $24,070.00 | 8/6/2018 | 1141-13 | 7/26/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993457 | $24,070.00 | 8/6/2018 | 1141-14 | 7/26/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990604 | $24,070.00 | 7/31/2018 | 1140-36 | 7/19/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990604 | $24,070.00 | 7/31/2018 | 1140-14 | 7/19/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997590 | $24,070.00 | 8/13/2018 | 1142-30 | 8/2/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986404 | $26,560.00 | 7/23/2018 | 1139-42 | 7/12/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986404 | $26,560.00 | 7/23/2018 | 1139-5 | 7/12/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986404 | $26,560.00 | 7/23/2018 | 1139-6 | 7/12/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986404 | $26,560.00 | 7/23/2018 | 1139-7 | 7/12/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986404 | $26,560.00 | 7/23/2018 | 1139-8 | 7/12/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986404 | $26,560.00 | 7/23/2018 | 1139-9 | 7/12/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990604 | $24,070.00 | 7/31/2018 | 1140-1 | 7/19/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990604 | $24,070.00 | 7/31/2018 | 1140-10 | 7/19/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990604 | $24,070.00 | 7/31/2018 | 1140-11 | 7/19/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990604 | $24,070.00 | 7/31/2018 | 1140-27 | 7/19/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990604 | $24,070.00 | 7/31/2018 | 1140-13 | 7/19/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993457 | $24,070.00 | 8/6/2018 | 1141-17 | 7/26/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990604 | $24,070.00 | 7/31/2018 | 1140-15 | 7/19/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990604 | $24,070.00 | 7/31/2018 | 1140-16 | 7/19/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990604 | $24,070.00 | 7/31/2018 | 1140-17 | 7/19/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990604 | $24,070.00 | 7/31/2018 | 1140-18 | 7/19/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990604 | $24,070.00 | 7/31/2018 | 1140-19 | 7/19/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990604 | $24,070.00 | 7/31/2018 | 1140-2 | 7/19/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990604 | $24,070.00 | 7/31/2018 | 1140-20 | 7/19/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990604 | $24,070.00 | 7/31/2018 | 1140-21 | 7/19/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990604 | $24,070.00 | 7/31/2018 | 1140-22 | 7/19/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990604 | $24,070.00 | 7/31/2018 | 1140-23 | 7/19/2018 | $415.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990604 | $24,070.00 | 7/31/2018 | 1140-24 | 7/19/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990604 | $24,070.00 | 7/31/2018 | 1140-12 | 7/19/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997590 | $24,070.00 | 8/13/2018 | 1142-2 | 8/2/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993457 | $24,070.00 | 8/6/2018 | 1141-9 | 7/26/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997590 | $24,070.00 | 8/13/2018 | 1142-1 | 8/2/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997590 | $24,070.00 | 8/13/2018 | 1142-10 | 8/2/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997590 | $24,070.00 | 8/13/2018 | 1142-11 | 8/2/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997590 | $24,070.00 | 8/13/2018 | 1142-12 | 8/2/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997590 | $24,070.00 | 8/13/2018 | 1142-13 | 8/2/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997590 | $24,070.00 | 8/13/2018 | 1142-14 | 8/2/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997590 | $24,070.00 | 8/13/2018 | 1142-15 | 8/2/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997590 | $24,070.00 | 8/13/2018 | 1142-16 | 8/2/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997590 | $24,070.00 | 8/13/2018 | 1142-17 | 8/2/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993457 | $24,070.00 | 8/6/2018 | 1141-15 | 7/26/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997590 | $24,070.00 | 8/13/2018 | 1142-19 | 8/2/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993457 | $24,070.00 | 8/6/2018 | 1141-6 | 7/26/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997590 | $24,070.00 | 8/13/2018 | 1142-20 | 8/2/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997590 | $24,070.00 | 8/13/2018 | 1142-21 | 8/2/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997590 | $24,070.00 | 8/13/2018 | 1142-22 | 8/2/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997590 | $24,070.00 | 8/13/2018 | 1142-23 | 8/2/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997590 | $24,070.00 | 8/13/2018 | 1142-24 | 8/2/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997590 | $24,070.00 | 8/13/2018 | 1142-25 | 8/2/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997590 | $24,070.00 | 8/13/2018 | 1142-26 | 8/2/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997590 | $24,070.00 | 8/13/2018 | 1142-27 | 8/2/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997590 | $24,070.00 | 8/13/2018 | 1142-28 | 8/2/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997590 | $24,070.00 | 8/13/2018 | 1142-29 | 8/2/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018869 | $21,580.00 | 9/24/2018 | 1148-27 | 9/13/2018 | $830.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780997590 | $24,070.00 | 8/13/2018 | 1142-18 | 8/2/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993457 | $24,070.00 | 8/6/2018 | 1141-29 | 7/26/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986404 | $26,560.00 | 7/23/2018 | 1139-4 | 7/12/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993457 | $24,070.00 | 8/6/2018 | 1141-18 | 7/26/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993457 | $24,070.00 | 8/6/2018 | 1141-19 | 7/26/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993457 | $24,070.00 | 8/6/2018 | 1141-2 | 7/26/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993457 | $24,070.00 | 8/6/2018 | 1141-20 | 7/26/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993457 | $24,070.00 | 8/6/2018 | 1141-21 | 7/26/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993457 | $24,070.00 | 8/6/2018 | 1141-22 | 7/26/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993457 | $24,070.00 | 8/6/2018 | 1141-23 | 7/26/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993457 | $24,070.00 | 8/6/2018 | 1141-24 | 7/26/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993457 | $24,070.00 | 8/6/2018 | 1141-25 | 7/26/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993457 | $24,070.00 | 8/6/2018 | 1141-26 | 7/26/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993457 | $24,070.00 | 8/6/2018 | 1141-8 | 7/26/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993457 | $24,070.00 | 8/6/2018 | 1141-28 | 7/26/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993457 | $24,070.00 | 8/6/2018 | 1141-7 | 7/26/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993457 | $24,070.00 | 8/6/2018 | 1141-3 | 7/26/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993457 | $24,070.00 | 8/6/2018 | 1141-30 | 7/26/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993457 | $24,070.00 | 8/6/2018 | 1141-31 | 7/26/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993457 | $24,070.00 | 8/6/2018 | 1141-32 | 7/26/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993457 | $24,070.00 | 8/6/2018 | 1141-33 | 7/26/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993457 | $24,070.00 | 8/6/2018 | 1141-34 | 7/26/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993457 | $24,070.00 | 8/6/2018 | 1141-35 | 7/26/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993457 | $24,070.00 | 8/6/2018 | 1141-36 | 7/26/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993457 | $24,070.00 | 8/6/2018 | 1141-4 | 7/26/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993457 | $24,070.00 | 8/6/2018 | 1141-5 | 7/26/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993457 | $24,070.00 | 8/6/2018 | 1141-16 | 7/26/2018 | $415.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780993457 | $24,070.00 | 8/6/2018 | 1141-27 | 7/26/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983649 | $23,240.00 | 7/17/2018 | 1138-14 | 7/5/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986404 | $26,560.00 | 7/23/2018 | 1139-41 | 7/12/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022362 | $20,750.00 | 10/1/2018 | 1149-4 | 9/20/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022362 | $20,750.00 | 10/1/2018 | 1149-5 | 9/20/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022362 | $20,750.00 | 10/1/2018 | 1149-6 | 9/20/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022362 | $20,750.00 | 10/1/2018 | 1149-7 | 9/20/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022362 | $20,750.00 | 10/1/2018 | 1149-8 | 9/20/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022362 | $20,750.00 | 10/1/2018 | 1149-9 | 9/20/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983649 | $23,240.00 | 7/17/2018 | 1138-1 | 7/5/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983649 | $23,240.00 | 7/17/2018 | 1138-10 | 7/5/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983649 | $23,240.00 | 7/17/2018 | 1138-11 | 7/5/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022362 | $20,750.00 | 10/1/2018 | 1149-26 | 9/20/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983649 | $23,240.00 | 7/17/2018 | 1138-13 | 7/5/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022362 | $20,750.00 | 10/1/2018 | 1149-25 | 9/20/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983649 | $23,240.00 | 7/17/2018 | 1138-15 | 7/5/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983649 | $23,240.00 | 7/17/2018 | 1138-16 | 7/5/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983649 | $23,240.00 | 7/17/2018 | 1138-17 | 7/5/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983649 | $23,240.00 | 7/17/2018 | 1138-18 | 7/5/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983649 | $23,240.00 | 7/17/2018 | 1138-19 | 7/5/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983649 | $23,240.00 | 7/17/2018 | 1138-2 | 7/5/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983649 | $23,240.00 | 7/17/2018 | 1138-20 | 7/5/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983649 | $23,240.00 | 7/17/2018 | 1138-21 | 7/5/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983649 | $23,240.00 | 7/17/2018 | 1138-22 | 7/5/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983649 | $23,240.00 | 7/17/2018 | 1138-23 | 7/5/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983649 | $23,240.00 | 7/17/2018 | 1138-24 | 7/5/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983649 | $23,240.00 | 7/17/2018 | 1138-12 | 7/5/2018 | $415.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781022362 | $20,750.00 | 10/1/2018 | 1149-14 | 9/20/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018869 | $21,580.00 | 9/24/2018 | 1148-28 | 9/13/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018869 | $21,580.00 | 9/24/2018 | 1148-3 | 9/13/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018869 | $21,580.00 | 9/24/2018 | 1148-4 | 9/13/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018869 | $21,580.00 | 9/24/2018 | 1148-5 | 9/13/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018869 | $21,580.00 | 9/24/2018 | 1148-6 | 9/13/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018869 | $21,580.00 | 9/24/2018 | 1148-7 | 9/13/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018869 | $21,580.00 | 9/24/2018 | 1148-9 | 9/13/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022362 | $20,750.00 | 10/1/2018 | 1149-1 | 9/20/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022362 | $20,750.00 | 10/1/2018 | 1149-10 | 9/20/2018 | $387.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022362 | $20,750.00 | 10/1/2018 | 1149-11 | 9/20/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022362 | $20,750.00 | 10/1/2018 | 1149-3 | 9/20/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022362 | $20,750.00 | 10/1/2018 | 1149-13 | 9/20/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983649 | $23,240.00 | 7/17/2018 | 1138-27 | 7/5/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022362 | $20,750.00 | 10/1/2018 | 1149-15 | 9/20/2018 | $443.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022362 | $20,750.00 | 10/1/2018 | 1149-16 | 9/20/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022362 | $20,750.00 | 10/1/2018 | 1149-17 | 9/20/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022362 | $20,750.00 | 10/1/2018 | 1149-18 | 9/20/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022362 | $20,750.00 | 10/1/2018 | 1149-19 | 9/20/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022362 | $20,750.00 | 10/1/2018 | 1149-2 | 9/20/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022362 | $20,750.00 | 10/1/2018 | 1149-20 | 9/20/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022362 | $20,750.00 | 10/1/2018 | 1149-21 | 9/20/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022362 | $20,750.00 | 10/1/2018 | 1149-22 | 9/20/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022362 | $20,750.00 | 10/1/2018 | 1149-23 | 9/20/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022362 | $20,750.00 | 10/1/2018 | 1149-24 | 9/20/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022362 | $20,750.00 | 10/1/2018 | 1149-12 | 9/20/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986404 | $26,560.00 | 7/23/2018 | 1139-29 | 7/12/2018 | $415.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986404 | $26,560.00 | 7/23/2018 | 1139-18 | 7/12/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986404 | $26,560.00 | 7/23/2018 | 1139-19 | 7/12/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986404 | $26,560.00 | 7/23/2018 | 1139-2 | 7/12/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986404 | $26,560.00 | 7/23/2018 | 1139-20 | 7/12/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986404 | $26,560.00 | 7/23/2018 | 1139-21 | 7/12/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986404 | $26,560.00 | 7/23/2018 | 1139-22 | 7/12/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986404 | $26,560.00 | 7/23/2018 | 1139-23 | 7/12/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986404 | $26,560.00 | 7/23/2018 | 1139-24 | 7/12/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986404 | $26,560.00 | 7/23/2018 | 1139-25 | 7/12/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986404 | $26,560.00 | 7/23/2018 | 1139-26 | 7/12/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983649 | $23,240.00 | 7/17/2018 | 1138-25 | 7/5/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986404 | $26,560.00 | 7/23/2018 | 1139-28 | 7/12/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986404 | $26,560.00 | 7/23/2018 | 1139-15 | 7/12/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986404 | $26,560.00 | 7/23/2018 | 1139-3 | 7/12/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986404 | $26,560.00 | 7/23/2018 | 1139-30 | 7/12/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986404 | $26,560.00 | 7/23/2018 | 1139-31 | 7/12/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986404 | $26,560.00 | 7/23/2018 | 1139-32 | 7/12/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986404 | $26,560.00 | 7/23/2018 | 1139-33 | 7/12/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986404 | $26,560.00 | 7/23/2018 | 1139-34 | 7/12/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986404 | $26,560.00 | 7/23/2018 | 1139-35 | 7/12/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986404 | $26,560.00 | 7/23/2018 | 1139-36 | 7/12/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986404 | $26,560.00 | 7/23/2018 | 1139-37 | 7/12/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986404 | $26,560.00 | 7/23/2018 | 1139-38 | 7/12/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986404 | $26,560.00 | 7/23/2018 | 1139-39 | 7/12/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986404 | $26,560.00 | 7/23/2018 | 1139-27 | 7/12/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983649 | $23,240.00 | 7/17/2018 | 1138-5 | 7/5/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997590 | $24,070.00 | 8/13/2018 | 1142-31 | 8/2/2018 | $830.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983649 | $23,240.00 | 7/17/2018 | 1138-28 | 7/5/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983649 | $23,240.00 | 7/17/2018 | 1138-29 | 7/5/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983649 | $23,240.00 | 7/17/2018 | 1138-3 | 7/5/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983649 | $23,240.00 | 7/17/2018 | 1138-30 | 7/5/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983649 | $23,240.00 | 7/17/2018 | 1138-31 | 7/5/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983649 | $23,240.00 | 7/17/2018 | 1138-32 | 7/5/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983649 | $23,240.00 | 7/17/2018 | 1138-33 | 7/5/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983649 | $23,240.00 | 7/17/2018 | 1138-34 | 7/5/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983649 | $23,240.00 | 7/17/2018 | 1138-35 | 7/5/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983649 | $23,240.00 | 7/17/2018 | 1138-36 | 7/5/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986404 | $26,560.00 | 7/23/2018 | 1139-17 | 7/12/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983649 | $23,240.00 | 7/17/2018 | 1138-4 | 7/5/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986404 | $26,560.00 | 7/23/2018 | 1139-16 | 7/12/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983649 | $23,240.00 | 7/17/2018 | 1138-6 | 7/5/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983649 | $23,240.00 | 7/17/2018 | 1138-7 | 7/5/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983649 | $23,240.00 | 7/17/2018 | 1138-8 | 7/5/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983649 | $23,240.00 | 7/17/2018 | 1138-9 | 7/5/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986404 | $26,560.00 | 7/23/2018 | 1139-1 | 7/12/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986404 | $26,560.00 | 7/23/2018 | 1139-10 | 7/12/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986404 | $26,560.00 | 7/23/2018 | 1139-11 | 7/12/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986404 | $26,560.00 | 7/23/2018 | 1139-12 | 7/12/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986404 | $26,560.00 | 7/23/2018 | 1139-13 | 7/12/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986404 | $26,560.00 | 7/23/2018 | 1139-14 | 7/12/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983649 | $23,240.00 | 7/17/2018 | 1138-26 | 7/5/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983649 | $23,240.00 | 7/17/2018 | 1138-37 | 7/5/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011952 | $24,070.00 | 9/10/2018 | 1146-2 | 8/30/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007936 | $24,070.00 | 9/3/2018 | 1145-19 | 8/23/2018 | $415.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011952 | $24,070.00 | 9/10/2018 | 1146-1 | 8/30/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011952 | $24,070.00 | 9/10/2018 | 1146-10 | 8/30/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011952 | $24,070.00 | 9/10/2018 | 1146-11 | 8/30/2018 | $207.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011952 | $24,070.00 | 9/10/2018 | 1146-12 | 8/30/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011952 | $24,070.00 | 9/10/2018 | 1146-13 | 8/30/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011952 | $24,070.00 | 9/10/2018 | 1146-14 | 8/30/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011952 | $24,070.00 | 9/10/2018 | 1146-15 | 8/30/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011952 | $24,070.00 | 9/10/2018 | 1146-16 | 8/30/2018 | $622.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011952 | $24,070.00 | 9/10/2018 | 1146-17 | 8/30/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007936 | $24,070.00 | 9/3/2018 | 1145-8 | 8/23/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011952 | $24,070.00 | 9/10/2018 | 1146-19 | 8/30/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007936 | $24,070.00 | 9/3/2018 | 1145-7 | 8/23/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011952 | $24,070.00 | 9/10/2018 | 1146-20 | 8/30/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011952 | $24,070.00 | 9/10/2018 | 1146-21 | 8/30/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011952 | $24,070.00 | 9/10/2018 | 1146-22 | 8/30/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011952 | $24,070.00 | 9/10/2018 | 1146-23 | 8/30/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011952 | $24,070.00 | 9/10/2018 | 1146-24 | 8/30/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011952 | $24,070.00 | 9/10/2018 | 1146-25 | 8/30/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011952 | $24,070.00 | 9/10/2018 | 1146-26 | 8/30/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011952 | $24,070.00 | 9/10/2018 | 1146-27 | 8/30/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011952 | $24,070.00 | 9/10/2018 | 1146-28 | 8/30/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011952 | $24,070.00 | 9/10/2018 | 1146-29 | 8/30/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011952 | $24,070.00 | 9/10/2018 | 1146-3 | 8/30/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011952 | $24,070.00 | 9/10/2018 | 1146-18 | 8/30/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007936 | $24,070.00 | 9/3/2018 | 1145-30 | 8/23/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997590 | $24,070.00 | 8/13/2018 | 1142-3 | 8/2/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007936 | $24,070.00 | 9/3/2018 | 1145-20 | 8/23/2018 | $415.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781007936 | $24,070.00 | 9/3/2018 | 1145-21 | 8/23/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007936 | $24,070.00 | 9/3/2018 | 1145-22 | 8/23/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007936 | $24,070.00 | 9/3/2018 | 1145-23 | 8/23/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007936 | $24,070.00 | 9/3/2018 | 1145-24 | 8/23/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007936 | $24,070.00 | 9/3/2018 | 1145-25 | 8/23/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007936 | $24,070.00 | 9/3/2018 | 1145-26 | 8/23/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007936 | $24,070.00 | 9/3/2018 | 1145-27 | 8/23/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007936 | $24,070.00 | 9/3/2018 | 1145-28 | 8/23/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007936 | $24,070.00 | 9/3/2018 | 1145-9 | 8/23/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007936 | $24,070.00 | 9/3/2018 | 1145-3 | 8/23/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011952 | $24,070.00 | 9/10/2018 | 1146-5 | 8/30/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007936 | $24,070.00 | 9/3/2018 | 1145-31 | 8/23/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007936 | $24,070.00 | 9/3/2018 | 1145-32 | 8/23/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007936 | $24,070.00 | 9/3/2018 | 1145-33 | 8/23/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007936 | $24,070.00 | 9/3/2018 | 1145-34 | 8/23/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007936 | $24,070.00 | 9/3/2018 | 1145-35 | 8/23/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007936 | $24,070.00 | 9/3/2018 | 1145-36 | 8/23/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007936 | $24,070.00 | 9/3/2018 | 1145-37 | 8/23/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007936 | $24,070.00 | 9/3/2018 | 1145-38 | 8/23/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007936 | $24,070.00 | 9/3/2018 | 1145-4 | 8/23/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007936 | $24,070.00 | 9/3/2018 | 1145-5 | 8/23/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007936 | $24,070.00 | 9/3/2018 | 1145-6 | 8/23/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007936 | $24,070.00 | 9/3/2018 | 1145-29 | 8/23/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018869 | $21,580.00 | 9/24/2018 | 1148-15 | 9/13/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015430 | $22,410.00 | 9/17/2018 | 1147-4 | 9/6/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015430 | $22,410.00 | 9/17/2018 | 1147-5 | 9/6/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015430 | $22,410.00 | 9/17/2018 | 1147-6 | 9/6/2018 | $830.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781015430 | $22,410.00 | 9/17/2018 | 1147-7 | 9/6/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015430 | $22,410.00 | 9/17/2018 | 1147-8 | 9/6/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015430 | $22,410.00 | 9/17/2018 | 1147-9 | 9/6/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018869 | $21,580.00 | 9/24/2018 | 1148-1 | 9/13/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018869 | $21,580.00 | 9/24/2018 | 1148-10 | 9/13/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018869 | $21,580.00 | 9/24/2018 | 1148-11 | 9/13/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018869 | $21,580.00 | 9/24/2018 | 1148-12 | 9/13/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011952 | $24,070.00 | 9/10/2018 | 1146-30 | 8/30/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018869 | $21,580.00 | 9/24/2018 | 1148-14 | 9/13/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015430 | $22,410.00 | 9/17/2018 | 1147-27 | 9/6/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018869 | $21,580.00 | 9/24/2018 | 1148-16 | 9/13/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018869 | $21,580.00 | 9/24/2018 | 1148-17 | 9/13/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018869 | $21,580.00 | 9/24/2018 | 1148-18 | 9/13/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018869 | $21,580.00 | 9/24/2018 | 1148-19 | 9/13/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018869 | $21,580.00 | 9/24/2018 | 1148-2 | 9/13/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018869 | $21,580.00 | 9/24/2018 | 1148-20 | 9/13/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018869 | $21,580.00 | 9/24/2018 | 1148-21 | 9/13/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018869 | $21,580.00 | 9/24/2018 | 1148-22 | 9/13/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018869 | $21,580.00 | 9/24/2018 | 1148-23 | 9/13/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018869 | $21,580.00 | 9/24/2018 | 1148-24 | 9/13/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018869 | $21,580.00 | 9/24/2018 | 1148-25 | 9/13/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018869 | $21,580.00 | 9/24/2018 | 1148-13 | 9/13/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015430 | $22,410.00 | 9/17/2018 | 1147-17 | 9/6/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007936 | $24,070.00 | 9/3/2018 | 1145-18 | 8/23/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011952 | $24,070.00 | 9/10/2018 | 1146-6 | 8/30/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011952 | $24,070.00 | 9/10/2018 | 1146-7 | 8/30/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011952 | $24,070.00 | 9/10/2018 | 1146-8 | 8/30/2018 | $830.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011952 | $24,070.00 | 9/10/2018 | 1146-9 | 8/30/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015430 | $22,410.00 | 9/17/2018 | 1147-1 | 9/6/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015430 | $22,410.00 | 9/17/2018 | 1147-10 | 9/6/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015430 | $22,410.00 | 9/17/2018 | 1147-11 | 9/6/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015430 | $22,410.00 | 9/17/2018 | 1147-12 | 9/6/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015430 | $22,410.00 | 9/17/2018 | 1147-13 | 9/6/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015430 | $22,410.00 | 9/17/2018 | 1147-14 | 9/6/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015430 | $22,410.00 | 9/17/2018 | 1147-3 | 9/6/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015430 | $22,410.00 | 9/17/2018 | 1147-16 | 9/6/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015430 | $22,410.00 | 9/17/2018 | 1147-28 | 9/6/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015430 | $22,410.00 | 9/17/2018 | 1147-18 | 9/6/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015430 | $22,410.00 | 9/17/2018 | 1147-19 | 9/6/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015430 | $22,410.00 | 9/17/2018 | 1147-2 | 9/6/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015430 | $22,410.00 | 9/17/2018 | 1147-20 | 9/6/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015430 | $22,410.00 | 9/17/2018 | 1147-21 | 9/6/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015430 | $22,410.00 | 9/17/2018 | 1147-22 | 9/6/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015430 | $22,410.00 | 9/17/2018 | 1147-23 | 9/6/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015430 | $22,410.00 | 9/17/2018 | 1147-24 | 9/6/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015430 | $22,410.00 | 9/17/2018 | 1147-25 | 9/6/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015430 | $22,410.00 | 9/17/2018 | 1147-26 | 9/6/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011952 | $24,070.00 | 9/10/2018 | 1146-4 | 8/30/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015430 | $22,410.00 | 9/17/2018 | 1147-15 | 9/6/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001005 | $26,560.00 | 8/20/2018 | 1143-34 | 8/9/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007936 | $24,070.00 | 9/3/2018 | 1145-2 | 8/23/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001005 | $26,560.00 | 8/20/2018 | 1143-24 | 8/9/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001005 | $26,560.00 | 8/20/2018 | 1143-25 | 8/9/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001005 | $26,560.00 | 8/20/2018 | 1143-26 | 8/9/2018 | $415.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781001005 | $26,560.00 | 8/20/2018 | 1143-27 | 8/9/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001005 | $26,560.00 | 8/20/2018 | 1143-28 | 8/9/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001005 | $26,560.00 | 8/20/2018 | 1143-29 | 8/9/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001005 | $26,560.00 | 8/20/2018 | 1143-3 | 8/9/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001005 | $26,560.00 | 8/20/2018 | 1143-30 | 8/9/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001005 | $26,560.00 | 8/20/2018 | 1143-31 | 8/9/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001005 | $26,560.00 | 8/20/2018 | 1143-22 | 8/9/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001005 | $26,560.00 | 8/20/2018 | 1143-33 | 8/9/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001005 | $26,560.00 | 8/20/2018 | 1143-21 | 8/9/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001005 | $26,560.00 | 8/20/2018 | 1143-35 | 8/9/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001005 | $26,560.00 | 8/20/2018 | 1143-36 | 8/9/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001005 | $26,560.00 | 8/20/2018 | 1143-37 | 8/9/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001005 | $26,560.00 | 8/20/2018 | 1143-38 | 8/9/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001005 | $26,560.00 | 8/20/2018 | 1143-39 | 8/9/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001005 | $26,560.00 | 8/20/2018 | 1143-4 | 8/9/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001005 | $26,560.00 | 8/20/2018 | 1143-40 | 8/9/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001005 | $26,560.00 | 8/20/2018 | 1143-41 | 8/9/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001005 | $26,560.00 | 8/20/2018 | 1143-42 | 8/9/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001005 | $26,560.00 | 8/20/2018 | 1143-5 | 8/9/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001005 | $26,560.00 | 8/20/2018 | 1143-6 | 8/9/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001005 | $26,560.00 | 8/20/2018 | 1143-32 | 8/9/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001005 | $26,560.00 | 8/20/2018 | 1143-10 | 8/9/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997590 | $24,070.00 | 8/13/2018 | 1142-32 | 8/2/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997590 | $24,070.00 | 8/13/2018 | 1142-33 | 8/2/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997590 | $24,070.00 | 8/13/2018 | 1142-34 | 8/2/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997590 | $24,070.00 | 8/13/2018 | 1142-35 | 8/2/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997590 | $24,070.00 | 8/13/2018 | 1142-36 | 8/2/2018 | $830.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780997590 | $24,070.00 | 8/13/2018 | 1142-4 | 8/2/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997590 | $24,070.00 | 8/13/2018 | 1142-5 | 8/2/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997590 | $24,070.00 | 8/13/2018 | 1142-6 | 8/2/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997590 | $24,070.00 | 8/13/2018 | 1142-7 | 8/2/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997590 | $24,070.00 | 8/13/2018 | 1142-8 | 8/2/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001005 | $26,560.00 | 8/20/2018 | 1143-23 | 8/9/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001005 | $26,560.00 | 8/20/2018 | 1143-1 | 8/9/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001005 | $26,560.00 | 8/20/2018 | 1143-9 | 8/9/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001005 | $26,560.00 | 8/20/2018 | 1143-11 | 8/9/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001005 | $26,560.00 | 8/20/2018 | 1143-12 | 8/9/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001005 | $26,560.00 | 8/20/2018 | 1143-13 | 8/9/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001005 | $26,560.00 | 8/20/2018 | 1143-14 | 8/9/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001005 | $26,560.00 | 8/20/2018 | 1143-15 | 8/9/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001005 | $26,560.00 | 8/20/2018 | 1143-16 | 8/9/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001005 | $26,560.00 | 8/20/2018 | 1143-17 | 8/9/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001005 | $26,560.00 | 8/20/2018 | 1143-18 | 8/9/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001005 | $26,560.00 | 8/20/2018 | 1143-19 | 8/9/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001005 | $26,560.00 | 8/20/2018 | 1143-2 | 8/9/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001005 | $26,560.00 | 8/20/2018 | 1143-20 | 8/9/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997590 | $24,070.00 | 8/13/2018 | 1142-9 | 8/2/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004454 | $25,730.00 | 8/27/2018 | 1144-7 | 8/16/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004454 | $25,730.00 | 8/27/2018 | 1144-33 | 8/16/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004454 | $25,730.00 | 8/27/2018 | 1144-34 | 8/16/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004454 | $25,730.00 | 8/27/2018 | 1144-35 | 8/16/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004454 | $25,730.00 | 8/27/2018 | 1144-36 | 8/16/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004454 | $25,730.00 | 8/27/2018 | 1144-37 | 8/16/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004454 | $25,730.00 | 8/27/2018 | 1144-38 | 8/16/2018 | $830.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004454 | $25,730.00 | 8/27/2018 | 1144-39 | 8/16/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004454 | $25,730.00 | 8/27/2018 | 1144-4 | 8/16/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004454 | $25,730.00 | 8/27/2018 | 1144-40 | 8/16/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004454 | $25,730.00 | 8/27/2018 | 1144-41 | 8/16/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001005 | $26,560.00 | 8/20/2018 | 1143-7 | 8/9/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004454 | $25,730.00 | 8/27/2018 | 1144-6 | 8/16/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004454 | $25,730.00 | 8/27/2018 | 1144-30 | 8/16/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004454 | $25,730.00 | 8/27/2018 | 1144-8 | 8/16/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004454 | $25,730.00 | 8/27/2018 | 1144-9 | 8/16/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007936 | $24,070.00 | 9/3/2018 | 1145-1 | 8/23/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007936 | $24,070.00 | 9/3/2018 | 1145-10 | 8/23/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007936 | $24,070.00 | 9/3/2018 | 1145-11 | 8/23/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007936 | $24,070.00 | 9/3/2018 | 1145-12 | 8/23/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007936 | $24,070.00 | 9/3/2018 | 1145-13 | 8/23/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007936 | $24,070.00 | 9/3/2018 | 1145-14 | 8/23/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007936 | $24,070.00 | 9/3/2018 | 1145-15 | 8/23/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007936 | $24,070.00 | 9/3/2018 | 1145-16 | 8/23/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007936 | $24,070.00 | 9/3/2018 | 1145-17 | 8/23/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004454 | $25,730.00 | 8/27/2018 | 1144-5 | 8/16/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004454 | $25,730.00 | 8/27/2018 | 1144-20 | 8/16/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018869 | $21,580.00 | 9/24/2018 | 1148-26 | 9/13/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004454 | $25,730.00 | 8/27/2018 | 1144-1 | 8/16/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004454 | $25,730.00 | 8/27/2018 | 1144-10 | 8/16/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004454 | $25,730.00 | 8/27/2018 | 1144-11 | 8/16/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004454 | $25,730.00 | 8/27/2018 | 1144-12 | 8/16/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004454 | $25,730.00 | 8/27/2018 | 1144-13 | 8/16/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004454 | $25,730.00 | 8/27/2018 | 1144-14 | 8/16/2018 | $415.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004454 | $25,730.00 | 8/27/2018 | 1144-15 | 8/16/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004454 | $25,730.00 | 8/27/2018 | 1144-16 | 8/16/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004454 | $25,730.00 | 8/27/2018 | 1144-17 | 8/16/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004454 | $25,730.00 | 8/27/2018 | 1144-18 | 8/16/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004454 | $25,730.00 | 8/27/2018 | 1144-32 | 8/16/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004454 | $25,730.00 | 8/27/2018 | 1144-2 | 8/16/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004454 | $25,730.00 | 8/27/2018 | 1144-31 | 8/16/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004454 | $25,730.00 | 8/27/2018 | 1144-21 | 8/16/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004454 | $25,730.00 | 8/27/2018 | 1144-22 | 8/16/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004454 | $25,730.00 | 8/27/2018 | 1144-23 | 8/16/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004454 | $25,730.00 | 8/27/2018 | 1144-24 | 8/16/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004454 | $25,730.00 | 8/27/2018 | 1144-25 | 8/16/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004454 | $25,730.00 | 8/27/2018 | 1144-26 | 8/16/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004454 | $25,730.00 | 8/27/2018 | 1144-27 | 8/16/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004454 | $25,730.00 | 8/27/2018 | 1144-28 | 8/16/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004454 | $25,730.00 | 8/27/2018 | 1144-29 | 8/16/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004454 | $25,730.00 | 8/27/2018 | 1144-3 | 8/16/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001005 | $26,560.00 | 8/20/2018 | 1143-8 | 8/9/2018 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004454 | $25,730.00 | 8/27/2018 | 1144-19 | 8/16/2018 | $415.00 |

**Totals:** 12 transfer(s), $287,180.00