**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Archway Incorporated** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991428 | $3,974.34 | 8/13/2018 | 1817049 | 6/28/2018 | $351.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995709 | $5,304.50 | 8/20/2018 | 1817245 | 7/5/2018 | $526.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987915 | $4,352.46 | 8/2/2018 | 1816821 | 6/20/2018 | $468.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987915 | $4,352.46 | 8/2/2018 | 1816823 | 6/21/2018 | $895.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991428 | $3,974.34 | 8/13/2018 | 1816944 | 6/25/2018 | $760.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991428 | $3,974.34 | 8/13/2018 | 1816945 | 6/29/2018 | $1,025.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987915 | $4,352.46 | 8/2/2018 | 1816754 | 6/19/2018 | $1,304.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991428 | $3,974.34 | 8/13/2018 | 1817047 | 6/28/2018 | $49.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987915 | $4,352.46 | 8/2/2018 | 1816750 | 6/18/2018 | $585.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991428 | $3,974.34 | 8/13/2018 | 1817050 | 6/29/2018 | $1,137.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995709 | $5,304.50 | 8/20/2018 | 1816940 | 7/2/2018 | $926.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995709 | $5,304.50 | 8/20/2018 | 1817160 | 7/3/2018 | $800.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995709 | $5,304.50 | 8/20/2018 | 1817164 | 7/2/2018 | $819.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995709 | $5,304.50 | 8/20/2018 | 1817165 | 7/3/2018 | $924.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981153 | $4,353.34 | 7/19/2018 | 1816334 | 6/5/2018 | $410.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991428 | $3,974.34 | 8/13/2018 | 1817046 | 6/29/2018 | $652.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984527 | $3,712.29 | 7/26/2018 | 1816535 | 6/11/2018 | $49.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981153 | $4,353.34 | 7/19/2018 | 1816335 | 6/4/2018 | $1,111.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981153 | $4,353.34 | 7/19/2018 | 1816336 | 6/5/2018 | $522.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981153 | $4,353.34 | 7/19/2018 | 1816405 | 6/7/2018 | $558.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981153 | $4,353.34 | 7/19/2018 | 1816407 | 6/6/2018 | $49.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981153 | $4,353.34 | 7/19/2018 | 1816414 | 6/6/2018 | $585.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987915 | $4,352.46 | 8/2/2018 | 1816819 | 6/21/2018 | $475.02 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984527 | $3,712.29 | 7/26/2018 | 1816534 | 6/12/2018 | $685.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995709 | $5,304.50 | 8/20/2018 | 1817246 | 7/6/2018 | $665.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984527 | $3,712.29 | 7/26/2018 | 1816536 | 6/11/2018 | $912.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984527 | $3,712.29 | 7/26/2018 | 1816539 | 6/12/2018 | $538.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984527 | $3,712.29 | 7/26/2018 | 1816607 | 6/14/2018 | $590.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984527 | $3,712.29 | 7/26/2018 | 1816609 | 6/13/2018 | $585.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984527 | $3,712.29 | 7/26/2018 | 1816610 | 6/14/2018 | $350.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987915 | $4,352.46 | 8/2/2018 | 1816748 | 6/19/2018 | $639.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981153 | $4,353.34 | 7/19/2018 | 1816415 | 6/7/2018 | $1,157.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009706 | $3,231.28 | 9/19/2018 | 1817988 | 8/1/2018 | $526.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995709 | $5,304.50 | 8/20/2018 | 1817244 | 7/6/2018 | $654.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005936 | $4,874.35 | 9/12/2018 | 1817810 | 7/26/2018 | $585.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005936 | $4,874.35 | 9/12/2018 | 1817812 | 7/27/2018 | $859.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009706 | $3,231.28 | 9/19/2018 | 1817901 | 7/31/2018 | $769.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009706 | $3,231.28 | 9/19/2018 | 1817907 | 7/30/2018 | $585.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005936 | $4,874.35 | 9/12/2018 | 1817724 | 7/25/2018 | $1,094.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009706 | $3,231.28 | 9/19/2018 | 1817983 | 8/2/2018 | $414.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005936 | $4,874.35 | 9/12/2018 | 1817723 | 7/24/2018 | $702.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009706 | $3,231.28 | 9/19/2018 | 1817989 | 8/2/2018 | $370.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013508 | $2,756.46 | 9/26/2018 | 1818128 | 8/6/2018 | $29.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013508 | $2,756.46 | 9/26/2018 | 1818130 | 8/6/2018 | $526.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013508 | $2,756.46 | 9/26/2018 | 1818132 | 8/6/2018 | $673.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013508 | $2,756.46 | 9/26/2018 | 1818198 | 8/9/2018 | $507.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013508 | $2,756.46 | 9/26/2018 | 1818199 | 8/7/2018 | $468.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009706 | $3,231.28 | 9/19/2018 | 1817908 | 7/31/2018 | $565.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002549 | $4,957.45 | 9/5/2018 | 1817525 | 7/17/2018 | $841.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999049 | $4,095.86 | 8/29/2018 | 1817330 | 7/10/2018 | $585.08 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999049 | $4,095.86 | 8/29/2018 | 1817331 | 7/9/2018 | $819.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999049 | $4,095.86 | 8/29/2018 | 1817336 | 7/10/2018 | $946.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999049 | $4,095.86 | 8/29/2018 | 1817339 | 7/10/2018 | $49.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999049 | $4,095.86 | 8/29/2018 | 1817410 | 7/12/2018 | $405.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005936 | $4,874.35 | 9/12/2018 | 1817808 | 7/27/2018 | $517.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999049 | $4,095.86 | 8/29/2018 | 1817412 | 7/12/2018 | $961.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013508 | $2,756.46 | 9/26/2018 | 1818200 | 8/9/2018 | $550.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002549 | $4,957.45 | 9/5/2018 | 1817529 | 7/16/2018 | $848.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002549 | $4,957.45 | 9/5/2018 | 1817530 | 7/17/2018 | $1,113.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002549 | $4,957.45 | 9/5/2018 | 1817602 | 7/19/2018 | $656.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002549 | $4,957.45 | 9/5/2018 | 1817603 | 7/18/2018 | $497.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002549 | $4,957.45 | 9/5/2018 | 1817606 | 7/19/2018 | $1,009.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005936 | $4,874.35 | 9/12/2018 | 1817722 | 7/25/2018 | $1,158.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999049 | $4,095.86 | 8/29/2018 | 1817411 | 7/11/2018 | $351.00 |

Totals:    10 transfer(s),    $41,612.33