**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Artic Glacier U.S.A., Inc.**

Bankruptcy Case: **Sears Holdings Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991429 | $4,768.24 | 8/13/2018 | 2524810704 | 4/17/2018 | $6.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991429 | $4,768.24 | 8/13/2018 | 2318816608 | 7/16/2018 | $141.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991429 | $4,768.24 | 8/13/2018 | 2334819805 | 7/17/2018 | $106.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991429 | $4,768.24 | 8/13/2018 | 2515814913 | 5/29/2018 | $71.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991429 | $4,768.24 | 8/13/2018 | 2519725710 | 9/14/2017 | $46.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991429 | $4,768.24 | 8/13/2018 | 2519726802 | 9/25/2017 | $62.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981154 | $4,213.44 | 7/19/2018 | 1054817904 | 6/29/2018 | $95.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991429 | $4,768.24 | 8/13/2018 | 2520730513 | 11/1/2017 | $46.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991429 | $4,768.24 | 8/13/2018 | 2117782001 | 7/19/2018 | $131.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991429 | $4,768.24 | 8/13/2018 | 2527726201 | 9/19/2017 | $46.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991429 | $4,768.24 | 8/13/2018 | 2527728201 | 10/9/2017 | $70.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991429 | $4,768.24 | 8/13/2018 | 2531814311 | 5/23/2018 | $110.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991429 | $4,768.24 | 8/13/2018 | 2708818704 | 7/16/2018 | $514.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991429 | $4,768.24 | 8/13/2018 | 2709819004 | 7/16/2018 | $379.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991429 | $4,768.24 | 8/13/2018 | 2709820103 | 7/20/2018 | $331.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991429 | $4,768.24 | 8/13/2018 | 2519736102 | 12/27/2017 | $54.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991429 | $4,768.24 | 8/13/2018 | 1437 | 7/18/2018 | $151.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987916 | $3,776.08 | 8/2/2018 | 2599819111 | 7/10/2018 | $259.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987916 | $3,776.08 | 8/2/2018 | 2708819901 | 7/10/2018 | $392.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987916 | $3,776.08 | 8/2/2018 | 2752819409 | 7/13/2018 | $173.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987916 | $3,776.08 | 8/2/2018 | 2783819105 | 7/10/2018 | $278.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987916 | $3,776.08 | 8/2/2018 | 281185 | 7/9/2018 | $321.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987916 | $3,776.08 | 8/2/2018 | 281188 | 7/11/2018 | $174.36 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991429 | $4,768.24 | 8/13/2018 | 2261819506 | 7/17/2018 | $249.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987916 | $3,776.08 | 8/2/2018 | M185074879 | 7/10/2018 | $163.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991429 | $4,768.24 | 8/13/2018 | 2223819209 | 7/14/2018 | $182.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991429 | $4,768.24 | 8/13/2018 | 1863819606 | 7/16/2018 | $158.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991429 | $4,768.24 | 8/13/2018 | 1942819904 | 7/18/2018 | $232.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991429 | $4,768.24 | 8/13/2018 | 195652 | 7/18/2018 | $64.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991429 | $4,768.24 | 8/13/2018 | 1990820006 | 7/19/2018 | $194.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991429 | $4,768.24 | 8/13/2018 | 2018819401 | 7/16/2018 | $136.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991429 | $4,768.24 | 8/13/2018 | 2788819713 | 7/16/2018 | $73.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987916 | $3,776.08 | 8/2/2018 | 480839534 | 7/12/2018 | $158.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995710 | $3,834.10 | 8/20/2018 | 280887 | 7/24/2018 | $279.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991429 | $4,768.24 | 8/13/2018 | 2730819914 | 7/19/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995710 | $3,834.10 | 8/20/2018 | 2599820509 | 7/24/2018 | $191.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995710 | $3,834.10 | 8/20/2018 | 2670820510 | 7/25/2018 | $220.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995710 | $3,834.10 | 8/20/2018 | 2708820603 | 7/25/2018 | $365.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995710 | $3,834.10 | 8/20/2018 | 2709820504 | 7/26/2018 | $330.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995710 | $3,834.10 | 8/20/2018 | 2752820807 | 7/27/2018 | $123.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995710 | $3,834.10 | 8/20/2018 | 2526815610 | 6/5/2018 | $55.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995710 | $3,834.10 | 8/20/2018 | 280883 | 7/23/2018 | $320.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995710 | $3,834.10 | 8/20/2018 | 2328820507 | 7/24/2018 | $41.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995710 | $3,834.10 | 8/20/2018 | 480839694 | 7/26/2018 | $142.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995710 | $3,834.10 | 8/20/2018 | 480848025 | 7/25/2018 | $116.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995710 | $3,834.10 | 8/20/2018 | M480833156 | 7/24/2018 | $180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999050 | $6,147.77 | 8/29/2018 | 1019814403 | 8/2/2018 | $118.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999050 | $6,147.77 | 8/29/2018 | 1021717907 | 8/2/2018 | $163.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999050 | $6,147.77 | 8/29/2018 | 1022725110 | 8/2/2018 | $91.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995710 | $3,834.10 | 8/20/2018 | 280879 | 7/23/2018 | $468.30 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991429 | $4,768.24 | 8/13/2018 | M496274830 | 7/19/2018 | $163.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987916 | $3,776.08 | 8/2/2018 | 2327816910 | 6/30/2018 | $174.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991429 | $4,768.24 | 8/13/2018 | 2788820106 | 7/20/2018 | $40.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991429 | $4,768.24 | 8/13/2018 | 280874 | 7/19/2018 | $220.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991429 | $4,768.24 | 8/13/2018 | 281193 | 7/19/2018 | $79.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991429 | $4,768.24 | 8/13/2018 | 2878 | 7/18/2018 | $422.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991429 | $4,768.24 | 8/13/2018 | 4608350201 | 7/18/2018 | $253.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995710 | $3,834.10 | 8/20/2018 | 2531820203 | 7/23/2018 | $102.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991429 | $4,768.24 | 8/13/2018 | 480840726 | 7/18/2018 | $134.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991429 | $4,768.24 | 8/13/2018 | 2750 | 7/18/2018 | $190.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995710 | $3,834.10 | 8/20/2018 | 1020820604 | 7/26/2018 | $190.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995710 | $3,834.10 | 8/20/2018 | 1054820407 | 7/24/2018 | $79.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995710 | $3,834.10 | 8/20/2018 | 1121 | 7/23/2018 | $242.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995710 | $3,834.10 | 8/20/2018 | 196808 | 7/24/2018 | $54.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995710 | $3,834.10 | 8/20/2018 | 1976820706 | 7/26/2018 | $178.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995710 | $3,834.10 | 8/20/2018 | 2264820108 | 7/21/2018 | $152.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991429 | $4,768.24 | 8/13/2018 | 480839462 | 7/20/2018 | $237.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984528 | $5,916.42 | 7/26/2018 | 1657818320 | 7/5/2018 | $273.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984528 | $5,916.42 | 7/26/2018 | 2125818708 | 7/6/2018 | $118.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981154 | $4,213.44 | 7/19/2018 | 2788817705 | 6/26/2018 | $219.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981154 | $4,213.44 | 7/19/2018 | 280904 | 6/26/2018 | $357.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981154 | $4,213.44 | 7/19/2018 | 280908 | 6/26/2018 | $196.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981154 | $4,213.44 | 7/19/2018 | 280913 | 6/29/2018 | $227.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981154 | $4,213.44 | 7/19/2018 | 480839808 | 6/28/2018 | $220.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981154 | $4,213.44 | 7/19/2018 | 2709817604 | 6/27/2018 | $421.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984528 | $5,916.42 | 7/26/2018 | 132854 | 6/20/2018 | $118.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981154 | $4,213.44 | 7/19/2018 | 2599817611 | 6/25/2018 | $196.32 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984528 | $5,916.42 | 7/26/2018 | 1937817907 | 7/2/2018 | $115.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984528 | $5,916.42 | 7/26/2018 | 1971818604 | 7/6/2018 | $190.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984528 | $5,916.42 | 7/26/2018 | 1983818705 | 7/6/2018 | $87.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984528 | $5,916.42 | 7/26/2018 | 1990818606 | 7/5/2018 | $228.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984528 | $5,916.42 | 7/26/2018 | 2009818303 | 7/2/2018 | $230.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987916 | $3,776.08 | 8/2/2018 | 2568819110 | 7/10/2018 | $186.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981154 | $4,213.44 | 7/19/2018 | 480840589 | 6/27/2018 | $134.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981154 | $4,213.44 | 7/19/2018 | 2254720606 | 6/24/2018 | $128.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981154 | $4,213.44 | 7/19/2018 | 1881817803 | 6/27/2018 | $84.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981154 | $4,213.44 | 7/19/2018 | 1919817208 | 6/25/2018 | $263.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981154 | $4,213.44 | 7/19/2018 | 1919817604 | 6/25/2018 | $73.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981154 | $4,213.44 | 7/19/2018 | 1976817705 | 6/26/2018 | $142.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981154 | $4,213.44 | 7/19/2018 | 2117817901 | 6/28/2018 | $95.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981154 | $4,213.44 | 7/19/2018 | 2254715607-142 | 6/24/2018 | $158.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981154 | $4,213.44 | 7/19/2018 | 2730817503 | 6/25/2018 | $149.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981154 | $4,213.44 | 7/19/2018 | 2254719206 | 6/24/2018 | $120.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984528 | $5,916.42 | 7/26/2018 | 2192818303-140 | 7/4/2018 | $229.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981154 | $4,213.44 | 7/19/2018 | 2254725102 | 6/24/2018 | $90.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981154 | $4,213.44 | 7/19/2018 | 2254816311 | 6/24/2018 | $87.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981154 | $4,213.44 | 7/19/2018 | 2264817602 | 6/26/2018 | $92.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981154 | $4,213.44 | 7/19/2018 | 2288817405 | 6/23/2018 | $150.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981154 | $4,213.44 | 7/19/2018 | 2568817709-143 | 6/26/2018 | $182.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981154 | $4,213.44 | 7/19/2018 | 2568818004 | 6/29/2018 | $210.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981154 | $4,213.44 | 7/19/2018 | 2254717511 | 6/24/2018 | $113.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987916 | $3,776.08 | 8/2/2018 | 1963819205-139 | 7/13/2018 | $168.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984528 | $5,916.42 | 7/26/2018 | 2125818313 | 7/2/2018 | $129.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984528 | $5,916.42 | 7/26/2018 | 480847837 | 6/27/2018 | $95.04 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984528 | $5,916.42 | 7/26/2018 | 881818105-144 | 7/5/2018 | $21.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984528 | $5,916.42 | 7/26/2018 | M480833152 | 7/3/2018 | $244.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984528 | $5,916.42 | 7/26/2018 | M480839581 | 7/4/2018 | $205.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984528 | $5,916.42 | 7/26/2018 | M496276046 | 7/6/2018 | $63.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984528 | $5,916.42 | 7/26/2018 | 281174 | 7/3/2018 | $334.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987916 | $3,776.08 | 8/2/2018 | 1660819113 | 7/10/2018 | $145.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984528 | $5,916.42 | 7/26/2018 | 2788818511 | 7/4/2018 | $101.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987916 | $3,776.08 | 8/2/2018 | 224818806 | 7/7/2018 | $182.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987916 | $3,776.08 | 8/2/2018 | 2257819002 | 7/13/2018 | $225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987916 | $3,776.08 | 8/2/2018 | 2259819307 | 7/13/2018 | $182.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987916 | $3,776.08 | 8/2/2018 | 2264818702 | 7/13/2018 | $264.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987916 | $3,776.08 | 8/2/2018 | 2302819207 | 7/11/2018 | $158.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999050 | $6,147.77 | 8/29/2018 | 1928821307 | 8/1/2018 | $105.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987916 | $3,776.08 | 8/2/2018 | 1054518705 | 7/9/2018 | $110.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984528 | $5,916.42 | 7/26/2018 | 2532818305 | 7/2/2018 | $95.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984528 | $5,916.42 | 7/26/2018 | 2224817706 | 6/30/2018 | $95.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984528 | $5,916.42 | 7/26/2018 | 2257818407 | 7/5/2018 | $303.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984528 | $5,916.42 | 7/26/2018 | 2258808204 | 3/23/2018 | $68.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984528 | $5,916.42 | 7/26/2018 | 2258814210 | 5/22/2018 | $118.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984528 | $5,916.42 | 7/26/2018 | 2258815207 | 6/1/2018 | $145.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984528 | $5,916.42 | 7/26/2018 | 2259818007 | 7/2/2018 | $157.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984528 | $5,916.42 | 7/26/2018 | 281179 | 7/5/2018 | $237.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984528 | $5,916.42 | 7/26/2018 | 2302818207 | 7/1/2018 | $158.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987916 | $3,776.08 | 8/2/2018 | 2523819209 | 7/11/2018 | $95.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984528 | $5,916.42 | 7/26/2018 | 2571818718 | 7/6/2018 | $300.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984528 | $5,916.42 | 7/26/2018 | 2599818607 | 7/6/2018 | $193.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984528 | $5,916.42 | 7/26/2018 | 2680817904 | 7/3/2018 | $235.92 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984528 | $5,916.42 | 7/26/2018 | 2701818408 | 7/3/2018 | $190.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984528 | $5,916.42 | 7/26/2018 | 2706718104 | 7/5/2018 | $351.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984528 | $5,916.42 | 7/26/2018 | 2709818405 | 7/3/2018 | $381.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984528 | $5,916.42 | 7/26/2018 | 2261817406 | 7/2/2018 | $195.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009707 | $4,414.32 | 9/19/2018 | 600043 | 8/10/2018 | $164.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009707 | $4,414.32 | 9/19/2018 | M827628839 | 6/30/2018 | $117.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009707 | $4,414.32 | 9/19/2018 | 2604823308 | 8/21/2018 | $94.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009707 | $4,414.32 | 9/19/2018 | 2672822104 | 8/21/2018 | $236.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009707 | $4,414.32 | 9/19/2018 | 2709823203 | 8/20/2018 | $274.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009707 | $4,414.32 | 9/19/2018 | 281030 | 8/22/2018 | $241.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009707 | $4,414.32 | 9/19/2018 | 31823605 | 8/24/2018 | $98.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009707 | $4,414.32 | 9/19/2018 | 2519822805 | 8/20/2018 | $55.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009707 | $4,414.32 | 9/19/2018 | 4061611-1725 | 6/30/2018 | $150.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009707 | $4,414.32 | 9/19/2018 | 2328823502 | 8/23/2018 | $60.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009707 | $4,414.32 | 9/19/2018 | 6302018 | 6/30/2018 | $310.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009707 | $4,414.32 | 9/19/2018 | 70014400-1726 | 6/30/2018 | $114.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009707 | $4,414.32 | 9/19/2018 | 70014400-1727 | 6/30/2018 | $79.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009707 | $4,414.32 | 9/19/2018 | 7054823507 | 8/23/2018 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009707 | $4,414.32 | 9/19/2018 | M827624968 | 6/30/2018 | $169.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005937 | $4,419.21 | 9/12/2018 | 2730822709 | 8/15/2018 | $175.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009707 | $4,414.32 | 9/19/2018 | 4033833-1724 | 6/30/2018 | $75.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009707 | $4,414.32 | 9/19/2018 | 1020823405 | 8/22/2018 | $205.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999050 | $6,147.77 | 8/29/2018 | 1024721504 | 8/2/2018 | $132.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005937 | $4,419.21 | 9/12/2018 | 280994 | 8/11/2018 | $594.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005937 | $4,419.21 | 9/12/2018 | 480839662 | 8/17/2018 | $158.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005937 | $4,419.21 | 9/12/2018 | 480840775 | 8/15/2018 | $134.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005937 | $4,419.21 | 9/12/2018 | 82944 | 8/13/2018 | $129.20 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005937 | $4,419.21 | 9/12/2018 | M484975954 | 8/15/2018 | $204.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009707 | $4,414.32 | 9/19/2018 | 2568817709-1723 | 6/30/2018 | $147.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009707 | $4,414.32 | 9/19/2018 | 1013823512 | 8/24/2018 | $71.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009707 | $4,414.32 | 9/19/2018 | M827631845 | 6/30/2018 | $181.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009707 | $4,414.32 | 9/19/2018 | 168051 | 6/30/2018 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009707 | $4,414.32 | 9/19/2018 | 1977823500 | 8/23/2018 | $154.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009707 | $4,414.32 | 9/19/2018 | 2176 | 8/21/2018 | $316.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009707 | $4,414.32 | 9/19/2018 | 2264821708 | 8/20/2018 | $220.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009707 | $4,414.32 | 9/19/2018 | 2301822805 | 8/20/2018 | $79.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009707 | $4,414.32 | 9/19/2018 | 2301823107 | 8/21/2018 | $107.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005937 | $4,419.21 | 9/12/2018 | M496194814 | 8/16/2018 | $81.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013509 | $4,456.52 | 9/26/2018 | 2709824104 | 8/31/2018 | $299.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009707 | $4,414.32 | 9/19/2018 | M827628711 | 7/1/2018 | $123.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013509 | $4,456.52 | 9/26/2018 | 2519824307 | 8/31/2018 | $79.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013509 | $4,456.52 | 9/26/2018 | 2520820714 | 7/26/2018 | $166.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013509 | $4,456.52 | 9/26/2018 | 2522812207 | 5/2/2018 | $71.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013509 | $4,456.52 | 9/26/2018 | 2525719205 | 7/11/2017 | $101.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013509 | $4,456.52 | 9/26/2018 | 2604824008 | 8/28/2018 | $117.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013509 | $4,456.52 | 9/26/2018 | 2515720614 | 7/25/2017 | $93.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013509 | $4,456.52 | 9/26/2018 | 2708824004 | 8/28/2018 | $242.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013509 | $4,456.52 | 9/26/2018 | 2407 | 8/28/2018 | $327.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013509 | $4,456.52 | 9/26/2018 | 2788823208 | 8/28/2018 | $242.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013509 | $4,456.52 | 9/26/2018 | 2788824310 | 8/31/2018 | $73.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013509 | $4,456.52 | 9/26/2018 | 281039 | 8/27/2018 | $421.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013509 | $4,456.52 | 9/26/2018 | 31824202 | 8/30/2018 | $139.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013509 | $4,456.52 | 9/26/2018 | 96254297-1729 | 8/30/2018 | $106.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013509 | $4,456.52 | 9/26/2018 | M480839720 | 8/29/2018 | $213.84 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013509 | $4,456.52 | 9/26/2018 | 2658824009 | 8/28/2018 | $158.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013509 | $4,456.52 | 9/26/2018 | 230224311 | 8/31/2018 | $39.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013509 | $4,456.52 | 9/26/2018 | 1054822203 | 8/30/2018 | $71.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013509 | $4,456.52 | 9/26/2018 | 17-801604 | 5/26/2018 | $114.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013509 | $4,456.52 | 9/26/2018 | 1922823801 | 8/26/2018 | $126.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013509 | $4,456.52 | 9/26/2018 | 2017823707 | 8/27/2018 | $128.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013509 | $4,456.52 | 9/26/2018 | 2125824306 | 8/31/2018 | $79.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013509 | $4,456.52 | 9/26/2018 | 2223815008 | 8/27/2018 | $15.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013509 | $4,456.52 | 9/26/2018 | 2516818007 | 6/29/2018 | $182.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013509 | $4,456.52 | 9/26/2018 | 2252823607 | 8/26/2018 | $95.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005937 | $4,419.21 | 9/12/2018 | 2726822909 | 8/17/2018 | $93.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013509 | $4,456.52 | 9/26/2018 | 2302824311 | 8/31/2018 | $39.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013509 | $4,456.52 | 9/26/2018 | 2318820814 | 8/27/2018 | $47.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013509 | $4,456.52 | 9/26/2018 | 2402822012 | 8/8/2018 | $114.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013509 | $4,456.52 | 9/26/2018 | 2402822707 | 8/15/2018 | $76.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013509 | $4,456.52 | 9/26/2018 | 2402823307 | 8/21/2018 | $76.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013509 | $4,456.52 | 9/26/2018 | 2402824004 | 8/28/2018 | $114.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013509 | $4,456.52 | 9/26/2018 | 2226824002 | 8/30/2018 | $118.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999050 | $6,147.77 | 8/29/2018 | 280974 | 8/1/2018 | $475.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002550 | $2,791.60 | 9/5/2018 | 194300 | 8/8/2018 | $118.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999050 | $6,147.77 | 8/29/2018 | 2709821105 | 7/31/2018 | $315.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999050 | $6,147.77 | 8/29/2018 | 2726821506 | 8/3/2018 | $267.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999050 | $6,147.77 | 8/29/2018 | 2730821213 | 7/31/2018 | $173.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999050 | $6,147.77 | 8/29/2018 | 2783821110 | 7/30/2018 | $300.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999050 | $6,147.77 | 8/29/2018 | 2788816003 | 6/9/2018 | $227.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999050 | $6,147.77 | 8/29/2018 | 2568821504 | 8/3/2018 | $224.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999050 | $6,147.77 | 8/29/2018 | 280893 | 7/30/2018 | $303.66 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999050 | $6,147.77 | 8/29/2018 | 2568821207 | 7/31/2018 | $250.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999050 | $6,147.77 | 8/29/2018 | 280979 | 8/3/2018 | $415.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999050 | $6,147.77 | 8/29/2018 | 480839704 | 7/28/2018 | $118.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999050 | $6,147.77 | 8/29/2018 | 480839737 | 7/31/2018 | $79.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999050 | $6,147.77 | 8/29/2018 | M496691212 | 8/2/2018 | $144.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002550 | $2,791.60 | 9/5/2018 | 1904820706 | 8/9/2018 | $110.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005937 | $4,419.21 | 9/12/2018 | 2752822905 | 8/17/2018 | $179.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999050 | $6,147.77 | 8/29/2018 | 2788816711 | 6/16/2018 | $183.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999050 | $6,147.77 | 8/29/2018 | 2301821208 | 8/2/2018 | $159.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013509 | $4,456.52 | 9/26/2018 | M827632961 | 7/11/2018 | $284.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999050 | $6,147.77 | 8/29/2018 | 1968821403 | 8/2/2018 | $141.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999050 | $6,147.77 | 8/29/2018 | 1983821108 | 7/30/2018 | $110.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999050 | $6,147.77 | 8/29/2018 | 2009821210 | 8/3/2018 | $143.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999050 | $6,147.77 | 8/29/2018 | 2050821502 | 8/3/2018 | $216.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999050 | $6,147.77 | 8/29/2018 | 2221820402 | 7/30/2018 | $118.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999050 | $6,147.77 | 8/29/2018 | 2604821407 | 8/2/2018 | $246.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999050 | $6,147.77 | 8/29/2018 | 2259820505 | 8/2/2018 | $121.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002550 | $2,791.60 | 9/5/2018 | 199003 | 8/8/2018 | $75.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999050 | $6,147.77 | 8/29/2018 | 2302820107 | 7/20/2018 | $39.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999050 | $6,147.77 | 8/29/2018 | 2302820911 | 7/28/2018 | $118.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999050 | $6,147.77 | 8/29/2018 | 2302821305 | 8/1/2018 | $118.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999050 | $6,147.77 | 8/29/2018 | 2328821306 | 8/1/2018 | $57.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999050 | $6,147.77 | 8/29/2018 | 2519821105 | 7/31/2018 | $95.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999050 | $6,147.77 | 8/29/2018 | 2530821502 | 8/3/2018 | $79.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999050 | $6,147.77 | 8/29/2018 | 2252820912 | 7/31/2018 | $91.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005937 | $4,419.21 | 9/12/2018 | 2526822009 | 8/13/2018 | $71.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002550 | $2,791.60 | 9/5/2018 | 1931822005 | 8/8/2018 | $114.60 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005937 | $4,419.21 | 9/12/2018 | 2178822504 | 8/13/2018 | $136.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005937 | $4,419.21 | 9/12/2018 | 2221821907 | 8/12/2018 | $71.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005937 | $4,419.21 | 9/12/2018 | 2252822503 | 8/14/2018 | $134.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005937 | $4,419.21 | 9/12/2018 | 2254822614 | 8/15/2018 | $158.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005937 | $4,419.21 | 9/12/2018 | 2264822302 | 8/13/2018 | $131.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005937 | $4,419.21 | 9/12/2018 | 1937822801 | 8/16/2018 | $189.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005937 | $4,419.21 | 9/12/2018 | 2302822906 | 8/17/2018 | $77.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005937 | $4,419.21 | 9/12/2018 | 192840-1722 | 8/13/2018 | $105.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005937 | $4,419.21 | 9/12/2018 | 2568822608 | 8/15/2018 | $145.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005937 | $4,419.21 | 9/12/2018 | 2569822705 | 8/15/2018 | $109.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005937 | $4,419.21 | 9/12/2018 | 2605822611 | 8/14/2018 | $120.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005937 | $4,419.21 | 9/12/2018 | 2663822908 | 8/17/2018 | $231.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005937 | $4,419.21 | 9/12/2018 | 2709821805 | 8/15/2018 | $228.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005937 | $4,419.21 | 9/12/2018 | 2709822504 | 8/15/2018 | $374.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005937 | $4,419.21 | 9/12/2018 | 2302822406 | 8/12/2018 | $118.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002550 | $2,791.60 | 9/5/2018 | 2708821606 | 8/7/2018 | $531.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002550 | $2,791.60 | 9/5/2018 | 2009815305 | 6/30/2018 | $157.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002550 | $2,791.60 | 9/5/2018 | 2009817807 | 6/30/2018 | $160.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002550 | $2,791.60 | 9/5/2018 | 2009819215 | 7/31/2018 | $196.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002550 | $2,791.60 | 9/5/2018 | 2018821211 | 7/31/2018 | $128.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002550 | $2,791.60 | 9/5/2018 | 2302821904 | 8/7/2018 | $79.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002550 | $2,791.60 | 9/5/2018 | 2604821911 | 8/7/2018 | $106.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005937 | $4,419.21 | 9/12/2018 | 202874 | 8/16/2018 | $118.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002550 | $2,791.60 | 9/5/2018 | 2701822107 | 8/9/2018 | $190.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999050 | $6,147.77 | 8/29/2018 | 1147 | 7/30/2018 | $197.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002550 | $2,791.60 | 9/5/2018 | 2788822209 | 8/10/2018 | $128.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002550 | $2,791.60 | 9/5/2018 | 280983 | 8/8/2018 | $172.56 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002550 | $2,791.60 | 9/5/2018 | 280986 | 8/8/2018 | $297.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005937 | $4,419.21 | 9/12/2018 | 158729 | 8/13/2018 | $64.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005937 | $4,419.21 | 9/12/2018 | 1667 | 8/13/2018 | $42.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005937 | $4,419.21 | 9/12/2018 | 191490 | 8/13/2018 | $38.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002550 | $2,791.60 | 9/5/2018 | 2672-1721 | 8/6/2018 | $237.60 |

Totals:    10 transfer(s),    $44,737.70