**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **ASG Technologies Group fdba Allen Systems Group, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985041 | $204,675.00 | 7/27/2018 | A100076939-55477 | 3/13/2018 | $35,424.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985041 | $204,675.00 | 7/27/2018 | A100076939-55476 | 3/13/2018 | $139,074.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985041 | $204,675.00 | 7/27/2018 | A100076939-55475 | 3/13/2018 | $30,176.44 |

**Totals:** 1 transfer(s),    $204,675.00