**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant: **Edgewell Personal Care Puerto Rico, Inc.**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988672 | $18,332.69 | 8/9/2018 | 230371 | 6/20/2018 | $43.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988672 | $18,332.69 | 8/9/2018 | 230430 | 6/22/2018 | $777.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988672 | $18,332.69 | 8/9/2018 | 230429 | 6/22/2018 | $123.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988672 | $18,332.69 | 8/9/2018 | 230425 | 6/22/2018 | $2,045.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988672 | $18,332.69 | 8/9/2018 | 230424 | 6/22/2018 | $143.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988672 | $18,332.69 | 8/9/2018 | 230423 | 6/22/2018 | $1,326.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988672 | $18,332.69 | 8/9/2018 | 230419 | 6/22/2018 | $709.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988672 | $18,332.69 | 8/9/2018 | 230410 | 6/22/2018 | $1,080.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988672 | $18,332.69 | 8/9/2018 | 230401 | 6/22/2018 | $1,272.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988672 | $18,332.69 | 8/9/2018 | 230380 | 6/21/2018 | $16.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985260 | $22,277.09 | 7/31/2018 | 230308 | 6/15/2018 | $35.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988672 | $18,332.69 | 8/9/2018 | 230372 | 6/20/2018 | $575.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988672 | $18,332.69 | 8/9/2018 | 230438 | 6/22/2018 | $105.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988672 | $18,332.69 | 8/9/2018 | 230370 | 6/20/2018 | $1,742.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988672 | $18,332.69 | 8/9/2018 | 230367 | 6/20/2018 | $899.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988672 | $18,332.69 | 8/9/2018 | 230356 | 6/20/2018 | $1,026.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988672 | $18,332.69 | 8/9/2018 | 230316 | 6/18/2018 | $1,135.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988672 | $18,332.69 | 8/9/2018 | 230315 | 6/18/2018 | $1,820.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988672 | $18,332.69 | 8/9/2018 | 230307 | 6/15/2018 | $478.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988672 | $18,332.69 | 8/9/2018 | 230306 | 6/15/2018 | $35.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985260 | $22,277.09 | 7/31/2018 | 230824 | 7/19/2018 | $460.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981895 | $434.97 | 7/25/2018 | 230098 | 6/4/2018 | $1,099.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988672 | $18,332.69 | 8/9/2018 | 230379 | 6/21/2018 | $535.02 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780996423 | $6,830.40 | 8/24/2018 | 230561 | 7/3/2018 | $539.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999763 | $21,682.73 | 8/31/2018 | 228817 | 3/21/2018 | $127.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996423 | $6,830.40 | 8/24/2018 | 230607 | 7/6/2018 | $345.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996423 | $6,830.40 | 8/24/2018 | 230606 | 7/6/2018 | $1,787.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996423 | $6,830.40 | 8/24/2018 | 230600 | 7/6/2018 | $1,149.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996423 | $6,830.40 | 8/24/2018 | 230599-2 | 7/5/2018 | $1,275.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996423 | $6,830.40 | 8/24/2018 | 230599-1 | 7/5/2018 | $97.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996423 | $6,830.40 | 8/24/2018 | 230598 | 7/5/2018 | $812.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996423 | $6,830.40 | 8/24/2018 | 230587 | 7/5/2018 | $493.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996423 | $6,830.40 | 8/24/2018 | 230583 | 7/5/2018 | $49.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988672 | $18,332.69 | 8/9/2018 | 230436 | 6/22/2018 | $427.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996423 | $6,830.40 | 8/24/2018 | 230577 | 7/5/2018 | $760.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988672 | $18,332.69 | 8/9/2018 | 230437 | 6/22/2018 | $776.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996423 | $6,830.40 | 8/24/2018 | 230560 | 7/3/2018 | $630.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992173 | $4,823.22 | 8/17/2018 | 230582 | 7/5/2018 | $1,388.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992173 | $4,823.22 | 8/17/2018 | 230502 | 6/26/2018 | $477.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992173 | $4,823.22 | 8/17/2018 | 230464 | 6/25/2018 | $1,429.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992173 | $4,823.22 | 8/17/2018 | 230463 | 6/25/2018 | $1,898.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992173 | $4,823.22 | 8/17/2018 | 230421-2 | 6/22/2018 | $1,154.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992173 | $4,823.22 | 8/17/2018 | 230421-1 | 6/22/2018 | $18.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992173 | $4,823.22 | 8/17/2018 | 230103 | 6/4/2018 | $1,099.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988672 | $18,332.69 | 8/9/2018 | 230443 | 6/22/2018 | $2,262.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985260 | $22,277.09 | 7/31/2018 | 230298 | 6/14/2018 | $1,808.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996423 | $6,830.40 | 8/24/2018 | 230578 | 7/5/2018 | $145.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981895 | $434.97 | 7/25/2018 | 230143 | 6/6/2018 | $562.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985260 | $22,277.09 | 7/31/2018 | 230190 | 6/11/2018 | $123.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985260 | $22,277.09 | 7/31/2018 | 230187 | 6/8/2018 | $425.53 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985260 | $22,277.09 | 7/31/2018 | 230186 | 6/8/2018 | $1,349.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985260 | $22,277.09 | 7/31/2018 | 230132 | 6/6/2018 | $409.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985260 | $22,277.09 | 7/31/2018 | 230131 | 6/6/2018 | $393.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981895 | $434.97 | 7/25/2018 | 230167 | 6/8/2018 | $378.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981895 | $434.97 | 7/25/2018 | 230166 | 6/8/2018 | $148.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981895 | $434.97 | 7/25/2018 | 230165 | 6/8/2018 | $344.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981895 | $434.97 | 7/25/2018 | 230163 | 6/8/2018 | $522.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985260 | $22,277.09 | 7/31/2018 | 230309 | 6/15/2018 | $381.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981895 | $434.97 | 7/25/2018 | 230161 | 6/8/2018 | $806.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985260 | $22,277.09 | 7/31/2018 | 230198 | 6/11/2018 | $1,362.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981895 | $434.97 | 7/25/2018 | 230142 | 6/6/2018 | $433.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981895 | $434.97 | 7/25/2018 | 230139 | 6/6/2018 | $85.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981895 | $434.97 | 7/25/2018 | 230138 | 6/6/2018 | $1,034.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981895 | $434.97 | 7/25/2018 | 230130 | 6/6/2018 | $1,033.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981895 | $434.97 | 7/25/2018 | 230129 | 6/6/2018 | $51.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981895 | $434.97 | 7/25/2018 | 230122 | 6/5/2018 | $337.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981895 | $434.97 | 7/25/2018 | 230121 | 6/5/2018 | $1,340.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981895 | $434.97 | 7/25/2018 | 230113 | 6/4/2018 | $344.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981895 | $434.97 | 7/25/2018 | 230112 | 6/4/2018 | $778.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981895 | $434.97 | 7/25/2018 | 230162 | 6/8/2018 | $51.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985260 | $22,277.09 | 7/31/2018 | 230235 | 6/12/2018 | $123.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985260 | $22,277.09 | 7/31/2018 | 230290 | 6/14/2018 | $920.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985260 | $22,277.09 | 7/31/2018 | 230282 | 6/14/2018 | $113.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985260 | $22,277.09 | 7/31/2018 | 230281 | 6/14/2018 | $1,174.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985260 | $22,277.09 | 7/31/2018 | 230276 | 6/13/2018 | $592.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985260 | $22,277.09 | 7/31/2018 | 230273 | 6/13/2018 | $1,289.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985260 | $22,277.09 | 7/31/2018 | 230271 | 6/13/2018 | $43.82 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985260 | $22,277.09 | 7/31/2018 | 230270 | 6/13/2018 | $735.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985260 | $22,277.09 | 7/31/2018 | 230265 | 6/13/2018 | $1,234.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985260 | $22,277.09 | 7/31/2018 | 230259 | 6/13/2018 | $1,069.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985260 | $22,277.09 | 7/31/2018 | 230192 | 6/11/2018 | $858.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985260 | $22,277.09 | 7/31/2018 | 230236 | 6/12/2018 | $719.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985260 | $22,277.09 | 7/31/2018 | 230197 | 6/11/2018 | $788.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985260 | $22,277.09 | 7/31/2018 | 230234 | 6/12/2018 | $2,293.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985260 | $22,277.09 | 7/31/2018 | 230232 | 6/12/2018 | $296.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985260 | $22,277.09 | 7/31/2018 | 230231 | 6/12/2018 | $736.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985260 | $22,277.09 | 7/31/2018 | 230230 | 6/12/2018 | $111.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985260 | $22,277.09 | 7/31/2018 | 230229 | 6/12/2018 | $617.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985260 | $22,277.09 | 7/31/2018 | 230216 | 6/12/2018 | $524.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985260 | $22,277.09 | 7/31/2018 | 230215 | 6/12/2018 | $247.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985260 | $22,277.09 | 7/31/2018 | 230201 | 6/11/2018 | $1,668.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985260 | $22,277.09 | 7/31/2018 | 230199 | 6/11/2018 | $1,243.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999763 | $21,682.73 | 8/31/2018 | 230579 | 7/5/2018 | $134.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985260 | $22,277.09 | 7/31/2018 | 230256 | 6/13/2018 | $1,665.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010938 | $7,074.71 | 9/21/2018 | 230982 | 8/2/2018 | $97.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014250 | $13,176.90 | 10/9/2018 | 231009 | 8/6/2018 | $2,445.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014250 | $13,176.90 | 10/9/2018 | 231006 | 8/6/2018 | $99.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014250 | $13,176.90 | 10/9/2018 | 231005 | 8/6/2018 | $2,283.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014250 | $13,176.90 | 10/9/2018 | 231000 | 8/3/2018 | $1,290.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014250 | $13,176.90 | 10/9/2018 | 230997 | 8/3/2018 | $849.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010938 | $7,074.71 | 9/21/2018 | O/A:781010938 | | $860.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010938 | $7,074.71 | 9/21/2018 | 230998 | 8/3/2018 | $677.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010938 | $7,074.71 | 9/21/2018 | 230996 | 8/3/2018 | $157.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010938 | $7,074.71 | 9/21/2018 | 230995 | 8/3/2018 | $1,732.53 |

Edgewell Personal Care Puerto Rico, Inc. (2191867)
Bankruptcy Case: Sears Holdings Corporation, et al.

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999763 | $21,682.73 | 8/31/2018 | 228819 | 3/21/2018 | $5,404.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010938 | $7,074.71 | 9/21/2018 | 230989 | 8/2/2018 | $680.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014250 | $13,176.90 | 10/9/2018 | 231044 | 8/7/2018 | $1,662.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010938 | $7,074.71 | 9/21/2018 | 230981 | 8/2/2018 | $589.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010938 | $7,074.71 | 9/21/2018 | 230944 | 7/26/2018 | $1,525.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010938 | $7,074.71 | 9/21/2018 | 230929 | 7/26/2018 | $52.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006684 | $4,880.36 | 9/14/2018 | 230954 | 7/27/2018 | $263.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006684 | $4,880.36 | 9/14/2018 | 230953 | 7/27/2018 | $2,145.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006684 | $4,880.36 | 9/14/2018 | 230926 | 7/26/2018 | $803.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006684 | $4,880.36 | 9/14/2018 | 230908 | 7/26/2018 | $43.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006684 | $4,880.36 | 9/14/2018 | 230900 | 7/24/2018 | $511.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006684 | $4,880.36 | 9/14/2018 | 230890 | 7/24/2018 | $44.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010938 | $7,074.71 | 9/21/2018 | 230990 | 8/2/2018 | $701.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | Pmt:10/11/2018 | $4,920.31 | 10/11/2018 | 231724 | 9/26/2018 | $185.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | Pmt:9/6/2018 | $839.19 | 9/6/2018 | 231203 | 8/20/2018 | $295.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | Pmt:9/6/2018 | $839.19 | 9/6/2018 | 231094 | 8/9/2018 | $52.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | Pmt:9/6/2018 | $839.19 | 9/6/2018 | 231082 | 8/9/2018 | $457.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | Pmt:9/6/2018 | $839.19 | 9/6/2018 | 228608-1 | 3/12/2018 | $18.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | Pmt:10/11/2018 | $4,920.31 | 10/11/2018 | 231878 | 10/5/2018 | $1,379.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | Pmt:10/11/2018 | $4,920.31 | 10/11/2018 | 231877 | 10/5/2018 | $81.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | Pmt:10/11/2018 | $4,920.31 | 10/11/2018 | 231856 | 10/5/2018 | $414.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | Pmt:10/11/2018 | $4,920.31 | 10/11/2018 | 231854 | 10/5/2018 | $247.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Pmt:10/11/2018 | $4,920.31 | 10/11/2018 | 231850 | 10/5/2018 | $2,086.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014250 | $13,176.90 | 10/9/2018 | 231018 | 8/6/2018 | $1,376.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | Pmt:10/11/2018 | $4,920.31 | 10/11/2018 | 231745 | 10/2/2018 | $41.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014250 | $13,176.90 | 10/9/2018 | 231040 | 8/7/2018 | $118.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Pmt:10/11/2018 | $4,920.31 | 10/11/2018 | 231659 | 9/24/2018 | $99.01 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Pmt:10/11/2018 | $4,920.31 | 10/11/2018 | 231645 | 9/24/2018 | $39.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | Pmt:10/11/2018 | $4,920.31 | 10/11/2018 | 231605 | 9/19/2018 | $19.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | Pmt:10/11/2018 | $4,920.31 | 10/11/2018 | 231582 | 9/19/2018 | $103.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | Pmt:10/11/2018 | $4,920.31 | 10/11/2018 | 231524 | 9/17/2018 | $18.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | Pmt:10/11/2018 | $4,920.31 | 10/11/2018 | 231470 | 9/11/2018 | $16.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014250 | $13,176.90 | 10/9/2018 | 231077 | 8/9/2018 | $2,199.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014250 | $13,176.90 | 10/9/2018 | 231060 | 8/8/2018 | $52.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014250 | $13,176.90 | 10/9/2018 | 231059 | 8/8/2018 | $2,409.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006684 | $4,880.36 | 9/14/2018 | 230853 | 7/23/2018 | $1,066.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | Pmt:10/11/2018 | $4,920.31 | 10/11/2018 | 231783 | 10/4/2018 | $185.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999763 | $21,682.73 | 8/31/2018 | 230651 | 7/11/2018 | $1,520.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006684 | $4,880.36 | 9/14/2018 | 230889 | 7/24/2018 | $699.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999763 | $21,682.73 | 8/31/2018 | 230700 | 7/13/2018 | $553.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999763 | $21,682.73 | 8/31/2018 | 230687 | 7/13/2018 | $1,873.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999763 | $21,682.73 | 8/31/2018 | 230686 | 7/13/2018 | $16.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999763 | $21,682.73 | 8/31/2018 | 230685 | 7/13/2018 | $977.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999763 | $21,682.73 | 8/31/2018 | 230682 | 7/12/2018 | $476.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999763 | $21,682.73 | 8/31/2018 | 230674 | 7/12/2018 | $753.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999763 | $21,682.73 | 8/31/2018 | 230671 | 7/12/2018 | $91.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999763 | $21,682.73 | 8/31/2018 | 230670 | 7/12/2018 | $1,151.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003262 | $14,989.52 | 9/7/2018 | 230580 | 7/5/2018 | $49.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999763 | $21,682.73 | 8/31/2018 | 230664 | 7/12/2018 | $784.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003262 | $14,989.52 | 9/7/2018 | 230710 | 7/16/2018 | $2,175.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999763 | $21,682.73 | 8/31/2018 | 230650 | 7/10/2018 | $116.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999763 | $21,682.73 | 8/31/2018 | 230649 | 7/10/2018 | $1,174.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999763 | $21,682.73 | 8/31/2018 | 230644 | 7/10/2018 | $210.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999763 | $21,682.73 | 8/31/2018 | 230643 | 7/10/2018 | $2,601.19 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999763 | $21,682.73 | 8/31/2018 | 230636 | 7/9/2018 | $1,581.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999763 | $21,682.73 | 8/31/2018 | 230635 | 7/9/2018 | $74.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999763 | $21,682.73 | 8/31/2018 | 230634 | 7/9/2018 | $1,245.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999763 | $21,682.73 | 8/31/2018 | 230633 | 7/9/2018 | $927.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999763 | $21,682.73 | 8/31/2018 | 230581 | 7/5/2018 | $241.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | Pmt:9/6/2018 | $839.19 | 9/6/2018 | 231263 | 8/22/2018 | $15.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999763 | $21,682.73 | 8/31/2018 | 230668 | 7/12/2018 | $931.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003262 | $14,989.52 | 9/7/2018 | 230780 | 7/18/2018 | $251.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999763 | $21,682.73 | 8/31/2018 | 230568 | 7/3/2018 | $786.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006684 | $4,880.36 | 9/14/2018 | 230845 | 7/23/2018 | $123.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006684 | $4,880.36 | 9/14/2018 | 230844-2 | 7/23/2018 | $1,077.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006684 | $4,880.36 | 9/14/2018 | 230844-1 | 7/23/2018 | $37.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003262 | $14,989.52 | 9/7/2018 | 230842 | 7/20/2018 | $1,226.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003262 | $14,989.52 | 9/7/2018 | 230817 | 7/19/2018 | $766.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003262 | $14,989.52 | 9/7/2018 | 230816 | 7/19/2018 | $1,108.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003262 | $14,989.52 | 9/7/2018 | 230785 | 7/18/2018 | $87.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003262 | $14,989.52 | 9/7/2018 | 230784 | 7/18/2018 | $196.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999763 | $21,682.73 | 8/31/2018 | 230706 | 7/13/2018 | $651.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003262 | $14,989.52 | 9/7/2018 | 230781 | 7/18/2018 | $844.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006684 | $4,880.36 | 9/14/2018 | 230886 | 7/23/2018 | $1,271.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003262 | $14,989.52 | 9/7/2018 | 230769 | 7/17/2018 | $1,054.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003262 | $14,989.52 | 9/7/2018 | 230762 | 7/17/2018 | $395.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003262 | $14,989.52 | 9/7/2018 | 230761 | 7/17/2018 | $1,171.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003262 | $14,989.52 | 9/7/2018 | 230739 | 7/16/2018 | $356.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003262 | $14,989.52 | 9/7/2018 | 230738 | 7/16/2018 | $1,011.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003262 | $14,989.52 | 9/7/2018 | 230737 | 7/16/2018 | $1,079.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003262 | $14,989.52 | 9/7/2018 | 230730 | 7/16/2018 | $1,652.13 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003262 | $14,989.52 | 9/7/2018 | 230721 | 7/16/2018 | $656.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003262 | $14,989.52 | 9/7/2018 | 230720 | 7/16/2018 | $41.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003262 | $14,989.52 | 9/7/2018 | 230713 | 7/16/2018 | $752.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003262 | $14,989.52 | 9/7/2018 | 230783 | 7/18/2018 | $1,116.49 |

**Totals:**    12 transfer(s),    $120,262.09