**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Aspen Marketing Services, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005942 | $249,469.44 | 9/12/2018 | EPU0000088728 | 6/28/2018 | $144,661.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005942 | $249,469.44 | 9/12/2018 | EPU0000086797-11878 | 5/31/2018 | $104,807.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991435 | $104,807.59 | 8/13/2018 | EPU0000086797-7879 | 5/31/2018 | $104,807.59 |

| | | | |
|---|---|---|---|
| Totals: | 2 transfer(s), | $354,277.03 | |