

| | | | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |

**Defendant:** **EmployBridge, LLC dba Select Staffing**
**Bankruptcy Case:** **Sears Holdings Corporation, et al.**
**Preference Period:** **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132877 | $7,025.82 | 9/5/2018 | 8403846774 | 8/20/2018 | $7,025.82 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132650 | $7,640.96 | 7/23/2018 | 8403731524 | 7/9/2018 | $7,640.96 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132679 | $8,461.39 | 7/31/2018 | 8403746590 | 7/16/2018 | $8,461.39 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132711 | $9,114.72 | 8/7/2018 | 8403760943 | 7/23/2018 | $9,114.72 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132812 | $20,236.68 | 8/14/2018 | 8403267346 | 1/15/2018 | $494.45 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132812 | $20,236.68 | 8/14/2018 | 8403336355 | 2/5/2018 | $10,902.42 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132812 | $20,236.68 | 8/14/2018 | 8403788315 | 7/30/2018 | $8,839.81 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132628 | $8,738.87 | 7/19/2018 | 8403718279 | 7/2/2018 | $8,738.87 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132857 | $6,443.35 | 8/28/2018 | 8403825123 | 8/13/2018 | $6,443.35 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132971 | $14,926.77 | 10/10/2018 | 8403937329 | 9/24/2018 | $7,374.56 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132897 | $7,038.87 | 9/11/2018 | 8403860965 | 8/27/2018 | $7,038.87 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132918 | $6,733.67 | 9/18/2018 | 8403877999 | 9/3/2018 | $6,733.67 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132929 | $5,297.40 | 9/24/2018 | 8403892510 | 9/10/2018 | $5,297.40 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132948 | $5,340.33 | 10/2/2018 | 8403918877 | 9/17/2018 | $5,340.33 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132971 | $14,926.77 | 10/10/2018 | 8403504527 | 4/16/2018 | $527.80 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132971 | $14,926.77 | 10/10/2018 | 8403592808 | 5/21/2018 | $7,024.41 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132834 | $9,073.48 | 8/20/2018 | 8403806083 | 8/6/2018 | $9,073.48 |

**Totals:** **13 transfer(s),** **$116,072.31**