**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **ASW, LLC dba American Sportworks** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15454 | $9,680.00 | 8/30/2018 | 985828 | 6/26/2018 | $7,040.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01003 | $9,680.00 | 8/6/2018 | 0000747150-343 | 5/22/2018 | $3,520.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01003 | $9,680.00 | 8/6/2018 | 0000747874-344 | 5/29/2018 | $2,640.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01003 | $9,680.00 | 8/6/2018 | 0000747875-345 | 5/29/2018 | $880.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04057 | $7,920.00 | 8/10/2018 | 0000746066-347 | 6/6/2018 | $1,760.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04057 | $7,920.00 | 8/10/2018 | 984706 | 6/6/2018 | $6,160.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04057 | $7,920.00 | 8/10/2018 | 984708 | 6/6/2018 | $1,760.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04854 | $10,560.00 | 8/13/2018 | 984732 | 6/7/2018 | $880.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04854 | $10,560.00 | 8/13/2018 | 984794 | 6/8/2018 | $6,160.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04854 | $10,560.00 | 8/13/2018 | 984824 | 6/8/2018 | $3,520.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05838 | $440.00 | 8/14/2018 | 9003 | 8/10/2018 | $440.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01003 | $9,680.00 | 8/6/2018 | 0000747149-342 | 5/22/2018 | $2,640.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15454 | $9,680.00 | 8/30/2018 | 985823 | 6/26/2018 | $2,640.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99566 | $8,800.00 | 8/2/2018 | 984160 | 5/29/2018 | $1,760.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16876 | $6,160.00 | 9/4/2018 | 986124 | 6/29/2018 | $2,640.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16876 | $6,160.00 | 9/4/2018 | 986126 | 6/29/2018 | $3,520.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95628 | $3,520.00 | 7/26/2018 | 983826 | 5/22/2018 | $1,760.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95628 | $3,520.00 | 7/26/2018 | 983827 | 5/22/2018 | $2,640.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95628 | $3,520.00 | 7/26/2018 | 983828 | 5/22/2018 | $1,760.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95628 | $3,520.00 | 7/26/2018 | 983829 | 5/22/2018 | $3,520.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99566 | $8,800.00 | 8/2/2018 | 0000745985-351 | 5/29/2018 | $3,520.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99566 | $8,800.00 | 8/2/2018 | 984138 | 5/29/2018 | $3,520.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99566 | $8,800.00 | 8/2/2018 | 984141 | 5/29/2018 | $2,640.00 |

ASW, LLC dba American Sportworks (2219750)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                     Exhibit A                                     P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99566 | $8,800.00 | 8/2/2018 | 984142 | 5/29/2018 | $880.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99566 | $8,800.00 | 8/2/2018 | 984143 | 5/29/2018 | $3,520.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08865 | $1,760.00 | 8/20/2018 | 985354 | 6/15/2018 | $1,760.00 |

**Totals:** 9 transfer(s),  $58,520.00