

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

| Defendant: | **B L Intimate Apparel Canada Inc** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780994353 | $15,432.84 | 8/17/2018 | 1022700-24233 | 6/26/2018 | $245.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000229 | $480.52 | 8/31/2018 | 1021012-24241 | 5/15/2018 | $253.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991952 | $7,215.27 | 8/14/2018 | CD3102934ED-24223 | 7/31/2018 | $202.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991952 | $7,215.27 | 8/14/2018 | CD3102935ED-24224 | 7/31/2018 | $2,644.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991952 | $7,215.27 | 8/14/2018 | CD3102935ED-24225 | 7/31/2018 | $476.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991952 | $7,215.27 | 8/14/2018 | VPJITR326989992 | 7/29/2018 | $250.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993480 | $109,182.48 | 8/16/2018 | 1022315-24227 | 6/19/2018 | $182.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993480 | $109,182.48 | 8/16/2018 | 1022315-24228 | 6/19/2018 | $89,852.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993480 | $109,182.48 | 8/16/2018 | 1022317-24229 | 6/18/2018 | $56.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993480 | $109,182.48 | 8/16/2018 | 1022317-24231 | 6/18/2018 | $441.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993480 | $109,182.48 | 8/16/2018 | 1022319 | 6/18/2018 | $17,786.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991952 | $7,215.27 | 8/14/2018 | CD3102928ED | 7/31/2018 | $660.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994353 | $15,432.84 | 8/17/2018 | 1022696 | 6/26/2018 | $1,277.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991952 | $7,215.27 | 8/14/2018 | 1022093-24221 | 6/12/2018 | $54.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994353 | $15,432.84 | 8/17/2018 | 1022700-24234 | 6/26/2018 | $14,242.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998246 | $15,246.18 | 8/28/2018 | 1022694-24235 | 6/26/2018 | $32.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998246 | $15,246.18 | 8/28/2018 | 1022695 | 6/26/2018 | $1,047.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998246 | $15,246.18 | 8/28/2018 | 1022697 | 6/26/2018 | $367.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998246 | $15,246.18 | 8/28/2018 | 1022699 | 6/26/2018 | $16,949.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998246 | $15,246.18 | 8/28/2018 | 1022880 | 7/6/2018 | $1,236.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999118 | $12,756.35 | 8/29/2018 | 1022859-24237 | 7/6/2018 | $1,623.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999118 | $12,756.35 | 8/29/2018 | 1022859-24239 | 7/6/2018 | $12,854.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999564 | $777.37 | 8/30/2018 | 1022876 | 7/6/2018 | $826.85 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980382 | $15,137.76 | 7/18/2018 | 1021384 | 5/29/2018 | $2,871.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993480 | $109,182.48 | 8/16/2018 | 1022324 | 6/18/2018 | $1,193.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987136 | $2,103.32 | 8/1/2018 | 1022095 | 6/12/2018 | $2,030.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980382 | $15,137.76 | 7/18/2018 | 1021385 | 5/29/2018 | $498.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980382 | $15,137.76 | 7/18/2018 | 1021387 | 5/29/2018 | $11,918.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981228 | $13,747.61 | 7/19/2018 | 1021088-24215 | 5/23/2018 | $56.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981228 | $13,747.61 | 7/19/2018 | 1021673 | 6/7/2018 | $1,960.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981228 | $13,747.61 | 7/19/2018 | 1021677 | 6/7/2018 | $2,235.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981228 | $13,747.61 | 7/19/2018 | 1021678 | 6/7/2018 | $793.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981228 | $13,747.61 | 7/19/2018 | 1021680 | 6/7/2018 | $12,040.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982317 | $15,571.63 | 7/23/2018 | 1021383 | 5/29/2018 | $2,127.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982317 | $15,571.63 | 7/23/2018 | 1021386 | 5/29/2018 | $13,443.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983671 | $17,688.05 | 7/25/2018 | 1021672 | 6/7/2018 | $1,157.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991952 | $7,215.27 | 8/14/2018 | CD3102934ED-24222 | 7/31/2018 | $3,690.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983671 | $17,688.05 | 7/25/2018 | 1021679 | 6/7/2018 | $14,840.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000229 | $480.52 | 8/31/2018 | 1021088-24242 | 5/23/2018 | $59.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987136 | $2,103.32 | 8/1/2018 | 1022096 | 6/12/2018 | $422.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988487 | $53,673.33 | 8/7/2018 | 1021674-24216 | 6/7/2018 | $20.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988487 | $53,673.33 | 8/7/2018 | 1021675-24218 | 6/7/2018 | $150.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988487 | $53,673.33 | 8/7/2018 | 1022094 | 6/12/2018 | $1,343.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988487 | $53,673.33 | 8/7/2018 | 1022097 | 6/12/2018 | $29,769.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988487 | $53,673.33 | 8/7/2018 | 1022098 | 6/12/2018 | $22,913.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989118 | $77,579.65 | 8/8/2018 | 1022316 | 6/19/2018 | $61,851.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989118 | $77,579.65 | 8/8/2018 | 1022318 | 6/18/2018 | $527.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989118 | $77,579.65 | 8/8/2018 | 1022320 | 6/18/2018 | $14,481.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989118 | $77,579.65 | 8/8/2018 | 1022325 | 6/18/2018 | $1,318.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983671 | $17,688.05 | 7/25/2018 | 1021676 | 6/7/2018 | $1,926.67 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009791 | $27,080.38 | 9/19/2018 | 1023570-24259 | 7/17/2018 | $4,422.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000229 | $480.52 | 8/31/2018 | 1021008-24240 | 5/15/2018 | $57.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004477 | $4,162.94 | 9/10/2018 | CD3103051ED-24256 | 8/23/2018 | $4,123.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006009 | $137,236.39 | 9/12/2018 | 1023565 | 7/17/2018 | $860.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006009 | $137,236.39 | 9/12/2018 | 1023568 | 7/17/2018 | $89,045.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006009 | $137,236.39 | 9/12/2018 | 1023571 | 7/17/2018 | $373.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006009 | $137,236.39 | 9/12/2018 | 1023574 | 7/17/2018 | $15,815.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006009 | $137,236.39 | 9/12/2018 | 1023576 | 7/17/2018 | $29,387.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006009 | $137,236.39 | 9/12/2018 | 1024193 | 7/24/2018 | $299.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006009 | $137,236.39 | 9/12/2018 | 1025806 | 7/30/2018 | $1,633.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008730 | $744.47 | 9/18/2018 | 1024192 | 7/24/2018 | $297.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004477 | $4,162.94 | 9/10/2018 | 1021089-24253 | 5/23/2018 | $281.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009791 | $27,080.38 | 9/19/2018 | 1023567-24257 | 7/17/2018 | $64.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003092 | $26,373.38 | 9/6/2018 | CD3103040ED-24252 | 8/21/2018 | $75.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009791 | $27,080.38 | 9/19/2018 | 1024191 | 7/24/2018 | $1,736.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009791 | $27,080.38 | 9/19/2018 | 1025802 | 7/30/2018 | $5,576.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009791 | $27,080.38 | 9/19/2018 | 1025804 | 7/30/2018 | $21,891.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013585 | $4,746.32 | 9/26/2018 | 1024661-24262 | 7/6/2018 | $782.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013585 | $4,746.32 | 9/26/2018 | 1027422-24264 | 8/6/2018 | $56.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013585 | $4,746.32 | 9/26/2018 | 1027422-24265 | 8/6/2018 | $1,707.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013585 | $4,746.32 | 9/26/2018 | 1027424 | 8/6/2018 | $194.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013585 | $4,746.32 | 9/26/2018 | 1027426 | 8/6/2018 | $3,573.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014073 | $55,881.95 | 9/27/2018 | 1024190 | 7/24/2018 | $1,051.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014073 | $55,881.95 | 9/27/2018 | 1025801 | 7/30/2018 | $8,583.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008730 | $744.47 | 9/18/2018 | 1025805 | 7/30/2018 | $690.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002627 | $100,169.18 | 9/5/2018 | 1022860-24247 | 7/6/2018 | $116.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000229 | $480.52 | 8/31/2018 | 1021674-24243 | 6/7/2018 | $21.72 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781000229 | $480.52 | 8/31/2018 | 1021675-24244 | 6/7/2018 | $156.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000229 | $480.52 | 8/31/2018 | 1022093-24245 | 6/12/2018 | $57.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001709 | $50,973.82 | 9/4/2018 | 1022858 | 7/6/2018 | $16,092.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001709 | $50,973.82 | 9/4/2018 | 1023193 | 7/10/2018 | $1,804.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001709 | $50,973.82 | 9/4/2018 | 1023195 | 7/10/2018 | $3,285.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001709 | $50,973.82 | 9/4/2018 | 1023197 | 7/10/2018 | $17,951.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001709 | $50,973.82 | 9/4/2018 | CD3103034ED | 8/17/2018 | $309.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001709 | $50,973.82 | 9/4/2018 | CD3103035ED | 8/17/2018 | $2,195.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001709 | $50,973.82 | 9/4/2018 | CD3103036ED | 8/17/2018 | $4,503.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004477 | $4,162.94 | 9/10/2018 | CD3103051ED-24255 | 8/23/2018 | $50.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001709 | $50,973.82 | 9/4/2018 | CD3103038ED | 8/17/2018 | $3,202.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014073 | $55,881.95 | 9/27/2018 | 1025803 | 7/30/2018 | $46,283.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002627 | $100,169.18 | 9/5/2018 | 1023566 | 7/17/2018 | $1,222.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002627 | $100,169.18 | 9/5/2018 | 1023569-24248 | 7/17/2018 | $416.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002627 | $100,169.18 | 9/5/2018 | 1023569-24250 | 7/17/2018 | $73,541.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002627 | $100,169.18 | 9/5/2018 | 1023572 | 7/17/2018 | $338.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002627 | $100,169.18 | 9/5/2018 | 1023573 | 7/17/2018 | $12,943.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002627 | $100,169.18 | 9/5/2018 | 1023575 | 7/17/2018 | $12,145.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003092 | $26,373.38 | 9/6/2018 | 1023192 | 7/10/2018 | $1,182.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003092 | $26,373.38 | 9/6/2018 | 1023194 | 7/10/2018 | $2,592.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003092 | $26,373.38 | 9/6/2018 | 1023196 | 7/10/2018 | $20,968.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003092 | $26,373.38 | 9/6/2018 | CD3103040ED-24251 | 8/21/2018 | $1,555.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001709 | $50,973.82 | 9/4/2018 | CD3103037ED | 8/17/2018 | $1,850.63 |

**Totals:**    23 transfer(s),    $763,961.19