# ask LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Employment Solutions, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781012090 | $18,539.87 | 9/24/2018 | 43573 | 7/2/2018 | $18,539.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008066 | $10,395.72 | 9/17/2018 | 43510 | 6/25/2018 | $10,395.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004567 | $13,621.74 | 9/10/2018 | 43426 | 6/18/2018 | $13,621.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001135 | $14,465.62 | 9/3/2018 | 43380 | 6/11/2018 | $14,465.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993604 | $8,551.13 | 8/16/2018 | 43270 | 5/28/2018 | $8,551.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989972 | $10,657.82 | 8/9/2018 | 43204 | 5/21/2018 | $10,657.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985276 | $12,219.04 | 7/27/2018 | 43143 | 5/14/2018 | $12,219.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981908 | $14,494.66 | 7/20/2018 | 43075 | 5/7/2018 | $14,494.66 |

**Totals:**    **8 transfer(s),**    **$102,945.60**

Employment Solutions, Inc. (2191533)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                        Exhibit A                                        P. 1