**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **B. Fernandez & Hnos., Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4062300RI-2055 | 6/28/2018 | $333.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4062020-2050 | 6/30/2018 | $45.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4062078-2051 | 6/27/2018 | $508.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4062079 | 6/27/2018 | $573.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4062080 | 6/27/2018 | $264.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4062211RI | 6/28/2018 | $255.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4062212RI | 6/28/2018 | $1,064.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4062213RI | 6/28/2018 | $517.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4062214RI | 6/28/2018 | $157.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4062289 | 6/28/2018 | $96.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4062339-2056 | 6/28/2018 | $140.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4062299RI | 6/28/2018 | $537.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4062017 | 6/30/2018 | $612.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4062301RI | 6/28/2018 | $1,485.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4062302RI | 6/28/2018 | $169.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4062328RI | 6/28/2018 | $105.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4062329RI | 6/28/2018 | $89.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4062330RI | 6/28/2018 | $562.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4062331RI | 6/28/2018 | $1,301.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4062336 | 6/28/2018 | $445.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4062337 | 6/28/2018 | $1,027.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4060756-2042 | 6/26/2018 | $375.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4062290-2053 | 6/28/2018 | $826.45 |

B. Fernandez & Hnos., Inc. (2191454)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                    Exhibit A                                    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4061874RI-2044 | 6/27/2018 | $171.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999067 | $9,746.57 | 8/29/2018 | 4071879RI | 7/12/2018 | $69.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4060758 | 6/26/2018 | $91.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4060759 | 6/26/2018 | $434.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4060760 | 6/26/2018 | $702.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4061189 | 6/27/2018 | $469.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4061190 | 6/27/2018 | $232.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4061191 | 6/27/2018 | $260.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4061192 | 6/27/2018 | $27.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4061193 | 6/27/2018 | $745.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4062019-2048 | 6/30/2018 | $409.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4061873RI-2043 | 6/27/2018 | $377.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4062018 | 6/30/2018 | $13.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4061875RI-2045 | 6/27/2018 | $654.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4061988 | 6/27/2018 | $429.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4061989 | 6/27/2018 | $956.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4061990 | 6/27/2018 | $317.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4061991-2046 | 6/27/2018 | $68.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4061992 | 6/27/2018 | $159.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4062014 | 6/30/2018 | $405.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4062015 | 6/30/2018 | $26.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4062016 | 6/30/2018 | $446.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4062339-2057 | 6/28/2018 | $22.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4061872RI | 6/27/2018 | $187.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999067 | $9,746.57 | 8/29/2018 | 4069463 | 7/9/2018 | $296.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995747 | $6,097.72 | 8/20/2018 | 4065831RI | 7/3/2018 | $58.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995747 | $6,097.72 | 8/20/2018 | 4065832RI | 7/3/2018 | $386.86 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995747 | $6,097.72 | 8/20/2018 | 4065833RI | 7/3/2018 | $139.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995747 | $6,097.72 | 8/20/2018 | 4067541RI | 7/6/2018 | $699.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995747 | $6,097.72 | 8/20/2018 | 4068159RI | 7/6/2018 | $183.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995747 | $6,097.72 | 8/20/2018 | 4068161RI-2069 | 7/6/2018 | $367.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999067 | $9,746.57 | 8/29/2018 | 4069458 | 7/9/2018 | $178.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999067 | $9,746.57 | 8/29/2018 | 4069459 | 7/9/2018 | $207.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999067 | $9,746.57 | 8/29/2018 | 4069460-2071 | 7/9/2018 | $251.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4062338 | 6/28/2018 | $41.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999067 | $9,746.57 | 8/29/2018 | 4069462 | 7/9/2018 | $13.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995747 | $6,097.72 | 8/20/2018 | 4065413 | 7/3/2018 | $153.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999067 | $9,746.57 | 8/29/2018 | 4069701 | 7/10/2018 | $284.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999067 | $9,746.57 | 8/29/2018 | 4069702 | 7/10/2018 | $370.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999067 | $9,746.57 | 8/29/2018 | 4069703 | 7/10/2018 | $55.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999067 | $9,746.57 | 8/29/2018 | 4069704 | 7/10/2018 | $288.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999067 | $9,746.57 | 8/29/2018 | 4070117 | 7/10/2018 | $836.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999067 | $9,746.57 | 8/29/2018 | 4070119 | 7/10/2018 | $402.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999067 | $9,746.57 | 8/29/2018 | 4070120 | 7/10/2018 | $868.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999067 | $9,746.57 | 8/29/2018 | 4070490 | 7/10/2018 | $587.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981183 | $6,362.92 | 7/19/2018 | 4043514 | 6/4/2018 | $319.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999067 | $9,746.57 | 8/29/2018 | 4069461 | 7/9/2018 | $91.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995747 | $6,097.72 | 8/20/2018 | 4064760 | 7/2/2018 | $433.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4062340 | 6/28/2018 | $728.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4062888RI | 6/28/2018 | $234.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4062889RI-2059 | 6/28/2018 | $388.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4062890RI | 6/28/2018 | $897.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4062891RI-2061 | 6/28/2018 | $254.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995747 | $6,097.72 | 8/20/2018 | 4062288 | 7/2/2018 | $564.92 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995747 | $6,097.72 | 8/20/2018 | 4064535 | 7/2/2018 | $484.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995747 | $6,097.72 | 8/20/2018 | 4064578RI | 7/2/2018 | $196.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995747 | $6,097.72 | 8/20/2018 | 4064579RI | 7/2/2018 | $204.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995747 | $6,097.72 | 8/20/2018 | 4065427RI | 7/3/2018 | $733.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995747 | $6,097.72 | 8/20/2018 | 4064759 | 7/2/2018 | $603.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995747 | $6,097.72 | 8/20/2018 | 4065426RI | 7/3/2018 | $185.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995747 | $6,097.72 | 8/20/2018 | 4065066-2063 | 7/2/2018 | $331.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995747 | $6,097.72 | 8/20/2018 | 4065067-2065 | 7/2/2018 | $277.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995747 | $6,097.72 | 8/20/2018 | 4065068 | 7/2/2018 | $164.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995747 | $6,097.72 | 8/20/2018 | 4065069 | 7/2/2018 | $753.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995747 | $6,097.72 | 8/20/2018 | 4065074 | 7/2/2018 | $178.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995747 | $6,097.72 | 8/20/2018 | 4065075 | 7/2/2018 | $418.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995747 | $6,097.72 | 8/20/2018 | 4065076 | 7/2/2018 | $197.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995747 | $6,097.72 | 8/20/2018 | 4065077-2067 | 7/2/2018 | $913.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995747 | $6,097.72 | 8/20/2018 | 4065375 | 7/3/2018 | $514.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4060755-2041 | 6/26/2018 | $157.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995747 | $6,097.72 | 8/20/2018 | 4064580RI | 7/2/2018 | $167.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984553 | $9,426.16 | 7/26/2018 | 4049558 | 6/12/2018 | $33.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984553 | $9,426.16 | 7/26/2018 | 4049130RI | 6/10/2018 | $92.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984553 | $9,426.16 | 7/26/2018 | 4049256RI | 6/11/2018 | $399.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984553 | $9,426.16 | 7/26/2018 | 4049257RI-2024 | 6/11/2018 | $297.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984553 | $9,426.16 | 7/26/2018 | 4049258RI | 6/11/2018 | $318.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984553 | $9,426.16 | 7/26/2018 | 4049259RI | 6/11/2018 | $510.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984553 | $9,426.16 | 7/26/2018 | 4049369-2025 | 6/11/2018 | $466.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984553 | $9,426.16 | 7/26/2018 | 4049370-2026 | 6/11/2018 | $586.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984553 | $9,426.16 | 7/26/2018 | 4049371 | 6/11/2018 | $273.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984553 | $9,426.16 | 7/26/2018 | 4049372-2027 | 6/11/2018 | $685.19 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984553 | $9,426.16 | 7/26/2018 | 4049602 | 6/11/2018 | $948.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984553 | $9,426.16 | 7/26/2018 | 4049557 | 6/12/2018 | $210.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981183 | $6,362.92 | 7/19/2018 | 4046613RI-2023 | 6/6/2018 | $177.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984553 | $9,426.16 | 7/26/2018 | 4049559-2028 | 6/12/2018 | $460.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984553 | $9,426.16 | 7/26/2018 | 4049560-2029 | 6/12/2018 | $82.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984553 | $9,426.16 | 7/26/2018 | 4049561 | 6/12/2018 | $87.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984553 | $9,426.16 | 7/26/2018 | 4049573 | 6/11/2018 | $247.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984553 | $9,426.16 | 7/26/2018 | 4049574 | 6/11/2018 | $624.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984553 | $9,426.16 | 7/26/2018 | 4049575 | 6/11/2018 | $206.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984553 | $9,426.16 | 7/26/2018 | 4049576 | 6/11/2018 | $45.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984553 | $9,426.16 | 7/26/2018 | 4049600 | 6/11/2018 | $209.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4060757 | 6/26/2018 | $22.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984553 | $9,426.16 | 7/26/2018 | 4049556 | 6/12/2018 | $53.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981183 | $6,362.92 | 7/19/2018 | 4044868-2020 | 6/4/2018 | $135.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981183 | $6,362.92 | 7/19/2018 | 4044244RI | 6/3/2018 | $158.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981183 | $6,362.92 | 7/19/2018 | 4044245RI-2016 | 6/3/2018 | $138.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981183 | $6,362.92 | 7/19/2018 | 4044246RI | 6/3/2018 | $783.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981183 | $6,362.92 | 7/19/2018 | 4044247RI | 6/3/2018 | $216.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981183 | $6,362.92 | 7/19/2018 | 4044248RI-2017 | 6/3/2018 | $249.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981183 | $6,362.92 | 7/19/2018 | 4044858 | 6/4/2018 | $506.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981183 | $6,362.92 | 7/19/2018 | 4044859-2018 | 6/4/2018 | $587.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981183 | $6,362.92 | 7/19/2018 | 4044860 | 6/4/2018 | $491.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981183 | $6,362.92 | 7/19/2018 | 4044861 | 6/4/2018 | $65.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984553 | $9,426.16 | 7/26/2018 | 4049129RI | 6/10/2018 | $515.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981183 | $6,362.92 | 7/19/2018 | 4044867-2019 | 6/4/2018 | $335.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984553 | $9,426.16 | 7/26/2018 | 4049128RI | 6/10/2018 | $351.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981183 | $6,362.92 | 7/19/2018 | 4044869 | 6/4/2018 | $195.88 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981183 | $6,362.92 | 7/19/2018 | 4044932 | 6/4/2018 | $501.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981183 | $6,362.92 | 7/19/2018 | 4045001RI | 6/4/2018 | $202.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981183 | $6,362.92 | 7/19/2018 | 4045002RI | 6/4/2018 | $448.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981183 | $6,362.92 | 7/19/2018 | 4046055 | 6/6/2018 | $210.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981183 | $6,362.92 | 7/19/2018 | 4046056 | 6/6/2018 | $736.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981183 | $6,362.92 | 7/19/2018 | 4046057 | 6/6/2018 | $91.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981183 | $6,362.92 | 7/19/2018 | 4046611RI-2021 | 6/6/2018 | $298.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981183 | $6,362.92 | 7/19/2018 | 4046612RI-2022 | 6/6/2018 | $559.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984553 | $9,426.16 | 7/26/2018 | 4049603 | 6/11/2018 | $243.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981183 | $6,362.92 | 7/19/2018 | 4044866 | 6/4/2018 | $338.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4058825RI | 6/25/2018 | $83.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987950 | $9,013.71 | 8/2/2018 | 4057370RI | 6/21/2018 | $576.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987950 | $9,013.71 | 8/2/2018 | 4057371RI | 6/21/2018 | $176.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987950 | $9,013.71 | 8/2/2018 | 4057372RI | 6/21/2018 | $257.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987950 | $9,013.71 | 8/2/2018 | 4058384-2038 | 6/22/2018 | $419.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987950 | $9,013.71 | 8/2/2018 | 4058385-2039 | 6/22/2018 | $348.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987950 | $9,013.71 | 8/2/2018 | 4058386 | 6/22/2018 | $375.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987950 | $9,013.71 | 8/2/2018 | 4058387 | 6/22/2018 | $387.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987950 | $9,013.71 | 8/2/2018 | 4058471 | 6/22/2018 | $196.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987950 | $9,013.71 | 8/2/2018 | 4058473 | 6/22/2018 | $542.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984553 | $9,426.16 | 7/26/2018 | 4049601-2030 | 6/11/2018 | $225.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987950 | $9,013.71 | 8/2/2018 | 4058475 | 6/22/2018 | $26.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987950 | $9,013.71 | 8/2/2018 | 4056938RI-2037 | 6/20/2018 | $850.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4058827RI | 6/25/2018 | $333.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4058828RI | 6/25/2018 | $51.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4058829RI | 6/25/2018 | $196.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4058830RI | 6/25/2018 | $69.48 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4059325 | 6/25/2018 | $306.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4059326-2040 | 6/25/2018 | $954.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4059327 | 6/25/2018 | $733.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4059328 | 6/25/2018 | $13.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991459 | $23,248.12 | 8/13/2018 | 4059329 | 6/25/2018 | $1,026.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987950 | $9,013.71 | 8/2/2018 | 4058474 | 6/22/2018 | $746.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987950 | $9,013.71 | 8/2/2018 | 4055278RI | 6/19/2018 | $80.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984553 | $9,426.16 | 7/26/2018 | 4049604 | 6/11/2018 | $209.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984553 | $9,426.16 | 7/26/2018 | 4049895 | 6/11/2018 | $254.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984553 | $9,426.16 | 7/26/2018 | 4049896 | 6/11/2018 | $58.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984553 | $9,426.16 | 7/26/2018 | 4049897-2031 | 6/11/2018 | $531.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984553 | $9,426.16 | 7/26/2018 | 4049898 | 6/11/2018 | $562.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984553 | $9,426.16 | 7/26/2018 | 4049899 | 6/11/2018 | $273.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984553 | $9,426.16 | 7/26/2018 | 4054005 | 6/15/2018 | $191.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984553 | $9,426.16 | 7/26/2018 | 4054006 | 6/15/2018 | $311.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984553 | $9,426.16 | 7/26/2018 | 4054007-2032 | 6/15/2018 | $280.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987950 | $9,013.71 | 8/2/2018 | 4057369RI | 6/21/2018 | $355.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987950 | $9,013.71 | 8/2/2018 | 4055277RI | 6/19/2018 | $318.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987950 | $9,013.71 | 8/2/2018 | 4056939RI | 6/20/2018 | $182.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987950 | $9,013.71 | 8/2/2018 | 4055279RI | 6/19/2018 | $691.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987950 | $9,013.71 | 8/2/2018 | 4056074 | 6/19/2018 | $492.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987950 | $9,013.71 | 8/2/2018 | 4056075-2033 | 6/19/2018 | $804.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987950 | $9,013.71 | 8/2/2018 | 4056076 | 6/19/2018 | $28.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987950 | $9,013.71 | 8/2/2018 | 4056077 | 6/19/2018 | $13.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987950 | $9,013.71 | 8/2/2018 | 4056078-2034 | 6/19/2018 | $378.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987950 | $9,013.71 | 8/2/2018 | 4056079 | 6/19/2018 | $140.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987950 | $9,013.71 | 8/2/2018 | 4056936-2035 | 6/20/2018 | $1,010.13 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987950 | $9,013.71 | 8/2/2018 | 4056937RI-2036 | 6/20/2018 | $716.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999067 | $9,746.57 | 8/29/2018 | 4071880RI-2073 | 7/12/2018 | $556.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984553 | $9,426.16 | 7/26/2018 | 4054008 | 6/15/2018 | $77.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009735 | $10,846.58 | 9/19/2018 | 4086340 | 8/1/2018 | $313.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009735 | $10,846.58 | 9/19/2018 | 4085639 | 8/1/2018 | $73.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009735 | $10,846.58 | 9/19/2018 | 4085644 | 8/1/2018 | $256.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009735 | $10,846.58 | 9/19/2018 | 4085645-4318 | 8/1/2018 | $351.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009735 | $10,846.58 | 9/19/2018 | 4085646 | 8/1/2018 | $215.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009735 | $10,846.58 | 9/19/2018 | 4085647-4319 | 8/1/2018 | $854.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009735 | $10,846.58 | 9/19/2018 | 4085648 | 8/1/2018 | $875.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009735 | $10,846.58 | 9/19/2018 | 4085933RI | 8/1/2018 | $1,381.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009735 | $10,846.58 | 9/19/2018 | 4085945RI | 8/1/2018 | $470.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009735 | $10,846.58 | 9/19/2018 | 4085947RI | 8/1/2018 | $406.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009735 | $10,846.58 | 9/19/2018 | 4086559 | 8/2/2018 | $579.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009735 | $10,846.58 | 9/19/2018 | 4086339 | 8/1/2018 | $125.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009735 | $10,846.58 | 9/19/2018 | 4085563-4316 | 8/1/2018 | $74.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009735 | $10,846.58 | 9/19/2018 | 4086341 | 8/1/2018 | $379.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009735 | $10,846.58 | 9/19/2018 | 4086342 | 8/1/2018 | $551.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009735 | $10,846.58 | 9/19/2018 | 4086343-4320 | 8/20/2018 | $565.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009735 | $10,846.58 | 9/19/2018 | 4086344 | 8/1/2018 | $273.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009735 | $10,846.58 | 9/19/2018 | 4086345 | 8/1/2018 | $37.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009735 | $10,846.58 | 9/19/2018 | 4086346 | 8/1/2018 | $156.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009735 | $10,846.58 | 9/19/2018 | 4086347 | 8/1/2018 | $135.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009735 | $10,846.58 | 9/19/2018 | 4086348 | 8/1/2018 | $27.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4081457 | 7/26/2018 | $114.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009735 | $10,846.58 | 9/19/2018 | 4085948RI | 8/1/2018 | $103.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009735 | $10,846.58 | 9/19/2018 | 4083760 | 7/31/2018 | $93.16 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999067 | $9,746.57 | 8/29/2018 | 4071818RI | 7/12/2018 | $218.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4081463 | 7/26/2018 | $514.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4081464-4300 | 7/26/2018 | $358.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4081465 | 7/26/2018 | $126.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4081466 | 7/26/2018 | $255.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4082630RI-4301 | 7/27/2018 | $83.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4082631RI-4302 | 7/27/2018 | $70.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4082632RI-4303 | 7/27/2018 | $754.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4082633RI | 7/27/2018 | $13.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009735 | $10,846.58 | 9/19/2018 | 4085638-4317 | 8/1/2018 | $402.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009735 | $10,846.58 | 9/19/2018 | 4083759 | 7/31/2018 | $270.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009735 | $10,846.58 | 9/19/2018 | 4085564 | 8/1/2018 | $34.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009735 | $10,846.58 | 9/19/2018 | 4083761 | 7/31/2018 | $28.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009735 | $10,846.58 | 9/19/2018 | 4083762 | 7/31/2018 | $169.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009735 | $10,846.58 | 9/19/2018 | 4084143-4312 | 7/30/2018 | $492.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009735 | $10,846.58 | 9/19/2018 | 4084144-4313 | 7/30/2018 | $229.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009735 | $10,846.58 | 9/19/2018 | 4084145 | 7/30/2018 | $315.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009735 | $10,846.58 | 9/19/2018 | 4084146 | 7/30/2018 | $27.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009735 | $10,846.58 | 9/19/2018 | 4084147 | 7/30/2018 | $646.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009735 | $10,846.58 | 9/19/2018 | 4085561-4314 | 8/1/2018 | $99.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009735 | $10,846.58 | 9/19/2018 | 4085562-4315 | 8/1/2018 | $138.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009735 | $10,846.58 | 9/19/2018 | 4086560 | 8/2/2018 | $27.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4082634RI-4304 | 7/27/2018 | $466.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013540 | $16,132.07 | 9/26/2018 | 4091375 | 8/8/2018 | $27.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013540 | $16,132.07 | 9/26/2018 | 4091045RI-4339 | 8/8/2018 | $182.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013540 | $16,132.07 | 9/26/2018 | 4091046RI-4340 | 8/8/2018 | $911.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013540 | $16,132.07 | 9/26/2018 | 4091047RI-4341 | 8/9/2018 | $225.90 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013540 | $16,132.07 | 9/26/2018 | 4091367 | 8/8/2018 | $200.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013540 | $16,132.07 | 9/26/2018 | 4091368 | 8/8/2018 | $67.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013540 | $16,132.07 | 9/26/2018 | 4091369 | 8/8/2018 | $181.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013540 | $16,132.07 | 9/26/2018 | 4091370 | 8/8/2018 | $22.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013540 | $16,132.07 | 9/26/2018 | 4091371-4342 | 8/8/2018 | $243.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013540 | $16,132.07 | 9/26/2018 | 4091372 | 8/8/2018 | $691.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009735 | $10,846.58 | 9/19/2018 | 4086558-4321 | 8/2/2018 | $303.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013540 | $16,132.07 | 9/26/2018 | 4091374-4343 | 8/8/2018 | $283.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013540 | $16,132.07 | 9/26/2018 | 4090691 | 8/8/2018 | $345.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013540 | $16,132.07 | 9/26/2018 | 4091376 | 8/8/2018 | $173.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013540 | $16,132.07 | 9/26/2018 | 4091377 | 8/8/2018 | $262.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013540 | $16,132.07 | 9/26/2018 | 4091378 | 8/8/2018 | $114.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013540 | $16,132.07 | 9/26/2018 | 4091410 | 8/10/2018 | $59.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013540 | $16,132.07 | 9/26/2018 | 4091413 | 8/10/2018 | $639.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013540 | $16,132.07 | 9/26/2018 | 4091414 | 8/10/2018 | $149.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013540 | $16,132.07 | 9/26/2018 | 4091415 | 8/10/2018 | $160.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013540 | $16,132.07 | 9/26/2018 | 4093435 | 8/10/2018 | $579.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013540 | $16,132.07 | 9/26/2018 | 4093436 | 8/10/2018 | $603.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013540 | $16,132.07 | 9/26/2018 | 4091373 | 8/8/2018 | $423.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013540 | $16,132.07 | 9/26/2018 | 4090234 | 8/7/2018 | $110.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009735 | $10,846.58 | 9/19/2018 | 4086561-4322 | 8/2/2018 | $684.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009735 | $10,846.58 | 9/19/2018 | 4086562-4323 | 8/2/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013540 | $16,132.07 | 9/26/2018 | 4086651 | 8/7/2018 | $29.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013540 | $16,132.07 | 9/26/2018 | 4086652-4334 | 8/7/2018 | $1,037.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013540 | $16,132.07 | 9/26/2018 | 4086653 | 8/7/2018 | $170.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013540 | $16,132.07 | 9/26/2018 | 4086654-4335 | 8/7/2018 | $252.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013540 | $16,132.07 | 9/26/2018 | 4088481RI | 8/6/2018 | $400.06 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013540 | $16,132.07 | 9/26/2018 | 4088482RI-4336 | 8/6/2018 | $572.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013540 | $16,132.07 | 9/26/2018 | 4088483RI | 8/6/2018 | $102.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013540 | $16,132.07 | 9/26/2018 | 4090694 | 8/8/2018 | $444.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013540 | $16,132.07 | 9/26/2018 | 4089148RI | 8/6/2018 | $1,217.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013540 | $16,132.07 | 9/26/2018 | 4090693 | 8/8/2018 | $654.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013540 | $16,132.07 | 9/26/2018 | 4090235 | 8/7/2018 | $380.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013540 | $16,132.07 | 9/26/2018 | 4090236 | 8/7/2018 | $489.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013540 | $16,132.07 | 9/26/2018 | 4090237 | 8/7/2018 | $27.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013540 | $16,132.07 | 9/26/2018 | 4090238 | 8/7/2018 | $710.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013540 | $16,132.07 | 9/26/2018 | 4090455RI-4337 | 8/8/2018 | $49.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013540 | $16,132.07 | 9/26/2018 | 4090456RI | 8/8/2018 | $429.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013540 | $16,132.07 | 9/26/2018 | 4090457RI-4338 | 8/8/2018 | $200.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013540 | $16,132.07 | 9/26/2018 | 4090458RI | 8/8/2018 | $337.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013540 | $16,132.07 | 9/26/2018 | 4090459 | 8/8/2018 | $1,195.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4081455 | 7/26/2018 | $223.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013540 | $16,132.07 | 9/26/2018 | 4088484RI | 8/6/2018 | $512.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002578 | $10,601.67 | 9/5/2018 | 4074744 | 7/16/2018 | $314.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002578 | $10,601.67 | 9/5/2018 | 4074087 | 7/16/2018 | $66.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002578 | $10,601.67 | 9/5/2018 | 4074088 | 7/16/2018 | $41.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002578 | $10,601.67 | 9/5/2018 | 4074089 | 7/16/2018 | $849.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002578 | $10,601.67 | 9/5/2018 | 4074090 | 7/16/2018 | $137.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002578 | $10,601.67 | 9/5/2018 | 4074370RI | 7/16/2018 | $83.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002578 | $10,601.67 | 9/5/2018 | 4074372RI | 7/16/2018 | $511.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002578 | $10,601.67 | 9/5/2018 | 4074373RI-4272 | 7/16/2018 | $310.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002578 | $10,601.67 | 9/5/2018 | 4074740-4273 | 7/16/2018 | $656.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002578 | $10,601.67 | 9/5/2018 | 4074741 | 7/16/2018 | $655.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002578 | $10,601.67 | 9/5/2018 | 4077965RI | 7/20/2018 | $107.60 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002578 | $10,601.67 | 9/5/2018 | 4074743 | 7/16/2018 | $148.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002578 | $10,601.67 | 9/5/2018 | 4073955-4271 | 7/16/2018 | $231.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002578 | $10,601.67 | 9/5/2018 | 4074991 | 7/17/2018 | $489.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002578 | $10,601.67 | 9/5/2018 | 4074992-4274 | 7/17/2018 | $657.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002578 | $10,601.67 | 9/5/2018 | 4074993 | 7/17/2018 | $146.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002578 | $10,601.67 | 9/5/2018 | 4074994 | 7/17/2018 | $28.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002578 | $10,601.67 | 9/5/2018 | 4074995-4275 | 7/17/2018 | $452.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002578 | $10,601.67 | 9/5/2018 | 4076518 | 7/18/2018 | $500.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002578 | $10,601.67 | 9/5/2018 | 4076519 | 7/18/2018 | $208.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002578 | $10,601.67 | 9/5/2018 | 4077963RI | 7/20/2018 | $246.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4081458 | 7/26/2018 | $352.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002578 | $10,601.67 | 9/5/2018 | 4074742 | 7/16/2018 | $28.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999067 | $9,746.57 | 8/29/2018 | 4072956 | 7/13/2018 | $527.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999067 | $9,746.57 | 8/29/2018 | 4071881RI | 7/12/2018 | $462.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999067 | $9,746.57 | 8/29/2018 | 4071882RI | 7/12/2018 | $690.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999067 | $9,746.57 | 8/29/2018 | 4071931RI | 7/12/2018 | $644.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999067 | $9,746.57 | 8/29/2018 | 4071932RI | 7/12/2018 | $136.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999067 | $9,746.57 | 8/29/2018 | 4071933RI | 7/12/2018 | $716.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999067 | $9,746.57 | 8/29/2018 | 4071934RI | 7/12/2018 | $1,005.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999067 | $9,746.57 | 8/29/2018 | 4072625 | 7/12/2018 | $293.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999067 | $9,746.57 | 8/29/2018 | 4072626 | 7/12/2018 | $28.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999067 | $9,746.57 | 8/29/2018 | 4072627-2075 | 7/12/2018 | $591.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002578 | $10,601.67 | 9/5/2018 | 4074086 | 7/16/2018 | $101.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999067 | $9,746.57 | 8/29/2018 | 4072629 | 7/12/2018 | $359.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002578 | $10,601.67 | 9/5/2018 | 4073956 | 7/16/2018 | $55.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999067 | $9,746.57 | 8/29/2018 | 4072957-2077 | 7/13/2018 | $683.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999067 | $9,746.57 | 8/29/2018 | 4072958 | 7/13/2018 | $251.10 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999067 | $9,746.57 | 8/29/2018 | 4072959-2079 | 7/13/2018 | $759.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002578 | $10,601.67 | 9/5/2018 | 4073905-4267 | 7/16/2018 | $344.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002578 | $10,601.67 | 9/5/2018 | 4073906-4268 | 7/16/2018 | $290.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002578 | $10,601.67 | 9/5/2018 | 4073907 | 7/16/2018 | $111.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002578 | $10,601.67 | 9/5/2018 | 4073908-4269 | 7/16/2018 | $85.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002578 | $10,601.67 | 9/5/2018 | 4073953-4270 | 7/16/2018 | $332.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002578 | $10,601.67 | 9/5/2018 | 4073954 | 7/16/2018 | $1,929.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002578 | $10,601.67 | 9/5/2018 | 4081456-4276 | 7/20/2018 | $245.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999067 | $9,746.57 | 8/29/2018 | 4072628 | 7/12/2018 | $27.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4080093RI | 7/24/2018 | $69.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4079637 | 7/23/2018 | $297.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4079638 | 7/23/2018 | $55.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4079639-4295 | 7/23/2018 | $675.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4080051RI | 7/24/2018 | $28.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4080052RI | 7/24/2018 | $324.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4080053RI | 7/24/2018 | $487.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4080054RI-4296 | 7/24/2018 | $116.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4080055RI | 7/24/2018 | $484.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4080091RI | 7/24/2018 | $523.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002578 | $10,601.67 | 9/5/2018 | 4077964RI | 7/20/2018 | $986.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4080092RIA | 7/24/2018 | $57.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4079634-4293 | 7/23/2018 | $589.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4080094RI | 7/24/2018 | $212.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4080095RI | 7/24/2018 | $1,027.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4081105-4298 | 7/26/2018 | $1,379.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4081106 | 7/26/2018 | $136.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4081107 | 7/26/2018 | $218.19 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4081116RI | 7/26/2018 | $450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4081117RI-4299 | 7/26/2018 | $547.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4081374RI | 7/26/2018 | $333.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4081454 | 7/26/2018 | $367.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4080092RI-4297 | 7/24/2018 | $579.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4079014 | 7/23/2018 | $19.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002578 | $10,601.67 | 9/5/2018 | 4093782 | 7/13/2018 | $503.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 355258 | 7/26/2018 | $545.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4078995RI | 7/23/2018 | $518.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4078996RI | 7/23/2018 | $364.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4078997RI-4287 | 7/23/2018 | $546.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4078998RI | 7/23/2018 | $296.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4079009 | 7/23/2018 | $1,101.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4079010-4288 | 7/23/2018 | $905.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4079011-4289 | 7/23/2018 | $503.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4079636 | 7/23/2018 | $114.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4079013 | 7/23/2018 | $27.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4079635-4294 | 7/23/2018 | $428.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4079020RI | 7/23/2018 | $124.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4079021RI | 7/23/2018 | $127.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4079022RI-4290 | 7/23/2018 | $206.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4079396 | 7/24/2018 | $17.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4079397 | 7/24/2018 | $153.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4079398 | 7/24/2018 | $239.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4079469RI | 7/23/2018 | $136.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4079470RI-4291 | 7/23/2018 | $215.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4079471RI-4292 | 7/23/2018 | $483.84 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013540 | $16,132.07 | 9/26/2018 | 4093437-4344 | 8/10/2018 | $563.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005964 | $17,759.65 | 9/12/2018 | 4079012 | 7/23/2018 | $57.36 |

Totals:    10 transfer(s),    $119,235.17