**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **B.A. Bull, Inc. fdba Cam Connections, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90375 | 4/20/2018 | $1,057.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90382 | 4/20/2018 | $1,031.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90381 | 4/20/2018 | $1,056.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90380 | 4/20/2018 | $1,055.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90379 | 4/20/2018 | $1,043.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90378 | 4/20/2018 | $1,031.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90368 | 4/20/2018 | $1,031.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90376 | 4/20/2018 | $1,050.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90385 | 4/20/2018 | $1,050.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90374 | 4/20/2018 | $1,041.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90373 | 4/20/2018 | $1,041.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90372 | 4/20/2018 | $1,053.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90371 | 4/20/2018 | $973.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90370 | 4/20/2018 | $1,031.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90400 | 4/20/2018 | $1,053.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90377 | 4/20/2018 | $1,033.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90391 | 4/20/2018 | $1,041.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90333 | 4/23/2018 | $1,038.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90398 | 4/20/2018 | $1,050.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90397 | 4/20/2018 | $1,065.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90396 | 4/20/2018 | $1,041.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90395 | 4/20/2018 | $1,053.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90394 | 4/20/2018 | $1,059.99 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90383 | 4/20/2018 | $1,041.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90392 | 4/20/2018 | $1,054.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90384 | 4/20/2018 | $1,050.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90390 | 4/20/2018 | $1,024.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90389 | 4/20/2018 | $1,031.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90388 | 4/20/2018 | $1,041.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90387 | 4/20/2018 | $1,050.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90386 | 4/20/2018 | $1,031.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90367 | 4/20/2018 | $1,031.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90393 | 4/20/2018 | $1,038.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90342 | 4/24/2018 | $1,041.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90349 | 4/20/2018 | $1,026.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90348 | 4/20/2018 | $1,041.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90347 | 4/20/2018 | $1,031.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90346 | 4/20/2018 | $1,026.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90345 | 4/20/2018 | $1,031.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90369 | 4/20/2018 | $1,050.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90343 | 4/24/2018 | $1,070.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90352 | 4/20/2018 | $1,031.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90341 | 4/20/2018 | $1,043.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90340 | 4/24/2018 | $1,041.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90339 | 4/20/2018 | $1,041.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90337 | 4/24/2018 | $1,041.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90336 | 4/20/2018 | $1,031.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90335 | 4/24/2018 | $1,067.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90344 | 4/20/2018 | $1,031.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90358 | 4/20/2018 | $1,041.21 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90366 | 4/20/2018 | $1,031.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90365 | 4/20/2018 | $1,038.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90364 | 4/20/2018 | $1,041.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90363 | 4/20/2018 | $1,031.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90362 | 4/20/2018 | $1,041.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90361 | 4/20/2018 | $1,041.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90350 | 4/20/2018 | $1,041.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90359 | 4/20/2018 | $1,041.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90351 | 4/20/2018 | $1,047.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90357 | 4/20/2018 | $1,031.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90356 | 4/20/2018 | $1,050.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90355 | 4/20/2018 | $1,052.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90354 | 4/20/2018 | $1,021.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90353 | 4/20/2018 | $1,046.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90401 | 4/20/2018 | $1,038.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90360 | 4/20/2018 | $1,048.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084134 | $54,220.17 | 9/24/2018 | 93865 | 5/24/2018 | $2,126.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084490 | $22,037.80 | 9/18/2018 | 94041 | 5/31/2018 | $1,037.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084490 | $22,037.80 | 9/18/2018 | 94040 | 5/31/2018 | $1,067.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084490 | $22,037.80 | 9/18/2018 | 94039 | 5/31/2018 | $1,046.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084134 | $54,220.17 | 9/24/2018 | 93869 | 5/24/2018 | $1,023.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084134 | $54,220.17 | 9/24/2018 | 93868 | 5/24/2018 | $6,115.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084134 | $54,220.17 | 9/24/2018 | 93858 | 5/24/2018 | $1,026.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084134 | $54,220.17 | 9/24/2018 | 93866 | 5/24/2018 | $2,101.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084490 | $22,037.80 | 9/18/2018 | 94044 | 5/31/2018 | $1,043.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084134 | $54,220.17 | 9/24/2018 | 93864 | 5/24/2018 | $2,101.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084134 | $54,220.17 | 9/24/2018 | 93863 | 5/24/2018 | $2,043.49 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62084134 | $54,220.17 | 9/24/2018 | 93862 | 5/24/2018 | $1,033.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084134 | $54,220.17 | 9/24/2018 | 93861 | 5/24/2018 | $1,057.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084134 | $54,220.17 | 9/24/2018 | 93860 | 5/24/2018 | $1,053.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90399 | 4/20/2018 | $1,069.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084134 | $54,220.17 | 9/24/2018 | 93867 | 5/24/2018 | $2,114.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084490 | $22,037.80 | 9/18/2018 | 94050 | 5/31/2018 | $1,050.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086185 | $26,285.33 | 9/24/2018 | 95875 | 6/26/2018 | $4,917.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086185 | $26,285.33 | 9/24/2018 | 95814 | 6/25/2018 | $5,158.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086185 | $26,285.33 | 9/24/2018 | 95755 | 6/25/2018 | $5,271.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086185 | $26,285.33 | 9/24/2018 | 94307 | 6/25/2018 | $2,053.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086185 | $26,285.33 | 9/24/2018 | 94299 | 6/25/2018 | $6,811.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084490 | $22,037.80 | 9/18/2018 | 94102 | 5/31/2018 | $1,070.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084490 | $22,037.80 | 9/18/2018 | 94042 | 5/31/2018 | $2,097.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084490 | $22,037.80 | 9/18/2018 | 94051 | 5/31/2018 | $1,031.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084490 | $22,037.80 | 9/18/2018 | 94043 | 5/31/2018 | $4,218.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084490 | $22,037.80 | 9/18/2018 | 94049 | 5/31/2018 | $1,037.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084490 | $22,037.80 | 9/18/2018 | 94048 | 5/31/2018 | $2,106.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084490 | $22,037.80 | 9/18/2018 | 94047 | 5/31/2018 | $2,082.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084490 | $22,037.80 | 9/18/2018 | 94046 | 5/31/2018 | $1,060.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084490 | $22,037.80 | 9/18/2018 | 94045 | 5/31/2018 | $1,041.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084134 | $54,220.17 | 9/24/2018 | 93857 | 5/24/2018 | $1,051.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084490 | $22,037.80 | 9/18/2018 | 94052 | 5/31/2018 | $1,046.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084134 | $54,220.17 | 9/24/2018 | 92392 | 5/21/2018 | $1,052.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084134 | $54,220.17 | 9/24/2018 | 92399 | 5/21/2018 | $1,053.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084134 | $54,220.17 | 9/24/2018 | 92398 | 5/21/2018 | $1,048.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084134 | $54,220.17 | 9/24/2018 | 92397 | 5/21/2018 | $1,059.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084134 | $54,220.17 | 9/24/2018 | 92396 | 5/21/2018 | $1,046.07 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62084134 | $54,220.17 | 9/24/2018 | 92395 | 5/21/2018 | $1,028.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084134 | $54,220.17 | 9/24/2018 | 93859 | 5/24/2018 | $1,031.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084134 | $54,220.17 | 9/24/2018 | 92393 | 5/21/2018 | $1,046.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084134 | $54,220.17 | 9/24/2018 | 93842 | 5/24/2018 | $1,058.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084134 | $54,220.17 | 9/24/2018 | 92391 | 5/21/2018 | $1,041.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084134 | $54,220.17 | 9/24/2018 | 92390 | 5/21/2018 | $1,050.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084134 | $54,220.17 | 9/24/2018 | 92389 | 5/21/2018 | $1,033.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084134 | $54,220.17 | 9/24/2018 | 92388 | 5/21/2018 | $1,037.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90452 | 4/24/2018 | $1,020.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082356 | $71,851.26 | 7/17/2018 | 90402 | 4/20/2018 | $1,039.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084134 | $54,220.17 | 9/24/2018 | 92394 | 5/21/2018 | $1,067.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084134 | $54,220.17 | 9/24/2018 | 93848 | 5/24/2018 | $1,033.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084134 | $54,220.17 | 9/24/2018 | 93856 | 5/24/2018 | $1,031.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084134 | $54,220.17 | 9/24/2018 | 93855 | 5/24/2018 | $1,059.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084134 | $54,220.17 | 9/24/2018 | 93854 | 5/24/2018 | $1,063.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084134 | $54,220.17 | 9/24/2018 | 93853 | 5/24/2018 | $1,043.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084134 | $54,220.17 | 9/24/2018 | 93852 | 5/24/2018 | $1,048.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084134 | $54,220.17 | 9/24/2018 | 93851 | 5/24/2018 | $1,057.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084134 | $54,220.17 | 9/24/2018 | 92400 | 5/21/2018 | $1,038.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084134 | $54,220.17 | 9/24/2018 | 93849 | 5/24/2018 | $1,041.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084134 | $54,220.17 | 9/24/2018 | 92401 | 5/21/2018 | $1,048.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084134 | $54,220.17 | 9/24/2018 | 93847 | 5/24/2018 | $1,033.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084134 | $54,220.17 | 9/24/2018 | 93846 | 5/24/2018 | $1,070.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084134 | $54,220.17 | 9/24/2018 | 93845 | 5/24/2018 | $1,065.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084134 | $54,220.17 | 9/24/2018 | 93844 | 5/24/2018 | $1,014.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084134 | $54,220.17 | 9/24/2018 | 93843 | 5/24/2018 | $1,034.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086185 | $26,285.33 | 9/24/2018 | 95880 | 6/26/2018 | $2,072.57 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62084134 | $54,220.17 | 9/24/2018 | 93850 | 5/24/2018 | $1,031.48 |
| **Totals:** | | **4 transfer(s),** | **$174,394.56** | | | | |