**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Bacon-Universal Company, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62087146 | $3,649.87 | 10/3/2018 | CW06180A | 7/13/2018 | $3,649.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087061 | $472.52 | 10/3/2018 | LW05137 | 7/10/2018 | $472.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085738 | $640.81 | 9/12/2018 | CW06110 | 6/21/2018 | $640.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085678 | $1,626.74 | 9/12/2018 | CW06126 | 6/18/2018 | $1,626.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085304 | $236.50 | 9/4/2018 | LW05192 | 6/14/2018 | $236.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084939 | $1,379.50 | 8/22/2018 | CW05972 | 6/4/2018 | $1,379.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084144 | $483.26 | 8/9/2018 | LW05170 | 5/25/2018 | $483.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084090 | $673.40 | 8/9/2018 | CW06065 | 5/24/2018 | $673.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083438 | $5,410.11 | 7/26/2018 | CW05986 | 5/12/2018 | $497.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083438 | $5,410.11 | 7/26/2018 | CW05984 | 5/12/2018 | $1,051.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083438 | $5,410.11 | 7/26/2018 | CW05971 | 5/12/2018 | $2,053.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083438 | $5,410.11 | 7/26/2018 | CW05907 | 5/12/2018 | $1,806.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083362 | $1,761.47 | 7/26/2018 | LW05124 | 5/11/2018 | $1,997.97 |

Totals:    10 transfer(s),    $16,334.18