**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Enchante Accessories Inc.** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999782 | $18.06 | 8/30/2018 | 294450 | 7/10/2018 | $27.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981911 | $1,424.59 | 7/20/2018 | 275559 | 5/15/2018 | $340.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996441 | $1,517.44 | 8/21/2018 | 289302 | 6/26/2018 | $507.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996441 | $1,517.44 | 8/21/2018 | 289303 | 6/26/2018 | $400.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999782 | $18.06 | 8/30/2018 | 273581-3316 | 5/8/2018 | $24.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999782 | $18.06 | 8/30/2018 | 290970 | 7/2/2018 | $10.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999782 | $18.06 | 8/30/2018 | 290971 | 7/2/2018 | $26.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996441 | $1,517.44 | 8/21/2018 | 289300 | 6/26/2018 | $450.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999782 | $18.06 | 8/30/2018 | 290974 | 7/2/2018 | $179.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996441 | $1,517.44 | 8/21/2018 | 289299 | 6/26/2018 | $125.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003279 | $7,248.05 | 9/6/2018 | 253930-10258 | 3/28/2018 | $176.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003279 | $7,248.05 | 9/6/2018 | 290170 | 6/28/2018 | $41.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003279 | $7,248.05 | 9/6/2018 | 290171 | 6/28/2018 | $215.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003279 | $7,248.05 | 9/6/2018 | 290172 | 6/28/2018 | $79.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003279 | $7,248.05 | 9/6/2018 | 290174 | 6/28/2018 | $39.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003279 | $7,248.05 | 9/6/2018 | 290975 | 7/2/2018 | $9.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999782 | $18.06 | 8/30/2018 | 290972 | 7/2/2018 | $60.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988690 | $979.26 | 8/7/2018 | 283383 | 6/12/2018 | $303.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981911 | $1,424.59 | 7/20/2018 | 279416 | 5/30/2018 | $114.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981911 | $1,424.59 | 7/20/2018 | 279417 | 5/30/2018 | $1,010.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981911 | $1,424.59 | 7/20/2018 | 279418 | 5/30/2018 | $183.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981911 | $1,424.59 | 7/20/2018 | 279419 | 5/30/2018 | $149.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981911 | $1,424.59 | 7/20/2018 | 279420 | 5/30/2018 | $125.03 |

Enchante Accessories Inc. (2219303)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                              Exhibit A                              P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988690 | $979.26 | 8/7/2018 | 251715-3315 | 3/21/2018 | $40.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996441 | $1,517.44 | 8/21/2018 | 289301 | 6/26/2018 | $259.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988690 | $979.26 | 8/7/2018 | 283382 | 6/12/2018 | $46.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006699 | $74,304.48 | 9/13/2018 | 290969 | 7/2/2018 | $66.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988690 | $979.26 | 8/7/2018 | 283384 | 6/12/2018 | $250.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988690 | $979.26 | 8/7/2018 | 283385 | 6/12/2018 | $179.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988690 | $979.26 | 8/7/2018 | 283386 | 6/12/2018 | $147.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988690 | $979.26 | 8/7/2018 | 286026 | 6/19/2018 | $413.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996441 | $1,517.44 | 8/21/2018 | 280124 | 5/31/2018 | $505.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996441 | $1,517.44 | 8/21/2018 | 289298 | 6/26/2018 | $96.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988690 | $979.26 | 8/7/2018 | 283361 | 6/12/2018 | $312.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014270 | $23,298.26 | 9/27/2018 | 302309 | 7/30/2018 | $203.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010958 | $70,252.33 | 9/20/2018 | 299568 | 7/23/2018 | $77.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010958 | $70,252.33 | 9/20/2018 | 299569 | 7/23/2018 | $183.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010958 | $70,252.33 | 9/20/2018 | 299570 | 7/23/2018 | $341.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010958 | $70,252.33 | 9/20/2018 | 299571 | 7/23/2018 | $254.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010958 | $70,252.33 | 9/20/2018 | 299572 | 7/23/2018 | $196.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010958 | $70,252.33 | 9/20/2018 | 302307 | 7/30/2018 | $381.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003279 | $7,248.05 | 9/6/2018 | 297565 | 7/17/2018 | $6,849.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014270 | $23,298.26 | 9/27/2018 | 302308 | 7/30/2018 | $50.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010958 | $70,252.33 | 9/20/2018 | 298703 | 7/19/2018 | $14,903.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014270 | $23,298.26 | 9/27/2018 | 302310 | 7/30/2018 | $60.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014270 | $23,298.26 | 9/27/2018 | 302311 | 7/30/2018 | $213.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014270 | $23,298.26 | 9/27/2018 | 302312 | 7/30/2018 | $242.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014270 | $23,298.26 | 9/27/2018 | 304120 | 7/31/2018 | $3,242.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014270 | $23,298.26 | 9/27/2018 | 304122 | 7/31/2018 | $6,215.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014270 | $23,298.26 | 9/27/2018 | 304123 | 7/31/2018 | $8,061.96 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781010958 | $70,252.33 | 9/20/2018 | 304303 | 8/1/2018 | $9,863.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010958 | $70,252.33 | 9/20/2018 | 295757 | 7/11/2018 | $51.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014270 | $23,298.26 | 9/27/2018 | 307539 | 8/7/2018 | $5,264.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006699 | $74,304.48 | 9/13/2018 | 297566 | 7/17/2018 | $2,702.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006699 | $74,304.48 | 9/13/2018 | 297567 | 7/17/2018 | $9,189.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006699 | $74,304.48 | 9/13/2018 | 297568 | 7/17/2018 | $5,137.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006699 | $74,304.48 | 9/13/2018 | 298702 | 7/19/2018 | $8,693.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006699 | $74,304.48 | 9/13/2018 | 298705 | 7/19/2018 | $25,771.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010958 | $70,252.33 | 9/20/2018 | 298706 | 7/19/2018 | $19,561.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006699 | $74,304.48 | 9/13/2018 | 300104 | 7/24/2018 | $22,666.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010958 | $70,252.33 | 9/20/2018 | 298704 | 7/19/2018 | $13,972.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010958 | $70,252.33 | 9/20/2018 | 295758 | 7/11/2018 | $76.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010958 | $70,252.33 | 9/20/2018 | 295759 | 7/11/2018 | $29.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010958 | $70,252.33 | 9/20/2018 | 295760 | 7/11/2018 | $194.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010958 | $70,252.33 | 9/20/2018 | 295761 | 7/11/2018 | $65.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010958 | $70,252.33 | 9/20/2018 | 297569 | 7/17/2018 | $6,479.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010958 | $70,252.33 | 9/20/2018 | 297570 | 7/17/2018 | $3,992.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006699 | $74,304.48 | 9/13/2018 | 290173 | 6/28/2018 | $249.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006699 | $74,304.48 | 9/13/2018 | 300076 | 7/24/2018 | $352.93 |

Totals:    8 transfer(s),    $179,042.47