**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Bay Custom Countertops Inc.**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245228 | $6,227.79 | 9/28/2018 | 24095027AA-IN | 8/6/2018 | $2,294.10 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245228 | $6,227.79 | 9/28/2018 | 24090914AA-IN | 8/16/2018 | $3,933.69 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244015 | $2,646.48 | 9/20/2018 | 24045862AB-IN | 9/18/2018 | $2,646.48 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237496 | $2,076.28 | 8/7/2018 | 24002629AA-IN | 8/6/2018 | $2,076.28 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236052 | $2,570.39 | 7/31/2018 | 23687327-IN | 7/24/2018 | $2,570.39 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235328 | $2,518.07 | 7/26/2018 | 23943474AE-IN | 7/24/2018 | $2,518.07 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234850 | $4,164.52 | 7/24/2018 | 23730005AB-IN | 7/19/2018 | $4,164.52 |

Totals:    6 transfer(s),    $20,203.53