**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **Endless Games, Incorporated** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780992198 | $4,152.44 | 8/14/2018 | 76126 | 6/21/2018 | $306.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985279 | $1,206.00 | 7/27/2018 | 75969 | 6/11/2018 | $66.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996443 | $3,373.87 | 8/21/2018 | 76281 | 7/3/2018 | $804.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996443 | $3,373.87 | 8/21/2018 | 76279 | 7/3/2018 | $936.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992198 | $4,152.44 | 8/14/2018 | 76278-16713 | 7/3/2018 | $420.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992198 | $4,152.44 | 8/14/2018 | 76278-16711 | 7/3/2018 | $36.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996443 | $3,373.87 | 8/21/2018 | 76283 | 7/3/2018 | $348.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992198 | $4,152.44 | 8/14/2018 | 76127 | 6/21/2018 | $1,062.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999785 | $1,770.00 | 8/30/2018 | 76280 | 7/3/2018 | $870.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992198 | $4,152.44 | 8/14/2018 | 76125 | 6/21/2018 | $642.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992198 | $4,152.44 | 8/14/2018 | 76124 | 6/21/2018 | $240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985279 | $1,206.00 | 7/27/2018 | 75973 | 6/11/2018 | $102.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985279 | $1,206.00 | 7/27/2018 | 75972 | 6/11/2018 | $210.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985279 | $1,206.00 | 7/27/2018 | 75971 | 6/11/2018 | $204.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985279 | $1,206.00 | 7/27/2018 | 75970 | 6/11/2018 | $624.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992198 | $4,152.44 | 8/14/2018 | 76128 | 6/21/2018 | $1,494.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006701 | $3,829.87 | 9/13/2018 | 76383 | 7/13/2018 | $1,332.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014273 | $653.84 | 9/27/2018 | 76715 | 8/8/2018 | $210.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006701 | $3,829.87 | 9/13/2018 | 76469 | 7/20/2018 | $282.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006701 | $3,829.87 | 9/13/2018 | 76468 | 7/20/2018 | $174.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006701 | $3,829.87 | 9/13/2018 | 76467 | 7/20/2018 | $108.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006701 | $3,829.87 | 9/13/2018 | 76466 | 7/20/2018 | $600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996443 | $3,373.87 | 8/21/2018 | 76282 | 7/3/2018 | $1,440.00 |

Endless Games, Incorporated (2219571)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                Exhibit A                P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006701 | $3,829.87 | 9/13/2018 | 76464 | 7/20/2018 | $390.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014273 | $653.84 | 9/27/2018 | 76718 | 8/8/2018 | $462.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003282 | $4,176.00 | 9/6/2018 | 76387 | 7/13/2018 | $864.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003282 | $4,176.00 | 9/6/2018 | 76386 | 7/13/2018 | $1,152.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003282 | $4,176.00 | 9/6/2018 | 76384 | 7/13/2018 | $432.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003282 | $4,176.00 | 9/6/2018 | 76382 | 7/13/2018 | $1,728.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999785 | $1,770.00 | 8/30/2018 | 76385-16716 | 7/13/2018 | $900.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999785 | $1,770.00 | 8/30/2018 | 76385-16715 | 7/13/2018 | $36.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006701 | $3,829.87 | 9/13/2018 | 76465 | 7/20/2018 | $948.00 |

Totals:    7 transfer(s),    $19,162.02