**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **BBT Logistics, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005144 | $5,525.00 | 9/11/2018 | 205409SAV | 7/23/2018 | $650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987127 | $3,898.00 | 8/1/2018 | 202506SAV | 6/19/2018 | $974.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987127 | $3,898.00 | 8/1/2018 | 202507SAV | 6/19/2018 | $650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987127 | $3,898.00 | 8/1/2018 | 202508SAV | 6/19/2018 | $650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987127 | $3,898.00 | 8/1/2018 | 202509SAV | 6/19/2018 | $650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005144 | $5,525.00 | 9/11/2018 | 205310SAV | 7/23/2018 | $650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005144 | $5,525.00 | 9/11/2018 | 205359SAV | 7/23/2018 | $650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987127 | $3,898.00 | 8/1/2018 | 202505SAV | 6/19/2018 | $974.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005144 | $5,525.00 | 9/11/2018 | 205408SAV | 7/23/2018 | $650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008721 | $3,575.00 | 9/18/2018 | 206128SAV | 7/31/2018 | $975.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005144 | $5,525.00 | 9/11/2018 | 205410SAV | 7/23/2018 | $650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005144 | $5,525.00 | 9/11/2018 | 205411SAV | 7/23/2018 | $650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005144 | $5,525.00 | 9/11/2018 | 205509SAV | 7/24/2018 | $975.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008721 | $3,575.00 | 9/18/2018 | 205957SAV | 7/30/2018 | $650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008721 | $3,575.00 | 9/18/2018 | 206056SAV | 7/30/2018 | $975.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008721 | $3,575.00 | 9/18/2018 | 206127SAV | 7/31/2018 | $975.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005144 | $5,525.00 | 9/11/2018 | 205407SAV | 7/23/2018 | $650.00 |

**Totals:** 3 transfer(s), $12,998.00