**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Energizer Holdings, Inc. dba Armored AutoGroup Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991432 | $17,901.17 | 8/13/2018 | 905067211-146847 | 5/27/2018 | $550.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995715 | $9,875.79 | 8/20/2018 | 905103237 | 6/3/2018 | $1,519.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987920 | $34,427.52 | 8/2/2018 | 905023182-146836 | 5/18/2018 | $2,010.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987920 | $34,427.52 | 8/2/2018 | 905144265-146837 | 6/9/2018 | $1,301.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991432 | $17,901.17 | 8/13/2018 | 904966070-146838 | 5/9/2018 | $1,401.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991432 | $17,901.17 | 8/13/2018 | 905066255 | 5/26/2018 | $1,425.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991432 | $17,901.17 | 8/13/2018 | 905066261-146839 | 5/26/2018 | $100.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991432 | $17,901.17 | 8/13/2018 | 905066261-146841 | 5/26/2018 | $3,568.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991432 | $17,901.17 | 8/13/2018 | 905066265-146842 | 5/26/2018 | $266.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987920 | $34,427.52 | 8/2/2018 | 905023181 | 5/18/2018 | $3,243.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991432 | $17,901.17 | 8/13/2018 | 905067211-146845 | 5/27/2018 | $550.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987920 | $34,427.52 | 8/2/2018 | 905023180 | 5/18/2018 | $19,331.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991432 | $17,901.17 | 8/13/2018 | 905067211-146848 | 5/27/2018 | $6,483.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991432 | $17,901.17 | 8/13/2018 | 905084104-146850 | 5/30/2018 | $166.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991432 | $17,901.17 | 8/13/2018 | 905084104-146851 | 5/30/2018 | $1,690.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991432 | $17,901.17 | 8/13/2018 | 905144268-146852 | 6/9/2018 | $733.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995715 | $9,875.79 | 8/20/2018 | 905066258 | 5/26/2018 | $2,472.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995715 | $9,875.79 | 8/20/2018 | 905084098 | 5/30/2018 | $4,195.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995715 | $9,875.79 | 8/20/2018 | 905084101-146854 | 5/30/2018 | $233.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995715 | $9,875.79 | 8/20/2018 | 905084101-146855 | 5/30/2018 | $2,361.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981157 | $25,429.08 | 7/19/2018 | 904903650 | 4/27/2018 | $3,217.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991432 | $17,901.17 | 8/13/2018 | 905066265-146844 | 5/26/2018 | $2,232.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984531 | $25,335.46 | 7/26/2018 | 904966070-146827 | 5/9/2018 | $6,108.46 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981157 | $25,429.08 | 7/19/2018 | 904908775 | 4/29/2018 | $5,389.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981157 | $25,429.08 | 7/19/2018 | 904941609 | 5/4/2018 | $5,798.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981157 | $25,429.08 | 7/19/2018 | 904941715 | 5/4/2018 | $2,461.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981157 | $25,429.08 | 7/19/2018 | 904941721 | 5/4/2018 | $1,003.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981157 | $25,429.08 | 7/19/2018 | 904941726-146822 | 5/4/2018 | $168.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981157 | $25,429.08 | 7/19/2018 | 904941726-146824 | 5/4/2018 | $5,244.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981157 | $25,429.08 | 7/19/2018 | 904947237 | 5/5/2018 | $1,674.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981157 | $25,429.08 | 7/19/2018 | 904966079 | 5/9/2018 | $4,205.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987920 | $34,427.52 | 8/2/2018 | 905023182-146835 | 5/18/2018 | $233.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984531 | $25,335.46 | 7/26/2018 | 904966070-146826 | 5/9/2018 | $1,401.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995715 | $9,875.79 | 8/20/2018 | 905103238-146856 | 6/3/2018 | $133.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984531 | $25,335.46 | 7/26/2018 | 904966074 | 5/9/2018 | $9,410.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984531 | $25,335.46 | 7/26/2018 | 904966083 | 5/9/2018 | $2,782.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984531 | $25,335.46 | 7/26/2018 | 904966088-146828 | 5/9/2018 | $1,249.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984531 | $25,335.46 | 7/26/2018 | 904966088-146830 | 5/9/2018 | $4,430.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987920 | $34,427.52 | 8/2/2018 | 905016279-146831 | 5/17/2018 | $409.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987920 | $34,427.52 | 8/2/2018 | 905016279-146833 | 5/17/2018 | $2,179.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987920 | $34,427.52 | 8/2/2018 | 905016285 | 5/17/2018 | $2,594.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987920 | $34,427.52 | 8/2/2018 | 905016288 | 5/17/2018 | $2,022.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987920 | $34,427.52 | 8/2/2018 | 905023178 | 5/18/2018 | $2,181.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984531 | $25,335.46 | 7/26/2018 | 904966066 | 5/9/2018 | $2,958.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009709 | $31,328.87 | 9/19/2018 | 905271909-146885 | 7/1/2018 | $1,706.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995715 | $9,875.79 | 8/20/2018 | 905103236 | 6/3/2018 | $4,355.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002552 | $5,060.47 | 9/5/2018 | 905201514-146877 | 6/19/2018 | $350.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002552 | $5,060.47 | 9/5/2018 | 905201514-146879 | 6/19/2018 | $1,454.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005939 | $8,054.24 | 9/12/2018 | 905188870 | 6/17/2018 | $4,388.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005939 | $8,054.24 | 9/12/2018 | 905201521-146880 | 6/19/2018 | $60.84 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005939 | $8,054.24 | 9/12/2018 | 905201521-146882 | 6/19/2018 | $3,017.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005939 | $8,054.24 | 9/12/2018 | 905208575 | 6/20/2018 | $775.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009709 | $31,328.87 | 9/19/2018 | 905250136 | 6/27/2018 | $2,143.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002552 | $5,060.47 | 9/5/2018 | 905144258 | 6/9/2018 | $1,476.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009709 | $31,328.87 | 9/19/2018 | 905271909-146884 | 7/1/2018 | $400.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999053 | $74,546.63 | 8/29/2018 | 905144268-146876 | 6/9/2018 | $1,398.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009709 | $31,328.87 | 9/19/2018 | 905271912 | 7/1/2018 | $10,252.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009709 | $31,328.87 | 9/19/2018 | 905271914 | 7/1/2018 | $3,221.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009709 | $31,328.87 | 9/19/2018 | 905271919 | 7/1/2018 | $12,077.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013512 | $40,280.64 | 9/26/2018 | 905201518-146886 | 6/19/2018 | $143.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013512 | $40,280.64 | 9/26/2018 | 905201518-146888 | 6/19/2018 | $1,223.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013512 | $40,280.64 | 9/26/2018 | 905250134 | 6/27/2018 | $4,678.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013512 | $40,280.64 | 9/26/2018 | 905271910 | 7/1/2018 | $13,192.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013512 | $40,280.64 | 9/26/2018 | 905271917 | 7/1/2018 | $3,802.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013512 | $40,280.64 | 9/26/2018 | 905271921 | 7/1/2018 | $1,433.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009709 | $31,328.87 | 9/19/2018 | 905250138 | 6/27/2018 | $5,044.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999053 | $74,546.63 | 8/29/2018 | 905144260 | 6/9/2018 | $5,917.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995715 | $9,875.79 | 8/20/2018 | 905103238-146858 | 6/3/2018 | $1,527.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999053 | $74,546.63 | 8/29/2018 | 905123855-146859 | 6/6/2018 | $204.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999053 | $74,546.63 | 8/29/2018 | 905123855-146861 | 6/6/2018 | $6,297.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999053 | $74,546.63 | 8/29/2018 | 905123857 | 6/6/2018 | $11,100.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999053 | $74,546.63 | 8/29/2018 | 905123859 | 6/6/2018 | $4,715.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999053 | $74,546.63 | 8/29/2018 | 905139021 | 6/8/2018 | $12,097.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999053 | $74,546.63 | 8/29/2018 | 905139023-146862 | 6/8/2018 | $266.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999053 | $74,546.63 | 8/29/2018 | 905139023-146864 | 6/8/2018 | $2,343.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002552 | $5,060.47 | 9/5/2018 | 905149395 | 6/11/2018 | $2,845.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999053 | $74,546.63 | 8/29/2018 | 905144255 | 6/9/2018 | $1,506.78 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013512 | $40,280.64 | 9/26/2018 | 905305293 | 7/8/2018 | $16,161.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999053 | $74,546.63 | 8/29/2018 | 905144262 | 6/9/2018 | $2,457.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999053 | $74,546.63 | 8/29/2018 | 905144263-146866 | 6/9/2018 | $133.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999053 | $74,546.63 | 8/29/2018 | 905144263-146867 | 6/9/2018 | $2,976.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999053 | $74,546.63 | 8/29/2018 | 905144265-146868 | 6/9/2018 | $1,301.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999053 | $74,546.63 | 8/29/2018 | 905144265-146870 | 6/9/2018 | $3,950.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999053 | $74,546.63 | 8/29/2018 | 905144266 | 6/9/2018 | $9,666.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999053 | $74,546.63 | 8/29/2018 | 905144267-146871 | 6/9/2018 | $366.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999053 | $74,546.63 | 8/29/2018 | 905144267-146873 | 6/9/2018 | $9,292.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999053 | $74,546.63 | 8/29/2018 | 905144268-146874 | 6/9/2018 | $733.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999053 | $74,546.63 | 8/29/2018 | 905144253 | 6/9/2018 | $1,323.20 |

Totals:    10 transfer(s),    $272,239.87