

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | | |
|---|---|---|
| Defendant: | **Beacon Sales Acquisition, Inc. dba Roofing Supply Group** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742555 | $4,352.33 | 8/21/2018 | BC23742-IN | 6/22/2018 | $1,584.77 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741914 | $5,229.01 | 7/24/2018 | Z772959-IN | 5/23/2018 | $3,357.11 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741914 | $5,229.01 | 7/24/2018 | Z817942-IN | 5/22/2018 | $1,871.90 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742112 | $517.85 | 8/1/2018 | Z907134-IN | 5/31/2018 | $517.85 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742221 | $1,123.23 | 8/6/2018 | Z301582-IN | 4/13/2018 | $1,769.23 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742274 | $4,637.89 | 8/8/2018 | BA27620-IN | 6/7/2018 | $2,996.57 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742274 | $4,637.89 | 8/8/2018 | Z988024-IN | 6/6/2018 | $2,645.92 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742274 | $4,637.89 | 8/8/2018 | Z989397-IN | 6/6/2018 | $124.55 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742387 | $11,605.30 | 8/15/2018 | BA33226-IN | 6/11/2018 | $1,748.98 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742387 | $11,605.30 | 8/15/2018 | BA63088-IN | 6/11/2018 | $4,435.19 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742387 | $11,605.30 | 8/15/2018 | BA98659-IN | 6/13/2018 | $4,852.49 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742387 | $11,605.30 | 8/15/2018 | BB34038-IN | 6/14/2018 | $473.87 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741691 | $3,160.65 | 7/18/2018 | Z584868-IN | 5/14/2018 | $3,160.65 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742555 | $4,352.33 | 8/21/2018 | BB77276-IN | 6/20/2018 | $97.23 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743376 | $5,693.31 | 10/1/2018 | BH45226-IN | 8/3/2018 | $5,693.31 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742555 | $4,352.33 | 8/21/2018 | BC23755-IN | 6/22/2018 | $85.22 |

Beacon Sales Acquisition, Inc. dba Roofing Supply Group (2219457)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                   Exhibit A                                   P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742555 | $4,352.33 | 8/21/2018 | BC24523-IN | 6/22/2018 | $2,601.45 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742555 | $4,352.33 | 8/21/2018 | BC31379-IN | 6/21/2018 | $21.11 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742679 | $2,716.54 | 8/28/2018 | BC26540-IN | 6/26/2018 | $2,460.89 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742679 | $2,716.54 | 8/28/2018 | BC65182-IN | 6/26/2018 | $255.65 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743046 | $8.07 | 9/17/2018 | BE98745-IN | 7/12/2018 | $8.07 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743109 | $9,905.00 | 9/19/2018 | BE99318-IN | 7/16/2018 | $4,651.86 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743109 | $9,905.00 | 9/19/2018 | BF34239-IN | 7/18/2018 | $3,953.13 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743109 | $9,905.00 | 9/19/2018 | BF46621-IN | 7/18/2018 | $624.91 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743109 | $9,905.00 | 9/19/2018 | BG13109-IN | 7/20/2018 | $411.26 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743109 | $9,905.00 | 9/19/2018 | BG13133-IN | 7/20/2018 | $136.02 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743109 | $9,905.00 | 9/19/2018 | BG14708-IN | 7/20/2018 | $127.82 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742387 | $11,605.30 | 8/15/2018 | BB58639-IN | 6/15/2018 | $94.77 |

**Totals:    11 transfer(s),    $48,949.18**

Beacon Sales Acquisition, Inc. dba Roofing Supply Group (2219457)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                    Exhibit A                                    P. 2