**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Beaux Merzon, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013557 | $3,506.55 | 9/26/2018 | 161505 | 7/10/2018 | $1,026.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013557 | $3,506.55 | 9/26/2018 | 161504 | 7/10/2018 | $1,899.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013557 | $3,506.55 | 9/26/2018 | 161489 | 7/10/2018 | $580.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002597 | $42,651.75 | 9/5/2018 | 160348 | 6/6/2018 | $42,651.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999089 | $54,005.63 | 8/29/2018 | 160388 | 6/7/2018 | $6,821.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999089 | $54,005.63 | 8/29/2018 | 160281 | 6/4/2018 | $13,127.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999089 | $54,005.63 | 8/29/2018 | 160280 | 6/4/2018 | $8,331.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999089 | $54,005.63 | 8/29/2018 | 160279 | 6/4/2018 | $15,785.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999089 | $54,005.63 | 8/29/2018 | 160251 | 6/1/2018 | $9,969.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995774 | $21,829.37 | 8/20/2018 | 160287 | 6/5/2018 | $21,833.25 |

Totals:    4 transfer(s),    $121,993.30