**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant: **Entercom Communications Corp.**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62086870 | $216,900.00 | 9/26/2018 | 90006251 | 6/20/2018 | $72,300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086870 | $216,900.00 | 9/26/2018 | 8713121 | 3/26/2018 | $72,300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086870 | $216,900.00 | 9/26/2018 | 8713031 | 3/16/2018 | $72,300.00 |

Totals:    1 transfer(s),    $216,900.00