**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Epsilon Data Management, LLC**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013745 | $57,961.20 | 9/26/2018 | 277169 | 7/24/2018 | $28,980.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013745 | $57,961.20 | 9/26/2018 | 277168 | 7/24/2018 | $28,980.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995975 | $57,961.20 | 8/20/2018 | 275680 | 6/19/2018 | $28,980.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995975 | $57,961.20 | 8/20/2018 | 275679 | 6/19/2018 | $28,980.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981916 | $57,961.20 | 7/20/2018 | 274684 | 5/23/2018 | $28,980.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981916 | $57,961.20 | 7/20/2018 | 274683 | 5/23/2018 | $28,980.60 |

**Totals:** 3 transfer(s), $173,883.60

Epsilon Data Management, LLC (2219816)  
Bankruptcy Case: Sears Holdings Corporation, et al.  
Jan 27, 2020

Exhibit A

P. 1