**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Beiersdorf, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011387 | $3,541.84 | 9/21/2018 | 9079084514 | 7/19/2018 | $2,734.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987130 | $11,604.40 | 8/1/2018 | 9079080531 | 6/20/2018 | $7,004.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987130 | $11,604.40 | 8/1/2018 | 9079080532 | 6/20/2018 | $4,924.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989871 | $9,906.34 | 8/9/2018 | 9079081581 | 6/27/2018 | $7,592.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989871 | $9,906.34 | 8/9/2018 | 9079081582 | 6/27/2018 | $3,378.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994343 | $2,497.70 | 8/17/2018 | 9079082611 | 7/5/2018 | $3,087.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996883 | $4,692.77 | 8/22/2018 | 9079083222 | 7/10/2018 | $4,757.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983667 | $6,291.71 | 7/25/2018 | 9079079629 | 6/13/2018 | $6,350.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011387 | $3,541.84 | 9/21/2018 | 9079083423 | 7/11/2018 | $3,277.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012722 | $3,178.53 | 9/25/2018 | 9079087090 | 8/7/2018 | $3,189.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011387 | $3,541.84 | 9/21/2018 | 9079084515 | 7/19/2018 | $13,150.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011387 | $3,541.84 | 9/21/2018 | 9079085474 | 7/26/2018 | $3,779.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011387 | $3,541.84 | 9/21/2018 | 9079085738 | 7/27/2018 | $808.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011387 | $3,541.84 | 9/21/2018 | 9079086334 | 8/1/2018 | $4,380.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011387 | $3,541.84 | 9/21/2018 | 9079086335 | 8/1/2018 | $1,224.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011387 | $3,541.84 | 9/21/2018 | 9079086446 | 8/2/2018 | $6,041.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011387 | $3,541.84 | 9/21/2018 | 9079083422 | 7/11/2018 | $9,804.66 |

**Totals:    7 transfer(s),    $41,713.29**