**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Bellows International Ltd** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991486 | $8,806.00 | 8/13/2018 | 527234 | 6/25/2018 | $508.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981212 | $6,213.24 | 7/19/2018 | 525079-2652 | 6/5/2018 | $2,253.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987982 | $11,865.39 | 8/2/2018 | 526442 | 6/18/2018 | $1,278.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987982 | $11,865.39 | 8/2/2018 | 526443 | 6/18/2018 | $787.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987982 | $11,865.39 | 8/2/2018 | 526498 | 6/18/2018 | $954.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987982 | $11,865.39 | 8/2/2018 | 526499 | 6/18/2018 | $1,003.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987982 | $11,865.39 | 8/2/2018 | 526550 | 6/19/2018 | $543.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987982 | $11,865.39 | 8/2/2018 | 526971 | 6/21/2018 | $3,218.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987982 | $11,865.39 | 8/2/2018 | 527095 | 6/22/2018 | $1,493.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991486 | $8,806.00 | 8/13/2018 | 526500 | 6/15/2018 | $147.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991486 | $8,806.00 | 8/13/2018 | 527111-2662 | 6/25/2018 | $1,465.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991486 | $8,806.00 | 8/13/2018 | 527112 | 6/25/2018 | $691.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987982 | $11,865.39 | 8/2/2018 | 526437 | 6/18/2018 | $532.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991486 | $8,806.00 | 8/13/2018 | 527194 | 6/25/2018 | $1,093.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987982 | $11,865.39 | 8/2/2018 | 526436 | 6/18/2018 | $1,750.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991486 | $8,806.00 | 8/13/2018 | 527238-2663 | 6/25/2018 | $1,569.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991486 | $8,806.00 | 8/13/2018 | 527284 | 6/26/2018 | $954.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991486 | $8,806.00 | 8/13/2018 | 527285 | 6/26/2018 | $1,053.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991486 | $8,806.00 | 8/13/2018 | 527810 | 6/28/2018 | $318.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991486 | $8,806.00 | 8/13/2018 | 527831 | 6/28/2018 | $222.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991486 | $8,806.00 | 8/13/2018 | 527835-2668 | 6/28/2018 | $310.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995781 | $12,586.13 | 8/20/2018 | 527808 | 7/2/2018 | $427.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995781 | $12,586.13 | 8/20/2018 | 527809 | 7/2/2018 | $714.25 |

Bellows International Ltd (2191769)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                              Exhibit A                              P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995781 | $12,586.13 | 8/20/2018 | 527811 | 7/2/2018 | $1,172.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995781 | $12,586.13 | 8/20/2018 | 527833-2665 | 7/2/2018 | $3,009.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995781 | $12,586.13 | 8/20/2018 | 527834 | 7/2/2018 | $803.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995781 | $12,586.13 | 8/20/2018 | 527836-2669 | 7/2/2018 | $469.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991486 | $8,806.00 | 8/13/2018 | 527193 | 6/25/2018 | $1,016.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984584 | $27,032.03 | 7/26/2018 | 525809 | 6/11/2018 | $1,213.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981212 | $6,213.24 | 7/19/2018 | 525080 | 6/4/2018 | $1,088.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981212 | $6,213.24 | 7/19/2018 | 525082 | 6/4/2018 | $954.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981212 | $6,213.24 | 7/19/2018 | 525145 | 6/4/2018 | $105.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981212 | $6,213.24 | 7/19/2018 | 525146 | 6/4/2018 | $937.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981212 | $6,213.24 | 7/19/2018 | 525277 | 6/5/2018 | $578.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981212 | $6,213.24 | 7/19/2018 | 525278 | 6/4/2018 | $21.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981212 | $6,213.24 | 7/19/2018 | 525675 | 6/8/2018 | $431.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981212 | $6,213.24 | 7/19/2018 | 525715 | 6/8/2018 | $84.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984584 | $27,032.03 | 7/26/2018 | 525712 | 6/11/2018 | $953.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984584 | $27,032.03 | 7/26/2018 | 525713-2653 | 6/11/2018 | $468.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984584 | $27,032.03 | 7/26/2018 | 525714 | 6/11/2018 | $672.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987982 | $11,865.39 | 8/2/2018 | 526439 | 6/18/2018 | $318.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984584 | $27,032.03 | 7/26/2018 | 525808 | 6/12/2018 | $623.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995781 | $12,586.13 | 8/20/2018 | 527987 | 7/2/2018 | $1,379.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984584 | $27,032.03 | 7/26/2018 | 525810-2655 | 6/12/2018 | $929.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984584 | $27,032.03 | 7/26/2018 | 525990 | 6/12/2018 | $328.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984584 | $27,032.03 | 7/26/2018 | 526034 | 6/12/2018 | $201.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984584 | $27,032.03 | 7/26/2018 | 526040-2657 | 6/13/2018 | $16,385.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984584 | $27,032.03 | 7/26/2018 | 526047 | 6/13/2018 | $1,712.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984584 | $27,032.03 | 7/26/2018 | 526053-2659 | 6/13/2018 | $83.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984584 | $27,032.03 | 7/26/2018 | 526252 | 6/14/2018 | $223.46 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984584 | $27,032.03 | 7/26/2018 | 526393 | 6/15/2018 | $954.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984584 | $27,032.03 | 7/26/2018 | 526394 | 6/15/2018 | $1,177.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984584 | $27,032.03 | 7/26/2018 | 526395 | 6/14/2018 | $63.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984584 | $27,032.03 | 7/26/2018 | 526438 | 6/15/2018 | $176.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984584 | $27,032.03 | 7/26/2018 | 526444 | 6/15/2018 | $134.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984584 | $27,032.03 | 7/26/2018 | 525716 | 6/11/2018 | $954.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009768 | $9,916.30 | 9/19/2018 | 531367 | 8/3/2018 | $719.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005991 | $5,982.31 | 9/12/2018 | 530082 | 7/23/2018 | $906.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005991 | $5,982.31 | 9/12/2018 | 530179 | 7/24/2018 | $892.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005991 | $5,982.31 | 9/12/2018 | 530751 | 7/27/2018 | $279.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005991 | $5,982.31 | 9/12/2018 | 530754 | 7/27/2018 | $50.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009768 | $9,916.30 | 9/19/2018 | 530749-9939 | 7/30/2018 | $2,492.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009768 | $9,916.30 | 9/19/2018 | 530750 | 7/30/2018 | $1,026.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009768 | $9,916.30 | 9/19/2018 | 530752-9940 | 7/30/2018 | $3,042.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009768 | $9,916.30 | 9/19/2018 | 530753 | 7/30/2018 | $377.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009768 | $9,916.30 | 9/19/2018 | 530755 | 7/30/2018 | $452.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009768 | $9,916.30 | 9/19/2018 | 530842-9942 | 7/30/2018 | $562.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009768 | $9,916.30 | 9/19/2018 | 530843 | 7/30/2018 | $892.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995781 | $12,586.13 | 8/20/2018 | 527837 | 7/2/2018 | $1,318.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009768 | $9,916.30 | 9/19/2018 | 531365 | 8/2/2018 | $84.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005991 | $5,982.31 | 9/12/2018 | 530064 | 7/23/2018 | $62.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013565 | $11,682.64 | 9/26/2018 | 531420-9947 | 8/6/2018 | $1,675.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013565 | $11,682.64 | 9/26/2018 | 531421 | 8/6/2018 | $1,286.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013565 | $11,682.64 | 9/26/2018 | 531422-9948 | 8/6/2018 | $1,791.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013565 | $11,682.64 | 9/26/2018 | 531432-9951 | 8/6/2018 | $492.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013565 | $11,682.64 | 9/26/2018 | 531433-9952 | 8/6/2018 | $996.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013565 | $11,682.64 | 9/26/2018 | 531434 | 8/6/2018 | $693.40 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013565 | $11,682.64 | 9/26/2018 | 531503-9954 | 8/6/2018 | $1,502.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013565 | $11,682.64 | 9/26/2018 | 531603 | 8/7/2018 | $348.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013565 | $11,682.64 | 9/26/2018 | 531608-9956 | 8/7/2018 | $1,241.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013565 | $11,682.64 | 9/26/2018 | 532020 | 8/10/2018 | $454.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013565 | $11,682.64 | 9/26/2018 | 532021 | 8/10/2018 | $954.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013565 | $11,682.64 | 9/26/2018 | 532033 | 8/9/2018 | $20.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009768 | $9,916.30 | 9/19/2018 | 530944-9944 | 7/31/2018 | $810.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999096 | $8,664.02 | 8/29/2018 | 529303 | 7/13/2018 | $64.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013565 | $11,682.64 | 9/26/2018 | 532074 | 8/10/2018 | $422.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995781 | $12,586.13 | 8/20/2018 | 527988 | 7/3/2018 | $1,955.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995781 | $12,586.13 | 8/20/2018 | 527989 | 7/2/2018 | $84.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995781 | $12,586.13 | 8/20/2018 | 528516 | 7/6/2018 | $315.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995781 | $12,586.13 | 8/20/2018 | 528570 | 7/6/2018 | $84.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995781 | $12,586.13 | 8/20/2018 | 763458 | 7/2/2018 | $296.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999096 | $8,664.02 | 8/29/2018 | 528511 | 7/9/2018 | $1,160.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999096 | $8,664.02 | 8/29/2018 | 528512 | 7/9/2018 | $711.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999096 | $8,664.02 | 8/29/2018 | 528513 | 7/9/2018 | $1,237.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999096 | $8,664.02 | 8/29/2018 | 528514-2671 | 7/9/2018 | $2,975.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999096 | $8,664.02 | 8/29/2018 | 528571 | 7/9/2018 | $1,034.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999096 | $8,664.02 | 8/29/2018 | 528590 | 7/10/2018 | $864.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005991 | $5,982.31 | 9/12/2018 | 530081 | 7/23/2018 | $153.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999096 | $8,664.02 | 8/29/2018 | 529278 | 7/13/2018 | $112.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005991 | $5,982.31 | 9/12/2018 | 530072-9936 | 7/23/2018 | $1,408.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002605 | $9,619.34 | 9/5/2018 | 529279 | 7/16/2018 | $277.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002605 | $9,619.34 | 9/5/2018 | 529280-9926 | 7/16/2018 | $3,906.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002605 | $9,619.34 | 9/5/2018 | 529304 | 7/16/2018 | $2,361.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002605 | $9,619.34 | 9/5/2018 | 529305 | 7/16/2018 | $1,014.30 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002605 | $9,619.34 | 9/5/2018 | 529399-9928 | 7/16/2018 | $1,227.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002605 | $9,619.34 | 9/5/2018 | 529400-9931 | 7/17/2018 | $802.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002605 | $9,619.34 | 9/5/2018 | 529972-9932 | 7/20/2018 | $693.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005991 | $5,982.31 | 9/12/2018 | 530059 | 7/23/2018 | $493.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005991 | $5,982.31 | 9/12/2018 | 530060-9934 | 7/23/2018 | $1,232.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005991 | $5,982.31 | 9/12/2018 | 530061 | 7/23/2018 | $254.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005991 | $5,982.31 | 9/12/2018 | 530063 | 7/23/2018 | $486.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995781 | $12,586.13 | 8/20/2018 | 527986 | 7/3/2018 | $832.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999096 | $8,664.02 | 8/29/2018 | 529153 | 7/13/2018 | $1,039.84 |

**Totals:** 10 transfer(s), $112,367.40