**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Equifax Information Services LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245303 | $4,169.52 | 9/28/2018 | 5013321-IN | 9/17/2018 | $4,169.52 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241447 | $5,194.56 | 8/31/2018 | 4968635-IN | 8/18/2018 | $5,194.56 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236154 | $5,908.81 | 7/31/2018 | 4924346-IN | 7/17/2018 | $5,908.81 |
| **Totals:** | **3 transfer(s),** | | **$15,272.89** | | | | |