**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Benitez Hermanos, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96107 | $191,225.18 | 7/27/2018 | 272001 | 5/23/2018 | $180,990.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96107 | $191,225.18 | 7/27/2018 | 271001 | 5/23/2018 | $10,280.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96107 | $191,225.18 | 7/27/2018 | 270001 | 5/17/2018 | $326.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16410 | $4,723.20 | 9/4/2018 | 277001 | 6/28/2018 | $4,723.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15163 | $54,789.12 | 8/30/2018 | 276001 | 6/26/2018 | $3,778.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15163 | $54,789.12 | 8/30/2018 | 275001 | 6/26/2018 | $19,837.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15163 | $54,789.12 | 8/30/2018 | 274001 | 6/26/2018 | $19,837.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15163 | $54,789.12 | 8/30/2018 | 273001 | 6/26/2018 | $11,335.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05611 | $78.19 | 8/14/2018 | 9019 | 8/10/2018 | $357.94 |

**Totals:** 4 transfer(s), $250,815.69