**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Bimbo Bakeries USA, Inc fdba Bimbo Foods Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991503 | $946.97 | 8/13/2018 | 2249019208 | 7/20/2018 | $46.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987995 | $2,617.56 | 8/2/2018 | 4354908611 | 7/13/2018 | $405.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995798 | $3,568.40 | 8/20/2018 | 2225824097 | 7/27/2018 | $25.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995798 | $3,568.40 | 8/20/2018 | 2178321943 | 7/27/2018 | $102.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995798 | $3,568.40 | 8/20/2018 | 2178321904 | 7/24/2018 | $124.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995798 | $3,568.40 | 8/20/2018 | 2164908714 | 7/27/2018 | $58.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991503 | $946.97 | 8/13/2018 | 5029708564 | 7/18/2018 | $238.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991503 | $946.97 | 8/13/2018 | 5001025122 | 7/19/2018 | $197.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991503 | $946.97 | 8/13/2018 | 3358705915-31981 | 7/23/2018 | $137.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991503 | $946.97 | 8/13/2018 | 3358705861-31979 | 7/19/2018 | $173.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991503 | $946.97 | 8/13/2018 | 2336522282 | 7/20/2018 | $24.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995798 | $3,568.40 | 8/20/2018 | 2237919097 | 7/30/2018 | $55.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991503 | $946.97 | 8/13/2018 | 2249722442 | 7/19/2018 | $145.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995798 | $3,568.40 | 8/20/2018 | 2249019237 | 7/26/2018 | $92.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991503 | $946.97 | 8/13/2018 | 2237919025 | 7/23/2018 | $65.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991503 | $946.97 | 8/13/2018 | 2237919002 | 7/20/2018 | $99.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991503 | $946.97 | 8/13/2018 | 2237918969 | 7/17/2018 | $20.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991503 | $946.97 | 8/13/2018 | 2179119056 | 7/20/2018 | $98.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991503 | $946.97 | 8/13/2018 | 2178321856 | 7/20/2018 | $106.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991503 | $946.97 | 8/13/2018 | 2178321818 | 7/17/2018 | $108.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991503 | $946.97 | 8/13/2018 | 2164908654 | 7/19/2018 | $78.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987995 | $2,617.56 | 8/2/2018 | 5223798914 | 7/13/2018 | $106.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987995 | $2,617.56 | 8/2/2018 | 5029708454 | 7/11/2018 | $274.85 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981226 | $2,698.87 | 7/19/2018 | 2164908523 | 6/28/2018 | $80.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991503 | $946.97 | 8/13/2018 | 2277815580 | 7/20/2018 | $87.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995798 | $3,568.40 | 8/20/2018 | 5001025186 | 7/25/2018 | $185.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999115 | $2,777.04 | 8/29/2018 | 2336522430 | 7/31/2018 | $24.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999115 | $2,777.04 | 8/29/2018 | 2277815685 | 8/3/2018 | $57.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999115 | $2,777.04 | 8/29/2018 | 2249019287 | 8/2/2018 | $107.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999115 | $2,777.04 | 8/29/2018 | 2237919172 | 8/6/2018 | $80.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999115 | $2,777.04 | 8/29/2018 | 2237919145 | 8/3/2018 | $114.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999115 | $2,777.04 | 8/29/2018 | 2237919127 | 8/2/2018 | $46.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999115 | $2,777.04 | 8/29/2018 | 2179119178 | 7/31/2018 | $81.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999115 | $2,777.04 | 8/29/2018 | 2178322031 | 8/3/2018 | $117.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999115 | $2,777.04 | 8/29/2018 | 2178321992 | 7/31/2018 | $80.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999115 | $2,777.04 | 8/29/2018 | 2164908770 | 8/2/2018 | $55.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995798 | $3,568.40 | 8/20/2018 | 2237919072 | 7/27/2018 | $132.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995798 | $3,568.40 | 8/20/2018 | 5029708679 | 7/25/2018 | $181.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987995 | $2,617.56 | 8/2/2018 | 357207324-31977 | 7/11/2018 | $288.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995798 | $3,568.40 | 8/20/2018 | 4354908687 | 7/27/2018 | $230.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995798 | $3,568.40 | 8/20/2018 | 4200709019 | 7/26/2018 | $502.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995798 | $3,568.40 | 8/20/2018 | 3358706002 | 7/30/2018 | $112.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995798 | $3,568.40 | 8/20/2018 | 3358705950-31985 | 7/26/2018 | $152.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995798 | $3,568.40 | 8/20/2018 | 3221601969 | 7/27/2018 | $179.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995798 | $3,568.40 | 8/20/2018 | 2357207349 | 7/27/2018 | $898.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995798 | $3,568.40 | 8/20/2018 | 2352413353 | 7/26/2018 | $326.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995798 | $3,568.40 | 8/20/2018 | 2336522338 | 7/24/2018 | $23.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995798 | $3,568.40 | 8/20/2018 | 2277815636 | 7/27/2018 | $57.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995798 | $3,568.40 | 8/20/2018 | 2249722494-31983 | 7/27/2018 | $262.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995798 | $3,568.40 | 8/20/2018 | 5363310987 | 7/30/2018 | $332.76 |

Bimbo Bakeries USA, Inc fdba Bimbo Foods Inc. (2219357)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981226 | $2,698.87 | 7/19/2018 | 3358705606-31961 | 6/28/2018 | $149.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987995 | $2,617.56 | 8/2/2018 | 5001025018 | 7/11/2018 | $149.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984599 | $2,355.74 | 7/26/2018 | 2237918801 | 7/3/2018 | $68.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984599 | $2,355.74 | 7/26/2018 | 2225823788 | 7/3/2018 | $25.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984599 | $2,355.74 | 7/26/2018 | 2179118910 | 7/5/2018 | $88.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984599 | $2,355.74 | 7/26/2018 | 2178321671 | 7/5/2018 | $89.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984599 | $2,355.74 | 7/26/2018 | 2178321648 | 7/3/2018 | $114.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984599 | $2,355.74 | 7/26/2018 | 2164908571 | 7/5/2018 | $31.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981226 | $2,698.87 | 7/19/2018 | 5029708242 | 6/27/2018 | $201.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981226 | $2,698.87 | 7/19/2018 | 5001024853 | 6/27/2018 | $306.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981226 | $2,698.87 | 7/19/2018 | 4354908549 | 6/29/2018 | $150.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984599 | $2,355.74 | 7/26/2018 | 2237918857 | 7/9/2018 | $58.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981226 | $2,698.87 | 7/19/2018 | 3358705657-31963 | 7/2/2018 | $230.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984599 | $2,355.74 | 7/26/2018 | 2249019093-31964 | 7/3/2018 | $164.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981226 | $2,698.87 | 7/19/2018 | 3221601906 | 6/29/2018 | $276.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981226 | $2,698.87 | 7/19/2018 | 3132024278 | 6/26/2018 | $45.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981226 | $2,698.87 | 7/19/2018 | 2352413201-31959 | 6/26/2018 | $807.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981226 | $2,698.87 | 7/19/2018 | 2336521952 | 6/26/2018 | $30.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981226 | $2,698.87 | 7/19/2018 | 2277815418 | 6/29/2018 | $146.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981226 | $2,698.87 | 7/19/2018 | 2249019066 | 6/29/2018 | $49.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981226 | $2,698.87 | 7/19/2018 | 2225823740 | 6/29/2018 | $78.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981226 | $2,698.87 | 7/19/2018 | 2178321595 | 6/29/2018 | $94.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981226 | $2,698.87 | 7/19/2018 | 2178321548 | 6/26/2018 | $103.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981226 | $2,698.87 | 7/19/2018 | 2164908546 | 7/2/2018 | $97.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981226 | $2,698.87 | 7/19/2018 | 4237918757 | 6/29/2018 | $159.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987995 | $2,617.56 | 8/2/2018 | 2164908607 | 7/12/2018 | $84.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987995 | $2,617.56 | 8/2/2018 | 3358705820-31974 | 7/16/2018 | $173.23 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987995 | $2,617.56 | 8/2/2018 | 3358705768-31972 | 7/12/2018 | $117.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987995 | $2,617.56 | 8/2/2018 | 3233518440 | 7/13/2018 | $79.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987995 | $2,617.56 | 8/2/2018 | 3221601934 | 7/13/2018 | $118.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987995 | $2,617.56 | 8/2/2018 | 2352413286-31971 | 7/12/2018 | $543.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987995 | $2,617.56 | 8/2/2018 | 2336522180 | 7/13/2018 | $24.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987995 | $2,617.56 | 8/2/2018 | 2277815517 | 7/12/2018 | $87.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987995 | $2,617.56 | 8/2/2018 | 2249019164 | 7/13/2018 | $98.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987995 | $2,617.56 | 8/2/2018 | 2237918952 | 7/16/2018 | $68.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987995 | $2,617.56 | 8/2/2018 | 2225823909 | 7/16/2018 | $35.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984599 | $2,355.74 | 7/26/2018 | 2237918825 | 7/5/2018 | $88.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987995 | $2,617.56 | 8/2/2018 | 2178321726 | 7/10/2018 | $94.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999115 | $2,777.04 | 8/29/2018 | 3221601982 | 8/3/2018 | $144.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984599 | $2,355.74 | 7/26/2018 | 5029708350 | 7/5/2018 | $157.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984599 | $2,355.74 | 7/26/2018 | 5003040699 | 7/3/2018 | $156.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984599 | $2,355.74 | 7/26/2018 | 5001024951 | 7/5/2018 | $339.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984599 | $2,355.74 | 7/26/2018 | 4200708926 | 7/7/2018 | $512.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984599 | $2,355.74 | 7/26/2018 | 3358705731-31968 | 7/9/2018 | $131.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984599 | $2,355.74 | 7/26/2018 | 3358705696-31967 | 7/6/2018 | $157.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984599 | $2,355.74 | 7/26/2018 | 2352413248 | 7/6/2018 | $376.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984599 | $2,355.74 | 7/26/2018 | 2336522057 | 7/3/2018 | $30.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984599 | $2,355.74 | 7/26/2018 | 2277815479 | 7/7/2018 | $66.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984599 | $2,355.74 | 7/26/2018 | 2249722339 | 7/3/2018 | $170.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987995 | $2,617.56 | 8/2/2018 | 2178321765 | 7/13/2018 | $85.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009786 | $3,652.05 | 9/19/2018 | 2249019414-32001 | 8/24/2018 | $184.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999115 | $2,777.04 | 8/29/2018 | 2352413387-31987 | 8/2/2018 | $405.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009786 | $3,652.05 | 9/19/2018 | 4194007146 | 8/23/2018 | $162.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009786 | $3,652.05 | 9/19/2018 | 3358706366 | 8/27/2018 | $163.43 |

Bimbo Bakeries USA, Inc fdba Bimbo Foods Inc. (2219357)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                Exhibit A                                P. 4

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009786 | $3,652.05 | 9/19/2018 | 3358706314 | 8/23/2018 | $116.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009786 | $3,652.05 | 9/19/2018 | 3233519195 | 8/24/2018 | $58.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009786 | $3,652.05 | 9/19/2018 | 3227414222 | 8/24/2018 | $75.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009786 | $3,652.05 | 9/19/2018 | 3221602008 | 8/24/2018 | $62.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009786 | $3,652.05 | 9/19/2018 | 3116002599 | 8/23/2018 | $129.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009786 | $3,652.05 | 9/19/2018 | 2357207412 | 8/24/2018 | $337.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009786 | $3,652.05 | 9/19/2018 | 2352413484 | 8/23/2018 | $667.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009786 | $3,652.05 | 9/19/2018 | 4354908829 | 8/24/2018 | $454.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009786 | $3,652.05 | 9/19/2018 | 2277815828 | 8/23/2018 | $40.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009786 | $3,652.05 | 9/19/2018 | 5001000262 | 8/22/2018 | $252.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009786 | $3,652.05 | 9/19/2018 | 2237919363 | 8/24/2018 | $138.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009786 | $3,652.05 | 9/19/2018 | 2235218728 | 8/24/2018 | $57.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009786 | $3,652.05 | 9/19/2018 | 2235218691 | 8/21/2018 | $47.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009786 | $3,652.05 | 9/19/2018 | 2226509083 | 8/21/2018 | $45.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009786 | $3,652.05 | 9/19/2018 | 2225824433 | 8/24/2018 | $55.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009786 | $3,652.05 | 9/19/2018 | 2179119425 | 8/24/2018 | $86.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009786 | $3,652.05 | 9/19/2018 | 2178322291 | 8/24/2018 | $109.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009786 | $3,652.05 | 9/19/2018 | 2178322251 | 8/21/2018 | $89.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009786 | $3,652.05 | 9/19/2018 | 2164908940 | 8/23/2018 | $23.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006006 | $2,321.94 | 9/12/2018 | 5326312494 | 8/17/2018 | $83.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009786 | $3,652.05 | 9/19/2018 | 2336522720 | 8/21/2018 | $34.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013582 | $2,239.32 | 9/26/2018 | 2235218811 | 8/31/2018 | $76.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013582 | $2,239.32 | 9/26/2018 | 5326312553 | 8/30/2018 | $87.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013582 | $2,239.32 | 9/26/2018 | 5029709222 | 8/29/2018 | $201.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013582 | $2,239.32 | 9/26/2018 | 5001000350 | 8/29/2018 | $337.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013582 | $2,239.32 | 9/26/2018 | 4194007185 | 8/30/2018 | $151.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013582 | $2,239.32 | 9/26/2018 | 3358706403 | 8/30/2018 | $199.84 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013582 | $2,239.32 | 9/26/2018 | 3227414280 | 8/31/2018 | $124.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013582 | $2,239.32 | 9/26/2018 | 3221602057 | 8/31/2018 | $214.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013582 | $2,239.32 | 9/26/2018 | 2357207437 | 8/28/2018 | $191.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013582 | $2,239.32 | 9/26/2018 | 2336522828 | 8/28/2018 | $24.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013582 | $2,239.32 | 9/26/2018 | 2277815885 | 9/1/2018 | $40.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009786 | $3,652.05 | 9/19/2018 | 4200709155 | 8/23/2018 | $250.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013582 | $2,239.32 | 9/26/2018 | 2237919435 | 8/31/2018 | $142.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006006 | $2,321.94 | 9/12/2018 | 4200709115 | 8/16/2018 | $228.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013582 | $2,239.32 | 9/26/2018 | 2235218774 | 8/28/2018 | $55.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013582 | $2,239.32 | 9/26/2018 | 2226509126 | 8/28/2018 | $45.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013582 | $2,239.32 | 9/26/2018 | 2179119498 | 8/31/2018 | $87.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013582 | $2,239.32 | 9/26/2018 | 2178322381 | 8/31/2018 | $117.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013582 | $2,239.32 | 9/26/2018 | 2178322342 | 8/28/2018 | $101.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013582 | $2,239.32 | 9/26/2018 | 2164908998 | 8/30/2018 | $92.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009786 | $3,652.05 | 9/19/2018 | 5329311187 | 8/24/2018 | $44.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009786 | $3,652.05 | 9/19/2018 | 5326312523 | 8/21/2018 | $79.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009786 | $3,652.05 | 9/19/2018 | 5223791938 | 8/27/2018 | $61.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009786 | $3,652.05 | 9/19/2018 | 5029709117 | 8/22/2018 | $130.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013582 | $2,239.32 | 9/26/2018 | 2249722697 | 8/30/2018 | $104.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002622 | $2,429.96 | 9/5/2018 | 2178322080 | 8/7/2018 | $103.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002622 | $2,429.96 | 9/5/2018 | 3227414102 | 8/10/2018 | $40.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002622 | $2,429.96 | 9/5/2018 | 3221601999 | 8/10/2018 | $95.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002622 | $2,429.96 | 9/5/2018 | 3116002499-31995 | 8/9/2018 | $87.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002622 | $2,429.96 | 9/5/2018 | 2357207383-31992 | 8/10/2018 | $206.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002622 | $2,429.96 | 9/5/2018 | 2352413421 | 8/9/2018 | $428.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002622 | $2,429.96 | 9/5/2018 | 2336522565 | 8/10/2018 | $24.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002622 | $2,429.96 | 9/5/2018 | 2277815736 | 8/9/2018 | $57.83 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002622 | $2,429.96 | 9/5/2018 | 2249019337-31991 | 8/10/2018 | $121.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002622 | $2,429.96 | 9/5/2018 | 2237919246 | 8/13/2018 | $68.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002622 | $2,429.96 | 9/5/2018 | 2237919221 | 8/10/2018 | $140.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006006 | $2,321.94 | 9/12/2018 | 5029709015 | 8/15/2018 | $189.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002622 | $2,429.96 | 9/5/2018 | 2178322120 | 8/10/2018 | $102.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002622 | $2,429.96 | 9/5/2018 | 4194007060 | 8/9/2018 | $82.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002622 | $2,429.96 | 9/5/2018 | 2164908824 | 8/9/2018 | $84.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999115 | $2,777.04 | 8/29/2018 | 5360326313 | 8/2/2018 | $299.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999115 | $2,777.04 | 8/29/2018 | 5326312433 | 8/3/2018 | $101.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999115 | $2,777.04 | 8/29/2018 | 5029708786 | 8/1/2018 | $337.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999115 | $2,777.04 | 8/29/2018 | 5001025275 | 8/1/2018 | $335.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999115 | $2,777.04 | 8/29/2018 | 4194007018 | 8/2/2018 | $60.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999115 | $2,777.04 | 8/29/2018 | 3358706095 | 8/6/2018 | $178.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999115 | $2,777.04 | 8/29/2018 | 3358706040 | 8/2/2018 | $142.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999115 | $2,777.04 | 8/29/2018 | 3227414056 | 8/3/2018 | $61.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013582 | $2,239.32 | 9/26/2018 | 5329311238 | 8/31/2018 | $46.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002622 | $2,429.96 | 9/5/2018 | 2225824260 | 8/10/2018 | $31.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006006 | $2,321.94 | 9/12/2018 | 2235218641 | 8/17/2018 | $56.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999115 | $2,777.04 | 8/29/2018 | 2357207363-31989 | 8/3/2018 | $284.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006006 | $2,321.94 | 9/12/2018 | 4194007100 | 8/16/2018 | $170.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006006 | $2,321.94 | 9/12/2018 | 3358706277 | 8/20/2018 | $131.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006006 | $2,321.94 | 9/12/2018 | 3358706227 | 8/16/2018 | $123.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006006 | $2,321.94 | 9/12/2018 | 3227414156 | 8/17/2018 | $60.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006006 | $2,321.94 | 9/12/2018 | 3221602020 | 8/17/2018 | $114.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006006 | $2,321.94 | 9/12/2018 | 2336522618 | 8/14/2018 | $34.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006006 | $2,321.94 | 9/12/2018 | 2277815782 | 8/16/2018 | $40.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006006 | $2,321.94 | 9/12/2018 | 2249722613-31999 | 8/16/2018 | $373.21 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006006 | $2,321.94 | 9/12/2018 | 2249019376-31997 | 8/17/2018 | $165.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002622 | $2,429.96 | 9/5/2018 | 3358706132 | 8/9/2018 | $146.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006006 | $2,321.94 | 9/12/2018 | 2237919291 | 8/17/2018 | $176.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002622 | $2,429.96 | 9/5/2018 | 3358706190 | 8/13/2018 | $177.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006006 | $2,321.94 | 9/12/2018 | 2235218608 | 8/14/2018 | $28.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006006 | $2,321.94 | 9/12/2018 | 2226509039 | 8/14/2018 | $56.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006006 | $2,321.94 | 9/12/2018 | 2179119331 | 8/14/2018 | $98.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006006 | $2,321.94 | 9/12/2018 | 2178322204 | 8/17/2018 | $131.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006006 | $2,321.94 | 9/12/2018 | 2178322172 | 8/14/2018 | $87.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006006 | $2,321.94 | 9/12/2018 | 2164908883 | 8/16/2018 | $84.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002622 | $2,429.96 | 9/5/2018 | 5326312465 | 8/10/2018 | $100.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002622 | $2,429.96 | 9/5/2018 | 5029708900 | 8/8/2018 | $198.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002622 | $2,429.96 | 9/5/2018 | 5001000075 | 8/8/2018 | $355.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002622 | $2,429.96 | 9/5/2018 | 4354908755 | 8/10/2018 | $155.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006006 | $2,321.94 | 9/12/2018 | 5001000171 | 8/15/2018 | $282.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006006 | $2,321.94 | 9/12/2018 | 2237919316 | 8/20/2018 | $69.02 |

**Totals:**    10 transfer(s),    $25,607.85