**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Biofilm, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013583 | $518.32 | 9/26/2018 | PSI0205176 | 7/12/2018 | $1,376.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009787 | $3,206.38 | 9/19/2018 | PSI0204971 | 7/10/2018 | $4,262.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006007 | $1,535.41 | 9/12/2018 | PSI0204645 | 6/28/2018 | $1,548.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002623 | $6,669.95 | 9/5/2018 | PSI0204426 | 6/21/2018 | $6,687.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999116 | $1,689.48 | 8/29/2018 | PSI0204208 | 6/14/2018 | $1,717.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995799 | $1,430.03 | 8/20/2018 | PSI0203968 | 6/7/2018 | $1,442.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991504 | $809.99 | 8/13/2018 | PSI0203908 | 6/6/2018 | $832.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987996 | $859.92 | 8/2/2018 | PSI0203517 | 5/24/2018 | $885.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984600 | $776.17 | 7/26/2018 | PSI0203310 | 5/18/2018 | $830.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981227 | $379.56 | 7/19/2018 | PSI0203062 | 5/10/2018 | $445.00 |

Totals:    10 transfer(s),    $17,875.21