**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Blue Wheel Media LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914951 | $34,651.66 | 9/28/2018 | 3199 | 9/1/2018 | $34,651.66 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914304 | $21,708.75 | 8/17/2018 | 3160 | 8/1/2018 | $21,708.75 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913954 | $12,000.00 | 7/27/2018 | 3133 | 8/1/2018 | $12,000.00 |
| **Totals:** | **3 transfer(s),** | | **$68,360.41** | | | | |