**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Bon-Aire Industries, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00623 | $3,157.93 | 8/6/2018 | 134512 | 5/31/2018 | $1,798.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08467 | $8,560.68 | 8/20/2018 | 134808 | 6/14/2018 | $383.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08467 | $8,560.68 | 8/20/2018 | 134807 | 6/14/2018 | $227.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08467 | $8,560.68 | 8/20/2018 | 134806 | 6/14/2018 | $1,488.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08467 | $8,560.68 | 8/20/2018 | 134805 | 6/14/2018 | $3,483.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08467 | $8,560.68 | 8/20/2018 | 134790 | 6/14/2018 | $5,176.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04476 | $2,780.72 | 8/13/2018 | 134651 | 6/7/2018 | $2,561.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04476 | $2,780.72 | 8/13/2018 | 134650 | 6/7/2018 | $242.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00623 | $3,157.93 | 8/6/2018 | 134516 | 5/31/2018 | $1,401.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00623 | $3,157.93 | 8/6/2018 | 134515 | 5/31/2018 | $1,670.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00623 | $3,157.93 | 8/6/2018 | 134327 | 5/17/2018 | $6,348.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00623 | $3,157.93 | 8/6/2018 | 134513 | 5/31/2018 | $240.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12503 | $21,426.34 | 8/27/2018 | 134896 | 6/21/2018 | $3,368.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00623 | $3,157.93 | 8/6/2018 | 134509 | 5/31/2018 | $191.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00623 | $3,157.93 | 8/6/2018 | 134508 | 5/31/2018 | $255.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00623 | $3,157.93 | 8/6/2018 | 134334 | 5/17/2018 | $1,195.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00623 | $3,157.93 | 8/6/2018 | 134333 | 5/17/2018 | $3,978.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00623 | $3,157.93 | 8/6/2018 | 134332 | 5/17/2018 | $405.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00623 | $3,157.93 | 8/6/2018 | 134331 | 5/17/2018 | $3,821.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00623 | $3,157.93 | 8/6/2018 | 134330 | 5/17/2018 | $557.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00623 | $3,157.93 | 8/6/2018 | 134329 | 5/17/2018 | $1,530.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00623 | $3,157.93 | 8/6/2018 | 134328 | 5/17/2018 | $11,122.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00623 | $3,157.93 | 8/6/2018 | 134514 | 5/31/2018 | $3,152.56 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12503 | $21,426.34 | 8/27/2018 | 134914 | 6/21/2018 | $1,003.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16459 | $21,680.90 | 9/4/2018 | 135073 | 6/29/2018 | $932.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16459 | $21,680.90 | 9/4/2018 | 135072 | 6/29/2018 | $573.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16459 | $21,680.90 | 9/4/2018 | 135067 | 6/29/2018 | $2,766.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16459 | $21,680.90 | 9/4/2018 | 135066 | 6/29/2018 | $358.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16459 | $21,680.90 | 9/4/2018 | 135065 | 6/29/2018 | $727.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16459 | $21,680.90 | 9/4/2018 | 135064 | 6/29/2018 | $1,457.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16459 | $21,680.90 | 9/4/2018 | 135063 | 6/29/2018 | $6,799.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16459 | $21,680.90 | 9/4/2018 | 135062 | 6/29/2018 | $5,893.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12503 | $21,426.34 | 8/27/2018 | 134918 | 6/21/2018 | $1,003.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08467 | $8,560.68 | 8/20/2018 | 134809 | 6/14/2018 | $3,770.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12503 | $21,426.34 | 8/27/2018 | 134915 | 6/21/2018 | $2,436.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08467 | $8,560.68 | 8/20/2018 | 134810 | 6/14/2018 | $2,202.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12503 | $21,426.34 | 8/27/2018 | 134913 | 6/21/2018 | $1,289.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12503 | $21,426.34 | 8/27/2018 | 134912 | 6/21/2018 | $429.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12503 | $21,426.34 | 8/27/2018 | 134911 | 6/21/2018 | $1,146.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12503 | $21,426.34 | 8/27/2018 | 134910 | 6/21/2018 | $859.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12503 | $21,426.34 | 8/27/2018 | 134909 | 6/21/2018 | $1,576.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12503 | $21,426.34 | 8/27/2018 | 134908 | 6/21/2018 | $358.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12503 | $21,426.34 | 8/27/2018 | 134907 | 6/21/2018 | $1,791.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12503 | $21,426.34 | 8/27/2018 | 134906 | 6/21/2018 | $1,719.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12503 | $21,426.34 | 8/27/2018 | 134898 | 6/21/2018 | $4,156.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16459 | $21,680.90 | 9/4/2018 | 135074 | 6/29/2018 | $2,198.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12503 | $21,426.34 | 8/27/2018 | 134917 | 6/21/2018 | $358.30 |

Totals:    5 transfer(s),    $57,606.57