**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **BP Lubricants USA Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988491 | $41,553.82 | 8/7/2018 | 8185190 | 6/14/2018 | $4,657.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988016 | $6,453.09 | 8/2/2018 | 8183850 | 6/13/2018 | $2,103.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991525 | $6,358.54 | 8/13/2018 | 8190329 | 6/20/2018 | $6,014.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990637 | $24,524.64 | 8/10/2018 | 8189084 | 6/19/2018 | $1,223.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990637 | $24,524.64 | 8/10/2018 | 8189083 | 6/19/2018 | $23,309.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988491 | $41,553.82 | 8/7/2018 | 8185194 | 6/14/2018 | $6,451.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988491 | $41,553.82 | 8/7/2018 | 8185193 | 6/14/2018 | $9,742.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995820 | $1,605.91 | 8/20/2018 | 8196489 | 6/27/2018 | $1,610.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988491 | $41,553.82 | 8/7/2018 | 8185191 | 6/14/2018 | $3,927.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999134 | $2,839.94 | 8/29/2018 | 8191504-991 | 6/21/2018 | $247.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988491 | $41,553.82 | 8/7/2018 | 8185189 | 6/14/2018 | $1,046.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988491 | $41,553.82 | 8/7/2018 | 8185188 | 6/14/2018 | $5,570.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988491 | $41,553.82 | 8/7/2018 | 8185187 | 6/14/2018 | $8,330.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988491 | $41,553.82 | 8/7/2018 | 8183852 | 6/13/2018 | $5,340.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988016 | $6,453.09 | 8/2/2018 | 8183854 | 6/13/2018 | $1,852.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988016 | $6,453.09 | 8/2/2018 | 8183853 | 6/13/2018 | $503.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988016 | $6,453.09 | 8/2/2018 | 8183851 | 6/13/2018 | $2,049.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988491 | $41,553.82 | 8/7/2018 | 8185192 | 6/14/2018 | $535.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001717 | $55,104.84 | 9/4/2018 | 8204866 | 7/9/2018 | $12,795.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002645 | $2,844.62 | 9/5/2018 | 8207449-3930 | 7/11/2018 | $81.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001717 | $55,104.84 | 9/4/2018 | 8206035-3929 | 7/10/2018 | $3,380.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001717 | $55,104.84 | 9/4/2018 | 8206035-3928 | 7/10/2018 | $145.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001717 | $55,104.84 | 9/4/2018 | 8206034 | 7/10/2018 | $4,775.56 |

BP Lubricants USA Inc. (2191130)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                                                 Exhibit A                                                                 P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781001717 | $55,104.84 | 9/4/2018 | 8204870 | 7/9/2018 | $2,744.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001717 | $55,104.84 | 9/4/2018 | 8204869 | 7/9/2018 | $3,201.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991525 | $6,358.54 | 8/13/2018 | 8190330 | 6/20/2018 | $502.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001717 | $55,104.84 | 9/4/2018 | 8204867 | 7/9/2018 | $6,333.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002645 | $2,844.62 | 9/5/2018 | 8207449-3932 | 7/11/2018 | $2,844.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001717 | $55,104.84 | 9/4/2018 | 8204865 | 7/9/2018 | $4,221.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001717 | $55,104.84 | 9/4/2018 | 8204864 | 7/9/2018 | $532.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001717 | $55,104.84 | 9/4/2018 | 8204863 | 7/9/2018 | $6,900.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001717 | $55,104.84 | 9/4/2018 | 8204862 | 7/9/2018 | $6,975.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000235 | $7,203.21 | 8/31/2018 | 8203646 | 7/6/2018 | $508.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000235 | $7,203.21 | 8/31/2018 | 8203645 | 7/6/2018 | $6,694.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999134 | $2,839.94 | 8/29/2018 | 8191504-992 | 6/21/2018 | $2,839.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001717 | $55,104.84 | 9/4/2018 | 8204868 | 7/9/2018 | $3,243.61 |

Totals:    9 transfer(s),    $148,488.61