**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **Bre_Pearlridge LLC** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174071 | $78,440.50 | 10/9/2018 | 0000092518-13752 | 9/25/2018 | $745.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174071 | $78,440.50 | 10/9/2018 | 0000092518-13751 | 9/25/2018 | $2,784.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174071 | $78,440.50 | 10/9/2018 | 0000092518-13750 | 9/25/2018 | $15,819.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174071 | $78,440.50 | 10/9/2018 | 0000092518-13749 | 9/25/2018 | $59,090.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172724 | $78,440.50 | 9/4/2018 | 0000082618-12403 | 8/26/2018 | $745.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172724 | $78,440.50 | 9/4/2018 | 0000082618-12402 | 8/26/2018 | $2,784.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172724 | $78,440.50 | 9/4/2018 | 0000082618-12401 | 8/26/2018 | $15,819.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172724 | $78,440.50 | 9/4/2018 | 0000082618-12400 | 8/26/2018 | $59,090.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172634 | $46,163.95 | 8/31/2018 | 82318 | 8/23/2018 | $46,163.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171313 | $78,440.50 | 8/6/2018 | 0000072618-6125 | 7/26/2018 | $745.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171313 | $78,440.50 | 8/6/2018 | 0000072618-6124 | 7/26/2018 | $2,784.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171313 | $78,440.50 | 8/6/2018 | 0000072618-6123 | 7/26/2018 | $15,819.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171313 | $78,440.50 | 8/6/2018 | 0000072618-6122 | 7/26/2018 | $59,090.88 |

Totals:    4 transfer(s),    $281,485.45