**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Brendan Goldman, Inc. dba Corporate Resources Inc** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781014140 | $186,250.00 | 9/27/2018 | SHC00110 | 7/10/2018 | $93,750.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014140 | $186,250.00 | 9/27/2018 | SHC00109-16883 | 7/10/2018 | $46,250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014140 | $186,250.00 | 9/27/2018 | SHC00109-16882 | 7/10/2018 | $46,250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992030 | $25,000.00 | 8/14/2018 | SHC00108 | 5/31/2018 | $25,000.00 |

Totals:    2 transfer(s),    $211,250.00