**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **EZ Maintenance Services, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780992226 | $221.45 | 8/14/2018 | 10431 | 5/30/2018 | $195.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988718 | $15,206.56 | 8/7/2018 | 10367 | 5/17/2018 | $995.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988718 | $15,206.56 | 8/7/2018 | 10369 | 5/17/2018 | $370.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988718 | $15,206.56 | 8/7/2018 | 10373 | 5/17/2018 | $550.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988718 | $15,206.56 | 8/7/2018 | 10402 | 5/23/2018 | $452.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988718 | $15,206.56 | 8/7/2018 | 10403 | 5/23/2018 | $252.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988718 | $15,206.56 | 8/7/2018 | 10404 | 5/23/2018 | $397.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988718 | $15,206.56 | 8/7/2018 | 10405 | 5/23/2018 | $420.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999813 | $32,683.39 | 8/30/2018 | 10473 | 6/12/2018 | $465.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988718 | $15,206.56 | 8/7/2018 | 9435 | 1/2/2018 | $804.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988718 | $15,206.56 | 8/7/2018 | 10353 | 5/15/2018 | $760.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992226 | $221.45 | 8/14/2018 | 10439 | 5/31/2018 | $26.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996469 | $13,471.50 | 8/21/2018 | 10454 | 6/5/2018 | $4,570.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996469 | $13,471.50 | 8/21/2018 | 10455 | 6/5/2018 | $6,170.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996469 | $13,471.50 | 8/21/2018 | 10456 | 6/5/2018 | $1,995.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996469 | $13,471.50 | 8/21/2018 | 10457 | 6/6/2018 | $736.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999813 | $32,683.39 | 8/30/2018 | 10453 | 6/11/2018 | $17,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999813 | $32,683.39 | 8/30/2018 | 10461 | 6/11/2018 | $647.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981940 | $11,694.13 | 7/20/2018 | 10309 | 5/9/2018 | $1,256.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988718 | $15,206.56 | 8/7/2018 | 10418 | 5/24/2018 | $1,973.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981940 | $11,694.13 | 7/20/2018 | 10325 | 5/10/2018 | $765.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981940 | $11,694.13 | 7/20/2018 | 10310 | 5/9/2018 | $807.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981940 | $11,694.13 | 7/20/2018 | 10311 | 5/9/2018 | $285.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981940 | $11,694.13 | 7/20/2018 | 10312 | 5/9/2018 | $152.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981940 | $11,694.13 | 7/20/2018 | 10313 | 5/9/2018 | $825.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981940 | $11,694.13 | 7/20/2018 | 10314 | 5/9/2018 | $462.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981940 | $11,694.13 | 7/20/2018 | 10319 | 5/10/2018 | $819.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981940 | $11,694.13 | 7/20/2018 | 10320 | 5/10/2018 | $630.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981940 | $11,694.13 | 7/20/2018 | 10322 | 5/10/2018 | $4,890.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988718 | $15,206.56 | 8/7/2018 | 10366 | 5/17/2018 | $2,654.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981940 | $11,694.13 | 7/20/2018 | 10324 | 5/10/2018 | $760.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988718 | $15,206.56 | 8/7/2018 | 10364 | 5/17/2018 | $720.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985307 | $22,344.85 | 7/27/2018 | 10341 | 5/14/2018 | $255.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985307 | $22,344.85 | 7/27/2018 | 10343 | 5/14/2018 | $651.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985307 | $22,344.85 | 7/27/2018 | 10344 | 5/14/2018 | $451.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985307 | $22,344.85 | 7/27/2018 | 10372 | 5/17/2018 | $20,987.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988718 | $15,206.56 | 8/7/2018 | 10120 | 4/12/2018 | $1,300.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988718 | $15,206.56 | 8/7/2018 | 10296 | 5/3/2018 | $3,140.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988718 | $15,206.56 | 8/7/2018 | 10342 | 5/14/2018 | $415.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999813 | $32,683.39 | 8/30/2018 | 10474 | 6/12/2018 | $2,963.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981940 | $11,694.13 | 7/20/2018 | 10323 | 5/10/2018 | $40.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010988 | $7,462.43 | 9/20/2018 | 10631 | 7/3/2018 | $571.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006727 | $11,783.94 | 9/13/2018 | 9645 | 1/25/2018 | $285.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006727 | $11,783.94 | 9/13/2018 | 9744 | 2/7/2018 | $734.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006727 | $11,783.94 | 9/13/2018 | 9920 | 3/14/2018 | $504.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006727 | $11,783.94 | 9/13/2018 | 9973 | 3/21/2018 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010988 | $7,462.43 | 9/20/2018 | 10607 | 7/2/2018 | $123.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010988 | $7,462.43 | 9/20/2018 | 10608 | 7/2/2018 | $595.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010988 | $7,462.43 | 9/20/2018 | 10609 | 7/2/2018 | $524.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999813 | $32,683.39 | 8/30/2018 | 10462 | 6/11/2018 | $410.30 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781010988 | $7,462.43 | 9/20/2018 | 10611 | 7/2/2018 | $907.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006727 | $11,783.94 | 9/13/2018 | 10599 | 6/28/2018 | $285.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010988 | $7,462.43 | 9/20/2018 | 10647 | 7/5/2018 | $332.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010988 | $7,462.43 | 9/20/2018 | 10651 | 7/6/2018 | $602.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010988 | $7,462.43 | 9/20/2018 | 10804 | 1/8/2018 | $2,467.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010988 | $7,462.43 | 9/20/2018 | 9484 | 1/8/2018 | $400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014299 | $6,373.21 | 9/27/2018 | 10666 | 7/11/2018 | $1,176.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014299 | $6,373.21 | 9/27/2018 | 10667 | 7/11/2018 | $503.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014299 | $6,373.21 | 9/27/2018 | 10668 | 7/11/2018 | $245.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014299 | $6,373.21 | 9/27/2018 | 9293 | 12/1/2017 | $2,348.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010988 | $7,462.43 | 9/20/2018 | 10610 | 7/2/2018 | $938.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003314 | $4,667.17 | 9/6/2018 | 10559 | 6/21/2018 | $190.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999813 | $32,683.39 | 8/30/2018 | 10475 | 6/12/2018 | $878.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999813 | $32,683.39 | 8/30/2018 | 10491 | 6/13/2018 | $5,102.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999813 | $32,683.39 | 8/30/2018 | 10498 | 6/13/2018 | $4,163.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999813 | $32,683.39 | 8/30/2018 | 10499 | 6/14/2018 | $184.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999813 | $32,683.39 | 8/30/2018 | 10500 | 6/14/2018 | $176.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999813 | $32,683.39 | 8/30/2018 | 10501 | 6/14/2018 | $140.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999813 | $32,683.39 | 8/30/2018 | 10502 | 6/14/2018 | $350.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003314 | $4,667.17 | 9/6/2018 | 10535 | 6/19/2018 | $2,277.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006727 | $11,783.94 | 9/13/2018 | 8656 | 9/6/2017 | $835.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003314 | $4,667.17 | 9/6/2018 | 10558 | 6/21/2018 | $1,086.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006727 | $11,783.94 | 9/13/2018 | 10603 | 6/29/2018 | $1,775.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006727 | $11,783.94 | 9/13/2018 | 10321 | 5/10/2018 | $1,912.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006727 | $11,783.94 | 9/13/2018 | 10371 | 5/17/2018 | $2,345.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006727 | $11,783.94 | 9/13/2018 | 10565 | 6/25/2018 | $275.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006727 | $11,783.94 | 9/13/2018 | 10566 | 6/25/2018 | $94.08 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006727 | $11,783.94 | 9/13/2018 | 10567 | 6/25/2018 | $657.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006727 | $11,783.94 | 9/13/2018 | 10568 | 6/25/2018 | $1,152.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006727 | $11,783.94 | 9/13/2018 | 10569 | 6/26/2018 | $427.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014299 | $6,373.21 | 9/27/2018 | 9851 | 3/1/2018 | $2,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003314 | $4,667.17 | 9/6/2018 | 10553 | 6/21/2018 | $1,113.45 |

**Totals:**    10 transfer(s),    $125,908.63