# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEARS HOLDINGS CORPORATION., et al., ) | Case No. 18-23538 (RDD) |
| ) | Lead Case – Jointly Administered |
| ) | |
| ) | Chapter 11 |
| ) | |
| INNOVEL SOLUTIONS, INC. ) | |
| DEBTOR.  ) | Debtor Case No. 18-23548 (RDD) |

## NOTICE OF WITHDRAWAL OF CLAIM

On August 29, 2019, the Tennessee Department of Revenue (TDOR) filed proof of claim no. 20180 in the case of Innovel Solutions, Inc. Case No. 18-23548. Claim has been satisfied. TDOR hereby gives notice that it wishes to withdraw claim no. 20180.

Respectfully submitted,
HERBERT H. SLATERY III
Attorney General & Reporter

/s/ Marvin E. Clements, Jr.
MARVIN E. CLEMENTS, JR. BPR.016031
Senior Assistant Attorney General
Bankruptcy Division
Office of the Tennessee Attorney General
PO Box 20207
Nashville, Tennessee 37202-0207
(615) 741-1935
agbanknewyork@ag.tn.gov

## **CERTIFICATE OF SERVICE**

     I certify that on January 29, 2020 a copy of the foregoing Notice of Withdrawal of Claim was sent via U.S. mail, postage prepaid, or electronically to the parties set out below.

                                         /s/ Marvin E. Clements, Jr.

**Paul M. Basta**
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

**Jacqueline Marcus**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

*U.S. Trustee*
**United States Trustee**
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

*Claims and Noticing Agent*
**Prime Clerk, LLC**
One Grand Central Place
60 East 42nd Street, Suite 1440
New York, NY 10165