**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **C & C Sage, Inc** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246130 | $3,739.63 | 10/4/2018 | 29446-IN | 9/30/2018 | $3,739.63 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244629 | $5,370.08 | 9/25/2018 | 29107-IN | 9/17/2018 | $5,370.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243896 | $2,855.13 | 9/19/2018 | 29146-IN | 9/18/2018 | $2,855.13 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242738 | $7,022.80 | 9/11/2018 | 28779-IN | 8/28/2018 | $2,215.01 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242738 | $7,022.80 | 9/11/2018 | 28778-IN | 8/28/2018 | $2,768.56 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242738 | $7,022.80 | 9/11/2018 | 28777-IN | 8/28/2018 | $2,039.23 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242342 | $2,778.51 | 9/7/2018 | 28918-IN | 8/31/2018 | $2,778.51 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242195 | $4,069.85 | 9/6/2018 | 28630-IN | 8/21/2018 | $2,123.59 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242195 | $4,069.85 | 9/6/2018 | 28520-IN | 8/14/2018 | $1,946.26 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242049 | $3,133.59 | 9/5/2018 | 28893-IN | 8/31/2018 | $3,133.59 |

Totals:   7 transfer(s),   $28,969.59