## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEARS HOLDINGS CORPORATION., et al., | Case No. 18-23538 (RDD) |
| | Lead Case – Jointly Administered |
| | |
| | Chapter 11 |
| | |
| SEARS CARPET & UPHOLSTERY CARE INC., | |
| DEBTOR. | Debtor Case No. 18-23554 (RDD) |

## NOTICE OF WITHDRAWAL OF CLAIM

On August 29, 2019, the Tennessee Department of Revenue (TDOR) filed proof of claim no. 20172 in the case of Sears Carpet & Upholstery Care Inc., Case No. 18-23554. Claim has been satisfied. TDOR hereby gives notice that it wishes to withdraw claim no. 20172.

Respectfully submitted,
HERBERT H. SLATERY III
Attorney General & Reporter

/s/ Marvin E. Clements, Jr.
MARVIN E. CLEMENTS, JR. BPR.016031
Senior Assistant Attorney General
Bankruptcy Division
Office of the Tennessee Attorney General
PO Box 20207
Nashville, Tennessee 37202-0207
(615) 741-1935
agbanknewyork@ag.tn.gov

1

## CERTIFICATE OF SERVICE

      I certify that on January 29, 2020 a copy of the foregoing Notice of Withdrawal of Claim was sent via U.S. mail, postage prepaid, or electronically to the parties set out below.

                                                        /s/ Marvin E. Clements, Jr.

**Paul M. Basta**
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

**Jacqueline Marcus**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

*U.S. Trustee*
**United States Trustee**
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

*Claims and Noticing Agent*
**Prime Clerk, LLC**
One Grand Central Place
60 East 42nd Street, Suite 1440
New York, NY 10165