**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **C & D Contracting, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981259 | $27,207.75 | 7/19/2018 | 2615032118 | 4/1/2018 | $200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981259 | $27,207.75 | 7/19/2018 | 1095032818 | 4/1/2018 | $336.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981259 | $27,207.75 | 7/19/2018 | 7388050918 | 5/9/2018 | $1,756.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981259 | $27,207.75 | 7/19/2018 | 7388040518 | 4/5/2018 | $220.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981259 | $27,207.75 | 7/19/2018 | 7388032218 | 4/1/2018 | $520.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981259 | $27,207.75 | 7/19/2018 | 6959050618 | 5/6/2018 | $1,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981259 | $27,207.75 | 7/19/2018 | 6959042218 | 4/22/2018 | $700.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981259 | $27,207.75 | 7/19/2018 | 6959032618 | 4/1/2018 | $350.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981259 | $27,207.75 | 7/19/2018 | 6405042518 | 4/25/2018 | $1,504.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981259 | $27,207.75 | 7/19/2018 | 4198032718 | 4/1/2018 | $300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981259 | $27,207.75 | 7/19/2018 | 41980320182 | 4/1/2018 | $300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981259 | $27,207.75 | 7/19/2018 | 4198032018 | 4/1/2018 | $200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981259 | $27,207.75 | 7/19/2018 | 2845050218 | 5/2/2018 | $1,050.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984638 | $3,574.56 | 7/26/2018 | 3978051518 | 5/15/2018 | $440.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981259 | $27,207.75 | 7/19/2018 | 2845040318 | 4/3/2018 | $1,150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984638 | $3,574.56 | 7/26/2018 | 3978051618 | 5/16/2018 | $1,249.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981259 | $27,207.75 | 7/19/2018 | 2415041118 | 4/11/2018 | $1,532.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981259 | $27,207.75 | 7/19/2018 | 2415041018 | 4/10/2018 | $4,737.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981259 | $27,207.75 | 7/19/2018 | 2415040918 | 4/9/2018 | $3,592.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981259 | $27,207.75 | 7/19/2018 | 2415032918 | 4/1/2018 | $669.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981259 | $27,207.75 | 7/19/2018 | 1315041218 | 4/12/2018 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981259 | $27,207.75 | 7/19/2018 | 1275042418 | 4/24/2018 | $1,321.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981259 | $27,207.75 | 7/19/2018 | 12750404182 | 4/4/2018 | $727.40 |

C & D Contracting, LLC (2219367)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                         Exhibit A                         P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981259 | $27,207.75 | 7/19/2018 | 1275040418 | 4/4/2018 | $300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981259 | $27,207.75 | 7/19/2018 | 1275040218 | 4/2/2018 | $632.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981259 | $27,207.75 | 7/19/2018 | 1136040618 | 4/6/2018 | $1,498.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981259 | $27,207.75 | 7/19/2018 | 1115041318 | 4/13/2018 | $650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981259 | $27,207.75 | 7/19/2018 | 1095042318 | 4/23/2018 | $660.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981259 | $27,207.75 | 7/19/2018 | 2845041718 | 4/17/2018 | $700.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002664 | $8,524.39 | 9/5/2018 | 2.79606E+11 | 6/1/2018 | $200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013613 | $2,200.00 | 9/26/2018 | 7.35807E+11 | 7/10/2018 | $800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013613 | $2,200.00 | 9/26/2018 | 6.95907E+11 | 7/8/2018 | $700.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013613 | $2,200.00 | 9/26/2018 | 1.38507E+11 | 7/12/2018 | $300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009848 | $9,327.44 | 9/19/2018 | 7.46007E+11 | 7/5/2018 | $1,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009848 | $9,327.44 | 9/19/2018 | 7.38807E+11 | 7/5/2018 | $4,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009848 | $9,327.44 | 9/19/2018 | 6.46807E+11 | 7/1/2018 | $2,837.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009848 | $9,327.44 | 9/19/2018 | 1.31507E+11 | 7/1/2018 | $490.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006046 | $400.00 | 9/12/2018 | 9.62906E+11 | 6/27/2018 | $400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002664 | $8,524.39 | 9/5/2018 | 9.64806E+11 | 6/11/2018 | $400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002664 | $8,524.39 | 9/5/2018 | 7.35806E+11 | 6/12/2018 | $800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002664 | $8,524.39 | 9/5/2018 | 6.95906E+11 | 6/4/2018 | $700.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002664 | $8,524.39 | 9/5/2018 | 4.83506E+11 | 6/20/2018 | $200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984638 | $3,574.56 | 7/26/2018 | 1.13605E+11 | 5/15/2018 | $1,525.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002664 | $8,524.39 | 9/5/2018 | 2.84506E+11 | 6/13/2018 | $700.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013613 | $2,200.00 | 9/26/2018 | 9.64807E+11 | 7/9/2018 | $400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002664 | $8,524.39 | 9/5/2018 | 1.38506E+11 | 6/13/2018 | $595.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002664 | $8,524.39 | 9/5/2018 | 1.38506E+11 | 6/12/2018 | $1,340.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002664 | $8,524.39 | 9/5/2018 | 1.13606E+11 | 6/4/2018 | $754.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002664 | $8,524.39 | 9/5/2018 | 1.09506E+11 | 6/13/2018 | $1,122.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002664 | $8,524.39 | 9/5/2018 | 1.09506E+11 | 6/12/2018 | $584.65 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991552 | $4,030.84 | 8/13/2018 | 9648052818 | 5/28/2018 | $400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991552 | $4,030.84 | 8/13/2018 | 1565053018 | 5/30/2018 | $2,023.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991552 | $4,030.84 | 8/13/2018 | 1095052918 | 5/29/2018 | $1,606.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988033 | $3,783.88 | 8/2/2018 | 7358052218 | 5/22/2018 | $1,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988033 | $3,783.88 | 8/2/2018 | 6959052118 | 5/21/2018 | $2,050.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988033 | $3,783.88 | 8/2/2018 | 1275052218 | 5/22/2018 | $733.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984638 | $3,574.56 | 7/26/2018 | 3978051718 | 5/17/2018 | $360.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002664 | $8,524.39 | 9/5/2018 | 3.97806E+11 | 6/6/2018 | $1,127.44 |

**Totals:**    **8 transfer(s),**    **$59,048.86**