ask LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Fast Forward, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62083819 | $28,077.19 | 8/8/2018 | 141700-427 | 6/21/2018 | $12,571.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083449 | $70,919.05 | 7/30/2018 | 141699 | 6/21/2018 | $7,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083449 | $70,919.05 | 7/30/2018 | 141995 | 6/26/2018 | $15,871.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083449 | $70,919.05 | 7/30/2018 | 141996 | 6/26/2018 | $9,899.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083449 | $70,919.05 | 7/30/2018 | 142038 | 6/26/2018 | $50.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083819 | $28,077.19 | 8/8/2018 | 141078-416 | 6/8/2018 | $26.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083819 | $28,077.19 | 8/8/2018 | 141078-418 | 6/8/2018 | $502.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083819 | $28,077.19 | 8/8/2018 | 141079 | 6/8/2018 | $226.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082497 | $139,716.67 | 7/18/2018 | 140798 | 5/30/2018 | $4,081.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083819 | $28,077.19 | 8/8/2018 | 141700-425 | 6/21/2018 | $420.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083449 | $70,919.05 | 7/30/2018 | 141659 | 6/19/2018 | $19,506.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083819 | $28,077.19 | 8/8/2018 | 141701 | 6/21/2018 | $8,911.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083819 | $28,077.19 | 8/8/2018 | 141702 | 6/21/2018 | $251.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083819 | $28,077.19 | 8/8/2018 | 142221 | 7/2/2018 | $50.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084216 | $12,805.07 | 8/20/2018 | 142053-428 | 6/27/2018 | $3,741.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084216 | $12,805.07 | 8/20/2018 | 142053-430 | 6/27/2018 | $11,166.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084216 | $12,805.07 | 8/20/2018 | 142074 | 6/28/2018 | $276.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084216 | $12,805.07 | 8/20/2018 | 142421-450 | 7/6/2018 | $69.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083819 | $28,077.19 | 8/8/2018 | 141697 | 6/21/2018 | $5,584.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083065 | $26,940.95 | 7/23/2018 | 141358-476 | 6/12/2018 | $26.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082497 | $139,716.67 | 7/18/2018 | 140895 | 6/1/2018 | $125.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082497 | $139,716.67 | 7/18/2018 | 140896-473 | 6/1/2018 | $243.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082497 | $139,716.67 | 7/18/2018 | 140896-475 | 6/1/2018 | $52,419.88 |

Fast Forward, LLC (2219520)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                    Exhibit A                    P. 1

Transfers During the Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62082497 | $139,716.67 | 7/18/2018 | 140897 | 6/1/2018 | $27,151.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082497 | $139,716.67 | 7/18/2018 | 140996 | 6/5/2018 | $13,927.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082497 | $139,716.67 | 7/18/2018 | 141280 | 6/12/2018 | $42,015.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083065 | $26,940.95 | 7/23/2018 | 140994 | 6/5/2018 | $1,885.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083449 | $70,919.05 | 7/30/2018 | 141698-424 | 6/21/2018 | $3,777.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083065 | $26,940.95 | 7/23/2018 | 140997 | 6/5/2018 | $11,793.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083449 | $70,919.05 | 7/30/2018 | 141698-422 | 6/21/2018 | $260.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083065 | $26,940.95 | 7/23/2018 | 141358-478 | 6/12/2018 | $402.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083065 | $26,940.95 | 7/23/2018 | 141402 | 6/12/2018 | $377.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083065 | $26,940.95 | 7/23/2018 | 141430 | 6/14/2018 | $1,269.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083065 | $26,940.95 | 7/23/2018 | 141552 | 6/18/2018 | $75.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083449 | $70,919.05 | 7/30/2018 | 141657-419 | 6/19/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083449 | $70,919.05 | 7/30/2018 | 141657-421 | 6/19/2018 | $14,668.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083449 | $70,919.05 | 7/30/2018 | 141658 | 6/19/2018 | $175.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084782 | $71,394.59 | 8/24/2018 | 142054-431 | 6/27/2018 | $1,778.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083065 | $26,940.95 | 7/23/2018 | 140995 | 6/5/2018 | $11,159.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085477 | $47,502.31 | 9/10/2018 | 143299 | 7/19/2018 | $262.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084216 | $12,805.07 | 8/20/2018 | 142421-451 | 7/6/2018 | $327.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085115 | $54,198.05 | 8/31/2018 | 143187-455 | 7/13/2018 | $9,298.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085115 | $54,198.05 | 8/31/2018 | 143187-457 | 7/13/2018 | $27,393.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085115 | $54,198.05 | 8/31/2018 | 143606 | 7/13/2018 | $10,442.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085115 | $54,198.05 | 8/31/2018 | 143734 | 7/24/2018 | $18,446.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085115 | $54,198.05 | 8/31/2018 | 143863 | 7/26/2018 | $75.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085477 | $47,502.31 | 9/10/2018 | 143188 | 7/13/2018 | $1,474.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085115 | $54,198.05 | 8/31/2018 | 143186-452 | 7/13/2018 | $517.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085477 | $47,502.31 | 9/10/2018 | 143298-463 | 7/19/2018 | $8,073.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084782 | $71,394.59 | 8/24/2018 | 143271-460 | 7/10/2018 | $9,278.17 |

Fast Forward, LLC (2219520)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020

Exhibit A

P. 2

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62085477 | $47,502.31 | 9/10/2018 | 143300-464 | 7/19/2018 | $3,263.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085477 | $47,502.31 | 9/10/2018 | 143300-466 | 7/19/2018 | $12,106.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085477 | $47,502.31 | 9/10/2018 | 143301-467 | 7/19/2018 | $3,843.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085477 | $47,502.31 | 9/10/2018 | 143301-469 | 7/19/2018 | $14,634.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085477 | $47,502.31 | 9/10/2018 | 143303-470 | 7/19/2018 | $2,869.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085477 | $47,502.31 | 9/10/2018 | 143303-472 | 7/19/2018 | $10,623.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085477 | $47,502.31 | 9/10/2018 | 143820 | 7/26/2018 | $326.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085866 | $3,726.43 | 9/21/2018 | 143607 | 7/13/2018 | $3,556.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085477 | $47,502.31 | 9/10/2018 | 143298-461 | 7/19/2018 | $2,155.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084782 | $71,394.59 | 8/24/2018 | 142332-442 | 7/5/2018 | $8,786.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085866 | $3,726.43 | 9/21/2018 | 144710 | 8/7/2018 | $175.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084782 | $71,394.59 | 8/24/2018 | 142054-433 | 6/27/2018 | $5,703.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084782 | $71,394.59 | 8/24/2018 | 142155-434 | 6/29/2018 | $531.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084782 | $71,394.59 | 8/24/2018 | 142155-436 | 6/29/2018 | $2,881.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084782 | $71,394.59 | 8/24/2018 | 142329 | 7/5/2018 | $2,858.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084782 | $71,394.59 | 8/24/2018 | 142330-438 | 7/5/2018 | $454.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084782 | $71,394.59 | 8/24/2018 | 142330-439 | 7/5/2018 | $2,013.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085115 | $54,198.05 | 8/31/2018 | 143186-454 | 7/13/2018 | $1,638.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084782 | $71,394.59 | 8/24/2018 | 142332-441 | 7/5/2018 | $1,209.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084216 | $12,805.07 | 8/20/2018 | 142422 | 7/6/2018 | $1,212.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084782 | $71,394.59 | 8/24/2018 | 142333 | 7/5/2018 | $13,000.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084782 | $71,394.59 | 8/24/2018 | 142334-444 | 7/5/2018 | $1,161.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084782 | $71,394.59 | 8/24/2018 | 142334-445 | 7/5/2018 | $11,864.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084782 | $71,394.59 | 8/24/2018 | 142335-446 | 7/5/2018 | $903.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084782 | $71,394.59 | 8/24/2018 | 142335-448 | 7/5/2018 | $8,968.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084782 | $71,394.59 | 8/24/2018 | 142336 | 7/5/2018 | $50.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084782 | $71,394.59 | 8/24/2018 | 142337 | 7/5/2018 | $201.10 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62084782 | $71,394.59 | 8/24/2018 | 143271-459 | 7/10/2018 | $3,204.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084782 | $71,394.59 | 8/24/2018 | 142331 | 7/5/2018 | $5,810.75 |

**Totals:**   **9 transfer(s),**   **$455,280.31**

Fast Forward, LLC (2219520)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                    Exhibit A                              P. 4