**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **Felix Calls, LLC** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245078 | $25,014.00 | 9/27/2018 | 4837256-IN | 7/31/2018 | $25,014.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243132 | $4,158.00 | 9/13/2018 | 4788776-IN | 5/31/2018 | $4,158.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243131 | $4,466.00 | 9/13/2018 | 4788779-IN | 5/31/2018 | $4,466.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240666 | $24,002.00 | 8/28/2018 | 4812552-IN | 6/30/2018 | $24,002.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235418 | $15,664.00 | 7/26/2018 | 4788756-IN | 5/31/2018 | $15,664.00 |

Totals:    5 transfer(s),    $73,304.00