**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant: **Capgemini America, Inc.**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990651 | $2,516,073.69 | 7/31/2018 | 1.99011E+12 | 5/31/2018 | $5,397.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984661 | $15,742.61 | 7/18/2018 | 1.99011E+12 | 5/16/2018 | $15,742.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004494 | $9,581.25 | 8/27/2018 | 1.32202E+12 | 6/26/2018 | $9,581.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003733 | $18,566.07 | 8/24/2018 | 1.99011E+12 | 6/19/2018 | $18,566.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001728 | $125,608.60 | 8/21/2018 | 1.99011E+12 | 6/22/2018 | $116,431.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001728 | $125,608.60 | 8/21/2018 | 1.99011E+12 | 6/22/2018 | $9,177.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999169 | $9,900.00 | 8/15/2018 | 1.32011E+12 | 6/13/2018 | $9,900.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005167 | $233,732.56 | 8/28/2018 | SHOMERJUN18 | 6/29/2018 | $145,009.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990651 | $2,516,073.69 | 7/31/2018 | SHOAWSMAY18 | 5/30/2018 | $83,092.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006068 | $127,716.44 | 8/29/2018 | 1.99011E+12 | 6/30/2018 | $10,340.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990651 | $2,516,073.69 | 7/31/2018 | 1.99011E+12 | 5/31/2018 | $9,177.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990651 | $2,516,073.69 | 7/31/2018 | 1.99011E+12 | 5/31/2018 | $116,431.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990651 | $2,516,073.69 | 7/31/2018 | 1.99011E+12 | 5/30/2018 | $23,980.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990651 | $2,516,073.69 | 7/31/2018 | 1.99011E+12 | 5/30/2018 | $145,009.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990651 | $2,516,073.69 | 7/31/2018 | 1.99011E+12 | 5/31/2018 | $10,340.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990651 | $2,516,073.69 | 7/31/2018 | 1.32202E+12 | 6/1/2018 | $2,005,270.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989893 | $4,775.00 | 7/30/2018 | 1.32011E+12 | 5/29/2018 | $4,775.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990651 | $2,516,073.69 | 7/31/2018 | SHOSMAY00105 | 5/30/2018 | $117,376.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022403 | $188,149.10 | 10/1/2018 | 1.32011E+12 | 7/31/2018 | $14,962.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023188 | $257,081.64 | 10/2/2018 | SHOAWSJUL18 | 7/31/2018 | $86,745.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023188 | $257,081.64 | 10/2/2018 | 1.99011E+12 | 7/31/2018 | $12,729.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023188 | $257,081.64 | 10/2/2018 | 1.99011E+12 | 7/31/2018 | $116,431.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023188 | $257,081.64 | 10/2/2018 | 1.99011E+12 | 7/25/2018 | $18,000.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781023188 | $257,081.64 | 10/2/2018 | 1.99011E+12 | 7/31/2018 | $10,340.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023188 | $257,081.64 | 10/2/2018 | 1.99011E+12 | 7/20/2018 | $12,835.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005167 | $233,732.56 | 8/28/2018 | SHOAWSJUN18 | 6/29/2018 | $88,723.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022403 | $188,149.10 | 10/1/2018 | 1.99011E+12 | 7/31/2018 | $145,009.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024289 | $117,376.44 | 10/3/2018 | SHOSJUL00107 | 7/31/2018 | $117,376.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022403 | $188,149.10 | 10/1/2018 | 1.32011E+12 | 7/31/2018 | $19,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018181 | $41,739.67 | 9/21/2018 | SHO181JUN18 | 7/12/2018 | $35,359.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018181 | $41,739.67 | 9/21/2018 | SHO160JUL18 | 7/11/2018 | $6,380.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016139 | $129,479.00 | 9/18/2018 | 1.99011E+12 | 7/19/2018 | $129,479.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012747 | $18,235.94 | 9/11/2018 | SHO047JUN18 | 7/12/2018 | $18,235.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008755 | $1,300.00 | 9/4/2018 | 1.32202E+12 | 7/5/2018 | $1,300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006068 | $127,716.44 | 8/29/2018 | SHOSJUN00106 | 6/30/2018 | $117,376.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022403 | $188,149.10 | 10/1/2018 | 1.99011E+12 | 7/31/2018 | $9,177.60 |

**Totals:**   16 transfer(s),   $3,815,058.01