**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Field Manufacturing Corporation** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988731 | $1,455.68 | 8/7/2018 | 286370 | 5/22/2018 | $89.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992778 | $618.29 | 8/15/2018 | 286388 | 5/30/2018 | $142.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992778 | $618.29 | 8/15/2018 | 286387 | 5/30/2018 | $137.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992778 | $618.29 | 8/15/2018 | 286386 | 5/30/2018 | $20.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989983 | $329.21 | 8/9/2018 | 286380 | 5/24/2018 | $89.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989983 | $329.21 | 8/9/2018 | 286379 | 5/24/2018 | $239.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989246 | $71.27 | 8/8/2018 | 286378 | 5/23/2018 | $71.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988731 | $1,455.68 | 8/7/2018 | 286732 | 5/22/2018 | $212.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988731 | $1,455.68 | 8/7/2018 | 286377 | 5/22/2018 | $18.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988731 | $1,455.68 | 8/7/2018 | 286376 | 5/22/2018 | $89.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988731 | $1,455.68 | 8/7/2018 | 286375 | 5/22/2018 | $13.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988731 | $1,455.68 | 8/7/2018 | 286374 | 5/22/2018 | $143.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988176 | $1,776.48 | 8/2/2018 | 286356 | 5/21/2018 | $387.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988731 | $1,455.68 | 8/7/2018 | 286371 | 5/22/2018 | $39.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992778 | $618.29 | 8/15/2018 | 286391 | 5/30/2018 | $144.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988731 | $1,455.68 | 8/7/2018 | 286369 | 5/22/2018 | $94.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988731 | $1,455.68 | 8/7/2018 | 286368 | 5/22/2018 | $89.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988731 | $1,455.68 | 8/7/2018 | 286367 | 5/22/2018 | $35.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988731 | $1,455.68 | 8/7/2018 | 286366 | 5/22/2018 | $87.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988731 | $1,455.68 | 8/7/2018 | 286365 | 5/22/2018 | $59.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988731 | $1,455.68 | 8/7/2018 | 286364 | 5/22/2018 | $89.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988731 | $1,455.68 | 8/7/2018 | 286363 | 5/22/2018 | $89.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988731 | $1,455.68 | 8/7/2018 | 286362 | 5/22/2018 | $53.55 |

Field Manufacturing Corporation (2219660)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                    Exhibit A                    P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988731 | $1,455.68 | 8/7/2018 | 286361 | 5/22/2018 | $89.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988731 | $1,455.68 | 8/7/2018 | 286360 | 5/22/2018 | $30.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988731 | $1,455.68 | 8/7/2018 | 286359 | 5/22/2018 | $67.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979781 | $1,488.17 | 7/17/2018 | 286288 | 5/3/2018 | $134.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988731 | $1,455.68 | 8/7/2018 | 286373 | 5/22/2018 | $59.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993617 | $4,820.08 | 8/16/2018 | 286409 | 5/31/2018 | $275.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998385 | $2,377.36 | 8/28/2018 | 286427 | 6/8/2018 | $371.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998385 | $2,377.36 | 8/28/2018 | 286426 | 6/8/2018 | $231.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998385 | $2,377.36 | 8/28/2018 | 286425 | 6/8/2018 | $185.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998385 | $2,377.36 | 8/28/2018 | 286424 | 6/8/2018 | $185.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998385 | $2,377.36 | 8/28/2018 | 286423 | 6/8/2018 | $142.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998385 | $2,377.36 | 8/28/2018 | 286422 | 6/8/2018 | $129.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998385 | $2,377.36 | 8/28/2018 | 286421 | 6/8/2018 | $573.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998385 | $2,377.36 | 8/28/2018 | 286420 | 6/8/2018 | $115.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993617 | $4,820.08 | 8/16/2018 | 286415 | 5/31/2018 | $79.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993617 | $4,820.08 | 8/16/2018 | 286414 | 5/31/2018 | $341.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993617 | $4,820.08 | 8/16/2018 | 286413 | 5/31/2018 | $95.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993617 | $4,820.08 | 8/16/2018 | 286412 | 5/31/2018 | $306.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992778 | $618.29 | 8/15/2018 | 286389 | 5/30/2018 | $102.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993617 | $4,820.08 | 8/16/2018 | 286410 | 5/31/2018 | $95.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992778 | $618.29 | 8/15/2018 | 286390 | 5/30/2018 | $71.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993617 | $4,820.08 | 8/16/2018 | 286408 | 5/31/2018 | $174.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993617 | $4,820.08 | 8/16/2018 | 286406 | 5/31/2018 | $185.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993617 | $4,820.08 | 8/16/2018 | 286405 | 5/31/2018 | $185.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993617 | $4,820.08 | 8/16/2018 | 286404 | 5/31/2018 | $273.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993617 | $4,820.08 | 8/16/2018 | 286403 | 5/31/2018 | $185.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993617 | $4,820.08 | 8/16/2018 | 286402 | 5/31/2018 | $185.71 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780993617 | $4,820.08 | 8/16/2018 | 286401 | 5/31/2018 | $185.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993617 | $4,820.08 | 8/16/2018 | 286396 | 5/31/2018 | $185.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993617 | $4,820.08 | 8/16/2018 | 286395 | 5/31/2018 | $185.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993617 | $4,820.08 | 8/16/2018 | 286393 | 5/31/2018 | $1,009.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993617 | $4,820.08 | 8/16/2018 | 210386 | 5/31/2018 | $521.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988176 | $1,776.48 | 8/2/2018 | 286355 | 5/21/2018 | $30.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993617 | $4,820.08 | 8/16/2018 | 286411 | 5/31/2018 | $346.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980519 | $1,698.24 | 7/18/2018 | 286303 | 5/4/2018 | $258.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983801 | $347.99 | 7/25/2018 | 286320 | 5/11/2018 | $89.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983096 | $213.81 | 7/24/2018 | 286319 | 5/10/2018 | $142.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983096 | $213.81 | 7/24/2018 | 286318 | 5/10/2018 | $71.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981951 | $618.14 | 7/20/2018 | 286313 | 5/8/2018 | $333.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981951 | $618.14 | 7/20/2018 | 286312 | 5/8/2018 | $285.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981388 | $202.36 | 7/19/2018 | 286311 | 5/7/2018 | $142.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981388 | $202.36 | 7/19/2018 | 286310 | 5/7/2018 | $59.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980519 | $1,698.24 | 7/18/2018 | 286309 | 5/4/2018 | $61.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980519 | $1,698.24 | 7/18/2018 | 286308 | 5/4/2018 | $122.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980519 | $1,698.24 | 7/18/2018 | 286307 | 5/4/2018 | $10.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980519 | $1,698.24 | 7/18/2018 | 286306 | 5/4/2018 | $46.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988176 | $1,776.48 | 8/2/2018 | 286357 | 5/21/2018 | $129.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980519 | $1,698.24 | 7/18/2018 | 286304 | 5/4/2018 | $258.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984783 | $205.72 | 7/26/2018 | 286323 | 5/14/2018 | $205.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980519 | $1,698.24 | 7/18/2018 | 286302 | 5/4/2018 | $129.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980519 | $1,698.24 | 7/18/2018 | 286301 | 5/4/2018 | $516.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980519 | $1,698.24 | 7/18/2018 | 286300 | 5/4/2018 | $258.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979781 | $1,488.17 | 7/17/2018 | 286298 | 5/3/2018 | $231.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979781 | $1,488.17 | 7/17/2018 | 286297 | 5/3/2018 | $208.14 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780979781 | $1,488.17 | 7/17/2018 | 286296 | 5/3/2018 | $500.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979781 | $1,488.17 | 7/17/2018 | 286294 | 5/3/2018 | $119.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979781 | $1,488.17 | 7/17/2018 | 286293 | 5/3/2018 | $47.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979781 | $1,488.17 | 7/17/2018 | 286292 | 5/3/2018 | $47.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979781 | $1,488.17 | 7/17/2018 | 286291 | 5/3/2018 | $23.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979781 | $1,488.17 | 7/17/2018 | 286290 | 5/3/2018 | $134.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979781 | $1,488.17 | 7/17/2018 | 286289 | 5/3/2018 | $39.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980519 | $1,698.24 | 7/18/2018 | 286305 | 5/4/2018 | $37.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986538 | $1,219.31 | 7/31/2018 | 286339 | 5/17/2018 | $762.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988176 | $1,776.48 | 8/2/2018 | 286354 | 5/21/2018 | $89.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988176 | $1,776.48 | 8/2/2018 | 286353 | 5/21/2018 | $155.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988176 | $1,776.48 | 8/2/2018 | 286352 | 5/21/2018 | $89.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988176 | $1,776.48 | 8/2/2018 | 286351 | 5/21/2018 | $129.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988176 | $1,776.48 | 8/2/2018 | 286350 | 5/21/2018 | $13.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988176 | $1,776.48 | 8/2/2018 | 286349 | 5/21/2018 | $79.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988176 | $1,776.48 | 8/2/2018 | 286347 | 5/21/2018 | $13.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988176 | $1,776.48 | 8/2/2018 | 286346 | 5/21/2018 | $95.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988176 | $1,776.48 | 8/2/2018 | 286345 | 5/21/2018 | $191.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988176 | $1,776.48 | 8/2/2018 | 286344 | 5/21/2018 | $185.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988176 | $1,776.48 | 8/2/2018 | 286343 | 5/21/2018 | $185.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986538 | $1,219.31 | 7/31/2018 | 286342 | 5/17/2018 | $330.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983801 | $347.99 | 7/25/2018 | 286321 | 5/11/2018 | $129.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986538 | $1,219.31 | 7/31/2018 | 286340 | 5/17/2018 | $38.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983801 | $347.99 | 7/25/2018 | 286322 | 5/11/2018 | $129.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985819 | $586.76 | 7/30/2018 | 286338 | 5/16/2018 | $180.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985819 | $586.76 | 7/30/2018 | 286337 | 5/16/2018 | $54.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985819 | $586.76 | 7/30/2018 | 286336 | 5/16/2018 | $36.10 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985819 | $586.76 | 7/30/2018 | 286335 | 5/16/2018 | $72.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985819 | $586.76 | 7/30/2018 | 286334 | 5/16/2018 | $31.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985819 | $586.76 | 7/30/2018 | 286333 | 5/16/2018 | $31.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985819 | $586.76 | 7/30/2018 | 286332 | 5/16/2018 | $36.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985819 | $586.76 | 7/30/2018 | 286331 | 5/16/2018 | $15.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985819 | $586.76 | 7/30/2018 | 286330-20296 | 5/16/2018 | $18.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985819 | $586.76 | 7/30/2018 | 286330-20295 | 5/16/2018 | $22.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985819 | $586.76 | 7/30/2018 | 286329 | 5/16/2018 | $87.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999281 | $1,017.07 | 8/29/2018 | 286430 | 6/11/2018 | $758.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986538 | $1,219.31 | 7/31/2018 | 286341 | 5/17/2018 | $87.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005279 | $1,253.99 | 9/11/2018 | 286460 | 6/22/2018 | $23.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006178 | $1,262.33 | 9/12/2018 | 286473 | 6/25/2018 | $185.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006178 | $1,262.33 | 9/12/2018 | 286472 | 6/25/2018 | $185.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006178 | $1,262.33 | 9/12/2018 | 286471 | 6/25/2018 | $142.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006178 | $1,262.33 | 9/12/2018 | 286470 | 6/25/2018 | $206.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006178 | $1,262.33 | 9/12/2018 | 286469 | 6/25/2018 | $154.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006178 | $1,262.33 | 9/12/2018 | 286468 | 6/25/2018 | $52.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006178 | $1,262.33 | 9/12/2018 | 286467 | 6/25/2018 | $77.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006178 | $1,262.33 | 9/12/2018 | 286466 | 6/25/2018 | $89.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006178 | $1,262.33 | 9/12/2018 | 286465 | 6/25/2018 | $17.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006178 | $1,262.33 | 9/12/2018 | 286464 | 6/25/2018 | $89.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006178 | $1,262.33 | 9/12/2018 | 286463 | 6/25/2018 | $59.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998385 | $2,377.36 | 8/28/2018 | 286428-20297 | 6/8/2018 | $387.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005279 | $1,253.99 | 9/11/2018 | 286461 | 6/22/2018 | $115.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007295 | $597.21 | 9/14/2018 | 286479 | 6/27/2018 | $119.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005279 | $1,253.99 | 9/11/2018 | 286459 | 6/22/2018 | $380.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005279 | $1,253.99 | 9/11/2018 | 286458 | 6/22/2018 | $127.50 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005279 | $1,253.99 | 9/11/2018 | 286457 | 6/22/2018 | $104.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005279 | $1,253.99 | 9/11/2018 | 286456 | 6/22/2018 | $35.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005279 | $1,253.99 | 9/11/2018 | 286455 | 6/22/2018 | $104.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005279 | $1,253.99 | 9/11/2018 | 286454 | 6/22/2018 | $123.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003842 | $465.63 | 9/7/2018 | 286453 | 6/20/2018 | $309.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003842 | $465.63 | 9/7/2018 | 286452 | 6/20/2018 | $23.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003842 | $465.63 | 9/7/2018 | 286451 | 6/20/2018 | $132.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003329 | $6,483.24 | 9/6/2018 | 286658 | 8/6/2018 | $63.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003329 | $6,483.24 | 9/6/2018 | 286657 | 8/6/2018 | $387.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003329 | $6,483.24 | 9/6/2018 | 286656 | 8/6/2018 | $83.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005279 | $1,253.99 | 9/11/2018 | 286462 | 6/22/2018 | $237.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013755 | $2,822.77 | 9/26/2018 | 286496 | 7/9/2018 | $133.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013755 | $2,822.77 | 9/26/2018 | 286508 | 7/9/2018 | $123.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013755 | $2,822.77 | 9/26/2018 | 286507 | 7/9/2018 | $357.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013755 | $2,822.77 | 9/26/2018 | 286506 | 7/9/2018 | $36.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013755 | $2,822.77 | 9/26/2018 | 286505 | 7/9/2018 | $156.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013755 | $2,822.77 | 9/26/2018 | 286504 | 7/9/2018 | $77.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013755 | $2,822.77 | 9/26/2018 | 286503 | 7/9/2018 | $77.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013755 | $2,822.77 | 9/26/2018 | 286502 | 7/9/2018 | $118.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013755 | $2,822.77 | 9/26/2018 | 286501 | 7/9/2018 | $20.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013755 | $2,822.77 | 9/26/2018 | 286500 | 7/9/2018 | $154.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013755 | $2,822.77 | 9/26/2018 | 286499-20306 | 7/9/2018 | $133.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013755 | $2,822.77 | 9/26/2018 | 286499-20305 | 7/9/2018 | $35.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013755 | $2,822.77 | 9/26/2018 | 286498-20304 | 7/9/2018 | $91.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007295 | $597.21 | 9/14/2018 | 286477 | 6/27/2018 | $224.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013755 | $2,822.77 | 9/26/2018 | 286497 | 7/9/2018 | $89.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007295 | $597.21 | 9/14/2018 | 286478 | 6/27/2018 | $203.70 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013755 | $2,822.77 | 9/26/2018 | 286495 | 7/9/2018 | $203.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013755 | $2,822.77 | 9/26/2018 | 286494 | 7/9/2018 | $447.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013755 | $2,822.77 | 9/26/2018 | 286493 | 7/9/2018 | $40.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008887 | $360.94 | 9/18/2018 | 286490 | 6/29/2018 | $41.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008887 | $360.94 | 9/18/2018 | 286489 | 6/29/2018 | $115.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008887 | $360.94 | 9/18/2018 | 286488 | 6/29/2018 | $203.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008074 | $333.64 | 9/17/2018 | 286487 | 6/28/2018 | $46.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008074 | $333.64 | 9/17/2018 | 286486 | 6/28/2018 | $95.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008074 | $333.64 | 9/17/2018 | 286485 | 6/28/2018 | $95.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008074 | $333.64 | 9/17/2018 | 286484 | 6/28/2018 | $95.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007295 | $597.21 | 9/14/2018 | 286480 | 6/27/2018 | $49.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003329 | $6,483.24 | 9/6/2018 | 286653 | 8/6/2018 | $129.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013755 | $2,822.77 | 9/26/2018 | 286498-20303 | 7/9/2018 | $136.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001852 | $933.21 | 9/4/2018 | 286441-20302 | 6/15/2018 | $269.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003329 | $6,483.24 | 9/6/2018 | 286655 | 8/6/2018 | $47.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003329 | $6,483.24 | 9/6/2018 | 286611 | 7/31/2018 | $223.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003329 | $6,483.24 | 9/6/2018 | 286610 | 7/31/2018 | $579.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003329 | $6,483.24 | 9/6/2018 | 286609 | 7/31/2018 | $63.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003329 | $6,483.24 | 9/6/2018 | 286608 | 7/31/2018 | $127.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003329 | $6,483.24 | 9/6/2018 | 286607 | 7/31/2018 | $95.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003329 | $6,483.24 | 9/6/2018 | 286606 | 7/31/2018 | $191.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003329 | $6,483.24 | 9/6/2018 | 286605 | 7/31/2018 | $63.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003329 | $6,483.24 | 9/6/2018 | 286604 | 7/31/2018 | $95.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003329 | $6,483.24 | 9/6/2018 | 286603 | 7/31/2018 | $95.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003329 | $6,483.24 | 9/6/2018 | 286602 | 7/31/2018 | $95.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003329 | $6,483.24 | 9/6/2018 | 286450 | 6/19/2018 | $17.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003329 | $6,483.24 | 9/6/2018 | 286613 | 7/31/2018 | $95.94 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002794 | $527.73 | 9/5/2018 | 286447 | 6/18/2018 | $140.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003329 | $6,483.24 | 9/6/2018 | 286614 | 7/31/2018 | $191.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001852 | $933.21 | 9/4/2018 | 286441-20301 | 6/15/2018 | $258.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001852 | $933.21 | 9/4/2018 | 286440 | 6/15/2018 | $404.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001145 | $696.40 | 9/3/2018 | 286439 | 6/14/2018 | $258.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001145 | $696.40 | 9/3/2018 | 286438 | 6/14/2018 | $74.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001145 | $696.40 | 9/3/2018 | 286437 | 6/14/2018 | $41.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001145 | $696.40 | 9/3/2018 | 286436 | 6/14/2018 | $42.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001145 | $696.40 | 9/3/2018 | 286435-20300 | 6/14/2018 | $134.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001145 | $696.40 | 9/3/2018 | 286435-20299 | 6/14/2018 | $114.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001145 | $696.40 | 9/3/2018 | 286434 | 6/14/2018 | $30.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999827 | $407.40 | 8/30/2018 | 286433 | 6/12/2018 | $407.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999281 | $1,017.07 | 8/29/2018 | 286431 | 6/11/2018 | $258.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013755 | $2,822.77 | 9/26/2018 | 286509 | 7/9/2018 | $387.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002794 | $527.73 | 9/5/2018 | 286448 | 6/18/2018 | $387.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003329 | $6,483.24 | 9/6/2018 | 286639 | 8/6/2018 | $235.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998385 | $2,377.36 | 8/28/2018 | 286428-20298 | 6/8/2018 | $55.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003329 | $6,483.24 | 9/6/2018 | 286652 | 8/6/2018 | $41.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003329 | $6,483.24 | 9/6/2018 | 286651 | 8/6/2018 | $344.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003329 | $6,483.24 | 9/6/2018 | 286650 | 8/6/2018 | $31.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003329 | $6,483.24 | 9/6/2018 | 286649 | 8/6/2018 | $195.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003329 | $6,483.24 | 9/6/2018 | 286648 | 8/6/2018 | $39.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003329 | $6,483.24 | 9/6/2018 | 286647 | 8/6/2018 | $31.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003329 | $6,483.24 | 9/6/2018 | 286646 | 8/6/2018 | $31.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003329 | $6,483.24 | 9/6/2018 | 286645 | 8/6/2018 | $63.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003329 | $6,483.24 | 9/6/2018 | 286644 | 8/6/2018 | $432.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003329 | $6,483.24 | 9/6/2018 | 286643 | 8/6/2018 | $95.94 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003329 | $6,483.24 | 9/6/2018 | 286642 | 8/6/2018 | $63.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003329 | $6,483.24 | 9/6/2018 | 286612 | 7/31/2018 | $258.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003329 | $6,483.24 | 9/6/2018 | 286640 | 8/6/2018 | $63.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003329 | $6,483.24 | 9/6/2018 | 286654 | 8/6/2018 | $95.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003329 | $6,483.24 | 9/6/2018 | 286638 | 8/6/2018 | $250.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003329 | $6,483.24 | 9/6/2018 | 286625 | 7/31/2018 | $63.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003329 | $6,483.24 | 9/6/2018 | 286624 | 7/31/2018 | $31.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003329 | $6,483.24 | 9/6/2018 | 286623 | 7/31/2018 | $611.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003329 | $6,483.24 | 9/6/2018 | 286622 | 7/31/2018 | $95.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003329 | $6,483.24 | 9/6/2018 | 286621 | 7/31/2018 | $95.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003329 | $6,483.24 | 9/6/2018 | 286620 | 7/31/2018 | $31.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003329 | $6,483.24 | 9/6/2018 | 286619 | 7/31/2018 | $127.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003329 | $6,483.24 | 9/6/2018 | 286618 | 7/31/2018 | $63.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003329 | $6,483.24 | 9/6/2018 | 286617 | 7/31/2018 | $95.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003329 | $6,483.24 | 9/6/2018 | 286616 | 7/31/2018 | $63.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003329 | $6,483.24 | 9/6/2018 | 286615 | 7/31/2018 | $127.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003329 | $6,483.24 | 9/6/2018 | 286641 | 8/6/2018 | $144.11 |

Totals:    29 transfer(s),    $35,190.43