# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SEARS HOLDINGS CORPORATION., et al.,** ) | Case No.  18-23538 (RDD) |
| ) | Lead Case – Jointly Administered |
| ) | |
| ) | Chapter 11 |
| ) | |
| **KMART CORPORATION.** ) | |
| **DEBTOR.** ) | Debtor Case No.  18-23549 (RDD) |

## NOTICE OF WITHDRAWAL OF CLAIM

On August 29, 2019, the Tennessee Department of Revenue (TDOR) filed proof of claim no. 20178 in the case of KMART Corporation. Case No. 18-23549.  Claim has been satisfied. TDOR hereby gives notice that it wishes to withdraw claim no. 20178.

>
> Respectfully submitted,
> HERBERT H. SLATERY III
> Attorney General & Reporter
>
> /s/ Marvin E. Clements, Jr.
> MARVIN E. CLEMENTS, JR. BPR.016031
> Senior Assistant Attorney General
> Bankruptcy Division
> Office of the Tennessee Attorney General
> PO Box 20207
> Nashville, Tennessee 37202-0207
> (615) 741-1935
> agbanknewyork@ag.tn.gov

# CERTIFICATE OF SERVICE

      I certify that on January 29, 2020 a copy of the foregoing Notice of Withdrawal of Claim was sent via U.S. mail, postage prepaid, or electronically to the parties set out below.

      /s/ Marvin E. Clements, Jr.

**Paul M. Basta**
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

**Jacqueline Marcus**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

*U.S. Trustee*
**United States Trustee**
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

*Claims and Noticing Agent*
**Prime Clerk, LLC**
One Grand Central Place
60 East 42nd Street, Suite 1440
New York, NY 10165