**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Capital Building Services Group, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995862 | $50,801.52 | 8/20/2018 | 5346-3290 | 6/1/2018 | $3,266.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995862 | $50,801.52 | 8/20/2018 | 5346-3283 | 6/1/2018 | $3,588.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995862 | $50,801.52 | 8/20/2018 | 5346-3296 | 6/1/2018 | $2,609.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995862 | $50,801.52 | 8/20/2018 | 5346-3295 | 6/1/2018 | $2,623.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995862 | $50,801.52 | 8/20/2018 | 5346-3294 | 6/1/2018 | $2,623.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995862 | $50,801.52 | 8/20/2018 | 5346-3293 | 6/1/2018 | $3,437.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995862 | $50,801.52 | 8/20/2018 | 5346-3298 | 6/1/2018 | $2,609.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995862 | $50,801.52 | 8/20/2018 | 5346-3291 | 6/1/2018 | $2,623.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009880 | $49,978.73 | 9/19/2018 | 5371-10125 | 7/1/2018 | $3,574.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995862 | $50,801.52 | 8/20/2018 | 5346-3289 | 6/1/2018 | $3,437.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995862 | $50,801.52 | 8/20/2018 | 5346-3288 | 6/1/2018 | $3,248.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995862 | $50,801.52 | 8/20/2018 | 5346-3287 | 6/1/2018 | $4,719.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995862 | $50,801.52 | 8/20/2018 | 5346-3286 | 6/1/2018 | $3,437.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995862 | $50,801.52 | 8/20/2018 | 5346-3285 | 6/1/2018 | $3,437.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995862 | $50,801.52 | 8/20/2018 | 5346-3284 | 6/1/2018 | $3,248.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995862 | $50,801.52 | 8/20/2018 | 5346-3292 | 6/1/2018 | $3,266.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009880 | $49,978.73 | 9/19/2018 | 5371-10132 | 7/1/2018 | $3,209.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009880 | $49,978.73 | 9/19/2018 | 5371-10139 | 7/1/2018 | $2,577.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009880 | $49,978.73 | 9/19/2018 | 5371-10138 | 7/1/2018 | $2,564.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009880 | $49,978.73 | 9/19/2018 | 5371-10137 | 7/1/2018 | $2,577.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009880 | $49,978.73 | 9/19/2018 | 5371-10136 | 7/1/2018 | $2,577.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009880 | $49,978.73 | 9/19/2018 | 5371-10135 | 7/1/2018 | $3,380.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995862 | $50,801.52 | 8/20/2018 | 5346-3297 | 6/1/2018 | $2,623.33 |

Capital Building Services Group, Inc. (2191098)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020

Exhibit A

P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009880 | $49,978.73 | 9/19/2018 | 5371-10133 | 7/1/2018 | $2,577.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009880 | $49,978.73 | 9/19/2018 | 5371-10140 | 7/1/2018 | $2,564.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009880 | $49,978.73 | 9/19/2018 | 5371-10131 | 7/1/2018 | $3,380.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009880 | $49,978.73 | 9/19/2018 | 5371-10130 | 7/1/2018 | $3,191.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009880 | $49,978.73 | 9/19/2018 | 5371-10129 | 7/1/2018 | $4,641.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009880 | $49,978.73 | 9/19/2018 | 5371-10128 | 7/1/2018 | $3,380.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009880 | $49,978.73 | 9/19/2018 | 5371-10127 | 7/1/2018 | $3,380.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009880 | $49,978.73 | 9/19/2018 | 5371-10126 | 7/1/2018 | $3,191.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009880 | $49,978.73 | 9/19/2018 | 5371-10134 | 7/1/2018 | $3,209.37 |

Totals:    2 transfer(s),    $100,780.25