**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Fila U.S.A., Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09783 | $251,884.21 | 8/21/2018 | 722324 | 7/31/2018 | $2,256.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08721 | $360,075.27 | 8/20/2018 | 720996 | 7/30/2018 | $14,100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11291 | $149,426.39 | 8/23/2018 | 731926 | 8/6/2018 | $90,240.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09783 | $251,884.21 | 8/21/2018 | 0000722547-1217 | 8/1/2018 | $18,643.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09783 | $251,884.21 | 8/21/2018 | 722381 | 7/31/2018 | $18,456.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09783 | $251,884.21 | 8/21/2018 | 722327 | 7/31/2018 | $29,626.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11291 | $149,426.39 | 8/23/2018 | 731928 | 8/6/2018 | $25,448.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09783 | $251,884.21 | 8/21/2018 | 722325 | 7/31/2018 | $10,575.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12748 | $103,071.00 | 8/27/2018 | 736329 | 8/8/2018 | $31,584.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09783 | $251,884.21 | 8/21/2018 | 722323 | 7/31/2018 | $3,820.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09783 | $251,884.21 | 8/21/2018 | 722123 | 7/31/2018 | $45,920.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09783 | $251,884.21 | 8/21/2018 | 722122 | 7/31/2018 | $31,090.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09783 | $251,884.21 | 8/21/2018 | 722121 | 7/31/2018 | $43,099.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09783 | $251,884.21 | 8/21/2018 | 722120 | 7/31/2018 | $10,575.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00160 | $20,937.52 | 8/3/2018 | 654722 | 6/5/2018 | $1,015.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09783 | $251,884.21 | 8/21/2018 | 722326 | 7/31/2018 | $67,158.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13828 | $290,641.12 | 8/28/2018 | 732864 | 8/7/2018 | $1,218.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13828 | $290,641.12 | 8/28/2018 | 732871 | 8/7/2018 | $1,269.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13828 | $290,641.12 | 8/28/2018 | 732870 | 8/7/2018 | $1,573.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13828 | $290,641.12 | 8/28/2018 | 732869 | 8/7/2018 | $1,573.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13828 | $290,641.12 | 8/28/2018 | 732868 | 8/7/2018 | $1,370.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13828 | $290,641.12 | 8/28/2018 | 732867 | 8/7/2018 | $1,370.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11291 | $149,426.39 | 8/23/2018 | 731927 | 8/6/2018 | $33,930.24 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13828 | $290,641.12 | 8/28/2018 | 732865 | 8/7/2018 | $1,218.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08721 | $360,075.27 | 8/20/2018 | 712623 | 7/24/2018 | $32,875.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13828 | $290,641.12 | 8/28/2018 | 732863 | 8/7/2018 | $1,218.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13828 | $290,641.12 | 8/28/2018 | 732862 | 8/7/2018 | $1,218.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12748 | $103,071.00 | 8/27/2018 | 736973 | 8/8/2018 | $10,575.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12748 | $103,071.00 | 8/27/2018 | 736332 | 8/8/2018 | $10,152.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12748 | $103,071.00 | 8/27/2018 | 736331 | 8/8/2018 | $25,380.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12748 | $103,071.00 | 8/27/2018 | 736330 | 8/8/2018 | $25,380.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13828 | $290,641.12 | 8/28/2018 | 732866 | 8/7/2018 | $1,218.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00861 | $60,470.71 | 8/6/2018 | 708027 | 7/20/2018 | $60,483.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08721 | $360,075.27 | 8/20/2018 | 720998 | 7/30/2018 | $41,068.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07306 | $111,887.62 | 8/16/2018 | 712625 | 7/24/2018 | $38,229.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07306 | $111,887.62 | 8/16/2018 | 712624 | 7/24/2018 | $35,915.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04715 | $860.00 | 8/13/2018 | 0000748570-1211 | 6/5/2018 | $860.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03325 | $2,065.44 | 8/9/2018 | 711379 | 7/23/2018 | $23,688.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07306 | $111,887.62 | 8/16/2018 | 720999 | 7/30/2018 | $9,329.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01898 | $75,553.44 | 8/7/2018 | 701982 | 7/18/2018 | $28,967.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07306 | $111,887.62 | 8/16/2018 | 0000748572-1212 | 6/5/2018 | $850.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00160 | $20,937.52 | 8/3/2018 | 700024 | 7/17/2018 | $20,168.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00160 | $20,937.52 | 8/3/2018 | 654749 | 6/5/2018 | $1,522.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00160 | $20,937.52 | 8/3/2018 | 654736 | 6/5/2018 | $1,421.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00160 | $20,937.52 | 8/3/2018 | 654727 | 6/5/2018 | $1,015.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00160 | $20,937.52 | 8/3/2018 | 654726 | 6/5/2018 | $1,015.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00160 | $20,937.52 | 8/3/2018 | 654725 | 6/5/2018 | $1,015.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01898 | $75,553.44 | 8/7/2018 | 701984 | 7/18/2018 | $46,586.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08721 | $360,075.27 | 8/20/2018 | 674366 | 6/21/2018 | $61,891.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08721 | $360,075.27 | 8/20/2018 | 701983 | 7/18/2018 | $29,800.82 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08721 | $360,075.27 | 8/20/2018 | 694713 | 7/9/2018 | $28,795.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08721 | $360,075.27 | 8/20/2018 | 694712 | 7/9/2018 | $23,808.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08721 | $360,075.27 | 8/20/2018 | 694711 | 7/9/2018 | $29,846.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08721 | $360,075.27 | 8/20/2018 | 683528 | 6/28/2018 | $35,735.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07306 | $111,887.62 | 8/16/2018 | 720997 | 7/30/2018 | $32,886.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08721 | $360,075.27 | 8/20/2018 | 679342 | 6/23/2018 | $29,130.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13828 | $290,641.12 | 8/28/2018 | 732874 | 8/7/2018 | $1,269.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08001 | $87,980.75 | 8/17/2018 | 670131 | 6/19/2018 | $11,896.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08001 | $87,980.75 | 8/17/2018 | 670130 | 6/19/2018 | $46,198.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08001 | $87,980.75 | 8/17/2018 | 670129 | 6/19/2018 | $32,295.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07306 | $111,887.62 | 8/16/2018 | 0000748575-1215 | 6/5/2018 | $1,500.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07306 | $111,887.62 | 8/16/2018 | 0000748574-1214 | 6/5/2018 | $1,386.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07306 | $111,887.62 | 8/16/2018 | 0000748573-1213 | 6/5/2018 | $820.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08721 | $360,075.27 | 8/20/2018 | 679343 | 6/23/2018 | $36,096.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89970 | $57,303.87 | 7/17/2018 | 654750 | 6/5/2018 | $1,319.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13828 | $290,641.12 | 8/28/2018 | 732872 | 8/7/2018 | $1,269.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89970 | $57,303.87 | 7/17/2018 | 654756 | 6/5/2018 | $1,522.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89970 | $57,303.87 | 7/17/2018 | 654755 | 6/5/2018 | $1,466.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89970 | $57,303.87 | 7/17/2018 | 654754 | 6/5/2018 | $1,342.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89970 | $57,303.87 | 7/17/2018 | 654753 | 6/5/2018 | $1,421.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89970 | $57,303.87 | 7/17/2018 | 654758 | 6/5/2018 | $1,508.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89970 | $57,303.87 | 7/17/2018 | 654751 | 6/5/2018 | $1,319.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89970 | $57,303.87 | 7/17/2018 | 654759 | 6/5/2018 | $1,102.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89970 | $57,303.87 | 7/17/2018 | 654748 | 6/5/2018 | $1,536.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89970 | $57,303.87 | 7/17/2018 | 654747 | 6/5/2018 | $1,522.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89970 | $57,303.87 | 7/17/2018 | 654746 | 6/5/2018 | $2,115.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89970 | $57,303.87 | 7/17/2018 | 654745 | 6/5/2018 | $2,707.20 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89970 | $57,303.87 | 7/17/2018 | 654744 | 6/5/2018 | $3,775.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89970 | $57,303.87 | 7/17/2018 | 654743 | 6/5/2018 | $1,421.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89970 | $57,303.87 | 7/17/2018 | 654752 | 6/5/2018 | $1,319.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89970 | $57,303.87 | 7/17/2018 | 683527 | 6/28/2018 | $35,720.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96220 | $11,844.00 | 7/27/2018 | 694770 | 7/9/2018 | $11,844.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95526 | $89,008.80 | 7/26/2018 | 694773 | 7/9/2018 | $34,059.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95526 | $89,008.80 | 7/26/2018 | 694772 | 7/9/2018 | $10,888.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95526 | $89,008.80 | 7/26/2018 | 694771 | 7/9/2018 | $10,888.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95526 | $89,008.80 | 7/26/2018 | 694714 | 7/9/2018 | $36,096.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89970 | $57,303.87 | 7/17/2018 | 654757 | 6/5/2018 | $1,522.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92128 | $23,123.06 | 7/20/2018 | 670128 | 6/19/2018 | $23,123.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89970 | $57,303.87 | 7/17/2018 | 654740 | 6/5/2018 | $659.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89970 | $57,303.87 | 7/17/2018 | 674365 | 6/21/2018 | $24,965.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89970 | $57,303.87 | 7/17/2018 | 654767 | 6/5/2018 | $1,105.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89970 | $57,303.87 | 7/17/2018 | 654763 | 6/5/2018 | $659.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89970 | $57,303.87 | 7/17/2018 | 654762 | 6/5/2018 | $1,408.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89970 | $57,303.87 | 7/17/2018 | 654761 | 6/5/2018 | $2,707.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89970 | $57,303.87 | 7/17/2018 | 654760 | 6/5/2018 | $1,624.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95526 | $89,008.80 | 7/26/2018 | 0000634767-1 | 5/19/2018 | $45,796.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13828 | $290,641.12 | 8/28/2018 | 738399 | 8/10/2018 | $40,845.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E21401 | $5,648.78 | 9/12/2018 | 0000744972-2289 | 5/8/2018 | $1,250.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E21401 | $5,648.78 | 9/12/2018 | 0000734452-2288 | 2/9/2018 | $299.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E21401 | $5,648.78 | 9/12/2018 | 0000728569-2287 | 12/8/2017 | $1,515.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E21401 | $5,648.78 | 9/12/2018 | 0000728568-2286 | 12/8/2017 | $2,355.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E21401 | $5,648.78 | 9/12/2018 | 0000728558-2285 | 12/8/2017 | $2,934.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89970 | $57,303.87 | 7/17/2018 | 654742 | 6/5/2018 | $1,421.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13828 | $290,641.12 | 8/28/2018 | 738400 | 8/10/2018 | $70,225.05 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27016 | $26,927.51 | 9/24/2018 | 763436 | 9/7/2018 | $27,132.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13828 | $290,641.12 | 8/28/2018 | 738398 | 8/10/2018 | $10,340.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13828 | $290,641.12 | 8/28/2018 | 732983 | 8/7/2018 | $52,936.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13828 | $290,641.12 | 8/28/2018 | 732982 | 8/7/2018 | $26,451.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13828 | $290,641.12 | 8/28/2018 | 732981 | 8/7/2018 | $40,081.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13828 | $290,641.12 | 8/28/2018 | 732980 | 8/7/2018 | $37,246.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96941 | $48,510.00 | 7/30/2018 | 0000747066-4 | 5/19/2018 | $48,720.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E21401 | $5,648.78 | 9/12/2018 | 681934 | 6/28/2018 | $57,304.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89970 | $57,303.87 | 7/17/2018 | 654731 | 6/5/2018 | $1,522.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13828 | $290,641.12 | 8/28/2018 | 732873 | 8/7/2018 | $1,269.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89970 | $57,303.87 | 7/17/2018 | 654739 | 6/5/2018 | $1,355.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89970 | $57,303.87 | 7/17/2018 | 654738 | 6/5/2018 | $1,171.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89970 | $57,303.87 | 7/17/2018 | 654737 | 6/5/2018 | $1,329.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89970 | $57,303.87 | 7/17/2018 | 654735 | 6/5/2018 | $1,368.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89970 | $57,303.87 | 7/17/2018 | 654734 | 6/5/2018 | $1,302.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E21401 | $5,648.78 | 9/12/2018 | 0000744973-2290 | 5/8/2018 | $1,237.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89970 | $57,303.87 | 7/17/2018 | 654732 | 6/5/2018 | $1,452.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22145 | $147.00 | 9/13/2018 | 0000750100-2291 | 7/18/2018 | $147.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89970 | $57,303.87 | 7/17/2018 | 654730 | 6/5/2018 | $338.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89970 | $57,303.87 | 7/17/2018 | 654729 | 6/5/2018 | $1,381.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89970 | $57,303.87 | 7/17/2018 | 654728 | 6/5/2018 | $1,206.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89970 | $57,303.87 | 7/17/2018 | 654724 | 6/5/2018 | $1,015.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89970 | $57,303.87 | 7/17/2018 | 654723 | 6/5/2018 | $1,015.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89970 | $57,303.87 | 7/17/2018 | 654741 | 6/5/2018 | $659.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89970 | $57,303.87 | 7/17/2018 | 654733 | 6/5/2018 | $1,421.28 |

Totals:    20 transfer(s),    $1,777,366.49