**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **CareerBuilder, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013638 | $72,896.68 | 9/26/2018 | CB03661666 | 7/9/2018 | $72,896.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008760 | $72,896.68 | 9/18/2018 | CB03640845 | 6/9/2018 | $72,896.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982336 | $72,896.68 | 7/23/2018 | CB03624158 | 5/9/2018 | $72,896.68 |
| **Totals:** | | **3 transfer(s),** | **$218,690.04** | | | | |