**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Castle Alliance, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009890 | $16,200.00 | 9/19/2018 | 1084-11881 | 7/2/2018 | $8,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009890 | $16,200.00 | 9/19/2018 | 1084-11880 | 7/2/2018 | $8,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995875 | $282,188.00 | 8/20/2018 | 1080-7882 | 6/4/2018 | $20,250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995875 | $282,188.00 | 8/20/2018 | 1080-7881 | 6/4/2018 | $261,938.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988071 | $75,000.00 | 8/2/2018 | 1079 | 5/22/2018 | $75,000.00 |

**Totals:** 3 transfer(s), $373,388.00