**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Catalyst Career Group, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238080 | $8,750.00 | 8/10/2018 | 7664-IN | 7/14/2018 | $875.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234966 | $1,750.00 | 7/24/2018 | 7637-IN | 6/27/2018 | $875.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235410 | $1,750.00 | 7/26/2018 | 7641-IN | 6/28/2018 | $875.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235410 | $1,750.00 | 7/26/2018 | 7642-IN | 6/28/2018 | $875.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238080 | $8,750.00 | 8/10/2018 | 7655-IN | 7/13/2018 | $875.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238080 | $8,750.00 | 8/10/2018 | 7656-IN | 7/13/2018 | $875.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234966 | $1,750.00 | 7/24/2018 | 7636-IN | 6/27/2018 | $875.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238080 | $8,750.00 | 8/10/2018 | 7663-IN | 7/14/2018 | $875.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239120 | $1,750.00 | 8/17/2018 | 7678-IN | 7/22/2018 | $875.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238080 | $8,750.00 | 8/10/2018 | 7665-IN | 7/14/2018 | $875.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238080 | $8,750.00 | 8/10/2018 | 7666-IN | 7/14/2018 | $875.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238080 | $8,750.00 | 8/10/2018 | 7667-IN | 7/14/2018 | $875.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238080 | $8,750.00 | 8/10/2018 | 7668-IN | 7/14/2018 | $875.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238080 | $8,750.00 | 8/10/2018 | 7669-IN | 7/14/2018 | $875.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239120 | $1,750.00 | 8/17/2018 | 7677-IN | 7/22/2018 | $875.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238080 | $8,750.00 | 8/10/2018 | 7662-IN | 7/13/2018 | $875.00 |

**Totals:** 4 transfer(s), $14,000.00

Catalyst Career Group, LLC (2219441)  
Bankruptcy Case: Sears Holdings Corporation, et al.