**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Central Mills, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999183 | $349,726.95 | 8/29/2018 | 2014629 | 7/23/2018 | $6,189.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981290 | $111,292.07 | 7/19/2018 | 1997950 | 6/13/2018 | $7,225.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999183 | $349,726.95 | 8/29/2018 | 2016285 | 7/25/2018 | $11,489.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999183 | $349,726.95 | 8/29/2018 | 2015594 | 7/24/2018 | $120,643.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999183 | $349,726.95 | 8/29/2018 | 2015593 | 7/24/2018 | $2,241.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999183 | $349,726.95 | 8/29/2018 | 2014633 | 7/23/2018 | $15,153.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999183 | $349,726.95 | 8/29/2018 | 2014632 | 7/23/2018 | $47,950.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999183 | $349,726.95 | 8/29/2018 | 2017499 | 7/30/2018 | $83,221.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999183 | $349,726.95 | 8/29/2018 | 2014630 | 7/23/2018 | $7,790.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999183 | $349,726.95 | 8/29/2018 | 2017500 | 7/30/2018 | $25,493.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999183 | $349,726.95 | 8/29/2018 | 2014628 | 7/23/2018 | $28,956.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991587 | $19,820.08 | 8/13/2018 | 2011707 | 7/16/2018 | $22,303.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981290 | $111,292.07 | 7/19/2018 | 1998068 | 6/13/2018 | $44,771.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981290 | $111,292.07 | 7/19/2018 | 1997953 | 6/13/2018 | $39,809.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981290 | $111,292.07 | 7/19/2018 | 1997952 | 6/13/2018 | $16,984.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981290 | $111,292.07 | 7/19/2018 | 1997951-22153 | 6/13/2018 | $2,500.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981290 | $111,292.07 | 7/19/2018 | 1997951-22151 | 6/13/2018 | $209.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999183 | $349,726.95 | 8/29/2018 | 2014631 | 7/23/2018 | $2,098.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009896 | $189,578.01 | 9/19/2018 | 2023827-22159 | 8/9/2018 | $26,625.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009896 | $189,578.01 | 9/19/2018 | 2028704 | 8/20/2018 | $5,525.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009896 | $189,578.01 | 9/19/2018 | 2027788 | 8/17/2018 | $8,303.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009896 | $189,578.01 | 9/19/2018 | 2027787 | 8/17/2018 | $6,478.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009896 | $189,578.01 | 9/19/2018 | 2024846 | 8/13/2018 | $843.46 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009896 | $189,578.01 | 9/19/2018 | 2024845 | 8/13/2018 | $30,157.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009896 | $189,578.01 | 9/19/2018 | 2024843 | 8/13/2018 | $44,202.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999183 | $349,726.95 | 8/29/2018 | 2016538 | 7/26/2018 | $2,098.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009896 | $189,578.01 | 9/19/2018 | 2024393 | 8/10/2018 | $12,080.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009896 | $189,578.01 | 9/19/2018 | 2028705 | 8/20/2018 | $3,130.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009896 | $189,578.01 | 9/19/2018 | 2023827-22157 | 8/9/2018 | $218.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009896 | $189,578.01 | 9/19/2018 | 2023826 | 8/9/2018 | $42,240.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009896 | $189,578.01 | 9/19/2018 | 2023825 | 8/9/2018 | $9,790.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006080 | $25,902.63 | 9/12/2018 | 2024394 | 8/10/2018 | $19,160.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006080 | $25,902.63 | 9/12/2018 | 2024392-22156 | 8/10/2018 | $6,742.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006080 | $25,902.63 | 9/12/2018 | 2024392-22155 | 8/10/2018 | $171.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002697 | $2,241.07 | 9/5/2018 | 2016537 | 7/26/2018 | $2,241.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009896 | $189,578.01 | 9/19/2018 | 2024395 | 8/10/2018 | $198.46 |

**Totals:**    6 transfer(s),    $698,560.81