**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **ChannelAdvisor Corporation** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013657 | $33,941.74 | 9/26/2018 | INVCA97781 | 6/30/2018 | $33,941.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009908 | $24,665.72 | 9/19/2018 | INVCA95474 | 7/3/2018 | $24,665.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002706 | $21,473.73 | 9/5/2018 | INVCA97812 | 6/30/2018 | $21,473.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999193 | $40,000.00 | 8/29/2018 | INVCA95802 | 6/11/2018 | $20,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999193 | $40,000.00 | 8/29/2018 | INVCA95801 | 6/11/2018 | $20,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989906 | $35,570.79 | 8/9/2018 | INVCA95285 | 5/31/2018 | $35,570.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984684 | $885.14 | 7/26/2018 | INVCA93727 | 7/3/2018 | $885.14 |

Totals:    6 transfer(s),    $156,537.12