**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Chattem, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991599 | $10,188.95 | 8/1/2018 | 3285980 | 6/25/2018 | $6,112.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999195 | $77,317.49 | 8/15/2018 | 3292909 | 7/10/2018 | $21,311.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999195 | $77,317.49 | 8/15/2018 | 3292136 | 7/9/2018 | $6,919.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999195 | $77,317.49 | 8/15/2018 | 3292135 | 7/9/2018 | $35,959.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995893 | $372.81 | 8/8/2018 | CD3102940ED | 7/31/2018 | $18.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995893 | $372.81 | 8/8/2018 | 3299342-6142 | 7/24/2018 | $377.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991599 | $10,188.95 | 8/1/2018 | 4421038535-6148 | 4/24/2017 | $1.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984686 | $55,703.93 | 7/18/2018 | 3278507 | 6/11/2018 | $48,469.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991599 | $10,188.95 | 8/1/2018 | 4421038535-6146 | 4/24/2017 | $15.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002708 | $39,725.23 | 8/22/2018 | 3299342-6145 | 7/24/2018 | $39,753.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991599 | $10,188.95 | 8/1/2018 | 3285977 | 6/25/2018 | $6,374.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988086 | $82,226.51 | 7/25/2018 | 3285979-6141 | 6/25/2018 | $34,236.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988086 | $82,226.51 | 7/25/2018 | 3285979-6139 | 6/25/2018 | $359.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988086 | $82,226.51 | 7/25/2018 | 3285976-6138 | 6/25/2018 | $48,017.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988086 | $82,226.51 | 7/25/2018 | 3285976-6136 | 6/25/2018 | $555.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984686 | $55,703.93 | 7/18/2018 | 3278508 | 6/11/2018 | $11,003.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991599 | $10,188.95 | 8/1/2018 | 4421038535-6147 | 4/24/2017 | $15.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009914 | $47,912.82 | 9/5/2018 | 8361D006215551B | 1/30/2018 | $2,010.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020574 | $29,547.60 | 9/26/2018 | 3310375 | 8/20/2018 | $5,674.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020574 | $29,547.60 | 9/26/2018 | 3310374 | 8/20/2018 | $17,627.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020574 | $29,547.60 | 9/26/2018 | 3304944-10861 | 8/6/2018 | $174.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017090 | $24,461.49 | 9/19/2018 | 3310378-10860 | 8/20/2018 | $24,559.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017090 | $24,461.49 | 9/19/2018 | 3310378-10858 | 8/20/2018 | $1,347.60 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013660 | $37,646.57 | 9/12/2018 | 3304945 | 8/6/2018 | $5,779.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999195 | $77,317.49 | 8/15/2018 | 3292910 | 7/10/2018 | $13,204.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013660 | $37,646.57 | 9/12/2018 | 3304942 | 8/6/2018 | $26,474.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002708 | $39,725.23 | 8/22/2018 | 3299342-6143 | 7/24/2018 | $377.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009914 | $47,912.82 | 9/5/2018 | 8361D006215550B | 1/30/2018 | $51.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009914 | $47,912.82 | 9/5/2018 | 3304944-10857 | 8/6/2018 | $45,850.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009914 | $47,912.82 | 9/5/2018 | 3304944-10855 | 8/6/2018 | $174.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006092 | $20,348.48 | 8/29/2018 | 3299347 | 7/24/2018 | $7,543.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006092 | $20,348.48 | 8/29/2018 | 3299346 | 7/24/2018 | $15,774.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006092 | $20,348.48 | 8/29/2018 | 3299343 | 7/24/2018 | $10,570.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020574 | $29,547.60 | 9/26/2018 | 3310379 | 8/20/2018 | $6,150.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013660 | $37,646.57 | 9/12/2018 | 3304943 | 8/6/2018 | $5,450.88 |

**Totals:** 11 transfer(s), $425,451.88