ask LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **FLP, LLC fdba Frontline Products Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986545 | $98,513.38 | 7/31/2018 | 103383-57889 | 4/11/2018 | $1,105.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986545 | $98,513.38 | 7/31/2018 | 126877 | 5/29/2018 | $5,713.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986545 | $98,513.38 | 7/31/2018 | 126875 | 5/29/2018 | $25,236.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986545 | $98,513.38 | 7/31/2018 | 126874 | 5/29/2018 | $9,523.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986545 | $98,513.38 | 7/31/2018 | 126873 | 5/29/2018 | $9,999.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986545 | $98,513.38 | 7/31/2018 | 103388-57899 | 4/11/2018 | $1,198.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986545 | $98,513.38 | 7/31/2018 | 103387-57897 | 4/11/2018 | $883.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986545 | $98,513.38 | 7/31/2018 | 103386-57895 | 4/11/2018 | $1,106.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981978 | $47,217.84 | 7/20/2018 | 126556-57888 | 4/30/2018 | $202.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986545 | $98,513.38 | 7/31/2018 | 103384-57891 | 4/11/2018 | $1,955.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989256 | $89,804.14 | 8/8/2018 | 127202 | 6/21/2018 | $21,352.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981978 | $47,217.84 | 7/20/2018 | 126882 | 5/29/2018 | $1,773.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981978 | $47,217.84 | 7/20/2018 | 126881 | 5/29/2018 | $7,183.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981978 | $47,217.84 | 7/20/2018 | 126880 | 5/29/2018 | $3,244.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981978 | $47,217.84 | 7/20/2018 | 126879 | 5/29/2018 | $1,137.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981978 | $47,217.84 | 7/20/2018 | 126878 | 5/29/2018 | $1,630.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981978 | $47,217.84 | 7/20/2018 | 126876 | 5/29/2018 | $5,237.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981978 | $47,217.84 | 7/20/2018 | 126760 | 5/21/2018 | $27,364.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986545 | $98,513.38 | 7/31/2018 | 103385-57893 | 4/11/2018 | $1,489.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989991 | $42,343.25 | 8/9/2018 | 127209 | 6/21/2018 | $30,180.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992786 | $57,273.22 | 8/15/2018 | 127295 | 6/26/2018 | $19,840.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992786 | $57,273.22 | 8/15/2018 | 127268 | 6/25/2018 | $37,433.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991684 | $38,464.24 | 8/13/2018 | 127288 | 6/25/2018 | $672.27 |

FLP, LLC fdba Frontline Products Inc. (2219304)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                    Exhibit A                                    P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991684 | $38,464.24 | 8/13/2018 | 127287-57909 | 6/25/2018 | $37,912.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991684 | $38,464.24 | 8/13/2018 | 127287-57907 | 6/25/2018 | $35.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990768 | $106,331.71 | 8/10/2018 | 127260-57906 | 6/22/2018 | $31,183.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990768 | $106,331.71 | 8/10/2018 | 127260-57904 | 6/22/2018 | $1,416.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986545 | $98,513.38 | 7/31/2018 | 127408-57901 | 7/2/2018 | $48,083.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990768 | $106,331.71 | 8/10/2018 | 127258 | 6/22/2018 | $38,530.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989256 | $89,804.14 | 8/8/2018 | 127195-57902 | 6/20/2018 | $24,192.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989991 | $42,343.25 | 8/9/2018 | 127208 | 6/21/2018 | $1,249.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989991 | $42,343.25 | 8/9/2018 | 127207 | 6/21/2018 | $10,913.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989256 | $89,804.14 | 8/8/2018 | 127220-57903 | 6/21/2018 | $1,404.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989256 | $89,804.14 | 8/8/2018 | 127206 | 6/21/2018 | $11,112.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989256 | $89,804.14 | 8/8/2018 | 127205 | 6/21/2018 | $20,560.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989256 | $89,804.14 | 8/8/2018 | 127204 | 6/21/2018 | $5,400.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989256 | $89,804.14 | 8/8/2018 | 127203 | 6/21/2018 | $5,992.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994638 | $5,237.69 | 8/17/2018 | 126913 | 5/31/2018 | $5,237.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990768 | $106,331.71 | 8/10/2018 | 127259 | 6/22/2018 | $36,618.84 |

**Totals:**     8 transfer(s),   $485,185.47

FLP, LLC fdba Frontline Products Inc. (2219304)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020          Exhibit A          P. 2