**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Chicago Aerosol, LLC dba Elco Laboratories** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12599 | $432.81 | 8/27/2018 | 94224 | 6/19/2018 | $31.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08568 | $905.48 | 8/20/2018 | 94086 | 6/14/2018 | $115.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08568 | $905.48 | 8/20/2018 | 94087 | 6/14/2018 | $46.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08568 | $905.48 | 8/20/2018 | 94088 | 6/14/2018 | $181.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08568 | $905.48 | 8/20/2018 | 94089 | 6/14/2018 | $37.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08568 | $905.48 | 8/20/2018 | 94090 | 6/14/2018 | $183.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00110 | $4,627.92 | 8/3/2018 | 94229 | 6/19/2018 | $4,627.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11218 | $7,546.13 | 8/23/2018 | 94974 | 7/17/2018 | $4,315.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08568 | $905.48 | 8/20/2018 | 94083 | 6/14/2018 | $109.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12599 | $432.81 | 8/27/2018 | 94226 | 6/19/2018 | $72.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12599 | $432.81 | 8/27/2018 | 94228 | 6/19/2018 | $31.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12599 | $432.81 | 8/27/2018 | 94230 | 6/19/2018 | $15.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12599 | $432.81 | 8/27/2018 | 94232 | 6/19/2018 | $292.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15259 | $5,785.28 | 8/30/2018 | 95180 | 7/24/2018 | $1,607.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15259 | $5,785.28 | 8/30/2018 | 95181 | 7/24/2018 | $1,393.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11218 | $7,546.13 | 8/23/2018 | 94971 | 7/17/2018 | $3,234.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07210 | $12,822.35 | 8/16/2018 | 94768 | 7/10/2018 | $1,920.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00713 | $759.24 | 8/6/2018 | 93621 | 5/29/2018 | $148.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00713 | $759.24 | 8/6/2018 | 93622 | 5/29/2018 | $376.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00713 | $759.24 | 8/6/2018 | 93675 | 5/31/2018 | $140.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00713 | $759.24 | 8/6/2018 | 93676 | 5/31/2018 | $94.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04563 | $5,793.03 | 8/13/2018 | 94619 | 7/5/2018 | $1,393.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04563 | $5,793.03 | 8/13/2018 | 94621 | 7/5/2018 | $1,621.44 |

Chicago Aerosol, LLC dba Elco Laboratories (2219709)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                Exhibit A                                P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08568 | $905.48 | 8/20/2018 | 94085 | 6/14/2018 | $87.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04563 | $5,793.03 | 8/13/2018 | 94665 | 7/5/2018 | $1,393.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08568 | $905.48 | 8/20/2018 | 94084 | 6/14/2018 | $158.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07210 | $12,822.35 | 8/16/2018 | 94781 | 7/10/2018 | $1,920.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07210 | $12,822.35 | 8/16/2018 | 94782 | 7/10/2018 | $1,920.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07210 | $12,822.35 | 8/16/2018 | 94783 | 7/10/2018 | $1,920.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07210 | $12,822.35 | 8/16/2018 | 94784 | 7/10/2018 | $1,920.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07210 | $12,822.35 | 8/16/2018 | 94787 | 7/10/2018 | $3,234.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16558 | $261.04 | 9/4/2018 | 94434 | 6/26/2018 | $15.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04563 | $5,793.03 | 8/13/2018 | 94663 | 7/5/2018 | $1,393.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96796 | $488.44 | 7/30/2018 | 93446 | 5/22/2018 | $180.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15259 | $5,785.28 | 8/30/2018 | 95184 | 7/24/2018 | $1,393.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92697 | $57.98 | 7/23/2018 | 93218 | 5/15/2018 | $169.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95426 | $10,457.64 | 7/26/2018 | 94221 | 6/19/2018 | $1,920.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95426 | $10,457.64 | 7/26/2018 | 94222 | 6/19/2018 | $1,920.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95426 | $10,457.64 | 7/26/2018 | 94225 | 6/19/2018 | $3,234.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95426 | $10,457.64 | 7/26/2018 | 94227 | 6/19/2018 | $2,686.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92697 | $57.98 | 7/23/2018 | 93215 | 5/15/2018 | $140.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96796 | $488.44 | 7/30/2018 | 93444 | 5/22/2018 | $37.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92697 | $57.98 | 7/23/2018 | 93214 | 5/15/2018 | $85.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96796 | $488.44 | 7/30/2018 | 93448 | 5/22/2018 | $84.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96796 | $488.44 | 7/30/2018 | 93450 | 5/22/2018 | $135.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96796 | $488.44 | 7/30/2018 | 93453 | 5/22/2018 | $54.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99373 | $8,544.67 | 8/2/2018 | 94436 | 6/26/2018 | $803.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99373 | $8,544.67 | 8/2/2018 | 94438 | 6/26/2018 | $1,500.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99373 | $8,544.67 | 8/2/2018 | 94446 | 6/26/2018 | $5,552.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95426 | $10,457.64 | 7/26/2018 | 94231 | 6/19/2018 | $696.96 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18493 | $25,506.78 | 9/6/2018 | 95383 | 7/31/2018 | $1,633.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99373 | $8,544.67 | 8/2/2018 | 94448 | 6/26/2018 | $696.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16558 | $261.04 | 9/4/2018 | 94435 | 6/26/2018 | $41.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16558 | $261.04 | 9/4/2018 | 94437 | 6/26/2018 | $45.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16558 | $261.04 | 9/4/2018 | 94445 | 6/26/2018 | $97.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16558 | $261.04 | 9/4/2018 | 94447 | 6/26/2018 | $68.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18493 | $25,506.78 | 9/6/2018 | 95380 | 7/31/2018 | $5,742.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92697 | $57.98 | 7/23/2018 | 93216 | 5/15/2018 | $32.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18493 | $25,506.78 | 9/6/2018 | 95382 | 7/31/2018 | $3,242.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15259 | $5,785.28 | 8/30/2018 | 95186 | 7/24/2018 | $1,393.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18493 | $25,506.78 | 9/6/2018 | 95391 | 7/31/2018 | $7,245.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92697 | $57.98 | 7/23/2018 | 93006 | 5/8/2018 | $36.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92697 | $57.98 | 7/23/2018 | 93008 | 5/8/2018 | $110.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92697 | $57.98 | 7/23/2018 | 93010 | 5/8/2018 | $246.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92697 | $57.98 | 7/23/2018 | 93050 | 5/9/2018 | $12.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92697 | $57.98 | 7/23/2018 | 93207 | 5/15/2018 | $31.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18493 | $25,506.78 | 9/6/2018 | 95381 | 7/31/2018 | $7,642.80 |

Totals:    14 transfer(s),    $83,988.79