**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Church & Dwight Co. Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780993527 | $22,758.94 | 8/6/2018 | 912566818-153837 | 9/23/2017 | $214.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001057 | $3,572.90 | 8/20/2018 | 912978956-153841 | 7/10/2018 | $12,023.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994414 | $32,932.65 | 8/7/2018 | 912967156 | 6/30/2018 | $12,988.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994414 | $32,932.65 | 8/7/2018 | 912966949-153839 | 6/29/2018 | $16,706.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994414 | $32,932.65 | 8/7/2018 | 912966948 | 6/29/2018 | $3,518.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993527 | $22,758.94 | 8/6/2018 | 912965077 | 6/28/2018 | $2,555.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993527 | $22,758.94 | 8/6/2018 | 912965076 | 6/28/2018 | $9,241.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993527 | $22,758.94 | 8/6/2018 | 912964047 | 6/28/2018 | $2,707.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992701 | $3,291.08 | 8/3/2018 | 912224014-153826 | 1/12/2017 | $659.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993527 | $22,758.94 | 8/6/2018 | 912702046-153838 | 12/28/2017 | $323.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001748 | $342,861.84 | 8/21/2018 | 913012613 | 8/2/2018 | $13,485.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992701 | $3,291.08 | 8/3/2018 | 912854523-153836 | 4/11/2018 | $2,055.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992701 | $3,291.08 | 8/3/2018 | 912702046-153834 | 12/28/2017 | $388.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992701 | $3,291.08 | 8/3/2018 | 912603158-153833 | 10/18/2017 | $711.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992701 | $3,291.08 | 8/3/2018 | 912566818-153832 | 9/23/2017 | $497.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992701 | $3,291.08 | 8/3/2018 | 912543175-153829 | 9/7/2017 | $356.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992701 | $3,291.08 | 8/3/2018 | 912543175-153828 | 9/7/2017 | $499.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001748 | $342,861.84 | 8/21/2018 | 913014617 | 8/3/2018 | $32,010.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993527 | $22,758.94 | 8/6/2018 | 912964046 | 6/28/2018 | $7,782.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001748 | $342,861.84 | 8/21/2018 | 913014192 | 8/3/2018 | $8,772.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983707 | $250,356.96 | 7/17/2018 | 912622933-153810 | 11/1/2017 | $41,967.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001748 | $342,861.84 | 8/21/2018 | 913014200 | 8/3/2018 | $22,344.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001748 | $342,861.84 | 8/21/2018 | 913014199-153844 | 8/3/2018 | $14,618.79 |

Church & Dwight Co. Inc. (2219291)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                Exhibit A                                P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781001748 | $342,861.84 | 8/21/2018 | 913014198 | 8/3/2018 | $28,289.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001748 | $342,861.84 | 8/21/2018 | 913014197 | 8/3/2018 | $800.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001748 | $342,861.84 | 8/21/2018 | 913014196 | 8/3/2018 | $29,053.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001748 | $342,861.84 | 8/21/2018 | 913014195 | 8/3/2018 | $19,865.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001057 | $3,572.90 | 8/20/2018 | 913011639 | 8/1/2018 | $14,044.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001748 | $342,861.84 | 8/21/2018 | 913014193 | 8/3/2018 | $533.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001748 | $342,861.84 | 8/21/2018 | 913012612 | 8/2/2018 | $13,217.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001748 | $342,861.84 | 8/21/2018 | 913013188 | 8/2/2018 | $7,699.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001748 | $342,861.84 | 8/21/2018 | 913013187 | 8/2/2018 | $9,194.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001748 | $342,861.84 | 8/21/2018 | 913013186 | 8/2/2018 | $15,257.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001748 | $342,861.84 | 8/21/2018 | 913013185 | 8/2/2018 | $13,872.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001748 | $342,861.84 | 8/21/2018 | 913012616 | 8/2/2018 | $15,906.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001748 | $342,861.84 | 8/21/2018 | 913012615 | 8/2/2018 | $133.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001748 | $342,861.84 | 8/21/2018 | 913012614 | 8/2/2018 | $17,843.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991606 | $11,229.85 | 8/1/2018 | 912958954-153825 | 6/25/2018 | $12,552.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001748 | $342,861.84 | 8/21/2018 | 913014194 | 8/3/2018 | $1,293.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983707 | $250,356.96 | 7/17/2018 | 912964489 | 6/28/2018 | $14,008.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983707 | $250,356.96 | 7/17/2018 | 912965485 | 6/28/2018 | $266.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983707 | $250,356.96 | 7/17/2018 | 912965484 | 6/28/2018 | $26,363.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983707 | $250,356.96 | 7/17/2018 | 912965483 | 6/28/2018 | $266.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983707 | $250,356.96 | 7/17/2018 | 912965482 | 6/28/2018 | $22,431.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983707 | $250,356.96 | 7/17/2018 | 912965481 | 6/28/2018 | $13,199.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983707 | $250,356.96 | 7/17/2018 | 912965480 | 6/28/2018 | $266.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983707 | $250,356.96 | 7/17/2018 | 912965479 | 6/28/2018 | $10,108.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992701 | $3,291.08 | 8/3/2018 | 912412574-153827 | 6/1/2017 | $787.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983707 | $250,356.96 | 7/17/2018 | 912964490 | 6/28/2018 | $9,789.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983707 | $250,356.96 | 7/17/2018 | 912967058 | 6/29/2018 | $36,653.44 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983707 | $250,356.96 | 7/17/2018 | 912964488 | 6/28/2018 | $45,279.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983707 | $250,356.96 | 7/17/2018 | 912964487 | 6/28/2018 | $1,200.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983707 | $250,356.96 | 7/17/2018 | 912930012-153815 | 6/5/2018 | $12,604.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983707 | $250,356.96 | 7/17/2018 | 912701230-153814 | 12/28/2017 | $1,910.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983707 | $250,356.96 | 7/17/2018 | 912680238-153813 | 12/14/2017 | $5,622.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983707 | $250,356.96 | 7/17/2018 | 912624147-153812 | 11/2/2017 | $17,770.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983707 | $250,356.96 | 7/17/2018 | 912624147-153811 | 11/2/2017 | $125.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983707 | $250,356.96 | 7/17/2018 | 912964491 | 6/28/2018 | $29,751.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987172 | $47,840.45 | 7/24/2018 | 912944200 | 6/15/2018 | $8,263.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990665 | $249.99 | 7/31/2018 | 912193575-153824 | 12/15/2016 | $297.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989910 | $1,157.77 | 7/30/2018 | 912944788-153823 | 6/15/2018 | $711.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989910 | $1,157.77 | 7/30/2018 | 912941577-153822 | 6/13/2018 | $711.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989159 | $1,068.53 | 7/27/2018 | 912543172-153821 | 9/7/2017 | $855.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989159 | $1,068.53 | 7/27/2018 | 912060716 | 8/31/2016 | $251.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988519 | $679.53 | 7/26/2018 | 912543172-153820 | 9/7/2017 | $711.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988092 | $16,163.97 | 7/25/2018 | 912947970-153818 | 6/18/2018 | $17,210.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983707 | $250,356.96 | 7/17/2018 | 912966687 | 6/29/2018 | $25,841.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987172 | $47,840.45 | 7/24/2018 | 912945540 | 6/16/2018 | $17,427.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983707 | $250,356.96 | 7/17/2018 | 912966688 | 6/29/2018 | $36,614.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987172 | $47,840.45 | 7/24/2018 | 912944199 | 6/15/2018 | $16,393.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986459 | $12,745.10 | 7/23/2018 | 912944786-153817 | 6/15/2018 | $2,134.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986459 | $12,745.10 | 7/23/2018 | 912942654 | 6/14/2018 | $5,295.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986459 | $12,745.10 | 7/23/2018 | 912942653 | 6/14/2018 | $6,652.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986459 | $12,745.10 | 7/23/2018 | 912939270 | 6/12/2018 | $5,202.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983707 | $250,356.96 | 7/17/2018 | 912967444 | 6/30/2018 | $16,069.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983707 | $250,356.96 | 7/17/2018 | 912967443 | 6/30/2018 | $18,431.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001748 | $342,861.84 | 8/21/2018 | 913014618 | 8/3/2018 | $27,712.44 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987172 | $47,840.45 | 7/24/2018 | 912946432 | 6/17/2018 | $5,826.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022425 | $116,802.21 | 10/1/2018 | 913038642-153856 | 8/23/2018 | $13,080.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022425 | $116,802.21 | 10/1/2018 | 913066477 | 9/12/2018 | $14,937.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022425 | $116,802.21 | 10/1/2018 | 913066476 | 9/12/2018 | $800.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022425 | $116,802.21 | 10/1/2018 | 913066041 | 9/12/2018 | $13,752.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022425 | $116,802.21 | 10/1/2018 | 913066040 | 9/12/2018 | $16,378.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022425 | $116,802.21 | 10/1/2018 | 913066039 | 9/12/2018 | $266.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022425 | $116,802.21 | 10/1/2018 | 913066038 | 9/12/2018 | $23,256.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022425 | $116,802.21 | 10/1/2018 | 913066037 | 9/12/2018 | $533.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014110 | $74,487.62 | 9/13/2018 | 913044165 | 8/27/2018 | $13,820.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022425 | $116,802.21 | 10/1/2018 | 913039909 | 8/23/2018 | $2,252.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023219 | $249,788.99 | 10/2/2018 | 913040698 | 8/24/2018 | $12,704.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021683 | $7,626.65 | 9/28/2018 | 913064656 | 9/11/2018 | $12,577.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018206 | $3,100.43 | 9/21/2018 | 913029091-153851 | 8/15/2018 | $7,995.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014766 | $50,252.95 | 9/14/2018 | 913045891 | 8/28/2018 | $21,841.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014766 | $50,252.95 | 9/14/2018 | 913045890 | 8/28/2018 | $533.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014766 | $50,252.95 | 9/14/2018 | 913045889 | 8/28/2018 | $15,552.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014766 | $50,252.95 | 9/14/2018 | 913019893-153850 | 8/8/2018 | $12,372.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001748 | $342,861.84 | 8/21/2018 | 913014201 | 8/3/2018 | $20,649.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022425 | $116,802.21 | 10/1/2018 | 913039910 | 8/23/2018 | $15,765.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023219 | $249,788.99 | 10/2/2018 | 913068428 | 9/13/2018 | $16,370.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023219 | $249,788.99 | 10/2/2018 | 913069823 | 9/14/2018 | $16,895.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023219 | $249,788.99 | 10/2/2018 | 913069822-153858 | 9/14/2018 | $15,066.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023219 | $249,788.99 | 10/2/2018 | 913069821 | 9/14/2018 | $533.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023219 | $249,788.99 | 10/2/2018 | 913068891 | 9/13/2018 | $30,197.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023219 | $249,788.99 | 10/2/2018 | 913068890 | 9/13/2018 | $1,733.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023219 | $249,788.99 | 10/2/2018 | 913068889 | 9/13/2018 | $17,202.88 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781023219 | $249,788.99 | 10/2/2018 | 913068888 | 9/13/2018 | $12,055.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022425 | $116,802.21 | 10/1/2018 | 913066478 | 9/12/2018 | $15,805.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023219 | $249,788.99 | 10/2/2018 | 913068429 | 9/13/2018 | $29,853.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023219 | $249,788.99 | 10/2/2018 | 913040697 | 8/24/2018 | $1,876.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023219 | $249,788.99 | 10/2/2018 | 913068427-153857 | 9/13/2018 | $37,016.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023219 | $249,788.99 | 10/2/2018 | 913042542 | 8/26/2018 | $7,213.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023219 | $249,788.99 | 10/2/2018 | 913042541 | 8/26/2018 | $1,313.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023219 | $249,788.99 | 10/2/2018 | 913042380 | 8/25/2018 | $6,299.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023219 | $249,788.99 | 10/2/2018 | 913042379 | 8/25/2018 | $1,313.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023219 | $249,788.99 | 10/2/2018 | 913041491 | 8/24/2018 | $8,121.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023219 | $249,788.99 | 10/2/2018 | 913041490 | 8/24/2018 | $1,783.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014110 | $74,487.62 | 9/13/2018 | 913044164 | 8/27/2018 | $26,564.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023219 | $249,788.99 | 10/2/2018 | 913068430 | 9/13/2018 | $10,832.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003759 | $29,814.99 | 8/24/2018 | 913019394 | 8/7/2018 | $11,284.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012762 | $113,139.32 | 9/11/2018 | 913012119-153848 | 8/2/2018 | $12,837.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012762 | $113,139.32 | 9/11/2018 | 913012118 | 8/2/2018 | $6,745.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012762 | $113,139.32 | 9/11/2018 | 913011468 | 8/1/2018 | $5,285.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012762 | $113,139.32 | 9/11/2018 | 913010686 | 8/1/2018 | $10,347.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006098 | $10,688.86 | 8/29/2018 | 912997115-153846 | 7/23/2018 | $12,262.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005185 | $23,823.81 | 8/28/2018 | 913022859 | 8/9/2018 | $12,603.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005185 | $23,823.81 | 8/28/2018 | 913022858 | 8/9/2018 | $11,284.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014110 | $74,487.62 | 9/13/2018 | 913044166 | 8/27/2018 | $400.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004510 | $36,684.36 | 8/27/2018 | 913020423 | 8/8/2018 | $12,603.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012762 | $113,139.32 | 9/11/2018 | 913013693 | 8/3/2018 | $11,424.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003759 | $29,814.99 | 8/24/2018 | 913019393 | 8/7/2018 | $18,576.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003122 | $42,000.29 | 8/23/2018 | 913016960 | 8/6/2018 | $18,754.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003122 | $42,000.29 | 8/23/2018 | 913016959 | 8/6/2018 | $21,955.13 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003122 | $42,000.29 | 8/23/2018 | 913016958 | 8/6/2018 | $1,293.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002716 | $9,662.00 | 8/22/2018 | 912987305 | 7/16/2018 | $10,242.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001748 | $342,861.84 | 8/21/2018 | 913014620 | 8/3/2018 | $14,789.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001748 | $342,861.84 | 8/21/2018 | 913014619 | 8/3/2018 | $15,597.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004510 | $36,684.36 | 8/27/2018 | 913020991 | 8/8/2018 | $24,502.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012762 | $113,139.32 | 9/11/2018 | 913041165 | 8/24/2018 | $19,436.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014110 | $74,487.62 | 9/13/2018 | 913044163 | 8/27/2018 | $11,054.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014110 | $74,487.62 | 9/13/2018 | 913044162 | 8/27/2018 | $23,604.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013670 | $18,823.32 | 9/12/2018 | 913042809 | 8/26/2018 | $19,240.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012762 | $113,139.32 | 9/11/2018 | 913042437 | 8/25/2018 | $8,222.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012762 | $113,139.32 | 9/11/2018 | 913042436 | 8/25/2018 | $800.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012762 | $113,139.32 | 9/11/2018 | 913042278 | 8/25/2018 | $17,027.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012762 | $113,139.32 | 9/11/2018 | 913041825 | 8/24/2018 | $18,881.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012762 | $113,139.32 | 9/11/2018 | 913012120 | 8/2/2018 | $305.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012762 | $113,139.32 | 9/11/2018 | 913041823 | 8/24/2018 | $666.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012762 | $113,139.32 | 9/11/2018 | 913013692 | 8/3/2018 | $12,105.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012762 | $113,139.32 | 9/11/2018 | 913041164 | 8/24/2018 | $7,902.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012762 | $113,139.32 | 9/11/2018 | 913041163 | 8/24/2018 | $400.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012762 | $113,139.32 | 9/11/2018 | 913040256 | 8/23/2018 | $34,772.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012762 | $113,139.32 | 9/11/2018 | 913040255 | 8/23/2018 | $666.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012762 | $113,139.32 | 9/11/2018 | 913040254 | 8/23/2018 | $37,147.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012762 | $113,139.32 | 9/11/2018 | 913039299 | 8/23/2018 | $23,575.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012762 | $113,139.32 | 9/11/2018 | 913013694 | 8/3/2018 | $4,700.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023219 | $249,788.99 | 10/2/2018 | 913070100 | 9/14/2018 | $22,484.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012762 | $113,139.32 | 9/11/2018 | 913041824 | 8/24/2018 | $9,668.75 |

Totals:    28 transfer(s),    $1,533,605.36