**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | **Food Warehouse Corp.** | | | | | | |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** | | | | | | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | | | | | | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780992258 | $22,257.99 | 8/14/2018 | 256987-4947 | 6/29/2018 | $547.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999841 | $23,507.97 | 8/30/2018 | 257158-4952 | 7/9/2018 | $945.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992258 | $22,257.99 | 8/14/2018 | IN0152373-4972 | 6/26/2018 | $1,309.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992258 | $22,257.99 | 8/14/2018 | IN0152369-4969 | 6/26/2018 | $546.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992258 | $22,257.99 | 8/14/2018 | IN0152269 | 6/19/2018 | $182.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992258 | $22,257.99 | 8/14/2018 | IN0152265 | 6/19/2018 | $1,241.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992258 | $22,257.99 | 8/14/2018 | IN0152263 | 6/19/2018 | $232.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992258 | $22,257.99 | 8/14/2018 | IN0152136-4965 | 6/11/2018 | $1,554.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996494 | $14,589.91 | 8/21/2018 | 152463-4935 | 7/2/2018 | $3,713.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992258 | $22,257.99 | 8/14/2018 | 257005 | 6/29/2018 | $1,835.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996494 | $14,589.91 | 8/21/2018 | 257013 | 7/2/2018 | $1,112.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992258 | $22,257.99 | 8/14/2018 | 256986 | 6/28/2018 | $1,192.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992258 | $22,257.99 | 8/14/2018 | 256982 | 6/28/2018 | $423.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992258 | $22,257.99 | 8/14/2018 | 256981-4946 | 6/28/2018 | $1,147.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992258 | $22,257.99 | 8/14/2018 | 256980 | 6/28/2018 | $259.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992258 | $22,257.99 | 8/14/2018 | 256954 | 6/27/2018 | $1,742.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992258 | $22,257.99 | 8/14/2018 | 256952 | 6/27/2018 | $580.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992258 | $22,257.99 | 8/14/2018 | 256950 | 6/28/2018 | $85.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992258 | $22,257.99 | 8/14/2018 | 256949 | 6/27/2018 | $4,114.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992258 | $22,257.99 | 8/14/2018 | IN0152135 | 6/11/2018 | $268.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996494 | $14,589.91 | 8/21/2018 | 257095 | 7/5/2018 | $709.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981965 | $26,495.68 | 7/20/2018 | 151999-4931 | 6/4/2018 | $2,449.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999841 | $23,507.97 | 8/30/2018 | 257142 | 7/9/2018 | $363.84 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999841 | $23,507.97 | 8/30/2018 | 257140 | 7/9/2018 | $344.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999841 | $23,507.97 | 8/30/2018 | 257133 | 7/9/2018 | $1,676.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999841 | $23,507.97 | 8/30/2018 | 152568 | 7/9/2018 | $63.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999841 | $23,507.97 | 8/30/2018 | 152567-4937 | 7/9/2018 | $3,228.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996494 | $14,589.91 | 8/21/2018 | IN0152491 | 7/3/2018 | $2,050.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996494 | $14,589.91 | 8/21/2018 | 152461 | 7/2/2018 | $42.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996494 | $14,589.91 | 8/21/2018 | IN0152486-4974 | 7/3/2018 | $798.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992258 | $22,257.99 | 8/14/2018 | 256912 | 6/26/2018 | $311.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996494 | $14,589.91 | 8/21/2018 | 257094 | 7/5/2018 | $295.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996494 | $14,589.91 | 8/21/2018 | 257092 | 7/5/2018 | $1,759.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996494 | $14,589.91 | 8/21/2018 | 257090-4950 | 7/5/2018 | $568.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996494 | $14,589.91 | 8/21/2018 | 257081 | 7/5/2018 | $378.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996494 | $14,589.91 | 8/21/2018 | 257042 | 7/3/2018 | $320.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996494 | $14,589.91 | 8/21/2018 | 257039 | 7/3/2018 | $1,904.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996494 | $14,589.91 | 8/21/2018 | 257028 | 7/2/2018 | $1,209.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996494 | $14,589.91 | 8/21/2018 | 257015 | 7/2/2018 | $54.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996494 | $14,589.91 | 8/21/2018 | IN0152488 | 7/3/2018 | $133.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981965 | $26,495.68 | 7/20/2018 | IN0151926 | 5/29/2018 | $230.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985328 | $12,294.10 | 7/27/2018 | 256664 | 6/12/2018 | $4,239.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985328 | $12,294.10 | 7/27/2018 | 256663 | 6/12/2018 | $276.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985328 | $12,294.10 | 7/27/2018 | 256661 | 6/11/2018 | $365.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985328 | $12,294.10 | 7/27/2018 | 152113-4932 | 6/11/2018 | $2,454.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985328 | $12,294.10 | 7/27/2018 | 152111 | 6/11/2018 | $85.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981965 | $26,495.68 | 7/20/2018 | IN0152035 | 6/5/2018 | $1,586.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981965 | $26,495.68 | 7/20/2018 | IN0152034 | 6/5/2018 | $262.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992258 | $22,257.99 | 8/14/2018 | 256916 | 6/26/2018 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981965 | $26,495.68 | 7/20/2018 | IN0151928 | 5/29/2018 | $66.56 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985328 | $12,294.10 | 7/27/2018 | 256750-4944 | 6/15/2018 | $340.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981965 | $26,495.68 | 7/20/2018 | 256614-4943 | 6/8/2018 | $186.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981965 | $26,495.68 | 7/20/2018 | 256611 | 6/7/2018 | $340.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981965 | $26,495.68 | 7/20/2018 | 256571 | 6/6/2018 | $777.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981965 | $26,495.68 | 7/20/2018 | 256548 | 6/4/2018 | $13,781.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981965 | $26,495.68 | 7/20/2018 | 256546 | 6/4/2018 | $2,049.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981965 | $26,495.68 | 7/20/2018 | 256545 | 6/4/2018 | $1,118.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981965 | $26,495.68 | 7/20/2018 | 256541-4942 | 6/4/2018 | $591.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981965 | $26,495.68 | 7/20/2018 | 256449 | 5/30/2018 | $2,451.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981965 | $26,495.68 | 7/20/2018 | IN0151930-4963 | 5/29/2018 | $1,379.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988745 | $10,569.71 | 8/7/2018 | 256787 | 6/19/2018 | $657.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999841 | $23,507.97 | 8/30/2018 | 257161 | 7/9/2018 | $628.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992258 | $22,257.99 | 8/14/2018 | 256909 | 6/26/2018 | $668.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992258 | $22,257.99 | 8/14/2018 | 256904 | 6/25/2018 | $728.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992258 | $22,257.99 | 8/14/2018 | 152344-45 | 6/25/2018 | $2,588.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988745 | $10,569.71 | 8/7/2018 | YYYYY | 6/18/2018 | $42.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988745 | $10,569.71 | 8/7/2018 | INO152266 | 6/20/2018 | $127.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988745 | $10,569.71 | 8/7/2018 | IN0152270-4968 | 6/19/2018 | $81.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988745 | $10,569.71 | 8/7/2018 | 256857 | 6/21/2018 | $796.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985328 | $12,294.10 | 7/27/2018 | 256734 | 6/14/2018 | $989.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988745 | $10,569.71 | 8/7/2018 | 256812 | 6/20/2018 | $1,614.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985328 | $12,294.10 | 7/27/2018 | 256749 | 6/15/2018 | $1,485.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988745 | $10,569.71 | 8/7/2018 | 256786 | 6/19/2018 | $343.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988745 | $10,569.71 | 8/7/2018 | 256781 | 6/18/2018 | $1,499.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988745 | $10,569.71 | 8/7/2018 | 256765 | 6/18/2018 | $2,324.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988745 | $10,569.71 | 8/7/2018 | 152229 | 6/18/2018 | $111.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988745 | $10,569.71 | 8/7/2018 | 152227-4933 | 6/18/2018 | $1,541.66 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985328 | $12,294.10 | 7/27/2018 | 256754 | 6/15/2018 | $198.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985328 | $12,294.10 | 7/27/2018 | 256753 | 6/15/2018 | $2,068.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992258 | $22,257.99 | 8/14/2018 | 256914 | 6/26/2018 | $1,062.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988745 | $10,569.71 | 8/7/2018 | 256851 | 6/21/2018 | $2,137.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006750 | $24,610.31 | 9/13/2018 | INO152848 | 7/25/2018 | $106.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999841 | $23,507.97 | 8/30/2018 | 257143 | 7/9/2018 | $241.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011022 | $8,758.53 | 9/20/2018 | 257659-12795 | 8/1/2018 | $784.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011022 | $8,758.53 | 9/20/2018 | 257655 | 8/1/2018 | $677.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011022 | $8,758.53 | 9/20/2018 | 257604 | 7/30/2018 | $346.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011022 | $8,758.53 | 9/20/2018 | 257603 | 7/31/2018 | $106.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011022 | $8,758.53 | 9/20/2018 | 257602-12794 | 7/30/2018 | $793.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011022 | $8,758.53 | 9/20/2018 | 257600 | 7/30/2018 | $560.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011022 | $8,758.53 | 9/20/2018 | 257672-12796 | 8/2/2018 | $332.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011022 | $8,758.53 | 9/20/2018 | 152951 | 7/30/2018 | $2,462.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011022 | $8,758.53 | 9/20/2018 | 257676 | 8/2/2018 | $46.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006750 | $24,610.31 | 9/13/2018 | IN0152847 | 7/24/2018 | $1,919.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006750 | $24,610.31 | 9/13/2018 | IN0152842-12792 | 7/24/2018 | $286.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006750 | $24,610.31 | 9/13/2018 | 766114 | 7/23/2018 | $2,536.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006750 | $24,610.31 | 9/13/2018 | 257577 | 7/27/2018 | $617.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006750 | $24,610.31 | 9/13/2018 | 257572 | 7/27/2018 | $691.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006750 | $24,610.31 | 9/13/2018 | 257571 | 7/27/2018 | $1,073.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006750 | $24,610.31 | 9/13/2018 | 257543 | 7/26/2018 | $2,187.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006750 | $24,610.31 | 9/13/2018 | 257542 | 7/26/2018 | $247.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011022 | $8,758.53 | 9/20/2018 | 153074 | 8/3/2018 | $22.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014323 | $9,580.52 | 9/27/2018 | 257733-12803 | 8/6/2018 | $1,278.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014323 | $9,580.52 | 9/27/2018 | 257829 | 8/10/2018 | $274.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014323 | $9,580.52 | 9/27/2018 | 257814 | 8/9/2018 | $1,620.55 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781014323 | $9,580.52 | 9/27/2018 | 257812-12804 | 8/9/2018 | $331.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014323 | $9,580.52 | 9/27/2018 | 257784 | 8/8/2018 | $597.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014323 | $9,580.52 | 9/27/2018 | 257783 | 8/8/2018 | $1,117.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014323 | $9,580.52 | 9/27/2018 | 257781 | 8/8/2018 | $718.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014323 | $9,580.52 | 9/27/2018 | 257777 | 8/10/2018 | $127.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011022 | $8,758.53 | 9/20/2018 | 257660 | 8/1/2018 | $1,749.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014323 | $9,580.52 | 9/27/2018 | 257740 | 8/6/2018 | $1,558.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006750 | $24,610.31 | 9/13/2018 | 257462-12791 | 7/23/2018 | $782.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014323 | $9,580.52 | 9/27/2018 | 257716 | 8/6/2018 | $333.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014323 | $9,580.52 | 9/27/2018 | 153122 | 8/7/2018 | $1,028.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014323 | $9,580.52 | 9/27/2018 | 153073 | 8/6/2018 | $106.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011022 | $8,758.53 | 9/20/2018 | 257710 | 8/3/2018 | $302.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011022 | $8,758.53 | 9/20/2018 | 257705 | 8/3/2018 | $613.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011022 | $8,758.53 | 9/20/2018 | 257691 | 8/2/2018 | $1,269.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011022 | $8,758.53 | 9/20/2018 | 257679 | 8/2/2018 | $85.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011022 | $8,758.53 | 9/20/2018 | 257678-12798 | 8/2/2018 | $205.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014323 | $9,580.52 | 9/27/2018 | 257776 | 8/8/2018 | $925.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999841 | $23,507.97 | 8/30/2018 | 257260 | 7/13/2018 | $3,282.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003343 | $12,057.71 | 9/6/2018 | 152772 | 7/19/2018 | $568.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003343 | $12,057.71 | 9/6/2018 | 152693 | 7/16/2018 | $410.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003343 | $12,057.71 | 9/6/2018 | 152692-12780 | 7/16/2018 | $3,199.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999841 | $23,507.97 | 8/30/2018 | IN0152627 | 7/11/2018 | $248.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999841 | $23,507.97 | 8/30/2018 | IN0152603 | 7/10/2018 | $1,452.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999841 | $23,507.97 | 8/30/2018 | IN0152601 | 7/10/2018 | $343.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999841 | $23,507.97 | 8/30/2018 | IN0152600-4976 | 7/10/2018 | $231.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006750 | $24,610.31 | 9/13/2018 | 257531 | 7/26/2018 | $872.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999841 | $23,507.97 | 8/30/2018 | 257273 | 7/13/2018 | $638.31 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003343 | $12,057.71 | 9/6/2018 | 257320-12783 | 7/17/2018 | $1,049.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999841 | $23,507.97 | 8/30/2018 | 257258 | 7/13/2018 | $1,125.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999841 | $23,507.97 | 8/30/2018 | 257241 | 7/12/2018 | $907.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999841 | $23,507.97 | 8/30/2018 | 257224 | 7/12/2018 | $2,450.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999841 | $23,507.97 | 8/30/2018 | 257223 | 7/12/2018 | $2,063.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999841 | $23,507.97 | 8/30/2018 | 257220 | 7/13/2018 | $173.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999841 | $23,507.97 | 8/30/2018 | 257219 | 7/11/2018 | $890.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999841 | $23,507.97 | 8/30/2018 | 257171 | 7/10/2018 | $284.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999841 | $23,507.97 | 8/30/2018 | 257162-4954 | 7/9/2018 | $1,784.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999841 | $23,507.97 | 8/30/2018 | 764270 | 7/9/2018 | $779.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006750 | $24,610.31 | 9/13/2018 | 152851-12787 | 7/24/2018 | $5,062.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014323 | $9,580.52 | 9/27/2018 | INO153110 | 8/8/2018 | $42.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006750 | $24,610.31 | 9/13/2018 | 257461 | 7/23/2018 | $110.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006750 | $24,610.31 | 9/13/2018 | 257460 | 7/23/2018 | $1,275.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006750 | $24,610.31 | 9/13/2018 | 257444 | 7/23/2018 | $827.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006750 | $24,610.31 | 9/13/2018 | 257443 | 7/23/2018 | $1,065.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006750 | $24,610.31 | 9/13/2018 | 257442 | 7/23/2018 | $107.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006750 | $24,610.31 | 9/13/2018 | 257441 | 7/23/2018 | $408.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006750 | $24,610.31 | 9/13/2018 | 152931-12789 | 7/27/2018 | $2,123.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003343 | $12,057.71 | 9/6/2018 | 257306 | 7/17/2018 | $1,386.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006750 | $24,610.31 | 9/13/2018 | 152929-12788 | 7/27/2018 | $294.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003343 | $12,057.71 | 9/6/2018 | 257307 | 7/17/2018 | $241.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006750 | $24,610.31 | 9/13/2018 | 152850 | 7/24/2018 | $745.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003343 | $12,057.71 | 9/6/2018 | IN0152724 | 7/17/2018 | $191.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003343 | $12,057.71 | 9/6/2018 | 257411 | 7/20/2018 | $311.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003343 | $12,057.71 | 9/6/2018 | 257401-12784 | 7/19/2018 | $507.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003343 | $12,057.71 | 9/6/2018 | 257396 | 7/19/2018 | $1,513.28 |

Food Warehouse Corp. (2219127)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jan 27, 2020

Exhibit A

P. 6

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003343 | $12,057.71 | 9/6/2018 | 257374 | 7/18/2018 | $2,037.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003343 | $12,057.71 | 9/6/2018 | 257368 | 7/18/2018 | $1,058.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006750 | $24,610.31 | 9/13/2018 | 257520 | 7/25/2018 | $1,292.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006750 | $24,610.31 | 9/13/2018 | 152930 | 7/27/2018 | $209.00 |

**Totals:**   10 transfer(s),   $164,722.43