**ask** | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

**Defendant:** **CIT Group, Inc. fdba CIT Group Commercial Services, LLC; and Millwork Holdings Co., Inc**  
**Bankruptcy Case:** **Sears Holdings Corporation, et al.**  
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09942 | $1,090.67 | 8/21/2018 | 00001268AA | 7/17/2018 | $85.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00301 | $226.97 | 8/3/2018 | 00006868AA | 6/29/2018 | $99.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05920 | $419.98 | 8/14/2018 | 00009407AA | 7/10/2018 | $99.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06673 | $856.79 | 8/15/2018 | 00009763AA | 7/11/2018 | $296.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06673 | $856.79 | 8/15/2018 | 00009788AA-155395 | 7/11/2018 | $190.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06673 | $856.79 | 8/15/2018 | 00009827AA | 7/11/2018 | $185.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06673 | $856.79 | 8/15/2018 | 00009935AA | 7/11/2018 | $185.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07512 | $973.11 | 8/16/2018 | 00000079AA | 7/12/2018 | $99.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07512 | $973.11 | 8/16/2018 | 00000219AA-155396 | 7/12/2018 | $126.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07512 | $973.11 | 8/16/2018 | 00000220AA | 7/12/2018 | $190.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07512 | $973.11 | 8/16/2018 | 00000230AA | 7/12/2018 | $119.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07512 | $973.11 | 8/16/2018 | 00000273AA | 7/12/2018 | $237.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05920 | $419.98 | 8/14/2018 | 00009240AA | 7/10/2018 | $220.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09942 | $1,090.67 | 8/21/2018 | 00001267AA | 7/17/2018 | $85.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05035 | $1,093.71 | 8/13/2018 | 00009072AA-155393 | 7/9/2018 | $164.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09942 | $1,090.67 | 8/21/2018 | 00001269AA | 7/17/2018 | $85.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09942 | $1,090.67 | 8/21/2018 | 00001270AA-155398 | 7/17/2018 | $250.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09942 | $1,090.67 | 8/21/2018 | 00001322AA | 7/17/2018 | $85.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09942 | $1,090.67 | 8/21/2018 | 00001550AA-155399 | 7/17/2018 | $190.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09942 | $1,090.67 | 8/21/2018 | 00001650AA-155400 | 7/17/2018 | $308.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10732 | $581.96 | 8/22/2018 | 00001881AA | 7/18/2018 | $99.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10732 | $581.96 | 8/22/2018 | 00001914AA | 7/18/2018 | $126.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10732 | $581.96 | 8/22/2018 | 00001915AA | 7/18/2018 | $99.99 |

CIT Group, Inc. fdba CIT Group Commercial Services, LLC; and Millwork Holdings Co., Inc. (2219739)  
Bankruptcy Case: Sears Holdings Corporation, et al.  
Jan 27, 2020    Exhibit A    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10732 | $581.96 | 8/22/2018 | 00001916AA | 7/18/2018 | $255.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12078 | $256.26 | 8/24/2018 | 00002866AA | 7/20/2018 | $85.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12078 | $256.26 | 8/24/2018 | 00002992AA | 7/20/2018 | $85.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07512 | $973.11 | 8/16/2018 | 00000274AA-155397 | 7/12/2018 | $299.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03529 | $1,154.85 | 8/9/2018 | 00008284AA | 7/5/2018 | $299.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00301 | $226.97 | 8/3/2018 | 00007255AA | 6/29/2018 | $126.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01181 | $843.87 | 8/6/2018 | 00007460AA | 7/2/2018 | $99.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01181 | $843.87 | 8/6/2018 | 00007461AA | 7/2/2018 | $140.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01181 | $843.87 | 8/6/2018 | 00007462AA | 7/2/2018 | $185.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01181 | $843.87 | 8/6/2018 | 00007463AA | 7/2/2018 | $164.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01181 | $843.87 | 8/6/2018 | 00007587AA | 7/2/2018 | $126.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01181 | $843.87 | 8/6/2018 | 00007678AA-155389 | 7/2/2018 | $126.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02056 | $230.52 | 8/7/2018 | 00007742AA | 7/3/2018 | $119.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02056 | $230.52 | 8/7/2018 | 00007900AA | 7/3/2018 | $296.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03529 | $1,154.85 | 8/9/2018 | 00008223AA | 7/5/2018 | $85.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03529 | $1,154.85 | 8/9/2018 | 00008242AA | 7/5/2018 | $315.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05920 | $419.98 | 8/14/2018 | 00009406AA-155394 | 7/10/2018 | $99.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03529 | $1,154.85 | 8/9/2018 | 00008283AA-155390 | 7/5/2018 | $99.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13077 | $964.16 | 8/27/2018 | 00003384AA | 7/23/2018 | $85.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03529 | $1,154.85 | 8/9/2018 | 00008285AA | 7/5/2018 | $190.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04139 | $524.79 | 8/10/2018 | 00008507AA | 7/6/2018 | $253.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04139 | $524.79 | 8/10/2018 | 00008719AA | 7/6/2018 | $99.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04139 | $524.79 | 8/10/2018 | 00008720AA | 7/6/2018 | $85.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04139 | $524.79 | 8/10/2018 | 00008721AA | 7/6/2018 | $85.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05035 | $1,093.71 | 8/13/2018 | 00008957AA | 7/9/2018 | $255.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05035 | $1,093.71 | 8/13/2018 | 00008980AA | 7/9/2018 | $126.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05035 | $1,093.71 | 8/13/2018 | 00008982AA-155391 | 7/9/2018 | $126.98 |

CIT Group, Inc. fdba CIT Group Commercial Services, LLC; and Millwork Holdings Co., Inc. (2219739)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jan 27, 2020                                                Exhibit A                                                P. 2

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05035 | $1,093.71 | 8/13/2018 | 00009029AA | 7/9/2018 | $99.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05035 | $1,093.71 | 8/13/2018 | 00009030AA | 7/9/2018 | $220.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05035 | $1,093.71 | 8/13/2018 | 00009031AA-155392 | 7/9/2018 | $99.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03529 | $1,154.85 | 8/9/2018 | 00008282AA | 7/5/2018 | $164.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96362 | $253.96 | 7/27/2018 | 00005384AA | 6/22/2018 | $126.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93204 | $758.69 | 7/23/2018 | 00003509AA | 6/18/2018 | $126.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93204 | $758.69 | 7/23/2018 | 00003510AA-155407 | 6/18/2018 | $99.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93204 | $758.69 | 7/23/2018 | 00003511AA | 6/18/2018 | $140.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93204 | $758.69 | 7/23/2018 | 00003512AA | 6/18/2018 | $126.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93204 | $758.69 | 7/23/2018 | 00003513AA | 6/18/2018 | $99.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93204 | $758.69 | 7/23/2018 | 00003514AA | 6/18/2018 | $164.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94137 | $349.99 | 7/24/2018 | 00003742AA | 6/19/2018 | $99.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94137 | $349.99 | 7/24/2018 | 00004014AA | 6/19/2018 | $250.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94898 | $414.99 | 7/25/2018 | 00004305AA | 6/20/2018 | $99.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94898 | $414.99 | 7/25/2018 | 00004332AA-155408 | 6/20/2018 | $315.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95737 | $199.98 | 7/26/2018 | 00004592AA | 6/21/2018 | $99.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12078 | $256.26 | 8/24/2018 | 00002993AA-155401 | 7/20/2018 | $85.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96362 | $253.96 | 7/27/2018 | 00005370AA | 6/22/2018 | $126.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91620:7/19/2018 | $130.63 | 7/19/2018 | 00002414AA | 6/14/2018 | $99.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97254 | $715.01 | 7/30/2018 | 00005493AA | 6/25/2018 | $164.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97254 | $715.01 | 7/30/2018 | 00005494AA | 6/25/2018 | $190.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97254 | $715.01 | 7/30/2018 | 00005501AA | 6/25/2018 | $85.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97254 | $715.01 | 7/30/2018 | 00005502AA-155409 | 6/25/2018 | $190.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97254 | $715.01 | 7/30/2018 | 00005503AA-155410 | 6/25/2018 | $85.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98202 | $533.15 | 7/31/2018 | 00005836AA | 6/26/2018 | $164.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98202 | $533.15 | 7/31/2018 | 00006010AA | 6/26/2018 | $126.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98202 | $533.15 | 7/31/2018 | 00006075AA | 6/26/2018 | $242.00 |

CIT Group, Inc. fdba CIT Group Commercial Services, LLC; and Millwork Holdings Co., Inc. (2219739)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98878 | $399.22 | 8/1/2018 | 00006262AA | 6/27/2018 | $99.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98878 | $399.22 | 8/1/2018 | 00006285AA | 6/27/2018 | $299.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99679 | $226.97 | 8/2/2018 | 00006542AA | 6/28/2018 | $99.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95737 | $199.98 | 7/26/2018 | 00004660AA | 6/21/2018 | $99.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16132 | $335.42 | 8/31/2018 | 00005163AA-155404 | 7/27/2018 | $85.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99679 | $226.97 | 8/2/2018 | 00006637AA-155411 | 6/28/2018 | $126.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13077 | $964.16 | 8/27/2018 | 00003385AA | 7/23/2018 | $126.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13077 | $964.16 | 8/27/2018 | 00003386AA | 7/23/2018 | $85.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13077 | $964.16 | 8/27/2018 | 00003393AA | 7/23/2018 | $126.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13077 | $964.16 | 8/27/2018 | 00003394AA | 7/23/2018 | $99.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13077 | $964.16 | 8/27/2018 | 00003395AA | 7/23/2018 | $85.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13077 | $964.16 | 8/27/2018 | 00003396AA-155402 | 7/23/2018 | $126.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13077 | $964.16 | 8/27/2018 | 00003431AA | 7/23/2018 | $99.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14767 | $62.80 | 8/29/2018 | 00003804AA | 7/24/2018 | $99.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14767 | $62.80 | 8/29/2018 | 00004115AA | 7/25/2018 | $126.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15558 | $299.97 | 8/30/2018 | 00004495AA | 7/26/2018 | $199.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92260 | $387.42 | 7/20/2018 | 00003091AA | 6/15/2018 | $302.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16132 | $335.42 | 8/31/2018 | 00005162AA-155403 | 7/27/2018 | $250.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92260 | $387.42 | 7/20/2018 | 00003063AA | 6/15/2018 | $85.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17073 | $185.41 | 9/4/2018 | 00005950AA | 7/31/2018 | $85.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17073 | $185.41 | 9/4/2018 | 00006001AA | 7/31/2018 | $99.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90048 | $661.91 | 7/17/2018 | 00001640AA | 6/12/2018 | $315.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90048 | $661.91 | 7/17/2018 | 00001683AA-155405 | 6/12/2018 | $119.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90048 | $661.91 | 7/17/2018 | 00001788AA | 6/12/2018 | $99.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90048 | $661.91 | 7/17/2018 | 00001789AA-155406 | 6/12/2018 | $126.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90048 | $661.91 | 7/17/2018 | 00001790AA | 6/12/2018 | $185.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90732 | $140.58 | 7/18/2018 | 00002088AA | 6/13/2018 | $140.58 |

CIT Group, Inc. fdba CIT Group Commercial Services, LLC; and Millwork Holdings Co., Inc. (2219739)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jan 27, 2020                                        Exhibit A                                        P. 4

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91620:7/19/2018 | $130.63 | 7/19/2018 | 00002257AA | 6/14/2018 | $315.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91620:7/19/2018 | $130.63 | 7/19/2018 | 00002347AA | 6/14/2018 | $85.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91620:7/19/2018 | $130.63 | 7/19/2018 | 00002413AA | 6/14/2018 | $85.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13077 | $964.16 | 8/27/2018 | 00003383AA | 7/23/2018 | $126.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15558 | $299.97 | 8/30/2018 | 00004600AA | 7/26/2018 | $99.99 |

**Totals:**   30 transfer(s),   $15,273.74

CIT Group, Inc. fdba CIT Group Commercial Services, LLC; and Millwork Holdings Co., Inc. (2219739)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jan 27, 2020                                          Exhibit A                                          P. 5