**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Footwear Specialties International, L.L.C.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08734 | $332.98 | 8/20/2018 | 00008531AA | 6/14/2018 | $38.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08734 | $332.98 | 8/20/2018 | 00008751AA | 6/15/2018 | $32.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08003 | $248.90 | 8/17/2018 | 00008264AA | 6/13/2018 | $32.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08003 | $248.90 | 8/17/2018 | 00008265AA | 6/13/2018 | $49.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08003 | $248.90 | 8/17/2018 | 00008266AA | 6/13/2018 | $32.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08003 | $248.90 | 8/17/2018 | 00008267AA-150521 | 6/13/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08003 | $248.90 | 8/17/2018 | 00008268AA-150522 | 6/13/2018 | $38.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08003 | $248.90 | 8/17/2018 | 00008269AA-150523 | 6/13/2018 | $49.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08734 | $332.98 | 8/20/2018 | 00008528AA | 6/14/2018 | $39.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07317 | $359.10 | 8/16/2018 | 00007929AA | 6/12/2018 | $55.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08734 | $332.98 | 8/20/2018 | 00008530AA | 6/14/2018 | $32.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07317 | $359.10 | 8/16/2018 | 00007928AA | 6/12/2018 | $41.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08734 | $332.98 | 8/20/2018 | 00008532AA | 6/14/2018 | $54.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08734 | $332.98 | 8/20/2018 | 00008568AA | 6/14/2018 | $54.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08734 | $332.98 | 8/20/2018 | 00008745AA | 6/15/2018 | $49.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08734 | $332.98 | 8/20/2018 | 00008746AA | 6/15/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08734 | $332.98 | 8/20/2018 | 00008747AA | 6/15/2018 | $36.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08734 | $332.98 | 8/20/2018 | 00008748AA | 6/15/2018 | $32.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08734 | $332.98 | 8/20/2018 | 00008749AA | 6/15/2018 | $62.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12766 | $603.24 | 8/27/2018 | 00009984AA | 6/21/2018 | $38.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08734 | $332.98 | 8/20/2018 | 00008529AA | 6/14/2018 | $27.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06471 | $1,196.53 | 8/15/2018 | 00007650AA | 6/11/2018 | $53.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06471 | $1,196.53 | 8/15/2018 | 00007640AA | 6/11/2018 | $62.70 |

Footwear Specialties International, L.L.C. (2219999)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                   Exhibit A                                   P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06471 | $1,196.53 | 8/15/2018 | 00007641AA | 6/11/2018 | $27.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06471 | $1,196.53 | 8/15/2018 | 00007642AA-150509 | 6/11/2018 | $27.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06471 | $1,196.53 | 8/15/2018 | 00007643AA-150510 | 6/11/2018 | $65.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06471 | $1,196.53 | 8/15/2018 | 00007644AA-150511 | 6/11/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06471 | $1,196.53 | 8/15/2018 | 00007645AA-150512 | 6/11/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06471 | $1,196.53 | 8/15/2018 | 00007646AA | 6/11/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06471 | $1,196.53 | 8/15/2018 | 00007647AA | 6/11/2018 | $49.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07317 | $359.10 | 8/16/2018 | 00007930AA | 6/12/2018 | $49.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06471 | $1,196.53 | 8/15/2018 | 00007649AA | 6/11/2018 | $49.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10518 | $620.84 | 8/22/2018 | 00008997AA | 6/18/2018 | $56.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06471 | $1,196.53 | 8/15/2018 | 00007651AA-150513 | 6/11/2018 | $45.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06471 | $1,196.53 | 8/15/2018 | 00007652AA-150514 | 6/11/2018 | $49.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07317 | $359.10 | 8/16/2018 | 00007922AA-150515 | 6/12/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07317 | $359.10 | 8/16/2018 | 00007923AA-150516 | 6/12/2018 | $49.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07317 | $359.10 | 8/16/2018 | 00007924AA-150517 | 6/12/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07317 | $359.10 | 8/16/2018 | 00007925AA-150518 | 6/12/2018 | $32.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07317 | $359.10 | 8/16/2018 | 00007926AA-150519 | 6/12/2018 | $32.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07317 | $359.10 | 8/16/2018 | 00007927AA-150520 | 6/12/2018 | $39.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06471 | $1,196.53 | 8/15/2018 | 00007648AA | 6/11/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12766 | $603.24 | 8/27/2018 | 00000102AA-150536 | 6/22/2018 | $27.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08734 | $332.98 | 8/20/2018 | 00008750AA | 6/15/2018 | $36.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11927 | $333.93 | 8/24/2018 | 00009559AA | 6/20/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11927 | $333.93 | 8/24/2018 | 00009560AA-150532 | 6/20/2018 | $49.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11927 | $333.93 | 8/24/2018 | 00009561AA-150533 | 6/20/2018 | $36.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11927 | $333.93 | 8/24/2018 | 00009562AA-150534 | 6/20/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11927 | $333.93 | 8/24/2018 | 00009563AA-150535 | 6/20/2018 | $49.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11927 | $333.93 | 8/24/2018 | 00009564AA | 6/20/2018 | $54.63 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12766 | $603.24 | 8/27/2018 | 00000099AA | 6/22/2018 | $45.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11299 | $386.18 | 8/23/2018 | 00009258AA-150531 | 6/19/2018 | $45.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12766 | $603.24 | 8/27/2018 | 00000101AA | 6/22/2018 | $32.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11299 | $386.18 | 8/23/2018 | 00009257AA-150530 | 6/19/2018 | $45.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12766 | $603.24 | 8/27/2018 | 00000103AA-150537 | 6/22/2018 | $49.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12766 | $603.24 | 8/27/2018 | 00000104AA-150538 | 6/22/2018 | $49.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12766 | $603.24 | 8/27/2018 | 00000105AA-150539 | 6/22/2018 | $38.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12766 | $603.24 | 8/27/2018 | 00009979AA | 6/21/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12766 | $603.24 | 8/27/2018 | 00009980AA | 6/21/2018 | $41.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12766 | $603.24 | 8/27/2018 | 00009981AA | 6/21/2018 | $32.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12766 | $603.24 | 8/27/2018 | 00009982AA | 6/21/2018 | $28.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00163 | $271.70 | 8/3/2018 | 00004913AA | 5/30/2018 | $114.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12766 | $603.24 | 8/27/2018 | 00000100AA | 6/22/2018 | $118.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10518 | $620.84 | 8/22/2018 | 00009008AA-150525 | 6/18/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10518 | $620.84 | 8/22/2018 | 00008998AA | 6/18/2018 | $54.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10518 | $620.84 | 8/22/2018 | 00008999AA | 6/18/2018 | $58.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10518 | $620.84 | 8/22/2018 | 00009000AA | 6/18/2018 | $96.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10518 | $620.84 | 8/22/2018 | 00009001AA | 6/18/2018 | $74.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10518 | $620.84 | 8/22/2018 | 00009002AA | 6/18/2018 | $45.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10518 | $620.84 | 8/22/2018 | 00009003AA | 6/18/2018 | $27.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10518 | $620.84 | 8/22/2018 | 00009004AA | 6/18/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10518 | $620.84 | 8/22/2018 | 00009005AA | 6/18/2018 | $36.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11927 | $333.93 | 8/24/2018 | 00009558AA | 6/20/2018 | $49.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10518 | $620.84 | 8/22/2018 | 00009007AA-150524 | 6/18/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06471 | $1,196.53 | 8/15/2018 | 00007637AA | 6/11/2018 | $39.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10518 | $620.84 | 8/22/2018 | 00009009AA-150526 | 6/18/2018 | $55.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10518 | $620.84 | 8/22/2018 | 00009010AA | 6/18/2018 | $54.15 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11299 | $386.18 | 8/23/2018 | 00009251AA | 6/19/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11299 | $386.18 | 8/23/2018 | 00009252AA | 6/19/2018 | $51.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11299 | $386.18 | 8/23/2018 | 00009253AA | 6/19/2018 | $38.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11299 | $386.18 | 8/23/2018 | 00009254AA-150527 | 6/19/2018 | $32.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11299 | $386.18 | 8/23/2018 | 00009255AA-150528 | 6/19/2018 | $66.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11299 | $386.18 | 8/23/2018 | 00009256AA-150529 | 6/19/2018 | $59.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10518 | $620.84 | 8/22/2018 | 00009006AA | 6/18/2018 | $41.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02570 | $761.43 | 8/8/2018 | 00006016AA | 6/4/2018 | $45.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06471 | $1,196.53 | 8/15/2018 | 00007639AA | 6/11/2018 | $41.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02570 | $761.43 | 8/8/2018 | 00006007AA | 6/4/2018 | $62.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02570 | $761.43 | 8/8/2018 | 00006008AA | 6/4/2018 | $27.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02570 | $761.43 | 8/8/2018 | 00006009AA | 6/4/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02570 | $761.43 | 8/8/2018 | 00006010AA-150483 | 6/4/2018 | $64.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02570 | $761.43 | 8/8/2018 | 00006011AA-150484 | 6/4/2018 | $36.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02570 | $761.43 | 8/8/2018 | 00006012AA | 6/4/2018 | $49.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02570 | $761.43 | 8/8/2018 | 00006013AA | 6/4/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02570 | $761.43 | 8/8/2018 | 00006005AA-150482 | 6/4/2018 | $36.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02570 | $761.43 | 8/8/2018 | 00006015AA | 6/4/2018 | $32.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00876 | $617.50 | 8/6/2018 | 00005785AA | 6/1/2018 | $27.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02570 | $761.43 | 8/8/2018 | 00006017AA | 6/4/2018 | $32.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02570 | $761.43 | 8/8/2018 | 00006018AA-150485 | 6/4/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02570 | $761.43 | 8/8/2018 | 00006019AA-150486 | 6/4/2018 | $54.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02570 | $761.43 | 8/8/2018 | 00006020AA-150487 | 6/4/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02570 | $761.43 | 8/8/2018 | 00006021AA | 6/4/2018 | $49.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02570 | $761.43 | 8/8/2018 | 00006022AA-150488 | 6/4/2018 | $32.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02570 | $761.43 | 8/8/2018 | 00006073AA | 6/4/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02570 | $761.43 | 8/8/2018 | 00006074AA | 6/4/2018 | $59.85 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02570 | $761.43 | 8/8/2018 | 00006014AA | 6/4/2018 | $59.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00876 | $617.50 | 8/6/2018 | 00005495AA | 5/31/2018 | $49.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00163 | $271.70 | 8/3/2018 | 00005115AA-150476 | 5/30/2018 | $66.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00163 | $271.70 | 8/3/2018 | 00005116AA-150477 | 5/30/2018 | $32.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00163 | $271.70 | 8/3/2018 | 00005117AA | 5/30/2018 | $55.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00163 | $271.70 | 8/3/2018 | 00005118AA-150478 | 5/30/2018 | $53.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00876 | $617.50 | 8/6/2018 | 00005463AA | 5/31/2018 | $49.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00876 | $617.50 | 8/6/2018 | 00005464AA | 5/31/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00876 | $617.50 | 8/6/2018 | 00005465AA | 5/31/2018 | $32.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00876 | $617.50 | 8/6/2018 | 00005466AA-150479 | 5/31/2018 | $32.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02570 | $761.43 | 8/8/2018 | 00006006AA | 6/4/2018 | $27.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00876 | $617.50 | 8/6/2018 | 00005494AA-150481 | 5/31/2018 | $42.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03333 | $56.52 | 8/9/2018 | 00006446AA | 6/5/2018 | $39.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00876 | $617.50 | 8/6/2018 | 00005496AA | 5/31/2018 | $54.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00876 | $617.50 | 8/6/2018 | 00005497AA | 5/31/2018 | $41.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00876 | $617.50 | 8/6/2018 | 00005779AA | 6/1/2018 | $59.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00876 | $617.50 | 8/6/2018 | 00005780AA | 6/1/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00876 | $617.50 | 8/6/2018 | 00005781AA | 6/1/2018 | $36.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00876 | $617.50 | 8/6/2018 | 00005782AA | 6/1/2018 | $27.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00876 | $617.50 | 8/6/2018 | 00005783AA | 6/1/2018 | $55.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00876 | $617.50 | 8/6/2018 | 00005784AA | 6/1/2018 | $41.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00876 | $617.50 | 8/6/2018 | 00005493AA-150480 | 5/31/2018 | $42.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06471 | $1,196.53 | 8/15/2018 | 00007388AA | 6/11/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04729 | $552.90 | 8/13/2018 | 00007127AA-150507 | 6/7/2018 | $27.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04729 | $552.90 | 8/13/2018 | 00007128AA-150508 | 6/7/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04729 | $552.90 | 8/13/2018 | 00007129AA | 6/7/2018 | $49.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04729 | $552.90 | 8/13/2018 | 00007130AA | 6/7/2018 | $47.50 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04729 | $552.90 | 8/13/2018 | 00007131AA | 6/7/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04729 | $552.90 | 8/13/2018 | 00007132AA | 6/7/2018 | $54.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06471 | $1,196.53 | 8/15/2018 | 00007384AA | 6/11/2018 | $38.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06471 | $1,196.53 | 8/15/2018 | 00007385AA | 6/11/2018 | $49.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03333 | $56.52 | 8/9/2018 | 00006444AA | 6/5/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06471 | $1,196.53 | 8/15/2018 | 00007387AA | 6/11/2018 | $36.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04729 | $552.90 | 8/13/2018 | 00007124AA-150504 | 6/7/2018 | $36.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06471 | $1,196.53 | 8/15/2018 | 00007389AA | 6/11/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06471 | $1,196.53 | 8/15/2018 | 00007390AA | 6/11/2018 | $36.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06471 | $1,196.53 | 8/15/2018 | 00007632AA | 6/11/2018 | $56.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06471 | $1,196.53 | 8/15/2018 | 00007633AA | 6/11/2018 | $36.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06471 | $1,196.53 | 8/15/2018 | 00007634AA | 6/11/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06471 | $1,196.53 | 8/15/2018 | 00007635AA | 6/11/2018 | $55.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06471 | $1,196.53 | 8/15/2018 | 00007636AA | 6/11/2018 | $39.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14585 | $454.58 | 8/29/2018 | 00000366AA | 6/25/2018 | $66.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06471 | $1,196.53 | 8/15/2018 | 00007386AA | 6/11/2018 | $38.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04003:8/10/2018 | $674.51 | 8/10/2018 | 00006823AA | 6/6/2018 | $49.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06471 | $1,196.53 | 8/15/2018 | 00007638AA | 6/11/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04003:8/10/2018 | $674.51 | 8/10/2018 | 00006814AA-150489 | 6/6/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04003:8/10/2018 | $674.51 | 8/10/2018 | 00006815AA-150490 | 6/6/2018 | $89.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04003:8/10/2018 | $674.51 | 8/10/2018 | 00006816AA-150491 | 6/6/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04003:8/10/2018 | $674.51 | 8/10/2018 | 00006817AA-150492 | 6/6/2018 | $54.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04003:8/10/2018 | $674.51 | 8/10/2018 | 00006818AA-150493 | 6/6/2018 | $27.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04003:8/10/2018 | $674.51 | 8/10/2018 | 00006819AA-150494 | 6/6/2018 | $49.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04003:8/10/2018 | $674.51 | 8/10/2018 | 00006820AA-150495 | 6/6/2018 | $32.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04729 | $552.90 | 8/13/2018 | 00007126AA-150506 | 6/7/2018 | $38.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04003:8/10/2018 | $674.51 | 8/10/2018 | 00006822AA-150497 | 6/6/2018 | $62.70 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04729 | $552.90 | 8/13/2018 | 00007125AA-150505 | 6/7/2018 | $36.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04003:8/10/2018 | $674.51 | 8/10/2018 | 00006824AA | 6/6/2018 | $49.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04003:8/10/2018 | $674.51 | 8/10/2018 | 00006825AA | 6/6/2018 | $27.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04003:8/10/2018 | $674.51 | 8/10/2018 | 00006826AA-150498 | 6/6/2018 | $41.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04003:8/10/2018 | $674.51 | 8/10/2018 | 00006827AA-150499 | 6/6/2018 | $49.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04729 | $552.90 | 8/13/2018 | 00007120AA-150500 | 6/7/2018 | $32.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04729 | $552.90 | 8/13/2018 | 00007121AA-150501 | 6/7/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04729 | $552.90 | 8/13/2018 | 00007122AA-150502 | 6/7/2018 | $49.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04729 | $552.90 | 8/13/2018 | 00007123AA-150503 | 6/7/2018 | $39.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03333 | $56.52 | 8/9/2018 | 00006445AA | 6/5/2018 | $66.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04003:8/10/2018 | $674.51 | 8/10/2018 | 00006821AA-150496 | 6/6/2018 | $45.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95532 | $859.28 | 7/26/2018 | 00003852AA-150581 | 5/22/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95532 | $859.28 | 7/26/2018 | 00003861AA-150590 | 5/22/2018 | $38.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94699 | $137.28 | 7/25/2018 | 00003478AA | 5/21/2018 | $27.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94699 | $137.28 | 7/25/2018 | 00003479AA | 5/21/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94699 | $137.28 | 7/25/2018 | 00003480AA | 5/21/2018 | $39.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95532 | $859.28 | 7/26/2018 | 00003846AA | 5/22/2018 | $45.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95532 | $859.28 | 7/26/2018 | 00003847AA-150576 | 5/22/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95532 | $859.28 | 7/26/2018 | 00003848AA-150577 | 5/22/2018 | $59.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95532 | $859.28 | 7/26/2018 | 00003849AA-150578 | 5/22/2018 | $99.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92878 | $636.04 | 7/23/2018 | 00003301AA | 5/18/2018 | $36.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95532 | $859.28 | 7/26/2018 | 00003851AA-150580 | 5/22/2018 | $32.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92878 | $636.04 | 7/23/2018 | 00003300AA-150575 | 5/18/2018 | $27.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95532 | $859.28 | 7/26/2018 | 00003853AA-150582 | 5/22/2018 | $27.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95532 | $859.28 | 7/26/2018 | 00003854AA-150583 | 5/22/2018 | $42.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95532 | $859.28 | 7/26/2018 | 00003855AA-150584 | 5/22/2018 | $36.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95532 | $859.28 | 7/26/2018 | 00003856AA-150585 | 5/22/2018 | $27.55 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95532 | $859.28 | 7/26/2018 | 00003857AA-150586 | 5/22/2018 | $59.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95532 | $859.28 | 7/26/2018 | 00003858AA-150587 | 5/22/2018 | $54.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95532 | $859.28 | 7/26/2018 | 00003859AA-150588 | 5/22/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12766 | $603.24 | 8/27/2018 | 00009983AA | 6/21/2018 | $54.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95532 | $859.28 | 7/26/2018 | 00003850AA-150579 | 5/22/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92878 | $636.04 | 7/23/2018 | 00002987AA-150568 | 5/17/2018 | $85.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91417 | $626.43 | 7/19/2018 | 00002385AA-150564 | 5/15/2018 | $27.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91417 | $626.43 | 7/19/2018 | 00002386AA-150565 | 5/15/2018 | $42.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92131 | $224.68 | 7/20/2018 | 00002821AA | 5/16/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92131 | $224.68 | 7/20/2018 | 00002822AA | 5/16/2018 | $59.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92131 | $224.68 | 7/20/2018 | 00002823AA | 5/16/2018 | $32.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92131 | $224.68 | 7/20/2018 | 00002824AA | 5/16/2018 | $38.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92131 | $224.68 | 7/20/2018 | 00002825AA | 5/16/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92878 | $636.04 | 7/23/2018 | 00002984AA | 5/17/2018 | $38.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94699 | $137.28 | 7/25/2018 | 00003477AA | 5/21/2018 | $58.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92878 | $636.04 | 7/23/2018 | 00002986AA-150567 | 5/17/2018 | $49.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95532 | $859.28 | 7/26/2018 | 00003862AA-150591 | 5/22/2018 | $49.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92878 | $636.04 | 7/23/2018 | 00002988AA-150569 | 5/17/2018 | $56.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92878 | $636.04 | 7/23/2018 | 00002989AA-150570 | 5/17/2018 | $42.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92878 | $636.04 | 7/23/2018 | 00002990AA-150571 | 5/17/2018 | $36.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92878 | $636.04 | 7/23/2018 | 00002991AA-150572 | 5/17/2018 | $55.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92878 | $636.04 | 7/23/2018 | 00002992AA-150573 | 5/17/2018 | $55.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92878 | $636.04 | 7/23/2018 | 00003131AA | 5/17/2018 | $27.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92878 | $636.04 | 7/23/2018 | 00003298AA | 5/18/2018 | $58.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92878 | $636.04 | 7/23/2018 | 00003299AA-150574 | 5/18/2018 | $27.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92878 | $636.04 | 7/23/2018 | 00002985AA-150566 | 5/17/2018 | $38.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99487 | $794.68 | 8/2/2018 | 00004904AA | 5/29/2018 | $39.90 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95532 | $859.28 | 7/26/2018 | 00003860AA-150589 | 5/22/2018 | $56.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99487 | $794.68 | 8/2/2018 | 00004895AA | 5/29/2018 | $39.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99487 | $794.68 | 8/2/2018 | 00004896AA | 5/29/2018 | $27.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99487 | $794.68 | 8/2/2018 | 00004897AA-150596 | 5/29/2018 | $49.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99487 | $794.68 | 8/2/2018 | 00004898AA-150597 | 5/29/2018 | $49.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99487 | $794.68 | 8/2/2018 | 00004899AA-150598 | 5/29/2018 | $42.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99487 | $794.68 | 8/2/2018 | 00004900AA-150599 | 5/29/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99487 | $794.68 | 8/2/2018 | 00004901AA | 5/29/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96954 | $297.33 | 7/30/2018 | 00004772AA | 5/25/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99487 | $794.68 | 8/2/2018 | 00004903AA-150600 | 5/29/2018 | $45.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96954 | $297.33 | 7/30/2018 | 00004771AA | 5/25/2018 | $28.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99487 | $794.68 | 8/2/2018 | 00004905AA | 5/29/2018 | $59.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99487 | $794.68 | 8/2/2018 | 00004906AA | 5/29/2018 | $49.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99487 | $794.68 | 8/2/2018 | 00004907AA | 5/29/2018 | $38.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99487 | $794.68 | 8/2/2018 | 00004908AA | 5/29/2018 | $42.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99487 | $794.68 | 8/2/2018 | 00004909AA | 5/29/2018 | $32.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99487 | $794.68 | 8/2/2018 | 00004910AA | 5/29/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99487 | $794.68 | 8/2/2018 | 00004911AA | 5/29/2018 | $42.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99487 | $794.68 | 8/2/2018 | 00004912AA | 5/29/2018 | $39.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99487 | $794.68 | 8/2/2018 | 00004902AA | 5/29/2018 | $54.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96224 | $456.01 | 7/27/2018 | 00004209AA | 5/23/2018 | $27.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95532 | $859.28 | 7/26/2018 | 00003863AA | 5/22/2018 | $38.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96224 | $456.01 | 7/27/2018 | 00004199AA-150592 | 5/23/2018 | $59.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96224 | $456.01 | 7/27/2018 | 00004200AA-150593 | 5/23/2018 | $49.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96224 | $456.01 | 7/27/2018 | 00004201AA-150594 | 5/23/2018 | $32.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96224 | $456.01 | 7/27/2018 | 00004202AA-150595 | 5/23/2018 | $39.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96224 | $456.01 | 7/27/2018 | 00004203AA | 5/23/2018 | $32.30 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96224 | $456.01 | 7/27/2018 | 00004204AA | 5/23/2018 | $42.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96224 | $456.01 | 7/27/2018 | 00004205AA | 5/23/2018 | $49.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99487 | $794.68 | 8/2/2018 | 00004894AA | 5/29/2018 | $41.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96224 | $456.01 | 7/27/2018 | 00004207AA | 5/23/2018 | $32.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91417 | $626.43 | 7/19/2018 | 00002382AA-150561 | 5/15/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96224 | $456.01 | 7/27/2018 | 00004210AA | 5/23/2018 | $42.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96224 | $456.01 | 7/27/2018 | 00004211AA | 5/23/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96224 | $456.01 | 7/27/2018 | 00004212AA | 5/23/2018 | $32.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96954 | $297.33 | 7/30/2018 | 00004208AA | 5/24/2018 | $77.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96954 | $297.33 | 7/30/2018 | 00004521AA | 5/24/2018 | $42.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96954 | $297.33 | 7/30/2018 | 00004522AA | 5/24/2018 | $49.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96954 | $297.33 | 7/30/2018 | 00004523AA | 5/24/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96954 | $297.33 | 7/30/2018 | 00004524AA | 5/24/2018 | $98.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96224 | $456.01 | 7/27/2018 | 00004206AA | 5/23/2018 | $27.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16723 | $394.23 | 9/4/2018 | 00001293AA | 6/29/2018 | $27.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91417 | $626.43 | 7/19/2018 | 00002384AA-150563 | 5/15/2018 | $38.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16025 | $407.08 | 8/31/2018 | 00000870AA | 6/27/2018 | $38.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16025 | $407.08 | 8/31/2018 | 00000871AA | 6/27/2018 | $125.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16723 | $394.23 | 9/4/2018 | 00001085AA | 6/28/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16723 | $394.23 | 9/4/2018 | 00001086AA | 6/28/2018 | $49.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16723 | $394.23 | 9/4/2018 | 00001087AA | 6/28/2018 | $41.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16723 | $394.23 | 9/4/2018 | 00001088AA | 6/28/2018 | $39.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16723 | $394.23 | 9/4/2018 | 00001089AA | 6/28/2018 | $36.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16025 | $407.08 | 8/31/2018 | 00000868AA | 6/27/2018 | $97.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16723 | $394.23 | 9/4/2018 | 00001292AA-150551 | 6/29/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16025 | $407.08 | 8/31/2018 | 00000867AA | 6/27/2018 | $41.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16723 | $394.23 | 9/4/2018 | 00001294AA | 6/29/2018 | $28.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16723 | $394.23 | 9/4/2018 | 00001295AA | 6/29/2018 | $49.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17868 | $881.61 | 9/5/2018 | 00001567AA-150552 | 7/2/2018 | $54.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17868 | $881.61 | 9/5/2018 | 00001568AA-150553 | 7/2/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17868 | $881.61 | 9/5/2018 | 00001569AA-150554 | 7/2/2018 | $62.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17868 | $881.61 | 9/5/2018 | 00001570AA | 7/2/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17868 | $881.61 | 9/5/2018 | 00001571AA | 7/2/2018 | $27.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17868 | $881.61 | 9/5/2018 | 00001572AA | 7/2/2018 | $58.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16723 | $394.23 | 9/4/2018 | 00001257AA-150550 | 6/29/2018 | $64.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15373 | $460.29 | 8/30/2018 | 00000543AA-150542 | 6/26/2018 | $32.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14585 | $454.58 | 8/29/2018 | 00000367AA | 6/25/2018 | $49.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14585 | $454.58 | 8/29/2018 | 00000368AA | 6/25/2018 | $62.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14585 | $454.58 | 8/29/2018 | 00000369AA | 6/25/2018 | $27.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14585 | $454.58 | 8/29/2018 | 00000370AA | 6/25/2018 | $95.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14585 | $454.58 | 8/29/2018 | 00000371AA | 6/25/2018 | $49.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14585 | $454.58 | 8/29/2018 | 00000372AA | 6/25/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14585 | $454.58 | 8/29/2018 | 00000373AA | 6/25/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14585 | $454.58 | 8/29/2018 | 00000374AA | 6/25/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16025 | $407.08 | 8/31/2018 | 00000869AA | 6/27/2018 | $54.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15373 | $460.29 | 8/30/2018 | 00000542AA-150541 | 6/26/2018 | $39.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17868 | $881.61 | 9/5/2018 | 00001575AA | 7/2/2018 | $27.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15373 | $460.29 | 8/30/2018 | 00000544AA-150543 | 6/26/2018 | $41.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15373 | $460.29 | 8/30/2018 | 00000545AA-150544 | 6/26/2018 | $54.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15373 | $460.29 | 8/30/2018 | 00000546AA-150545 | 6/26/2018 | $32.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15373 | $460.29 | 8/30/2018 | 00000547AA-150546 | 6/26/2018 | $49.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15373 | $460.29 | 8/30/2018 | 00000548AA-150547 | 6/26/2018 | $39.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15373 | $460.29 | 8/30/2018 | 00000549AA-150548 | 6/26/2018 | $36.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15373 | $460.29 | 8/30/2018 | 00000550AA-150549 | 6/26/2018 | $132.06 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16025 | $407.08 | 8/31/2018 | 00000866AA | 6/27/2018 | $49.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15373 | $460.29 | 8/30/2018 | 00000541AA-150540 | 6/26/2018 | $49.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91417 | $626.43 | 7/19/2018 | 00002374AA | 5/15/2018 | $49.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91417 | $626.43 | 7/19/2018 | 00002079AA-150558 | 5/15/2018 | $32.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91417 | $626.43 | 7/19/2018 | 00002365AA | 5/15/2018 | $32.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91417 | $626.43 | 7/19/2018 | 00002366AA | 5/15/2018 | $38.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91417 | $626.43 | 7/19/2018 | 00002367AA | 5/15/2018 | $27.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91417 | $626.43 | 7/19/2018 | 00002368AA | 5/15/2018 | $49.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91417 | $626.43 | 7/19/2018 | 00002369AA | 5/15/2018 | $49.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91417 | $626.43 | 7/19/2018 | 00002370AA | 5/15/2018 | $36.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91417 | $626.43 | 7/19/2018 | 00002371AA | 5/15/2018 | $39.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17868 | $881.61 | 9/5/2018 | 00001573AA | 7/2/2018 | $27.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91417 | $626.43 | 7/19/2018 | 00002373AA | 5/15/2018 | $49.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90512 | $101.18 | 7/18/2018 | 00001748AA-150555 | 5/14/2018 | $54.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91417 | $626.43 | 7/19/2018 | 00002375AA | 5/15/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91417 | $626.43 | 7/19/2018 | 00002376AA | 5/15/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91417 | $626.43 | 7/19/2018 | 00002377AA | 5/15/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91417 | $626.43 | 7/19/2018 | 00002378AA | 5/15/2018 | $41.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91417 | $626.43 | 7/19/2018 | 00002379AA | 5/15/2018 | $27.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91417 | $626.43 | 7/19/2018 | 00002380AA-150559 | 5/15/2018 | $53.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91417 | $626.43 | 7/19/2018 | 00002381AA-150560 | 5/15/2018 | $27.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99487 | $794.68 | 8/2/2018 | 00004914AA | 5/29/2018 | $54.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91417 | $626.43 | 7/19/2018 | 00002372AA | 5/15/2018 | $49.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17868 | $881.61 | 9/5/2018 | 00001721AA | 7/2/2018 | $32.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91417 | $626.43 | 7/19/2018 | 00002383AA-150562 | 5/15/2018 | $97.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17868 | $881.61 | 9/5/2018 | 00001576AA | 7/2/2018 | $49.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17868 | $881.61 | 9/5/2018 | 00001577AA | 7/2/2018 | $38.95 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17868 | $881.61 | 9/5/2018 | 00001578AA | 7/2/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17868 | $881.61 | 9/5/2018 | 00001579AA | 7/2/2018 | $49.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17868 | $881.61 | 9/5/2018 | 00001580AA | 7/2/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17868 | $881.61 | 9/5/2018 | 00001581AA | 7/2/2018 | $59.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17868 | $881.61 | 9/5/2018 | 00001582AA | 7/2/2018 | $49.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90512 | $101.18 | 7/18/2018 | 00002080AA-150557 | 5/14/2018 | $42.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17868 | $881.61 | 9/5/2018 | 00001584AA | 7/2/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90512 | $101.18 | 7/18/2018 | 00002078AA-150556 | 5/14/2018 | $58.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18602 | $463.61 | 9/6/2018 | 00001803AA | 7/3/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18602 | $463.61 | 9/6/2018 | 00001804AA | 7/3/2018 | $49.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18602 | $463.61 | 9/6/2018 | 00001805AA | 7/3/2018 | $39.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18602 | $463.61 | 9/6/2018 | 00001806AA | 7/3/2018 | $54.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18602 | $463.61 | 9/6/2018 | 00001807AA | 7/3/2018 | $59.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18602 | $463.61 | 9/6/2018 | 00001808AA | 7/3/2018 | $108.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18602 | $463.61 | 9/6/2018 | 00001809AA | 7/3/2018 | $49.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18602 | $463.61 | 9/6/2018 | 00001810AA | 7/3/2018 | $54.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17868 | $881.61 | 9/5/2018 | 00001574AA | 7/2/2018 | $53.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17868 | $881.61 | 9/5/2018 | 00001583AA | 7/2/2018 | $54.15 |

Totals:   29 transfer(s),   $14,210.57