**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Franke Kitchen Systems, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| StarWest, LLC | StarWest, LLC | 914678 | $18,542.67 | 9/7/2018 | 9139863 | 8/11/2018 | $1,643.41 |
| StarWest, LLC | StarWest, LLC | 913980 | $1,413.47 | 7/27/2018 | 9136608 | 7/17/2018 | $1,054.19 |
| StarWest, LLC | StarWest, LLC | 913980 | $1,413.47 | 7/27/2018 | 9137103 | 7/20/2018 | $309.98 |
| StarWest, LLC | StarWest, LLC | 914091 | $413.11 | 8/3/2018 | 9135628 | 7/10/2018 | $413.11 |
| StarWest, LLC | StarWest, LLC | 914203 | $1,200.24 | 8/10/2018 | 9138655 | 8/2/2018 | $1,200.24 |
| StarWest, LLC | StarWest, LLC | 914290 | $469.93 | 8/17/2018 | 9139168 | 8/7/2018 | $469.93 |
| StarWest, LLC | StarWest, LLC | 914556 | $14,965.67 | 8/31/2018 | 9138813 | 8/3/2018 | $664.51 |
| StarWest, LLC | StarWest, LLC | 914556 | $14,965.67 | 8/31/2018 | 9139603 | 8/9/2018 | $3,696.72 |
| StarWest, LLC | StarWest, LLC | 914556 | $14,965.67 | 8/31/2018 | 9139604 | 8/9/2018 | $2,284.96 |
| StarWest, LLC | StarWest, LLC | 914556 | $14,965.67 | 8/31/2018 | 9139605 | 8/9/2018 | $3,690.00 |
| StarWest, LLC | StarWest, LLC | 914556 | $14,965.67 | 8/31/2018 | 9139829 | 8/11/2018 | $401.66 |
| StarWest, LLC | StarWest, LLC | 914556 | $14,965.67 | 8/31/2018 | 9140252 | 8/14/2018 | $3,085.34 |
| StarWest, LLC | StarWest, LLC | 913980 | $1,413.47 | 7/27/2018 | 9134970 | 7/3/2018 | $49.30 |
| StarWest, LLC | StarWest, LLC | 914678 | $18,542.67 | 9/7/2018 | 9139768 | 8/10/2018 | $16,899.26 |
| StarWest, LLC | StarWest, LLC | 915098 | $15,062.31 | 10/9/2018 | 9144185 | 9/14/2018 | $57.00 |
| StarWest, LLC | StarWest, LLC | 914785 | $500.00 | 9/14/2018 | 9141003 | 8/21/2018 | $500.00 |
| StarWest, LLC | StarWest, LLC | 914977 | $319.63 | 9/28/2018 | 9142147 | 8/29/2018 | $37.15 |
| StarWest, LLC | StarWest, LLC | 914977 | $319.63 | 9/28/2018 | 9142249 | 8/29/2018 | $135.98 |
| StarWest, LLC | StarWest, LLC | 914977 | $319.63 | 9/28/2018 | 9142601 | 8/31/2018 | $146.50 |
| StarWest, LLC | StarWest, LLC | 915098 | $15,062.31 | 10/9/2018 | 9139606 | 8/9/2018 | $6,916.30 |
| StarWest, LLC | StarWest, LLC | 915098 | $15,062.31 | 10/9/2018 | 9143075 | 9/6/2018 | $2,145.72 |
| StarWest, LLC | StarWest, LLC | 915098 | $15,062.31 | 10/9/2018 | 9143182 | 9/6/2018 | $120.18 |
| StarWest, LLC | StarWest, LLC | 915098 | $15,062.31 | 10/9/2018 | 9143267 | 9/7/2018 | $392.34 |
| StarWest, LLC | StarWest, LLC | 915098 | $15,062.31 | 10/9/2018 | 9143421 | 9/8/2018 | $4,740.85 |
| StarWest, LLC | StarWest, LLC | 915098 | $15,062.31 | 10/9/2018 | 9143422 | 9/8/2018 | $460.39 |
| StarWest, LLC | StarWest, LLC | 915098 | $15,062.31 | 10/9/2018 | 9143806 | 9/12/2018 | $229.53 |
| StarWest, LLC | StarWest, LLC | 914556 | $14,965.67 | 8/31/2018 | 9140454 | 8/16/2018 | $1,142.48 |

Totals:    9 transfer(s),    $52,887.03