**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Classy Closets** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| StarWest, LLC | StarWest, LLC | 63813 | $8,711.58 | 9/19/2018 | VIKING DISPLAY CABS FINAL | 9/10/2018 | $2,136.00 |
| StarWest, LLC | StarWest, LLC | 63813 | $8,711.58 | 9/19/2018 | MIELE DISP CAB FINAL | 9/10/2018 | $6,575.58 |
| StarWest, LLC | StarWest, LLC | 63753 | $10,306.00 | 9/5/2018 | 50%DEPOSIT VIKING | 8/29/2018 | $1,685.00 |
| StarWest, LLC | StarWest, LLC | 63753 | $10,306.00 | 9/5/2018 | 50%DEPOSIT REF RUN | 8/29/2018 | $6,711.00 |
| StarWest, LLC | StarWest, LLC | 63753 | $10,306.00 | 9/5/2018 | 50% DEPOSIT SAMSUNG DISPL | 8/29/2018 | $1,910.00 |
| StarWest, LLC | StarWest, LLC | 63714 | $1,230.00 | 8/27/2018 | 155539 | 8/13/2018 | $1,230.00 |
| StarWest, LLC | StarWest, LLC | 63680 | $6,894.57 | 8/15/2018 | ELECTROLUX DISPLAY | 8/8/2018 | $6,894.57 |
| StarWest, LLC | StarWest, LLC | 63613 | $2,136.00 | 8/7/2018 | 50% DEPOSIT CAB VIKING | 7/31/2018 | $2,136.00 |
| StarWest, LLC | StarWest, LLC | 63561 | $880.00 | 7/25/2018 | SAMSUNG CNTR TOP DISPLAY | 7/17/2018 | $880.00 |
| StarWest, LLC | StarWest, LLC | 63456 | $434.26 | 7/18/2018 | CROWN MOLDING LG DISPLAY | 6/26/2018 | $434.26 |
| **Totals:** | | **7 transfer(s),** | **$30,592.41** | | | | |