**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **G & J Pepsi-Cola Bottlers, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780996514 | $1,698.25 | 8/21/2018 | 3607399-5139 | 7/6/2018 | $266.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981985 | $2,790.38 | 7/20/2018 | 3549897-5130 | 6/8/2018 | $1,384.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985349 | $1,751.33 | 7/27/2018 | 3555783-5133 | 6/14/2018 | $1,147.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985349 | $1,751.33 | 7/27/2018 | 3558773 | 6/13/2018 | $609.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988768 | $3,485.22 | 8/7/2018 | 3573347 | 6/20/2018 | $772.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988768 | $3,485.22 | 8/7/2018 | 3578535-5134 | 6/22/2018 | $2,858.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992280 | $4,278.23 | 8/14/2018 | 3575526 | 6/27/2018 | $1,299.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992280 | $4,278.23 | 8/14/2018 | 3588033 | 6/27/2018 | $1,033.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981985 | $2,790.38 | 7/20/2018 | 3549467 | 6/8/2018 | $1,510.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996514 | $1,698.25 | 8/21/2018 | 3603974-5136 | 7/6/2018 | $1,467.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014343 | $2,665.56 | 9/27/2018 | 3676504 | 8/8/2018 | $1,083.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999861 | $510.66 | 8/30/2018 | 3616416 | 7/12/2018 | $510.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003361 | $5,590.38 | 9/6/2018 | 3627815 | 7/24/2018 | $2,840.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003361 | $5,590.38 | 9/6/2018 | 3631286 | 7/18/2018 | $646.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003361 | $5,590.38 | 9/6/2018 | 3636714 | 7/20/2018 | $2,103.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006771 | $759.16 | 9/13/2018 | 3646073 | 7/25/2018 | $759.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011044 | $2,797.64 | 9/20/2018 | 3661174-5141 | 8/1/2018 | $329.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011044 | $2,797.64 | 9/20/2018 | 3666635 | 8/3/2018 | $2,586.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014343 | $2,665.56 | 9/27/2018 | 3672791 | 8/8/2018 | $1,582.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992280 | $4,278.23 | 8/14/2018 | 3592743 | 6/29/2018 | $2,687.67 |

Totals:    10 transfer(s),    $26,326.81