**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Garcia Family Enterprises, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| StarWest, LLC | StarWest, LLC | 915099 | $17,050.00 | 10/9/2018 | TUCSON -6 | 9/28/2018 | $3,900.00 |
| StarWest, LLC | StarWest, LLC | 915099 | $17,050.00 | 10/9/2018 | TEMPE-6 | 9/28/2018 | $13,150.00 |
| StarWest, LLC | StarWest, LLC | 914979 | $16,900.00 | 9/28/2018 | TUCSON-5 | 9/21/2018 | $3,900.00 |
| StarWest, LLC | StarWest, LLC | 914979 | $16,900.00 | 9/28/2018 | TEMPE-5 | 9/21/2018 | $13,850.00 |
| StarWest, LLC | StarWest, LLC | 914845 | $18,850.00 | 9/21/2018 | TUCSON-4 | 9/14/2018 | $3,150.00 |
| StarWest, LLC | StarWest, LLC | 914845 | $18,850.00 | 9/21/2018 | TEMPE-4 | 9/14/2018 | $15,700.00 |
| StarWest, LLC | StarWest, LLC | 914786 | $16,450.00 | 9/14/2018 | 3-TUCSON | 9/7/2018 | $3,200.00 |
| StarWest, LLC | StarWest, LLC | 914786 | $16,450.00 | 9/14/2018 | 3-TEMPE | 9/7/2018 | $13,250.00 |
| StarWest, LLC | StarWest, LLC | 914680 | $20,350.00 | 9/7/2018 | 2 | 8/31/2018 | $20,350.00 |
| StarWest, LLC | StarWest, LLC | 914557 | $9,050.00 | 8/31/2018 | 1 | 8/25/2018 | $9,050.00 |

Totals:   6 transfer(s),   $98,650.00