**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Clearwater Paper Corporation** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988107 | $10,633.53 | 7/25/2018 | VPLB990101613 | 7/20/2018 | $960.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003123 | $27,485.28 | 8/23/2018 | 2305996-51554 | 7/30/2018 | $7,898.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003123 | $27,485.28 | 8/23/2018 | 2305996-51552 | 7/30/2018 | $6,566.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003123 | $27,485.28 | 8/23/2018 | 2305995 | 7/30/2018 | $16,171.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001753 | $20,179.76 | 8/21/2018 | 2306000 | 7/30/2018 | $15,552.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001753 | $20,179.76 | 8/21/2018 | 2305999 | 7/30/2018 | $4,631.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001060 | $17,188.42 | 8/20/2018 | 2303058 | 7/23/2018 | $17,188.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999601 | $18,822.86 | 8/16/2018 | 2303057 | 7/23/2018 | $19,168.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998291 | $18,643.80 | 8/14/2018 | 2301877 | 7/19/2018 | $19,168.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997639 | $16,191.05 | 8/13/2018 | 2293822 | 6/29/2018 | $18,178.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994426 | $18,838.74 | 8/7/2018 | 2293824 | 6/29/2018 | $18,838.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993532 | $16,889.21 | 8/6/2018 | 2293823 | 6/29/2018 | $17,188.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990671 | $17,188.42 | 7/31/2018 | 2295989 | 7/5/2018 | $17,188.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983712 | $41,232.91 | 7/17/2018 | 2288659 | 6/18/2018 | $23,649.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988107 | $10,633.53 | 7/25/2018 | VPLB990101614 | 7/20/2018 | $2,880.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003764 | $47,162.60 | 8/24/2018 | 2305997 | 7/30/2018 | $20,741.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988107 | $10,633.53 | 7/25/2018 | VPLB990101612 | 7/20/2018 | $975.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988107 | $10,633.53 | 7/25/2018 | VPLB990101611 | 7/20/2018 | $288.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988107 | $10,633.53 | 7/25/2018 | VPLB990101610 | 7/20/2018 | $2,688.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988107 | $10,633.53 | 7/25/2018 | VPLB990101609 | 7/20/2018 | $1,344.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988107 | $10,633.53 | 7/25/2018 | VPLB990101608 | 7/20/2018 | $288.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988107 | $10,633.53 | 7/25/2018 | VPLB990101607 | 7/20/2018 | $192.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988107 | $10,633.53 | 7/25/2018 | VPLB990101606 | 7/20/2018 | $480.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988107 | $10,633.53 | 7/25/2018 | VPLB990101605 | 7/20/2018 | $288.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988107 | $10,633.53 | 7/25/2018 | VPLB990101604 | 7/20/2018 | $288.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988107 | $10,633.53 | 7/25/2018 | VPLB990101603 | 7/20/2018 | $192.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987178 | $19,168.80 | 7/24/2018 | 2290434 | 6/21/2018 | $19,168.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985728 | $19,026.37 | 7/20/2018 | 2291652 | 6/25/2018 | $19,168.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983712 | $41,232.91 | 7/17/2018 | 2289869 | 6/20/2018 | $17,583.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989916 | $16,657.37 | 7/30/2018 | 2294666 | 7/2/2018 | $17,650.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005191 | $197,811.05 | 8/28/2018 | 2307697 | 8/2/2018 | $10,108.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013684 | $36,438.18 | 9/12/2018 | 2306001-51561 | 9/7/2018 | $1,717.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013684 | $36,438.18 | 9/12/2018 | 2305994-51560 | 9/7/2018 | $13,471.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013684 | $36,438.18 | 9/12/2018 | 2305994-51558 | 9/7/2018 | $858.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012769 | $34,376.84 | 9/11/2018 | 2307696 | 8/2/2018 | $17,188.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012769 | $34,376.84 | 9/11/2018 | 2307231 | 8/1/2018 | $17,188.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012019 | $16,421.76 | 9/10/2018 | 2306629 | 7/31/2018 | $18,178.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008786 | $71,412.84 | 9/4/2018 | 2309030 | 8/6/2018 | $14,896.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008786 | $71,412.84 | 9/4/2018 | 2307229 | 8/1/2018 | $18,178.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008786 | $71,412.84 | 9/4/2018 | 2305993 | 7/30/2018 | $19,168.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008786 | $71,412.84 | 9/4/2018 | 2305992 | 7/30/2018 | $19,168.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007992 | $17,188.42 | 9/3/2018 | 2302327 | 7/20/2018 | $17,188.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007203 | $19,168.80 | 8/31/2018 | 2308208 | 8/3/2018 | $19,168.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006514 | $25,534.25 | 8/30/2018 | 2307236 | 8/1/2018 | $6,365.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003123 | $27,485.28 | 8/23/2018 | CD3103044ED | 8/21/2018 | $4,100.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005191 | $197,811.05 | 8/28/2018 | 2306632 | 7/31/2018 | $18,178.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013684 | $36,438.18 | 9/12/2018 | 2306001-51563 | 9/7/2018 | $23,197.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005191 | $197,811.05 | 8/28/2018 | 2305210 | 7/27/2018 | $17,410.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005191 | $197,811.05 | 8/28/2018 | 2305211 | 7/27/2018 | $27,977.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005191 | $197,811.05 | 8/28/2018 | 2305212 | 7/27/2018 | $30,658.20 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005191 | $197,811.05 | 8/28/2018 | 2305998 | 7/30/2018 | $10,968.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006514 | $25,534.25 | 8/30/2018 | 2303573 | 7/24/2018 | $19,168.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005191 | $197,811.05 | 8/28/2018 | 2306630 | 7/31/2018 | $18,178.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006112 | $16,675.80 | 8/29/2018 | 2302326 | 7/20/2018 | $17,188.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005191 | $197,811.05 | 8/28/2018 | 2307228 | 8/1/2018 | $18,178.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005191 | $197,811.05 | 8/28/2018 | 2307230 | 8/1/2018 | $17,188.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005191 | $197,811.05 | 8/28/2018 | 2307234-51555 | 8/1/2018 | $553.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005191 | $197,811.05 | 8/28/2018 | 2307234-51557 | 8/1/2018 | $5,264.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005191 | $197,811.05 | 8/28/2018 | 2307235 | 8/1/2018 | $5,520.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003764 | $47,162.60 | 8/24/2018 | 2305208 | 7/27/2018 | $26,421.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005191 | $197,811.05 | 8/28/2018 | 2306619 | 7/31/2018 | $18,178.61 |

**Totals:** **24 transfer(s),** **$760,337.06**