**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **ClickSoftware, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995912 | $16,702.50 | 8/20/2018 | IN18000505 | 6/1/2018 | $16,702.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988108 | $290,972.00 | 8/2/2018 | IN18000432 | 5/24/2018 | $140,692.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988108 | $290,972.00 | 8/2/2018 | IN18000428 | 5/22/2018 | $150,280.00 |
| **Totals:** | | **2 transfer(s),** | **$307,674.50** | | | | |