**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **C-Life Group Ltd.** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011992 | $10,871.16 | 9/10/2018 | 1260136-11943 | 8/8/2018 | $43,689.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984644 | $21,266.70 | 7/18/2018 | 1254916-8370 | 6/20/2018 | $21,266.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989133 | $32.13 | 7/27/2018 | 1252603-8367 | 5/22/2018 | $42.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996262 | $74,876.41 | 8/9/2018 | 1254916-8371 | 6/20/2018 | $492.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996262 | $74,876.41 | 8/9/2018 | 1258665 | 7/24/2018 | $40,040.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996262 | $74,876.41 | 8/9/2018 | 1258666 | 7/24/2018 | $36,358.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001039 | $25,407.82 | 8/20/2018 | 1257927 | 7/23/2018 | $25,769.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005163 | $20,636.92 | 8/28/2018 | 1259626 | 7/30/2018 | $20,641.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984644 | $21,266.70 | 7/18/2018 | 1254916-8368 | 6/20/2018 | $492.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007175 | $38,672.12 | 8/31/2018 | 1260135-8374 | 8/8/2018 | $38,677.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024268 | $41,680.85 | 10/3/2018 | KM162474A | 9/29/2018 | $6,537.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011992 | $10,871.16 | 9/10/2018 | 1260136-11944 | 8/8/2018 | $10,890.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012743 | $43,689.60 | 9/11/2018 | 1260136-11945 | 8/8/2018 | $43,689.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018177 | $22,841.98 | 9/21/2018 | 1262068 | 9/4/2018 | $23,253.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018911 | $22,528.68 | 9/24/2018 | 1261657-11946 | 8/29/2018 | $418.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018911 | $22,528.68 | 9/24/2018 | 1261657-11948 | 8/29/2018 | $22,528.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020523 | $412.97 | 9/26/2018 | 1261657-11949 | 8/29/2018 | $418.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021010 | $35,499.03 | 9/27/2018 | 1260926 | 8/24/2018 | $35,499.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024268 | $41,680.85 | 10/3/2018 | 1262069 | 9/4/2018 | $35,148.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007175 | $38,672.12 | 8/31/2018 | 1260135-8372 | 8/8/2018 | $123.00 |

Totals:    13 transfer(s),    $358,416.37