**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Cluett, Peabody & Co, Inc. aka Arrow Shirt Company aka Arrow Sportswear** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987113 | $21,740.40 | 8/3/2018 | 25687405 | 5/14/2018 | $21,146.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985663 | $18,876.65 | 8/1/2018 | 25583815 | 5/1/2018 | $1,387.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985663 | $18,876.65 | 8/1/2018 | 25583817 | 5/1/2018 | $16,987.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985663 | $18,876.65 | 8/1/2018 | 25583818 | 5/1/2018 | $442.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985663 | $18,876.65 | 8/1/2018 | 25583819 | 5/1/2018 | $59.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986407 | $162,151.25 | 8/2/2018 | 25689913 | 5/14/2018 | $2,349.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986407 | $162,151.25 | 8/2/2018 | 25689914 | 5/14/2018 | $159,528.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980367 | $56,776.92 | 7/18/2018 | 25550717 | 4/23/2018 | $45,492.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987113 | $21,740.40 | 8/3/2018 | 25687404 | 5/14/2018 | $594.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985058 | $18,716.80 | 7/31/2018 | 25641174 | 5/7/2018 | $343.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987924 | $7,897.50 | 8/6/2018 | 25642573 | 5/7/2018 | $7,897.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990609 | $1,636.80 | 8/10/2018 | 25582648 | 4/30/2018 | $1,636.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991929 | $77,932.80 | 8/16/2018 | 25695969 | 5/15/2018 | $33,039.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991929 | $77,932.80 | 8/16/2018 | 25695970 | 5/15/2018 | $343.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991929 | $77,932.80 | 8/16/2018 | 25730115 | 5/22/2018 | $19,245.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991929 | $77,932.80 | 8/16/2018 | 25736200 | 5/22/2018 | $1,465.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991929 | $77,932.80 | 8/16/2018 | 25736202 | 5/22/2018 | $23,839.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986407 | $162,151.25 | 8/2/2018 | 25689915 | 5/14/2018 | $274.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981699 | $23,422.50 | 7/24/2018 | 25550714 | 4/23/2018 | $10,287.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980367 | $56,776.92 | 7/18/2018 | 25584409 | 5/1/2018 | $11,284.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981160 | $9,925.09 | 7/23/2018 | 25582641 | 4/30/2018 | $206.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981160 | $9,925.09 | 7/23/2018 | 25582642 | 4/30/2018 | $9,674.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981160 | $9,925.09 | 7/23/2018 | 25582647 | 4/30/2018 | $44.25 |

Cluett, Peabody & Co, Inc. aka Arrow Shirt Company aka Arrow Sportswear (2228448)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020 — Exhibit A — P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981161 | $61,637.40 | 7/23/2018 | 25583200 | 4/30/2018 | $229.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981161 | $61,637.40 | 7/23/2018 | 25583203 | 4/30/2018 | $5,438.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981161 | $61,637.40 | 7/23/2018 | 25583204 | 4/30/2018 | $6,142.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985059 | $30,782.94 | 7/31/2018 | 25642576 | 5/7/2018 | $30,782.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981161 | $61,637.40 | 7/23/2018 | 25583208 | 4/30/2018 | $22,491.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985058 | $18,716.80 | 7/31/2018 | 25641187 | 5/7/2018 | $18,373.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981699 | $23,422.50 | 7/24/2018 | 25550718 | 4/23/2018 | $13,135.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982983 | $13,691.50 | 7/26/2018 | 25641169 | 5/7/2018 | $542.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982983 | $13,691.50 | 7/26/2018 | 25641181 | 5/7/2018 | $13,148.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982984 | $10,816.87 | 7/26/2018 | 25548127 | 4/23/2018 | $7,263.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982984 | $10,816.87 | 7/26/2018 | 25642580 | 5/7/2018 | $27.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982984 | $10,816.87 | 7/26/2018 | 25642595 | 5/7/2018 | $3,526.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995718 | $8,393.09 | 8/22/2018 | 25758208 | 5/29/2018 | $501.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981161 | $61,637.40 | 7/23/2018 | 25583207 | 4/30/2018 | $27,336.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008705 | $5,874.00 | 9/18/2018 | 25891258 | 6/26/2018 | $488.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991930 | $9,100.15 | 8/16/2018 | 25695971 | 5/15/2018 | $9,100.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005132 | $6,520.80 | 9/11/2018 | 25857179 | 6/18/2018 | $237.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005132 | $6,520.80 | 9/11/2018 | 25857180 | 6/18/2018 | $6,283.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005941 | $8,943.61 | 9/12/2018 | 25863975 | 6/19/2018 | $486.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005941 | $8,943.61 | 9/12/2018 | 25863976 | 6/19/2018 | $8,457.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007136 | $9,725.76 | 9/14/2018 | 25852989 | 6/18/2018 | $9,345.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007136 | $9,725.76 | 9/14/2018 | 25852990 | 6/18/2018 | $380.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004457 | $7,154.40 | 9/10/2018 | 25833968 | 6/11/2018 | $6,771.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008705 | $5,874.00 | 9/18/2018 | 25891257 | 6/26/2018 | $5,385.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003683 | $25,693.11 | 9/7/2018 | 25836461 | 6/11/2018 | $10,762.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008706 | $3,753.33 | 9/18/2018 | 25891275 | 6/26/2018 | $3,618.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008706 | $3,753.33 | 9/18/2018 | 25891276 | 6/26/2018 | $135.00 |

Cluett, Peabody & Co, Inc. aka Arrow Shirt Company aka Arrow Sportswear (2228448)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jan 27, 2020                                    Exhibit A                                    P. 2

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781012711 | $161,548.75 | 10/1/2018 | 25920132 | 7/2/2018 | $161,548.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013514 | $1,450.27 | 9/26/2018 | KM142502A | 9/8/2018 | $590.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013514 | $1,450.27 | 9/26/2018 | KM161922A | 9/8/2018 | $1,095.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013515 | $6,533.10 | 10/3/2018 | InvDate7/2/2018 | 7/2/2018 | $6,533.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014057 | $3,959.65 | 10/3/2018 | 25919039 | 7/2/2018 | $139.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007137 | $13,972.50 | 9/14/2018 | 25853618 | 6/18/2018 | $13,972.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000204 | $26,928.00 | 9/4/2018 | 25801629 | 6/4/2018 | $12,711.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014057 | $3,959.65 | 10/3/2018 | 25919042 | 7/2/2018 | $3,820.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995719 | $7,990.95 | 8/22/2018 | 25758261 | 5/29/2018 | $7,776.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995719 | $7,990.95 | 8/22/2018 | 25758263 | 5/29/2018 | $214.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998236 | $9,177.64 | 8/29/2018 | 25801153 | 6/4/2018 | $9,177.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999545 | $11,431.20 | 8/30/2018 | 25801122 | 6/4/2018 | $10,467.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999545 | $11,431.20 | 8/30/2018 | 25801123 | 6/4/2018 | $963.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999546 | $242.10 | 8/30/2018 | 25801148 | 6/4/2018 | $242.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004457 | $7,154.40 | 9/10/2018 | 25833970 | 6/11/2018 | $382.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000204 | $26,928.00 | 9/4/2018 | 25769716 | 5/30/2018 | $382.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995718 | $8,393.09 | 8/22/2018 | 25758202 | 5/29/2018 | $7,891.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000204 | $26,928.00 | 9/4/2018 | 25801630 | 6/4/2018 | $778.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000205 | $10,133.30 | 9/4/2018 | 25769781 | 5/30/2018 | $10,133.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001011 | $824.81 | 9/4/2018 | 25833973 | 6/11/2018 | $824.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002555 | $5,425.20 | 9/5/2018 | 25833967 | 6/11/2018 | $4,738.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002555 | $5,425.20 | 9/5/2018 | 25833969 | 6/11/2018 | $686.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002556 | $7,789.74 | 9/5/2018 | 25833974 | 6/11/2018 | $7,789.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003683 | $25,693.11 | 9/7/2018 | 25803141 | 6/4/2018 | $14,931.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000204 | $26,928.00 | 9/4/2018 | 25769712 | 5/30/2018 | $13,054.80 |

Totals:    37 transfer(s),    $868,570.88

Cluett, Peabody & Co, Inc. aka Arrow Shirt Company aka Arrow Sportswear (2228448)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jan 27, 2020                                                         Exhibit A                                                         P. 3