**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Coastal Staffing Service, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914400 | $794.20 | 8/24/2018 | 43278 | 8/13/2018 | $794.20 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913840 | $1,977.47 | 7/20/2018 | 42970 | 7/5/2018 | $528.96 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913840 | $1,977.47 | 7/20/2018 | 42996 | 7/16/2018 | $795.66 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913942 | $1,029.04 | 7/27/2018 | 43029 | 7/16/2018 | $1,029.04 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914056 | $2,185.01 | 8/3/2018 | 42691 | 6/11/2018 | $652.85 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914056 | $2,185.01 | 8/3/2018 | 42909 | 6/28/2018 | $547.20 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914056 | $2,185.01 | 8/3/2018 | 43093 | 7/24/2018 | $984.96 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913840 | $1,977.47 | 7/20/2018 | 42940 | 7/5/2018 | $652.85 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914321 | $1,082.24 | 8/17/2018 | 43218 | 8/6/2018 | $1,082.24 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915055 | $1,243.36 | 10/9/2018 | 43655 | 9/24/2018 | $1,243.36 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914519 | $1,298.08 | 8/31/2018 | 43341 | 8/20/2018 | $1,298.08 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914633 | $622.25 | 9/7/2018 | 42624 | 6/4/2018 | $622.25 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914735 | $2,389.44 | 9/14/2018 | 43407 | 8/27/2018 | $1,261.60 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914735 | $2,389.44 | 9/14/2018 | 43466 | 9/4/2018 | $1,127.84 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914860 | $1,009.28 | 9/21/2018 | 43527 | 9/10/2018 | $1,009.28 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914940 | $1,261.60 | 9/28/2018 | 43591 | 9/17/2018 | $1,261.60 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914167 | $921.91 | 8/10/2018 | 43155 | 7/30/2018 | $921.91 |

**Totals:**    12 transfer(s),    $15,813.88