**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Comfy Construction, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242012 | $1,802.69 | 9/5/2018 | 24310959A-IN | 9/5/2018 | $1,802.69 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235837 | $957.00 | 7/30/2018 | 23994732B-IN | 7/30/2018 | $957.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236067 | $2,878.47 | 7/31/2018 | 23994732A-IN | 7/30/2018 | $2,878.47 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236338 | $4,212.91 | 8/1/2018 | 23900107A-IN-1 | 7/31/2018 | $4,176.43 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236338 | $4,212.91 | 8/1/2018 | 23900107A-IN-2 | 8/1/2018 | $36.48 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237237 | $493.56 | 8/6/2018 | 23958996A-IN | 8/4/2018 | $493.56 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238011 | $1,383.15 | 8/10/2018 | 23961831A-IN | 8/9/2018 | $1,383.15 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238224 | $1,189.42 | 8/13/2018 | 24153917A-IN | 8/13/2018 | $1,189.42 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239272 | $2,829.42 | 8/20/2018 | 23943358A-IN | 8/10/2018 | $2,829.42 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239477 | $2,816.21 | 8/21/2018 | 23939586A-IN | 8/21/2018 | $2,816.21 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234603 | $111.84 | 7/23/2018 | 21995613D-IN | 7/23/2018 | $111.84 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241346 | $3,207.43 | 8/31/2018 | 24192374B-IN | 8/30/2018 | $491.80 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246284 | $1,628.10 | 10/5/2018 | 24350737A-IN | 10/4/2018 | $1,434.88 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242681 | $2,312.08 | 9/11/2018 | 24192374A-IN-1 | 9/11/2018 | $2,312.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243229 | $566.50 | 9/14/2018 | 24288010A-IN | 9/13/2018 | $566.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243432 | $1,057.22 | 9/17/2018 | 24228812A-IN | 9/17/2018 | $452.90 |

Comfy Construction, LLC (2219842)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                                          Exhibit A                                                          P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243432 | $1,057.22 | 9/17/2018 | 24268477A-IN | 9/14/2018 | $604.32 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243842 | $304.69 | 9/19/2018 | 24192374A-IN-2 | 9/18/2018 | $304.69 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244572 | $4,478.55 | 9/25/2018 | 23878110A-IN | 9/25/2018 | $4,478.55 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245662 | $2,296.85 | 10/2/2018 | 24168156A-IN | 10/2/2018 | $2,296.85 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246074 | $226.00 | 10/4/2018 | 24192374C-IN | 10/4/2018 | $226.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246284 | $1,628.10 | 10/5/2018 | 24139576A-IN | 10/5/2018 | $193.22 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241346 | $3,207.43 | 8/31/2018 | 24158805A-IN | 8/30/2018 | $2,715.63 |

Totals:    19 transfer(s),    $34,752.09