**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **CommerceHub, Inc. fdba Commerce Technologies, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781010796 | $49,332.16 | 9/20/2018 | 1448335 | 6/30/2018 | $99.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010796 | $49,332.16 | 9/20/2018 | 1447512 | 6/30/2018 | $48,966.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010796 | $49,332.16 | 9/20/2018 | 1443756 | 6/30/2018 | $266.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999227 | $27,538.00 | 8/29/2018 | 1459501:7/27-7/31 | 7/31/2018 | $4,441.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999227 | $27,538.00 | 8/29/2018 | 1459501:7/1-7/26 | 7/31/2018 | $23,096.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992013 | $49,885.51 | 8/14/2018 | 1436814 | 5/31/2018 | $81.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992013 | $49,885.51 | 8/14/2018 | 1436431 | 5/31/2018 | $49,508.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992013 | $49,885.51 | 8/14/2018 | 1432562 | 5/31/2018 | $295.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983048 | $21,424.78 | 7/24/2018 | 1448353 | 6/30/2018 | $21,424.78 |

**Totals:    4 transfer(s),    $148,180.45**