**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Commission Junction LLC**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011427 | $1,132,165.50 | 9/7/2018 | CJ34490870618 | 7/1/2018 | $1,100,017.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011427 | $1,132,165.50 | 9/7/2018 | CJ26281790618 | 7/1/2018 | $32,147.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995929 | $1,412,279.06 | 8/8/2018 | CJ34490870518 | 6/1/2018 | $1,388,961.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995929 | $1,412,279.06 | 8/8/2018 | CJ26281790518 | 6/1/2018 | $23,317.68 |

Totals:    2 transfer(s),    $2,544,444.56