**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant: **Conopco, Inc.**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780992718 | $135,051.72 | 8/3/2018 | 9824321079-54118 | 7/18/2018 | $147.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999635 | $104,803.56 | 8/16/2018 | 9825078865 | 7/31/2018 | $2,431.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991636 | $76,487.41 | 8/1/2018 | 9824208119 | 7/15/2018 | $118.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991636 | $76,487.41 | 8/1/2018 | 9824208120 | 7/15/2018 | $2,881.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991636 | $76,487.41 | 8/1/2018 | 9824208791 | 7/15/2018 | $72,322.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992718 | $135,051.72 | 8/3/2018 | 9824321072 | 7/18/2018 | $220.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992718 | $135,051.72 | 8/3/2018 | 9824321073 | 7/18/2018 | $218.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992718 | $135,051.72 | 8/3/2018 | 9824321074 | 7/18/2018 | $416.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992718 | $135,051.72 | 8/3/2018 | 9824321075 | 7/18/2018 | $289.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992718 | $135,051.72 | 8/3/2018 | 9824321076 | 7/18/2018 | $1,095.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989184 | $1,213.69 | 7/27/2018 | VPPSR0000264526 | 7/22/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992718 | $135,051.72 | 8/3/2018 | 9824321078 | 7/18/2018 | $637.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989184 | $1,213.69 | 7/27/2018 | VPASNR993116912 | 7/22/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992718 | $135,051.72 | 8/3/2018 | 9824321079-54119 | 7/18/2018 | $60,047.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992718 | $135,051.72 | 8/3/2018 | 9824321171-54120 | 7/18/2018 | $495.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992718 | $135,051.72 | 8/3/2018 | 9824321171-54123 | 7/18/2018 | $68,388.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993554 | $1,138.56 | 8/6/2018 | 9810468661-54124 | 9/19/2017 | $1,138.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999635 | $104,803.56 | 8/16/2018 | 9824595617-54125 | 7/22/2018 | $1,082.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999635 | $104,803.56 | 8/16/2018 | 9824595617-54128 | 7/22/2018 | $60,269.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999635 | $104,803.56 | 8/16/2018 | 9824595618 | 7/22/2018 | $1,009.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999635 | $104,803.56 | 8/16/2018 | 9825078862 | 7/31/2018 | $1,283.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999635 | $104,803.56 | 8/16/2018 | 9825078863 | 7/31/2018 | $872.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986484 | $144,260.36 | 7/23/2018 | 9818361140A | 3/15/2018 | $4,340.10 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780992718 | $135,051.72 | 8/3/2018 | 9824321077 | 7/18/2018 | $3,917.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989184 | $1,213.69 | 7/27/2018 | VPASNR993115297 | 7/22/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986484 | $144,260.36 | 7/23/2018 | 9819062509A | 3/28/2018 | $5,283.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986484 | $144,260.36 | 7/23/2018 | 9820264065A | 4/24/2018 | $7,022.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986484 | $144,260.36 | 7/23/2018 | 9820264081A | 4/24/2018 | $42,104.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986484 | $144,260.36 | 7/23/2018 | 9820264162A | 4/24/2018 | $4,079.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986484 | $144,260.36 | 7/23/2018 | 9820264167A | 4/24/2018 | $53,283.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986484 | $144,260.36 | 7/23/2018 | 9820277727A | 4/25/2018 | $48,636.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986484 | $144,260.36 | 7/23/2018 | 9820277806A | 4/25/2018 | $6,219.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986484 | $144,260.36 | 7/23/2018 | 9821319335A | 5/16/2018 | $4,833.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989184 | $1,213.69 | 7/27/2018 | MA18202714011R | 7/24/2018 | $14,398.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991636 | $76,487.41 | 8/1/2018 | 9824208118 | 7/15/2018 | $5,226.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989184 | $1,213.69 | 7/27/2018 | VPASNR993115296 | 7/22/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999635 | $104,803.56 | 8/16/2018 | 9825078866-54129 | 7/31/2018 | $1,426.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989184 | $1,213.69 | 7/27/2018 | VPASNR993115591 | 7/22/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989184 | $1,213.69 | 7/27/2018 | VPASNR993116903 | 7/22/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989184 | $1,213.69 | 7/27/2018 | VPASNR993116904 | 7/22/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989184 | $1,213.69 | 7/27/2018 | VPASNR993116905 | 7/22/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989184 | $1,213.69 | 7/27/2018 | VPASNR993116906 | 7/22/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989184 | $1,213.69 | 7/27/2018 | VPASNR993116907 | 7/22/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989184 | $1,213.69 | 7/27/2018 | VPASNR993116908 | 7/22/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989184 | $1,213.69 | 7/27/2018 | VPASNR993116909 | 7/22/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989184 | $1,213.69 | 7/27/2018 | VPASNR993116910 | 7/22/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989184 | $1,213.69 | 7/27/2018 | VPASNR993116911 | 7/22/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989184 | $1,213.69 | 7/27/2018 | VPASNR993115295 | 7/22/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014792 | $174,295.27 | 9/14/2018 | 9826368049 | 8/28/2018 | $1,076.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999635 | $104,803.56 | 8/16/2018 | 9825078864 | 7/31/2018 | $381.17 |

Conopco, Inc. (2219149)

Bankruptcy Case: Sears Holdings Corporation, et al.

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011430 | $95,804.43 | 9/7/2018 | 9825988434 | 8/21/2018 | $656.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011430 | $95,804.43 | 9/7/2018 | 9825988435 | 8/21/2018 | $1,762.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011430 | $95,804.43 | 9/7/2018 | 9825988439 | 8/21/2018 | $4,481.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011430 | $95,804.43 | 9/7/2018 | 9825988513 | 8/21/2018 | $717.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011430 | $95,804.43 | 9/7/2018 | 9825988577-54149 | 8/21/2018 | $992.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011430 | $95,804.43 | 9/7/2018 | 9825988577-54151 | 8/21/2018 | $56,585.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011430 | $95,804.43 | 9/7/2018 | 9825989085-54152 | 8/21/2018 | $462.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011430 | $95,804.43 | 9/7/2018 | 9825989085-54155 | 8/21/2018 | $62,438.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011430 | $95,804.43 | 9/7/2018 | 9823026100-54147 | 6/20/2018 | $237.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014792 | $174,295.27 | 9/14/2018 | 9826368048 | 8/28/2018 | $36,058.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004530 | $148,558.86 | 8/27/2018 | 9825418258 | 8/8/2018 | $86,508.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014792 | $174,295.27 | 9/14/2018 | 9826368050 | 8/28/2018 | $767.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014792 | $174,295.27 | 9/14/2018 | 9826368111 | 8/28/2018 | $58,774.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014792 | $174,295.27 | 9/14/2018 | 9826368112-54156 | 8/28/2018 | $1,653.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014792 | $174,295.27 | 9/14/2018 | 9826368112-54159 | 8/28/2018 | $73,942.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014792 | $174,295.27 | 9/14/2018 | 9826368117-54161 | 8/28/2018 | $1,700.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014792 | $174,295.27 | 9/14/2018 | 9826368117-54162 | 8/28/2018 | $777.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017129 | $7,946.54 | 9/19/2018 | 9823050018A | 6/20/2018 | $2,540.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017129 | $7,946.54 | 9/19/2018 | 9823066191A | 6/20/2018 | $3,143.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017129 | $7,946.54 | 9/19/2018 | 9824595617-54163 | 7/22/2018 | $6.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017129 | $7,946.54 | 9/19/2018 | 9824595617A | 7/22/2018 | $947.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014792 | $174,295.27 | 9/14/2018 | 9826368047 | 8/28/2018 | $4,107.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001083 | $136,525.61 | 8/20/2018 | 9825054509 | 7/31/2018 | $1,667.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999635 | $104,803.56 | 8/16/2018 | 9825078866-54132 | 7/31/2018 | $57,618.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999635 | $104,803.56 | 8/16/2018 | 9825078870 | 7/31/2018 | $59,530.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001083 | $136,525.61 | 8/20/2018 | 9825054010 | 7/31/2018 | $1,227.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001083 | $136,525.61 | 8/20/2018 | 9825054501 | 7/31/2018 | $109.06 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781001083 | $136,525.61 | 8/20/2018 | 9825054502 | 7/31/2018 | $898.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001083 | $136,525.61 | 8/20/2018 | 9825054503 | 7/31/2018 | $216.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001083 | $136,525.61 | 8/20/2018 | 9825054504 | 7/31/2018 | $5,073.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001083 | $136,525.61 | 8/20/2018 | 9825054505 | 7/31/2018 | $118.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001083 | $136,525.61 | 8/20/2018 | 9825054507 | 7/31/2018 | $1,563.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011430 | $95,804.43 | 9/7/2018 | 9823026100-54148 | 6/20/2018 | $240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001083 | $136,525.61 | 8/20/2018 | 9825054508-54135 | 7/31/2018 | $1,602.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017129 | $7,946.54 | 9/19/2018 | 9825078866A | 7/31/2018 | $1,411.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001083 | $136,525.61 | 8/20/2018 | 9825054510 | 7/31/2018 | $617.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001083 | $136,525.61 | 8/20/2018 | 9825054521 | 7/31/2018 | $2,309.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001083 | $136,525.61 | 8/20/2018 | 9825054524-54137 | 7/31/2018 | $489.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001083 | $136,525.61 | 8/20/2018 | 9825054524-54138 | 7/31/2018 | $78,792.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001083 | $136,525.61 | 8/20/2018 | 9825054527-54139 | 7/31/2018 | $227.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001083 | $136,525.61 | 8/20/2018 | 9825054527-54142 | 7/31/2018 | $42,414.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004530 | $148,558.86 | 8/27/2018 | 9825418254 | 8/8/2018 | $695.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004530 | $148,558.86 | 8/27/2018 | 9825418255 | 8/8/2018 | $2,856.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004530 | $148,558.86 | 8/27/2018 | 9825418256-54144 | 8/8/2018 | $296.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004530 | $148,558.86 | 8/27/2018 | 9825418256-54145 | 8/8/2018 | $58,736.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001083 | $136,525.61 | 8/20/2018 | 9825054508-54134 | 7/31/2018 | $291.60 |

Totals:     11 transfer(s),     $1,026,086.01