**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Copley Ohio Newspapers, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009978 | $5,140.10 | 9/19/2018 | 718R7481-1942 | 7/2/2018 | $1,368.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009978 | $5,140.10 | 9/19/2018 | 618R7481-1941 | 7/2/2018 | $3,771.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994462 | $8,360.39 | 8/17/2018 | 618R7481-1940 | 6/1/2018 | $3,172.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994462 | $8,360.39 | 8/17/2018 | 518R7481 | 6/1/2018 | $5,188.25 |

Totals:    2 transfer(s),    $13,500.49