**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **GateHouse Media, LLC dba Watertown Public Opinion** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62086765 | $4,782.56 | 9/26/2018 | 61829499-2 | 7/2/2018 | $4,782.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084638 | $6,063.62 | 8/22/2018 | 61829499-1 | 6/1/2018 | $586.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084638 | $6,063.62 | 8/22/2018 | 51829499 | 6/1/2018 | $5,477.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082916 | $6,039.58 | 7/18/2018 | 41829499-1 | 5/1/2018 | $6,039.58 |

Totals:    3 transfer(s),    $16,885.76