**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Counter - vation Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239481 | $455.12 | 8/21/2018 | 24154711A-IN | 8/21/2018 | $455.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234347 | $277.12 | 7/20/2018 | 23930821A-IN-1 | 7/20/2018 | $277.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234873 | $253.95 | 7/24/2018 | 23930821A-IN-2 | 7/23/2018 | $253.95 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235336 | $1,779.61 | 7/26/2018 | 1150-IN | 7/13/2018 | $1,779.61 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235561 | $2,607.41 | 7/27/2018 | 1153-IN | 7/25/2018 | $2,607.41 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237245 | $643.73 | 8/6/2018 | 24069235A-IN | 8/4/2018 | $384.61 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237245 | $643.73 | 8/6/2018 | 24250475A-IN | 8/4/2018 | $259.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237507 | $4,863.77 | 8/7/2018 | 1157-IN | 8/3/2018 | $1,942.36 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237507 | $4,863.77 | 8/7/2018 | 1158-IN | 8/3/2018 | $2,921.41 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238412 | $205.12 | 8/14/2018 | 24206261A-IN | 8/13/2018 | $205.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238636 | $205.12 | 8/15/2018 | 24198870A-IN | 8/15/2018 | $205.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238829 | $2,301.82 | 8/16/2018 | 1159-IN | 8/3/2018 | $2,301.82 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234085 | $468.37 | 7/19/2018 | 23919727A-IN | 7/19/2018 | $468.37 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239050 | $453.79 | 8/17/2018 | 24285888A-IN-2 | 8/17/2018 | $194.67 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246078 | $3,729.41 | 10/4/2018 | 1213-IN | 8/16/2018 | $3,729.41 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243847 | $286.12 | 9/19/2018 | 24462184A-IN | 9/19/2018 | $286.12 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244025 | $1,036.36 | 9/20/2018 | 24134402A-IN | 9/19/2018 | $277.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244025 | $1,036.36 | 9/20/2018 | 24159384A-IN | 9/19/2018 | $277.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244025 | $1,036.36 | 9/20/2018 | 24461078A-IN | 9/20/2018 | $482.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244986 | $232.12 | 9/27/2018 | 24209980A-IN | 9/27/2018 | $232.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245242 | $4,092.38 | 9/28/2018 | 1239-IN | 9/26/2018 | $4,092.38 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245476 | $16,038.89 | 10/1/2018 | 1212-IN | 8/16/2018 | $2,104.01 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245476 | $16,038.89 | 10/1/2018 | 1214-IN | 8/16/2018 | $1,765.81 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245476 | $16,038.89 | 10/1/2018 | 1224-IN | 8/31/2018 | $2,326.54 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245476 | $16,038.89 | 10/1/2018 | 1230-IN | 9/16/2018 | $4,174.97 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245476 | $16,038.89 | 10/1/2018 | 1233-IN | 9/19/2018 | $2,577.55 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245476 | $16,038.89 | 10/1/2018 | 1234-IN | 9/19/2018 | $3,090.01 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239050 | $453.79 | 8/17/2018 | 24285888A-IN-1 | 8/17/2018 | $259.12 |

Totals:    18 transfer(s),    $39,930.21