**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Geiss, Destin & Dunn Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985356 | $108,707.26 | 7/27/2018 | 97185 | 5/8/2018 | $4,977.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985356 | $108,707.26 | 7/27/2018 | 97199 | 5/8/2018 | $556.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985356 | $108,707.26 | 7/27/2018 | 97198 | 5/8/2018 | $3,602.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985356 | $108,707.26 | 7/27/2018 | 97197 | 5/8/2018 | $4,698.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985356 | $108,707.26 | 7/27/2018 | 97196 | 5/8/2018 | $30,931.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985356 | $108,707.26 | 7/27/2018 | 97193 | 5/8/2018 | $4,172.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985356 | $108,707.26 | 7/27/2018 | 97192 | 5/8/2018 | $728.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985356 | $108,707.26 | 7/27/2018 | 97191 | 5/8/2018 | $247.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985356 | $108,707.26 | 7/27/2018 | 97190 | 5/8/2018 | $51.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985356 | $108,707.26 | 7/27/2018 | 97189 | 5/8/2018 | $3,534.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985356 | $108,707.26 | 7/27/2018 | 97188 | 5/8/2018 | $381.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 97023 | 5/3/2018 | $1,180.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985356 | $108,707.26 | 7/27/2018 | 97186 | 5/8/2018 | $3,643.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985356 | $108,707.26 | 7/27/2018 | 98757 | 6/26/2018 | $446.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985356 | $108,707.26 | 7/27/2018 | 97184 | 5/8/2018 | $567.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985356 | $108,707.26 | 7/27/2018 | 97183 | 5/8/2018 | $3,006.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 98467 | 6/18/2018 | $653.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 98465 | 6/18/2018 | $1,206.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 98464 | 6/18/2018 | $215.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 98463 | 6/18/2018 | $150.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 98462 | 6/18/2018 | $5,066.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 98461 | 6/18/2018 | $37.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 98460 | 6/18/2018 | $142.94 |

Geiss, Destin & Dunn Inc. (2219421)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                      Exhibit A                                      P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 98459 | 6/18/2018 | $326.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985356 | $108,707.26 | 7/27/2018 | 97187 | 5/8/2018 | $453.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988777 | $42,504.04 | 8/7/2018 | 97398 | 5/15/2018 | $23.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988777 | $42,504.04 | 8/7/2018 | 97409 | 5/15/2018 | $239.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988777 | $42,504.04 | 8/7/2018 | 97408 | 5/15/2018 | $20.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988777 | $42,504.04 | 8/7/2018 | 97407 | 5/15/2018 | $2,099.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988777 | $42,504.04 | 8/7/2018 | 97406 | 5/15/2018 | $306.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988777 | $42,504.04 | 8/7/2018 | 97405-37562 | 5/15/2018 | $20.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988777 | $42,504.04 | 8/7/2018 | 97405-37561 | 5/15/2018 | $61.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988777 | $42,504.04 | 8/7/2018 | 97404 | 5/15/2018 | $69.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988777 | $42,504.04 | 8/7/2018 | 97403 | 5/15/2018 | $293.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988777 | $42,504.04 | 8/7/2018 | 97402 | 5/15/2018 | $285.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988777 | $42,504.04 | 8/7/2018 | 97401 | 5/15/2018 | $61.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985356 | $108,707.26 | 7/27/2018 | 98754 | 6/26/2018 | $13,906.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988777 | $42,504.04 | 8/7/2018 | 97399 | 5/15/2018 | $103.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985356 | $108,707.26 | 7/27/2018 | 98755 | 6/26/2018 | $8,836.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988777 | $42,504.04 | 8/7/2018 | 97375 | 5/14/2018 | $84.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988777 | $42,504.04 | 8/7/2018 | 97374 | 5/14/2018 | $239.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988777 | $42,504.04 | 8/7/2018 | 97373 | 5/14/2018 | $82.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988777 | $42,504.04 | 8/7/2018 | 97372 | 5/14/2018 | $23.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985356 | $108,707.26 | 7/27/2018 | 98857 | 6/29/2018 | $678.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985356 | $108,707.26 | 7/27/2018 | 98855 | 6/29/2018 | $550.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985356 | $108,707.26 | 7/27/2018 | 98843 | 6/29/2018 | $17,365.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985356 | $108,707.26 | 7/27/2018 | 98840 | 6/29/2018 | $1,820.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985356 | $108,707.26 | 7/27/2018 | 98839 | 6/29/2018 | $3,034.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985356 | $108,707.26 | 7/27/2018 | 98832 | 6/29/2018 | $783.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 98456 | 6/18/2018 | $426.02 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988777 | $42,504.04 | 8/7/2018 | 97400 | 5/15/2018 | $159.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 97057 | 5/3/2018 | $79.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 98458 | 6/18/2018 | $87.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 97822 | 5/29/2018 | $94.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 97182 | 5/8/2018 | $473.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 97181 | 5/8/2018 | $38.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 97180 | 5/8/2018 | $5,134.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 97069 | 5/3/2018 | $1,062.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 97068 | 5/3/2018 | $531.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 97067 | 5/3/2018 | $764.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 97066 | 5/3/2018 | $186.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 97060 | 5/3/2018 | $622.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 97824 | 5/29/2018 | $567.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 97058 | 5/3/2018 | $77.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 97825 | 5/29/2018 | $1,312.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 97055 | 5/3/2018 | $617.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 97054 | 5/3/2018 | $1,736.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 97053 | 5/3/2018 | $506.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 97052 | 5/15/2018 | $466.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 97051 | 5/3/2018 | $396.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 97050 | 5/3/2018 | $79.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 97028 | 5/3/2018 | $64.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 97027 | 5/3/2018 | $313.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 97026 | 5/3/2018 | $311.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 97025 | 5/3/2018 | $176.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 97024 | 5/3/2018 | $4,155.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 97059 | 5/3/2018 | $340.32 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 98074 | 6/5/2018 | $25.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988777 | $42,504.04 | 8/7/2018 | 97412 | 5/15/2018 | $2,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 98354 | 6/14/2018 | $1,641.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 98353 | 6/14/2018 | $1,602.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 98328 | 6/13/2018 | $1,116.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 98327 | 6/13/2018 | $838.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 98325 | 6/13/2018 | $3,769.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 98323 | 6/13/2018 | $226.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 98317 | 6/13/2018 | $1,632.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 98176 | 6/8/2018 | $2,520.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 98175 | 6/8/2018 | $42,251.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 97823 | 5/29/2018 | $37.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 98078 | 6/5/2018 | $1,736.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 98457 | 6/18/2018 | $226.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 98073 | 6/5/2018 | $150.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 98072 | 6/5/2018 | $427.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 98067 | 6/5/2018 | $2,388.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 98066 | 6/5/2018 | $5,469.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 98065 | 6/5/2018 | $132.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 98064 | 6/5/2018 | $567.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 97830-37559 | 5/29/2018 | $150.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 97829-37558 | 5/29/2018 | $587.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 97828 | 5/29/2018 | $72.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 97827 | 5/29/2018 | $1,722.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 97826-37557 | 5/29/2018 | $56.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981989 | $100,398.98 | 7/20/2018 | 98156 | 6/8/2018 | $1,683.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999867 | $393.13 | 8/30/2018 | 98466-37586 | 6/18/2018 | $393.13 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780996523 | $30,530.51 | 8/21/2018 | 97778 | 5/25/2018 | $2,275.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006781 | $14,877.23 | 9/13/2018 | 98842 | 6/29/2018 | $14,274.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006781 | $14,877.23 | 9/13/2018 | 97781-37602 | 5/25/2018 | $508.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006781 | $14,877.23 | 9/13/2018 | 97777-37600 | 5/25/2018 | $567.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006781 | $14,877.23 | 9/13/2018 | 97773-37598 | 5/25/2018 | $217.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006781 | $14,877.23 | 9/13/2018 | 97763-37596 | 5/25/2018 | $585.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003369 | $78,112.15 | 9/6/2018 | 98826-37595 | 6/28/2018 | $32,010.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003369 | $78,112.15 | 9/6/2018 | 98826-37593 | 6/28/2018 | $169.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003369 | $78,112.15 | 9/6/2018 | 98799-37592 | 6/27/2018 | $32,357.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003369 | $78,112.15 | 9/6/2018 | 98799-37590 | 6/27/2018 | $1,335.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011056 | $85,466.70 | 9/20/2018 | 99005 | 7/9/2018 | $780.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003369 | $78,112.15 | 9/6/2018 | 98756-37587 | 6/26/2018 | $230.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011056 | $85,466.70 | 9/20/2018 | 99006 | 7/9/2018 | $16,279.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999867 | $393.13 | 8/30/2018 | 98466-37583 | 6/18/2018 | $525.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999867 | $393.13 | 8/30/2018 | 97441-37582 | 5/15/2018 | $82.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999867 | $393.13 | 8/30/2018 | 97417-37580 | 5/15/2018 | $432.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999867 | $393.13 | 8/30/2018 | 97376-37578 | 5/14/2018 | $492.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996523 | $30,530.51 | 8/21/2018 | 97830-37576 | 5/29/2018 | $103.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996523 | $30,530.51 | 8/21/2018 | 97829-37574 | 5/29/2018 | $20.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996523 | $30,530.51 | 8/21/2018 | 97826-37572 | 5/29/2018 | $526.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996523 | $30,530.51 | 8/21/2018 | 97783 | 5/25/2018 | $505.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996523 | $30,530.51 | 8/21/2018 | 97782 | 5/25/2018 | $1,360.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996523 | $30,530.51 | 8/21/2018 | 97780 | 5/25/2018 | $149.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988777 | $42,504.04 | 8/7/2018 | 97410 | 5/15/2018 | $153.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003369 | $78,112.15 | 9/6/2018 | 98756-37589 | 6/26/2018 | $14,150.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011056 | $85,466.70 | 9/20/2018 | 99098 | 7/10/2018 | $766.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014351 | $49,054.30 | 9/27/2018 | 99322 | 7/13/2018 | $548.13 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781014351 | $49,054.30 | 9/27/2018 | 99321 | 7/13/2018 | $7,304.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014351 | $49,054.30 | 9/27/2018 | 99320 | 7/13/2018 | $1,598.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014351 | $49,054.30 | 9/27/2018 | 99318 | 7/13/2018 | $163.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014351 | $49,054.30 | 9/27/2018 | 99317 | 7/13/2018 | $291.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014351 | $49,054.30 | 9/27/2018 | 99251 | 7/13/2018 | $5,595.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014351 | $49,054.30 | 9/27/2018 | 99250 | 7/13/2018 | $7,426.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014351 | $49,054.30 | 9/27/2018 | 99249 | 7/13/2018 | $5,798.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014351 | $49,054.30 | 9/27/2018 | 99248 | 7/13/2018 | $8,342.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014351 | $49,054.30 | 9/27/2018 | 99247 | 7/13/2018 | $9,461.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006781 | $14,877.23 | 9/13/2018 | 98856 | 6/29/2018 | $642.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011056 | $85,466.70 | 9/20/2018 | 99099 | 7/10/2018 | $8,406.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996523 | $30,530.51 | 8/21/2018 | 97776 | 5/25/2018 | $190.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011056 | $85,466.70 | 9/20/2018 | 99097 | 7/10/2018 | $8,780.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011056 | $85,466.70 | 9/20/2018 | 99096 | 7/10/2018 | $457.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011056 | $85,466.70 | 9/20/2018 | 99095 | 7/10/2018 | $15,506.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011056 | $85,466.70 | 9/20/2018 | 99094 | 7/10/2018 | $2,311.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011056 | $85,466.70 | 9/20/2018 | 99093 | 7/10/2018 | $11,769.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011056 | $85,466.70 | 9/20/2018 | 99092 | 7/10/2018 | $351.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011056 | $85,466.70 | 9/20/2018 | 99091 | 7/10/2018 | $493.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011056 | $85,466.70 | 9/20/2018 | 99090 | 7/10/2018 | $5,988.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011056 | $85,466.70 | 9/20/2018 | 99089 | 7/10/2018 | $5,201.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011056 | $85,466.70 | 9/20/2018 | 99088 | 7/10/2018 | $838.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011056 | $85,466.70 | 9/20/2018 | 99087 | 7/10/2018 | $7,533.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014351 | $49,054.30 | 9/27/2018 | 99246 | 7/13/2018 | $3,764.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992292 | $7,588.09 | 8/14/2018 | 97620 | 5/22/2018 | $5,345.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996523 | $30,530.51 | 8/21/2018 | 97779 | 5/25/2018 | $972.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996523 | $30,530.51 | 8/21/2018 | 97748 | 5/25/2018 | $585.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780996523 | $30,530.51 | 8/21/2018 | 97747 | 5/25/2018 | $1,411.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996523 | $30,530.51 | 8/21/2018 | 97746 | 5/25/2018 | $585.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996523 | $30,530.51 | 8/21/2018 | 97056-37563 | 5/3/2018 | $790.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992292 | $7,588.09 | 8/14/2018 | 97627 | 5/22/2018 | $349.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992292 | $7,588.09 | 8/14/2018 | 97626 | 5/22/2018 | $307.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992292 | $7,588.09 | 8/14/2018 | 97625 | 5/22/2018 | $531.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992292 | $7,588.09 | 8/14/2018 | 97624 | 5/22/2018 | $161.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992292 | $7,588.09 | 8/14/2018 | 97623 | 5/22/2018 | $1,075.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996523 | $30,530.51 | 8/21/2018 | 97750 | 5/25/2018 | $74.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992292 | $7,588.09 | 8/14/2018 | 97621 | 5/22/2018 | $336.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996523 | $30,530.51 | 8/21/2018 | 97751 | 5/25/2018 | $374.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988777 | $42,504.04 | 8/7/2018 | 97444 | 5/15/2018 | $1,775.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988777 | $42,504.04 | 8/7/2018 | 97443 | 5/15/2018 | $168.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988777 | $42,504.04 | 8/7/2018 | 97442 | 5/15/2018 | $346.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988777 | $42,504.04 | 8/7/2018 | 97420 | 5/15/2018 | $18,649.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988777 | $42,504.04 | 8/7/2018 | 97419 | 5/15/2018 | $1,068.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988777 | $42,504.04 | 8/7/2018 | 97418 | 5/15/2018 | $4,123.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988777 | $42,504.04 | 8/7/2018 | 97416 | 5/15/2018 | $133.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988777 | $42,504.04 | 8/7/2018 | 97415 | 5/15/2018 | $474.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988777 | $42,504.04 | 8/7/2018 | 97414 | 5/15/2018 | $20.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988777 | $42,504.04 | 8/7/2018 | 97413 | 5/15/2018 | $9,698.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014351 | $49,054.30 | 9/27/2018 | 99323 | 7/13/2018 | $494.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992292 | $7,588.09 | 8/14/2018 | 97622 | 5/22/2018 | $286.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996523 | $30,530.51 | 8/21/2018 | 97764 | 5/25/2018 | $1,632.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996523 | $30,530.51 | 8/21/2018 | 97775 | 5/25/2018 | $505.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996523 | $30,530.51 | 8/21/2018 | 97774 | 5/25/2018 | $6,857.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996523 | $30,530.51 | 8/21/2018 | 97772 | 5/25/2018 | $74.88 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780996523 | $30,530.51 | 8/21/2018 | 97771 | 5/25/2018 | $518.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996523 | $30,530.51 | 8/21/2018 | 97770 | 5/25/2018 | $979.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996523 | $30,530.51 | 8/21/2018 | 97769-37570 | 5/25/2018 | $39.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996523 | $30,530.51 | 8/21/2018 | 97769-37568 | 5/25/2018 | $546.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996523 | $30,530.51 | 8/21/2018 | 97768 | 5/25/2018 | $699.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996523 | $30,530.51 | 8/21/2018 | 97767 | 5/25/2018 | $1,514.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996523 | $30,530.51 | 8/21/2018 | 97766-37567 | 5/25/2018 | $149.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996523 | $30,530.51 | 8/21/2018 | 97749 | 5/25/2018 | $920.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996523 | $30,530.51 | 8/21/2018 | 97765 | 5/25/2018 | $149.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988777 | $42,504.04 | 8/7/2018 | 97411 | 5/15/2018 | $699.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996523 | $30,530.51 | 8/21/2018 | 97762 | 5/25/2018 | $2,505.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996523 | $30,530.51 | 8/21/2018 | 97761 | 5/25/2018 | $585.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996523 | $30,530.51 | 8/21/2018 | 97760 | 5/25/2018 | $1,023.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996523 | $30,530.51 | 8/21/2018 | 97759 | 5/25/2018 | $551.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996523 | $30,530.51 | 8/21/2018 | 97758 | 5/25/2018 | $149.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996523 | $30,530.51 | 8/21/2018 | 97757 | 5/25/2018 | $74.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996523 | $30,530.51 | 8/21/2018 | 97756 | 5/25/2018 | $1,088.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996523 | $30,530.51 | 8/21/2018 | 97755 | 5/25/2018 | $1,497.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996523 | $30,530.51 | 8/21/2018 | 97754 | 5/25/2018 | $585.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996523 | $30,530.51 | 8/21/2018 | 97753 | 5/25/2018 | $155.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996523 | $30,530.51 | 8/21/2018 | 97752 | 5/25/2018 | $825.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996523 | $30,530.51 | 8/21/2018 | 97766-37565 | 5/25/2018 | $74.88 |

Totals:    10 transfer(s),    $517,632.39