**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Counter Impressions, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245456 | $1,800.78 | 10/1/2018 | 1965-IN | 9/25/2018 | $1,800.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244781 | $2,426.01 | 9/26/2018 | 1950-IN | 9/10/2018 | $2,426.01 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242295 | $2,232.80 | 9/7/2018 | 1918-IN | 8/31/2018 | $2,232.80 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240805 | $3,221.60 | 8/29/2018 | 1908-IN | 8/7/2018 | $3,221.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240324 | $3,984.01 | 8/27/2018 | 1931-IN | 8/23/2018 | $3,984.01 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239457 | $2,880.11 | 8/21/2018 | 1924-IN | 8/9/2018 | $2,880.11 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236044 | $5,805.56 | 7/31/2018 | 1902-IN | 7/27/2018 | $2,642.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236044 | $5,805.56 | 7/31/2018 | 1895-IN | 7/24/2018 | $3,163.50 |

**Totals:**     7 transfer(s),    $22,350.87