**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant: **Countrywide Pipe Restoration, LLC**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981344 | $104,400.00 | 7/19/2018 | 52118 | 5/21/2018 | $104,400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083863 | $43,100.00 | 8/1/2018 | 62418 | 6/24/2018 | $43,100.00 |

Totals:   2 transfer(s),   $147,500.00