**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Gensco, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235670 | $9,813.41 | 7/27/2018 | 848153529-IN | 6/28/2018 | $846.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233672 | $1,558.45 | 7/17/2018 | 848074455-IN | 6/4/2018 | $591.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238094 | $1,797.56 | 8/10/2018 | 848201327-IN | 7/16/2018 | $1,797.56 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237601 | $2,556.46 | 8/7/2018 | 848186212-IN | 7/11/2018 | $110.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237601 | $2,556.46 | 8/7/2018 | 848186204-IN | 7/11/2018 | $2,057.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237601 | $2,556.46 | 8/7/2018 | 848150112A-IN | 6/27/2018 | $174.31 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237601 | $2,556.46 | 8/7/2018 | 848149957-IN | 6/27/2018 | $293.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237601 | $2,556.46 | 8/7/2018 | 848149130-IN | 6/27/2018 | $22.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236681 | $2,136.33 | 8/2/2018 | 848171397-IN | 7/5/2018 | $2,136.33 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236176 | $163.42 | 7/31/2018 | 848163532-IN | 7/2/2018 | $163.42 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240185 | $1,892.38 | 8/24/2018 | 848241027-IN | 7/27/2018 | $1,156.90 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235670 | $9,813.41 | 7/27/2018 | 848155716-IN | 6/28/2018 | $4,589.40 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240185 | $1,892.38 | 8/24/2018 | 848241060-IN | 7/27/2018 | $735.48 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235670 | $9,813.41 | 7/27/2018 | 848126599-IN | 6/20/2018 | $144.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234979 | $6,266.50 | 7/24/2018 | 848147728-IN | 6/26/2018 | $1,633.48 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234979 | $6,266.50 | 7/24/2018 | 848147418-IN | 6/26/2018 | $3,186.13 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234979 | $6,266.50 | 7/24/2018 | 848147351-IN | 6/26/2018 | $2,604.45 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234979 | $6,266.50 | 7/24/2018 | 848147114-IN | 6/26/2018 | $640.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233672 | $1,558.45 | 7/17/2018 | 848126669-IN | 6/20/2018 | $450.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233672 | $1,558.45 | 7/17/2018 | 848126617-IN | 6/20/2018 | $3,042.21 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233672 | $1,558.45 | 7/17/2018 | 848126604C-IN | 6/20/2018 | $183.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233672 | $1,558.45 | 7/17/2018 | 848126596-IN | 6/20/2018 | $1,640.64 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233672 | $1,558.45 | 7/17/2018 | 848077467-IN | 6/4/2018 | $1,119.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235670 | $9,813.41 | 7/27/2018 | 848157458-IN | 6/28/2018 | $4,233.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244279 | $4,114.14 | 9/21/2018 | 848274828-IN | 8/7/2018 | $2,254.88 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246382 | $3,736.38 | 10/5/2018 | 848369493-IN | 9/7/2018 | $3,224.38 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244667 | $20,356.30 | 9/25/2018 | 848341603-IN | 8/28/2018 | $2,596.38 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244667 | $20,356.30 | 9/25/2018 | 848340432-IN | 8/28/2018 | $3,103.16 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244667 | $20,356.30 | 9/25/2018 | 848338305-IN | 8/28/2018 | $3,649.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244667 | $20,356.30 | 9/25/2018 | 848338304-IN | 8/28/2018 | $477.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244667 | $20,356.30 | 9/25/2018 | 848274825-IN | 8/7/2018 | $2,592.79 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244667 | $20,356.30 | 9/25/2018 | 848255051-IN | 8/1/2018 | $7,407.55 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244667 | $20,356.30 | 9/25/2018 | 848250626-IN | 7/31/2018 | $530.42 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244279 | $4,114.14 | 9/21/2018 | 848333007-IN | 8/24/2018 | $1,427.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238496 | $1,635.63 | 8/14/2018 | 848208042-IN | 7/16/2018 | $1,635.63 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244279 | $4,114.14 | 9/21/2018 | 848328718-IN | 8/23/2018 | $81.26 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246382 | $3,736.38 | 10/5/2018 | 848369582-IN | 9/7/2018 | $512.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243697 | $5,588.27 | 9/18/2018 | 848322107-IN | 8/21/2018 | $4,082.27 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243697 | $5,588.27 | 9/18/2018 | 848317620-IN | 8/21/2018 | $1,506.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243298 | $1,177.35 | 9/14/2018 | 848311081-IN | 8/17/2018 | $1,177.35 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242381 | $5,298.38 | 9/7/2018 | 848287403-IN | 8/10/2018 | $2,284.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242381 | $5,298.38 | 9/7/2018 | 848279027-IN | 8/8/2018 | $144.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242381 | $5,298.38 | 9/7/2018 | 848279020-IN | 8/8/2018 | $978.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242381 | $5,298.38 | 9/7/2018 | 848278954-IN | 8/8/2018 | $1,892.38 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240931 | $616.16 | 8/29/2018 | 848263610-IN | 6/27/2018 | $20.30 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240931 | $616.16 | 8/29/2018 | 848161916-IN | 7/2/2018 | $2,654.23 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240931 | $616.16 | 8/29/2018 | 848148982-IN | 6/27/2018 | $76.63 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244279 | $4,114.14 | 9/21/2018 | 848329037-IN | 8/23/2018 | $351.00 |

Totals:     16 transfer(s),     $68,707.12