# ask LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **County Restaurant Supply** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132885 | $13,568.54 | 9/11/2018 | 99355 | 8/31/2018 | $13,568.54 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132844 | $19,140.77 | 8/27/2018 | 97594 | 7/6/2018 | $19,140.77 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132827 | $9,821.16 | 8/21/2018 | 98312 | 7/30/2018 | $9,821.16 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132697 | $18,753.68 | 8/7/2018 | 98311 | 7/30/2018 | $6,673.14 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132697 | $18,753.68 | 8/7/2018 | 98310 | 7/30/2018 | $1,600.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132697 | $18,753.68 | 8/7/2018 | 97592 | 7/6/2018 | $10,480.54 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132641 | $13,520.44 | 7/23/2018 | 96443 | 5/29/2018 | $13,520.44 |

**Totals:**    **5 transfer(s),    $74,804.59**