**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **Gerali Custom Design, Inc.** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241343 | $1,547.00 | 8/31/2018 | 74746-IN | 8/29/2018 | $1,547.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234601 | $2,397.78 | 7/23/2018 | 74631-IN | 7/19/2018 | $2,397.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234864 | $1,509.01 | 7/24/2018 | 74621-IN | 7/17/2018 | $1,469.01 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234864 | $1,509.01 | 7/24/2018 | 74630-IN | 7/19/2018 | $40.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235833 | $1,462.54 | 7/30/2018 | 74648-IN | 7/26/2018 | $1,462.54 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236066 | $1,338.02 | 7/31/2018 | 74645-IN | 7/25/2018 | $1,338.02 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237227 | $4,327.07 | 8/6/2018 | 74658-IN | 7/31/2018 | $1,430.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237227 | $4,327.07 | 8/6/2018 | 74664-IN | 8/1/2018 | $1,058.68 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237227 | $4,327.07 | 8/6/2018 | 74665-IN | 8/1/2018 | $1,838.14 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238404 | $4,208.69 | 8/14/2018 | 74669-IN | 8/2/2018 | $1,723.30 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233815 | $1,102.65 | 7/18/2018 | 74606-IN | 7/9/2018 | $1,102.65 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238404 | $4,208.69 | 8/14/2018 | 74694-IN | 8/8/2018 | $1,377.89 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245661 | $1,667.94 | 10/2/2018 | 74831-IN | 9/24/2018 | $1,667.94 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241723 | $4,309.61 | 9/4/2018 | 74709A-IN | 8/14/2018 | $200.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241723 | $4,309.61 | 9/4/2018 | 74709-IN | 8/14/2018 | $200.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241723 | $4,309.61 | 9/4/2018 | 74750-IN | 8/30/2018 | $3,909.61 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242156 | $2,138.61 | 9/6/2018 | 74763-IN | 9/5/2018 | $2,138.61 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242302 | $128.00 | 9/7/2018 | 74764-IN | 8/31/2018 | $128.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242512 | $1,214.00 | 9/10/2018 | 74766-IN | 9/4/2018 | $1,214.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243612 | $2,449.54 | 9/18/2018 | 74765-IN | 9/4/2018 | $1,105.54 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243612 | $2,449.54 | 9/18/2018 | 74787-IN | 9/10/2018 | $1,344.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243839 | $1,661.79 | 9/19/2018 | 74800-IN | 9/12/2018 | $1,661.79 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244215 | $1,523.19 | 9/21/2018 | 74819-IN | 9/18/2018 | $1,523.19 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238404 | $4,208.69 | 8/14/2018 | 74693-IN | 8/8/2018 | $1,107.50 |

Totals:    16 transfer(s),    $32,985.44