**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Cox Media Group, LLC dba Cox Newspapers** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009985 | $43,159.98 | 9/19/2018 | 618210AJC | 7/2/2018 | $18,317.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994471 | $64,381.45 | 8/17/2018 | 518220AUSTIN | 6/1/2018 | $16,810.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994471 | $64,381.45 | 8/17/2018 | 518220BASTRO | 6/1/2018 | $1,204.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994471 | $64,381.45 | 8/17/2018 | 518220SMTHVL | 6/1/2018 | $236.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994471 | $64,381.45 | 8/17/2018 | 518320DAYTON | 6/1/2018 | $13,394.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994471 | $64,381.45 | 8/17/2018 | 518MIDDLETWN | 6/1/2018 | $646.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994471 | $64,381.45 | 8/17/2018 | 518210AJC | 6/1/2018 | $25,770.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994471 | $64,381.45 | 8/17/2018 | 518SPRNGFIEL | 6/1/2018 | $426.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009985 | $43,159.98 | 9/19/2018 | 618SPRNGFIEL | 7/2/2018 | $426.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009985 | $43,159.98 | 9/19/2018 | 618220AUSTIN | 7/2/2018 | $7,679.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009985 | $43,159.98 | 9/19/2018 | 618220BASTRO | 7/2/2018 | $963.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009985 | $43,159.98 | 9/19/2018 | 618220SMTHVL | 7/2/2018 | $188.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009985 | $43,159.98 | 9/19/2018 | 618320DAYTON | 7/2/2018 | $10,866.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009985 | $43,159.98 | 9/19/2018 | 618MIDDLETWN | 7/2/2018 | $265.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009985 | $43,159.98 | 9/19/2018 | 618PALMBEACH | 7/2/2018 | $4,452.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994471 | $64,381.45 | 8/17/2018 | 518PALMBEACH | 6/1/2018 | $5,893.13 |

**Totals:**   **2 transfer(s),**   **$107,541.43**

Cox Media Group, LLC dba Cox Newspapers (2191265)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020

Exhibit A

P. 1