**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Crayola LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999648 | $22,333.92 | 8/16/2018 | 90941762-497 | 6/8/2018 | $229.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996325 | $13,230.62 | 8/9/2018 | 90938462 | 5/25/2018 | $4,122.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996325 | $13,230.62 | 8/9/2018 | 90939125 | 5/30/2018 | $3,954.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999648 | $22,333.92 | 8/16/2018 | 20180387KPWA | 6/9/2018 | $459.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999648 | $22,333.92 | 8/16/2018 | 90941581 | 6/7/2018 | $5,025.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999648 | $22,333.92 | 8/16/2018 | 90941674 | 6/7/2018 | $1,631.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985153 | $11,976.70 | 7/19/2018 | 90933325 | 5/4/2018 | $4,257.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999648 | $22,333.92 | 8/16/2018 | 90941702 | 6/8/2018 | $1,277.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992044 | $9,353.67 | 8/2/2018 | 90938674 | 5/29/2018 | $810.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999648 | $22,333.92 | 8/16/2018 | 90941762-499 | 6/8/2018 | $4,521.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999648 | $22,333.92 | 8/16/2018 | 90942295 | 6/11/2018 | $2,394.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999648 | $22,333.92 | 8/16/2018 | 90942335 | 6/11/2018 | $1,213.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999648 | $22,333.92 | 8/16/2018 | KM161349A | 8/6/2018 | $4,128.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999648 | $22,333.92 | 8/16/2018 | KM161723A | 8/6/2018 | $320.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003161 | $8,358.31 | 8/23/2018 | 90936862-495 | 5/18/2018 | $967.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999648 | $22,333.92 | 8/16/2018 | 90941701 | 6/8/2018 | $1,951.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988561 | $12,832.50 | 7/26/2018 | 90937068 | 5/21/2018 | $4,220.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985153 | $11,976.70 | 7/19/2018 | 90933398 | 5/4/2018 | $1,886.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985153 | $11,976.70 | 7/19/2018 | 90933423 | 5/4/2018 | $3,513.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985153 | $11,976.70 | 7/19/2018 | 90935055 | 5/11/2018 | $1,929.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985153 | $11,976.70 | 7/19/2018 | 90935398 | 5/14/2018 | $743.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988561 | $12,832.50 | 7/26/2018 | 90934964 | 5/11/2018 | $4,135.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988561 | $12,832.50 | 7/26/2018 | 90934965 | 5/11/2018 | $1,547.12 |

Crayola LLC (2219913)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                   Exhibit A                                   P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780996325 | $13,230.62 | 8/9/2018 | 90938433 | 5/25/2018 | $4,812.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988561 | $12,832.50 | 7/26/2018 | 90936929 | 5/21/2018 | $951.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996325 | $13,230.62 | 8/9/2018 | 20180777KPWA | 6/7/2018 | $1,145.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992044 | $9,353.67 | 8/2/2018 | 90935291-492 | 5/14/2018 | $96.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992044 | $9,353.67 | 8/2/2018 | 90935291-494 | 5/14/2018 | $2,219.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992044 | $9,353.67 | 8/2/2018 | 90936672 | 5/18/2018 | $4,248.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992044 | $9,353.67 | 8/2/2018 | 90936673 | 5/18/2018 | $1,135.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992044 | $9,353.67 | 8/2/2018 | 90938434 | 5/25/2018 | $1,533.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003161 | $8,358.31 | 8/23/2018 | 90944408 | 6/18/2018 | $1,865.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988561 | $12,832.50 | 7/26/2018 | 90936708 | 5/18/2018 | $2,689.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014148 | $52,930.29 | 9/13/2018 | 90949326 | 7/3/2018 | $26.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003161 | $8,358.31 | 8/23/2018 | 90941567 | 6/7/2018 | $3,828.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010825 | $53,011.28 | 9/6/2018 | 90948379 | 6/29/2018 | $5,277.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010825 | $53,011.28 | 9/6/2018 | 90948470 | 6/29/2018 | $3,976.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014148 | $52,930.29 | 9/13/2018 | 90948341-5986 | 6/29/2018 | $616.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014148 | $52,930.29 | 9/13/2018 | 90948341-5988 | 6/29/2018 | $18,961.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014148 | $52,930.29 | 9/13/2018 | 90948732 | 7/2/2018 | $16,041.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010825 | $53,011.28 | 9/6/2018 | 90946405-5985 | 6/25/2018 | $11,574.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014148 | $52,930.29 | 9/13/2018 | 90949063 | 7/3/2018 | $10,996.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010825 | $53,011.28 | 9/6/2018 | 90946405-5984 | 6/25/2018 | $188.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014148 | $52,930.29 | 9/13/2018 | 90950131 | 7/6/2018 | $4,773.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017570 | $69,583.47 | 9/20/2018 | 90950321 | 7/7/2018 | $21,089.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017570 | $69,583.47 | 9/20/2018 | 90950385 | 7/7/2018 | $10,778.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017570 | $69,583.47 | 9/20/2018 | 90950482 | 7/9/2018 | $9,068.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017570 | $69,583.47 | 9/20/2018 | 90950530 | 7/9/2018 | $6,366.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017570 | $69,583.47 | 9/20/2018 | 90951000-5990 | 7/9/2018 | $154.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014148 | $52,930.29 | 9/13/2018 | 90948975 | 7/2/2018 | $2,511.28 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006560 | $35,104.65 | 8/30/2018 | 90944407-503 | 6/18/2018 | $62.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017570 | $69,583.47 | 9/20/2018 | 90951000-5991 | 7/9/2018 | $25,197.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006560 | $35,104.65 | 8/30/2018 | 90941513 | 6/7/2018 | $4,399.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006560 | $35,104.65 | 8/30/2018 | 90942334 | 6/11/2018 | $1,210.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006560 | $35,104.65 | 8/30/2018 | 90942501 | 6/11/2018 | $1,887.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006560 | $35,104.65 | 8/30/2018 | 90944115 | 6/18/2018 | $3,759.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006560 | $35,104.65 | 8/30/2018 | 90944198 | 6/18/2018 | $7,831.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010825 | $53,011.28 | 9/6/2018 | 90946685 | 6/25/2018 | $9,999.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006560 | $35,104.65 | 8/30/2018 | 90944336-502 | 6/18/2018 | $7,894.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003161 | $8,358.31 | 8/23/2018 | 90942283 | 6/11/2018 | $3,245.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006560 | $35,104.65 | 8/30/2018 | 90944407-505 | 6/18/2018 | $2,335.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006560 | $35,104.65 | 8/30/2018 | 90946315 | 6/25/2018 | $2,998.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006560 | $35,104.65 | 8/30/2018 | 90946647 | 6/25/2018 | $3,595.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010825 | $53,011.28 | 9/6/2018 | 90943785 | 6/15/2018 | $6,537.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010825 | $53,011.28 | 9/6/2018 | 90946314 | 6/25/2018 | $4,469.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010825 | $53,011.28 | 9/6/2018 | 90946391 | 6/25/2018 | $11,785.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006560 | $35,104.65 | 8/30/2018 | 90944336-500 | 6/18/2018 | $277.52 |

**Totals:**     **10 transfer(s),**   **$288,715.41**