**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant: **Gerber Childrenswear LLC**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990000 | $2,482.48 | 8/9/2018 | 2540922 | 6/19/2018 | $1,884.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990776 | $4,651.23 | 8/10/2018 | 2540948 | 6/19/2018 | $125.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990776 | $4,651.23 | 8/10/2018 | 2540946 | 6/19/2018 | $80.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990776 | $4,651.23 | 8/10/2018 | 2537874 | 6/13/2018 | $213.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990776 | $4,651.23 | 8/10/2018 | 2537873-11832 | 6/13/2018 | $1,633.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990776 | $4,651.23 | 8/10/2018 | 2537873-11830 | 6/13/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990776 | $4,651.23 | 8/10/2018 | 2537872 | 6/13/2018 | $22.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990776 | $4,651.23 | 8/10/2018 | 2537871-11829 | 6/13/2018 | $2,369.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990776 | $4,651.23 | 8/10/2018 | 2537871-11827 | 6/13/2018 | $218.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990776 | $4,651.23 | 8/10/2018 | 2534233-11826 | 6/5/2018 | $91.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990776 | $4,651.23 | 8/10/2018 | 2525389-11825 | 5/15/2018 | $40.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990776 | $4,651.23 | 8/10/2018 | 2421357-11824 | 9/13/2017 | $74.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988784 | $141.99 | 8/7/2018 | 2540949 | 6/19/2018 | $389.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990000 | $2,482.48 | 8/9/2018 | 2540923 | 6/19/2018 | $387.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991689 | $10,600.46 | 8/13/2018 | 2540917-11835 | 6/19/2018 | $119.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990000 | $2,482.48 | 8/9/2018 | 2534233-11822 | 6/5/2018 | $86.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990000 | $2,482.48 | 8/9/2018 | 2525394-11821 | 5/15/2018 | $66.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989262 | $16,203.67 | 8/8/2018 | 2540945 | 6/19/2018 | $193.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989262 | $16,203.67 | 8/8/2018 | 2540942 | 6/19/2018 | $961.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989262 | $16,203.67 | 8/8/2018 | 2540920 | 6/19/2018 | $357.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989262 | $16,203.67 | 8/8/2018 | 2540919-11820 | 6/19/2018 | $80.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989262 | $16,203.67 | 8/8/2018 | 2540919-11818 | 6/19/2018 | $59.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989262 | $16,203.67 | 8/8/2018 | 2537889 | 6/14/2018 | $756.96 |

Gerber Childrenswear LLC (2220043)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                        Exhibit A                        P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989262 | $16,203.67 | 8/8/2018 | 2537888 | 6/14/2018 | $4,965.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989262 | $16,203.67 | 8/8/2018 | 2537887 | 6/14/2018 | $4,094.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989262 | $16,203.67 | 8/8/2018 | 2537485 | 6/12/2018 | $241.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994650 | $116,267.12 | 8/17/2018 | 2548030-11851 | 6/30/2018 | $118.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990000 | $2,482.48 | 8/9/2018 | 2540924 | 6/19/2018 | $148.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992297 | $13,807.51 | 8/14/2018 | 2543888 | 6/26/2018 | $56.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980535 | $5,610.91 | 7/18/2018 | 2525773 | 5/15/2018 | $1,392.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994650 | $116,267.12 | 8/17/2018 | 2548028 | 6/30/2018 | $6,771.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994650 | $116,267.12 | 8/17/2018 | 2548027 | 6/30/2018 | $18,684.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994650 | $116,267.12 | 8/17/2018 | 2543890 | 6/26/2018 | $56.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994650 | $116,267.12 | 8/17/2018 | 2543889 | 6/26/2018 | $80.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994650 | $116,267.12 | 8/17/2018 | 2543751 | 6/26/2018 | $1,469.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994650 | $116,267.12 | 8/17/2018 | 2537739 | 6/13/2018 | $584.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993636 | $5,732.40 | 8/16/2018 | 2548030-11850 | 6/30/2018 | $118.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993636 | $5,732.40 | 8/16/2018 | 2548024-11849 | 6/30/2018 | $118.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993636 | $5,732.40 | 8/16/2018 | 2548023-11848 | 6/30/2018 | $118.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993636 | $5,732.40 | 8/16/2018 | 2548022-11847 | 6/30/2018 | $5,376.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992793 | $15,496.70 | 8/15/2018 | 2540921-11846 | 6/19/2018 | $15,496.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991689 | $10,600.46 | 8/13/2018 | 2520334-11833 | 5/2/2018 | $24.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992297 | $13,807.51 | 8/14/2018 | 2543891 | 6/26/2018 | $218.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991689 | $10,600.46 | 8/13/2018 | 2521872-11834 | 5/8/2018 | $38.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992297 | $13,807.51 | 8/14/2018 | 2541103 | 6/19/2018 | $483.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992297 | $13,807.51 | 8/14/2018 | 2541102 | 6/19/2018 | $259.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992297 | $13,807.51 | 8/14/2018 | 2541101 | 6/19/2018 | $6,271.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992297 | $13,807.51 | 8/14/2018 | 2540921-11843 | 6/19/2018 | $329.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992297 | $13,807.51 | 8/14/2018 | 2540918 | 6/19/2018 | $3,888.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992297 | $13,807.51 | 8/14/2018 | 2540917-11842 | 6/19/2018 | $119.88 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780992297 | $13,807.51 | 8/14/2018 | 2506368-11841 | 3/29/2018 | $643.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992297 | $13,807.51 | 8/14/2018 | 2435858-11840 | 10/17/2017 | $151.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992297 | $13,807.51 | 8/14/2018 | 2421361-11839 | 9/13/2017 | $357.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992297 | $13,807.51 | 8/14/2018 | 2421360-11838 | 9/13/2017 | $1,028.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991689 | $10,600.46 | 8/13/2018 | 2540917-11837 | 6/19/2018 | $10,548.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988784 | $141.99 | 8/7/2018 | 2540947 | 6/19/2018 | $56.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992793 | $15,496.70 | 8/15/2018 | 2540921-11844 | 6/19/2018 | $329.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981992 | $6,410.57 | 7/20/2018 | 2535696 | 6/5/2018 | $95.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983816 | $15,037.67 | 7/25/2018 | 2534473 | 6/5/2018 | $1,184.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983816 | $15,037.67 | 7/25/2018 | 2534363 | 6/5/2018 | $227.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983816 | $15,037.67 | 7/25/2018 | 2531568 | 5/29/2018 | $1,613.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983816 | $15,037.67 | 7/25/2018 | 2529054 | 5/22/2018 | $510.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982444 | $722.59 | 7/23/2018 | 2535695 | 6/5/2018 | $241.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982444 | $722.59 | 7/23/2018 | 2535694 | 6/5/2018 | $116.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982444 | $722.59 | 7/23/2018 | 2535688 | 6/5/2018 | $73.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982444 | $722.59 | 7/23/2018 | 2531537 | 5/29/2018 | $291.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981992 | $6,410.57 | 7/20/2018 | 2535705 | 6/5/2018 | $451.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981992 | $6,410.57 | 7/20/2018 | 2535704 | 6/5/2018 | $95.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981992 | $6,410.57 | 7/20/2018 | 2535703 | 6/5/2018 | $93.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989262 | $16,203.67 | 8/8/2018 | 2537484 | 6/12/2018 | $4,550.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981992 | $6,410.57 | 7/20/2018 | 2535697 | 6/5/2018 | $966.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983816 | $15,037.67 | 7/25/2018 | 2535698 | 6/5/2018 | $116.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981992 | $6,410.57 | 7/20/2018 | 2535693 | 6/5/2018 | $227.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981992 | $6,410.57 | 7/20/2018 | 2535692 | 6/5/2018 | $979.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981992 | $6,410.57 | 7/20/2018 | 2535689 | 6/5/2018 | $1,277.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981992 | $6,410.57 | 7/20/2018 | 2531543 | 5/29/2018 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981992 | $6,410.57 | 7/20/2018 | 2413641-11807 | 8/23/2017 | $804.60 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981992 | $6,410.57 | 7/20/2018 | 2402103-11806 | 7/28/2017 | $911.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981399 | $316.50 | 7/19/2018 | 2531393 | 5/29/2018 | $411.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981399 | $316.50 | 7/19/2018 | 2520239-11805 | 5/1/2018 | $1,045.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981399 | $316.50 | 7/19/2018 | 2520239-11803 | 5/1/2018 | $58.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980535 | $5,610.91 | 7/18/2018 | 2531567 | 5/29/2018 | $3,871.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980535 | $5,610.91 | 7/18/2018 | 2531544 | 5/29/2018 | $209.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980535 | $5,610.91 | 7/18/2018 | 2531538 | 5/29/2018 | $137.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981992 | $6,410.57 | 7/20/2018 | 2535702 | 6/5/2018 | $116.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984796 | $1,516.38 | 7/26/2018 | 2419428-11811 | 9/6/2017 | $297.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988188 | $2,286.78 | 8/2/2018 | 2537489 | 6/12/2018 | $2,286.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987271 | $15,179.35 | 8/1/2018 | 2537616-11817 | 6/12/2018 | $1,101.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987271 | $15,179.35 | 8/1/2018 | 2537616-11815 | 6/12/2018 | $33.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987271 | $15,179.35 | 8/1/2018 | 2537615 | 6/12/2018 | $54.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987271 | $15,179.35 | 8/1/2018 | 2537614 | 6/12/2018 | $1,763.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987271 | $15,179.35 | 8/1/2018 | 2537613 | 6/12/2018 | $93.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987271 | $15,179.35 | 8/1/2018 | 2537612 | 6/12/2018 | $8,509.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987271 | $15,179.35 | 8/1/2018 | 2537483 | 6/12/2018 | $1,017.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987271 | $15,179.35 | 8/1/2018 | 2537394-11814 | 6/12/2018 | $116.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987271 | $15,179.35 | 8/1/2018 | 2537394-11812 | 6/12/2018 | $132.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987271 | $15,179.35 | 8/1/2018 | 2537393 | 6/12/2018 | $2,715.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985832 | $6,637.08 | 7/30/2018 | 2537488 | 6/12/2018 | $337.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983816 | $15,037.67 | 7/25/2018 | 2535690 | 6/5/2018 | $372.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985832 | $6,637.08 | 7/30/2018 | 2537486 | 6/12/2018 | $3,486.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983816 | $15,037.67 | 7/25/2018 | 2535691 | 6/5/2018 | $105.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984796 | $1,516.38 | 7/26/2018 | 2402102-11810 | 7/28/2017 | $521.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984796 | $1,516.38 | 7/26/2018 | 2402101-11809 | 7/28/2017 | $529.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984796 | $1,516.38 | 7/26/2018 | 2402100-11808 | 7/28/2017 | $169.20 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983816 | $15,037.67 | 7/25/2018 | 2535756 | 6/5/2018 | $2,614.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983816 | $15,037.67 | 7/25/2018 | 2535755 | 6/5/2018 | $3,554.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983816 | $15,037.67 | 7/25/2018 | 2535754 | 6/5/2018 | $1,435.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983816 | $15,037.67 | 7/25/2018 | 2535753 | 6/5/2018 | $35.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983816 | $15,037.67 | 7/25/2018 | 2535752 | 6/5/2018 | $2,849.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983816 | $15,037.67 | 7/25/2018 | 2535701 | 6/5/2018 | $93.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983816 | $15,037.67 | 7/25/2018 | 2535700 | 6/5/2018 | $116.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983816 | $15,037.67 | 7/25/2018 | 2535699 | 6/5/2018 | $209.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994650 | $116,267.12 | 8/17/2018 | 2548030-11853 | 6/30/2018 | $59,928.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985832 | $6,637.08 | 7/30/2018 | 2537487 | 6/12/2018 | $2,812.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006192 | $6,390.19 | 9/12/2018 | 2559685 | 7/18/2018 | $1,366.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008910 | $7,544.68 | 9/18/2018 | 2562775 | 7/24/2018 | $314.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008910 | $7,544.68 | 9/18/2018 | 2562774 | 7/24/2018 | $328.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008910 | $7,544.68 | 9/18/2018 | 2562770 | 7/24/2018 | $283.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008910 | $7,544.68 | 9/18/2018 | 2562728 | 7/24/2018 | $4,510.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007311 | $221.56 | 9/14/2018 | 2562772 | 7/24/2018 | $116.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007311 | $221.56 | 9/14/2018 | 2562767 | 7/24/2018 | $105.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006788 | $10,509.23 | 9/13/2018 | 2562777 | 7/24/2018 | $125.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006788 | $10,509.23 | 9/13/2018 | 2562773 | 7/24/2018 | $839.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006788 | $10,509.23 | 9/13/2018 | 2562771 | 7/24/2018 | $202.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006788 | $10,509.23 | 9/13/2018 | 2562768 | 7/24/2018 | $469.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006788 | $10,509.23 | 9/13/2018 | 2562764 | 7/24/2018 | $1,473.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003373 | $7,403.50 | 9/6/2018 | 2559967 | 7/19/2018 | $2,651.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006788 | $10,509.23 | 9/13/2018 | 2558335 | 7/18/2018 | $6,125.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010124 | $4.43 | 9/19/2018 | 2562769 | 7/24/2018 | $671.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006192 | $6,390.19 | 9/12/2018 | 2558323 | 7/18/2018 | $5,024.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005295 | $5,883.09 | 9/11/2018 | 2559966 | 7/19/2018 | $1,846.23 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005295 | $5,883.09 | 9/11/2018 | 2555967 | 7/17/2018 | $998.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005295 | $5,883.09 | 9/11/2018 | 2555965 | 7/17/2018 | $549.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005295 | $5,883.09 | 9/11/2018 | 2555964 | 7/17/2018 | $544.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005295 | $5,883.09 | 9/11/2018 | 2555962 | 7/17/2018 | $695.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005295 | $5,883.09 | 9/11/2018 | 2555960 | 7/17/2018 | $656.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005295 | $5,883.09 | 9/11/2018 | 2555959 | 7/17/2018 | $591.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003857 | $4,537.81 | 9/7/2018 | 2555963 | 7/17/2018 | $232.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003857 | $4,537.81 | 9/7/2018 | 2555958 | 7/17/2018 | $210.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003857 | $4,537.81 | 9/7/2018 | 2553882 | 7/10/2018 | $1,180.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994650 | $116,267.12 | 8/17/2018 | 2548029 | 6/30/2018 | $27,052.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006788 | $10,509.23 | 9/13/2018 | 2559684 | 7/18/2018 | $1,273.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012874 | $11,827.37 | 9/25/2018 | 2564757 | 7/31/2018 | $549.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014357 | $5,357.82 | 9/27/2018 | 2567735 | 8/7/2018 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014357 | $5,357.82 | 9/27/2018 | 2567732 | 8/7/2018 | $576.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014357 | $5,357.82 | 9/27/2018 | 2567731 | 8/7/2018 | $476.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014357 | $5,357.82 | 9/27/2018 | 2567730 | 8/7/2018 | $874.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014357 | $5,357.82 | 9/27/2018 | 2567727 | 8/7/2018 | $702.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013769 | $70.37 | 9/26/2018 | 2513390-11879 | 4/16/2018 | $78.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013769 | $70.37 | 9/26/2018 | 2513389-11878 | 4/16/2018 | $142.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012874 | $11,827.37 | 9/25/2018 | 2567949 | 8/7/2018 | $1,383.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012874 | $11,827.37 | 9/25/2018 | 2567749 | 8/7/2018 | $1,855.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012874 | $11,827.37 | 9/25/2018 | 2565934 | 7/31/2018 | $1,948.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012874 | $11,827.37 | 9/25/2018 | 2564763 | 7/31/2018 | $451.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012874 | $11,827.37 | 9/25/2018 | 2564762 | 7/31/2018 | $186.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008910 | $7,544.68 | 9/18/2018 | 2562776 | 7/24/2018 | $820.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012874 | $11,827.37 | 9/25/2018 | 2564758 | 7/31/2018 | $210.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008910 | $7,544.68 | 9/18/2018 | 2562884 | 7/24/2018 | $1,286.30 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781012874 | $11,827.37 | 9/25/2018 | 2564755 | 7/31/2018 | $80.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012874 | $11,827.37 | 9/25/2018 | 2564696 | 7/31/2018 | $2,882.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012874 | $11,827.37 | 9/25/2018 | 2562716-11877 | 7/24/2018 | $2,482.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012874 | $11,827.37 | 9/25/2018 | 2562716-11875 | 7/24/2018 | $193.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011062 | $3,618.88 | 9/20/2018 | 2565972 | 8/1/2018 | $1,634.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011062 | $3,618.88 | 9/20/2018 | 2564765 | 7/31/2018 | $125.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011062 | $3,618.88 | 9/20/2018 | 2564764 | 7/31/2018 | $462.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011062 | $3,618.88 | 9/20/2018 | 2564761 | 7/31/2018 | $798.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011062 | $3,618.88 | 9/20/2018 | 2564759 | 7/31/2018 | $161.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011062 | $3,618.88 | 9/20/2018 | 2564756 | 7/31/2018 | $436.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010124 | $4.43 | 9/19/2018 | 2562885 | 7/24/2018 | $1,604.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003373 | $7,403.50 | 9/6/2018 | 2555966 | 7/17/2018 | $768.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012874 | $11,827.37 | 9/25/2018 | 2564760 | 7/31/2018 | $312.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997024 | $95,523.54 | 8/22/2018 | 2548932 | 7/3/2018 | $2,489.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998403 | $118,875.90 | 8/28/2018 | 2548914 | 7/3/2018 | $125.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998403 | $118,875.90 | 8/28/2018 | 2548912 | 7/3/2018 | $492.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998403 | $118,875.90 | 8/28/2018 | 2548911 | 7/3/2018 | $154.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998403 | $118,875.90 | 8/28/2018 | 2548909 | 7/3/2018 | $299.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998403 | $118,875.90 | 8/28/2018 | 2548907 | 7/3/2018 | $169.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998403 | $118,875.90 | 8/28/2018 | 2548906 | 7/3/2018 | $24.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998403 | $118,875.90 | 8/28/2018 | 2548021 | 6/30/2018 | $72,681.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998403 | $118,875.90 | 8/28/2018 | 2548020 | 6/30/2018 | $9,931.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998403 | $118,875.90 | 8/28/2018 | 2548019 | 6/30/2018 | $21,062.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998403 | $118,875.90 | 8/28/2018 | 2547911 | 6/29/2018 | $5,180.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998403 | $118,875.90 | 8/28/2018 | 2547910 | 6/29/2018 | $6,384.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003857 | $4,537.81 | 9/7/2018 | 2553825 | 7/10/2018 | $2,913.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997024 | $95,523.54 | 8/22/2018 | 2549043 | 7/3/2018 | $664.05 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999872 | $29,757.81 | 8/30/2018 | 2547909 | 6/29/2018 | $19,976.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997024 | $95,523.54 | 8/22/2018 | 2548915 | 7/3/2018 | $116.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997024 | $95,523.54 | 8/22/2018 | 2548910 | 7/3/2018 | $460.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997024 | $95,523.54 | 8/22/2018 | 2548026 | 6/30/2018 | $6,709.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997024 | $95,523.54 | 8/22/2018 | 2548025 | 6/30/2018 | $14,364.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997024 | $95,523.54 | 8/22/2018 | 2548024-11862 | 6/30/2018 | $30,923.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997024 | $95,523.54 | 8/22/2018 | 2548024-11860 | 6/30/2018 | $118.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997024 | $95,523.54 | 8/22/2018 | 2548023-11859 | 6/30/2018 | $3,385.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997024 | $95,523.54 | 8/22/2018 | 2548023-11857 | 6/30/2018 | $118.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997024 | $95,523.54 | 8/22/2018 | 2548022-11856 | 6/30/2018 | $37,665.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997024 | $95,523.54 | 8/22/2018 | 2548022-11855 | 6/30/2018 | $5,376.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997024 | $95,523.54 | 8/22/2018 | 2543609 | 6/26/2018 | $128.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994650 | $116,267.12 | 8/17/2018 | 2549044 | 7/3/2018 | $1,638.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998403 | $118,875.90 | 8/28/2018 | 2547908 | 6/29/2018 | $2,370.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000365 | $858.76 | 8/31/2018 | 2553793 | 7/10/2018 | $186.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003373 | $7,403.50 | 9/6/2018 | 2555961 | 7/17/2018 | $810.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003373 | $7,403.50 | 9/6/2018 | 2543921-11874 | 6/26/2018 | $45.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003373 | $7,403.50 | 9/6/2018 | 2543921-11872 | 6/26/2018 | $10.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003373 | $7,403.50 | 9/6/2018 | 2543920-11871 | 6/26/2018 | $3,127.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003373 | $7,403.50 | 9/6/2018 | 2543920-11869 | 6/26/2018 | $330.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002808 | $2,463.01 | 9/5/2018 | 2543922 | 6/26/2018 | $1,240.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002808 | $2,463.01 | 9/5/2018 | 2543607 | 6/26/2018 | $1,222.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001870 | $8,997.32 | 9/4/2018 | 2553799-11868 | 7/10/2018 | $1,028.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001870 | $8,997.32 | 9/4/2018 | 2553799-11866 | 7/10/2018 | $100.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001870 | $8,997.32 | 9/4/2018 | 2553795 | 7/10/2018 | $1,019.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001870 | $8,997.32 | 9/4/2018 | 2548916 | 7/3/2018 | $512.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001870 | $8,997.32 | 9/4/2018 | 2543924 | 6/26/2018 | $1,984.55 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999291 | $326.84 | 8/29/2018 | 2548908 | 7/3/2018 | $210.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000365 | $858.76 | 8/31/2018 | 2553798 | 7/10/2018 | $672.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999291 | $326.84 | 8/29/2018 | 2548913 | 7/3/2018 | $116.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999872 | $29,757.81 | 8/30/2018 | 2553881-11865 | 7/10/2018 | $1,138.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999872 | $29,757.81 | 8/30/2018 | 2553881-11863 | 7/10/2018 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999872 | $29,757.81 | 8/30/2018 | 2553824 | 7/10/2018 | $1,461.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999872 | $29,757.81 | 8/30/2018 | 2553823 | 7/10/2018 | $1,643.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999872 | $29,757.81 | 8/30/2018 | 2553803 | 7/10/2018 | $1,537.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999872 | $29,757.81 | 8/30/2018 | 2553802 | 7/10/2018 | $663.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999872 | $29,757.81 | 8/30/2018 | 2553801 | 7/10/2018 | $1,030.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999872 | $29,757.81 | 8/30/2018 | 2553800 | 7/10/2018 | $663.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999872 | $29,757.81 | 8/30/2018 | 2553797 | 7/10/2018 | $267.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999872 | $29,757.81 | 8/30/2018 | 2553796 | 7/10/2018 | $436.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999872 | $29,757.81 | 8/30/2018 | 2553794 | 7/10/2018 | $939.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014357 | $5,357.82 | 9/27/2018 | 2567750 | 8/7/2018 | $2,329.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001870 | $8,997.32 | 9/4/2018 | 2543923 | 6/26/2018 | $4,452.21 |

**Totals:** **37 transfer(s),** **$559,273.50**