# ask LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Crown Services, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781014158 | $1,782.83 | 9/27/2018 | INV0200684 | 7/10/2018 | $1,782.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010836 | $2,717.36 | 9/20/2018 | INV0200012 | 7/3/2018 | $2,717.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006573 | $4,198.66 | 9/13/2018 | INV0199128 | 6/26/2018 | $2,194.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006573 | $4,198.66 | 9/13/2018 | INV0150607 | 5/2/2017 | $2,003.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003174 | $2,341.15 | 9/6/2018 | INV0198299 | 6/19/2018 | $2,341.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999661 | $2,913.86 | 8/30/2018 | INV0197536 | 6/12/2018 | $2,913.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996335 | $2,635.89 | 8/21/2018 | INV0196366 | 6/5/2018 | $2,635.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992055 | $2,134.59 | 8/14/2018 | INV0195840 | 5/30/2018 | $2,134.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988573 | $1,869.08 | 8/7/2018 | INV0195068 | 5/22/2018 | $1,869.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985164 | $1,943.37 | 7/27/2018 | INV0193925 | 5/15/2018 | $1,943.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981801 | $2,041.14 | 7/20/2018 | INV0193121 | 5/8/2018 | $2,041.14 |

Totals:    10 transfer(s),    $24,577.93