**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Ghirardelli Chocolate Company**  
Bankruptcy Case: **Sears Holdings Corporation, et al.**  
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988785 | $319,996.36 | 8/7/2018 | 411890-972 | 9/28/2017 | $4,924.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988785 | $319,996.36 | 8/7/2018 | 430234-976 | 11/28/2017 | $5,967.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988785 | $319,996.36 | 8/7/2018 | 416253 | 10/12/2017 | $16,662.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988785 | $319,996.36 | 8/7/2018 | 416252 | 10/12/2017 | $34,157.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988785 | $319,996.36 | 8/7/2018 | 414531-975 | 10/6/2017 | $4,699.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988785 | $319,996.36 | 8/7/2018 | 414531-974 | 10/6/2017 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988785 | $319,996.36 | 8/7/2018 | 414406 | 10/6/2017 | $12,566.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988785 | $319,996.36 | 8/7/2018 | 411319 | 9/27/2017 | $14,775.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988785 | $319,996.36 | 8/7/2018 | 412163 | 9/29/2017 | $32,909.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988785 | $319,996.36 | 8/7/2018 | 431795 | 11/30/2017 | $16,229.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988785 | $319,996.36 | 8/7/2018 | 411890-970 | 9/28/2017 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988785 | $319,996.36 | 8/7/2018 | 411889 | 9/28/2017 | $8,841.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988785 | $319,996.36 | 8/7/2018 | 411322 | 9/27/2017 | $15,435.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988785 | $319,996.36 | 8/7/2018 | 411321-969 | 9/27/2017 | $6,001.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988785 | $319,996.36 | 8/7/2018 | 411321-967 | 9/27/2017 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988785 | $319,996.36 | 8/7/2018 | 411320-966 | 9/27/2017 | $5,646.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988785 | $319,996.36 | 8/7/2018 | 411320-965 | 9/27/2017 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988785 | $319,996.36 | 8/7/2018 | 412164 | 9/29/2017 | $15,726.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988785 | $319,996.36 | 8/7/2018 | 447466-985 | 12/18/2017 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988785 | $319,996.36 | 8/7/2018 | WA6005RGF | 4/14/2016 | $846.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988785 | $319,996.36 | 8/7/2018 | MV6011RGF | 2/9/2016 | $510.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988785 | $319,996.36 | 8/7/2018 | 466685 | 1/11/2018 | $38,913.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988785 | $319,996.36 | 8/7/2018 | 464943 | 1/5/2018 | $7,907.50 |

Ghirardelli Chocolate Company (2219556)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                                    Exhibit A                                                    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988785 | $319,996.36 | 8/7/2018 | 464942 | 1/5/2018 | $18,883.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988785 | $319,996.36 | 8/7/2018 | 464941 | 1/5/2018 | $21,118.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988785 | $319,996.36 | 8/7/2018 | 464940 | 1/5/2018 | $15,757.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988785 | $319,996.36 | 8/7/2018 | 431794-979 | 11/30/2017 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988785 | $319,996.36 | 8/7/2018 | 447466-987 | 12/18/2017 | $6,309.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988785 | $319,996.36 | 8/7/2018 | 431794-981 | 11/30/2017 | $2,895.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988785 | $319,996.36 | 8/7/2018 | 447465-984 | 12/18/2017 | $4,800.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988785 | $319,996.36 | 8/7/2018 | 447465-982 | 12/18/2017 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988785 | $319,996.36 | 8/7/2018 | 440148 | 12/8/2017 | $147.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988785 | $319,996.36 | 8/7/2018 | 440147 | 12/8/2017 | $6,258.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988785 | $319,996.36 | 8/7/2018 | 440006 | 12/8/2017 | $13,025.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988785 | $319,996.36 | 8/7/2018 | 436054 | 12/4/2017 | $7,599.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996529 | $6,089.04 | 8/21/2018 | 430234-978 | 11/28/2017 | $6,089.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988785 | $319,996.36 | 8/7/2018 | 463939 | 1/4/2018 | $11,679.64 |

Totals:    2 transfer(s),    $326,085.40