**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Custom Air Services, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246684 | $1,427.13 | 10/8/2018 | 24632835A-IN | 10/5/2018 | $668.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246684 | $1,427.13 | 10/8/2018 | 24628043A-IN | 10/5/2018 | $758.88 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241390 | $400.00 | 8/31/2018 | 21941000D-IN | 8/30/2018 | $400.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239940 | $1,619.63 | 8/23/2018 | 24269360A-IN | 8/23/2018 | $1,619.63 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237307 | $4,039.24 | 8/6/2018 | 24300128A-IN | 8/3/2018 | $942.16 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237307 | $4,039.24 | 8/6/2018 | 24289895A-IN | 8/4/2018 | $1,286.80 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237307 | $4,039.24 | 8/6/2018 | 24260696A-IN | 8/3/2018 | $1,810.28 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235868 | $7,055.35 | 7/30/2018 | 24235062A-IN | 7/27/2018 | $1,509.34 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235868 | $7,055.35 | 7/30/2018 | 24212189A-IN | 7/27/2018 | $1,275.72 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235868 | $7,055.35 | 7/30/2018 | 24191969A-IN | 7/27/2018 | $1,802.59 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235868 | $7,055.35 | 7/30/2018 | 24188313A-IN | 7/27/2018 | $2,467.70 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235598 | $3,672.89 | 7/27/2018 | 23990682A-IN | 7/11/2018 | $3,672.89 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234365 | $1,506.12 | 7/20/2018 | 24190096A-IN | 7/20/2018 | $1,506.12 |

**Totals:** 7 transfer(s), $19,720.36