**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Cynergy Trading Corp.**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011433 | $16,414.50 | 9/21/2018 | 441102-12588 | 1/3/2018 | $16,462.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011433 | $16,414.50 | 9/21/2018 | 441102-12586 | 1/3/2018 | $450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994483 | $5,475.00 | 8/17/2018 | 455942 | 5/15/2018 | $4,906.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994483 | $5,475.00 | 8/17/2018 | 455941 | 5/15/2018 | $223.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994483 | $5,475.00 | 8/17/2018 | 455940 | 5/15/2018 | $446.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992068 | $31,859.50 | 8/14/2018 | 457020 | 5/21/2018 | $31,859.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988584 | $19,474.75 | 8/7/2018 | 455965 | 5/15/2018 | $17,126.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988584 | $19,474.75 | 8/7/2018 | 455964 | 5/15/2018 | $708.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988584 | $19,474.75 | 8/7/2018 | 455963 | 5/15/2018 | $1,640.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988137 | $84,538.95 | 8/2/2018 | 456793-4631 | 5/21/2018 | $76,287.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988137 | $84,538.95 | 8/2/2018 | 456793-4630 | 5/21/2018 | $77,946.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988137 | $84,538.95 | 8/2/2018 | 456644-4628 | 5/21/2018 | $8,251.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988137 | $84,538.95 | 8/2/2018 | 456644-4627 | 5/21/2018 | $24,976.00 |

Totals:    5 transfer(s),    $157,762.70