

| | | 2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665 | 151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342 |

| | |
|---|---|
| Defendant: | **Gildan Branded Apparel SRL LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999876 | $33,683.27 | 8/30/2018 | 9816184 | 6/19/2018 | $369.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981996 | $22,909.05 | 7/20/2018 | 7678264073 | 5/25/2018 | $978.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003378 | $182,986.47 | 9/6/2018 | 7677713563 | 10/30/2017 | $758.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003378 | $182,986.47 | 9/6/2018 | 7298391006 | 7/13/2018 | $3,580.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999876 | $33,683.27 | 8/30/2018 | 9816996 | 6/20/2018 | $2,982.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999876 | $33,683.27 | 8/30/2018 | 9816995 | 6/20/2018 | $64.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999876 | $33,683.27 | 8/30/2018 | 9816994 | 6/20/2018 | $3,300.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999876 | $33,683.27 | 8/30/2018 | 9816993-12685 | 6/20/2018 | $837.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999876 | $33,683.27 | 8/30/2018 | 9816993-12684 | 6/20/2018 | $34.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003378 | $182,986.47 | 9/6/2018 | 7677813222 | 12/1/2017 | $108.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999876 | $33,683.27 | 8/30/2018 | 9816185 | 6/19/2018 | $3,401.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003378 | $182,986.47 | 9/6/2018 | 7677877809 | 12/22/2017 | $62.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999876 | $33,683.27 | 8/30/2018 | 9816183-12682 | 6/19/2018 | $782.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999876 | $33,683.27 | 8/30/2018 | 9816183-12680 | 6/19/2018 | $34.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999876 | $33,683.27 | 8/30/2018 | 9816182 | 6/19/2018 | $1,196.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999876 | $33,683.27 | 8/30/2018 | 9816181 | 6/19/2018 | $2,189.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999876 | $33,683.27 | 8/30/2018 | 9816180 | 6/19/2018 | $388.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999876 | $33,683.27 | 8/30/2018 | 9816009 | 6/18/2018 | $2,473.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999876 | $33,683.27 | 8/30/2018 | 9816008 | 6/18/2018 | $3,550.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999876 | $33,683.27 | 8/30/2018 | 9816007-12679 | 6/18/2018 | $564.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999876 | $33,683.27 | 8/30/2018 | 9816186 | 6/19/2018 | $1,414.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003378 | $182,986.47 | 9/6/2018 | 7678377614 | 7/6/2018 | $1,326.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003378 | $182,986.47 | 9/6/2018 | 9808776 | 5/15/2018 | $14,673.23 |

Gildan Branded Apparel SRL LLC (2219701)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                              Exhibit A                                              P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003378 | $182,986.47 | 9/6/2018 | 9808775 | 5/15/2018 | $39,977.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003378 | $182,986.47 | 9/6/2018 | 9807842 | 5/9/2018 | $24,702.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003378 | $182,986.47 | 9/6/2018 | 7678391072 | 7/13/2018 | $813.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003378 | $182,986.47 | 9/6/2018 | 7678391071-12698 | 7/13/2018 | $13,629.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003378 | $182,986.47 | 9/6/2018 | 7678391071-12696 | 7/13/2018 | $426.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003378 | $182,986.47 | 9/6/2018 | 7678390881 | 7/13/2018 | $816.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003378 | $182,986.47 | 9/6/2018 | 7678390880 | 7/13/2018 | $9,617.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003378 | $182,986.47 | 9/6/2018 | 7677747298 | 11/10/2017 | $398.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003378 | $182,986.47 | 9/6/2018 | 7678377732 | 7/6/2018 | $12,626.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999876 | $33,683.27 | 8/30/2018 | 9816005 | 6/18/2018 | $1,996.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003378 | $182,986.47 | 9/6/2018 | 7678341824-12695 | 6/22/2018 | $1,717.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003378 | $182,986.47 | 9/6/2018 | 7678341824-12693 | 6/22/2018 | $114.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003378 | $182,986.47 | 9/6/2018 | 7678341822-12692 | 6/22/2018 | $13,503.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003378 | $182,986.47 | 9/6/2018 | 7678341822-12690 | 6/22/2018 | $323.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003378 | $182,986.47 | 9/6/2018 | 7677888279 | 12/29/2017 | $6,647.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003378 | $182,986.47 | 9/6/2018 | 7677878237-12689 | 12/22/2017 | $4,965.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003378 | $182,986.47 | 9/6/2018 | 7677878237-12688 | 12/22/2017 | $4,181.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003378 | $182,986.47 | 9/6/2018 | 7677878237-12686 | 12/22/2017 | $927.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003378 | $182,986.47 | 9/6/2018 | 7678377734 | 7/6/2018 | $827.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985365 | $12,245.14 | 7/27/2018 | 7678281715 | 6/1/2018 | $3,365.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988789 | $22,875.36 | 8/7/2018 | 7678263891-12673 | 5/25/2018 | $689.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988789 | $22,875.36 | 8/7/2018 | 7678263891-12672 | 5/25/2018 | $21.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988789 | $22,875.36 | 8/7/2018 | 7678263890 | 5/25/2018 | $14,313.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985365 | $12,245.14 | 7/27/2018 | 9810988 | 5/24/2018 | $2,623.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985365 | $12,245.14 | 7/27/2018 | 9810768 | 5/23/2018 | $97.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985365 | $12,245.14 | 7/27/2018 | 7678304802 | 6/8/2018 | $1,225.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985365 | $12,245.14 | 7/27/2018 | 7678304801-12670 | 6/8/2018 | $3,794.70 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985365 | $12,245.14 | 7/27/2018 | 7678304801-12668 | 6/8/2018 | $79.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999876 | $33,683.27 | 8/30/2018 | 9816007-12677 | 6/18/2018 | $17.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985365 | $12,245.14 | 7/27/2018 | 7678281717 | 6/1/2018 | $846.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988789 | $22,875.36 | 8/7/2018 | 9811607 | 5/25/2018 | $291.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985365 | $12,245.14 | 7/27/2018 | 7678281556 | 6/1/2018 | $157.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985365 | $12,245.14 | 7/27/2018 | 6005438-12667 | 4/12/2018 | $529.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985365 | $12,245.14 | 7/27/2018 | 6005437-12665 | 4/12/2018 | $97.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981996 | $22,909.05 | 7/20/2018 | 9808917 | 5/16/2018 | $5,662.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981996 | $22,909.05 | 7/20/2018 | 9808916 | 5/16/2018 | $291.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981996 | $22,909.05 | 7/20/2018 | 7678281518 | 6/1/2018 | $11,408.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981996 | $22,909.05 | 7/20/2018 | 7678281517 | 6/1/2018 | $641.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981996 | $22,909.05 | 7/20/2018 | 7678264074 | 5/25/2018 | $4,087.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985365 | $12,245.14 | 7/27/2018 | 7678304707 | 6/8/2018 | $272.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992301 | $17,162.13 | 8/14/2018 | 7678341565 | 6/22/2018 | $1,087.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003378 | $182,986.47 | 9/6/2018 | 9808920 | 5/16/2018 | $2,148.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999876 | $33,683.27 | 8/30/2018 | 7678377532 | 7/6/2018 | $4,947.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999876 | $33,683.27 | 8/30/2018 | 7678377531 | 7/6/2018 | $1,126.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999876 | $33,683.27 | 8/30/2018 | 7678357712 | 6/29/2018 | $1,293.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996533 | $29,398.13 | 8/21/2018 | 9815410 | 6/14/2018 | $3,056.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996533 | $29,398.13 | 8/21/2018 | 9815022 | 6/12/2018 | $6,656.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996533 | $29,398.13 | 8/21/2018 | 9815021 | 6/12/2018 | $388.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996533 | $29,398.13 | 8/21/2018 | 9814825 | 6/11/2018 | $3,633.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988789 | $22,875.36 | 8/7/2018 | 7678323228 | 6/15/2018 | $4,174.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996533 | $29,398.13 | 8/21/2018 | 7678357713 | 6/29/2018 | $15,263.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988789 | $22,875.36 | 8/7/2018 | 7678323229 | 6/15/2018 | $874.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992301 | $17,162.13 | 8/14/2018 | 7678341564 | 6/22/2018 | $4,587.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992301 | $17,162.13 | 8/14/2018 | 7678341549 | 6/22/2018 | $2,317.10 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780992301 | $17,162.13 | 8/14/2018 | 7678323044 | 6/15/2018 | $3,479.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992301 | $17,162.13 | 8/14/2018 | 7678323043 | 6/15/2018 | $1,184.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992301 | $17,162.13 | 8/14/2018 | 7678304588 | 6/8/2018 | $3,905.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992301 | $17,162.13 | 8/14/2018 | 7678304587-12676 | 6/8/2018 | $1,047.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992301 | $17,162.13 | 8/14/2018 | 7678304587-12674 | 6/8/2018 | $45.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988789 | $22,875.36 | 8/7/2018 | 9811608 | 5/25/2018 | $2,726.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999876 | $33,683.27 | 8/30/2018 | 9816006 | 6/18/2018 | $1,046.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996533 | $29,398.13 | 8/21/2018 | 9814083 | 6/8/2018 | $486.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011067 | $29,605.32 | 9/20/2018 | 9821379-12710 | 7/12/2018 | $2,229.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014363 | $70,318.91 | 9/27/2018 | 9821586-12711 | 7/13/2018 | $30.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014363 | $70,318.91 | 9/27/2018 | 7678450129 | 8/9/2018 | $41,100.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014363 | $70,318.91 | 9/27/2018 | 7678444772 | 8/3/2018 | $943.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014363 | $70,318.91 | 9/27/2018 | 7678444771 | 8/3/2018 | $3,609.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014363 | $70,318.91 | 9/27/2018 | 7678426638 | 7/27/2018 | $1,008.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014363 | $70,318.91 | 9/27/2018 | 7678426637 | 7/27/2018 | $3,565.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014363 | $70,318.91 | 9/27/2018 | 7678426527 | 7/27/2018 | $287.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011067 | $29,605.32 | 9/20/2018 | 9821383 | 7/12/2018 | $142.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011067 | $29,605.32 | 9/20/2018 | 9820757 | 7/9/2018 | $996.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011067 | $29,605.32 | 9/20/2018 | 9821380 | 7/12/2018 | $93.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014363 | $70,318.91 | 9/27/2018 | 9821587-12716 | 7/13/2018 | $110.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011067 | $29,605.32 | 9/20/2018 | 9821379-12708 | 7/12/2018 | $45.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011067 | $29,605.32 | 9/20/2018 | 9821378 | 7/12/2018 | $18.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011067 | $29,605.32 | 9/20/2018 | 9820952 | 7/10/2018 | $3,109.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011067 | $29,605.32 | 9/20/2018 | 9820951 | 7/10/2018 | $2,458.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011067 | $29,605.32 | 9/20/2018 | 9820950 | 7/10/2018 | $1,708.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011067 | $29,605.32 | 9/20/2018 | 9820949 | 7/10/2018 | $3,325.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011067 | $29,605.32 | 9/20/2018 | 9820759 | 7/9/2018 | $2,851.83 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003378 | $182,986.47 | 9/6/2018 | 9808918 | 5/16/2018 | $9,850.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011067 | $29,605.32 | 9/20/2018 | 9821381 | 7/12/2018 | $8.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014363 | $70,318.91 | 9/27/2018 | 9821978-12722 | 7/16/2018 | $2,030.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014363 | $70,318.91 | 9/27/2018 | 9822581 | 7/18/2018 | $127.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014363 | $70,318.91 | 9/27/2018 | 9822580 | 7/18/2018 | $1,447.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014363 | $70,318.91 | 9/27/2018 | 9822579 | 7/18/2018 | $1,161.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014363 | $70,318.91 | 9/27/2018 | 9822578 | 7/18/2018 | $690.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014363 | $70,318.91 | 9/27/2018 | 9822188 | 7/17/2018 | $202.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014363 | $70,318.91 | 9/27/2018 | 9822187 | 7/17/2018 | $3,438.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014363 | $70,318.91 | 9/27/2018 | 9821980-12728 | 7/16/2018 | $1,641.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014363 | $70,318.91 | 9/27/2018 | 9821980-12726 | 7/16/2018 | $46.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014363 | $70,318.91 | 9/27/2018 | 9821586-12713 | 7/13/2018 | $400.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014363 | $70,318.91 | 9/27/2018 | 9821979-12723 | 7/16/2018 | $33.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014363 | $70,318.91 | 9/27/2018 | 9821587-12714 | 7/13/2018 | $29.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014363 | $70,318.91 | 9/27/2018 | 9821978-12720 | 7/16/2018 | $52.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014363 | $70,318.91 | 9/27/2018 | 9821977 | 7/16/2018 | $1,590.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014363 | $70,318.91 | 9/27/2018 | 9821976 | 7/16/2018 | $30.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014363 | $70,318.91 | 9/27/2018 | 9821591 | 7/13/2018 | $10.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014363 | $70,318.91 | 9/27/2018 | 9821590 | 7/13/2018 | $40.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014363 | $70,318.91 | 9/27/2018 | 9821589-12719 | 7/13/2018 | $1,607.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014363 | $70,318.91 | 9/27/2018 | 9821589-12717 | 7/13/2018 | $33.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014363 | $70,318.91 | 9/27/2018 | 9821588 | 7/13/2018 | $3,068.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011067 | $29,605.32 | 9/20/2018 | 9820756 | 7/9/2018 | $2,440.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014363 | $70,318.91 | 9/27/2018 | 9821979-12725 | 7/16/2018 | $579.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003378 | $182,986.47 | 9/6/2018 | 9818695 | 6/26/2018 | $120.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006793 | $33,383.90 | 9/13/2018 | 7678406562 | 7/20/2018 | $721.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006793 | $33,383.90 | 9/13/2018 | 7678357941 | 6/29/2018 | $1,348.48 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006793 | $33,383.90 | 9/13/2018 | 7678357939 | 6/29/2018 | $4,928.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003378 | $182,986.47 | 9/6/2018 | 9819115-12704 | 6/28/2018 | $2,670.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003378 | $182,986.47 | 9/6/2018 | 9819115-12702 | 6/28/2018 | $111.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003378 | $182,986.47 | 9/6/2018 | 9819114 | 6/28/2018 | $2,249.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003378 | $182,986.47 | 9/6/2018 | 9818912-12701 | 6/27/2018 | $2,223.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003378 | $182,986.47 | 9/6/2018 | 9818912-12699 | 6/27/2018 | $501.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011067 | $29,605.32 | 9/20/2018 | 9820758 | 7/9/2018 | $84.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003378 | $182,986.47 | 9/6/2018 | 9818696 | 6/26/2018 | $77.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006793 | $33,383.90 | 9/13/2018 | 9819324 | 6/29/2018 | $3,555.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003378 | $182,986.47 | 9/6/2018 | 9818694 | 6/26/2018 | $10.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003378 | $182,986.47 | 9/6/2018 | 9818693 | 6/26/2018 | $244.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003378 | $182,986.47 | 9/6/2018 | 9818692 | 6/26/2018 | $3,126.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003378 | $182,986.47 | 9/6/2018 | 9808924 | 5/16/2018 | $81.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003378 | $182,986.47 | 9/6/2018 | 9808923 | 5/16/2018 | $4,365.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003378 | $182,986.47 | 9/6/2018 | 9808922 | 5/16/2018 | $20.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003378 | $182,986.47 | 9/6/2018 | 9808921 | 5/16/2018 | $981.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014363 | $70,318.91 | 9/27/2018 | 9822961 | 7/19/2018 | $1,695.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003378 | $182,986.47 | 9/6/2018 | 9818697 | 6/26/2018 | $8.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006793 | $33,383.90 | 9/13/2018 | 9820141 | 7/3/2018 | $30.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011067 | $29,605.32 | 9/20/2018 | 9820755 | 7/9/2018 | $154.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011067 | $29,605.32 | 9/20/2018 | 9820754 | 7/9/2018 | $490.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011067 | $29,605.32 | 9/20/2018 | 7678426822-12707 | 7/27/2018 | $655.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011067 | $29,605.32 | 9/20/2018 | 7678426822-12706 | 7/27/2018 | $67.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011067 | $29,605.32 | 9/20/2018 | 7678426821 | 7/27/2018 | $4,436.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011067 | $29,605.32 | 9/20/2018 | 7678406727 | 7/20/2018 | $3,493.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011067 | $29,605.32 | 9/20/2018 | 7678406725 | 7/20/2018 | $848.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011067 | $29,605.32 | 9/20/2018 | 5162707 | 9/29/2017 | $480.96 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006793 | $33,383.90 | 9/13/2018 | 7678406563 | 7/20/2018 | $24.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006793 | $33,383.90 | 9/13/2018 | 9820142 | 7/3/2018 | $2,652.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006793 | $33,383.90 | 9/13/2018 | 7678406564 | 7/20/2018 | $7,740.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006793 | $33,383.90 | 9/13/2018 | 9820140 | 7/3/2018 | $930.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006793 | $33,383.90 | 9/13/2018 | 9820139 | 7/3/2018 | $98.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006793 | $33,383.90 | 9/13/2018 | 9820005 | 7/2/2018 | $1,851.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006793 | $33,383.90 | 9/13/2018 | 9819625 | 6/30/2018 | $3,055.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006793 | $33,383.90 | 9/13/2018 | 9819624 | 6/30/2018 | $3,727.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006793 | $33,383.90 | 9/13/2018 | 9819623 | 6/30/2018 | $855.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006793 | $33,383.90 | 9/13/2018 | 9819622 | 6/30/2018 | $1,920.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006793 | $33,383.90 | 9/13/2018 | 9819621 | 6/30/2018 | $24.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003378 | $182,986.47 | 9/6/2018 | 9808919 | 5/16/2018 | $16.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011067 | $29,605.32 | 9/20/2018 | 5162705 | 9/29/2017 | $492.72 |

**Totals:** 10 transfer(s), $454,567.68