**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Gina Group LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990001 | $280,677.46 | 8/9/2018 | GINA33637 | 7/20/2018 | $432.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990001 | $280,677.46 | 8/9/2018 | GINA08492 | 7/20/2018 | $39,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990001 | $280,677.46 | 8/9/2018 | GINA10503 | 7/20/2018 | $1,152.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990001 | $280,677.46 | 8/9/2018 | GINA18824 | 7/20/2018 | $13,752.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990001 | $280,677.46 | 8/9/2018 | GINA19101 | 7/20/2018 | $792.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990001 | $280,677.46 | 8/9/2018 | GINA22304 | 7/20/2018 | $70,848.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990001 | $280,677.46 | 8/9/2018 | GINA22750 | 7/20/2018 | $56,736.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990001 | $280,677.46 | 8/9/2018 | GINA24429 | 7/20/2018 | $720.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990001 | $280,677.46 | 8/9/2018 | GINA24756 | 7/20/2018 | $864.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990001 | $280,677.46 | 8/9/2018 | ACH060118A | 6/1/2018 | $40,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990001 | $280,677.46 | 8/9/2018 | GINA31231 | 7/20/2018 | $31,536.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990001 | $280,677.46 | 8/9/2018 | GINA93355 | 7/20/2018 | $1,584.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990001 | $280,677.46 | 8/9/2018 | GINA37517 | 7/20/2018 | $5,239.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990001 | $280,677.46 | 8/9/2018 | GINA39927 | 7/20/2018 | $2,990.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990001 | $280,677.46 | 8/9/2018 | GINA40873 | 7/20/2018 | $45,216.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990001 | $280,677.46 | 8/9/2018 | GINA62341 | 7/20/2018 | $1,680.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990001 | $280,677.46 | 8/9/2018 | GINA75171 | 7/20/2018 | $1,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990001 | $280,677.46 | 8/9/2018 | GINA76188 | 7/20/2018 | $1,824.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990001 | $280,677.46 | 8/9/2018 | GINA76339 | 7/20/2018 | $1,104.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990001 | $280,677.46 | 8/9/2018 | GINA78321 | 7/20/2018 | $108.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990001 | $280,677.46 | 8/9/2018 | GINA81873 | 7/20/2018 | $108.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990001 | $280,677.46 | 8/9/2018 | GINA30066 | 7/20/2018 | $2,640.00 |

Totals:    1 transfer(s),    $280,677.46