**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Dallas Independent School District** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 169839 | $19,252.50 | 7/18/2018 | 62518 | 6/25/2018 | $19,252.50 |
| **Totals:** | | **1 transfer(s),** | **$19,252.50** | | | | |

Dallas Independent School District (2219805)  
Bankruptcy Case: Sears Holdings Corporation, et al.  
Jan 27, 2020

Exhibit A

P. 1