**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Dalplano, Inc.**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174301 | $12,886.58 | 10/10/2018 | 0000092518-59690 | 9/25/2018 | $850.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174301 | $12,886.58 | 10/10/2018 | 0000092518-59689 | 9/25/2018 | $150.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174301 | $12,886.58 | 10/10/2018 | 0000092518-59688 | 9/25/2018 | $11,886.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172955 | $12,886.58 | 9/6/2018 | 0000082618-59687 | 8/26/2018 | $850.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172955 | $12,886.58 | 9/6/2018 | 0000082618-59686 | 8/26/2018 | $150.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172955 | $12,886.58 | 9/6/2018 | 0000082618-59685 | 8/26/2018 | $11,886.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171565 | $12,644.00 | 8/7/2018 | 0000072618-59684 | 7/26/2018 | $850.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171565 | $12,644.00 | 8/7/2018 | 0000072618-59683 | 7/26/2018 | $150.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171565 | $12,644.00 | 8/7/2018 | 0000072618-59682 | 7/26/2018 | $11,644.00 |

**Totals:**    3 transfer(s),    $38,417.16