**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **GK Preferred Income II (Ridgmar) SPE, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174228 | $8,165.15 | 10/9/2018 | 92518 | 9/25/2018 | $8,165.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172884 | $8,165.15 | 9/6/2018 | 82618 | 8/26/2018 | $8,165.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171489 | $8,165.15 | 8/9/2018 | 72618 | 7/26/2018 | $8,165.15 |
| **Totals:** | | **3 transfer(s),** | **$24,495.45** | | | | |