**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Glamour Corporation** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985369 | $11,751.01 | 7/27/2018 | 166381 | 6/13/2018 | $449.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985369 | $11,751.01 | 7/27/2018 | 166422T | 6/14/2018 | $98.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985369 | $11,751.01 | 7/27/2018 | 166422 | 6/14/2018 | $940.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985369 | $11,751.01 | 7/27/2018 | 166420T | 6/14/2018 | $66.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985369 | $11,751.01 | 7/27/2018 | 166420 | 6/14/2018 | $635.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985369 | $11,751.01 | 7/27/2018 | 166394T | 6/13/2018 | $336.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981999 | $105,463.27 | 7/20/2018 | 165976 | 6/4/2018 | $5,456.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985369 | $11,751.01 | 7/27/2018 | 166381T | 6/13/2018 | $47.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988792 | $7,223.80 | 8/7/2018 | 166518 | 6/20/2018 | $5,147.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985369 | $11,751.01 | 7/27/2018 | 166378T | 6/13/2018 | $145.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985369 | $11,751.01 | 7/27/2018 | 166378 | 6/13/2018 | $1,381.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985369 | $11,751.01 | 7/27/2018 | 166282T | 6/11/2018 | $99.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985369 | $11,751.01 | 7/27/2018 | 166282 | 6/11/2018 | $949.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985369 | $11,751.01 | 7/27/2018 | 166270T | 6/11/2018 | $248.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985369 | $11,751.01 | 7/27/2018 | 166270 | 6/11/2018 | $2,363.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985369 | $11,751.01 | 7/27/2018 | 166394 | 6/13/2018 | $3,206.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992303 | $17,247.22 | 8/14/2018 | 160975 | 1/4/2018 | $178.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992303 | $17,247.22 | 8/14/2018 | ADJ162666 | 3/5/2018 | $5,385.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992303 | $17,247.22 | 8/14/2018 | 166653T | 6/29/2018 | $310.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992303 | $17,247.22 | 8/14/2018 | 166653 | 6/29/2018 | $2,956.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992303 | $17,247.22 | 8/14/2018 | 166567T | 6/25/2018 | $318.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992303 | $17,247.22 | 8/14/2018 | 166567 | 6/25/2018 | $3,031.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992303 | $17,247.22 | 8/14/2018 | 162667T | 3/5/2018 | $13.83 |

Glamour Corporation (2191485)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                    Exhibit A                                    P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985369 | $11,751.01 | 7/27/2018 | 166423 | 6/14/2018 | $458.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992303 | $17,247.22 | 8/14/2018 | 160975T | 1/4/2018 | $18.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985369 | $11,751.01 | 7/27/2018 | 166423T | 6/14/2018 | $48.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992303 | $17,247.22 | 8/14/2018 | 160873T | 1/2/2018 | $40.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992303 | $17,247.22 | 8/14/2018 | 160873 | 1/2/2018 | $381.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988792 | $7,223.80 | 8/7/2018 | 166539T | 6/21/2018 | $145.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988792 | $7,223.80 | 8/7/2018 | 166539 | 6/21/2018 | $1,390.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988792 | $7,223.80 | 8/7/2018 | 166518T | 6/20/2018 | $540.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981999 | $105,463.27 | 7/20/2018 | 361 | 5/8/2018 | $2,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992303 | $17,247.22 | 8/14/2018 | 162667 | 3/5/2018 | $131.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981999 | $105,463.27 | 7/20/2018 | 166002T | 6/5/2018 | $94.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985369 | $11,751.01 | 7/27/2018 | 166268T | 6/11/2018 | $181.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981999 | $105,463.27 | 7/20/2018 | 166061 | 6/5/2018 | $45,587.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981999 | $105,463.27 | 7/20/2018 | 166050T | 6/5/2018 | $126.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981999 | $105,463.27 | 7/20/2018 | 166050 | 6/5/2018 | $1,201.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981999 | $105,463.27 | 7/20/2018 | 166049T | 6/5/2018 | $120.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981999 | $105,463.27 | 7/20/2018 | 166049 | 6/5/2018 | $1,146.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981999 | $105,463.27 | 7/20/2018 | 166094 | 6/6/2018 | $5,119.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981999 | $105,463.27 | 7/20/2018 | 166045 | 6/5/2018 | $8,872.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981999 | $105,463.27 | 7/20/2018 | 166094T | 6/6/2018 | $537.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981999 | $105,463.27 | 7/20/2018 | 166002 | 6/5/2018 | $896.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981999 | $105,463.27 | 7/20/2018 | 165999T | 6/5/2018 | $295.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981999 | $105,463.27 | 7/20/2018 | 165999 | 6/5/2018 | $2,813.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981999 | $105,463.27 | 7/20/2018 | 165998T | 6/5/2018 | $144.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981999 | $105,463.27 | 7/20/2018 | 165998 | 6/5/2018 | $1,372.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981999 | $105,463.27 | 7/20/2018 | 165976T | 6/4/2018 | $572.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981999 | $105,463.27 | 7/20/2018 | 166045T | 6/5/2018 | $931.66 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981999 | $105,463.27 | 7/20/2018 | 166144 | 6/6/2018 | $6,928.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992303 | $17,247.22 | 8/14/2018 | ADJ166203T | 6/7/2018 | $216.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981999 | $105,463.27 | 7/20/2018 | 166203T | 6/7/2018 | $229.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981999 | $105,463.27 | 7/20/2018 | 166203 | 6/7/2018 | $2,182.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981999 | $105,463.27 | 7/20/2018 | 166199T | 6/7/2018 | $249.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981999 | $105,463.27 | 7/20/2018 | 166199 | 6/7/2018 | $2,380.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981999 | $105,463.27 | 7/20/2018 | 166190T | 6/7/2018 | $213.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981999 | $105,463.27 | 7/20/2018 | 166061T | 6/5/2018 | $4,786.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981999 | $105,463.27 | 7/20/2018 | 166144T | 6/6/2018 | $727.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985369 | $11,751.01 | 7/27/2018 | 166268 | 6/11/2018 | $1,728.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981999 | $105,463.27 | 7/20/2018 | 166115T | 6/6/2018 | $726.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981999 | $105,463.27 | 7/20/2018 | 166115 | 6/6/2018 | $6,914.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981999 | $105,463.27 | 7/20/2018 | 166111T | 6/6/2018 | $81.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981999 | $105,463.27 | 7/20/2018 | 166111 | 6/6/2018 | $779.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981999 | $105,463.27 | 7/20/2018 | 166110T | 6/6/2018 | $117.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981999 | $105,463.27 | 7/20/2018 | 166110 | 6/6/2018 | $1,120.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981999 | $105,463.27 | 7/20/2018 | 166190 | 6/7/2018 | $2,036.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014366 | $16,382.85 | 9/27/2018 | 167637T | 8/7/2018 | $210.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014366 | $16,382.85 | 9/27/2018 | 167620 | 8/6/2018 | $5,507.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014366 | $16,382.85 | 9/27/2018 | 167641 | 8/7/2018 | $968.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014366 | $16,382.85 | 9/27/2018 | 167640T | 8/7/2018 | $52.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014366 | $16,382.85 | 9/27/2018 | 167640 | 8/7/2018 | $496.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014366 | $16,382.85 | 9/27/2018 | 167639T | 8/7/2018 | $516.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014366 | $16,382.85 | 9/27/2018 | 167639 | 8/7/2018 | $4,919.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014366 | $16,382.85 | 9/27/2018 | 167646 | 8/7/2018 | $1,157.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014366 | $16,382.85 | 9/27/2018 | 167638 | 8/7/2018 | $658.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014366 | $16,382.85 | 9/27/2018 | 167646T | 8/7/2018 | $121.50 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781014366 | $16,382.85 | 9/27/2018 | 167637 | 8/7/2018 | $2,009.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014366 | $16,382.85 | 9/27/2018 | 167627T | 8/6/2018 | $102.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014366 | $16,382.85 | 9/27/2018 | 167627 | 8/6/2018 | $977.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014366 | $16,382.85 | 9/27/2018 | 167626T | 8/6/2018 | $116.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014366 | $16,382.85 | 9/27/2018 | 167626 | 8/6/2018 | $1,107.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992303 | $17,247.22 | 8/14/2018 | ADJ162666T | 3/5/2018 | $565.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014366 | $16,382.85 | 9/27/2018 | 167638T | 8/7/2018 | $69.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014366 | $16,382.85 | 9/27/2018 | 167657 | 8/7/2018 | $1,296.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014366 | $16,382.85 | 9/27/2018 | S043018D | 4/30/2018 | $72.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014366 | $16,382.85 | 9/27/2018 | 167749T | 8/8/2018 | $47.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014366 | $16,382.85 | 9/27/2018 | 167749 | 8/8/2018 | $455.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014366 | $16,382.85 | 9/27/2018 | 167685T | 8/7/2018 | $94.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014366 | $16,382.85 | 9/27/2018 | 167685 | 8/7/2018 | $896.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014366 | $16,382.85 | 9/27/2018 | 167668T | 8/7/2018 | $275.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014366 | $16,382.85 | 9/27/2018 | 167641T | 8/7/2018 | $101.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014366 | $16,382.85 | 9/27/2018 | 167657T | 8/7/2018 | $136.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003382 | $412.82 | 9/6/2018 | ADJ166048T | 6/5/2018 | $91.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014366 | $16,382.85 | 9/27/2018 | 167653T | 8/7/2018 | $292.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014366 | $16,382.85 | 9/27/2018 | 167653 | 8/7/2018 | $2,788.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014366 | $16,382.85 | 9/27/2018 | 167650T | 8/7/2018 | $32.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014366 | $16,382.85 | 9/27/2018 | 167650 | 8/7/2018 | $306.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014366 | $16,382.85 | 9/27/2018 | 167647T | 8/7/2018 | $615.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014366 | $16,382.85 | 9/27/2018 | 167647 | 8/7/2018 | $5,857.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014366 | $16,382.85 | 9/27/2018 | 167668 | 8/7/2018 | $2,628.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996537 | $22,438.73 | 8/21/2018 | 166755T | 7/4/2018 | $335.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014366 | $16,382.85 | 9/27/2018 | 167620T | 8/6/2018 | $578.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996537 | $22,438.73 | 8/21/2018 | 166787 | 7/4/2018 | $79.38 |

Glamour Corporation (2191485)
Bankruptcy Case: Sears Holdings Corporation, et al.

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780996537 | $22,438.73 | 8/21/2018 | 166772T | 7/4/2018 | $654.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996537 | $22,438.73 | 8/21/2018 | 166772 | 7/4/2018 | $6,233.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996537 | $22,438.73 | 8/21/2018 | 166770T | 7/4/2018 | $100.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996537 | $22,438.73 | 8/21/2018 | 166770 | 7/4/2018 | $952.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996537 | $22,438.73 | 8/21/2018 | 166788 | 7/4/2018 | $3,386.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996537 | $22,438.73 | 8/21/2018 | 166768 | 7/4/2018 | $1,610.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996537 | $22,438.73 | 8/21/2018 | 166788T | 7/4/2018 | $355.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996537 | $22,438.73 | 8/21/2018 | 166755 | 7/4/2018 | $3,192.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996537 | $22,438.73 | 8/21/2018 | 160733T | 12/22/2017 | $506.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996537 | $22,438.73 | 8/21/2018 | 160733 | 12/22/2017 | $4,821.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992303 | $17,247.22 | 8/14/2018 | S052718F | 5/27/2018 | $576.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992303 | $17,247.22 | 8/14/2018 | S052718A | 5/27/2018 | $1,058.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014366 | $16,382.85 | 9/27/2018 | S093017C | 9/30/2017 | $72.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996537 | $22,438.73 | 8/21/2018 | 166768T | 7/4/2018 | $169.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003382 | $412.82 | 9/6/2018 | 167154 | 7/16/2018 | $1,017.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003382 | $412.82 | 9/6/2018 | ADJ166048 | 6/5/2018 | $876.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003382 | $412.82 | 9/6/2018 | ADJ165997T | 6/5/2018 | $280.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003382 | $412.82 | 9/6/2018 | ADJ165997 | 6/5/2018 | $2,670.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003382 | $412.82 | 9/6/2018 | 167181T | 7/17/2018 | $85.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003382 | $412.82 | 9/6/2018 | 167181 | 7/17/2018 | $818.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003382 | $412.82 | 9/6/2018 | 167156T | 7/16/2018 | $67.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996537 | $22,438.73 | 8/21/2018 | 166787T | 7/4/2018 | $8.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003382 | $412.82 | 9/6/2018 | 167154T | 7/16/2018 | $106.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992303 | $17,247.22 | 8/14/2018 | ADJ166203 | 6/7/2018 | $2,065.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996537 | $22,438.73 | 8/21/2018 | 166807T | 7/5/2018 | $152.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996537 | $22,438.73 | 8/21/2018 | 166807 | 7/5/2018 | $1,451.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996537 | $22,438.73 | 8/21/2018 | 166791T | 7/4/2018 | $229.30 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780996537 | $22,438.73 | 8/21/2018 | 166791 | 7/4/2018 | $2,183.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996537 | $22,438.73 | 8/21/2018 | 166790T | 7/4/2018 | $121.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996537 | $22,438.73 | 8/21/2018 | 166790 | 7/4/2018 | $1,158.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003382 | $412.82 | 9/6/2018 | 167156 | 7/16/2018 | $640.33 |

**Totals:**   7 transfer(s),   $180,919.70