**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Daniel J. Edelman, Inc. dba Edelman Digital** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003260 | $160,009.10 | 9/6/2018 | 100252431 | 6/19/2018 | $160,009.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999761 | $45,834.00 | 8/30/2018 | 100251751Z043 | 6/9/2018 | $45,834.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985258 | $195,000.87 | 7/27/2018 | 100249625Z050 | 5/16/2018 | $149,166.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985258 | $195,000.87 | 7/27/2018 | 100249624Z055 | 5/16/2018 | $45,834.00 |

Totals:    3 transfer(s),    $400,843.97