**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **GMA CGM (America) LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991991 | $5,718.00 | 8/14/2018 | CMDUXIA0328007-27087 | 7/27/2018 | $1,717.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993535 | $19,708.00 | 8/16/2018 | NAIM5150108-27097 | 7/27/2018 | $3,418.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993535 | $19,708.00 | 8/16/2018 | NAIM5150108-27096 | 7/27/2018 | $3,418.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993535 | $19,708.00 | 8/16/2018 | NAIM5150107-27095 | 7/27/2018 | $569.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993535 | $19,708.00 | 8/16/2018 | NAIM5150107-27094 | 7/27/2018 | $569.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993535 | $19,708.00 | 8/16/2018 | NAIM5149964-27093 | 7/27/2018 | $924.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993535 | $19,708.00 | 8/16/2018 | NAIM5149964-27092 | 7/27/2018 | $308.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993535 | $19,708.00 | 8/16/2018 | NAIM5149635-27091 | 7/27/2018 | $924.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993535 | $19,708.00 | 8/16/2018 | NAIM5149635-27090 | 7/27/2018 | $308.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993535 | $19,708.00 | 8/16/2018 | NAIM5148033-27089 | 7/26/2018 | $75.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990676 | $31,991.00 | 8/10/2018 | CMDUCFA0259846 | 7/23/2018 | $2,959.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991991 | $5,718.00 | 8/14/2018 | CMDUXIA0328012 | 7/27/2018 | $1,681.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993535 | $19,708.00 | 8/16/2018 | NAIM5150113-27100 | 7/27/2018 | $569.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991991 | $5,718.00 | 8/14/2018 | CMDUGGZ0897267-27086 | 7/27/2018 | $2,320.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991625 | $13,700.00 | 8/13/2018 | CMDUXIA0328007-27085 | 7/26/2018 | $6,832.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991625 | $13,700.00 | 8/13/2018 | CMDUXIA0328007-27084 | 7/25/2018 | $6,868.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990676 | $31,991.00 | 8/10/2018 | CMDUXIA0328010 | 7/25/2018 | $3,088.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990676 | $31,991.00 | 8/10/2018 | CMDUGGZ0892126 | 7/25/2018 | $2,201.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990676 | $31,991.00 | 8/10/2018 | CMDUCFA0259939 | 7/24/2018 | $2,219.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990676 | $31,991.00 | 8/10/2018 | CMDUCFA0259927-27083 | 7/23/2018 | $2,931.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990676 | $31,991.00 | 8/10/2018 | CMDUCFA0259927-27082 | 7/24/2018 | $1,431.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980428 | $36,225.00 | 7/18/2018 | CMDUCFA0256827-27059 | 7/2/2018 | $2,990.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993535 | $19,708.00 | 8/16/2018 | NAIM5148033-27088 | 7/26/2018 | $75.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780994431 | $33,713.00 | 8/17/2018 | CMDUCFA0260028 | 7/30/2018 | $2,219.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995917 | $16,651.00 | 8/20/2018 | CMDUXIA0329675-27112 | 8/2/2018 | $8,066.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995917 | $16,651.00 | 8/20/2018 | CMDUXIA0329664-27111 | 8/2/2018 | $3,434.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995917 | $16,651.00 | 8/20/2018 | CMDUDJA0413402 | 8/2/2018 | $1,717.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994431 | $33,713.00 | 8/17/2018 | CMDUGGZ0897267-27110 | 7/31/2018 | $2,320.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994431 | $33,713.00 | 8/17/2018 | CMDUCFA0260306 | 7/30/2018 | $3,430.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994431 | $33,713.00 | 8/17/2018 | CMDUCFA0260305 | 7/30/2018 | $6,539.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994431 | $33,713.00 | 8/17/2018 | CMDUCFA0260302 | 7/30/2018 | $2,559.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994431 | $33,713.00 | 8/17/2018 | CMDUCFA0260154 | 7/30/2018 | $7,659.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994431 | $33,713.00 | 8/17/2018 | CMDUCFA0260064 | 7/30/2018 | $371.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993535 | $19,708.00 | 8/16/2018 | NAIM5150110-27098 | 7/27/2018 | $1,709.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994431 | $33,713.00 | 8/17/2018 | CMDUCFA0260035 | 7/30/2018 | $6,945.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993535 | $19,708.00 | 8/16/2018 | NAIM5150110-27099 | 7/27/2018 | $1,709.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993535 | $19,708.00 | 8/16/2018 | NAIM5150119-27109 | 7/27/2018 | $569.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993535 | $19,708.00 | 8/16/2018 | NAIM5150119-27108 | 7/27/2018 | $569.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993535 | $19,708.00 | 8/16/2018 | NAIM5150118-27107 | 7/27/2018 | $569.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993535 | $19,708.00 | 8/16/2018 | NAIM5150118-27106 | 7/27/2018 | $569.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993535 | $19,708.00 | 8/16/2018 | NAIM5150117-27105 | 7/27/2018 | $569.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993535 | $19,708.00 | 8/16/2018 | NAIM5150117-27104 | 7/27/2018 | $569.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993535 | $19,708.00 | 8/16/2018 | NAIM5150115-27103 | 7/27/2018 | $569.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993535 | $19,708.00 | 8/16/2018 | NAIM5150115-27102 | 7/27/2018 | $569.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993535 | $19,708.00 | 8/16/2018 | NAIM5150113-27101 | 7/27/2018 | $569.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990676 | $31,991.00 | 8/10/2018 | CMDUCFA0259506 | 7/23/2018 | $662.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994431 | $33,713.00 | 8/17/2018 | CMDUCFA0260055 | 7/30/2018 | $1,667.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981325 | $10,396.65 | 7/19/2018 | CMDUXIA0323856 | 7/5/2018 | $1,497.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983717 | $82,796.00 | 7/25/2018 | CMDUCFA0258038-27067 | 7/10/2018 | $3,913.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983717 | $82,796.00 | 7/25/2018 | CMDUCFA0258010 | 7/11/2018 | $4,310.36 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983717 | $82,796.00 | 7/25/2018 | CMDUCFA0258009 | 7/11/2018 | $1,533.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983717 | $82,796.00 | 7/25/2018 | CMDUCFA0258008 | 7/11/2018 | $6,357.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983717 | $82,796.00 | 7/25/2018 | CMDUCFA0257995-27066 | 7/11/2018 | $11,562.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983717 | $82,796.00 | 7/25/2018 | CMDUCFA0257957 | 7/10/2018 | $2,219.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983717 | $82,796.00 | 7/25/2018 | CMDUCFA0257857 | 7/11/2018 | $8,691.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983717 | $82,796.00 | 7/25/2018 | CMDUCFA0257845-27065 | 7/11/2018 | $9,366.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981749 | $2,126.00 | 7/20/2018 | CMDUEID0216624-27064 | 7/6/2018 | $2,126.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990676 | $31,991.00 | 8/10/2018 | CMDUCFA0259880 | 7/24/2018 | $5,214.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981325 | $10,396.65 | 7/19/2018 | CMDUXIA0323858-27062 | 7/4/2018 | $1,497.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983717 | $82,796.00 | 7/25/2018 | CMDUCFA0258102-27070 | 7/11/2018 | $4,443.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981325 | $10,396.65 | 7/19/2018 | CMDUGGZ0892138 | 7/5/2018 | $2,446.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980428 | $36,225.00 | 7/18/2018 | CMDUEID0216815-27061 | 7/2/2018 | $10,128.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980428 | $36,225.00 | 7/18/2018 | CMDUEID0216624-27060 | 7/2/2018 | $5,728.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980428 | $36,225.00 | 7/18/2018 | CMDUCFA0258313 | 7/2/2018 | $3,026.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980428 | $36,225.00 | 7/18/2018 | CMDUCFA0258007 | 7/2/2018 | $3,168.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980428 | $36,225.00 | 7/18/2018 | CMDUCFA0257768 | 7/2/2018 | $2,990.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980428 | $36,225.00 | 7/18/2018 | CMDUCFA0257230 | 7/2/2018 | $671.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980428 | $36,225.00 | 7/18/2018 | CMDUCFA0256981 | 7/2/2018 | $5,168.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980428 | $36,225.00 | 7/18/2018 | CMDUCFA0256876 | 7/2/2018 | $2,354.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981325 | $10,396.65 | 7/19/2018 | CMDUXIA0323858-27063 | 7/5/2018 | $4,955.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984714 | $5,954.00 | 7/26/2018 | CMDUCFA0257995-27074 | 7/12/2018 | $4,545.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990676 | $31,991.00 | 8/10/2018 | CMDUCFA0259369 | 7/23/2018 | $2,219.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990676 | $31,991.00 | 8/10/2018 | CMDUCFA0259351 | 7/23/2018 | $2,296.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990676 | $31,991.00 | 8/10/2018 | CMDUCFA0259347-27081 | 7/24/2018 | $4,522.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990676 | $31,991.00 | 8/10/2018 | CMDUCFA0259347-27080 | 7/23/2018 | $2,246.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988112 | $14,728.00 | 8/2/2018 | CMDUXIA0326963 | 7/18/2018 | $3,261.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988112 | $14,728.00 | 8/2/2018 | CMDUXIA0326960-27079 | 7/18/2018 | $8,585.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988112 | $14,728.00 | 8/2/2018 | CMDUCEI0155897 | 7/19/2018 | $2,882.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987182 | $13,600.00 | 8/1/2018 | CMDUXIA0326960-27078 | 7/17/2018 | $5,151.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987182 | $13,600.00 | 8/1/2018 | CMDUXIA0326950-27077 | 7/18/2018 | $3,362.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983717 | $82,796.00 | 7/25/2018 | CMDUCFA0258038-27068 | 7/10/2018 | $2,076.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987182 | $13,600.00 | 8/1/2018 | CMDUXIA0311151-27075 | 7/16/2018 | $1,725.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983717 | $82,796.00 | 7/25/2018 | CMDUCFA0258102-27069 | 7/10/2018 | $2,219.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984714 | $5,954.00 | 7/26/2018 | CMDUCFA0257845-27073 | 7/12/2018 | $1,408.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983717 | $82,796.00 | 7/25/2018 | CMDUXIA0323871 | 7/11/2018 | $1,681.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983717 | $82,796.00 | 7/25/2018 | CMDUXIA0323867 | 7/11/2018 | $1,717.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983717 | $82,796.00 | 7/25/2018 | CMDUEID0216815-27072 | 7/11/2018 | $3,340.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983717 | $82,796.00 | 7/25/2018 | CMDUEID0216815-27071 | 7/10/2018 | $12,676.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983717 | $82,796.00 | 7/25/2018 | CMDUCFA0259397 | 7/10/2018 | $2,219.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983717 | $82,796.00 | 7/25/2018 | CMDUCFA0259388 | 7/10/2018 | $1,022.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983717 | $82,796.00 | 7/25/2018 | CMDUCFA0259164 | 7/10/2018 | $1,972.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983717 | $82,796.00 | 7/25/2018 | CMDUCFA0258294 | 7/11/2018 | $1,474.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996280 | $6,868.00 | 8/21/2018 | CMDUXIA0329664-27113 | 8/3/2018 | $1,730.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987182 | $13,600.00 | 8/1/2018 | CMDUXIA0326950-27076 | 7/17/2018 | $3,362.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006117 | $12,252.00 | 9/12/2018 | CMDUXIA0333734-27125 | 8/22/2018 | $8,769.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008790 | $41,031.00 | 9/18/2018 | CMDUCFA0262723 | 8/27/2018 | $2,442.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008790 | $41,031.00 | 9/18/2018 | CMDUCFA0262468 | 8/27/2018 | $408.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008790 | $41,031.00 | 9/18/2018 | CMDUCFA0262454 | 8/27/2018 | $169.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008790 | $41,031.00 | 9/18/2018 | CMDUCFA0262387 | 8/27/2018 | $2,249.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008790 | $41,031.00 | 9/18/2018 | CMDUCFA0262286 | 8/27/2018 | $2,421.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008790 | $41,031.00 | 9/18/2018 | CMDUAIS0240921B-27128 | 8/27/2018 | $1,995.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006516 | $12,701.00 | 9/13/2018 | CMDUGGZ0904560 | 8/24/2018 | $2,401.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006516 | $12,701.00 | 9/13/2018 | CMDUGGZ0903188B | 8/24/2018 | $2,320.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006516 | $12,701.00 | 9/13/2018 | CMDUAIS0240921B-27127 | 8/24/2018 | $1,655.05 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995917 | $16,651.00 | 8/20/2018 | CMDUXIA0329682A | 8/2/2018 | $3,408.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006117 | $12,252.00 | 9/12/2018 | CMDUXIA0333734-27126 | 8/23/2018 | $3,483.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008790 | $41,031.00 | 9/18/2018 | CMDUCFA0263131 | 8/27/2018 | $448.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005196 | $33,736.00 | 9/11/2018 | CMDUXIA0333859B | 8/22/2018 | $114.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005196 | $33,736.00 | 9/11/2018 | CMDUXIA0333859A | 8/22/2018 | $1,176.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005196 | $33,736.00 | 9/11/2018 | CMDUXIA0333858 | 8/22/2018 | $1,721.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005196 | $33,736.00 | 9/11/2018 | CMDUGGZ0903188A | 8/22/2018 | $2,320.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005196 | $33,736.00 | 9/11/2018 | CMDUDJA0416523 | 8/22/2018 | $1,261.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005196 | $33,736.00 | 9/11/2018 | CMDUCFA0262580 | 8/22/2018 | $2,388.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005196 | $33,736.00 | 9/11/2018 | CMDUCFA0262388 | 8/22/2018 | $1,920.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005196 | $33,736.00 | 9/11/2018 | CMDUCFA0262386 | 8/22/2018 | $606.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005196 | $33,736.00 | 9/11/2018 | CMDUCFA0262049 | 8/22/2018 | $2,219.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006516 | $12,701.00 | 9/13/2018 | CMDUAIS0240921A | 8/24/2018 | $6,324.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009953 | $36,559.20 | 9/19/2018 | CMDUXIA0333863-27134 | 8/30/2018 | $4,817.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013688 | $1,291.00 | 9/26/2018 | CMDUDJA0417775 | 9/6/2018 | $1,291.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012772 | $41,329.05 | 9/25/2018 | CMDUXIA0337423 | 9/5/2018 | $1,762.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012772 | $41,329.05 | 9/25/2018 | CMDUXIA0337420B | 9/4/2018 | $99.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012772 | $41,329.05 | 9/25/2018 | CMDUXIA0337420A | 9/4/2018 | $1,412.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012772 | $41,329.05 | 9/25/2018 | CMDUXIA0337416 | 9/5/2018 | $15,817.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012772 | $41,329.05 | 9/25/2018 | CMDUEID0223314 | 9/3/2018 | $14,700.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012772 | $41,329.05 | 9/25/2018 | CMDUCFA0263250 | 9/3/2018 | $1,141.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012772 | $41,329.05 | 9/25/2018 | CMDUCFA0263249 | 9/3/2018 | $1,107.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012772 | $41,329.05 | 9/25/2018 | CMDUCFA0263101 | 9/3/2018 | $3,040.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008790 | $41,031.00 | 9/18/2018 | CMDUCFA0262839 | 8/27/2018 | $2,805.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010772 | $2,700.00 | 9/20/2018 | CMDUAIS0241426 | 8/31/2018 | $2,700.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008790 | $41,031.00 | 9/18/2018 | CMDUCFA0262951 | 8/27/2018 | $9,002.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009953 | $36,559.20 | 9/19/2018 | CMDUXIA0333863-27133 | 8/29/2018 | $1,762.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009953 | $36,559.20 | 9/19/2018 | CMDUXIA0333861-27132 | 8/29/2018 | $1,762.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009953 | $36,559.20 | 9/19/2018 | CMDUXIA0333861-27131 | 8/30/2018 | $25,816.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009953 | $36,559.20 | 9/19/2018 | CMDUGGZ0904126 | 8/30/2018 | $2,401.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008790 | $41,031.00 | 9/18/2018 | CMDUEID0222160-27130 | 8/27/2018 | $8,820.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008790 | $41,031.00 | 9/18/2018 | CMDUEID0222160-27129 | 8/29/2018 | $5,880.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008790 | $41,031.00 | 9/18/2018 | CMDUDJA0416524 | 8/28/2018 | $1,721.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008790 | $41,031.00 | 9/18/2018 | CMDUCFA0263703 | 8/27/2018 | $2,261.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008790 | $41,031.00 | 9/18/2018 | CMDUCFA0263134 | 8/27/2018 | $406.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005196 | $33,736.00 | 9/11/2018 | CMDUCFA0261653 | 8/22/2018 | $2,959.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012772 | $41,329.05 | 9/25/2018 | CMDUCFA0263080 | 9/3/2018 | $2,249.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998294 | $39,422.00 | 8/28/2018 | CMDUCFA0260887 | 8/8/2018 | $2,305.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005196 | $33,736.00 | 9/11/2018 | CMDUCFA0261869 | 8/22/2018 | $692.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999215 | $4,205.10 | 8/29/2018 | CMDUXIA0331014A | 8/9/2018 | $1,111.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999215 | $4,205.10 | 8/29/2018 | CMDUXIA0331012 | 8/8/2018 | $1,472.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999215 | $4,205.10 | 8/29/2018 | CMDUDJA0411299B | 8/9/2018 | $1,210.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999215 | $4,205.10 | 8/29/2018 | CMDUDJA0411299A | 8/9/2018 | $50.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998294 | $39,422.00 | 8/28/2018 | CMDUCFA0261256 | 8/8/2018 | $3,612.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998294 | $39,422.00 | 8/28/2018 | CMDUCFA0261062 | 8/8/2018 | $507.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998294 | $39,422.00 | 8/28/2018 | CMDUCFA0261061 | 8/8/2018 | $2,547.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998294 | $39,422.00 | 8/28/2018 | CMDUCFA0261055 | 8/8/2018 | $5,524.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999604 | $5,115.00 | 8/30/2018 | CMDUDJA0413407 | 8/10/2018 | $1,717.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998294 | $39,422.00 | 8/28/2018 | CMDUCFA0260899 | 8/8/2018 | $8,674.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999604 | $5,115.00 | 8/30/2018 | CMDUDJA0413414 | 8/10/2018 | $1,681.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998294 | $39,422.00 | 8/28/2018 | CMDUCFA0260456 | 8/8/2018 | $152.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998294 | $39,422.00 | 8/28/2018 | CMDUCFA0260455 | 8/8/2018 | $7,310.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998294 | $39,422.00 | 8/28/2018 | CMDUCFA0260391 | 8/8/2018 | $1,566.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998294 | $39,422.00 | 8/28/2018 | CMDUCFA0260390 | 8/8/2018 | $2,066.15 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780996931 | $2,280.00 | 8/22/2018 | NAIM5162556-27118 | 8/2/2018 | $570.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996931 | $2,280.00 | 8/22/2018 | NAIM5162556-27117 | 8/2/2018 | $570.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996931 | $2,280.00 | 8/22/2018 | NAIM5162551-27116 | 8/2/2018 | $570.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996931 | $2,280.00 | 8/22/2018 | NAIM5162551-27115 | 8/2/2018 | $570.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996280 | $6,868.00 | 8/21/2018 | CMDUXIA0329675-27114 | 8/3/2018 | $5,137.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014113 | $4,761.00 | 9/27/2018 | CMDUGGZ0906971-27135 | 9/7/2018 | $4,761.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998294 | $39,422.00 | 8/28/2018 | CMDUCFA0260936 | 8/8/2018 | $5,154.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003125 | $3,410.00 | 9/6/2018 | SPED006271-27121 | 8/15/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995917 | $16,651.00 | 8/20/2018 | CMDUXIA0329682B | 8/2/2018 | $25.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005196 | $33,736.00 | 9/11/2018 | CMDUCFA0261652 | 8/22/2018 | $2,266.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005196 | $33,736.00 | 9/11/2018 | CMDUCFA0261651 | 8/22/2018 | $4,846.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005196 | $33,736.00 | 9/11/2018 | CMDUCFA0261514 | 8/22/2018 | $1,350.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005196 | $33,736.00 | 9/11/2018 | CMDUCFA0261491 | 8/22/2018 | $3,298.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005196 | $33,736.00 | 9/11/2018 | CMDUCFA0261382 | 8/22/2018 | $1,305.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005196 | $33,736.00 | 9/11/2018 | CMDUCFA0261056 | 8/22/2018 | $344.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005196 | $33,736.00 | 9/11/2018 | CMDUCFA0260941 | 8/22/2018 | $2,614.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003125 | $3,410.00 | 9/6/2018 | SPED006272-27124 | 8/15/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999215 | $4,205.10 | 8/29/2018 | CMDUXIA0331014B | 8/9/2018 | $360.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003125 | $3,410.00 | 9/6/2018 | SPED006271-27122 | 8/15/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005196 | $33,736.00 | 9/11/2018 | CMDUCFA0261868 | 8/22/2018 | $331.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003125 | $3,410.00 | 9/6/2018 | SPED006246-27120 | 8/14/2018 | $75.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003125 | $3,410.00 | 9/6/2018 | SPED006246-27119 | 8/14/2018 | $75.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003125 | $3,410.00 | 9/6/2018 | CMDUAIS0240176B | 8/17/2018 | $356.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003125 | $3,410.00 | 9/6/2018 | CMDUAIS0240176A | 8/17/2018 | $2,303.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001758 | $17,193.00 | 9/4/2018 | CMDUXIA0332039 | 8/15/2018 | $1,681.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001758 | $17,193.00 | 9/4/2018 | CMDUGGZ0899019 | 8/13/2018 | $11,780.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001758 | $17,193.00 | 9/4/2018 | CMDUGGZ0899017 | 8/13/2018 | $2,051.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781001758 | $17,193.00 | 9/4/2018 | CMDUDJA0414038B | 8/13/2018 | $820.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001758 | $17,193.00 | 9/4/2018 | CMDUDJA0414038A | 8/13/2018 | $860.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999604 | $5,115.00 | 8/30/2018 | CMDUDJA0413443 | 8/10/2018 | $1,717.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003125 | $3,410.00 | 9/6/2018 | SPED006272-27123 | 8/15/2018 | $150.00 |

**Totals:**    29 transfer(s),    $552,160.00