**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Goodtimes Brand Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006806 | $931.92 | 9/13/2018 | 65214 | 7/13/2018 | $2,903.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999892 | $30,575.20 | 8/30/2018 | 65195 | 7/11/2018 | $6,521.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999892 | $30,575.20 | 8/30/2018 | 65178 | 7/9/2018 | $5,995.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999892 | $30,575.20 | 8/30/2018 | 65156 | 7/9/2018 | $13,584.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999892 | $30,575.20 | 8/30/2018 | 65155 | 7/9/2018 | $4,521.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996551 | $23,943.48 | 8/21/2018 | 65151 | 6/30/2018 | $24,234.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992314 | $42,022.95 | 8/14/2018 | 65124 | 6/27/2018 | $8,787.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992314 | $42,022.95 | 8/14/2018 | 65117 | 6/27/2018 | $9,614.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992314 | $42,022.95 | 8/14/2018 | 65116 | 6/27/2018 | $6,308.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992314 | $42,022.95 | 8/14/2018 | 65115 | 6/27/2018 | $17,947.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992314 | $42,022.95 | 8/14/2018 | 65114 | 6/27/2018 | $9,438.20 |

Totals:    4 transfer(s),    $97,473.55