UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | : | |
| | : | **Case No. 18-23538 (RDD)** |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |

-------------------------------------------------------------------x

## <u>AFFIDAVIT OF SERVICE</u>

I, Andrew Q. Chan, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **<u>Exhibit A</u>**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Dated:  January 27, 2020

Andrew Q. Chan

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on January 27, 2020, by Andrew Q. Chan,
proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

LIZ SANTODOMINGO
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2018

## Exhibit A

Exhibit A

Claim Transfer Service List

Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 4963 | Fortune Creation Company Limited<br>Fuxiang, Nan-Sir New Industrial Zone<br>Cha-Shan Town<br>Dongguan<br>Guangdong, 523391 China | Bradford Capital Holdings, LP<br>c/o Bradford Capital Management, LLC<br>Attn: Brian Brager<br>PO Box 4353<br>Clifton, NJ 07012 | September 13, 2019 |
| 5079 | Ningbo Splendid Home Textiles Co., Ltd<br>Room 1106, Floor 11, Caijian Bldg.<br>223 Caihong Nan Road<br>Yinzhou District<br>Ningbo<br>Zhejiang, 315000, China | VonWin Capital Management, L.P.<br>Attn: General Counsel<br>261 Fifth Avenue, 22nd Floor<br>New York, NY 10016 | September 16, 2019 |
| 5422<br>5423 | Home Products Intl – North America, Inc.<br>4501 W. 47th Street<br>Chicago, IL 60632-4407 | TRC Master Fund LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | October 24, 2019 |

Exhibit A

Claim Transfer Service List

Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 6179 | Riverview Plaza Associates, LP c/o Babst, Calland, Clements and Zomnir, P.C. Attn: DWR/EKD Two Gateway Center, 7th Floor Pittsburgh, PA 15222<br><br>Riverview Plaza Associates, LP Three Gateway Center, Suite 200 401 Liberty Avenue Pittsburgh, PA 15222 | RiverRoch LLC Polsinelli PC Attn: David E. Gordon 1201 W. Peachtree Street, Suite 100 Atlanta, GA 30309 | January 9, 2020 |
| 6264 | Marketplace Brands LLC 951 Fargo Ave Elk Grove Village, IL 60007-4704 | TRC Master Fund LLC Attn: Terrel Ross PO Box 633 Woodmere, NY 11598 | January 9, 2020 |
| 6265 | Marketplace Brands LLC 1460 E Devon Ave Elk Grove, IL 60007 | TRC Master Fund LLC Attn: Terrel Ross PO Box 633 Woodmere, NY 11598 | January 9, 2020 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 6336 | Clover Technologies Group, LLC<br>2700 W. Higgins Road<br>Hoffman Estates, IL 60169<br><br>Clover Technologies Group, LLC<br>Dept CH 17622<br>Palatine, IL<br><br>Clover Technologies Group, LLC<br>Fisher Broyles, LLP<br>Attn: Patricia B. Fugee<br>27100 Oakmead Drive, #306<br>Perrysburg, OH 43553<br><br>Clover Technologies Group, LLC<br>FisherBroyles, LLP<br>203 North LaSalle Street Suite 2100<br>Chicago, IL 60601 | Clover Imaging Group, LLC<br>As assignee of Clover Technologies Group, LLC<br>Attn: Matt Gavronski, General Counsel<br>2700 West Higgins Road<br>Hoffman Estates, IL 60169 | January 21, 2020 |
| 6344 | Safavieh Intl LLC<br>40 Harbor Park Drive<br>Port Washington, NY 11050 | TRC Master Fund LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | January 21, 2020 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 6362 | Bonnier Corporation<br>Michael Best & Friedrich LLP<br>Attn: Jonathan L. Gold<br>1000 Maine Avenue SW<br>Suite 400<br>Washington, DC 20024<br><br>Bonnier Corporation<br>Attn: Elise Contarsy<br>Two Park Avenue<br>New York, NY 10016<br><br>Bonnier Corporation<br>Attn: Jonathan Gold<br>601 Pennsylvania Ave., N.W.<br>Suite 700 South<br>Washington, DC 20004 | TRC Master Fund LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | January 21, 2020 |
| 6363 | Jordache Enterprises, Inc<br>1400 Broadway, 14th Floor<br>New York, NY 10018 | TRC Master Fund LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | January 21, 2020 |
| 6364 | USA Outerwear LLC<br>1400 Broadway<br>14th Floor<br>New York, NY 10018 | TRC Master Fund LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | January 22, 2020 |
| 6365 | Directions Studio LLC<br>1400 Broadway<br>14th Floor<br>New York, NY 10018 | TRC Master Fund LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | January 22, 2020 |

Exhibit A

Claim Transfer Service List

Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 6382 | HomeAdvisor, Inc<br>Michael Best & Friedrich LLP<br>Attn: Jonathan L. Gold<br>1000 Maine Avenue SW<br>Suite 400<br>Washington, DC 20024<br><br>HomeAdvisor, Inc<br>14023 Denver West Pkwy, Suite 200<br>Golden, CO 80401 | TRC Master Fund LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | January 22, 2020 |
| 6397 | WSSR, LLC<br>c/o Chapman and Cutler LLP<br>Attn: Laura E. Appleby, Steven Wilamowky<br>1270 6th Ave., 30th Floor<br>New York, NY 10020<br><br>WSSR, LLC<br>Chapman and Cutler LLP<br>Attn: Laura E. Appleby, Steven Wilamowky<br>1270 Avenue of the Americas<br>New York, NY 10020<br><br>WSSR, LLC<br>58 E. Bay Blvd.<br>Woodlands, TX 77380 | TRC Master Fund LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | January 24, 2020 |

In re: Sears Holdings Corporation, *et al* .
Case No. 18-23538 (RDD)                      Page 5 of 5