**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Danken Building Materials Distribution, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241464 | $1,458.21 | 8/31/2018 | 01801136-IN | 6/13/2018 | $27.55 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235663 | $2,959.03 | 7/27/2018 | 01800951-IN | 5/31/2018 | $2,285.05 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235663 | $2,959.03 | 7/27/2018 | 01800969-IN | 6/1/2018 | $673.98 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236676 | $1,093.59 | 8/2/2018 | 01801025-IN | 6/5/2018 | $1,093.59 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237594 | $140.48 | 8/7/2018 | 01801091-IN | 6/11/2018 | $140.48 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238088 | $102.89 | 8/10/2018 | 01801137-IN | 6/13/2018 | $102.89 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238489 | $5,340.17 | 8/14/2018 | 01801192-IN | 6/18/2018 | $3,974.51 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238489 | $5,340.17 | 8/14/2018 | 01801195-IN | 6/18/2018 | $1,154.94 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238489 | $5,340.17 | 8/14/2018 | 01801196-IN | 6/18/2018 | $210.72 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239125 | $3,166.53 | 8/17/2018 | 01800884-IN | 5/24/2018 | $3,166.53 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239569 | $228.54 | 8/21/2018 | 01801295-IN | 6/25/2018 | $228.54 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240178 | $2,786.68 | 8/24/2018 | 01801397-IN | 6/29/2018 | $2,576.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234429 | $210.72 | 7/20/2018 | 01800866-IN | 5/23/2018 | $210.72 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240659 | $210.72 | 8/28/2018 | 01801408-IN | 7/2/2018 | $210.72 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245072 | $188.82 | 9/27/2018 | 01801867-IN | 8/1/2018 | $109.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241464 | $1,458.21 | 8/31/2018 | 01801430-IN | 7/3/2018 | $295.43 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241464 | $1,458.21 | 8/31/2018 | 01801458-IN | 7/5/2018 | $1,135.23 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242374 | $3,515.94 | 9/7/2018 | 01801525-IN | 7/10/2018 | $1,683.24 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242374 | $3,515.94 | 9/7/2018 | 01801526-IN | 7/10/2018 | $96.94 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242374 | $3,515.94 | 9/7/2018 | 01801527-IN | 7/10/2018 | $1,244.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242374 | $3,515.94 | 9/7/2018 | 01801528-IN | 7/10/2018 | $491.68 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242773 | $2,479.91 | 9/11/2018 | 01801623-IN | 7/16/2018 | $2,168.90 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242773 | $2,479.91 | 9/11/2018 | 01801624-IN | 7/16/2018 | $207.34 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242773 | $2,479.91 | 9/11/2018 | 01801625-IN | 7/16/2018 | $103.67 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244661 | $378.57 | 9/25/2018 | 01801833-IN | 7/30/2018 | $378.57 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245072 | $188.82 | 9/27/2018 | 01801848-IN | 7/31/2018 | $79.07 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240178 | $2,786.68 | 8/24/2018 | 01801400-IN | 6/29/2018 | $210.62 |

Totals:    15 transfer(s),    $24,260.80