**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **Dart Container Corporation** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781014180 | $34,221.67 | 9/27/2018 | 92082591-3938 | 8/22/2018 | $34,224.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014180 | $34,221.67 | 9/27/2018 | 92082591-3937 | 8/22/2018 | $1,008.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012803 | $14,160.39 | 9/25/2018 | 92082590-3935 | 8/21/2018 | $14,347.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012803 | $14,160.39 | 9/25/2018 | 92082590-3933 | 8/21/2018 | $1,185.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998333 | $29,725.66 | 8/28/2018 | 92034801-999 | 7/24/2018 | $722.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998333 | $29,725.66 | 8/28/2018 | 92034801-1001 | 7/24/2018 | $1,352.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998333 | $29,725.66 | 8/28/2018 | 92034800-998 | 7/24/2018 | $14,347.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998333 | $29,725.66 | 8/28/2018 | 92034800-996 | 7/24/2018 | $1,185.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998333 | $29,725.66 | 8/28/2018 | 92034799-995 | 7/24/2018 | $14,347.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998333 | $29,725.66 | 8/28/2018 | 92034799-993 | 7/24/2018 | $1,185.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980466 | $39,205.15 | 7/18/2018 | 91977934 | 6/18/2018 | $21,706.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980466 | $39,205.15 | 7/18/2018 | 91977933 | 6/18/2018 | $17,544.04 |

Totals:    4 transfer(s),    $117,312.87