**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant: **DataSpan Holdings, Inc.**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780992087 | $361.37 | 8/14/2018 | 42450845 | 7/18/2018 | $45.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992737 | $3,160.15 | 8/15/2018 | 42450991 | 7/19/2018 | $78.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992737 | $3,160.15 | 8/15/2018 | 42450986 | 7/19/2018 | $61.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992737 | $3,160.15 | 8/15/2018 | 42450985 | 7/19/2018 | $30.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992737 | $3,160.15 | 8/15/2018 | 42450984 | 7/19/2018 | $28.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992737 | $3,160.15 | 8/15/2018 | 42450983 | 7/19/2018 | $79.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992737 | $3,160.15 | 8/15/2018 | 42450982 | 7/19/2018 | $43.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992737 | $3,160.15 | 8/15/2018 | 42450981 | 7/19/2018 | $76.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992737 | $3,160.15 | 8/15/2018 | 42450980 | 7/19/2018 | $144.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992737 | $3,160.15 | 8/15/2018 | 42450979 | 7/19/2018 | $191.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992737 | $3,160.15 | 8/15/2018 | 42450978 | 7/19/2018 | $86.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992737 | $3,160.15 | 8/15/2018 | 42450977 | 7/19/2018 | $186.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992737 | $3,160.15 | 8/15/2018 | 42450976 | 7/19/2018 | $15.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991648 | $1,627.32 | 8/13/2018 | 42450689 | 7/17/2018 | $92.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992087 | $361.37 | 8/14/2018 | 42450846 | 7/18/2018 | $31.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992737 | $3,160.15 | 8/15/2018 | 42450994 | 7/19/2018 | $77.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992087 | $361.37 | 8/14/2018 | 42450844 | 7/18/2018 | $171.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992087 | $361.37 | 8/14/2018 | 42450843 | 7/18/2018 | $112.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991648 | $1,627.32 | 8/13/2018 | 42450706 | 7/17/2018 | $67.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991648 | $1,627.32 | 8/13/2018 | 42450699 | 7/17/2018 | $311.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991648 | $1,627.32 | 8/13/2018 | 42450698 | 7/17/2018 | $86.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991648 | $1,627.32 | 8/13/2018 | 42450697 | 7/17/2018 | $155.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991648 | $1,627.32 | 8/13/2018 | 42450696 | 7/17/2018 | $92.57 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991648 | $1,627.32 | 8/13/2018 | 42450695 | 7/17/2018 | $77.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991648 | $1,627.32 | 8/13/2018 | 42450694 | 7/17/2018 | $122.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991648 | $1,627.32 | 8/13/2018 | 42450693 | 7/17/2018 | $91.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991648 | $1,627.32 | 8/13/2018 | 42450692 | 7/17/2018 | $91.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991648 | $1,627.32 | 8/13/2018 | 42450691 | 7/17/2018 | $15.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979739 | $449.61 | 7/17/2018 | 42448427 | 6/22/2018 | $170.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992737 | $3,160.15 | 8/15/2018 | 42450975 | 7/19/2018 | $61.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992737 | $3,160.15 | 8/15/2018 | 42451007 | 7/19/2018 | $245.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994517 | $691.10 | 8/17/2018 | 42451260 | 7/23/2018 | $80.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994517 | $691.10 | 8/17/2018 | 42451259 | 7/23/2018 | $261.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994517 | $691.10 | 8/17/2018 | 42451258 | 7/23/2018 | $178.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994517 | $691.10 | 8/17/2018 | 42451257 | 7/23/2018 | $91.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993570 | $921.34 | 8/16/2018 | 42451141 | 7/20/2018 | $63.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993570 | $921.34 | 8/16/2018 | 42451140 | 7/20/2018 | $155.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993570 | $921.34 | 8/16/2018 | 42451139 | 7/20/2018 | $93.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993570 | $921.34 | 8/16/2018 | 42451138 | 7/20/2018 | $154.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993570 | $921.34 | 8/16/2018 | 42451137 | 7/20/2018 | $155.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993570 | $921.34 | 8/16/2018 | 42451136 | 7/20/2018 | $192.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993570 | $921.34 | 8/16/2018 | 42451135 | 7/20/2018 | $106.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992737 | $3,160.15 | 8/15/2018 | 42451021 | 7/19/2018 | $135.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992737 | $3,160.15 | 8/15/2018 | 42451020 | 7/19/2018 | $102.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992737 | $3,160.15 | 8/15/2018 | 42450992 | 7/19/2018 | $159.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992737 | $3,160.15 | 8/15/2018 | 42451001 | 7/19/2018 | $93.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991648 | $1,627.32 | 8/13/2018 | 42450688 | 7/17/2018 | $94.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992737 | $3,160.15 | 8/15/2018 | 42450995 | 7/19/2018 | $31.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992737 | $3,160.15 | 8/15/2018 | 42450996 | 7/19/2018 | $91.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992737 | $3,160.15 | 8/15/2018 | 42450997 | 7/19/2018 | $86.72 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780992737 | $3,160.15 | 8/15/2018 | 42450998 | 7/19/2018 | $30.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992737 | $3,160.15 | 8/15/2018 | 42451019 | 7/19/2018 | $67.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992737 | $3,160.15 | 8/15/2018 | 42451000 | 7/19/2018 | $157.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992737 | $3,160.15 | 8/15/2018 | 42451018 | 7/19/2018 | $78.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992737 | $3,160.15 | 8/15/2018 | 42451002 | 7/19/2018 | $92.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992737 | $3,160.15 | 8/15/2018 | 42451003 | 7/19/2018 | $157.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992737 | $3,160.15 | 8/15/2018 | 42451004 | 7/19/2018 | $94.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992737 | $3,160.15 | 8/15/2018 | 42451005 | 7/19/2018 | $62.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992737 | $3,160.15 | 8/15/2018 | 42451006 | 7/19/2018 | $144.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992737 | $3,160.15 | 8/15/2018 | 42450993 | 7/19/2018 | $72.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992737 | $3,160.15 | 8/15/2018 | 42450999 | 7/19/2018 | $91.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981356 | $891.74 | 7/19/2018 | 42448754 | 6/26/2018 | $148.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985188 | $580.62 | 7/27/2018 | 42449504 | 7/4/2018 | $54.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985188 | $580.62 | 7/27/2018 | 42449503 | 7/4/2018 | $63.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985188 | $580.62 | 7/27/2018 | 42449502 | 7/4/2018 | $126.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985188 | $580.62 | 7/27/2018 | 42449501 | 7/4/2018 | $52.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985188 | $580.62 | 7/27/2018 | 42449500 | 7/4/2018 | $102.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985188 | $580.62 | 7/27/2018 | 42449499 | 7/4/2018 | $180.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983064 | $398.10 | 7/24/2018 | 42449353 | 6/29/2018 | $70.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983064 | $398.10 | 7/24/2018 | 42449352 | 6/29/2018 | $26.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983064 | $398.10 | 7/24/2018 | 42449351 | 6/29/2018 | $118.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983064 | $398.10 | 7/24/2018 | 42449350 | 6/29/2018 | $113.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983064 | $398.10 | 7/24/2018 | 42449349 | 6/29/2018 | $68.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981823 | $228.04 | 7/20/2018 | 42448895 | 6/27/2018 | $114.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991648 | $1,627.32 | 8/13/2018 | 42450690 | 7/17/2018 | $155.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981356 | $891.74 | 7/19/2018 | 42448756 | 6/26/2018 | $71.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986500 | $974.04 | 7/31/2018 | 42449693 | 7/6/2018 | $91.34 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981356 | $891.74 | 7/19/2018 | 42448749 | 6/26/2018 | $130.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981356 | $891.74 | 7/19/2018 | 42448748 | 6/26/2018 | $134.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981356 | $891.74 | 7/19/2018 | 42448747 | 6/26/2018 | $69.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981356 | $891.74 | 7/19/2018 | 42448746 | 6/26/2018 | $23.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981356 | $891.74 | 7/19/2018 | 42448745 | 6/26/2018 | $67.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981356 | $891.74 | 7/19/2018 | 42448744 | 6/26/2018 | $63.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981356 | $891.74 | 7/19/2018 | 42448743 | 6/26/2018 | $45.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981356 | $891.74 | 7/19/2018 | 42448742 | 6/26/2018 | $44.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981356 | $891.74 | 7/19/2018 | 42448738 | 6/26/2018 | $93.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980469 | $101.01 | 7/18/2018 | 42448601 | 6/25/2018 | $101.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979739 | $449.61 | 7/17/2018 | 42448430 | 6/22/2018 | $113.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979739 | $449.61 | 7/17/2018 | 42448429 | 6/22/2018 | $52.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979739 | $449.61 | 7/17/2018 | 42448428 | 6/22/2018 | $112.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981823 | $228.04 | 7/20/2018 | 42448889 | 6/27/2018 | $113.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988141 | $1,440.55 | 8/2/2018 | 42449967-24479 | 7/10/2018 | $25.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991648 | $1,627.32 | 8/13/2018 | 42450687 | 7/17/2018 | $93.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991648 | $1,627.32 | 8/13/2018 | 42450684 | 7/17/2018 | $76.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990714 | $56.74 | 8/10/2018 | 42450520 | 7/16/2018 | $56.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989946 | $96.16 | 8/9/2018 | 42450425 | 7/13/2018 | $96.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989202 | $716.34 | 8/8/2018 | 42450369 | 7/12/2018 | $67.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989202 | $716.34 | 8/8/2018 | 42450368 | 7/12/2018 | $101.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989202 | $716.34 | 8/8/2018 | 42450336 | 7/12/2018 | $52.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989202 | $716.34 | 8/8/2018 | 42450322 | 7/12/2018 | $22.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989202 | $716.34 | 8/8/2018 | 42450320 | 7/12/2018 | $60.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989202 | $716.34 | 8/8/2018 | 42450310 | 7/12/2018 | $411.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988597 | $265.53 | 8/7/2018 | 42450172 | 7/11/2018 | $265.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988141 | $1,440.55 | 8/2/2018 | 42449971 | 7/10/2018 | $9.47 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988141 | $1,440.55 | 8/2/2018 | 42449970 | 7/10/2018 | $90.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986500 | $974.04 | 7/31/2018 | 42449691 | 7/6/2018 | $369.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988141 | $1,440.55 | 8/2/2018 | 42449951-24477 | 7/10/2018 | $257.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995946 | $1,006.46 | 8/20/2018 | 42451405 | 7/24/2018 | $31.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986500 | $974.04 | 7/31/2018 | 42449694 | 7/6/2018 | $90.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986500 | $974.04 | 7/31/2018 | 42449695 | 7/6/2018 | $137.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986500 | $974.04 | 7/31/2018 | 42449696 | 7/6/2018 | $69.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986500 | $974.04 | 7/31/2018 | 42449699 | 7/6/2018 | $113.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988141 | $1,440.55 | 8/2/2018 | 42449969 | 7/10/2018 | $102.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988141 | $1,440.55 | 8/2/2018 | 42449951-24476 | 7/10/2018 | $54.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988141 | $1,440.55 | 8/2/2018 | 42449968 | 7/10/2018 | $259.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988141 | $1,440.55 | 8/2/2018 | 42449952 | 7/10/2018 | $85.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988141 | $1,440.55 | 8/2/2018 | 42449953 | 7/10/2018 | $91.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988141 | $1,440.55 | 8/2/2018 | 42449954 | 7/10/2018 | $63.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988141 | $1,440.55 | 8/2/2018 | 42449955 | 7/10/2018 | $364.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988141 | $1,440.55 | 8/2/2018 | 42449967-24478 | 7/10/2018 | $36.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986500 | $974.04 | 7/31/2018 | 42449692 | 7/6/2018 | $92.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986500 | $974.04 | 7/31/2018 | 42449710 | 7/6/2018 | $9.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005234 | $792.96 | 9/11/2018 | 42453288 | 8/13/2018 | $113.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007240 | $735.65 | 9/14/2018 | 42453783 | 8/16/2018 | $78.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007240 | $735.65 | 9/14/2018 | 42453782 | 8/16/2018 | $46.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006597 | $713.76 | 9/13/2018 | 42453576 | 8/15/2018 | $182.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006597 | $713.76 | 9/13/2018 | 42453575 | 8/15/2018 | $52.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006597 | $713.76 | 9/13/2018 | 42453574 | 8/15/2018 | $78.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006597 | $713.76 | 9/13/2018 | 42453573 | 8/15/2018 | $156.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006597 | $713.76 | 9/13/2018 | 42453572 | 8/15/2018 | $243.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006145 | $531.26 | 9/12/2018 | 42453448 | 8/14/2018 | $101.48 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006145 | $531.26 | 9/12/2018 | 42453447 | 8/14/2018 | $68.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006145 | $531.26 | 9/12/2018 | 42453446 | 8/14/2018 | $133.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006145 | $531.26 | 9/12/2018 | 42453445 | 8/14/2018 | $113.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006145 | $531.26 | 9/12/2018 | 42453444 | 8/14/2018 | $114.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994517 | $691.10 | 8/17/2018 | 42451261 | 7/23/2018 | $79.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005234 | $792.96 | 9/11/2018 | 42453289 | 8/13/2018 | $105.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007240 | $735.65 | 9/14/2018 | 42453787-24480 | 8/16/2018 | $223.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005234 | $792.96 | 9/11/2018 | 42453287 | 8/13/2018 | $137.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005234 | $792.96 | 9/11/2018 | 42453286 | 8/13/2018 | $101.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005234 | $792.96 | 9/11/2018 | 42453285 | 8/13/2018 | $94.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005234 | $792.96 | 9/11/2018 | 42453284 | 8/13/2018 | $91.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005234 | $792.96 | 9/11/2018 | 42453283 | 8/13/2018 | $62.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005234 | $792.96 | 9/11/2018 | 42453278 | 8/13/2018 | $30.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004541 | $1,330.19 | 9/10/2018 | 42453105 | 8/10/2018 | $94.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004541 | $1,330.19 | 9/10/2018 | 42453098 | 8/10/2018 | $1,235.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003798 | $246.33 | 9/7/2018 | 42453025 | 8/9/2018 | $90.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003798 | $246.33 | 9/7/2018 | 42453024 | 8/9/2018 | $155.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003193 | $1,845.88 | 9/6/2018 | 42452919 | 8/8/2018 | $458.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003193 | $1,845.88 | 9/6/2018 | 42452918 | 8/8/2018 | $45.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003193 | $1,845.88 | 9/6/2018 | 42452917 | 8/8/2018 | $30.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005234 | $792.96 | 9/11/2018 | 42453290 | 8/13/2018 | $56.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012049 | $3,070.65 | 9/24/2018 | 42454522 | 8/24/2018 | $63.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013714 | $309.78 | 9/26/2018 | 42454988 | 8/28/2018 | $30.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013714 | $309.78 | 9/26/2018 | 42454986 | 8/28/2018 | $15.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013714 | $309.78 | 9/26/2018 | 42454985 | 8/28/2018 | $55.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013714 | $309.78 | 9/26/2018 | 42454984 | 8/28/2018 | $52.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012805 | $144.44 | 9/25/2018 | 42454715 | 8/27/2018 | $144.44 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781012049 | $3,070.65 | 9/24/2018 | 42454662 | 8/24/2018 | $77.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012049 | $3,070.65 | 9/24/2018 | 42454568 | 8/24/2018 | $95.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012049 | $3,070.65 | 9/24/2018 | 42454567 | 8/24/2018 | $115.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012049 | $3,070.65 | 9/24/2018 | 42454566 | 8/24/2018 | $43.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012049 | $3,070.65 | 9/24/2018 | 42454565 | 8/24/2018 | $94.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012049 | $3,070.65 | 9/24/2018 | 42454564 | 8/24/2018 | $155.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012049 | $3,070.65 | 9/24/2018 | 42454563 | 8/24/2018 | $396.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012049 | $3,070.65 | 9/24/2018 | 42454562 | 8/24/2018 | $216.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007240 | $735.65 | 9/14/2018 | 42453784 | 8/16/2018 | $91.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012049 | $3,070.65 | 9/24/2018 | 42454514 | 8/24/2018 | $101.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003193 | $1,845.88 | 9/6/2018 | 42452905 | 8/8/2018 | $45.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007240 | $735.65 | 9/14/2018 | 42453787-24481 | 8/16/2018 | $133.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007240 | $735.65 | 9/14/2018 | 42453788 | 8/16/2018 | $93.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012049 | $3,070.65 | 9/24/2018 | 42454163 | 8/24/2018 | $52.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012049 | $3,070.65 | 9/24/2018 | 42454511 | 8/24/2018 | $57.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012049 | $3,070.65 | 9/24/2018 | 42454561-24483 | 8/24/2018 | $396.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012049 | $3,070.65 | 9/24/2018 | 42454513 | 8/24/2018 | $31.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012049 | $3,070.65 | 9/24/2018 | 42454561-24482 | 8/24/2018 | $111.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012049 | $3,070.65 | 9/24/2018 | 42454515 | 8/24/2018 | $182.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012049 | $3,070.65 | 9/24/2018 | 42454516 | 8/24/2018 | $157.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012049 | $3,070.65 | 9/24/2018 | 42454517 | 8/24/2018 | $73.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012049 | $3,070.65 | 9/24/2018 | 42454518 | 8/24/2018 | $364.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012049 | $3,070.65 | 9/24/2018 | 42454521 | 8/24/2018 | $191.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007240 | $735.65 | 9/14/2018 | 42453785 | 8/16/2018 | $69.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012049 | $3,070.65 | 9/24/2018 | 42454512 | 8/24/2018 | $91.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997668 | $1,207.80 | 8/23/2018 | 42451810 | 7/27/2018 | $76.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003193 | $1,845.88 | 9/6/2018 | 42452916 | 8/8/2018 | $31.69 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999247 | $1,213.64 | 8/29/2018 | 42452121 | 7/31/2018 | $86.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999247 | $1,213.64 | 8/29/2018 | 42452120 | 7/31/2018 | $54.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998334 | $622.56 | 8/28/2018 | 42451904 | 7/30/2018 | $47.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998334 | $622.56 | 8/28/2018 | 42451903 | 7/30/2018 | $180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998334 | $622.56 | 8/28/2018 | 42451902 | 7/30/2018 | $105.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998334 | $622.56 | 8/28/2018 | 42451901 | 7/30/2018 | $115.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998334 | $622.56 | 8/28/2018 | 42451894 | 7/30/2018 | $110.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998334 | $622.56 | 8/28/2018 | 42451893 | 7/30/2018 | $63.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997668 | $1,207.80 | 8/23/2018 | 42451816 | 7/27/2018 | $203.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997668 | $1,207.80 | 8/23/2018 | 42451815 | 7/27/2018 | $128.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997668 | $1,207.80 | 8/23/2018 | 42451814 | 7/27/2018 | $130.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997668 | $1,207.80 | 8/23/2018 | 42451813 | 7/27/2018 | $128.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999247 | $1,213.64 | 8/29/2018 | 42452132 | 7/31/2018 | $156.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995946 | $1,006.46 | 8/20/2018 | 42451412 | 7/24/2018 | $135.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013714 | $309.78 | 9/26/2018 | 42454989 | 8/28/2018 | $155.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995946 | $1,006.46 | 8/20/2018 | 42451406 | 7/24/2018 | $72.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995946 | $1,006.46 | 8/20/2018 | 42451407 | 7/24/2018 | $78.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995946 | $1,006.46 | 8/20/2018 | 42451408 | 7/24/2018 | $63.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995946 | $1,006.46 | 8/20/2018 | 42451409 | 7/24/2018 | $135.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997668 | $1,207.80 | 8/23/2018 | 42451812 | 7/27/2018 | $31.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995946 | $1,006.46 | 8/20/2018 | 42451411 | 7/24/2018 | $243.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997668 | $1,207.80 | 8/23/2018 | 42451811 | 7/27/2018 | $77.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997668 | $1,207.80 | 8/23/2018 | 42451784 | 7/27/2018 | $42.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997668 | $1,207.80 | 8/23/2018 | 42451806 | 7/27/2018 | $72.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997668 | $1,207.80 | 8/23/2018 | 42451807 | 7/27/2018 | $92.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997668 | $1,207.80 | 8/23/2018 | 42451808 | 7/27/2018 | $191.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997668 | $1,207.80 | 8/23/2018 | 42451809 | 7/27/2018 | $30.64 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999247 | $1,213.64 | 8/29/2018 | 42452133 | 7/31/2018 | $153.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995946 | $1,006.46 | 8/20/2018 | 42451410 | 7/24/2018 | $92.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001799 | $923.07 | 9/4/2018 | 42452637 | 8/6/2018 | $105.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995946 | $1,006.46 | 8/20/2018 | 42451404 | 7/24/2018 | $154.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003193 | $1,845.88 | 9/6/2018 | 42452904 | 8/8/2018 | $30.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003193 | $1,845.88 | 9/6/2018 | 42452903 | 8/8/2018 | $72.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003193 | $1,845.88 | 9/6/2018 | 42452902 | 8/8/2018 | $69.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003193 | $1,845.88 | 9/6/2018 | 42452901 | 8/8/2018 | $69.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003193 | $1,845.88 | 9/6/2018 | 42452900 | 8/8/2018 | $45.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003193 | $1,845.88 | 9/6/2018 | 42452899 | 8/8/2018 | $78.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003193 | $1,845.88 | 9/6/2018 | 42452898 | 8/8/2018 | $31.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003193 | $1,845.88 | 9/6/2018 | 42452897 | 8/8/2018 | $91.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003193 | $1,845.88 | 9/6/2018 | 42452896 | 8/8/2018 | $652.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002761 | $307.98 | 9/5/2018 | 42452771 | 8/7/2018 | $279.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002761 | $307.98 | 9/5/2018 | 42452770 | 8/7/2018 | $28.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001799 | $923.07 | 9/4/2018 | 42452640 | 8/6/2018 | $34.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999247 | $1,213.64 | 8/29/2018 | 42452131 | 7/31/2018 | $94.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001097 | $343.75 | 9/3/2018 | 42452543 | 8/3/2018 | $68.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999247 | $1,213.64 | 8/29/2018 | 42452134 | 7/31/2018 | $124.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999247 | $1,213.64 | 8/29/2018 | 42452135 | 7/31/2018 | $67.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999247 | $1,213.64 | 8/29/2018 | 42452136 | 7/31/2018 | $341.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999247 | $1,213.64 | 8/29/2018 | 42452137 | 7/31/2018 | $101.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999247 | $1,213.64 | 8/29/2018 | 42452275 | 7/31/2018 | $31.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001799 | $923.07 | 9/4/2018 | 42452639 | 8/6/2018 | $122.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000305 | $268.94 | 8/31/2018 | 42452442 | 8/2/2018 | $137.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001799 | $923.07 | 9/4/2018 | 42452638 | 8/6/2018 | $341.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001097 | $343.75 | 9/3/2018 | 42452544 | 8/3/2018 | $89.79 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781001097 | $343.75 | 9/3/2018 | 42452545 | 8/3/2018 | $185.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001799 | $923.07 | 9/4/2018 | 42452634 | 8/6/2018 | $86.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001799 | $923.07 | 9/4/2018 | 42452635 | 8/6/2018 | $77.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001799 | $923.07 | 9/4/2018 | 42452636 | 8/6/2018 | $154.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003193 | $1,845.88 | 9/6/2018 | 42452914 | 8/8/2018 | $93.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000305 | $268.94 | 8/31/2018 | 42452436 | 8/2/2018 | $131.25 |

**Totals:** 35 transfer(s), $28,574.86