**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Deel and Carter Heat and Air LLC** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237868 | $918.50 | 8/9/2018 | 24114245A-IN | 7/19/2018 | $918.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234593 | $2,810.00 | 7/23/2018 | 23996947A-IN-1 | 7/16/2018 | $1,405.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234593 | $2,810.00 | 7/23/2018 | 23996947A-IN-2 | 7/16/2018 | $1,405.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235825 | $1,116.76 | 7/30/2018 | 24119417A-IN | 7/7/2018 | $1,116.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236056 | $430.00 | 7/31/2018 | CKRQ07312018-IN | 7/31/2018 | $430.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236557 | $2,387.62 | 8/2/2018 | 24044762A-IN | 6/19/2018 | $1,331.86 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236557 | $2,387.62 | 8/2/2018 | 24205808A-IN | 7/26/2018 | $1,055.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233806 | $1,350.00 | 7/18/2018 | 24095671A-IN | 7/6/2018 | $1,350.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237714 | $1,170.00 | 8/8/2018 | 23975450A-IN | 7/11/2018 | $1,170.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246274 | $1,350.81 | 10/5/2018 | 23962305A-IN | 6/18/2018 | $1,350.81 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238006 | $1,210.61 | 8/10/2018 | 24233831A-IN | 7/27/2018 | $1,210.61 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241097 | $1,555.00 | 8/30/2018 | 24282305A-IN | 8/8/2018 | $1,555.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241713 | $1,861.19 | 9/4/2018 | 23612396ACR-IN | 8/31/2018 | $1,861.19 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242505 | $1,586.95 | 9/10/2018 | 24244398A-IN | 8/30/2018 | $1,586.95 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243420 | $1,447.50 | 9/17/2018 | 24381168A-IN | 8/31/2018 | $1,447.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244788 | $1,317.44 | 9/26/2018 | 24341358A-IN | 9/12/2018 | $1,317.44 |

Deel and Carter Heat and Air LLC (2219486)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jan 27, 2020    Exhibit A    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244977 | $1,140.81 | 9/27/2018 | 24280222A-IN | 8/29/2018 | $1,140.81 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237213 | $1,350.00 | 8/6/2018 | 24030950A-IN | 7/27/2018 | $1,350.00 |

**Totals:**   **16 transfer(s),**   **$23,003.19**

Deel and Carter Heat and Air LLC (2219486)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jan 27, 2020                                          Exhibit A                                          P. 2