**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Dem Holdings, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983762 | $37,021.28 | 7/25/2018 | 121691 | 6/14/2018 | $34,730.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990719 | $1,621.41 | 8/10/2018 | 121815 | 6/27/2018 | $483.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989205 | $642.21 | 8/8/2018 | 121819 | 6/27/2018 | $642.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988147 | $485.30 | 8/2/2018 | 121818 | 6/27/2018 | $491.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986502 | $1,720.46 | 7/31/2018 | 121772 | 6/22/2018 | $1,720.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985775 | $2,030.17 | 7/30/2018 | 121758 | 6/21/2018 | $1,431.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985775 | $2,030.17 | 7/30/2018 | 121756 | 6/21/2018 | $598.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985203 | $3,973.42 | 7/27/2018 | 121760 | 6/21/2018 | $2,868.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985203 | $3,973.42 | 7/27/2018 | 121757 | 6/21/2018 | $1,104.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984751 | $1,166.71 | 7/26/2018 | 121759 | 6/21/2018 | $481.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979743 | $504.40 | 7/17/2018 | 121705 | 6/14/2018 | $504.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983762 | $37,021.28 | 7/25/2018 | 121847 | 6/27/2018 | $554.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994529 | $2,638.35 | 8/17/2018 | 121816 | 6/27/2018 | $484.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983762 | $37,021.28 | 7/25/2018 | 121671 | 6/14/2018 | $1,736.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982395 | $7,360.57 | 7/23/2018 | 121661 | 6/13/2018 | $7,360.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981837 | $9,892.01 | 7/20/2018 | 121664 | 6/13/2018 | $9,892.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981360 | $4,720.84 | 7/19/2018 | 121660 | 6/13/2018 | $4,725.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980477 | $29,920.46 | 7/18/2018 | 121716 | 6/18/2018 | $2,295.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980477 | $29,920.46 | 7/18/2018 | 121693 | 6/14/2018 | $14,799.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980477 | $29,920.46 | 7/18/2018 | 121663 | 6/13/2018 | $11,983.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980477 | $29,920.46 | 7/18/2018 | 121594 | 6/6/2018 | $267.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980477 | $29,920.46 | 7/18/2018 | 121591-2005 | 6/6/2018 | $574.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980477 | $29,920.46 | 7/18/2018 | 121591-2003 | 6/6/2018 | $69.12 |

Dem Holdings, Inc. (2219765)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020

Exhibit A

P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984751 | $1,166.71 | 7/26/2018 | 121717 | 6/18/2018 | $696.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002766 | $956.07 | 9/5/2018 | 122085 | 7/19/2018 | $480.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012811 | $667.36 | 9/25/2018 | 122297 | 8/8/2018 | $482.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012055 | $361.29 | 9/24/2018 | 122296 | 8/8/2018 | $376.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008838 | $6,117.72 | 9/18/2018 | 122243 | 8/2/2018 | $1,940.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008838 | $6,117.72 | 9/18/2018 | 122242 | 8/2/2018 | $984.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008838 | $6,117.72 | 9/18/2018 | 122241 | 8/2/2018 | $491.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008838 | $6,117.72 | 9/18/2018 | 122239 | 8/2/2018 | $2,701.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008038 | $448.85 | 9/17/2018 | 122295 | 8/8/2018 | $497.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005241 | $817.37 | 9/11/2018 | 122161 | 7/26/2018 | $817.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004544 | $897.28 | 9/10/2018 | 122240 | 8/2/2018 | $897.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003801 | $1,246.32 | 9/7/2018 | 122163 | 7/26/2018 | $492.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990719 | $1,621.41 | 8/10/2018 | 121817 | 6/27/2018 | $657.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002766 | $956.07 | 9/5/2018 | 122162 | 7/26/2018 | $489.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990719 | $1,621.41 | 8/10/2018 | 121946 | 7/6/2018 | $480.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001810 | $7,241.41 | 9/4/2018 | 122083 | 7/19/2018 | $962.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001810 | $7,241.41 | 9/4/2018 | 121704 | 6/15/2018 | $3,474.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001810 | $7,241.41 | 9/4/2018 | 121703 | 6/15/2018 | $1,998.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001810 | $7,241.41 | 9/4/2018 | 121702 | 6/15/2018 | $806.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001102 | $507.42 | 9/3/2018 | 122084 | 7/19/2018 | $512.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998340 | $487.44 | 8/28/2018 | 121986 | 7/12/2018 | $487.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996969 | $619.43 | 8/22/2018 | 122086 | 7/19/2018 | $627.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994529 | $2,638.35 | 8/17/2018 | 121985 | 7/12/2018 | $641.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994529 | $2,638.35 | 8/17/2018 | 121931 | 7/6/2018 | $1,527.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012811 | $667.36 | 9/25/2018 | 122441 | 8/22/2018 | $184.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003801 | $1,246.32 | 9/7/2018 | 122160 | 7/26/2018 | $753.82 |

Totals:    26 transfer(s),    $124,065.55