# ask LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Detroit Newspaper Partnership, L.P. fdba Detroit Newspaper Agency** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62086207 | $5,609.18 | 9/19/2018 | 618112377 | 7/2/2018 | $5,609.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084535 | $6,183.55 | 8/17/2018 | 518112377 | 6/2/2018 | $6,183.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082962 | $2,441.32 | 7/17/2018 | 418112377 | 5/2/2018 | $2,441.32 |

**Totals:**    **3 transfer(s),    $14,234.05**

Detroit Newspaper Partnership, L.P. fdba Detroit Newspaper Agency (2219975)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                    Exhibit A                                    P. 1