**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Dickinson Wright PLLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62087446 | $6,013.00 | 10/11/2018 | 1275840 | 7/19/2018 | $6,013.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085725 | $6,030.00 | 9/10/2018 | 1267956 | 6/20/2018 | $6,030.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083605 | $2,700.00 | 7/31/2018 | 1258738 | 5/17/2018 | $2,700.00 |
| **Totals:** | | **3 transfer(s),** | **$14,743.00** | | | | |