

ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **Dimar USA, Inc. fdba DCT (Special Projects) Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04586 | $9,016.00 | 8/13/2018 | 3009 | 6/8/2018 | $1,401.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14493 | $15,127.50 | 8/29/2018 | 3033 | 6/25/2018 | $513.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12620 | $14,128.70 | 8/27/2018 | 3032 | 6/22/2018 | $4,106.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12620 | $14,128.70 | 8/27/2018 | 3031 | 6/22/2018 | $10,022.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08592 | $10,372.27 | 8/20/2018 | 3021 | 6/15/2018 | $4,098.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08592 | $10,372.27 | 8/20/2018 | 3020 | 6/15/2018 | $746.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00737 | $7,508.20 | 8/6/2018 | 3001 | 6/1/2018 | $1,390.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08592 | $10,372.27 | 8/20/2018 | 3018 | 6/15/2018 | $5,198.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14493 | $15,127.50 | 8/29/2018 | 3036 | 6/25/2018 | $429.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04586 | $9,016.00 | 8/13/2018 | 3008 | 6/8/2018 | $2,882.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04586 | $9,016.00 | 8/13/2018 | 3007 | 6/8/2018 | $1,108.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04586 | $9,016.00 | 8/13/2018 | 3006 | 6/8/2018 | $3,623.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02485 | $4,335.10 | 8/8/2018 | 3000 | 6/4/2018 | $4,335.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00737 | $7,508.20 | 8/6/2018 | 3003 | 6/1/2018 | $2,911.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00737 | $7,508.20 | 8/6/2018 | 3002 | 6/1/2018 | $3,206.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08592 | $10,372.27 | 8/20/2018 | 3019 | 6/15/2018 | $881.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17776 | $2,438.70 | 9/5/2018 | 3051 | 7/2/2018 | $2,288.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99390 | $15,017.00 | 8/2/2018 | 2997 | 5/29/2018 | $6,457.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99390 | $15,017.00 | 8/2/2018 | 2996 | 5/29/2018 | $3,388.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99390 | $15,017.00 | 8/2/2018 | 2995 | 5/29/2018 | $3,163.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92723 | $13,138.80 | 7/23/2018 | 2989 | 5/18/2018 | $3,799.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92723 | $13,138.80 | 7/23/2018 | 2988 | 5/18/2018 | $1,927.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92723 | $13,138.80 | 7/23/2018 | 2987 | 5/18/2018 | $5,113.80 |

Dimar USA, Inc. fdba DCT (Special Projects) Inc. (2219274)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                    Exhibit A                                    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14493 | $15,127.50 | 8/29/2018 | 3034 | 6/25/2018 | $342.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17776 | $2,438.70 | 9/5/2018 | 3075 | 7/2/2018 | $150.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14493 | $15,127.50 | 8/29/2018 | 3035 | 6/25/2018 | $1,116.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16583 | $15,091.50 | 9/4/2018 | 3050 | 6/29/2018 | $4,905.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16583 | $15,091.50 | 9/4/2018 | 3049 | 6/29/2018 | $3,529.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16583 | $15,091.50 | 9/4/2018 | 3048 | 6/29/2018 | $6,656.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14493 | $15,127.50 | 8/29/2018 | 3038 | 6/25/2018 | $9,033.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14493 | $15,127.50 | 8/29/2018 | 3037 | 6/25/2018 | $4,210.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99390 | $15,017.00 | 8/2/2018 | 2998 | 5/29/2018 | $2,007.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92723 | $13,138.80 | 7/23/2018 | 2986 | 5/18/2018 | $2,299.00 |

**Totals:**    **10 transfer(s),**    **$106,173.77**

Dimar USA, Inc. fdba DCT (Special Projects) Inc. (2219274)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                          Exhibit A                                          P. 2