**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant: **GR Electrical Services, Inc.**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780994659 | $2,014.60 | 8/17/2018 | 14336 | 6/1/2018 | $2,014.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981404 | $340.00 | 7/19/2018 | 14318 | 5/7/2018 | $340.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982014 | $255.00 | 7/20/2018 | 14306 | 5/8/2018 | $255.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984802 | $510.00 | 7/26/2018 | 14319 | 5/14/2018 | $510.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985840 | $1,302.98 | 7/30/2018 | 14321 | 5/16/2018 | $1,302.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986558 | $382.50 | 7/31/2018 | 14322 | 5/17/2018 | $382.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987278 | $1,437.00 | 8/1/2018 | 14320 | 5/18/2018 | $1,437.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989271 | $256.99 | 8/8/2018 | 14326 | 5/23/2018 | $256.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990006 | $883.66 | 8/9/2018 | 14329 | 5/24/2018 | $883.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991695 | $467.50 | 8/13/2018 | 14333 | 5/28/2018 | $467.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992318 | $653.25 | 8/14/2018 | 14342 | 5/29/2018 | $653.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979801 | $589.00 | 7/17/2018 | 14304 | 5/3/2018 | $589.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993642 | $649.94 | 8/16/2018 | 14335 | 5/31/2018 | $649.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013776 | $1,589.07 | 9/26/2018 | 14379 | 7/9/2018 | $334.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995993 | $890.00 | 8/20/2018 | 14345 | 6/4/2018 | $890.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997033 | $1,085.00 | 8/22/2018 | 14346 | 6/6/2018 | $1,085.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000372 | $524.38 | 8/31/2018 | 14352 | 6/13/2018 | $524.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003397 | $666.23 | 9/6/2018 | 14355 | 6/19/2018 | $347.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003397 | $666.23 | 9/6/2018 | 14356 | 6/19/2018 | $318.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003863 | $457.50 | 9/7/2018 | 14187 | 1/29/2018 | $457.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006201 | $556.99 | 9/12/2018 | 14368 | 6/25/2018 | $556.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012124 | $1,054.06 | 9/24/2018 | 14369 | 7/5/2018 | $430.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012124 | $1,054.06 | 9/24/2018 | 14370 | 7/5/2018 | $624.06 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013776 | $1,589.07 | 9/26/2018 | 14378 | 7/9/2018 | $1,255.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992802 | $907.46 | 8/15/2018 | 14334 | 5/30/2018 | $907.46 |

**Totals:**   22 transfer(s),   $17,473.11