**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Greenhill Inc. dba American Bakery** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62084122 | $1,123.79 | 8/14/2018 | 239441 | 6/26/2018 | $181.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082328 | $1,156.04 | 7/19/2018 | 237580 | 5/30/2018 | $172.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083692 | $998.51 | 8/7/2018 | 238779 | 6/18/2018 | $155.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083692 | $998.51 | 8/7/2018 | 238791 | 6/19/2018 | $271.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083692 | $998.51 | 8/7/2018 | 239406 | 6/19/2018 | $189.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083692 | $998.51 | 8/7/2018 | 239418 | 6/20/2018 | $197.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083692 | $998.51 | 8/7/2018 | 239428 | 6/21/2018 | $95.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083338 | $1,163.19 | 7/31/2018 | 238957 | 6/14/2018 | $178.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084122 | $1,123.79 | 8/14/2018 | 239257 | 6/27/2018 | $161.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083338 | $1,163.19 | 7/31/2018 | 238940 | 6/13/2018 | $230.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084122 | $1,123.79 | 8/14/2018 | 239454 | 6/23/2018 | $289.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084122 | $1,123.79 | 8/14/2018 | 239464 | 6/26/2018 | $242.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084122 | $1,123.79 | 8/14/2018 | 239479 | 6/28/2018 | $173.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084473 | $1,129.38 | 8/23/2018 | 239490 | 6/29/2018 | $220.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084473 | $1,129.38 | 8/23/2018 | 240353 | 6/30/2018 | $232.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084473 | $1,129.38 | 8/23/2018 | 240368 | 7/2/2018 | $267.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084473 | $1,129.38 | 8/23/2018 | 240382 | 7/3/2018 | $206.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084122 | $1,123.79 | 8/14/2018 | 238540 | 6/22/2018 | $123.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082927 | $1,231.37 | 7/24/2018 | 237893 | 6/5/2018 | $266.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082328 | $1,156.04 | 7/19/2018 | 237592 | 5/31/2018 | $125.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082328 | $1,156.04 | 7/19/2018 | 237812 | 5/25/2018 | $99.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082328 | $1,156.04 | 7/19/2018 | 237820 | 5/25/2018 | $198.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082328 | $1,156.04 | 7/19/2018 | 237827 | 5/26/2018 | $189.86 |

Greenhill Inc. dba American Bakery (2219474)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                    Exhibit A                    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62082328 | $1,156.04 | 7/19/2018 | 237841 | 5/28/2018 | $290.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082328 | $1,156.04 | 7/19/2018 | 237854 | 5/29/2018 | $185.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083692 | $998.51 | 8/7/2018 | 238767 | 6/16/2018 | $171.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082927 | $1,231.37 | 7/24/2018 | 237880 | 6/4/2018 | $257.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085023 | $1,337.92 | 9/4/2018 | 240262 | 7/12/2018 | $193.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082927 | $1,231.37 | 7/24/2018 | 238406 | 6/1/2018 | $194.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082927 | $1,231.37 | 7/24/2018 | 238446 | 6/6/2018 | $128.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082927 | $1,231.37 | 7/24/2018 | 238706 | 6/7/2018 | $221.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083338 | $1,163.19 | 7/31/2018 | 238719 | 6/8/2018 | $147.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083338 | $1,163.19 | 7/31/2018 | 238729 | 6/9/2018 | $167.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083338 | $1,163.19 | 7/31/2018 | 238741 | 6/11/2018 | $237.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083338 | $1,163.19 | 7/31/2018 | 238753 | 6/12/2018 | $211.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082927 | $1,231.37 | 7/24/2018 | 237866 | 6/2/2018 | $213.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086772 | $1,325.00 | 10/4/2018 | 242154 | 8/9/2018 | $219.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086165 | $1,495.22 | 9/24/2018 | 241478 | 7/30/2018 | $279.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086165 | $1,495.22 | 9/24/2018 | 241491 | 7/31/2018 | $289.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086165 | $1,495.22 | 9/24/2018 | 241505 | 7/27/2018 | $223.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086165 | $1,495.22 | 9/24/2018 | 242103 | 8/1/2018 | $251.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086165 | $1,495.22 | 9/24/2018 | 242115 | 8/2/2018 | $220.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086772 | $1,325.00 | 10/4/2018 | 241726 | 8/4/2018 | $238.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084473 | $1,129.38 | 8/23/2018 | 240397 | 7/5/2018 | $228.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086772 | $1,325.00 | 10/4/2018 | 242142 | 8/6/2018 | $216.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085772 | $1,762.38 | 9/19/2018 | 241451 | 7/26/2018 | $262.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086772 | $1,325.00 | 10/4/2018 | 242368 | 8/7/2018 | $271.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086772 | $1,325.00 | 10/4/2018 | 242376 | 8/8/2018 | $200.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087119 | $1,246.12 | 10/9/2018 | 242166 | 8/10/2018 | $222.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087119 | $1,246.12 | 10/9/2018 | 242177 | 8/11/2018 | $222.90 |

Greenhill Inc. dba American Bakery (2219474)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020

Exhibit A

P. 2

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62087119 | $1,246.12 | 10/9/2018 | 242190 | 8/13/2018 | $294.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087119 | $1,246.12 | 10/9/2018 | 242903 | 8/15/2018 | $230.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087119 | $1,246.12 | 10/9/2018 | 242914 | 8/15/2018 | $151.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086772 | $1,325.00 | 10/4/2018 | 242130 | 8/3/2018 | $195.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085369 | $1,100.51 | 9/12/2018 | 240813 | 7/18/2018 | $238.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087119 | $1,246.12 | 10/9/2018 | 242927 | 8/16/2018 | $193.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085023 | $1,337.92 | 9/4/2018 | 240408 | 7/6/2018 | $197.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085023 | $1,337.92 | 9/4/2018 | 240420 | 7/7/2018 | $256.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085023 | $1,337.92 | 9/4/2018 | 240432 | 7/9/2018 | $288.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085023 | $1,337.92 | 9/4/2018 | 240446 | 7/12/2018 | $216.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085369 | $1,100.51 | 9/12/2018 | 240759 | 7/13/2018 | $263.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085369 | $1,100.51 | 9/12/2018 | 240773 | 7/14/2018 | $257.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086165 | $1,495.22 | 9/24/2018 | 241464 | 7/28/2018 | $268.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085369 | $1,100.51 | 9/12/2018 | 240803 | 7/17/2018 | $149.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085772 | $1,762.38 | 9/19/2018 | 840826 | 7/20/2018 | $185.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085772 | $1,762.38 | 9/19/2018 | 240837 | 7/20/2018 | $234.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085772 | $1,762.38 | 9/19/2018 | 240849 | 7/23/2018 | $241.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085772 | $1,762.38 | 9/19/2018 | 241414 | 7/23/2018 | $287.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085772 | $1,762.38 | 9/19/2018 | 241424 | 7/24/2018 | $298.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085772 | $1,762.38 | 9/19/2018 | 241425 | 7/24/2018 | $3.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085772 | $1,762.38 | 9/19/2018 | 241438 | 7/25/2018 | $265.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085023 | $1,337.92 | 9/4/2018 | 240248 | 7/10/2018 | $200.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085369 | $1,100.51 | 9/12/2018 | 240786 | 7/16/2018 | $202.43 |

**Totals:**    **12 transfer(s),**   $15,069.43

Greenhill Inc. dba American Bakery (2219474)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                    Exhibit A                                    P. 3