**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Group O, Inc. dba Group O Marketing Solutions** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781014391 | $94,886.51 | 9/27/2018 | MS1864703 | 9/4/2018 | $7,185.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014391 | $94,886.51 | 9/27/2018 | MS1858215 | 8/29/2018 | $87,701.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011100 | $61,877.42 | 9/20/2018 | MS1744087 | 7/3/2018 | $61,877.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003406 | $34,588.12 | 9/6/2018 | MS1823580 | 8/7/2018 | $34,588.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996565 | $244,605.70 | 8/21/2018 | MS1814927 | 8/1/2018 | $105,798.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996565 | $244,605.70 | 8/21/2018 | MS1803505 | 7/25/2018 | $100,398.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996565 | $244,605.70 | 8/21/2018 | MS1679451 | 6/5/2018 | $38,409.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992333 | $23,840.52 | 8/14/2018 | MS1786405 | 7/17/2018 | $23,840.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988817 | $56,797.65 | 8/7/2018 | MS1764691 | 7/6/2018 | $73,602.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988817 | $56,797.65 | 8/7/2018 | MS1740991 | 7/1/2018 | $63,002.38 |

Totals:    6 transfer(s),    $516,595.92