**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **GTT Communications, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013780 | $4,978.60 | 9/26/2018 | 1284989 | 9/1/2018 | $4,206.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013780 | $4,978.60 | 9/26/2018 | 1284711 | 9/1/2018 | $386.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013780 | $4,978.60 | 9/26/2018 | 1239174 | 8/1/2018 | $385.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006821 | $266,975.76 | 9/13/2018 | MPINV1252178 | 8/15/2018 | $9,407.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006821 | $266,975.76 | 9/13/2018 | MPINV1150763-20979 | 7/1/2018 | $11,063.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006821 | $266,975.76 | 9/13/2018 | MPINV1150763-20978 | 7/1/2018 | $246,505.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004602 | $1,600.74 | 9/10/2018 | 1250717 | 8/15/2018 | $1,600.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001884 | $3,422.09 | 9/4/2018 | 1239200 | 8/1/2018 | $3,422.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990786 | $268,989.08 | 8/10/2018 | MPINV1027432-20977 | 6/1/2018 | $18,945.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990786 | $268,989.08 | 8/10/2018 | MPINV1027432-20976 | 6/1/2018 | $250,043.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985844 | $1,600.74 | 7/30/2018 | MPINV1190329 | 7/15/2018 | $1,600.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982456 | $4,215.81 | 7/23/2018 | 1149249 | 7/1/2018 | $385.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982456 | $4,215.81 | 7/23/2018 | 1149085 | 7/1/2018 | $5,430.89 |

Totals:    7 transfer(s),    $551,782.82