**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Gulf Coast Building Products, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235668 | $7,217.29 | 7/27/2018 | 256778-IN | 5/29/2018 | $78.47 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237600 | $1,132.65 | 8/7/2018 | 257836-IN | 6/11/2018 | $255.83 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237600 | $1,132.65 | 8/7/2018 | 257835-IN | 6/11/2018 | $876.82 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236680 | $1,363.42 | 8/2/2018 | 257633-IN | 6/7/2018 | $116.19 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236680 | $1,363.42 | 8/2/2018 | 257632-IN | 6/7/2018 | $523.58 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236680 | $1,363.42 | 8/2/2018 | 257630-IN | 6/7/2018 | $285.03 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236680 | $1,363.42 | 8/2/2018 | 257413-IN | 6/5/2018 | $11.87 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233670 | $1,033.47 | 7/17/2018 | 256219-IN | 5/21/2018 | $143.94 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236680 | $1,363.42 | 8/2/2018 | 251076-IN | 3/14/2018 | $202.94 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240184 | $1,781.28 | 8/24/2018 | 255564-IN | 5/11/2018 | $66.13 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235668 | $7,217.29 | 7/27/2018 | 256777-IN | 5/29/2018 | $4,860.49 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235668 | $7,217.29 | 7/27/2018 | 256775-IN | 5/29/2018 | $2,278.33 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234978 | $1,490.01 | 7/24/2018 | 256495-IN | 5/24/2018 | $1,490.01 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234436 | $1,267.93 | 7/20/2018 | 256666-IN | 5/24/2018 | $1,191.63 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234436 | $1,267.93 | 7/20/2018 | 256357-IN | 5/22/2018 | $76.30 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233670 | $1,033.47 | 7/17/2018 | 256432-IN | 5/21/2018 | $889.53 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236680 | $1,363.42 | 8/2/2018 | 257361-IN | 6/7/2018 | $223.81 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243297 | $3,427.74 | 9/14/2018 | 260539-IN | 7/17/2018 | $187.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245339 | $869.01 | 9/28/2018 | 261720-IN | 8/2/2018 | $516.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245339 | $869.01 | 9/28/2018 | 261719-IN | 8/2/2018 | $352.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245080 | $116.14 | 9/27/2018 | 261584-IN | 8/1/2018 | $58.07 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245080 | $116.14 | 9/27/2018 | 261500-IN | 7/31/2018 | $58.07 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244278 | $1,011.08 | 9/21/2018 | 261280-IN | 7/26/2018 | $1,011.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243297 | $3,427.74 | 9/14/2018 | 260764-IN | 7/19/2018 | $922.69 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239131 | $3,532.53 | 8/17/2018 | 258625-IN | 6/21/2018 | $3,532.53 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243297 | $3,427.74 | 9/14/2018 | 260643-IN | 7/18/2018 | $968.31 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240184 | $1,781.28 | 8/24/2018 | 251509-IN | 3/19/2018 | $781.61 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243297 | $3,427.74 | 9/14/2018 | 260355-IN | 7/17/2018 | $133.90 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243297 | $3,427.74 | 9/14/2018 | 256433-IN | 5/21/2018 | $131.70 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242780 | $2,376.85 | 9/11/2018 | 260467-IN | 7/16/2018 | $2,376.85 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242380 | $1,555.26 | 9/7/2018 | 260184-IN | 7/12/2018 | $1,532.68 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242380 | $1,555.26 | 9/7/2018 | 254028-IN | 4/23/2018 | $22.58 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240184 | $1,781.28 | 8/24/2018 | 255742-IN | 5/14/2018 | $933.54 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245748 | $1,589.10 | 10/2/2018 | 261938-IN | 8/6/2018 | $1,589.10 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243297 | $3,427.74 | 9/14/2018 | 260763-IN | 7/19/2018 | $1,083.38 |

**Totals:** 15 transfer(s),    $29,763.76