**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **H. Best, Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11344 | $96,557.00 | 8/23/2018 | 14134 | 5/31/2018 | $3,462.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11344 | $96,557.00 | 8/23/2018 | 14142 | 5/31/2018 | $3,462.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11344 | $96,557.00 | 8/23/2018 | 14141 | 5/31/2018 | $3,462.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11344 | $96,557.00 | 8/23/2018 | 14140 | 5/31/2018 | $3,462.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11344 | $96,557.00 | 8/23/2018 | 14139 | 5/31/2018 | $3,462.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11344 | $96,557.00 | 8/23/2018 | 14138 | 5/31/2018 | $3,462.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11344 | $96,557.00 | 8/23/2018 | 14137 | 5/31/2018 | $3,462.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11344 | $96,557.00 | 8/23/2018 | 14127 | 5/31/2018 | $3,462.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11344 | $96,557.00 | 8/23/2018 | 14135 | 5/31/2018 | $3,462.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11344 | $96,557.00 | 8/23/2018 | 14145 | 5/31/2018 | $3,462.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11344 | $96,557.00 | 8/23/2018 | 14133 | 5/31/2018 | $3,462.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11344 | $96,557.00 | 8/23/2018 | 14132 | 5/31/2018 | $3,462.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11344 | $96,557.00 | 8/23/2018 | 14131 | 5/31/2018 | $3,462.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11344 | $96,557.00 | 8/23/2018 | 14130 | 5/31/2018 | $3,462.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11344 | $96,557.00 | 8/23/2018 | 14129 | 5/31/2018 | $3,462.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11344 | $96,557.00 | 8/23/2018 | 14128 | 5/31/2018 | $3,462.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11344 | $96,557.00 | 8/23/2018 | 14136 | 5/31/2018 | $3,462.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11344 | $96,557.00 | 8/23/2018 | 14152 | 5/31/2018 | $3,462.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11344 | $96,557.00 | 8/23/2018 | 0000744543-163205 | 5/31/2018 | $3,462.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11344 | $96,557.00 | 8/23/2018 | 0000744542-163203 | 5/31/2018 | $3,462.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11344 | $96,557.00 | 8/23/2018 | 0000744541-163201 | 5/31/2018 | $3,462.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11344 | $96,557.00 | 8/23/2018 | 0000744540-163199 | 5/31/2018 | $3,462.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11344 | $96,557.00 | 8/23/2018 | 0000744539-163197 | 5/31/2018 | $3,462.75 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11344 | $96,557.00 | 8/23/2018 | 0000744538-163195 | 5/31/2018 | $3,462.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11344 | $96,557.00 | 8/23/2018 | 14143 | 5/31/2018 | $3,462.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11344 | $96,557.00 | 8/23/2018 | 14153 | 5/31/2018 | $3,462.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11344 | $96,557.00 | 8/23/2018 | 14144 | 5/31/2018 | $3,462.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11344 | $96,557.00 | 8/23/2018 | 14151 | 5/31/2018 | $3,462.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11344 | $96,557.00 | 8/23/2018 | 14150 | 5/31/2018 | $3,462.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11344 | $96,557.00 | 8/23/2018 | 14149 | 5/31/2018 | $3,462.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11344 | $96,557.00 | 8/23/2018 | 14148 | 5/31/2018 | $3,462.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11344 | $96,557.00 | 8/23/2018 | 14147 | 5/31/2018 | $3,462.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11344 | $96,557.00 | 8/23/2018 | 14146 | 5/31/2018 | $3,462.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11344 | $96,557.00 | 8/23/2018 | 0000744544-163207 | 5/31/2018 | $3,462.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11344 | $96,557.00 | 8/23/2018 | 14154 | 5/31/2018 | $3,462.75 |

**Totals:**    1 transfer(s),    $96,557.00