**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Habegger-Meyers HVAC Distribution, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743365 | $4,133.90 | 10/2/2018 | 6141300-IN | 8/29/2018 | $4,133.90 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743140 | $3,648.33 | 9/26/2018 | 6120000-IN | 8/21/2018 | $1,630.63 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743140 | $3,648.33 | 9/26/2018 | 5827400-IN | 6/6/2018 | $2,017.70 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743038 | $919.42 | 9/17/2018 | 6094100-IN | 8/13/2018 | $919.42 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742546 | $2,651.31 | 8/27/2018 | 6002700-IN | 7/18/2018 | $2,651.31 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742030 | $2,911.94 | 8/6/2018 | 5908100-IN | 6/25/2018 | $1,132.27 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742030 | $2,911.94 | 8/6/2018 | 5906400-IN | 6/25/2018 | $1,779.67 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741849 | $1,731.21 | 7/30/2018 | 5883500-IN | 6/19/2018 | $1,731.21 |

Totals:    6 transfer(s),    $15,996.11