**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Halifax Media Group, LLC**  
Bankruptcy Case: **Sears Holdings Corporation, et al.**  
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781010143 | $7,815.66 | 9/19/2018 | 7181001341-254 | 7/2/2018 | $2,424.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010143 | $7,815.66 | 9/19/2018 | 6181001341-253 | 7/2/2018 | $5,390.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998415 | $1,758.86 | 8/28/2018 | 6181001341-252 | 6/2/2018 | $1,758.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994677 | $9,170.18 | 8/17/2018 | 6181001341-251 | 6/2/2018 | $1,225.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994677 | $9,170.18 | 8/17/2018 | 5181001341-250 | 6/2/2018 | $7,944.57 |

**Totals:** 3 transfer(s), $18,744.70