**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Harmony Homes, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| StarWest, LLC | StarWest, LLC | 63885 | $21,835.78 | 10/5/2018 | Q3 2018 REBATES | 10/2/2018 | $1,655.76 |
| StarWest, LLC | StarWest, LLC | 63885 | $21,835.78 | 10/5/2018 | Q1 2016-Q2 2018 | 7/11/2018 | $20,180.02 |
| **Totals:** | | **1 transfer(s),** | **$21,835.78** | | | | |