**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Havas Formula, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011505 | $70,011.00 | 9/21/2018 | 20181324Z012 | 7/2/2018 | $25,011.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011505 | $70,011.00 | 9/21/2018 | 20181321Z011 | 7/2/2018 | $45,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007346 | $3,829.44 | 9/14/2018 | 20181269Z104 | 6/25/2018 | $25.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007346 | $3,829.44 | 9/14/2018 | 20181268Z055 | 6/25/2018 | $2,650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007346 | $3,829.44 | 9/14/2018 | 20181249Z150 | 6/25/2018 | $1,154.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003888 | $97,511.00 | 9/7/2018 | 20181246Z104 | 6/22/2018 | $27,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003888 | $97,511.00 | 9/7/2018 | 20181085Z011 | 6/1/2018 | $25,011.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003888 | $97,511.00 | 9/7/2018 | 20181084Z010 | 6/1/2018 | $45,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000398 | $25,011.00 | 8/31/2018 | 20181193 | 6/12/2018 | $25,011.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989288 | $59,362.34 | 8/8/2018 | 20181033Z011 | 5/24/2018 | $25,011.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989288 | $59,362.34 | 8/8/2018 | 20180994Z096 | 5/24/2018 | $22,077.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989288 | $59,362.34 | 8/8/2018 | 20180987Z150 | 5/24/2018 | $12,274.19 |

Totals:    5 transfer(s),    $255,724.78