**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Havas Media Group USA LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781001896 | $3,132,981.41 | 9/4/2018 | SHCJULY18A | 7/16/2018 | $1,847,164.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001896 | $3,132,981.41 | 9/4/2018 | KMTJULY18A | 7/16/2018 | $1,285,817.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988829 | $2,633,729.05 | 8/7/2018 | SHCJUNE18A | 6/21/2018 | $2,585,764.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988829 | $2,633,729.05 | 8/7/2018 | KMTJUNE18A | 6/21/2018 | $47,964.62 |

Totals:    2 transfer(s),    $5,766,710.46