**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Helen Andrews, Inc.** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005317 | $9,559.72 | 9/11/2018 | 93000454751 | 8/8/2018 | $26.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005317 | $9,559.72 | 9/11/2018 | 93001012471 | 8/10/2018 | $14.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005317 | $9,559.72 | 9/11/2018 | 93000598755 | 8/10/2018 | $21.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005317 | $9,559.72 | 9/11/2018 | 93000588975 | 8/9/2018 | $4.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005317 | $9,559.72 | 9/11/2018 | 93000570950 | 8/9/2018 | $8.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005317 | $9,559.72 | 9/11/2018 | 93000498758 | 8/8/2018 | $10.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005317 | $9,559.72 | 9/11/2018 | 93000494280 | 8/8/2018 | $8.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005317 | $9,559.72 | 9/11/2018 | 93000493354 | 8/8/2018 | $4.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998426 | $50.50 | 8/28/2018 | 7119155000-1 | 7/30/2018 | $9.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005317 | $9,559.72 | 9/11/2018 | 93000456360 | 8/8/2018 | $7.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005317 | $9,559.72 | 9/11/2018 | 93001038839 | 8/11/2018 | $9.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005317 | $9,559.72 | 9/11/2018 | 7193725000-1 | 8/13/2018 | $4.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005317 | $9,559.72 | 9/11/2018 | 542646 | 8/10/2018 | $9,314.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002823 | $8,935.75 | 9/5/2018 | 541953 | 8/6/2018 | $8,935.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999303 | $11,665.47 | 8/29/2018 | 7126705000-1 | 7/31/2018 | $5.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999303 | $11,665.47 | 8/29/2018 | 7125755000-1 | 7/31/2018 | $4.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999303 | $11,665.47 | 8/29/2018 | 541042-2623 | 7/26/2018 | $2,081.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999303 | $11,665.47 | 8/29/2018 | 541042-2621 | 7/26/2018 | $5,581.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984810 | $5,698.12 | 7/26/2018 | 538925 | 6/25/2018 | $9,715.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005317 | $9,559.72 | 9/11/2018 | 93000459957 | 8/8/2018 | $4.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005317 | $9,559.72 | 9/11/2018 | 93001246980 | 8/13/2018 | $26.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006833 | $56.63 | 9/13/2018 | 93001380270 | 8/15/2018 | $21.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006833 | $56.63 | 9/13/2018 | 93001371742 | 8/15/2018 | $8.23 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006833 | $56.63 | 9/13/2018 | 7254835000-1 | 8/15/2018 | $5.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006833 | $56.63 | 9/13/2018 | 7216785000-2 | 8/13/2018 | $7.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006833 | $56.63 | 9/13/2018 | 7216785000-1 | 8/13/2018 | $14.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006212 | $1,947.73 | 9/12/2018 | 93001301366 | 8/14/2018 | $8.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006212 | $1,947.73 | 9/12/2018 | 93001283882 | 8/14/2018 | $7.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006212 | $1,947.73 | 9/12/2018 | 93001184472 | 8/13/2018 | $15.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005317 | $9,559.72 | 9/11/2018 | 93001032487 | 8/10/2018 | $4.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006212 | $1,947.73 | 9/12/2018 | 543132 | 8/14/2018 | $1,972.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005317 | $9,559.72 | 9/11/2018 | 93001033875 | 8/11/2018 | $4.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005317 | $9,559.72 | 9/11/2018 | 93001241248 | 8/13/2018 | $22.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005317 | $9,559.72 | 9/11/2018 | 93001238961 | 8/13/2018 | $4.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005317 | $9,559.72 | 9/11/2018 | 93001174765 | 8/12/2018 | $4.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005317 | $9,559.72 | 9/11/2018 | 93001150102 | 8/12/2018 | $21.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005317 | $9,559.72 | 9/11/2018 | 93001108428 | 8/12/2018 | $8.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005317 | $9,559.72 | 9/11/2018 | 93001093511 | 8/11/2018 | $8.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005317 | $9,559.72 | 9/11/2018 | 93001092548 | 8/11/2018 | $22.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998426 | $50.50 | 8/28/2018 | 7102285000-1 | 7/30/2018 | $12.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006212 | $1,947.73 | 9/12/2018 | 93000466580 | 8/8/2018 | $9.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984810 | $5,698.12 | 7/26/2018 | 6711925000-1 | 6/28/2018 | $7.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989297 | $2,448.54 | 8/8/2018 | 6860655000-1 | 7/11/2018 | $4.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989297 | $2,448.54 | 8/8/2018 | 6848015000-1 | 7/11/2018 | $4.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986577 | $62,671.71 | 7/31/2018 | 538015-2620 | 6/11/2018 | $9,680.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986577 | $62,671.71 | 7/31/2018 | 537798-2619 | 6/7/2018 | $11,107.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986577 | $62,671.71 | 7/31/2018 | 533693 | 5/11/2018 | $14,033.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986577 | $62,671.71 | 7/31/2018 | 533692 | 5/11/2018 | $16,133.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986577 | $62,671.71 | 7/31/2018 | 531721 | 5/1/2018 | $11,817.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999303 | $11,665.47 | 8/29/2018 | 541040 | 7/27/2018 | $9,574.27 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984810 | $5,698.12 | 7/26/2018 | 6712995000-1 | 6/28/2018 | $7.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992352 | $7.79 | 8/14/2018 | 6967365000-1 | 7/18/2018 | $13.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984810 | $5,698.12 | 7/26/2018 | 6695905000-1 | 6/26/2018 | $14.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984810 | $5,698.12 | 7/26/2018 | 6668165000-1 | 6/25/2018 | $4.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984810 | $5,698.12 | 7/26/2018 | 6649775000-1 | 6/22/2018 | $7.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984810 | $5,698.12 | 7/26/2018 | 6644795000-1 | 6/21/2018 | $4.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984810 | $5,698.12 | 7/26/2018 | 6636625000-1 | 6/21/2018 | $10.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984810 | $5,698.12 | 7/26/2018 | 6635875000-1 | 6/21/2018 | $5.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984810 | $5,698.12 | 7/26/2018 | 539644 | 6/28/2018 | $10,222.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984810 | $5,698.12 | 7/26/2018 | 539629 | 6/26/2018 | $2,135.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984810 | $5,698.12 | 7/26/2018 | 6720795000-1 | 6/29/2018 | $7.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996003 | $10,192.00 | 8/20/2018 | 7005365000-1 | 7/23/2018 | $31.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998426 | $50.50 | 8/28/2018 | 7092605000-1 | 7/30/2018 | $26.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998426 | $50.50 | 8/28/2018 | 7087365000-1 | 7/30/2018 | $7.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998426 | $50.50 | 8/28/2018 | 7072835000-1 | 7/27/2018 | $31.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998426 | $50.50 | 8/28/2018 | 7070195000-1 | 7/26/2018 | $13.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998426 | $50.50 | 8/28/2018 | 7060915000-1 | 7/26/2018 | $4.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998426 | $50.50 | 8/28/2018 | 7059185000-1 | 7/25/2018 | $4.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996003 | $10,192.00 | 8/20/2018 | 7044275000-1 | 7/24/2018 | $12.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996003 | $10,192.00 | 8/20/2018 | 7024065000-1 | 7/23/2018 | $49.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989297 | $2,448.54 | 8/8/2018 | CD3102887ED | 7/25/2018 | $2,452.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996003 | $10,192.00 | 8/20/2018 | 7006535000-1 | 7/23/2018 | $5.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990799 | $44.68 | 8/10/2018 | 537803 | 6/8/2018 | $44.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996003 | $10,192.00 | 8/20/2018 | 6983615000-1 | 7/20/2018 | $49.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996003 | $10,192.00 | 8/20/2018 | 541041 | 7/20/2018 | $1,088.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996003 | $10,192.00 | 8/20/2018 | 541039 | 7/20/2018 | $7,426.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996003 | $10,192.00 | 8/20/2018 | 541038 | 7/18/2018 | $7,382.48 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780996003 | $10,192.00 | 8/20/2018 | 541037 | 7/18/2018 | $1,360.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992839 | $26.10 | 8/15/2018 | 6970315000-2 | 7/19/2018 | $9.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992839 | $26.10 | 8/15/2018 | 6970315000-1 | 7/19/2018 | $16.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007353 | $126.94 | 9/14/2018 | 7227555000-1 | 8/13/2018 | $31.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996003 | $10,192.00 | 8/20/2018 | 7016605000-1 | 7/23/2018 | $7.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012895 | $225.91 | 9/25/2018 | 93002361948 | 8/25/2018 | $12.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012895 | $225.91 | 9/25/2018 | 93002426358 | 8/26/2018 | $4.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012895 | $225.91 | 9/25/2018 | 93002424802 | 8/26/2018 | $8.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012895 | $225.91 | 9/25/2018 | 93002423737 | 8/26/2018 | $4.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012895 | $225.91 | 9/25/2018 | 93002388783 | 8/26/2018 | $4.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012895 | $225.91 | 9/25/2018 | 93002383406 | 8/26/2018 | $16.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012895 | $225.91 | 9/25/2018 | 93002379578 | 8/25/2018 | $68.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012895 | $225.91 | 9/25/2018 | 93002367773 | 8/25/2018 | $24.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007353 | $126.94 | 9/14/2018 | 7188675000-1 | 8/13/2018 | $4.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012895 | $225.91 | 9/25/2018 | 93002365610 | 8/25/2018 | $8.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012895 | $225.91 | 9/25/2018 | 93002457990 | 8/27/2018 | $4.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012895 | $225.91 | 9/25/2018 | 7219725000-1 | 8/13/2018 | $4.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012148 | $55.19 | 9/24/2018 | 93002304287 | 8/24/2018 | $21.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012148 | $55.19 | 9/24/2018 | 93002300013 | 8/24/2018 | $4.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012148 | $55.19 | 9/24/2018 | 93002300005 | 8/24/2018 | $10.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012148 | $55.19 | 9/24/2018 | 93002287245 | 8/24/2018 | $14.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012148 | $55.19 | 9/24/2018 | 93002255857 | 8/24/2018 | $4.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011514 | $36.36 | 9/21/2018 | 93002241638 | 8/23/2018 | $13.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011514 | $36.36 | 9/21/2018 | 93002225155 | 8/23/2018 | $12.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012895 | $225.91 | 9/25/2018 | 93002366227 | 8/25/2018 | $21.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013790 | $115.46 | 9/26/2018 | 7371385000-1 | 8/28/2018 | $4.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014407 | $73.73 | 9/27/2018 | 93003026406 | 8/29/2018 | $10.21 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781014407 | $73.73 | 9/27/2018 | 93003022025 | 8/29/2018 | $21.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014407 | $73.73 | 9/27/2018 | 93003012275 | 8/29/2018 | $15.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014407 | $73.73 | 9/27/2018 | 93003011971 | 8/29/2018 | $4.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014407 | $73.73 | 9/27/2018 | 7389125000-1 | 8/29/2018 | $4.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014407 | $73.73 | 9/27/2018 | 7387585000-1 | 8/29/2018 | $8.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013790 | $115.46 | 9/26/2018 | 93002599698 | 8/28/2018 | $4.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013790 | $115.46 | 9/26/2018 | 93002593347 | 8/28/2018 | $22.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012895 | $225.91 | 9/25/2018 | 93002445837 | 8/27/2018 | $10.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013790 | $115.46 | 9/26/2018 | 7376875000-1 | 8/28/2018 | $4.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012895 | $225.91 | 9/25/2018 | 93002448260 | 8/27/2018 | $9.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013790 | $115.46 | 9/26/2018 | 7367845000-1 | 8/28/2018 | $21.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013790 | $115.46 | 9/26/2018 | 7360425000-1 | 8/28/2018 | $4.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013790 | $115.46 | 9/26/2018 | 7360035000-1 | 8/28/2018 | $14.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013790 | $115.46 | 9/26/2018 | 7317875000-1 | 8/28/2018 | $31.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013790 | $115.46 | 9/26/2018 | 7259575000-1 | 8/15/2018 | $4.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012895 | $225.91 | 9/25/2018 | 93002534333 | 8/27/2018 | $4.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012895 | $225.91 | 9/25/2018 | 93002469631 | 8/27/2018 | $19.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011117 | $45.37 | 9/20/2018 | 93002173779 | 8/22/2018 | $17.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013790 | $115.46 | 9/26/2018 | 93002591313 | 8/28/2018 | $4.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007353 | $126.94 | 9/14/2018 | 93001417768 | 8/16/2018 | $8.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011514 | $36.36 | 9/21/2018 | 93002208806 | 8/23/2018 | $9.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010156 | $1,235.56 | 9/19/2018 | 7300225000-1 | 8/21/2018 | $4.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010156 | $1,235.56 | 9/19/2018 | 7286285000-1 | 8/21/2018 | $4.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010156 | $1,235.56 | 9/19/2018 | 7283405000-1 | 8/21/2018 | $6.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010156 | $1,235.56 | 9/19/2018 | 7282375000-1 | 8/21/2018 | $14.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010156 | $1,235.56 | 9/19/2018 | 7276145000-1 | 8/17/2018 | $4.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010156 | $1,235.56 | 9/19/2018 | 7270575000-1 | 8/17/2018 | $4.22 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781010156 | $1,235.56 | 9/19/2018 | 7262465000-1 | 8/21/2018 | $4.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010156 | $1,235.56 | 9/19/2018 | 7302445000-1 | 8/21/2018 | $14.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007353 | $126.94 | 9/14/2018 | 93120790360 | 8/16/2018 | $18.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010156 | $1,235.56 | 9/19/2018 | 7312065000-1 | 8/21/2018 | $14.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007353 | $126.94 | 9/14/2018 | 93001417117 | 8/16/2018 | $14.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007353 | $126.94 | 9/14/2018 | 93001414198 | 8/16/2018 | $13.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007353 | $126.94 | 9/14/2018 | 93001409691 | 8/16/2018 | $14.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007353 | $126.94 | 9/14/2018 | 93001408402 | 8/16/2018 | $4.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007353 | $126.94 | 9/14/2018 | 7258005000-1 | 8/16/2018 | $4.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007353 | $126.94 | 9/14/2018 | 7248375000-1 | 8/14/2018 | $4.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007353 | $126.94 | 9/14/2018 | 7241335000-1 | 8/13/2018 | $5.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014407 | $73.73 | 9/27/2018 | 93003045315 | 8/29/2018 | $9.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010156 | $1,235.56 | 9/19/2018 | 543653 | 8/16/2018 | $6,518.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010156 | $1,235.56 | 9/19/2018 | 93002027111 | 8/20/2018 | $9.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007353 | $126.94 | 9/14/2018 | 7188695000-1 | 8/13/2018 | $4.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011117 | $45.37 | 9/20/2018 | 93002170131 | 8/22/2018 | $10.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011117 | $45.37 | 9/20/2018 | 93002166842 | 8/22/2018 | $8.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010156 | $1,235.56 | 9/19/2018 | 93120790567 | 8/20/2018 | $12.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010156 | $1,235.56 | 9/19/2018 | 93120790539 | 8/18/2018 | $26.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010156 | $1,235.56 | 9/19/2018 | 93120790044 | 8/20/2018 | $21.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010156 | $1,235.56 | 9/19/2018 | 93120779844 | 8/20/2018 | $21.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010156 | $1,235.56 | 9/19/2018 | 93002147484 | 8/21/2018 | $10.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010156 | $1,235.56 | 9/19/2018 | 7302405000-1 | 8/21/2018 | $14.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010156 | $1,235.56 | 9/19/2018 | 93002037606 | 8/20/2018 | $4.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011117 | $45.37 | 9/20/2018 | 93002175432 | 8/22/2018 | $9.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010156 | $1,235.56 | 9/19/2018 | 93002025151 | 8/20/2018 | $68.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010156 | $1,235.56 | 9/19/2018 | 93002016526 | 8/19/2018 | $26.93 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781010156 | $1,235.56 | 9/19/2018 | 93001593135 | 8/19/2018 | $4.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010156 | $1,235.56 | 9/19/2018 | 93001544262 | 8/18/2018 | $4.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010156 | $1,235.56 | 9/19/2018 | 93001499653 | 8/18/2018 | $174.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010156 | $1,235.56 | 9/19/2018 | 93001467894 | 8/18/2018 | $9.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010156 | $1,235.56 | 9/19/2018 | 93001464630 | 8/18/2018 | $10.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010156 | $1,235.56 | 9/19/2018 | 93001459780 | 8/17/2018 | $4.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010156 | $1,235.56 | 9/19/2018 | 93002064316 | 8/20/2018 | $9.76 |

**Totals:** 21 transfer(s),   $115,219.26