**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Hoffmaster Group, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780997072 | $150,932.01 | 8/22/2018 | 9381907001-537 | 7/19/2018 | $23,882.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992864 | $97,319.05 | 8/15/2018 | 9378928001 | 7/19/2018 | $31,210.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992864 | $97,319.05 | 8/15/2018 | 9378929001 | 7/19/2018 | $21,457.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992864 | $97,319.05 | 8/15/2018 | 9378932 | 7/24/2018 | $12,496.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992864 | $97,319.05 | 8/15/2018 | 9381909001 | 7/19/2018 | $33,161.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997072 | $150,932.01 | 8/22/2018 | 9378926 | 7/19/2018 | $30,092.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997072 | $150,932.01 | 8/22/2018 | 9378927 | 6/29/2018 | $32,043.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992864 | $97,319.05 | 8/15/2018 | 9360914001 | 7/19/2018 | $686.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997072 | $150,932.01 | 8/22/2018 | 9378931001 | 7/19/2018 | $23,882.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003909 | $7,998.48 | 9/7/2018 | 9393819001 | 7/19/2018 | $7,998.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997072 | $150,932.01 | 8/22/2018 | 9381907001-538 | 7/19/2018 | $24,033.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997072 | $150,932.01 | 8/22/2018 | 9381908001 | 7/19/2018 | $15,154.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000422 | $36,944.61 | 8/31/2018 | 9385883001 | 7/19/2018 | $10,321.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000422 | $36,944.61 | 8/31/2018 | 9385884001 | 7/19/2018 | $11,426.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000422 | $36,944.61 | 8/31/2018 | 9385885001 | 7/19/2018 | $3,770.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000422 | $36,944.61 | 8/31/2018 | 9388029001 | 7/6/2018 | $5,865.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000422 | $36,944.61 | 8/31/2018 | 9388030001 | 7/19/2018 | $5,560.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997072 | $150,932.01 | 8/22/2018 | 9378930001 | 7/19/2018 | $26,115.15 |

**Totals:** 4 transfer(s), $293,194.15