**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Home Depot U.S.A. Inc. dba The Home Depot Pro Institutional dba SupplyWorks** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987620 | $5,965.59 | 8/1/2018 | 440403525 | 5/21/2018 | $885.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980865 | $1,420.19 | 7/18/2018 | 438369654 | 5/3/2018 | $607.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991127 | $1,490.12 | 8/10/2018 | 441294014 | 5/29/2018 | $219.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991127 | $1,490.12 | 8/10/2018 | 441294006 | 5/29/2018 | $352.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987620 | $5,965.59 | 8/1/2018 | 440879302 | 5/23/2018 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987620 | $5,965.59 | 8/1/2018 | 440616076 | 5/22/2018 | $526.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987620 | $5,965.59 | 8/1/2018 | 440616068 | 5/22/2018 | $470.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995314 | $715.78 | 8/17/2018 | 441610870 | 5/31/2018 | $35.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987620 | $5,965.59 | 8/1/2018 | 440403533 | 5/21/2018 | $47.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995314 | $715.78 | 8/17/2018 | 441610888 | 5/31/2018 | $69.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984206 | $6,514.95 | 7/25/2018 | 439607664 | 5/14/2018 | $2,196.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984206 | $6,514.95 | 7/25/2018 | 439607656 | 5/14/2018 | $2,852.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984206 | $6,514.95 | 7/25/2018 | 439552084 | 5/14/2018 | $86.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984206 | $6,514.95 | 7/25/2018 | 439550765 | 5/14/2018 | $980.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984206 | $6,514.95 | 7/25/2018 | 439275926 | 5/10/2018 | $399.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980865 | $1,420.19 | 7/18/2018 | 439035361 | 5/9/2018 | $99.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980865 | $1,420.19 | 7/18/2018 | 438671695 | 5/7/2018 | $834.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987620 | $5,965.59 | 8/1/2018 | 440616050 | 5/22/2018 | $4,010.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005644 | $1,019.13 | 9/11/2018 | 444391221 | 6/22/2018 | $178.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013231 | $7,599.40 | 9/25/2018 | 446106429 | 7/9/2018 | $855.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013231 | $7,599.40 | 9/25/2018 | 445989478 | 7/6/2018 | $537.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013231 | $7,599.40 | 9/25/2018 | 445812076 | 7/5/2018 | $2,196.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009342 | $2,148.84 | 9/18/2018 | 445400328 | 7/2/2018 | $971.57 |

Home Depot U.S.A. Inc. dba The Home Depot Pro Institutional dba SupplyWorks (2219726)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                            Exhibit A                                            P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009342 | $2,148.84 | 9/18/2018 | 445281660 | 6/29/2018 | $176.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009342 | $2,148.84 | 9/18/2018 | 445281652 | 6/29/2018 | $748.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991127 | $1,490.12 | 8/10/2018 | 441382587 | 5/30/2018 | $977.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005644 | $1,019.13 | 9/11/2018 | 444565204 | 6/25/2018 | $840.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013231 | $7,599.40 | 9/25/2018 | 446347619 | 7/10/2018 | $4,010.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002248 | $1,042.56 | 9/4/2018 | 444168322 | 6/20/2018 | $44.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002248 | $1,042.56 | 9/4/2018 | 444032338 | 6/20/2018 | $129.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002248 | $1,042.56 | 9/4/2018 | 443708466 | 6/18/2018 | $761.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002248 | $1,042.56 | 9/4/2018 | 443413604 | 6/14/2018 | $106.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998747 | $1,509.36 | 8/28/2018 | 443229653 | 6/13/2018 | $547.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998747 | $1,509.36 | 8/28/2018 | 442805263 | 6/11/2018 | $961.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995314 | $715.78 | 8/17/2018 | 441901022 | 6/4/2018 | $610.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009342 | $2,148.84 | 9/18/2018 | 445114366 | 6/28/2018 | $318.43 |

Totals:     10 transfer(s),     $29,425.92

Home Depot U.S.A. Inc. dba The Home Depot Pro Institutional dba SupplyWorks (2219726)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jan 27, 2020                                         Exhibit A                                         P. 2