**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | Home Products International - North America, Inc. |
| --- | --- |
| Bankruptcy Case: | Sears Holdings Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990805 | $76,984.35 | 7/31/2018 | 2307865-22353 | 5/22/2018 | $130.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988834 | $41,554.75 | 7/26/2018 | 2324609-22346 | 7/3/2018 | $9,844.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988834 | $41,554.75 | 7/26/2018 | 2324610-22347 | 7/3/2018 | $1,092.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988834 | $41,554.75 | 7/26/2018 | 2324610-22349 | 7/3/2018 | $8,920.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988834 | $41,554.75 | 7/26/2018 | 2324639 | 7/3/2018 | $8,559.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989317 | $7,458.63 | 7/27/2018 | 2314384-22350 | 6/5/2018 | $209.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989317 | $7,458.63 | 7/27/2018 | 2325062 | 7/5/2018 | $6,640.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989317 | $7,458.63 | 7/27/2018 | 2326661-22351 | 7/9/2018 | $609.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990805 | $76,984.35 | 7/31/2018 | 2324057 | 7/2/2018 | $188.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990032 | $7,296.27 | 7/30/2018 | 2324637 | 7/3/2018 | $3,955.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988834 | $41,554.75 | 7/26/2018 | 2324045 | 7/2/2018 | $1,952.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990805 | $76,984.35 | 7/31/2018 | 2313278-22354 | 6/1/2018 | $745.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990805 | $76,984.35 | 7/31/2018 | 2322059-22356 | 6/28/2018 | $46.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990805 | $76,984.35 | 7/31/2018 | 2322059-22357 | 6/28/2018 | $46.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990805 | $76,984.35 | 7/31/2018 | 2323181-22358 | 6/29/2018 | $765.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990805 | $76,984.35 | 7/31/2018 | 2323181-22360 | 6/29/2018 | $10,072.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990805 | $76,984.35 | 7/31/2018 | 2323276 | 6/29/2018 | $363.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990805 | $76,984.35 | 7/31/2018 | 2323984 | 7/2/2018 | $212.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988210 | $86,350.97 | 7/25/2018 | 2318008-22328 | 6/15/2018 | $330.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990032 | $7,296.27 | 7/30/2018 | 2314384-22352 | 6/5/2018 | $3,348.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988210 | $86,350.97 | 7/25/2018 | 2323989 | 7/2/2018 | $2,732.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993675 | $4,512.14 | 8/6/2018 | 2324026 | 7/2/2018 | $516.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988210 | $86,350.97 | 7/25/2018 | 2318018-22331 | 6/15/2018 | $1,858.56 |

Home Products International - North America, Inc. (2219268)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                Exhibit A                                P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988210 | $86,350.97 | 7/25/2018 | 2318018-22333 | 6/15/2018 | $16,127.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988210 | $86,350.97 | 7/25/2018 | 2318019 | 6/15/2018 | $9,053.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988210 | $86,350.97 | 7/25/2018 | 2318020-22335 | 6/15/2018 | $447.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988210 | $86,350.97 | 7/25/2018 | 2318020-22336 | 6/15/2018 | $12,102.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988210 | $86,350.97 | 7/25/2018 | 2318021-22337 | 6/15/2018 | $355.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988210 | $86,350.97 | 7/25/2018 | 2318021-22339 | 6/15/2018 | $8,698.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988834 | $41,554.75 | 7/26/2018 | 2324609-22344 | 7/3/2018 | $2,243.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988210 | $86,350.97 | 7/25/2018 | 2323183 | 6/29/2018 | $257.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988834 | $41,554.75 | 7/26/2018 | 2324046 | 7/2/2018 | $4,639.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988210 | $86,350.97 | 7/25/2018 | 2324058 | 7/2/2018 | $1,985.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988210 | $86,350.97 | 7/25/2018 | 2324635-22341 | 7/3/2018 | $108.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988210 | $86,350.97 | 7/25/2018 | 2324635-22342 | 7/3/2018 | $8,274.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988210 | $86,350.97 | 7/25/2018 | 2324636 | 7/3/2018 | $386.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988210 | $86,350.97 | 7/25/2018 | 2324690 | 7/3/2018 | $3,895.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988834 | $41,554.75 | 7/26/2018 | 2283391-22343 | 3/9/2018 | $747.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988834 | $41,554.75 | 7/26/2018 | 2323988 | 7/2/2018 | $7,111.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990805 | $76,984.35 | 7/31/2018 | 2324060 | 7/2/2018 | $842.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988210 | $86,350.97 | 7/25/2018 | 2323182 | 6/29/2018 | $1,138.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991707 | $11,669.14 | 8/1/2018 | 2326670 | 7/9/2018 | $3,307.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991707 | $11,669.14 | 8/1/2018 | 2322060-22373 | 6/28/2018 | $46.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991707 | $11,669.14 | 8/1/2018 | 2322060-22375 | 6/28/2018 | $22.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991707 | $11,669.14 | 8/1/2018 | 2322061 | 6/28/2018 | $84.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991707 | $11,669.14 | 8/1/2018 | 2323985 | 7/2/2018 | $3,191.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991707 | $11,669.14 | 8/1/2018 | 2323986 | 7/2/2018 | $555.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991707 | $11,669.14 | 8/1/2018 | 2324024 | 7/2/2018 | $4,002.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991707 | $11,669.14 | 8/1/2018 | 2324059 | 7/2/2018 | $3,356.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990805 | $76,984.35 | 7/31/2018 | 2324023 | 7/2/2018 | $129.12 |

Home Products International - North America, Inc. (2219268)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991707 | $11,669.14 | 8/1/2018 | 2324979-22378 | 7/5/2018 | $21.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990805 | $76,984.35 | 7/31/2018 | 2326673 | 7/9/2018 | $297.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992359 | $14,977.50 | 8/2/2018 | 2303509-22379 | 5/8/2018 | $2,401.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992359 | $14,977.50 | 8/2/2018 | 2323186 | 6/29/2018 | $153.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992359 | $14,977.50 | 8/2/2018 | 2323277 | 6/29/2018 | $1,452.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992359 | $14,977.50 | 8/2/2018 | 2326664 | 7/9/2018 | $645.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992359 | $14,977.50 | 8/2/2018 | 2327806 | 7/11/2018 | $10,325.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992871 | $9,602.90 | 8/3/2018 | 2327807 | 7/11/2018 | $7,357.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992871 | $9,602.90 | 8/3/2018 | 2327808 | 7/11/2018 | $2,249.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983843 | $10,025.98 | 7/17/2018 | 2302107-22293 | 5/4/2018 | $749.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991707 | $11,669.14 | 8/1/2018 | 2324979-22376 | 7/5/2018 | $114.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990805 | $76,984.35 | 7/31/2018 | 2325063-22369 | 7/5/2018 | $8,224.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990805 | $76,984.35 | 7/31/2018 | 2324064 | 7/2/2018 | $4,424.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990805 | $76,984.35 | 7/31/2018 | 2324634 | 7/3/2018 | $2,159.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990805 | $76,984.35 | 7/31/2018 | 2324640-22361 | 7/3/2018 | $421.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990805 | $76,984.35 | 7/31/2018 | 2324640-22363 | 7/3/2018 | $6,910.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990805 | $76,984.35 | 7/31/2018 | 2324691-22364 | 7/3/2018 | $33.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990805 | $76,984.35 | 7/31/2018 | 2324691-22366 | 7/3/2018 | $492.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990805 | $76,984.35 | 7/31/2018 | 2324692 | 7/3/2018 | $977.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990805 | $76,984.35 | 7/31/2018 | 2325032 | 7/5/2018 | $4,252.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990805 | $76,984.35 | 7/31/2018 | 2327102 | 7/10/2018 | $4,716.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990805 | $76,984.35 | 7/31/2018 | 2325063-22368 | 7/5/2018 | $375.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990805 | $76,984.35 | 7/31/2018 | 2326680 | 7/9/2018 | $257.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990805 | $76,984.35 | 7/31/2018 | 2325064-22370 | 7/5/2018 | $372.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990805 | $76,984.35 | 7/31/2018 | 2325064-22372 | 7/5/2018 | $13,968.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990805 | $76,984.35 | 7/31/2018 | 2326559 | 7/9/2018 | $11,817.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990805 | $76,984.35 | 7/31/2018 | 2326566 | 7/9/2018 | $711.13 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990805 | $76,984.35 | 7/31/2018 | 2326665 | 7/9/2018 | $2,386.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990805 | $76,984.35 | 7/31/2018 | 2326666 | 7/9/2018 | $874.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990805 | $76,984.35 | 7/31/2018 | 2326667 | 7/9/2018 | $372.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988210 | $86,350.97 | 7/25/2018 | 2318006-22327 | 6/15/2018 | $14,788.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990805 | $76,984.35 | 7/31/2018 | 2325059 | 7/5/2018 | $1,410.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983843 | $10,025.98 | 7/17/2018 | 2319454 | 6/20/2018 | $6,491.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983843 | $10,025.98 | 7/17/2018 | 2319118 | 6/19/2018 | $7,453.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983843 | $10,025.98 | 7/17/2018 | 2319119 | 6/19/2018 | $623.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983843 | $10,025.98 | 7/17/2018 | 2319120 | 6/19/2018 | $4,506.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983843 | $10,025.98 | 7/17/2018 | 2319435-22301 | 6/20/2018 | $2,013.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983843 | $10,025.98 | 7/17/2018 | 2319435-22303 | 6/20/2018 | $3,503.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983843 | $10,025.98 | 7/17/2018 | 2319438 | 6/20/2018 | $167.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983843 | $10,025.98 | 7/17/2018 | 2319448 | 6/20/2018 | $1,418.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983843 | $10,025.98 | 7/17/2018 | 2320180-22312 | 6/22/2018 | $10,108.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983843 | $10,025.98 | 7/17/2018 | 2319451-22306 | 6/20/2018 | $3,278.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983843 | $10,025.98 | 7/17/2018 | 2318662 | 6/18/2018 | $445.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983843 | $10,025.98 | 7/17/2018 | 2319455 | 6/20/2018 | $226.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983843 | $10,025.98 | 7/17/2018 | 2319456 | 6/20/2018 | $153.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983843 | $10,025.98 | 7/17/2018 | 2319469-22308 | 6/20/2018 | $710.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983843 | $10,025.98 | 7/17/2018 | 2319469-22309 | 6/20/2018 | $8,342.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983843 | $10,025.98 | 7/17/2018 | 2319470 | 6/20/2018 | $4,589.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983843 | $10,025.98 | 7/17/2018 | 2319471 | 6/20/2018 | $4,424.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983843 | $10,025.98 | 7/17/2018 | 2320179 | 6/22/2018 | $8,403.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988210 | $86,350.97 | 7/25/2018 | 2318008-22330 | 6/15/2018 | $10,217.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983843 | $10,025.98 | 7/17/2018 | 2319451-22304 | 6/20/2018 | $127.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983843 | $10,025.98 | 7/17/2018 | 2316255 | 6/11/2018 | $1,061.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983843 | $10,025.98 | 7/17/2018 | 2303511-22294 | 5/8/2018 | $1,278.90 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983843 | $10,025.98 | 7/17/2018 | 2313284 | 6/1/2018 | $967.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983843 | $10,025.98 | 7/17/2018 | 2313285 | 6/1/2018 | $153.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983843 | $10,025.98 | 7/17/2018 | 2313819-22295 | 6/4/2018 | $886.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983843 | $10,025.98 | 7/17/2018 | 2314378-22296 | 6/5/2018 | $430.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983843 | $10,025.98 | 7/17/2018 | 2315610-22297 | 6/8/2018 | $264.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983843 | $10,025.98 | 7/17/2018 | 2315613-22298 | 6/8/2018 | $234.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983843 | $10,025.98 | 7/17/2018 | 2316249 | 6/11/2018 | $417.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983843 | $10,025.98 | 7/17/2018 | 2318667 | 6/18/2018 | $51.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983843 | $10,025.98 | 7/17/2018 | 2316251 | 6/11/2018 | $5,510.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983843 | $10,025.98 | 7/17/2018 | 2318666 | 6/18/2018 | $222.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983843 | $10,025.98 | 7/17/2018 | 2316257 | 6/11/2018 | $1,022.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983843 | $10,025.98 | 7/17/2018 | 2316862-22299 | 6/12/2018 | $162.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983843 | $10,025.98 | 7/17/2018 | 2316868-22300 | 6/12/2018 | $1,196.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983843 | $10,025.98 | 7/17/2018 | 2318007 | 6/15/2018 | $16,746.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983843 | $10,025.98 | 7/17/2018 | 2318023 | 6/15/2018 | $2,661.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983843 | $10,025.98 | 7/17/2018 | 2318617 | 6/18/2018 | $146.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983843 | $10,025.98 | 7/17/2018 | 2318618 | 6/18/2018 | $187.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983843 | $10,025.98 | 7/17/2018 | 2320181-22313 | 6/22/2018 | $710.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983843 | $10,025.98 | 7/17/2018 | 2316250 | 6/11/2018 | $1,118.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987303 | $34,552.43 | 7/24/2018 | 2322511 | 6/28/2018 | $3,303.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985889 | $8,148.86 | 7/20/2018 | 2323180-22324 | 6/29/2018 | $2,926.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986582 | $3,964.70 | 7/23/2018 | 2319439 | 6/20/2018 | $417.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986582 | $3,964.70 | 7/23/2018 | 2319440 | 6/20/2018 | $749.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986582 | $3,964.70 | 7/23/2018 | 2319457 | 6/20/2018 | $2,671.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986582 | $3,964.70 | 7/23/2018 | 2319458 | 6/20/2018 | $153.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987303 | $34,552.43 | 7/24/2018 | 2319459 | 6/20/2018 | $789.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987303 | $34,552.43 | 7/24/2018 | 2320826 | 6/25/2018 | $645.94 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983843 | $10,025.98 | 7/17/2018 | 2320180-22310 | 6/22/2018 | $110.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987303 | $34,552.43 | 7/24/2018 | 2322510 | 6/28/2018 | $4,329.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985889 | $8,148.86 | 7/20/2018 | 2319450 | 6/20/2018 | $230.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987303 | $34,552.43 | 7/24/2018 | 2324022 | 7/2/2018 | $5,176.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987303 | $34,552.43 | 7/24/2018 | 2324025 | 7/2/2018 | $1,678.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987303 | $34,552.43 | 7/24/2018 | 2324061 | 7/2/2018 | $1,132.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987303 | $34,552.43 | 7/24/2018 | 2324062 | 7/2/2018 | $397.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987303 | $34,552.43 | 7/24/2018 | 2324066 | 7/2/2018 | $420.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987303 | $34,552.43 | 7/24/2018 | 2324638 | 7/3/2018 | $6,451.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987303 | $34,552.43 | 7/24/2018 | 2324641 | 7/3/2018 | $4,987.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988210 | $86,350.97 | 7/25/2018 | 2318006-22325 | 6/15/2018 | $70.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987303 | $34,552.43 | 7/24/2018 | 2322509 | 6/28/2018 | $5,283.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985410 | $15,236.78 | 7/19/2018 | 2319452 | 6/20/2018 | $3,644.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983843 | $10,025.98 | 7/17/2018 | 2320181-22315 | 6/22/2018 | $6,329.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983843 | $10,025.98 | 7/17/2018 | 2320193-22316 | 6/22/2018 | $2,270.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983843 | $10,025.98 | 7/17/2018 | 2320193-22318 | 6/22/2018 | $14,574.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983843 | $10,025.98 | 7/17/2018 | 2320194 | 6/22/2018 | $6,605.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983843 | $10,025.98 | 7/17/2018 | 2320827 | 6/25/2018 | $296.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983843 | $10,025.98 | 7/17/2018 | 2323128-22319 | 6/29/2018 | $414.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983843 | $10,025.98 | 7/17/2018 | 2323128-22321 | 6/29/2018 | $8,817.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984814 | $14,723.28 | 7/18/2018 | 2317706 | 6/14/2018 | $9,883.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985889 | $8,148.86 | 7/20/2018 | 2323180-22322 | 6/29/2018 | $110.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984814 | $14,723.28 | 7/18/2018 | 2320824 | 6/25/2018 | $297.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985889 | $8,148.86 | 7/20/2018 | 2320828 | 6/25/2018 | $4,645.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985410 | $15,236.78 | 7/19/2018 | 2319453 | 6/20/2018 | $666.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985410 | $15,236.78 | 7/19/2018 | 2319461 | 6/20/2018 | $680.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985410 | $15,236.78 | 7/19/2018 | 2320825 | 6/25/2018 | $593.96 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985410 | $15,236.78 | 7/19/2018 | 2323184 | 6/29/2018 | $9,699.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985889 | $8,148.86 | 7/20/2018 | 2319436 | 6/20/2018 | $146.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985889 | $8,148.86 | 7/20/2018 | 2319437 | 6/20/2018 | $127.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985889 | $8,148.86 | 7/20/2018 | 2319449 | 6/20/2018 | $172.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993675 | $4,512.14 | 8/6/2018 | 2324065 | 7/2/2018 | $2,068.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984814 | $14,723.28 | 7/18/2018 | 2318022 | 6/15/2018 | $6,524.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003914 | $38,912.46 | 8/24/2018 | 2335459 | 8/1/2018 | $989.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002829 | $6,950.67 | 8/22/2018 | 2334242 | 7/30/2018 | $1,853.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002829 | $6,950.67 | 8/22/2018 | 2334284 | 7/30/2018 | $668.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003427 | $41,451.56 | 8/23/2018 | 2331122 | 7/23/2018 | $996.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003427 | $41,451.56 | 8/23/2018 | 2331154 | 7/23/2018 | $2,744.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003427 | $41,451.56 | 8/23/2018 | 2334286 | 7/30/2018 | $816.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003427 | $41,451.56 | 8/23/2018 | 2334738 | 7/31/2018 | $10,592.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003427 | $41,451.56 | 8/23/2018 | 2335456 | 8/1/2018 | $3,190.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004618 | $27,511.48 | 8/27/2018 | 2335462 | 8/1/2018 | $2,689.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003427 | $41,451.56 | 8/23/2018 | 2336239 | 8/3/2018 | $10,688.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001905 | $57,868.58 | 8/21/2018 | 2335553 | 8/1/2018 | $1,079.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003914 | $38,912.46 | 8/24/2018 | 2335551 | 8/1/2018 | $4,510.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003914 | $38,912.46 | 8/24/2018 | 2335555 | 8/1/2018 | $10,227.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003914 | $38,912.46 | 8/24/2018 | 2335556 | 8/1/2018 | $5,667.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003914 | $38,912.46 | 8/24/2018 | 2335857 | 8/2/2018 | $17,530.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004618 | $27,511.48 | 8/27/2018 | 2334240 | 7/30/2018 | $10,604.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004618 | $27,511.48 | 8/27/2018 | 2335460-22398 | 8/1/2018 | $334.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004618 | $27,511.48 | 8/27/2018 | 2335460-22399 | 8/1/2018 | $8,368.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001905 | $57,868.58 | 8/21/2018 | 2328992 | 7/16/2018 | $2,553.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003427 | $41,451.56 | 8/23/2018 | 2335859 | 8/2/2018 | $12,448.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001905 | $57,868.58 | 8/21/2018 | 2334243 | 7/30/2018 | $49.74 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780993675 | $4,512.14 | 8/6/2018 | 2323990 | 7/2/2018 | $1,932.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001905 | $57,868.58 | 8/21/2018 | 2331151 | 7/23/2018 | $157.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001905 | $57,868.58 | 8/21/2018 | 2331152 | 7/23/2018 | $919.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001905 | $57,868.58 | 8/21/2018 | 2331156 | 7/23/2018 | $650.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001905 | $57,868.58 | 8/21/2018 | 2331898 | 7/24/2018 | $5,180.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001905 | $57,868.58 | 8/21/2018 | 2332249 | 7/25/2018 | $47.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001905 | $57,868.58 | 8/21/2018 | 2332287 | 7/25/2018 | $11,793.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001905 | $57,868.58 | 8/21/2018 | 2332964 | 7/26/2018 | $49.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002829 | $6,950.67 | 8/22/2018 | 2334223 | 7/30/2018 | $421.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001905 | $57,868.58 | 8/21/2018 | 2333697 | 7/27/2018 | $9,599.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002829 | $6,950.67 | 8/22/2018 | 2333698 | 7/27/2018 | $5,073.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001905 | $57,868.58 | 8/21/2018 | 2334244 | 7/30/2018 | $149.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001905 | $57,868.58 | 8/21/2018 | 2334282 | 7/30/2018 | $222.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001905 | $57,868.58 | 8/21/2018 | 2334287 | 7/30/2018 | $3,305.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001905 | $57,868.58 | 8/21/2018 | 2334288 | 7/30/2018 | $222.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001905 | $57,868.58 | 8/21/2018 | 2334292 | 7/30/2018 | $445.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001905 | $57,868.58 | 8/21/2018 | 2334737 | 7/31/2018 | $5,242.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001905 | $57,868.58 | 8/21/2018 | 2335458 | 8/1/2018 | $828.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005324 | $120,645.86 | 8/28/2018 | 2331157 | 7/23/2018 | $3,072.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001905 | $57,868.58 | 8/21/2018 | 2332966 | 7/26/2018 | $14,919.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006839 | $46,601.65 | 8/30/2018 | 2336238 | 8/3/2018 | $9,649.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006839 | $46,601.65 | 8/30/2018 | 2318008-22406 | 6/15/2018 | $330.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006839 | $46,601.65 | 8/30/2018 | 2318018-22407 | 6/15/2018 | $1,858.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006839 | $46,601.65 | 8/30/2018 | 2323181-22408 | 6/29/2018 | $765.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006839 | $46,601.65 | 8/30/2018 | 2324610-22409 | 7/3/2018 | $1,092.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006839 | $46,601.65 | 8/30/2018 | 2324640-22410 | 7/3/2018 | $421.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006839 | $46,601.65 | 8/30/2018 | 2325063-22411 | 7/5/2018 | $375.99 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006839 | $46,601.65 | 8/30/2018 | 2325064-22412 | 7/5/2018 | $372.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004618 | $27,511.48 | 8/27/2018 | 2335461 | 8/1/2018 | $5,848.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006839 | $46,601.65 | 8/30/2018 | 2334291 | 7/30/2018 | $12,980.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006218 | $7,833.64 | 8/29/2018 | 2323180-22405 | 6/29/2018 | $110.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006839 | $46,601.65 | 8/30/2018 | 2336241 | 8/3/2018 | $17,758.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007373 | $8,646.74 | 8/31/2018 | 2336222 | 8/3/2018 | $33.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007373 | $8,646.74 | 8/31/2018 | 2336237-22414 | 8/3/2018 | $321.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007373 | $8,646.74 | 8/31/2018 | 2336237-22415 | 8/3/2018 | $8,613.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008120 | $9,053.55 | 9/3/2018 | 2336734 | 8/6/2018 | $9,053.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008945 | $11,094.17 | 9/4/2018 | 2324609-22416 | 7/3/2018 | $2,243.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008945 | $11,094.17 | 9/4/2018 | 2324635-22417 | 7/3/2018 | $108.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008945 | $11,094.17 | 9/4/2018 | 2334285 | 7/30/2018 | $6,310.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006839 | $46,601.65 | 8/30/2018 | 2334283 | 7/30/2018 | $1,004.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005324 | $120,645.86 | 8/28/2018 | 2335825 | 8/2/2018 | $15,045.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005324 | $120,645.86 | 8/28/2018 | 2331158 | 7/23/2018 | $550.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005324 | $120,645.86 | 8/28/2018 | 2334241 | 7/30/2018 | $9,855.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005324 | $120,645.86 | 8/28/2018 | 2334290 | 7/30/2018 | $1,262.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005324 | $120,645.86 | 8/28/2018 | 2334736 | 7/31/2018 | $11,418.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005324 | $120,645.86 | 8/28/2018 | 2335169 | 8/1/2018 | $2,764.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005324 | $120,645.86 | 8/28/2018 | 2335170 | 8/1/2018 | $4,955.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005324 | $120,645.86 | 8/28/2018 | 2335455 | 8/1/2018 | $9,169.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005324 | $120,645.86 | 8/28/2018 | 2335457 | 8/1/2018 | $2,141.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006218 | $7,833.64 | 8/29/2018 | 2336240 | 8/3/2018 | $9,053.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005324 | $120,645.86 | 8/28/2018 | 2335554 | 8/1/2018 | $7,968.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006218 | $7,833.64 | 8/29/2018 | 2334289 | 7/30/2018 | $1,860.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005324 | $120,645.86 | 8/28/2018 | 2335856-22400 | 8/2/2018 | $22.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005324 | $120,645.86 | 8/28/2018 | 2335856-22402 | 8/2/2018 | $11,199.17 |

Home Products International - North America, Inc. (2219268)
Bankruptcy Case: Sears Holdings Corporation, et al.

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005324 | $120,645.86 | 8/28/2018 | 2335858 | 8/2/2018 | $17,758.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005324 | $120,645.86 | 8/28/2018 | 2336236 | 8/3/2018 | $2,437.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005324 | $120,645.86 | 8/28/2018 | 2336255 | 8/3/2018 | $9,169.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006218 | $7,833.64 | 8/29/2018 | 2318020-22403 | 6/15/2018 | $447.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006218 | $7,833.64 | 8/29/2018 | 2318021-22404 | 6/15/2018 | $355.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001184 | $11,954.35 | 8/20/2018 | 2332965 | 7/26/2018 | $11,959.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005324 | $120,645.86 | 8/28/2018 | 2335552 | 8/1/2018 | $11,892.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998434 | $15,948.58 | 8/14/2018 | 2319469-22389 | 6/20/2018 | $710.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994705 | $83,776.99 | 8/7/2018 | 2328425 | 7/13/2018 | $9,355.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994705 | $83,776.99 | 8/7/2018 | 2328426 | 7/13/2018 | $15,011.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994705 | $83,776.99 | 8/7/2018 | 2328988 | 7/16/2018 | $2,663.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994705 | $83,776.99 | 8/7/2018 | 2328989 | 7/16/2018 | $4,232.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994705 | $83,776.99 | 8/7/2018 | 2328993 | 7/16/2018 | $273.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998434 | $15,948.58 | 8/14/2018 | 2252910-22385 | 12/15/2017 | $1,474.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998434 | $15,948.58 | 8/14/2018 | 2314384-22386 | 6/5/2018 | $418.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998434 | $15,948.58 | 8/14/2018 | 2326663 | 7/9/2018 | $1,645.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998434 | $15,948.58 | 8/14/2018 | 2319451-22388 | 6/20/2018 | $127.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994705 | $83,776.99 | 8/7/2018 | 2328106 | 7/12/2018 | $11,374.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998434 | $15,948.58 | 8/14/2018 | 2320180-22390 | 6/22/2018 | $110.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998434 | $15,948.58 | 8/14/2018 | 2320181-22391 | 6/22/2018 | $710.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998434 | $15,948.58 | 8/14/2018 | 2320193-22392 | 6/22/2018 | $2,270.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998434 | $15,948.58 | 8/14/2018 | 2323128-22393 | 6/29/2018 | $414.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998434 | $15,948.58 | 8/14/2018 | 2326565 | 7/9/2018 | $1,564.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998434 | $15,948.58 | 8/14/2018 | 2326659 | 7/9/2018 | $358.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998434 | $15,948.58 | 8/14/2018 | 2326660 | 7/9/2018 | $77.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001905 | $57,868.58 | 8/21/2018 | 2328994 | 7/16/2018 | $453.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998434 | $15,948.58 | 8/14/2018 | 2319435-22387 | 6/20/2018 | $236.88 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780994705 | $83,776.99 | 8/7/2018 | 2324620 | 7/3/2018 | $12,493.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994705 | $83,776.99 | 8/7/2018 | 2282323-22380 | 3/6/2018 | $179.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994705 | $83,776.99 | 8/7/2018 | 2307865-22381 | 5/22/2018 | $267.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994705 | $83,776.99 | 8/7/2018 | 2323185 | 6/29/2018 | $76.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994705 | $83,776.99 | 8/7/2018 | 2323187 | 6/29/2018 | $194.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994705 | $83,776.99 | 8/7/2018 | 2323278 | 6/29/2018 | $363.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994705 | $83,776.99 | 8/7/2018 | 2323987 | 7/2/2018 | $290.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994705 | $83,776.99 | 8/7/2018 | 2323991 | 7/2/2018 | $309.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994705 | $83,776.99 | 8/7/2018 | 2324027 | 7/2/2018 | $129.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994705 | $83,776.99 | 8/7/2018 | 2328424 | 7/13/2018 | $1,331.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994705 | $83,776.99 | 8/7/2018 | 2324067 | 7/2/2018 | $944.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994705 | $83,776.99 | 8/7/2018 | 2328107 | 7/12/2018 | $13,812.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994705 | $83,776.99 | 8/7/2018 | 2326661-22382 | 7/9/2018 | $609.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994705 | $83,776.99 | 8/7/2018 | 2326661-22384 | 7/9/2018 | $1,652.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994705 | $83,776.99 | 8/7/2018 | 2326998 | 7/10/2018 | $90.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994705 | $83,776.99 | 8/7/2018 | 2326999 | 7/10/2018 | $180.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994705 | $83,776.99 | 8/7/2018 | 2327000 | 7/10/2018 | $180.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994705 | $83,776.99 | 8/7/2018 | 2327809 | 7/11/2018 | $4,444.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994705 | $83,776.99 | 8/7/2018 | 2327810 | 7/11/2018 | $3,317.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998434 | $15,948.58 | 8/14/2018 | 2326668 | 7/9/2018 | $597.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994705 | $83,776.99 | 8/7/2018 | 2324063 | 7/2/2018 | $662.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999924 | $24,023.02 | 8/16/2018 | 2326672 | 7/9/2018 | $754.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998434 | $15,948.58 | 8/14/2018 | 2331853 | 7/24/2018 | $6,437.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998434 | $15,948.58 | 8/14/2018 | VPTRAN82018001 | 8/10/2018 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998434 | $15,948.58 | 8/14/2018 | VPTRAN82018008 | 8/10/2018 | $165.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999308 | $17,049.25 | 8/15/2018 | 2328990 | 7/16/2018 | $529.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999308 | $17,049.25 | 8/15/2018 | 2331896 | 7/24/2018 | $3,779.51 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999308 | $17,049.25 | 8/15/2018 | 2331897 | 7/24/2018 | $3,728.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999308 | $17,049.25 | 8/15/2018 | 2332286-22394 | 7/25/2018 | $640.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998434 | $15,948.58 | 8/14/2018 | 2326662 | 7/9/2018 | $4,389.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999924 | $24,023.02 | 8/16/2018 | 2326671 | 7/9/2018 | $3,579.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998434 | $15,948.58 | 8/14/2018 | 2329881 | 7/18/2018 | $1,634.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999924 | $24,023.02 | 8/16/2018 | 2326682 | 7/9/2018 | $420.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999924 | $24,023.02 | 8/16/2018 | 2331153 | 7/23/2018 | $3,422.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999924 | $24,023.02 | 8/16/2018 | 2331155 | 7/23/2018 | $844.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999924 | $24,023.02 | 8/16/2018 | 2331852 | 7/24/2018 | $6,830.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999924 | $24,023.02 | 8/16/2018 | 2331899 | 7/24/2018 | $4,781.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999924 | $24,023.02 | 8/16/2018 | 2332285 | 7/25/2018 | $3,390.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000425 | $10,143.04 | 8/17/2018 | 2328987 | 7/16/2018 | $4,222.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000425 | $10,143.04 | 8/17/2018 | 2331900 | 7/24/2018 | $5,921.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999308 | $17,049.25 | 8/15/2018 | 2332286-22396 | 7/25/2018 | $10,925.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998434 | $15,948.58 | 8/14/2018 | 2328991 | 7/16/2018 | $5,766.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998434 | $15,948.58 | 8/14/2018 | 2326669 | 7/9/2018 | $129.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998434 | $15,948.58 | 8/14/2018 | 2326674 | 7/9/2018 | $955.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998434 | $15,948.58 | 8/14/2018 | 2326675 | 7/9/2018 | $564.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998434 | $15,948.58 | 8/14/2018 | 2326678 | 7/9/2018 | $145.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998434 | $15,948.58 | 8/14/2018 | 2326679 | 7/9/2018 | $927.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998434 | $15,948.58 | 8/14/2018 | 2326681 | 7/9/2018 | $240.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998434 | $15,948.58 | 8/14/2018 | 2326683 | 7/9/2018 | $291.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998434 | $15,948.58 | 8/14/2018 | 2328963 | 7/16/2018 | $977.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998434 | $15,948.58 | 8/14/2018 | 2330296 | 7/19/2018 | $12,366.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998434 | $15,948.58 | 8/14/2018 | 2328986 | 7/16/2018 | $1,487.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998434 | $15,948.58 | 8/14/2018 | 2329882 | 7/18/2018 | $2,910.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998434 | $15,948.58 | 8/14/2018 | 2329469 | 7/17/2018 | $509.84 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998434 | $15,948.58 | 8/14/2018 | 2329470 | 7/17/2018 | $8,418.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998434 | $15,948.58 | 8/14/2018 | 2329471 | 7/17/2018 | $8,085.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998434 | $15,948.58 | 8/14/2018 | 2329472 | 7/17/2018 | $5,970.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998434 | $15,948.58 | 8/14/2018 | 2329473 | 7/17/2018 | $5,429.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998434 | $15,948.58 | 8/14/2018 | 2329474 | 7/17/2018 | $9,220.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998434 | $15,948.58 | 8/14/2018 | 2329475 | 7/17/2018 | $1,692.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008945 | $11,094.17 | 9/4/2018 | 2334293 | 7/30/2018 | $2,443.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998434 | $15,948.58 | 8/14/2018 | 2328964 | 7/16/2018 | $1,555.46 |

**Totals:** 32 transfer(s), $886,524.27