**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **HOS II, L.L.C.** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174275 | $5,208.33 | 10/9/2018 | 92518 | 9/25/2018 | $5,208.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172931 | $5,208.33 | 9/7/2018 | 82618 | 8/26/2018 | $5,208.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171536 | $5,208.33 | 8/7/2018 | 72618 | 7/26/2018 | $5,208.33 |
| Totals: | 3 transfer(s), | $15,624.99 | | | | | |