**ask** | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Houston Chronicle** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62086576 | $49,573.48 | 9/26/2018 | 6.18038E+11 | 7/2/2018 | $49,573.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084737 | $69,240.67 | 8/21/2018 | 5.18038E+11 | 6/2/2018 | $69,240.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084446 | $5,967.60 | 8/20/2018 | 51858941326 | 5/29/2018 | $5,967.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082795 | $50,903.30 | 7/18/2018 | 4.18038E+11 | 5/2/2018 | $50,903.30 |

**Totals:    4 transfer(s),    $175,685.05**