**ask** ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Huguenot Laboratories, Inc.**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62087242 | $4,408.02 | 10/12/2018 | 7534 | 7/2/2018 | $2,327.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087242 | $4,408.02 | 10/12/2018 | 7485 | 6/1/2018 | $2,080.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085480 | $430.06 | 9/6/2018 | 7507 | 6/6/2018 | $430.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083825 | $9,984.60 | 8/8/2018 | 7471 | 5/24/2018 | $2,756.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083825 | $9,984.60 | 8/8/2018 | 7469 | 5/22/2018 | $3,266.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083825 | $9,984.60 | 8/8/2018 | 7454 | 5/1/2018 | $3,962.29 |

Totals:    3 transfer(s),    $14,822.68