

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Ikeddi Imports LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781010179 | $29,485.31 | 9/19/2018 | 584381-11658 | 8/8/2018 | $270.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981421 | $54,213.98 | 7/19/2018 | 581752-4466 | 6/11/2018 | $28,096.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981421 | $54,213.98 | 7/19/2018 | 581753-4467 | 6/11/2018 | $1,638.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981421 | $54,213.98 | 7/19/2018 | 581753-4469 | 6/11/2018 | $19,670.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981421 | $54,213.98 | 7/19/2018 | 581754 | 6/11/2018 | $6,623.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982045 | $30,597.60 | 7/20/2018 | 581566 | 6/8/2018 | $30,597.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985911 | $4,862.21 | 7/30/2018 | 581690-4463 | 6/12/2018 | $3,465.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985911 | $4,862.21 | 7/30/2018 | 581753-4470 | 6/11/2018 | $1,638.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990811 | $14,904.76 | 8/10/2018 | 582453 | 7/3/2018 | $4,796.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990811 | $14,904.76 | 8/10/2018 | 582454 | 7/3/2018 | $6,162.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990811 | $14,904.76 | 8/10/2018 | 582455 | 7/3/2018 | $4,106.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990811 | $14,904.76 | 8/10/2018 | 582728 | 7/10/2018 | $552.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990811 | $14,904.76 | 8/10/2018 | 582729 | 7/10/2018 | $261.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981421 | $54,213.98 | 7/19/2018 | 581752-4464 | 6/11/2018 | $735.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010179 | $29,485.31 | 9/19/2018 | 584376 | 8/8/2018 | $10,875.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014418 | $38,579.98 | 9/27/2018 | 584861 | 8/17/2018 | $6,004.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010179 | $29,485.31 | 9/19/2018 | 584381-11660 | 8/8/2018 | $11,913.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010179 | $29,485.31 | 9/19/2018 | 584382-11661 | 8/8/2018 | $144.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010179 | $29,485.31 | 9/19/2018 | 584382-11663 | 8/8/2018 | $8,481.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012159 | $8,960.40 | 9/24/2018 | 585137 | 8/23/2018 | $4,788.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012159 | $8,960.40 | 9/24/2018 | 585139 | 8/21/2018 | $4,035.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012159 | $8,960.40 | 9/24/2018 | 585414 | 8/21/2018 | $136.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013797 | $13,774.68 | 9/26/2018 | 586000-11664 | 8/31/2018 | $13,818.00 |

Ikeddi Imports LLC (2219480)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                      Exhibit A                                      P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781014418 | $38,579.98 | 9/27/2018 | 584758 | 8/14/2018 | $7,448.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014418 | $38,579.98 | 9/27/2018 | 584762-11665 | 8/14/2018 | $635.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014418 | $38,579.98 | 9/27/2018 | 584762-11667 | 8/14/2018 | $12,892.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014418 | $38,579.98 | 9/27/2018 | 584860-11668 | 8/17/2018 | $57.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014418 | $38,579.98 | 9/27/2018 | 584860-11670 | 8/17/2018 | $12,234.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990811 | $14,904.76 | 8/10/2018 | 582730 | 7/10/2018 | $348.84 |

**Totals:**     **8 transfer(s),**   **$195,378.92**