**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Importique Corp.**

Bankruptcy Case: **Sears Holdings Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990038 | $2,384.58 | 8/9/2018 | A032155 | 5/24/2018 | $64.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983851 | $6,994.22 | 7/25/2018 | A032175-28 | 5/14/2018 | $270.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987314 | $2,336.98 | 8/1/2018 | A032201-43 | 5/23/2018 | $189.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987314 | $2,336.98 | 8/1/2018 | A032201-45 | 5/23/2018 | $1,168.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988217 | $67.69 | 8/2/2018 | A032158-24 | 5/24/2018 | $33.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988217 | $67.69 | 8/2/2018 | A032158-25 | 5/24/2018 | $67.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989339 | $10,128.98 | 8/8/2018 | A032196 | 5/23/2018 | $1,357.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989339 | $10,128.98 | 8/8/2018 | A032197 | 5/23/2018 | $1,357.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989339 | $10,128.98 | 8/8/2018 | A032198 | 5/23/2018 | $1,357.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989339 | $10,128.98 | 8/8/2018 | A032200 | 5/23/2018 | $6,056.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990038 | $2,384.58 | 8/9/2018 | A032100 | 5/24/2018 | $880.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990038 | $2,384.58 | 8/9/2018 | A032151-20 | 5/24/2018 | $100.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990038 | $2,384.58 | 8/9/2018 | A032152 | 5/24/2018 | $100.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987314 | $2,336.98 | 8/1/2018 | A032199-40 | 5/23/2018 | $189.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990038 | $2,384.58 | 8/9/2018 | A032154 | 5/24/2018 | $64.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985914 | $22,985.12 | 7/30/2018 | A032191 | 5/16/2018 | $15,668.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990038 | $2,384.58 | 8/9/2018 | A032156 | 5/24/2018 | $64.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990038 | $2,384.58 | 8/9/2018 | A032157 | 5/24/2018 | $137.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990038 | $2,384.58 | 8/9/2018 | A032159-26 | 5/24/2018 | $64.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990038 | $2,384.58 | 8/9/2018 | A032160 | 5/24/2018 | $64.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990038 | $2,384.58 | 8/9/2018 | A032161 | 5/24/2018 | $64.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990038 | $2,384.58 | 8/9/2018 | A032162 | 5/24/2018 | $64.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990038 | $2,384.58 | 8/9/2018 | A032163 | 5/24/2018 | $137.57 |

Importique Corp. (2219629)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                              Exhibit A                              P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990038 | $2,384.58 | 8/9/2018 | A032164 | 5/24/2018 | $100.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990038 | $2,384.58 | 8/9/2018 | A032165 | 5/24/2018 | $64.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990038 | $2,384.58 | 8/9/2018 | A032166 | 5/24/2018 | $137.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990038 | $2,384.58 | 8/9/2018 | A032167 | 5/24/2018 | $64.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990038 | $2,384.58 | 8/9/2018 | A032168 | 5/24/2018 | $64.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990038 | $2,384.58 | 8/9/2018 | A032153-21 | 5/24/2018 | $64.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984819 | $21,922.91 | 7/26/2018 | A032182 | 5/14/2018 | $3,845.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983851 | $6,994.22 | 7/25/2018 | A032175-30 | 5/14/2018 | $1,719.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983851 | $6,994.22 | 7/25/2018 | A032178-31 | 5/14/2018 | $342.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983851 | $6,994.22 | 7/25/2018 | A032178-33 | 5/14/2018 | $1,222.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983851 | $6,994.22 | 7/25/2018 | A032179-34 | 5/14/2018 | $240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983851 | $6,994.22 | 7/25/2018 | A032179-36 | 5/14/2018 | $2,915.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983851 | $6,994.22 | 7/25/2018 | A032180-37 | 5/14/2018 | $342.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983851 | $6,994.22 | 7/25/2018 | A032180-39 | 5/14/2018 | $1,222.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984819 | $21,922.91 | 7/26/2018 | A032170 | 5/14/2018 | $576.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984819 | $21,922.91 | 7/26/2018 | A032171 | 5/14/2018 | $1,989.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984819 | $21,922.91 | 7/26/2018 | A032172 | 5/14/2018 | $1,432.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984819 | $21,922.91 | 7/26/2018 | A032173 | 5/14/2018 | $855.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984819 | $21,922.91 | 7/26/2018 | A032174 | 5/14/2018 | $3,978.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987314 | $2,336.98 | 8/1/2018 | A032199-42 | 5/23/2018 | $1,168.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984819 | $21,922.91 | 7/26/2018 | A032181 | 5/14/2018 | $7,690.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990812 | $19,205.37 | 8/10/2018 | A032074-1 | 5/29/2018 | $33.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985914 | $22,985.12 | 7/30/2018 | A032101 | 5/16/2018 | $646.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985914 | $22,985.12 | 7/30/2018 | A032102 | 5/16/2018 | $1,292.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985914 | $22,985.12 | 7/30/2018 | A032103 | 5/16/2018 | $215.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985914 | $22,985.12 | 7/30/2018 | A032104 | 5/16/2018 | $430.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985914 | $22,985.12 | 7/30/2018 | A032105 | 5/16/2018 | $430.95 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985914 | $22,985.12 | 7/30/2018 | A032107 | 5/16/2018 | $215.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985914 | $22,985.12 | 7/30/2018 | A032185 | 5/16/2018 | $583.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985914 | $22,985.12 | 7/30/2018 | A032186 | 5/16/2018 | $583.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985914 | $22,985.12 | 7/30/2018 | A032187 | 5/16/2018 | $583.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985914 | $22,985.12 | 7/30/2018 | A032188 | 5/16/2018 | $583.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985914 | $22,985.12 | 7/30/2018 | A032189 | 5/16/2018 | $1,166.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985914 | $22,985.12 | 7/30/2018 | A032190 | 5/16/2018 | $583.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984819 | $21,922.91 | 7/26/2018 | A032177 | 5/14/2018 | $1,564.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999930 | $2,973.60 | 8/30/2018 | A032415-67 | 6/15/2018 | $1,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996008 | $6,839.84 | 8/20/2018 | A032347-56 | 6/7/2018 | $991.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996008 | $6,839.84 | 8/20/2018 | A032351-57 | 6/7/2018 | $700.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996008 | $6,839.84 | 8/20/2018 | A032351-59 | 6/7/2018 | $1,156.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996008 | $6,839.84 | 8/20/2018 | A032353-60 | 6/7/2018 | $1,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996008 | $6,839.84 | 8/20/2018 | A032353-62 | 6/7/2018 | $1,982.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996008 | $6,839.84 | 8/20/2018 | A032356-63 | 6/7/2018 | $1,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996008 | $6,839.84 | 8/20/2018 | A032356-65 | 6/7/2018 | $1,982.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997749 | $18,537.48 | 8/23/2018 | A032342 | 6/7/2018 | $1,166.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997749 | $18,537.48 | 8/23/2018 | A032343 | 6/7/2018 | $1,166.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997749 | $18,537.48 | 8/23/2018 | A032345 | 6/7/2018 | $1,458.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997749 | $18,537.48 | 8/23/2018 | A032346 | 6/7/2018 | $4,667.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997749 | $18,537.48 | 8/23/2018 | A032352 | 6/7/2018 | $1,856.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990038 | $2,384.58 | 8/9/2018 | A032169 | 5/24/2018 | $137.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997749 | $18,537.48 | 8/23/2018 | A032355 | 6/7/2018 | $6,364.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996008 | $6,839.84 | 8/20/2018 | A032344-51 | 6/7/2018 | $440.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999930 | $2,973.60 | 8/30/2018 | A032415-68 | 6/15/2018 | $1,982.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999930 | $2,973.60 | 8/30/2018 | A032422-69 | 6/15/2018 | $600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999930 | $2,973.60 | 8/30/2018 | A032422-71 | 6/15/2018 | $991.20 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781001918 | $39,780.00 | 9/4/2018 | A032411 | 6/15/2018 | $4,773.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001918 | $39,780.00 | 9/4/2018 | A032412 | 6/15/2018 | $3,182.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001918 | $39,780.00 | 9/4/2018 | A032413 | 6/15/2018 | $22,276.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001918 | $39,780.00 | 9/4/2018 | A032414 | 6/15/2018 | $1,591.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001918 | $39,780.00 | 9/4/2018 | A032416 | 6/15/2018 | $7,956.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006222 | $4,863.74 | 9/12/2018 | A032344-7836 | 6/7/2018 | $440.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006222 | $4,863.74 | 9/12/2018 | A032347-7837 | 6/7/2018 | $1,342.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006222 | $4,863.74 | 9/12/2018 | A032351-7838 | 6/7/2018 | $700.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006222 | $4,863.74 | 9/12/2018 | A032353-7839 | 6/7/2018 | $1,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997749 | $18,537.48 | 8/23/2018 | A032354 | 6/7/2018 | $1,856.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992366 | $31,687.53 | 8/14/2018 | A032071 | 5/29/2018 | $2,228.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006222 | $4,863.74 | 9/12/2018 | A032356-7840 | 6/7/2018 | $1,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990812 | $19,205.37 | 8/10/2018 | A032074-3 | 5/29/2018 | $1,663.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990812 | $19,205.37 | 8/10/2018 | A032078-4 | 5/29/2018 | $141.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990812 | $19,205.37 | 8/10/2018 | A032078-6 | 5/29/2018 | $2,619.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990812 | $19,205.37 | 8/10/2018 | A032083-7 | 5/29/2018 | $16.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990812 | $19,205.37 | 8/10/2018 | A032083-9 | 5/29/2018 | $6,229.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990812 | $19,205.37 | 8/10/2018 | A032084-10 | 5/29/2018 | $99.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990812 | $19,205.37 | 8/10/2018 | A032084-12 | 5/29/2018 | $2,349.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990812 | $19,205.37 | 8/10/2018 | A032087-13 | 5/29/2018 | $99.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990812 | $19,205.37 | 8/10/2018 | A032087-15 | 5/29/2018 | $1,597.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990812 | $19,205.37 | 8/10/2018 | A032089-16 | 5/29/2018 | $41.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990812 | $19,205.37 | 8/10/2018 | A032089-18 | 5/29/2018 | $3,452.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996008 | $6,839.84 | 8/20/2018 | A032347-54 | 6/7/2018 | $1,342.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990812 | $19,205.37 | 8/10/2018 | A032216-48 | 5/29/2018 | $1,293.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996008 | $6,839.84 | 8/20/2018 | A032344-53 | 6/7/2018 | $726.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992366 | $31,687.53 | 8/14/2018 | A032072 | 5/29/2018 | $2,173.65 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780992366 | $31,687.53 | 8/14/2018 | A032075 | 5/29/2018 | $1,696.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992366 | $31,687.53 | 8/14/2018 | A032076 | 5/29/2018 | $1,916.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992366 | $31,687.53 | 8/14/2018 | A032077 | 5/29/2018 | $4,484.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992366 | $31,687.53 | 8/14/2018 | A032079 | 5/29/2018 | $1,916.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992366 | $31,687.53 | 8/14/2018 | A032085 | 5/29/2018 | $1,715.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992366 | $31,687.53 | 8/14/2018 | A032086 | 5/29/2018 | $4,365.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992366 | $31,687.53 | 8/14/2018 | A032088 | 5/29/2018 | $1,696.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992366 | $31,687.53 | 8/14/2018 | A032214 | 5/29/2018 | $6,099.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992366 | $31,687.53 | 8/14/2018 | A032215 | 5/29/2018 | $1,696.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992366 | $31,687.53 | 8/14/2018 | A032218-49 | 5/29/2018 | $2,146.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992366 | $31,687.53 | 8/14/2018 | A032219 | 5/29/2018 | $1,696.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990038 | $2,384.58 | 8/9/2018 | A032176 | 5/24/2018 | $174.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990812 | $19,205.37 | 8/10/2018 | A032216-46 | 5/29/2018 | $356.90 |

Totals:    14 transfer(s),    $190,708.04