**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Indeed, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743398 | $16,000.00 | 10/9/2018 | 15521229-1-IN | 6/28/2018 | $16,000.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743397 | $8,000.00 | 10/9/2018 | 15521229-IN | 6/28/2018 | $8,000.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742548 | $440.00 | 8/22/2018 | 16560672-IN | 7/31/2018 | $440.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742547 | $1,535.00 | 8/22/2018 | 16560671-IN | 7/31/2018 | $1,535.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742311 | $8,000.00 | 8/13/2018 | 16163470-1-IN | 7/31/2018 | $8,000.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742310 | $16,000.00 | 8/13/2018 | 16163470-IN | 7/31/2018 | $16,000.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742267 | $530.00 | 8/8/2018 | 16108942-1-IN | 7/1/2018 | $530.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742266 | $1,060.00 | 8/8/2018 | 16108942-IN | 7/1/2018 | $1,060.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741783 | $10,000.00 | 7/19/2018 | 15921009-1-IN | 6/28/2018 | $10,000.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741782 | $5,000.00 | 7/19/2018 | 15921009-IN | 6/28/2018 | $5,000.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741679 | $3,186.67 | 7/18/2018 | 15921010-1-IN | 6/30/2018 | $3,186.67 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741678 | $4,488.34 | 7/18/2018 | 15921008-1-IN | 6/30/2018 | $4,488.34 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741677 | $6,373.33 | 7/18/2018 | 15921010-IN | 6/30/2018 | $6,373.33 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741676 | $8,976.66 | 7/18/2018 | 15921008-IN | 6/30/2018 | $8,976.66 |

Totals:    14 transfer(s),    $89,590.00