**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Infoblox Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003432 | $590,219.53 | 9/6/2018 | 9081578-43138 | 7/4/2018 | $20,282.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003432 | $590,219.53 | 9/6/2018 | 9081578-43137 | 7/4/2018 | $569,937.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985417 | $5,841.97 | 7/27/2018 | 9080827 | 5/30/2018 | $5,841.97 |
| **Totals:** | | **2 transfer(s),** | **$596,061.50** | | | | |