**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Integrated Merchandising Solutions LLC fdba Integrated Merchandising Systems LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781007415 | $144,765.63 | 9/14/2018 | 42158339 | 6/28/2018 | $40,305.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007415 | $144,765.63 | 9/14/2018 | 1813087 | 6/28/2018 | $52,848.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007415 | $144,765.63 | 9/14/2018 | 1813086 | 6/28/2018 | $22,814.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007415 | $144,765.63 | 9/14/2018 | 1813085 | 6/28/2018 | $68.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007415 | $144,765.63 | 9/14/2018 | 1813084 | 6/28/2018 | $28,728.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000471 | $150,116.02 | 8/31/2018 | 42026689 | 5/31/2018 | $39,595.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000471 | $150,116.02 | 8/31/2018 | 1812065 | 5/31/2018 | $25,524.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000471 | $150,116.02 | 8/31/2018 | 1812064 | 5/31/2018 | $46,143.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000471 | $150,116.02 | 8/31/2018 | 1812062 | 5/31/2018 | $182.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000471 | $150,116.02 | 8/31/2018 | 1812041 | 5/30/2018 | $38,690.85 |

**Totals:**    **2 transfer(s),**    **$294,881.65**