**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **International Paper Company** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780992370 | $9,735.00 | 8/2/2018 | 193165931 | 7/18/2018 | $9,735.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988222 | $30,506.68 | 7/25/2018 | 7220140108 | 7/10/2018 | $19,340.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003436 | $23,313.00 | 8/23/2018 | 321168874 | 8/8/2018 | $11,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002840 | $11,642.00 | 8/22/2018 | 7179287458 | 8/7/2018 | $11,642.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000478 | $8,760.90 | 8/17/2018 | 193166514 | 8/2/2018 | $8,760.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999321 | $17,563.90 | 8/15/2018 | 7430136897 | 7/31/2018 | $17,563.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997754 | $17,897.20 | 8/13/2018 | 7430136786 | 7/27/2018 | $17,897.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997122 | $9,675.56 | 8/10/2018 | 193166242 | 7/26/2018 | $9,675.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003964 | $9,946.31 | 8/24/2018 | 7409124162 | 8/9/2018 | $9,946.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992923 | $9,405.00 | 8/3/2018 | 193165980 | 7/19/2018 | $9,405.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005340 | $10,515.58 | 8/28/2018 | 7409124230 | 8/13/2018 | $10,515.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991715 | $11,529.00 | 8/1/2018 | 321168083 | 7/17/2018 | $11,529.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990042 | $21,071.46 | 7/30/2018 | 321167977 | 7/13/2018 | $10,544.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990042 | $21,071.46 | 7/30/2018 | 321167976 | 7/13/2018 | $10,526.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989357 | $23,473.80 | 7/27/2018 | 7409123614 | 7/12/2018 | $12,247.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989357 | $23,473.80 | 7/27/2018 | 7409123613 | 7/12/2018 | $11,226.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988844 | $10,448.70 | 7/26/2018 | 7220140162 | 7/11/2018 | $10,448.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988222 | $30,506.68 | 7/25/2018 | 7409123565 | 7/10/2018 | $11,166.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996594 | $9,240.00 | 8/9/2018 | 193166181 | 7/25/2018 | $9,240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014422 | $9,819.70 | 9/13/2018 | 193167501 | 8/29/2018 | $9,819.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023413 | $45,960.14 | 10/2/2018 | 7409124829 | 9/13/2018 | $12,799.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023413 | $45,960.14 | 10/2/2018 | 7409124811 | 9/12/2018 | $11,243.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020715 | $10,284.12 | 9/26/2018 | 7382034229 | 9/11/2018 | $10,284.12 |

International Paper Company (2219316)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                Exhibit A                                P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781018417 | $12,535.14 | 9/21/2018 | 321169901 | 9/6/2018 | $12,535.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017866 | $22,570.65 | 9/20/2018 | 7409124663 | 9/5/2018 | $10,626.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017866 | $22,570.65 | 9/20/2018 | 7409124662 | 9/5/2018 | $11,943.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017227 | $20,646.00 | 9/19/2018 | 321169806 | 9/4/2018 | $10,878.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003436 | $23,313.00 | 8/23/2018 | 321168875 | 8/8/2018 | $12,213.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014956 | $13,175.00 | 9/14/2018 | 193167555 | 8/30/2018 | $13,175.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023413 | $45,960.14 | 10/2/2018 | 7430138421 | 9/12/2018 | $21,917.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012915 | $11,024.91 | 9/11/2018 | 7409124497 | 8/27/2018 | $11,024.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012166 | $8,042.20 | 9/10/2018 | 7220140998 | 8/10/2018 | $8,042.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011128 | $9,790.00 | 9/6/2018 | 193167214 | 8/22/2018 | $9,790.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010190 | $11,996.82 | 9/5/2018 | 7409124381 | 8/21/2018 | $11,996.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006850 | $27,793.02 | 8/30/2018 | 7220141098 | 8/15/2018 | $18,704.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006850 | $27,793.02 | 8/30/2018 | 193166968 | 8/15/2018 | $9,088.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006228 | $14,566.94 | 8/29/2018 | 7388161108 | 8/14/2018 | $14,566.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017227 | $20,646.00 | 9/19/2018 | 193167024 | 8/16/2018 | $9,768.00 |

**Totals:**   29 transfer(s),   $452,928.73