**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Intralinks, Inc.** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781007426 | $79,750.10 | 9/14/2018 | INV00517164 | 6/25/2018 | $79,750.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000479 | $3,712.36 | 8/31/2018 | INV00512265 | 6/11/2018 | $3,712.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992924 | $60,735.24 | 8/15/2018 | INV00504585 | 5/31/2018 | $21,900.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992924 | $60,735.24 | 8/15/2018 | INV00502657 | 5/29/2018 | $38,835.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982547 | $3,712.36 | 7/23/2018 | INV00497731 | 5/9/2018 | $3,712.36 |

**Totals:** 4 transfer(s), $147,910.06