**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **iPROMOTEu.com, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986590 | $13,111.10 | 7/31/2018 | 1355858N67 | 4/27/2018 | $13,111.10 |
| **Totals:** | **1 transfer(s),** | **$13,111.10** | | | | | |

iPROMOTEu.com, Inc. (2219600)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jan 27, 2020
Exhibit A
P. 1