**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **Ischolar, Inc.** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780992930 | $354,862.83 | 8/15/2018 | 14645 | 5/22/2018 | $23,353.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989362 | $63,469.74 | 8/8/2018 | 14662 | 5/23/2018 | $12,197.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989362 | $63,469.74 | 8/8/2018 | 14668 | 5/23/2018 | $14,431.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989362 | $63,469.74 | 8/8/2018 | 14672 | 5/24/2018 | $7,050.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992930 | $354,862.83 | 8/15/2018 | 14514-55167 | 5/1/2018 | $24.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992930 | $354,862.83 | 8/15/2018 | 14626 | 5/21/2018 | $3,060.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992930 | $354,862.83 | 8/15/2018 | 14633 | 5/21/2018 | $18,360.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982554 | $20,339.76 | 7/23/2018 | 14512 | 5/2/2018 | $11,361.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992930 | $354,862.83 | 8/15/2018 | 14644 | 5/22/2018 | $3,549.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989362 | $63,469.74 | 8/8/2018 | 14646-55163 | 5/21/2018 | $122.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992930 | $354,862.83 | 8/15/2018 | 14647-55168 | 5/21/2018 | $368.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992930 | $354,862.83 | 8/15/2018 | 14649 | 5/21/2018 | $554.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992930 | $354,862.83 | 8/15/2018 | 14663 | 5/24/2018 | $5,654.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992930 | $354,862.83 | 8/15/2018 | 14664 | 5/24/2018 | $756.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992930 | $354,862.83 | 8/15/2018 | 14665 | 5/24/2018 | $1,348.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992930 | $354,862.83 | 8/15/2018 | 14666 | 5/24/2018 | $1,335.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992930 | $354,862.83 | 8/15/2018 | 14669 | 5/23/2018 | $16,922.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992930 | $354,862.83 | 8/15/2018 | 14639 | 5/23/2018 | $13,440.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985940 | $68,937.52 | 7/30/2018 | 14576 | 5/10/2018 | $370.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982554 | $20,339.76 | 7/23/2018 | 14513 | 5/2/2018 | $282.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982554 | $20,339.76 | 7/23/2018 | 14516 | 5/2/2018 | $4,992.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982554 | $20,339.76 | 7/23/2018 | 14518 | 5/2/2018 | $3,109.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982554 | $20,339.76 | 7/23/2018 | 14579 | 5/10/2018 | $614.40 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985940 | $68,937.52 | 7/30/2018 | 14507 | 5/2/2018 | $18,213.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985940 | $68,937.52 | 7/30/2018 | 14517 | 5/8/2018 | $20,160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985940 | $68,937.52 | 7/30/2018 | 14532 | 5/8/2018 | $25,396.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989362 | $63,469.74 | 8/8/2018 | 14647-55166 | 5/21/2018 | $308.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985940 | $68,937.52 | 7/30/2018 | 14561 | 5/9/2018 | $239.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989362 | $63,469.74 | 8/8/2018 | 14646-55165 | 5/21/2018 | $185.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985940 | $68,937.52 | 7/30/2018 | 14577 | 5/10/2018 | $307.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985940 | $68,937.52 | 7/30/2018 | 14578 | 5/10/2018 | $399.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985940 | $68,937.52 | 7/30/2018 | 14738-55162 | 6/6/2018 | $2,528.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989362 | $63,469.74 | 8/8/2018 | 14531 | 5/9/2018 | $8,640.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989362 | $63,469.74 | 8/8/2018 | 14575 | 5/10/2018 | $524.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989362 | $63,469.74 | 8/8/2018 | 14636 | 5/23/2018 | $20,160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992930 | $354,862.83 | 8/15/2018 | 14688 | 5/30/2018 | $7,515.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985940 | $68,937.52 | 7/30/2018 | 14560 | 5/9/2018 | $1,348.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997130 | $250,478.53 | 8/22/2018 | 14717 | 6/1/2018 | $24,878.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992930 | $354,862.83 | 8/15/2018 | 14673 | 5/24/2018 | $26,825.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997130 | $250,478.53 | 8/22/2018 | 14678 | 5/24/2018 | $6,720.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997130 | $250,478.53 | 8/22/2018 | 14683 | 5/29/2018 | $23,607.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997130 | $250,478.53 | 8/22/2018 | 14692 | 5/30/2018 | $21,664.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997130 | $250,478.53 | 8/22/2018 | 14713 | 5/31/2018 | $8,801.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997130 | $250,478.53 | 8/22/2018 | 14714-55173 | 6/1/2018 | $147.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997130 | $250,478.53 | 8/22/2018 | 14714-55174 | 6/1/2018 | $2,259.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997130 | $250,478.53 | 8/22/2018 | 14676 | 5/24/2018 | $1,920.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997130 | $250,478.53 | 8/22/2018 | 14716 | 6/1/2018 | $22,705.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997130 | $250,478.53 | 8/22/2018 | 14674 | 5/29/2018 | $1,222.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997130 | $250,478.53 | 8/22/2018 | 14734 | 6/5/2018 | $26,353.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997130 | $250,478.53 | 8/22/2018 | 14735 | 6/5/2018 | $31,099.20 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780997130 | $250,478.53 | 8/22/2018 | 14746 | 6/5/2018 | $27,521.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000484 | $31,354.98 | 8/31/2018 | 14685 | 5/30/2018 | $11,520.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000484 | $31,354.98 | 8/31/2018 | 14689 | 6/1/2018 | $7,001.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000484 | $31,354.98 | 8/31/2018 | 14691 | 6/1/2018 | $11,946.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000484 | $31,354.98 | 8/31/2018 | 14812-55175 | 6/15/2018 | $28.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997130 | $250,478.53 | 8/22/2018 | 14715 | 6/4/2018 | $26,819.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992930 | $354,862.83 | 8/15/2018 | 14704 | 5/31/2018 | $15,317.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000484 | $31,354.98 | 8/31/2018 | 14812-55177 | 6/15/2018 | $988.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992930 | $354,862.83 | 8/15/2018 | 14695 | 5/31/2018 | $12,264.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992930 | $354,862.83 | 8/15/2018 | 14696 | 5/31/2018 | $14,492.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992930 | $354,862.83 | 8/15/2018 | 14697 | 6/1/2018 | $9,180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992930 | $354,862.83 | 8/15/2018 | 14698 | 5/31/2018 | $22,301.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992930 | $354,862.83 | 8/15/2018 | 14699 | 6/1/2018 | $16,812.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992930 | $354,862.83 | 8/15/2018 | 14701 | 6/1/2018 | $1,171.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997130 | $250,478.53 | 8/22/2018 | 14677 | 5/24/2018 | $4,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992930 | $354,862.83 | 8/15/2018 | 14703 | 5/31/2018 | $25,159.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992930 | $354,862.83 | 8/15/2018 | 14680 | 5/24/2018 | $28,010.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992930 | $354,862.83 | 8/15/2018 | 14705 | 5/31/2018 | $6,128.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992930 | $354,862.83 | 8/15/2018 | 14706 | 5/31/2018 | $3,616.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992930 | $354,862.83 | 8/15/2018 | 14711 | 5/31/2018 | $27,861.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992930 | $354,862.83 | 8/15/2018 | 14712 | 5/31/2018 | $5,174.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992930 | $354,862.83 | 8/15/2018 | 14738-55169 | 6/6/2018 | $2,528.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992930 | $354,862.83 | 8/15/2018 | 14738-55171 | 6/6/2018 | $26,772.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997130 | $250,478.53 | 8/22/2018 | 14635 | 5/23/2018 | $20,160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992930 | $354,862.83 | 8/15/2018 | 14702 | 5/31/2018 | $17,550.72 |

Totals:    6 transfer(s),    $789,443.36