**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **J & L Installs, LLC**

Bankruptcy Case: **Sears Holdings Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914416 | $11,385.00 | 8/24/2018 | 8212018 | 8/21/2018 | $3,345.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914186 | $9,160.00 | 8/10/2018 | 80318 | 8/3/2018 | $1,335.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914186 | $9,160.00 | 8/10/2018 | 80618 | 8/6/2018 | $1,180.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914186 | $9,160.00 | 8/10/2018 | 80718 | 8/7/2018 | $3,565.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914416 | $11,385.00 | 8/24/2018 | 8152018 | 8/15/2018 | $2,855.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914416 | $11,385.00 | 8/24/2018 | 8162018 | 8/16/2018 | $1,495.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913961 | $15,104.00 | 7/27/2018 | 71118 | 7/11/2018 | $925.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914416 | $11,385.00 | 8/24/2018 | 8202018 | 8/20/2018 | $2,640.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914075 | $10,140.00 | 8/3/2018 | 73118-2 | 7/31/2018 | $1,965.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914541 | $23,465.00 | 8/31/2018 | 8022018 | 8/2/2018 | $1,845.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914541 | $23,465.00 | 8/31/2018 | 8032018 | 8/3/2018 | $1,335.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914541 | $23,465.00 | 8/31/2018 | 8082018 | 8/8/2018 | $3,345.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914541 | $23,465.00 | 8/31/2018 | 8092018 | 8/9/2018 | $930.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914541 | $23,465.00 | 8/31/2018 | 8102018 | 8/10/2018 | $2,800.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914541 | $23,465.00 | 8/31/2018 | 8132018 | 8/13/2018 | $1,705.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914416 | $11,385.00 | 8/24/2018 | 8172018 | 8/17/2018 | $1,050.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913961 | $15,104.00 | 7/27/2018 | 72418 | 7/24/2018 | $2,275.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913961 | $15,104.00 | 7/27/2018 | 71218 | 7/12/2018 | $814.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913961 | $15,104.00 | 7/27/2018 | 71318 | 7/13/2018 | $2,611.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913961 | $15,104.00 | 7/27/2018 | 71618 | 7/16/2018 | $1,678.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913961 | $15,104.00 | 7/27/2018 | 71718 | 7/17/2018 | $1,330.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913961 | $15,104.00 | 7/27/2018 | 71818 | 7/18/2018 | $1,290.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913961 | $15,104.00 | 7/27/2018 | 71918 | 7/19/2018 | $1,936.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914186 | $9,160.00 | 8/10/2018 | 80218 | 8/2/2018 | $1,845.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913961 | $15,104.00 | 7/27/2018 | 72318 | 7/23/2018 | $1,220.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914186 | $9,160.00 | 8/10/2018 | 80118 | 8/1/2018 | $1,235.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914075 | $10,140.00 | 8/3/2018 | 72518 | 7/25/2018 | $2,050.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914075 | $10,140.00 | 8/3/2018 | 72618 | 7/26/2018 | $3,010.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914075 | $10,140.00 | 8/3/2018 | 72718 | 7/26/2018 | $630.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914075 | $10,140.00 | 8/3/2018 | 73018 | 7/30/2018 | $1,560.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914075 | $10,140.00 | 8/3/2018 | 73118-1 | 7/31/2018 | $925.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914541 | $23,465.00 | 8/31/2018 | 8232018 | 8/23/2018 | $2,925.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913961 | $15,104.00 | 7/27/2018 | 72018 | 7/20/2018 | $1,025.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915079 | $3,535.00 | 10/9/2018 | 1010-31800659 | 9/26/2018 | $745.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914541 | $23,465.00 | 8/31/2018 | 8142018 | 8/14/2018 | $1,430.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914960 | $15,305.00 | 9/28/2018 | 9192018 | 9/18/2018 | $5,485.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914960 | $15,305.00 | 9/28/2018 | 9202018 | 9/20/2018 | $2,780.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914960 | $15,305.00 | 9/28/2018 | 9212018 | 9/21/2018 | $2,460.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914960 | $15,305.00 | 9/28/2018 | 9242018 | 9/24/2018 | $2,485.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914960 | $15,305.00 | 9/28/2018 | 9252018 | 9/25/2018 | $2,095.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914874 | $10,700.00 | 9/21/2018 | 9172018 | 9/17/2018 | $1,990.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915079 | $3,535.00 | 10/9/2018 | 1009-31824393 | 9/26/2018 | $250.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914874 | $10,700.00 | 9/21/2018 | 9142018 | 9/14/2018 | $1,530.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915079 | $3,535.00 | 10/9/2018 | 1012-31818797 | 9/27/2018 | $380.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915079 | $3,535.00 | 10/9/2018 | 1013-31825030 | 9/27/2018 | $110.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915079 | $3,535.00 | 10/9/2018 | 1014-31803466 | 9/27/2018 | $250.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915079 | $3,535.00 | 10/9/2018 | 1015-31821053 | 9/27/2018 | $150.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915079 | $3,535.00 | 10/9/2018 | 1016-31744551 | 9/28/2018 | $655.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915079 | $3,535.00 | 10/9/2018 | 1017-31803468 | 9/28/2018 | $225.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915079 | $3,535.00 | 10/9/2018 | 1001-31821943 | 9/27/2018 | $90.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914749 | $6,490.00 | 9/14/2018 | 90518 | 9/5/2018 | $2,960.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915079 | $3,535.00 | 10/9/2018 | 1018-31826829 | 9/28/2018 | $680.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914541 | $23,465.00 | 8/31/2018 | 8242018 | 8/24/2018 | $1,270.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914541 | $23,465.00 | 8/31/2018 | 8272018 | 8/27/2018 | $1,820.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914541 | $23,465.00 | 8/31/2018 | 8282018 | 8/30/2018 | $1,760.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914648 | $8,195.00 | 9/7/2018 | 8292018 | 8/29/2018 | $1,825.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914648 | $8,195.00 | 9/7/2018 | 8302018 | 8/30/2018 | $2,040.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914874 | $10,700.00 | 9/21/2018 | 9182018 | 9/18/2018 | $2,995.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914648 | $8,195.00 | 9/7/2018 | 942018 | 9/4/2018 | $2,485.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914541 | $23,465.00 | 8/31/2018 | 8222018 | 8/22/2018 | $2,300.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914749 | $6,490.00 | 9/14/2018 | 90618 | 9/6/2018 | $930.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914749 | $6,490.00 | 9/14/2018 | 90718 | 9/7/2018 | $1,695.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914749 | $6,490.00 | 9/14/2018 | 91018 | 9/10/2018 | $2,245.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914749 | $6,490.00 | 9/14/2018 | 91118 | 9/11/2018 | $1,840.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914874 | $10,700.00 | 9/21/2018 | 9122018 | 9/12/2018 | $2,300.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914874 | $10,700.00 | 9/21/2018 | 9132018 | 9/13/2018 | $1,885.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914648 | $8,195.00 | 9/7/2018 | 8312018 | 8/31/2018 | $1,845.00 |

Totals:    10 transfer(s),    $113,479.00