

**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **J.K. Marketing Corporation of Illinois fdba J.K. Marketing Corp.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62087287 | $1,766.50 | 10/9/2018 | 44182 | 7/11/2018 | $1,766.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086915 | $284.70 | 9/25/2018 | 44179 | 7/3/2018 | $284.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086355 | $3,802.43 | 9/18/2018 | 44174 | 6/26/2018 | $1,315.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086355 | $3,802.43 | 9/18/2018 | 44173 | 6/26/2018 | $1,507.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086355 | $3,802.43 | 9/18/2018 | 44162 | 6/15/2018 | $980.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084251 | $1,083.50 | 8/15/2018 | 44121 | 5/1/2018 | $1,083.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083883 | $8,021.11 | 8/15/2018 | 44134 | 5/10/2018 | $5,429.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083883 | $8,021.11 | 8/15/2018 | 44115 | 4/19/2018 | $2,591.36 |

Totals:    5 transfer(s),    $14,958.24

J.K. Marketing Corporation of Illinois fdba J.K. Marketing Corp. (2219907)  
Bankruptcy Case: Sears Holdings Corporation, et al.  
Jan 27, 2020                                    Exhibit A                                    P. 1