**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Jeffrey Allen Oliphant dba All American Tree & Lawn** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002495 | $7,305.00 | 9/5/2018 | 1173 | 6/18/2018 | $875.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984470 | $7,805.00 | 7/26/2018 | 1159 | 5/15/2018 | $600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984470 | $7,805.00 | 7/26/2018 | 1160 | 5/15/2018 | $610.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984470 | $7,805.00 | 7/26/2018 | 1161 | 5/15/2018 | $960.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984470 | $7,805.00 | 7/26/2018 | 1162 | 5/15/2018 | $1,080.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984470 | $7,805.00 | 7/26/2018 | 1163 | 5/15/2018 | $950.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984470 | $7,805.00 | 7/26/2018 | 1164 | 5/15/2018 | $750.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984470 | $7,805.00 | 7/26/2018 | 1165 | 5/15/2018 | $875.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984470 | $7,805.00 | 7/26/2018 | 1167 | 5/14/2018 | $980.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984470 | $7,805.00 | 7/26/2018 | 1158 | 5/15/2018 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002495 | $7,305.00 | 9/5/2018 | 1172 | 6/18/2018 | $980.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013458 | $1,370.00 | 9/26/2018 | 1183 | 7/11/2018 | $1,150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002495 | $7,305.00 | 9/5/2018 | 1174 | 6/18/2018 | $750.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002495 | $7,305.00 | 9/5/2018 | 1176 | 6/18/2018 | $950.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002495 | $7,305.00 | 9/5/2018 | 1177 | 6/18/2018 | $1,080.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002495 | $7,305.00 | 9/5/2018 | 1178 | 6/18/2018 | $960.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002495 | $7,305.00 | 9/5/2018 | 1179 | 6/18/2018 | $610.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002495 | $7,305.00 | 9/5/2018 | 1180 | 6/18/2018 | $600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002495 | $7,305.00 | 9/5/2018 | 1181 | 6/18/2018 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013458 | $1,370.00 | 9/26/2018 | 1182 | 7/11/2018 | $220.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984470 | $7,805.00 | 7/26/2018 | 1168 | 5/12/2018 | $500.00 |

Totals:    3 transfer(s),    $16,480.00

Jeffrey Allen Oliphant dba All American Tree & Lawn (2219710)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                      Exhibit A                                     P. 1