

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Johnson & Johnson Consumer Inc.**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989406 | $344,753.64 | 7/27/2018 | 9503043814-84450 | 7/1/2018 | $63,441.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985979 | $35,516.86 | 7/20/2018 | VPOTR991474878 | 7/8/2018 | $3,883.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997173 | $246,208.43 | 8/10/2018 | 9503055743-84453 | 7/18/2018 | $83,281.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997173 | $246,208.43 | 8/10/2018 | 9503055742 | 7/18/2018 | $45,021.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997173 | $246,208.43 | 8/10/2018 | 9503055741 | 7/18/2018 | $9,370.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997173 | $246,208.43 | 8/10/2018 | 9503055740 | 7/18/2018 | $9,285.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997173 | $246,208.43 | 8/10/2018 | 9503053414 | 7/15/2018 | $102,276.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992978 | $65,165.23 | 8/3/2018 | 9503050077 | 7/11/2018 | $3,545.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992978 | $65,165.23 | 8/3/2018 | 9503050076-84452 | 7/11/2018 | $79,853.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989406 | $344,753.64 | 7/27/2018 | 9503045861 | 7/4/2018 | $111,374.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989406 | $344,753.64 | 7/27/2018 | 9503045860 | 7/4/2018 | $67,043.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989406 | $344,753.64 | 7/27/2018 | 9503045859 | 7/4/2018 | $13,635.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000530 | $202,875.51 | 8/17/2018 | 9503062340 | 7/25/2018 | $96,550.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989406 | $344,753.64 | 7/27/2018 | 9503045857 | 7/4/2018 | $9,144.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000530 | $202,875.51 | 8/17/2018 | 9503062341-84455 | 7/25/2018 | $103,003.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989406 | $344,753.64 | 7/27/2018 | 9503043813 | 7/1/2018 | $80,896.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989406 | $344,753.64 | 7/27/2018 | 9503043812 | 7/1/2018 | $8,467.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985979 | $35,516.86 | 7/20/2018 | VPOTR991478144 | 7/8/2018 | $4,827.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985979 | $35,516.86 | 7/20/2018 | VPOTR991478143 | 7/8/2018 | $412.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985979 | $35,516.86 | 7/20/2018 | VPOTR991478142 | 7/8/2018 | $7,849.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985979 | $35,516.86 | 7/20/2018 | VPOTR991475652 | 7/8/2018 | $753.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985979 | $35,516.86 | 7/20/2018 | VPOTR991475651 | 7/8/2018 | $465.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985979 | $35,516.86 | 7/20/2018 | VPOTR991475650 | 7/8/2018 | $5,940.43 |

Johnson & Johnson Consumer Inc. (2219415)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                    Exhibit A                                    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985979 | $35,516.86 | 7/20/2018 | VPOTR991475649 | 7/8/2018 | $8,808.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985979 | $35,516.86 | 7/20/2018 | VPOTR991474882 | 7/8/2018 | $798.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985979 | $35,516.86 | 7/20/2018 | VPOTR991474881 | 7/8/2018 | $2,060.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985979 | $35,516.86 | 7/20/2018 | VPOTR991474879 | 7/8/2018 | $735.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989406 | $344,753.64 | 7/27/2018 | 9503045858 | 7/4/2018 | $997.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011616 | $172,941.57 | 9/7/2018 | 9503079122 | 8/15/2018 | $954.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018469 | $368,079.11 | 9/21/2018 | 9503090548 | 8/29/2018 | $15,410.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018469 | $368,079.11 | 9/21/2018 | 9503090547 | 8/29/2018 | $9,102.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018469 | $368,079.11 | 9/21/2018 | 9503090546 | 8/29/2018 | $48,238.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018469 | $368,079.11 | 9/21/2018 | 9503090457 | 8/29/2018 | $150,386.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018469 | $368,079.11 | 9/21/2018 | 9503090456 | 8/29/2018 | $66,224.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018469 | $368,079.11 | 9/21/2018 | 9503089735 | 8/28/2018 | $85,234.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015007 | $167,174.75 | 9/14/2018 | 9503084541 | 8/23/2018 | $31,825.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015007 | $167,174.75 | 9/14/2018 | 9503084540 | 8/23/2018 | $1,053.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015007 | $167,174.75 | 9/14/2018 | 9503084539 | 8/23/2018 | $8,890.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015007 | $167,174.75 | 9/14/2018 | 9503084538 | 8/23/2018 | $9,613.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015007 | $167,174.75 | 9/14/2018 | 9503084537 | 8/23/2018 | $117,876.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000530 | $202,875.51 | 8/17/2018 | 9503062339 | 7/25/2018 | $5,560.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011616 | $172,941.57 | 9/7/2018 | 9503079123 | 8/15/2018 | $26,908.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018469 | $368,079.11 | 9/21/2018 | 9503090549 | 8/29/2018 | $1,350.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011616 | $172,941.57 | 9/7/2018 | 9503079121 | 8/15/2018 | $6,999.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011616 | $172,941.57 | 9/7/2018 | 9503079120 | 8/15/2018 | $15,691.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007479 | $104,868.76 | 8/31/2018 | 9503073401 | 8/9/2018 | $70,637.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007479 | $104,868.76 | 8/31/2018 | 9503073400 | 8/9/2018 | $12,282.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007479 | $104,868.76 | 8/31/2018 | 9503073399 | 8/9/2018 | $526.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007479 | $104,868.76 | 8/31/2018 | 9503073398 | 8/9/2018 | $9,201.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007479 | $104,868.76 | 8/31/2018 | 9503073397 | 8/9/2018 | $9,549.12 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781007479 | $104,868.76 | 8/31/2018 | 9503073396 | 8/9/2018 | $32,716.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007479 | $104,868.76 | 8/31/2018 | 9503073395 | 8/9/2018 | $15,844.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007479 | $104,868.76 | 8/31/2018 | 9503073394 | 8/9/2018 | $8,523.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007479 | $104,868.76 | 8/31/2018 | 9503073393 | 8/9/2018 | $576.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007479 | $104,868.76 | 8/31/2018 | 9503073392 | 8/9/2018 | $6,889.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011616 | $172,941.57 | 9/7/2018 | 9503079124 | 8/15/2018 | $122,405.72 |

**Totals:**     9 transfer(s),     $1,707,583.86