**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Kamp-Rite Tent Cot Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08928 | $421.95 | 8/20/2018 | 00006783AA | 6/14/2018 | $40.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07433 | $215.10 | 8/16/2018 | 00009340AA | 6/12/2018 | $35.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10655 | $1,038.90 | 8/22/2018 | 00009575AA | 6/18/2018 | $35.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10655 | $1,038.90 | 8/22/2018 | 00009572AA | 6/18/2018 | $30.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10655 | $1,038.90 | 8/22/2018 | 00009571AA | 6/18/2018 | $95.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10655 | $1,038.90 | 8/22/2018 | 00009569AA | 6/18/2018 | $23.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10655 | $1,038.90 | 8/22/2018 | 00009568AA | 6/18/2018 | $59.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10655 | $1,038.90 | 8/22/2018 | 00009566AA | 6/18/2018 | $30.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10655 | $1,038.90 | 8/22/2018 | 00009564AA | 6/18/2018 | $80.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08928 | $421.95 | 8/20/2018 | 00009534AA-6 | 6/15/2018 | $104.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08928 | $421.95 | 8/20/2018 | 00009532AA-5 | 6/15/2018 | $29.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08928 | $421.95 | 8/20/2018 | 00009531AA-4 | 6/15/2018 | $32.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10655 | $1,038.90 | 8/22/2018 | 00009578AA | 6/18/2018 | $45.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08928 | $421.95 | 8/20/2018 | 00006795AA-3 | 6/14/2018 | $48.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10655 | $1,038.90 | 8/22/2018 | 00009579AA | 6/18/2018 | $35.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08928 | $421.95 | 8/20/2018 | 00002776AA-2 | 6/14/2018 | $108.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08080 | $322.70 | 8/17/2018 | 00009403AA | 6/13/2018 | $17.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08080 | $322.70 | 8/17/2018 | 00009402AA | 6/13/2018 | $30.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08080 | $322.70 | 8/17/2018 | 00009399AA | 6/13/2018 | $72.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08080 | $322.70 | 8/17/2018 | 00009398AA | 6/13/2018 | $172.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08080 | $322.70 | 8/17/2018 | 00009397AA | 6/13/2018 | $30.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07433 | $215.10 | 8/16/2018 | 00009385AA | 6/12/2018 | $29.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07433 | $215.10 | 8/16/2018 | 00009344AA | 6/12/2018 | $36.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07433 | $215.10 | 8/16/2018 | 00009343AA | 6/12/2018 | $29.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07433 | $215.10 | 8/16/2018 | 00009342AA | 6/12/2018 | $48.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12953 | $339.25 | 8/27/2018 | 00009878AA | 6/22/2018 | $39.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08928 | $421.95 | 8/20/2018 | 00009530AA | 6/15/2018 | $58.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11398 | $531.75 | 8/23/2018 | 00009730AA | 6/19/2018 | $35.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00240 | $154.35 | 8/3/2018 | 00008677AA | 5/30/2018 | $29.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12953 | $339.25 | 8/27/2018 | 00009849AA | 6/21/2018 | $35.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12953 | $339.25 | 8/27/2018 | 00009830AA | 6/21/2018 | $71.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12953 | $339.25 | 8/27/2018 | 00009829AA | 6/21/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12021 | $417.95 | 8/24/2018 | 00009774AA | 6/20/2018 | $95.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12021 | $417.95 | 8/24/2018 | 00009773AA | 6/20/2018 | $17.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12021 | $417.95 | 8/24/2018 | 00009772AA | 6/20/2018 | $104.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12021 | $417.95 | 8/24/2018 | 00009771AA | 6/20/2018 | $130.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12021 | $417.95 | 8/24/2018 | 00009770AA | 6/20/2018 | $71.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11398 | $531.75 | 8/23/2018 | 00009738AA | 6/19/2018 | $80.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11398 | $531.75 | 8/23/2018 | 00009735AA | 6/19/2018 | $30.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10655 | $1,038.90 | 8/22/2018 | 00009576AA | 6/18/2018 | $80.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11398 | $531.75 | 8/23/2018 | 00009732AA | 6/19/2018 | $47.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06596 | $2,254.25 | 8/15/2018 | 00009331AA | 6/11/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11398 | $531.75 | 8/23/2018 | 00009729AA | 6/19/2018 | $23.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11398 | $531.75 | 8/23/2018 | 00009727AA | 6/19/2018 | $108.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11398 | $531.75 | 8/23/2018 | 00009725AA | 6/19/2018 | $47.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11398 | $531.75 | 8/23/2018 | 00009724AA | 6/19/2018 | $80.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10655 | $1,038.90 | 8/22/2018 | 00009697AA | 6/18/2018 | $80.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10655 | $1,038.90 | 8/22/2018 | 00009681AA | 6/18/2018 | $45.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10655 | $1,038.90 | 8/22/2018 | 00009679AA | 6/18/2018 | $119.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10655 | $1,038.90 | 8/22/2018 | 00009677AA | 6/18/2018 | $71.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10655 | $1,038.90 | 8/22/2018 | 00009583AA | 6/18/2018 | $130.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10655 | $1,038.90 | 8/22/2018 | 00009582AA | 6/18/2018 | $39.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10655 | $1,038.90 | 8/22/2018 | 00009581AA | 6/18/2018 | $39.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11398 | $531.75 | 8/23/2018 | 00009733AA | 6/19/2018 | $80.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01062 | $900.81 | 8/6/2018 | 00008805AA | 6/1/2018 | $130.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07433 | $215.10 | 8/16/2018 | 00009341AA | 6/12/2018 | $35.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02683 | $845.50 | 8/8/2018 | 00008891AA | 6/4/2018 | $90.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02683 | $845.50 | 8/8/2018 | 00008890AA | 6/4/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02683 | $845.50 | 8/8/2018 | 00008889AA | 6/4/2018 | $35.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02683 | $845.50 | 8/8/2018 | 00008888AA | 6/4/2018 | $35.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02683 | $845.50 | 8/8/2018 | 00008884AA | 6/4/2018 | $24.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02683 | $845.50 | 8/8/2018 | 00008882AA | 6/4/2018 | $95.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02683 | $845.50 | 8/8/2018 | 00008881AA | 6/4/2018 | $144.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02683 | $845.50 | 8/8/2018 | 00008879AA | 6/4/2018 | $95.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02683 | $845.50 | 8/8/2018 | 00008878AA | 6/4/2018 | $127.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02683 | $845.50 | 8/8/2018 | 00008876AA | 6/4/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03458 | $199.50 | 8/9/2018 | 00008996AA | 6/5/2018 | $80.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01062 | $900.81 | 8/6/2018 | 00008822AA | 6/1/2018 | $95.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03458 | $199.50 | 8/9/2018 | 00008997AA | 6/5/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01062 | $900.81 | 8/6/2018 | 00008804AA | 6/1/2018 | $130.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01062 | $900.81 | 8/6/2018 | 00008803AA | 6/1/2018 | $88.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01062 | $900.81 | 8/6/2018 | 00008739AA | 5/31/2018 | $104.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01062 | $900.81 | 8/6/2018 | 00008738AA-1 | 5/31/2018 | $45.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01062 | $900.81 | 8/6/2018 | 00008737AA | 5/31/2018 | $59.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01062 | $900.81 | 8/6/2018 | 00008736AA | 5/31/2018 | $104.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01062 | $900.81 | 8/6/2018 | 00008735AA | 5/31/2018 | $130.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01062 | $900.81 | 8/6/2018 | 00008734AA | 5/31/2018 | $45.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01062 | $900.81 | 8/6/2018 | 00008733AA | 5/31/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00240 | $154.35 | 8/3/2018 | 00008682AA | 5/30/2018 | $95.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00240 | $154.35 | 8/3/2018 | 00008678AA | 5/30/2018 | $29.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01062 | $900.81 | 8/6/2018 | 00008823AA | 6/1/2018 | $29.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04917 | $1,308.75 | 8/13/2018 | 00009109AA | 6/7/2018 | $60.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06596 | $2,254.25 | 8/15/2018 | 00009232AA | 6/11/2018 | $48.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06596 | $2,254.25 | 8/15/2018 | 00009230AA | 6/11/2018 | $35.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06596 | $2,254.25 | 8/15/2018 | 00009229AA | 6/11/2018 | $43.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06596 | $2,254.25 | 8/15/2018 | 00009207AA | 6/11/2018 | $80.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06596 | $2,254.25 | 8/15/2018 | 00009206AA | 6/11/2018 | $72.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06596 | $2,254.25 | 8/15/2018 | 00009199AA | 6/11/2018 | $1,800.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06596 | $2,254.25 | 8/15/2018 | 00009197AA | 6/11/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06596 | $2,254.25 | 8/15/2018 | 00009195AA | 6/11/2018 | $80.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04917 | $1,308.75 | 8/13/2018 | 00009185AA | 6/8/2018 | $456.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04917 | $1,308.75 | 8/13/2018 | 00009183AA | 6/8/2018 | $48.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04917 | $1,308.75 | 8/13/2018 | 00009181AA | 6/8/2018 | $80.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02683 | $845.50 | 8/8/2018 | 00008919AA | 6/4/2018 | $104.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04917 | $1,308.75 | 8/13/2018 | 00009117AA | 6/7/2018 | $72.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12953 | $339.25 | 8/27/2018 | 00009910AA | 6/22/2018 | $29.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04917 | $1,308.75 | 8/13/2018 | 00009106AA | 6/7/2018 | $104.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04917 | $1,308.75 | 8/13/2018 | 00009105AA | 6/7/2018 | $72.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04917 | $1,308.75 | 8/13/2018 | 00009104AA | 6/7/2018 | $97.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04917 | $1,308.75 | 8/13/2018 | 00009102AA | 6/7/2018 | $72.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04917 | $1,308.75 | 8/13/2018 | 00009101AA | 6/7/2018 | $71.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04917 | $1,308.75 | 8/13/2018 | 00009100AA | 6/7/2018 | $72.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04083 | $267.50 | 8/10/2018 | 00009066AA | 6/6/2018 | $84.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04083 | $267.50 | 8/10/2018 | 00009065AA | 6/6/2018 | $35.50 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04083 | $267.50 | 8/10/2018 | 00009064AA | 6/6/2018 | $72.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04083 | $267.50 | 8/10/2018 | 00009063AA | 6/6/2018 | $76.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03458 | $199.50 | 8/9/2018 | 00008998AA | 6/5/2018 | $72.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04917 | $1,308.75 | 8/13/2018 | 00009138AA | 6/7/2018 | $104.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92204 | $94.50 | 7/20/2018 | 00007982AA | 5/16/2018 | $59.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19924 | $620.35 | 9/10/2018 | 00000473AA | 7/5/2018 | $32.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94820 | $422.65 | 7/25/2018 | 00008171AA | 5/21/2018 | $47.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94820 | $422.65 | 7/25/2018 | 00008168AA | 5/21/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94820 | $422.65 | 7/25/2018 | 00008167AA | 5/21/2018 | $59.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94820 | $422.65 | 7/25/2018 | 00008165AA | 5/21/2018 | $45.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93077 | $396.15 | 7/23/2018 | 00008103AA | 5/18/2018 | $72.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93077 | $396.15 | 7/23/2018 | 00008082AA | 5/18/2018 | $80.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93077 | $396.15 | 7/23/2018 | 00008081AA | 5/18/2018 | $21.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93077 | $396.15 | 7/23/2018 | 00008080AA | 5/18/2018 | $23.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93077 | $396.15 | 7/23/2018 | 00008079AA | 5/18/2018 | $40.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93077 | $396.15 | 7/23/2018 | 00008026AA | 5/17/2018 | $130.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94820 | $422.65 | 7/25/2018 | 00008174AA | 5/21/2018 | $24.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92204 | $94.50 | 7/20/2018 | 00007983AA | 5/16/2018 | $35.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94820 | $422.65 | 7/25/2018 | 00008207AA | 5/21/2018 | $104.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91542 | $137.50 | 7/19/2018 | 00007970AA | 5/15/2018 | $30.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91542 | $137.50 | 7/19/2018 | 00007940AA | 5/15/2018 | $76.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91542 | $137.50 | 7/19/2018 | 00007939AA | 5/15/2018 | $30.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90647 | $70.50 | 7/18/2018 | 00007899AA | 5/14/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90647 | $70.50 | 7/18/2018 | 00007898AA | 5/14/2018 | $63.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19924 | $620.35 | 9/10/2018 | 00000584AA | 7/6/2018 | $35.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19924 | $620.35 | 9/10/2018 | 00000536AA-15 | 7/6/2018 | $80.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19924 | $620.35 | 9/10/2018 | 00000536AA-14 | 7/6/2018 | $35.50 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19924 | $620.35 | 9/10/2018 | 00000535AA | 7/6/2018 | $110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19924 | $620.35 | 9/10/2018 | 00000532AA | 7/6/2018 | $30.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12953 | $339.25 | 8/27/2018 | 00009850AA | 6/21/2018 | $21.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93077 | $396.15 | 7/23/2018 | 00008025AA | 5/17/2018 | $29.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97140 | $420.00 | 7/30/2018 | 00008413AA | 5/25/2018 | $29.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99600 | $349.45 | 8/2/2018 | 00008498AA | 5/29/2018 | $32.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99600 | $349.45 | 8/2/2018 | 00008497AA | 5/29/2018 | $54.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99600 | $349.45 | 8/2/2018 | 00008496AA | 5/29/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99600 | $349.45 | 8/2/2018 | 00008495AA | 5/29/2018 | $95.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99600 | $349.45 | 8/2/2018 | 00008493AA-16 | 5/29/2018 | $23.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99600 | $349.45 | 8/2/2018 | 00008491AA | 5/29/2018 | $29.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99600 | $349.45 | 8/2/2018 | 00008489AA | 5/29/2018 | $58.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99600 | $349.45 | 8/2/2018 | 00008487AA | 5/29/2018 | $30.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99600 | $349.45 | 8/2/2018 | 00008486AA | 5/29/2018 | $30.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99600 | $349.45 | 8/2/2018 | 00008484AA | 5/29/2018 | $17.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97140 | $420.00 | 7/30/2018 | 00008436AA | 5/25/2018 | $72.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94820 | $422.65 | 7/25/2018 | 00008173AA | 5/21/2018 | $95.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97140 | $420.00 | 7/30/2018 | 00008414AA | 5/25/2018 | $30.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19924 | $620.35 | 9/10/2018 | 00000472AA | 7/5/2018 | $29.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97140 | $420.00 | 7/30/2018 | 00008411AA | 5/25/2018 | $29.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97140 | $420.00 | 7/30/2018 | 00008384AA | 5/24/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97140 | $420.00 | 7/30/2018 | 00008357AA | 5/24/2018 | $30.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97140 | $420.00 | 7/30/2018 | 00008356AA | 5/24/2018 | $29.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97140 | $420.00 | 7/30/2018 | 00008355AA | 5/24/2018 | $80.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96306 | $107.50 | 7/27/2018 | 00008339AA | 5/23/2018 | $72.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96306 | $107.50 | 7/27/2018 | 00008324AA | 5/23/2018 | $35.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95668 | $307.50 | 7/26/2018 | 00008272AA | 5/22/2018 | $60.50 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95668 | $307.50 | 7/26/2018 | 00008269AA | 5/22/2018 | $170.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95668 | $307.50 | 7/26/2018 | 00008267AA | 5/22/2018 | $29.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95668 | $307.50 | 7/26/2018 | 00008265AA | 5/22/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97140 | $420.00 | 7/30/2018 | 00008435AA | 5/25/2018 | $72.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14701 | $744.90 | 8/29/2018 | 00009943AA | 6/25/2018 | $32.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19924 | $620.35 | 9/10/2018 | 00000474AA | 7/5/2018 | $30.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16947 | $523.80 | 9/4/2018 | 00000195AA | 6/29/2018 | $80.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16947 | $523.80 | 9/4/2018 | 00000175AA | 6/28/2018 | $95.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16947 | $523.80 | 9/4/2018 | 00000174AA | 6/28/2018 | $35.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16947 | $523.80 | 9/4/2018 | 00000141AA | 6/28/2018 | $21.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16947 | $523.80 | 9/4/2018 | 00000139AA | 6/28/2018 | $86.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16947 | $523.80 | 9/4/2018 | 00000138AA | 6/28/2018 | $110.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16090 | $337.00 | 8/31/2018 | 00000088AA | 6/27/2018 | $130.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16090 | $337.00 | 8/31/2018 | 00000078AA | 6/27/2018 | $29.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16090 | $337.00 | 8/31/2018 | 00000077AA | 6/27/2018 | $130.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16090 | $337.00 | 8/31/2018 | 00000075AA | 6/27/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17978 | $1,233.66 | 9/5/2018 | 00000249AA-10 | 7/2/2018 | $30.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15490 | $126.00 | 8/30/2018 | 00000036AA | 6/26/2018 | $71.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17978 | $1,233.66 | 9/5/2018 | 00000252AA | 7/2/2018 | $58.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14701 | $744.90 | 8/29/2018 | 00009942AA | 6/25/2018 | $55.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14701 | $744.90 | 8/29/2018 | 00009941AA-9 | 6/25/2018 | $80.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14701 | $744.90 | 8/29/2018 | 00009940AA-8 | 6/25/2018 | $130.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14701 | $744.90 | 8/29/2018 | 00009939AA | 6/25/2018 | $97.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14701 | $744.90 | 8/29/2018 | 00009938AA | 6/25/2018 | $29.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14701 | $744.90 | 8/29/2018 | 00009937AA | 6/25/2018 | $35.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14701 | $744.90 | 8/29/2018 | 00009936AA-7 | 6/25/2018 | $55.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14701 | $744.90 | 8/29/2018 | 00009935AA | 6/25/2018 | $104.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14701 | $744.90 | 8/29/2018 | 00009934AA | 6/25/2018 | $59.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14701 | $744.90 | 8/29/2018 | 00009933AA | 6/25/2018 | $65.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12953 | $339.25 | 8/27/2018 | 00009915AA | 6/22/2018 | $95.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15490 | $126.00 | 8/30/2018 | 00000049AA | 6/26/2018 | $55.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17978 | $1,233.66 | 9/5/2018 | 00000269AA | 7/2/2018 | $32.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19924 | $620.35 | 9/10/2018 | 00000471AA | 7/5/2018 | $160.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19924 | $620.35 | 9/10/2018 | 00000470AA | 7/5/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19924 | $620.35 | 9/10/2018 | 00000469AA | 7/5/2018 | $29.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18715 | $333.70 | 9/6/2018 | 00000427AA | 7/3/2018 | $88.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18715 | $333.70 | 9/6/2018 | 00000426AA | 7/3/2018 | $32.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18715 | $333.70 | 9/6/2018 | 00000407AA-13 | 7/3/2018 | $29.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18715 | $333.70 | 9/6/2018 | 00000378AA | 7/3/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18715 | $333.70 | 9/6/2018 | 00000377AA | 7/3/2018 | $29.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18715 | $333.70 | 9/6/2018 | 00000376AA | 7/3/2018 | $58.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18715 | $333.70 | 9/6/2018 | 00000375AA | 7/3/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17978 | $1,233.66 | 9/5/2018 | 00000356AA | 7/2/2018 | $55.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16947 | $523.80 | 9/4/2018 | 00000226AA | 6/29/2018 | $95.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17978 | $1,233.66 | 9/5/2018 | 00000272AA | 7/2/2018 | $29.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99600 | $349.45 | 8/2/2018 | 00008574AA | 5/29/2018 | $39.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17978 | $1,233.66 | 9/5/2018 | 00000268AA | 7/2/2018 | $43.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17978 | $1,233.66 | 9/5/2018 | 00000266AA | 7/2/2018 | $130.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17978 | $1,233.66 | 9/5/2018 | 00000264AA | 7/2/2018 | $80.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17978 | $1,233.66 | 9/5/2018 | 00000263AA-12 | 7/2/2018 | $35.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17978 | $1,233.66 | 9/5/2018 | 00000263AA-11 | 7/2/2018 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17978 | $1,233.66 | 9/5/2018 | 00000262AA | 7/2/2018 | $47.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17978 | $1,233.66 | 9/5/2018 | 00000261AA | 7/2/2018 | $130.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17978 | $1,233.66 | 9/5/2018 | 00000260AA | 7/2/2018 | $30.75 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17978 | $1,233.66 | 9/5/2018 | 00000258AA | 7/2/2018 | $30.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17978 | $1,233.66 | 9/5/2018 | 00000256AA | 7/2/2018 | $142.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17978 | $1,233.66 | 9/5/2018 | 00000254AA | 7/2/2018 | $59.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17978 | $1,233.66 | 9/5/2018 | 00000355AA | 7/2/2018 | $119.70 |

**Totals:**    30 transfer(s),    $15,443.42