**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **KC Pharmaceuticals, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989414 | $933.04 | 8/8/2018 | 80863 | 6/14/2018 | $933.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985989 | $13,031.12 | 7/30/2018 | 80175 | 4/16/2018 | $10,585.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985989 | $13,031.12 | 7/30/2018 | 80054 | 4/5/2018 | $3,316.56 |

**Totals:**    **2 transfer(s),    $13,964.16**