**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Kellogg Sales Company** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPASNR993108689 | 8/12/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991467764 | 8/12/2018 | $47.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | 109606231 | 8/2/2018 | $27,713.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | 109608261-6016 | 9/6/2018 | $49,930.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | 109644116-6017 | 9/7/2018 | $39,699.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | 109660612 | 9/8/2018 | $13,887.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | 109660635-6018 | 9/6/2018 | $38,560.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | 109661801-6019 | 9/8/2018 | $10,308.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPASNR993107401 | 8/12/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPASNR993108345 | 8/12/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPASNR993108685 | 8/12/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPASNR993108686 | 8/12/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | 109527187 | 7/23/2018 | $11,443.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPASNR993108688 | 8/12/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983886 | $264,459.66 | 7/17/2018 | 109595509 | 7/11/2018 | $13,831.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPASNR993109509 | 8/12/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPASNR993112166 | 8/12/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPASNR993112167 | 8/12/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPASNR993113801 | 8/12/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPASNR993113802 | 8/12/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPASNR993114064 | 8/12/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPASNR993114065 | 8/12/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPASNR993114066 | 8/12/2018 | $150.00 |

Kellogg Sales Company (2191913)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                        Exhibit A                                        P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPASNR993116841 | 8/12/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991464076 | 8/12/2018 | $96.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991466071 | 8/12/2018 | $1,339.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983886 | $264,459.66 | 7/17/2018 | 109462197 | 7/9/2018 | $4,885.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPASNR993108687 | 8/12/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983886 | $264,459.66 | 7/17/2018 | 109580617-547 | 7/3/2018 | $86.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983886 | $264,459.66 | 7/17/2018 | 109462198 | 7/9/2018 | $5,320.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983886 | $264,459.66 | 7/17/2018 | 109462199 | 7/9/2018 | $7,131.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983886 | $264,459.66 | 7/17/2018 | 109530079 | 7/8/2018 | $3,806.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983886 | $264,459.66 | 7/17/2018 | 109550084-545 | 7/7/2018 | $13,314.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983886 | $264,459.66 | 7/17/2018 | 109557792-546 | 7/7/2018 | $40,808.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983886 | $264,459.66 | 7/17/2018 | 109557793 | 7/7/2018 | $2,371.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983886 | $264,459.66 | 7/17/2018 | 109564731 | 7/3/2018 | $1,297.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983886 | $264,459.66 | 7/17/2018 | 109565824 | 7/6/2018 | $2,371.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983886 | $264,459.66 | 7/17/2018 | 109565825 | 7/6/2018 | $23,304.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983886 | $264,459.66 | 7/17/2018 | 109569341 | 7/8/2018 | $22,216.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983886 | $264,459.66 | 7/17/2018 | 109569342 | 7/8/2018 | $9,212.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | 109527188 | 7/23/2018 | $6,883.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983886 | $264,459.66 | 7/17/2018 | 109574192 | 7/6/2018 | $7,143.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991468398 | 8/12/2018 | $8.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983886 | $264,459.66 | 7/17/2018 | 109580618-548 | 7/3/2018 | $5,579.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983886 | $264,459.66 | 7/17/2018 | 109580619-551 | 7/3/2018 | $2,739.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983886 | $264,459.66 | 7/17/2018 | 109580620 | 7/3/2018 | $7,328.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983886 | $264,459.66 | 7/17/2018 | 109580621 | 7/3/2018 | $10,763.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983886 | $264,459.66 | 7/17/2018 | 109580622-552 | 7/3/2018 | $8,528.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983886 | $264,459.66 | 7/17/2018 | 109581647 | 7/7/2018 | $1,310.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983886 | $264,459.66 | 7/17/2018 | 109582416 | 7/7/2018 | $9,088.28 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983886 | $264,459.66 | 7/17/2018 | 109582417 | 7/7/2018 | $14,249.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983886 | $264,459.66 | 7/17/2018 | 109585806 | 7/7/2018 | $11,627.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983886 | $264,459.66 | 7/17/2018 | 109585900 | 7/9/2018 | $8,586.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983886 | $264,459.66 | 7/17/2018 | 109586247 | 7/6/2018 | $15,249.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983886 | $264,459.66 | 7/17/2018 | 109595508 | 7/11/2018 | $3,429.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983886 | $264,459.66 | 7/17/2018 | 109574191 | 7/6/2018 | $9,508.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991483063 | 8/12/2018 | $639.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991466072 | 8/12/2018 | $2,051.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991482357 | 8/12/2018 | $910.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991482358 | 8/12/2018 | $160.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991482359 | 8/12/2018 | $513.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991482360 | 8/12/2018 | $350.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991482538 | 8/12/2018 | $428.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991482539 | 8/12/2018 | $382.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991482540 | 8/12/2018 | $147.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991482541 | 8/12/2018 | $431.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991482542 | 8/12/2018 | $693.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991482543 | 8/12/2018 | $290.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991482355 | 8/12/2018 | $438.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991483062 | 8/12/2018 | $459.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991482354 | 8/12/2018 | $891.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991483064 | 8/12/2018 | $157.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991483065 | 8/12/2018 | $476.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991483734 | 8/12/2018 | $434.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991483735 | 8/12/2018 | $441.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991483736 | 8/12/2018 | $380.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991483737 | 8/12/2018 | $381.31 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991483738 | 8/12/2018 | $916.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991483739 | 8/12/2018 | $354.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991483740 | 8/12/2018 | $62.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019805 | $21,146.35 | 9/25/2018 | 109602793-6020 | 9/13/2018 | $26,058.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019805 | $21,146.35 | 9/25/2018 | 109642776 | 9/13/2018 | $28,353.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019805 | $21,146.35 | 9/25/2018 | 109661802 | 9/11/2018 | $13,008.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991483061 | 8/12/2018 | $323.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991480007 | 8/12/2018 | $243.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991477185 | 8/12/2018 | $194.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991477186 | 8/12/2018 | $526.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991477766 | 8/12/2018 | $28.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991477767 | 8/12/2018 | $67.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991477768 | 8/12/2018 | $3,409.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991478418 | 8/12/2018 | $108.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991478419 | 8/12/2018 | $3,794.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991478420 | 8/12/2018 | $132.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991478421 | 8/12/2018 | $27.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991478422 | 8/12/2018 | $63.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991479369 | 8/12/2018 | $3,928.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991482356 | 8/12/2018 | $499.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991480006 | 8/12/2018 | $187.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020734 | $6,728.96 | 9/26/2018 | 109611176 | 9/16/2018 | $6,965.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991480008 | 8/12/2018 | $214.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991480009 | 8/12/2018 | $86.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991480010 | 8/12/2018 | $1,218.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991480011 | 8/12/2018 | $253.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991480012 | 8/12/2018 | $222.09 |

Kellogg Sales Company (2191913)

Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991480013 | 8/12/2018 | $211.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991480014 | 8/12/2018 | $160.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991480926 | 8/12/2018 | $67.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991482350 | 8/12/2018 | $399.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991482351 | 8/12/2018 | $276.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991482352 | 8/12/2018 | $299.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991482353 | 8/12/2018 | $651.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016335 | $40,059.90 | 9/18/2018 | VPOTR991479582 | 8/12/2018 | $1,509.82 |

**Totals:**     **4 transfer(s),**   **$332,394.87**

Kellogg Sales Company (2191913)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                   Exhibit A                                    P. 5