**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Kenney Manufacturing Company** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888496 | 7/31/2018 | $60.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888481 | 7/31/2018 | $99.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888482 | 7/31/2018 | $48.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888484 | 7/31/2018 | $387.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888486 | 7/31/2018 | $116.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888487 | 7/31/2018 | $41.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888489 | 7/31/2018 | $42.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888490 | 7/31/2018 | $50.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888491 | 7/31/2018 | $124.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888492 | 7/31/2018 | $134.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888507 | 7/31/2018 | $78.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888495 | 7/31/2018 | $207.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888477 | 7/31/2018 | $74.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888497 | 7/31/2018 | $51.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888498 | 7/31/2018 | $384.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888499 | 7/31/2018 | $37.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888500 | 7/31/2018 | $82.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888501 | 7/31/2018 | $43.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888502 | 7/31/2018 | $92.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888503 | 7/31/2018 | $53.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888504 | 7/31/2018 | $341.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885875 | 7/25/2018 | $133.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888493 | 7/31/2018 | $229.89 |

Kenney Manufacturing Company (2219588)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                Exhibit A                                P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888466 | 7/31/2018 | $127.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888561 | 7/31/2018 | $98.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885877 | 7/25/2018 | $101.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16094 | $40.00 | 9/19/2018 | 90888275 | 7/30/2018 | $40.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90884610 | 7/24/2018 | $48.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90885870 | 7/25/2018 | $113.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888278 | 7/30/2018 | $198.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888457 | 7/31/2018 | $113.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888459 | 7/31/2018 | $77.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888460 | 7/31/2018 | $112.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888480 | 7/31/2018 | $40.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888465 | 7/31/2018 | $186.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888478 | 7/31/2018 | $81.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888467 | 7/31/2018 | $199.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888469 | 7/31/2018 | $143.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888470 | 7/31/2018 | $208.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888471 | 7/31/2018 | $76.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888472 | 7/31/2018 | $229.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888473 | 7/31/2018 | $111.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888474 | 7/31/2018 | $102.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888475 | 7/31/2018 | $169.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888476 | 7/31/2018 | $47.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888508 | 7/31/2018 | $108.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888461 | 7/31/2018 | $164.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888548 | 7/31/2018 | $15.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888536 | 7/31/2018 | $64.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888538 | 7/31/2018 | $47.04 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888539 | 7/31/2018 | $67.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888540 | 7/31/2018 | $79.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888541 | 7/31/2018 | $48.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888542 | 7/31/2018 | $92.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888543 | 7/31/2018 | $53.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888544 | 7/31/2018 | $59.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888545 | 7/31/2018 | $58.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888506 | 7/31/2018 | $94.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888547 | 7/31/2018 | $72.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888533 | 7/31/2018 | $96.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888550 | 7/31/2018 | $46.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888551 | 7/31/2018 | $58.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888552 | 7/31/2018 | $120.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888553 | 7/31/2018 | $27.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888554 | 7/31/2018 | $28.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888555 | 7/31/2018 | $49.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888556 | 7/31/2018 | $144.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888557 | 7/31/2018 | $63.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00244 | $416.90 | 8/22/2018 | 90867236 | 6/19/2018 | $445.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888546 | 7/31/2018 | $185.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888520 | 7/31/2018 | $47.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888509 | 7/31/2018 | $58.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888510 | 7/31/2018 | $64.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888511 | 7/31/2018 | $120.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888512 | 7/31/2018 | $51.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888513 | 7/31/2018 | $116.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888514 | 7/31/2018 | $59.00 |

Kenney Manufacturing Company (2219588)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jan 27, 2020

Exhibit A

P. 3

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888515 | 7/31/2018 | $42.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888516 | 7/31/2018 | $51.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888517 | 7/31/2018 | $69.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888535 | 7/31/2018 | $528.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888519 | 7/31/2018 | $112.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888534 | 7/31/2018 | $51.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888521 | 7/31/2018 | $125.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888523 | 7/31/2018 | $47.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888524 | 7/31/2018 | $79.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888525 | 7/31/2018 | $64.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888526 | 7/31/2018 | $84.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888528 | 7/31/2018 | $140.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888529 | 7/31/2018 | $67.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888530 | 7/31/2018 | $51.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888531 | 7/31/2018 | $78.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885874 | 7/25/2018 | $41.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888518 | 7/31/2018 | $189.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885815 | 7/25/2018 | $48.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13954 | $558.25 | 8/28/2018 | 884619 | 7/24/2018 | $57.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90884609 | 7/24/2018 | $48.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90884612 | 7/24/2018 | $48.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90884613 | 7/24/2018 | $115.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90884614 | 7/24/2018 | $48.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90884615 | 7/24/2018 | $100.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90884616 | 7/24/2018 | $93.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90884617 | 7/24/2018 | $48.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90884619 | 7/24/2018 | $57.50 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885825 | 7/25/2018 | $278.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885814 | 7/25/2018 | $57.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13954 | $558.25 | 8/28/2018 | 884615 | 7/24/2018 | $100.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885816 | 7/25/2018 | $68.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885817 | 7/25/2018 | $214.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885818 | 7/25/2018 | $265.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885819 | 7/25/2018 | $75.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885820 | 7/25/2018 | $152.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885821 | 7/25/2018 | $362.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885822 | 7/25/2018 | $49.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885823 | 7/25/2018 | $64.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885876 | 7/25/2018 | $42.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885813 | 7/25/2018 | $68.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05871 | $823.09 | 9/4/2018 | 90876895 | 7/10/2018 | $50.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01069 | $77.00 | 8/27/2018 | 90867234 | 6/19/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02001 | $594.75 | 8/27/2018 | 90866894 | 6/18/2018 | $76.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02001 | $594.75 | 8/27/2018 | 90867233 | 6/19/2018 | $95.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02001 | $594.75 | 8/27/2018 | 90870429 | 6/26/2018 | $86.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02001 | $594.75 | 8/27/2018 | 90870431 | 6/26/2018 | $57.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02001 | $594.75 | 8/27/2018 | 90874072 | 7/3/2018 | $82.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02001 | $594.75 | 8/27/2018 | 90874073 | 7/3/2018 | $50.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02001 | $594.75 | 8/27/2018 | 90874383 | 7/3/2018 | $62.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02001 | $594.75 | 8/27/2018 | 90874384 | 7/3/2018 | $84.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13954 | $558.25 | 8/28/2018 | 884617 | 7/24/2018 | $48.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05871 | $823.09 | 9/4/2018 | 90876894 | 7/10/2018 | $48.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13954 | $558.25 | 8/28/2018 | 884616 | 7/24/2018 | $93.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05871 | $823.09 | 9/4/2018 | O/A:E05871 | | $676.84 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06602 | $261.80 | 9/4/2018 | 90867267 | 6/19/2018 | $261.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11402 | $218.57 | 9/11/2018 | 90879855 | 7/16/2018 | $75.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11402 | $218.57 | 9/11/2018 | 90879856 | 7/16/2018 | $48.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11402 | $218.57 | 9/11/2018 | O/A:E11402 | | $94.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13954 | $558.25 | 8/28/2018 | 884609 | 7/24/2018 | $48.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13954 | $558.25 | 8/28/2018 | 884612 | 7/24/2018 | $48.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13954 | $558.25 | 8/28/2018 | 884613 | 7/24/2018 | $115.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13954 | $558.25 | 8/28/2018 | 884614 | 7/24/2018 | $48.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885826 | 7/25/2018 | $168.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05871 | $823.09 | 9/4/2018 | 90876893 | 7/10/2018 | $48.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885863 | 7/25/2018 | $178.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885852 | 7/25/2018 | $141.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885853 | 7/25/2018 | $125.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885854 | 7/25/2018 | $82.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885855 | 7/25/2018 | $156.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885856 | 7/25/2018 | $148.41 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885857 | 7/25/2018 | $43.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885858 | 7/25/2018 | $171.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885859 | 7/25/2018 | $50.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885860 | 7/25/2018 | $249.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885824 | 7/25/2018 | $94.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885862 | 7/25/2018 | $88.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885849 | 7/25/2018 | $175.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885864 | 7/25/2018 | $127.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885865 | 7/25/2018 | $60.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885866 | 7/25/2018 | $316.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885867 | 7/25/2018 | $157.93 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885868 | 7/25/2018 | $238.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885869 | 7/25/2018 | $44.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885871 | 7/25/2018 | $104.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885872 | 7/25/2018 | $132.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885873 | 7/25/2018 | $104.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885861 | 7/25/2018 | $122.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885838 | 7/25/2018 | $345.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885827 | 7/25/2018 | $244.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885828 | 7/25/2018 | $128.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885829 | 7/25/2018 | $118.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885830 | 7/25/2018 | $144.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885831 | 7/25/2018 | $356.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885832 | 7/25/2018 | $87.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885833 | 7/25/2018 | $130.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885834 | 7/25/2018 | $78.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885835 | 7/25/2018 | $288.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885851 | 7/25/2018 | $146.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885837 | 7/25/2018 | $120.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885850 | 7/25/2018 | $228.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885840 | 7/25/2018 | $245.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885841 | 7/25/2018 | $138.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885842 | 7/25/2018 | $119.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885843 | 7/25/2018 | $126.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885844 | 7/25/2018 | $44.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885845 | 7/25/2018 | $79.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885846 | 7/25/2018 | $245.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885847 | 7/25/2018 | $73.50 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885848 | 7/25/2018 | $119.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888562 | 7/31/2018 | $122.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14707 | $8,877.75 | 9/17/2018 | 90885836 | 7/25/2018 | $160.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867287 | 6/19/2018 | $177.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867276 | 6/19/2018 | $48.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867277 | 6/19/2018 | $61.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867278 | 6/19/2018 | $79.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867279 | 6/19/2018 | $59.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867280 | 6/19/2018 | $48.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867281 | 6/19/2018 | $101.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867282 | 6/19/2018 | $135.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867283 | 6/19/2018 | $75.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867284 | 6/19/2018 | $302.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867297 | 6/19/2018 | $50.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867286 | 6/19/2018 | $59.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867273 | 6/19/2018 | $79.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867288 | 6/19/2018 | $79.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867289 | 6/19/2018 | $42.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867290 | 6/19/2018 | $123.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867291 | 6/19/2018 | $67.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867292 | 6/19/2018 | $42.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867293 | 6/19/2018 | $145.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867294 | 6/19/2018 | $76.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867295 | 6/19/2018 | $1,163.41 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867248 | 6/19/2018 | $48.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867285 | 6/19/2018 | $181.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867261 | 6/19/2018 | $143.75 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888559 | 7/31/2018 | $56.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867250 | 6/19/2018 | $60.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867251 | 6/19/2018 | $72.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867252 | 6/19/2018 | $76.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867253 | 6/19/2018 | $68.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867254 | 6/19/2018 | $94.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867255 | 6/19/2018 | $48.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867256 | 6/19/2018 | $40.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867258 | 6/19/2018 | $165.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867275 | 6/19/2018 | $68.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867260 | 6/19/2018 | $70.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867274 | 6/19/2018 | $135.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867262 | 6/19/2018 | $57.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867263 | 6/19/2018 | $48.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867264 | 6/19/2018 | $108.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867265 | 6/19/2018 | $75.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867266 | 6/19/2018 | $50.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867268 | 6/19/2018 | $51.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867269 | 6/19/2018 | $138.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867270 | 6/19/2018 | $64.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867272 | 6/19/2018 | $60.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867298 | 6/19/2018 | $126.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867259 | 6/19/2018 | $49.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Pmt:7/17/2018 | $299.04 | 7/17/2018 | 90853096 | 5/22/2018 | $61.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97147 | $1,350.19 | 8/20/2018 | 90866881 | 6/18/2018 | $1,119.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97147 | $1,350.19 | 8/20/2018 | 90866898 | 6/18/2018 | $95.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97147 | $1,350.19 | 8/20/2018 | 90866904 | 6/18/2018 | $42.48 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97147 | $1,350.19 | 8/20/2018 | 90867246 | 6/19/2018 | $92.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98142 | $332.18 | 8/20/2018 | 90866876 | 6/18/2018 | $159.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98142 | $332.18 | 8/20/2018 | 90867271 | 6/19/2018 | $61.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98142 | $332.18 | 8/20/2018 | 90870430 | 6/26/2018 | $57.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98142 | $332.18 | 8/20/2018 | 90870432 | 6/26/2018 | $53.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99605 | $129.55 | 8/21/2018 | 90866874 | 6/18/2018 | $142.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867296 | 6/19/2018 | $116.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Pmt:7/17/2018 | $299.04 | 7/17/2018 | 90853095 | 5/22/2018 | $51.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96309 | $471.65 | 8/14/2018 | 90866897 | 6/18/2018 | $96.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Pmt:7/17/2018 | $299.04 | 7/17/2018 | 90857174 | 5/30/2018 | $72.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Pmt:7/26/2018 | $316.75 | 7/26/2018 | 90859922 | 6/4/2018 | $78.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Pmt:7/26/2018 | $316.75 | 7/26/2018 | 90861295 | 6/6/2018 | $50.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Pmt:7/26/2018 | $316.75 | 7/26/2018 | 90861297 | 6/6/2018 | $82.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Pmt:7/26/2018 | $316.75 | 7/26/2018 | 90861298 | 6/6/2018 | $105.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Pmt:8/2/2018 | $291.00 | 8/2/2018 | 90863263 | 6/11/2018 | $48.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Pmt:8/2/2018 | $291.00 | 8/2/2018 | 90863264 | 6/11/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Pmt:8/2/2018 | $291.00 | 8/2/2018 | 90863265 | 6/11/2018 | $46.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Pmt:8/2/2018 | $291.00 | 8/2/2018 | 90863266 | 6/11/2018 | $46.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Pmt:7/17/2018 | $299.04 | 7/17/2018 | 90849959 | 5/15/2018 | $114.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867310 | 6/19/2018 | $169.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867299 | 6/19/2018 | $58.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867300 | 6/19/2018 | $44.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867301 | 6/19/2018 | $335.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867302 | 6/19/2018 | $59.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867303 | 6/19/2018 | $161.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867304 | 6/19/2018 | $55.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867305 | 6/19/2018 | $40.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867306 | 6/19/2018 | $128.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867307 | 6/19/2018 | $87.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96309 | $471.65 | 8/14/2018 | 90867238 | 6/19/2018 | $192.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867309 | 6/19/2018 | $96.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96309 | $471.65 | 8/14/2018 | 90867223 | 6/19/2018 | $77.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867311 | 6/19/2018 | $103.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867312 | 6/19/2018 | $146.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867313 | 6/19/2018 | $128.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94826 | $116.75 | 8/9/2018 | 90866903 | 6/18/2018 | $89.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94826 | $116.75 | 8/9/2018 | 90867257 | 6/19/2018 | $55.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95674 | $132.52 | 8/10/2018 | 90866883 | 6/18/2018 | $45.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95674 | $132.52 | 8/10/2018 | 90866888 | 6/18/2018 | $124.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95674 | $132.52 | 8/10/2018 | 90866890 | 6/18/2018 | $87.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96309 | $471.65 | 8/14/2018 | 90866882 | 6/18/2018 | $167.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867247 | 6/19/2018 | $52.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867308 | 6/19/2018 | $72.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18720 | $428.34 | 9/28/2018 | 90888483 | 7/31/2018 | $226.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17983 | $777.93 | 9/24/2018 | 90874075 | 7/3/2018 | $71.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17983 | $777.93 | 9/24/2018 | 90885839 | 7/25/2018 | $276.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17983 | $777.93 | 9/24/2018 | 90888272 | 7/30/2018 | $61.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17983 | $777.93 | 9/24/2018 | 90888273 | 7/30/2018 | $43.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17983 | $777.93 | 9/24/2018 | 90888274 | 7/30/2018 | $51.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17983 | $777.93 | 9/24/2018 | 90888277 | 7/30/2018 | $48.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17983 | $777.93 | 9/24/2018 | 90888494 | 7/31/2018 | $85.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17983 | $777.93 | 9/24/2018 | 90888522 | 7/31/2018 | $44.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17983 | $777.93 | 9/24/2018 | 90888549 | 7/31/2018 | $123.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92208 | $73.80 | 8/6/2018 | 90839840 CB | 7/16/2018 | $44.80 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18720 | $428.34 | 9/28/2018 | 90888462 | 7/31/2018 | $80.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888587 | 7/31/2018 | $58.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18720 | $428.34 | 9/28/2018 | 90888560 | 7/31/2018 | $121.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19235 | $318.44 | 10/1/2018 | 90888458 | 7/31/2018 | $193.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19235 | $318.44 | 10/1/2018 | 90888488 | 7/31/2018 | $125.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90019 | $284.07 | 8/2/2018 | 90863811 | 6/12/2018 | $48.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90019 | $284.07 | 8/2/2018 | 90863812 | 6/12/2018 | $48.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90019 | $284.07 | 8/2/2018 | 90863813 | 6/12/2018 | $48.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90019 | $284.07 | 8/2/2018 | 90863814 | 6/12/2018 | $112.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90019 | $284.07 | 8/2/2018 | 90863815 | 6/12/2018 | $50.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867249 | 6/19/2018 | $96.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17983 | $777.93 | 9/24/2018 | 90888566 | 7/31/2018 | $42.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888575 | 7/31/2018 | $61.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888563 | 7/31/2018 | $346.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888564 | 7/31/2018 | $579.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888565 | 7/31/2018 | $130.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888567 | 7/31/2018 | $54.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888568 | 7/31/2018 | $76.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888569 | 7/31/2018 | $40.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888570 | 7/31/2018 | $48.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888571 | 7/31/2018 | $56.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888572 | 7/31/2018 | $103.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17983 | $777.93 | 9/24/2018 | 90874074 | 7/3/2018 | $85.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888574 | 7/31/2018 | $257.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888588 | 7/31/2018 | $48.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888576 | 7/31/2018 | $91.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888577 | 7/31/2018 | $121.75 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888578 | 7/31/2018 | $49.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888580 | 7/31/2018 | $115.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888581 | 7/31/2018 | $120.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888582 | 7/31/2018 | $174.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888583 | 7/31/2018 | $58.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888585 | 7/31/2018 | $89.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888586 | 7/31/2018 | $43.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92208 | $73.80 | 8/6/2018 | 90849977 CB | 7/16/2018 | $29.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16953 | $12,332.23 | 9/24/2018 | 90888573 | 7/31/2018 | $71.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867232 | 6/19/2018 | $57.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867220 | 6/19/2018 | $56.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867221 | 6/19/2018 | $56.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867222 | 6/19/2018 | $79.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867224 | 6/19/2018 | $55.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867225 | 6/19/2018 | $129.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867226 | 6/19/2018 | $97.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867227 | 6/19/2018 | $79.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867228 | 6/19/2018 | $96.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867229 | 6/19/2018 | $54.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90019 | $284.07 | 8/2/2018 | 90863816 | 6/12/2018 | $48.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867231 | 6/19/2018 | $318.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90866900 | 6/18/2018 | $82.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867235 | 6/19/2018 | $60.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867237 | 6/19/2018 | $45.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867239 | 6/19/2018 | $141.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867240 | 6/19/2018 | $125.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867241 | 6/19/2018 | $50.25 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867242 | 6/19/2018 | $48.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867243 | 6/19/2018 | $48.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867244 | 6/19/2018 | $48.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867245 | 6/19/2018 | $80.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90867230 | 6/19/2018 | $64.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90866879 | 6/18/2018 | $78.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93083 | $273.33 | 8/9/2018 | 90861296 | 6/6/2018 | $48.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93083 | $273.33 | 8/9/2018 | 90866871 | 6/18/2018 | $79.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93083 | $273.33 | 8/9/2018 | 90866887 | 6/18/2018 | $51.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93083 | $273.33 | 8/9/2018 | 90866891 | 6/18/2018 | $61.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93083 | $273.33 | 8/9/2018 | 90866896 | 6/18/2018 | $40.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90866870 | 6/18/2018 | $221.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90866872 | 6/18/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90866873 | 6/18/2018 | $89.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90866875 | 6/18/2018 | $49.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90866902 | 6/18/2018 | $57.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90866878 | 6/18/2018 | $88.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90866901 | 6/18/2018 | $51.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90866880 | 6/18/2018 | $47.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90866884 | 6/18/2018 | $193.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90866885 | 6/18/2018 | $133.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90866886 | 6/18/2018 | $150.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90866889 | 6/18/2018 | $99.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90866892 | 6/18/2018 | $60.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90866893 | 6/18/2018 | $79.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90866895 | 6/18/2018 | $48.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90866899 | 6/18/2018 | $60.60 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Pmt:8/2/2018 | $291.00 | 8/2/2018 | 90863267 | 6/11/2018 | $72.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94090 | $10,440.21 | 8/9/2018 | 90866877 | 6/18/2018 | $94.48 |

**Totals:**  26 transfer(s),  $40,236.09