**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Kent International Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 6623825000-1 | 6/19/2018 | $53.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 575857 | 6/19/2018 | $2,597.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 6737105000-1 | 6/29/2018 | $53.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 6718335000-1 | 6/28/2018 | $53.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 6702925000-1 | 6/27/2018 | $56.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 6699835000-1 | 6/27/2018 | $56.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 6696445000-1 | 6/26/2018 | $53.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 6671505000-1 | 6/25/2018 | $53.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 6670445000-1 | 6/25/2018 | $56.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 6669965000-1 | 6/25/2018 | $56.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 6661835000-1 | 6/25/2018 | $56.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 6643785000-1 | 6/22/2018 | $56.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 6634125000-1 | 6/20/2018 | $56.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 6759775000-1 | 7/2/2018 | $56.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 6624615000-1 | 6/19/2018 | $56.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 6771625000-1 | 7/3/2018 | $56.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 6620695000-1 | 6/20/2018 | $53.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 6616035000-1 | 6/18/2018 | $53.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 6615975000-1 | 6/19/2018 | $66.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 6611905000-1 | 6/18/2018 | $53.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 6610715000-1 | 6/19/2018 | $56.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 6605515000-1 | 6/19/2018 | $53.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 6571725000-1 | 6/15/2018 | $56.90 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 576027 | 6/19/2018 | $79.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 575861 | 6/19/2018 | $574.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 575860 | 6/19/2018 | $260.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 575859 | 6/19/2018 | $1,345.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997194 | $5,698.11 | 8/22/2018 | 587574 | 7/23/2018 | $2,680.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 6627315000-1 | 6/20/2018 | $56.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989429 | $549.29 | 8/8/2018 | 6854125000-1 | 7/9/2018 | $56.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 548815 | 3/8/2018 | $266.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997194 | $5,698.11 | 8/22/2018 | 586598 | 7/19/2018 | $613.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997194 | $5,698.11 | 8/22/2018 | 586595 | 7/19/2018 | $130.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997194 | $5,698.11 | 8/22/2018 | 586352 | 7/19/2018 | $79.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997194 | $5,698.11 | 8/22/2018 | 586351 | 7/19/2018 | $179.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993003 | $209.82 | 8/15/2018 | 6893265000-1 | 7/12/2018 | $53.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993003 | $209.82 | 8/15/2018 | 6889065000-1 | 7/12/2018 | $47.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993003 | $209.82 | 8/15/2018 | 6886675000-1 | 7/12/2018 | $56.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993003 | $209.82 | 8/15/2018 | 6883895000-1 | 7/12/2018 | $53.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993003 | $209.82 | 8/15/2018 | 6879615000-1 | 7/11/2018 | $56.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993003 | $209.82 | 8/15/2018 | 6877805000-1 | 7/11/2018 | $47.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993003 | $209.82 | 8/15/2018 | 6875155000-1 | 7/11/2018 | $53.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 6738335000-1 | 7/2/2018 | $66.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989429 | $549.29 | 8/8/2018 | 6869885000-1 | 7/10/2018 | $56.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 575822 | 6/19/2018 | $3,952.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989429 | $549.29 | 8/8/2018 | 6846345000-1 | 7/9/2018 | $66.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989429 | $549.29 | 8/8/2018 | 6842025000-1 | 7/9/2018 | $53.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989429 | $549.29 | 8/8/2018 | 6840935000-1 | 7/9/2018 | $53.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989429 | $549.29 | 8/8/2018 | 6838995000-1 | 7/9/2018 | $56.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989429 | $549.29 | 8/8/2018 | 6831515000-1 | 7/9/2018 | $56.90 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989429 | $549.29 | 8/8/2018 | 6826625000-1 | 7/9/2018 | $53.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989429 | $549.29 | 8/8/2018 | 6817275000-1 | 7/6/2018 | $56.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989429 | $549.29 | 8/8/2018 | 6813555000-1 | 7/6/2018 | $53.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989429 | $549.29 | 8/8/2018 | 6803965000-1 | 7/5/2018 | $56.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989429 | $549.29 | 8/8/2018 | 549001-1522 | 3/8/2018 | $67.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 6772175000-1 | 7/2/2018 | $53.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 6771935000-1 | 7/3/2018 | $66.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989429 | $549.29 | 8/8/2018 | 6873285000-1 | 7/10/2018 | $66.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 551923 | 3/22/2018 | $8,369.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 575858 | 6/19/2018 | $630.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 554852 | 4/5/2018 | $8,617.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 554851 | 4/5/2018 | $936.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 554850-1530 | 4/5/2018 | $63.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 554850-1528 | 4/5/2018 | $670.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 554375 | 4/3/2018 | $266.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 554374 | 4/3/2018 | $908.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 553944 | 4/2/2018 | $798.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 553586 | 3/29/2018 | $569.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 553585 | 3/29/2018 | $9,248.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 553099 | 3/27/2018 | $337.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 553098 | 3/27/2018 | $5,283.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 572304 | 6/7/2018 | $242.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 553096 | 3/27/2018 | $441.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 572305 | 6/7/2018 | $98.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 551922 | 3/22/2018 | $8,718.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 551921 | 3/22/2018 | $3,726.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 551920 | 3/22/2018 | $3,135.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 551910 | 3/22/2018 | $250.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 551654 | 3/20/2018 | $2,018.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 551653 | 3/20/2018 | $290.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 550734 | 3/15/2018 | $122.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 549625-1527 | 3/13/2018 | $24.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 549625-1526 | 3/13/2018 | $72.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 549624-1523 | 3/13/2018 | $232.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 548819 | 3/8/2018 | $781.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 548816 | 3/8/2018 | $374.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 553097 | 3/27/2018 | $840.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 572931 | 6/11/2018 | $353.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 575821 | 6/19/2018 | $6,449.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 574253 | 6/14/2018 | $125.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 574252 | 6/14/2018 | $332.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 574251 | 6/14/2018 | $393.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 574250 | 6/14/2018 | $1,323.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 574244 | 6/14/2018 | $1,480.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 574243 | 6/14/2018 | $1,011.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 574234 | 6/14/2018 | $6,128.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 574233 | 6/14/2018 | $8,977.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 574232 | 6/14/2018 | $4,534.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 572985-1533 | 6/11/2018 | $139.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 572985-1531 | 6/11/2018 | $21.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 572303 | 6/7/2018 | $2,040.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 572983 | 6/11/2018 | $79.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997194 | $5,698.11 | 8/22/2018 | 587575 | 7/23/2018 | $1,495.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 572930 | 6/11/2018 | $138.89 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 572834 | 6/11/2018 | $113.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 572833 | 6/11/2018 | $496.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 572832 | 6/11/2018 | $173.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 572831 | 6/11/2018 | $518.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 572830 | 6/11/2018 | $110.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 572815 | 6/11/2018 | $4,869.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 572814 | 6/11/2018 | $3,149.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 572683 | 6/8/2018 | $239.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 572308 | 6/7/2018 | $2,426.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 572307 | 6/7/2018 | $78.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 572306 | 6/7/2018 | $656.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986003 | $57,163.05 | 7/30/2018 | 572984 | 6/11/2018 | $99.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007502 | $5,336.32 | 9/14/2018 | 93000531542 | 8/8/2018 | $66.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007502 | $5,336.32 | 9/14/2018 | 591627 | 8/7/2018 | $820.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007502 | $5,336.32 | 9/14/2018 | 93003537996 | 7/29/2018 | $94.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007502 | $5,336.32 | 9/14/2018 | 93003531009 | 7/29/2018 | $111.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007502 | $5,336.32 | 9/14/2018 | 93003449976 | 7/28/2018 | $59.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007502 | $5,336.32 | 9/14/2018 | 93003441390 | 7/27/2018 | $59.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007502 | $5,336.32 | 9/14/2018 | 93003436621 | 7/27/2018 | $59.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007502 | $5,336.32 | 9/14/2018 | 93001313340 | 8/14/2018 | $94.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007502 | $5,336.32 | 9/14/2018 | 93001305148 | 8/14/2018 | $94.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007502 | $5,336.32 | 9/14/2018 | 93001290133 | 8/14/2018 | $80.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007502 | $5,336.32 | 9/14/2018 | 93001246127 | 8/13/2018 | $151.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007502 | $5,336.32 | 9/14/2018 | 93001240726 | 8/13/2018 | $151.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007502 | $5,336.32 | 9/14/2018 | 93001097860 | 8/12/2018 | $59.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007502 | $5,336.32 | 9/14/2018 | 93003579541 | 7/29/2018 | $111.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007502 | $5,336.32 | 9/14/2018 | 93001033851 | 8/11/2018 | $74.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781007502 | $5,336.32 | 9/14/2018 | 93003598341 | 7/30/2018 | $111.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007502 | $5,336.32 | 9/14/2018 | 93000465592 | 8/8/2018 | $94.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007502 | $5,336.32 | 9/14/2018 | 93000463187 | 8/8/2018 | $94.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007502 | $5,336.32 | 9/14/2018 | 93000154209 | 8/1/2018 | $237.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007502 | $5,336.32 | 9/14/2018 | 93000153886 | 8/1/2018 | $132.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007502 | $5,336.32 | 9/14/2018 | 93000108128 | 8/1/2018 | $111.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007502 | $5,336.32 | 9/14/2018 | 93000086733 | 7/31/2018 | $111.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007502 | $5,336.32 | 9/14/2018 | 93000042399 | 7/31/2018 | $94.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007502 | $5,336.32 | 9/14/2018 | 93000036224 | 7/31/2018 | $128.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007502 | $5,336.32 | 9/14/2018 | 93000016813 | 7/30/2018 | $94.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007502 | $5,336.32 | 9/14/2018 | 7232105000-1 | 8/13/2018 | $66.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007502 | $5,336.32 | 9/14/2018 | 7194625000-1 | 8/13/2018 | $66.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997194 | $5,698.11 | 8/22/2018 | 587430 | 7/23/2018 | $139.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007502 | $5,336.32 | 9/14/2018 | 93001075656 | 8/11/2018 | $74.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011638 | $5,755.57 | 9/21/2018 | 593867 | 8/17/2018 | $99.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011638 | $5,755.57 | 9/21/2018 | 93002108778 | 8/21/2018 | $80.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011638 | $5,755.57 | 9/21/2018 | 93002066391 | 8/20/2018 | $151.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011638 | $5,755.57 | 9/21/2018 | 93002046290 | 8/20/2018 | $94.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011638 | $5,755.57 | 9/21/2018 | 93002043330 | 8/20/2018 | $66.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011638 | $5,755.57 | 9/21/2018 | 93001427914 | 8/16/2018 | $59.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011638 | $5,755.57 | 9/21/2018 | 93001425568 | 8/16/2018 | $77.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011638 | $5,755.57 | 9/21/2018 | 7291075000-1 | 8/21/2018 | $56.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011638 | $5,755.57 | 9/21/2018 | 7278205000-1 | 8/20/2018 | $56.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011638 | $5,755.57 | 9/21/2018 | 7274825000-1 | 8/20/2018 | $56.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011638 | $5,755.57 | 9/21/2018 | 7265165000-1 | 8/17/2018 | $53.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011638 | $5,755.57 | 9/21/2018 | 7251135000-1 | 8/16/2018 | $66.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011638 | $5,755.57 | 9/21/2018 | 7250285000-1 | 8/15/2018 | $56.90 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781007502 | $5,336.32 | 9/14/2018 | 93003542878 | 7/29/2018 | $111.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011638 | $5,755.57 | 9/21/2018 | 7118555000-1 | 7/31/2018 | $63.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007502 | $5,336.32 | 9/14/2018 | 590662 | 8/6/2018 | $79.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011638 | $5,755.57 | 9/21/2018 | 592707 | 8/14/2018 | $99.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011638 | $5,755.57 | 9/21/2018 | 592706 | 8/14/2018 | $79.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011638 | $5,755.57 | 9/21/2018 | 592705 | 8/14/2018 | $79.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011638 | $5,755.57 | 9/21/2018 | 590941 | 8/7/2018 | $1,675.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011638 | $5,755.57 | 9/21/2018 | 590940 | 8/7/2018 | $439.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011638 | $5,755.57 | 9/21/2018 | 590939 | 8/7/2018 | $215.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011638 | $5,755.57 | 9/21/2018 | 590345 | 8/6/2018 | $325.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011638 | $5,755.57 | 9/21/2018 | 590343 | 8/6/2018 | $289.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011638 | $5,755.57 | 9/21/2018 | 590342 | 8/6/2018 | $652.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011638 | $5,755.57 | 9/21/2018 | 590341 | 8/6/2018 | $147.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011638 | $5,755.57 | 9/21/2018 | 590340 | 8/6/2018 | $194.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011638 | $5,755.57 | 9/21/2018 | 590339 | 8/6/2018 | $792.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011638 | $5,755.57 | 9/21/2018 | 7130215000-1 | 7/31/2018 | $63.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000546 | $1,793.51 | 8/31/2018 | 7046165000-1 | 7/25/2018 | $66.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007502 | $5,336.32 | 9/14/2018 | 7185595000-1 | 8/8/2018 | $53.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004030 | $11,009.13 | 9/7/2018 | 586601 | 7/19/2018 | $809.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004030 | $11,009.13 | 9/7/2018 | 586600 | 7/19/2018 | $865.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004030 | $11,009.13 | 9/7/2018 | 586599 | 7/19/2018 | $133.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004030 | $11,009.13 | 9/7/2018 | 586597 | 7/19/2018 | $98.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004030 | $11,009.13 | 9/7/2018 | 586596 | 7/19/2018 | $161.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004030 | $11,009.13 | 9/7/2018 | 586594 | 7/19/2018 | $1,032.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004030 | $11,009.13 | 9/7/2018 | 586593 | 7/19/2018 | $149.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004030 | $11,009.13 | 9/7/2018 | 586592 | 7/19/2018 | $362.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000546 | $1,793.51 | 8/31/2018 | 7091965000-1 | 7/31/2018 | $66.40 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781000546 | $1,793.51 | 8/31/2018 | 7078225000-1 | 7/31/2018 | $56.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000546 | $1,793.51 | 8/31/2018 | 7075155000-1 | 7/31/2018 | $56.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004030 | $11,009.13 | 9/7/2018 | 587573 | 7/23/2018 | $161.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000546 | $1,793.51 | 8/31/2018 | 7049655000-1 | 7/25/2018 | $56.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004030 | $11,009.13 | 9/7/2018 | 587595 | 7/24/2018 | $268.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000546 | $1,793.51 | 8/31/2018 | 587818-1536 | 7/24/2018 | $726.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000546 | $1,793.51 | 8/31/2018 | 587818-1534 | 7/24/2018 | $215.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000546 | $1,793.51 | 8/31/2018 | 587429 | 7/23/2018 | $79.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000546 | $1,793.51 | 8/31/2018 | 586353 | 7/19/2018 | $139.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000546 | $1,793.51 | 8/31/2018 | 586350 | 7/19/2018 | $159.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000546 | $1,793.51 | 8/31/2018 | 586349 | 7/19/2018 | $339.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997194 | $5,698.11 | 8/22/2018 | 93120776293 | 7/22/2018 | $111.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997194 | $5,698.11 | 8/22/2018 | 7031565000-1 | 7/24/2018 | $66.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997194 | $5,698.11 | 8/22/2018 | 7024855000-1 | 7/24/2018 | $66.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997194 | $5,698.11 | 8/22/2018 | 7013885000-1 | 7/24/2018 | $53.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997194 | $5,698.11 | 8/22/2018 | 7005655000-1 | 7/24/2018 | $56.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997194 | $5,698.11 | 8/22/2018 | 6989365000-1 | 7/24/2018 | $56.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000546 | $1,793.51 | 8/31/2018 | 7073725000-1 | 7/31/2018 | $56.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004030 | $11,009.13 | 9/7/2018 | 93000247129 | 8/4/2018 | $80.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007502 | $5,336.32 | 9/14/2018 | 589354 | 7/31/2018 | $413.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007502 | $5,336.32 | 9/14/2018 | 589353 | 7/31/2018 | $887.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007502 | $5,336.32 | 9/14/2018 | 589352 | 7/31/2018 | $717.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004030 | $11,009.13 | 9/7/2018 | 93120778318 | 8/4/2018 | $109.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004030 | $11,009.13 | 9/7/2018 | 93120778202 | 8/2/2018 | $94.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004030 | $11,009.13 | 9/7/2018 | 93000404260 | 8/6/2018 | $333.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004030 | $11,009.13 | 9/7/2018 | 93000385946 | 8/6/2018 | $94.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004030 | $11,009.13 | 9/7/2018 | 93000385283 | 8/6/2018 | $284.71 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004030 | $11,009.13 | 9/7/2018 | 93000380487 | 8/6/2018 | $77.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004030 | $11,009.13 | 9/7/2018 | 93000379549 | 8/6/2018 | $111.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004030 | $11,009.13 | 9/7/2018 | 93000353621 | 8/5/2018 | $179.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004030 | $11,009.13 | 9/7/2018 | 93000312438 | 8/5/2018 | $94.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004030 | $11,009.13 | 9/7/2018 | 587572 | 7/23/2018 | $1,099.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004030 | $11,009.13 | 9/7/2018 | 93000281388 | 8/4/2018 | $94.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011638 | $5,755.57 | 9/21/2018 | 93120779333 | 8/10/2018 | $111.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004030 | $11,009.13 | 9/7/2018 | 93000234644 | 8/3/2018 | $111.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004030 | $11,009.13 | 9/7/2018 | 93000227912 | 8/3/2018 | $74.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004030 | $11,009.13 | 9/7/2018 | 93000209461 | 8/3/2018 | $111.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004030 | $11,009.13 | 9/7/2018 | 93000189842 | 8/2/2018 | $47.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004030 | $11,009.13 | 9/7/2018 | 589351 | 7/31/2018 | $400.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004030 | $11,009.13 | 9/7/2018 | 588291 | 7/26/2018 | $480.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004030 | $11,009.13 | 9/7/2018 | 587601 | 7/24/2018 | $371.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004030 | $11,009.13 | 9/7/2018 | 587600 | 7/24/2018 | $353.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004030 | $11,009.13 | 9/7/2018 | 587599 | 7/24/2018 | $367.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004030 | $11,009.13 | 9/7/2018 | 587598 | 7/24/2018 | $1,246.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004030 | $11,009.13 | 9/7/2018 | 587597 | 7/24/2018 | $492.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004030 | $11,009.13 | 9/7/2018 | 587596 | 7/24/2018 | $211.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004030 | $11,009.13 | 9/7/2018 | 93000293499 | 8/5/2018 | $111.05 |

Totals:    8 transfer(s),    $87,514.80