**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **KMR Print, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006242 | $2,497.57 | 9/12/2018 | 503359 | 6/30/2018 | $2,497.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990078 | $2,798.47 | 8/9/2018 | 503329X | 5/31/2018 | $2,798.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982078 | $10,064.25 | 7/20/2018 | 503314 | 4/30/2018 | $2,435.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982078 | $10,064.25 | 7/20/2018 | 503281 | 3/31/2018 | $2,483.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982078 | $10,064.25 | 7/20/2018 | 503267 | 2/28/2018 | $2,376.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982078 | $10,064.25 | 7/20/2018 | 503240 | 1/31/2018 | $2,769.15 |

**Totals:**   3 transfer(s),   $15,360.29