**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Koa USA, Inc. dba Koa Brands Company** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781001945 | $15,466.61 | 8/21/2018 | 910217062 | 7/18/2018 | $15,466.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005357 | $11,745.08 | 8/28/2018 | 910222701-3641 | 7/30/2018 | $569.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005357 | $11,745.08 | 8/28/2018 | 910222701-3639 | 7/30/2018 | $22.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005357 | $11,745.08 | 8/28/2018 | 910222700 | 7/30/2018 | $3,856.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005357 | $11,745.08 | 8/28/2018 | 910220923-3638 | 7/27/2018 | $1,210.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005357 | $11,745.08 | 8/28/2018 | 910220923-3636 | 7/27/2018 | $70.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005357 | $11,745.08 | 8/28/2018 | 910220922 | 7/27/2018 | $6,119.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003456 | $20,259.27 | 8/23/2018 | 910220921-3635 | 7/27/2018 | $3,540.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003456 | $20,259.27 | 8/23/2018 | 910220921-3633 | 7/27/2018 | $197.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003456 | $20,259.27 | 8/23/2018 | 910220920 | 7/27/2018 | $16,718.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002855 | $5,156.21 | 8/22/2018 | 910219346-3632 | 7/25/2018 | $2,062.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983883 | $17,663.50 | 7/17/2018 | 910201726 | 6/18/2018 | $12,004.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002855 | $5,156.21 | 8/22/2018 | 910219345 | 7/25/2018 | $3,094.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008985 | $46,349.57 | 9/4/2018 | 910226482 | 8/9/2018 | $15,906.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999333 | $3,004.10 | 8/15/2018 | 910217641-3629 | 7/17/2018 | $1,194.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999333 | $3,004.10 | 8/15/2018 | 910217641-3628 | 7/17/2018 | $84.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999333 | $3,004.10 | 8/15/2018 | 910217466-3626 | 7/19/2018 | $4,325.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999333 | $3,004.10 | 8/15/2018 | 910217466-3624 | 7/19/2018 | $239.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998459 | $6,009.08 | 8/14/2018 | 910217640 | 7/17/2018 | $6,597.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985440 | $1,791.37 | 7/19/2018 | 910202462 | 6/20/2018 | $1,798.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983883 | $17,663.50 | 7/17/2018 | 910204521 | 6/20/2018 | $547.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983883 | $17,663.50 | 7/17/2018 | 910203923 | 6/20/2018 | $625.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983883 | $17,663.50 | 7/17/2018 | 910202461 | 6/20/2018 | $273.71 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983883 | $17,663.50 | 7/17/2018 | 910202115 | 6/19/2018 | $273.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983883 | $17,663.50 | 7/17/2018 | 910201973 | 6/19/2018 | $7,390.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002855 | $5,156.21 | 8/22/2018 | 910219346-3630 | 7/25/2018 | $126.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019802 | $13,800.32 | 9/25/2018 | 910237227 | 8/30/2018 | $8,247.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021357 | $4,744.30 | 9/27/2018 | 910238478 | 8/29/2018 | $1,692.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021357 | $4,744.30 | 9/27/2018 | 910237707-10863 | 8/31/2018 | $609.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021357 | $4,744.30 | 9/27/2018 | 910237707-10862 | 8/31/2018 | $16.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021357 | $4,744.30 | 9/27/2018 | 910237706 | 8/31/2018 | $2,103.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020731 | $21,685.97 | 9/26/2018 | 910238481-10860 | 8/30/2018 | $2,082.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020731 | $21,685.97 | 9/26/2018 | 910238481-10858 | 8/30/2018 | $70.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020731 | $21,685.97 | 9/26/2018 | 910238480 | 8/30/2018 | $3,346.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020731 | $21,685.97 | 9/26/2018 | 910237709-10857 | 8/31/2018 | $2,844.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020731 | $21,685.97 | 9/26/2018 | 910237709-10855 | 8/31/2018 | $62.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020731 | $21,685.97 | 9/26/2018 | 910237708 | 8/31/2018 | $13,421.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019802 | $13,800.32 | 9/25/2018 | 910237711 | 8/31/2018 | $3,467.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008985 | $46,349.57 | 9/4/2018 | 910226480 | 8/9/2018 | $5,368.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019802 | $13,800.32 | 9/25/2018 | 910237228 | 8/30/2018 | $1,770.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008985 | $46,349.57 | 9/4/2018 | 910226481 | 8/9/2018 | $863.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011145 | $14,250.30 | 9/6/2018 | 910226479 | 8/8/2018 | $14,250.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010212 | $11,889.81 | 9/5/2018 | 910226914 | 8/8/2018 | $1,630.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010212 | $11,889.81 | 9/5/2018 | 910226913 | 8/8/2018 | $10,270.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008985 | $46,349.57 | 9/4/2018 | 910226912-10854 | 8/7/2018 | $1,405.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008985 | $46,349.57 | 9/4/2018 | 910226912-10852 | 8/7/2018 | $39.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008985 | $46,349.57 | 9/4/2018 | 910226911 | 8/7/2018 | $7,690.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008985 | $46,349.57 | 9/4/2018 | 910226764 | 8/9/2018 | $3,335.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008985 | $46,349.57 | 9/4/2018 | 910226485 | 8/9/2018 | $1,813.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008985 | $46,349.57 | 9/4/2018 | 910226484 | 8/9/2018 | $8,151.99 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008985 | $46,349.57 | 9/4/2018 | 910226483 | 8/9/2018 | $1,832.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021357 | $4,744.30 | 9/27/2018 | 910238479 | 8/29/2018 | $339.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019802 | $13,800.32 | 9/25/2018 | 910237710 | 8/31/2018 | $8,965.49 |

**Totals:** **14 transfer(s),** **$193,815.49**

Koa USA, Inc. dba Koa Brands Company (2219790)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jan 27, 2020

Exhibit A

P. 3