**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **KX Technologies LLC** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16100 | $863.91 | 8/31/2018 | 137145 | 8/21/2018 | $107.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00257 | $449.92 | 8/3/2018 | 134019 | 7/17/2018 | $449.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08958 | $2,616.53 | 8/20/2018 | 135934 | 8/7/2018 | $468.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08958 | $2,616.53 | 8/20/2018 | 135936 | 8/7/2018 | $881.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12992 | $676.20 | 8/27/2018 | 136521 | 8/14/2018 | $99.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12992 | $676.20 | 8/27/2018 | 136522 | 8/14/2018 | $729.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12992 | $676.20 | 8/27/2018 | 136523 | 8/14/2018 | $85.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13967 | $1,871.83 | 8/28/2018 | 136518 | 8/14/2018 | $99.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08958 | $2,616.53 | 8/20/2018 | 135932 | 8/7/2018 | $99.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16100 | $863.91 | 8/31/2018 | 136520 | 8/14/2018 | $795.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08958 | $2,616.53 | 8/20/2018 | 135931 | 8/7/2018 | $699.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16982 | $6,074.70 | 9/4/2018 | 134044 | 7/17/2018 | $1,090.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16982 | $6,074.70 | 9/4/2018 | 137136 | 8/21/2018 | $627.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16982 | $6,074.70 | 9/4/2018 | 137137 | 8/21/2018 | $2,390.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16982 | $6,074.70 | 9/4/2018 | 137141 | 8/21/2018 | $595.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16982 | $6,074.70 | 9/4/2018 | 137142 | 8/21/2018 | $913.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16982 | $6,074.70 | 9/4/2018 | 137143 | 8/21/2018 | $431.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16982 | $6,074.70 | 9/4/2018 | 137144 | 8/21/2018 | $308.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17999 | $62.63 | 9/5/2018 | 134045 | 7/17/2018 | $498.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13967 | $1,871.83 | 8/28/2018 | 136519 | 8/14/2018 | $1,771.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04094 | $1,459.59 | 8/10/2018 | 135160 | 7/31/2018 | $479.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01096 | $4,904.90 | 8/6/2018 | 134691 | 7/24/2018 | $215.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01096 | $4,904.90 | 8/6/2018 | 134692 | 7/24/2018 | $479.68 |

KX Technologies LLC (2219220)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020    Exhibit A    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01096 | $4,904.90 | 8/6/2018 | 134693 | 7/24/2018 | $654.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01096 | $4,904.90 | 8/6/2018 | 134694 | 7/24/2018 | $730.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01096 | $4,904.90 | 8/6/2018 | 134696 | 7/24/2018 | $2,824.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02016 | $934.10 | 8/7/2018 | 134023 | 7/17/2018 | $99.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02016 | $934.10 | 8/7/2018 | 134695 | 7/24/2018 | $546.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08958 | $2,616.53 | 8/20/2018 | 135933 | 8/7/2018 | $395.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04094 | $1,459.59 | 8/10/2018 | 135157 | 7/31/2018 | $1,171.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19955 | $3,372.08 | 9/10/2018 | 137850 | 8/28/2018 | $298.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04947 | $2,234.49 | 8/13/2018 | 132148 | 6/26/2018 | $1,126.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04947 | $2,234.49 | 8/13/2018 | 135158 | 7/31/2018 | $683.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04947 | $2,234.49 | 8/13/2018 | 135159 | 7/31/2018 | $323.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04947 | $2,234.49 | 8/13/2018 | 135161 | 7/31/2018 | $99.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05881 | $2,051.15 | 8/14/2018 | 135156 | 7/31/2018 | $2,169.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08091 | $916.36 | 8/17/2018 | 135929 | 8/7/2018 | $231.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08091 | $916.36 | 8/17/2018 | 135935 | 8/7/2018 | $1,252.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08958 | $2,616.53 | 8/20/2018 | 135930 | 8/7/2018 | $99.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02016 | $934.10 | 8/7/2018 | 134697 | 7/24/2018 | $297.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94101 | $7,004.39 | 7/24/2018 | 133491 | 7/11/2018 | $1,868.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28104 | $284.43 | 9/25/2018 | 139020 | 9/11/2018 | $231.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28104 | $284.43 | 9/25/2018 | 139021 | 9/11/2018 | $99.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90026 | $2,921.25 | 7/17/2018 | 132756 | 7/3/2018 | $876.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90026 | $2,921.25 | 7/17/2018 | 132757 | 7/3/2018 | $1,915.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90026 | $2,921.25 | 7/17/2018 | 132793 | 7/3/2018 | $297.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90026 | $2,921.25 | 7/17/2018 | 132794 | 7/3/2018 | $231.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93108 | $1,884.03 | 7/23/2018 | 133494 | 7/11/2018 | $1,235.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19955 | $3,372.08 | 9/10/2018 | 137845 | 8/28/2018 | $594.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93108 | $1,884.03 | 7/23/2018 | 133496 | 7/11/2018 | $596.90 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27227 | $2,841.97 | 9/24/2018 | 139030 | 9/11/2018 | $199.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94101 | $7,004.39 | 7/24/2018 | 133492 | 7/11/2018 | $2,719.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94101 | $7,004.39 | 7/24/2018 | 133493 | 7/11/2018 | $1,630.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94101 | $7,004.39 | 7/24/2018 | 133497 | 7/11/2018 | $498.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94101 | $7,004.39 | 7/24/2018 | 133498 | 7/11/2018 | $297.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97172 | $467.40 | 7/30/2018 | 134010 | 7/17/2018 | $215.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97172 | $467.40 | 7/30/2018 | 134012 | 7/17/2018 | $98.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97172 | $467.40 | 7/30/2018 | 134017 | 7/17/2018 | $298.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98158 | $1,570.05 | 7/31/2018 | 134021 | 7/17/2018 | $1,601.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93108 | $1,884.03 | 7/23/2018 | 133495 | 7/11/2018 | $98.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24496 | $391.40 | 9/18/2018 | 138595 | 9/5/2018 | $199.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99622 | $344.48 | 8/2/2018 | 134014 | 7/17/2018 | $518.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19955 | $3,372.08 | 9/10/2018 | 137851 | 8/28/2018 | $490.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20855 | $1,828.68 | 9/11/2018 | 137139 | 8/21/2018 | $231.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20855 | $1,828.68 | 9/11/2018 | 137140 | 8/21/2018 | $580.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20855 | $1,828.68 | 9/11/2018 | 137848 | 8/28/2018 | $599.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20855 | $1,828.68 | 9/11/2018 | 137849 | 8/28/2018 | $565.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22297 | $669.15 | 9/13/2018 | 137847 | 8/28/2018 | $557.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22297 | $669.15 | 9/13/2018 | 0000967769-10590 | 9/26/2017 | $111.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27227 | $2,841.97 | 9/24/2018 | 139032 | 9/11/2018 | $431.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24496 | $391.40 | 9/18/2018 | 138594 | 9/5/2018 | $759.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27227 | $2,841.97 | 9/24/2018 | 139031 | 9/11/2018 | $542.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24496 | $391.40 | 9/18/2018 | 138596 | 9/5/2018 | $98.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26485 | $2,357.95 | 9/21/2018 | 138592 | 9/5/2018 | $494.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26485 | $2,357.95 | 9/21/2018 | 139022 | 9/11/2018 | $1,879.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27227 | $2,841.97 | 9/24/2018 | 139026 | 9/11/2018 | $296.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27227 | $2,841.97 | 9/24/2018 | 139027 | 9/11/2018 | $499.36 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27227 | $2,841.97 | 9/24/2018 | 139028 | 9/11/2018 | $792.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27227 | $2,841.97 | 9/24/2018 | 139029 | 9/11/2018 | $98.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19955 | $3,372.08 | 9/10/2018 | 137846 | 8/28/2018 | $2,082.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24496 | $391.40 | 9/18/2018 | 138593 | 9/5/2018 | $99.87 |

**Totals:** 26 transfer(s), $51,053.57