**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Lavish Clothing, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62083484 | $203,705.51 | 7/31/2018 | 11862 | 5/16/2018 | $16,149.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082540 | $28,063.47 | 7/17/2018 | 11901 | 5/25/2018 | $10,370.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083484 | $203,705.51 | 7/31/2018 | 11969-8377 | 6/18/2018 | $142.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083484 | $203,705.51 | 7/31/2018 | 11951 | 6/14/2018 | $7,107.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083484 | $203,705.51 | 7/31/2018 | 11950 | 6/14/2018 | $23,089.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083484 | $203,705.51 | 7/31/2018 | 11949 | 6/14/2018 | $15,738.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083484 | $203,705.51 | 7/31/2018 | 11945 | 6/13/2018 | $23,167.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083484 | $203,705.51 | 7/31/2018 | 11941 | 6/13/2018 | $13,320.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083484 | $203,705.51 | 7/31/2018 | 11970-8379 | 6/18/2018 | $577.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083484 | $203,705.51 | 7/31/2018 | 11939 | 6/13/2018 | $16,891.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083484 | $203,705.51 | 7/31/2018 | 11970-8381 | 6/18/2018 | $23,482.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083112 | $64,318.11 | 7/23/2018 | 11977 | 6/19/2018 | $15,610.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083112 | $64,318.11 | 7/23/2018 | 11976 | 6/19/2018 | $6,225.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083112 | $64,318.11 | 7/23/2018 | 11975 | 6/19/2018 | $23,157.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083112 | $64,318.11 | 7/23/2018 | 11958 | 6/15/2018 | $13,644.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083112 | $64,318.11 | 7/23/2018 | 11957 | 6/15/2018 | $11,067.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083112 | $64,318.11 | 7/23/2018 | 11956 | 6/15/2018 | $12,085.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082540 | $28,063.47 | 7/17/2018 | 11944 | 6/12/2018 | $22,093.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082540 | $28,063.47 | 7/17/2018 | 11914 | 5/30/2018 | $10,200.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083484 | $203,705.51 | 7/31/2018 | 11940 | 6/11/2018 | $8,743.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083887 | $120,287.34 | 8/7/2018 | 11938 | 6/13/2018 | $15,803.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011676 | $44,191.64 | 9/21/2018 | 12067 | 8/10/2018 | $13,663.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011676 | $44,191.64 | 9/21/2018 | 12062 | 8/6/2018 | $5,763.07 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011676 | $44,191.64 | 9/21/2018 | 12051 | 8/2/2018 | $14,837.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011676 | $44,191.64 | 9/21/2018 | 12050 | 8/2/2018 | $13,892.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011676 | $44,191.64 | 9/21/2018 | 11986 | 6/29/2018 | $1,192.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083887 | $120,287.34 | 8/7/2018 | 11985-8387 | 6/29/2018 | $263.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083887 | $120,287.34 | 8/7/2018 | 11985-8386 | 6/29/2018 | $372.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083484 | $203,705.51 | 7/31/2018 | 11969-8378 | 6/18/2018 | $6,052.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083887 | $120,287.34 | 8/7/2018 | 11954 | 6/14/2018 | $14,794.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011676 | $44,191.64 | 9/21/2018 | 12068 | 8/10/2018 | $8,443.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083887 | $120,287.34 | 8/7/2018 | 11937 | 6/15/2018 | $30,549.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083887 | $120,287.34 | 8/7/2018 | 11936 | 6/15/2018 | $27,156.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083887 | $120,287.34 | 8/7/2018 | 11935 | 6/15/2018 | $17,446.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083484 | $203,705.51 | 7/31/2018 | 11980 | 6/28/2018 | $6,332.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083484 | $203,705.51 | 7/31/2018 | 11973 | 6/18/2018 | $34,699.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083484 | $203,705.51 | 7/31/2018 | 11972-8384 | 6/18/2018 | $11,160.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083484 | $203,705.51 | 7/31/2018 | 11972-8383 | 6/18/2018 | $127.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083484 | $203,705.51 | 7/31/2018 | 11971 | 6/18/2018 | $3,436.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083887 | $120,287.34 | 8/7/2018 | 11955 | 6/14/2018 | $14,273.28 |

Totals:    5 transfer(s),    $460,566.07