# ask LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Leif J. Ostberg, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50577 | 6/30/2018 | $285.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50560 | 6/30/2018 | $174.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50562 | 6/30/2018 | $229.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50564 | 6/30/2018 | $324.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50566 | 6/30/2018 | $122.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50568 | 6/30/2018 | $694.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50570 | 6/30/2018 | $1,000.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999343 | $14,860.48 | 8/29/2018 | INV51487 | 7/14/2018 | $562.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50574 | 6/30/2018 | $244.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50554 | 6/30/2018 | $579.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50579 | 6/30/2018 | $206.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50581 | 6/30/2018 | $152.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50583 | 6/30/2018 | $648.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50585 | 6/30/2018 | $472.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50587 | 6/30/2018 | $356.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50589 | 6/30/2018 | $2,025.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50572 | 6/30/2018 | $1,321.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50542R | 6/30/2018 | $606.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50530R | 6/30/2018 | $1,786.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50531 | 6/30/2018 | $1,446.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50533R | 6/30/2018 | $1,929.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50534 | 6/30/2018 | $1,647.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50536R | 6/30/2018 | $2,197.10 |

Leif J. Ostberg, Inc. (2220057)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020

Exhibit A

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50537 | 6/30/2018 | $467.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50558 | 6/30/2018 | $609.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50540 | 6/30/2018 | $455.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50556 | 6/30/2018 | $939.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50543 | 6/30/2018 | $609.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50545R | 6/30/2018 | $812.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50546 | 6/30/2018 | $632.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50548R | 6/30/2018 | $843.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50551 | 6/30/2018 | $632.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50553R | 6/30/2018 | $843.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50593 | 6/30/2018 | $231.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50539R | 6/30/2018 | $623.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999343 | $14,860.48 | 8/29/2018 | INV51169 | 7/16/2018 | $1,382.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50591 | 6/30/2018 | $233.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997787 | $12,952.10 | 8/23/2018 | INV50943 | 7/12/2018 | $1,911.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997787 | $12,952.10 | 8/23/2018 | INV51171 | 7/16/2018 | $1,359.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997787 | $12,952.10 | 8/23/2018 | INV51173 | 7/16/2018 | $1,457.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997787 | $12,952.10 | 8/23/2018 | INV51181 | 7/16/2018 | $1,285.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999343 | $14,860.48 | 8/29/2018 | INV51163 | 7/2/2018 | $203.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997787 | $12,952.10 | 8/23/2018 | INV50937 | 7/12/2018 | $2,052.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999343 | $14,860.48 | 8/29/2018 | INV51167 | 7/2/2018 | $387.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997787 | $12,952.10 | 8/23/2018 | INV50935 | 7/12/2018 | $1,094.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999343 | $14,860.48 | 8/29/2018 | INV51175 | 7/16/2018 | $972.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999343 | $14,860.48 | 8/29/2018 | INV51177 | 7/16/2018 | $1,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999343 | $14,860.48 | 8/29/2018 | INV51179 | 7/16/2018 | $1,526.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999343 | $14,860.48 | 8/29/2018 | INV51194 | 7/13/2018 | $285.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999343 | $14,860.48 | 8/29/2018 | INV51196 | 7/13/2018 | $747.20 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999343 | $14,860.48 | 8/29/2018 | INV51483 | 7/14/2018 | $243.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982088 | $4,730.40 | 7/20/2018 | INV49673 | 6/14/2018 | $1,859.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999343 | $14,860.48 | 8/29/2018 | INV51165 | 7/2/2018 | $519.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50610 | 6/30/2018 | $700.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50525 | 6/30/2018 | $1,472.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50595 | 6/30/2018 | $484.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50597 | 6/30/2018 | $484.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50599 | 7/6/2018 | $652.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50601 | 7/6/2018 | $745.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50603 | 7/6/2018 | $658.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997787 | $12,952.10 | 8/23/2018 | INV50939 | 7/12/2018 | $2,052.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50608 | 6/30/2018 | $748.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50592 | 6/30/2018 | $233.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50612 | 6/29/2018 | $301.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50614 | 6/29/2018 | $297.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50616 | 6/29/2018 | $612.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50618 | 6/29/2018 | $612.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997233 | $454.90 | 8/22/2018 | INV50913 | 7/26/2018 | $454.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997787 | $12,952.10 | 8/23/2018 | INV50929 | 7/7/2018 | $545.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997787 | $12,952.10 | 8/23/2018 | INV50933 | 7/12/2018 | $1,195.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50605 | 6/30/2018 | $692.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987346 | $1,650.30 | 8/1/2018 | INV49376 | 5/26/2018 | $928.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988879 | $24,144.89 | 8/7/2018 | INV50714 | 7/7/2018 | $1,350.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983182 | $8,141.64 | 7/24/2018 | INV50321 | 6/17/2018 | $408.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983182 | $8,141.64 | 7/24/2018 | INV50323 | 6/17/2018 | $209.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983182 | $8,141.64 | 7/24/2018 | INV50325 | 6/17/2018 | $152.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983182 | $8,141.64 | 7/24/2018 | INV50327 | 6/17/2018 | $604.48 |

Leif J. Ostberg, Inc. (2220057)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jan 27, 2020

Exhibit A

P. 3

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983182 | $8,141.64 | 7/24/2018 | INV50329 | 6/17/2018 | $645.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983182 | $8,141.64 | 7/24/2018 | INV50317 | 6/17/2018 | $216.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987346 | $1,650.30 | 8/1/2018 | INV49374 | 5/26/2018 | $721.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983182 | $8,141.64 | 7/24/2018 | INV50315 | 6/17/2018 | $160.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988879 | $24,144.89 | 8/7/2018 | INV50696 | 7/7/2018 | $2,750.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988879 | $24,144.89 | 8/7/2018 | INV50698 | 7/7/2018 | $2,611.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988879 | $24,144.89 | 8/7/2018 | INV50700 | 7/7/2018 | $2,875.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988879 | $24,144.89 | 8/7/2018 | INV50702 | 7/7/2018 | $2,650.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988879 | $24,144.89 | 8/7/2018 | INV50706 | 7/7/2018 | $2,559.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988879 | $24,144.89 | 8/7/2018 | INV50708 | 7/7/2018 | $406.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50528 | 6/30/2018 | $1,339.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984841 | $87.48 | 7/26/2018 | INV49671 | 6/14/2018 | $87.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983182 | $8,141.64 | 7/24/2018 | INV50299 | 6/16/2018 | $696.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982088 | $4,730.40 | 7/20/2018 | INV49675 | 6/14/2018 | $1,947.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982088 | $4,730.40 | 7/20/2018 | INV49681 | 6/14/2018 | $405.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982088 | $4,730.40 | 7/20/2018 | INV49683 | 6/14/2018 | $518.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982661 | $1,500.12 | 7/23/2018 | INV49709 | 6/15/2018 | $252.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982661 | $1,500.12 | 7/23/2018 | INV49713 | 6/15/2018 | $1,247.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983182 | $8,141.64 | 7/24/2018 | INV50293 | 6/22/2018 | $321.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983182 | $8,141.64 | 7/24/2018 | INV50319 | 6/17/2018 | $324.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983182 | $8,141.64 | 7/24/2018 | INV50297 | 6/16/2018 | $295.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988879 | $24,144.89 | 8/7/2018 | INV50716 | 7/7/2018 | $1,140.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983182 | $8,141.64 | 7/24/2018 | INV50301 | 6/22/2018 | $518.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983182 | $8,141.64 | 7/24/2018 | INV50303 | 6/22/2018 | $537.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983182 | $8,141.64 | 7/24/2018 | INV50305 | 6/22/2018 | $527.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983182 | $8,141.64 | 7/24/2018 | INV50307 | 6/16/2018 | $550.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983182 | $8,141.64 | 7/24/2018 | INV50309 | 6/16/2018 | $537.30 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983182 | $8,141.64 | 7/24/2018 | INV50311 | 6/16/2018 | $557.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983182 | $8,141.64 | 7/24/2018 | INV50313 | 6/17/2018 | $225.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983182 | $8,141.64 | 7/24/2018 | INV50295 | 6/22/2018 | $652.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50514 | 6/13/2018 | $395.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988879 | $24,144.89 | 8/7/2018 | INV50710 | 7/7/2018 | $460.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991733 | $6,888.08 | 8/13/2018 | INV50921 | 7/7/2018 | $207.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991733 | $6,888.08 | 8/13/2018 | INV50923 | 7/7/2018 | $234.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991733 | $6,888.08 | 8/13/2018 | INV50925 | 7/7/2018 | $233.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991733 | $6,888.08 | 8/13/2018 | INV50927 | 7/7/2018 | $477.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991733 | $6,888.08 | 8/13/2018 | INV50931 | 7/7/2018 | $766.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991733 | $6,888.08 | 8/13/2018 | INV50917 | 7/7/2018 | $135.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50512 | 6/13/2018 | $359.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991733 | $6,888.08 | 8/13/2018 | INV50915 | 7/7/2018 | $991.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50516 | 6/13/2018 | $451.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50517 | 6/23/2018 | $1,111.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50519 | 6/30/2018 | $438.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50521R | 6/30/2018 | $584.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50522 | 6/30/2018 | $154.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50524R | 6/30/2018 | $206.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999343 | $14,860.48 | 8/29/2018 | INV51489 | 7/14/2018 | $461.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50510 | 6/13/2018 | $407.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991733 | $6,888.08 | 8/13/2018 | INV50897 | 7/6/2018 | $253.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988879 | $24,144.89 | 8/7/2018 | INV50720 | 7/7/2018 | $680.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988879 | $24,144.89 | 8/7/2018 | INV50722 | 7/7/2018 | $1,106.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988879 | $24,144.89 | 8/7/2018 | INV50726 | 7/7/2018 | $1,279.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988879 | $24,144.89 | 8/7/2018 | INV50728 | 7/7/2018 | $1,158.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988879 | $24,144.89 | 8/7/2018 | INV50732 | 7/7/2018 | $453.91 |

Leif J. Ostberg, Inc. (2220057)

Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020

Exhibit A

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988879 | $24,144.89 | 8/7/2018 | INV50734 | 7/7/2018 | $1,201.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991733 | $6,888.08 | 8/13/2018 | INV50919 | 7/7/2018 | $207.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988879 | $24,144.89 | 8/7/2018 | INV50740 | 7/7/2018 | $487.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996637 | $42,497.03 | 8/21/2018 | INV50527R | 6/30/2018 | $1,962.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991733 | $6,888.08 | 8/13/2018 | INV50899 | 7/6/2018 | $253.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991733 | $6,888.08 | 8/13/2018 | INV50901 | 7/6/2018 | $519.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991733 | $6,888.08 | 8/13/2018 | INV50903 | 7/6/2018 | $285.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991733 | $6,888.08 | 8/13/2018 | INV50905 | 7/6/2018 | $531.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991733 | $6,888.08 | 8/13/2018 | INV50907 | 7/6/2018 | $600.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991733 | $6,888.08 | 8/13/2018 | INV50909 | 7/6/2018 | $839.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991733 | $6,888.08 | 8/13/2018 | INV50911 | 7/7/2018 | $350.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988879 | $24,144.89 | 8/7/2018 | INV50738 | 7/7/2018 | $972.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006248 | $34,832.30 | 9/12/2018 | INV52136 | 7/27/2018 | $900.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006248 | $34,832.30 | 9/12/2018 | INV52120 | 8/6/2018 | $775.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006248 | $34,832.30 | 9/12/2018 | INV52122 | 8/6/2018 | $772.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006248 | $34,832.30 | 9/12/2018 | INV52124 | 8/6/2018 | $941.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006248 | $34,832.30 | 9/12/2018 | INV52126 | 8/6/2018 | $274.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006248 | $34,832.30 | 9/12/2018 | INV52128 | 8/1/2018 | $325.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006248 | $34,832.30 | 9/12/2018 | INV52130 | 8/6/2018 | $319.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999343 | $14,860.48 | 8/29/2018 | INV51485 | 7/14/2018 | $475.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006248 | $34,832.30 | 9/12/2018 | INV52134 | 7/27/2018 | $1,140.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006248 | $34,832.30 | 9/12/2018 | INV52114 | 7/30/2018 | $278.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006248 | $34,832.30 | 9/12/2018 | INV52138 | 7/27/2018 | $532.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006248 | $34,832.30 | 9/12/2018 | INV52141 | 7/27/2018 | $359.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006248 | $34,832.30 | 9/12/2018 | INV52143 | 7/27/2018 | $413.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006248 | $34,832.30 | 9/12/2018 | INV52145 | 8/1/2018 | $1,749.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006248 | $34,832.30 | 9/12/2018 | INV52147 | 8/1/2018 | $1,944.00 |

Leif J. Ostberg, Inc. (2220057)

Bankruptcy Case: Sears Holdings Corporation, et al.

Exhibit A

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006248 | $34,832.30 | 9/12/2018 | INV52149 | 8/1/2018 | $842.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006248 | $34,832.30 | 9/12/2018 | INV52132 | 7/27/2018 | $568.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006248 | $34,832.30 | 9/12/2018 | INV52100 | 7/28/2018 | $278.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006248 | $34,832.30 | 9/12/2018 | INV52069 | 7/28/2018 | $106.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006248 | $34,832.30 | 9/12/2018 | INV52071 | 7/28/2018 | $315.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006248 | $34,832.30 | 9/12/2018 | INV52073 | 7/28/2018 | $968.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006248 | $34,832.30 | 9/12/2018 | INV52090 | 7/28/2018 | $683.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006248 | $34,832.30 | 9/12/2018 | INV52092 | 7/28/2018 | $460.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006248 | $34,832.30 | 9/12/2018 | INV52094 | 7/28/2018 | $261.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006248 | $34,832.30 | 9/12/2018 | INV52118 | 7/30/2018 | $300.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006248 | $34,832.30 | 9/12/2018 | INV52098 | 7/28/2018 | $311.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006248 | $34,832.30 | 9/12/2018 | INV52116 | 7/30/2018 | $300.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006248 | $34,832.30 | 9/12/2018 | INV52102 | 8/3/2018 | $348.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006248 | $34,832.30 | 9/12/2018 | INV52104 | 8/3/2018 | $743.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006248 | $34,832.30 | 9/12/2018 | INV52106 | 7/30/2018 | $982.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006248 | $34,832.30 | 9/12/2018 | INV52108 | 7/30/2018 | $987.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006248 | $34,832.30 | 9/12/2018 | INV52110 | 7/30/2018 | $1,038.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006248 | $34,832.30 | 9/12/2018 | INV52112 | 7/30/2018 | $623.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011160 | $854.79 | 9/20/2018 | INV52153 | 8/8/2018 | $446.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006248 | $34,832.30 | 9/12/2018 | INV52096 | 7/28/2018 | $234.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011684 | $10,722.38 | 9/21/2018 | INV52394 | 8/10/2018 | $178.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006248 | $34,832.30 | 9/12/2018 | INV52151 | 8/1/2018 | $1,944.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011684 | $10,722.38 | 9/21/2018 | INV52382 | 8/10/2018 | $219.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011684 | $10,722.38 | 9/21/2018 | INV52386 | 8/10/2018 | $462.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011684 | $10,722.38 | 9/21/2018 | INV52387 | 8/10/2018 | $465.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011684 | $10,722.38 | 9/21/2018 | INV52388 | 8/10/2018 | $352.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011684 | $10,722.38 | 9/21/2018 | INV52389 | 8/10/2018 | $281.95 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011684 | $10,722.38 | 9/21/2018 | INV52378 | 8/10/2018 | $287.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011684 | $10,722.38 | 9/21/2018 | INV52392 | 8/10/2018 | $317.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011684 | $10,722.38 | 9/21/2018 | INV52376 | 8/10/2018 | $632.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011684 | $10,722.38 | 9/21/2018 | INV52396 | 8/10/2018 | $500.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011684 | $10,722.38 | 9/21/2018 | INV52398 | 8/10/2018 | $225.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011684 | $10,722.38 | 9/21/2018 | INV52400 | 8/10/2018 | $518.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012943 | $3,976.66 | 9/25/2018 | INV51785 | 7/27/2018 | $374.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012943 | $3,976.66 | 9/25/2018 | INV51788 | 7/20/2018 | $1,023.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012943 | $3,976.66 | 9/25/2018 | INV51794 | 7/20/2018 | $991.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012943 | $3,976.66 | 9/25/2018 | INV52043 | 7/27/2018 | $1,087.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011684 | $10,722.38 | 9/21/2018 | INV52390 | 8/10/2018 | $210.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011684 | $10,722.38 | 9/21/2018 | INV52364 | 8/10/2018 | $320.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006248 | $34,832.30 | 9/12/2018 | INV52063 | 7/27/2018 | $963.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011160 | $854.79 | 9/20/2018 | INV52155 | 8/8/2018 | $408.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011684 | $10,722.38 | 9/21/2018 | INV52352 | 8/10/2018 | $304.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011684 | $10,722.38 | 9/21/2018 | INV52354 | 8/10/2018 | $277.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011684 | $10,722.38 | 9/21/2018 | INV52356 | 8/10/2018 | $417.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011684 | $10,722.38 | 9/21/2018 | INV52358 | 8/10/2018 | $268.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011684 | $10,722.38 | 9/21/2018 | INV52380 | 8/10/2018 | $253.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011684 | $10,722.38 | 9/21/2018 | INV52362 | 8/10/2018 | $522.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006887 | $710.40 | 9/13/2018 | INV52140R | 7/27/2018 | $710.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011684 | $10,722.38 | 9/21/2018 | INV52366 | 8/10/2018 | $363.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011684 | $10,722.38 | 9/21/2018 | INV52368 | 8/10/2018 | $431.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011684 | $10,722.38 | 9/21/2018 | INV52370 | 8/10/2018 | $285.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011684 | $10,722.38 | 9/21/2018 | INV52372 | 8/10/2018 | $595.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011684 | $10,722.38 | 9/21/2018 | INV52373 | 8/10/2018 | $589.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011684 | $10,722.38 | 9/21/2018 | INV52374 | 8/10/2018 | $448.56 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011684 | $10,722.38 | 9/21/2018 | INV52375 | 8/10/2018 | $358.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011684 | $10,722.38 | 9/21/2018 | INV52360 | 8/10/2018 | $632.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999972 | $8,936.56 | 8/30/2018 | INV51477 | 7/14/2018 | $116.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003469 | $12,770.47 | 9/6/2018 | INV51787 | 7/20/2018 | $297.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999972 | $8,936.56 | 8/30/2018 | INV51190 | 7/13/2018 | $747.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999972 | $8,936.56 | 8/30/2018 | INV51192 | 7/13/2018 | $1,087.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999972 | $8,936.56 | 8/30/2018 | INV51468 | 7/14/2018 | $557.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999972 | $8,936.56 | 8/30/2018 | INV51469 | 7/14/2018 | $484.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999972 | $8,936.56 | 8/30/2018 | INV51471 | 7/14/2018 | $579.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999972 | $8,936.56 | 8/30/2018 | INV51186 | 7/13/2018 | $612.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999972 | $8,936.56 | 8/30/2018 | INV51475 | 7/15/2018 | $468.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999972 | $8,936.56 | 8/30/2018 | INV51185 | 7/13/2018 | $709.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999972 | $8,936.56 | 8/30/2018 | INV51479 | 7/14/2018 | $152.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999972 | $8,936.56 | 8/30/2018 | INV51481 | 7/14/2018 | $419.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999972 | $8,936.56 | 8/30/2018 | INV51493 | 7/19/2018 | $579.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000597 | $2,548.80 | 8/31/2018 | INV50941 | 7/12/2018 | $2,548.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003469 | $12,770.47 | 9/6/2018 | INV51467 | 7/14/2018 | $231.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003469 | $12,770.47 | 9/6/2018 | INV51781 | 7/20/2018 | $374.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006248 | $34,832.30 | 9/12/2018 | INV52067 | 7/27/2018 | $261.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999972 | $8,936.56 | 8/30/2018 | INV51473 | 7/14/2018 | $485.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999343 | $14,860.48 | 8/29/2018 | INV51511 | 7/19/2018 | $873.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999343 | $14,860.48 | 8/29/2018 | INV51491 | 7/15/2018 | $579.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999343 | $14,860.48 | 8/29/2018 | INV51495 | 7/16/2018 | $207.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999343 | $14,860.48 | 8/29/2018 | INV51497 | 7/16/2018 | $227.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999343 | $14,860.48 | 8/29/2018 | INV51501 | 7/16/2018 | $243.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999343 | $14,860.48 | 8/29/2018 | INV51503 | 7/16/2018 | $438.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999343 | $14,860.48 | 8/29/2018 | INV51505 | 7/16/2018 | $524.57 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999972 | $8,936.56 | 8/30/2018 | INV51188 | 7/13/2018 | $737.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999343 | $14,860.48 | 8/29/2018 | INV51509 | 7/19/2018 | $655.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003469 | $12,770.47 | 9/6/2018 | INV51790 | 7/20/2018 | $651.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999343 | $14,860.48 | 8/29/2018 | INV51512 | 7/19/2018 | $407.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999343 | $14,860.48 | 8/29/2018 | INV51514 | 7/19/2018 | $403.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999343 | $14,860.48 | 8/29/2018 | INV51516 | 7/19/2018 | $467.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999343 | $14,860.48 | 8/29/2018 | INV51518 | 7/19/2018 | $456.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999972 | $8,936.56 | 8/30/2018 | INV50594 | 6/30/2018 | $415.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999972 | $8,936.56 | 8/30/2018 | INV50615 | 6/29/2018 | $535.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999972 | $8,936.56 | 8/30/2018 | INV51183 | 7/16/2018 | $248.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999343 | $14,860.48 | 8/29/2018 | INV51507 | 7/19/2018 | $609.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006248 | $34,832.30 | 9/12/2018 | INV52049 | 7/23/2018 | $563.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003469 | $12,770.47 | 9/6/2018 | INV51783 | 7/20/2018 | $675.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004662 | $2,631.82 | 9/10/2018 | INV50947 | 7/12/2018 | $955.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004662 | $2,631.82 | 9/10/2018 | INV51499 | 7/16/2018 | $419.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006248 | $34,832.30 | 9/12/2018 | INV52037 | 7/27/2018 | $1,130.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006248 | $34,832.30 | 9/12/2018 | INV52039 | 7/27/2018 | $726.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006248 | $34,832.30 | 9/12/2018 | INV52041 | 7/27/2018 | $895.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004662 | $2,631.82 | 9/10/2018 | INV50613 | 6/29/2018 | $301.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006248 | $34,832.30 | 9/12/2018 | INV52047 | 7/23/2018 | $1,040.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003469 | $12,770.47 | 9/6/2018 | INV51826 | 7/26/2018 | $597.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006248 | $34,832.30 | 9/12/2018 | INV52051 | 7/23/2018 | $454.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006248 | $34,832.30 | 9/12/2018 | INV52053 | 7/27/2018 | $1,097.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006248 | $34,832.30 | 9/12/2018 | INV52055 | 7/27/2018 | $699.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006248 | $34,832.30 | 9/12/2018 | INV52057 | 7/27/2018 | $414.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006248 | $34,832.30 | 9/12/2018 | INV52059 | 7/27/2018 | $565.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006248 | $34,832.30 | 9/12/2018 | INV52061 | 7/27/2018 | $1,193.94 |

Leif J. Ostberg, Inc. (2220057)

Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020

Exhibit A

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781012943 | $3,976.66 | 9/25/2018 | INV52384 | 8/10/2018 | $500.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006248 | $34,832.30 | 9/12/2018 | INV52045 | 7/27/2018 | $1,260.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003469 | $12,770.47 | 9/6/2018 | INV51810 | 7/20/2018 | $513.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003469 | $12,770.47 | 9/6/2018 | INV51792 | 7/20/2018 | $743.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003469 | $12,770.47 | 9/6/2018 | INV51796 | 7/20/2018 | $375.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003469 | $12,770.47 | 9/6/2018 | INV51798 | 7/20/2018 | $1,140.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003469 | $12,770.47 | 9/6/2018 | INV51800 | 7/20/2018 | $489.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003469 | $12,770.47 | 9/6/2018 | INV51802 | 7/20/2018 | $345.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003469 | $12,770.47 | 9/6/2018 | INV51804 | 7/20/2018 | $207.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004662 | $2,631.82 | 9/10/2018 | INV50945 | 7/12/2018 | $955.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003469 | $12,770.47 | 9/6/2018 | INV51808 | 7/20/2018 | $432.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006248 | $34,832.30 | 9/12/2018 | INV52065 | 7/27/2018 | $537.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003469 | $12,770.47 | 9/6/2018 | INV51812 | 7/20/2018 | $422.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003469 | $12,770.47 | 9/6/2018 | INV51814 | 7/20/2018 | $255.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003469 | $12,770.47 | 9/6/2018 | INV51816 | 7/20/2018 | $287.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003469 | $12,770.47 | 9/6/2018 | INV51818 | 7/20/2018 | $287.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003469 | $12,770.47 | 9/6/2018 | INV51820 | 7/20/2018 | $3,249.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003469 | $12,770.47 | 9/6/2018 | INV51822 | 7/20/2018 | $382.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003469 | $12,770.47 | 9/6/2018 | INV51824 | 7/26/2018 | $547.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003469 | $12,770.47 | 9/6/2018 | INV51806 | 7/20/2018 | $261.63 |

**Totals:**   **20 transfer(s),   $195,891.60**