**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Level 3 Communications, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004663 | $1,741.68 | 8/27/2018 | 71858890 | 7/17/2018 | $12.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989474 | $1,751.14 | 7/27/2018 | 71185651 | 6/17/2018 | $14.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997236 | $443,225.58 | 8/10/2018 | 71545760 | 7/1/2018 | $35,796.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997236 | $443,225.58 | 8/10/2018 | 71549097 | 7/1/2018 | $12,862.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997236 | $443,225.58 | 8/10/2018 | 71571961 | 7/1/2018 | $47.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997236 | $443,225.58 | 8/10/2018 | 71572872 | 7/1/2018 | $249,288.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997236 | $443,225.58 | 8/10/2018 | 71582915 | 7/1/2018 | $659.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997236 | $443,225.58 | 8/10/2018 | 71582939 | 7/1/2018 | $86,263.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997236 | $443,225.58 | 8/10/2018 | 71583128 | 7/1/2018 | $940.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997236 | $443,225.58 | 8/10/2018 | 71583471 | 7/1/2018 | $42,755.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997236 | $443,225.58 | 8/10/2018 | 71586493 | 7/1/2018 | $1,729.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989474 | $1,751.14 | 7/27/2018 | 71181554 | 6/17/2018 | $1,736.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004663 | $1,741.68 | 8/27/2018 | 71858795 | 7/17/2018 | $1,728.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020745 | $1,747.06 | 9/26/2018 | 72576396 | 8/17/2018 | $18.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012207 | $462,114.94 | 9/10/2018 | 72280418 | 8/1/2018 | $86,263.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012207 | $462,114.94 | 9/10/2018 | 72280603 | 8/1/2018 | $936.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012207 | $462,114.94 | 9/10/2018 | 72285755 | 8/1/2018 | $54,620.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012207 | $462,114.94 | 9/10/2018 | 72286145 | 8/1/2018 | $12,883.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012207 | $462,114.94 | 9/10/2018 | 72297920 | 8/1/2018 | $249,288.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012207 | $462,114.94 | 9/10/2018 | 72304045 | 8/1/2018 | $12,862.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012207 | $462,114.94 | 9/10/2018 | 72308237 | 8/1/2018 | $47.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012207 | $462,114.94 | 9/10/2018 | 72317457 | 8/1/2018 | $42,755.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012207 | $462,114.94 | 9/10/2018 | 72318362 | 8/1/2018 | $1,730.86 |

Level 3 Communications, LLC (2219375)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                    Exhibit A                                    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781012207 | $462,114.94 | 9/10/2018 | 72319412 | 8/1/2018 | $727.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020745 | $1,747.06 | 9/26/2018 | 72576301 | 8/17/2018 | $1,728.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997236 | $443,225.58 | 8/10/2018 | 71596087 | 7/1/2018 | $12,883.24 |
| **Totals:** | | **5 transfer(s),** | **$910,580.40** | | | | |