**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Lithographix, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781007567 | $99,413.40 | 9/14/2018 | 145660 | 6/27/2018 | $81,004.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007567 | $99,413.40 | 9/14/2018 | 145357 | 6/27/2018 | $1,058.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007567 | $99,413.40 | 9/14/2018 | 145353 | 6/27/2018 | $17,351.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989485 | $47,585.10 | 8/8/2018 | 143869 | 5/20/2018 | $10,928.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989485 | $47,585.10 | 8/8/2018 | 143868 | 4/30/2018 | $24,467.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989485 | $47,585.10 | 8/8/2018 | 143075 | 2/26/2018 | $12,189.10 |

**Totals:**    2 transfer(s),    $146,998.50