**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Los Angeles Times Communications LLC dba Los Angeles Times** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781010253 | $100,534.50 | 9/19/2018 | 718CU59822-55350 | 7/2/2018 | $25,112.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010253 | $100,534.50 | 9/19/2018 | 618CU59822 | 7/2/2018 | $75,421.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994812 | $122,962.19 | 8/17/2018 | 518CU59822 | 6/1/2018 | $122,962.19 |

| | | | |
|---|---|---|---|
| **Totals:** | 2 transfer(s), | $223,496.69 | |