**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Luce, Schwab & Kase, Incorporated** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245752 | $131.35 | 10/2/2018 | 2210534001-IN | 7/25/2018 | $131.35 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242392 | $1,654.50 | 9/7/2018 | 2213013001-IN | 8/8/2018 | $1,654.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241473 | $5,104.33 | 8/31/2018 | 2205701002-IN | 8/2/2018 | $5,104.33 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240192 | $3,233.54 | 8/24/2018 | 2210573001-IN | 7/25/2018 | $3,233.54 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238503 | $1,178.73 | 8/14/2018 | 2200048001-IN | 5/25/2018 | $1,178.73 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237607 | $2,919.53 | 8/7/2018 | 2196667005-IN | 5/4/2018 | $241.02 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237607 | $2,919.53 | 8/7/2018 | 2196667004-IN | 5/4/2018 | $2,359.85 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237607 | $2,919.53 | 8/7/2018 | 2196667003-IN | 5/4/2018 | $318.66 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236181 | $4,191.17 | 7/31/2018 | 2201495001-IN | 7/2/2018 | $4,191.17 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235678 | $6,453.12 | 7/27/2018 | 2204046001-IN | 6/19/2018 | $6,453.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234987 | $131.35 | 7/24/2018 | 2205307001-IN | 6/26/2018 | $131.35 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234444 | $3,064.92 | 7/20/2018 | 2196269001-IN | 5/2/2018 | $3,064.92 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233679 | $748.12 | 7/17/2018 | 2203759001-IN | 6/18/2018 | $748.12 |

Totals:    11 transfer(s),    $28,810.66