18-23538-shl    Doc 6629-1    Filed 01/30/20    Entered 01/30/20 00:31:07    Exhibit A
Pg 1 of 7

**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Luv N' Care International, Inc. fdba Luv N' Care, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 417875 | 7/23/2018 | $989.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 417866 | 7/23/2018 | $750.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 418563 | 7/30/2018 | $1,207.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 418562 | 7/30/2018 | $659.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 417921 | 7/23/2018 | $2,685.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 417920 | 7/23/2018 | $4,028.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 417919 | 7/23/2018 | $4,328.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 417879 | 7/23/2018 | $1,979.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 417878 | 7/23/2018 | $1,602.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 418573 | 7/30/2018 | $4,215.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 417876 | 7/23/2018 | $1,319.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 418574 | 7/30/2018 | $3,344.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 417874 | 7/23/2018 | $2,968.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 417873 | 7/23/2018 | $2,403.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 417872 | 7/23/2018 | $3,463.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 417871 | 7/23/2018 | $1,979.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 417870 | 7/23/2018 | $1,678.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 417869 | 7/23/2018 | $2,989.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 417868 | 7/23/2018 | $1,792.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 417867-3851 | 7/23/2018 | $4,087.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005379 | $15,010.49 | 9/11/2018 | 419195 | 8/6/2018 | $4,528.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 417877 | 7/23/2018 | $2,308.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 418855 | 8/1/2018 | $13,044.64 |

Luv N' Care International, Inc. fdba Luv N' Care, Inc. (2219674)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jan 27, 2020                           Exhibit A                           P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980614 | $4,016.03 | 7/18/2018 | 414730 | 6/18/2018 | $861.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 419199 | 8/6/2018 | $1,288.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 419194 | 8/6/2018 | $516.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 418928 | 8/2/2018 | $47,230.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 418913 | 8/1/2018 | $19,553.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 418859-3860 | 8/1/2018 | $1,001.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 418859-3858 | 8/1/2018 | $45.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 418858 | 8/1/2018 | $1,881.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 418564 | 7/30/2018 | $772.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 418856 | 8/1/2018 | $17,109.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 417309 | 7/16/2018 | $2,220.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 418854 | 8/1/2018 | $22,477.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 418853 | 8/1/2018 | $7,332.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 418814 | 8/1/2018 | $59,584.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 418578 | 7/30/2018 | $2,926.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 418577-3857 | 7/30/2018 | $7,226.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 418577-3855 | 7/30/2018 | $296.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 418576 | 7/30/2018 | $2,090.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 418575-3854 | 7/30/2018 | $6,009.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 418575-3853 | 7/30/2018 | $736.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 418857 | 8/1/2018 | $12,138.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984851 | $241.47 | 7/26/2018 | 416067 | 7/2/2018 | $324.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 417867-3849 | 7/23/2018 | $536.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987354 | $5,722.04 | 8/1/2018 | 416486 | 7/9/2018 | $655.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987354 | $5,722.04 | 8/1/2018 | 416484 | 7/9/2018 | $388.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987354 | $5,722.04 | 8/1/2018 | 416069-886 | 7/2/2018 | $2,655.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987354 | $5,722.04 | 8/1/2018 | 416069-884 | 7/2/2018 | $1,039.40 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986644 | $5,721.28 | 7/31/2018 | 416072 | 7/2/2018 | $643.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986644 | $5,721.28 | 7/31/2018 | 416070 | 7/2/2018 | $1,117.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986644 | $5,721.28 | 7/31/2018 | 416068 | 7/2/2018 | $3,960.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987354 | $5,722.04 | 8/1/2018 | 416488 | 7/9/2018 | $335.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986075 | $2,296.80 | 7/30/2018 | 414588-876 | 6/15/2018 | $1,257.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 374409-3831 | 5/8/2017 | $122.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983910 | $2,121.54 | 7/25/2018 | 416071 | 7/2/2018 | $2,121.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983194 | $5,884.49 | 7/24/2018 | 415473 | 6/25/2018 | $938.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983194 | $5,884.49 | 7/24/2018 | 415470-879 | 6/25/2018 | $2,296.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983194 | $5,884.49 | 7/24/2018 | 415470-877 | 6/25/2018 | $100.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983194 | $5,884.49 | 7/24/2018 | 415469 | 6/25/2018 | $2,649.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981463 | $889.55 | 7/19/2018 | 415471-882 | 6/25/2018 | $989.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981463 | $889.55 | 7/19/2018 | 415471-880 | 6/25/2018 | $100.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980614 | $4,016.03 | 7/18/2018 | 415472 | 6/25/2018 | $2,907.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980614 | $4,016.03 | 7/18/2018 | 415468 | 6/25/2018 | $247.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986075 | $2,296.80 | 7/30/2018 | 416069-883 | 7/2/2018 | $1,039.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 415470-3841 | 6/25/2018 | $100.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 417308 | 7/16/2018 | $4,547.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 417307-3848 | 7/16/2018 | $2,205.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 417307-3846 | 7/16/2018 | $237.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 417306-3845 | 7/16/2018 | $4,255.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 417306-3844 | 7/16/2018 | $281.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 417305 | 7/16/2018 | $4,843.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 417304 | 7/16/2018 | $1,222.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 416493 | 7/9/2018 | $2,754.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987354 | $5,722.04 | 8/1/2018 | 416487 | 7/9/2018 | $1,687.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 415471-3842 | 6/25/2018 | $100.80 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005379 | $15,010.49 | 9/11/2018 | 419196 | 8/6/2018 | $72.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 414587-3840 | 6/15/2018 | $84.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 412013-3839 | 5/15/2018 | $180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 406404-3838 | 3/13/2018 | $450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 406206-3837 | 3/12/2018 | $19.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 401500-3836 | 1/22/2018 | $146.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 401497-3835 | 1/22/2018 | $28.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 401496-3834 | 1/22/2018 | $22.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 383099-3833 | 8/7/2017 | $124.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 383090-3832 | 8/7/2017 | $30.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 416485 | 7/9/2018 | $2,882.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 417874 | 7/23/2018 | $2,968.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 417309 | 7/16/2018 | $2,220.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 418562 | 7/30/2018 | $659.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 417921 | 7/23/2018 | $2,685.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 417920 | 7/23/2018 | $4,028.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 417919 | 7/23/2018 | $4,328.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 417879 | 7/23/2018 | $1,979.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 417878 | 7/23/2018 | $1,602.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 417877 | 7/23/2018 | $2,308.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 418564 | 7/30/2018 | $772.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 417875 | 7/23/2018 | $989.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 418573 | 7/30/2018 | $4,215.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 417873 | 7/23/2018 | $2,403.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 417872 | 7/23/2018 | $3,463.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 417871 | 7/23/2018 | $1,979.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 417870 | 7/23/2018 | $1,678.27 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 417869 | 7/23/2018 | $2,989.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 417868 | 7/23/2018 | $1,792.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 417867-3851 | 7/23/2018 | $4,087.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 417867-3849 | 7/23/2018 | $536.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001966 | $87,146.54 | 9/4/2018 | 419200 | 8/6/2018 | $2,701.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 417876 | 7/23/2018 | $1,319.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 418854 | 8/1/2018 | $22,477.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 419199 | 8/6/2018 | $1,288.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 419194 | 8/6/2018 | $516.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 418928 | 8/2/2018 | $47,230.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 418913 | 8/1/2018 | $19,553.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 418859-3860 | 8/1/2018 | $1,001.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 418859-3858 | 8/1/2018 | $45.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 418858 | 8/1/2018 | $1,881.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 418857 | 8/1/2018 | $12,138.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 418563 | 7/30/2018 | $1,207.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 418855 | 8/1/2018 | $13,044.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 417308 | 7/16/2018 | $4,547.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 418853 | 8/1/2018 | $7,332.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 418814 | 8/1/2018 | $59,584.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 418578 | 7/30/2018 | $2,926.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 418577-3857 | 7/30/2018 | $7,226.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 418577-3855 | 7/30/2018 | $296.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 418576 | 7/30/2018 | $2,090.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 418575-3854 | 7/30/2018 | $6,009.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 418575-3853 | 7/30/2018 | $736.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 418574 | 7/30/2018 | $3,344.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 418856 | 8/1/2018 | $17,109.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009014 | $5,945.86 | 9/18/2018 | 419201 | 8/6/2018 | $72.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 417866 | 7/23/2018 | $750.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012952 | $2,559.87 | 9/25/2018 | 420915 | 8/27/2018 | $322.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012217 | $7,028.09 | 9/24/2018 | 420374 | 8/20/2018 | $3,297.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012217 | $7,028.09 | 9/24/2018 | 420372-3863 | 8/20/2018 | $34.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012217 | $7,028.09 | 9/24/2018 | 420372-3861 | 8/20/2018 | $3,488.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012217 | $7,028.09 | 9/24/2018 | 420371 | 8/20/2018 | $3,812.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009014 | $5,945.86 | 9/18/2018 | 420375 | 8/20/2018 | $1,046.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009014 | $5,945.86 | 9/18/2018 | 420373 | 8/20/2018 | $1,111.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012952 | $2,559.87 | 9/25/2018 | 420919 | 8/27/2018 | $1,523.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009014 | $5,945.86 | 9/18/2018 | 419839 | 8/13/2018 | $3,119.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013829 | $1,845.98 | 9/26/2018 | 420917 | 8/27/2018 | $2,105.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008175 | $1,636.85 | 9/17/2018 | 419812 | 8/13/2018 | $1,636.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006253 | $521.08 | 9/12/2018 | 419815 | 8/13/2018 | $831.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005379 | $15,010.49 | 9/11/2018 | CD3102889EDA | 8/22/2018 | $2,256.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005379 | $15,010.49 | 9/11/2018 | 419814 | 8/13/2018 | $3,299.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005379 | $15,010.49 | 9/11/2018 | 419813 | 8/13/2018 | $759.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005379 | $15,010.49 | 9/11/2018 | 419811 | 8/13/2018 | $369.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005379 | $15,010.49 | 9/11/2018 | 419202 | 8/6/2018 | $667.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005379 | $15,010.49 | 9/11/2018 | 419198 | 8/6/2018 | $72.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005379 | $15,010.49 | 9/11/2018 | 419197 | 8/6/2018 | $3,025.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009014 | $5,945.86 | 9/18/2018 | 420370 | 8/20/2018 | $594.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 414587-3840 | 6/15/2018 | $84.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 417307-3848 | 7/16/2018 | $2,205.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 417307-3846 | 7/16/2018 | $237.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 417306-3845 | 7/16/2018 | $4,255.05 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 417306-3844 | 7/16/2018 | $281.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 417305 | 7/16/2018 | $4,843.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 417304 | 7/16/2018 | $1,222.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 416493 | 7/9/2018 | $2,754.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 416485 | 7/9/2018 | $2,882.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012952 | $2,559.87 | 9/25/2018 | 420918 | 8/27/2018 | $714.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 415470-3841 | 6/25/2018 | $100.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 419200 | 8/6/2018 | $2,701.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 412013-3839 | 5/15/2018 | $180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 406404-3838 | 3/13/2018 | $450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 406206-3837 | 3/12/2018 | $19.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 401500-3836 | 1/22/2018 | $146.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 401497-3835 | 1/22/2018 | $28.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 401496-3834 | 1/22/2018 | $22.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 383099-3833 | 8/7/2017 | $124.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 383090-3832 | 8/7/2017 | $30.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 374409-3831 | 5/8/2017 | $122.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $212,117.58 | 7/26/2018 | 415471-3842 | 6/25/2018 | $100.80 |

Totals:    17 transfer(s),    $360,705.54