**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Marquez Brothers International, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989531 | $5,055.07 | 8/8/2018 | 1120139525 | 6/19/2018 | $163.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986105 | $5,178.04 | 7/30/2018 | 3140236494-762 | 6/18/2018 | $318.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989531 | $5,055.07 | 8/8/2018 | 3140236771 | 6/19/2018 | $75.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989531 | $5,055.07 | 8/8/2018 | 3140236509-765 | 6/21/2018 | $251.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989531 | $5,055.07 | 8/8/2018 | 3140236509-764 | 6/21/2018 | $3.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989531 | $5,055.07 | 8/8/2018 | 1201398836-750 | 6/21/2018 | $136.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989531 | $5,055.07 | 8/8/2018 | 1201398836-749 | 6/21/2018 | $1.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989531 | $5,055.07 | 8/8/2018 | 3140237529-767 | 6/21/2018 | $4.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989531 | $5,055.07 | 8/8/2018 | 1120139829-743 | 6/21/2018 | $6.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989531 | $5,055.07 | 8/8/2018 | 3140237529-768 | 6/21/2018 | $544.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989531 | $5,055.07 | 8/8/2018 | 1100382532-712 | 6/25/2018 | $1,043.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989531 | $5,055.07 | 8/8/2018 | 1100382532-711 | 6/25/2018 | $18.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989531 | $5,055.07 | 8/8/2018 | 1100382475 | 6/25/2018 | $159.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989531 | $5,055.07 | 8/8/2018 | 1100382474-710 | 6/25/2018 | $638.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989531 | $5,055.07 | 8/8/2018 | 1100382474-709 | 6/25/2018 | $12.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989531 | $5,055.07 | 8/8/2018 | 1100382245-707 | 6/22/2018 | $356.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982718 | $4,907.37 | 7/23/2018 | 1100378396-694 | 6/5/2018 | $496.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989531 | $5,055.07 | 8/8/2018 | 1120139829-744 | 6/21/2018 | $287.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993126 | $5,259.53 | 8/15/2018 | 1100382660-716 | 6/26/2018 | $604.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993126 | $5,259.53 | 8/15/2018 | 1120170433 | 6/26/2018 | $320.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993126 | $5,259.53 | 8/15/2018 | 1100383984 | 7/2/2018 | $117.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993126 | $5,259.53 | 8/15/2018 | 1100383983-722 | 7/2/2018 | $695.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993126 | $5,259.53 | 8/15/2018 | 1100383983-721 | 7/2/2018 | $15.60 |

Marquez Brothers International, Inc. (2220028)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                                                Exhibit A                                                                P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780993126 | $5,259.53 | 8/15/2018 | 1100383437 | 6/28/2018 | $150.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993126 | $5,259.53 | 8/15/2018 | 1100383434 | 6/28/2018 | $312.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989531 | $5,055.07 | 8/8/2018 | 3140236839 | 6/19/2018 | $284.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993126 | $5,259.53 | 8/15/2018 | 1100383005-717 | 6/27/2018 | $485.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986105 | $5,178.04 | 7/30/2018 | 3140236089-761 | 6/15/2018 | $171.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993126 | $5,259.53 | 8/15/2018 | 1100382660-715 | 6/26/2018 | $12.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993126 | $5,259.53 | 8/15/2018 | 1100382646 | 6/26/2018 | $91.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993126 | $5,259.53 | 8/15/2018 | 1100382645-714 | 6/26/2018 | $1,944.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993126 | $5,259.53 | 8/15/2018 | 1100382645-713 | 6/26/2018 | $96.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989531 | $5,055.07 | 8/8/2018 | 620668000 | 6/21/2018 | $354.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989531 | $5,055.07 | 8/8/2018 | 323147 | 6/22/2018 | $444.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989531 | $5,055.07 | 8/8/2018 | 3140238090-769 | 6/22/2018 | $218.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993126 | $5,259.53 | 8/15/2018 | 1100383291-720 | 6/28/2018 | $615.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982718 | $4,907.37 | 7/23/2018 | 1120137690-738 | 6/5/2018 | $1,282.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989531 | $5,055.07 | 8/8/2018 | 1100381289 | 6/19/2018 | $334.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986105 | $5,178.04 | 7/30/2018 | 1100379735-700 | 6/12/2018 | $804.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982718 | $4,907.37 | 7/23/2018 | 620667400 | 6/7/2018 | $401.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982718 | $4,907.37 | 7/23/2018 | 620667399 | 6/7/2018 | $242.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982718 | $4,907.37 | 7/23/2018 | 3140234113-758 | 6/7/2018 | $379.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982718 | $4,907.37 | 7/23/2018 | 3140234112 | 6/7/2018 | $131.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986105 | $5,178.04 | 7/30/2018 | 1100379802-702 | 6/12/2018 | $403.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982718 | $4,907.37 | 7/23/2018 | 3100127993-751 | 6/8/2018 | $4.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986105 | $5,178.04 | 7/30/2018 | 1100379855 | 6/12/2018 | $169.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982718 | $4,907.37 | 7/23/2018 | 1120137690-737 | 6/5/2018 | $11.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982718 | $4,907.37 | 7/23/2018 | 1100379583 | 6/11/2018 | $319.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982718 | $4,907.37 | 7/23/2018 | 1100379566-698 | 6/11/2018 | $545.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982718 | $4,907.37 | 7/23/2018 | 1100379566-697 | 6/11/2018 | $12.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982718 | $4,907.37 | 7/23/2018 | 1100378782-695 | 6/6/2018 | $718.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982718 | $4,907.37 | 7/23/2018 | 1100378490 | 6/5/2018 | $65.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982718 | $4,907.37 | 7/23/2018 | 1100378489 | 6/5/2018 | $193.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982718 | $4,907.37 | 7/23/2018 | 3100127993-752 | 6/8/2018 | $265.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986105 | $5,178.04 | 7/30/2018 | 1100381156-705 | 6/18/2018 | $4.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986105 | $5,178.04 | 7/30/2018 | 3100128101-754 | 6/12/2018 | $399.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986105 | $5,178.04 | 7/30/2018 | 3100128101-753 | 6/12/2018 | $6.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986105 | $5,178.04 | 7/30/2018 | 1120139201-742 | 6/18/2018 | $131.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986105 | $5,178.04 | 7/30/2018 | 1120139201-741 | 6/18/2018 | $2.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986105 | $5,178.04 | 7/30/2018 | 1120138872-740 | 6/14/2018 | $296.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986105 | $5,178.04 | 7/30/2018 | 1120138872-739 | 6/14/2018 | $6.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986105 | $5,178.04 | 7/30/2018 | 1100379802-701 | 6/12/2018 | $12.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986105 | $5,178.04 | 7/30/2018 | 1100381156-706 | 6/18/2018 | $273.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997292 | $5,851.00 | 8/22/2018 | 1100384183-726 | 7/3/2018 | $605.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986105 | $5,178.04 | 7/30/2018 | 1100381015 | 6/18/2018 | $183.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986105 | $5,178.04 | 7/30/2018 | 1100381014 | 6/18/2018 | $249.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986105 | $5,178.04 | 7/30/2018 | 1100380621 | 6/14/2018 | $82.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986105 | $5,178.04 | 7/30/2018 | 1100380620 | 6/14/2018 | $358.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986105 | $5,178.04 | 7/30/2018 | 1100380502-704 | 6/14/2018 | $1,214.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986105 | $5,178.04 | 7/30/2018 | 1100380502-703 | 6/14/2018 | $12.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986105 | $5,178.04 | 7/30/2018 | 1100379856 | 6/12/2018 | $79.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986105 | $5,178.04 | 7/30/2018 | 1100381157 | 6/18/2018 | $181.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007614 | $6,716.54 | 9/14/2018 | 1100389621-1935 | 7/30/2018 | $7.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997292 | $5,851.00 | 8/22/2018 | 1100384082-724 | 7/3/2018 | $297.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007614 | $6,716.54 | 9/14/2018 | 1100389737 | 7/30/2018 | $215.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007614 | $6,716.54 | 9/14/2018 | 1100389736-1940 | 7/30/2018 | $1,740.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007614 | $6,716.54 | 9/14/2018 | 1100389736-1939 | 7/30/2018 | $96.60 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781007614 | $6,716.54 | 9/14/2018 | 1100389646 | 7/30/2018 | $230.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007614 | $6,716.54 | 9/14/2018 | 1100389645-1938 | 7/30/2018 | $587.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007614 | $6,716.54 | 9/14/2018 | 1120143946-1942 | 7/24/2018 | $794.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007614 | $6,716.54 | 9/14/2018 | 1100389621-1936 | 7/30/2018 | $589.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007614 | $6,716.54 | 9/14/2018 | 1120143947 | 7/24/2018 | $71.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007614 | $6,716.54 | 9/14/2018 | 1100389222 | 7/26/2018 | $103.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007614 | $6,716.54 | 9/14/2018 | 1100389221 | 7/26/2018 | $145.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007614 | $6,716.54 | 9/14/2018 | 1100389103-1934 | 7/26/2018 | $530.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007614 | $6,716.54 | 9/14/2018 | 1100389103-1933 | 7/26/2018 | $20.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007614 | $6,716.54 | 9/14/2018 | 1100388445-1931 | 7/24/2018 | $376.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004126 | $2,806.48 | 9/7/2018 | 669223 | 7/19/2018 | $354.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004126 | $2,806.48 | 9/7/2018 | 3140244201 | 7/19/2018 | $145.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007614 | $6,716.54 | 9/14/2018 | 1100389645-1937 | 7/30/2018 | $14.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011730 | $3,999.53 | 9/21/2018 | 1100390653 | 8/2/2018 | $150.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011730 | $3,999.53 | 9/21/2018 | 327676 | 8/1/2018 | $398.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011730 | $3,999.53 | 9/21/2018 | 3140247618 | 8/2/2018 | $163.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011730 | $3,999.53 | 9/21/2018 | 3140247617 | 8/2/2018 | $378.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011730 | $3,999.53 | 9/21/2018 | 1120145130-1961 | 8/2/2018 | $202.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011730 | $3,999.53 | 9/21/2018 | 1120145130-1960 | 8/2/2018 | $3.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011730 | $3,999.53 | 9/21/2018 | 1100391137-1959 | 8/6/2018 | $1,537.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007614 | $6,716.54 | 9/14/2018 | 1120143946-1941 | 7/24/2018 | $1.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011730 | $3,999.53 | 9/21/2018 | 1100390654 | 8/2/2018 | $491.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004126 | $2,806.48 | 9/7/2018 | 1120143656 | 7/23/2018 | $83.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011730 | $3,999.53 | 9/21/2018 | 1100389975-1957 | 7/31/2018 | $345.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011730 | $3,999.53 | 9/21/2018 | 1100389975-1955 | 7/31/2018 | $6.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007614 | $6,716.54 | 9/14/2018 | 3140246498-1949 | 7/27/2018 | $397.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007614 | $6,716.54 | 9/14/2018 | 3140245998-1948 | 7/26/2018 | $268.20 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781007614 | $6,716.54 | 9/14/2018 | 3140245260-1945 | 7/24/2018 | $693.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007614 | $6,716.54 | 9/14/2018 | 1120144248-1944 | 7/26/2018 | $211.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007614 | $6,716.54 | 9/14/2018 | 1120144248-1943 | 7/26/2018 | $4.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011730 | $3,999.53 | 9/21/2018 | 1100391137-1958 | 8/6/2018 | $144.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997292 | $5,851.00 | 8/22/2018 | 3140240920-772 | 7/6/2018 | $294.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000657 | $2,152.87 | 8/31/2018 | 1100386779-727 | 7/16/2018 | $9.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000657 | $2,152.87 | 8/31/2018 | 1100386324 | 7/12/2018 | $26.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997292 | $5,851.00 | 8/22/2018 | 585752080-785 | 7/3/2018 | $2,366.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997292 | $5,851.00 | 8/22/2018 | 314C125304-780 | 7/9/2018 | $26.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997292 | $5,851.00 | 8/22/2018 | 3140241646-776 | 7/9/2018 | $236.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997292 | $5,851.00 | 8/22/2018 | 3140241565-773 | 7/9/2018 | $341.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004126 | $2,806.48 | 9/7/2018 | 3140244200-1930 | 7/19/2018 | $539.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997292 | $5,851.00 | 8/22/2018 | 3140240935 | 7/6/2018 | $195.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000657 | $2,152.87 | 8/31/2018 | 1100386804 | 7/16/2018 | $234.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997292 | $5,851.00 | 8/22/2018 | 3140240920-771 | 7/6/2018 | $6.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997292 | $5,851.00 | 8/22/2018 | 3140240919 | 7/6/2018 | $242.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997292 | $5,851.00 | 8/22/2018 | 1100385456 | 7/9/2018 | $92.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997292 | $5,851.00 | 8/22/2018 | 1100385455 | 7/9/2018 | $389.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997292 | $5,851.00 | 8/22/2018 | 1100384862 | 7/6/2018 | $104.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997292 | $5,851.00 | 8/22/2018 | 1100384861 | 7/6/2018 | $181.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011730 | $3,999.53 | 9/21/2018 | 585753459-1963 | 8/5/2018 | $292.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997292 | $5,851.00 | 8/22/2018 | 3140241535 | 7/9/2018 | $693.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000657 | $2,152.87 | 8/31/2018 | 3100132122-756 | 7/16/2018 | $7.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997292 | $5,851.00 | 8/22/2018 | 1100384183-725 | 7/3/2018 | $15.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004126 | $2,806.48 | 9/7/2018 | 1120143346-1928 | 7/19/2018 | $162.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004126 | $2,806.48 | 9/7/2018 | 1120143346-1927 | 7/19/2018 | $7.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004126 | $2,806.48 | 9/7/2018 | 1100388165 | 7/23/2018 | $184.56 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004126 | $2,806.48 | 9/7/2018 | 1100388164 | 7/23/2018 | $383.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004126 | $2,806.48 | 9/7/2018 | 1100387718 | 7/19/2018 | $309.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004126 | $2,806.48 | 9/7/2018 | 1100387402 | 7/18/2018 | $180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000657 | $2,152.87 | 8/31/2018 | 1100386779-728 | 7/16/2018 | $361.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000657 | $2,152.87 | 8/31/2018 | 3100132122-757 | 7/16/2018 | $352.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000657 | $2,152.87 | 8/31/2018 | 1100386803 | 7/16/2018 | $231.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000657 | $2,152.87 | 8/31/2018 | 1120142310-746 | 7/12/2018 | $234.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000657 | $2,152.87 | 8/31/2018 | 1120142310-745 | 7/12/2018 | $6.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000657 | $2,152.87 | 8/31/2018 | 110386325 | 7/12/2018 | $280.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000657 | $2,152.87 | 8/31/2018 | 1100386851 | 7/16/2018 | $91.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000657 | $2,152.87 | 8/31/2018 | 1100386850-730 | 7/16/2018 | $411.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000657 | $2,152.87 | 8/31/2018 | 1100386850-729 | 7/16/2018 | $3.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004126 | $2,806.48 | 9/7/2018 | 3140244200-1929 | 7/19/2018 | $8.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004126 | $2,806.48 | 9/7/2018 | 1100386987 | 7/17/2018 | $539.80 |

Totals:    9 transfer(s),    $41,926.43