**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Mars Petcare US Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781019844 | $27,529.19 | 9/25/2018 | 32406168 | 9/14/2018 | $31,021.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012961 | $41,602.28 | 9/11/2018 | 32384012 | 8/31/2018 | $30,650.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012961 | $41,602.28 | 9/11/2018 | 32383054 | 8/30/2018 | $6,196.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012961 | $41,602.28 | 9/11/2018 | 32383053-5030 | 8/30/2018 | $30,724.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012961 | $41,602.28 | 9/11/2018 | 32383052 | 8/30/2018 | $561.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990861 | $62,503.76 | 7/31/2018 | 32317062-3030 | 7/20/2018 | $37,363.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990861 | $62,503.76 | 7/31/2018 | 32315224-3029 | 7/19/2018 | $33,839.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990861 | $62,503.76 | 7/31/2018 | 32314519 | 7/19/2018 | $308.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990861 | $62,503.76 | 7/31/2018 | 32302936 | 7/10/2018 | $3,111.03 |

**Totals:** 3 transfer(s), $131,635.23