**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Marvic Corp.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240759 | $2,887.31 | 8/29/2018 | 150898-IN | 7/24/2018 | $2,466.14 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233528 | $5,047.51 | 7/17/2018 | 150573-IN | 7/13/2018 | $1,480.59 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233528 | $5,047.51 | 7/17/2018 | 151038-IN | 7/13/2018 | $2,404.40 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235773 | $1,975.71 | 7/30/2018 | 151046-IN | 7/13/2018 | $1,975.71 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235997 | $1,679.82 | 7/31/2018 | 150989-IN | 7/24/2018 | $1,679.82 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237119 | $4,293.38 | 8/6/2018 | 151327-IN | 7/30/2018 | $1,786.62 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237119 | $4,293.38 | 8/6/2018 | 151350-IN | 7/30/2018 | $2,506.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237454 | $3,132.66 | 8/7/2018 | 150135-IN | 7/31/2018 | $1,639.90 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233528 | $5,047.51 | 7/17/2018 | 147430-IN | 6/25/2018 | $1,162.52 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238991 | $2,334.02 | 8/17/2018 | 150589-IN | 8/10/2018 | $2,334.02 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246216 | $5,036.67 | 10/5/2018 | 152257-IN | 9/28/2018 | $3,384.29 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240759 | $2,887.31 | 8/29/2018 | 152066-IN | 8/25/2018 | $421.17 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241276 | $1,167.55 | 8/31/2018 | 151101-IN | 8/25/2018 | $1,167.55 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242641 | $5,290.81 | 9/11/2018 | 151795-IN | 8/31/2018 | $3,092.66 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242641 | $5,290.81 | 9/11/2018 | 152170-IN | 8/31/2018 | $2,198.15 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244168 | $159.94 | 9/21/2018 | 152318-IN | 8/31/2018 | $159.94 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244534 | $2,432.66 | 9/25/2018 | 151549-IN | 8/31/2018 | $2,432.66 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246216 | $5,036.67 | 10/5/2018 | 148961-IN | 6/29/2018 | $1,652.38 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237454 | $3,132.66 | 8/7/2018 | 151465-IN | 7/31/2018 | $1,492.76 |

Totals:    12 transfer(s),    $35,438.04