**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **McLane Manufacturing, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174970 | $52,803.18 | 10/12/2018 | 172378 | 10/4/2018 | $52,803.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174970 | $52,803.18 | 10/12/2018 | 55280 | 7/5/2018 | $371.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174970 | $52,803.18 | 10/12/2018 | 55279 | 7/5/2018 | $216.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172650 | $204.04 | 9/6/2018 | 55277 | 7/5/2018 | $204.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172274 | $63,409.55 | 8/15/2018 | 89319 | 5/23/2018 | $63,409.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171194 | $27,335.15 | 8/6/2018 | 81699 | 7/19/2018 | $27,335.15 |

**Totals:**    4 transfer(s),    $143,751.92