**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Mead Johnson Nutrition (Puerto Rico), Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989561 | $11,828.71 | 8/8/2018 | 94605769 | 5/23/2018 | $1,014.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997313 | $6,358.36 | 8/22/2018 | 94627013 | 6/5/2018 | $1,121.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989561 | $11,828.71 | 8/8/2018 | 94602779 | 5/22/2018 | $533.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989561 | $11,828.71 | 8/8/2018 | 94602780 | 5/22/2018 | $566.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989561 | $11,828.71 | 8/8/2018 | 94602781 | 5/22/2018 | $168.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989561 | $11,828.71 | 8/8/2018 | 94602782 | 5/22/2018 | $780.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989561 | $11,828.71 | 8/8/2018 | 94602783 | 5/23/2018 | $460.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989561 | $11,828.71 | 8/8/2018 | 94602784 | 5/22/2018 | $1,340.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989561 | $11,828.71 | 8/8/2018 | 94602777 | 5/22/2018 | $303.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989561 | $11,828.71 | 8/8/2018 | 94605768 | 5/23/2018 | $998.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989561 | $11,828.71 | 8/8/2018 | 94602776 | 5/22/2018 | $562.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989561 | $11,828.71 | 8/8/2018 | 94605770 | 5/23/2018 | $528.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989561 | $11,828.71 | 8/8/2018 | 94605771 | 5/23/2018 | $479.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989561 | $11,828.71 | 8/8/2018 | 94610051 | 5/25/2018 | $1,555.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989561 | $11,828.71 | 8/8/2018 | 94610052 | 5/25/2018 | $302.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993150 | $956.11 | 8/15/2018 | 94610050 | 5/30/2018 | $225.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993150 | $956.11 | 8/15/2018 | 94613611 | 5/29/2018 | $469.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982738 | $9,613.82 | 7/23/2018 | 94556259 | 5/7/2018 | $483.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989561 | $11,828.71 | 8/8/2018 | 94605767 | 5/23/2018 | $520.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982738 | $9,613.82 | 7/23/2018 | 94579468 | 5/10/2018 | $826.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982738 | $9,613.82 | 7/23/2018 | 94579459 | 5/10/2018 | $898.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982738 | $9,613.82 | 7/23/2018 | 94579460-1681 | 5/10/2018 | $1,098.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982738 | $9,613.82 | 7/23/2018 | 94579461 | 5/10/2018 | $248.52 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982738 | $9,613.82 | 7/23/2018 | 94579462 | 5/10/2018 | $421.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982738 | $9,613.82 | 7/23/2018 | 94579463 | 5/10/2018 | $561.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982738 | $9,613.82 | 7/23/2018 | 94579464 | 5/10/2018 | $987.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982738 | $9,613.82 | 7/23/2018 | 94579465 | 5/10/2018 | $940.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989561 | $11,828.71 | 8/8/2018 | 94602778 | 5/22/2018 | $1,315.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982738 | $9,613.82 | 7/23/2018 | 94579467 | 5/10/2018 | $387.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997313 | $6,358.36 | 8/22/2018 | 94631604 | 6/7/2018 | $704.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982738 | $9,613.82 | 7/23/2018 | 94579469 | 5/10/2018 | $554.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982738 | $9,613.82 | 7/23/2018 | 94579470 | 5/10/2018 | $640.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982738 | $9,613.82 | 7/23/2018 | 94579669 | 5/10/2018 | $964.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986124 | $1,990.72 | 7/30/2018 | 94586796 | 5/15/2018 | $681.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986124 | $1,990.72 | 7/30/2018 | 94586797 | 5/15/2018 | $455.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986124 | $1,990.72 | 7/30/2018 | 94586799 | 5/15/2018 | $885.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989561 | $11,828.71 | 8/8/2018 | 94602775 | 5/22/2018 | $452.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982738 | $9,613.82 | 7/23/2018 | 94579466 | 5/10/2018 | $601.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007638 | $5,308.63 | 9/14/2018 | 94670754 | 6/27/2018 | $475.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993150 | $956.11 | 8/15/2018 | 94613612 | 5/29/2018 | $316.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004153 | $6,391.60 | 9/7/2018 | 94658363 | 6/20/2018 | $388.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004153 | $6,391.60 | 9/7/2018 | 94658364 | 6/20/2018 | $930.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004153 | $6,391.60 | 9/7/2018 | 94661343 | 6/21/2018 | $191.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004153 | $6,391.60 | 9/7/2018 | 94661344 | 6/21/2018 | $402.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004153 | $6,391.60 | 9/7/2018 | 94661482-2578 | 6/21/2018 | $1,022.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007638 | $5,308.63 | 9/14/2018 | 94670751 | 6/26/2018 | $706.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004153 | $6,391.60 | 9/7/2018 | 94655209 | 6/19/2018 | $573.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007638 | $5,308.63 | 9/14/2018 | 94670753 | 6/26/2018 | $299.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004153 | $6,391.60 | 9/7/2018 | 94655208 | 6/19/2018 | $1,078.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007638 | $5,308.63 | 9/14/2018 | 94676824 | 6/28/2018 | $314.86 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781007638 | $5,308.63 | 9/14/2018 | 94676825 | 6/28/2018 | $253.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007638 | $5,308.63 | 9/14/2018 | 94676829 | 6/28/2018 | $815.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007638 | $5,308.63 | 9/14/2018 | 94676830 | 6/28/2018 | $1,575.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011751 | $3,090.34 | 9/21/2018 | 94689082 | 7/5/2018 | $614.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011751 | $3,090.34 | 9/21/2018 | 94689083 | 7/5/2018 | $609.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011751 | $3,090.34 | 9/21/2018 | 94689084 | 7/6/2018 | $980.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007638 | $5,308.63 | 9/14/2018 | 94670752 | 6/26/2018 | $1,042.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000686 | $7,854.49 | 8/31/2018 | 94641840 | 6/12/2018 | $596.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997313 | $6,358.36 | 8/22/2018 | 94631619 | 6/7/2018 | $356.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997313 | $6,358.36 | 8/22/2018 | 94631620 | 6/7/2018 | $667.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997313 | $6,358.36 | 8/22/2018 | 94631621 | 6/7/2018 | $1,105.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997313 | $6,358.36 | 8/22/2018 | 94631630 | 6/7/2018 | $1,126.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997313 | $6,358.36 | 8/22/2018 | 94631631 | 6/7/2018 | $135.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997313 | $6,358.36 | 8/22/2018 | 94631632 | 6/7/2018 | $1,008.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997313 | $6,358.36 | 8/22/2018 | 94633988 | 6/8/2018 | $384.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004153 | $6,391.60 | 9/7/2018 | 94655210 | 6/19/2018 | $469.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000686 | $7,854.49 | 8/31/2018 | 94641839 | 6/12/2018 | $437.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011751 | $3,090.34 | 9/21/2018 | 94689085 | 7/5/2018 | $886.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000686 | $7,854.49 | 8/31/2018 | 94641841 | 6/12/2018 | $2,088.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000686 | $7,854.49 | 8/31/2018 | 94641842 | 6/12/2018 | $998.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000686 | $7,854.49 | 8/31/2018 | 94641843 | 6/12/2018 | $600.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000686 | $7,854.49 | 8/31/2018 | 94641844 | 6/13/2018 | $622.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000686 | $7,854.49 | 8/31/2018 | 94641845 | 6/12/2018 | $1,413.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004153 | $6,391.60 | 9/7/2018 | 94655206 | 6/19/2018 | $907.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004153 | $6,391.60 | 9/7/2018 | 94655207 | 6/19/2018 | $637.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000686 | $7,854.49 | 8/31/2018 | 94641838 | 6/12/2018 | $1,096.09 |

Totals:    9 transfer(s),    $53,392.78

Mead Johnson Nutrition (Puerto Rico), Inc. (2219985)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jan 27, 2020