**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Mechanical Design & Service LC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013844 | $48,530.00 | 9/26/2018 | 28313 | 8/23/2018 | $48,530.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006912 | $6,555.00 | 9/13/2018 | 28292 | 8/15/2018 | $6,555.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983931 | $57,224.27 | 7/25/2018 | 28111 | 6/18/2018 | $10,674.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983931 | $57,224.27 | 7/25/2018 | 28089 | 6/15/2018 | $46,550.00 |

**Totals:**   3 transfer(s),   $112,309.27