**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Mechanics Time Savers, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08118 | $1,918.20 | 8/17/2018 | 500585 | 6/13/2018 | $267.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16123 | $2,562.28 | 8/31/2018 | 500728 | 6/27/2018 | $219.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16123 | $2,562.28 | 8/31/2018 | 00000736AA | 6/27/2018 | $19.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15548 | $78.88 | 8/30/2018 | 00000691AA | 6/26/2018 | $78.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12066 | $2,605.50 | 8/24/2018 | 500639 | 6/20/2018 | $1,027.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12066 | $2,605.50 | 8/24/2018 | 500638 | 6/20/2018 | $380.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12066 | $2,605.50 | 8/24/2018 | 500637 | 6/20/2018 | $708.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12066 | $2,605.50 | 8/24/2018 | 500636 | 6/20/2018 | $434.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12066 | $2,605.50 | 8/24/2018 | 500635 | 6/20/2018 | $54.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10717 | $9.86 | 8/22/2018 | 00000623AA | 6/18/2018 | $9.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08118 | $1,918.20 | 8/17/2018 | 500588 | 6/13/2018 | $588.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00286 | $2,341.86 | 8/3/2018 | 500405 | 5/30/2018 | $273.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08118 | $1,918.20 | 8/17/2018 | 500586 | 6/13/2018 | $588.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16123 | $2,562.28 | 8/31/2018 | 500731 | 6/27/2018 | $540.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08118 | $1,918.20 | 8/17/2018 | 500584 | 6/13/2018 | $109.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05015 | $7.95 | 8/13/2018 | 00000537AA | 6/7/2018 | $7.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04126 | $4,077.94 | 8/10/2018 | 500520 | 6/6/2018 | $1,253.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04126 | $4,077.94 | 8/10/2018 | 500519 | 6/6/2018 | $873.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04126 | $4,077.94 | 8/10/2018 | 500518 | 6/6/2018 | $599.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04126 | $4,077.94 | 8/10/2018 | 500517 | 6/6/2018 | $705.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04126 | $4,077.94 | 8/10/2018 | 500516 | 6/6/2018 | $657.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00286 | $2,341.86 | 8/3/2018 | 500409 | 5/30/2018 | $599.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00286 | $2,341.86 | 8/3/2018 | 500408 | 5/30/2018 | $712.14 |

Mechanics Time Savers, Inc. (2219574)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                Exhibit A                                P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00286 | $2,341.86 | 8/3/2018 | 500407 | 5/30/2018 | $160.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00286 | $2,341.86 | 8/3/2018 | 500406 | 5/30/2018 | $595.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08118 | $1,918.20 | 8/17/2018 | 500587 | 6/13/2018 | $373.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90714 | $16.90 | 7/18/2018 | 00000242AA | 5/14/2018 | $16.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96348 | $2,936.28 | 7/27/2018 | 500347 | 5/23/2018 | $705.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96348 | $2,936.28 | 7/27/2018 | 500346 | 5/23/2018 | $760.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96348 | $2,936.28 | 7/27/2018 | 500345 | 5/23/2018 | $927.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96348 | $2,936.28 | 7/27/2018 | 500344 | 5/23/2018 | $54.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96348 | $2,936.28 | 7/27/2018 | 500343 | 5/23/2018 | $378.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96348 | $2,936.28 | 7/27/2018 | 500342 | 5/23/2018 | $109.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92246 | $4,861.71 | 7/20/2018 | 500273 | 5/16/2018 | $1,153.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92246 | $4,861.71 | 7/20/2018 | 500272 | 5/16/2018 | $1,218.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92246 | $4,861.71 | 7/20/2018 | 500271 | 5/16/2018 | $1,260.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92246 | $4,861.71 | 7/20/2018 | 500270 | 5/16/2018 | $623.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92246 | $4,861.71 | 7/20/2018 | 500269 | 5/16/2018 | $378.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16123 | $2,562.28 | 8/31/2018 | 500729 | 6/27/2018 | $378.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92246 | $4,861.71 | 7/20/2018 | 00000277AA | 5/16/2018 | $7.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16123 | $2,562.28 | 8/31/2018 | 500730 | 6/27/2018 | $215.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20016 | $4,152.22 | 9/10/2018 | 500820 | 7/5/2018 | $1,085.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20016 | $4,152.22 | 9/10/2018 | 500819 | 7/5/2018 | $818.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20016 | $4,152.22 | 9/10/2018 | 500818 | 7/5/2018 | $1,027.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20016 | $4,152.22 | 9/10/2018 | 500817 | 7/5/2018 | $380.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20016 | $4,152.22 | 9/10/2018 | 500816 | 7/5/2018 | $821.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20016 | $4,152.22 | 9/10/2018 | 00000827AA | 7/6/2018 | $19.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18776 | $16.90 | 9/6/2018 | 00000808AA | 7/3/2018 | $16.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16123 | $2,562.28 | 8/31/2018 | 0000749131-23787 | 6/27/2018 | $54.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16123 | $2,562.28 | 8/31/2018 | 500733 | 6/27/2018 | $811.44 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16123 | $2,562.28 | 8/31/2018 | 500732 | 6/27/2018 | $376.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97234 | $23.76 | 7/30/2018 | 00000356AA | 5/24/2018 | $33.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92246 | $4,861.71 | 7/20/2018 | 500268 | 5/16/2018 | $219.12 |

**Totals:**    14 transfer(s),    $25,610.24