**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Medline Industries, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780997324 | $79,527.74 | 8/22/2018 | 6428875000-1 | 6/5/2018 | $17.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997324 | $79,527.74 | 8/22/2018 | 6609765000-1 | 6/20/2018 | $12.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997324 | $79,527.74 | 8/22/2018 | 6600965000-1 | 6/20/2018 | $7.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997324 | $79,527.74 | 8/22/2018 | 6598395000-1 | 6/20/2018 | $31.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997324 | $79,527.74 | 8/22/2018 | 6588155000-1 | 6/20/2018 | $160.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997324 | $79,527.74 | 8/22/2018 | 6587455000-1 | 6/20/2018 | $23.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997324 | $79,527.74 | 8/22/2018 | 6578535000-1 | 6/20/2018 | $8.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997324 | $79,527.74 | 8/22/2018 | 6536775000-1 | 6/15/2018 | $56.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997324 | $79,527.74 | 8/22/2018 | 6530035000-1 | 6/12/2018 | $7.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997324 | $79,527.74 | 8/22/2018 | 6524405000-1 | 6/12/2018 | $8.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997324 | $79,527.74 | 8/22/2018 | 6499995000-1 | 6/12/2018 | $4.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997324 | $79,527.74 | 8/22/2018 | 6495255000-1 | 6/12/2018 | $29.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997324 | $79,527.74 | 8/22/2018 | 6466135000-1 | 6/6/2018 | $54.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997324 | $79,527.74 | 8/22/2018 | 1852271407 | 6/11/2018 | $11,128.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997324 | $79,527.74 | 8/22/2018 | 6436295000-1 | 6/5/2018 | $4.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997324 | $79,527.74 | 8/22/2018 | 6620205000-2 | 6/20/2018 | $22.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997324 | $79,527.74 | 8/22/2018 | 6428195000-2 | 6/5/2018 | $31.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997324 | $79,527.74 | 8/22/2018 | 6428195000-1 | 6/5/2018 | $31.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997324 | $79,527.74 | 8/22/2018 | 6428055000-1 | 6/5/2018 | $8.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997324 | $79,527.74 | 8/22/2018 | 6399595000-1 | 6/5/2018 | $23.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997324 | $79,527.74 | 8/22/2018 | 6396725000-1 | 6/5/2018 | $18.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997324 | $79,527.74 | 8/22/2018 | 1853706759 | 7/3/2018 | $97.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997324 | $79,527.74 | 8/22/2018 | 1853706757 | 7/3/2018 | $35,605.46 |

Medline Industries, Inc. (2219958)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                    Exhibit A                                    P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780997324 | $79,527.74 | 8/22/2018 | 1853706749 | 7/3/2018 | $1,555.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997324 | $79,527.74 | 8/22/2018 | 1853175009-3349 | 6/22/2018 | $16,398.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997324 | $79,527.74 | 8/22/2018 | 1853175009-3347 | 6/22/2018 | $183.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997324 | $79,527.74 | 8/22/2018 | 1853036551 | 6/22/2018 | $187.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997324 | $79,527.74 | 8/22/2018 | 1852880578 | 6/20/2018 | $14,018.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997324 | $79,527.74 | 8/22/2018 | 1852718025 | 6/18/2018 | $3,110.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997324 | $79,527.74 | 8/22/2018 | 6452695000-1 | 6/6/2018 | $29.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997324 | $79,527.74 | 8/22/2018 | 6756395000-1 | 7/3/2018 | $12.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007650 | $23,193.87 | 9/14/2018 | 6998375000-2 | 7/25/2018 | $32.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007650 | $23,193.87 | 9/14/2018 | 6998375000-1 | 7/25/2018 | $30.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007650 | $23,193.87 | 9/14/2018 | 6981615000-1 | 7/25/2018 | $29.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007650 | $23,193.87 | 9/14/2018 | 1837349518 | 10/24/2017 | $23,082.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005396 | $44,079.34 | 9/11/2018 | 1837831802 | 11/1/2017 | $26,339.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005396 | $44,079.34 | 9/11/2018 | 1836860187 | 10/17/2017 | $17,739.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004163 | $44,730.14 | 9/7/2018 | 6977045000-2 | 7/20/2018 | $13.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004163 | $44,730.14 | 9/7/2018 | 6977045000-1 | 7/20/2018 | $13.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004163 | $44,730.14 | 9/7/2018 | 6937645000-1 | 7/17/2018 | $12.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004163 | $44,730.14 | 9/7/2018 | 6931535000-1 | 7/18/2018 | $4.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004163 | $44,730.14 | 9/7/2018 | 1855614219 | 7/31/2018 | $43,951.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004163 | $44,730.14 | 9/7/2018 | 1854754145 | 7/18/2018 | $1,414.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000698 | $21.47 | 8/31/2018 | 6828695000-1 | 7/11/2018 | $53.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997324 | $79,527.74 | 8/22/2018 | 6609915000-1 | 6/20/2018 | $3.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997324 | $79,527.74 | 8/22/2018 | 6722085000-1 | 6/29/2018 | $25.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007650 | $23,193.87 | 9/14/2018 | 7024625000-1 | 7/25/2018 | $18.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997324 | $79,527.74 | 8/22/2018 | 6632585000-1 | 6/22/2018 | $12.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997324 | $79,527.74 | 8/22/2018 | 6635565000-1 | 6/22/2018 | $7.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997324 | $79,527.74 | 8/22/2018 | 6646505000-1 | 6/22/2018 | $33.60 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780997324 | $79,527.74 | 8/22/2018 | 6679665000-1 | 6/26/2018 | $30.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997324 | $79,527.74 | 8/22/2018 | 6815125000-1 | 7/9/2018 | $12.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997324 | $79,527.74 | 8/22/2018 | 6703895000-1 | 6/29/2018 | $29.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997324 | $79,527.74 | 8/22/2018 | 6806855000-1 | 7/9/2018 | $30.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997324 | $79,527.74 | 8/22/2018 | 6741285000-1 | 7/3/2018 | $9.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997324 | $79,527.74 | 8/22/2018 | 6749825000-1 | 7/3/2018 | $14.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997324 | $79,527.74 | 8/22/2018 | 6749825000-2 | 7/3/2018 | $14.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997324 | $79,527.74 | 8/22/2018 | 6749825000-3 | 7/3/2018 | $10.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997324 | $79,527.74 | 8/22/2018 | 6755115000-1 | 7/3/2018 | $13.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997324 | $79,527.74 | 8/22/2018 | 6620205000-1 | 6/20/2018 | $4.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997324 | $79,527.74 | 8/22/2018 | 6694335000-1 | 6/29/2018 | $30.18 |

Totals:    5 transfer(s),    $191,552.56