**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Meier Supply Company, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246397 | $1,851.04 | 10/5/2018 | 1980614-IN | 9/7/2018 | $1,851.04 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243308 | $436.95 | 9/14/2018 | 1970937-IN | 8/17/2018 | $3,575.82 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240199 | $1,949.59 | 8/24/2018 | 1960112-IN | 7/26/2018 | $1,949.59 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239584 | $4,147.97 | 8/21/2018 | 1958788-IN | 7/24/2018 | $4,147.97 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239141 | $4,957.61 | 8/17/2018 | 1956482-IN | 7/20/2018 | $4,957.61 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238506 | $3,247.52 | 8/14/2018 | 1954182-IN | 7/17/2018 | $3,247.52 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237613 | $2,981.68 | 8/7/2018 | 1950090-IN | 7/10/2018 | $2,981.68 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235684 | $295.27 | 7/27/2018 | 1944554-IN | 6/29/2018 | $295.27 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234450 | $6,477.36 | 7/20/2018 | 1940940-IN | 6/22/2018 | $6,477.36 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233683 | $4,320.68 | 7/17/2018 | 1937829-IN | 6/18/2018 | $355.64 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233683 | $4,320.68 | 7/17/2018 | 1937828-IN | 6/18/2018 | $3,965.04 |

Totals:    10 transfer(s),    $30,665.67