**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Melo Construction NW LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244225 | $6,449.54 | 9/21/2018 | 24492849A-IN | 9/20/2018 | $6,449.54 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241364 | $12,250.04 | 8/31/2018 | 24047983A-IN | 8/24/2018 | $12,250.04 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240570 | $6,272.24 | 8/28/2018 | 24395351A-IN | 8/27/2018 | $6,272.24 |
| **Totals:** | **3 transfer(s),** | **$24,971.82** | | | | | |