**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Michelin Star, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008196 | $2,179.83 | 9/17/2018 | CD3103072ED | 8/30/2018 | $2,207.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001243 | $55,337.50 | 9/3/2018 | 800030 | 7/3/2018 | $20,632.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001243 | $55,337.50 | 9/3/2018 | 800029 | 7/3/2018 | $8,294.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001243 | $55,337.50 | 9/3/2018 | 800028 | 7/3/2018 | $26,438.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999993 | $49,019.94 | 8/30/2018 | 800039 | 7/9/2018 | $16,588.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999993 | $49,019.94 | 8/30/2018 | 800038-3343 | 7/12/2018 | $27,987.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999993 | $49,019.94 | 8/30/2018 | 800038-3341 | 7/12/2018 | $162.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999993 | $49,019.94 | 8/30/2018 | 800033-3340 | 7/9/2018 | $900.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999993 | $49,019.94 | 8/30/2018 | 800033-3339 | 7/9/2018 | $4,975.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999993 | $49,019.94 | 8/30/2018 | 800033-3338 | 7/9/2018 | $900.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999993 | $49,019.94 | 8/30/2018 | 800024-3336 | 2/2/2018 | $26,208.00 |

Totals:    3 transfer(s),    $106,537.27