**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **Milk Industry Management Corporation dba Balford Farms** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991464 | $3,754.23 | 8/13/2018 | 1986733 | 5/29/2018 | $130.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991464 | $3,754.23 | 8/13/2018 | 1989888 | 5/31/2018 | $127.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991464 | $3,754.23 | 8/13/2018 | 1985805 | 5/28/2018 | $277.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991464 | $3,754.23 | 8/13/2018 | 1986070 | 5/29/2018 | $141.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991464 | $3,754.23 | 8/13/2018 | 1986080 | 5/29/2018 | $133.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991464 | $3,754.23 | 8/13/2018 | 1986494 | 5/29/2018 | $101.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991464 | $3,754.23 | 8/13/2018 | 1984926 | 5/28/2018 | $100.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991464 | $3,754.23 | 8/13/2018 | 1986724 | 5/29/2018 | $214.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991464 | $3,754.23 | 8/13/2018 | 1983252 | 5/25/2018 | $129.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991464 | $3,754.23 | 8/13/2018 | 1986838-25142 | 5/29/2018 | $88.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991464 | $3,754.23 | 8/13/2018 | 1986849 | 5/29/2018 | $169.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991464 | $3,754.23 | 8/13/2018 | 198816 | 5/30/2018 | $121.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991464 | $3,754.23 | 8/13/2018 | 1988307 | 5/30/2018 | $104.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991464 | $3,754.23 | 8/13/2018 | 1989040 | 5/30/2018 | $137.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999073 | $4,365.67 | 8/29/2018 | 2004459 | 6/8/2018 | $106.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991464 | $3,754.23 | 8/13/2018 | 1986695 | 5/29/2018 | $135.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987956 | $3,738.74 | 8/2/2018 | 1979088 | 5/24/2018 | $116.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987956 | $3,738.74 | 8/2/2018 | 1975047 | 5/22/2018 | $103.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987956 | $3,738.74 | 8/2/2018 | 1975597 | 5/22/2018 | $121.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987956 | $3,738.74 | 8/2/2018 | 1976869 | 5/24/2018 | $132.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987956 | $3,738.74 | 8/2/2018 | 1977252 | 5/23/2018 | $107.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987956 | $3,738.74 | 8/2/2018 | 1977494-25138 | 5/23/2018 | $0.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991464 | $3,754.23 | 8/13/2018 | 1985082 | 5/28/2018 | $164.51 |

Milk Industry Management Corporation dba Balford Farms (2219366)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                             Exhibit A                                              P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987956 | $3,738.74 | 8/2/2018 | 1978777 | 5/24/2018 | $100.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991464 | $3,754.23 | 8/13/2018 | 1990358 | 5/31/2018 | $338.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987956 | $3,738.74 | 8/2/2018 | 1979493 | 5/24/2018 | $246.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991464 | $3,754.23 | 8/13/2018 | 1981266 | 5/25/2018 | $242.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991464 | $3,754.23 | 8/13/2018 | 1981270 | 5/26/2018 | $78.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991464 | $3,754.23 | 8/13/2018 | 1981646 | 5/25/2018 | $184.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991464 | $3,754.23 | 8/13/2018 | 1981778 | 5/25/2018 | $94.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991464 | $3,754.23 | 8/13/2018 | 1981906-25140 | 5/25/2018 | $148.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987956 | $3,738.74 | 8/2/2018 | 1977494-25139 | 5/23/2018 | $114.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995757 | $3,322.84 | 8/20/2018 | 2002962-25162 | 6/7/2018 | $146.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991464 | $3,754.23 | 8/13/2018 | 1989541 | 5/30/2018 | $131.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995757 | $3,322.84 | 8/20/2018 | 2000339 | 6/6/2018 | $138.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995757 | $3,322.84 | 8/20/2018 | 2000493-25160 | 6/6/2018 | $136.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995757 | $3,322.84 | 8/20/2018 | 2000858 | 6/6/2018 | $134.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995757 | $3,322.84 | 8/20/2018 | 2001003 | 6/6/2018 | $127.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995757 | $3,322.84 | 8/20/2018 | 19996452 | 6/4/2018 | $103.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995757 | $3,322.84 | 8/20/2018 | 2002247 | 6/7/2018 | $111.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995757 | $3,322.84 | 8/20/2018 | 1998495-25157 | 6/5/2018 | $145.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999073 | $4,365.67 | 8/29/2018 | 1961323 | 5/12/2018 | $158.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999073 | $4,365.67 | 8/29/2018 | 1997608 | 6/8/2018 | $101.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999073 | $4,365.67 | 8/29/2018 | 2001968 | 6/8/2018 | $367.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999073 | $4,365.67 | 8/29/2018 | 2004000-25164 | 6/8/2018 | $276.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999073 | $4,365.67 | 8/29/2018 | 2004103 | 6/8/2018 | $112.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981191 | $3,537.00 | 7/19/2018 | 1933080 | 5/4/2018 | $103.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995757 | $3,322.84 | 8/20/2018 | 2002136 | 6/7/2018 | $173.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995757 | $3,322.84 | 8/20/2018 | 1993120 | 6/4/2018 | $130.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991464 | $3,754.23 | 8/13/2018 | 1990500 | 5/31/2018 | $128.67 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991464 | $3,754.23 | 8/13/2018 | 1990518 | 5/31/2018 | $54.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991464 | $3,754.23 | 8/13/2018 | 1992133 | 5/31/2018 | $203.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995757 | $3,322.84 | 8/20/2018 | 1986391 | 6/4/2018 | $146.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995757 | $3,322.84 | 8/20/2018 | 1992586 | 6/1/2018 | $120.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995757 | $3,322.84 | 8/20/2018 | 19997289-25158 | 6/5/2018 | $144.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995757 | $3,322.84 | 8/20/2018 | 1993116-25147 | 6/1/2018 | $261.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987956 | $3,738.74 | 8/2/2018 | 1974511 | 5/23/2018 | $130.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995757 | $3,322.84 | 8/20/2018 | 1996087 | 6/4/2018 | $101.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995757 | $3,322.84 | 8/20/2018 | 1996299A | 6/5/2018 | $139.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995757 | $3,322.84 | 8/20/2018 | 1997065-25148 | 6/4/2018 | $283.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995757 | $3,322.84 | 8/20/2018 | 1997298-25151 | 6/5/2018 | $148.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995757 | $3,322.84 | 8/20/2018 | 1997459-25152 | 6/5/2018 | $310.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995757 | $3,322.84 | 8/20/2018 | 1998320-25154 | 6/5/2018 | $139.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995757 | $3,322.84 | 8/20/2018 | 1992889-25144 | 6/1/2018 | $279.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981191 | $3,537.00 | 7/19/2018 | 49621519-25129 | 5/8/2018 | $144.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987956 | $3,738.74 | 8/2/2018 | 1974919 | 5/22/2018 | $200.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981191 | $3,537.00 | 7/19/2018 | 1955339 | 5/10/2018 | $127.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981191 | $3,537.00 | 7/19/2018 | 1955389 | 5/9/2018 | $115.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981191 | $3,537.00 | 7/19/2018 | 1956193 | 5/10/2018 | $135.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981191 | $3,537.00 | 7/19/2018 | 1956870 | 5/10/2018 | $118.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981191 | $3,537.00 | 7/19/2018 | 1954184 | 5/9/2018 | $141.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981191 | $3,537.00 | 7/19/2018 | 1957866 | 5/10/2018 | $233.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981191 | $3,537.00 | 7/19/2018 | 1953927 | 5/9/2018 | $225.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981191 | $3,537.00 | 7/19/2018 | DM4736 | 5/4/2018 | $10.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984559 | $3,755.50 | 7/26/2018 | 1946180 | 5/14/2018 | $102.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984559 | $3,755.50 | 7/26/2018 | 1956351 | 5/11/2018 | $299.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984559 | $3,755.50 | 7/26/2018 | 1958291-25130 | 5/11/2018 | $238.77 |

Milk Industry Management Corporation dba Balford Farms (2219366)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984559 | $3,755.50 | 7/26/2018 | 1958513 | 5/11/2018 | $194.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984559 | $3,755.50 | 7/26/2018 | 1958653-25132 | 5/11/2018 | $108.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981191 | $3,537.00 | 7/19/2018 | 1957214 | 5/9/2018 | $95.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981191 | $3,537.00 | 7/19/2018 | 1950755 | 5/7/2018 | $68.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981191 | $3,537.00 | 7/19/2018 | 1946132 | 5/4/2018 | $165.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981191 | $3,537.00 | 7/19/2018 | 1946202-25124 | 5/4/2018 | $128.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981191 | $3,537.00 | 7/19/2018 | 1946425 | 5/4/2018 | $114.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981191 | $3,537.00 | 7/19/2018 | 1946549 | 5/4/2018 | $100.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981191 | $3,537.00 | 7/19/2018 | 1948243 | 5/8/2018 | $182.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981191 | $3,537.00 | 7/19/2018 | 1954214 | 5/9/2018 | $110.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981191 | $3,537.00 | 7/19/2018 | 1949997 | 5/7/2018 | $147.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984559 | $3,755.50 | 7/26/2018 | 1961716 | 5/14/2018 | $103.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981191 | $3,537.00 | 7/19/2018 | 1951204 | 5/8/2018 | $132.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981191 | $3,537.00 | 7/19/2018 | 1951445 | 5/8/2018 | $105.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981191 | $3,537.00 | 7/19/2018 | 1951562 | 5/8/2018 | $287.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981191 | $3,537.00 | 7/19/2018 | 1951794 | 5/8/2018 | $103.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981191 | $3,537.00 | 7/19/2018 | 1952232-25126 | 5/8/2018 | $177.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981191 | $3,537.00 | 7/19/2018 | 1953603 | 5/8/2018 | $219.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981191 | $3,537.00 | 7/19/2018 | 1949913 | 5/7/2018 | $81.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987956 | $3,738.74 | 8/2/2018 | 1973217 | 5/21/2018 | $284.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984559 | $3,755.50 | 7/26/2018 | 1968877 | 5/17/2018 | $188.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987956 | $3,738.74 | 8/2/2018 | 1843821 | 3/2/2018 | $203.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987956 | $3,738.74 | 8/2/2018 | 1956645 | 5/24/2018 | $109.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987956 | $3,738.74 | 8/2/2018 | 1969907-25137 | 5/18/2018 | $318.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987956 | $3,738.74 | 8/2/2018 | 1970244 | 5/18/2018 | $282.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984559 | $3,755.50 | 7/26/2018 | 1961692 | 5/14/2018 | $158.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987956 | $3,738.74 | 8/2/2018 | 1973028 | 5/21/2018 | $100.96 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984559 | $3,755.50 | 7/26/2018 | 1965818 | 5/16/2018 | $100.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987956 | $3,738.74 | 8/2/2018 | 1973239 | 5/21/2018 | $100.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987956 | $3,738.74 | 8/2/2018 | 1973272 | 5/21/2018 | $134.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987956 | $3,738.74 | 8/2/2018 | 1973992 | 5/21/2018 | $174.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987956 | $3,738.74 | 8/2/2018 | 1974300 | 5/22/2018 | $141.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987956 | $3,738.74 | 8/2/2018 | 1974309 | 5/23/2018 | $134.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999073 | $4,365.67 | 8/29/2018 | 2004588-25168 | 6/8/2018 | $230.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987956 | $3,738.74 | 8/2/2018 | 1972251 | 5/22/2018 | $205.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984559 | $3,755.50 | 7/26/2018 | 1963599 | 5/15/2018 | $116.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987956 | $3,738.74 | 8/2/2018 | 1974759 | 5/23/2018 | $179.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984559 | $3,755.50 | 7/26/2018 | 1961791 | 5/14/2018 | $102.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984559 | $3,755.50 | 7/26/2018 | 1962353 | 5/14/2018 | $174.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984559 | $3,755.50 | 7/26/2018 | 1962858 | 5/15/2018 | $141.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984559 | $3,755.50 | 7/26/2018 | 1962875 | 5/15/2018 | $134.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984559 | $3,755.50 | 7/26/2018 | 1963011 | 5/15/2018 | $251.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984559 | $3,755.50 | 7/26/2018 | 1967975 | 5/17/2018 | $112.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984559 | $3,755.50 | 7/26/2018 | 1963337 | 5/15/2018 | $114.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984559 | $3,755.50 | 7/26/2018 | 1967894 | 5/17/2018 | $109.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984559 | $3,755.50 | 7/26/2018 | 1963669-25134 | 5/15/2018 | $109.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984559 | $3,755.50 | 7/26/2018 | 196376 | 5/15/2018 | $135.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984559 | $3,755.50 | 7/26/2018 | 1965352 | 5/16/2018 | $127.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984559 | $3,755.50 | 7/26/2018 | 1965387 | 5/16/2018 | $190.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984559 | $3,755.50 | 7/26/2018 | 1965620 | 5/16/2018 | $144.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984559 | $3,755.50 | 7/26/2018 | 1961703 | 5/14/2018 | $154.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984559 | $3,755.50 | 7/26/2018 | 1963085 | 5/15/2018 | $168.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009742 | $4,341.28 | 9/19/2018 | 2039803 | 7/4/2018 | $171.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009742 | $4,341.28 | 9/19/2018 | 2042655 | 7/5/2018 | $157.58 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009742 | $4,341.28 | 9/19/2018 | 2035954-25226 | 6/29/2018 | $170.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009742 | $4,341.28 | 9/19/2018 | 2036084-25229 | 6/29/2018 | $206.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009742 | $4,341.28 | 9/19/2018 | 2038557 | 7/2/2018 | $123.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009742 | $4,341.28 | 9/19/2018 | 2039286 | 7/2/2018 | $235.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009742 | $4,341.28 | 9/19/2018 | 2035653 | 7/2/2018 | $143.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009742 | $4,341.28 | 9/19/2018 | 2039749 | 7/3/2018 | $211.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009742 | $4,341.28 | 9/19/2018 | 2035596-25225 | 6/29/2018 | $85.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009742 | $4,341.28 | 9/19/2018 | 2040063 | 7/3/2018 | $172.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009742 | $4,341.28 | 9/19/2018 | 2040232-25230 | 7/3/2018 | $121.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009742 | $4,341.28 | 9/19/2018 | 2040244 | 7/3/2018 | $102.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009742 | $4,341.28 | 9/19/2018 | 2040447 | 7/3/2018 | $150.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009742 | $4,341.28 | 9/19/2018 | 2042160 | 7/5/2018 | $165.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999073 | $4,365.67 | 8/29/2018 | 2004265-25166 | 6/8/2018 | $192.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009742 | $4,341.28 | 9/19/2018 | 2039612 | 7/3/2018 | $116.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005968 | $4,337.72 | 9/12/2018 | 2033940 | 6/28/2018 | $118.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005968 | $4,337.72 | 9/12/2018 | 2032711-25218 | 6/27/2018 | $138.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005968 | $4,337.72 | 9/12/2018 | 2032934 | 6/27/2018 | $135.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005968 | $4,337.72 | 9/12/2018 | 2033113 | 6/28/2018 | $115.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005968 | $4,337.72 | 9/12/2018 | 2033591 | 6/28/2018 | $197.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005968 | $4,337.72 | 9/12/2018 | 2033668 | 6/28/2018 | $297.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009742 | $4,341.28 | 9/19/2018 | 2035711 | 6/29/2018 | $145.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005968 | $4,337.72 | 9/12/2018 | 2033922 | 6/28/2018 | $101.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009742 | $4,341.28 | 9/19/2018 | 2042825 | 7/4/2018 | $175.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005968 | $4,337.72 | 9/12/2018 | 2034502-25220 | 6/28/2018 | $235.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009742 | $4,341.28 | 9/19/2018 | 1981270B | 5/25/2018 | $78.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009742 | $4,341.28 | 9/19/2018 | 1997927 | 6/5/2018 | $106.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009742 | $4,341.28 | 9/19/2018 | 2008485 | 6/12/2018 | $137.06 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009742 | $4,341.28 | 9/19/2018 | 2009209 | 6/12/2018 | $122.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009742 | $4,341.28 | 9/19/2018 | 2035589-25222 | 6/29/2018 | $345.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005968 | $4,337.72 | 9/12/2018 | 2033678 | 6/28/2018 | $127.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013546 | $4,550.08 | 9/26/2018 | 2053845 | 7/12/2018 | $258.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009742 | $4,341.28 | 9/19/2018 | 2042557 | 7/4/2018 | $134.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013546 | $4,550.08 | 9/26/2018 | 2050343 | 7/10/2018 | $192.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013546 | $4,550.08 | 9/26/2018 | 2050357 | 7/10/2018 | $180.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013546 | $4,550.08 | 9/26/2018 | 2050393 | 7/10/2018 | $150.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013546 | $4,550.08 | 9/26/2018 | 2050435 | 7/11/2018 | $133.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013546 | $4,550.08 | 9/26/2018 | 2049976 | 7/10/2018 | $265.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013546 | $4,550.08 | 9/26/2018 | 2053221 | 7/12/2018 | $117.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013546 | $4,550.08 | 9/26/2018 | 2049791 | 7/10/2018 | $114.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013546 | $4,550.08 | 9/26/2018 | 2053904 | 7/12/2018 | $129.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013546 | $4,550.08 | 9/26/2018 | 2054096 | 7/12/2018 | $272.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013546 | $4,550.08 | 9/26/2018 | 2054239 | 7/12/2018 | $117.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013546 | $4,550.08 | 9/26/2018 | 2054359 | 7/12/2018 | $145.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013546 | $4,550.08 | 9/26/2018 | 2054414 | 7/12/2018 | $99.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013546 | $4,550.08 | 9/26/2018 | 2055433 | 7/12/2018 | $324.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013546 | $4,550.08 | 9/26/2018 | 2052965 | 7/11/2018 | $137.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013546 | $4,550.08 | 9/26/2018 | 2045465 | 7/6/2018 | $100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009742 | $4,341.28 | 9/19/2018 | 2042849 | 7/4/2018 | $141.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009742 | $4,341.28 | 9/19/2018 | 2043542 | 7/5/2018 | $181.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009742 | $4,341.28 | 9/19/2018 | 2043720 | 7/5/2018 | $150.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009742 | $4,341.28 | 9/19/2018 | 2044301 | 7/5/2018 | $101.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009742 | $4,341.28 | 9/19/2018 | 2045122 | 7/5/2018 | $235.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013546 | $4,550.08 | 9/26/2018 | 2049983 | 7/11/2018 | $85.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013546 | $4,550.08 | 9/26/2018 | 2045440 | 7/6/2018 | $267.37 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005968 | $4,337.72 | 9/12/2018 | 2030081 | 6/26/2018 | $111.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013546 | $4,550.08 | 9/26/2018 | 2045490 | 7/6/2018 | $137.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013546 | $4,550.08 | 9/26/2018 | 2045612 | 7/6/2018 | $228.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013546 | $4,550.08 | 9/26/2018 | 2046075-25232 | 7/6/2018 | $109.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013546 | $4,550.08 | 9/26/2018 | 2048624 | 7/9/2018 | $82.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013546 | $4,550.08 | 9/26/2018 | 2049004 | 7/9/2018 | $295.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013546 | $4,550.08 | 9/26/2018 | 2049079 | 7/9/2018 | $198.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013546 | $4,550.08 | 9/26/2018 | 2043940 | 7/6/2018 | $294.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002582 | $3,981.99 | 9/5/2018 | 1990161 | 5/31/2018 | $261.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005968 | $4,337.72 | 9/12/2018 | 2032045 | 6/27/2018 | $165.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999073 | $4,365.67 | 8/29/2018 | 2012892 | 6/14/2018 | $137.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999073 | $4,365.67 | 8/29/2018 | 2013050 | 6/14/2018 | $111.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999073 | $4,365.67 | 8/29/2018 | 2013709-25188 | 6/14/2018 | $146.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999073 | $4,365.67 | 8/29/2018 | DM4908 | 6/11/2018 | $10.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999073 | $4,365.67 | 8/29/2018 | 2012779 | 6/14/2018 | $147.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002582 | $3,981.99 | 9/5/2018 | 1984855A | 5/28/2018 | $188.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999073 | $4,365.67 | 8/29/2018 | 20126946 | 6/14/2018 | $97.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002582 | $3,981.99 | 9/5/2018 | 2008692 | 6/18/2018 | $112.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002582 | $3,981.99 | 9/5/2018 | 2014791 | 6/18/2018 | $112.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002582 | $3,981.99 | 9/5/2018 | 2014805-25190 | 6/15/2018 | $236.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002582 | $3,981.99 | 9/5/2018 | 2014902 | 6/15/2018 | $162.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002582 | $3,981.99 | 9/5/2018 | 2014939-25192 | 6/15/2018 | $144.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002582 | $3,981.99 | 9/5/2018 | 2015364 | 6/15/2018 | $126.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002582 | $3,981.99 | 9/5/2018 | 1980890 | 5/24/2018 | $188.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999073 | $4,365.67 | 8/29/2018 | 2008659-25178 | 6/12/2018 | $308.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999073 | $4,365.67 | 8/29/2018 | 2004636-25171 | 6/8/2018 | $102.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999073 | $4,365.67 | 8/29/2018 | 2006151-25172 | 6/12/2018 | $122.57 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999073 | $4,365.67 | 8/29/2018 | 2006202 | 6/11/2018 | $103.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999073 | $4,365.67 | 8/29/2018 | 2007334 | 6/11/2018 | $101.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999073 | $4,365.67 | 8/29/2018 | 2007460-25174 | 6/12/2018 | $154.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999073 | $4,365.67 | 8/29/2018 | 2012818-25186 | 6/14/2018 | $143.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999073 | $4,365.67 | 8/29/2018 | 2008606 | 6/12/2018 | $203.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002582 | $3,981.99 | 9/5/2018 | 2018031 | 6/18/2018 | $138.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999073 | $4,365.67 | 8/29/2018 | 2008687-25181 | 6/12/2018 | $182.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999073 | $4,365.67 | 8/29/2018 | 2008722-25182 | 6/12/2018 | $155.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999073 | $4,365.67 | 8/29/2018 | 2008955 | 6/12/2018 | $135.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999073 | $4,365.67 | 8/29/2018 | 2011125 | 6/13/2018 | $184.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999073 | $4,365.67 | 8/29/2018 | 2011230-25184 | 6/13/2018 | $179.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999073 | $4,365.67 | 8/29/2018 | 2012196 | 6/13/2018 | $137.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999073 | $4,365.67 | 8/29/2018 | 2007665-25177 | 6/11/2018 | $146.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005968 | $4,337.72 | 9/12/2018 | 2028723-25211 | 6/26/2018 | $235.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005968 | $4,337.72 | 9/12/2018 | 2025371 | 6/25/2018 | $103.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005968 | $4,337.72 | 9/12/2018 | 2025595 | 6/22/2018 | $243.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005968 | $4,337.72 | 9/12/2018 | 2025669-25204 | 6/22/2018 | $102.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005968 | $4,337.72 | 9/12/2018 | 2026786-25207 | 6/22/2018 | $155.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005968 | $4,337.72 | 9/12/2018 | 2028151 | 6/25/2018 | $134.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002582 | $3,981.99 | 9/5/2018 | 2015446-25194 | 6/15/2018 | $100.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005968 | $4,337.72 | 9/12/2018 | 2028432-25208 | 6/26/2018 | $162.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005968 | $4,337.72 | 9/12/2018 | 2022916-25200 | 6/23/2018 | $146.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005968 | $4,337.72 | 9/12/2018 | 2029598 | 6/26/2018 | $116.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005968 | $4,337.72 | 9/12/2018 | 2029738-25212 | 6/26/2018 | $255.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005968 | $4,337.72 | 9/12/2018 | 2029806 | 6/26/2018 | $121.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005968 | $4,337.72 | 9/12/2018 | 2029845 | 6/27/2018 | $106.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005968 | $4,337.72 | 9/12/2018 | 2030063-25214 | 6/26/2018 | $177.81 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013546 | $4,550.08 | 9/26/2018 | 6318560 | 7/6/2018 | $122.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005968 | $4,337.72 | 9/12/2018 | 2028321 | 6/25/2018 | $48.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002582 | $3,981.99 | 9/5/2018 | 2023256 | 6/21/2018 | $101.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005968 | $4,337.72 | 9/12/2018 | 2030450-25216 | 6/26/2018 | $101.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002582 | $3,981.99 | 9/5/2018 | 2018372 | 6/18/2018 | $237.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002582 | $3,981.99 | 9/5/2018 | 2019156 | 6/19/2018 | $116.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002582 | $3,981.99 | 9/5/2018 | 2019351 | 6/19/2018 | $107.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002582 | $3,981.99 | 9/5/2018 | 2019513-25196 | 6/19/2018 | $264.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002582 | $3,981.99 | 9/5/2018 | 2019788 | 6/20/2018 | $140.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005968 | $4,337.72 | 9/12/2018 | 2025362 | 6/22/2018 | $133.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002582 | $3,981.99 | 9/5/2018 | 2022396 | 6/21/2018 | $164.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005968 | $4,337.72 | 9/12/2018 | 2025238-25203 | 6/22/2018 | $188.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002582 | $3,981.99 | 9/5/2018 | 2023311 | 6/21/2018 | $284.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002582 | $3,981.99 | 9/5/2018 | 2023472 | 6/21/2018 | $319.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002582 | $3,981.99 | 9/5/2018 | 2023636 | 6/21/2018 | $136.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002582 | $3,981.99 | 9/5/2018 | 2023645-25198 | 6/21/2018 | $192.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005968 | $4,337.72 | 9/12/2018 | 2019394 | 6/25/2018 | $143.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002582 | $3,981.99 | 9/5/2018 | 2017970 | 6/18/2018 | $69.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002582 | $3,981.99 | 9/5/2018 | 2020987 | 6/20/2018 | $116.91 |

**Totals:** 10 transfer(s), $39,685.05