**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Mondelez Global LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781000003 | $44,822.54 | 8/16/2018 | 1907238009-1439 | 7/25/2018 | $44,822.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997833 | $6,218.12 | 8/13/2018 | 1907237282 | 7/20/2018 | $3,199.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998521 | $32,141.85 | 8/14/2018 | 1907235542-1434 | 7/23/2018 | $108.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998521 | $32,141.85 | 8/14/2018 | 1907235542-1436 | 7/23/2018 | $29,523.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998521 | $32,141.85 | 8/14/2018 | 1907236515 | 7/23/2018 | $2,026.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998521 | $32,141.85 | 8/14/2018 | 1907239972-1440 | 7/25/2018 | $35.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998521 | $32,141.85 | 8/14/2018 | 1907239972-1442 | 7/25/2018 | $592.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999371 | $16,339.18 | 8/15/2018 | 1907236019 | 7/23/2018 | $26,165.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999371 | $16,339.18 | 8/15/2018 | 1907237122 | 7/23/2018 | $736.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997833 | $6,218.12 | 8/13/2018 | 1907234541 | 7/20/2018 | $33,529.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000003 | $44,822.54 | 8/16/2018 | 1907238009-1437 | 7/25/2018 | $606.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023511 | $1,491.21 | 10/2/2018 | 1907298004 | 9/12/2018 | $1,936.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000740 | $50,140.97 | 8/17/2018 | 1907240156 | 7/26/2018 | $50,157.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018659 | $118.35 | 9/21/2018 | 1907280027 | 8/31/2018 | $1,007.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019877 | $63,742.48 | 9/25/2018 | 1907280113 | 8/31/2018 | $63,432.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019877 | $63,742.48 | 9/25/2018 | 1907281533 | 9/4/2018 | $309.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020783 | $33,964.55 | 9/26/2018 | 1907281532 | 9/4/2018 | $33,708.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020783 | $33,964.55 | 9/26/2018 | 1907287353 | 9/5/2018 | $464.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021409 | $85,834.61 | 9/27/2018 | 1907282720 | 9/5/2018 | $20,013.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021409 | $85,834.61 | 9/27/2018 | 1907283012 | 9/5/2018 | $14,733.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021409 | $85,834.61 | 9/27/2018 | 1907283495 | 9/5/2018 | $51,101.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999371 | $16,339.18 | 8/15/2018 | 1907240153 | 7/26/2018 | $2,068.64 |

Totals:    10 transfer(s),    $334,813.86

Mondelez Global LLC (2219534)
Bankruptcy Case: Sears Holdings Corporation, et al.