**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Money Mailer, LLC**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743422 | $20,016.00 | 10/9/2018 | 14585-IN | 8/1/2018 | $20,016.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742219 | $20,016.00 | 8/6/2018 | 14584-IN | 7/1/2018 | $20,016.00 |
| Totals: | 2 transfer(s), | $40,032.00 | | | | | |