**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Morales Distributors Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983230 | $3,275.74 | 7/24/2018 | 58463 | 5/15/2018 | $1,668.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993781 | $2,902.47 | 8/16/2018 | 58765 | 5/31/2018 | $262.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990135 | $2,075.95 | 8/9/2018 | 58713 | 5/28/2018 | $302.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990135 | $2,075.95 | 8/9/2018 | 58712 | 5/28/2018 | $556.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990135 | $2,075.95 | 8/9/2018 | 58617 | 5/23/2018 | $926.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990135 | $2,075.95 | 8/9/2018 | 58616 | 5/23/2018 | $123.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990135 | $2,075.95 | 8/9/2018 | 58611 | 5/23/2018 | $15.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990135 | $2,075.95 | 8/9/2018 | 58609 | 5/23/2018 | $151.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986685 | $1,347.18 | 7/31/2018 | 58571 | 5/22/2018 | $185.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986685 | $1,347.18 | 7/31/2018 | 58570 | 5/22/2018 | $207.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979914 | $1,643.28 | 7/17/2018 | 58274 | 5/4/2018 | $147.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986685 | $1,347.18 | 7/31/2018 | 58502 | 5/16/2018 | $556.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993781 | $2,902.47 | 8/16/2018 | 58771 | 6/4/2018 | $1,483.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983230 | $3,275.74 | 7/24/2018 | 58462 | 5/15/2018 | $450.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983230 | $3,275.74 | 7/24/2018 | 58431 | 5/11/2018 | $556.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983230 | $3,275.74 | 7/24/2018 | 58430 | 5/11/2018 | $238.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983230 | $3,275.74 | 7/24/2018 | 58412 | 5/10/2018 | $114.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983230 | $3,275.74 | 7/24/2018 | 58397 | 5/9/2018 | $247.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979914 | $1,643.28 | 7/17/2018 | 58339 | 5/4/2018 | $139.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979914 | $1,643.28 | 7/17/2018 | 58306 | 5/3/2018 | $719.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979914 | $1,643.28 | 7/17/2018 | 58301 | 5/3/2018 | $335.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979914 | $1,643.28 | 7/17/2018 | 58290 | 5/3/2018 | $185.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979914 | $1,643.28 | 7/17/2018 | 58282 | 5/3/2018 | $123.72 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986685 | $1,347.18 | 7/31/2018 | 58503 | 5/16/2018 | $424.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004706 | $1,916.33 | 9/10/2018 | 59245 | 6/22/2018 | $377.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008210 | $2,508.19 | 9/17/2018 | 59444 | 7/3/2018 | $308.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008210 | $2,508.19 | 9/17/2018 | 59430 | 6/28/2018 | $357.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008210 | $2,508.19 | 9/17/2018 | 59392 | 6/29/2018 | $139.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008210 | $2,508.19 | 9/17/2018 | 59351 | 6/28/2018 | $238.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008210 | $2,508.19 | 9/17/2018 | 57119 | 3/1/2018 | $774.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008210 | $2,508.19 | 9/17/2018 | 56403 | 1/18/2018 | $688.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004706 | $1,916.33 | 9/10/2018 | 59307 | 6/26/2018 | $39.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004706 | $1,916.33 | 9/10/2018 | 59306 | 6/26/2018 | $130.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004706 | $1,916.33 | 9/10/2018 | 59304 | 6/26/2018 | $238.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004706 | $1,916.33 | 9/10/2018 | 59303 | 6/26/2018 | $366.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993781 | $2,902.47 | 8/16/2018 | 58766 | 5/31/2018 | $139.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004706 | $1,916.33 | 9/10/2018 | 59258 | 6/26/2018 | $362.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993781 | $2,902.47 | 8/16/2018 | 58770 | 6/4/2018 | $152.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004706 | $1,916.33 | 9/10/2018 | 59223 | 6/21/2018 | $114.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001256 | $591.67 | 9/3/2018 | 59105 | 6/18/2018 | $92.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001256 | $591.67 | 9/3/2018 | 59104 | 6/18/2018 | $156.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001256 | $591.67 | 9/3/2018 | 59031 | 6/14/2018 | $92.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001256 | $591.67 | 9/3/2018 | 59030 | 6/14/2018 | $260.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997837 | $525.49 | 8/23/2018 | 58938 | 6/12/2018 | $278.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997837 | $525.49 | 8/23/2018 | 58873 | 6/7/2018 | $247.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993781 | $2,902.47 | 8/16/2018 | 58802 | 6/1/2018 | $417.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993781 | $2,902.47 | 8/16/2018 | 58801 | 6/1/2018 | $448.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012259 | $189.88 | 9/24/2018 | 59495 | 7/9/2018 | $189.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004706 | $1,916.33 | 9/10/2018 | 59300 | 6/26/2018 | $287.08 |

Totals:    10 transfer(s),    $16,976.18

Morales Distributors Inc. (2219496)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jan 27, 2020