**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **MR2D Global Trading, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781012270 | $4,471.10 | 9/24/2018 | 18-10642 | 7/3/2018 | $722.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012270 | $4,471.10 | 9/24/2018 | 18-10640 | 7/3/2018 | $3,758.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008222 | $9,341.62 | 9/17/2018 | 18-10641 | 7/3/2018 | $2,122.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008222 | $9,341.62 | 9/17/2018 | 18-10639 | 6/28/2018 | $7,266.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990144 | $1,600.80 | 8/9/2018 | 18-10628 | 5/18/2018 | $1,600.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986693 | $5,433.49 | 7/31/2018 | 18-10625 | 5/18/2018 | $7,779.00 |

**Totals:** 4 transfer(s), $20,847.01