**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant: **MS Portfolio LLC**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174364 | $235,925.15 | 10/10/2018 | 0000092518-2 | 9/25/2018 | $235,925.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174363 | $166,779.55 | 10/10/2018 | 0000092518-1 | 9/25/2018 | $166,779.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173022 | $235,925.15 | 9/6/2018 | 0000082618-2 | 8/26/2018 | $235,925.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173021 | $166,779.55 | 9/6/2018 | 0000082618-1 | 8/26/2018 | $166,779.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171634 | $235,925.15 | 8/7/2018 | 0000072618-2 | 7/26/2018 | $235,925.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171633 | $166,779.55 | 8/7/2018 | 0000072618-1 | 7/26/2018 | $166,779.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 124257 | $134,927.45 | 9/6/2018 | 97634 | 8/15/2018 | $134,927.45 |

**Totals:** 7 transfer(s), $1,343,041.55