**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Munch's Supply Co.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245758 | $2,091.31 | 10/2/2018 | 5519246001-IN | 9/5/2018 | $2,091.31 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245092 | $2,508.79 | 9/27/2018 | 5522198001-IN | 8/31/2018 | $2,508.79 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244678 | $5,436.00 | 9/25/2018 | 5522192001-IN | 8/29/2018 | $2,603.67 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244678 | $5,436.00 | 9/25/2018 | 5514560001-IN | 8/28/2018 | $2,832.33 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241481 | $2,993.84 | 8/31/2018 | 5479827001-IN | 8/2/2018 | $2,993.84 |

**Totals:**   **4 transfer(s),**   **$13,029.94**