**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **NCR Corporation** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781016406 | $24,593.11 | 9/18/2018 | S600022266 | 8/14/2018 | $529.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990158 | $422,655.41 | 7/30/2018 | S900078968 | 6/23/2018 | $221,322.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990158 | $422,655.41 | 7/30/2018 | S900078969 | 6/23/2018 | $36,421.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990158 | $422,655.41 | 7/30/2018 | S900078976 | 6/23/2018 | $161,560.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990890 | $120,295.35 | 7/31/2018 | 1102180608 | 6/26/2018 | $10,654.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990890 | $120,295.35 | 7/31/2018 | 1102180640 | 6/26/2018 | $52,206.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990890 | $120,295.35 | 7/31/2018 | 1102180766 | 6/26/2018 | $57,434.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002907 | $1,081.15 | 8/22/2018 | S600022174 | 7/11/2018 | $1,081.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007702 | $92,629.90 | 8/31/2018 | 1102215784 | 7/27/2018 | $44,336.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007702 | $92,629.90 | 8/31/2018 | 1102215872 | 7/27/2018 | $13,034.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007702 | $92,629.90 | 8/31/2018 | 1102217305 | 7/27/2018 | $35,259.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011799 | $24,063.41 | 9/7/2018 | S900000747 | 8/3/2018 | $24,063.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013861 | $30,415.98 | 9/12/2018 | S900000637 | 9/2/2017 | $6,352.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013861 | $30,415.98 | 9/12/2018 | S900000748 | 8/8/2018 | $24,063.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990158 | $422,655.41 | 7/30/2018 | S900078963 | 6/23/2018 | $3,351.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020788 | $7,708.64 | 9/26/2018 | S900000761 | 8/22/2018 | $7,708.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022136 | $121,589.94 | 9/28/2018 | S900000763 | 8/24/2018 | $7,708.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022136 | $121,589.94 | 9/28/2018 | 1102234562 | 8/24/2018 | $53,669.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022136 | $121,589.94 | 9/28/2018 | 1102234360 | 8/24/2018 | $14,975.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022136 | $121,589.94 | 9/28/2018 | 1102234210 | 8/24/2018 | $45,236.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021420 | $23,125.92 | 9/27/2018 | S900000767 | 1/9/2018 | $7,708.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014504 | $24,063.41 | 9/13/2018 | S900000749 | 8/9/2018 | $24,063.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021420 | $23,125.92 | 9/27/2018 | S900000757 | 8/18/2018 | $7,708.64 |

NCR Corporation (2219568)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781015706 | $24,063.41 | 9/17/2018 | S900000750 | 8/11/2018 | $24,063.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019885 | $24,063.41 | 9/25/2018 | S900000759 | 8/21/2018 | $24,063.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019174 | $29,595.49 | 9/24/2018 | S900000756 | 8/18/2018 | $24,063.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019174 | $29,595.49 | 9/24/2018 | 4380 | 11/2/2017 | $5,532.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018668 | $24,063.41 | 9/21/2018 | S900000754 | 8/17/2018 | $24,063.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016406 | $24,593.11 | 9/18/2018 | S900000752 | 8/14/2018 | $24,063.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022696 | $7,708.64 | 10/1/2018 | S900000764 | 8/25/2018 | $7,708.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021420 | $23,125.92 | 9/27/2018 | S900000762 | 8/23/2018 | $7,708.64 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Totals:** | **16 transfer(s),** | **$1,001,716.58** | | | | | |