**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Neographics, Corp.**

Bankruptcy Case: **Sears Holdings Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62085031 | $7,612.05 | 8/28/2018 | KVI20185148 | 7/11/2018 | $265.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085031 | $7,612.05 | 8/28/2018 | K20185124 | 6/13/2018 | $265.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085031 | $7,612.05 | 8/28/2018 | KVI20185134 | 6/27/2018 | $186.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085031 | $7,612.05 | 8/28/2018 | KVI20185135 | 6/28/2018 | $265.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085031 | $7,612.05 | 8/28/2018 | KVI20185140 | 7/3/2018 | $265.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085031 | $7,612.05 | 8/28/2018 | KVI20185141 | 7/4/2018 | $265.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085031 | $7,612.05 | 8/28/2018 | KVI20185142 | 7/4/2018 | $265.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085031 | $7,612.05 | 8/28/2018 | KVI20185131 | 6/24/2018 | $241.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085031 | $7,612.05 | 8/28/2018 | KVI20185147 | 7/11/2018 | $265.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085031 | $7,612.05 | 8/28/2018 | KVI20185129 | 6/20/2018 | $186.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085031 | $7,612.05 | 8/28/2018 | KVI20185150 | 7/12/2018 | $265.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085657 | $6,696.00 | 9/11/2018 | K20185152 | 7/17/2018 | $320.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085657 | $6,696.00 | 9/11/2018 | K20185157 | 7/23/2018 | $265.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085657 | $6,696.00 | 9/11/2018 | K20185158 | 7/23/2018 | $320.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085657 | $6,696.00 | 9/11/2018 | K20185163 | 7/31/2018 | $320.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085657 | $6,696.00 | 9/11/2018 | K20185166 | 8/2/2018 | $265.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085657 | $6,696.00 | 9/11/2018 | K20185167 | 8/2/2018 | $320.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085031 | $7,612.05 | 8/28/2018 | KVI20185143 | 7/5/2018 | $265.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085031 | $7,612.05 | 8/28/2018 | K20185144 | 7/5/2018 | $320.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085031 | $7,612.05 | 8/28/2018 | K20185125 | 6/14/2018 | $320.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085031 | $7,612.05 | 8/28/2018 | K20185127 | 6/15/2018 | $320.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085031 | $7,612.05 | 8/28/2018 | K20185128 | 6/19/2018 | $320.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085031 | $7,612.05 | 8/28/2018 | K20185130 | 6/21/2018 | $265.05 |

Neographics, Corp. (2219807)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                   Exhibit A                                   P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62085031 | $7,612.05 | 8/28/2018 | K20185132 | 6/21/2018 | $265.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085031 | $7,612.05 | 8/28/2018 | K20185136 | 6/29/2018 | $320.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085031 | $7,612.05 | 8/28/2018 | KVI20185133 | 6/27/2018 | $186.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085031 | $7,612.05 | 8/28/2018 | K20185139 | 7/3/2018 | $376.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085657 | $6,696.00 | 9/11/2018 | K20185173 | 8/8/2018 | $320.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085031 | $7,612.05 | 8/28/2018 | K20185146 | 7/5/2018 | $320.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085031 | $7,612.05 | 8/28/2018 | K20185149 | 7/11/2018 | $320.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085031 | $7,612.05 | 8/28/2018 | K20185151 | 7/13/2018 | $265.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085031 | $7,612.05 | 8/28/2018 | KVI20185121 | 6/7/2018 | $186.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085031 | $7,612.05 | 8/28/2018 | KVI20185122 | 6/7/2018 | $186.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085031 | $7,612.05 | 8/28/2018 | KVI20185123 | 6/13/2018 | $186.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085031 | $7,612.05 | 8/28/2018 | KVI20185126 | 6/14/2018 | $186.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085031 | $7,612.05 | 8/28/2018 | K20185137 | 6/29/2018 | $265.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087196 | $5,426.55 | 10/10/2018 | KVI20185180 | 8/16/2018 | $265.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087196 | $5,426.55 | 10/10/2018 | K20185183 | 8/21/2018 | $55.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087196 | $5,426.55 | 10/10/2018 | K20185184 | 8/21/2018 | $265.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087196 | $5,426.55 | 10/10/2018 | K20185188 | 8/24/2018 | $320.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087196 | $5,426.55 | 10/10/2018 | K20185189 | 8/28/2018 | $320.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087196 | $5,426.55 | 10/10/2018 | K20185190 | 8/29/2018 | $265.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087196 | $5,426.55 | 10/10/2018 | K20185193 | 8/29/2018 | $320.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085657 | $6,696.00 | 9/11/2018 | K20185169 | 8/3/2018 | $265.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087196 | $5,426.55 | 10/10/2018 | KVI20185179 | 8/15/2018 | $376.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087196 | $5,426.55 | 10/10/2018 | K20185176 | 8/14/2018 | $265.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087196 | $5,426.55 | 10/10/2018 | KVI20185181 | 8/16/2018 | $265.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087196 | $5,426.55 | 10/10/2018 | KVI20185185 | 8/22/2018 | $265.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087196 | $5,426.55 | 10/10/2018 | KVI20185186 | 8/22/2018 | $265.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087196 | $5,426.55 | 10/10/2018 | KVI20185187 | 8/23/2018 | $265.05 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62087196 | $5,426.55 | 10/10/2018 | KVI20185191 | 8/29/2018 | $265.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087196 | $5,426.55 | 10/10/2018 | KVI20185192 | 8/29/2018 | $265.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087196 | $5,426.55 | 10/10/2018 | KVI20185194 | 8/30/2018 | $265.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087196 | $5,426.55 | 10/10/2018 | KVI20185178 | 8/15/2018 | $265.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085657 | $6,696.00 | 9/11/2018 | KVI20185164 | 8/1/2018 | $265.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087196 | $5,426.55 | 10/10/2018 | KVI20185195 | 8/30/2018 | $265.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085657 | $6,696.00 | 9/11/2018 | KVI20185153 | 7/18/2018 | $265.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085657 | $6,696.00 | 9/11/2018 | KVI20185154 | 7/18/2018 | $265.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085657 | $6,696.00 | 9/11/2018 | KVI20185155 | 7/19/2018 | $265.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085657 | $6,696.00 | 9/11/2018 | KVI20185156 | 7/19/2018 | $320.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085657 | $6,696.00 | 9/11/2018 | KVI20185159 | 7/25/2018 | $265.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085657 | $6,696.00 | 9/11/2018 | KVI20185160 | 7/25/2018 | $265.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087196 | $5,426.55 | 10/10/2018 | K20185182 | 8/17/2018 | $320.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085657 | $6,696.00 | 9/11/2018 | KVI20185162 | 7/26/2018 | $265.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087196 | $5,426.55 | 10/10/2018 | K20185177 | 8/14/2018 | $265.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085657 | $6,696.00 | 9/11/2018 | KVI20185165 | 8/1/2018 | $265.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085657 | $6,696.00 | 9/11/2018 | KVI20185168 | 8/2/2018 | $265.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085657 | $6,696.00 | 9/11/2018 | KVI20185171 | 8/8/2018 | $265.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085657 | $6,696.00 | 9/11/2018 | KVI20185172 | 8/8/2018 | $265.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085657 | $6,696.00 | 9/11/2018 | KVI20185174 | 8/9/2018 | $265.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085657 | $6,696.00 | 9/11/2018 | KVI20185175 | 8/9/2018 | $265.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085657 | $6,696.00 | 9/11/2018 | K20185170 | 8/7/2018 | $265.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085657 | $6,696.00 | 9/11/2018 | KVI20185161 | 7/25/2018 | $265.05 |

Totals:     3 transfer(s),    $19,734.60