**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Netmining LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245096 | $14,037.12 | 9/27/2018 | 95013555-IN | 7/31/2018 | $14,037.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240680 | $1,395.65 | 8/28/2018 | 95013335-IN | 6/30/2018 | $1,395.65 |
| **Totals:** | **2 transfer(s),** | **$15,432.77** | | | | | |