**ask** | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Neuco, Inc.**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17116 | $19,970.62 | 9/4/2018 | 103790 | 7/20/2018 | $6,730.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09078 | $6,385.55 | 8/20/2018 | 774058 | 7/6/2018 | $6,385.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27335 | $8,490.38 | 9/24/2018 | 664724 | 8/9/2018 | $5,688.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24552 | $5,192.18 | 9/18/2018 | 515439 | 8/4/2018 | $5,192.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23722 | $12,417.91 | 9/17/2018 | 483381 | 8/3/2018 | $3,877.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23722 | $12,417.91 | 9/17/2018 | 452073 | 8/2/2018 | $5,394.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23722 | $12,417.91 | 9/17/2018 | 418174 | 8/1/2018 | $3,146.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20919 | $20,508.35 | 9/11/2018 | 320349 | 7/28/2018 | $7,383.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20919 | $20,508.35 | 9/11/2018 | 292355 | 7/27/2018 | $2,075.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20919 | $20,508.35 | 9/11/2018 | 262568 | 7/26/2018 | $9,220.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28158 | $1,944.27 | 9/25/2018 | 734397 | 8/11/2018 | $1,944.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17116 | $19,970.62 | 9/4/2018 | 131354 | 7/21/2018 | $2,632.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95763 | $48,687.52 | 7/26/2018 | 79218 | 5/22/2018 | $2,565.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17116 | $19,970.62 | 9/4/2018 | 73904 | 7/19/2018 | $7,035.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17116 | $19,970.62 | 9/4/2018 | 37690 | 7/18/2018 | $3,572.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16145 | $5,115.11 | 8/31/2018 | 999200 | 7/17/2018 | $6,824.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16145 | $5,115.11 | 8/31/2018 | 939811 | 7/14/2018 | $5,518.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16145 | $5,115.11 | 8/31/2018 | 916308 | 7/13/2018 | $1,590.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16145 | $5,115.11 | 8/31/2018 | 893356 | 7/12/2018 | $2,858.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16145 | $5,115.11 | 8/31/2018 | 867350 | 7/11/2018 | $6,031.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16145 | $5,115.11 | 8/31/2018 | 838013 | 7/10/2018 | $7,338.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09966 | $13,260.81 | 8/21/2018 | 792623 | 7/7/2018 | $13,260.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20919 | $20,508.35 | 9/11/2018 | 229195 | 7/25/2018 | $1,829.01 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95763 | $48,687.52 | 7/26/2018 | 357681 | 6/9/2018 | $2,103.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/27/2018 | $2,635.69 | 9/27/2018 | O/A:Wire:9/27/2018 | | $2,635.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/28/2018 | $34,062.30 | 8/28/2018 | O/A:Wire:8/28/2018 | | $34,062.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/20/2018 | $25,045.84 | 8/20/2018 | 999200 | 7/17/2018 | $6,824.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/20/2018 | $25,045.84 | 8/20/2018 | 939811 | 7/14/2018 | $5,518.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/20/2018 | $25,045.84 | 8/20/2018 | 916308 | 7/13/2018 | $1,590.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/20/2018 | $25,045.84 | 8/20/2018 | 893356 | 7/12/2018 | $2,858.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/20/2018 | $25,045.84 | 8/20/2018 | 867350 | 7/11/2018 | $6,031.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/20/2018 | $25,045.84 | 8/20/2018 | 838013 | 7/10/2018 | $7,338.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/25/2018 | $35,281.76 | 7/25/2018 | O/A:Wire:7/25/2018 | | $35,281.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27335 | $8,490.38 | 9/24/2018 | 700550 | 8/10/2018 | $2,801.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97289 | $1,392.43 | 7/30/2018 | 453976 | 6/15/2018 | $1,392.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $10,882.88 | 9/6/2018 | O/A:Wire:9/6/2018 | | $10,882.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95763 | $48,687.52 | 7/26/2018 | 338855 | 6/8/2018 | $5,096.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95763 | $48,687.52 | 7/26/2018 | 241183 | 6/2/2018 | $2,308.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95763 | $48,687.52 | 7/26/2018 | 226289 | 6/1/2018 | $3,865.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95763 | $48,687.52 | 7/26/2018 | 211205 | 5/31/2018 | $5,161.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95763 | $48,687.52 | 7/26/2018 | 186655 | 5/30/2018 | $6,582.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95763 | $48,687.52 | 7/26/2018 | 147204 | 5/26/2018 | $4,996.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95763 | $48,687.52 | 7/26/2018 | 132586 | 5/25/2018 | $3,953.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95763 | $48,687.52 | 7/26/2018 | 116690 | 5/24/2018 | $10,283.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95763 | $48,687.52 | 7/26/2018 | 98913 | 5/23/2018 | $1,769.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98227 | $7,570.25 | 7/31/2018 | 470724 | 6/16/2018 | $7,570.25 |

**Totals:**    17 transfer(s),    $258,843.85