# ask LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **NewAge Products Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06700 | $9,292.87 | 8/15/2018 | 00008422AA | 7/11/2018 | $186.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08146 | $2,215.58 | 8/17/2018 | 00009321AA | 7/13/2018 | $277.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06700 | $9,292.87 | 8/15/2018 | 00008596AA | 7/11/2018 | $2,375.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06700 | $9,292.87 | 8/15/2018 | 00008522AA | 7/11/2018 | $1,850.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06700 | $9,292.87 | 8/15/2018 | 00008511AA | 7/11/2018 | $148.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06700 | $9,292.87 | 8/15/2018 | 00008501AA | 7/11/2018 | $166.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05077 | $6,791.75 | 8/13/2018 | 00008027AA | 7/9/2018 | $415.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06700 | $9,292.87 | 8/15/2018 | 00008423AA | 7/11/2018 | $277.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08146 | $2,215.58 | 8/17/2018 | 00009328AA | 7/13/2018 | $118.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06700 | $9,292.87 | 8/15/2018 | 00008270AA-27161 | 7/11/2018 | $2,321.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06700 | $9,292.87 | 8/15/2018 | 00008255AA-27160 | 7/11/2018 | $1,688.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05943 | $1,217.69 | 8/14/2018 | 00008228AA | 7/10/2018 | $1,217.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05077 | $6,791.75 | 8/13/2018 | 00008035AA | 7/9/2018 | $118.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05077 | $6,791.75 | 8/13/2018 | 00008034AA | 7/9/2018 | $237.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00316 | $4,304.48 | 8/3/2018 | 00005367AA | 6/29/2018 | $3,266.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06700 | $9,292.87 | 8/15/2018 | 00008500AA | 7/11/2018 | $277.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09080 | $5,041.50 | 8/20/2018 | 00009912AA | 7/16/2018 | $83.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09967 | $9,608.28 | 8/21/2018 | 00000672AA | 7/17/2018 | $1,217.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09967 | $9,608.28 | 8/21/2018 | 00000670AA | 7/17/2018 | $277.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09967 | $9,608.28 | 8/21/2018 | 00000665AA-27164 | 7/17/2018 | $118.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09967 | $9,608.28 | 8/21/2018 | 00000463AA | 7/17/2018 | $1,217.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09967 | $9,608.28 | 8/21/2018 | 00000449AA | 7/17/2018 | $1,282.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09967 | $9,608.28 | 8/21/2018 | 00000344AA | 7/17/2018 | $2,549.04 |

NewAge Products Inc. (2219625)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020

Exhibit A

P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08146 | $2,215.58 | 8/17/2018 | 00009326AA | 7/13/2018 | $1,217.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09080 | $5,041.50 | 8/20/2018 | 00009980AA | 7/16/2018 | $2,608.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08146 | $2,215.58 | 8/17/2018 | 00009327AA | 7/13/2018 | $601.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09080 | $5,041.50 | 8/20/2018 | 00009903AA-27163 | 7/16/2018 | $83.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09080 | $5,041.50 | 8/20/2018 | 00009624AA | 7/14/2018 | $1,217.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09080 | $5,041.50 | 8/20/2018 | 00000184AA-27162 | 7/16/2018 | $554.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09080 | $5,041.50 | 8/20/2018 | 00000169AA | 7/16/2018 | $277.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09080 | $5,041.50 | 8/20/2018 | 00000168AA | 7/16/2018 | $1,217.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05077 | $6,791.75 | 8/13/2018 | 00007986AA | 7/9/2018 | $395.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09967 | $9,608.28 | 8/21/2018 | 00000296AA | 7/17/2018 | $688.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02083 | $7,231.29 | 8/7/2018 | 00006126AA | 7/3/2018 | $2,273.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03558 | $6,387.33 | 8/9/2018 | 00006786AA | 7/5/2018 | $593.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02777 | $209.80 | 8/8/2018 | 00006659AA | 7/4/2018 | $249.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02777 | $209.80 | 8/8/2018 | 00006565AA | 7/4/2018 | $277.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02777 | $209.80 | 8/8/2018 | 00006564AA | 7/4/2018 | $83.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02083 | $7,231.29 | 8/7/2018 | 00006313AA | 7/3/2018 | $1,282.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05077 | $6,791.75 | 8/13/2018 | 00008033AA | 7/9/2018 | $118.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02083 | $7,231.29 | 8/7/2018 | 00006134AA-27156 | 7/3/2018 | $593.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03558 | $6,387.33 | 8/9/2018 | 00006839AA | 7/5/2018 | $1,758.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02083 | $7,231.29 | 8/7/2018 | 00006097AA | 7/3/2018 | $2,191.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01227 | $1,500.79 | 8/6/2018 | 00006033AA-27155 | 7/2/2018 | $1,203.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01227 | $1,500.79 | 8/6/2018 | 00006030AA-27154 | 7/2/2018 | $296.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00316 | $4,304.48 | 8/3/2018 | 00005803AA | 6/29/2018 | $118.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00316 | $4,304.48 | 8/3/2018 | 00005463AA | 6/29/2018 | $593.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00316 | $4,304.48 | 8/3/2018 | 00005397AA-27153 | 6/29/2018 | $324.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02083 | $7,231.29 | 8/7/2018 | 00006312AA | 7/3/2018 | $1,217.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04157 | $1,383.97 | 8/10/2018 | 00007353AA | 7/6/2018 | $324.71 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05077 | $6,791.75 | 8/13/2018 | 00007985AA | 7/9/2018 | $395.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05077 | $6,791.75 | 8/13/2018 | 00007811AA | 7/9/2018 | $166.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05077 | $6,791.75 | 8/13/2018 | 00007573AA | 7/9/2018 | $3,266.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05077 | $6,791.75 | 8/13/2018 | 00007500AA | 7/7/2018 | $190.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05077 | $6,791.75 | 8/13/2018 | 00007489AA-27159 | 7/7/2018 | $277.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05077 | $6,791.75 | 8/13/2018 | 00007488AA | 7/7/2018 | $118.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03558 | $6,387.33 | 8/9/2018 | 00006790AA | 7/5/2018 | $100.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05077 | $6,791.75 | 8/13/2018 | 00007424AA | 7/7/2018 | $791.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03558 | $6,387.33 | 8/9/2018 | 00006798AA | 7/5/2018 | $2,375.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04157 | $1,383.97 | 8/10/2018 | 00007137AA-27157 | 7/6/2018 | $296.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04157 | $1,383.97 | 8/10/2018 | 00007097AA | 7/6/2018 | $277.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04157 | $1,383.97 | 8/10/2018 | 00007003AA | 7/6/2018 | $207.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04157 | $1,383.97 | 8/10/2018 | 00007002AA | 7/6/2018 | $277.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03558 | $6,387.33 | 8/9/2018 | 00006869AA | 7/5/2018 | $1,558.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11486 | $14,616.75 | 8/23/2018 | 00000431AA | 7/19/2018 | $1,850.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05077 | $6,791.75 | 8/13/2018 | 00007464AA-27158 | 7/7/2018 | $296.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94165 | $3,125.89 | 7/24/2018 | 00002004AA | 6/19/2018 | $332.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95764 | $3,043.31 | 7/26/2018 | 00002480AA | 6/21/2018 | $296.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94929 | $2,576.52 | 7/25/2018 | 00002336AA | 6/20/2018 | $2,191.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94929 | $2,576.52 | 7/25/2018 | 00002213AA-27177 | 6/20/2018 | $384.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94165 | $3,125.89 | 7/24/2018 | 00002019AA | 6/19/2018 | $277.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94165 | $3,125.89 | 7/24/2018 | 00002007AA | 6/19/2018 | $1,850.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09967 | $9,608.28 | 8/21/2018 | 00000673AA | 7/17/2018 | $2,256.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94165 | $3,125.89 | 7/24/2018 | 00002005AA | 6/19/2018 | $166.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96381 | $4,266.84 | 7/27/2018 | 00003049AA | 6/22/2018 | $207.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94165 | $3,125.89 | 7/24/2018 | 00001679AA-27176 | 6/19/2018 | $83.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94165 | $3,125.89 | 7/24/2018 | 00001563AA-27175 | 6/19/2018 | $332.61 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93244 | $2,191.94 | 7/23/2018 | 00001379AA | 6/18/2018 | $2,191.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92277 | $4,010.94 | 7/20/2018 | 00001030AA | 6/15/2018 | $155.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92277 | $4,010.94 | 7/20/2018 | 00001029AA | 6/15/2018 | $554.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92277 | $4,010.94 | 7/20/2018 | 00001028AA | 6/15/2018 | $415.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94165 | $3,125.89 | 7/24/2018 | 00002006AA | 6/19/2018 | $83.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97292 | $1,417.62 | 7/30/2018 | 00003770AA | 6/25/2018 | $324.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98905 | $2,126.47 | 8/1/2018 | 00004871AA | 6/27/2018 | $277.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98905 | $2,126.47 | 8/1/2018 | 00004699AA | 6/27/2018 | $1,187.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98905 | $2,126.47 | 8/1/2018 | 00004595AA | 6/27/2018 | $336.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98905 | $2,126.47 | 8/1/2018 | 00004528AA-27180 | 6/27/2018 | $324.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98229 | $2,279.28 | 7/31/2018 | 00004343AA | 6/26/2018 | $277.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98229 | $2,279.28 | 7/31/2018 | 00004339AA | 6/26/2018 | $277.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95764 | $3,043.31 | 7/26/2018 | 00002481AA | 6/21/2018 | $554.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97292 | $1,417.62 | 7/30/2018 | 00003771AA-27179 | 6/25/2018 | $649.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95764 | $3,043.31 | 7/26/2018 | 00002814AA | 6/21/2018 | $2,191.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97292 | $1,417.62 | 7/30/2018 | 00003585AA | 6/25/2018 | $166.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97292 | $1,417.62 | 7/30/2018 | 00003338AA-27178 | 6/24/2018 | $277.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96381 | $4,266.84 | 7/27/2018 | 00003236AA | 6/22/2018 | $2,375.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96381 | $4,266.84 | 7/27/2018 | 00003200AA | 6/22/2018 | $395.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96381 | $4,266.84 | 7/27/2018 | 00003052AA | 6/22/2018 | $1,286.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92277 | $4,010.94 | 7/20/2018 | 00000800AA | 6/15/2018 | $277.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98229 | $2,279.28 | 7/31/2018 | 00003980AA | 6/26/2018 | $1,850.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11486 | $14,616.75 | 8/23/2018 | 00004233AA | 7/19/2018 | $1,217.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92277 | $4,010.94 | 7/20/2018 | 00000905AA | 6/15/2018 | $2,191.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11486 | $14,616.75 | 8/23/2018 | 00008956AA | 7/19/2018 | $2,191.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11486 | $14,616.75 | 8/23/2018 | 00008397AA | 7/19/2018 | $324.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11486 | $14,616.75 | 8/23/2018 | 00007308AA | 7/19/2018 | $990.39 |

NewAge Products Inc. (2219625)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jan 27, 2020

Exhibit A

P. 4

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11486 | $14,616.75 | 8/23/2018 | 00007301AA-27167 | 7/19/2018 | $1,217.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11486 | $14,616.75 | 8/23/2018 | 00006491AA | 7/19/2018 | $1,217.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90059 | $8,007.31 | 7/17/2018 | 00009348AA | 6/12/2018 | $2,191.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11486 | $14,616.75 | 8/23/2018 | 00005217AA-27166 | 7/19/2018 | $401.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90059 | $8,007.31 | 7/17/2018 | 00009391AA-27168 | 6/12/2018 | $2,191.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11486 | $14,616.75 | 8/23/2018 | 00001376AA | 7/19/2018 | $1,152.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11486 | $14,616.75 | 8/23/2018 | 00001260AA | 7/19/2018 | $395.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11486 | $14,616.75 | 8/23/2018 | 00001259AA-27165 | 7/19/2018 | $249.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11486 | $14,616.75 | 8/23/2018 | 00001258AA | 7/19/2018 | $1,509.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11486 | $14,616.75 | 8/23/2018 | 00001257AA | 7/19/2018 | $1,850.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99711 | $475.17 | 8/2/2018 | 00005056AA | 6/28/2018 | $475.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11486 | $14,616.75 | 8/23/2018 | 00006129AA | 7/19/2018 | $324.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90764 | $9,024.45 | 7/18/2018 | 00009903AA-27171 | 6/13/2018 | $688.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10759 | $1,217.69 | 8/22/2018 | 00000976AA | 7/18/2018 | $1,217.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91644 | $5,580.85 | 7/19/2018 | 00000507AA-27173 | 6/14/2018 | $593.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91644 | $5,580.85 | 7/19/2018 | 00000503AA | 6/14/2018 | $593.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91644 | $5,580.85 | 7/19/2018 | 00000502AA-27172 | 6/14/2018 | $593.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91644 | $5,580.85 | 7/19/2018 | 00000407AA | 6/14/2018 | $2,191.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91644 | $5,580.85 | 7/19/2018 | 00000361AA | 6/14/2018 | $2,191.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90059 | $8,007.31 | 7/17/2018 | 00009310AA | 6/12/2018 | $2,191.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90764 | $9,024.45 | 7/18/2018 | 00009928AA | 6/13/2018 | $1,385.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92277 | $4,010.94 | 7/20/2018 | 00000899AA-27174 | 6/15/2018 | $415.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90764 | $9,024.45 | 7/18/2018 | 00009900AA | 6/13/2018 | $2,191.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90764 | $9,024.45 | 7/18/2018 | 00000234AA | 6/13/2018 | $374.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90764 | $9,024.45 | 7/18/2018 | 00000040AA | 6/13/2018 | $2,191.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90059 | $8,007.31 | 7/17/2018 | 00009539AA | 6/12/2018 | $118.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90059 | $8,007.31 | 7/17/2018 | 00009468AA-27170 | 6/12/2018 | $1,187.96 |

NewAge Products Inc. (2219625)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                    Exhibit A                                    P. 5

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90059 | $8,007.31 | 7/17/2018 | 00009412AA-27169 | 6/12/2018 | $124.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90764 | $9,024.45 | 7/18/2018 | 00009947AA | 6/13/2018 | $2,191.94 |

**Totals:**    **27 transfer(s),**    **$119,146.36**