**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Newman Services, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237722 | $1,527.96 | 8/8/2018 | 24262914A-IN | 7/30/2018 | $1,357.96 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234084 | $220.00 | 7/19/2018 | 23288637ACR-IN | 7/19/2018 | $150.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234346 | $1,411.50 | 7/20/2018 | 24154483A-IN | 7/18/2018 | $1,411.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234872 | $1,823.55 | 7/24/2018 | 24076791A-IN | 7/7/2018 | $1,823.55 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235127 | $2,691.10 | 7/25/2018 | 24067212A-IN | 7/19/2018 | $1,411.10 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235127 | $2,691.10 | 7/25/2018 | 24083302A-IN | 7/7/2018 | $1,280.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236074 | $1,287.49 | 7/31/2018 | 24190656A-IN | 7/28/2018 | $1,287.49 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237506 | $2,971.50 | 8/7/2018 | 24067287A-IN | 8/3/2018 | $1,150.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237506 | $2,971.50 | 8/7/2018 | 24095613A-IN | 8/3/2018 | $1,821.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234084 | $220.00 | 7/19/2018 | 22793944ACR-IN | 7/19/2018 | $70.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237722 | $1,527.96 | 8/8/2018 | 22784514B-IN | 8/7/2018 | $85.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246630 | $1,081.76 | 10/8/2018 | 24393957A-IN | 10/3/2018 | $1,081.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239913 | $70.00 | 8/23/2018 | 21837596ACR-IN | 8/23/2018 | $70.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241113 | $5,021.65 | 8/30/2018 | 23798655A-IN | 8/28/2018 | $1,926.30 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241113 | $5,021.65 | 8/30/2018 | 24154535A-IN | 7/26/2018 | $1,365.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241113 | $5,021.65 | 8/30/2018 | 24340759A-IN | 8/24/2018 | $1,729.85 |

Newman Services, Inc. (2219519)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020    Exhibit A    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242905 | $2,276.62 | 9/12/2018 | 24369185A-IN | 8/31/2018 | $1,085.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242905 | $2,276.62 | 9/12/2018 | 24376310A-IN | 9/1/2018 | $1,191.62 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244415 | $2,685.50 | 9/24/2018 | 24465222A-IN | 9/21/2018 | $2,685.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245241 | $3,866.00 | 9/28/2018 | 24449011A-IN | 9/26/2018 | $3,866.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237722 | $1,527.96 | 8/8/2018 | 22603401D-IN | 8/7/2018 | $85.00 |

Totals:    13 transfer(s),    $26,934.63