**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Niagara Bottling, LLC** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004737 | $7,017.46 | 8/27/2018 | 14699720-255 | 5/19/2018 | $2,476.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986714 | $2,356.00 | 7/23/2018 | 14862615 | 7/6/2018 | $2,356.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999384 | $8,972.98 | 8/15/2018 | 14946979 | 7/31/2018 | $2,356.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999384 | $8,972.98 | 8/15/2018 | 14947996 | 7/31/2018 | $2,356.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999384 | $8,972.98 | 8/15/2018 | 14948572 | 7/31/2018 | $2,356.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999384 | $8,972.98 | 8/15/2018 | 14948668 | 7/31/2018 | $2,429.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000756 | $4,712.00 | 8/17/2018 | 14955267 | 8/2/2018 | $2,356.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994935 | $7,367.79 | 8/7/2018 | 14919036 | 7/23/2018 | $2,278.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001291 | $2,356.00 | 8/20/2018 | 14953742 | 8/2/2018 | $2,356.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994935 | $7,367.79 | 8/7/2018 | 14914766 | 7/21/2018 | $2,783.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004737 | $7,017.46 | 8/27/2018 | 14982299 | 8/10/2018 | $2,356.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004737 | $7,017.46 | 8/27/2018 | 14984207 | 8/10/2018 | $2,356.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004737 | $7,017.46 | 8/27/2018 | 14984416 | 8/10/2018 | $2,356.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005428 | $4,580.67 | 8/28/2018 | 14991907 | 8/13/2018 | $4,580.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007712 | $16,843.33 | 8/31/2018 | 15003022 | 8/16/2018 | $2,356.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007712 | $16,843.33 | 8/31/2018 | 15003197 | 8/16/2018 | $2,726.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000756 | $4,712.00 | 8/17/2018 | 14955521 | 8/2/2018 | $2,356.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988921 | $6,918.00 | 7/26/2018 | 14878896 | 7/11/2018 | $2,356.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-330 | 6/20/2018 | $268.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-331 | 6/20/2018 | $225.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233734-332 | 6/20/2018 | $588.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233734-333 | 6/20/2018 | $1,780.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233734-334 | 6/20/2018 | $943.26 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233734-335 | 6/20/2018 | $466.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998537 | $1,881.98 | 8/14/2018 | 14925402 | 7/24/2018 | $2,602.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988921 | $6,918.00 | 7/26/2018 | 14878498 | 7/11/2018 | $2,356.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007712 | $16,843.33 | 8/31/2018 | 15004448 | 8/16/2018 | $2,356.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989626 | $5,395.61 | 7/27/2018 | 14881834 | 7/12/2018 | $5,395.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990169 | $2,305.46 | 7/30/2018 | 14705846-258 | 5/21/2018 | $2,476.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990169 | $2,305.46 | 7/30/2018 | 14888569 | 7/13/2018 | $2,356.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990901 | $4,204.20 | 7/31/2018 | 14869310 | 7/9/2018 | $4,204.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994935 | $7,367.79 | 8/7/2018 | 14732145-259 | 5/29/2018 | $2,476.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994935 | $7,367.79 | 8/7/2018 | 14909811 | 7/20/2018 | $2,356.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988921 | $6,918.00 | 7/26/2018 | 14877178 | 7/11/2018 | $2,356.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235011-5842 | 7/27/2018 | $184.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235010-5834 | 7/27/2018 | $205.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235010-5835 | 7/27/2018 | $126.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235010-5836 | 7/27/2018 | $233.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235010-5837 | 7/27/2018 | $143.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235011-5838 | 7/27/2018 | $323.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235011-5839 | 7/27/2018 | $244.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007712 | $16,843.33 | 8/31/2018 | 15003384 | 8/16/2018 | $2,356.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235011-5841 | 7/27/2018 | $200.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 15050880 | 8/30/2018 | $2,476.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235011-5843 | 7/27/2018 | $139.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235011-5844 | 7/27/2018 | $400.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235011-5845 | 7/27/2018 | $303.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5846 | 7/27/2018 | $669.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5847 | 7/27/2018 | $562.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5848 | 7/27/2018 | $986.99 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235011-5840 | 7/27/2018 | $265.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013001 | $2,112.78 | 9/11/2018 | 15040216 | 8/27/2018 | $2,476.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-327 | 6/20/2018 | $1,225.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007712 | $16,843.33 | 8/31/2018 | 15005315 | 8/16/2018 | $2,486.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007712 | $16,843.33 | 8/31/2018 | 15008755 | 8/17/2018 | $2,356.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008251 | $4,842.89 | 9/3/2018 | 15008799 | 8/17/2018 | $2,356.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008251 | $4,842.89 | 9/3/2018 | 15009021 | 8/17/2018 | $2,486.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010365 | $1,872.77 | 9/5/2018 | 15018283 | 8/20/2018 | $2,356.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235010-5833 | 7/27/2018 | $200.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013001 | $2,112.78 | 9/11/2018 | 15039753 | 8/27/2018 | $2,476.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235010-5832 | 7/27/2018 | $325.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013869 | $12,383.30 | 9/12/2018 | 15039206 | 8/27/2018 | $2,476.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013869 | $12,383.30 | 9/12/2018 | 15042896 | 8/28/2018 | $2,476.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013869 | $12,383.30 | 9/12/2018 | 15043318 | 8/28/2018 | $2,476.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013869 | $12,383.30 | 9/12/2018 | 15044876 | 8/28/2018 | $2,476.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013869 | $12,383.30 | 9/12/2018 | 15045329 | 8/28/2018 | $2,476.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 15046985 | 8/29/2018 | $2,476.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007712 | $16,843.33 | 8/31/2018 | 15003509 | 8/16/2018 | $2,356.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013001 | $2,112.78 | 9/11/2018 | 14754827-5831 | 6/5/2018 | $2,476.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-286 | 6/20/2018 | $282.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-278 | 6/20/2018 | $429.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-279 | 6/20/2018 | $360.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-280 | 6/20/2018 | $613.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-281 | 6/20/2018 | $515.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-282 | 6/20/2018 | $330.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-283 | 6/20/2018 | $277.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-293 | 6/20/2018 | $225.63 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-285 | 6/20/2018 | $567.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233732-275 | 6/20/2018 | $103.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-287 | 6/20/2018 | $237.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-288 | 6/20/2018 | $215.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-289 | 6/20/2018 | $180.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-290 | 6/20/2018 | $182.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-291 | 6/20/2018 | $153.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-329 | 6/20/2018 | $624.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-284 | 6/20/2018 | $675.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233731-268 | 6/20/2018 | $203.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987404 | $11,939.75 | 7/24/2018 | 14869127-261 | 7/9/2018 | $131.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987404 | $11,939.75 | 7/24/2018 | 14869127-263 | 7/9/2018 | $5,971.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987404 | $11,939.75 | 7/24/2018 | 14870898 | 7/9/2018 | $3,611.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987404 | $11,939.75 | 7/24/2018 | 14871625 | 7/9/2018 | $2,356.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233731-264 | 6/20/2018 | $205.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233731-265 | 6/20/2018 | $127.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233732-277 | 6/20/2018 | $225.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233731-267 | 6/20/2018 | $110.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233732-276 | 6/20/2018 | $298.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233731-269 | 6/20/2018 | $125.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233732-270 | 6/20/2018 | $178.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233732-271 | 6/20/2018 | $134.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233732-272 | 6/20/2018 | $148.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233732-273 | 6/20/2018 | $112.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233732-274 | 6/20/2018 | $136.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-294 | 6/20/2018 | $1,487.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233731-266 | 6/20/2018 | $178.68 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-321 | 6/20/2018 | $613.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-313 | 6/20/2018 | $177.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-314 | 6/20/2018 | $1,919.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-315 | 6/20/2018 | $1,612.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-316 | 6/20/2018 | $274.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-317 | 6/20/2018 | $230.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-318 | 6/20/2018 | $999.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-292 | 6/20/2018 | $268.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-320 | 6/20/2018 | $730.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-310 | 6/20/2018 | $476.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-322 | 6/20/2018 | $1,829.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-323 | 6/20/2018 | $1,537.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-324 | 6/20/2018 | $576.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-325 | 6/20/2018 | $484.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-326 | 6/20/2018 | $1,458.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5851 | 7/27/2018 | $378.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-319 | 6/20/2018 | $839.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-303 | 6/20/2018 | $832.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-295 | 6/20/2018 | $1,249.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-296 | 6/20/2018 | $695.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-297 | 6/20/2018 | $584.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-298 | 6/20/2018 | $291.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-299 | 6/20/2018 | $244.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-300 | 6/20/2018 | $176.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-312 | 6/20/2018 | $211.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-302 | 6/20/2018 | $991.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-311 | 6/20/2018 | $400.08 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-304 | 6/20/2018 | $372.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-305 | 6/20/2018 | $312.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-306 | 6/20/2018 | $370.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-307 | 6/20/2018 | $310.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-308 | 6/20/2018 | $595.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-309 | 6/20/2018 | $499.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-328 | 6/20/2018 | $744.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988295 | $38,204.77 | 7/25/2018 | 8233733-301 | 6/20/2018 | $148.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5936 | 8/22/2018 | $329.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5928 | 8/22/2018 | $888.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5929 | 8/22/2018 | $421.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5930 | 8/22/2018 | $353.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5931 | 8/22/2018 | $334.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5932 | 8/22/2018 | $280.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5933 | 8/22/2018 | $282.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5943 | 8/22/2018 | $263.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5935 | 8/22/2018 | $392.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5925 | 8/22/2018 | $546.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5937 | 8/22/2018 | $2,175.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5938 | 8/22/2018 | $1,827.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5939 | 8/22/2018 | $1,061.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5940 | 8/22/2018 | $891.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5941 | 8/22/2018 | $442.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235877-5909 | 8/22/2018 | $195.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5934 | 8/22/2018 | $237.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235878-5918 | 8/22/2018 | $181.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5849 | 7/27/2018 | $829.07 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235877-5911 | 8/22/2018 | $220.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235877-5912 | 8/22/2018 | $136.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235878-5913 | 8/22/2018 | $457.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235878-5914 | 8/22/2018 | $345.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235878-5915 | 8/22/2018 | $348.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5927 | 8/22/2018 | $1,057.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235878-5917 | 8/22/2018 | $239.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5926 | 8/22/2018 | $458.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235878-5919 | 8/22/2018 | $532.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235878-5920 | 8/22/2018 | $402.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5921 | 8/22/2018 | $795.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5922 | 8/22/2018 | $668.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5923 | 8/22/2018 | $1,211.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5924 | 8/22/2018 | $1,017.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5944 | 8/22/2018 | $221.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235878-5916 | 8/22/2018 | $263.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5971 | 8/22/2018 | $1,111.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5963 | 8/22/2018 | $1,015.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5964 | 8/22/2018 | $852.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5965 | 8/22/2018 | $2,622.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5966 | 8/22/2018 | $2,202.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5967 | 8/22/2018 | $812.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5968 | 8/22/2018 | $682.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5942 | 8/22/2018 | $371.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5970 | 8/22/2018 | $1,801.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5960 | 8/22/2018 | $367.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5972 | 8/22/2018 | $933.81 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5973 | 8/22/2018 | $404.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5974 | 8/22/2018 | $339.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235880-5975 | 8/22/2018 | $976.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235880-5976 | 8/22/2018 | $2,700.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235880-5977 | 8/22/2018 | $1,393.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5969 | 8/22/2018 | $2,144.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5953 | 8/22/2018 | $679.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5945 | 8/22/2018 | $1,498.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5946 | 8/22/2018 | $1,258.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5947 | 8/22/2018 | $547.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5948 | 8/22/2018 | $459.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5949 | 8/22/2018 | $516.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5950 | 8/22/2018 | $433.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5962 | 8/22/2018 | $1,227.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5952 | 8/22/2018 | $745.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5961 | 8/22/2018 | $1,461.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5954 | 8/22/2018 | $571.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5955 | 8/22/2018 | $303.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5956 | 8/22/2018 | $254.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5957 | 8/22/2018 | $2,845.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5958 | 8/22/2018 | $2,390.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5959 | 8/22/2018 | $437.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235877-5908 | 8/22/2018 | $193.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235879-5951 | 8/22/2018 | $887.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5877 | 7/27/2018 | $616.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5869 | 7/27/2018 | $186.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5870 | 7/27/2018 | $1,288.54 |

18-23538-shl   Doc 6658-1   Filed 01/30/20   Entered 01/30/20 02:20:15   Exhibit A
Pg 9 of 11

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5871 | 7/27/2018 | $1,082.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5872 | 7/27/2018 | $465.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5873 | 7/27/2018 | $390.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5874 | 7/27/2018 | $459.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5884 | 7/27/2018 | $353.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5876 | 7/27/2018 | $733.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5866 | 7/27/2018 | $382.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5878 | 7/27/2018 | $587.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5879 | 7/27/2018 | $493.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5880 | 7/27/2018 | $263.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5881 | 7/27/2018 | $221.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5882 | 7/27/2018 | $2,448.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235877-5910 | 8/22/2018 | $120.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5875 | 7/27/2018 | $385.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5859 | 7/27/2018 | $201.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235880-5978 | 8/22/2018 | $708.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5852 | 7/27/2018 | $880.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5853 | 7/27/2018 | $739.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5854 | 7/27/2018 | $353.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5855 | 7/27/2018 | $297.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5856 | 7/27/2018 | $281.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5868 | 7/27/2018 | $221.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5858 | 7/27/2018 | $240.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5867 | 7/27/2018 | $321.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5860 | 7/27/2018 | $332.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5861 | 7/27/2018 | $278.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5862 | 7/27/2018 | $1,891.87 |

Niagara Bottling, LLC (2219610)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jan 27, 2020                                             Exhibit A                                             P. 9

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5863 | 7/27/2018 | $1,589.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5864 | 7/27/2018 | $903.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5865 | 7/27/2018 | $759.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5885 | 7/27/2018 | $296.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5857 | 7/27/2018 | $236.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017957 | $7,736.91 | 9/20/2018 | 15070935 | 9/5/2018 | $2,783.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015719 | $12,383.30 | 9/17/2018 | 15051028 | 8/30/2018 | $2,476.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015719 | $12,383.30 | 9/17/2018 | 15051162 | 8/30/2018 | $2,476.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015719 | $12,383.30 | 9/17/2018 | 15051805 | 8/30/2018 | $2,476.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015719 | $12,383.30 | 9/17/2018 | 15052634 | 8/30/2018 | $2,476.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015719 | $12,383.30 | 9/17/2018 | 15052903 | 8/30/2018 | $2,476.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016417 | $2,476.66 | 9/18/2018 | 15056461 | 8/31/2018 | $2,476.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5883 | 7/27/2018 | $2,056.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017957 | $7,736.91 | 9/20/2018 | 15065054 | 9/4/2018 | $2,476.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235013-5901 | 7/27/2018 | $2,300.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018675 | $8,350.77 | 9/21/2018 | 15071133 | 9/5/2018 | $2,783.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018675 | $8,350.77 | 9/21/2018 | 15073252 | 9/6/2018 | $2,783.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018675 | $8,350.77 | 9/21/2018 | 15073627 | 9/6/2018 | $2,783.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019895 | $3,534.61 | 9/25/2018 | 15077286-5904 | 9/7/2018 | $78.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019895 | $3,534.61 | 9/25/2018 | 15077286-5906 | 9/7/2018 | $3,534.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020794 | $58,069.60 | 9/26/2018 | 8235877-5907 | 8/22/2018 | $313.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017957 | $7,736.91 | 9/20/2018 | 15064991 | 9/4/2018 | $2,476.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5894 | 7/27/2018 | $1,832.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5886 | 7/27/2018 | $1,274.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5887 | 7/27/2018 | $1,070.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5888 | 7/27/2018 | $913.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5889 | 7/27/2018 | $767.57 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5890 | 7/27/2018 | $2,314.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5891 | 7/27/2018 | $1,944.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235013-5903 | 7/27/2018 | $598.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5893 | 7/27/2018 | $589.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235013-5902 | 7/27/2018 | $1,170.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5895 | 7/27/2018 | $1,539.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5896 | 7/27/2018 | $966.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5897 | 7/27/2018 | $811.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5898 | 7/27/2018 | $339.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5899 | 7/27/2018 | $284.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235013-5900 | 7/27/2018 | $772.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5850 | 7/27/2018 | $450.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015204 | $54,558.22 | 9/14/2018 | 8235012-5892 | 7/27/2018 | $701.25 |

Totals:    26 transfer(s),    $293,377.81