**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Nir Roof Care, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781001295 | $2,586.00 | 9/3/2018 | 129123 | 6/14/2018 | $682.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001295 | $2,586.00 | 9/3/2018 | 129117 | 6/14/2018 | $1,904.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997877 | $5,000.00 | 8/23/2018 | 128978 | 6/8/2018 | $5,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993827 | $3,558.00 | 8/16/2018 | 128849 | 5/31/2018 | $1,786.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993827 | $3,558.00 | 8/16/2018 | 128573 | 5/30/2018 | $1,772.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986719 | $9,500.00 | 7/31/2018 | 128289 | 5/17/2018 | $5,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986719 | $9,500.00 | 7/31/2018 | 128287 | 5/17/2018 | $4,500.00 |
| **Totals:** | **4 transfer(s),** | | **$20,644.00** | | | | |