**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Norcell, Inc.**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/29/2018 | $180,739.01 | 8/29/2018 | NC2334101 | 7/19/2018 | $29,412.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987407 | $14,798.81 | 8/1/2018 | NC2335501 | 5/18/2018 | $14,798.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988925 | $29,097.32 | 8/7/2018 | NC2319101 | 5/22/2018 | $29,097.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/20/2018 | $129,092.17 | 8/20/2018 | NC23544-02 | 8/14/2018 | $129,092.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/22/2018-1 | $104,738.77 | 8/22/2018 | NC23575-01 | 8/9/2018 | $104,738.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/22/2018-2 | $571,990.73 | 8/22/2018 | NC23574-01 | 8/9/2018 | $377,913.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/22/2018-2 | $571,990.73 | 8/22/2018 | NC23576-01 | 8/9/2018 | $194,077.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/29/2018 | $180,739.01 | 8/29/2018 | NC2333401 | 7/18/2018 | $27,037.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/29/2018 | $180,739.01 | 8/29/2018 | NC2333801 | 7/30/2018 | $15,897.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986721 | $45,649.04 | 7/31/2018 | NC2319001 | 5/17/2018 | $45,649.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/29/2018 | $180,739.01 | 8/29/2018 | NC2334001 | 7/24/2018 | $29,311.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/6/2018 | $5,023.39 | 9/6/2018 | BC23576-02 | 8/31/2018 | $5,023.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/29/2018 | $180,739.01 | 8/29/2018 | NC2336701 | 7/26/2018 | $17,928.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/29/2018 | $180,739.01 | 8/29/2018 | NC2336801 | 7/31/2018 | $33,280.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/6/2018 | $138,177.84 | 8/6/2018 | NC23544-01 | 8/2/2018 | $138,177.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/12/2018-1 | $30,670.74 | 9/12/2018 | NC23552-01 | 9/10/2018 | $30,670.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/12/2018-2 | $244,258.98 | 9/12/2018 | NC23545-01 | 8/31/2018 | $68,752.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/12/2018-2 | $244,258.98 | 9/12/2018 | NC23546-01 | 8/31/2018 | $175,506.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/21/2018 | $58,785.09 | 9/21/2018 | NC23581-01 | 9/20/2018 | $46,516.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/21/2018 | $58,785.09 | 9/21/2018 | NC23683-01 | 9/20/2018 | $12,268.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/29/2018 | $180,739.01 | 8/29/2018 | NC2333901 | 7/13/2018 | $27,871.41 |

Totals:    12 transfer(s),    $1,553,021.89