**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Northern Bottling Co.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781012302 | $827.39 | 9/24/2018 | 1048500 | 8/29/2018 | $999.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008258 | $2,475.98 | 9/17/2018 | 1048056 | 8/22/2018 | $2,586.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001301 | $3,181.46 | 9/3/2018 | 1047007 | 8/8/2018 | $3,181.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997879 | $675.40 | 8/23/2018 | 1046581 | 8/1/2018 | $708.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993835 | $2,229.54 | 8/16/2018 | 1046043 | 7/25/2018 | $2,301.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990177 | $2,565.98 | 8/9/2018 | 1063040 | 7/18/2018 | $74.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990177 | $2,565.98 | 8/9/2018 | 1045488 | 7/18/2018 | $2,567.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986724 | $1,627.06 | 7/31/2018 | 1044983 | 7/11/2018 | $1,701.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983266 | $2,494.72 | 7/24/2018 | 1044521 | 7/3/2018 | $2,494.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979957 | $1,270.40 | 7/17/2018 | 1044104 | 6/27/2018 | $1,270.40 |

Totals:    9 transfer(s),    $17,347.93