

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Northwest Pallet Services, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986729 | $13,704.84 | 7/31/2018 | KT8273WE51318 | 5/17/2018 | $3,713.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993841 | $21,145.23 | 8/16/2018 | 272669 | 6/1/2018 | $2,712.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990183 | $26,793.31 | 8/9/2018 | KT8292WE52018 | 5/25/2018 | $2,577.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990183 | $26,793.31 | 8/9/2018 | KT8287WE52018 | 5/25/2018 | $10,187.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990183 | $26,793.31 | 8/9/2018 | KT8273WE52018 | 5/25/2018 | $4,809.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990183 | $26,793.31 | 8/9/2018 | 269818 | 5/24/2018 | $2,712.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990183 | $26,793.31 | 8/9/2018 | 269419 | 5/24/2018 | $2,712.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990183 | $26,793.31 | 8/9/2018 | 268870 | 5/23/2018 | $2,712.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990183 | $26,793.31 | 8/9/2018 | 267035 | 5/25/2018 | $1,080.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979961 | $15,190.22 | 7/17/2018 | 260226 | 5/7/2018 | $1,080.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986729 | $13,704.84 | 7/31/2018 | KT8287WE51318 | 5/17/2018 | $8,167.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993841 | $21,145.23 | 8/16/2018 | KT8292WE52718 | 5/31/2018 | $2,804.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983272 | $15,380.05 | 7/24/2018 | KT8292WE5618 | 5/11/2018 | $2,435.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983272 | $15,380.05 | 7/24/2018 | KT8287WE5618 | 5/11/2018 | $6,486.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983272 | $15,380.05 | 7/24/2018 | KT8273WE5618 | 5/11/2018 | $3,745.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983272 | $15,380.05 | 7/24/2018 | 263691 | 5/10/2018 | $2,712.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979961 | $15,190.22 | 7/17/2018 | KT8292WE42918 | 5/4/2018 | $2,088.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979961 | $15,190.22 | 7/17/2018 | KT8287WE42918 | 5/4/2018 | $8,011.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979961 | $15,190.22 | 7/17/2018 | KT8273WE42918 | 5/4/2018 | $1,297.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979961 | $15,190.22 | 7/17/2018 | 260416 | 5/2/2018 | $2,712.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986729 | $13,704.84 | 7/31/2018 | KT8292WE51318 | 5/17/2018 | $1,823.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004750 | $18,139.64 | 9/10/2018 | 278996 | 6/26/2018 | $540.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012308 | $5,425.78 | 9/24/2018 | 285893 | 7/5/2018 | $2,712.89 |

Northwest Pallet Services, LLC (2191549)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                       Exhibit A                                       P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008265 | $19,357.44 | 9/17/2018 | KT8292WE62418 | 6/27/2018 | $2,651.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008265 | $19,357.44 | 9/17/2018 | KT8287WE62418 | 6/27/2018 | $10,547.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008265 | $19,357.44 | 9/17/2018 | KT8273WE62418 | 6/27/2018 | $3,444.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008265 | $19,357.44 | 9/17/2018 | 283071 | 6/28/2018 | $2,712.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004750 | $18,139.64 | 9/10/2018 | KT8292WE61718 | 6/26/2018 | $2,128.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004750 | $18,139.64 | 9/10/2018 | KT8287WE61718 | 6/26/2018 | $9,440.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004750 | $18,139.64 | 9/10/2018 | KT8273WE61718 | 6/26/2018 | $1,696.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993841 | $21,145.23 | 8/16/2018 | 273311 | 6/4/2018 | $2,712.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004750 | $18,139.64 | 9/10/2018 | 279045 | 6/26/2018 | $1,620.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993841 | $21,145.23 | 8/16/2018 | KT8287WE52718 | 5/31/2018 | $12,915.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001307 | $33,364.88 | 9/3/2018 | KT8292WE6318 | 6/14/2018 | $1,934.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001307 | $33,364.88 | 9/3/2018 | KT8292WE61018 | 6/14/2018 | $2,959.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001307 | $33,364.88 | 9/3/2018 | KT8287WE6318 | 6/14/2018 | $8,685.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001307 | $33,364.88 | 9/3/2018 | KT8287WE61018 | 6/14/2018 | $10,447.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001307 | $33,364.88 | 9/3/2018 | KT8273WE6318 | 6/14/2018 | $2,009.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001307 | $33,364.88 | 9/3/2018 | KT8273WE61018 | 6/14/2018 | $1,927.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001307 | $33,364.88 | 9/3/2018 | 275920 | 6/13/2018 | $2,700.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001307 | $33,364.88 | 9/3/2018 | 271847 | 6/13/2018 | $2,700.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012308 | $5,425.78 | 9/24/2018 | 285894 | 7/5/2018 | $2,712.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004750 | $18,139.64 | 9/10/2018 | 281207 | 6/22/2018 | $2,712.89 |

**Totals:**     9 transfer(s),     $168,501.39