**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Office Depot, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743329 | $10,336.33 | 10/2/2018 | CKRQ092418-IN | 9/24/2018 | $10,336.33 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742677 | $12,328.20 | 8/28/2018 | CKRQ082218-IN | 8/22/2018 | $12,328.20 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742104 | $11,740.86 | 8/1/2018 | CKRQ072518-IN | 7/25/2018 | $11,740.86 |//
| Totals: | 3 transfer(s), | $34,405.39 | | | | | |