

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Original Gourmet Food Company, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781012333 | $2,819.22 | 9/24/2018 | 125616 | 8/13/2018 | $632.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012333 | $2,819.22 | 9/24/2018 | 125483 | 8/6/2018 | $1,860.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012333 | $2,819.22 | 9/24/2018 | 125481 | 8/6/2018 | $520.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990215 | $7,291.20 | 8/9/2018 | 123585 | 6/13/2018 | $7,291.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986756 | $15,735.60 | 7/31/2018 | 123776 | 6/19/2018 | $4,129.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986756 | $15,735.60 | 7/31/2018 | 123775 | 6/19/2018 | $3,496.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986756 | $15,735.60 | 7/31/2018 | 123584 | 6/13/2018 | $5,728.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986756 | $15,735.60 | 7/31/2018 | 123583 | 6/13/2018 | $2,380.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983302 | $13,615.52 | 7/24/2018 | 123385 | 6/5/2018 | $13,652.40 |

**Totals:** 4 transfer(s), $39,461.54

Original Gourmet Food Company, LLC (2219298)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020

Exhibit A

P. 1