**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Pallet Consultants Corp.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781012354 | $3,130.82 | 9/24/2018 | 116025J | 7/9/2018 | $3,130.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004799 | $3,130.82 | 9/10/2018 | 115903J | 6/25/2018 | $3,130.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001362 | $3,130.82 | 9/3/2018 | 115832J | 6/18/2018 | $3,130.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997928 | $3,130.82 | 8/23/2018 | 115735J | 6/7/2018 | $3,130.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993895 | $3,130.82 | 8/16/2018 | 114999J | 5/30/2018 | $3,130.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990235 | $3,130.82 | 8/9/2018 | 114967J | 5/25/2018 | $3,130.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986778 | $3,130.82 | 7/31/2018 | 114882J | 5/18/2018 | $3,130.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983322 | $3,130.82 | 7/24/2018 | 114808J | 5/11/2018 | $3,130.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980016 | $9,392.46 | 7/17/2018 | 114774J | 5/8/2018 | $3,130.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980016 | $9,392.46 | 7/17/2018 | 114739J | 5/3/2018 | $3,130.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980016 | $9,392.46 | 7/17/2018 | 114718J | 5/2/2018 | $3,130.82 |

Totals:    9 transfer(s),    $34,439.02