**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **Parfums de Coeur, Ltd.** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004807 | $42,493.44 | 9/10/2018 | 1083051 | 7/9/2018 | $705.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004807 | $42,493.44 | 9/10/2018 | 1083187 | 7/10/2018 | $594.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993233 | $17,664.74 | 8/15/2018 | 1082198-4512 | 7/2/2018 | $18,319.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994991 | $3,103.41 | 8/17/2018 | 1082748 | 7/6/2018 | $475.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994991 | $3,103.41 | 8/17/2018 | 1082749 | 7/6/2018 | $802.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994991 | $3,103.41 | 8/17/2018 | 1082750 | 7/6/2018 | $573.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994991 | $3,103.41 | 8/17/2018 | 1082751 | 7/6/2018 | $953.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994991 | $3,103.41 | 8/17/2018 | 1082752 | 7/6/2018 | $432.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004807 | $42,493.44 | 9/10/2018 | 1079839 | 6/17/2018 | $113.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004807 | $42,493.44 | 9/10/2018 | 1082197-4513 | 7/2/2018 | $5,631.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004807 | $42,493.44 | 9/10/2018 | 1083048 | 7/9/2018 | $71.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993233 | $17,664.74 | 8/15/2018 | 1082197-4509 | 7/2/2018 | $20,356.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004807 | $42,493.44 | 9/10/2018 | 1083050 | 7/9/2018 | $9,794.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993233 | $17,664.74 | 8/15/2018 | 1082197-4507 | 7/2/2018 | $5,631.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004807 | $42,493.44 | 9/10/2018 | 1083061-4515 | 7/9/2018 | $57.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004807 | $42,493.44 | 9/10/2018 | 1083061-4516 | 7/9/2018 | $479.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004807 | $42,493.44 | 9/10/2018 | 1083173 | 7/10/2018 | $7,651.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004807 | $42,493.44 | 9/10/2018 | 1083174 | 7/10/2018 | $82.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004807 | $42,493.44 | 9/10/2018 | 1083176-4517 | 7/10/2018 | $161.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004807 | $42,493.44 | 9/10/2018 | 1083176-4519 | 7/10/2018 | $10,188.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004807 | $42,493.44 | 9/10/2018 | 1083177 | 7/10/2018 | $5,754.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004807 | $42,493.44 | 9/10/2018 | 1083178 | 7/10/2018 | $6,775.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004807 | $42,493.44 | 9/10/2018 | 1083179 | 7/10/2018 | $994.45 |

Parfums de Coeur, Ltd. (2219417)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                                  Exhibit A                                                  P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980673 | $28,940.24 | 7/18/2018 | 1078483 | 6/6/2018 | $56.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004807 | $42,493.44 | 9/10/2018 | 1083049 | 7/9/2018 | $15,454.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983987 | $11,781.76 | 7/25/2018 | 1079746 | 6/15/2018 | $28.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980673 | $28,940.24 | 7/18/2018 | 1078484-4499 | 6/6/2018 | $161.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980673 | $28,940.24 | 7/18/2018 | 1078484-4501 | 6/6/2018 | $2,956.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980673 | $28,940.24 | 7/18/2018 | 1078485 | 6/6/2018 | $3,705.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980673 | $28,940.24 | 7/18/2018 | 1078543 | 6/7/2018 | $28.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980673 | $28,940.24 | 7/18/2018 | 1078544 | 6/7/2018 | $56.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980673 | $28,940.24 | 7/18/2018 | 1078545 | 6/7/2018 | $307.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980673 | $28,940.24 | 7/18/2018 | 1078546 | 6/7/2018 | $56.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980673 | $28,940.24 | 7/18/2018 | 1078547 | 6/7/2018 | $10,105.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980673 | $28,940.24 | 7/18/2018 | 1078548 | 6/7/2018 | $8,110.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980673 | $28,940.24 | 7/18/2018 | 1078549 | 6/7/2018 | $6,522.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993233 | $17,664.74 | 8/15/2018 | 1082198-4510 | 7/2/2018 | $400.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983987 | $11,781.76 | 7/25/2018 | 1069140-4502 | 4/11/2018 | $85.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004807 | $42,493.44 | 9/10/2018 | 1083383 | 7/11/2018 | $493.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983987 | $11,781.76 | 7/25/2018 | 1079747 | 6/15/2018 | $1,652.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983987 | $11,781.76 | 7/25/2018 | 1079748 | 6/15/2018 | $10,654.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985510 | $23,913.70 | 7/27/2018 | 1079840 | 6/17/2018 | $5,177.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985510 | $23,913.70 | 7/27/2018 | 1079841 | 6/17/2018 | $6,324.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985510 | $23,913.70 | 7/27/2018 | 1079842 | 6/17/2018 | $3,684.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985510 | $23,913.70 | 7/27/2018 | 1079843 | 6/17/2018 | $15,254.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986204 | $6,252.57 | 7/30/2018 | 1079903 | 6/18/2018 | $56.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986204 | $6,252.57 | 7/30/2018 | 1079904-4505 | 6/18/2018 | $140.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986204 | $6,252.57 | 7/30/2018 | 1079904-4506 | 6/18/2018 | $3,974.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986204 | $6,252.57 | 7/30/2018 | 1079905 | 6/18/2018 | $2,295.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980673 | $28,940.24 | 7/18/2018 | 1078550 | 6/7/2018 | $7,246.54 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011815 | $475.65 | 9/21/2018 | 1087257 | 8/6/2018 | $180.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004807 | $42,493.44 | 9/10/2018 | 1083180 | 7/10/2018 | $670.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005446 | $68,672.09 | 9/11/2018 | 1085888 | 7/27/2018 | $331.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005446 | $68,672.09 | 9/11/2018 | 1085889 | 7/27/2018 | $194.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005446 | $68,672.09 | 9/11/2018 | 1085890 | 7/27/2018 | $184.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005446 | $68,672.09 | 9/11/2018 | 1085938-4532 | 7/27/2018 | $35.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005446 | $68,672.09 | 9/11/2018 | 1085938-4534 | 7/27/2018 | $738.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005446 | $68,672.09 | 9/11/2018 | 1085939 | 7/27/2018 | $326.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008329 | $4,663.40 | 9/17/2018 | 1077184-4535 | 5/30/2018 | $85.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008329 | $4,663.40 | 9/17/2018 | 1086533 | 7/31/2018 | $829.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008329 | $4,663.40 | 9/17/2018 | 1086534 | 7/31/2018 | $4,104.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005446 | $68,672.09 | 9/11/2018 | 1085886-4531 | 7/27/2018 | $567.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009102 | $108.98 | 9/18/2018 | 1087074 | 8/3/2018 | $108.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005446 | $68,672.09 | 9/11/2018 | 1085886-4529 | 7/27/2018 | $95.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011815 | $475.65 | 9/21/2018 | 1087271 | 8/6/2018 | $166.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011815 | $475.65 | 9/21/2018 | 1087272 | 8/6/2018 | $229.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012362 | $3,396.59 | 9/24/2018 | 1087428 | 8/7/2018 | $589.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012362 | $3,396.59 | 9/24/2018 | 1087429-4537 | 8/7/2018 | $119.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012362 | $3,396.59 | 9/24/2018 | 1087429-4539 | 8/7/2018 | $1,948.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012362 | $3,396.59 | 9/24/2018 | 1087430 | 8/7/2018 | $862.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013019 | $1,022.74 | 9/25/2018 | 1087661 | 8/8/2018 | $130.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013019 | $1,022.74 | 9/25/2018 | 1087934 | 8/9/2018 | $221.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013019 | $1,022.74 | 9/25/2018 | 1087937 | 8/9/2018 | $693.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013880 | $2,217.22 | 9/26/2018 | 1088248 | 8/11/2018 | $862.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008329 | $4,663.40 | 9/17/2018 | 1086535 | 7/31/2018 | $2,453.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005446 | $68,672.09 | 9/11/2018 | 1085428 | 7/25/2018 | $388.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004807 | $42,493.44 | 9/10/2018 | 1083586 | 7/12/2018 | $108.98 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004807 | $42,493.44 | 9/10/2018 | 1085213 | 7/24/2018 | $4,385.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004807 | $42,493.44 | 9/10/2018 | 1085214 | 7/24/2018 | $821.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004807 | $42,493.44 | 9/10/2018 | 1085215 | 7/24/2018 | $8,032.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004807 | $42,493.44 | 9/10/2018 | 1085216 | 7/24/2018 | $3,940.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004807 | $42,493.44 | 9/10/2018 | 1085268 | 7/24/2018 | $1,226.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004807 | $42,493.44 | 9/10/2018 | 1085269-4520 | 7/24/2018 | $88.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004807 | $42,493.44 | 9/10/2018 | 1085269-4522 | 7/24/2018 | $34,075.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005446 | $68,672.09 | 9/11/2018 | 1085425 | 7/25/2018 | $3,014.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005446 | $68,672.09 | 9/11/2018 | 1085426 | 7/25/2018 | $1,586.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005446 | $68,672.09 | 9/11/2018 | 1085887 | 7/27/2018 | $235.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005446 | $68,672.09 | 9/11/2018 | 1085427-4525 | 7/25/2018 | $8,031.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013880 | $2,217.22 | 9/26/2018 | 1088249 | 8/11/2018 | $1,380.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005446 | $68,672.09 | 9/11/2018 | 1085429-4526 | 7/25/2018 | $392.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005446 | $68,672.09 | 9/11/2018 | 1085429-4528 | 7/25/2018 | $22,155.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005446 | $68,672.09 | 9/11/2018 | 1085430 | 7/25/2018 | $3,828.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005446 | $68,672.09 | 9/11/2018 | 1085431 | 7/25/2018 | $2,704.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005446 | $68,672.09 | 9/11/2018 | 1085432 | 7/25/2018 | $532.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005446 | $68,672.09 | 9/11/2018 | 1085433 | 7/25/2018 | $11,047.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005446 | $68,672.09 | 9/11/2018 | 1085434 | 7/25/2018 | $4,295.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005446 | $68,672.09 | 9/11/2018 | 1085654 | 7/26/2018 | $191.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005446 | $68,672.09 | 9/11/2018 | 1085655 | 7/26/2018 | $8,250.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005446 | $68,672.09 | 9/11/2018 | 1085762 | 7/26/2018 | $90.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005446 | $68,672.09 | 9/11/2018 | 1085427-4523 | 7/25/2018 | $150.84 |

**Totals:** 14 transfer(s),   $214,706.53