**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **Pathfinder, Inc. dba PSS Pathfinders Inc.** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998551 | $2,958.04 | 8/28/2018 | 18002980 | 6/8/2018 | $275.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994993 | $4,720.99 | 8/17/2018 | 18002579 | 5/18/2018 | $91.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994993 | $4,720.99 | 8/17/2018 | 18002580 | 5/18/2018 | $367.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994993 | $4,720.99 | 8/17/2018 | 18002677 | 5/18/2018 | $183.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994993 | $4,720.99 | 8/17/2018 | 18002678 | 5/18/2018 | $367.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994993 | $4,720.99 | 8/17/2018 | 18002826 | 6/1/2018 | $143.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994993 | $4,720.99 | 8/17/2018 | 18002827 | 6/1/2018 | $91.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994993 | $4,720.99 | 8/17/2018 | 18002828 | 6/1/2018 | $275.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994993 | $4,720.99 | 8/17/2018 | 18002829 | 6/1/2018 | $218.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994993 | $4,720.99 | 8/17/2018 | 18002830 | 6/1/2018 | $952.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994993 | $4,720.99 | 8/17/2018 | 18002831 | 6/1/2018 | $424.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994993 | $4,720.99 | 8/17/2018 | 18002832 | 6/1/2018 | $481.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994993 | $4,720.99 | 8/17/2018 | 18002833 | 6/1/2018 | $516.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983988 | $364.25 | 7/25/2018 | 18002537 | 5/11/2018 | $364.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994993 | $4,720.99 | 8/17/2018 | 18002939 | 6/1/2018 | $91.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012366 | $3,083.23 | 9/24/2018 | 18003547 | 7/5/2018 | $3,083.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998551 | $2,958.04 | 8/28/2018 | 18002981 | 6/8/2018 | $458.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998551 | $2,958.04 | 8/28/2018 | 18002982 | 6/8/2018 | $545.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998551 | $2,958.04 | 8/28/2018 | 18002983 | 6/8/2018 | $367.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998551 | $2,958.04 | 8/28/2018 | 18002984 | 6/8/2018 | $527.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998551 | $2,958.04 | 8/28/2018 | 18002985 | 6/8/2018 | $545.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998551 | $2,958.04 | 8/28/2018 | 18003086 | 6/8/2018 | $51.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998551 | $2,958.04 | 8/28/2018 | 18003109 | 6/8/2018 | $187.20 |

Pathfinder, Inc. dba PSS Pathfinders Inc. (2219175)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                Exhibit A                                P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002035 | $2,016.29 | 9/4/2018 | 18003118 | 6/15/2018 | $2,016.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005447 | $2,807.89 | 9/11/2018 | 18003266 | 6/22/2018 | $2,348.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005447 | $2,807.89 | 9/11/2018 | 18003273 | 6/22/2018 | $458.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006289 | $20.80 | 9/12/2018 | 18003397 | 6/25/2018 | $20.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009103 | $2,544.02 | 9/18/2018 | 18003399 | 6/29/2018 | $2,544.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994993 | $4,720.99 | 8/17/2018 | 18002834 | 6/1/2018 | $516.26 |

Totals:    8 transfer(s),    $18,515.51