**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Peirce-Phelps LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237617 | $5,605.60 | 8/7/2018 | 405343698-IN | 7/10/2018 | $917.96 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233687 | $2,904.91 | 7/17/2018 | 405316684-IN | 6/18/2018 | $2,904.91 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238511 | $8,722.93 | 8/14/2018 | 405351037-IN | 7/17/2018 | $3,243.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238109 | $4,322.02 | 8/10/2018 | 405370680-IN | 8/3/2018 | $187.09 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238109 | $4,322.02 | 8/10/2018 | 405368581-IN | 8/2/2018 | $2,325.63 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238109 | $4,322.02 | 8/10/2018 | 405367150-IN | 8/1/2018 | $1,735.69 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238109 | $4,322.02 | 8/10/2018 | 405367149-IN | 8/1/2018 | $73.61 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237617 | $5,605.60 | 8/7/2018 | 405364452-IN | 7/30/2018 | $1,971.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237617 | $5,605.60 | 8/7/2018 | 405364329-IN | 7/30/2018 | $841.65 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240202 | $7,172.05 | 8/24/2018 | 405383734-IN | 8/17/2018 | $6,011.79 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237617 | $5,605.60 | 8/7/2018 | 405343700-IN | 7/10/2018 | $684.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240202 | $7,172.05 | 8/24/2018 | 405383877-IN | 8/17/2018 | $1,160.26 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237617 | $5,605.60 | 8/7/2018 | 405292477-IN | 5/24/2018 | $116.05 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236697 | $4,211.28 | 8/2/2018 | 405359888-IN | 7/25/2018 | $1,519.79 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236697 | $4,211.28 | 8/2/2018 | 405359491-IN | 7/25/2018 | $2,691.49 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236193 | $8,499.74 | 7/31/2018 | 405358659-IN | 7/24/2018 | $1,545.25 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236193 | $8,499.74 | 7/31/2018 | 405357331-IN | 7/23/2018 | $2,971.91 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236193 | $8,499.74 | 7/31/2018 | 405356783-IN | 7/23/2018 | $3,838.63 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236193 | $8,499.74 | 7/31/2018 | 405292007-IN | 5/24/2018 | $143.95 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235689 | $2,940.02 | 7/27/2018 | 405352850-IN | 7/18/2018 | $995.64 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235689 | $2,940.02 | 7/27/2018 | 405333278-IN | 6/29/2018 | $2,945.02 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237617 | $5,605.60 | 8/7/2018 | 405364163-IN | 7/30/2018 | $1,073.93 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244289 | $2,211.37 | 9/21/2018 | 405295011-IN | 5/29/2018 | $5,182.54 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246402 | $3,473.31 | 10/5/2018 | 405422932-IN | 9/28/2018 | $729.74 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246402 | $3,473.31 | 10/5/2018 | 405422793-IN | 9/28/2018 | $2,573.11 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246402 | $3,473.31 | 10/5/2018 | 405421406-IN | 9/27/2018 | $28.11 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245765 | $250.16 | 10/2/2018 | 405398366-IN | 9/4/2018 | $250.16 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245104 | $4,187.21 | 9/27/2018 | 405414310-IN | 9/20/2018 | $387.58 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245104 | $4,187.21 | 9/27/2018 | 405414303-IN | 9/20/2018 | $827.47 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245104 | $4,187.21 | 9/27/2018 | 405413498-IN | 9/19/2018 | $2,972.16 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244681 | $6,482.24 | 9/25/2018 | 405412288-IN | 9/18/2018 | $746.89 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238511 | $8,722.93 | 8/14/2018 | 405372738-IN | 8/7/2018 | $5,479.49 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244289 | $2,211.37 | 9/21/2018 | 405409576-IN | 9/14/2018 | $329.94 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246402 | $3,473.31 | 10/5/2018 | 405422970-IN | 9/28/2018 | $142.35 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243706 | $585.23 | 9/18/2018 | 405405890-IN | 9/11/2018 | $1,776.11 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243706 | $585.23 | 9/18/2018 | 405386192-IN | 8/21/2018 | $4,544.47 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243313 | $1,528.26 | 9/14/2018 | 405402470-IN | 9/7/2018 | $1,528.26 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242795 | $1,674.80 | 9/11/2018 | 405070523R-IN | 8/16/2017 | $1,674.80 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242402 | $318.63 | 9/7/2018 | 405385898-IN | 8/20/2018 | $3,319.34 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242074 | $1,531.22 | 9/5/2018 | 405386491-IN | 8/21/2018 | $3,206.02 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241927 | $13.29 | 9/4/2018 | 405386490-IN | 8/21/2018 | $784.56 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241486 | $3,128.32 | 8/31/2018 | 405378580-IN | 8/13/2018 | $4,803.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241211 | $876.65 | 8/30/2018 | 405377568-IN | 8/10/2018 | $3,938.99 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244681 | $6,482.24 | 9/25/2018 | 405062238R-IN | 8/7/2017 | $5,735.35 |

Totals:    21 transfer(s),    $70,639.24