**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Pennsylvania Joint Board dba Pennsylvania Joint Board Workers United** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008339 | $6,127.80 | 9/17/2018 | 8102018 | 8/10/2018 | $6,127.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986801 | $7,764.70 | 7/31/2018 | 7112018 | 7/11/2018 | $7,764.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980043 | $6,047.45 | 7/17/2018 | 6152018 | 6/15/2018 | $6,047.45 |
| **Totals:** | **3 transfer(s),** | **$19,939.95** | | | | | |