**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Penny Power, Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62086625 | $4,658.32 | 9/24/2018 | 6181115 | 7/2/2018 | $4,658.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084591 | $5,822.90 | 8/20/2018 | 5181115 | 6/1/2018 | $5,822.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082847 | $4,355.92 | 7/17/2018 | 4181115 | 5/1/2018 | $4,355.92 |
| **Totals:** | | **3 transfer(s),** | **$14,837.14** | | | | |