**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **Penske Truck Leasing Co., L.P.** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004242 | $83,059.57 | 9/7/2018 | 14189819 | 7/30/2018 | $7,636.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980676 | $77.71 | 7/18/2018 | 13941362 | 6/13/2018 | $77.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004242 | $83,059.57 | 9/7/2018 | 14189827 | 7/30/2018 | $15,146.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004242 | $83,059.57 | 9/7/2018 | 14189826 | 7/30/2018 | $757.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004242 | $83,059.57 | 9/7/2018 | 14189825 | 7/30/2018 | $15,720.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004242 | $83,059.57 | 9/7/2018 | 14189824 | 7/30/2018 | $1,013.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004242 | $83,059.57 | 9/7/2018 | 14189823 | 7/30/2018 | $4,923.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004242 | $83,059.57 | 9/7/2018 | 14189822 | 7/30/2018 | $467.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004242 | $83,059.57 | 9/7/2018 | 14189829 | 7/30/2018 | $2,575.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004242 | $83,059.57 | 9/7/2018 | 14189820 | 7/30/2018 | $397.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004242 | $83,059.57 | 9/7/2018 | 14189830 | 7/30/2018 | $1,883.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004242 | $83,059.57 | 9/7/2018 | 14189818 | 7/30/2018 | $377.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004242 | $83,059.57 | 9/7/2018 | 14189817 | 7/30/2018 | $16,645.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004242 | $83,059.57 | 9/7/2018 | 14189816 | 7/30/2018 | $1,179.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002038 | $626.90 | 9/4/2018 | 14168604 | 7/25/2018 | $291.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002038 | $626.90 | 9/4/2018 | 14168603 | 7/25/2018 | $335.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996703 | $3.81 | 8/21/2018 | 14100324 | 7/10/2018 | $3.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992475 | $3,091.64 | 8/14/2018 | 14071811 | 7/3/2018 | $2,962.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992475 | $3,091.64 | 8/14/2018 | 14062237 | 7/3/2018 | $129.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004242 | $83,059.57 | 9/7/2018 | 14189821 | 7/30/2018 | $2,324.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009106 | $72,888.05 | 9/18/2018 | 14021394 | 8/8/2018 | $2,324.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009106 | $72,888.05 | 9/18/2018 | 14290950 | 8/8/2018 | $102.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009106 | $72,888.05 | 9/18/2018 | 14021404 | 8/8/2018 | $11,400.60 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009106 | $72,888.05 | 9/18/2018 | 14021402 | 8/8/2018 | $2,575.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009106 | $72,888.05 | 9/18/2018 | 14021400 | 8/8/2018 | $15,146.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009106 | $72,888.05 | 9/18/2018 | 14021399 | 8/8/2018 | $723.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009106 | $72,888.05 | 9/18/2018 | 14021398 | 8/8/2018 | $15,720.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009106 | $72,888.05 | 9/18/2018 | 14021397 | 8/8/2018 | $1,115.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004242 | $83,059.57 | 9/7/2018 | 14189828 | 7/30/2018 | $610.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009106 | $72,888.05 | 9/18/2018 | 14021395 | 8/8/2018 | $482.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009106 | $72,888.05 | 9/18/2018 | 14290951 | 8/8/2018 | $87.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009106 | $72,888.05 | 9/18/2018 | 14021393 | 8/8/2018 | $409.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009106 | $72,888.05 | 9/18/2018 | 14021391 | 8/8/2018 | $309.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009106 | $72,888.05 | 9/18/2018 | 14021390 | 8/8/2018 | $16,645.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009106 | $72,888.05 | 9/18/2018 | 14021389 | 8/8/2018 | $920.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008340 | $2,880.00 | 9/17/2018 | 14264464 | 8/2/2018 | $1,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008340 | $2,880.00 | 9/17/2018 | 14264463 | 8/2/2018 | $320.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008340 | $2,880.00 | 9/17/2018 | 14264462 | 8/2/2018 | $960.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004242 | $83,059.57 | 9/7/2018 | 14189831 | 7/30/2018 | $11,400.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009106 | $72,888.05 | 9/18/2018 | 14021396 | 8/8/2018 | $4,923.38 |

Totals:    7 transfer(s),    $162,627.68