**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Permission Data, LLC dba AdQuire Media** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781012402 | $47,734.61 | 9/24/2018 | 23177 | 7/5/2018 | $47,734.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008377 | $41,160.60 | 9/17/2018 | 23193 | 6/30/2018 | $21,030.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008377 | $41,160.60 | 9/17/2018 | 23192 | 6/30/2018 | $20,130.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001409 | $58,423.35 | 9/3/2018 | 23133 | 6/13/2018 | $58,423.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993952 | $30,044.50 | 8/16/2018 | 23159 | 5/31/2018 | $13,622.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993952 | $30,044.50 | 8/16/2018 | 23158 | 5/31/2018 | $16,421.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983370 | $23,883.05 | 7/24/2018 | 23050 | 5/15/2018 | $23,883.05 |

**Totals:**   5 transfer(s),   $201,246.11