**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Peterson Technology Partners, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781022166 | $75,504.00 | 9/28/2018 | 4704 | 7/31/2018 | $75,504.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004853 | $72,912.00 | 8/27/2018 | 4674 | 6/27/2018 | $72,912.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993239 | $76,136.00 | 8/3/2018 | 4651 | 6/4/2018 | $76,136.00 |
| **Totals:** | | **3 transfer(s),** | **$224,552.00** | | | | |