**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Pfizer Inc. fdba Wyeth Consumer Healthcare** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62085719 | $3,202.25 | 9/11/2018 | 9324057069 | 8/2/2018 | $1,026.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086713 | $4,149.97 | 9/25/2018 | 9324196073 | 8/14/2018 | $1,017.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084418 | $8,212.35 | 8/16/2018 | 9323853451 | 7/18/2018 | $241.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084418 | $8,212.35 | 8/16/2018 | 9323891744 | 7/20/2018 | $2,416.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084418 | $8,212.35 | 8/16/2018 | 9323911219 | 7/23/2018 | $1,391.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084970 | $13,406.32 | 8/27/2018 | 8067105821 | 7/17/2018 | $1,613.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084970 | $13,406.32 | 8/27/2018 | 8067278184 | 7/25/2018 | $1,371.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084970 | $13,406.32 | 8/27/2018 | 9323073716 | 5/16/2018 | $1,038.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084970 | $13,406.32 | 8/27/2018 | 9323264922 | 5/31/2018 | $1,540.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084970 | $13,406.32 | 8/27/2018 | 9323671817-3067 | 7/2/2018 | $2,051.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084970 | $13,406.32 | 8/27/2018 | 9323766190-3069 | 7/11/2018 | $2,651.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084970 | $13,406.32 | 8/27/2018 | 9323853452 | 7/18/2018 | $924.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084970 | $13,406.32 | 8/27/2018 | 9323930478 | 7/24/2018 | $2,588.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084418 | $8,212.35 | 8/16/2018 | 9323800161 | 7/13/2018 | $653.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085289 | $1,443.54 | 8/31/2018 | 9324020788 | 7/31/2018 | $859.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084418 | $8,212.35 | 8/16/2018 | 9323249508-3064 | 5/30/2018 | $1,322.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085719 | $3,202.25 | 9/11/2018 | 9324092684 | 8/8/2018 | $1,005.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085719 | $3,202.25 | 9/11/2018 | 9324127938-10014 | 8/8/2018 | $1,197.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085719 | $3,202.25 | 9/11/2018 | 9324145967 | 8/9/2018 | $1,154.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086112 | $10,400.34 | 9/18/2018 | 9323819376-10017 | 7/16/2018 | $3,170.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086112 | $10,400.34 | 9/18/2018 | 9324163346-10018 | 8/10/2018 | $1,421.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086112 | $10,400.34 | 9/18/2018 | 9324163349 | 8/10/2018 | $670.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086112 | $10,400.34 | 9/18/2018 | 9324179676-10020 | 8/13/2018 | $756.07 |

Pfizer Inc. fdba Wyeth Consumer Healthcare (2228453)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020

Exhibit A

P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62086112 | $10,400.34 | 9/18/2018 | 9324196071 | 8/14/2018 | $752.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086112 | $10,400.34 | 9/18/2018 | 9324196090 | 8/14/2018 | $1,541.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086112 | $10,400.34 | 9/18/2018 | 9324196182 | 8/14/2018 | $1,502.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086112 | $10,400.34 | 9/18/2018 | 9324227631 | 8/16/2018 | $1,919.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082709 | $5,575.86 | 7/18/2018 | 8066143692 | 6/12/2018 | $1,352.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085289 | $1,443.54 | 8/31/2018 | 9322526596-3062 | 4/3/2018 | $795.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084076 | $12,644.34 | 8/7/2018 | 9322729444 | 4/19/2018 | $1,483.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082709 | $5,575.86 | 7/18/2018 | 9323431311 | 6/13/2018 | $844.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082709 | $5,575.86 | 7/18/2018 | 9323467055 | 6/15/2018 | $1,525.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082709 | $5,575.86 | 7/18/2018 | 9323541766 | 6/21/2018 | $2,561.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083296 | $10,167.28 | 7/26/2018 | 9322808374 | 4/25/2018 | $2,121.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083296 | $10,167.28 | 7/26/2018 | 9323466612-3065 | 6/15/2018 | $924.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083296 | $10,167.28 | 7/26/2018 | 9323592389 | 6/26/2018 | $1,147.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083296 | $10,167.28 | 7/26/2018 | 9323610988 | 6/27/2018 | $2,145.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083296 | $10,167.28 | 7/26/2018 | 9323671043 | 7/2/2018 | $2,297.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083296 | $10,167.28 | 7/26/2018 | 9323689779 | 7/3/2018 | $1,557.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083601 | $5,236.35 | 8/1/2018 | 9322570434 | 4/9/2018 | $1,100.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083601 | $5,236.35 | 8/1/2018 | 9322863435 | 5/1/2018 | $1,661.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083601 | $5,236.35 | 8/1/2018 | 9323264843 | 5/31/2018 | $1,117.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084418 | $8,212.35 | 8/16/2018 | 9323853450 | 7/18/2018 | $195.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084076 | $12,644.34 | 8/7/2018 | 8066827070 | 7/6/2018 | $1,861.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086713 | $4,149.97 | 9/25/2018 | 9324243326 | 8/17/2018 | $1,627.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084076 | $12,644.34 | 8/7/2018 | 9323431425 | 6/18/2018 | $644.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084076 | $12,644.34 | 8/7/2018 | 9323751240 | 7/11/2018 | $1,975.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084076 | $12,644.34 | 8/7/2018 | 9323765843 | 7/11/2018 | $1,368.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084076 | $12,644.34 | 8/7/2018 | 9323765844 | 7/11/2018 | $918.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084076 | $12,644.34 | 8/7/2018 | 9323765845 | 7/11/2018 | $1,584.10 |

Pfizer Inc. fdba Wyeth Consumer Healthcare (2228453)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020

Exhibit A

P. 2

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62084076 | $12,644.34 | 8/7/2018 | 9323766191 | 7/11/2018 | $1,749.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084076 | $12,644.34 | 8/7/2018 | 9323784448 | 7/17/2018 | $645.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084076 | $12,644.34 | 8/7/2018 | 9323784449-3071 | 7/12/2018 | $352.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084076 | $12,644.34 | 8/7/2018 | 9323800048 | 7/13/2018 | $1,813.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084076 | $12,644.34 | 8/7/2018 | 9323800051 | 7/13/2018 | $1,146.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084076 | $12,644.34 | 8/7/2018 | 9323819374 | 7/16/2018 | $379.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084418 | $8,212.35 | 8/16/2018 | 9322829436 | 4/26/2018 | $2,396.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083601 | $5,236.35 | 8/1/2018 | 9323647967 | 6/29/2018 | $1,389.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014018 | $45,720.82 | 9/12/2018 | 9324310024 | 8/23/2018 | $34,375.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086713 | $4,149.97 | 9/25/2018 | 9324196072 | 8/14/2018 | $1,023.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009562 | $7,213.18 | 9/4/2018 | 9324057567 | 8/2/2018 | $6,801.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009562 | $7,213.18 | 9/4/2018 | 9324057612 | 8/2/2018 | $258.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009562 | $7,213.18 | 9/4/2018 | 9324057618 | 8/2/2018 | $160.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009562 | $7,213.18 | 9/4/2018 | 9324057624 | 8/2/2018 | $99.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009562 | $7,213.18 | 9/4/2018 | 9324076946 | 8/3/2018 | $160.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013404 | $656,783.07 | 9/11/2018 | 9324229532 | 8/16/2018 | $6,467.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013404 | $656,783.07 | 9/11/2018 | 9324259186 | 8/20/2018 | $1,743.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013404 | $656,783.07 | 9/11/2018 | 9324259194 | 8/20/2018 | $15,799.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013404 | $656,783.07 | 9/11/2018 | 9324259198 | 8/20/2018 | $2,649.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013404 | $656,783.07 | 9/11/2018 | 9324260380 | 8/20/2018 | $45,856.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013404 | $656,783.07 | 9/11/2018 | 9324276707 | 8/21/2018 | $11,262.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005833 | $154,592.55 | 8/28/2018 | 9324130097 | 8/8/2018 | $24,401.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013404 | $656,783.07 | 9/11/2018 | 9324278126 | 8/21/2018 | $71,288.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005833 | $154,592.55 | 8/28/2018 | 9324128530 | 8/8/2018 | $10,182.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014018 | $45,720.82 | 9/12/2018 | 9324310052 | 8/23/2018 | $1,641.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014018 | $45,720.82 | 9/12/2018 | 9324310060 | 8/23/2018 | $3,102.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014018 | $45,720.82 | 9/12/2018 | 9324310069 | 8/23/2018 | $197.16 |

Pfizer Inc. fdba Wyeth Consumer Healthcare (2228453)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jan 27, 2020

Exhibit A

P. 3

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781014018 | $45,720.82 | 9/12/2018 | 9324311510 | 8/23/2018 | $6,404.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014652 | $345.38 | 9/13/2018 | 9324323720 | 8/24/2018 | $345.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017430 | $32,350.75 | 9/19/2018 | 9324389731 | 8/30/2018 | $1,157.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017430 | $32,350.75 | 9/19/2018 | 9324389735 | 8/30/2018 | $31,193.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018093 | $5,139.46 | 9/20/2018 | 9324405998 | 8/31/2018 | $1,755.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018093 | $5,139.46 | 9/20/2018 | 9324406010 | 8/31/2018 | $916.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018093 | $5,139.46 | 9/20/2018 | 9324406020 | 8/31/2018 | $2,468.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024001 | $6,327.72 | 10/2/2018 | 9324523253 | 9/11/2018 | $3,340.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024001 | $6,327.72 | 10/2/2018 | 9324539030 | 9/12/2018 | $1,057.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013404 | $656,783.07 | 9/11/2018 | 9324278103 | 8/21/2018 | $514,648.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994244 | $141,585.32 | 8/6/2018 | 9323766393 | 7/11/2018 | $8,915.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086713 | $4,149.97 | 9/25/2018 | 9324258738 | 8/20/2018 | $832.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087048 | $9,679.16 | 10/3/2018 | 779343 | 8/27/2018 | $1,152.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087048 | $9,679.16 | 10/3/2018 | 8068210599-10022 | 8/27/2018 | $1,201.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087048 | $9,679.16 | 10/3/2018 | 9324340146 | 8/27/2018 | $743.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087048 | $9,679.16 | 10/3/2018 | 9324358019 | 8/28/2018 | $1,900.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087048 | $9,679.16 | 10/3/2018 | 9324358204 | 8/28/2018 | $1,883.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087048 | $9,679.16 | 10/3/2018 | 9324373407 | 8/29/2018 | $1,619.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087048 | $9,679.16 | 10/3/2018 | 9324388997 | 8/30/2018 | $1,133.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087048 | $9,679.16 | 10/3/2018 | 9324389081-10024 | 8/30/2018 | $1,201.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985615 | $48,114.47 | 7/19/2018 | 9323443138 | 6/14/2018 | $1,367.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985615 | $48,114.47 | 7/19/2018 | 9323450311 | 6/14/2018 | $46,747.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994244 | $141,585.32 | 8/6/2018 | 9323557868 | 6/22/2018 | $4,931.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006423 | $15,319.67 | 8/29/2018 | 9324146672 | 8/9/2018 | $15,319.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994244 | $141,585.32 | 8/6/2018 | 9323766373 | 7/11/2018 | $6,230.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024001 | $6,327.72 | 10/2/2018 | 9324539051 | 9/12/2018 | $1,929.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994244 | $141,585.32 | 8/6/2018 | 9323766409 | 7/11/2018 | $4,736.16 |

Pfizer Inc. fdba Wyeth Consumer Healthcare (2228453)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                    Exhibit A                    P. 4

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780994244 | $141,585.32 | 8/6/2018 | 9323768189 | 7/11/2018 | $3,064.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994244 | $141,585.32 | 8/6/2018 | 9323768190 | 7/11/2018 | $4,736.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994244 | $141,585.32 | 8/6/2018 | 9323768192 | 7/11/2018 | $7,522.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995579 | $192,037.41 | 8/7/2018 | 9323854004 | 7/18/2018 | $189,281.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995579 | $192,037.41 | 8/7/2018 | 9323854038 | 7/18/2018 | $2,755.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996200 | $2,217.24 | 8/8/2018 | 9323875384 | 7/19/2018 | $2,540.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000162 | $422.33 | 8/16/2018 | 9323982078 | 7/27/2018 | $1,126.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001644 | $150.35 | 8/20/2018 | 9323838793 | 7/17/2018 | $150.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005833 | $154,592.55 | 8/28/2018 | 9323982038 | 7/27/2018 | $71,621.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005833 | $154,592.55 | 8/28/2018 | 9324128473 | 8/8/2018 | $25,736.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005833 | $154,592.55 | 8/28/2018 | 9324128505 | 8/8/2018 | $23,114.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994244 | $141,585.32 | 8/6/2018 | 9323752497 | 7/10/2018 | $120,277.60 |

**Totals:     26 transfer(s),    $1,392,437.48**