

ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **PICO Manufacturing Sales Corp.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780993961 | $1,834.40 | 8/16/2018 | 6097533 | 5/21/2018 | $18.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993961 | $1,834.40 | 8/16/2018 | 6097522 | 5/21/2018 | $36.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993961 | $1,834.40 | 8/16/2018 | 6097523 | 5/21/2018 | $18.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993961 | $1,834.40 | 8/16/2018 | 6097524 | 5/21/2018 | $18.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993961 | $1,834.40 | 8/16/2018 | 6097525 | 5/21/2018 | $18.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993961 | $1,834.40 | 8/16/2018 | 6097526 | 5/21/2018 | $18.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993961 | $1,834.40 | 8/16/2018 | 6097527 | 5/21/2018 | $152.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993961 | $1,834.40 | 8/16/2018 | 6097528 | 5/21/2018 | $14.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993961 | $1,834.40 | 8/16/2018 | 6097529 | 5/21/2018 | $18.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993961 | $1,834.40 | 8/16/2018 | 6097530 | 5/21/2018 | $18.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993961 | $1,834.40 | 8/16/2018 | 6097543 | 5/21/2018 | $18.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993961 | $1,834.40 | 8/16/2018 | 6097532 | 5/21/2018 | $18.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993961 | $1,834.40 | 8/16/2018 | 6097519 | 5/21/2018 | $18.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993961 | $1,834.40 | 8/16/2018 | 6097534 | 5/21/2018 | $16.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993961 | $1,834.40 | 8/16/2018 | 6097535 | 5/21/2018 | $18.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993961 | $1,834.40 | 8/16/2018 | 6097536 | 5/21/2018 | $18.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993961 | $1,834.40 | 8/16/2018 | 6097537 | 5/21/2018 | $18.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993961 | $1,834.40 | 8/16/2018 | 6097538 | 5/21/2018 | $18.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993961 | $1,834.40 | 8/16/2018 | 6097539 | 5/21/2018 | $18.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993961 | $1,834.40 | 8/16/2018 | 6097540 | 5/21/2018 | $18.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993961 | $1,834.40 | 8/16/2018 | 6097541 | 5/21/2018 | $18.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980085 | $5,928.90 | 7/17/2018 | 48891 | 4/23/2018 | $1,616.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993961 | $1,834.40 | 8/16/2018 | 6097531 | 5/21/2018 | $18.40 |

PICO Manufacturing Sales Corp. (2219789)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020

Exhibit A

P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986844 | $6,446.70 | 7/31/2018 | 49019 | 5/14/2018 | $187.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980085 | $5,928.90 | 7/17/2018 | 48892 | 4/23/2018 | $667.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980085 | $5,928.90 | 7/17/2018 | 48919 | 4/30/2018 | $1,037.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980085 | $5,928.90 | 7/17/2018 | 48920 | 4/30/2018 | $110.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980085 | $5,928.90 | 7/17/2018 | 48921 | 4/30/2018 | $1,039.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980085 | $5,928.90 | 7/17/2018 | 48939 | 4/30/2018 | $1,409.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980085 | $5,928.90 | 7/17/2018 | 48940 | 4/30/2018 | $47.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983376 | $1,446.10 | 7/24/2018 | 48980 | 5/7/2018 | $1,238.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983376 | $1,446.10 | 7/24/2018 | 48981 | 5/7/2018 | $207.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986844 | $6,446.70 | 7/31/2018 | 48971 | 5/7/2018 | $1,827.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993961 | $1,834.40 | 8/16/2018 | 6097521 | 5/21/2018 | $14.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986844 | $6,446.70 | 7/31/2018 | 49018 | 5/14/2018 | $2,548.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993961 | $1,834.40 | 8/16/2018 | 6097520 | 5/21/2018 | $18.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986844 | $6,446.70 | 7/31/2018 | 49020 | 5/14/2018 | $1,541.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986844 | $6,446.70 | 7/31/2018 | 49021 | 5/14/2018 | $169.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990297 | $1,393.71 | 8/9/2018 | 48792-58 | 4/9/2018 | $51.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990297 | $1,393.71 | 8/9/2018 | 48863-59 | 4/16/2018 | $18.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990297 | $1,393.71 | 8/9/2018 | 49062 | 5/21/2018 | $1,519.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990297 | $1,393.71 | 8/9/2018 | 49063 | 5/21/2018 | $80.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993961 | $1,834.40 | 8/16/2018 | 48697-56 | 3/26/2018 | $344.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993961 | $1,834.40 | 8/16/2018 | 48736-57 | 4/2/2018 | $415.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993961 | $1,834.40 | 8/16/2018 | 6097518 | 5/21/2018 | $33.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993961 | $1,834.40 | 8/16/2018 | 6097544 | 5/21/2018 | $18.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986844 | $6,446.70 | 7/31/2018 | 48972 | 5/7/2018 | $172.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004857 | $4,306.40 | 9/10/2018 | 49204 | 6/18/2018 | $49.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997978 | $13,122.40 | 8/23/2018 | 49112 | 6/4/2018 | $2,627.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997978 | $13,122.40 | 8/23/2018 | 49113 | 6/4/2018 | $183.90 |

PICO Manufacturing Sales Corp. (2219789)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020

Exhibit A

P. 2

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780997978 | $13,122.40 | 8/23/2018 | 49114 | 6/4/2018 | $110.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997978 | $13,122.40 | 8/23/2018 | 49115 | 6/4/2018 | $1,895.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997978 | $13,122.40 | 8/23/2018 | 49116 | 6/4/2018 | $84.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001416 | $1,906.40 | 9/3/2018 | 49159 | 6/11/2018 | $1,341.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001416 | $1,906.40 | 9/3/2018 | 49160-1672 | 6/11/2018 | $16.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001416 | $1,906.40 | 9/3/2018 | 49160-1674 | 6/11/2018 | $565.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004857 | $4,306.40 | 9/10/2018 | 49161 | 6/11/2018 | $2,158.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993961 | $1,834.40 | 8/16/2018 | 6097542 | 5/21/2018 | $18.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004857 | $4,306.40 | 9/10/2018 | 49203 | 6/18/2018 | $1,384.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997978 | $13,122.40 | 8/23/2018 | 49092 | 5/29/2018 | $69.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008387 | $4,996.20 | 9/17/2018 | 49205 | 6/18/2018 | $1,477.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008387 | $4,996.20 | 9/17/2018 | 49206 | 6/18/2018 | $145.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008387 | $4,996.20 | 9/17/2018 | 49240-1675 | 6/25/2018 | $220.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008387 | $4,996.20 | 9/17/2018 | 49240-1677 | 6/25/2018 | $2,460.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008387 | $4,996.20 | 9/17/2018 | 49241 | 6/25/2018 | $73.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008387 | $4,996.20 | 9/17/2018 | 49273 | 7/2/2018 | $839.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012409 | $6,118.60 | 9/24/2018 | 49238 | 6/25/2018 | $5,157.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012409 | $6,118.60 | 9/24/2018 | 49239 | 6/25/2018 | $73.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012409 | $6,118.60 | 9/24/2018 | 49275 | 7/2/2018 | $797.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004857 | $4,306.40 | 9/10/2018 | 49162 | 6/11/2018 | $714.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993961 | $1,834.40 | 8/16/2018 | 6097556 | 5/21/2018 | $18.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993961 | $1,834.40 | 8/16/2018 | 6097545 | 5/21/2018 | $18.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993961 | $1,834.40 | 8/16/2018 | 6097546 | 5/21/2018 | $14.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993961 | $1,834.40 | 8/16/2018 | 6097547 | 5/21/2018 | $18.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993961 | $1,834.40 | 8/16/2018 | 6097548 | 5/21/2018 | $18.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993961 | $1,834.40 | 8/16/2018 | 6097549 | 5/21/2018 | $18.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993961 | $1,834.40 | 8/16/2018 | 6097550 | 5/21/2018 | $51.50 |

PICO Manufacturing Sales Corp. (2219789)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                 Exhibit A                                P. 3

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780993961 | $1,834.40 | 8/16/2018 | 6097551 | 5/21/2018 | $14.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993961 | $1,834.40 | 8/16/2018 | 6097552 | 5/21/2018 | $18.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993961 | $1,834.40 | 8/16/2018 | 6097553 | 5/21/2018 | $18.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997978 | $13,122.40 | 8/23/2018 | 49094 | 5/29/2018 | $5,157.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993961 | $1,834.40 | 8/16/2018 | 6097555 | 5/21/2018 | $18.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997978 | $13,122.40 | 8/23/2018 | 49093 | 5/29/2018 | $64.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993961 | $1,834.40 | 8/16/2018 | 6097557 | 5/21/2018 | $14.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993961 | $1,834.40 | 8/16/2018 | 6097558 | 5/21/2018 | $14.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993961 | $1,834.40 | 8/16/2018 | 6097559 | 5/21/2018 | $18.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993961 | $1,834.40 | 8/16/2018 | 6097560 | 5/21/2018 | $18.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993961 | $1,834.40 | 8/16/2018 | 6097561 | 5/21/2018 | $18.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993961 | $1,834.40 | 8/16/2018 | 6097562 | 5/21/2018 | $36.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993961 | $1,834.40 | 8/16/2018 | 6097563 | 5/21/2018 | $36.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993961 | $1,834.40 | 8/16/2018 | 6097564 | 5/21/2018 | $14.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997978 | $13,122.40 | 8/23/2018 | 49091 | 5/29/2018 | $2,928.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012409 | $6,118.60 | 9/24/2018 | 49276 | 7/2/2018 | $90.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993961 | $1,834.40 | 8/16/2018 | 6097554 | 5/21/2018 | $18.40 |

**Totals:**    **10 transfer(s),    $47,499.81**