**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant: **PINNACLE Express, Inc.**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914258 | $24,627.98 | 8/10/2018 | IN182143 | 7/18/2018 | $625.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913909 | $31,268.95 | 7/20/2018 | IN174438 | 2/6/2018 | $619.44 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914484 | $37,364.88 | 8/24/2018 | IN083085 | 8/8/2018 | $1,860.10 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914484 | $37,364.88 | 8/24/2018 | IN083079 | 8/8/2018 | $707.29 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914258 | $24,627.98 | 8/10/2018 | IN182237 | 7/20/2018 | $445.90 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914258 | $24,627.98 | 8/10/2018 | IN182209 | 7/19/2018 | $671.19 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914258 | $24,627.98 | 8/10/2018 | IN182192 | 7/19/2018 | $4,246.95 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914484 | $37,364.88 | 8/24/2018 | IN182436 | 7/25/2018 | $566.25 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914258 | $24,627.98 | 8/10/2018 | IN182162 | 7/18/2018 | $1,227.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914484 | $37,364.88 | 8/24/2018 | IN182463 | 7/25/2018 | $2,267.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914258 | $24,627.98 | 8/10/2018 | IN182131 | 7/18/2018 | $839.30 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914258 | $24,627.98 | 8/10/2018 | IN182130 | 7/18/2018 | $97.38 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914258 | $24,627.98 | 8/10/2018 | IN182125 | 7/18/2018 | $582.88 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914258 | $24,627.98 | 8/10/2018 | IN182120 | 7/18/2018 | $4,031.54 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914258 | $24,627.98 | 8/10/2018 | IN182114 | 7/18/2018 | $292.13 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914258 | $24,627.98 | 8/10/2018 | IN182112 | 7/18/2018 | $1,329.57 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914258 | $24,627.98 | 8/10/2018 | IN182186 | 7/19/2018 | $2,184.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914484 | $37,364.88 | 8/24/2018 | IN182541 | 7/26/2018 | $1,825.85 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914484 | $37,364.88 | 8/24/2018 | IN182795 | 8/1/2018 | $1,386.25 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914484 | $37,364.88 | 8/24/2018 | IN182776 | 8/1/2018 | $5,015.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914484 | $37,364.88 | 8/24/2018 | IN182771 | 8/1/2018 | $979.30 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914484 | $37,364.88 | 8/24/2018 | IN182770 | 8/1/2018 | $249.38 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914484 | $37,364.88 | 8/24/2018 | IN182769 | 8/1/2018 | $1,102.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914484 | $37,364.88 | 8/24/2018 | IN182718 | 7/31/2018 | $1,174.51 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914484 | $37,364.88 | 8/24/2018 | IN182394 | 7/25/2018 | $2,735.69 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914484 | $37,364.88 | 8/24/2018 | IN182542 | 7/26/2018 | $2,486.10 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914258 | $24,627.98 | 8/10/2018 | IN181787 | 7/11/2018 | $49.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914484 | $37,364.88 | 8/24/2018 | IN182536 | 7/25/2018 | $993.13 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914484 | $37,364.88 | 8/24/2018 | IN182524 | 7/25/2018 | $2,019.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914484 | $37,364.88 | 8/24/2018 | IN182496 | 7/25/2018 | $2,652.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914484 | $37,364.88 | 8/24/2018 | IN182491 | 7/25/2018 | $19,030.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914484 | $37,364.88 | 8/24/2018 | IN182484 | 7/25/2018 | $3,220.13 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914484 | $37,364.88 | 8/24/2018 | IN182482 | 7/25/2018 | $750.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914484 | $37,364.88 | 8/24/2018 | IN182662 | 7/30/2018 | $249.22 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913909 | $31,268.95 | 7/20/2018 | IN181188 | 6/27/2018 | $3,122.13 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914027 | $29,702.36 | 7/27/2018 | IN181398 | 7/3/2018 | $1,049.06 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914027 | $29,702.36 | 7/27/2018 | IN181397 | 7/3/2018 | $1,425.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914027 | $29,702.36 | 7/27/2018 | IN181393 | 7/3/2018 | $2,064.84 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913909 | $31,268.95 | 7/20/2018 | IN18919 | 5/8/2018 | $344.05 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913909 | $31,268.95 | 7/20/2018 | IN181235 | 6/28/2018 | $2,058.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913909 | $31,268.95 | 7/20/2018 | IN181229 | 6/28/2018 | $9,515.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914258 | $24,627.98 | 8/10/2018 | IN182110 | 7/18/2018 | $615.53 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913909 | $31,268.95 | 7/20/2018 | IN181192 | 6/27/2018 | $2,094.88 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914027 | $29,702.36 | 7/27/2018 | IN181427 | 7/3/2018 | $5,171.54 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913909 | $31,268.95 | 7/20/2018 | IN181173 | 6/27/2018 | $237.50 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913909 | $31,268.95 | 7/20/2018 | IN181171 | 6/27/2018 | $2,449.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913909 | $31,268.95 | 7/20/2018 | IN181132 | 6/27/2018 | $2,176.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913909 | $31,268.95 | 7/20/2018 | IN181052 | 6/25/2018 | $1,367.60 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913909 | $31,268.95 | 7/20/2018 | IN178291 | 4/26/2018 | $3,613.35 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913909 | $31,268.95 | 7/20/2018 | IN177802 | 4/16/2018 | $1,947.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913909 | $31,268.95 | 7/20/2018 | IN181221 | 6/27/2018 | $1,725.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914140 | $5,675.13 | 8/3/2018 | IN181712 | 7/11/2018 | $1,869.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914484 | $37,364.88 | 8/24/2018 | IN182855 | 8/2/2018 | $2,265.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914258 | $24,627.98 | 8/10/2018 | IN181780 | 7/11/2018 | $124.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914258 | $24,627.98 | 8/10/2018 | IN181777 | 7/11/2018 | $62.70 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914258 | $24,627.98 | 8/10/2018 | IN181768 | 7/11/2018 | $2,926.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914258 | $24,627.98 | 8/10/2018 | IN181762 | 7/11/2018 | $1,166.75 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914258 | $24,627.98 | 8/10/2018 | IN181760 | 7/11/2018 | $586.16 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914027 | $29,702.36 | 7/27/2018 | IN181415 | 7/3/2018 | $4,834.75 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914140 | $5,675.13 | 8/3/2018 | IN181859 | 7/12/2018 | $2,376.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914027 | $29,702.36 | 7/27/2018 | IN181416 | 7/3/2018 | $1,874.91 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914140 | $5,675.13 | 8/3/2018 | IN181710 | 7/11/2018 | $720.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914027 | $29,702.36 | 7/27/2018 | IN191399 | 7/3/2018 | $4,787.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914027 | $29,702.36 | 7/27/2018 | IN181500 | 7/5/2018 | $491.61 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914027 | $29,702.36 | 7/27/2018 | IN181476 | 7/5/2018 | $4,308.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914027 | $29,702.36 | 7/27/2018 | IN181467 | 7/3/2018 | $125.88 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914027 | $29,702.36 | 7/27/2018 | IN181437 | 7/3/2018 | $3,569.77 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914258 | $24,627.98 | 8/10/2018 | IN181788 | 7/11/2018 | $2,705.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914140 | $5,675.13 | 8/3/2018 | IN181907 | 7/12/2018 | $710.13 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914809 | $46,736.41 | 9/14/2018 | IN184546 | 9/6/2018 | $2,658.51 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915029 | $27,822.28 | 9/28/2018 | 187668.2 | 8/9/2018 | $789.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914917 | $20,861.81 | 9/21/2018 | IN184857 | 9/14/2018 | $615.62 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914917 | $20,861.81 | 9/21/2018 | IN184850 | 9/14/2018 | $5,075.27 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914917 | $20,861.81 | 9/21/2018 | IN184849 | 9/14/2018 | $2,601.38 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914917 | $20,861.81 | 9/21/2018 | IN184820 | 9/13/2018 | $4,322.17 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914917 | $20,861.81 | 9/21/2018 | IN184813 | 9/13/2018 | $2,481.74 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914809 | $46,736.41 | 9/14/2018 | IN183566 | 8/16/2018 | $1,664.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914917 | $20,861.81 | 9/21/2018 | IN184573-2 | 9/7/2018 | $95.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915029 | $27,822.28 | 9/28/2018 | IN185134 | 9/19/2018 | $5,633.21 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914809 | $46,736.41 | 9/14/2018 | IN184465 | 9/5/2018 | $5,549.49 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914809 | $46,736.41 | 9/14/2018 | IN184456 | 9/5/2018 | $2,343.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914809 | $46,736.41 | 9/14/2018 | IN184442 | 9/5/2018 | $3,313.53 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914809 | $46,736.41 | 9/14/2018 | IN184436 | 9/5/2018 | $6,696.14 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914809 | $46,736.41 | 9/14/2018 | IN183614 | 8/16/2018 | $3,674.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914484 | $37,364.88 | 8/24/2018 | IN182805 | 8/1/2018 | $3,067.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914917 | $20,861.81 | 9/21/2018 | IN184805 | 9/13/2018 | $5,670.63 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915143 | $13,098.26 | 10/9/2018 | IN184444 | 9/5/2018 | $147.87 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915197 | $7,872.11 | 10/12/2018 | IN185785 | 10/3/2018 | $4,545.75 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915197 | $7,872.11 | 10/12/2018 | IN185114 | 9/19/2018 | $789.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915143 | $13,098.26 | 10/9/2018 | IN185565 | 9/27/2018 | $812.62 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915143 | $13,098.26 | 10/9/2018 | IN185544 | 9/27/2018 | $3,350.99 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915143 | $13,098.26 | 10/9/2018 | IN185543 | 9/27/2018 | $2,605.53 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915143 | $13,098.26 | 10/9/2018 | IN185525 | 9/26/2018 | $2,295.36 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915029 | $27,822.28 | 9/28/2018 | IN184182 | 8/29/2018 | $398.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915143 | $13,098.26 | 10/9/2018 | IN184498 | 9/6/2018 | $3,513.70 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915029 | $27,822.28 | 9/28/2018 | IN184254 | 8/30/2018 | $8,961.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915029 | $27,822.28 | 9/28/2018 | IN185406 | 9/24/2018 | $68.42 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915029 | $27,822.28 | 9/28/2018 | IN185213 | 9/20/2018 | $1,809.44 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915029 | $27,822.28 | 9/28/2018 | IN185206 | 9/20/2018 | $2,091.15 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915029 | $27,822.28 | 9/28/2018 | IN185204 | 9/20/2018 | $2,052.74 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915029 | $27,822.28 | 9/28/2018 | IN185143 | 9/19/2018 | $5,879.45 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915029 | $27,822.28 | 9/28/2018 | IN185136 | 9/19/2018 | $139.87 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914809 | $46,736.41 | 9/14/2018 | IN183499 | 8/15/2018 | $5,429.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915143 | $13,098.26 | 10/9/2018 | IN184573-1 | 9/7/2018 | $372.19 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914484 | $37,364.88 | 8/24/2018 | IN183506 | 8/15/2018 | $2,374.70 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914607 | $55,504.87 | 8/31/2018 | IN183846 | 8/22/2018 | $140.85 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914607 | $55,504.87 | 8/31/2018 | IN183845 | 8/22/2018 | $964.61 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914607 | $55,504.87 | 8/31/2018 | IN183834 | 8/22/2018 | $8,408.93 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914607 | $55,504.87 | 8/31/2018 | IN183826 | 8/22/2018 | $4,111.59 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914607 | $55,504.87 | 8/31/2018 | IN183824 | 8/22/2018 | $3,961.63 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914607 | $55,504.87 | 8/31/2018 | IN183821 | 8/22/2018 | $10,358.02 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914809 | $46,736.41 | 9/14/2018 | IN183575 | 8/16/2018 | $6,983.15 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914484 | $37,364.88 | 8/24/2018 | IN183510 | 8/15/2018 | $1,815.53 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914607 | $55,504.87 | 8/31/2018 | IN183893 | 8/22/2018 | $6,753.45 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914484 | $37,364.88 | 8/24/2018 | IN183159 | 8/9/2018 | $1,781.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914484 | $37,364.88 | 8/24/2018 | IN183133 | 8/8/2018 | $3,278.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914484 | $37,364.88 | 8/24/2018 | IN183092 | 8/8/2018 | $225.47 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914484 | $37,364.88 | 8/24/2018 | IN183080 | 8/8/2018 | $138.69 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914484 | $37,364.88 | 8/24/2018 | IN183077 | 8/8/2018 | $1,506.69 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915197 | $7,872.11 | 10/12/2018 | IN185800 | 10/3/2018 | $2,537.36 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914484 | $37,364.88 | 8/24/2018 | IN183529 | 8/15/2018 | $2,818.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914710 | $18,899.64 | 9/7/2018 | IN184241 | 8/30/2018 | $295.50 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914809 | $46,736.41 | 9/14/2018 | IN183486 | 8/15/2018 | $220.88 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914809 | $46,736.41 | 9/14/2018 | IN183481 | 8/15/2018 | $8,066.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914809 | $46,736.41 | 9/14/2018 | IN183480 | 8/15/2018 | $2,085.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914809 | $46,736.41 | 9/14/2018 | IN183478 | 8/15/2018 | $53.20 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914809 | $46,736.41 | 9/14/2018 | IN183464 | 8/15/2018 | $797.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914809 | $46,736.41 | 9/14/2018 | IN183460 | 8/15/2018 | $425.13 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914607 | $55,504.87 | 8/31/2018 | IN183850 | 8/22/2018 | $2,571.24 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914710 | $18,899.64 | 9/7/2018 | IN184243 | 8/30/2018 | $994.31 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914607 | $55,504.87 | 8/31/2018 | IN183853 | 8/22/2018 | $10,809.55 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914710 | $18,899.64 | 9/7/2018 | IN184237 | 8/30/2018 | $2,798.38 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914710 | $18,899.64 | 9/7/2018 | IN184203 | 8/29/2018 | $738.75 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914710 | $18,899.64 | 9/7/2018 | IN184195 | 8/29/2018 | $4,989.03 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914710 | $18,899.64 | 9/7/2018 | IN184177 | 8/29/2018 | $2,620.10 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914607 | $55,504.87 | 8/31/2018 | IN183916 | 5/23/2018 | $3,054.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914607 | $55,504.87 | 8/31/2018 | IN183900 | 5/23/2018 | $4,371.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914484 | $37,364.88 | 8/24/2018 | IN182829 | 8/2/2018 | $114.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914710 | $18,899.64 | 9/7/2018 | IN184276 | 8/31/2018 | $6,463.57 |

**Totals:**    12 transfer(s),    $319,434.68