

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | | | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |

| | |
|---|---|
| Defendant: | **PR Newswire Association LLC fdba PR Newswire, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004252 | $450.00 | 9/7/2018 | 103169004 | 6/20/2018 | $450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998562 | $11,313.50 | 8/28/2018 | 103162169 | 6/8/2018 | $11,313.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996092 | $1,348.00 | 8/20/2018 | 103148029 | 5/23/2018 | $1,348.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993983 | $450.00 | 8/16/2018 | 103155606 | 5/31/2018 | $450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993245 | $450.00 | 8/15/2018 | 103154261 | 5/30/2018 | $450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988948 | $945.00 | 8/7/2018 | 103148072 | 5/22/2018 | $945.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988318 | $1,049.00 | 8/2/2018 | 103147614 | 5/21/2018 | $1,049.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984913 | $450.00 | 7/26/2018 | 103142100 | 5/14/2018 | $450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982817 | $450.00 | 7/23/2018 | 103135437 | 5/9/2018 | $450.00 |

**Totals:** 9 transfer(s), $16,905.50