ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Prairie Mountain Publishing Company LLP dba Praire Mountain Media** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62086629 | $4,024.24 | 9/26/2018 | 6181050557 | 7/2/2018 | $242.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086629 | $4,024.24 | 9/26/2018 | 6181050038 | 7/2/2018 | $1,286.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086629 | $4,024.24 | 9/26/2018 | 6181049174 | 7/2/2018 | $2,496.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084594 | $5,030.30 | 8/21/2018 | 5181050557 | 6/1/2018 | $302.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084594 | $5,030.30 | 8/21/2018 | 5181050038 | 6/1/2018 | $1,607.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084594 | $5,030.30 | 8/21/2018 | 5181049174 | 6/1/2018 | $3,120.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082851 | $4,024.24 | 7/19/2018 | 4181050557 | 5/1/2018 | $242.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082851 | $4,024.24 | 7/19/2018 | 4181050038 | 5/1/2018 | $1,286.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082851 | $4,024.24 | 7/19/2018 | 4181049174 | 5/1/2018 | $2,496.00 |

**Totals:**    **3 transfer(s),    $13,078.78**

Prairie Mountain Publishing Company LLP dba Praire Mountain Media (2219706)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                    Exhibit A                                    P. 1