**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Pressman Toy Corporation** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002934 | $7,970.86 | 8/22/2018 | PSINV19786 | 7/30/2018 | $788.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984001 | $5,175.94 | 7/17/2018 | CD3102795ED | 7/13/2018 | $827.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998566 | $20,572.18 | 8/14/2018 | PSINV15348 | 7/16/2018 | $3,896.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999409 | $976.49 | 8/15/2018 | PSINV15740 | 7/23/2018 | $1,033.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002053 | $24,361.07 | 8/21/2018 | CD3103033ED | 8/17/2018 | $1,092.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002053 | $24,361.07 | 8/21/2018 | PSINV15345 | 7/16/2018 | $1,173.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002053 | $24,361.07 | 8/21/2018 | PSINV15347 | 7/16/2018 | $2,760.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002053 | $24,361.07 | 8/21/2018 | PSINV15350 | 7/16/2018 | $516.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002053 | $24,361.07 | 8/21/2018 | PSINV19646 | 7/25/2018 | $8,063.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002053 | $24,361.07 | 8/21/2018 | PSINV19647 | 7/25/2018 | $10,754.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998566 | $20,572.18 | 8/14/2018 | CD3103000ED | 8/10/2018 | $694.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002934 | $7,970.86 | 8/22/2018 | PSINV19649 | 7/25/2018 | $3,758.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997409 | $1,897.20 | 8/10/2018 | CD3102990ED | 8/8/2018 | $1,897.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003531 | $19,727.99 | 8/23/2018 | PSINV15739 | 7/23/2018 | $176.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003531 | $19,727.99 | 8/23/2018 | PSINV19644 | 7/25/2018 | $6,591.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003531 | $19,727.99 | 8/23/2018 | PSINV19648 | 7/25/2018 | $12,960.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004255 | $4,028.94 | 8/24/2018 | PSINV15346 | 7/16/2018 | $4,028.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004882 | $1,719.38 | 8/27/2018 | CD3103052ED | 8/23/2018 | $1,719.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005458 | $12,150.51 | 8/28/2018 | PSINV15737 | 7/23/2018 | $381.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005458 | $12,150.51 | 8/28/2018 | PSINV15741 | 7/23/2018 | $1,028.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005458 | $12,150.51 | 8/28/2018 | PSINV19645 | 7/25/2018 | $9,691.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005458 | $12,150.51 | 8/28/2018 | PSINV19936 | 8/3/2018 | $1,048.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002934 | $7,970.86 | 8/22/2018 | PSINV15349 | 7/16/2018 | $3,477.11 |

Pressman Toy Corporation (2220027)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                             Exhibit A                                             P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987433 | $774.00 | 7/24/2018 | PSINV13527 | 5/23/2018 | $742.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984001 | $5,175.94 | 7/17/2018 | PSINV13523 | 5/23/2018 | $1,121.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984001 | $5,175.94 | 7/17/2018 | PSINV13524 | 5/23/2018 | $1,280.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984001 | $5,175.94 | 7/17/2018 | PSINV13525 | 5/23/2018 | $1,251.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984001 | $5,175.94 | 7/17/2018 | PSINV14217 | 6/15/2018 | $218.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984001 | $5,175.94 | 7/17/2018 | PSINV14390 | 6/18/2018 | $172.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984001 | $5,175.94 | 7/17/2018 | PSINV14391 | 6/18/2018 | $229.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984001 | $5,175.94 | 7/17/2018 | PSINV14392 | 6/18/2018 | $74.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985520 | $760.41 | 7/19/2018 | CD3102827ED | 7/17/2018 | $238.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985520 | $760.41 | 7/19/2018 | PSINV13091 | 5/8/2018 | $568.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998566 | $20,572.18 | 8/14/2018 | PSINV15067 | 7/10/2018 | $15,981.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987433 | $774.00 | 7/24/2018 | CD3102869ED | 7/20/2018 | $31.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006975 | $490.31 | 8/30/2018 | PSINV19788 | 7/30/2018 | $97.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988319 | $842.92 | 7/25/2018 | PSINV13090 | 5/8/2018 | $909.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988949 | $147.32 | 7/26/2018 | CD3102885ED | 7/24/2018 | $147.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989662 | $40.80 | 7/27/2018 | CD3102899ED | 7/25/2018 | $40.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995030 | $2,461.74 | 8/7/2018 | PSINV15066 | 7/10/2018 | $10,619.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995030 | $2,461.74 | 8/7/2018 | PSINV15070 | 7/10/2018 | $17,843.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995030 | $2,461.74 | 8/7/2018 | PSINV15072 | 7/10/2018 | $6,066.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996093 | $12,536.28 | 8/8/2018 | PSINV15069 | 7/10/2018 | $12,639.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996714 | $21,342.31 | 8/9/2018 | PSINV13092-2724 | 5/8/2018 | $2,640.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996714 | $21,342.31 | 8/9/2018 | PSINV15071 | 7/10/2018 | $21,452.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986224 | $2,681.41 | 7/20/2018 | PSINV13526 | 5/23/2018 | $2,681.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023569 | $19,604.80 | 10/2/2018 | CD3103163ED | 9/28/2018 | $518.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016452 | $1,976.41 | 9/18/2018 | PSINV20242 | 8/13/2018 | $49.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017308 | $1,171.07 | 9/19/2018 | PSINV20739 | 8/24/2018 | $1,200.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019928 | $712.72 | 9/25/2018 | PSINV20473 | 8/20/2018 | $381.48 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781019928 | $712.72 | 9/25/2018 | PSINV20475 | 8/20/2018 | $254.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019928 | $712.72 | 9/25/2018 | PSINV20478 | 8/20/2018 | $76.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020817 | $7,515.54 | 9/26/2018 | PSINV20477 | 8/20/2018 | $985.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020817 | $7,515.54 | 9/26/2018 | PSINV21143 | 8/31/2018 | $2,096.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020817 | $7,515.54 | 9/26/2018 | PSINV21146 | 8/31/2018 | $3,603.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020817 | $7,515.54 | 9/26/2018 | PSINV21147 | 8/31/2018 | $1,048.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006303 | $263.09 | 8/29/2018 | PSINV20005 | 8/6/2018 | $387.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021459 | $2,966.79 | 9/27/2018 | PSINV21233 | 9/5/2018 | $2,358.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016452 | $1,976.41 | 9/18/2018 | PSINV20239 | 8/13/2018 | $205.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023569 | $19,604.80 | 10/2/2018 | PSINV20740 | 8/24/2018 | $2,269.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023569 | $19,604.80 | 10/2/2018 | PSINV20811 | 8/27/2018 | $277.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023569 | $19,604.80 | 10/2/2018 | PSINV20812-9771 | 8/27/2018 | $189.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023569 | $19,604.80 | 10/2/2018 | PSINV20812-9773 | 8/27/2018 | $453.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023569 | $19,604.80 | 10/2/2018 | PSINV20813 | 8/27/2018 | $639.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023569 | $19,604.80 | 10/2/2018 | PSINV21078 | 8/31/2018 | $5,389.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023569 | $19,604.80 | 10/2/2018 | PSINV21144 | 8/31/2018 | $2,555.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023569 | $19,604.80 | 10/2/2018 | PSINV21145 | 8/31/2018 | $2,489.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023569 | $19,604.80 | 10/2/2018 | PSINV21247 | 9/6/2018 | $5,012.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021459 | $2,966.79 | 9/27/2018 | PSINV20474 | 8/20/2018 | $608.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013036 | $5,143.69 | 9/11/2018 | PSINV19983 | 8/6/2018 | $294.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024591 | $1,556.45 | 10/3/2018 | PSINV21249 | 9/6/2018 | $1,605.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008418 | $221.36 | 9/3/2018 | CD3103065ED | 8/30/2018 | $221.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009124 | $1,473.17 | 9/4/2018 | CD3103074ED | 8/31/2018 | $1,133.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009124 | $1,473.17 | 9/4/2018 | PSINV19783 | 7/30/2018 | $339.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010439 | $420.05 | 9/5/2018 | PSINV19784 | 7/30/2018 | $327.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010439 | $420.05 | 9/5/2018 | PSINV19785 | 7/30/2018 | $231.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011238 | $860.32 | 9/6/2018 | PSINV19787 | 7/30/2018 | $860.32 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013036 | $5,143.69 | 9/11/2018 | PSINV19979 | 8/6/2018 | $622.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013036 | $5,143.69 | 9/11/2018 | PSINV19980 | 8/6/2018 | $950.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016452 | $1,976.41 | 9/18/2018 | PSINV20241-9770 | 8/13/2018 | $998.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013036 | $5,143.69 | 9/11/2018 | PSINV19982 | 8/6/2018 | $1,244.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016452 | $1,976.41 | 9/18/2018 | PSINV20241-9768 | 8/13/2018 | $56.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013036 | $5,143.69 | 9/11/2018 | PSINV20002 | 8/6/2018 | $564.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013036 | $5,143.69 | 9/11/2018 | PSINV20007 | 8/6/2018 | $82.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013036 | $5,143.69 | 9/11/2018 | PSINV20240 | 8/13/2018 | $598.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013891 | $2,043.07 | 9/12/2018 | PSINV20004 | 8/6/2018 | $154.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013891 | $2,043.07 | 9/12/2018 | PSINV20006 | 8/6/2018 | $1,091.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013891 | $2,043.07 | 9/12/2018 | PSINV20476 | 8/20/2018 | $895.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014542 | $401.50 | 9/13/2018 | PSINV20003 | 8/6/2018 | $401.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016452 | $1,976.41 | 9/18/2018 | PSINV20237 | 8/13/2018 | $394.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016452 | $1,976.41 | 9/18/2018 | PSINV20238 | 8/13/2018 | $329.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006975 | $490.31 | 8/30/2018 | PSINV15738 | 7/23/2018 | $392.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013036 | $5,143.69 | 9/11/2018 | PSINV19981 | 8/6/2018 | $786.24 |

Totals:   35 transfer(s),   $186,988.09