**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **PROTECH Delivery & Assembly** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991787 | $716.00 | 8/13/2018 | 46472 | 6/27/2018 | $312.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988955 | $3,794.00 | 8/7/2018 | 48017 | 5/18/2018 | $308.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988955 | $3,794.00 | 8/7/2018 | 48018 | 5/19/2018 | $300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988955 | $3,794.00 | 8/7/2018 | 48075 | 5/17/2018 | $300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988955 | $3,794.00 | 8/7/2018 | 48076 | 5/17/2018 | $358.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988955 | $3,794.00 | 8/7/2018 | 48077 | 5/19/2018 | $362.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989667 | $468.00 | 8/8/2018 | 42323 | 6/22/2018 | $376.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989667 | $468.00 | 8/8/2018 | 48136 | 6/22/2018 | $92.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990941 | $1,858.00 | 8/10/2018 | 42324 | 6/26/2018 | $258.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990941 | $1,858.00 | 8/10/2018 | 45371 | 6/26/2018 | $174.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990941 | $1,858.00 | 8/10/2018 | 47548 | 6/26/2018 | $372.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990941 | $1,858.00 | 8/10/2018 | 48137 | 6/25/2018 | $444.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990941 | $1,858.00 | 8/10/2018 | 48138 | 6/26/2018 | $380.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997412 | $622.00 | 8/22/2018 | 42343 | 7/6/2018 | $290.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991787 | $716.00 | 8/13/2018 | 46471 | 6/27/2018 | $216.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988955 | $3,794.00 | 8/7/2018 | 47802 | 5/17/2018 | $342.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991787 | $716.00 | 8/13/2018 | 48141 | 6/27/2018 | $188.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992492 | $1,144.00 | 8/14/2018 | 42339 | 6/28/2018 | $374.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992492 | $1,144.00 | 8/14/2018 | 42340 | 6/28/2018 | $442.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992492 | $1,144.00 | 8/14/2018 | 48142 | 6/28/2018 | $328.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993254 | $752.00 | 8/15/2018 | 42338 | 6/29/2018 | $404.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993254 | $752.00 | 8/15/2018 | 46473 | 6/29/2018 | $348.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994009 | $210.00 | 8/16/2018 | 48143 | 6/30/2018 | $210.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995038 | $1,136.00 | 8/17/2018 | 42341 | 7/3/2018 | $450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995038 | $1,136.00 | 8/17/2018 | 42342 | 7/3/2018 | $332.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995038 | $1,136.00 | 8/17/2018 | 48144 | 7/3/2018 | $322.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995038 | $1,136.00 | 8/17/2018 | 48145 | 7/3/2018 | $32.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996716 | $476.00 | 8/21/2018 | 48146 | 7/5/2018 | $358.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980690 | $2,640.00 | 7/18/2018 | 42337 | 6/5/2018 | $380.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990941 | $1,858.00 | 8/10/2018 | 48139 | 6/24/2018 | $230.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984004 | $1,712.00 | 7/25/2018 | 48128 | 6/11/2018 | $108.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980690 | $2,640.00 | 7/18/2018 | 46460 | 1/21/2018 | $727.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980690 | $2,640.00 | 7/18/2018 | 46483 | 1/23/2018 | $435.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980690 | $2,640.00 | 7/18/2018 | 47810 | 6/3/2018 | $338.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980690 | $2,640.00 | 7/18/2018 | 47811 | 6/4/2018 | $316.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980690 | $2,640.00 | 7/18/2018 | 48024 | 6/5/2018 | $444.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981527 | $456.00 | 7/19/2018 | 48125 | 6/6/2018 | $328.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981527 | $456.00 | 7/19/2018 | 48126 | 6/6/2018 | $128.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982161 | $990.00 | 7/20/2018 | 42331 | 6/7/2018 | $374.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982161 | $990.00 | 7/20/2018 | 42332 | 6/7/2018 | $404.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982161 | $990.00 | 7/20/2018 | 48129 | 6/7/2018 | $212.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982823 | $648.00 | 7/23/2018 | 42328 | 6/8/2018 | $440.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982823 | $648.00 | 7/23/2018 | 42330 | 6/8/2018 | $208.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984004 | $1,712.00 | 7/25/2018 | 42329 | 6/12/2018 | $358.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988955 | $3,794.00 | 8/7/2018 | 47804 | 5/21/2018 | $336.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986229 | $678.00 | 7/30/2018 | 47589 | 6/15/2018 | $368.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997412 | $622.00 | 8/22/2018 | 42344 | 7/6/2018 | $332.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988955 | $3,794.00 | 8/7/2018 | 47801 | 5/16/2018 | $148.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988955 | $3,794.00 | 8/7/2018 | 46470 | 5/26/2018 | $340.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988955 | $3,794.00 | 8/7/2018 | 46466 | 5/23/2018 | $280.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988955 | $3,794.00 | 8/7/2018 | 42322 | 6/21/2018 | $440.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984004 | $1,712.00 | 7/25/2018 | 45335 | 5/12/2018 | $420.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987436 | $770.00 | 8/1/2018 | 42333 | 6/19/2018 | $372.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984004 | $1,712.00 | 7/25/2018 | 48127 | 6/10/2018 | $302.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986229 | $678.00 | 7/30/2018 | 42336 | 6/15/2018 | $310.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985523 | $238.00 | 7/27/2018 | 48133 | 6/14/2018 | $238.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984919 | $188.00 | 7/26/2018 | 48131 | 6/13/2018 | $188.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984004 | $1,712.00 | 7/25/2018 | 48132 | 6/10/2018 | $338.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984004 | $1,712.00 | 7/25/2018 | 48130 | 6/12/2018 | $186.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988955 | $3,794.00 | 8/7/2018 | 47803 | 5/18/2018 | $280.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987436 | $770.00 | 8/1/2018 | 42334 | 6/19/2018 | $398.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010443 | $1,836.00 | 9/19/2018 | 46463 | 2/16/2018 | $1,115.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004257 | $782.00 | 9/7/2018 | 48452 | 7/20/2018 | $360.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005461 | $1,052.00 | 9/11/2018 | 42350 | 7/24/2018 | $438.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005461 | $1,052.00 | 9/11/2018 | 48163 | 7/22/2018 | $284.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005461 | $1,052.00 | 9/11/2018 | 48451 | 7/24/2018 | $330.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006977 | $602.00 | 9/13/2018 | 48165 | 7/26/2018 | $350.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006977 | $602.00 | 9/13/2018 | 48166 | 7/26/2018 | $252.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007750 | $634.00 | 9/14/2018 | 48167 | 7/27/2018 | $270.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007750 | $634.00 | 9/14/2018 | 48453 | 7/27/2018 | $364.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008433 | $1,094.00 | 9/17/2018 | 48419 | 7/28/2018 | $354.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008433 | $1,094.00 | 9/17/2018 | 48454 | 7/28/2018 | $440.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008433 | $1,094.00 | 9/17/2018 | 48455 | 7/28/2018 | $300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009131 | $1,016.00 | 9/18/2018 | 48168 | 7/30/2018 | $240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996716 | $476.00 | 8/21/2018 | 48147 | 7/5/2018 | $118.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009131 | $1,016.00 | 9/18/2018 | 48456 | 7/31/2018 | $440.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003535 | $816.00 | 9/6/2018 | 48161 | 7/19/2018 | $364.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781010443 | $1,836.00 | 9/19/2018 | 47608 | 10/2/2017 | $375.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010443 | $1,836.00 | 9/19/2018 | 48171 | 8/1/2018 | $346.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011241 | $814.00 | 9/20/2018 | 48420 | 8/2/2018 | $366.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011241 | $814.00 | 9/20/2018 | 48421 | 8/2/2018 | $448.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011833 | $762.00 | 9/21/2018 | 48423 | 8/3/2018 | $430.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011833 | $762.00 | 9/21/2018 | 48424 | 8/3/2018 | $332.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012453 | $398.00 | 9/24/2018 | 48422 | 8/4/2018 | $398.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013038 | $972.00 | 9/25/2018 | 48172 | 8/5/2018 | $206.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013038 | $972.00 | 9/25/2018 | 48173 | 8/6/2018 | $312.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013038 | $972.00 | 9/25/2018 | 48174 | 8/7/2018 | $206.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013038 | $972.00 | 9/25/2018 | 48175 | 8/6/2018 | $248.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013894 | $354.00 | 9/26/2018 | 47813 | 8/8/2018 | $354.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014546 | $690.00 | 9/27/2018 | 48176 | 8/9/2018 | $244.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009131 | $1,016.00 | 9/18/2018 | 48169 | 7/31/2018 | $336.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000798 | $420.00 | 8/31/2018 | 46480 | 7/13/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998020 | $268.00 | 8/23/2018 | 48148 | 7/7/2018 | $268.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998568 | $1,968.00 | 8/28/2018 | 42345 | 7/9/2018 | $474.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998568 | $1,968.00 | 8/28/2018 | 42347 | 7/9/2018 | $268.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998568 | $1,968.00 | 8/28/2018 | 47978 | 7/10/2018 | $436.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998568 | $1,968.00 | 8/28/2018 | 48149 | 7/8/2018 | $70.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998568 | $1,968.00 | 8/28/2018 | 48150 | 7/9/2018 | $330.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998568 | $1,968.00 | 8/28/2018 | 48151 | 7/9/2018 | $112.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998568 | $1,968.00 | 8/28/2018 | 48152 | 7/10/2018 | $182.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998568 | $1,968.00 | 8/28/2018 | 48153 | 7/10/2018 | $96.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999412 | $644.00 | 8/29/2018 | 46482 | 7/11/2018 | $372.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999412 | $644.00 | 8/29/2018 | 48154 | 7/11/2018 | $272.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000051 | $1,334.00 | 8/30/2018 | 45372 | 6/12/2018 | $266.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781000051 | $1,334.00 | 8/30/2018 | 48155 | 7/12/2018 | $312.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004257 | $782.00 | 9/7/2018 | 48162 | 7/20/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002055 | $1,898.00 | 9/4/2018 | 48157 | 7/16/2018 | $196.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014546 | $690.00 | 9/27/2018 | 48427 | 8/9/2018 | $446.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003535 | $816.00 | 9/6/2018 | 42346 | 7/19/2018 | $452.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002936 | $418.00 | 9/5/2018 | 48160 | 7/18/2018 | $180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002936 | $418.00 | 9/5/2018 | 48159 | 7/18/2018 | $238.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002055 | $1,898.00 | 9/4/2018 | 48448 | 7/16/2018 | $364.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000051 | $1,334.00 | 8/30/2018 | 48449 | 7/12/2018 | $354.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002055 | $1,898.00 | 9/4/2018 | 48158 | 7/17/2018 | $258.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000051 | $1,334.00 | 8/30/2018 | 48450 | 7/12/2018 | $402.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002055 | $1,898.00 | 9/4/2018 | 48156 | 7/16/2018 | $340.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002055 | $1,898.00 | 9/4/2018 | 42349 | 7/16/2018 | $320.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001451 | $720.00 | 9/3/2018 | 48025 | 6/14/2018 | $542.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001451 | $720.00 | 9/3/2018 | 46479 | 7/14/2018 | $178.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000798 | $420.00 | 8/31/2018 | 46481 | 7/13/2018 | $270.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004257 | $782.00 | 9/7/2018 | 48067 | 7/20/2018 | $334.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002055 | $1,898.00 | 9/4/2018 | 48447 | 7/16/2018 | $420.00 |

Totals:    41 transfer(s),    $38,988.00