**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **PVH Corp. dba Warner's** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998897 | $16,458.45 | 8/29/2018 | 25918963 | 7/2/2018 | $668.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993394 | $5,037.10 | 8/17/2018 | 25891248 | 6/26/2018 | $637.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993394 | $5,037.10 | 8/17/2018 | 25891251 | 6/26/2018 | $7.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993394 | $5,037.10 | 8/17/2018 | 25891255 | 6/26/2018 | $4,369.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998897 | $16,458.45 | 8/29/2018 | 25891237 | 6/26/2018 | $886.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998897 | $16,458.45 | 8/29/2018 | 25891240 | 6/26/2018 | $34.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998897 | $16,458.45 | 8/29/2018 | 25891247 | 6/26/2018 | $4,379.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998897 | $16,458.45 | 8/29/2018 | 25918957 | 7/2/2018 | $46.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002393 | $15,361.92 | 9/5/2018 | 25950185 | 7/9/2018 | $3,547.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998897 | $16,458.45 | 8/29/2018 | 25918961 | 7/2/2018 | $4,349.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991880 | $4,803.53 | 8/15/2018 | 25862273 | 6/19/2018 | $26.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998897 | $16,458.45 | 8/29/2018 | 25918964 | 7/2/2018 | $5,050.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998897 | $16,458.45 | 8/29/2018 | 25920276 | 7/3/2018 | $1,025.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000147 | $9,093.04 | 8/30/2018 | 25920277 | 7/3/2018 | $4,620.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000147 | $9,093.04 | 8/30/2018 | 25920278 | 7/3/2018 | $4,376.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000147 | $9,093.04 | 8/30/2018 | 25920279 | 7/3/2018 | $96.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002393 | $15,361.92 | 9/5/2018 | 25950181 | 7/9/2018 | $2,794.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002393 | $15,361.92 | 9/5/2018 | 25950182 | 7/9/2018 | $4,401.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981010 | $12,101.41 | 7/18/2018 | 25758185 | 5/29/2018 | $115.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998897 | $16,458.45 | 8/29/2018 | 25918960 | 7/2/2018 | $18.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982932 | $29,031.47 | 7/25/2018 | 25811681 | 6/5/2018 | $11,500.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981010 | $12,101.41 | 7/18/2018 | 25758187 | 5/29/2018 | $3,747.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981010 | $12,101.41 | 7/18/2018 | 25758188 | 5/29/2018 | $3,573.12 |

PVH Corp. dba Warner's (2219896)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jan 27, 2020                                Exhibit A                                P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981010 | $12,101.41 | 7/18/2018 | 25758192 | 5/29/2018 | $115.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981010 | $12,101.41 | 7/18/2018 | 25758200 | 5/29/2018 | $4,509.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981010 | $12,101.41 | 7/18/2018 | 25758201 | 5/29/2018 | $40.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982932 | $29,031.47 | 7/25/2018 | 25758180 | 5/29/2018 | $2,087.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982932 | $29,031.47 | 7/25/2018 | 25758181 | 5/29/2018 | $4,139.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982932 | $29,031.47 | 7/25/2018 | 25758197 | 5/29/2018 | $2,703.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993394 | $5,037.10 | 8/17/2018 | 25891243 | 6/26/2018 | $22.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982932 | $29,031.47 | 7/25/2018 | 25758199 | 5/29/2018 | $23.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992591 | $7,247.10 | 8/16/2018 | 25862271 | 6/19/2018 | $7,247.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982932 | $29,031.47 | 7/25/2018 | 25811682 | 6/5/2018 | $6,338.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982932 | $29,031.47 | 7/25/2018 | 25811683 | 6/5/2018 | $240.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982932 | $29,031.47 | 7/25/2018 | 25811684 | 6/5/2018 | $993.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991273 | $6,044.54 | 8/10/2018 | Multiple | 6/19/2018 | $6,044.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991880 | $4,803.53 | 8/15/2018 | 25862269 | 6/19/2018 | $2,931.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991880 | $4,803.53 | 8/15/2018 | 25862270 | 6/19/2018 | $17.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991880 | $4,803.53 | 8/15/2018 | 25862272 | 6/19/2018 | $1,828.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002393 | $15,361.92 | 9/5/2018 | 25950187 | 7/9/2018 | $34.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982932 | $29,031.47 | 7/25/2018 | 25758198 | 5/29/2018 | $1,004.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013366 | $274,670.68 | 10/1/2018 | 26026721 | 7/30/2018 | $65.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010656 | $231,059.21 | 9/19/2018 | 26004861 | 7/24/2018 | $5,533.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010656 | $231,059.21 | 9/19/2018 | 26004862 | 7/24/2018 | $476.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010656 | $231,059.21 | 9/19/2018 | 26004863 | 7/24/2018 | $4,777.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010656 | $231,059.21 | 9/19/2018 | 26004864 | 7/24/2018 | $19,564.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010656 | $231,059.21 | 9/19/2018 | 26004865 | 7/24/2018 | $1,011.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010656 | $231,059.21 | 9/19/2018 | 26004866 | 7/24/2018 | $11.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010656 | $231,059.21 | 9/19/2018 | 26028310 | 7/30/2018 | $19.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002393 | $15,361.92 | 9/5/2018 | 25950183 | 7/9/2018 | $4,583.04 |

PVH Corp. dba Warner's (2219896)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jan 27, 2020                                    Exhibit A                                    P. 2

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781010656 | $231,059.21 | 9/19/2018 | 26028319 | 7/30/2018 | $286.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010656 | $231,059.21 | 9/19/2018 | 26004858 | 7/24/2018 | $36,814.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013366 | $274,670.68 | 10/1/2018 | 26026722 | 7/30/2018 | $224,641.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013366 | $274,670.68 | 10/1/2018 | 26026723 | 7/30/2018 | $41,502.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013366 | $274,670.68 | 10/1/2018 | 26026724 | 7/30/2018 | $8,461.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014002 | $48,350.15 | 9/26/2018 | 26097311 | 8/6/2018 | $12,429.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014002 | $48,350.15 | 9/26/2018 | 26097314 | 8/6/2018 | $3,732.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014002 | $48,350.15 | 9/26/2018 | 26097324 | 8/6/2018 | $3,764.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014002 | $48,350.15 | 9/26/2018 | KM142541A | 9/8/2018 | $19,016.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014002 | $48,350.15 | 9/26/2018 | KM152342A | 9/8/2018 | $6,123.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010656 | $231,059.21 | 9/19/2018 | 26028315 | 7/30/2018 | $157,835.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009506 | $115,018.31 | 9/18/2018 | 26002712 | 7/23/2018 | $41,548.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004402 | $238.63 | 9/7/2018 | 25978460 | 7/16/2018 | $238.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009506 | $115,018.31 | 9/18/2018 | 26002693 | 7/23/2018 | $14,442.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009506 | $115,018.31 | 9/18/2018 | 26002697 | 7/23/2018 | $6,960.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009506 | $115,018.31 | 9/18/2018 | 26002698 | 7/23/2018 | $46.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009506 | $115,018.31 | 9/18/2018 | 26002699 | 7/23/2018 | $61.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009506 | $115,018.31 | 9/18/2018 | 26002705 | 7/23/2018 | $53.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009506 | $115,018.31 | 9/18/2018 | 26002708 | 7/23/2018 | $230.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009506 | $115,018.31 | 9/18/2018 | 26002709 | 7/23/2018 | $251.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010656 | $231,059.21 | 9/19/2018 | 26004860 | 7/24/2018 | $4,424.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009506 | $115,018.31 | 9/18/2018 | 26002711 | 7/23/2018 | $61.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010656 | $231,059.21 | 9/19/2018 | 26004859 | 7/24/2018 | $245.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009506 | $115,018.31 | 9/18/2018 | 26002713 | 7/23/2018 | $261.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009506 | $115,018.31 | 9/18/2018 | 26002714 | 7/23/2018 | $5,757.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009506 | $115,018.31 | 9/18/2018 | 26002717 | 7/23/2018 | $96.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009506 | $115,018.31 | 9/18/2018 | 26028309 | 7/30/2018 | $29,965.33 |

PVH Corp. dba Warner's (2219896)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jan 27, 2020                                           Exhibit A                                           P. 3

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009506 | $115,018.31 | 9/18/2018 | 26028314 | 7/30/2018 | $8,158.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010656 | $231,059.21 | 9/19/2018 | 26004856 | 7/24/2018 | $34.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010656 | $231,059.21 | 9/19/2018 | 26004857 | 7/24/2018 | $23.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014002 | $48,350.15 | 9/26/2018 | KM161962A | 9/8/2018 | $3,299.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009506 | $115,018.31 | 9/18/2018 | 26002710 | 7/23/2018 | $7,125.13 |

**Totals:**    14 transfer(s),    $774,515.54

PVH Corp. dba Warner's (2219896)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jan 27, 2020
Exhibit A
P. 4