**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Quest Products, LLC fdba Quest Products, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780994024 | $758.05 | 8/16/2018 | 6384315000-1 | 5/31/2018 | $6.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990360 | $496.75 | 8/9/2018 | 6367345000-1 | 5/29/2018 | $5.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990360 | $496.75 | 8/9/2018 | 6668735000-1 | 6/25/2018 | $24.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990360 | $496.75 | 8/9/2018 | 6678045000-1 | 6/25/2018 | $34.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990360 | $496.75 | 8/9/2018 | 6693245000-1 | 6/25/2018 | $28.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990360 | $496.75 | 8/9/2018 | 6694235000-1 | 6/26/2018 | $5.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990360 | $496.75 | 8/9/2018 | 6704135000-1 | 6/27/2018 | $10.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990360 | $496.75 | 8/9/2018 | 6724325000-1 | 6/28/2018 | $17.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994024 | $758.05 | 8/16/2018 | 6370705000-1 | 5/30/2018 | $20.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980139 | $483.56 | 7/17/2018 | 6065715000-1 | 5/2/2018 | $48.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994024 | $758.05 | 8/16/2018 | 6376855000-1 | 5/30/2018 | $23.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990360 | $496.75 | 8/9/2018 | 6365205000-1 | 5/29/2018 | $22.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994024 | $758.05 | 8/16/2018 | 6385295000-1 | 5/31/2018 | $32.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994024 | $758.05 | 8/16/2018 | 6385665000-1 | 5/31/2018 | $6.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994024 | $758.05 | 8/16/2018 | 6386725000-1 | 5/31/2018 | $19.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994024 | $758.05 | 8/16/2018 | 6388245000-1 | 5/31/2018 | $22.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994024 | $758.05 | 8/16/2018 | 6389775000-1 | 5/31/2018 | $11.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994024 | $758.05 | 8/16/2018 | 6389775000-2 | 5/31/2018 | $11.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994024 | $758.05 | 8/16/2018 | 6391105000-1 | 5/31/2018 | $6.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994024 | $758.05 | 8/16/2018 | 6396245000-1 | 6/1/2018 | $20.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994024 | $758.05 | 8/16/2018 | 6372115000-1 | 5/31/2018 | $28.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990360 | $496.75 | 8/9/2018 | 6357625000-1 | 5/29/2018 | $24.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990360 | $496.75 | 8/9/2018 | 6327735000-1 | 5/25/2018 | $6.99 |

Quest Products, LLC fdba Quest Products, Inc. (2219468)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                Exhibit A                                P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990360 | $496.75 | 8/9/2018 | 6327735000-2 | 5/25/2018 | $13.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990360 | $496.75 | 8/9/2018 | 6330255000-1 | 5/25/2018 | $52.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990360 | $496.75 | 8/9/2018 | 6332355000-1 | 5/29/2018 | $6.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990360 | $496.75 | 8/9/2018 | 6333825000-1 | 5/29/2018 | $17.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990360 | $496.75 | 8/9/2018 | 6334275000-1 | 5/29/2018 | $6.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990360 | $496.75 | 8/9/2018 | 6336895000-1 | 5/29/2018 | $16.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990360 | $496.75 | 8/9/2018 | 6349905000-1 | 5/29/2018 | $45.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990360 | $496.75 | 8/9/2018 | 6367305000-2 | 5/29/2018 | $18.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990360 | $496.75 | 8/9/2018 | 6356965000-1 | 5/29/2018 | $18.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990360 | $496.75 | 8/9/2018 | 6367305000-1 | 5/29/2018 | $29.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990360 | $496.75 | 8/9/2018 | 6358195000-1 | 5/29/2018 | $8.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990360 | $496.75 | 8/9/2018 | 6358205000-1 | 5/29/2018 | $24.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990360 | $496.75 | 8/9/2018 | 6358305000-1 | 5/29/2018 | $42.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990360 | $496.75 | 8/9/2018 | 6358935000-1 | 5/29/2018 | $32.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990360 | $496.75 | 8/9/2018 | 6361755000-1 | 5/29/2018 | $13.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990360 | $496.75 | 8/9/2018 | 6361915000-1 | 5/29/2018 | $33.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990360 | $496.75 | 8/9/2018 | 6362115000-1 | 5/29/2018 | $25.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990360 | $496.75 | 8/9/2018 | 6363395000-1 | 5/29/2018 | $32.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994024 | $758.05 | 8/16/2018 | 6402555000-1 | 6/1/2018 | $17.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990360 | $496.75 | 8/9/2018 | 6350705000-1 | 5/29/2018 | $8.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998031 | $1,168.86 | 8/23/2018 | 6440795000-1 | 6/7/2018 | $52.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994024 | $758.05 | 8/16/2018 | 6401595000-1 | 6/1/2018 | $10.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994024 | $758.05 | 8/16/2018 | 6453595000-1 | 6/5/2018 | $11.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994024 | $758.05 | 8/16/2018 | 6454575000-1 | 6/5/2018 | $18.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994024 | $758.05 | 8/16/2018 | 6721725000-1 | 6/29/2018 | $20.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994024 | $758.05 | 8/16/2018 | 6763075000-1 | 7/2/2018 | $13.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994024 | $758.05 | 8/16/2018 | 6765025000-1 | 7/2/2018 | $78.75 |

Quest Products, LLC fdba Quest Products, Inc. (2219468)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780994024 | $758.05 | 8/16/2018 | 6768135000-1 | 7/2/2018 | $10.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998031 | $1,168.86 | 8/23/2018 | 6437945000-1 | 6/7/2018 | $5.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994024 | $758.05 | 8/16/2018 | 6449945000-1 | 6/5/2018 | $20.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998031 | $1,168.86 | 8/23/2018 | 6440575000-1 | 6/7/2018 | $10.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994024 | $758.05 | 8/16/2018 | 6448575000-1 | 6/5/2018 | $14.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998031 | $1,168.86 | 8/23/2018 | 6458785000-1 | 6/6/2018 | $26.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998031 | $1,168.86 | 8/23/2018 | 6460765000-1 | 6/6/2018 | $6.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998031 | $1,168.86 | 8/23/2018 | 6464945000-1 | 6/6/2018 | $16.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998031 | $1,168.86 | 8/23/2018 | 6469195000-1 | 6/6/2018 | $6.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998031 | $1,168.86 | 8/23/2018 | 6469815000-1 | 6/6/2018 | $6.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998031 | $1,168.86 | 8/23/2018 | 6470235000-1 | 6/6/2018 | $12.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998031 | $1,168.86 | 8/23/2018 | 6470305000-1 | 6/6/2018 | $31.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998031 | $1,168.86 | 8/23/2018 | 6471005000-1 | 6/7/2018 | $9.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998031 | $1,168.86 | 8/23/2018 | 6472055000-1 | 6/7/2018 | $26.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998031 | $1,168.86 | 8/23/2018 | 6438945000-1 | 6/7/2018 | $6.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994024 | $758.05 | 8/16/2018 | 6426335000-1 | 6/4/2018 | $13.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990360 | $496.75 | 8/9/2018 | 6315125000-1 | 5/24/2018 | $11.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994024 | $758.05 | 8/16/2018 | 6405825000-1 | 6/4/2018 | $20.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994024 | $758.05 | 8/16/2018 | 6413175000-1 | 6/4/2018 | $6.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994024 | $758.05 | 8/16/2018 | 6413175000-2 | 6/4/2018 | $6.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994024 | $758.05 | 8/16/2018 | 6414625000-1 | 6/4/2018 | $24.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994024 | $758.05 | 8/16/2018 | 6419635000-1 | 6/4/2018 | $12.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994024 | $758.05 | 8/16/2018 | 6425275000-1 | 6/4/2018 | $20.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994024 | $758.05 | 8/16/2018 | 6425485000-1 | 6/4/2018 | $26.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994024 | $758.05 | 8/16/2018 | 6452685000-1 | 6/5/2018 | $5.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994024 | $758.05 | 8/16/2018 | 6425775000-1 | 6/4/2018 | $24.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994024 | $758.05 | 8/16/2018 | 6402285000-1 | 6/1/2018 | $6.99 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780994024 | $758.05 | 8/16/2018 | 6426675000-1 | 6/4/2018 | $20.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994024 | $758.05 | 8/16/2018 | 6427175000-1 | 6/4/2018 | $20.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994024 | $758.05 | 8/16/2018 | 6428025000-1 | 6/4/2018 | $5.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994024 | $758.05 | 8/16/2018 | 6428025000-2 | 6/4/2018 | $20.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994024 | $758.05 | 8/16/2018 | 6428455000-1 | 6/4/2018 | $20.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994024 | $758.05 | 8/16/2018 | 6429675000-1 | 6/4/2018 | $20.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994024 | $758.05 | 8/16/2018 | 6435025000-1 | 6/4/2018 | $20.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994024 | $758.05 | 8/16/2018 | 6442045000-1 | 6/4/2018 | $26.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994024 | $758.05 | 8/16/2018 | 6445695000-1 | 6/5/2018 | $8.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994024 | $758.05 | 8/16/2018 | 6425575000-1 | 6/4/2018 | $17.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983423 | $2,110.58 | 7/24/2018 | 6148875000-1 | 5/9/2018 | $6.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983423 | $2,110.58 | 7/24/2018 | 6184635000-1 | 5/14/2018 | $15.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980139 | $483.56 | 7/17/2018 | 6141545000-1 | 5/8/2018 | $11.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980139 | $483.56 | 7/17/2018 | 6394855000-1 | 6/1/2018 | $31.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980139 | $483.56 | 7/17/2018 | 6400475000-1 | 6/1/2018 | $28.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980139 | $483.56 | 7/17/2018 | 6401735000-1 | 6/1/2018 | $28.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980139 | $483.56 | 7/17/2018 | 6428385000-1 | 6/4/2018 | $24.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980139 | $483.56 | 7/17/2018 | 6431345000-1 | 6/4/2018 | $20.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980139 | $483.56 | 7/17/2018 | 6435585000-1 | 6/4/2018 | $14.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980139 | $483.56 | 7/17/2018 | 6133035000-1 | 5/7/2018 | $19.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983423 | $2,110.58 | 7/24/2018 | 6147205000-1 | 5/9/2018 | $12.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980139 | $483.56 | 7/17/2018 | 6129045000-1 | 5/7/2018 | $11.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983423 | $2,110.58 | 7/24/2018 | 6150185000-1 | 5/9/2018 | $11.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983423 | $2,110.58 | 7/24/2018 | 6152935000-1 | 5/10/2018 | $20.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983423 | $2,110.58 | 7/24/2018 | 6157425000-1 | 5/9/2018 | $24.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983423 | $2,110.58 | 7/24/2018 | 6157715000-1 | 5/10/2018 | $17.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983423 | $2,110.58 | 7/24/2018 | 6164205000-1 | 5/11/2018 | $31.49 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983423 | $2,110.58 | 7/24/2018 | 6164835000-1 | 5/11/2018 | $31.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983423 | $2,110.58 | 7/24/2018 | 6169925000-1 | 5/15/2018 | $33.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983423 | $2,110.58 | 7/24/2018 | 6170565000-1 | 5/11/2018 | $20.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990360 | $496.75 | 8/9/2018 | 6325745000-1 | 5/25/2018 | $18.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980139 | $483.56 | 7/17/2018 | 6448225000-1 | 6/5/2018 | $16.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980139 | $483.56 | 7/17/2018 | 6106045000-1-7493 | 5/7/2018 | $18.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980139 | $483.56 | 7/17/2018 | 6071275000-1 | 5/2/2018 | $10.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980139 | $483.56 | 7/17/2018 | 6078805000-1 | 5/3/2018 | $8.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980139 | $483.56 | 7/17/2018 | 6080795000-1 | 5/3/2018 | $14.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980139 | $483.56 | 7/17/2018 | 6086135000-1 | 5/3/2018 | $28.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980139 | $483.56 | 7/17/2018 | 6088115000-1 | 5/3/2018 | $6.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980139 | $483.56 | 7/17/2018 | 6090405000-1 | 5/4/2018 | $9.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980139 | $483.56 | 7/17/2018 | 6097405000-1 | 5/4/2018 | $10.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980139 | $483.56 | 7/17/2018 | 6099335000-1 | 5/4/2018 | $14.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980139 | $483.56 | 7/17/2018 | 6139935000-1 | 5/8/2018 | $19.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980139 | $483.56 | 7/17/2018 | 6105525000-1 | 5/8/2018 | $8.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983423 | $2,110.58 | 7/24/2018 | 6188585000-1 | 5/14/2018 | $6.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980139 | $483.56 | 7/17/2018 | 6110175000-1 | 5/7/2018 | $6.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980139 | $483.56 | 7/17/2018 | 6110175000-2 | 5/7/2018 | $13.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980139 | $483.56 | 7/17/2018 | 6114505000-1 | 5/7/2018 | $19.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980139 | $483.56 | 7/17/2018 | 6115785000-1 | 5/7/2018 | $24.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980139 | $483.56 | 7/17/2018 | 6115955000-1 | 5/7/2018 | $6.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980139 | $483.56 | 7/17/2018 | 6118675000-1 | 5/7/2018 | $18.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980139 | $483.56 | 7/17/2018 | 6119765000-1 | 5/7/2018 | $11.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980139 | $483.56 | 7/17/2018 | 6124205000-1 | 5/7/2018 | $48.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980139 | $483.56 | 7/17/2018 | 6127575000-1 | 5/7/2018 | $10.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980139 | $483.56 | 7/17/2018 | 6102665000-1 | 5/7/2018 | $11.19 |

Quest Products, LLC fdba Quest Products, Inc. (2219468)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986887 | $680.02 | 7/31/2018 | 6634575000-1 | 6/20/2018 | $17.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983423 | $2,110.58 | 7/24/2018 | 6178285000-1 | 5/14/2018 | $10.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986887 | $680.02 | 7/31/2018 | 6250785000-1 | 5/22/2018 | $5.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986887 | $680.02 | 7/31/2018 | 6257225000-1 | 5/21/2018 | $6.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986887 | $680.02 | 7/31/2018 | 6574975000-1 | 6/15/2018 | $14.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986887 | $680.02 | 7/31/2018 | 6589405000-1 | 6/18/2018 | $34.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986887 | $680.02 | 7/31/2018 | 6591165000-1 | 6/18/2018 | $10.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986887 | $680.02 | 7/31/2018 | 6605305000-1 | 6/18/2018 | $97.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986887 | $680.02 | 7/31/2018 | 6607355000-1 | 6/18/2018 | $195.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986887 | $680.02 | 7/31/2018 | 6238525000-1 | 5/22/2018 | $28.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986887 | $680.02 | 7/31/2018 | 6627065000-1 | 6/20/2018 | $10.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986887 | $680.02 | 7/31/2018 | 6235745000-1 | 5/18/2018 | $6.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986887 | $680.02 | 7/31/2018 | 6640365000-1 | 6/21/2018 | $38.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990360 | $496.75 | 8/9/2018 | 6234485000-1 | 5/23/2018 | $26.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990360 | $496.75 | 8/9/2018 | 6291615000-1 | 5/23/2018 | $10.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990360 | $496.75 | 8/9/2018 | 6292145000-1 | 5/23/2018 | $13.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990360 | $496.75 | 8/9/2018 | 6292365000-1 | 5/23/2018 | $27.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990360 | $496.75 | 8/9/2018 | 6293545000-1 | 5/23/2018 | $24.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990360 | $496.75 | 8/9/2018 | 6294915000-1 | 5/24/2018 | $9.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990360 | $496.75 | 8/9/2018 | 6314635000-1 | 5/25/2018 | $12.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998031 | $1,168.86 | 8/23/2018 | 6490185000-1 | 6/8/2018 | $5.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986887 | $680.02 | 7/31/2018 | 6613445000-1 | 6/18/2018 | $195.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986887 | $680.02 | 7/31/2018 | 6211065000-1 | 5/16/2018 | $11.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983423 | $2,110.58 | 7/24/2018 | 6202115000-1 | 5/15/2018 | $20.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983423 | $2,110.58 | 7/24/2018 | 6203935000-1 | 5/15/2018 | $24.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983423 | $2,110.58 | 7/24/2018 | 6205665000-1 | 5/15/2018 | $17.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983423 | $2,110.58 | 7/24/2018 | 6207155000-1 | 5/15/2018 | $6.99 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983423 | $2,110.58 | 7/24/2018 | 6504415000-1 | 6/11/2018 | $195.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983423 | $2,110.58 | 7/24/2018 | 6527075000-1 | 6/11/2018 | $48.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983423 | $2,110.58 | 7/24/2018 | 6540635000-1 | 6/12/2018 | $48.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983423 | $2,110.58 | 7/24/2018 | IN847230871-7494 | 4/6/2018 | $2,276.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986887 | $680.02 | 7/31/2018 | 6245295000-1 | 5/21/2018 | $69.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983423 | $2,110.58 | 7/24/2018 | IN847253756 | 5/10/2018 | $1,507.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990360 | $496.75 | 8/9/2018 | 6316635000-1 | 5/25/2018 | $19.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986887 | $680.02 | 7/31/2018 | 6212225000-1 | 5/16/2018 | $17.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986887 | $680.02 | 7/31/2018 | 6217465000-1 | 5/16/2018 | $19.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986887 | $680.02 | 7/31/2018 | 6218575000-1 | 5/16/2018 | $17.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986887 | $680.02 | 7/31/2018 | 6219195000-1 | 5/17/2018 | $28.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986887 | $680.02 | 7/31/2018 | 6231495000-1 | 5/18/2018 | $8.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986887 | $680.02 | 7/31/2018 | 6231675000-1 | 5/18/2018 | $28.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986887 | $680.02 | 7/31/2018 | 6232085000-1 | 5/17/2018 | $21.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986887 | $680.02 | 7/31/2018 | 6233785000-1 | 5/18/2018 | $6.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986887 | $680.02 | 7/31/2018 | 6235065000-1 | 5/18/2018 | $20.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983423 | $2,110.58 | 7/24/2018 | IN847230902-7496 | 4/6/2018 | $1,796.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008448 | $968.46 | 9/17/2018 | 6737925000-1 | 7/2/2018 | $10.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008448 | $968.46 | 9/17/2018 | 6754745000-1 | 7/2/2018 | $9.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008448 | $968.46 | 9/17/2018 | 6703865000-1 | 6/27/2018 | $5.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008448 | $968.46 | 9/17/2018 | 6703905000-1 | 6/27/2018 | $10.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008448 | $968.46 | 9/17/2018 | 6713225000-1 | 6/27/2018 | $10.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008448 | $968.46 | 9/17/2018 | 6713755000-1 | 6/27/2018 | $10.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008448 | $968.46 | 9/17/2018 | 6717195000-1 | 6/28/2018 | $10.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008448 | $968.46 | 9/17/2018 | 6717805000-1 | 6/28/2018 | $28.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008448 | $968.46 | 9/17/2018 | 6721595000-1 | 6/28/2018 | $18.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004906 | $5,158.93 | 9/10/2018 | IN847230871-7498 | 4/6/2018 | $2,276.40 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008448 | $968.46 | 9/17/2018 | 6731725000-1 | 7/2/2018 | $6.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004906 | $5,158.93 | 9/10/2018 | 7072295000-2 | 7/26/2018 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008448 | $968.46 | 9/17/2018 | 6739185000-1 | 7/3/2018 | $28.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008448 | $968.46 | 9/17/2018 | 6742695000-1 | 7/2/2018 | $31.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008448 | $968.46 | 9/17/2018 | 6743235000-1 | 7/3/2018 | $28.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008448 | $968.46 | 9/17/2018 | 6744915000-1 | 7/2/2018 | $24.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008448 | $968.46 | 9/17/2018 | 6746495000-1 | 7/2/2018 | $17.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008448 | $968.46 | 9/17/2018 | 6746885000-1 | 7/2/2018 | $26.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008448 | $968.46 | 9/17/2018 | 6746925000-1 | 7/2/2018 | $10.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008448 | $968.46 | 9/17/2018 | 6749915000-1 | 7/2/2018 | $17.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004906 | $5,158.93 | 9/10/2018 | 6669505000-2 | 6/25/2018 | $5.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008448 | $968.46 | 9/17/2018 | 6728665000-1 | 6/29/2018 | $24.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004906 | $5,158.93 | 9/10/2018 | 6988835000-1 | 7/20/2018 | $11.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998031 | $1,168.86 | 8/23/2018 | 6479755000-1 | 6/8/2018 | $11.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004906 | $5,158.93 | 9/10/2018 | 6670065000-1 | 6/25/2018 | $6.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004906 | $5,158.93 | 9/10/2018 | 6671565000-1 | 6/25/2018 | $6.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004906 | $5,158.93 | 9/10/2018 | 6671875000-1 | 6/25/2018 | $5.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004906 | $5,158.93 | 9/10/2018 | 6676125000-1 | 6/25/2018 | $17.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004906 | $5,158.93 | 9/10/2018 | 6681375000-1 | 6/25/2018 | $29.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004906 | $5,158.93 | 9/10/2018 | 6684605000-1 | 6/25/2018 | $10.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004906 | $5,158.93 | 9/10/2018 | 6686445000-1 | 6/25/2018 | $24.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004906 | $5,158.93 | 9/10/2018 | IN847230902-7499 | 4/6/2018 | $1,796.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004906 | $5,158.93 | 9/10/2018 | 6694895000-2 | 6/26/2018 | $6.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008448 | $968.46 | 9/17/2018 | 6756955000-1 | 7/3/2018 | $28.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004906 | $5,158.93 | 9/10/2018 | 7001625000-1 | 7/23/2018 | $19.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004906 | $5,158.93 | 9/10/2018 | 7023285000-1 | 7/23/2018 | $10.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004906 | $5,158.93 | 9/10/2018 | 7045725000-1 | 7/25/2018 | $28.50 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004906 | $5,158.93 | 9/10/2018 | 7051305000-1 | 7/25/2018 | $6.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004906 | $5,158.93 | 9/10/2018 | 7064965000-1 | 7/26/2018 | $18.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004906 | $5,158.93 | 9/10/2018 | 7068825000-1 | 7/26/2018 | $78.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004906 | $5,158.93 | 9/10/2018 | 7070535000-1 | 7/26/2018 | $32.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004906 | $5,158.93 | 9/10/2018 | 7070535000-2 | 7/26/2018 | $297.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004906 | $5,158.93 | 9/10/2018 | 7072295000-1 | 7/26/2018 | $18.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004906 | $5,158.93 | 9/10/2018 | 6694895000-1 | 6/26/2018 | $6.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012465 | $599.00 | 9/24/2018 | 6806965000-2 | 7/9/2018 | $98.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008448 | $968.46 | 9/17/2018 | 6753235000-1 | 7/2/2018 | $5.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012465 | $599.00 | 9/24/2018 | 6788745000-1 | 7/5/2018 | $157.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012465 | $599.00 | 9/24/2018 | 6790835000-1 | 7/6/2018 | $29.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012465 | $599.00 | 9/24/2018 | 6796865000-1 | 7/5/2018 | $9.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012465 | $599.00 | 9/24/2018 | 6799975000-1 | 7/5/2018 | $6.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012465 | $599.00 | 9/24/2018 | 6799975000-2 | 7/5/2018 | $6.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012465 | $599.00 | 9/24/2018 | 6802825000-1 | 7/5/2018 | $20.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012465 | $599.00 | 9/24/2018 | 6805335000-1 | 7/6/2018 | $29.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012465 | $599.00 | 9/24/2018 | 6759685000-1 | 7/6/2018 | $28.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012465 | $599.00 | 9/24/2018 | 6806965000-1 | 7/9/2018 | $19.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008448 | $968.46 | 9/17/2018 | 7147655000-1 | 8/1/2018 | $8.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012465 | $599.00 | 9/24/2018 | 6817115000-1 | 7/6/2018 | $28.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012465 | $599.00 | 9/24/2018 | 6817435000-1 | 7/6/2018 | $17.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012465 | $599.00 | 9/24/2018 | 6820425000-1 | 7/9/2018 | $32.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012465 | $599.00 | 9/24/2018 | 6836595000-1 | 7/9/2018 | $6.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012465 | $599.00 | 9/24/2018 | 6840095000-1 | 7/9/2018 | $10.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012465 | $599.00 | 9/24/2018 | 6846255000-1 | 7/9/2018 | $19.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012465 | $599.00 | 9/24/2018 | 6858405000-1 | 7/10/2018 | $10.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012465 | $599.00 | 9/24/2018 | 6860365000-1 | 7/10/2018 | $6.99 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781012465 | $599.00 | 9/24/2018 | 6860795000-1 | 7/10/2018 | $24.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012465 | $599.00 | 9/24/2018 | 6806155000-1 | 7/5/2018 | $13.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008448 | $968.46 | 9/17/2018 | 6775685000-1 | 7/3/2018 | $157.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008448 | $968.46 | 9/17/2018 | 6757545000-1 | 7/2/2018 | $31.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008448 | $968.46 | 9/17/2018 | 6758725000-1 | 7/2/2018 | $94.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008448 | $968.46 | 9/17/2018 | 6770625000-1 | 7/2/2018 | $10.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008448 | $968.46 | 9/17/2018 | 6770725000-1 | 7/3/2018 | $17.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008448 | $968.46 | 9/17/2018 | 6771075000-1 | 7/2/2018 | $27.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008448 | $968.46 | 9/17/2018 | 6771075000-2 | 7/2/2018 | $5.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008448 | $968.46 | 9/17/2018 | 6773435000-1 | 7/2/2018 | $10.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008448 | $968.46 | 9/17/2018 | 6774315000-1 | 7/3/2018 | $5.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012465 | $599.00 | 9/24/2018 | 6785355000-1 | 7/5/2018 | $18.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008448 | $968.46 | 9/17/2018 | 6774665000-2 | 7/3/2018 | $22.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004906 | $5,158.93 | 9/10/2018 | 6669505000-1 | 6/25/2018 | $20.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008448 | $968.46 | 9/17/2018 | 6778305000-1 | 7/3/2018 | $31.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008448 | $968.46 | 9/17/2018 | 7076565000-1 | 7/27/2018 | $10.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008448 | $968.46 | 9/17/2018 | 7078145000-1 | 7/30/2018 | $28.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008448 | $968.46 | 9/17/2018 | 7084085000-1 | 7/27/2018 | $36.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008448 | $968.46 | 9/17/2018 | 7100715000-1 | 7/30/2018 | $28.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008448 | $968.46 | 9/17/2018 | 7109375000-1 | 7/30/2018 | $23.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008448 | $968.46 | 9/17/2018 | 7121015000-1 | 7/30/2018 | $5.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008448 | $968.46 | 9/17/2018 | 7124475000-1 | 7/30/2018 | $23.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008448 | $968.46 | 9/17/2018 | 7144955000-1 | 8/1/2018 | $24.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008448 | $968.46 | 9/17/2018 | 6774665000-1 | 7/3/2018 | $22.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998031 | $1,168.86 | 8/23/2018 | 6839335000-1 | 7/9/2018 | $32.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001465 | $875.21 | 9/3/2018 | 6570605000-1 | 6/14/2018 | $6.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998031 | $1,168.86 | 8/23/2018 | 6545835000-1 | 6/12/2018 | $6.99 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998031 | $1,168.86 | 8/23/2018 | 6549195000-1 | 6/12/2018 | $6.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998031 | $1,168.86 | 8/23/2018 | 6549195000-2 | 6/12/2018 | $6.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998031 | $1,168.86 | 8/23/2018 | 6786265000-1 | 7/11/2018 | $6.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998031 | $1,168.86 | 8/23/2018 | 6796655000-1 | 7/6/2018 | $28.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998031 | $1,168.86 | 8/23/2018 | 6809915000-1 | 7/6/2018 | $12.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998031 | $1,168.86 | 8/23/2018 | 6824245000-1 | 7/9/2018 | $48.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998031 | $1,168.86 | 8/23/2018 | 6537645000-1 | 6/12/2018 | $98.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998031 | $1,168.86 | 8/23/2018 | 6838485000-1 | 7/9/2018 | $26.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998031 | $1,168.86 | 8/23/2018 | 6531645000-1 | 6/11/2018 | $20.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998031 | $1,168.86 | 8/23/2018 | 6863975000-1 | 7/10/2018 | $78.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998031 | $1,168.86 | 8/23/2018 | 6863975000-2 | 7/10/2018 | $157.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001465 | $875.21 | 9/3/2018 | 6550885000-1 | 6/13/2018 | $31.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001465 | $875.21 | 9/3/2018 | 6551295000-1 | 6/13/2018 | $18.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001465 | $875.21 | 9/3/2018 | 6551305000-1 | 6/13/2018 | $17.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001465 | $875.21 | 9/3/2018 | 6555445000-1 | 6/13/2018 | $16.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001465 | $875.21 | 9/3/2018 | 6560105000-1 | 6/13/2018 | $38.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001465 | $875.21 | 9/3/2018 | 6564625000-1 | 6/14/2018 | $23.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004906 | $5,158.93 | 9/10/2018 | 6669655000-1 | 6/26/2018 | $17.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998031 | $1,168.86 | 8/23/2018 | 6830765000-1 | 7/9/2018 | $31.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998031 | $1,168.86 | 8/23/2018 | 6517195000-1 | 6/11/2018 | $13.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012465 | $599.00 | 9/24/2018 | 6865855000-1 | 7/10/2018 | $14.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998031 | $1,168.86 | 8/23/2018 | 6490775000-1 | 6/8/2018 | $32.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998031 | $1,168.86 | 8/23/2018 | 6491035000-1 | 6/8/2018 | $9.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998031 | $1,168.86 | 8/23/2018 | 6491035000-2 | 6/8/2018 | $9.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998031 | $1,168.86 | 8/23/2018 | 6495285000-1 | 6/8/2018 | $13.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998031 | $1,168.86 | 8/23/2018 | 6503935000-1 | 6/11/2018 | $6.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998031 | $1,168.86 | 8/23/2018 | 6503995000-1 | 6/11/2018 | $26.00 |

Quest Products, LLC fdba Quest Products, Inc. (2219468)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jan 27, 2020

Exhibit A

P. 11

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998031 | $1,168.86 | 8/23/2018 | 6509015000-1 | 6/12/2018 | $28.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998031 | $1,168.86 | 8/23/2018 | 6544635000-1 | 6/12/2018 | $11.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998031 | $1,168.86 | 8/23/2018 | 6512705000-1 | 6/11/2018 | $17.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001465 | $875.21 | 9/3/2018 | 6571355000-1 | 6/14/2018 | $16.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998031 | $1,168.86 | 8/23/2018 | 6518785000-1 | 6/11/2018 | $16.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998031 | $1,168.86 | 8/23/2018 | 6519265000-1 | 6/11/2018 | $29.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998031 | $1,168.86 | 8/23/2018 | 6520145000-1 | 6/11/2018 | $17.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998031 | $1,168.86 | 8/23/2018 | 6521175000-1 | 6/11/2018 | $5.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998031 | $1,168.86 | 8/23/2018 | 6523005000-1 | 6/11/2018 | $20.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998031 | $1,168.86 | 8/23/2018 | 6524195000-1 | 6/11/2018 | $29.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998031 | $1,168.86 | 8/23/2018 | 6525735000-1 | 6/11/2018 | $21.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998031 | $1,168.86 | 8/23/2018 | 6529995000-1 | 6/11/2018 | $10.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998031 | $1,168.86 | 8/23/2018 | 6531145000-1 | 6/11/2018 | $11.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998031 | $1,168.86 | 8/23/2018 | 6509415000-1 | 6/11/2018 | $10.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004906 | $5,158.93 | 9/10/2018 | 6638625000-1 | 6/22/2018 | $24.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001465 | $875.21 | 9/3/2018 | 6565705000-1 | 6/14/2018 | $6.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001465 | $875.21 | 9/3/2018 | 6982535000-1 | 7/19/2018 | $48.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004906 | $5,158.93 | 9/10/2018 | 6627405000-1 | 6/20/2018 | $10.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004906 | $5,158.93 | 9/10/2018 | 6627565000-1 | 6/20/2018 | $17.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004906 | $5,158.93 | 9/10/2018 | 6630105000-1 | 6/20/2018 | $11.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004906 | $5,158.93 | 9/10/2018 | 6633955000-1 | 6/20/2018 | $11.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004906 | $5,158.93 | 9/10/2018 | 6635745000-1 | 6/20/2018 | $10.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004906 | $5,158.93 | 9/10/2018 | 6636605000-1 | 6/21/2018 | $26.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001465 | $875.21 | 9/3/2018 | 6976315000-3 | 7/19/2018 | $70.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004906 | $5,158.93 | 9/10/2018 | 6638365000-1 | 6/21/2018 | $6.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001465 | $875.21 | 9/3/2018 | 6976315000-2 | 7/19/2018 | $185.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004906 | $5,158.93 | 9/10/2018 | 6648605000-1 | 6/22/2018 | $26.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004906 | $5,158.93 | 9/10/2018 | 6652035000-1 | 6/21/2018 | $33.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004906 | $5,158.93 | 9/10/2018 | 6653405000-1 | 6/22/2018 | $29.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004906 | $5,158.93 | 9/10/2018 | 6656765000-1 | 6/22/2018 | $12.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004906 | $5,158.93 | 9/10/2018 | 6658635000-1 | 6/25/2018 | $31.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004906 | $5,158.93 | 9/10/2018 | 6660055000-1 | 6/22/2018 | $10.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004906 | $5,158.93 | 9/10/2018 | 6660815000-1 | 6/25/2018 | $9.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004906 | $5,158.93 | 9/10/2018 | 6663335000-1 | 6/25/2018 | $41.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004906 | $5,158.93 | 9/10/2018 | 6668895000-1 | 6/25/2018 | $10.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004906 | $5,158.93 | 9/10/2018 | 6637935000-1 | 6/21/2018 | $31.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001465 | $875.21 | 9/3/2018 | 6607365000-1 | 6/18/2018 | $17.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001465 | $875.21 | 9/3/2018 | 6571795000-1 | 6/15/2018 | $52.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001465 | $875.21 | 9/3/2018 | 6578695000-1 | 6/15/2018 | $36.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001465 | $875.21 | 9/3/2018 | 6587595000-1 | 6/18/2018 | $18.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001465 | $875.21 | 9/3/2018 | 6589375000-1 | 6/18/2018 | $17.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001465 | $875.21 | 9/3/2018 | 6589725000-1 | 6/18/2018 | $26.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001465 | $875.21 | 9/3/2018 | 6590025000-1 | 6/18/2018 | $18.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001465 | $875.21 | 9/3/2018 | 6591945000-1 | 6/18/2018 | $17.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001465 | $875.21 | 9/3/2018 | 6593885000-1 | 6/18/2018 | $15.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001465 | $875.21 | 9/3/2018 | 6976315000-4 | 7/19/2018 | $100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001465 | $875.21 | 9/3/2018 | 6605265000-1 | 6/18/2018 | $14.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998031 | $1,168.86 | 8/23/2018 | 6488125000-1 | 6/7/2018 | $69.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001465 | $875.21 | 9/3/2018 | 6607525000-1 | 6/18/2018 | $22.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001465 | $875.21 | 9/3/2018 | 6612865000-1 | 6/18/2018 | $26.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001465 | $875.21 | 9/3/2018 | 6618045000-1 | 6/19/2018 | $29.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001465 | $875.21 | 9/3/2018 | 6620115000-1 | 6/19/2018 | $18.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001465 | $875.21 | 9/3/2018 | 6620265000-1 | 6/19/2018 | $9.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001465 | $875.21 | 9/3/2018 | 6878385000-1 | 7/13/2018 | $28.50 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781001465 | $875.21 | 9/3/2018 | 6888385000-1 | 7/13/2018 | $15.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001465 | $875.21 | 9/3/2018 | 6974145000-1 | 7/19/2018 | $33.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001465 | $875.21 | 9/3/2018 | 6976315000-1 | 7/19/2018 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001465 | $875.21 | 9/3/2018 | 6602895000-1 | 6/18/2018 | $19.21 |

**Totals:** 10 transfer(s), $13,299.42