**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant: **QuinStreet, Inc.**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245108 | $39,145.50 | 9/27/2018 | 484572-IN | 7/31/2018 | $39,145.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240688 | $60,378.50 | 8/28/2018 | 483756-IN | 6/30/2018 | $60,378.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240687 | $31,394.00 | 8/28/2018 | 482517-IN | 6/30/2018 | $31,394.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235430 | $41,005.50 | 7/26/2018 | 481447-IN | 5/31/2018 | $41,005.50 |

**Totals:**   4 transfer(s),   $171,923.50