**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Raman K. Patel dba Aviram Properties LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172701 | $3,300.00 | 9/18/2018 | 82618 | 8/26/2018 | $3,300.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171290 | $3,300.00 | 8/14/2018 | 72618 | 7/26/2018 | $3,300.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 169735 | $3,300.00 | 7/17/2018 | 62518 | 6/25/2018 | $3,300.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 115952 | $3,127.07 | 9/13/2018 | 95871 | 4/11/2018 | $3,127.07 |
| **Totals:** | **4 transfer(s),** | | **$13,027.07** | | | | |

Raman K. Patel dba Aviram Properties LLC (2219096)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jan 27, 2020

Exhibit A

P. 1