**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Ranir, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981535 | $4,204.50 | 7/19/2018 | 160868 | 5/15/2018 | $2,765.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981534 | $5,582.98 | 7/19/2018 | 161368 | 5/21/2018 | $5,050.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981535 | $4,204.50 | 7/19/2018 | 163652 | 6/22/2018 | $3,233.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981535 | $4,204.50 | 7/19/2018 | 163651 | 6/22/2018 | $10,469.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981535 | $4,204.50 | 7/19/2018 | 163650 | 6/22/2018 | $6,039.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981535 | $4,204.50 | 7/19/2018 | 161198 | 5/17/2018 | $723.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981535 | $4,204.50 | 7/19/2018 | 161185 | 5/17/2018 | $974.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981535 | $4,204.50 | 7/19/2018 | 161183 | 5/17/2018 | $829.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981535 | $4,204.50 | 7/19/2018 | 161182 | 5/17/2018 | $648.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981535 | $4,204.50 | 7/19/2018 | 161178 | 5/17/2018 | $500.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981535 | $4,204.50 | 7/19/2018 | 161172 | 5/17/2018 | $644.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981535 | $4,204.50 | 7/19/2018 | 160878 | 5/15/2018 | $3,008.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981535 | $4,204.50 | 7/19/2018 | 163683 | 6/25/2018 | $5,006.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981535 | $4,204.50 | 7/19/2018 | 160874 | 5/15/2018 | $1,361.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981535 | $4,204.50 | 7/19/2018 | 163684 | 6/25/2018 | $7,718.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981535 | $4,204.50 | 7/19/2018 | 160863 | 5/15/2018 | $1,199.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981535 | $4,204.50 | 7/19/2018 | 160090 | 5/7/2018 | $3,816.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981535 | $4,204.50 | 7/19/2018 | 160089 | 5/7/2018 | $1,678.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981535 | $4,204.50 | 7/19/2018 | 160086 | 5/7/2018 | $2,602.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981535 | $4,204.50 | 7/19/2018 | 160083 | 5/7/2018 | $3,433.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981535 | $4,204.50 | 7/19/2018 | 160079 | 5/7/2018 | $1,967.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981535 | $4,204.50 | 7/19/2018 | 160066 | 5/7/2018 | $1,421.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981535 | $4,204.50 | 7/19/2018 | 159366 | 4/30/2018 | $1,742.48 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981535 | $4,204.50 | 7/19/2018 | 159186 | 4/26/2018 | $1,537.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981535 | $4,204.50 | 7/19/2018 | 158628 | 4/23/2018 | $4,441.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981535 | $4,204.50 | 7/19/2018 | 158479 | 4/19/2018 | $1,695.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981534 | $5,582.98 | 7/19/2018 | 161410 | 5/21/2018 | $1,466.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981535 | $4,204.50 | 7/19/2018 | 160877 | 5/15/2018 | $2,346.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986897 | $11,034.32 | 7/31/2018 | W061918 | 6/19/2018 | $11,034.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $23,506.71 | 8/1/2018 | 163771 | 6/26/2018 | $13,943.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $23,506.71 | 8/1/2018 | 163770 | 6/26/2018 | $6,522.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996720 | $2,790.09 | 8/21/2018 | 163787 | 6/26/2018 | $3,569.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995050 | $2,238.91 | 8/17/2018 | 163789 | 6/26/2018 | $2,239.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993260 | $5,278.39 | 8/15/2018 | 163790 | 6/26/2018 | $1,483.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993260 | $5,278.39 | 8/15/2018 | 163788 | 6/26/2018 | $1,768.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993260 | $5,278.39 | 8/15/2018 | 163782 | 6/26/2018 | $2,156.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993260 | $5,278.39 | 8/15/2018 | 163776 | 6/26/2018 | $1,456.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988325 | $9,552.11 | 8/2/2018 | 163278 | 6/18/2018 | $2,847.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988325 | $9,552.11 | 8/2/2018 | 163277 | 6/18/2018 | $2,483.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988325 | $9,552.11 | 8/2/2018 | 163276 | 6/18/2018 | $1,576.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981535 | $4,204.50 | 7/19/2018 | 163653 | 6/22/2018 | $5,774.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987443 | $11,035.94 | 8/1/2018 | 162934 | 6/12/2018 | $11,035.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $23,506.71 | 8/1/2018 | 163889 | 6/26/2018 | $3,040.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985528 | $21,864.67 | 7/27/2018 | 162936 | 6/12/2018 | $8,018.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985528 | $21,864.67 | 7/27/2018 | 162935 | 6/12/2018 | $2,175.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985528 | $21,864.67 | 7/27/2018 | 162933 | 6/12/2018 | $14,691.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981535 | $4,204.50 | 7/19/2018 | 164064 | 6/28/2018 | $5,775.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981535 | $4,204.50 | 7/19/2018 | 164063 | 6/28/2018 | $2,420.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981535 | $4,204.50 | 7/19/2018 | 163892 | 6/26/2018 | $1,765.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981535 | $4,204.50 | 7/19/2018 | 163891 | 6/26/2018 | $1,275.02 |

Ranir, LLC (2219744)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jan 27, 2020

Exhibit A

P. 2

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981535 | $4,204.50 | 7/19/2018 | 163890 | 6/26/2018 | $1,373.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981535 | $4,204.50 | 7/19/2018 | 163887 | 6/26/2018 | $2,157.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981535 | $4,204.50 | 7/19/2018 | 163886 | 6/26/2018 | $980.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981535 | $4,204.50 | 7/19/2018 | 163769 | 6/26/2018 | $3,967.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981535 | $4,204.50 | 7/19/2018 | 163768 | 6/26/2018 | $1,910.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988325 | $9,552.11 | 8/2/2018 | 163275 | 6/18/2018 | $2,672.81 |

**Totals:** 10 transfer(s), $97,088.62