**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **Rawlings Sporting Goods Company, Inc.** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986899 | $20,643.19 | 7/31/2018 | 84784567 | 5/17/2018 | $165.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986899 | $20,643.19 | 7/31/2018 | 84772469 | 5/10/2018 | $1,742.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990377 | $5,896.41 | 8/9/2018 | 84784569 | 5/17/2018 | $484.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990377 | $5,896.41 | 8/9/2018 | 84784566 | 5/17/2018 | $291.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990377 | $5,896.41 | 8/9/2018 | 84784563 | 5/17/2018 | $205.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990377 | $5,896.41 | 8/9/2018 | 84784150 | 5/17/2018 | $1,397.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990377 | $5,896.41 | 8/9/2018 | 84779522 | 5/15/2018 | $1,539.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986899 | $20,643.19 | 7/31/2018 | 84784571 | 5/17/2018 | $228.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990377 | $5,896.41 | 8/9/2018 | 84790975 | 5/22/2018 | $244.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986899 | $20,643.19 | 7/31/2018 | 84784568 | 5/17/2018 | $312.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990377 | $5,896.41 | 8/9/2018 | 84790976 | 5/22/2018 | $56.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986899 | $20,643.19 | 7/31/2018 | 84784565 | 5/17/2018 | $934.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986899 | $20,643.19 | 7/31/2018 | 84784564 | 5/17/2018 | $660.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986899 | $20,643.19 | 7/31/2018 | 84784189 | 5/17/2018 | $83.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986899 | $20,643.19 | 7/31/2018 | 84779523 | 5/15/2018 | $1,681.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986899 | $20,643.19 | 7/31/2018 | 84779515 | 5/15/2018 | $703.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986899 | $20,643.19 | 7/31/2018 | 84779514 | 5/15/2018 | $1,632.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980147 | $4,064.41 | 7/17/2018 | 84747626 | 4/26/2018 | $268.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986899 | $20,643.19 | 7/31/2018 | 84784570 | 5/17/2018 | $223.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994038 | $17,522.93 | 8/16/2018 | 84806124 | 5/31/2018 | $819.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994038 | $17,522.93 | 8/16/2018 | 84806584 | 5/31/2018 | $175.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994038 | $17,522.93 | 8/16/2018 | 84806583 | 5/31/2018 | $2,442.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994038 | $17,522.93 | 8/16/2018 | 84806581 | 5/31/2018 | $154.50 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780994038 | $17,522.93 | 8/16/2018 | 84806143 | 5/31/2018 | $432.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994038 | $17,522.93 | 8/16/2018 | 84806132 | 5/31/2018 | $4,545.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994038 | $17,522.93 | 8/16/2018 | 84806131 | 5/31/2018 | $398.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994038 | $17,522.93 | 8/16/2018 | 84806129 | 5/31/2018 | $283.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990377 | $5,896.41 | 8/9/2018 | 84790959 | 5/22/2018 | $1,493.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994038 | $17,522.93 | 8/16/2018 | 84806127 | 5/31/2018 | $6,780.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986899 | $20,643.19 | 7/31/2018 | 84772467 | 5/10/2018 | $112.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994038 | $17,522.93 | 8/16/2018 | 84806123 | 5/31/2018 | $192.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994038 | $17,522.93 | 8/16/2018 | 84800297 | 5/29/2018 | $136.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994038 | $17,522.93 | 8/16/2018 | 84800296 | 5/29/2018 | $114.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994038 | $17,522.93 | 8/16/2018 | 84800295 | 5/29/2018 | $51.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994038 | $17,522.93 | 8/16/2018 | 84800294 | 5/29/2018 | $225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994038 | $17,522.93 | 8/16/2018 | 84760726-146700 | 5/3/2018 | $2,304.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990377 | $5,896.41 | 8/9/2018 | 84791216 | 5/22/2018 | $434.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994038 | $17,522.93 | 8/16/2018 | 84806128 | 5/31/2018 | $463.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980147 | $4,064.41 | 7/17/2018 | 84760730 | 5/3/2018 | $127.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986899 | $20,643.19 | 7/31/2018 | 84777378 | 5/14/2018 | $1,033.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983434 | $23,998.54 | 7/24/2018 | 84762882 | 5/4/2018 | $537.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983434 | $23,998.54 | 7/24/2018 | 84762881 | 5/4/2018 | $523.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983434 | $23,998.54 | 7/24/2018 | 84760732 | 5/3/2018 | $408.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983434 | $23,998.54 | 7/24/2018 | 84760731 | 5/3/2018 | $1,725.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983434 | $23,998.54 | 7/24/2018 | 84760727 | 5/3/2018 | $3,056.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983434 | $23,998.54 | 7/24/2018 | 84760710 | 5/3/2018 | $6,009.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983434 | $23,998.54 | 7/24/2018 | 84772264-146696 | 5/10/2018 | $1,942.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980147 | $4,064.41 | 7/17/2018 | 84760733 | 5/3/2018 | $215.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983434 | $23,998.54 | 7/24/2018 | 84772265-146697 | 5/10/2018 | $4,765.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980147 | $4,064.41 | 7/17/2018 | 84760729 | 5/3/2018 | $2,085.50 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980147 | $4,064.41 | 7/17/2018 | 84760725 | 5/3/2018 | $76.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980147 | $4,064.41 | 7/17/2018 | 84760724 | 5/3/2018 | $973.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980147 | $4,064.41 | 7/17/2018 | 84750218 | 4/27/2018 | $76.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980147 | $4,064.41 | 7/17/2018 | 84750216 | 4/27/2018 | $153.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980147 | $4,064.41 | 7/17/2018 | 84750214 | 4/27/2018 | $25.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980147 | $4,064.41 | 7/17/2018 | 84747715 | 4/26/2018 | $455.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980147 | $4,064.41 | 7/17/2018 | 84760734 | 5/3/2018 | $127.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986899 | $20,643.19 | 7/31/2018 | 84760711 | 5/3/2018 | $255.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986899 | $20,643.19 | 7/31/2018 | 84772466 | 5/10/2018 | $1,042.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986899 | $20,643.19 | 7/31/2018 | 84772317 | 5/10/2018 | $56.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986899 | $20,643.19 | 7/31/2018 | 84772316 | 5/10/2018 | $279.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986899 | $20,643.19 | 7/31/2018 | 84772301 | 5/10/2018 | $1,519.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986899 | $20,643.19 | 7/31/2018 | 84772300 | 5/10/2018 | $1,451.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986899 | $20,643.19 | 7/31/2018 | 84772299 | 5/10/2018 | $2,931.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986899 | $20,643.19 | 7/31/2018 | 84772267 | 5/10/2018 | $1,403.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983434 | $23,998.54 | 7/24/2018 | 84772264-146694 | 5/10/2018 | $138.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986899 | $20,643.19 | 7/31/2018 | 84760728 | 5/3/2018 | $25.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994038 | $17,522.93 | 8/16/2018 | 84809326 | 6/1/2018 | $270.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983434 | $23,998.54 | 7/24/2018 | 84772470 | 5/10/2018 | $786.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983434 | $23,998.54 | 7/24/2018 | 84772468 | 5/10/2018 | $76.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983434 | $23,998.54 | 7/24/2018 | 84772465 | 5/10/2018 | $867.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983434 | $23,998.54 | 7/24/2018 | 84772302 | 5/10/2018 | $846.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983434 | $23,998.54 | 7/24/2018 | 84772268 | 5/10/2018 | $1,503.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983434 | $23,998.54 | 7/24/2018 | 84772266 | 5/10/2018 | $2,931.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983434 | $23,998.54 | 7/24/2018 | 84772265-146699 | 5/10/2018 | $3,174.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986899 | $20,643.19 | 7/31/2018 | 84760736 | 5/3/2018 | $2,211.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004919 | $103,475.20 | 9/10/2018 | 84841358 | 6/22/2018 | $6,283.50 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780994038 | $17,522.93 | 8/16/2018 | 84806586 | 5/31/2018 | $169.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008463 | $56,158.62 | 9/17/2018 | 84828692 | 6/14/2018 | $5,990.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004919 | $103,475.20 | 9/10/2018 | 84849514-146709 | 6/28/2018 | $12,993.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004919 | $103,475.20 | 9/10/2018 | 84849514-146708 | 6/28/2018 | $532.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004919 | $103,475.20 | 9/10/2018 | 84845847 | 6/26/2018 | $439.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004919 | $103,475.20 | 9/10/2018 | 84845824 | 6/26/2018 | $5,964.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004919 | $103,475.20 | 9/10/2018 | 84845823 | 6/26/2018 | $1,597.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008463 | $56,158.62 | 9/17/2018 | 84828791 | 6/14/2018 | $7,297.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004919 | $103,475.20 | 9/10/2018 | 84841359 | 6/22/2018 | $2,236.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008463 | $56,158.62 | 9/17/2018 | 84839385-146711 | 6/21/2018 | $958.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004919 | $103,475.20 | 9/10/2018 | 84839730 | 6/21/2018 | $76.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004919 | $103,475.20 | 9/10/2018 | 84839726 | 6/21/2018 | $153.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004919 | $103,475.20 | 9/10/2018 | 84839723 | 6/21/2018 | $102.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004919 | $103,475.20 | 9/10/2018 | 84839722 | 6/21/2018 | $830.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004919 | $103,475.20 | 9/10/2018 | 84839384 | 6/21/2018 | $1,704.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004919 | $103,475.20 | 9/10/2018 | 84828799 | 6/14/2018 | $4,161.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004919 | $103,475.20 | 9/10/2018 | 84828798 | 6/14/2018 | $76.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004919 | $103,475.20 | 9/10/2018 | 84841382 | 6/22/2018 | $499.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008463 | $56,158.62 | 9/17/2018 | 84849513 | 6/28/2018 | $14,271.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012475 | $3,032.45 | 9/24/2018 | 84851924 | 6/29/2018 | $484.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012475 | $3,032.45 | 9/24/2018 | 84849941 | 6/28/2018 | $692.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012475 | $3,032.45 | 9/24/2018 | 84849939 | 6/28/2018 | $562.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012475 | $3,032.45 | 9/24/2018 | 84849937 | 6/28/2018 | $1,656.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012475 | $3,032.45 | 9/24/2018 | 84839727 | 6/21/2018 | $367.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008463 | $56,158.62 | 9/17/2018 | 84851926 | 6/29/2018 | $76.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008463 | $56,158.62 | 9/17/2018 | 84851925 | 6/29/2018 | $102.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008463 | $56,158.62 | 9/17/2018 | 84828697 | 6/14/2018 | $837.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008463 | $56,158.62 | 9/17/2018 | 84849936 | 6/28/2018 | $606.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004919 | $103,475.20 | 9/10/2018 | 84828794 | 6/14/2018 | $76.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008463 | $56,158.62 | 9/17/2018 | 84839729 | 6/21/2018 | $371.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008463 | $56,158.62 | 9/17/2018 | 84839728 | 6/21/2018 | $25.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008463 | $56,158.62 | 9/17/2018 | 84839725 | 6/21/2018 | $51.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008463 | $56,158.62 | 9/17/2018 | 84839724 | 6/21/2018 | $1,509.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008463 | $56,158.62 | 9/17/2018 | 84839389 | 6/21/2018 | $6,070.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008463 | $56,158.62 | 9/17/2018 | 84839386 | 6/21/2018 | $3,088.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008463 | $56,158.62 | 9/17/2018 | 84839385-146712 | 6/21/2018 | $15,229.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008463 | $56,158.62 | 9/17/2018 | 84849940 | 6/28/2018 | $764.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998036 | $14,352.98 | 8/23/2018 | 84817835 | 6/7/2018 | $324.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001476 | $17,848.48 | 9/3/2018 | 84828696-146706 | 6/14/2018 | $144.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001476 | $17,848.48 | 9/3/2018 | 84828696-146704 | 6/14/2018 | $62.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001476 | $17,848.48 | 9/3/2018 | 84820463 | 6/8/2018 | $5,422.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001476 | $17,848.48 | 9/3/2018 | 84819756 | 6/8/2018 | $216.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001476 | $17,848.48 | 9/3/2018 | 84819751 | 6/8/2018 | $4,057.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001476 | $17,848.48 | 9/3/2018 | 84806585 | 5/31/2018 | $633.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001476 | $17,848.48 | 9/3/2018 | 84806144 | 5/31/2018 | $972.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004919 | $103,475.20 | 9/10/2018 | 84828797 | 6/14/2018 | $2,859.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998036 | $14,352.98 | 8/23/2018 | 84817961 | 6/7/2018 | $3,586.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001476 | $17,848.48 | 9/3/2018 | 84828800 | 6/14/2018 | $204.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998036 | $14,352.98 | 8/23/2018 | 84817832 | 6/7/2018 | $2,478.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998036 | $14,352.98 | 8/23/2018 | 84809325 | 6/1/2018 | $25.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998036 | $14,352.98 | 8/23/2018 | 84806582 | 5/31/2018 | $403.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998036 | $14,352.98 | 8/23/2018 | 84806126 | 5/31/2018 | $537.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998036 | $14,352.98 | 8/23/2018 | 84806125 | 5/31/2018 | $9,389.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998036 | $14,352.98 | 8/23/2018 | 84762854-146702 | 5/4/2018 | $25.50 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781012475 | $3,032.45 | 9/24/2018 | 84857753 | 7/5/2018 | $21.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001476 | $17,848.48 | 9/3/2018 | 84806130 | 5/31/2018 | $6,138.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004919 | $103,475.20 | 9/10/2018 | 84820464 | 6/8/2018 | $5,759.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994038 | $17,522.93 | 8/16/2018 | 84809324 | 6/1/2018 | $153.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004919 | $103,475.20 | 9/10/2018 | 84828793 | 6/14/2018 | $7,327.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004919 | $103,475.20 | 9/10/2018 | 84828790 | 6/14/2018 | $1,139.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004919 | $103,475.20 | 9/10/2018 | 84828700 | 6/14/2018 | $342.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004919 | $103,475.20 | 9/10/2018 | 84828699 | 6/14/2018 | $272.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004919 | $103,475.20 | 9/10/2018 | 84828698 | 6/14/2018 | $390.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004919 | $103,475.20 | 9/10/2018 | 84828694 | 6/14/2018 | $2,681.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001476 | $17,848.48 | 9/3/2018 | 84828792 | 6/14/2018 | $187.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004919 | $103,475.20 | 9/10/2018 | 84828691 | 6/14/2018 | $4,293.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001476 | $17,848.48 | 9/3/2018 | 84828796 | 6/14/2018 | $102.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004919 | $103,475.20 | 9/10/2018 | 84820461 | 6/8/2018 | $7,148.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004919 | $103,475.20 | 9/10/2018 | 84820460 | 6/8/2018 | $8,261.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004919 | $103,475.20 | 9/10/2018 | 84820459 | 6/8/2018 | $8,995.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004919 | $103,475.20 | 9/10/2018 | 84819802 | 6/8/2018 | $280.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004919 | $103,475.20 | 9/10/2018 | 84819788 | 6/8/2018 | $3,530.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004919 | $103,475.20 | 9/10/2018 | 84819787 | 6/5/2018 | $4,824.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004919 | $103,475.20 | 9/10/2018 | 84819755 | 6/8/2018 | $669.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004919 | $103,475.20 | 9/10/2018 | 84828795 | 6/14/2018 | $3,942.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004919 | $103,475.20 | 9/10/2018 | 84828693 | 6/14/2018 | $3,666.00 |

**Totals:**    10 transfer(s),    $266,993.21