**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **Reddy Ice LLC** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985531 | $390.32 | 7/27/2018 | 9980948846 | 6/14/2018 | $98.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980156 | $4,493.25 | 7/17/2018 | 1040018161 | 4/13/2018 | $102.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988329 | $377.20 | 8/2/2018 | 4020022385 | 6/20/2018 | $82.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988329 | $377.20 | 8/2/2018 | 1110017118 | 6/20/2018 | $114.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987447 | $1,306.96 | 8/1/2018 | 9980991622 | 6/19/2018 | $344.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987447 | $1,306.96 | 8/1/2018 | 9980946321 | 6/18/2018 | $557.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987447 | $1,306.96 | 8/1/2018 | 7092530 | 6/19/2018 | $246.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989679 | $896.59 | 8/8/2018 | 1040068393 | 6/22/2018 | $270.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986241 | $136.36 | 7/30/2018 | 4100027310 | 6/15/2018 | $136.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989679 | $896.59 | 8/8/2018 | 3130625602 | 4/27/2017 | $199.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985531 | $390.32 | 7/27/2018 | 9980916926 | 6/14/2018 | $73.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985531 | $390.32 | 7/27/2018 | 4390032584 | 6/14/2018 | $95.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985531 | $390.32 | 7/27/2018 | 3050015542 | 6/14/2018 | $123.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984925 | $582.20 | 7/26/2018 | 9980908472 | 6/13/2018 | $582.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984015 | $721.60 | 7/25/2018 | 45804850 | 6/11/2018 | $574.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984015 | $721.60 | 7/25/2018 | 4390032403 | 6/11/2018 | $114.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984015 | $721.60 | 7/25/2018 | 4340031683 | 6/11/2018 | $32.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987447 | $1,306.96 | 8/1/2018 | 4220020946 | 6/17/2018 | $158.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990951 | $1,149.02 | 8/10/2018 | 4390037263 | 6/26/2018 | $73.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993264 | $238.85 | 8/15/2018 | 70119875A | 7/14/2017 | $34.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993264 | $238.85 | 8/15/2018 | 1818794 | 5/15/2018 | $204.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992501 | $295.20 | 8/14/2018 | 9981123986 | 6/28/2018 | $106.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992501 | $295.20 | 8/14/2018 | 4310046983 | 6/28/2018 | $188.60 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991793 | $590.40 | 8/13/2018 | 69802594 | 6/27/2018 | $590.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990951 | $1,149.02 | 8/10/2018 | 9981062183 | 6/25/2018 | $590.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988329 | $377.20 | 8/2/2018 | 69802567 | 6/20/2018 | $180.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990951 | $1,149.02 | 8/10/2018 | 46808444 | 6/26/2018 | $65.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982833 | $685.80 | 7/23/2018 | 30800947 | 6/8/2018 | $75.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990951 | $1,149.02 | 8/10/2018 | 4340040145 | 6/25/2018 | $127.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990951 | $1,149.02 | 8/10/2018 | 30800971 | 6/26/2018 | $94.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990386 | $164.00 | 8/9/2018 | 69802582 | 6/23/2018 | $164.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989679 | $896.59 | 8/8/2018 | 9981030751 | 6/22/2018 | $114.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989679 | $896.59 | 8/8/2018 | 9981002366 | 6/22/2018 | $98.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989679 | $896.59 | 8/8/2018 | 4390036005 | 6/22/2018 | $78.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989679 | $896.59 | 8/8/2018 | 4220023136 | 6/22/2018 | $134.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990951 | $1,149.02 | 8/10/2018 | 9981037171 | 6/26/2018 | $196.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980156 | $4,493.25 | 7/17/2018 | 4390018607 | 5/6/2018 | $117.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980156 | $4,493.25 | 7/17/2018 | 9980455169 | 5/2/2018 | $408.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980156 | $4,493.25 | 7/17/2018 | 9980384196 | 4/25/2018 | $36.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980156 | $4,493.25 | 7/17/2018 | 9980378129 | 4/24/2018 | $200.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980156 | $4,493.25 | 7/17/2018 | 9980211563 | 4/5/2018 | $408.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980156 | $4,493.25 | 7/17/2018 | 9970028751 | 4/14/2018 | $39.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980156 | $4,493.25 | 7/17/2018 | 9970019626 | 4/5/2018 | $39.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982833 | $685.80 | 7/23/2018 | 9980865024 | 6/8/2018 | $475.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980156 | $4,493.25 | 7/17/2018 | 5415750171 | 7/21/2017 | $386.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980156 | $4,493.25 | 7/17/2018 | 9980584462 | 5/15/2018 | $211.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980156 | $4,493.25 | 7/17/2018 | 4390007265 | 4/2/2018 | $207.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980156 | $4,493.25 | 7/17/2018 | 4340017828 | 5/10/2018 | $94.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980156 | $4,493.25 | 7/17/2018 | 4310027542 | 5/18/2018 | $164.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980156 | $4,493.25 | 7/17/2018 | 4310023714 | 5/11/2018 | $117.75 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980156 | $4,493.25 | 7/17/2018 | 4310007811 | 4/4/2018 | $78.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980156 | $4,493.25 | 7/17/2018 | 3360004142 | 4/11/2018 | $47.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980156 | $4,493.25 | 7/17/2018 | 1040030919 | 5/4/2018 | $94.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980156 | $4,493.25 | 7/17/2018 | 5415750174 | 7/18/2017 | $533.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980156 | $4,493.25 | 7/17/2018 | 9990039545 | 5/3/2018 | $78.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995056 | $1,193.40 | 8/17/2018 | 4020027908 | 7/3/2018 | $41.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982165 | $111.52 | 7/20/2018 | 1040056065 | 6/7/2018 | $111.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981542 | $91.84 | 7/19/2018 | 9980840901 | 6/6/2018 | $410.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980698 | $565.80 | 7/18/2018 | 9980834486 | 6/5/2018 | $82.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980698 | $565.80 | 7/18/2018 | 9980780601 | 6/5/2018 | $246.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980698 | $565.80 | 7/18/2018 | 45804809 | 6/4/2018 | $98.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980698 | $565.80 | 7/18/2018 | 4390028450 | 6/4/2018 | $49.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980156 | $4,493.25 | 7/17/2018 | 9980457751 | 5/2/2018 | $117.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980698 | $565.80 | 7/18/2018 | 1040053176 | 6/4/2018 | $49.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980156 | $4,493.25 | 7/17/2018 | 9980520870 | 5/9/2018 | $34.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980156 | $4,493.25 | 7/17/2018 | 9980778749 | 5/31/2018 | $103.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980156 | $4,493.25 | 7/17/2018 | 9980778448 | 5/31/2018 | $90.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980156 | $4,493.25 | 7/17/2018 | 9980766924 | 5/30/2018 | $172.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980156 | $4,493.25 | 7/17/2018 | 9980694022 | 5/24/2018 | $318.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980156 | $4,493.25 | 7/17/2018 | 9980682809 | 5/23/2018 | $196.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980156 | $4,493.25 | 7/17/2018 | 9980611767 | 5/17/2018 | $94.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982833 | $685.80 | 7/23/2018 | 4220018610 | 6/8/2018 | $134.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980698 | $565.80 | 7/18/2018 | 3900025096 | 6/4/2018 | $41.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005475 | $540.16 | 9/11/2018 | 4390046864 | 7/23/2018 | $73.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007761 | $613.36 | 9/14/2018 | 9981485726 | 7/27/2018 | $139.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007761 | $613.36 | 9/14/2018 | 4100031983 | 7/27/2018 | $121.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007761 | $613.36 | 9/14/2018 | 3300041765 | 7/27/2018 | $221.40 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006985 | $951.20 | 9/13/2018 | 9981485441 | 7/26/2018 | $688.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006985 | $951.20 | 9/13/2018 | 9981485067 | 7/26/2018 | $98.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006985 | $951.20 | 9/13/2018 | 609308622 | 7/26/2018 | $164.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003541 | $579.20 | 9/6/2018 | 4310066428 | 7/19/2018 | $246.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005475 | $540.16 | 9/11/2018 | 9981410604 | 7/23/2018 | $98.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009145 | $502.80 | 9/18/2018 | 9981436288 | 7/30/2018 | $114.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005475 | $540.16 | 9/11/2018 | 4390045249 | 7/24/2018 | $114.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005475 | $540.16 | 9/11/2018 | 4220034019 | 7/23/2018 | $158.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005475 | $540.16 | 9/11/2018 | 4020037030 | 7/23/2018 | $41.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005475 | $540.16 | 9/11/2018 | 1040096170 | 7/23/2018 | $54.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004925 | $354.24 | 9/10/2018 | 9961424282 | 7/21/2018 | $354.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004273 | $77.08 | 9/7/2018 | 9970171549 | 6/20/2018 | $77.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994045 | $206.64 | 8/16/2018 | 3300030246 | 6/30/2018 | $206.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006312 | $295.20 | 9/12/2018 | 9981474023 | 7/25/2018 | $295.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011840 | $465.76 | 9/21/2018 | 4100042964 | 8/3/2018 | $247.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014550 | $754.40 | 9/27/2018 | 9981567994 | 8/9/2018 | $49.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014550 | $754.40 | 9/27/2018 | 69802850 | 8/9/2018 | $344.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014550 | $754.40 | 9/27/2018 | 4390052743 | 8/9/2018 | $73.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014550 | $754.40 | 9/27/2018 | 4127197110-5738 | 8/9/2018 | $221.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013901 | $508.40 | 9/26/2018 | 9981631890 | 8/8/2018 | $196.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013901 | $508.40 | 9/26/2018 | 4390051969 | 8/8/2018 | $213.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013901 | $508.40 | 9/26/2018 | 3050025622 | 8/8/2018 | $98.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007761 | $613.36 | 9/14/2018 | 9981500783 | 7/27/2018 | $131.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011840 | $465.76 | 9/21/2018 | 4310053652 | 8/3/2018 | $218.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009145 | $502.80 | 9/18/2018 | 4220036102 | 7/30/2018 | $178.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011246 | $1,254.60 | 9/20/2018 | 9981567501 | 8/2/2018 | $328.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011246 | $1,254.60 | 9/20/2018 | 9981275544 | 8/2/2018 | $262.40 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011246 | $1,254.60 | 9/20/2018 | 69802813 | 8/2/2018 | $582.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011246 | $1,254.60 | 9/20/2018 | 4390049811 | 8/2/2018 | $82.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010455 | $65.60 | 9/19/2018 | 9981526467 | 8/1/2018 | $65.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009145 | $502.80 | 9/18/2018 | 9981545784 | 7/31/2018 | $209.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003541 | $579.20 | 9/6/2018 | 4220032184 | 7/19/2018 | $210.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013049 | $153.04 | 9/25/2018 | 4100044106 | 8/6/2018 | $153.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997422 | $1,494.36 | 8/22/2018 | 4220028806 | 7/6/2018 | $211.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998577 | $1,060.12 | 8/28/2018 | 4340046745 | 7/9/2018 | $114.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998577 | $1,060.12 | 8/28/2018 | 30800994 | 7/10/2018 | $63.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998577 | $1,060.12 | 8/28/2018 | 1040086917 | 7/10/2018 | $77.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998044 | $98.40 | 8/23/2018 | 9981116182 | 6/28/2018 | $98.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997422 | $1,494.36 | 8/22/2018 | 9981235526 | 7/6/2018 | $232.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997422 | $1,494.36 | 8/22/2018 | 9981217643 | 7/6/2018 | $557.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003541 | $579.20 | 9/6/2018 | 9981396751 | 7/19/2018 | $123.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997422 | $1,494.36 | 8/22/2018 | 9981115426 | 7/6/2018 | $196.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998577 | $1,060.12 | 8/28/2018 | 69802659 | 7/8/2018 | $285.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996722 | $229.60 | 8/21/2018 | 9981218607 | 7/5/2018 | $123.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996722 | $229.60 | 8/21/2018 | 4390039671 | 7/5/2018 | $106.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995056 | $1,193.40 | 8/17/2018 | 9981175585 | 7/2/2018 | $131.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995056 | $1,193.40 | 8/17/2018 | 9981120264 | 7/2/2018 | $574.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995056 | $1,193.40 | 8/17/2018 | 748824 | 7/2/2018 | $94.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995056 | $1,193.40 | 8/17/2018 | 4220027161 | 7/2/2018 | $276.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014550 | $754.40 | 9/27/2018 | 9981657567 | 8/9/2018 | $65.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997422 | $1,494.36 | 8/22/2018 | 9981182911 | 7/6/2018 | $295.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000061 | $707.80 | 8/30/2018 | 9981310161 | 7/12/2018 | $565.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002944 | $513.32 | 9/5/2018 | 9981363505 | 7/18/2018 | $114.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002944 | $513.32 | 9/5/2018 | 4390045182 | 7/18/2018 | $124.64 |

Reddy Ice LLC (2219712)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002944 | $513.32 | 9/5/2018 | 4390036252 | 7/18/2018 | $90.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002944 | $513.32 | 9/5/2018 | 1040093050 | 7/18/2018 | $183.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002068 | $251.48 | 9/4/2018 | 9981340824 | 7/17/2018 | $59.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002068 | $251.48 | 9/4/2018 | 4100035469 | 7/16/2018 | $192.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001483 | $68.88 | 9/3/2018 | 9981214644 | 7/14/2018 | $68.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998577 | $1,060.12 | 8/28/2018 | 4390040509 | 7/9/2018 | $68.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000811 | $370.64 | 8/31/2018 | 4390039007 | 7/13/2018 | $134.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998577 | $1,060.12 | 8/28/2018 | 4390041888 | 7/9/2018 | $65.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000061 | $707.80 | 8/30/2018 | 9981308788 | 7/12/2018 | $82.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000061 | $707.80 | 8/30/2018 | 9981305061 | 7/12/2018 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999416 | $759.32 | 8/29/2018 | 69802676 | 7/11/2018 | $710.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999416 | $759.32 | 8/29/2018 | 1110022015 | 7/11/2018 | $49.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998577 | $1,060.12 | 8/28/2018 | 9981267027 | 7/9/2018 | $164.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998577 | $1,060.12 | 8/28/2018 | 9981243031 | 7/10/2018 | $221.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995056 | $1,193.40 | 8/17/2018 | 1040079886 | 7/3/2018 | $77.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000811 | $370.64 | 8/31/2018 | 9981310701 | 7/13/2018 | $236.16 |

**Totals:** 43 transfer(s), $26,865.91