**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Reebok U.S.A. Limited, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09208 | $143,253.03 | 8/20/2018 | 886494 | 7/27/2018 | $22,339.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10029 | $104,878.48 | 8/21/2018 | 0000846841-2276 | 7/23/2018 | $1,895.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10029 | $104,878.48 | 8/21/2018 | 715976 | 6/30/2018 | $7,488.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10029 | $104,878.48 | 8/21/2018 | 708286 | 6/29/2018 | $3,369.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10029 | $104,878.48 | 8/21/2018 | 672637 | 6/26/2018 | $13,224.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09208 | $143,253.03 | 8/20/2018 | 886500 | 7/27/2018 | $30,816.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09208 | $143,253.03 | 8/20/2018 | 886499 | 7/27/2018 | $30,659.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08195 | $356,052.58 | 8/17/2018 | 877934 | 7/26/2018 | $13,432.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09208 | $143,253.03 | 8/20/2018 | 886496 | 7/27/2018 | $20,552.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10029 | $104,878.48 | 8/21/2018 | 0000846846-2279 | 7/23/2018 | $279.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09208 | $143,253.03 | 8/20/2018 | 807430 | 7/17/2018 | $29,779.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08195 | $356,052.58 | 8/17/2018 | 877939 | 7/26/2018 | $95,040.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08195 | $356,052.58 | 8/17/2018 | 877938 | 7/26/2018 | $12,672.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08195 | $356,052.58 | 8/17/2018 | 877937 | 7/26/2018 | $13,432.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08195 | $356,052.58 | 8/17/2018 | 877936 | 7/26/2018 | $13,178.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16178 | $219,056.52 | 8/31/2018 | 708287 | 6/29/2018 | $2,822.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09208 | $143,253.03 | 8/20/2018 | 886497 | 7/27/2018 | $10,158.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10836 | $54,477.12 | 8/22/2018 | 914113 | 7/31/2018 | $898.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00351 | $93,638.72 | 8/3/2018 | 772530 | 7/12/2018 | $27,360.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14094 | $3,236.76 | 8/28/2018 | 882755 | 7/27/2018 | $3,369.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10836 | $54,477.12 | 8/22/2018 | 914119 | 7/31/2018 | $28,379.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10836 | $54,477.12 | 8/22/2018 | 914118 | 7/31/2018 | $20,067.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10836 | $54,477.12 | 8/22/2018 | 914117 | 7/31/2018 | $25.44 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10836 | $54,477.12 | 8/22/2018 | 914116 | 7/31/2018 | $25.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10029 | $104,878.48 | 8/21/2018 | 0000846843-2277 | 7/23/2018 | $14,626.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10836 | $54,477.12 | 8/22/2018 | 914114 | 7/31/2018 | $1,048.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10029 | $104,878.48 | 8/21/2018 | 0000846845-2278 | 7/23/2018 | $279.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10836 | $54,477.12 | 8/22/2018 | 914112 | 7/31/2018 | $2,736.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10029 | $104,878.48 | 8/21/2018 | 0000846851-2284 | 7/23/2018 | $15,120.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10029 | $104,878.48 | 8/21/2018 | 0000846850-2283 | 7/23/2018 | $10,782.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10029 | $104,878.48 | 8/21/2018 | 0000846849-2282 | 7/23/2018 | $18,270.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10029 | $104,878.48 | 8/21/2018 | 0000846848-2281 | 7/23/2018 | $16,416.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10029 | $104,878.48 | 8/21/2018 | 0000846847-2280 | 7/23/2018 | $6,140.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08195 | $356,052.58 | 8/17/2018 | 877933 | 7/26/2018 | $13,178.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10836 | $54,477.12 | 8/22/2018 | 914115 | 7/31/2018 | $1,296.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06002 | $8,228.05 | 8/14/2018 | 708289 | 6/29/2018 | $1,403.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07616 | $483,489.04 | 8/16/2018 | 866879 | 7/25/2018 | $9,020.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07616 | $483,489.04 | 8/16/2018 | 866878 | 7/25/2018 | $11,151.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07616 | $483,489.04 | 8/16/2018 | 866877 | 7/25/2018 | $63,498.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06783 | $69,264.88 | 8/15/2018 | 619983 | 6/18/2018 | $19,056.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06783 | $69,264.88 | 8/15/2018 | 619981 | 6/18/2018 | $27,580.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06783 | $69,264.88 | 8/15/2018 | 619979 | 6/18/2018 | $23,662.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08195 | $356,052.58 | 8/17/2018 | 877935 | 7/26/2018 | $13,178.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06002 | $8,228.05 | 8/14/2018 | 716205 | 6/30/2018 | $497.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07616 | $483,489.04 | 8/16/2018 | 866882 | 7/25/2018 | $9,020.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06002 | $8,228.05 | 8/14/2018 | 9024 | 8/10/2018 | $2,216.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05197 | $12,936.48 | 8/13/2018 | 736232 | 7/5/2018 | $3,369.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05197 | $12,936.48 | 8/13/2018 | 716204 | 6/30/2018 | $1,736.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05197 | $12,936.48 | 8/13/2018 | 708288 | 6/29/2018 | $5,546.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05197 | $12,936.48 | 8/13/2018 | 698303 | 6/28/2018 | $2,520.96 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00351 | $93,638.72 | 8/3/2018 | 772533 | 7/12/2018 | $91,278.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06002 | $8,228.05 | 8/14/2018 | 0000846854-2274 | 7/23/2018 | $4,147.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07616 | $483,489.04 | 8/16/2018 | 866889 | 7/25/2018 | $9,020.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08195 | $356,052.58 | 8/17/2018 | 877932 | 7/26/2018 | $61,056.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08195 | $356,052.58 | 8/17/2018 | 877931 | 7/26/2018 | $63,498.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08195 | $356,052.58 | 8/17/2018 | 877930 | 7/26/2018 | $44,167.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08195 | $356,052.58 | 8/17/2018 | 877929 | 7/26/2018 | $13,432.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07616 | $483,489.04 | 8/16/2018 | 866893 | 7/25/2018 | $12,672.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07616 | $483,489.04 | 8/16/2018 | 866892 | 7/25/2018 | $13,939.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07616 | $483,489.04 | 8/16/2018 | 866880 | 7/25/2018 | $53,729.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07616 | $483,489.04 | 8/16/2018 | 866890 | 7/25/2018 | $67,161.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07616 | $483,489.04 | 8/16/2018 | 866881 | 7/25/2018 | $11,151.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07616 | $483,489.04 | 8/16/2018 | 866888 | 7/25/2018 | $64,719.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07616 | $483,489.04 | 8/16/2018 | 866887 | 7/25/2018 | $64,719.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07616 | $483,489.04 | 8/16/2018 | 866886 | 7/25/2018 | $44,167.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07616 | $483,489.04 | 8/16/2018 | 866885 | 7/25/2018 | $9,020.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07616 | $483,489.04 | 8/16/2018 | 866884 | 7/25/2018 | $13,432.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07616 | $483,489.04 | 8/16/2018 | 866883 | 7/25/2018 | $13,178.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16178 | $219,056.52 | 8/31/2018 | 983378 | 8/9/2018 | $20,217.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07616 | $483,489.04 | 8/16/2018 | 866891 | 7/25/2018 | $13,939.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90857 | $256,713.83 | 7/18/2018 | 672635 | 6/26/2018 | $7,013.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93374 | $23,235.84 | 7/23/2018 | 629859 | 6/19/2018 | $2,695.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92319 | $1,721.73 | 7/20/2018 | 715975 | 6/30/2018 | $213.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92319 | $1,721.73 | 7/20/2018 | 672639 | 6/26/2018 | $1,704.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90857 | $256,713.83 | 7/18/2018 | 909031 | 7/13/2018 | $2,458.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90857 | $256,713.83 | 7/18/2018 | 909030 | 7/13/2018 | $321.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90857 | $256,713.83 | 7/18/2018 | 909026 | 7/13/2018 | $759.18 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E29591 | $60,096.96 | 9/27/2018 | 170906 | 9/5/2018 | $8,640.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90857 | $256,713.83 | 7/18/2018 | 672636 | 6/26/2018 | $15,408.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93374 | $23,235.84 | 7/23/2018 | 629863 | 6/19/2018 | $2,229.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90857 | $256,713.83 | 7/18/2018 | 672634 | 6/26/2018 | $4,244.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90857 | $256,713.83 | 7/18/2018 | 672633 | 6/26/2018 | $27,360.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90857 | $256,713.83 | 7/18/2018 | 672632 | 6/26/2018 | $89,280.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90857 | $256,713.83 | 7/18/2018 | 672631 | 6/26/2018 | $100,569.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E29591 | $60,096.96 | 9/27/2018 | 170908 | 9/5/2018 | $8,098.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15652 | $14,382.00 | 8/30/2018 | 715978 | 6/30/2018 | $14,832.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90857 | $256,713.83 | 7/18/2018 | 672638 | 6/26/2018 | $14,208.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94232 | $20,971.00 | 7/24/2018 | 559492 | 6/8/2018 | $2,099.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98978 | $57,614.40 | 8/1/2018 | 762228 | 7/10/2018 | $19,584.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98978 | $57,614.40 | 8/1/2018 | 762227 | 7/10/2018 | $16,646.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98293 | $19,952.78 | 7/31/2018 | 755735 | 7/9/2018 | $20,160.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94232 | $20,971.00 | 7/24/2018 | 0000559604-1205 | 6/8/2018 | $3,110.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94232 | $20,971.00 | 7/24/2018 | 0000559601-1204 | 6/8/2018 | $2,937.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94232 | $20,971.00 | 7/24/2018 | 559498 | 6/8/2018 | $3,369.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93374 | $23,235.84 | 7/23/2018 | 629861 | 6/19/2018 | $1,918.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94232 | $20,971.00 | 7/24/2018 | 559493 | 6/8/2018 | $3,877.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93374 | $23,235.84 | 7/23/2018 | 629862 | 6/19/2018 | $1,918.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94232 | $20,971.00 | 7/24/2018 | 559487 | 6/8/2018 | $2,099.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93374 | $23,235.84 | 7/23/2018 | 669536 | 6/25/2018 | $2,772.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93374 | $23,235.84 | 7/23/2018 | 669534 | 6/25/2018 | $4,101.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93374 | $23,235.84 | 7/23/2018 | 629866 | 6/19/2018 | $1,940.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93374 | $23,235.84 | 7/23/2018 | 629865 | 6/19/2018 | $3,213.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93374 | $23,235.84 | 7/23/2018 | 629864 | 6/19/2018 | $2,448.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E29591 | $60,096.96 | 9/27/2018 | 170905 | 9/5/2018 | $12,830.40 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94232 | $20,971.00 | 7/24/2018 | 559495 | 6/8/2018 | $3,841.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16178 | $219,056.52 | 8/31/2018 | 983385 | 8/9/2018 | $102,988.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23837 | $266,308.40 | 9/17/2018 | 92191 | 8/24/2018 | $21,052.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23837 | $266,308.40 | 9/17/2018 | 92190 | 8/24/2018 | $48,049.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20189 | $7,983.36 | 9/10/2018 | 938284 | 8/3/2018 | $2,747.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20189 | $7,983.36 | 9/10/2018 | 938280 | 8/3/2018 | $2,488.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20189 | $7,983.36 | 9/10/2018 | 938279 | 8/3/2018 | $2,747.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18137 | $134,596.17 | 9/5/2018 | 15111 | 8/14/2018 | $120,483.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E29591 | $60,096.96 | 9/27/2018 | 170907 | 9/5/2018 | $4,896.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18137 | $134,596.17 | 9/5/2018 | 15109 | 8/14/2018 | $14,052.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23837 | $266,308.40 | 9/17/2018 | 92194 | 8/24/2018 | $24,480.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16178 | $219,056.52 | 8/31/2018 | 983384 | 8/9/2018 | $10,022.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16178 | $219,056.52 | 8/31/2018 | 983383 | 8/9/2018 | $11,059.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16178 | $219,056.52 | 8/31/2018 | 983382 | 8/9/2018 | $10,022.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16178 | $219,056.52 | 8/31/2018 | 983381 | 8/9/2018 | $10,356.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16178 | $219,056.52 | 8/31/2018 | 983380 | 8/9/2018 | $42,094.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16178 | $219,056.52 | 8/31/2018 | 983379 | 8/9/2018 | $10,356.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18137 | $134,596.17 | 9/5/2018 | 15110 | 8/14/2018 | $144.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28225 | $89,219.85 | 9/25/2018 | 120203 | 8/29/2018 | $18,138.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E29591 | $60,096.96 | 9/27/2018 | 170904 | 9/5/2018 | $8,352.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E29591 | $60,096.96 | 9/27/2018 | 170903 | 9/5/2018 | $17,280.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28225 | $89,219.85 | 9/25/2018 | 120211 | 8/29/2018 | $10,600.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28225 | $89,219.85 | 9/25/2018 | 120210 | 8/29/2018 | $5,512.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28225 | $89,219.85 | 9/25/2018 | 120209 | 8/29/2018 | $21,093.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28225 | $89,219.85 | 9/25/2018 | 120208 | 8/29/2018 | $2,841.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23837 | $266,308.40 | 9/17/2018 | 92192 | 8/24/2018 | $54,737.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28225 | $89,219.85 | 9/25/2018 | 120204 | 8/29/2018 | $16,149.12 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23837 | $266,308.40 | 9/17/2018 | 92193 | 8/24/2018 | $63,648.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26085 | $305.28 | 9/20/2018 | 120202 | 8/29/2018 | $305.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24621 | $7,264.48 | 9/18/2018 | 938282 | 8/3/2018 | $2,332.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24621 | $7,264.48 | 9/18/2018 | 938281 | 8/3/2018 | $2,747.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24621 | $7,264.48 | 9/18/2018 | 938278 | 8/3/2018 | $2,280.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23837 | $266,308.40 | 9/17/2018 | 0000749564-2970 | 6/18/2018 | $312.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23837 | $266,308.40 | 9/17/2018 | 92195 | 8/24/2018 | $55,872.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98978 | $57,614.40 | 8/1/2018 | 762229 | 7/10/2018 | $21,384.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28225 | $89,219.85 | 9/25/2018 | 120205 | 8/29/2018 | $15,048.00 |

**Totals:**   **25 transfer(s),**   **$2,508,877.74**