**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant: **Reed Group Management LLC**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62086968 | $57,348.64 | 10/2/2018 | INM0003630 | 5/30/2018 | $57,348.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086054 | $55,430.50 | 9/19/2018 | INM0003699 | 6/21/2018 | $55,430.50 |
| **Totals:** | | 2 transfer(s), | $112,779.14 | | | | |