

ASK LLP ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Refresco Beverages US Inc. fdba Cott Beverages USA Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834242-679 | 6/26/2018 | $2.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983736 | $18,671.04 | 7/17/2018 | 90822273 | 5/26/2018 | $6,804.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834242-669 | 6/26/2018 | $0.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834242-670 | 6/26/2018 | $0.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834242-671 | 6/26/2018 | $2.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834242-672 | 6/26/2018 | $3.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834242-673 | 6/26/2018 | $6.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834242-674 | 6/26/2018 | $6.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834242-675 | 6/26/2018 | $2.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834242-676 | 6/26/2018 | $1.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834242-667 | 6/26/2018 | $3.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834242-678 | 6/26/2018 | $1.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834242-666 | 6/26/2018 | $0.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834242-680 | 6/26/2018 | $13.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834242-681 | 6/26/2018 | $6.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834242-682 | 6/26/2018 | $2.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834242-683 | 6/26/2018 | $1.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834242-684 | 6/26/2018 | $0.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834242-685 | 6/26/2018 | $2.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834242-686 | 6/26/2018 | $9.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834242-687 | 6/26/2018 | $3.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834242-688 | 6/26/2018 | $3.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834242-677 | 6/26/2018 | $0.67 |

Refresco Beverages US Inc. fdba Cott Beverages USA Inc. (2191422)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                         Exhibit A                                         P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-656 | 6/26/2018 | $52.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-645 | 6/26/2018 | $162.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-646 | 6/26/2018 | $119.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-647 | 6/26/2018 | $118.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-648 | 6/26/2018 | $298.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-649 | 6/26/2018 | $296.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-650 | 6/26/2018 | $94.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-651 | 6/26/2018 | $93.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-652 | 6/26/2018 | $237.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-653 | 6/26/2018 | $236.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834242-668 | 6/26/2018 | $5.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-655 | 6/26/2018 | $120.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834242-691 | 6/26/2018 | $0.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-657 | 6/26/2018 | $54.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-658 | 6/26/2018 | $64.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-659 | 6/26/2018 | $54.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-660 | 6/26/2018 | $43.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-661 | 6/26/2018 | $43.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-662 | 6/26/2018 | $5.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-663 | 6/26/2018 | $3.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834242-664 | 6/26/2018 | $1.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834242-665 | 6/26/2018 | $2.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-654 | 6/26/2018 | $121.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-707 | 7/9/2018 | $61.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994465 | $29,696.25 | 8/7/2018 | 90834599 | 6/26/2018 | $6,733.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994465 | $29,696.25 | 8/7/2018 | 90834600 | 6/26/2018 | $6,878.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994465 | $29,696.25 | 8/7/2018 | 90835174 | 6/27/2018 | $8,450.64 |

Refresco Beverages US Inc. fdba Cott Beverages USA Inc. (2191422)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780996951 | $15,751.75 | 8/10/2018 | 90834002 | 6/25/2018 | $9,795.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996951 | $15,751.75 | 8/10/2018 | 90834003 | 6/25/2018 | $6,540.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997657 | $15,355.68 | 8/13/2018 | 90834594 | 6/26/2018 | $6,339.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997657 | $15,355.68 | 8/13/2018 | 90836273 | 6/29/2018 | $9,015.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998318 | $7,776.00 | 8/14/2018 | 90835173 | 6/27/2018 | $7,956.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-704 | 7/9/2018 | $0.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834242-689 | 6/26/2018 | $5.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-706 | 7/9/2018 | $43.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994465 | $29,696.25 | 8/7/2018 | 90834596 | 6/26/2018 | $8,315.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-708 | 7/9/2018 | $0.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-709 | 7/9/2018 | $0.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-710 | 7/9/2018 | $0.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-711 | 7/9/2018 | $0.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-712 | 7/9/2018 | $10.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-713 | 7/9/2018 | $12.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-714 | 7/9/2018 | $15.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-715 | 7/9/2018 | $17.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-716 | 7/9/2018 | $0.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-705 | 7/9/2018 | $0.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834242-702 | 6/26/2018 | $2.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-642 | 6/26/2018 | $44.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834242-692 | 6/26/2018 | $1.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834242-693 | 6/26/2018 | $18.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834242-694 | 6/26/2018 | $2.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834242-695 | 6/26/2018 | $9.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834242-696 | 6/26/2018 | $6.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834242-697 | 6/26/2018 | $16.88 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834242-698 | 6/26/2018 | $7.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834242-699 | 6/26/2018 | $4.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994465 | $29,696.25 | 8/7/2018 | 90834598 | 6/26/2018 | $453.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834242-701 | 6/26/2018 | $6.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994465 | $29,696.25 | 8/7/2018 | 90834597 | 6/26/2018 | $9,000.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834242-703 | 6/26/2018 | $0.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992034 | $21,523.50 | 8/2/2018 | 90832481 | 6/21/2018 | $11,156.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992034 | $21,523.50 | 8/2/2018 | 90833030 | 6/22/2018 | $10,366.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994465 | $29,696.25 | 8/7/2018 | 90831363 | 6/19/2018 | $7,411.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994465 | $29,696.25 | 8/7/2018 | 90831896 | 6/20/2018 | $5,594.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994465 | $29,696.25 | 8/7/2018 | 90831897 | 6/20/2018 | $1,360.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994465 | $29,696.25 | 8/7/2018 | 90832480 | 6/21/2018 | $9,392.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994465 | $29,696.25 | 8/7/2018 | 90834001 | 6/25/2018 | $8,271.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994465 | $29,696.25 | 8/7/2018 | 90834595 | 6/26/2018 | $8,619.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834242-690 | 6/26/2018 | $4.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834242-700 | 6/26/2018 | $13.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-586 | 6/26/2018 | $11.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-575 | 6/26/2018 | $1.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-576 | 6/26/2018 | $25.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-577 | 6/26/2018 | $27.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-578 | 6/26/2018 | $70.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-579 | 6/26/2018 | $69.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-580 | 6/26/2018 | $100.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-581 | 6/26/2018 | $99.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-582 | 6/26/2018 | $4.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-583 | 6/26/2018 | $2.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-596 | 6/26/2018 | $5.81 |

Transfers During Preference Period

Refresco Beverages US Inc. fdba Cott Beverages USA Inc. (2191422)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-585 | 6/26/2018 | $3.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-572 | 6/26/2018 | $12.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-587 | 6/26/2018 | $5.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-588 | 6/26/2018 | $53.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-589 | 6/26/2018 | $53.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-590 | 6/26/2018 | $110.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-591 | 6/26/2018 | $109.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-592 | 6/26/2018 | $46.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-593 | 6/26/2018 | $45.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-594 | 6/26/2018 | $35.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-644 | 6/26/2018 | $162.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-584 | 6/26/2018 | $7.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90831362 | 6/19/2018 | $907.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983736 | $18,671.04 | 7/17/2018 | 90825661 | 6/5/2018 | $3,885.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983736 | $18,671.04 | 7/17/2018 | 90827213 | 6/8/2018 | $7,981.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984732 | $9,525.60 | 7/18/2018 | 90827209 | 6/8/2018 | $9,525.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985149 | $2,494.80 | 7/19/2018 | 90827210 | 6/8/2018 | $2,494.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985750 | $7,784.64 | 7/20/2018 | 90827211 | 6/8/2018 | $7,784.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986485 | $9,446.64 | 7/23/2018 | 90826094 | 6/6/2018 | $3,855.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986485 | $9,446.64 | 7/23/2018 | 90827755 | 6/11/2018 | $1,597.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986485 | $9,446.64 | 7/23/2018 | 90828033 | 6/11/2018 | $3,993.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987200 | $20,628.00 | 7/24/2018 | 90827212 | 6/8/2018 | $11,255.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-574 | 6/26/2018 | $2.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987200 | $20,628.00 | 7/24/2018 | 90830130 | 6/15/2018 | $5,443.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-573 | 6/26/2018 | $6.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90831898 | 6/20/2018 | $2,996.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90831899 | 6/20/2018 | $3,406.80 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90831900 | 6/20/2018 | $1,184.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-566 | 6/26/2018 | $31.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-567 | 6/26/2018 | $32.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-568 | 6/26/2018 | $9.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-569 | 6/26/2018 | $4.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-570 | 6/26/2018 | $76.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-571 | 6/26/2018 | $110.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-597 | 6/26/2018 | $3.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987200 | $20,628.00 | 7/24/2018 | 90828611 | 6/12/2018 | $3,929.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-633 | 6/26/2018 | $220.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-622 | 6/26/2018 | $97.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-623 | 6/26/2018 | $96.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-624 | 6/26/2018 | $118.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-625 | 6/26/2018 | $171.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-626 | 6/26/2018 | $77.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-627 | 6/26/2018 | $77.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-628 | 6/26/2018 | $89.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-629 | 6/26/2018 | $130.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-630 | 6/26/2018 | $116.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-595 | 6/26/2018 | $34.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-632 | 6/26/2018 | $152.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-619 | 6/26/2018 | $60.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-634 | 6/26/2018 | $7.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-635 | 6/26/2018 | $3.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-636 | 6/26/2018 | $34.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-637 | 6/26/2018 | $34.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-638 | 6/26/2018 | $119.81 |

Transfers During Preference Period

Refresco Beverages US Inc. fdba Cott Beverages USA Inc. (2191422)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jan 27, 2020                                        Exhibit A                                        P. 6

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-639 | 6/26/2018 | $173.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-640 | 6/26/2018 | $313.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-641 | 6/26/2018 | $311.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-719 | 7/9/2018 | $0.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-631 | 6/26/2018 | $169.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-609 | 6/26/2018 | $28.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-598 | 6/26/2018 | $29.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-599 | 6/26/2018 | $29.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-600 | 6/26/2018 | $43.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-601 | 6/26/2018 | $43.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-602 | 6/26/2018 | $242.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-603 | 6/26/2018 | $241.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-604 | 6/26/2018 | $113.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-605 | 6/26/2018 | $112.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-606 | 6/26/2018 | $47.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-621 | 6/26/2018 | $60.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-608 | 6/26/2018 | $28.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-620 | 6/26/2018 | $60.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-610 | 6/26/2018 | $3.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-611 | 6/26/2018 | $1.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-612 | 6/26/2018 | $12.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-613 | 6/26/2018 | $6.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-614 | 6/26/2018 | $23.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-615 | 6/26/2018 | $24.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-616 | 6/26/2018 | $161.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-617 | 6/26/2018 | $160.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-618 | 6/26/2018 | $60.69 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-643 | 6/26/2018 | $44.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990697 | $16,527.89 | 7/31/2018 | 90834240-607 | 6/26/2018 | $47.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6058 | 8/24/2018 | $82.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6047 | 8/24/2018 | $62.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6048 | 8/24/2018 | $140.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6049 | 8/24/2018 | $140.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6050 | 8/24/2018 | $65.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6051 | 8/24/2018 | $65.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6052 | 8/24/2018 | $53.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6053 | 8/24/2018 | $52.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6054 | 8/24/2018 | $13.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6055 | 8/24/2018 | $6.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6068 | 8/24/2018 | $1,381.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6057 | 8/24/2018 | $38.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6044 | 8/24/2018 | $18.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6059 | 8/24/2018 | $82.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6060 | 8/24/2018 | $141.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6061 | 8/24/2018 | $140.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6062 | 8/24/2018 | $71.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6063 | 8/24/2018 | $71.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6064 | 8/24/2018 | $45.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6065 | 8/24/2018 | $45.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6066 | 8/24/2018 | $9.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90858782 | 8/21/2018 | $5,109.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6056 | 8/24/2018 | $38.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6034 | 8/24/2018 | $6.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-717 | 7/9/2018 | $0.07 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90858784 | 8/21/2018 | $5,461.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90858785 | 8/21/2018 | $1,797.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6026 | 8/24/2018 | $39.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6027 | 8/24/2018 | $40.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6028 | 8/24/2018 | $22.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6029 | 8/24/2018 | $11.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6030 | 8/24/2018 | $102.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6031 | 8/24/2018 | $141.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6046 | 8/24/2018 | $62.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6033 | 8/24/2018 | $1,101.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6045 | 8/24/2018 | $8.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6035 | 8/24/2018 | $3.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6036 | 8/24/2018 | $33.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6037 | 8/24/2018 | $34.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6038 | 8/24/2018 | $88.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6039 | 8/24/2018 | $87.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6040 | 8/24/2018 | $123.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6041 | 8/24/2018 | $122.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6042 | 8/24/2018 | $11.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6043 | 8/24/2018 | $5.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6069 | 8/24/2018 | $1,326.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6032 | 8/24/2018 | $1,147.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6105 | 8/24/2018 | $304.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6094 | 8/24/2018 | $395.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6095 | 8/24/2018 | $393.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6096 | 8/24/2018 | $178.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6097 | 8/24/2018 | $178.11 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6098 | 8/24/2018 | $183.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6099 | 8/24/2018 | $182.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6100 | 8/24/2018 | $168.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6101 | 8/24/2018 | $167.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6102 | 8/24/2018 | $331.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6067 | 8/24/2018 | $4.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6104 | 8/24/2018 | $305.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6091 | 8/24/2018 | $43.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6106 | 8/24/2018 | $124.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6107 | 8/24/2018 | $124.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6108 | 8/24/2018 | $63.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6109 | 8/24/2018 | $65.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6110 | 8/24/2018 | $240.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6111 | 8/24/2018 | $206.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6112 | 8/24/2018 | $71.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6113 | 8/24/2018 | $71.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6114 | 8/24/2018 | $12.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6103 | 8/24/2018 | $330.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6081 | 8/24/2018 | $148.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6070 | 8/24/2018 | $29.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6071 | 8/24/2018 | $30.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6072 | 8/24/2018 | $189.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6073 | 8/24/2018 | $189.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6074 | 8/24/2018 | $76.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6075 | 8/24/2018 | $75.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6076 | 8/24/2018 | $97.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6077 | 8/24/2018 | $96.99 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6078 | 8/24/2018 | $132.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6093 | 8/24/2018 | $134.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6080 | 8/24/2018 | $107.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6092 | 8/24/2018 | $97.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6082 | 8/24/2018 | $97.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6083 | 8/24/2018 | $97.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6084 | 8/24/2018 | $71.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6085 | 8/24/2018 | $98.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6086 | 8/24/2018 | $96.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6087 | 8/24/2018 | $134.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6088 | 8/24/2018 | $13.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6089 | 8/24/2018 | $6.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6090 | 8/24/2018 | $44.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016189 | $15,640.65 | 9/18/2018 | 90849887 | 8/1/2018 | $9,469.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6079 | 8/24/2018 | $132.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-754 | 7/9/2018 | $15.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-743 | 7/9/2018 | $5.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-744 | 7/9/2018 | $0.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-745 | 7/9/2018 | $0.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-746 | 7/9/2018 | $0.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-747 | 7/9/2018 | $0.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-748 | 7/9/2018 | $25.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-749 | 7/9/2018 | $28.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-750 | 7/9/2018 | $9.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-751 | 7/9/2018 | $10.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-764 | 7/9/2018 | $85.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-753 | 7/9/2018 | $10.75 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-740 | 7/9/2018 | $7.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-755 | 7/9/2018 | $17.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-756 | 7/9/2018 | $66.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-757 | 7/9/2018 | $95.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-758 | 7/9/2018 | $12.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-759 | 7/9/2018 | $13.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-760 | 7/9/2018 | $50.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-761 | 7/9/2018 | $72.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-762 | 7/9/2018 | $66.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90858783 | 8/21/2018 | $3,858.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-752 | 7/9/2018 | $9.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-730 | 7/9/2018 | $0.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023253 | $29,865.53 | 10/2/2018 | 90860028-6115 | 8/24/2018 | $6.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-720 | 7/9/2018 | $0.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-721 | 7/9/2018 | $0.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-722 | 7/9/2018 | $8.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-723 | 7/9/2018 | $9.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-724 | 7/9/2018 | $17.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-725 | 7/9/2018 | $19.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-726 | 7/9/2018 | $7.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-727 | 7/9/2018 | $8.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-742 | 7/9/2018 | $4.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-729 | 7/9/2018 | $6.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-741 | 7/9/2018 | $8.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-731 | 7/9/2018 | $0.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-732 | 7/9/2018 | $4.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-733 | 7/9/2018 | $5.30 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-734 | 7/9/2018 | $6.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-735 | 7/9/2018 | $7.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-736 | 7/9/2018 | $37.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-737 | 7/9/2018 | $43.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-738 | 7/9/2018 | $17.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-739 | 7/9/2018 | $20.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-765 | 7/9/2018 | $122.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-728 | 7/9/2018 | $5.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012788 | $24,350.47 | 9/11/2018 | 90849892 | 8/1/2018 | $1,566.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-790 | 7/9/2018 | $6.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-791 | 7/9/2018 | $7.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-792 | 7/9/2018 | $0.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-793 | 7/9/2018 | $0.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012788 | $24,350.47 | 9/11/2018 | 90848790 | 7/30/2018 | $1,184.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012788 | $24,350.47 | 9/11/2018 | 90848791 | 7/30/2018 | $7,482.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012788 | $24,350.47 | 9/11/2018 | 90848792 | 7/30/2018 | $453.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012788 | $24,350.47 | 9/11/2018 | 90849420 | 7/31/2018 | $6,637.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012788 | $24,350.47 | 9/11/2018 | 90849422 | 7/31/2018 | $7,530.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-763 | 7/9/2018 | $94.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012788 | $24,350.47 | 9/11/2018 | 90849891 | 8/1/2018 | $6,203.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-787 | 7/9/2018 | $21.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012788 | $24,350.47 | 9/11/2018 | 90849893 | 8/1/2018 | $4,989.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013703 | $6,854.40 | 9/12/2018 | 90849888 | 8/1/2018 | $3,427.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013703 | $6,854.40 | 9/12/2018 | 90849889 | 8/1/2018 | $3,427.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014795 | $7,182.00 | 9/14/2018 | 90848789 | 7/30/2018 | $7,182.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015510 | $26,503.17 | 9/17/2018 | 90849418 | 7/31/2018 | $5,589.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015510 | $26,503.17 | 9/17/2018 | 90849419 | 7/31/2018 | $9,640.38 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781015510 | $26,503.17 | 9/17/2018 | 90849421 | 7/31/2018 | $6,016.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015510 | $26,503.17 | 9/17/2018 | 90850756 | 8/3/2018 | $5,257.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016189 | $15,640.65 | 9/18/2018 | 90848788 | 7/30/2018 | $6,170.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012788 | $24,350.47 | 9/11/2018 | 90849890 | 8/1/2018 | $5,504.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-777 | 7/9/2018 | $29.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-766 | 7/9/2018 | $0.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-767 | 7/9/2018 | $0.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-768 | 7/9/2018 | $5.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-769 | 7/9/2018 | $6.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-770 | 7/9/2018 | $67.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-771 | 7/9/2018 | $96.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-772 | 7/9/2018 | $48.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-773 | 7/9/2018 | $55.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-774 | 7/9/2018 | $7.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-789 | 7/9/2018 | $2.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-776 | 7/9/2018 | $25.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-788 | 7/9/2018 | $2.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-778 | 7/9/2018 | $18.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-779 | 7/9/2018 | $21.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-780 | 7/9/2018 | $46.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-781 | 7/9/2018 | $53.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-782 | 7/9/2018 | $14.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-783 | 7/9/2018 | $16.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-784 | 7/9/2018 | $37.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-785 | 7/9/2018 | $42.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-786 | 7/9/2018 | $18.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-718 | 7/9/2018 | $0.24 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781007226 | $384.15 | 8/31/2018 | 90839943-775 | 7/9/2018 | $7.98 |
| **Totals:** | | **19 transfer(s),** | **$285,962.16** | | | | |