**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Renfro Corporation** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781001493 | $27,349.30 | 8/20/2018 | 5374501 | 7/28/2018 | $11,140.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004934 | $27,581.52 | 8/27/2018 | 5391209 | 8/6/2018 | $1,494.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998050 | $69,621.58 | 8/13/2018 | 5346458 | 7/14/2018 | $32,888.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998050 | $69,621.58 | 8/13/2018 | 5346459 | 7/14/2018 | $8,355.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998050 | $69,621.58 | 8/13/2018 | 5360057 | 7/21/2018 | $27,645.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998050 | $69,621.58 | 8/13/2018 | 5360309 | 7/23/2018 | $792.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998050 | $69,621.58 | 8/13/2018 | 5360901 | 7/23/2018 | $13.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998050 | $69,621.58 | 8/13/2018 | 5375013 | 7/30/2018 | $751.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001493 | $27,349.30 | 8/20/2018 | 5243804-6108 | 5/14/2018 | $33.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001493 | $27,349.30 | 8/20/2018 | 5243807-6110 | 5/14/2018 | $221.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001493 | $27,349.30 | 8/20/2018 | 5360056 | 7/21/2018 | $15,025.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001493 | $27,349.30 | 8/20/2018 | 5360058 | 7/21/2018 | $33.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994054 | $78,580.36 | 8/6/2018 | 5360902-6123 | 7/23/2018 | $332.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001493 | $27,349.30 | 8/20/2018 | 5360900 | 7/23/2018 | $27.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994054 | $78,580.36 | 8/6/2018 | 5360902-6121 | 7/23/2018 | $20.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001493 | $27,349.30 | 8/20/2018 | 5374919 | 7/30/2018 | $1,122.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001493 | $27,349.30 | 8/20/2018 | 5375012 | 7/30/2018 | $13.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001493 | $27,349.30 | 8/20/2018 | 5392111 | 8/6/2018 | $27.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004934 | $27,581.52 | 8/27/2018 | 5254718-6114 | 5/21/2018 | $244.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004934 | $27,581.52 | 8/27/2018 | 5318947 | 6/28/2018 | $9.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004934 | $27,581.52 | 8/27/2018 | 5347550 | 7/16/2018 | $1,405.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004934 | $27,581.52 | 8/27/2018 | 5347551 | 7/16/2018 | $439.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004934 | $27,581.52 | 8/27/2018 | 5348069 | 7/16/2018 | $110.54 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004934 | $27,581.52 | 8/27/2018 | 5360308 | 7/23/2018 | $560.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004934 | $27,581.52 | 8/27/2018 | 5374500 | 7/28/2018 | $5,639.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004934 | $27,581.52 | 8/27/2018 | 5389838 | 8/4/2018 | $11,287.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986917 | $71,818.04 | 7/23/2018 | 5195500-6103 | 4/16/2018 | $33.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001493 | $27,349.30 | 8/20/2018 | 5360899 | 7/23/2018 | $427.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990394 | $16,271.63 | 7/30/2018 | 5333993 | 7/9/2018 | $156.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986917 | $71,818.04 | 7/23/2018 | 5195502-6105 | 4/16/2018 | $44.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986917 | $71,818.04 | 7/23/2018 | 5205788 | 4/21/2018 | $11,439.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986917 | $71,818.04 | 7/23/2018 | 5295089 | 6/14/2018 | $3,578.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986917 | $71,818.04 | 7/23/2018 | 5309746 | 6/23/2018 | $28,582.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986917 | $71,818.04 | 7/23/2018 | 5309747 | 6/23/2018 | $9,271.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986917 | $71,818.04 | 7/23/2018 | 5318946-6115 | 6/28/2018 | $29.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986917 | $71,818.04 | 7/23/2018 | 5318946-6117 | 6/28/2018 | $147.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986917 | $71,818.04 | 7/23/2018 | 5322450-6118 | 6/30/2018 | $199.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986917 | $71,818.04 | 7/23/2018 | 5322450-6120 | 6/30/2018 | $18,674.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986917 | $71,818.04 | 7/23/2018 | 5324233 | 7/2/2018 | $366.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986917 | $71,818.04 | 7/23/2018 | 5328764 | 7/5/2018 | $36.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994054 | $78,580.36 | 8/6/2018 | 5360903 | 7/23/2018 | $83.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990394 | $16,271.63 | 7/30/2018 | 5328256 | 7/5/2018 | $3,016.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004934 | $27,581.52 | 8/27/2018 | 5391960 | 8/6/2018 | $4,303.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990394 | $16,271.63 | 7/30/2018 | 5333994 | 7/9/2018 | $27.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994054 | $78,580.36 | 8/6/2018 | 5075114-6102 | 2/10/2018 | $162.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994054 | $78,580.36 | 8/6/2018 | 5238916-6107 | 5/10/2018 | $599.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994054 | $78,580.36 | 8/6/2018 | 5253150-6112 | 5/19/2018 | $159.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994054 | $78,580.36 | 8/6/2018 | 5322449 | 6/30/2018 | $6,244.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994054 | $78,580.36 | 8/6/2018 | 5329123 | 7/5/2018 | $1,825.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994054 | $78,580.36 | 8/6/2018 | 5333992 | 7/9/2018 | $571.14 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780994054 | $78,580.36 | 8/6/2018 | 5346460 | 7/14/2018 | $56,661.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994054 | $78,580.36 | 8/6/2018 | 5346461 | 7/14/2018 | $11,225.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994054 | $78,580.36 | 8/6/2018 | 5346464 | 7/14/2018 | $122.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994054 | $78,580.36 | 8/6/2018 | 5347549 | 7/16/2018 | $1,195.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994054 | $78,580.36 | 8/6/2018 | 5348068 | 7/16/2018 | $193.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990394 | $16,271.63 | 7/30/2018 | 5322451 | 6/30/2018 | $13,608.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022918 | $32,789.43 | 10/1/2018 | 5439017 | 8/27/2018 | $3,248.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004934 | $27,581.52 | 8/27/2018 | 5391203 | 8/6/2018 | $356.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015897 | $31,736.13 | 9/17/2018 | 5426067-10849 | 8/20/2018 | $3,339.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015897 | $31,736.13 | 9/17/2018 | 5438092 | 8/25/2018 | $12,994.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015897 | $31,736.13 | 9/17/2018 | 5438266 | 8/27/2018 | $874.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015897 | $31,736.13 | 9/17/2018 | VPTRAN82118000 | 9/7/2018 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019374 | $20,538.91 | 9/24/2018 | 5299381-10850 | 6/18/2018 | $77.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019374 | $20,538.91 | 9/24/2018 | 5392113 | 8/6/2018 | $9.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019374 | $20,538.91 | 9/24/2018 | 5438090 | 8/25/2018 | $2.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019374 | $20,538.91 | 9/24/2018 | 5438091 | 8/25/2018 | $10,052.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019374 | $20,538.91 | 9/24/2018 | 5454862 | 9/4/2018 | $9,835.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019374 | $20,538.91 | 9/24/2018 | 5454864 | 9/4/2018 | $757.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015897 | $31,736.13 | 9/17/2018 | 5426066-10846 | 8/20/2018 | $689.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022918 | $32,789.43 | 10/1/2018 | 5439016 | 8/27/2018 | $29.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015897 | $31,736.13 | 9/17/2018 | 5426066-10844 | 8/20/2018 | $186.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022918 | $32,789.43 | 10/1/2018 | 5439018 | 8/27/2018 | $816.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022918 | $32,789.43 | 10/1/2018 | 5439019 | 8/27/2018 | $277.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022918 | $32,789.43 | 10/1/2018 | 5454698 | 9/1/2018 | $9,047.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022918 | $32,789.43 | 10/1/2018 | 5454699 | 9/1/2018 | $961.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022918 | $32,789.43 | 10/1/2018 | 5454700 | 9/1/2018 | $8,354.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022918 | $32,789.43 | 10/1/2018 | 5455809 | 9/4/2018 | $7,523.16 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781022918 | $32,789.43 | 10/1/2018 | 5455938 | 9/4/2018 | $1,048.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022918 | $32,789.43 | 10/1/2018 | 5455939 | 9/4/2018 | $37.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022918 | $32,789.43 | 10/1/2018 | 5467551 | 9/10/2018 | $695.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022918 | $32,789.43 | 10/1/2018 | 5467552 | 9/10/2018 | $27.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022918 | $32,789.43 | 10/1/2018 | 5467553-10852 | 9/10/2018 | $10.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022918 | $32,789.43 | 10/1/2018 | 5467553-10854 | 9/10/2018 | $431.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022918 | $32,789.43 | 10/1/2018 | 5438265 | 8/27/2018 | $835.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012488 | $42,840.88 | 9/10/2018 | 5423166 | 8/18/2018 | $13,661.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004934 | $27,581.52 | 8/27/2018 | 5392110-6125 | 8/6/2018 | $20.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004934 | $27,581.52 | 8/27/2018 | 5392110-6126 | 8/6/2018 | $451.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004934 | $27,581.52 | 8/27/2018 | 5392112-6127 | 8/6/2018 | $74.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004934 | $27,581.52 | 8/27/2018 | 5392112-6129 | 8/6/2018 | $374.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004934 | $27,581.52 | 8/27/2018 | 5409950 | 8/13/2018 | $1,328.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004934 | $27,581.52 | 8/27/2018 | 5409951 | 8/13/2018 | $112.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008479 | $12,673.06 | 9/3/2018 | 5375333 | 7/30/2018 | $445.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008479 | $12,673.06 | 9/3/2018 | 5375483 | 7/30/2018 | $473.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008479 | $12,673.06 | 9/3/2018 | 5407704-10836 | 8/11/2018 | $174.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008479 | $12,673.06 | 9/3/2018 | 5407704-10837 | 8/11/2018 | $12,134.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012488 | $42,840.88 | 9/10/2018 | 5391208 | 8/6/2018 | $3,161.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015897 | $31,736.13 | 9/17/2018 | 5426067-10847 | 8/20/2018 | $411.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012488 | $42,840.88 | 9/10/2018 | 5423165 | 8/18/2018 | $11,540.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022918 | $32,789.43 | 10/1/2018 | 5467554 | 9/10/2018 | $36.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012488 | $42,840.88 | 9/10/2018 | 5423167 | 8/18/2018 | $2,667.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012488 | $42,840.88 | 9/10/2018 | 5426068-10838 | 8/20/2018 | $41.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012488 | $42,840.88 | 9/10/2018 | 5426068-10840 | 8/20/2018 | $1,016.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012488 | $42,840.88 | 9/10/2018 | 5426069 | 8/20/2018 | $3,426.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012488 | $42,840.88 | 9/10/2018 | 5426070 | 8/20/2018 | $29.05 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781012488 | $42,840.88 | 9/10/2018 | 5426071 | 8/20/2018 | $5,380.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012488 | $42,840.88 | 9/10/2018 | 5439020 | 8/27/2018 | $611.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012488 | $42,840.88 | 9/10/2018 | 5439021 | 8/27/2018 | $18.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015897 | $31,736.13 | 9/17/2018 | 5409948 | 8/13/2018 | $535.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015897 | $31,736.13 | 9/17/2018 | 5409949 | 8/13/2018 | $36.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015897 | $31,736.13 | 9/17/2018 | 5423164-10841 | 8/18/2018 | $113.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015897 | $31,736.13 | 9/17/2018 | 5423164-10843 | 8/18/2018 | $13,409.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012488 | $42,840.88 | 9/10/2018 | 5409127 | 8/13/2018 | $3,850.35 |

**Totals:**    11 transfer(s),    $431,800.84