**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Resilion, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008482 | $97,584.73 | 9/17/2018 | 317269 | 6/30/2018 | $97,584.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994058 | $91,345.37 | 8/16/2018 | 317251Z050 | 5/31/2018 | $91,345.37 |
| **Totals:** | | **2 transfer(s),** | **$188,930.10** | | | | |