**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Revise Clothing Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004279 | $79,323.60 | 8/24/2018 | 24666 | 6/15/2018 | $7,182.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004279 | $79,323.60 | 8/24/2018 | 24665 | 6/15/2018 | $12,768.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004279 | $79,323.60 | 8/24/2018 | 24664 | 6/15/2018 | $28,028.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004279 | $79,323.60 | 8/24/2018 | 24663 | 6/15/2018 | $31,345.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003545 | $101,138.04 | 8/23/2018 | 24624 | 6/6/2018 | $11,172.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003545 | $101,138.04 | 8/23/2018 | 24623 | 6/6/2018 | $13,246.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003545 | $101,138.04 | 8/23/2018 | 24622 | 6/6/2018 | $38,625.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003545 | $101,138.04 | 8/23/2018 | 24621 | 6/6/2018 | $39,540.80 |

**Totals:**    **2 transfer(s),**   $180,461.64

Revise Clothing Inc. (2219607)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                    Exhibit A                                    P. 1