# ask LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Revlon (Puerto Rico) Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998057 | $450.59 | 8/13/2018 | 1760015909-1181 | 7/12/2018 | $24.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001502 | $6,868.91 | 8/20/2018 | 1760015924-1188 | 7/13/2018 | $201.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994063 | $7,059.43 | 8/6/2018 | 1760015793-1177 | 7/5/2018 | $14.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994063 | $7,059.43 | 8/6/2018 | 1760015793-1178 | 7/5/2018 | $141.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994063 | $7,059.43 | 8/6/2018 | 1760015806-1179 | 7/5/2018 | $33.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994063 | $7,059.43 | 8/6/2018 | 1760015806-1180 | 7/5/2018 | $323.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994063 | $7,059.43 | 8/6/2018 | 1760015769-1175 | 7/4/2018 | $16.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994063 | $7,059.43 | 8/6/2018 | 176015737-1246 | 7/4/2018 | $455.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994063 | $7,059.43 | 8/6/2018 | 1760015762-1174 | 7/4/2018 | $229.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998057 | $450.59 | 8/13/2018 | 1760015909-1182 | 7/12/2018 | $231.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998057 | $450.59 | 8/13/2018 | 1760015923-1185 | 7/12/2018 | $22.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998057 | $450.59 | 8/13/2018 | 1760015923-1186 | 7/12/2018 | $212.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001502 | $6,868.91 | 8/20/2018 | 1760015917-1183 | 7/13/2018 | $63.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001502 | $6,868.91 | 8/20/2018 | 1760015917-1184 | 7/13/2018 | $604.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986922 | $6,859.25 | 7/23/2018 | 176001083A | 1/4/2018 | $48.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994063 | $7,059.43 | 8/6/2018 | 176015737-1245 | 7/4/2018 | $47.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994063 | $7,059.43 | 8/6/2018 | 1760015755-1168 | 7/4/2018 | $529.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994063 | $7,059.43 | 8/6/2018 | 1760015747-1161 | 7/4/2018 | $33.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994063 | $7,059.43 | 8/6/2018 | 1760015747-1162 | 7/4/2018 | $318.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994063 | $7,059.43 | 8/6/2018 | 1760015748-1163 | 7/4/2018 | $51.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994063 | $7,059.43 | 8/6/2018 | 1760015748-1164 | 7/4/2018 | $489.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994063 | $7,059.43 | 8/6/2018 | 1760015753-1165 | 7/4/2018 | $1.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994063 | $7,059.43 | 8/6/2018 | 1760015769-1176 | 7/4/2018 | $155.82 |

Revlon (Puerto Rico) Inc. (2219714)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020

Exhibit A

P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780994063 | $7,059.43 | 8/6/2018 | 1760015755-1167 | 7/4/2018 | $55.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001502 | $6,868.91 | 8/20/2018 | 1760016110-1189 | 7/19/2018 | $81.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994063 | $7,059.43 | 8/6/2018 | 1760015757-1169 | 7/5/2018 | $53.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994063 | $7,059.43 | 8/6/2018 | 1760015757-1170 | 7/5/2018 | $509.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994063 | $7,059.43 | 8/6/2018 | 1760015759 | 7/3/2018 | $16.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994063 | $7,059.43 | 8/6/2018 | 1760015761-1171 | 7/4/2018 | $20.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994063 | $7,059.43 | 8/6/2018 | 1760015761-1172 | 7/4/2018 | $192.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994063 | $7,059.43 | 8/6/2018 | 1760015762-1173 | 7/4/2018 | $24.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994063 | $7,059.43 | 8/6/2018 | 1760015753-1166 | 7/4/2018 | $15.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001502 | $6,868.91 | 8/20/2018 | 1760016138-1213 | 7/19/2018 | $32.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001502 | $6,868.91 | 8/20/2018 | 1760015924-1187 | 7/13/2018 | $21.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001502 | $6,868.91 | 8/20/2018 | 1760016127-1207 | 7/19/2018 | $9.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001502 | $6,868.91 | 8/20/2018 | 1760016127-1208 | 7/19/2018 | $88.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001502 | $6,868.91 | 8/20/2018 | 1760016129-1209 | 7/19/2018 | $26.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001502 | $6,868.91 | 8/20/2018 | 1760016129-1210 | 7/19/2018 | $252.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001502 | $6,868.91 | 8/20/2018 | 1760016126-1205 | 7/19/2018 | $22.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001502 | $6,868.91 | 8/20/2018 | 1760016136-1212 | 7/19/2018 | $253.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001502 | $6,868.91 | 8/20/2018 | 1760016125-1204 | 7/19/2018 | $164.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001502 | $6,868.91 | 8/20/2018 | 1760016138-1214 | 7/19/2018 | $306.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001502 | $6,868.91 | 8/20/2018 | 1760016147-1217 | 7/19/2018 | $20.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001502 | $6,868.91 | 8/20/2018 | 1760016147-1218 | 7/19/2018 | $198.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001502 | $6,868.91 | 8/20/2018 | 1760016150-1219 | 7/19/2018 | $72.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001502 | $6,868.91 | 8/20/2018 | 1760016150-1220 | 7/19/2018 | $689.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001502 | $6,868.91 | 8/20/2018 | 1760016155-1223 | 7/19/2018 | $17.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001502 | $6,868.91 | 8/20/2018 | 1760016136-1211 | 7/19/2018 | $26.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001502 | $6,868.91 | 8/20/2018 | 1760016121-1197 | 7/19/2018 | $23.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001502 | $6,868.91 | 8/20/2018 | 1760016110-1190 | 7/19/2018 | $771.58 |

Revlon (Puerto Rico) Inc. (2219714)

Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020

Exhibit A

P. 2

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781001502 | $6,868.91 | 8/20/2018 | 1760016114-1191 | 7/19/2018 | $34.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001502 | $6,868.91 | 8/20/2018 | 1760016114-1192 | 7/19/2018 | $326.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001502 | $6,868.91 | 8/20/2018 | 1760016117-1193 | 7/18/2018 | $34.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001502 | $6,868.91 | 8/20/2018 | 1760016117-1194 | 7/18/2018 | $325.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001502 | $6,868.91 | 8/20/2018 | 1760016126-1206 | 7/19/2018 | $212.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001502 | $6,868.91 | 8/20/2018 | 1760016120-1196 | 7/18/2018 | $270.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994063 | $7,059.43 | 8/6/2018 | 1760015743-1158 | 7/4/2018 | $258.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001502 | $6,868.91 | 8/20/2018 | 1760016121-1198 | 7/19/2018 | $220.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001502 | $6,868.91 | 8/20/2018 | 1760016122-1199 | 7/19/2018 | $38.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001502 | $6,868.91 | 8/20/2018 | 1760016122-1200 | 7/19/2018 | $362.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001502 | $6,868.91 | 8/20/2018 | 1760016123-1201 | 7/19/2018 | $19.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001502 | $6,868.91 | 8/20/2018 | 1760016123-1202 | 7/19/2018 | $181.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001502 | $6,868.91 | 8/20/2018 | 1760016125-1203 | 7/19/2018 | $17.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001502 | $6,868.91 | 8/20/2018 | 1760016120-1195 | 7/18/2018 | $28.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986922 | $6,859.25 | 7/23/2018 | 1760015375-1121 | 6/21/2018 | $35.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994063 | $7,059.43 | 8/6/2018 | 1760015745-1160 | 7/4/2018 | $421.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986922 | $6,859.25 | 7/23/2018 | 1760015371-1113 | 6/21/2018 | $52.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986922 | $6,859.25 | 7/23/2018 | 1760015371-1114 | 6/21/2018 | $499.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986922 | $6,859.25 | 7/23/2018 | 1760015373-1117 | 6/21/2018 | $31.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986922 | $6,859.25 | 7/23/2018 | 1760015373-1118 | 6/21/2018 | $303.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986922 | $6,859.25 | 7/23/2018 | 1760015356-1112 | 6/21/2018 | $662.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986922 | $6,859.25 | 7/23/2018 | 1760015374-1120 | 6/21/2018 | $580.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986922 | $6,859.25 | 7/23/2018 | 1760015356-1111 | 6/21/2018 | $69.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986922 | $6,859.25 | 7/23/2018 | 1760015375-1122 | 6/21/2018 | $333.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986922 | $6,859.25 | 7/23/2018 | 1760015376-1123 | 6/21/2018 | $28.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986922 | $6,859.25 | 7/23/2018 | 1760015376-1124 | 6/21/2018 | $271.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986922 | $6,859.25 | 7/23/2018 | 1760015377-1125 | 6/21/2018 | $46.78 |

Revlon (Puerto Rico) Inc. (2219714)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986922 | $6,859.25 | 7/23/2018 | 1760015377-1126 | 6/21/2018 | $445.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986922 | $6,859.25 | 7/23/2018 | 1760015391-1127 | 6/21/2018 | $34.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986922 | $6,859.25 | 7/23/2018 | 1760015374-1119 | 6/21/2018 | $60.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986922 | $6,859.25 | 7/23/2018 | 1760015204-1104 | 6/15/2018 | $333.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986922 | $6,859.25 | 7/23/2018 | 1760012514-1097 | 6/15/2018 | $70.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986922 | $6,859.25 | 7/23/2018 | 1760012514-1098 | 6/15/2018 | $671.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986922 | $6,859.25 | 7/23/2018 | 1760015170-1099 | 6/19/2018 | $3.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986922 | $6,859.25 | 7/23/2018 | 1760015170-1100 | 6/19/2018 | $30.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986922 | $6,859.25 | 7/23/2018 | 1760015200-1101 | 6/15/2018 | $64.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986922 | $6,859.25 | 7/23/2018 | 1760015360 | 6/19/2018 | $33.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986922 | $6,859.25 | 7/23/2018 | 1760015204-1103 | 6/15/2018 | $34.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990401 | $2,675.41 | 7/30/2018 | 1760015372-1116 | 6/22/2018 | $321.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986922 | $6,859.25 | 7/23/2018 | 1760015346-1105 | 6/20/2018 | $29.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986922 | $6,859.25 | 7/23/2018 | 1760015346-1106 | 6/20/2018 | $284.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986922 | $6,859.25 | 7/23/2018 | 1760015347-1107 | 6/20/2018 | $38.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986922 | $6,859.25 | 7/23/2018 | 1760015347-1108 | 6/20/2018 | $363.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986922 | $6,859.25 | 7/23/2018 | 1760015349-1109 | 6/20/2018 | $45.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986922 | $6,859.25 | 7/23/2018 | 1760015349-1110 | 6/20/2018 | $437.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986922 | $6,859.25 | 7/23/2018 | 1760015200-1102 | 6/15/2018 | $613.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994063 | $7,059.43 | 8/6/2018 | 1760015735-1152 | 7/4/2018 | $258.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994063 | $7,059.43 | 8/6/2018 | 1760015724-1145 | 7/4/2018 | $54.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994063 | $7,059.43 | 8/6/2018 | 1760015724-1146 | 7/4/2018 | $515.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994063 | $7,059.43 | 8/6/2018 | 1760015726-1147 | 7/4/2018 | $16.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994063 | $7,059.43 | 8/6/2018 | 1760015726-1148 | 7/4/2018 | $152.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994063 | $7,059.43 | 8/6/2018 | 1760015731-1149 | 7/4/2018 | $60.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986922 | $6,859.25 | 7/23/2018 | 1760015391-1128 | 6/21/2018 | $328.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994063 | $7,059.43 | 8/6/2018 | 1760015735-1151 | 7/4/2018 | $27.13 |

Revlon (Puerto Rico) Inc. (2219714)

Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990401 | $2,675.41 | 7/30/2018 | 1760015469-1142 | 6/26/2018 | $272.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994063 | $7,059.43 | 8/6/2018 | 1760015741-1153 | 7/4/2018 | $34.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994063 | $7,059.43 | 8/6/2018 | 1760015741-1154 | 7/4/2018 | $331.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994063 | $7,059.43 | 8/6/2018 | 1760015742-1155 | 7/4/2018 | $52.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994063 | $7,059.43 | 8/6/2018 | 1760015742-1156 | 7/4/2018 | $501.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994063 | $7,059.43 | 8/6/2018 | 1760015743-1157 | 7/4/2018 | $27.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001502 | $6,868.91 | 8/20/2018 | 1760016161-1228 | 7/19/2018 | $632.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994063 | $7,059.43 | 8/6/2018 | 1760015731-1150 | 7/4/2018 | $575.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990401 | $2,675.41 | 7/30/2018 | 1760015454-1136 | 6/27/2018 | $253.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994063 | $7,059.43 | 8/6/2018 | 1760015745-1159 | 7/4/2018 | $44.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990401 | $2,675.41 | 7/30/2018 | 1760015449-1129 | 6/28/2018 | $36.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990401 | $2,675.41 | 7/30/2018 | 1760015449-1130 | 6/28/2018 | $349.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990401 | $2,675.41 | 7/30/2018 | 1760015450-1131 | 6/28/2018 | $8.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990401 | $2,675.41 | 7/30/2018 | 1760015450-1132 | 6/28/2018 | $80.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990401 | $2,675.41 | 7/30/2018 | 1760015453-1133 | 6/27/2018 | $17.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990401 | $2,675.41 | 7/30/2018 | 1760015479-1144 | 6/26/2018 | $398.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990401 | $2,675.41 | 7/30/2018 | 1760015454-1135 | 6/27/2018 | $26.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990401 | $2,675.41 | 7/30/2018 | 1760015479-1143 | 6/26/2018 | $41.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990401 | $2,675.41 | 7/30/2018 | 1760015456-1137 | 6/26/2018 | $32.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990401 | $2,675.41 | 7/30/2018 | 1760015456-1138 | 6/26/2018 | $306.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990401 | $2,675.41 | 7/30/2018 | 1760015457-1139 | 6/26/2018 | $28.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990401 | $2,675.41 | 7/30/2018 | 1760015457-1140 | 6/26/2018 | $274.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990401 | $2,675.41 | 7/30/2018 | 1760015469-1141 | 6/26/2018 | $28.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990401 | $2,675.41 | 7/30/2018 | 1760015372-1115 | 6/22/2018 | $33.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990401 | $2,675.41 | 7/30/2018 | 1760015453-1134 | 6/27/2018 | $164.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019382 | $8,325.03 | 9/24/2018 | 1760017009-2197 | 8/22/2018 | $83.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015904 | $2,472.69 | 9/17/2018 | 1760016795-2174 | 8/15/2018 | $612.56 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781019382 | $8,325.03 | 9/24/2018 | 1760016984-2191 | 8/21/2018 | $40.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019382 | $8,325.03 | 9/24/2018 | 1760016984-2192 | 8/21/2018 | $387.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019382 | $8,325.03 | 9/24/2018 | 1760016986-2193 | 8/21/2018 | $60.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019382 | $8,325.03 | 9/24/2018 | 1760016986-2194 | 8/21/2018 | $571.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019382 | $8,325.03 | 9/24/2018 | 1760016974-2189 | 8/21/2018 | $33.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019382 | $8,325.03 | 9/24/2018 | 1760016992-2196 | 8/21/2018 | $163.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019382 | $8,325.03 | 9/24/2018 | 1760016930-2188 | 8/17/2018 | $583.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019382 | $8,325.03 | 9/24/2018 | 1760017009-2198 | 8/22/2018 | $795.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019382 | $8,325.03 | 9/24/2018 | 1760017141-2199 | 8/23/2018 | $27.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019382 | $8,325.03 | 9/24/2018 | 1760017141-2200 | 8/23/2018 | $261.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019382 | $8,325.03 | 9/24/2018 | 1760017145-2201 | 8/23/2018 | $12.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019382 | $8,325.03 | 9/24/2018 | 1760017145-2202 | 8/23/2018 | $121.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019382 | $8,325.03 | 9/24/2018 | 1760017148-2203 | 8/23/2018 | $23.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019382 | $8,325.03 | 9/24/2018 | 1760016992-2195 | 8/21/2018 | $17.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015904 | $2,472.69 | 9/17/2018 | 7600016840-2181 | 8/15/2018 | $15.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001502 | $6,868.91 | 8/20/2018 | 1760016155-1224 | 7/19/2018 | $162.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015904 | $2,472.69 | 9/17/2018 | 1760016917-2175 | 8/16/2018 | $7.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015904 | $2,472.69 | 9/17/2018 | 1760016917-2176 | 8/16/2018 | $69.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015904 | $2,472.69 | 9/17/2018 | 1760016919-2177 | 8/16/2018 | $38.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015904 | $2,472.69 | 9/17/2018 | 1760016919-2178 | 8/16/2018 | $363.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019382 | $8,325.03 | 9/24/2018 | 1760016974-2190 | 8/21/2018 | $322.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015904 | $2,472.69 | 9/17/2018 | 1760016927-2180 | 8/16/2018 | $160.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019382 | $8,325.03 | 9/24/2018 | 1760017150-2206 | 8/23/2018 | $84.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015904 | $2,472.69 | 9/17/2018 | 7600016840-2182 | 8/15/2018 | $147.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019382 | $8,325.03 | 9/24/2018 | 1760016908-2183 | 8/17/2018 | $32.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019382 | $8,325.03 | 9/24/2018 | 1760016908-2184 | 8/17/2018 | $305.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019382 | $8,325.03 | 9/24/2018 | 1760016926-2185 | 8/21/2018 | $48.74 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781019382 | $8,325.03 | 9/24/2018 | 1760016926-2186 | 8/21/2018 | $464.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019382 | $8,325.03 | 9/24/2018 | 1760016930-2187 | 8/17/2018 | $61.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015904 | $2,472.69 | 9/17/2018 | 1760016927-2179 | 8/16/2018 | $16.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022926 | $2,416.76 | 10/1/2018 | 1760017223-2230 | 8/28/2018 | $120.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022926 | $2,416.76 | 10/1/2018 | 1760016977-2223 | 8/24/2018 | $14.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022926 | $2,416.76 | 10/1/2018 | 1760016977-2224 | 8/24/2018 | $138.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022926 | $2,416.76 | 10/1/2018 | 1760017218-2225 | 8/27/2018 | $23.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022926 | $2,416.76 | 10/1/2018 | 1760017218-2226 | 8/27/2018 | $227.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022926 | $2,416.76 | 10/1/2018 | 1760017220-2227 | 8/27/2018 | $65.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019382 | $8,325.03 | 9/24/2018 | 1760017148-2204 | 8/23/2018 | $220.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022926 | $2,416.76 | 10/1/2018 | 1760017223-2229 | 8/28/2018 | $12.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019382 | $8,325.03 | 9/24/2018 | 760016994A-2220 | 8/22/2018 | $489.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022926 | $2,416.76 | 10/1/2018 | 1760017225-2231 | 8/28/2018 | $17.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022926 | $2,416.76 | 10/1/2018 | 1760017225-2232 | 8/28/2018 | $163.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022926 | $2,416.76 | 10/1/2018 | 1760017335-2233 | 8/30/2018 | $26.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022926 | $2,416.76 | 10/1/2018 | 1760017335-2234 | 8/30/2018 | $256.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022926 | $2,416.76 | 10/1/2018 | 1760017337 | 8/29/2018 | $33.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022926 | $2,416.76 | 10/1/2018 | 1760017341-2235 | 8/30/2018 | $12.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022926 | $2,416.76 | 10/1/2018 | 1760017220-2228 | 8/27/2018 | $620.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019382 | $8,325.03 | 9/24/2018 | 1760017189-2214 | 8/23/2018 | $454.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015904 | $2,472.69 | 9/17/2018 | 1760016795-2173 | 8/15/2018 | $64.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019382 | $8,325.03 | 9/24/2018 | 1760017162-2207 | 8/23/2018 | $27.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019382 | $8,325.03 | 9/24/2018 | 1760017162-2208 | 8/23/2018 | $258.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019382 | $8,325.03 | 9/24/2018 | 1760017167-2209 | 8/23/2018 | $35.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019382 | $8,325.03 | 9/24/2018 | 1760017167-2210 | 8/23/2018 | $338.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019382 | $8,325.03 | 9/24/2018 | 1760017177-2211 | 8/23/2018 | $51.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022926 | $2,416.76 | 10/1/2018 | 1760016976-2222 | 8/24/2018 | $631.16 |

Revlon (Puerto Rico) Inc. (2219714)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                         Exhibit A                              P. 7

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781019382 | $8,325.03 | 9/24/2018 | 1760017189-2213 | 8/23/2018 | $47.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022926 | $2,416.76 | 10/1/2018 | 1760016976-2221 | 8/24/2018 | $66.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019382 | $8,325.03 | 9/24/2018 | 7600017180-2215 | 8/23/2018 | $60.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019382 | $8,325.03 | 9/24/2018 | 7600017180-2216 | 8/23/2018 | $573.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019382 | $8,325.03 | 9/24/2018 | 760016909A-2217 | 8/17/2018 | $68.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019382 | $8,325.03 | 9/24/2018 | 760016909A-2218 | 8/17/2018 | $649.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019382 | $8,325.03 | 9/24/2018 | 760016994A-2219 | 8/22/2018 | $51.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019382 | $8,325.03 | 9/24/2018 | 1760017150-2205 | 8/23/2018 | $8.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019382 | $8,325.03 | 9/24/2018 | 1760017177-2212 | 8/23/2018 | $487.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008487 | $1,693.68 | 9/3/2018 | 1760016325-2135 | 7/27/2018 | $35.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015904 | $2,472.69 | 9/17/2018 | 1760016913 | 8/15/2018 | $33.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004943 | $3,512.48 | 8/27/2018 | 1760016346-1239 | 7/26/2018 | $40.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004943 | $3,512.48 | 8/27/2018 | 1760016346-1240 | 7/26/2018 | $390.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004943 | $3,512.48 | 8/27/2018 | 1760016350-1241 | 7/25/2018 | $50.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004943 | $3,512.48 | 8/27/2018 | 1760016350-1242 | 7/25/2018 | $479.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004943 | $3,512.48 | 8/27/2018 | 1760016345-1237 | 7/26/2018 | $30.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004943 | $3,512.48 | 8/27/2018 | 1760016351-1244 | 7/25/2018 | $797.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004943 | $3,512.48 | 8/27/2018 | 1760016333-1236 | 7/26/2018 | $214.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008487 | $1,693.68 | 9/3/2018 | 1760016325-2136 | 7/27/2018 | $337.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008487 | $1,693.68 | 9/3/2018 | 1760016337-2137 | 7/27/2018 | $7.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008487 | $1,693.68 | 9/3/2018 | 1760016337-2138 | 7/27/2018 | $69.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008487 | $1,693.68 | 9/3/2018 | 1760016343-2139 | 7/27/2018 | $42.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008487 | $1,693.68 | 9/3/2018 | 1760016343-2140 | 7/27/2018 | $405.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008487 | $1,693.68 | 9/3/2018 | 1760016344-2141 | 7/27/2018 | $16.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004943 | $3,512.48 | 8/27/2018 | 1760016351-1243 | 7/25/2018 | $83.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004943 | $3,512.48 | 8/27/2018 | 1760016320-1229 | 7/25/2018 | $13.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022926 | $2,416.76 | 10/1/2018 | 1760017341-2236 | 8/30/2018 | $118.86 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004943 | $3,512.48 | 8/27/2018 | 1760016145-1215 | 7/20/2018 | $24.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004943 | $3,512.48 | 8/27/2018 | 1760016145-1216 | 7/20/2018 | $228.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004943 | $3,512.48 | 8/27/2018 | 1760016152-1221 | 7/23/2018 | $30.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004943 | $3,512.48 | 8/27/2018 | 1760016152-1222 | 7/23/2018 | $291.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004943 | $3,512.48 | 8/27/2018 | 1760016345-1238 | 7/26/2018 | $292.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004943 | $3,512.48 | 8/27/2018 | 1760016157-1226 | 7/23/2018 | $489.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008487 | $1,693.68 | 9/3/2018 | 1760016414-2144 | 7/31/2018 | $399.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004943 | $3,512.48 | 8/27/2018 | 1760016320-1230 | 7/25/2018 | $129.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004943 | $3,512.48 | 8/27/2018 | 1760016321-1231 | 7/25/2018 | $17.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004943 | $3,512.48 | 8/27/2018 | 1760016321-1232 | 7/25/2018 | $171.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004943 | $3,512.48 | 8/27/2018 | 1760016323-1233 | 7/26/2018 | $25.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004943 | $3,512.48 | 8/27/2018 | 1760016323-1234 | 7/26/2018 | $239.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004943 | $3,512.48 | 8/27/2018 | 1760016333-1235 | 7/26/2018 | $22.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004943 | $3,512.48 | 8/27/2018 | 1760016157-1225 | 7/23/2018 | $51.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015904 | $2,472.69 | 9/17/2018 | 1760016776 | 8/13/2018 | $16.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012494 | $2,802.16 | 9/10/2018 | 1760016630-2161 | 8/8/2018 | $16.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012494 | $2,802.16 | 9/10/2018 | 1760016630-2162 | 8/8/2018 | $152.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012494 | $2,802.16 | 9/10/2018 | 1760016634 | 8/6/2018 | $16.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012494 | $2,802.16 | 9/10/2018 | 1760016635-2163 | 8/7/2018 | $92.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012494 | $2,802.16 | 9/10/2018 | 1760016635-2164 | 8/7/2018 | $876.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008487 | $1,693.68 | 9/3/2018 | 1760016344-2142 | 7/27/2018 | $157.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012494 | $2,802.16 | 9/10/2018 | 1760016711-2166 | 8/9/2018 | $197.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012494 | $2,802.16 | 9/10/2018 | 1760016553-2158 | 8/6/2018 | $186.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015904 | $2,472.69 | 9/17/2018 | 1760016777-2167 | 8/15/2018 | $1.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015904 | $2,472.69 | 9/17/2018 | 1760016777-2168 | 8/15/2018 | $15.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015904 | $2,472.69 | 9/17/2018 | 1760016780-2169 | 8/15/2018 | $53.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015904 | $2,472.69 | 9/17/2018 | 1760016780-2170 | 8/15/2018 | $509.22 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781015904 | $2,472.69 | 9/17/2018 | 1760016792-2171 | 8/15/2018 | $33.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015904 | $2,472.69 | 9/17/2018 | 1760016792-2172 | 8/15/2018 | $314.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012494 | $2,802.16 | 9/10/2018 | 1760016711-2165 | 8/9/2018 | $20.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012494 | $2,802.16 | 9/10/2018 | 1760016547-2152 | 8/3/2018 | $127.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001502 | $6,868.91 | 8/20/2018 | 1760016161-1227 | 7/19/2018 | $65.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008487 | $1,693.68 | 9/3/2018 | 1760016416-2145 | 7/31/2018 | $17.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008487 | $1,693.68 | 9/3/2018 | 1760016416-2146 | 7/31/2018 | $163.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012494 | $2,802.16 | 9/10/2018 | 1760016541-2147 | 8/3/2018 | $19.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012494 | $2,802.16 | 9/10/2018 | 1760016541-2148 | 8/3/2018 | $181.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012494 | $2,802.16 | 9/10/2018 | 1760016542-2149 | 8/3/2018 | $27.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012494 | $2,802.16 | 9/10/2018 | 1760016629-2160 | 8/8/2018 | $248.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012494 | $2,802.16 | 9/10/2018 | 1760016547-2151 | 8/3/2018 | $13.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012494 | $2,802.16 | 9/10/2018 | 1760016629-2159 | 8/8/2018 | $26.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012494 | $2,802.16 | 9/10/2018 | 1760016550-2153 | 8/6/2018 | $13.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012494 | $2,802.16 | 9/10/2018 | 1760016550-2154 | 8/6/2018 | $130.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012494 | $2,802.16 | 9/10/2018 | 1760016552-2155 | 8/3/2018 | $32.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012494 | $2,802.16 | 9/10/2018 | 1760016552-2156 | 8/3/2018 | $311.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012494 | $2,802.16 | 9/10/2018 | 1760016553-2157 | 8/6/2018 | $19.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008487 | $1,693.68 | 9/3/2018 | 1760016414-2143 | 7/31/2018 | $41.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012494 | $2,802.16 | 9/10/2018 | 1760016542-2150 | 8/3/2018 | $259.62 |

Totals:    11 transfer(s),    $45,136.39

Exhibit A