**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **Revlon Consumer Products Corporation** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800042979 | 5/2/2018 | $365.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800036855 | 4/19/2018 | $10,244.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800044102 | 5/5/2018 | $19,815.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800044101 | 5/5/2018 | $50,057.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800044000-598 | 5/4/2018 | $2,026.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800044000-596 | 5/4/2018 | $226.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800043866 | 5/4/2018 | $117.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800043341 | 5/3/2018 | $2,929.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800044718 | 5/7/2018 | $431.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800042980 | 5/2/2018 | $567.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800046340 | 5/8/2018 | $58.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800042978 | 5/2/2018 | $352.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800042200 | 5/2/2018 | $1,357.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800042199 | 5/2/2018 | $306.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800042198 | 5/2/2018 | $217.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800042197 | 5/2/2018 | $367.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800039972 | 4/26/2018 | $1,083.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800039718 | 4/26/2018 | $79.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021473 | $64,284.35 | 9/27/2018 | 1800111364-608 | 8/1/2018 | $1,795.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800043340 | 5/3/2018 | $403.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 7845940-605 | 12/29/2017 | $480.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800001663 | 2/13/2018 | $798.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021473 | $64,284.35 | 9/27/2018 | 1800111363 | 8/1/2018 | $467.83 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781021473 | $64,284.35 | 9/27/2018 | 1800111362 | 8/1/2018 | $8,173.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021473 | $64,284.35 | 9/27/2018 | 1800111360 | 8/1/2018 | $4,506.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021473 | $64,284.35 | 9/27/2018 | 1800111359 | 8/1/2018 | $616.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021473 | $64,284.35 | 9/27/2018 | 1800111022 | 7/31/2018 | $172,402.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021473 | $64,284.35 | 9/27/2018 | 1800111021 | 7/31/2018 | $11,263.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800044717 | 5/7/2018 | $469.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | CKW071118 | 7/13/2018 | $277,637.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800036854-595 | 4/19/2018 | $15,941.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800058841 | 6/8/2018 | $176.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800053591-603 | 5/29/2018 | $352.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800053486-601 | 5/29/2018 | $176.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800053485-599 | 5/29/2018 | $117.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800050400 | 5/21/2018 | $58.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800050399 | 5/21/2018 | $58.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800050398 | 5/21/2018 | $234.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800050397 | 5/21/2018 | $176.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988332 | $7,898.92 | 7/25/2018 | 1800053903 | 5/30/2018 | $9,925.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800004798 | 2/20/2018 | $1,012.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800037662 | 4/20/2018 | $470.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800009013 | 2/27/2018 | $60,371.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800008738 | 2/27/2018 | $305.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800008194 | 2/24/2018 | $1,991.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800005029 | 2/20/2018 | $825.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800005028 | 2/20/2018 | $931.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800005027 | 2/20/2018 | $1,029.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800009393 | 2/28/2018 | $830.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800005025 | 2/20/2018 | $983.66 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800015465 | 3/8/2018 | $1,016.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800004797 | 2/20/2018 | $10,236.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800004796 | 2/20/2018 | $391.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800002106 | 2/13/2018 | $13,646.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800001764 | 2/13/2018 | $339.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800001763 | 2/13/2018 | $297.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800001762 | 2/13/2018 | $390.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800001761 | 2/13/2018 | $333.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800001760 | 2/13/2018 | $239.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800005026 | 2/20/2018 | $872.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800033915 | 4/12/2018 | $536.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800036854-593 | 4/19/2018 | $340.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800036802-591 | 4/19/2018 | $41,998.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800036480 | 4/18/2018 | $1,412.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800036479 | 4/18/2018 | $2,501.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800036478 | 4/18/2018 | $571.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800035671 | 4/17/2018 | $79.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800035670 | 4/17/2018 | $79.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800009392 | 2/28/2018 | $600.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800033916 | 4/12/2018 | $478.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021473 | $64,284.35 | 9/27/2018 | 1800126916 | 8/17/2018 | $3,865.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800032716 | 4/10/2018 | $14,923.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800032715 | 4/10/2018 | $29,759.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800032714 | 4/10/2018 | $19,276.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800032074 | 4/10/2018 | $158.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800032073-590 | 4/10/2018 | $64.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800032073-588 | 4/10/2018 | $327.12 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800015853-587 | 3/9/2018 | $44,847.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800015853-585 | 3/9/2018 | $743.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984020 | $58,614.29 | 7/17/2018 | 1800033917 | 4/12/2018 | $1,760.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $468,723.77 | 8/8/2018 | 1800111364-607 | 8/1/2018 | $80.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022195 | $91,731.53 | 9/28/2018 | 1800130517 | 8/24/2018 | $4,315.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $468,723.77 | 8/8/2018 | 1800126921 | 8/17/2018 | $3,007.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $468,723.77 | 8/8/2018 | 1800126920 | 8/17/2018 | $3,094.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $468,723.77 | 8/8/2018 | 1800126919 | 8/17/2018 | $6,097.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $468,723.77 | 8/8/2018 | 1800126918-611 | 8/17/2018 | $8,926.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $468,723.77 | 8/8/2018 | 1800126918-610 | 8/17/2018 | $294.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $468,723.77 | 8/8/2018 | 1800126917 | 8/17/2018 | $11,532.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $468,723.77 | 8/8/2018 | 1800127441-614 | 8/17/2018 | $269,349.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $468,723.77 | 8/8/2018 | 1800111364-608 | 8/1/2018 | $1,795.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $468,723.77 | 8/8/2018 | 1800128006 | 8/20/2018 | $17,106.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $468,723.77 | 8/8/2018 | 1800111363 | 8/1/2018 | $467.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $468,723.77 | 8/8/2018 | 1800111362 | 8/1/2018 | $8,173.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $468,723.77 | 8/8/2018 | 1800111360 | 8/1/2018 | $4,506.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $468,723.77 | 8/8/2018 | 1800111359 | 8/1/2018 | $616.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $468,723.77 | 8/8/2018 | 1800111022 | 7/31/2018 | $172,402.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $468,723.77 | 8/8/2018 | 1800111021 | 7/31/2018 | $11,263.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023595 | $4,563.41 | 10/2/2018 | 1800132111 | 8/27/2018 | $3,812.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021473 | $64,284.35 | 9/27/2018 | 1800111364-607 | 8/1/2018 | $80.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $468,723.77 | 8/8/2018 | 1800126916 | 8/17/2018 | $3,865.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $468,723.77 | 8/8/2018 | 1800129739 | 8/23/2018 | $383.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $468,723.77 | 8/8/2018 | 1800129752 | 8/23/2018 | $89.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $468,723.77 | 8/8/2018 | 1800129750 | 8/23/2018 | $952.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $468,723.77 | 8/8/2018 | 1800129748 | 8/23/2018 | $1,453.87 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $468,723.77 | 8/8/2018 | 1800129747 | 8/23/2018 | $1,028.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $468,723.77 | 8/8/2018 | 1800129746 | 8/23/2018 | $365.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $468,723.77 | 8/8/2018 | 1800129743-621 | 8/23/2018 | $1,331.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $468,723.77 | 8/8/2018 | 1800129742 | 8/23/2018 | $1,466.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $468,723.77 | 8/8/2018 | 1800127441-612 | 8/17/2018 | $1,238.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $468,723.77 | 8/8/2018 | 1800129740 | 8/23/2018 | $3,179.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022195 | $91,731.53 | 9/28/2018 | 1800130516 | 8/24/2018 | $3,989.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $468,723.77 | 8/8/2018 | 1800129738 | 8/23/2018 | $273.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $468,723.77 | 8/8/2018 | 1800129737-620 | 8/23/2018 | $8,242.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $468,723.77 | 8/8/2018 | 1800129737-619 | 8/23/2018 | $230.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $468,723.77 | 8/8/2018 | 1800129736 | 8/23/2018 | $43,061.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $468,723.77 | 8/8/2018 | 1800129735-617 | 8/23/2018 | $84,448.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $468,723.77 | 8/8/2018 | 1800129735-616 | 8/23/2018 | $103.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $468,723.77 | 8/8/2018 | 1800129734 | 8/23/2018 | $902.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $468,723.77 | 8/8/2018 | 1800128007 | 8/20/2018 | $8,232.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $468,723.77 | 8/8/2018 | 1800129741 | 8/23/2018 | $710.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021473 | $64,284.35 | 9/27/2018 | 1800128006 | 8/20/2018 | $17,106.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023595 | $4,563.41 | 10/2/2018 | 1800129751 | 8/23/2018 | $756.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021473 | $64,284.35 | 9/27/2018 | 1800129738 | 8/23/2018 | $273.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021473 | $64,284.35 | 9/27/2018 | 1800129737-620 | 8/23/2018 | $8,242.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021473 | $64,284.35 | 9/27/2018 | 1800129737-619 | 8/23/2018 | $230.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021473 | $64,284.35 | 9/27/2018 | 1800129736 | 8/23/2018 | $43,061.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021473 | $64,284.35 | 9/27/2018 | 1800129735-617 | 8/23/2018 | $84,448.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021473 | $64,284.35 | 9/27/2018 | 1800129735-616 | 8/23/2018 | $103.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021473 | $64,284.35 | 9/27/2018 | 1800129740 | 8/23/2018 | $3,179.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021473 | $64,284.35 | 9/27/2018 | 1800128007 | 8/20/2018 | $8,232.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021473 | $64,284.35 | 9/27/2018 | 1800129741 | 8/23/2018 | $710.31 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781021473 | $64,284.35 | 9/27/2018 | 1800127441-614 | 8/17/2018 | $269,349.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021473 | $64,284.35 | 9/27/2018 | 1800127441-612 | 8/17/2018 | $1,238.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021473 | $64,284.35 | 9/27/2018 | 1800126921 | 8/17/2018 | $3,007.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021473 | $64,284.35 | 9/27/2018 | 1800126920 | 8/17/2018 | $3,094.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021473 | $64,284.35 | 9/27/2018 | 1800126919 | 8/17/2018 | $6,097.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021473 | $64,284.35 | 9/27/2018 | 1800126918-611 | 8/17/2018 | $8,926.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021473 | $64,284.35 | 9/27/2018 | 1800126918-610 | 8/17/2018 | $294.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021473 | $64,284.35 | 9/27/2018 | 1800126917 | 8/17/2018 | $11,532.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021473 | $64,284.35 | 9/27/2018 | 1800129734 | 8/23/2018 | $902.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022195 | $91,731.53 | 9/28/2018 | 1800129744 | 8/23/2018 | $3,196.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022195 | $91,731.53 | 9/28/2018 | 1800130515 | 8/24/2018 | $2,325.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022195 | $91,731.53 | 9/28/2018 | 1800130096 | 8/24/2018 | $67,825.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022195 | $91,731.53 | 9/28/2018 | 1800130095 | 8/24/2018 | $749.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022195 | $91,731.53 | 9/28/2018 | 1800129897 | 8/24/2018 | $589.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022195 | $91,731.53 | 9/28/2018 | 1800129896 | 8/24/2018 | $757.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022195 | $91,731.53 | 9/28/2018 | 1800129895 | 8/24/2018 | $1,312.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022195 | $91,731.53 | 9/28/2018 | 1800129894 | 8/24/2018 | $1,834.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021473 | $64,284.35 | 9/27/2018 | 1800129739 | 8/23/2018 | $383.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022195 | $91,731.53 | 9/28/2018 | 1800129745 | 8/23/2018 | $4,532.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $468,723.77 | 8/8/2018 | 1800129753 | 8/23/2018 | $382.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021473 | $64,284.35 | 9/27/2018 | 1800129753 | 8/23/2018 | $382.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021473 | $64,284.35 | 9/27/2018 | 1800129752 | 8/23/2018 | $89.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021473 | $64,284.35 | 9/27/2018 | 1800129750 | 8/23/2018 | $952.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021473 | $64,284.35 | 9/27/2018 | 1800129748 | 8/23/2018 | $1,453.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021473 | $64,284.35 | 9/27/2018 | 1800129747 | 8/23/2018 | $1,028.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021473 | $64,284.35 | 9/27/2018 | 1800129746 | 8/23/2018 | $365.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021473 | $64,284.35 | 9/27/2018 | 1800129743-621 | 8/23/2018 | $1,331.99 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781021473 | $64,284.35 | 9/27/2018 | 1800129742 | 8/23/2018 | $1,466.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022195 | $91,731.53 | 9/28/2018 | 1800129749 | 8/23/2018 | $313.99 |
| **Totals:** | | **6 transfer(s),** | **$695,816.27** | | | | |