**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **Reynolds Consumer Products LLC fdba Reynolds Consumer Products Inc.** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781012496 | $4,463.19 | 9/10/2018 | 98491064 | 8/24/2018 | $4,623.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984021 | $2,547.51 | 7/17/2018 | 98401712 | 7/2/2018 | $73.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984021 | $2,547.51 | 7/17/2018 | 98401713 | 7/2/2018 | $714.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984021 | $2,547.51 | 7/17/2018 | 98401714 | 7/2/2018 | $1,687.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984928 | $69,760.81 | 7/18/2018 | 98402787 | 7/3/2018 | $4,341.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984928 | $69,760.81 | 7/18/2018 | 98402788 | 7/3/2018 | $13,450.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984928 | $69,760.81 | 7/18/2018 | 98402789 | 7/3/2018 | $56,326.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008489 | $27,109.94 | 9/3/2018 | 98320284-32909 | 5/18/2018 | $1,856.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008489 | $27,109.94 | 9/3/2018 | 98456160 | 8/3/2018 | $1,001.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008489 | $27,109.94 | 9/3/2018 | 98469230 | 8/17/2018 | $16,668.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008489 | $27,109.94 | 9/3/2018 | 98469231 | 8/17/2018 | $12,241.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008489 | $27,109.94 | 9/3/2018 | 98477019 | 8/16/2018 | $1,204.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984021 | $2,547.51 | 7/17/2018 | 98401711 | 7/2/2018 | $73.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011252 | $4,422.05 | 9/6/2018 | 98472094-32911 | 8/22/2018 | $6,797.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023596 | $18,121.98 | 10/2/2018 | 98497496 | 9/17/2018 | $18,121.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013052 | $14,247.47 | 9/11/2018 | 98494331 | 8/27/2018 | $14,247.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017320 | $31,277.48 | 9/19/2018 | 98506402 | 9/4/2018 | $32,391.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017996 | $2,038.72 | 9/20/2018 | 98508006 | 9/5/2018 | $1,086.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017996 | $2,038.72 | 9/20/2018 | 98508007 | 9/5/2018 | $952.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019383 | $780.66 | 9/24/2018 | 98498964 | 9/7/2018 | $1,010.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019952 | $2,317.37 | 9/25/2018 | 98515217 | 9/10/2018 | $2,317.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021475 | $7,502.16 | 9/27/2018 | 98509568 | 9/12/2018 | $1,794.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021475 | $7,502.16 | 9/27/2018 | 98509569 | 9/12/2018 | $3,154.71 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781021475 | $7,502.16 | 9/27/2018 | 98509570 | 9/12/2018 | $2,605.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022197 | $2,051.77 | 9/28/2018 | 98507974-32913 | 9/13/2018 | $2,051.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022927 | $35,100.69 | 10/1/2018 | 98516397 | 9/14/2018 | $19,687.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022927 | $35,100.69 | 10/1/2018 | 98516398 | 9/14/2018 | $15,413.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009154 | $13,543.02 | 9/4/2018 | 98481817 | 8/20/2018 | $13,543.02 |

Totals:    15 transfer(s),    $235,284.82