**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Reynolds Presto Products Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781023570 | $7,118.39 | 10/2/2018 | 98516709 | 9/11/2018 | $7,118.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020818 | $7,677.84 | 9/26/2018 | 98498444-5487 | 9/5/2018 | $9,187.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020818 | $7,677.84 | 9/26/2018 | 98498444-5485 | 9/5/2018 | $1,378.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992488 | $4,885.40 | 8/2/2018 | 98413868 | 7/11/2018 | $4,885.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991784 | $5,016.37 | 8/1/2018 | 98413866 | 7/11/2018 | $5,016.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990331 | $2,539.28 | 7/30/2018 | 98413867 | 7/11/2018 | $2,539.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989663 | $16,525.47 | 7/27/2018 | 98401469 | 7/10/2018 | $4,027.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989663 | $16,525.47 | 7/27/2018 | 98399856 | 7/3/2018 | $7,382.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989663 | $16,525.47 | 7/27/2018 | 98399546 | 7/6/2018 | $5,115.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988950 | $2,534.46 | 7/26/2018 | 98401468 | 7/10/2018 | $2,534.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987434 | $3,127.71 | 7/24/2018 | 98399855 | 7/3/2018 | $3,227.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984002 | $9,786.55 | 7/17/2018 | 98391472 | 6/26/2018 | $3,062.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984002 | $9,786.55 | 7/17/2018 | 98385603 | 6/22/2018 | $3,381.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984002 | $9,786.55 | 7/17/2018 | 98377195 | 6/28/2018 | $3,343.04 |

Totals:    9 transfer(s),    $59,211.47