**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Roanld P. Sorce, A.I.A., Architects, P.C. dba Sorce Architecture, P.C., a Professional Corporat** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009279 | $4,928.00 | 9/18/2018 | 201841 | 6/29/2018 | $4,928.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987557 | $8,922.00 | 8/1/2018 | 201831 | 5/18/2018 | $8,922.00 |
| **Totals:** | **2 transfer(s),** | **$13,850.00** | | | | | |

Roanld P. Sorce, A.I.A., Architects, P.C. dba Sorce Architecture, P.C., a Professional Corporation (2219672)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jan 27, 2020                                           Exhibit A                                           P. 1