**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Defendant:** | **Rock Content dba ScribbleLive fdba I-On Interactive Inc.** | | | | | | |
| **Bankruptcy Case:** | **Sears Holdings Corporation, et al.** | | | | | | |
| **Preference Period:** | **Jul 17, 2018 - Oct 15, 2018** | | | | | | |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011545 | $11,590.00 | 9/21/2018 | 23844 | 7/1/2018 | $11,590.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992885 | $11,690.00 | 8/15/2018 | 23660 | 6/1/2018 | $100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992885 | $11,690.00 | 8/15/2018 | 23644 | 6/1/2018 | $11,590.00 |
| **Totals:** | **2 transfer(s),** | **$23,280.00** | | | | | |

Rock Content dba ScribbleLive fdba I-On Interactive Inc. (2219722)  
Bankruptcy Case: Sears Holdings Corporation, et al.  
Jan 27, 2020                                                                 Exhibit A                                                                 P. 1