**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Rock Content dba ScribbleLive fdba I-On Interactive Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245084 | $28,471.50 | 9/27/2018 | 24014-IN | 8/1/2018 | $28,471.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243503 | $3,750.00 | 9/17/2018 | 23849-IN | 7/1/2018 | $3,750.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243502 | $3,750.00 | 9/17/2018 | 23848-IN | 7/1/2018 | $3,750.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235675 | $3,750.00 | 7/27/2018 | 23648-IN | 6/1/2018 | $3,750.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235674 | $3,750.00 | 7/27/2018 | 23647-IN | 6/1/2018 | $3,750.00 |

**Totals:**    5 transfer(s),    $43,471.50

Rock Content dba ScribbleLive fdba I-On Interactive Inc. (2219536)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                                                 Exhibit A                                                                 P. 1