**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **RTH Mechanical Services, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780994108 | $1,180.00 | 8/16/2018 | 9503 | 5/31/2018 | $1,180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980213 | $570.00 | 7/17/2018 | 9315 | 5/2/2018 | $570.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998089 | $2,906.00 | 8/23/2018 | 2443515-21463 | 6/11/2018 | $63.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998089 | $2,906.00 | 8/23/2018 | 2183515-21462 | 6/11/2018 | $190.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998089 | $2,906.00 | 8/23/2018 | 1343515-21461 | 6/11/2018 | $48.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998089 | $2,906.00 | 8/23/2018 | 1313515-21460 | 6/11/2018 | $63.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998089 | $2,906.00 | 8/23/2018 | 1283515-21459 | 6/11/2018 | $63.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998089 | $2,906.00 | 8/23/2018 | 1283515-21458 | 6/11/2018 | $48.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998089 | $2,906.00 | 8/23/2018 | 1253515-21457 | 6/11/2018 | $222.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998089 | $2,906.00 | 8/23/2018 | 2663515-21465 | 6/11/2018 | $63.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998089 | $2,906.00 | 8/23/2018 | 1053515-21455 | 6/11/2018 | $190.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998089 | $2,906.00 | 8/23/2018 | 3021515-21466 | 6/11/2018 | $87.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990432 | $4,242.50 | 8/9/2018 | 9573 | 5/24/2018 | $380.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990432 | $4,242.50 | 8/9/2018 | 9411 | 5/25/2018 | $2,602.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990432 | $4,242.50 | 8/9/2018 | 9409 | 5/24/2018 | $1,260.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986955 | $1,720.00 | 7/31/2018 | 9407 | 5/22/2018 | $380.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986955 | $1,720.00 | 7/31/2018 | 9336 | 5/17/2018 | $380.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986955 | $1,720.00 | 7/31/2018 | 9335 | 5/17/2018 | $960.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983489 | $3,223.00 | 7/24/2018 | 9401 | 5/14/2018 | $2,985.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983489 | $3,223.00 | 7/24/2018 | 42018-21454 | 5/14/2018 | $48.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983489 | $3,223.00 | 7/24/2018 | 2183515-21453 | 5/11/2018 | $190.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998089 | $2,906.00 | 8/23/2018 | 1163515-21456 | 6/11/2018 | $127.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001531 | $988.00 | 9/3/2018 | 9529 | 6/19/2018 | $285.00 |

RTH Mechanical Services, Inc. (2219398)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                    Exhibit A                    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781012529 | $1,555.00 | 9/24/2018 | 9572 | 7/4/2018 | $950.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012529 | $1,555.00 | 9/24/2018 | 9532 | 7/9/2018 | $285.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008526 | $4,446.25 | 9/17/2018 | 9571 | 6/28/2018 | $712.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008526 | $4,446.25 | 9/17/2018 | 9553 | 7/3/2018 | $356.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008526 | $4,446.25 | 9/17/2018 | 9552 | 7/3/2018 | $970.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008526 | $4,446.25 | 9/17/2018 | 9544 | 7/3/2018 | $285.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008526 | $4,446.25 | 9/17/2018 | 9543 | 7/3/2018 | $490.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008526 | $4,446.25 | 9/17/2018 | 9538 | 6/30/2018 | $783.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998089 | $2,906.00 | 8/23/2018 | 2583515-21464 | 6/11/2018 | $127.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004977 | $760.00 | 9/10/2018 | 9496 | 6/20/2018 | $760.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012529 | $1,555.00 | 9/24/2018 | 9603 | 7/6/2018 | $320.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001531 | $988.00 | 9/3/2018 | 9528 | 6/19/2018 | $655.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001531 | $988.00 | 9/3/2018 | 9527 | 6/19/2018 | $380.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001531 | $988.00 | 9/3/2018 | 52018 | 6/14/2018 | $48.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998089 | $2,906.00 | 8/23/2018 | 9419 | 6/12/2018 | $760.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998089 | $2,906.00 | 8/23/2018 | 9407A | 5/22/2018 | $380.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998089 | $2,906.00 | 8/23/2018 | 6423515-21470 | 6/11/2018 | $63.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998089 | $2,906.00 | 8/23/2018 | 6283515-21469 | 6/11/2018 | $127.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998089 | $2,906.00 | 8/23/2018 | 4448515-21468 | 6/11/2018 | $127.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998089 | $2,906.00 | 8/23/2018 | 3175515-21467 | 6/11/2018 | $158.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008526 | $4,446.25 | 9/17/2018 | 9537 | 6/30/2018 | $848.75 |

Totals:    10 transfer(s),    $21,590.75