**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **S&P Global Inc. dba S&P Global Ratings** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62087408 | $250,881.00 | 10/9/2018 | 11349575 | 5/3/2018 | $114,631.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087408 | $250,881.00 | 10/9/2018 | 11346874 | 3/16/2018 | $136,250.00 |
| **Totals:** | | 1 transfer(s), | $250,881.00 | | | | |