

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Saint-Gobain Abrasives, Inc. dba Norton Abrasives Group** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171828 | $15,591.56 | 8/7/2018 | 86805 | 6/22/2018 | $195.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171129 | $18,639.74 | 7/30/2018 | 64554 | 6/18/2018 | $275.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171828 | $15,591.56 | 8/7/2018 | 92093 | 6/25/2018 | $451.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171828 | $15,591.56 | 8/7/2018 | 92089 | 6/25/2018 | $63.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171828 | $15,591.56 | 8/7/2018 | 92085 | 6/25/2018 | $126.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171828 | $15,591.56 | 8/7/2018 | 92079 | 6/25/2018 | $3,360.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171828 | $15,591.56 | 8/7/2018 | 92076 | 6/25/2018 | $63.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171828 | $15,591.56 | 8/7/2018 | 92070 | 6/25/2018 | $77.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171828 | $15,591.56 | 8/7/2018 | 92062 | 6/25/2018 | $1,787.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171828 | $15,591.56 | 8/7/2018 | 92100 | 6/25/2018 | $63.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171828 | $15,591.56 | 8/7/2018 | 92048 | 6/25/2018 | $3,931.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171828 | $15,591.56 | 8/7/2018 | 92102 | 6/25/2018 | $235.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171173 | $58.20 | 7/30/2018 | 12101 | 6/4/2018 | $58.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171129 | $18,639.74 | 7/30/2018 | 64584 | 6/18/2018 | $265.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171129 | $18,639.74 | 7/30/2018 | 64577 | 6/18/2018 | $570.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171129 | $18,639.74 | 7/30/2018 | 64574 | 6/18/2018 | $25.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171129 | $18,639.74 | 7/30/2018 | 64571 | 6/18/2018 | $750.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171129 | $18,639.74 | 7/30/2018 | 64566 | 6/18/2018 | $46.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171129 | $18,639.74 | 7/30/2018 | 64560 | 6/18/2018 | $288.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171129 | $18,639.74 | 7/30/2018 | 64558 | 6/18/2018 | $46.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172245 | $11,227.32 | 8/13/2018 | 118669 | 7/2/2018 | $99.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171828 | $15,591.56 | 8/7/2018 | 92056 | 6/25/2018 | $3,558.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172245 | $11,227.32 | 8/13/2018 | 118613 | 7/2/2018 | $45.90 |

Saint-Gobain Abrasives, Inc. dba Norton Abrasives Group (2191522)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                            Exhibit A                            P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170808 | $3,252.00 | 7/23/2018 | 12089 | 6/4/2018 | $423.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172245 | $11,227.32 | 8/13/2018 | 118661 | 7/2/2018 | $1,848.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172245 | $11,227.32 | 8/13/2018 | 118658 | 7/2/2018 | $45.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172245 | $11,227.32 | 8/13/2018 | 118655 | 7/2/2018 | $106.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172245 | $11,227.32 | 8/13/2018 | 118652 | 7/2/2018 | $1,449.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172245 | $11,227.32 | 8/13/2018 | 118650 | 7/2/2018 | $1,801.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172245 | $11,227.32 | 8/13/2018 | 118646 | 7/2/2018 | $1,059.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172245 | $11,227.32 | 8/13/2018 | 118644 | 7/2/2018 | $30.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171828 | $15,591.56 | 8/7/2018 | 92096 | 6/25/2018 | $141.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172245 | $11,227.32 | 8/13/2018 | 118621 | 7/2/2018 | $297.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171129 | $18,639.74 | 7/30/2018 | 64552 | 6/18/2018 | $91.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172245 | $11,227.32 | 8/13/2018 | 118607 | 7/2/2018 | $30.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172245 | $11,227.32 | 8/13/2018 | 118602 | 7/2/2018 | $2,532.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172212 | $2,461.11 | 8/10/2018 | 64563 | 6/18/2018 | $618.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172212 | $2,461.11 | 8/10/2018 | 38678 | 6/11/2018 | $406.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172212 | $2,461.11 | 8/10/2018 | 38643 | 6/11/2018 | $2,627.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172212 | $2,461.11 | 8/10/2018 | 38625 | 6/11/2018 | $327.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172212 | $2,461.11 | 8/10/2018 | 38621 | 6/11/2018 | $1,681.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171828 | $15,591.56 | 8/7/2018 | 92108 | 6/25/2018 | $1,177.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171828 | $15,591.56 | 8/7/2018 | 92104 | 6/25/2018 | $359.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172245 | $11,227.32 | 8/13/2018 | 118641 | 7/2/2018 | $1,600.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170906 | $617.34 | 7/20/2018 | 965918 | 5/21/2018 | $93.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171129 | $18,639.74 | 7/30/2018 | 64556 | 6/18/2018 | $1,501.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170968 | $19,980.93 | 7/23/2018 | 38657 | 6/11/2018 | $16.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170968 | $19,980.93 | 7/23/2018 | 38653 | 6/11/2018 | $46.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170968 | $19,980.93 | 7/23/2018 | 38650 | 6/11/2018 | $1,477.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170968 | $19,980.93 | 7/23/2018 | 38647 | 6/11/2018 | $4,093.29 |

Saint-Gobain Abrasives, Inc. dba Norton Abrasives Group (2191522)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170968 | $19,980.93 | 7/23/2018 | 38637 | 6/11/2018 | $478.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170968 | $19,980.93 | 7/23/2018 | 38633 | 6/11/2018 | $5,361.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170968 | $19,980.93 | 7/23/2018 | 38630 | 6/11/2018 | $111.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170968 | $19,980.93 | 7/23/2018 | 38663 | 6/11/2018 | $4,164.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170928 | $924.60 | 7/19/2018 | 991861 | 5/29/2018 | $924.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170968 | $19,980.93 | 7/23/2018 | 38667 | 6/11/2018 | $1,051.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170906 | $617.34 | 7/20/2018 | 965916 | 5/21/2018 | $2,981.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170808 | $3,252.00 | 7/23/2018 | 12132 | 6/4/2018 | $92.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170808 | $3,252.00 | 7/23/2018 | 12128 | 6/4/2018 | $173.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170808 | $3,252.00 | 7/23/2018 | 12124 | 6/4/2018 | $65.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170808 | $3,252.00 | 7/23/2018 | 12114 | 6/4/2018 | $60.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170808 | $3,252.00 | 7/23/2018 | 12106 | 6/4/2018 | $891.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170808 | $3,252.00 | 7/23/2018 | 12103 | 6/4/2018 | $299.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170808 | $3,252.00 | 7/23/2018 | 12097 | 6/4/2018 | $1,485.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170808 | $3,252.00 | 7/23/2018 | 12092 | 6/4/2018 | $423.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170968 | $19,980.93 | 7/23/2018 | 38627 | 6/11/2018 | $1,066.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171129 | $18,639.74 | 7/30/2018 | 64509 | 6/18/2018 | $3,526.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171129 | $18,639.74 | 7/30/2018 | 64550 | 6/18/2018 | $25.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171129 | $18,639.74 | 7/30/2018 | 64546 | 6/18/2018 | $860.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171129 | $18,639.74 | 7/30/2018 | 64543 | 6/18/2018 | $186.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171129 | $18,639.74 | 7/30/2018 | 64540 | 6/18/2018 | $137.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171129 | $18,639.74 | 7/30/2018 | 64529 | 6/18/2018 | $68.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171129 | $18,639.74 | 7/30/2018 | 64528 | 6/18/2018 | $552.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171129 | $18,639.74 | 7/30/2018 | 64523 | 6/18/2018 | $126.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171129 | $18,639.74 | 7/30/2018 | 64519 | 6/18/2018 | $4,488.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170968 | $19,980.93 | 7/23/2018 | 38660 | 6/11/2018 | $58.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171129 | $18,639.74 | 7/30/2018 | 64512 | 6/18/2018 | $3,663.27 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172245 | $11,227.32 | 8/13/2018 | 118673 | 7/2/2018 | $478.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171056 | $3,343.80 | 7/25/2018 | 991850 | 5/29/2018 | $371.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171056 | $3,343.80 | 7/25/2018 | 991846 | 5/29/2018 | $3,886.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170999 | $9,581.54 | 7/25/2018 | 936552 | 5/14/2018 | $10,474.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170968 | $19,980.93 | 7/23/2018 | 38691 | 6/11/2018 | $153.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170968 | $19,980.93 | 7/23/2018 | 38686 | 6/11/2018 | $1,449.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170968 | $19,980.93 | 7/23/2018 | 38682 | 6/11/2018 | $1,376.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170968 | $19,980.93 | 7/23/2018 | 38675 | 6/11/2018 | $32.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170968 | $19,980.93 | 7/23/2018 | 38672 | 6/11/2018 | $153.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170968 | $19,980.93 | 7/23/2018 | 38670 | 6/11/2018 | $1,384.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171129 | $18,639.74 | 7/30/2018 | 64514 | 6/18/2018 | $1,141.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173841 | $3,591.54 | 9/24/2018 | 271048 | 8/13/2018 | $241.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173714 | $3,055.00 | 9/18/2018 | 165086 | 7/16/2018 | $1,329.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173950 | $5,771.36 | 10/4/2018 | 165048 | 7/16/2018 | $58.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173841 | $3,591.54 | 9/24/2018 | 271072 | 8/13/2018 | $34.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173841 | $3,591.54 | 9/24/2018 | 271065 | 8/13/2018 | $495.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173841 | $3,591.54 | 9/24/2018 | 271060 | 8/13/2018 | $634.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173841 | $3,591.54 | 9/24/2018 | 271057 | 8/13/2018 | $48.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173841 | $3,591.54 | 9/24/2018 | 271054 | 8/13/2018 | $48.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173841 | $3,591.54 | 9/24/2018 | 271051 | 8/13/2018 | $869.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173950 | $5,771.36 | 10/4/2018 | 293467 | 8/18/2018 | $48.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173841 | $3,591.54 | 9/24/2018 | 271049 | 8/13/2018 | $47.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173950 | $5,771.36 | 10/4/2018 | 295885 | 8/20/2018 | $37.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173841 | $3,591.54 | 9/24/2018 | 271046 | 8/13/2018 | $969.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173767 | $32.60 | 9/19/2018 | 0000748403-26988 | 6/18/2018 | $32.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173739 | $1,198.81 | 9/18/2018 | 217923 | 7/30/2018 | $1,300.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173714 | $3,055.00 | 9/18/2018 | 245721 | 8/6/2018 | $743.52 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173714 | $3,055.00 | 9/18/2018 | 245718 | 8/6/2018 | $39.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173714 | $3,055.00 | 9/18/2018 | 245707 | 8/6/2018 | $1,133.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173714 | $3,055.00 | 9/18/2018 | 245704 | 8/6/2018 | $65.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173714 | $3,055.00 | 9/18/2018 | 245696 | 8/6/2018 | $29.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172245 | $11,227.32 | 8/13/2018 | 118664 | 7/2/2018 | $68.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173841 | $3,591.54 | 9/24/2018 | 271050 | 8/13/2018 | $201.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173950 | $5,771.36 | 10/4/2018 | 295896 | 8/20/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174878 | $5,045.25 | 10/9/2018 | 320411 | 8/27/2018 | $476.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174878 | $5,045.25 | 10/9/2018 | 320407 | 8/27/2018 | $76.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174878 | $5,045.25 | 10/9/2018 | 320399 | 8/27/2018 | $529.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174878 | $5,045.25 | 10/9/2018 | 320396 | 8/27/2018 | $303.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174878 | $5,045.25 | 10/9/2018 | 271069 | 8/13/2018 | $1,044.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174878 | $5,045.25 | 10/9/2018 | 245681 | 8/6/2018 | $451.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173950 | $5,771.36 | 10/4/2018 | 295900 | 8/20/2018 | $2,394.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173950 | $5,771.36 | 10/4/2018 | 295899 | 8/20/2018 | $279.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173950 | $5,771.36 | 10/4/2018 | 165084 | 7/16/2018 | $68.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173950 | $5,771.36 | 10/4/2018 | 295897 | 8/20/2018 | $87.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173657 | $3,926.27 | 9/11/2018 | 0000752247-26987 | 7/2/2018 | $45.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173950 | $5,771.36 | 10/4/2018 | 295895 | 8/20/2018 | $1,272.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173950 | $5,771.36 | 10/4/2018 | 295894 | 8/20/2018 | $227.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173950 | $5,771.36 | 10/4/2018 | 295893 | 8/20/2018 | $51.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173950 | $5,771.36 | 10/4/2018 | 295891 | 8/20/2018 | $50.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173950 | $5,771.36 | 10/4/2018 | 295890 | 8/20/2018 | $179.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173950 | $5,771.36 | 10/4/2018 | 295889 | 8/20/2018 | $37.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173950 | $5,771.36 | 10/4/2018 | 295888 | 8/20/2018 | $51.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173950 | $5,771.36 | 10/4/2018 | 295887 | 8/20/2018 | $39.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173950 | $5,771.36 | 10/4/2018 | 295886 | 8/20/2018 | $37.80 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173950 | $5,771.36 | 10/4/2018 | 295898 | 8/20/2018 | $1,304.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172513 | $8,230.46 | 8/27/2018 | 165054 | 7/16/2018 | $373.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173714 | $3,055.00 | 9/18/2018 | 245689 | 8/6/2018 | $289.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172513 | $8,230.46 | 8/27/2018 | 165104 | 7/16/2018 | $451.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172513 | $8,230.46 | 8/27/2018 | 165100 | 7/16/2018 | $405.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172513 | $8,230.46 | 8/27/2018 | 165089 | 7/16/2018 | $68.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172513 | $8,230.46 | 8/27/2018 | 165081 | 7/16/2018 | $125.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172513 | $8,230.46 | 8/27/2018 | 165073 | 7/16/2018 | $62.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172513 | $8,230.46 | 8/27/2018 | 165069 | 7/16/2018 | $3,202.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172513 | $8,230.46 | 8/27/2018 | 165065 | 7/16/2018 | $1,821.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172513 | $8,230.46 | 8/27/2018 | 165111 | 7/16/2018 | $283.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172513 | $8,230.46 | 8/27/2018 | 165056 | 7/16/2018 | $412.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173203 | $1,279.72 | 9/5/2018 | 92053 | 6/25/2018 | $1,479.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172513 | $8,230.46 | 8/27/2018 | 165050 | 7/16/2018 | $29.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172513 | $8,230.46 | 8/27/2018 | 118666 | 7/2/2018 | $340.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172513 | $8,230.46 | 8/27/2018 | 118637 | 7/2/2018 | $99.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172513 | $8,230.46 | 8/27/2018 | 118605 | 7/2/2018 | $121.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172513 | $8,230.46 | 8/27/2018 | 38639 | 6/11/2018 | $105.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172385 | $116.40 | 8/20/2018 | 139697 | 7/9/2018 | $29.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172385 | $116.40 | 8/20/2018 | 139696 | 7/9/2018 | $29.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172385 | $116.40 | 8/20/2018 | 139695 | 7/9/2018 | $29.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172385 | $116.40 | 8/20/2018 | 139694 | 7/9/2018 | $29.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172513 | $8,230.46 | 8/27/2018 | 165061 | 7/16/2018 | $1,507.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173626 | $1,184.93 | 9/10/2018 | 118634 | 7/2/2018 | $45.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173657 | $3,926.27 | 9/11/2018 | 0000752246-26986 | 7/2/2018 | $570.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173657 | $3,926.27 | 9/11/2018 | 0000752245-26985 | 7/2/2018 | $627.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173657 | $3,926.27 | 9/11/2018 | 0000752244-26984 | 7/2/2018 | $30.60 |

Saint-Gobain Abrasives, Inc. dba Norton Abrasives Group (2191522)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173657 | $3,926.27 | 9/11/2018 | 196027 | 7/24/2018 | $1,436.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173657 | $3,926.27 | 9/11/2018 | 165108 | 7/16/2018 | $1,835.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173657 | $3,926.27 | 9/11/2018 | 118639 | 7/2/2018 | $60.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173626 | $1,184.93 | 9/10/2018 | 217926 | 7/30/2018 | $309.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173626 | $1,184.93 | 9/10/2018 | 217918 | 7/30/2018 | $289.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172513 | $8,230.46 | 8/27/2018 | 165110 | 7/16/2018 | $31.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173626 | $1,184.93 | 9/10/2018 | 217911 | 7/30/2018 | $101.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174878 | $5,045.25 | 10/9/2018 | 320416 | 8/27/2018 | $2,391.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173626 | $1,184.93 | 9/10/2018 | 118631 | 7/2/2018 | $570.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173626 | $1,184.93 | 9/10/2018 | 118627 | 7/2/2018 | $627.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173626 | $1,184.93 | 9/10/2018 | 118624 | 7/2/2018 | $30.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173573 | $1,722.89 | 9/5/2018 | 165094 | 7/16/2018 | $1,722.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173203 | $1,279.72 | 9/5/2018 | 196029 | 7/24/2018 | $65.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173203 | $1,279.72 | 9/5/2018 | 196025 | 7/24/2018 | $58.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173203 | $1,279.72 | 9/5/2018 | 196023 | 7/24/2018 | $442.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173203 | $1,279.72 | 9/5/2018 | 196021 | 7/24/2018 | $29.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173203 | $1,279.72 | 9/5/2018 | 196018 | 7/24/2018 | $683.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173626 | $1,184.93 | 9/10/2018 | 217916 | 7/30/2018 | $597.55 |

Totals:    23 transfer(s),    $120,833.37