**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant: **Salesforce.com, Inc.**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780994120 | $227,808.00 | 8/16/2018 | 12815560 | 5/31/2018 | $227,808.00 |

| Totals: | 1 transfer(s), | $227,808.00 |