**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Sandu Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238327 | $170.00 | 8/14/2018 | 24325346A-IN | 8/13/2018 | $170.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233501 | $2,305.49 | 7/17/2018 | 24166317A-IN-2 | 7/16/2018 | $170.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234255 | $340.00 | 7/20/2018 | 23960941A-IN | 7/19/2018 | $170.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234255 | $340.00 | 7/20/2018 | 24136102A-IN-1 | 7/19/2018 | $170.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235960 | $1,892.32 | 7/31/2018 | 24286731A-IN-1 | 7/30/2018 | $1,722.32 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235960 | $1,892.32 | 7/31/2018 | 24286731A-IN-2 | 7/30/2018 | $170.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236243 | $2,600.10 | 8/1/2018 | 24136102A-IN-2 | 8/1/2018 | $2,600.10 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236463 | $2,806.33 | 8/2/2018 | 24275958A-IN | 8/1/2018 | $2,806.33 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236756 | $170.00 | 8/3/2018 | 24283119A-IN-1 | 8/2/2018 | $170.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237949 | $3,506.75 | 8/10/2018 | 22183935C-IN | 8/9/2018 | $1,178.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237949 | $3,506.75 | 8/10/2018 | 23280976C-IN | 8/9/2018 | $915.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237949 | $3,506.75 | 8/10/2018 | 23730566C-IN | 8/9/2018 | $1,243.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237949 | $3,506.75 | 8/10/2018 | 24339084A-IN | 8/10/2018 | $170.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233501 | $2,305.49 | 7/17/2018 | 24166317A-IN-1 | 7/16/2018 | $2,135.49 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238157 | $2,713.87 | 8/13/2018 | 24290995A-IN-2 | 8/10/2018 | $170.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246466 | $4,317.45 | 10/8/2018 | 24531896A-IN | 10/6/2018 | $2,341.22 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239190 | $3,007.40 | 8/20/2018 | 24263272A-IN | 8/17/2018 | $170.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239190 | $3,007.40 | 8/20/2018 | 24283119A-IN-2 | 8/17/2018 | $2,417.40 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239190 | $3,007.40 | 8/20/2018 | 24370690A-IN | 8/17/2018 | $420.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239630 | $1,750.48 | 8/22/2018 | 23236797B-IN | 8/21/2018 | $1,750.48 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242242 | $3,007.77 | 9/7/2018 | 24313163A-IN-1 | 9/6/2018 | $2,837.77 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242242 | $3,007.77 | 9/7/2018 | 24313163A-IN-2 | 9/6/2018 | $170.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242440 | $2,298.31 | 9/10/2018 | 24330459A-IN | 9/7/2018 | $2,298.31 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242619 | $2,645.38 | 9/11/2018 | 23675264A-IN | 9/10/2018 | $2,645.38 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242990 | $299.00 | 9/13/2018 | 24357022A-IN | 9/12/2018 | $299.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243350 | $245.00 | 9/17/2018 | 24490908A-IN-1 | 9/17/2018 | $245.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245576 | $2,154.16 | 10/2/2018 | 24489346A-IN | 10/1/2018 | $2,154.16 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246466 | $4,317.45 | 10/8/2018 | 24490908A-IN-2 | 10/6/2018 | $1,976.23 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238157 | $2,713.87 | 8/13/2018 | 24290995A-IN-1 | 8/10/2018 | $2,543.87 |

Totals:    18 transfer(s),    $36,229.81