**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Sasha Handbags, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780994126 | $16,009.50 | 8/16/2018 | 646397 | 5/31/2018 | $741.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990453 | $7,509.00 | 8/9/2018 | 646275-5781 | 5/24/2018 | $300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990453 | $7,509.00 | 8/9/2018 | 646275-5782 | 5/24/2018 | $933.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990453 | $7,509.00 | 8/9/2018 | 646276 | 5/24/2018 | $1,233.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990453 | $7,509.00 | 8/9/2018 | 646277 | 5/24/2018 | $1,233.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990453 | $7,509.00 | 8/9/2018 | 646278 | 5/24/2018 | $1,233.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990453 | $7,509.00 | 8/9/2018 | 646279 | 5/24/2018 | $822.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990453 | $7,509.00 | 8/9/2018 | 646280 | 5/24/2018 | $822.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994126 | $16,009.50 | 8/16/2018 | 646368 | 5/30/2018 | $1,092.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994126 | $16,009.50 | 8/16/2018 | 646369 | 5/30/2018 | $1,092.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994126 | $16,009.50 | 8/16/2018 | 646370 | 5/30/2018 | $1,092.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994126 | $16,009.50 | 8/16/2018 | 646371 | 5/30/2018 | $546.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994126 | $16,009.50 | 8/16/2018 | 646372 | 5/30/2018 | $546.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990453 | $7,509.00 | 8/9/2018 | 646274 | 5/24/2018 | $1,233.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994126 | $16,009.50 | 8/16/2018 | 646374 | 5/30/2018 | $1,638.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994126 | $16,009.50 | 8/16/2018 | 646413 | 5/31/2018 | $1,345.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994126 | $16,009.50 | 8/16/2018 | 646398 | 5/31/2018 | $741.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994126 | $16,009.50 | 8/16/2018 | 646399 | 5/31/2018 | $370.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994126 | $16,009.50 | 8/16/2018 | 646400 | 5/31/2018 | $370.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994126 | $16,009.50 | 8/16/2018 | 646401 | 5/31/2018 | $370.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994126 | $16,009.50 | 8/16/2018 | 646402 | 5/31/2018 | $741.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994126 | $16,009.50 | 8/16/2018 | 646403 | 5/31/2018 | $741.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994126 | $16,009.50 | 8/16/2018 | 646407 | 5/31/2018 | $448.50 |

Sasha Handbags, Inc. (2219680)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                    Exhibit A                                    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780994126 | $16,009.50 | 8/16/2018 | 646408 | 5/31/2018 | $448.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994126 | $16,009.50 | 8/16/2018 | 646409 | 5/31/2018 | $448.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994126 | $16,009.50 | 8/16/2018 | 646410 | 5/31/2018 | $897.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994126 | $16,009.50 | 8/16/2018 | 646411 | 5/31/2018 | $897.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994126 | $16,009.50 | 8/16/2018 | 646412 | 5/31/2018 | $897.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994126 | $16,009.50 | 8/16/2018 | 646373 | 5/30/2018 | $546.00 |

Totals:    2 transfer(s),    $23,518.50