**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Schumacher Electric Corporation** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10869 | $1,572.40 | 8/22/2018 | 0000002030-7095 | 8/20/2018 | $1,572.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14897 | $42,213.60 | 8/29/2018 | 865716 | 8/14/2018 | $645.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10050 | $8,751.29 | 8/21/2018 | 864804 | 8/6/2018 | $154.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10050 | $8,751.29 | 8/21/2018 | 864805 | 8/6/2018 | $87.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10050 | $8,751.29 | 8/21/2018 | 864806 | 8/6/2018 | $201.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10050 | $8,751.29 | 8/21/2018 | 864807 | 8/6/2018 | $113.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10050 | $8,751.29 | 8/21/2018 | 864808 | 8/6/2018 | $604.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10050 | $8,751.29 | 8/21/2018 | 864809 | 8/6/2018 | $113.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10050 | $8,751.29 | 8/21/2018 | 864812 | 8/6/2018 | $2,844.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10050 | $8,751.29 | 8/21/2018 | 864813 | 8/6/2018 | $1,441.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10050 | $8,751.29 | 8/21/2018 | 864802 | 8/6/2018 | $227.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10050 | $8,751.29 | 8/21/2018 | 864815 | 8/6/2018 | $2,733.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000864188-2 | 8/1/2018 | $130.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13279 | $272.03 | 8/27/2018 | 865377 | 8/10/2018 | $272.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14126 | $2,454.38 | 8/28/2018 | 10035 | 8/24/2018 | $2,454.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14897 | $42,213.60 | 8/29/2018 | 865708 | 8/14/2018 | $4,681.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14897 | $42,213.60 | 8/29/2018 | 865709 | 8/14/2018 | $3,174.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14897 | $42,213.60 | 8/29/2018 | 865710 | 8/14/2018 | $161.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14897 | $42,213.60 | 8/29/2018 | 865711 | 8/14/2018 | $1,210.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14897 | $42,213.60 | 8/29/2018 | 865712 | 8/14/2018 | $3,632.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14897 | $42,213.60 | 8/29/2018 | 865713 | 8/14/2018 | $1,129.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14897 | $42,213.60 | 8/29/2018 | 865714 | 8/14/2018 | $1,694.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000009779-2 | 7/19/2018 | $54.31 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10050 | $8,751.29 | 8/21/2018 | 864814 | 8/6/2018 | $113.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000864177-2 | 8/1/2018 | $105.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000863640-2 | 7/27/2018 | $14.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000863641-2 | 7/27/2018 | $26.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000863925-2 | 7/31/2018 | $90.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000863931-2 | 7/31/2018 | $16.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000864170-2 | 8/1/2018 | $32.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000864171-2 | 8/1/2018 | $122.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000864172-2 | 8/1/2018 | $14.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000864173-2 | 8/1/2018 | $16.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000864174-2 | 8/1/2018 | $23.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10050 | $8,751.29 | 8/21/2018 | 864803 | 8/6/2018 | $113.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000864176-2 | 8/1/2018 | $57.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14897 | $42,213.60 | 8/29/2018 | 865717 | 8/14/2018 | $67.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000864178-2 | 8/1/2018 | $13.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000864179-2 | 8/1/2018 | $6.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000864180-2 | 8/1/2018 | $21.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000864181-2 | 8/1/2018 | $21.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000864182-2 | 8/1/2018 | $19.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000864183-2 | 8/1/2018 | $174.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000864184-2 | 8/1/2018 | $16.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000864185-2 | 8/1/2018 | $15.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000864186-2 | 8/1/2018 | $52.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000864187-2 | 8/1/2018 | $150.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000864175-2 | 8/1/2018 | $21.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18160 | $31,573.07 | 9/5/2018 | 866514 | 8/21/2018 | $792.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14897 | $42,213.60 | 8/29/2018 | 865715 | 8/14/2018 | $484.28 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17291 | $17,858.13 | 9/4/2018 | 866225 | 8/17/2018 | $1,694.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17291 | $17,858.13 | 9/4/2018 | 866226 | 8/17/2018 | $3,874.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17291 | $17,858.13 | 9/4/2018 | 866227 | 8/17/2018 | $436.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17291 | $17,858.13 | 9/4/2018 | 866324 | 8/20/2018 | $498.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17291 | $17,858.13 | 9/4/2018 | 866325 | 8/20/2018 | $1,314.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17291 | $17,858.13 | 9/4/2018 | 866332 | 8/20/2018 | $1,768.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17291 | $17,858.13 | 9/4/2018 | 866342 | 8/20/2018 | $968.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17291 | $17,858.13 | 9/4/2018 | 866343 | 8/20/2018 | $1,129.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17291 | $17,858.13 | 9/4/2018 | 866222 | 8/17/2018 | $403.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17291 | $17,858.13 | 9/4/2018 | 866345 | 8/20/2018 | $1,405.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17291 | $17,858.13 | 9/4/2018 | 866189 | 8/17/2018 | $408.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18160 | $31,573.07 | 9/5/2018 | 866515 | 8/21/2018 | $2,748.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18160 | $31,573.07 | 9/5/2018 | 866516 | 8/21/2018 | $598.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18160 | $31,573.07 | 9/5/2018 | 866517 | 8/21/2018 | $67.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18160 | $31,573.07 | 9/5/2018 | 866518 | 8/21/2018 | $1,129.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18160 | $31,573.07 | 9/5/2018 | 866519 | 8/21/2018 | $712.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18160 | $31,573.07 | 9/5/2018 | 866520 | 8/21/2018 | $3,242.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18160 | $31,573.07 | 9/5/2018 | 866521 | 8/21/2018 | $227.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18160 | $31,573.07 | 9/5/2018 | 866522 | 8/21/2018 | $341.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18160 | $31,573.07 | 9/5/2018 | 866523 | 8/21/2018 | $3,603.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18160 | $31,573.07 | 9/5/2018 | 866524 | 8/21/2018 | $7,773.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17291 | $17,858.13 | 9/4/2018 | 866344 | 8/20/2018 | $1,438.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14897 | $42,213.60 | 8/29/2018 | 865729 | 8/14/2018 | $87.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14897 | $42,213.60 | 8/29/2018 | 865718 | 8/14/2018 | $726.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14897 | $42,213.60 | 8/29/2018 | 865719 | 8/14/2018 | $1,049.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14897 | $42,213.60 | 8/29/2018 | 865720 | 8/14/2018 | $968.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14897 | $42,213.60 | 8/29/2018 | 865721 | 8/14/2018 | $6,996.57 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14897 | $42,213.60 | 8/29/2018 | 865722 | 8/14/2018 | $1,452.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14897 | $42,213.60 | 8/29/2018 | 865723 | 8/14/2018 | $1,372.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14897 | $42,213.60 | 8/29/2018 | 865724 | 8/14/2018 | $1,814.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14897 | $42,213.60 | 8/29/2018 | 865725 | 8/14/2018 | $87.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14897 | $42,213.60 | 8/29/2018 | 865726 | 8/14/2018 | $6,552.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17291 | $17,858.13 | 9/4/2018 | 866224 | 8/17/2018 | $113.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14897 | $42,213.60 | 8/29/2018 | 865728 | 8/14/2018 | $1,040.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000863636-2 | 7/27/2018 | $31.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14897 | $42,213.60 | 8/29/2018 | 865730 | 8/14/2018 | $3,073.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15680 | $3,842.69 | 8/30/2018 | 865848 | 8/15/2018 | $2,905.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15680 | $3,842.69 | 8/30/2018 | 865849 | 8/15/2018 | $80.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15680 | $3,842.69 | 8/30/2018 | 865851 | 8/15/2018 | $565.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15680 | $3,842.69 | 8/30/2018 | 865854 | 8/15/2018 | $291.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17291 | $17,858.13 | 9/4/2018 | 866184 | 8/17/2018 | $45.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17291 | $17,858.13 | 9/4/2018 | 866185 | 8/17/2018 | $408.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17291 | $17,858.13 | 9/4/2018 | 866186 | 8/17/2018 | $725.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17291 | $17,858.13 | 9/4/2018 | 866187 | 8/17/2018 | $770.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17291 | $17,858.13 | 9/4/2018 | 866188 | 8/17/2018 | $453.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14897 | $42,213.60 | 8/29/2018 | 865727 | 8/14/2018 | $109.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000861517-2 | 7/10/2018 | $90.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000863639-2 | 7/27/2018 | $14.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000861262-2 | 7/6/2018 | $73.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000861263-2 | 7/6/2018 | $82.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000861496-2 | 7/10/2018 | $20.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000861497-2 | 7/10/2018 | $31.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000861498-2 | 7/10/2018 | $138.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000861499-2 | 7/10/2018 | $315.35 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000861513-2 | 7/10/2018 | $58.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000861514-2 | 7/10/2018 | $41.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000861260-2 | 7/6/2018 | $69.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000861516-2 | 7/10/2018 | $20.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000861259-2 | 7/6/2018 | $118.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000861518-2 | 7/10/2018 | $14.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000861519-2 | 7/10/2018 | $92.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000861520-2 | 7/10/2018 | $110.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000861521-2 | 7/10/2018 | $14.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000861522-2 | 7/10/2018 | $48.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000861523-2 | 7/10/2018 | $136.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000861524-2 | 7/10/2018 | $95.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000862349-2 | 7/17/2018 | $273.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000862350-2 | 7/17/2018 | $75.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000862351-2 | 7/17/2018 | $65.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000861515-2 | 7/10/2018 | $55.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000861247-2 | 7/6/2018 | $25.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000009780-2 | 7/19/2018 | $81.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000116674-2 | 6/20/2018 | $2,162.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000116813-2 | 6/21/2018 | $3,665.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000119616-2 | 8/1/2018 | $1,960.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000119623-2 | 8/1/2018 | $3,056.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000119624-2 | 8/1/2018 | $6,356.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000119625-2 | 8/1/2018 | $3,387.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000119626-2 | 8/1/2018 | $1,094.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000119627-2 | 8/1/2018 | $1,086.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000861261-2 | 7/6/2018 | $77.76 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000861246-2 | 7/6/2018 | $14.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000862354-2 | 7/17/2018 | $52.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000861248-2 | 7/6/2018 | $56.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000861249-2 | 7/6/2018 | $21.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000861250-2 | 7/6/2018 | $164.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000861251-2 | 7/6/2018 | $146.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000861252-2 | 7/6/2018 | $30.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000861253-2 | 7/6/2018 | $215.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000861254-2 | 7/6/2018 | $69.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000861255-2 | 7/6/2018 | $220.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000861257-2 | 7/6/2018 | $16.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000861258-2 | 7/6/2018 | $56.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000119629-2 | 8/1/2018 | $4,430.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000863615-2 | 7/27/2018 | $76.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000863488-2 | 7/26/2018 | $34.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000863489-2 | 7/26/2018 | $73.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000863490-2 | 7/26/2018 | $137.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000863491-2 | 7/26/2018 | $157.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000863497-2 | 7/26/2018 | $101.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000863498-2 | 7/26/2018 | $24.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000863499-2 | 7/26/2018 | $14.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000863500-2 | 7/26/2018 | $14.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000863501-2 | 7/26/2018 | $43.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000862352-2 | 7/17/2018 | $156.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000863503-2 | 7/26/2018 | $55.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000863485-2 | 7/26/2018 | $100.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000863616-2 | 7/27/2018 | $122.97 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000863617-2 | 7/27/2018 | $17.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000863618-2 | 7/27/2018 | $25.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000863619-2 | 7/27/2018 | $312.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000863620-2 | 7/27/2018 | $41.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000863621-2 | 7/27/2018 | $20.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000863622-2 | 7/27/2018 | $62.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000863623-2 | 7/27/2018 | $112.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000863624-2 | 7/27/2018 | $38.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18160 | $31,573.07 | 9/5/2018 | 866527 | 8/21/2018 | $2,326.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000863502-2 | 7/26/2018 | $31.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000862368-2 | 7/17/2018 | $301.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000863637-2 | 7/27/2018 | $33.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000862355-2 | 7/17/2018 | $172.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000862356-2 | 7/17/2018 | $85.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000862357-2 | 7/17/2018 | $14.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000862358-2 | 7/17/2018 | $25.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000862359-2 | 7/17/2018 | $47.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000862360-2 | 7/17/2018 | $16.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000862361-2 | 7/17/2018 | $115.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000862362-2 | 7/17/2018 | $147.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000862365-2 | 7/17/2018 | $58.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000863487-2 | 7/26/2018 | $24.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000862367-2 | 7/17/2018 | $25.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000863486-2 | 7/26/2018 | $22.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000862369-2 | 7/17/2018 | $75.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000862370-2 | 7/17/2018 | $19.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000862371-2 | 7/17/2018 | $89.90 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000862372-2 | 7/17/2018 | $291.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000863480-2 | 7/26/2018 | $14.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000863481-2 | 7/26/2018 | $52.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000863482-2 | 7/26/2018 | $86.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000863483-2 | 7/26/2018 | $85.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000863484-2 | 7/26/2018 | $46.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000862353-2 | 7/17/2018 | $14.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09248 | $32,389.93 | 8/20/2018 | 0000862366-2 | 7/17/2018 | $46.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000862367-1 | 7/17/2018 | $447.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000861260-1 | 7/6/2018 | $1,222.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000862355-1 | 7/17/2018 | $3,051.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000862356-1 | 7/17/2018 | $1,511.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000862357-1 | 7/17/2018 | $248.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000862358-1 | 7/17/2018 | $453.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000862359-1 | 7/17/2018 | $846.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000862360-1 | 7/17/2018 | $300.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000862361-1 | 7/17/2018 | $2,042.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000862362-1 | 7/17/2018 | $2,606.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000862353-1 | 7/17/2018 | $257.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000862366-1 | 7/17/2018 | $830.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000862352-1 | 7/17/2018 | $2,773.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000862368-1 | 7/17/2018 | $5,339.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000862369-1 | 7/17/2018 | $1,333.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000862370-1 | 7/17/2018 | $348.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000862371-1 | 7/17/2018 | $1,589.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000862372-1 | 7/17/2018 | $5,149.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000863480-1 | 7/26/2018 | $254.48 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000863481-1 | 7/26/2018 | $924.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000863482-1 | 7/26/2018 | $1,537.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000863483-1 | 7/26/2018 | $1,520.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000863484-1 | 7/26/2018 | $822.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000862365-1 | 7/17/2018 | $1,028.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000861517-1 | 7/10/2018 | $1,604.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18160 | $31,573.07 | 9/5/2018 | 866525 | 8/21/2018 | $403.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000861262-1 | 7/6/2018 | $1,298.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000861263-1 | 7/6/2018 | $1,456.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000861496-1 | 7/10/2018 | $370.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000861497-1 | 7/10/2018 | $557.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000861498-1 | 7/10/2018 | $2,444.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000861499-1 | 7/10/2018 | $5,576.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000861513-1 | 7/10/2018 | $1,029.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000861514-1 | 7/10/2018 | $729.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000862354-1 | 7/17/2018 | $935.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000861516-1 | 7/10/2018 | $370.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000863487-1 | 7/26/2018 | $429.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000861518-1 | 7/10/2018 | $257.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000861519-1 | 7/10/2018 | $1,630.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000861520-1 | 7/10/2018 | $1,960.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000861521-1 | 7/10/2018 | $257.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000861522-1 | 7/10/2018 | $865.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000861523-1 | 7/10/2018 | $2,407.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000861524-1 | 7/10/2018 | $1,690.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000862349-1 | 7/17/2018 | $4,835.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000862350-1 | 7/17/2018 | $1,341.61 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000862351-1 | 7/17/2018 | $1,150.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000861515-1 | 7/10/2018 | $986.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000864177-1 | 8/1/2018 | $1,860.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000863640-1 | 7/27/2018 | $257.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000863641-1 | 7/27/2018 | $472.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000863925-1 | 7/31/2018 | $1,606.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000863931-1 | 7/31/2018 | $300.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000864170-1 | 8/1/2018 | $576.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000864171-1 | 8/1/2018 | $2,170.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000864172-1 | 8/1/2018 | $257.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000864173-1 | 8/1/2018 | $292.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000864174-1 | 8/1/2018 | $408.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000863485-1 | 7/26/2018 | $1,784.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000864176-1 | 8/1/2018 | $1,024.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000863636-1 | 7/27/2018 | $557.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000864178-1 | 8/1/2018 | $236.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000864179-1 | 8/1/2018 | $107.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000864180-1 | 8/1/2018 | $387.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000864181-1 | 8/1/2018 | $377.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000864182-1 | 8/1/2018 | $337.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000864183-1 | 8/1/2018 | $3,087.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000864184-1 | 8/1/2018 | $300.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000864185-1 | 8/1/2018 | $279.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000864186-1 | 8/1/2018 | $929.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000864187-1 | 8/1/2018 | $2,656.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000864175-1 | 8/1/2018 | $381.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000863615-1 | 7/27/2018 | $1,359.49 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000861259-1 | 7/6/2018 | $2,103.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000863488-1 | 7/26/2018 | $607.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000863489-1 | 7/26/2018 | $1,304.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000863490-1 | 7/26/2018 | $2,431.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000863491-1 | 7/26/2018 | $2,778.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000863497-1 | 7/26/2018 | $1,802.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000863498-1 | 7/26/2018 | $429.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000863499-1 | 7/26/2018 | $257.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000863500-1 | 7/26/2018 | $257.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000863501-1 | 7/26/2018 | $772.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000863639-1 | 7/27/2018 | $257.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000863503-1 | 7/26/2018 | $986.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000863637-1 | 7/27/2018 | $600.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000863616-1 | 7/27/2018 | $2,174.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000863617-1 | 7/27/2018 | $318.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000863618-1 | 7/27/2018 | $458.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000863619-1 | 7/27/2018 | $5,522.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000863620-1 | 7/27/2018 | $725.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000863621-1 | 7/27/2018 | $365.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000863622-1 | 7/27/2018 | $1,100.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000863623-1 | 7/27/2018 | $1,986.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000863624-1 | 7/27/2018 | $675.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000863486-1 | 7/26/2018 | $399.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000863502-1 | 7/26/2018 | $557.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23869 | $23,477.93 | 9/17/2018 | 867667 | 8/31/2018 | $113.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000861261-1 | 7/6/2018 | $1,375.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22985 | $25,737.10 | 9/14/2018 | 867491 | 8/30/2018 | $45.34 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22985 | $25,737.10 | 9/14/2018 | 867492 | 8/30/2018 | $930.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22985 | $25,737.10 | 9/14/2018 | 867493 | 8/30/2018 | $748.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22985 | $25,737.10 | 9/14/2018 | 867494 | 8/30/2018 | $249.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22985 | $25,737.10 | 9/14/2018 | 867495 | 8/30/2018 | $3,588.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22985 | $25,737.10 | 9/14/2018 | 867496 | 8/30/2018 | $307.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22985 | $25,737.10 | 9/14/2018 | 867497 | 8/30/2018 | $318.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22985 | $25,737.10 | 9/14/2018 | 867498 | 8/30/2018 | $5,896.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22985 | $25,737.10 | 9/14/2018 | 867489 | 8/30/2018 | $453.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23869 | $23,477.93 | 9/17/2018 | 867666 | 8/31/2018 | $484.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22985 | $25,737.10 | 9/14/2018 | 867488 | 8/30/2018 | $385.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23869 | $23,477.93 | 9/17/2018 | 867668 | 8/31/2018 | $1,357.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23869 | $23,477.93 | 9/17/2018 | 867669 | 8/31/2018 | $792.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23869 | $23,477.93 | 9/17/2018 | 867670 | 8/31/2018 | $2,259.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23869 | $23,477.93 | 9/17/2018 | 867671 | 8/31/2018 | $489.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23869 | $23,477.93 | 9/17/2018 | 867672 | 8/31/2018 | $3,214.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23869 | $23,477.93 | 9/17/2018 | 867673 | 8/31/2018 | $503.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23869 | $23,477.93 | 9/17/2018 | 867674 | 8/31/2018 | $161.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23869 | $23,477.93 | 9/17/2018 | 867675 | 8/31/2018 | $113.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23869 | $23,477.93 | 9/17/2018 | 867676 | 8/31/2018 | $1,579.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23869 | $23,477.93 | 9/17/2018 | 867677 | 8/31/2018 | $807.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23869 | $23,477.93 | 9/17/2018 | 867665 | 8/31/2018 | $341.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22985 | $25,737.10 | 9/14/2018 | 867477 | 8/30/2018 | $2,547.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000864188-1 | 8/1/2018 | $2,307.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18160 | $31,573.07 | 9/5/2018 | 866528 | 8/21/2018 | $921.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18160 | $31,573.07 | 9/5/2018 | 866529 | 8/21/2018 | $154.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18160 | $31,573.07 | 9/5/2018 | 866530 | 8/21/2018 | $322.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18160 | $31,573.07 | 9/5/2018 | 866531 | 8/21/2018 | $887.85 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18160 | $31,573.07 | 9/5/2018 | 866532 | 8/21/2018 | $161.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18919 | $1,842.11 | 9/6/2018 | 866633 | 8/22/2018 | $1,842.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20995 | $14,268.56 | 9/11/2018 | 119628 | 8/1/2018 | $16,261.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22985 | $25,737.10 | 9/14/2018 | 867474 | 8/30/2018 | $136.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22985 | $25,737.10 | 9/14/2018 | 867490 | 8/30/2018 | $476.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22985 | $25,737.10 | 9/14/2018 | 867476 | 8/30/2018 | $3,114.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23869 | $23,477.93 | 9/17/2018 | 867681 | 8/31/2018 | $840.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22985 | $25,737.10 | 9/14/2018 | 867478 | 8/30/2018 | $408.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22985 | $25,737.10 | 9/14/2018 | 867479 | 8/30/2018 | $408.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22985 | $25,737.10 | 9/14/2018 | 867480 | 8/30/2018 | $226.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22985 | $25,737.10 | 9/14/2018 | 867481 | 8/30/2018 | $113.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22985 | $25,737.10 | 9/14/2018 | 867482 | 8/30/2018 | $2,393.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22985 | $25,737.10 | 9/14/2018 | 867483 | 8/30/2018 | $272.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22985 | $25,737.10 | 9/14/2018 | 867484 | 8/30/2018 | $521.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22985 | $25,737.10 | 9/14/2018 | 867485 | 8/30/2018 | $634.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22985 | $25,737.10 | 9/14/2018 | 867486 | 8/30/2018 | $408.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22985 | $25,737.10 | 9/14/2018 | 867487 | 8/30/2018 | $560.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22985 | $25,737.10 | 9/14/2018 | 867475 | 8/30/2018 | $589.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000861247-1 | 7/6/2018 | $458.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000009780-1 | 7/19/2018 | $1,441.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000116674-1 | 6/20/2018 | $38,242.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000116813-1 | 6/21/2018 | $64,814.41 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000119616-1 | 8/1/2018 | $34,677.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000119623-1 | 8/1/2018 | $54,054.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000119624-1 | 8/1/2018 | $112,407.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000119625-1 | 8/1/2018 | $59,901.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000119626-1 | 8/1/2018 | $19,354.15 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000119627-1 | 8/1/2018 | $19,207.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23869 | $23,477.93 | 9/17/2018 | 867678 | 8/31/2018 | $1,438.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000861246-1 | 7/6/2018 | $257.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28254 | $16,144.69 | 9/25/2018 | 868420 | 9/10/2018 | $887.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000861248-1 | 7/6/2018 | $993.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000861249-1 | 7/6/2018 | $386.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000861250-1 | 7/6/2018 | $2,902.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000861251-1 | 7/6/2018 | $2,597.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000861252-1 | 7/6/2018 | $534.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000861253-1 | 7/6/2018 | $3,819.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000861254-1 | 7/6/2018 | $1,222.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000861255-1 | 7/6/2018 | $3,896.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000861257-1 | 7/6/2018 | $291.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000861258-1 | 7/6/2018 | $993.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000119629-1 | 8/1/2018 | $78,346.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28254 | $16,144.69 | 9/25/2018 | 868410 | 9/10/2018 | $524.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18160 | $31,573.07 | 9/5/2018 | 866526 | 8/21/2018 | $5,156.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23869 | $23,477.93 | 9/17/2018 | 867682 | 8/31/2018 | $242.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23869 | $23,477.93 | 9/17/2018 | 867683 | 8/31/2018 | $194.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23869 | $23,477.93 | 9/17/2018 | 867684 | 8/31/2018 | $6,539.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23869 | $23,477.93 | 9/17/2018 | 867685 | 8/31/2018 | $275.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23869 | $23,477.93 | 9/17/2018 | 867686 | 8/31/2018 | $887.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28254 | $16,144.69 | 9/25/2018 | 868404 | 9/10/2018 | $403.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28254 | $16,144.69 | 9/25/2018 | 868405 | 9/10/2018 | $322.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28254 | $16,144.69 | 9/25/2018 | 868406 | 9/10/2018 | $80.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28254 | $16,144.69 | 9/25/2018 | 868407 | 9/10/2018 | $1,129.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $572,796.46 | 7/26/2018 | 0000009779-1 | 7/19/2018 | $960.51 |

Schumacher Electric Corporation (2219194)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jan 27, 2020

Exhibit A

P. 14

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28254 | $16,144.69 | 9/25/2018 | 868409 | 9/10/2018 | $265.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E29609 | $12,087.33 | 9/27/2018 | 868630 | 9/12/2018 | $12,087.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28254 | $16,144.69 | 9/25/2018 | 868411 | 9/10/2018 | $161.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28254 | $16,144.69 | 9/25/2018 | 868412 | 9/10/2018 | $1,865.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28254 | $16,144.69 | 9/25/2018 | 868413 | 9/10/2018 | $708.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28254 | $16,144.69 | 9/25/2018 | 868414 | 9/10/2018 | $807.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28254 | $16,144.69 | 9/25/2018 | 868415 | 9/10/2018 | $1,381.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28254 | $16,144.69 | 9/25/2018 | 868416 | 9/10/2018 | $5,084.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28254 | $16,144.69 | 9/25/2018 | 868417 | 9/10/2018 | $1,156.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28254 | $16,144.69 | 9/25/2018 | 868418 | 9/10/2018 | $462.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28254 | $16,144.69 | 9/25/2018 | 868419 | 9/10/2018 | $632.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23869 | $23,477.93 | 9/17/2018 | 867679 | 8/31/2018 | $840.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28254 | $16,144.69 | 9/25/2018 | 868408 | 9/10/2018 | $268.81 |

Totals:  16 transfer(s),  $807,281.70