**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

**Defendant:** SEKO Enterprises, LLC fdba SEKO Worldwide
**Bankruptcy Case:** Sears Holdings Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002138 | $35,772.00 | 9/4/2018 | NGXS01254219-4614 | 8/15/2018 | $3,252.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984961 | $1,626.00 | 7/26/2018 | NGXS01243675 | 7/12/2018 | $1,626.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005544 | $3,252.00 | 9/11/2018 | NGXS01254219-4619 | 8/21/2018 | $1,626.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002988 | $1,626.00 | 9/5/2018 | NGXS01246785 | 8/16/2018 | $1,626.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002138 | $35,772.00 | 9/4/2018 | NGXS01254914-4618 | 8/13/2018 | $1,626.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002138 | $35,772.00 | 9/4/2018 | NGXS01254914-4617 | 8/15/2018 | $9,756.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002138 | $35,772.00 | 9/4/2018 | NGXS01254281 | 8/15/2018 | $1,626.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002138 | $35,772.00 | 9/4/2018 | NGXS01254273 | 8/13/2018 | $1,626.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002138 | $35,772.00 | 9/4/2018 | NGXS01254268 | 8/15/2018 | $1,626.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002138 | $35,772.00 | 9/4/2018 | NGXS01254248-4616 | 8/15/2018 | $1,626.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002138 | $35,772.00 | 9/4/2018 | NGXS01254246 | 8/15/2018 | $1,626.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009218 | $30,894.00 | 9/18/2018 | NGXS01258164 | 8/28/2018 | $1,626.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002138 | $35,772.00 | 9/4/2018 | NGXS01254219-4615 | 8/13/2018 | $4,878.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009218 | $30,894.00 | 9/18/2018 | NGXS01259733 | 8/28/2018 | $3,252.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002138 | $35,772.00 | 9/4/2018 | NGXS01251553 | 8/15/2018 | $1,626.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002138 | $35,772.00 | 9/4/2018 | NGXS01251542 | 8/13/2018 | $1,626.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002138 | $35,772.00 | 9/4/2018 | NGXS01251534 | 8/13/2018 | $1,626.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002138 | $35,772.00 | 9/4/2018 | NGXS01251518-4613 | 8/15/2018 | $1,626.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999457 | $22,764.00 | 8/29/2018 | NGXS01252871 | 8/9/2018 | $9,756.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999457 | $22,764.00 | 8/29/2018 | NGXS01252269 | 8/9/2018 | $3,252.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999457 | $22,764.00 | 8/29/2018 | NGXS01251547 | 8/9/2018 | $4,878.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999457 | $22,764.00 | 8/29/2018 | NGXS01246753 | 8/9/2018 | $1,626.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999457 | $22,764.00 | 8/29/2018 | NGXS01239086 | 8/9/2018 | $1,626.00 |

SEKO Enterprises, LLC fdba SEKO Worldwide (2191774)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                Exhibit A                                P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999457 | $22,764.00 | 8/29/2018 | NGXS01239076 | 8/9/2018 | $1,626.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998643 | $1,626.00 | 8/28/2018 | NGXS01231153 | 8/8/2018 | $1,626.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002138 | $35,772.00 | 9/4/2018 | NGXS01254230 | 8/13/2018 | $1,626.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010529 | $21,138.00 | 9/19/2018 | NGXS01243701 | 8/30/2018 | $1,626.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014585 | $4,963.00 | 9/27/2018 | NGXS01269192-4628 | 9/7/2018 | $1,666.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014585 | $4,963.00 | 9/27/2018 | NGXS01254219-4627 | 9/7/2018 | $1,626.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013942 | $4,878.00 | 9/26/2018 | NGXS01262538-4626 | 9/6/2018 | $3,252.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013942 | $4,878.00 | 9/26/2018 | NGXS01251518-4625 | 9/6/2018 | $1,626.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013118 | $11,642.00 | 9/25/2018 | NGXS01269203 | 9/5/2018 | $3,342.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013118 | $11,642.00 | 9/25/2018 | NGXS01269199 | 9/5/2018 | $1,671.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013118 | $11,642.00 | 9/25/2018 | NGXS01269192-4624 | 9/5/2018 | $3,337.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013118 | $11,642.00 | 9/25/2018 | NGXS01269185 | 9/5/2018 | $1,666.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013118 | $11,642.00 | 9/25/2018 | NGXS01266374-4623 | 9/5/2018 | $1,626.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010529 | $21,138.00 | 9/19/2018 | NGXS01251601 | 8/30/2018 | $1,626.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005544 | $3,252.00 | 9/11/2018 | NGXS01254248-4620 | 8/21/2018 | $1,626.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010529 | $21,138.00 | 9/19/2018 | NGXS01244434 | 8/30/2018 | $4,878.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014585 | $4,963.00 | 9/27/2018 | NGXS01271607 | 9/7/2018 | $1,671.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010529 | $21,138.00 | 9/19/2018 | NGXS01231181 | 8/30/2018 | $1,626.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010529 | $21,138.00 | 9/19/2018 | NGXS01231150 | 8/30/2018 | $8,130.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010529 | $21,138.00 | 9/19/2018 | NGXS01229676 | 8/30/2018 | $1,626.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009218 | $30,894.00 | 9/18/2018 | NGXS01266380 | 8/28/2018 | $4,878.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009218 | $30,894.00 | 9/18/2018 | NGXS01266374-4622 | 8/28/2018 | $4,878.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009218 | $30,894.00 | 9/18/2018 | NGXS01262551 | 8/28/2018 | $1,626.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009218 | $30,894.00 | 9/18/2018 | NGXS01262548 | 8/28/2018 | $1,626.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009218 | $30,894.00 | 9/18/2018 | NGXS01262543 | 8/28/2018 | $1,626.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009218 | $30,894.00 | 9/18/2018 | NGXS01262538-4621 | 8/28/2018 | $6,504.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009218 | $30,894.00 | 9/18/2018 | NGXS01259843 | 8/28/2018 | $1,626.00 |

SEKO Enterprises, LLC fdba SEKO Worldwide (2191774)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009218 | $30,894.00 | 9/18/2018 | NGXS01259735 | 8/28/2018 | $3,252.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010529 | $21,138.00 | 9/19/2018 | NGXS01251524 | 8/30/2018 | $1,626.00 |

**Totals:** 11 transfer(s), $140,181.00