**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **ServiceBench, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013128 | $95,932.13 | 9/25/2018 | 201807SNCCREC | 8/2/2018 | $58,821.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013128 | $95,932.13 | 9/25/2018 | 201807SNCC | 8/2/2018 | $37,111.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009225 | $28,930.25 | 9/18/2018 | 201807SWPASA | 8/2/2018 | $14,083.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009225 | $28,930.25 | 9/18/2018 | 201802SWPASA | 3/5/2018 | $14,346.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009225 | $28,930.25 | 9/18/2018 | 201801SWPCSG | 2/2/2018 | $500.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995165 | $126,800.00 | 8/17/2018 | 201806SWPCSG | 7/2/2018 | $649.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995165 | $126,800.00 | 8/17/2018 | 201806SWPASA | 7/2/2018 | $9,242.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995165 | $126,800.00 | 8/17/2018 | 201806SNCCREC | 7/2/2018 | $58,821.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995165 | $126,800.00 | 8/17/2018 | 201806SNCCINI | 7/2/2018 | $19,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995165 | $126,800.00 | 8/17/2018 | 201806SNCC | 7/2/2018 | $38,286.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991021 | $79,200.00 | 8/10/2018 | 201805SNCCINI | 6/5/2018 | $79,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980756 | $107,000.00 | 7/18/2018 | 201805SWPCSG | 6/5/2018 | $569.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980756 | $107,000.00 | 7/18/2018 | 201805SWPASA | 6/5/2018 | $6,991.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980756 | $107,000.00 | 7/18/2018 | 201805SNCCREC | 6/5/2018 | $58,821.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980756 | $107,000.00 | 7/18/2018 | 201805SNCC | 6/4/2018 | $40,618.11 |

**Totals:** 5 transfer(s),  $437,862.38