**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Shanti Corporation dba Vijay Gold Designs USA** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11687 | $662.33 | 8/23/2018 | 0000002180-5359 | 8/8/2018 | $149.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09482 | $4,671.53 | 8/20/2018 | 0000002305-5341 | 8/5/2018 | $172.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11027 | $1,974.63 | 8/22/2018 | 00006658AA | 6/18/2018 | $255.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11027 | $1,974.63 | 8/22/2018 | 00006659AA | 6/18/2018 | $115.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11027 | $1,974.63 | 8/22/2018 | 00006662AA | 6/18/2018 | $582.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11687 | $662.33 | 8/23/2018 | 0000001565-5356 | 8/8/2018 | $139.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11027 | $1,974.63 | 8/22/2018 | 00006656AA | 6/18/2018 | $105.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11687 | $662.33 | 8/23/2018 | 0000002030-5358 | 8/8/2018 | $172.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11027 | $1,974.63 | 8/22/2018 | 0000001874-5355 | 8/7/2018 | $163.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11687 | $662.33 | 8/23/2018 | 00006680AA | 6/19/2018 | $100.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12300 | $2,246.77 | 8/24/2018 | 0000001336-5360 | 8/9/2018 | $1,634.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12300 | $2,246.77 | 8/24/2018 | 0000001487-5361 | 8/9/2018 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12300 | $2,246.77 | 8/24/2018 | 0000001588-5362 | 8/9/2018 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12300 | $2,246.77 | 8/24/2018 | 0000001734-5363 | 8/9/2018 | $139.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12300 | $2,246.77 | 8/24/2018 | 0000002030-5364 | 8/9/2018 | $139.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11687 | $662.33 | 8/23/2018 | 0000001598-5357 | 8/8/2018 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10183 | $989.29 | 8/21/2018 | 0000001588-5348 | 8/6/2018 | $139.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00442 | $623.46 | 8/3/2018 | 0000001093-5290 | 7/19/2018 | $272.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09482 | $4,671.53 | 8/20/2018 | 0000002587-5343 | 8/4/2018 | $135.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09482 | $4,671.53 | 8/20/2018 | 0000002760-5344 | 8/4/2018 | $172.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09482 | $4,671.53 | 8/20/2018 | 00006628AA | 6/14/2018 | $213.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10183 | $989.29 | 8/21/2018 | 0000001051-5345 | 8/6/2018 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11027 | $1,974.63 | 8/22/2018 | 00006657AA | 6/18/2018 | $130.24 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10183 | $989.29 | 8/21/2018 | 0000001129-5347 | 8/6/2018 | $177.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13513 | $5,571.46 | 8/27/2018 | 0000001032-5366 | 8/11/2018 | $172.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10183 | $989.29 | 8/21/2018 | 0000001600-5349 | 8/6/2018 | $322.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10183 | $989.29 | 8/21/2018 | 0000001620-5350 | 8/6/2018 | $149.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11027 | $1,974.63 | 8/22/2018 | 0000001263-5351 | 8/7/2018 | $172.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11027 | $1,974.63 | 8/22/2018 | 0000001353-5352 | 8/7/2018 | $163.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11027 | $1,974.63 | 8/22/2018 | 0000001620-5353 | 8/7/2018 | $149.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11027 | $1,974.63 | 8/22/2018 | 0000001802-5354 | 8/7/2018 | $135.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10183 | $989.29 | 8/21/2018 | 0000001100-5346 | 8/6/2018 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13513 | $5,571.46 | 8/27/2018 | 0000002872-5390 | 8/12/2018 | $177.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13513 | $5,571.46 | 8/27/2018 | 0000001712-5383 | 8/10/2018 | $449.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13513 | $5,571.46 | 8/27/2018 | 0000001712-5384 | 8/11/2018 | $466.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13513 | $5,571.46 | 8/27/2018 | 0000001734-5385 | 8/10/2018 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13513 | $5,571.46 | 8/27/2018 | 0000001734-5386 | 8/11/2018 | $139.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13513 | $5,571.46 | 8/27/2018 | 0000001802-5387 | 8/11/2018 | $163.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12300 | $2,246.77 | 8/24/2018 | 0000002872-5365 | 8/9/2018 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13513 | $5,571.46 | 8/27/2018 | 0000002305-5389 | 8/12/2018 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13513 | $5,571.46 | 8/27/2018 | 0000001642-5380 | 8/12/2018 | $135.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13513 | $5,571.46 | 8/27/2018 | 00006694AA | 6/21/2018 | $115.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13513 | $5,571.46 | 8/27/2018 | 00006706AA | 6/22/2018 | $329.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14262 | $422.43 | 8/28/2018 | 0000001077-5391 | 8/13/2018 | $149.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14262 | $422.43 | 8/28/2018 | 0000001690-5392 | 8/13/2018 | $272.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15042 | $1,730.94 | 8/29/2018 | 0000001222-5393 | 8/14/2018 | $303.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15042 | $1,730.94 | 8/29/2018 | 0000001253-5394 | 8/14/2018 | $139.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13513 | $5,571.46 | 8/27/2018 | 0000002030-5388 | 8/10/2018 | $239.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13513 | $5,571.46 | 8/27/2018 | 0000001336-5374 | 8/10/2018 | $263.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09482 | $4,671.53 | 8/20/2018 | 0000002305-5340 | 8/3/2018 | $249.11 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13513 | $5,571.46 | 8/27/2018 | 0000001129-5367 | 8/10/2018 | $277.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13513 | $5,571.46 | 8/27/2018 | 0000001129-5368 | 8/11/2018 | $317.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13513 | $5,571.46 | 8/27/2018 | 0000001222-5369 | 8/11/2018 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13513 | $5,571.46 | 8/27/2018 | 0000001222-5370 | 8/12/2018 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13513 | $5,571.46 | 8/27/2018 | 0000001253-5371 | 8/10/2018 | $177.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13513 | $5,571.46 | 8/27/2018 | 0000001660-5382 | 8/12/2018 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13513 | $5,571.46 | 8/27/2018 | 0000001334-5373 | 8/10/2018 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13513 | $5,571.46 | 8/27/2018 | 0000001660-5381 | 8/11/2018 | $272.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13513 | $5,571.46 | 8/27/2018 | 0000001545-5375 | 8/12/2018 | $139.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13513 | $5,571.46 | 8/27/2018 | 0000001588-5376 | 8/12/2018 | $284.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13513 | $5,571.46 | 8/27/2018 | 0000001598-5377 | 8/11/2018 | $149.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13513 | $5,571.46 | 8/27/2018 | 0000001620-5378 | 8/10/2018 | $236.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13513 | $5,571.46 | 8/27/2018 | 0000001642-5379 | 8/11/2018 | $299.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12300 | $2,246.77 | 8/24/2018 | 00006688AA | 6/20/2018 | $32.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13513 | $5,571.46 | 8/27/2018 | 0000001253-5372 | 8/12/2018 | $163.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05466 | $859.43 | 8/13/2018 | 0000001720-5313 | 7/27/2018 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09482 | $4,671.53 | 8/20/2018 | 0000002587-5342 | 8/3/2018 | $163.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05466 | $859.43 | 8/13/2018 | 0000001660-5307 | 7/27/2018 | $149.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05466 | $859.43 | 8/13/2018 | 0000001685-5308 | 7/25/2018 | $149.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05466 | $859.43 | 8/13/2018 | 0000001685-5309 | 7/26/2018 | $272.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05466 | $859.43 | 8/13/2018 | 0000001685-5310 | 7/28/2018 | $499.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05466 | $859.43 | 8/13/2018 | 0000001588-5305 | 7/27/2018 | $149.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05466 | $859.43 | 8/13/2018 | 0000001700-5312 | 7/27/2018 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05466 | $859.43 | 8/13/2018 | 0000001545-5304 | 7/25/2018 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05466 | $859.43 | 8/13/2018 | 0000001734-5314 | 7/25/2018 | $172.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05466 | $859.43 | 8/13/2018 | 1925 | 7/25/2018 | $149.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05466 | $859.43 | 8/13/2018 | 00006539AA | 6/5/2018 | $389.07 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05466 | $859.43 | 8/13/2018 | 00006540AA | 6/5/2018 | $619.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05466 | $859.43 | 8/13/2018 | 00006556AA | 6/6/2018 | $72.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05466 | $859.43 | 8/13/2018 | 00006557AA | 6/6/2018 | $27.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05466 | $859.43 | 8/13/2018 | 0000001690-5311 | 7/28/2018 | $163.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01605 | $1,349.78 | 8/6/2018 | 0000001828-5297 | 7/21/2018 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00442 | $623.46 | 8/3/2018 | 0000001365-5291 | 7/19/2018 | $172.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00442 | $623.46 | 8/3/2018 | 00006484AA | 5/30/2018 | $178.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01605 | $1,349.78 | 8/6/2018 | 0000001565-5292 | 7/21/2018 | $172.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01605 | $1,349.78 | 8/6/2018 | 0000001598-5293 | 7/21/2018 | $236.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01605 | $1,349.78 | 8/6/2018 | 0000001660-5294 | 7/22/2018 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05466 | $859.43 | 8/13/2018 | 0000001642-5306 | 7/26/2018 | $149.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01605 | $1,349.78 | 8/6/2018 | 0000001712-5296 | 7/20/2018 | $149.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06148 | $100.00 | 8/14/2018 | 0000001222-5315 | 7/30/2018 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01605 | $1,349.78 | 8/6/2018 | 0000001980-5298 | 7/20/2018 | $139.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01605 | $1,349.78 | 8/6/2018 | 0000002242-5299 | 7/21/2018 | $139.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01605 | $1,349.78 | 8/6/2018 | 0000002315-5300 | 7/20/2018 | $163.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05466 | $859.43 | 8/13/2018 | 0000001222-5301 | 7/27/2018 | $149.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05466 | $859.43 | 8/13/2018 | 0000001280-5302 | 7/25/2018 | $344.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05466 | $859.43 | 8/13/2018 | 0000001545-5303 | 7/24/2018 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01605 | $1,349.78 | 8/6/2018 | 0000001690-5295 | 7/21/2018 | $149.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09482 | $4,671.53 | 8/20/2018 | 0000001642-5333 | 8/4/2018 | $149.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09482 | $4,671.53 | 8/20/2018 | 0000001267-5326 | 8/3/2018 | $135.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09482 | $4,671.53 | 8/20/2018 | 0000001336-5327 | 8/5/2018 | $476.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09482 | $4,671.53 | 8/20/2018 | 0000001545-5328 | 8/5/2018 | $172.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09482 | $4,671.53 | 8/20/2018 | 0000001565-5329 | 8/4/2018 | $135.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09482 | $4,671.53 | 8/20/2018 | 0000001598-5330 | 8/3/2018 | $139.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05466 | $859.43 | 8/13/2018 | 00006558AA | 6/6/2018 | $27.28 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09482 | $4,671.53 | 8/20/2018 | 0000001600-5332 | 8/3/2018 | $163.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09482 | $4,671.53 | 8/20/2018 | 0000001076-5323 | 8/4/2018 | $163.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09482 | $4,671.53 | 8/20/2018 | 0000001660-5334 | 8/4/2018 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09482 | $4,671.53 | 8/20/2018 | 0000001660-5335 | 8/5/2018 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09482 | $4,671.53 | 8/20/2018 | 0000001690-5336 | 8/3/2018 | $149.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09482 | $4,671.53 | 8/20/2018 | 0000001717-5337 | 8/5/2018 | $149.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09482 | $4,671.53 | 8/20/2018 | 0000002030-5338 | 8/3/2018 | $249.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09482 | $4,671.53 | 8/20/2018 | 0000002030-5339 | 8/4/2018 | $544.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09482 | $4,671.53 | 8/20/2018 | 0000001598-5331 | 8/4/2018 | $149.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08287 | $1,231.65 | 8/17/2018 | 0000001280-5320 | 8/2/2018 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15042 | $1,730.94 | 8/29/2018 | 0000001675-5397 | 8/14/2018 | $135.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06981 | $1,608.26 | 8/15/2018 | 00006585AA | 6/11/2018 | $1,394.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06981 | $1,608.26 | 8/15/2018 | 00006586AA | 6/11/2018 | $213.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07794 | $530.35 | 8/16/2018 | 0000001280-5316 | 8/1/2018 | $149.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07794 | $530.35 | 8/16/2018 | 0000001620-5317 | 8/1/2018 | $163.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07794 | $530.35 | 8/16/2018 | 0000002305-5318 | 8/1/2018 | $149.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09482 | $4,671.53 | 8/20/2018 | 0000001253-5325 | 8/3/2018 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08287 | $1,231.65 | 8/17/2018 | 0000001100-5319 | 8/2/2018 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09482 | $4,671.53 | 8/20/2018 | 0000001129-5324 | 8/5/2018 | $236.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08287 | $1,231.65 | 8/17/2018 | 0000001874-5321 | 8/2/2018 | $149.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08287 | $1,231.65 | 8/17/2018 | 00006618AA | 6/13/2018 | $556.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08287 | $1,231.65 | 8/17/2018 | 00006619AA | 6/13/2018 | $119.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08287 | $1,231.65 | 8/17/2018 | 00006624AA | 6/13/2018 | $206.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09482 | $4,671.53 | 8/20/2018 | 0000001032-5322 | 8/4/2018 | $249.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05466 | $859.43 | 8/13/2018 | 00006567AA | 6/7/2018 | $115.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07794 | $530.35 | 8/16/2018 | 00006613AA | 6/12/2018 | $68.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94367 | $967.12 | 7/24/2018 | 0000001598-5480 | 7/9/2018 | $172.05 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15042 | $1,730.94 | 8/29/2018 | 0000001545-5395 | 8/14/2018 | $236.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93648 | $1,909.71 | 7/23/2018 | 0000001545-5474 | 7/6/2018 | $135.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93648 | $1,909.71 | 7/23/2018 | 0000001717-5475 | 7/7/2018 | $236.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93648 | $1,909.71 | 7/23/2018 | 0000001980-5476 | 7/8/2018 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93648 | $1,909.71 | 7/23/2018 | 0000002242-5477 | 7/6/2018 | $172.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93648 | $1,909.71 | 7/23/2018 | 0000001255-5472 | 7/6/2018 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94367 | $967.12 | 7/24/2018 | 0000001122-5479 | 7/9/2018 | $172.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93648 | $1,909.71 | 7/23/2018 | 0000001185-5471 | 7/8/2018 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94367 | $967.12 | 7/24/2018 | 0000001620-5481 | 7/9/2018 | $172.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94367 | $967.12 | 7/24/2018 | 0000001874-5483 | 7/9/2018 | $139.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95199 | $1,275.99 | 7/25/2018 | 0000001129-5484 | 7/10/2018 | $149.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95199 | $1,275.99 | 7/25/2018 | 0000001216-5485 | 7/10/2018 | $149.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95199 | $1,275.99 | 7/25/2018 | 0000001222-5486 | 7/10/2018 | $149.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95199 | $1,275.99 | 7/25/2018 | 0000001642-5487 | 7/10/2018 | $163.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94367 | $967.12 | 7/24/2018 | 0000001076-5478 | 7/9/2018 | $409.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91912 | $566.77 | 7/19/2018 | 0000001438-5464 | 7/4/2018 | $303.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18289 | $1,472.48 | 9/5/2018 | 0000001700-5459 | 8/21/2018 | $263.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18289 | $1,472.48 | 9/5/2018 | 0000001802-5460 | 8/21/2018 | $177.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90156 | $149.11 | 7/17/2018 | 0000001122-5461 | 7/2/2018 | $149.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91062 | $609.34 | 7/18/2018 | 0000001338-5462 | 7/3/2018 | $288.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91062 | $609.34 | 7/18/2018 | 00006345AA | 5/14/2018 | $182.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93648 | $1,909.71 | 7/23/2018 | 0000001336-5473 | 7/6/2018 | $149.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91912 | $566.77 | 7/19/2018 | 0000001122-5463 | 7/4/2018 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95199 | $1,275.99 | 7/25/2018 | 0000002587-5490 | 7/10/2018 | $236.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91912 | $566.77 | 7/19/2018 | 0000002587-5465 | 7/4/2018 | $163.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93648 | $1,909.71 | 7/23/2018 | 0000001025-5466 | 7/8/2018 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93648 | $1,909.71 | 7/23/2018 | 0000001071-5467 | 7/6/2018 | $100.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93648 | $1,909.71 | 7/23/2018 | 0000001096-5468 | 7/6/2018 | $163.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93648 | $1,909.71 | 7/23/2018 | 0000001122-5469 | 7/6/2018 | $403.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93648 | $1,909.71 | 7/23/2018 | 0000001171-5470 | 7/6/2018 | $149.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91062 | $609.34 | 7/18/2018 | 00006379AA | 5/14/2018 | $138.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97682 | $2,885.39 | 7/30/2018 | 0000002500-5512 | 7/14/2018 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97682 | $2,885.39 | 7/30/2018 | 0000001535-5505 | 7/15/2018 | $172.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97682 | $2,885.39 | 7/30/2018 | 0000001545-5506 | 7/15/2018 | $172.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97682 | $2,885.39 | 7/30/2018 | 0000001620-5507 | 7/14/2018 | $172.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97682 | $2,885.39 | 7/30/2018 | 0000001665-5508 | 7/14/2018 | $149.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97682 | $2,885.39 | 7/30/2018 | 0000001690-5509 | 7/15/2018 | $139.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95199 | $1,275.99 | 7/25/2018 | 0000001675-5488 | 7/10/2018 | $172.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97682 | $2,885.39 | 7/30/2018 | 0000002305-5511 | 7/14/2018 | $149.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97682 | $2,885.39 | 7/30/2018 | 0000001380-5502 | 7/14/2018 | $344.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97682 | $2,885.39 | 7/30/2018 | 00006470AA | 5/25/2018 | $245.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98458 | $235.69 | 7/31/2018 | 0000001077-5513 | 7/16/2018 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98458 | $235.69 | 7/31/2018 | 0000001720-5514 | 7/16/2018 | $135.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99151 | $285.19 | 8/1/2018 | 0000001690-5515 | 7/17/2018 | $149.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99151 | $285.19 | 8/1/2018 | 2087 | 7/17/2018 | $135.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99964 | $788.04 | 8/2/2018 | 00006497AA | 5/29/2018 | $122.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97682 | $2,885.39 | 7/30/2018 | 0000001712-5510 | 7/13/2018 | $149.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96512 | $299.83 | 7/27/2018 | 00006459AA | 5/23/2018 | $22.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18289 | $1,472.48 | 9/5/2018 | 0000001093-5456 | 8/21/2018 | $481.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95199 | $1,275.99 | 7/25/2018 | 00006447AA | 5/21/2018 | $105.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96021 | $593.60 | 7/26/2018 | 0000001122-5491 | 7/11/2018 | $149.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96021 | $593.60 | 7/26/2018 | 0000001167-5492 | 7/11/2018 | $172.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96021 | $593.60 | 7/26/2018 | 0000002030-5493 | 7/11/2018 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96021 | $593.60 | 7/26/2018 | 0000002819-5494 | 7/11/2018 | $172.05 |

Shanti Corporation dba Vijay Gold Designs USA (2219827)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97682 | $2,885.39 | 7/30/2018 | 0000001535-5504 | 7/13/2018 | $172.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96512 | $299.83 | 7/27/2018 | 0000001802-5496 | 7/12/2018 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97682 | $2,885.39 | 7/30/2018 | 0000001524-5503 | 7/13/2018 | $139.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97682 | $2,885.39 | 7/30/2018 | 0000001185-5497 | 7/14/2018 | $172.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97682 | $2,885.39 | 7/30/2018 | 0000001255-5498 | 7/14/2018 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97682 | $2,885.39 | 7/30/2018 | 0000001327-5499 | 7/15/2018 | $163.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97682 | $2,885.39 | 7/30/2018 | 0000001334-5500 | 7/14/2018 | $172.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97682 | $2,885.39 | 7/30/2018 | 0000001338-5501 | 7/13/2018 | $172.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95199 | $1,275.99 | 7/25/2018 | 0000002030-5489 | 7/10/2018 | $149.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96512 | $299.83 | 7/27/2018 | 0000001167-5495 | 7/12/2018 | $177.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17535 | $10,161.19 | 9/4/2018 | 0000001267-5418 | 8/20/2018 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17535 | $10,161.19 | 9/4/2018 | 0000001129-5411 | 8/18/2018 | $726.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17535 | $10,161.19 | 9/4/2018 | 0000001129-5412 | 8/19/2018 | $485.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17535 | $10,161.19 | 9/4/2018 | 0000001129-5413 | 8/20/2018 | $336.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17535 | $10,161.19 | 9/4/2018 | 0000001222-5414 | 8/17/2018 | $135.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17535 | $10,161.19 | 9/4/2018 | 0000001222-5415 | 8/20/2018 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17535 | $10,161.19 | 9/4/2018 | 0000001588-5424 | 8/18/2018 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17535 | $10,161.19 | 9/4/2018 | 0000001267-5417 | 8/18/2018 | $139.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17535 | $10,161.19 | 9/4/2018 | 0000001093-5408 | 8/20/2018 | $639.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17535 | $10,161.19 | 9/4/2018 | 1275 | 8/20/2018 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17535 | $10,161.19 | 9/4/2018 | 0000001334-5419 | 8/18/2018 | $163.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17535 | $10,161.19 | 9/4/2018 | 0000001487-5420 | 8/19/2018 | $149.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17535 | $10,161.19 | 9/4/2018 | 0000001545-5421 | 8/18/2018 | $149.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17535 | $10,161.19 | 9/4/2018 | 0000001565-5422 | 8/18/2018 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18289 | $1,472.48 | 9/5/2018 | 0000001588-5458 | 8/21/2018 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17535 | $10,161.19 | 9/4/2018 | 0000001255-5416 | 8/18/2018 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16266 | $754.25 | 8/31/2018 | 0000001129-5403 | 8/16/2018 | $149.50 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99964 | $788.04 | 8/2/2018 | 00006498AA | 5/29/2018 | $665.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15042 | $1,730.94 | 8/29/2018 | 0000001685-5398 | 8/14/2018 | $163.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15042 | $1,730.94 | 8/29/2018 | 0000002242-5399 | 8/14/2018 | $448.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15042 | $1,730.94 | 8/29/2018 | 00006724AA | 6/25/2018 | $68.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15829 | $727.70 | 8/30/2018 | 0000001545-5400 | 8/15/2018 | $135.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15829 | $727.70 | 8/30/2018 | 0000001717-5401 | 8/15/2018 | $236.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17535 | $10,161.19 | 9/4/2018 | 0000001129-5410 | 8/17/2018 | $289.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15829 | $727.70 | 8/30/2018 | 00006723AA | 6/26/2018 | $255.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17535 | $10,161.19 | 9/4/2018 | 0000001100-5409 | 8/20/2018 | $335.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16266 | $754.25 | 8/31/2018 | 1306 | 8/16/2018 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16266 | $754.25 | 8/31/2018 | 0000001545-5404 | 8/16/2018 | $177.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16266 | $754.25 | 8/31/2018 | 0000001598-5405 | 8/16/2018 | $163.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16266 | $754.25 | 8/31/2018 | 0000002180-5406 | 8/16/2018 | $163.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17535 | $10,161.19 | 9/4/2018 | 0000001076-5407 | 8/18/2018 | $149.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17535 | $10,161.19 | 9/4/2018 | 0000001598-5425 | 8/17/2018 | $172.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15829 | $727.70 | 8/30/2018 | 0000002242-5402 | 8/15/2018 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17535 | $10,161.19 | 9/4/2018 | 0000002500-5450 | 8/20/2018 | $263.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17535 | $10,161.19 | 9/4/2018 | 0000001802-5443 | 8/18/2018 | $135.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17535 | $10,161.19 | 9/4/2018 | 0000001980-5444 | 8/18/2018 | $177.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17535 | $10,161.19 | 9/4/2018 | 0000001980-5445 | 8/19/2018 | $236.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17535 | $10,161.19 | 9/4/2018 | 0000002180-5446 | 8/18/2018 | $172.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17535 | $10,161.19 | 9/4/2018 | 0000002305-5447 | 8/18/2018 | $163.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17535 | $10,161.19 | 9/4/2018 | 0000001565-5423 | 8/19/2018 | $149.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17535 | $10,161.19 | 9/4/2018 | 0000002500-5449 | 8/19/2018 | $236.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17535 | $10,161.19 | 9/4/2018 | 0000001717-5440 | 8/20/2018 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17535 | $10,161.19 | 9/4/2018 | 0000002587-5451 | 8/17/2018 | $444.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17535 | $10,161.19 | 9/4/2018 | 0000002587-5452 | 8/18/2018 | $172.05 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17535 | $10,161.19 | 9/4/2018 | 0000002587-5453 | 8/19/2018 | $149.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17535 | $10,161.19 | 9/4/2018 | 0000002760-5454 | 8/17/2018 | $272.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17535 | $10,161.19 | 9/4/2018 | 0000002872-5455 | 8/17/2018 | $172.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15042 | $1,730.94 | 8/29/2018 | 0000001600-5396 | 8/14/2018 | $235.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17535 | $10,161.19 | 9/4/2018 | 0000002500-5448 | 8/17/2018 | $139.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17535 | $10,161.19 | 9/4/2018 | 0000001685-5434 | 8/17/2018 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17535 | $10,161.19 | 9/4/2018 | 0000001598-5426 | 8/19/2018 | $135.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17535 | $10,161.19 | 9/4/2018 | 0000001600-5427 | 8/18/2018 | $349.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17535 | $10,161.19 | 9/4/2018 | 0000001600-5428 | 8/19/2018 | $172.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17535 | $10,161.19 | 9/4/2018 | 0000001620-5429 | 8/19/2018 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17535 | $10,161.19 | 9/4/2018 | 0000001642-5430 | 8/18/2018 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17535 | $10,161.19 | 9/4/2018 | 0000001642-5431 | 8/19/2018 | $149.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17535 | $10,161.19 | 9/4/2018 | 0000001720-5442 | 8/20/2018 | $135.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17535 | $10,161.19 | 9/4/2018 | 0000001675-5433 | 8/19/2018 | $163.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17535 | $10,161.19 | 9/4/2018 | 0000001720-5441 | 8/19/2018 | $279.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17535 | $10,161.19 | 9/4/2018 | 0000001690-5435 | 8/17/2018 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17535 | $10,161.19 | 9/4/2018 | 0000001690-5436 | 8/18/2018 | $350.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17535 | $10,161.19 | 9/4/2018 | 0000001700-5437 | 8/17/2018 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17535 | $10,161.19 | 9/4/2018 | 0000001712-5438 | 8/17/2018 | $149.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17535 | $10,161.19 | 9/4/2018 | 0000001717-5439 | 8/18/2018 | $177.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18289 | $1,472.48 | 9/5/2018 | 0000001129-5457 | 8/21/2018 | $449.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17535 | $10,161.19 | 9/4/2018 | 0000001660-5432 | 8/19/2018 | $139.69 |

**Totals:** 31 transfer(s), $48,253.71