**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant: **Sharp Electronics Corporation**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90904 | $14,983.12 | 7/18/2018 | 0000151318-53834 | 2/8/2018 | $18,460.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90904 | $14,983.12 | 7/18/2018 | 141196 | 7/16/2018 | $14,983.13 |

| Totals: | 1 transfer(s), | $14,983.12 |