**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **ShopChimney.com, Inc.** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12198 | $316.77 | 8/24/2018 | 000007QH5D | 8/11/2018 | $75.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15709 | $178.61 | 8/30/2018 | 000007QVV7 | 8/15/2018 | $69.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15709 | $178.61 | 8/30/2018 | 000007QV2Q | 8/15/2018 | $27.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13314 | $599.19 | 8/27/2018 | 000007QT5Y | 8/14/2018 | $89.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13314 | $599.19 | 8/27/2018 | 000007QSB9 | 8/14/2018 | $115.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13314 | $599.19 | 8/27/2018 | 000007QNCR | 8/13/2018 | $73.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13314 | $599.19 | 8/27/2018 | 000007QJ26 | 8/12/2018 | $78.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01423 | $973.15 | 8/6/2018 | 000007P08F | 7/22/2018 | $78.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13314 | $599.19 | 8/27/2018 | 000007QJ24 | 8/12/2018 | $139.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15709 | $178.61 | 8/30/2018 | 000007QVVA | 8/15/2018 | $535.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12198 | $316.77 | 8/24/2018 | 000007QH5C | 8/11/2018 | $129.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12198 | $316.77 | 8/24/2018 | 000007QH5B | 8/11/2018 | $78.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12198 | $316.77 | 8/24/2018 | 000007QH5A | 8/11/2018 | $32.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11589 | $1,212.33 | 8/23/2018 | 000007QGLT | 8/10/2018 | $101.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11589 | $1,212.33 | 8/23/2018 | 000007QGLS | 8/10/2018 | $101.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11589 | $1,212.33 | 8/23/2018 | 000007QGLR | 8/10/2018 | $78.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13314 | $599.19 | 8/27/2018 | 000007QJ25 | 8/12/2018 | $101.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15709 | $178.61 | 8/30/2018 | 000007R0FK | 8/17/2018 | $32.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17327 | $631.31 | 9/4/2018 | 000007RE7I | 8/22/2018 | $101.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17327 | $631.31 | 9/4/2018 | 000007RDR9 | 8/22/2018 | $36.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17327 | $631.31 | 9/4/2018 | 000007RD0U | 8/22/2018 | $161.41 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17327 | $631.31 | 9/4/2018 | 000007RBIJ | 8/21/2018 | $48.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17327 | $631.31 | 9/4/2018 | 000007RB92 | 8/21/2018 | $69.58 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17327 | $631.31 | 9/4/2018 | 000007R9TL | 8/21/2018 | $27.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15709 | $178.61 | 8/30/2018 | 000007QVV8 | 8/15/2018 | $78.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17327 | $631.31 | 9/4/2018 | 000007R33I | 8/19/2018 | $101.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15709 | $178.61 | 8/30/2018 | 000007QVV9 | 8/15/2018 | $101.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15709 | $178.61 | 8/30/2018 | 000007R04P | 8/17/2018 | $101.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15709 | $178.61 | 8/30/2018 | 000007R04O | 8/17/2018 | $247.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15709 | $178.61 | 8/30/2018 | 000007R04N | 8/17/2018 | $101.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15709 | $178.61 | 8/30/2018 | 000007QYTX | 8/16/2018 | $101.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15709 | $178.61 | 8/30/2018 | 000007QXCT | 8/16/2018 | $32.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15709 | $178.61 | 8/30/2018 | 000007QWQ1 | 8/15/2018 | $43.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10898 | $223.60 | 8/22/2018 | 000007QE7O | 8/9/2018 | $54.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17327 | $631.31 | 9/4/2018 | 000007R5TK | 8/20/2018 | $82.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02188 | $243.38 | 8/7/2018 | 000007PADG | 7/25/2018 | $78.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11589 | $1,212.33 | 8/23/2018 | 000007QG46 | 8/10/2018 | $897.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03691 | $527.34 | 8/9/2018 | 000007PFC8 | 7/27/2018 | $424.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03691 | $527.34 | 8/9/2018 | 000007PEAC | 7/27/2018 | $33.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03691 | $527.34 | 8/9/2018 | 000007PE5M | 7/27/2018 | $69.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02899 | $620.97 | 8/8/2018 | 000007PCO8 | 7/26/2018 | $399.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02899 | $620.97 | 8/8/2018 | 000007PCII | 7/26/2018 | $138.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06049 | $1,275.67 | 8/14/2018 | 000007PQL3 | 8/1/2018 | $1,087.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02188 | $243.38 | 8/7/2018 | 000007PADH | 7/25/2018 | $78.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06049 | $1,275.67 | 8/14/2018 | 000007PRPF | 8/1/2018 | $78.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02188 | $243.38 | 8/7/2018 | 000007P99G | 7/25/2018 | $85.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01423 | $973.15 | 8/6/2018 | 000007P7RA | 7/24/2018 | $52.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01423 | $973.15 | 8/6/2018 | 000007P3SX | 7/23/2018 | $713.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01423 | $973.15 | 8/6/2018 | 000007P3N8 | 7/23/2018 | $154.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01423 | $973.15 | 8/6/2018 | 000007P1H3 | 7/23/2018 | $32.77 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01423 | $973.15 | 8/6/2018 | 000007P1H2 | 7/23/2018 | $11.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01423 | $973.15 | 8/6/2018 | 000007P1H1 | 7/23/2018 | $11.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02899 | $620.97 | 8/8/2018 | 000007PCA9 | 7/26/2018 | $82.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09284 | $510.73 | 8/20/2018 | 000007PZF0 | 8/5/2018 | $69.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18942 | $3,700.93 | 9/6/2018 | 000007RIEE | 8/24/2018 | $242.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10898 | $223.60 | 8/22/2018 | 000007QDQT | 8/9/2018 | $237.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10898 | $223.60 | 8/22/2018 | 000007Q9SI | 8/8/2018 | $50.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09284 | $510.73 | 8/20/2018 | 000007Q8XG | 8/7/2018 | $61.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09284 | $510.73 | 8/20/2018 | 000007Q80P | 8/7/2018 | $171.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09284 | $510.73 | 8/20/2018 | 000007Q6A8 | 8/7/2018 | $101.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06049 | $1,275.67 | 8/14/2018 | 000007PQL2 | 8/1/2018 | $27.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09284 | $510.73 | 8/20/2018 | 000007Q2I6 | 8/6/2018 | $44.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11589 | $1,212.33 | 8/23/2018 | 000007QFW4 | 8/10/2018 | $32.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07664 | $243.72 | 8/16/2018 | 000007PXHY | 8/3/2018 | $61.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07664 | $243.72 | 8/16/2018 | 000007PXA9 | 8/3/2018 | $58.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07664 | $243.72 | 8/16/2018 | 000007PX7O | 8/3/2018 | $74.41 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07664 | $243.72 | 8/16/2018 | 000007PX4V | 8/3/2018 | $50.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06846 | $118.78 | 8/15/2018 | 000007PULD | 8/2/2018 | $118.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06049 | $1,275.67 | 8/14/2018 | 000007PRPH | 8/1/2018 | $78.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06049 | $1,275.67 | 8/14/2018 | 000007PRPG | 8/1/2018 | $69.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09284 | $510.73 | 8/20/2018 | 000007Q3PB | 8/6/2018 | $61.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93455 | $3,016.31 | 7/23/2018 | 000007O1LG | 7/9/2018 | $33.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93455 | $3,016.31 | 7/23/2018 | 000007NYNZ | 7/9/2018 | $998.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95062 | $778.55 | 7/25/2018 | 000007OBUV | 7/12/2018 | $101.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95062 | $778.55 | 7/25/2018 | 000007OB6P | 7/12/2018 | $251.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95062 | $778.55 | 7/25/2018 | 000007OA8B | 7/12/2018 | $101.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94279 | $44.72 | 7/24/2018 | 000007O95U | 7/11/2018 | $54.60 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94279 | $44.72 | 7/24/2018 | 000007O89H | 7/11/2018 | $69.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95062 | $778.55 | 7/25/2018 | 000007OBUX | 7/12/2018 | $101.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93455 | $3,016.31 | 7/23/2018 | 000007O44Y | 7/10/2018 | $161.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95062 | $778.55 | 7/25/2018 | 000007OBUY | 7/12/2018 | $58.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93455 | $3,016.31 | 7/23/2018 | 000007O1LF | 7/9/2018 | $37.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93455 | $3,016.31 | 7/23/2018 | 000007O0L3 | 7/9/2018 | $52.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93455 | $3,016.31 | 7/23/2018 | 000007NZWS | 7/9/2018 | $69.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93455 | $3,016.31 | 7/23/2018 | 000007NZWR | 7/9/2018 | $109.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93455 | $3,016.31 | 7/23/2018 | 000007NZWQ | 7/9/2018 | $39.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93455 | $3,016.31 | 7/23/2018 | 000007NZWP | 7/9/2018 | $109.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18180 | $3,143.13 | 9/5/2018 | 000007RGYA | 8/23/2018 | $3,081.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93455 | $3,016.31 | 7/23/2018 | 000007O64W | 7/10/2018 | $55.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97489 | $1,336.19 | 7/30/2018 | 000007OMBO | 7/17/2018 | $50.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99836 | $47.99 | 8/2/2018 | 000007OYEF | 7/20/2018 | $58.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99031 | $73.76 | 8/1/2018 | 000007OUDX | 7/19/2018 | $73.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98342 | $913.68 | 7/31/2018 | 000007OT20 | 7/18/2018 | $16.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98342 | $913.68 | 7/31/2018 | 000007OS5Q | 7/18/2018 | $857.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98342 | $913.68 | 7/31/2018 | 000007ORHE | 7/18/2018 | $39.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97489 | $1,336.19 | 7/30/2018 | 000007OOWE | 7/17/2018 | $32.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95062 | $778.55 | 7/25/2018 | 000007OBUW | 7/12/2018 | $101.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97489 | $1,336.19 | 7/30/2018 | 000007OO00 | 7/17/2018 | $172.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93455 | $3,016.31 | 7/23/2018 | 000007NWPT | 7/8/2018 | $32.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97489 | $1,336.19 | 7/30/2018 | 000007OMBN | 7/17/2018 | $407.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97489 | $1,336.19 | 7/30/2018 | 000007OMBM | 7/17/2018 | $402.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97489 | $1,336.19 | 7/30/2018 | 000007OI4Y | 7/16/2018 | $39.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97489 | $1,336.19 | 7/30/2018 | 000007OGD5 | 7/15/2018 | $78.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96450 | $47.65 | 7/27/2018 | 000007OFW0 | 7/14/2018 | $47.65 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95896 | $117.03 | 7/26/2018 | 000007ODXS | 7/13/2018 | $117.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95062 | $778.55 | 7/25/2018 | 000007OCEP | 7/12/2018 | $60.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97489 | $1,336.19 | 7/30/2018 | 000007OOJM | 7/17/2018 | $152.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20255 | $2,106.88 | 9/10/2018 | 000007ROKT | 8/27/2018 | $206.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93455 | $3,016.31 | 7/23/2018 | 000007NYO0 | 7/9/2018 | $1,317.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20255 | $2,106.88 | 9/10/2018 | 000007RT84 | 8/28/2018 | $61.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20255 | $2,106.88 | 9/10/2018 | 000007RT83 | 8/28/2018 | $115.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20255 | $2,106.88 | 9/10/2018 | 000007RSNT | 8/28/2018 | $44.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20255 | $2,106.88 | 9/10/2018 | 000007RS46 | 8/28/2018 | $101.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20255 | $2,106.88 | 9/10/2018 | 000007RS45 | 8/28/2018 | $69.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20255 | $2,106.88 | 9/10/2018 | 000007RTS9 | 8/28/2018 | $101.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20255 | $2,106.88 | 9/10/2018 | 000007ROQC | 8/27/2018 | $40.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20255 | $2,106.88 | 9/10/2018 | 000007RTSA | 8/28/2018 | $78.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20255 | $2,106.88 | 9/10/2018 | 000007RNBI | 8/27/2018 | $39.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18942 | $3,700.93 | 9/6/2018 | 000007RJUU | 8/24/2018 | $82.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18942 | $3,700.93 | 9/6/2018 | 000007RJAC | 8/24/2018 | $906.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18942 | $3,700.93 | 9/6/2018 | 000007RJAB | 8/24/2018 | $299.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18942 | $3,700.93 | 9/6/2018 | 000007RIEG | 8/24/2018 | $1,770.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18942 | $3,700.93 | 9/6/2018 | 000007RIEF | 8/24/2018 | $399.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99836 | $47.99 | 8/2/2018 | 000007OYEG | 7/20/2018 | $32.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20255 | $2,106.88 | 9/10/2018 | 000007RQVL | 8/27/2018 | $142.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90913 | $2,136.35 | 7/18/2018 | 000007NRBZ | 7/5/2018 | $69.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92345 | $196.11 | 7/20/2018 | 000007NW9A | 7/7/2018 | $73.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92345 | $196.11 | 7/20/2018 | 000007NW99 | 7/7/2018 | $73.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92345 | $196.11 | 7/20/2018 | 000007NW98 | 7/7/2018 | $48.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91784 | $678.19 | 7/19/2018 | 000007NU1W | 7/6/2018 | $51.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91784 | $678.19 | 7/19/2018 | 000007NU1V | 7/6/2018 | $35.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91784 | $678.19 | 7/19/2018 | 000007NTJN | 7/6/2018 | $109.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20255 | $2,106.88 | 9/10/2018 | 000007RTS8 | 8/28/2018 | $944.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91784 | $678.19 | 7/19/2018 | 000007NT5S | 7/6/2018 | $82.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18180 | $3,143.13 | 9/5/2018 | 000007RGYB | 8/23/2018 | $101.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90913 | $2,136.35 | 7/18/2018 | 000007NRBY | 7/5/2018 | $101.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90913 | $2,136.35 | 7/18/2018 | 000007NQXM | 7/5/2018 | $1,525.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90913 | $2,136.35 | 7/18/2018 | 000007NQ04 | 7/5/2018 | $439.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E21016 | $1,387.51 | 9/11/2018 | 000007RV3F | 8/29/2018 | $11.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E21016 | $1,387.51 | 9/11/2018 | 000007RV3E | 8/29/2018 | $1,375.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20255 | $2,106.88 | 9/10/2018 | 000007RTSC | 8/28/2018 | $101.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20255 | $2,106.88 | 9/10/2018 | 000007RTSB | 8/28/2018 | $58.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91784 | $678.19 | 7/19/2018 | 000007NT5T | 7/6/2018 | $399.54 |

**Totals:** **30 transfer(s),** **$27,400.53**