**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **Sierra Select Distributors, Inc.** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914969 | $2,339.00 | 9/28/2018 | 1127339 | 9/4/2018 | $2,339.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914879 | $3,931.06 | 9/21/2018 | 1126850 | 8/28/2018 | $2,249.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914879 | $3,931.06 | 9/21/2018 | 1126507 | 8/22/2018 | $1,682.06 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914756 | $3,199.00 | 9/14/2018 | 1126372 | 8/21/2018 | $3,199.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914423 | $9,393.00 | 8/24/2018 | 1124957 | 7/31/2018 | $6,118.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914423 | $9,393.00 | 8/24/2018 | 1124956 | 7/31/2018 | $3,275.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914314 | $3,515.95 | 8/17/2018 | 1124604 | 7/25/2018 | $3,282.06 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914314 | $3,515.95 | 8/17/2018 | 1120194 | 5/21/2018 | $233.89 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914079 | $1,722.06 | 8/3/2018 | 1123471 | 7/9/2018 | $1,722.06 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913865 | $6,080.06 | 7/20/2018 | 1122684 | 6/26/2018 | $2,092.06 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913865 | $6,080.06 | 7/20/2018 | 1122675 | 6/26/2018 | $3,988.00 |

**Totals:**    **7 transfer(s),**    **$30,180.13**