**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Soho Corporation** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009275 | $6,255.60 | 9/18/2018 | 40455-SB | 6/13/2018 | $6,414.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005592 | $13,202.13 | 9/11/2018 | 40426-SB | 6/11/2018 | $6,414.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005592 | $13,202.13 | 9/11/2018 | 40425-SB | 6/13/2018 | $3,694.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005592 | $13,202.13 | 9/11/2018 | 40424-SB | 6/13/2018 | $3,095.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002183 | $15,335.08 | 9/4/2018 | 40384-SB | 6/13/2018 | $4,080.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002183 | $15,335.08 | 9/4/2018 | 40375-SB | 6/13/2018 | $11,269.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991063 | $2,768.28 | 8/10/2018 | 22543 | 5/24/2018 | $2,770.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980799 | $4,759.54 | 7/18/2018 | 22518 | 4/26/2018 | $4,762.80 |

| | | | |
|---|---|---|---|
| Totals: | 5 transfer(s), | $42,320.63 | |