**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **South Central GWB Co., Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235002 | $2,560.28 | 7/24/2018 | 3315431001-IN | 6/26/2018 | $155.52 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236202 | $2,385.86 | 7/31/2018 | 3318760001-IN | 7/3/2018 | $163.07 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236202 | $2,385.86 | 7/31/2018 | 3318212001-IN | 7/2/2018 | $959.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236202 | $2,385.86 | 7/31/2018 | 3317955001-IN | 7/2/2018 | $1,263.67 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235698 | $2,726.55 | 7/27/2018 | 3316115001-IN | 6/28/2018 | $1,698.28 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235698 | $2,726.55 | 7/27/2018 | 3316038001-IN | 6/28/2018 | $1,028.27 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233695 | $3,154.44 | 7/17/2018 | 3311153001-IN | 6/19/2018 | $2,033.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235002 | $2,560.28 | 7/24/2018 | 3315465001-IN | 6/26/2018 | $90.53 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238520 | $2,488.95 | 8/14/2018 | 3324934001-IN | 7/18/2018 | $897.71 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235002 | $2,560.28 | 7/24/2018 | 3314732003-IN | 6/26/2018 | $732.95 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235002 | $2,560.28 | 7/24/2018 | 3314732002-IN | 6/26/2018 | $111.65 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234464 | $2,847.93 | 7/20/2018 | 3314732001-IN | 6/22/2018 | $281.41 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234464 | $2,847.93 | 7/20/2018 | 3314728001-IN | 6/22/2018 | $1,151.79 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234464 | $2,847.93 | 7/20/2018 | 3313431001-IN | 6/22/2018 | $1,414.73 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233695 | $3,154.44 | 7/17/2018 | 3312792001-IN | 6/20/2018 | $1,120.66 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235002 | $2,560.28 | 7/24/2018 | 3316253001-IN | 6/27/2018 | $1,469.63 |

South Central GWB Co., Inc. (2220058)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                    Exhibit A                    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242409 | $1,673.48 | 9/7/2018 | 3332964001-IN | 8/9/2018 | $1,372.81 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246416 | $226.02 | 10/5/2018 | 3304474001-IN | 6/7/2018 | $636.65 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246416 | $226.02 | 10/5/2018 | 3300197001-IN | 5/23/2018 | $821.10 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245116 | $1,292.37 | 9/27/2018 | 3341005001-IN | 8/31/2018 | $1,292.37 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244690 | $1,188.27 | 9/25/2018 | 3339480001-IN | 8/28/2018 | $250.38 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244690 | $1,188.27 | 9/25/2018 | 3339230001-IN | 8/28/2018 | $937.89 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243715 | $2,605.41 | 9/18/2018 | 3336681001-IN | 8/21/2018 | $2,605.41 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237626 | $1,602.86 | 8/7/2018 | 3321436001-IN | 7/10/2018 | $1,602.86 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242805 | $1,056.84 | 9/11/2018 | 3334045001-IN | 8/13/2018 | $70.79 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238520 | $2,488.95 | 8/14/2018 | 3324832001-IN | 7/18/2018 | $1,591.24 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242409 | $1,673.48 | 9/7/2018 | 3332606001-IN | 8/8/2018 | $300.67 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240695 | $4,489.45 | 8/28/2018 | 3330043001-IN | 8/1/2018 | $1,452.27 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240695 | $4,489.45 | 8/28/2018 | 3328812001-IN | 7/30/2018 | $1,526.34 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240695 | $4,489.45 | 8/28/2018 | 3328664001-IN | 7/30/2018 | $1,510.84 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239599 | $1,180.64 | 8/21/2018 | 3324826001-IN | 7/24/2018 | $1,180.64 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246416 | $226.02 | 10/5/2018 | 3319082001-IN | 7/3/2018 | $959.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242805 | $1,056.84 | 9/11/2018 | 3334371001-IN | 8/14/2018 | $986.05 |

Totals:    15 transfer(s),    $31,479.35