**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Southern Exchange, L.P.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995229 | $13,092.62 | 8/17/2018 | 6401755000-1 | 6/1/2018 | $30.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991072 | $1,950.09 | 8/10/2018 | 6336825000-1 | 5/29/2018 | $33.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995229 | $13,092.62 | 8/17/2018 | 6447365000-1 | 6/5/2018 | $17.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995229 | $13,092.62 | 8/17/2018 | 6439305000-1 | 6/4/2018 | $27.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995229 | $13,092.62 | 8/17/2018 | 6430495000-1 | 6/4/2018 | $137.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995229 | $13,092.62 | 8/17/2018 | 6428215000-1 | 6/4/2018 | $69.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995229 | $13,092.62 | 8/17/2018 | 6427515000-1 | 6/4/2018 | $24.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995229 | $13,092.62 | 8/17/2018 | 6422495000-1 | 6/4/2018 | $35.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995229 | $13,092.62 | 8/17/2018 | 6421695000-1 | 6/4/2018 | $42.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995229 | $13,092.62 | 8/17/2018 | 6418345000-1 | 6/4/2018 | $37.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995229 | $13,092.62 | 8/17/2018 | 6414645000-1 | 6/4/2018 | $42.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995229 | $13,092.62 | 8/17/2018 | 6409085000-1 | 6/4/2018 | $33.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995229 | $13,092.62 | 8/17/2018 | 6408405000-1 | 6/4/2018 | $33.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998697 | $3,714.25 | 8/28/2018 | 1100048 | 6/6/2018 | $206.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995229 | $13,092.62 | 8/17/2018 | 6407415000-1 | 6/4/2018 | $74.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998697 | $3,714.25 | 8/28/2018 | 1100049 | 6/6/2018 | $603.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995229 | $13,092.62 | 8/17/2018 | 6396555000-1 | 6/1/2018 | $17.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995229 | $13,092.62 | 8/17/2018 | 6389935000-1 | 6/1/2018 | $42.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995229 | $13,092.62 | 8/17/2018 | 6386405000-1 | 6/1/2018 | $17.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995229 | $13,092.62 | 8/17/2018 | 199692 | 5/31/2018 | $1,753.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995229 | $13,092.62 | 8/17/2018 | 199691 | 5/31/2018 | $2,328.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995229 | $13,092.62 | 8/17/2018 | 199690 | 5/31/2018 | $1,850.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995229 | $13,092.62 | 8/17/2018 | 199689 | 5/31/2018 | $3,431.96 |

Southern Exchange, L.P. (2219669)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                            Exhibit A                            P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995229 | $13,092.62 | 8/17/2018 | 199688 | 5/31/2018 | $3,104.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991072 | $1,950.09 | 8/10/2018 | 6382125000-1 | 5/30/2018 | $42.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991072 | $1,950.09 | 8/10/2018 | 6377185000-1 | 5/30/2018 | $17.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991072 | $1,950.09 | 8/10/2018 | 6359325000-1 | 5/29/2018 | $69.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980808 | $42.15 | 7/18/2018 | 6088265000-1 | 5/3/2018 | $42.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995229 | $13,092.62 | 8/17/2018 | 6407895000-1 | 6/4/2018 | $37.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998697 | $3,714.25 | 8/28/2018 | 6479645000-1 | 6/8/2018 | $17.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998697 | $3,714.25 | 8/28/2018 | 6555815000-1 | 6/13/2018 | $62.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998697 | $3,714.25 | 8/28/2018 | 6550155000-1 | 6/12/2018 | $29.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998697 | $3,714.25 | 8/28/2018 | 6538215000-1 | 6/12/2018 | $24.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998697 | $3,714.25 | 8/28/2018 | 6537875000-1 | 6/12/2018 | $24.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998697 | $3,714.25 | 8/28/2018 | 6525655000-1 | 6/12/2018 | $42.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998697 | $3,714.25 | 8/28/2018 | 6524865000-1 | 6/12/2018 | $27.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998697 | $3,714.25 | 8/28/2018 | 6520785000-1 | 6/12/2018 | $24.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998697 | $3,714.25 | 8/28/2018 | 6514145000-1 | 6/12/2018 | $30.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998697 | $3,714.25 | 8/28/2018 | 6504735000-1 | 6/12/2018 | $24.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998697 | $3,714.25 | 8/28/2018 | 6495785000-1 | 6/8/2018 | $42.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998697 | $3,714.25 | 8/28/2018 | 6493645000-1 | 6/8/2018 | $29.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998697 | $3,714.25 | 8/28/2018 | 6493385000-1 | 6/12/2018 | $24.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995229 | $13,092.62 | 8/17/2018 | 6457245000-1 | 6/5/2018 | $30.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998697 | $3,714.25 | 8/28/2018 | 6483155000-1 | 6/7/2018 | $17.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991072 | $1,950.09 | 8/10/2018 | 6331335000-1 | 5/25/2018 | $53.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998697 | $3,714.25 | 8/28/2018 | 6479455000-1 | 6/8/2018 | $27.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998697 | $3,714.25 | 8/28/2018 | 6474005000-1 | 6/7/2018 | $19.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998697 | $3,714.25 | 8/28/2018 | 6473705000-1 | 6/7/2018 | $19.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998697 | $3,714.25 | 8/28/2018 | 6470375000-1 | 6/7/2018 | $28.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998697 | $3,714.25 | 8/28/2018 | 6468805000-1 | 6/7/2018 | $23.05 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998697 | $3,714.25 | 8/28/2018 | 6462255000-1 | 6/7/2018 | $24.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998697 | $3,714.25 | 8/28/2018 | 6459705000-1 | 6/7/2018 | $24.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998697 | $3,714.25 | 8/28/2018 | 6458645000-1 | 6/7/2018 | $22.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998697 | $3,714.25 | 8/28/2018 | 1100060 | 6/6/2018 | $290.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998697 | $3,714.25 | 8/28/2018 | 1100053 | 6/6/2018 | $226.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998697 | $3,714.25 | 8/28/2018 | 1100051 | 6/6/2018 | $457.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998697 | $3,714.25 | 8/28/2018 | 1100050 | 6/6/2018 | $1,376.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998697 | $3,714.25 | 8/28/2018 | 6489625000-1 | 6/8/2018 | $35.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984137 | $8,343.89 | 7/25/2018 | 198527 | 5/8/2018 | $508.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991072 | $1,950.09 | 8/10/2018 | 6358535000-1 | 5/29/2018 | $42.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984137 | $8,343.89 | 7/25/2018 | 6163095000-1 | 5/10/2018 | $30.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984137 | $8,343.89 | 7/25/2018 | 6159355000-1 | 5/10/2018 | $53.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984137 | $8,343.89 | 7/25/2018 | 198564 | 5/8/2018 | $101.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984137 | $8,343.89 | 7/25/2018 | 198563 | 5/8/2018 | $451.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984137 | $8,343.89 | 7/25/2018 | 198562 | 5/8/2018 | $422.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984137 | $8,343.89 | 7/25/2018 | 198561 | 5/8/2018 | $285.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984137 | $8,343.89 | 7/25/2018 | 198560 | 5/8/2018 | $422.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984137 | $8,343.89 | 7/25/2018 | 198559 | 5/8/2018 | $303.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984137 | $8,343.89 | 7/25/2018 | 198549 | 5/8/2018 | $242.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984137 | $8,343.89 | 7/25/2018 | 198548 | 5/8/2018 | $243.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984137 | $8,343.89 | 7/25/2018 | 198547 | 5/8/2018 | $1,209.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984137 | $8,343.89 | 7/25/2018 | 6170505000-1 | 5/11/2018 | $53.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984137 | $8,343.89 | 7/25/2018 | 198528 | 5/8/2018 | $580.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984137 | $8,343.89 | 7/25/2018 | 6172535000-1 | 5/14/2018 | $33.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984137 | $8,343.89 | 7/25/2018 | 198526 | 5/8/2018 | $726.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984137 | $8,343.89 | 7/25/2018 | 198525 | 5/8/2018 | $943.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984137 | $8,343.89 | 7/25/2018 | 198524 | 5/8/2018 | $290.40 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984137 | $8,343.89 | 7/25/2018 | 198495 | 5/8/2018 | $334.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984137 | $8,343.89 | 7/25/2018 | 198494 | 5/8/2018 | $640.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980808 | $42.15 | 7/18/2018 | 6146445000-1 | 5/9/2018 | $66.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980808 | $42.15 | 7/18/2018 | 6146185000-1 | 5/8/2018 | $42.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980808 | $42.15 | 7/18/2018 | 6140305000-1 | 5/8/2018 | $29.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980808 | $42.15 | 7/18/2018 | 6139355000-1 | 5/8/2018 | $37.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980808 | $42.15 | 7/18/2018 | 6114575000-1 | 5/7/2018 | $39.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980808 | $42.15 | 7/18/2018 | 6096065000-1 | 5/3/2018 | $19.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980808 | $42.15 | 7/18/2018 | 6094695000-1 | 5/4/2018 | $30.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984137 | $8,343.89 | 7/25/2018 | 198529 | 5/8/2018 | $435.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987565 | $1,361.56 | 8/1/2018 | 6269165000-1 | 5/22/2018 | $42.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991072 | $1,950.09 | 8/10/2018 | 6330785000-1 | 5/29/2018 | $42.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991072 | $1,950.09 | 8/10/2018 | 6330065000-1 | 5/25/2018 | $42.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991072 | $1,950.09 | 8/10/2018 | 6329845000-1 | 5/29/2018 | $33.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991072 | $1,950.09 | 8/10/2018 | 6315715000-1 | 5/25/2018 | $42.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991072 | $1,950.09 | 8/10/2018 | 6297235000-1 | 5/24/2018 | $42.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991072 | $1,950.09 | 8/10/2018 | 6294285000-1 | 5/24/2018 | $69.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991072 | $1,950.09 | 8/10/2018 | 6278765000-1 | 5/24/2018 | $42.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991072 | $1,950.09 | 8/10/2018 | 199315 | 5/22/2018 | $163.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991072 | $1,950.09 | 8/10/2018 | 199314 | 5/22/2018 | $361.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991072 | $1,950.09 | 8/10/2018 | 199313 | 5/22/2018 | $113.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991072 | $1,950.09 | 8/10/2018 | 199312 | 5/22/2018 | $459.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991072 | $1,950.09 | 8/10/2018 | 199311 | 5/22/2018 | $273.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984137 | $8,343.89 | 7/25/2018 | 6163255000-1 | 5/10/2018 | $32.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987565 | $1,361.56 | 8/1/2018 | 6272885000-1 | 5/23/2018 | $33.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998697 | $3,714.25 | 8/28/2018 | 6564365000-1 | 6/13/2018 | $28.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987565 | $1,361.56 | 8/1/2018 | 6234775000-1 | 5/18/2018 | $42.55 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987565 | $1,361.56 | 8/1/2018 | 6222475000-1 | 5/21/2018 | $17.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987565 | $1,361.56 | 8/1/2018 | 6220295000-1 | 5/21/2018 | $42.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987565 | $1,361.56 | 8/1/2018 | 6198765000-1 | 5/21/2018 | $29.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987565 | $1,361.56 | 8/1/2018 | 199030 | 5/16/2018 | $203.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987565 | $1,361.56 | 8/1/2018 | 199028 | 5/18/2018 | $598.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987565 | $1,361.56 | 8/1/2018 | 199027 | 5/18/2018 | $264.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987565 | $1,361.56 | 8/1/2018 | 199026 | 5/16/2018 | $126.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984137 | $8,343.89 | 7/25/2018 | 6208455000-1 | 5/16/2018 | $42.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984137 | $8,343.89 | 7/25/2018 | 6204175000-1 | 5/16/2018 | $17.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984137 | $8,343.89 | 7/25/2018 | 6192395000-1 | 5/14/2018 | $37.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984137 | $8,343.89 | 7/25/2018 | 6179995000-1 | 5/14/2018 | $19.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991072 | $1,950.09 | 8/10/2018 | 199029 | 5/16/2018 | $147.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009286 | $1,800.50 | 9/18/2018 | 6762425000-1 | 7/2/2018 | $24.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998697 | $3,714.25 | 8/28/2018 | 6557795000-1 | 6/13/2018 | $44.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013178 | $3,137.75 | 9/25/2018 | 6786425000-1 | 7/11/2018 | $50.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013178 | $3,137.75 | 9/25/2018 | 1101819-18895 | 7/11/2018 | $379.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013178 | $3,137.75 | 9/25/2018 | 1101819-18893 | 7/11/2018 | $50.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013178 | $3,137.75 | 9/25/2018 | 1101495 | 7/5/2018 | $85.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013178 | $3,137.75 | 9/25/2018 | 1101494 | 7/5/2018 | $170.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013178 | $3,137.75 | 9/25/2018 | 1101493 | 7/5/2018 | $50.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013178 | $3,137.75 | 9/25/2018 | 1101492 | 7/5/2018 | $951.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013178 | $3,137.75 | 9/25/2018 | 1101491 | 7/5/2018 | $481.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009286 | $1,800.50 | 9/18/2018 | 6782235000-1 | 7/3/2018 | $24.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009286 | $1,800.50 | 9/18/2018 | 6780435000-1 | 7/3/2018 | $24.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009286 | $1,800.50 | 9/18/2018 | 6778935000-1 | 7/3/2018 | $24.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013178 | $3,137.75 | 9/25/2018 | 6798495000-1 | 7/5/2018 | $69.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009286 | $1,800.50 | 9/18/2018 | 6773215000-1 | 7/2/2018 | $29.80 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013178 | $3,137.75 | 9/25/2018 | 6809255000-1 | 7/5/2018 | $19.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009286 | $1,800.50 | 9/18/2018 | 6757985000-1 | 7/2/2018 | $17.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009286 | $1,800.50 | 9/18/2018 | 6757575000-1 | 7/2/2018 | $17.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009286 | $1,800.50 | 9/18/2018 | 6756705000-1 | 7/2/2018 | $19.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009286 | $1,800.50 | 9/18/2018 | 6753645000-1 | 7/2/2018 | $17.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009286 | $1,800.50 | 9/18/2018 | 6752965000-1 | 7/2/2018 | $24.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009286 | $1,800.50 | 9/18/2018 | 6746745000-1 | 7/2/2018 | $50.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009286 | $1,800.50 | 9/18/2018 | 6744345000-1 | 7/2/2018 | $50.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009286 | $1,800.50 | 9/18/2018 | 6742975000-1 | 7/2/2018 | $19.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009286 | $1,800.50 | 9/18/2018 | 6736935000-1 | 6/29/2018 | $57.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009286 | $1,800.50 | 9/18/2018 | 6728515000-1 | 6/29/2018 | $50.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009286 | $1,800.50 | 9/18/2018 | 6720845000-1 | 6/29/2018 | $50.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009286 | $1,800.50 | 9/18/2018 | 6720685000-1 | 6/29/2018 | $29.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009286 | $1,800.50 | 9/18/2018 | 6775725000-1 | 7/3/2018 | $64.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013178 | $3,137.75 | 9/25/2018 | 6833295000-1 | 7/9/2018 | $50.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013178 | $3,137.75 | 9/25/2018 | 6882835000-1 | 7/11/2018 | $29.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013178 | $3,137.75 | 9/25/2018 | 6882645000-1 | 7/11/2018 | $17.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013178 | $3,137.75 | 9/25/2018 | 6882595000-1 | 7/11/2018 | $28.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013178 | $3,137.75 | 9/25/2018 | 6871805000-1 | 7/10/2018 | $50.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013178 | $3,137.75 | 9/25/2018 | 6855855000-1 | 7/9/2018 | $39.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013178 | $3,137.75 | 9/25/2018 | 6853385000-1 | 7/9/2018 | $29.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013178 | $3,137.75 | 9/25/2018 | 6851685000-1 | 7/9/2018 | $24.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013178 | $3,137.75 | 9/25/2018 | 6847355000-1 | 7/9/2018 | $68.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013178 | $3,137.75 | 9/25/2018 | 6844325000-1 | 7/9/2018 | $29.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013178 | $3,137.75 | 9/25/2018 | 6842855000-1 | 7/9/2018 | $63.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013178 | $3,137.75 | 9/25/2018 | 6840105000-1 | 7/9/2018 | $30.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013178 | $3,137.75 | 9/25/2018 | 6839095000-1 | 7/9/2018 | $29.80 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013178 | $3,137.75 | 9/25/2018 | 6797145000-1 | 7/5/2018 | $46.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013178 | $3,137.75 | 9/25/2018 | 6833995000-1 | 7/9/2018 | $50.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009286 | $1,800.50 | 9/18/2018 | 1101108 | 6/26/2018 | $220.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013178 | $3,137.75 | 9/25/2018 | 6832295000-1 | 7/9/2018 | $24.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013178 | $3,137.75 | 9/25/2018 | 6829305000-1 | 7/9/2018 | $17.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013178 | $3,137.75 | 9/25/2018 | 6826125000-1 | 7/9/2018 | $28.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013178 | $3,137.75 | 9/25/2018 | 6822455000-1 | 7/9/2018 | $28.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013178 | $3,137.75 | 9/25/2018 | 6822225000-1 | 7/9/2018 | $24.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013178 | $3,137.75 | 9/25/2018 | 6821845000-1 | 7/9/2018 | $24.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013178 | $3,137.75 | 9/25/2018 | 6818435000-1 | 7/6/2018 | $57.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013178 | $3,137.75 | 9/25/2018 | 6818355000-1 | 7/6/2018 | $57.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013178 | $3,137.75 | 9/25/2018 | 6816395000-1 | 7/6/2018 | $62.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013178 | $3,137.75 | 9/25/2018 | 6813815000-1 | 7/6/2018 | $50.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013178 | $3,137.75 | 9/25/2018 | 6810495000-1 | 7/6/2018 | $50.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013178 | $3,137.75 | 9/25/2018 | 6809285000-1 | 7/5/2018 | $17.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013178 | $3,137.75 | 9/25/2018 | 6838695000-1 | 7/9/2018 | $17.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002193 | $2,267.69 | 9/4/2018 | 6596615000-1 | 6/18/2018 | $19.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005598 | $3,177.41 | 9/11/2018 | 6640345000-1 | 6/21/2018 | $64.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005598 | $3,177.41 | 9/11/2018 | 6640285000-1 | 6/21/2018 | $46.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005598 | $3,177.41 | 9/11/2018 | 6636755000-1 | 6/21/2018 | $19.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005598 | $3,177.41 | 9/11/2018 | 6634935000-1 | 6/21/2018 | $19.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005598 | $3,177.41 | 9/11/2018 | 6634785000-1 | 6/21/2018 | $17.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005598 | $3,177.41 | 9/11/2018 | 1100739 | 6/18/2018 | $166.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005598 | $3,177.41 | 9/11/2018 | 1100738 | 6/18/2018 | $343.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005598 | $3,177.41 | 9/11/2018 | 1100737 | 6/18/2018 | $937.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005598 | $3,177.41 | 9/11/2018 | 1100736 | 6/18/2018 | $471.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005598 | $3,177.41 | 9/11/2018 | 1100465 | 6/14/2018 | $453.05 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002193 | $2,267.69 | 9/4/2018 | 6629205000-1 | 6/20/2018 | $29.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002193 | $2,267.69 | 9/4/2018 | 6625475000-1 | 6/20/2018 | $17.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009286 | $1,800.50 | 9/18/2018 | 6718155000-1 | 6/28/2018 | $32.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002193 | $2,267.69 | 9/4/2018 | 6605115000-1 | 6/19/2018 | $22.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005598 | $3,177.41 | 9/11/2018 | 6644845000-1 | 6/21/2018 | $46.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002193 | $2,267.69 | 9/4/2018 | 6593035000-1 | 6/19/2018 | $17.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002193 | $2,267.69 | 9/4/2018 | 6589305000-1 | 6/19/2018 | $17.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002193 | $2,267.69 | 9/4/2018 | 6579365000-1 | 6/15/2018 | $17.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002193 | $2,267.69 | 9/4/2018 | 6578985000-1 | 6/15/2018 | $50.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002193 | $2,267.69 | 9/4/2018 | 6574875000-1 | 6/15/2018 | $41.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002193 | $2,267.69 | 9/4/2018 | 6570935000-1 | 6/14/2018 | $50.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002193 | $2,267.69 | 9/4/2018 | 6565975000-1 | 6/14/2018 | $45.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002193 | $2,267.69 | 9/4/2018 | 199687 | 5/31/2018 | $1,078.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002193 | $2,267.69 | 9/4/2018 | 1100467 | 6/14/2018 | $214.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002193 | $2,267.69 | 9/4/2018 | 1100466 | 6/14/2018 | $199.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002193 | $2,267.69 | 9/4/2018 | 1100464 | 6/13/2018 | $483.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013178 | $3,137.75 | 9/25/2018 | 6883485000-1 | 7/11/2018 | $29.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002193 | $2,267.69 | 9/4/2018 | 6616945000-1 | 6/19/2018 | $17.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005598 | $3,177.41 | 9/11/2018 | 6690425000-3 | 6/25/2018 | $17.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998697 | $3,714.25 | 8/28/2018 | 6560295000-1 | 6/13/2018 | $19.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009286 | $1,800.50 | 9/18/2018 | 1101107 | 6/26/2018 | $85.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009286 | $1,800.50 | 9/18/2018 | 1101106 | 6/26/2018 | $393.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009286 | $1,800.50 | 9/18/2018 | 1101105 | 6/26/2018 | $373.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009286 | $1,800.50 | 9/18/2018 | 1101104 | 6/26/2018 | $280.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005598 | $3,177.41 | 9/11/2018 | 6711675000-1 | 6/27/2018 | $35.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005598 | $3,177.41 | 9/11/2018 | 6711355000-1 | 6/27/2018 | $17.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005598 | $3,177.41 | 9/11/2018 | 6709005000-1 | 6/27/2018 | $17.80 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005598 | $3,177.41 | 9/11/2018 | 6699645000-1 | 6/26/2018 | $17.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005598 | $3,177.41 | 9/11/2018 | 6697105000-1 | 6/26/2018 | $33.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005598 | $3,177.41 | 9/11/2018 | 6696715000-1 | 6/26/2018 | $17.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005598 | $3,177.41 | 9/11/2018 | 6695155000-1 | 6/26/2018 | $17.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005598 | $3,177.41 | 9/11/2018 | 6642205000-1 | 6/21/2018 | $17.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005598 | $3,177.41 | 9/11/2018 | 6690815000-1 | 6/26/2018 | $24.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005598 | $3,177.41 | 9/11/2018 | 6643355000-1 | 6/21/2018 | $69.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005598 | $3,177.41 | 9/11/2018 | 6690425000-2 | 6/25/2018 | $22.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005598 | $3,177.41 | 9/11/2018 | 6690425000-1 | 6/25/2018 | $41.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005598 | $3,177.41 | 9/11/2018 | 6675805000-1 | 6/25/2018 | $17.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005598 | $3,177.41 | 9/11/2018 | 6674145000-1 | 6/25/2018 | $39.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005598 | $3,177.41 | 9/11/2018 | 6668485000-1 | 6/25/2018 | $26.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005598 | $3,177.41 | 9/11/2018 | 6664455000-1 | 6/25/2018 | $22.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005598 | $3,177.41 | 9/11/2018 | 6663195000-1 | 6/25/2018 | $64.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005598 | $3,177.41 | 9/11/2018 | 6662845000-1 | 6/25/2018 | $17.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005598 | $3,177.41 | 9/11/2018 | 6662635000-1 | 6/24/2018 | $17.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005598 | $3,177.41 | 9/11/2018 | 6662585000-1 | 6/24/2018 | $26.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005598 | $3,177.41 | 9/11/2018 | 6657385000-1 | 6/25/2018 | $17.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005598 | $3,177.41 | 9/11/2018 | 6650955000-1 | 6/21/2018 | $30.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009286 | $1,800.50 | 9/18/2018 | 1101361 | 6/26/2018 | $101.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005598 | $3,177.41 | 9/11/2018 | 6693545000-1 | 6/26/2018 | $50.95 |

**Totals:** 10 transfer(s), $38,887.91