

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Southern Refrigeration Corporation** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237627 | $43,226.39 | 8/7/2018 | 3372190-IN | 7/11/2018 | $2,274.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238117 | $19,697.80 | 8/10/2018 | 3373132-IN | 7/12/2018 | $1,057.81 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237627 | $43,226.39 | 8/7/2018 | 3370464-IN | 7/9/2018 | $1,108.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237627 | $43,226.39 | 8/7/2018 | 3370996-IN | 7/10/2018 | $2,411.37 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237627 | $43,226.39 | 8/7/2018 | 3371048-IN | 7/10/2018 | $3,226.49 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237627 | $43,226.39 | 8/7/2018 | 3371050-IN | 7/10/2018 | $1,096.29 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237627 | $43,226.39 | 8/7/2018 | 3371052-IN | 7/10/2018 | $2,000.15 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237627 | $43,226.39 | 8/7/2018 | 3372172-IN | 7/11/2018 | $968.84 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237627 | $43,226.39 | 8/7/2018 | 3370394-IN | 7/9/2018 | $1,505.74 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237627 | $43,226.39 | 8/7/2018 | 3372183-IN | 7/11/2018 | $1,374.82 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237627 | $43,226.39 | 8/7/2018 | 3370388-IN | 7/9/2018 | $1,170.28 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237627 | $43,226.39 | 8/7/2018 | 3372219-IN | 7/11/2018 | $1,632.65 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237627 | $43,226.39 | 8/7/2018 | 3372241-IN | 7/11/2018 | $1,574.03 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237627 | $43,226.39 | 8/7/2018 | 3372268-IN | 7/11/2018 | $2,010.17 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238117 | $19,697.80 | 8/10/2018 | 3372864-IN | 7/12/2018 | $1,876.38 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238117 | $19,697.80 | 8/10/2018 | 3373114-IN | 7/12/2018 | $1,206.28 |

Southern Refrigeration Corporation (2219854)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020    Exhibit A    P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238117 | $19,697.80 | 8/10/2018 | 3373118-IN | 7/12/2018 | $1,500.96 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233696 | $12,438.46 | 7/17/2018 | 3355411-IN | 6/18/2018 | $1,388.90 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237627 | $43,226.39 | 8/7/2018 | 3372178-IN | 7/11/2018 | $1,570.85 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237627 | $43,226.39 | 8/7/2018 | 3362647-IN | 6/27/2018 | $2,043.61 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236706 | $17,882.03 | 8/2/2018 | 3369054-IN | 7/6/2018 | $1,711.09 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236706 | $17,882.03 | 8/2/2018 | 3369056-IN | 7/6/2018 | $1,826.31 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236706 | $17,882.03 | 8/2/2018 | 3369464-IN | 7/6/2018 | $887.22 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236706 | $17,882.03 | 8/2/2018 | 3369467-IN | 7/6/2018 | $1,680.03 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236706 | $17,882.03 | 8/2/2018 | 4669378900-IN | 7/5/2018 | $2,866.24 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237627 | $43,226.39 | 8/7/2018 | 3362635-IN | 6/27/2018 | $2,074.67 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237627 | $43,226.39 | 8/7/2018 | 3362639-IN | 6/27/2018 | $1,759.53 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237627 | $43,226.39 | 8/7/2018 | 3370397-IN | 7/9/2018 | $1,991.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237627 | $43,226.39 | 8/7/2018 | 3362643-IN | 6/27/2018 | $2,278.71 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238117 | $19,697.80 | 8/10/2018 | 3373135-IN | 7/12/2018 | $968.84 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237627 | $43,226.39 | 8/7/2018 | 3369615-IN | 7/9/2018 | $791.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237627 | $43,226.39 | 8/7/2018 | 3369979-IN | 7/9/2018 | $1,395.20 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237627 | $43,226.39 | 8/7/2018 | 3370281-IN | 7/9/2018 | $2,330.94 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237627 | $43,226.39 | 8/7/2018 | 3370283-IN | 7/9/2018 | $880.86 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237627 | $43,226.39 | 8/7/2018 | 3370284-IN | 7/9/2018 | $1,082.26 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237627 | $43,226.39 | 8/7/2018 | 3370286-IN | 7/9/2018 | $2,347.04 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237627 | $43,226.39 | 8/7/2018 | 3370387-IN | 7/9/2018 | $1,459.10 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237627 | $43,226.39 | 8/7/2018 | 3362641-IN | 6/27/2018 | $925.03 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238521 | $35,019.54 | 8/14/2018 | 3377218-IN | 7/18/2018 | $991.03 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238117 | $19,697.80 | 8/10/2018 | 3373123-IN | 7/12/2018 | $1,374.82 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238521 | $35,019.54 | 8/14/2018 | 3376179-IN | 7/17/2018 | $1,681.09 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238521 | $35,019.54 | 8/14/2018 | 3376186-IN | 7/17/2018 | $1,670.56 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238521 | $35,019.54 | 8/14/2018 | 3376196-IN | 7/17/2018 | $2,022.73 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238521 | $35,019.54 | 8/14/2018 | 3376207-IN | 7/17/2018 | $1,889.91 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238521 | $35,019.54 | 8/14/2018 | 3376215-IN | 7/17/2018 | $82.68 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238521 | $35,019.54 | 8/14/2018 | 3376219-IN | 7/17/2018 | $880.86 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238521 | $35,019.54 | 8/14/2018 | 3375067-IN | 7/16/2018 | $3,259.19 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238521 | $35,019.54 | 8/14/2018 | 3376260-IN | 7/17/2018 | $1,943.56 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238521 | $35,019.54 | 8/14/2018 | 3375011-IN | 7/16/2018 | $1,647.24 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238521 | $35,019.54 | 8/14/2018 | 3377237-IN | 7/18/2018 | $1,518.98 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238521 | $35,019.54 | 8/14/2018 | 3377249-IN | 7/18/2018 | $3,354.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239152 | $13,213.96 | 8/17/2018 | 3377994-IN | 7/19/2018 | $1,436.29 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239152 | $13,213.96 | 8/17/2018 | 3378056-IN | 7/19/2018 | $1,261.40 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239152 | $13,213.96 | 8/17/2018 | 3378060-IN | 7/19/2018 | $1,091.85 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239152 | $13,213.96 | 8/17/2018 | 3378145-IN | 7/19/2018 | $2,098.57 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239152 | $13,213.96 | 8/17/2018 | 3378317-IN | 7/19/2018 | $1,365.21 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238521 | $35,019.54 | 8/14/2018 | 3376223-IN | 7/17/2018 | $1,805.11 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238521 | $35,019.54 | 8/14/2018 | 3374929-IN | 7/16/2018 | $1,500.96 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238117 | $19,697.80 | 8/10/2018 | 3373140-IN | 7/12/2018 | $925.38 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238117 | $19,697.80 | 8/10/2018 | 3374297-IN | 7/13/2018 | $143.18 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238117 | $19,697.80 | 8/10/2018 | 3374306-IN | 7/13/2018 | $2,184.64 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238117 | $19,697.80 | 8/10/2018 | 3374318-IN | 7/13/2018 | $2,059.04 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238117 | $19,697.80 | 8/10/2018 | 3374324-IN | 7/13/2018 | $1,737.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238117 | $19,697.80 | 8/10/2018 | 3374329-IN | 7/13/2018 | $2,012.42 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238117 | $19,697.80 | 8/10/2018 | 3374331-IN | 7/13/2018 | $1,647.24 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238521 | $35,019.54 | 8/14/2018 | 3376059-IN | 7/17/2018 | $213.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238521 | $35,019.54 | 8/14/2018 | 3374590-IN | 7/16/2018 | $1,387.39 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236706 | $17,882.03 | 8/2/2018 | 3368063-IN | 7/5/2018 | $875.04 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238521 | $35,019.54 | 8/14/2018 | 3374934-IN | 7/16/2018 | $2,172.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238521 | $35,019.54 | 8/14/2018 | 3374935-IN | 7/16/2018 | $888.74 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238521 | $35,019.54 | 8/14/2018 | 3374936-IN | 7/16/2018 | $518.04 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238521 | $35,019.54 | 8/14/2018 | 3374938-IN | 7/16/2018 | $3,854.87 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238521 | $35,019.54 | 8/14/2018 | 3374953-IN | 7/16/2018 | $1,080.07 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238521 | $35,019.54 | 8/14/2018 | 3374958-IN | 7/16/2018 | $1,844.65 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238521 | $35,019.54 | 8/14/2018 | 3374966-IN | 7/16/2018 | $1,676.85 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238117 | $19,697.80 | 8/10/2018 | 3374337-IN | 7/13/2018 | $1,050.46 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235003 | $32,102.77 | 7/24/2018 | 3361786-IN | 6/26/2018 | $1,084.63 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236706 | $17,882.03 | 8/2/2018 | 3369050-IN | 7/6/2018 | $902.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235003 | $32,102.77 | 7/24/2018 | 3360962-IN | 6/25/2018 | $1,961.54 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235003 | $32,102.77 | 7/24/2018 | 3360963-IN | 6/25/2018 | $1,738.65 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235003 | $32,102.77 | 7/24/2018 | 3361128-IN | 6/25/2018 | $2,003.65 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235003 | $32,102.77 | 7/24/2018 | 3361147-IN | 6/25/2018 | $1,759.53 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235003 | $32,102.77 | 7/24/2018 | 3361153-IN | 6/25/2018 | $1,668.94 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235003 | $32,102.77 | 7/24/2018 | 3361776-IN | 6/26/2018 | $1,464.85 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235003 | $32,102.77 | 7/24/2018 | 3360959-IN | 6/25/2018 | $1,615.37 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235003 | $32,102.77 | 7/24/2018 | 3361784-IN | 6/26/2018 | $436.72 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235003 | $32,102.77 | 7/24/2018 | 3360958-IN | 6/25/2018 | $1,057.81 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235003 | $32,102.77 | 7/24/2018 | 3361792-IN | 6/26/2018 | $1,848.89 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235003 | $32,102.77 | 7/24/2018 | 3361796-IN | 6/26/2018 | $1,105.58 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235003 | $32,102.77 | 7/24/2018 | 3361797-IN | 6/26/2018 | $1,068.41 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235003 | $32,102.77 | 7/24/2018 | 3361990-IN | 6/26/2018 | $1,526.85 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235003 | $32,102.77 | 7/24/2018 | 3361993-IN | 6/26/2018 | $1,962.79 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235003 | $32,102.77 | 7/24/2018 | 3362027-IN | 6/26/2018 | $1,951.14 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235003 | $32,102.77 | 7/24/2018 | 3362089-IN | 6/26/2018 | $1,901.64 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235003 | $32,102.77 | 7/24/2018 | 3361781-IN | 6/26/2018 | $1,571.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234465 | $10,174.70 | 7/20/2018 | 3359806-IN | 6/22/2018 | $1,134.13 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233696 | $12,438.46 | 7/17/2018 | 3355622-IN | 6/18/2018 | $1,038.80 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233696 | $12,438.46 | 7/17/2018 | 3355629-IN | 6/18/2018 | $1,375.88 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233696 | $12,438.46 | 7/17/2018 | 3356277-IN | 6/19/2018 | $1,705.79 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233696 | $12,438.46 | 7/17/2018 | 3356731-IN | 6/19/2018 | $1,779.99 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233696 | $12,438.46 | 7/17/2018 | 3357791-IN | 6/20/2018 | $1,390.72 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233696 | $12,438.46 | 7/17/2018 | 3358265-IN | 6/20/2018 | $1,452.02 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233696 | $12,438.46 | 7/17/2018 | 3365371-IN | 6/19/2018 | $4,653.40 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235003 | $32,102.77 | 7/24/2018 | 3360960-IN | 6/25/2018 | $2,945.59 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234465 | $10,174.70 | 7/20/2018 | 3359780-IN | 6/22/2018 | $2,538.70 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235699 | $24,759.78 | 7/27/2018 | 3363470-IN | 6/28/2018 | $1,954.64 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234465 | $10,174.70 | 7/20/2018 | 3359807-IN | 6/22/2018 | $1,327.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234465 | $10,174.70 | 7/20/2018 | 3359808-IN | 6/22/2018 | $48.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234465 | $10,174.70 | 7/20/2018 | 3359809-IN | 6/22/2018 | $1,004.81 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234465 | $10,174.70 | 7/20/2018 | 3359812-IN | 6/22/2018 | $1,241.19 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234465 | $10,174.70 | 7/20/2018 | 3361619-IN | 6/21/2018 | $2,236.57 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235003 | $32,102.77 | 7/24/2018 | 3359822-IN | 6/22/2018 | $34.98 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235003 | $32,102.77 | 7/24/2018 | 3360954-IN | 6/25/2018 | $1,502.27 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234465 | $10,174.70 | 7/20/2018 | 3359757-IN | 6/22/2018 | $692.18 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236203 | $23,015.09 | 7/31/2018 | 3366584-IN | 7/3/2018 | $821.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236203 | $23,015.09 | 7/31/2018 | 3365747-IN | 7/2/2018 | $1,763.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236203 | $23,015.09 | 7/31/2018 | 3365764-IN | 7/2/2018 | $1,102.45 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236203 | $23,015.09 | 7/31/2018 | 3365765-IN | 7/2/2018 | $1,201.33 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236203 | $23,015.09 | 7/31/2018 | 3365766-IN | 7/2/2018 | $1,069.52 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236203 | $23,015.09 | 7/31/2018 | 3366560-IN | 7/3/2018 | $72.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236203 | $23,015.09 | 7/31/2018 | 3366562-IN | 7/3/2018 | $2,501.85 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236203 | $23,015.09 | 7/31/2018 | 3366565-IN | 7/3/2018 | $762.14 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235699 | $24,759.78 | 7/27/2018 | 3363287-IN | 6/28/2018 | $3,417.73 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236203 | $23,015.09 | 7/31/2018 | 3366567-IN | 7/3/2018 | $834.15 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236203 | $23,015.09 | 7/31/2018 | 3365684-IN | 7/2/2018 | $2,012.87 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236203 | $23,015.09 | 7/31/2018 | 3383543-IN | 6/26/2018 | $1,403.37 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236706 | $17,882.03 | 8/2/2018 | 3367179-IN | 7/5/2018 | $1,471.05 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236706 | $17,882.03 | 8/2/2018 | 3367805-IN | 7/5/2018 | $215.18 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236706 | $17,882.03 | 8/2/2018 | 3367838-IN | 7/5/2018 | $1,309.03 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236706 | $17,882.03 | 8/2/2018 | 3367841-IN | 7/5/2018 | $774.86 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236706 | $17,882.03 | 8/2/2018 | 3368054-IN | 7/5/2018 | $1,991.22 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239152 | $13,213.96 | 8/17/2018 | 3378942-IN | 7/20/2018 | $1,072.14 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236203 | $23,015.09 | 7/31/2018 | 3366566-IN | 7/3/2018 | $956.87 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235699 | $24,759.78 | 7/27/2018 | 3364788-IN | 6/29/2018 | $1,272.99 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236706 | $17,882.03 | 8/2/2018 | 3369049-IN | 7/6/2018 | $1,372.70 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235699 | $24,759.78 | 7/27/2018 | 3363480-IN | 6/28/2018 | $2,420.45 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235699 | $24,759.78 | 7/27/2018 | 3363488-IN | 6/28/2018 | $1,759.29 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235699 | $24,759.78 | 7/27/2018 | 3363490-IN | 6/28/2018 | $1,794.16 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235699 | $24,759.78 | 7/27/2018 | 3363493-IN | 6/28/2018 | $77.38 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235699 | $24,759.78 | 7/27/2018 | 3364753-IN | 6/29/2018 | $1,063.18 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235699 | $24,759.78 | 7/27/2018 | 3364770-IN | 6/29/2018 | $1,545.48 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236203 | $23,015.09 | 7/31/2018 | 3365687-IN | 7/2/2018 | $1,567.99 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235699 | $24,759.78 | 7/27/2018 | 3364783-IN | 6/29/2018 | $1,297.37 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236203 | $23,015.09 | 7/31/2018 | 3365686-IN | 7/2/2018 | $1,266.28 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235699 | $24,759.78 | 7/27/2018 | 3364793-IN | 6/29/2018 | $1,171.23 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235699 | $24,759.78 | 7/27/2018 | 3364797-IN | 6/29/2018 | $1,612.51 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235699 | $24,759.78 | 7/27/2018 | 3364800-IN | 6/29/2018 | $692.18 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235699 | $24,759.78 | 7/27/2018 | 3364802-IN | 6/29/2018 | $1,492.48 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236203 | $23,015.09 | 7/31/2018 | 3365360-IN | 7/2/2018 | $2,292.37 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236203 | $23,015.09 | 7/31/2018 | 3365427-IN | 7/2/2018 | $3,230.47 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236203 | $23,015.09 | 7/31/2018 | 3365677-IN | 7/2/2018 | $1,043.29 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235699 | $24,759.78 | 7/27/2018 | 3363461-IN | 6/28/2018 | $1,987.43 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235699 | $24,759.78 | 7/27/2018 | 3364777-IN | 6/29/2018 | $1,686.71 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243716 | $8,944.92 | 9/18/2018 | 3398318-IN | 8/22/2018 | $771.68 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242806 | $12,507.59 | 9/11/2018 | 3393277-IN | 8/14/2018 | $48.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243322 | $5,639.98 | 9/14/2018 | 3395703-IN | 8/17/2018 | $374.18 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243716 | $8,944.92 | 9/18/2018 | 3396531-IN | 8/20/2018 | $1,890.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243716 | $8,944.92 | 9/18/2018 | 3397336-IN | 8/21/2018 | $1,204.80 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243716 | $8,944.92 | 9/18/2018 | 3397337-IN | 8/21/2018 | $1,129.96 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243716 | $8,944.92 | 9/18/2018 | 3397339-IN | 8/21/2018 | $1,680.03 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243716 | $8,944.92 | 9/18/2018 | 3397623-IN | 8/21/2018 | $88.38 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243322 | $5,639.98 | 9/14/2018 | 3395646-IN | 8/17/2018 | $2,238.41 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243716 | $8,944.92 | 9/18/2018 | 3398278-IN | 8/22/2018 | $439.90 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243322 | $5,639.98 | 9/14/2018 | 3395448-IN | 8/17/2018 | $1,398.31 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243716 | $8,944.92 | 9/18/2018 | 3398323-IN | 8/22/2018 | $534.17 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244297 | $12,904.19 | 9/21/2018 | 3399006-IN | 8/23/2018 | $1,293.01 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244297 | $12,904.19 | 9/21/2018 | 3399161-IN | 8/23/2018 | $2,007.62 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244297 | $12,904.19 | 9/21/2018 | 3399162-IN | 8/23/2018 | $1,754.30 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244297 | $12,904.19 | 9/21/2018 | 3399181-IN | 8/23/2018 | $1,649.29 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244297 | $12,904.19 | 9/21/2018 | 3400363-IN | 8/24/2018 | $2,376.62 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244297 | $12,904.19 | 9/21/2018 | 3400530-IN | 8/24/2018 | $1,823.20 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243716 | $8,944.92 | 9/18/2018 | 3397625-IN | 8/21/2018 | $1,645.84 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240696 | $18,790.57 | 8/28/2018 | 3384627-IN | 7/31/2018 | $1,820.77 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239152 | $13,213.96 | 8/17/2018 | 3378335-IN | 7/19/2018 | $1,636.57 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242806 | $12,507.59 | 9/11/2018 | 3393991-IN | 8/15/2018 | $1,717.13 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242806 | $12,507.59 | 9/11/2018 | 3393996-IN | 8/15/2018 | $1,459.55 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242806 | $12,507.59 | 9/11/2018 | 3394003-IN | 8/15/2018 | $1,100.28 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240696 | $18,790.57 | 8/28/2018 | 3383293-IN | 7/30/2018 | $1,788.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240696 | $18,790.57 | 8/28/2018 | 3383742-IN | 7/30/2018 | $226.84 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240696 | $18,790.57 | 8/28/2018 | 3383744-IN | 7/30/2018 | $764.26 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243322 | $5,639.98 | 9/14/2018 | 3395701-IN | 8/17/2018 | $88.97 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240696 | $18,790.57 | 8/28/2018 | 3384625-IN | 7/31/2018 | $995.27 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244691 | $14,744.73 | 9/25/2018 | 3401404-IN | 8/27/2018 | $1,589.93 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240696 | $18,790.57 | 8/28/2018 | 3384828-IN | 7/31/2018 | $2,465.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240696 | $18,790.57 | 8/28/2018 | 3385462-IN | 8/1/2018 | $137.80 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242806 | $12,507.59 | 9/11/2018 | 3394166-IN | 8/15/2018 | $1,572.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242806 | $12,507.59 | 9/11/2018 | 3394401-IN | 8/15/2018 | $1,725.87 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242806 | $12,507.59 | 9/11/2018 | 3394418-IN | 8/15/2018 | $460.09 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243322 | $5,639.98 | 9/14/2018 | 3394900-IN | 8/16/2018 | $143.18 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243322 | $5,639.98 | 9/14/2018 | 3395038-IN | 8/16/2018 | $1,540.11 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240696 | $18,790.57 | 8/28/2018 | 3384620-IN | 7/31/2018 | $991.10 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246417 | $23,562.89 | 10/5/2018 | 3358736-IN | 6/21/2018 | $778.04 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245774 | $8,655.57 | 10/2/2018 | 3406642-IN | 9/5/2018 | $1,830.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245774 | $8,655.57 | 10/2/2018 | 3406768-IN | 9/5/2018 | $2,396.62 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245774 | $8,655.57 | 10/2/2018 | 3406785-IN | 9/5/2018 | $1,386.48 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246417 | $23,562.89 | 10/5/2018 | 3342376-IN | 5/29/2018 | $1,390.72 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246417 | $23,562.89 | 10/5/2018 | 3342383-IN | 5/29/2018 | $1,506.19 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246417 | $23,562.89 | 10/5/2018 | 3342403-IN | 5/29/2018 | $1,463.79 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246417 | $23,562.89 | 10/5/2018 | 3342635-IN | 5/29/2018 | $3,038.87 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244297 | $12,904.19 | 9/21/2018 | 3400536-IN | 8/24/2018 | $2,000.15 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246417 | $23,562.89 | 10/5/2018 | 3358733-IN | 6/21/2018 | $230.43 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245774 | $8,655.57 | 10/2/2018 | 3405865-IN | 9/4/2018 | $1,453.26 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246417 | $23,562.89 | 10/5/2018 | 3358742-IN | 6/21/2018 | $1,755.61 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246417 | $23,562.89 | 10/5/2018 | 3358746-IN | 6/21/2018 | $1,375.88 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246417 | $23,562.89 | 10/5/2018 | 3358760-IN | 6/21/2018 | $1,226.35 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246417 | $23,562.89 | 10/5/2018 | 3358763-IN | 6/21/2018 | $1,570.85 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246417 | $23,562.89 | 10/5/2018 | 3374930-IN | 7/16/2018 | $3,440.41 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246417 | $23,562.89 | 10/5/2018 | 3407838-IN | 9/6/2018 | $1,152.15 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246417 | $23,562.89 | 10/5/2018 | 3407843-IN | 9/6/2018 | $1,622.18 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246417 | $23,562.89 | 10/5/2018 | 3356001-IN | 6/18/2018 | $1,072.93 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245117 | $11,398.19 | 9/27/2018 | 3403831-IN | 8/30/2018 | $1,243.52 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242806 | $12,507.59 | 9/11/2018 | 3393272-IN | 8/14/2018 | $528.87 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244691 | $14,744.73 | 9/25/2018 | 3401414-IN | 8/27/2018 | $991.03 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244691 | $14,744.73 | 9/25/2018 | 3401429-IN | 8/27/2018 | $3,335.72 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244691 | $14,744.73 | 9/25/2018 | 3401438-IN | 8/27/2018 | $2,015.72 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244691 | $14,744.73 | 9/25/2018 | 3401443-IN | 8/27/2018 | $609.43 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244691 | $14,744.73 | 9/25/2018 | 3402081-IN | 8/28/2018 | $1,480.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244691 | $14,744.73 | 9/25/2018 | 3402083-IN | 8/28/2018 | $590.35 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245774 | $8,655.57 | 10/2/2018 | 3406447-IN | 9/5/2018 | $542.30 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244691 | $14,744.73 | 9/25/2018 | 3402953-IN | 8/29/2018 | $1,015.41 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245774 | $8,655.57 | 10/2/2018 | 3405869-IN | 9/4/2018 | $1,046.15 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245117 | $11,398.19 | 9/27/2018 | 3403884-IN | 8/30/2018 | $2,041.04 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245117 | $11,398.19 | 9/27/2018 | 3403885-IN | 8/30/2018 | $2,625.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245117 | $11,398.19 | 9/27/2018 | 3403889-IN | 8/30/2018 | $1,542.23 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245117 | $11,398.19 | 9/27/2018 | 3403906-IN | 8/30/2018 | $1,578.13 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245117 | $11,398.19 | 9/27/2018 | 3404188-IN | 8/30/2018 | $13.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245117 | $11,398.19 | 9/27/2018 | 3404647-IN | 8/31/2018 | $1,285.64 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245117 | $11,398.19 | 9/27/2018 | 3404704-IN | 8/31/2018 | $1,068.41 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244691 | $14,744.73 | 9/25/2018 | 3401385-IN | 8/27/2018 | $1,663.13 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244691 | $14,744.73 | 9/25/2018 | 3402943-IN | 8/29/2018 | $1,453.26 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240212 | $14,477.55 | 8/24/2018 | 3383038-IN | 7/27/2018 | $1,128.83 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242806 | $12,507.59 | 9/11/2018 | 3393282-IN | 8/14/2018 | $887.22 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239600 | $27,259.59 | 8/21/2018 | 3381485-IN | 7/25/2018 | $2,692.66 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239600 | $27,259.59 | 8/21/2018 | 3381488-IN | 7/25/2018 | $1,760.59 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240212 | $14,477.55 | 8/24/2018 | 3381670-IN | 7/26/2018 | $1,255.18 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240212 | $14,477.55 | 8/24/2018 | 3381696-IN | 7/26/2018 | $3,237.98 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240212 | $14,477.55 | 8/24/2018 | 3382157-IN | 7/26/2018 | $1,796.42 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240212 | $14,477.55 | 8/24/2018 | 3382281-IN | 7/26/2018 | $226.84 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239600 | $27,259.59 | 8/21/2018 | 3381450-IN | 7/25/2018 | $1,475.45 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240212 | $14,477.55 | 8/24/2018 | 3383035-IN | 7/27/2018 | $1,057.81 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239600 | $27,259.59 | 8/21/2018 | 3381419-IN | 7/25/2018 | $1,533.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240212 | $14,477.55 | 8/24/2018 | 3383040-IN | 7/27/2018 | $1,609.01 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240212 | $14,477.55 | 8/24/2018 | 3383041-IN | 7/27/2018 | $1,882.55 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240212 | $14,477.55 | 8/24/2018 | 3383044-IN | 7/27/2018 | $389.84 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240212 | $14,477.55 | 8/24/2018 | 3383045-IN | 7/27/2018 | $545.90 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240696 | $18,790.57 | 8/28/2018 | 3385465-IN | 8/1/2018 | $1,541.17 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240696 | $18,790.57 | 8/28/2018 | 3385469-IN | 8/1/2018 | $72.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240696 | $18,790.57 | 8/28/2018 | 3385536-IN | 8/1/2018 | $1,320.47 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240212 | $14,477.55 | 8/24/2018 | 3382283-IN | 7/26/2018 | $1,347.19 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239600 | $27,259.59 | 8/21/2018 | 3379692-IN | 7/23/2018 | $1,464.85 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246417 | $23,562.89 | 10/5/2018 | 3408644-IN | 9/7/2018 | $2,825.71 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239600 | $27,259.59 | 8/21/2018 | 3374939-IN | 7/16/2018 | $1,776.54 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239600 | $27,259.59 | 8/21/2018 | 3379462-IN | 7/23/2018 | $1,379.98 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239600 | $27,259.59 | 8/21/2018 | 3379661-IN | 7/23/2018 | $1,670.56 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239600 | $27,259.59 | 8/21/2018 | 3379665-IN | 7/23/2018 | $216.24 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239600 | $27,259.59 | 8/21/2018 | 3379676-IN | 7/23/2018 | $3,271.16 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239600 | $27,259.59 | 8/21/2018 | 3379680-IN | 7/23/2018 | $968.84 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239600 | $27,259.59 | 8/21/2018 | 3381478-IN | 7/25/2018 | $1,600.54 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239600 | $27,259.59 | 8/21/2018 | 3379689-IN | 7/23/2018 | $1,647.24 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240696 | $18,790.57 | 8/28/2018 | 3386334-IN | 8/1/2018 | $2,147.68 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239600 | $27,259.59 | 8/21/2018 | 3380312-IN | 7/24/2018 | $485.43 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239600 | $27,259.59 | 8/21/2018 | 3380535-IN | 7/24/2018 | $181.26 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239600 | $27,259.59 | 8/21/2018 | 3380552-IN | 7/24/2018 | $1,911.18 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239600 | $27,259.59 | 8/21/2018 | 3380554-IN | 7/24/2018 | $72.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239600 | $27,259.59 | 8/21/2018 | 3380560-IN | 7/24/2018 | $1,004.81 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239600 | $27,259.59 | 8/21/2018 | 3380562-IN | 7/24/2018 | $991.03 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239600 | $27,259.59 | 8/21/2018 | 3381409-IN | 7/25/2018 | $48.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239600 | $27,259.59 | 8/21/2018 | 3379687-IN | 7/23/2018 | $1,106.64 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242410 | $15,892.03 | 9/7/2018 | 3389934-IN | 8/8/2018 | $1,464.85 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242410 | $15,892.03 | 9/7/2018 | 3388752-IN | 8/7/2018 | $1,888.85 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242410 | $15,892.03 | 9/7/2018 | 3388756-IN | 8/7/2018 | $1,570.85 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242410 | $15,892.03 | 9/7/2018 | 3388763-IN | 8/7/2018 | $216.24 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242410 | $15,892.03 | 9/7/2018 | 3388765-IN | 8/7/2018 | $841.57 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242410 | $15,892.03 | 9/7/2018 | 3388766-IN | 8/7/2018 | $484.42 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242410 | $15,892.03 | 9/7/2018 | 3388791-IN | 8/7/2018 | $2,387.79 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242410 | $15,892.03 | 9/7/2018 | 3389025-IN | 8/7/2018 | $1,164.62 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240696 | $18,790.57 | 8/28/2018 | 3385562-IN | 8/1/2018 | $1,788.88 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242410 | $15,892.03 | 9/7/2018 | 3389923-IN | 8/8/2018 | $1,171.23 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242410 | $15,892.03 | 9/7/2018 | 3388711-IN | 8/7/2018 | $2,124.17 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242410 | $15,892.03 | 9/7/2018 | 3390742-IN | 8/9/2018 | $1,063.18 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242410 | $15,892.03 | 9/7/2018 | 3390748-IN | 8/9/2018 | $918.95 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242410 | $15,892.03 | 9/7/2018 | 3391550-IN | 8/10/2018 | $1,779.67 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242410 | $15,892.03 | 9/7/2018 | 3391553-IN | 8/10/2018 | $1,631.34 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242806 | $12,507.59 | 9/11/2018 | 3392287-IN | 8/13/2018 | $1,391.01 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242806 | $12,507.59 | 9/11/2018 | 3392309-IN | 8/13/2018 | $1,883.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242806 | $12,507.59 | 9/11/2018 | 3393262-IN | 8/14/2018 | $2,112.51 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242410 | $15,892.03 | 9/7/2018 | 3389919-IN | 8/8/2018 | $867.01 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241494 | $18,422.21 | 8/31/2018 | 3386940-IN | 8/3/2018 | $200.34 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239152 | $13,213.96 | 8/17/2018 | 3378855-IN | 7/20/2018 | $3,251.93 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240696 | $18,790.57 | 8/28/2018 | 4751077100-IN | 7/31/2018 | $1,597.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241494 | $18,422.21 | 8/31/2018 | 3385962-IN | 8/2/2018 | $1,619.52 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241494 | $18,422.21 | 8/31/2018 | 3386199-IN | 8/2/2018 | $2,304.42 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241494 | $18,422.21 | 8/31/2018 | 3386201-IN | 8/2/2018 | $2,524.79 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241494 | $18,422.21 | 8/31/2018 | 3386228-IN | 8/2/2018 | $1,977.96 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241494 | $18,422.21 | 8/31/2018 | 3386234-IN | 8/2/2018 | $1,827.37 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242410 | $15,892.03 | 9/7/2018 | 3388746-IN | 8/7/2018 | $99.64 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241494 | $18,422.21 | 8/31/2018 | 3386937-IN | 8/3/2018 | $1,500.96 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242410 | $15,892.03 | 9/7/2018 | 3388713-IN | 8/7/2018 | $33.32 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241494 | $18,422.21 | 8/31/2018 | 3386959-IN | 8/3/2018 | $47.70 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241494 | $18,422.21 | 8/31/2018 | 3386961-IN | 8/3/2018 | $1,687.45 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241494 | $18,422.21 | 8/31/2018 | 3386964-IN | 8/3/2018 | $1,464.85 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241494 | $18,422.21 | 8/31/2018 | 3386966-IN | 8/3/2018 | $1,466.97 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241932 | $2,622.42 | 9/4/2018 | 3387781-IN | 8/6/2018 | $1,581.45 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241932 | $2,622.42 | 9/4/2018 | 3387783-IN | 8/6/2018 | $991.03 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241932 | $2,622.42 | 9/4/2018 | 3387975-IN | 8/6/2018 | $49.94 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240696 | $18,790.57 | 8/28/2018 | 3385565-IN | 8/1/2018 | $1,134.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241494 | $18,422.21 | 8/31/2018 | 3386241-IN | 8/2/2018 | $1,799.88 |

**Totals:** 24 transfer(s), $427,352.95