ask LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Southwest Material Handling, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62084338 | $2,480.00 | 8/16/2018 | 21809 | 4/19/2018 | $2,480.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082881 | $13,969.56 | 7/17/2018 | 692060 | 5/1/2018 | $131.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083326 | $125.68 | 7/24/2018 | 693104 | 5/9/2018 | $125.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084041 | $64,518.00 | 8/7/2018 | 21795 | 4/19/2018 | $8,490.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084041 | $64,518.00 | 8/7/2018 | 21797 | 4/19/2018 | $13,998.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084041 | $64,518.00 | 8/7/2018 | 21798 | 4/19/2018 | $28,675.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082881 | $13,969.56 | 7/17/2018 | 21773 | 4/19/2018 | $13,837.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084109 | $352.53 | 8/13/2018 | 695272 | 5/24/2018 | $352.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087476 | $630.02 | 10/10/2018 | 703274 | 7/18/2018 | $385.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084948 | $751.76 | 8/21/2018 | 696767 | 6/4/2018 | $751.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085011 | $430.24 | 8/24/2018 | 697384 | 6/7/2018 | $430.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085318 | $1,145.90 | 9/4/2018 | 698225 | 6/14/2018 | $1,145.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085398 | $18,869.41 | 9/5/2018 | 698361 | 6/15/2018 | $18,869.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087025 | $257.18 | 10/2/2018 | 701826 | 7/9/2018 | $257.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087476 | $630.02 | 10/10/2018 | 703050 | 7/17/2018 | $244.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084041 | $64,518.00 | 8/7/2018 | 21819 | 4/19/2018 | $13,355.00 |

**Totals:     11 transfer(s),    $103,530.28**