**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Sphere Consulting, Inc.**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781007830 | $78,428.00 | 9/14/2018 | 6362 | 8/1/2018 | $78,428.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006364 | $78,328.00 | 9/12/2018 | 6334-11879 | 7/2/2018 | $78,328.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991846 | $78,328.00 | 8/13/2018 | 6334-7880 | 7/2/2018 | $78,328.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988389 | $156,756.00 | 8/2/2018 | 6308 | 6/1/2018 | $78,428.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988389 | $156,756.00 | 8/2/2018 | 6287 | 5/7/2018 | $78,328.00 |

Totals:    4 transfer(s),    $391,840.00