**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Springs Window Fashions, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987575 | $19,951.42 | 8/1/2018 | 22573106 | 6/11/2018 | $1,128.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980818 | $5,143.22 | 7/18/2018 | 22364725 | 5/15/2018 | $3,247.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980818 | $5,143.22 | 7/18/2018 | 22528390-3564 | 6/5/2018 | $106.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980818 | $5,143.22 | 7/18/2018 | 22528390-3565 | 6/5/2018 | $2,105.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980818 | $5,143.22 | 7/18/2018 | 22528391 | 6/5/2018 | $2,506.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980818 | $5,143.22 | 7/18/2018 | 22528395 | 6/5/2018 | $1,870.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980818 | $5,143.22 | 7/18/2018 | 22528396 | 6/5/2018 | $1,732.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984150 | $16,353.81 | 7/25/2018 | 22092992-3556 | 4/10/2018 | $62.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984150 | $16,353.81 | 7/25/2018 | 22411985 | 5/21/2018 | $3,871.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984150 | $16,353.81 | 7/25/2018 | 22519498-3557 | 6/4/2018 | $111.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984150 | $16,353.81 | 7/25/2018 | 22519498-3559 | 6/4/2018 | $4,929.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984150 | $16,353.81 | 7/25/2018 | 22519499-3560 | 6/4/2018 | $189.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984150 | $16,353.81 | 7/25/2018 | 22519499-3562 | 6/4/2018 | $5,272.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984150 | $16,353.81 | 7/25/2018 | 22528388 | 6/5/2018 | $1,094.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980818 | $5,143.22 | 7/18/2018 | 22364724 | 5/15/2018 | $1,963.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991087 | $4,342.35 | 8/10/2018 | 22528394 | 6/5/2018 | $3,947.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005609 | $64,061.17 | 9/11/2018 | 21945467 | 3/21/2018 | $15,355.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005609 | $64,061.17 | 9/11/2018 | 21945466 | 3/21/2018 | $17,248.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005609 | $64,061.17 | 9/11/2018 | 21925426 | 3/19/2018 | $12,623.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005609 | $64,061.17 | 9/11/2018 | 21807910 | 3/2/2018 | $5,655.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995249 | $7,072.11 | 8/17/2018 | 22677325 | 6/25/2018 | $5,857.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984150 | $16,353.81 | 7/25/2018 | 22528389 | 6/5/2018 | $16.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991087 | $4,342.35 | 8/10/2018 | 22647057 | 6/20/2018 | $1,426.38 |

Springs Window Fashions, LLC (2219413)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984150 | $16,353.81 | 7/25/2018 | 22528392 | 6/5/2018 | $2,307.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987575 | $19,951.42 | 8/1/2018 | 22636173 | 6/19/2018 | $4,227.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987575 | $19,951.42 | 8/1/2018 | 22626731 | 6/18/2018 | $4,068.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987575 | $19,951.42 | 8/1/2018 | 22626730 | 6/18/2018 | $148.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987575 | $19,951.42 | 8/1/2018 | 22626729 | 6/18/2018 | $8,767.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987575 | $19,951.42 | 8/1/2018 | 22573107 | 6/11/2018 | $2,385.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005609 | $64,061.17 | 9/11/2018 | 21970785 | 3/23/2018 | $15,083.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995249 | $7,072.11 | 8/17/2018 | 22528393 | 6/5/2018 | $4,374.23 |

**Totals:** 6 transfer(s), $116,924.08