**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **SRS Distribution Inc. dba Bill Wahl Supply** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239563 | $1,422.17 | 8/21/2018 | WD00077390-IN | 6/23/2018 | $880.39 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236667 | $8,620.94 | 8/2/2018 | WD00076650-IN | 6/5/2018 | $3,854.86 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238079 | $11,912.43 | 8/10/2018 | WD00077163-IN | 6/12/2018 | $4,513.10 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238079 | $11,912.43 | 8/10/2018 | WD00077648-IN | 6/15/2018 | $4,717.73 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238079 | $11,912.43 | 8/10/2018 | WD00078026-IN | 6/15/2018 | $2,681.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238478 | $103.45 | 8/14/2018 | WD00077853-IN | 6/18/2018 | $103.45 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239119 | $7,072.48 | 8/17/2018 | D00077390A-IN | 6/22/2018 | $3,134.36 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239119 | $7,072.48 | 8/17/2018 | D00079396A-IN | 6/21/2018 | $454.33 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239119 | $7,072.48 | 8/17/2018 | WD00076612-IN | 6/22/2018 | $3,209.85 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236667 | $8,620.94 | 8/2/2018 | WD00076234-IN | 6/7/2018 | $4,766.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239563 | $1,422.17 | 8/21/2018 | D00076612A-IN | 6/23/2018 | $541.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244268 | $3,249.89 | 9/21/2018 | WD00081633-IN | 7/26/2018 | $290.49 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240169 | $4,640.63 | 8/24/2018 | 00079396AA-IN | 6/29/2018 | $190.16 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240169 | $4,640.63 | 8/24/2018 | WD00078261-IN | 6/26/2018 | $4,450.47 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241457 | $148.08 | 8/31/2018 | D00080469A-IN | 7/5/2018 | $74.04 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241457 | $148.08 | 8/31/2018 | WD00080469-IN | 7/5/2018 | $74.04 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242366 | $3,098.37 | 9/7/2018 | WD00078580-IN | 7/10/2018 | $3,098.37 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243289 | $5,055.09 | 9/14/2018 | WD00078881-IN | 7/19/2018 | $2,629.41 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243289 | $5,055.09 | 9/14/2018 | WD00080178-IN | 7/19/2018 | $2,279.71 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243289 | $5,055.09 | 9/14/2018 | WD00081998-IN | 7/19/2018 | $145.97 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244268 | $3,249.89 | 9/21/2018 | WD00079469-IN | 7/26/2018 | $2,959.40 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239119 | $7,072.48 | 8/17/2018 | WD00079396-IN | 6/21/2018 | $273.94 |

**Totals:**    10 transfer(s),    $45,323.53