**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Stone & Beyond, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237450 | $6,514.74 | 8/7/2018 | 6061-IN | 7/6/2018 | $2,649.33 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233980 | $7,866.03 | 7/19/2018 | 6006-IN | 4/30/2018 | $7,866.03 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234279 | $3,465.36 | 7/20/2018 | 6045-IN | 6/19/2018 | $3,465.36 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234792 | $6,393.96 | 7/24/2018 | 6005-IN | 4/26/2018 | $3,075.02 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234792 | $6,393.96 | 7/24/2018 | 6009-IN | 5/1/2018 | $3,318.94 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235066 | $3,532.52 | 7/25/2018 | 6053-IN | 7/3/2018 | $3,532.52 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235266 | $2,219.51 | 7/26/2018 | 6059-IN | 7/6/2018 | $2,219.51 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235769 | $4,150.53 | 7/30/2018 | 6058-IN | 7/6/2018 | $4,150.53 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235991 | $7,206.47 | 7/31/2018 | 6060-IN | 7/6/2018 | $5,456.46 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233755 | $4,027.24 | 7/18/2018 | 5009-IN | 4/3/2018 | $4,027.24 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237112 | $2,510.01 | 8/6/2018 | 6073-IN | 7/16/2018 | $2,510.01 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246505 | $216.96 | 10/8/2018 | 24448298B-IN | 10/6/2018 | $216.96 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237450 | $6,514.74 | 8/7/2018 | 6068-IN | 7/11/2018 | $3,865.41 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238583 | $4,217.48 | 8/15/2018 | 6079-IN | 7/18/2018 | $4,217.48 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240754 | $4,025.32 | 8/29/2018 | 6095-IN | 8/6/2018 | $4,025.32 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241037 | $3,880.81 | 8/30/2018 | 6066-IN | 7/3/2018 | $3,880.81 |

Stone & Beyond, Inc. (2219759)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                    Exhibit A                    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243778 | $3,095.18 | 9/19/2018 | 6100-IN | 8/15/2018 | $3,095.18 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243972 | $4,392.61 | 9/20/2018 | 6094-IN | 8/6/2018 | $4,392.61 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245181 | $5,989.50 | 9/28/2018 | 6075-IN | 7/16/2018 | $5,989.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245827 | $4,235.01 | 10/3/2018 | 6123-IN | 9/5/2018 | $4,235.01 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235991 | $7,206.47 | 7/31/2018 | 6062-IN | 7/6/2018 | $1,750.01 |

Totals:   18 transfer(s),   $77,939.24