

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Suiza Dairy Corporation** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991117 | $5,162.47 | 8/10/2018 | 3344400 | 6/28/2018 | $166.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991117 | $5,162.47 | 8/10/2018 | 1171728 | 6/27/2018 | $259.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991117 | $5,162.47 | 8/10/2018 | 1171751 | 6/29/2018 | $68.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991117 | $5,162.47 | 8/10/2018 | 1171752 | 6/29/2018 | $136.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991117 | $5,162.47 | 8/10/2018 | 2086564 | 6/26/2018 | $174.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991117 | $5,162.47 | 8/10/2018 | 2086592 | 6/28/2018 | $182.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991117 | $5,162.47 | 8/10/2018 | 2086593 | 6/28/2018 | $77.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995295 | $4,948.28 | 8/17/2018 | 6303260 | 7/5/2018 | $240.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991117 | $5,162.47 | 8/10/2018 | 301965 | 6/28/2018 | $286.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991117 | $5,162.47 | 8/10/2018 | 1117096 | 6/25/2018 | $215.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991117 | $5,162.47 | 8/10/2018 | 3397804 | 6/27/2018 | $218.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991117 | $5,162.47 | 8/10/2018 | 3397805 | 6/27/2018 | $27.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991117 | $5,162.47 | 8/10/2018 | 3420355 | 6/28/2018 | $154.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991117 | $5,162.47 | 8/10/2018 | 3435278 | 6/28/2018 | $196.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991117 | $5,162.47 | 8/10/2018 | 3447687 | 6/26/2018 | $140.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991117 | $5,162.47 | 8/10/2018 | 3502328 | 6/27/2018 | $806.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991117 | $5,162.47 | 8/10/2018 | 3502336 | 6/28/2018 | $81.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991117 | $5,162.47 | 8/10/2018 | 301938 | 6/26/2018 | $225.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987608 | $4,129.08 | 8/1/2018 | 5640516 | 6/19/2018 | $46.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987608 | $4,129.08 | 8/1/2018 | 3435189 | 6/21/2018 | $119.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987608 | $4,129.08 | 8/1/2018 | 3447569 | 6/19/2018 | $180.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987608 | $4,129.08 | 8/1/2018 | 3502227-45 | 6/19/2018 | $649.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987608 | $4,129.08 | 8/1/2018 | 3502228 | 6/19/2018 | $108.20 |

Suiza Dairy Corporation (2219825)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                                Exhibit A                                                P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987608 | $4,129.08 | 8/1/2018 | 3502254 | 6/21/2018 | $25.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987608 | $4,129.08 | 8/1/2018 | 360574 | 6/21/2018 | $154.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987608 | $4,129.08 | 8/1/2018 | 4224317 | 6/21/2018 | $311.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991117 | $5,162.47 | 8/10/2018 | 1171726 | 6/27/2018 | $234.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987608 | $4,129.08 | 8/1/2018 | 5610433 | 6/21/2018 | $119.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991117 | $5,162.47 | 8/10/2018 | 1117133 | 6/28/2018 | $335.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987608 | $4,129.08 | 8/1/2018 | 5640538 | 6/21/2018 | $119.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987608 | $4,129.08 | 8/1/2018 | 5640539 | 6/21/2018 | $19.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987608 | $4,129.08 | 8/1/2018 | 603552 | 6/19/2018 | $124.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987608 | $4,129.08 | 8/1/2018 | 603585 | 6/21/2018 | $140.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987608 | $4,129.08 | 8/1/2018 | 71217 | 6/19/2018 | $119.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987608 | $4,129.08 | 8/1/2018 | 71242 | 6/21/2018 | $136.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991117 | $5,162.47 | 8/10/2018 | 4224494 | 6/28/2018 | $145.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987608 | $4,129.08 | 8/1/2018 | 5137588 | 6/21/2018 | $48.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995295 | $4,948.28 | 8/17/2018 | 5137664 | 7/3/2018 | $72.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991117 | $5,162.47 | 8/10/2018 | 3502337 | 6/28/2018 | $251.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995295 | $4,948.28 | 8/17/2018 | 3344471 | 7/5/2018 | $177.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995295 | $4,948.28 | 8/17/2018 | 3397937 | 7/4/2018 | $222.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995295 | $4,948.28 | 8/17/2018 | 3420438 | 7/5/2018 | $270.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995295 | $4,948.28 | 8/17/2018 | 3435355 | 7/5/2018 | $166.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995295 | $4,948.28 | 8/17/2018 | 3447802 | 7/3/2018 | $215.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995295 | $4,948.28 | 8/17/2018 | 3502395 | 7/3/2018 | $730.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995295 | $4,948.28 | 8/17/2018 | 302030 | 7/3/2018 | $249.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995295 | $4,948.28 | 8/17/2018 | 4224653 | 7/5/2018 | $252.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995295 | $4,948.28 | 8/17/2018 | 2086673 | 7/5/2018 | $77.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995295 | $4,948.28 | 8/17/2018 | 5610540 | 7/3/2018 | $130.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995295 | $4,948.28 | 8/17/2018 | 5640668 | 7/3/2018 | $53.69 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995295 | $4,948.28 | 8/17/2018 | 5640669 | 7/3/2018 | $119.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995295 | $4,948.28 | 8/17/2018 | 5640692 | 7/5/2018 | $93.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995295 | $4,948.28 | 8/17/2018 | 5640693 | 7/5/2018 | $105.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995295 | $4,948.28 | 8/17/2018 | 603731 | 7/3/2018 | $152.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980850 | $5,103.66 | 7/18/2018 | 1116853 | 6/4/2018 | $239.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995295 | $4,948.28 | 8/17/2018 | 360769 | 7/5/2018 | $235.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991117 | $5,162.47 | 8/10/2018 | 71311 | 6/28/2018 | $187.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987608 | $4,129.08 | 8/1/2018 | 3344325 | 6/21/2018 | $141.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991117 | $5,162.47 | 8/10/2018 | 5610498 | 6/28/2018 | $67.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991117 | $5,162.47 | 8/10/2018 | 5640592 | 6/26/2018 | $34.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991117 | $5,162.47 | 8/10/2018 | 5640593-48 | 6/26/2018 | $0.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991117 | $5,162.47 | 8/10/2018 | 5640593-49 | 6/26/2018 | $166.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991117 | $5,162.47 | 8/10/2018 | 603645 | 6/26/2018 | $140.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991117 | $5,162.47 | 8/10/2018 | 603690 | 6/29/2018 | $91.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995295 | $4,948.28 | 8/17/2018 | 302063 | 7/5/2018 | $213.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991117 | $5,162.47 | 8/10/2018 | 71285 | 6/26/2018 | $154.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991117 | $5,162.47 | 8/10/2018 | 360656 | 6/27/2018 | $180.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995295 | $4,948.28 | 8/17/2018 | 1117181 | 7/3/2018 | $386.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995295 | $4,948.28 | 8/17/2018 | 1117226 | 7/6/2018 | $149.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995295 | $4,948.28 | 8/17/2018 | 1171772 | 7/2/2018 | $198.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995295 | $4,948.28 | 8/17/2018 | 1171782 | 7/3/2018 | $140.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995295 | $4,948.28 | 8/17/2018 | 1171812 | 7/5/2018 | $179.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995295 | $4,948.28 | 8/17/2018 | 1171815 | 7/5/2018 | $131.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995295 | $4,948.28 | 8/17/2018 | 2086672 | 7/5/2018 | $312.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991117 | $5,162.47 | 8/10/2018 | 6303142 | 6/26/2018 | $377.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980850 | $5,103.66 | 7/18/2018 | 71101 | 6/8/2018 | $86.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984185 | $5,956.36 | 7/25/2018 | 2086376 | 6/12/2018 | $202.25 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980850 | $5,103.66 | 7/18/2018 | 360353 | 6/4/2018 | $203.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980850 | $5,103.66 | 7/18/2018 | 4224004 | 6/7/2018 | $318.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980850 | $5,103.66 | 7/18/2018 | 5610293 | 6/7/2018 | $254.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980850 | $5,103.66 | 7/18/2018 | 5640361 | 6/5/2018 | $80.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980850 | $5,103.66 | 7/18/2018 | 5640362 | 6/5/2018 | $208.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980850 | $5,103.66 | 7/18/2018 | 603363 | 6/5/2018 | $17.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980850 | $5,103.66 | 7/18/2018 | 3502082 | 6/5/2018 | $798.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980850 | $5,103.66 | 7/18/2018 | 71086 | 6/7/2018 | $81.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980850 | $5,103.66 | 7/18/2018 | 3502081 | 6/5/2018 | $197.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984185 | $5,956.36 | 7/25/2018 | 1116943 | 6/11/2018 | $424.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984185 | $5,956.36 | 7/25/2018 | 1116998 | 6/15/2018 | $187.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984185 | $5,956.36 | 7/25/2018 | 1171562 | 6/12/2018 | $206.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984185 | $5,956.36 | 7/25/2018 | 1171564 | 6/12/2018 | $166.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984185 | $5,956.36 | 7/25/2018 | 1171590 | 6/14/2018 | $61.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984185 | $5,956.36 | 7/25/2018 | 1171591 | 6/14/2018 | $321.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987608 | $4,129.08 | 8/1/2018 | 342264 | 6/21/2018 | $235.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980850 | $5,103.66 | 7/18/2018 | 71058 | 6/5/2018 | $107.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980850 | $5,103.66 | 7/18/2018 | 2086328 | 6/7/2018 | $68.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980850 | $5,103.66 | 7/18/2018 | 1116895 | 6/7/2018 | $444.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980850 | $5,103.66 | 7/18/2018 | 1171496 | 6/5/2018 | $56.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980850 | $5,103.66 | 7/18/2018 | 1171497 | 6/5/2018 | $166.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980850 | $5,103.66 | 7/18/2018 | 1171499 | 6/5/2018 | $177.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980850 | $5,103.66 | 7/18/2018 | 1171522 | 6/7/2018 | $69.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980850 | $5,103.66 | 7/18/2018 | 1171523 | 6/7/2018 | $115.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980850 | $5,103.66 | 7/18/2018 | 2086293 | 6/5/2018 | $185.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980850 | $5,103.66 | 7/18/2018 | 3502111 | 6/7/2018 | $17.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980850 | $5,103.66 | 7/18/2018 | 2086326 | 6/7/2018 | $145.36 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984185 | $5,956.36 | 7/25/2018 | 2086377 | 6/12/2018 | $77.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980850 | $5,103.66 | 7/18/2018 | 301655 | 6/5/2018 | $239.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980850 | $5,103.66 | 7/18/2018 | 301657 | 6/5/2018 | $268.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980850 | $5,103.66 | 7/18/2018 | 3344172 | 6/7/2018 | $224.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980850 | $5,103.66 | 7/18/2018 | 3397375 | 6/6/2018 | $252.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980850 | $5,103.66 | 7/18/2018 | 3420044 | 6/5/2018 | $282.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980850 | $5,103.66 | 7/18/2018 | 3435042 | 6/7/2018 | $119.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980850 | $5,103.66 | 7/18/2018 | 3447358 | 6/5/2018 | $123.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980850 | $5,103.66 | 7/18/2018 | 2086294 | 6/5/2018 | $51.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987608 | $4,129.08 | 8/1/2018 | 1171656 | 6/21/2018 | $187.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984185 | $5,956.36 | 7/25/2018 | 1171609 | 6/15/2018 | $98.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984185 | $5,956.36 | 7/25/2018 | 5640463-47 | 6/13/2018 | $29.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984185 | $5,956.36 | 7/25/2018 | 603454 | 6/11/2018 | $169.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984185 | $5,956.36 | 7/25/2018 | 603495 | 6/14/2018 | $131.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984185 | $5,956.36 | 7/25/2018 | 6302967 | 6/13/2018 | $259.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984185 | $5,956.36 | 7/25/2018 | 71141 | 6/12/2018 | $130.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984185 | $5,956.36 | 7/25/2018 | 71167 | 6/14/2018 | $119.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984185 | $5,956.36 | 7/25/2018 | 5640436 | 6/12/2018 | $162.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987608 | $4,129.08 | 8/1/2018 | 1171654 | 6/21/2018 | $192.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984185 | $5,956.36 | 7/25/2018 | 5640435 | 6/12/2018 | $121.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987608 | $4,129.08 | 8/1/2018 | 2086471 | 6/19/2018 | $128.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987608 | $4,129.08 | 8/1/2018 | 2086472 | 6/19/2018 | $51.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987608 | $4,129.08 | 8/1/2018 | 2086509 | 6/21/2018 | $91.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987608 | $4,129.08 | 8/1/2018 | 301850 | 6/19/2018 | $260.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987608 | $4,129.08 | 8/1/2018 | 301884 | 6/21/2018 | $268.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987608 | $4,129.08 | 8/1/2018 | 3344298 | 6/19/2018 | $93.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995295 | $4,948.28 | 8/17/2018 | 71359 | 7/3/2018 | $121.87 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987608 | $4,129.08 | 8/1/2018 | 1117043 | 6/20/2018 | $456.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984185 | $5,956.36 | 7/25/2018 | 3447467 | 6/12/2018 | $140.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984185 | $5,956.36 | 7/25/2018 | 2086412 | 6/14/2018 | $177.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984185 | $5,956.36 | 7/25/2018 | 2086413 | 6/14/2018 | $51.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984185 | $5,956.36 | 7/25/2018 | 301754 | 6/12/2018 | $400.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984185 | $5,956.36 | 7/25/2018 | 301756 | 6/12/2018 | $298.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984185 | $5,956.36 | 7/25/2018 | 3344221 | 6/12/2018 | $170.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984185 | $5,956.36 | 7/25/2018 | 3344249 | 6/14/2018 | $119.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984185 | $5,956.36 | 7/25/2018 | 3397483 | 6/12/2018 | $329.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984185 | $5,956.36 | 7/25/2018 | 5640463-46 | 6/14/2018 | $113.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984185 | $5,956.36 | 7/25/2018 | 3435125 | 6/14/2018 | $119.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987608 | $4,129.08 | 8/1/2018 | 3397659 | 6/20/2018 | $284.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984185 | $5,956.36 | 7/25/2018 | 3502153 | 6/12/2018 | $711.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984185 | $5,956.36 | 7/25/2018 | 3502154 | 6/12/2018 | $101.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984185 | $5,956.36 | 7/25/2018 | 3502182 | 6/14/2018 | $148.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984185 | $5,956.36 | 7/25/2018 | 360488 | 6/14/2018 | $203.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984185 | $5,956.36 | 7/25/2018 | 4224158 | 6/14/2018 | $215.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984185 | $5,956.36 | 7/25/2018 | 5137512 | 6/12/2018 | $69.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984185 | $5,956.36 | 7/25/2018 | 5610365 | 6/14/2018 | $119.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984185 | $5,956.36 | 7/25/2018 | 3420172 | 6/14/2018 | $154.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009329 | $4,845.83 | 9/18/2018 | 3448182 | 7/31/2018 | $151.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009329 | $4,845.83 | 9/18/2018 | 2086990 | 7/31/2018 | $103.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009329 | $4,845.83 | 9/18/2018 | 302350 | 7/31/2018 | $211.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009329 | $4,845.83 | 9/18/2018 | 302372 | 8/2/2018 | $222.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009329 | $4,845.83 | 9/18/2018 | 3344775 | 8/2/2018 | $153.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009329 | $4,845.83 | 9/18/2018 | 3398462 | 8/1/2018 | $25.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009329 | $4,845.83 | 9/18/2018 | 3398464 | 8/1/2018 | $206.54 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995295 | $4,948.28 | 8/17/2018 | 603765 | 7/5/2018 | $199.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009329 | $4,845.83 | 9/18/2018 | 3435738 | 8/3/2018 | $216.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009329 | $4,845.83 | 9/18/2018 | 1172088 | 8/2/2018 | $151.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009329 | $4,845.83 | 9/18/2018 | 3502740 | 7/31/2018 | $804.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009329 | $4,845.83 | 9/18/2018 | 3502772 | 8/2/2018 | $160.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009329 | $4,845.83 | 9/18/2018 | 361037 | 7/31/2018 | $232.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009329 | $4,845.83 | 9/18/2018 | 4225315 | 8/2/2018 | $237.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009329 | $4,845.83 | 9/18/2018 | 5610820 | 7/31/2018 | $163.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009329 | $4,845.83 | 9/18/2018 | 5641041 | 7/31/2018 | $209.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009329 | $4,845.83 | 9/18/2018 | 604124 | 7/31/2018 | $153.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009329 | $4,845.83 | 9/18/2018 | 3420818 | 8/2/2018 | $158.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005634 | $5,382.96 | 9/11/2018 | 6303541 | 7/26/2018 | $393.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005634 | $5,382.96 | 9/11/2018 | 360976 | 7/24/2018 | $188.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005634 | $5,382.96 | 9/11/2018 | 4225163 | 7/27/2018 | $184.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005634 | $5,382.96 | 9/11/2018 | 5137826 | 7/26/2018 | $98.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005634 | $5,382.96 | 9/11/2018 | 5610744 | 7/24/2018 | $156.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005634 | $5,382.96 | 9/11/2018 | 5640935 | 7/24/2018 | $119.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005634 | $5,382.96 | 9/11/2018 | 5640937 | 7/24/2018 | $86.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005634 | $5,382.96 | 9/11/2018 | 5640938 | 7/24/2018 | $14.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009329 | $4,845.83 | 9/18/2018 | 2086989 | 7/31/2018 | $148.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005634 | $5,382.96 | 9/11/2018 | 604063 | 7/26/2018 | $103.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009329 | $4,845.83 | 9/18/2018 | 1172089 | 8/2/2018 | $119.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005634 | $5,382.96 | 9/11/2018 | 6303542 | 7/26/2018 | $56.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005634 | $5,382.96 | 9/11/2018 | 71613 | 7/26/2018 | $256.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009329 | $4,845.83 | 9/18/2018 | 1117479 | 7/30/2018 | $468.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009329 | $4,845.83 | 9/18/2018 | 1117525 | 8/3/2018 | $267.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009329 | $4,845.83 | 9/18/2018 | 1172064 | 7/31/2018 | $233.94 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009329 | $4,845.83 | 9/18/2018 | 1172066 | 7/31/2018 | $171.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009329 | $4,845.83 | 9/18/2018 | 71658 | 7/31/2018 | $215.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005634 | $5,382.96 | 9/11/2018 | 604028 | 7/24/2018 | $133.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013217 | $4,982.03 | 9/25/2018 | 5641135 | 8/7/2018 | $136.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009329 | $4,845.83 | 9/18/2018 | 604160 | 8/2/2018 | $94.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013217 | $4,982.03 | 9/25/2018 | 3502851 | 8/9/2018 | $17.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013217 | $4,982.03 | 9/25/2018 | 361104 | 8/7/2018 | $228.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013217 | $4,982.03 | 9/25/2018 | 4225488 | 8/9/2018 | $338.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013217 | $4,982.03 | 9/25/2018 | 5137919 | 8/10/2018 | $69.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013217 | $4,982.03 | 9/25/2018 | 5610885 | 8/7/2018 | $165.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013217 | $4,982.03 | 9/25/2018 | 5610886 | 8/7/2018 | $9.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013217 | $4,982.03 | 9/25/2018 | 3502819 | 8/7/2018 | $573.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013217 | $4,982.03 | 9/25/2018 | 5641040 | 8/7/2018 | $50.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013217 | $4,982.03 | 9/25/2018 | 3448309 | 8/8/2018 | $115.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013217 | $4,982.03 | 9/25/2018 | 5641136 | 8/7/2018 | $29.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013217 | $4,982.03 | 9/25/2018 | 5641165 | 8/9/2018 | $72.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013217 | $4,982.03 | 9/25/2018 | 5641166 | 8/9/2018 | $58.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013217 | $4,982.03 | 9/25/2018 | 604217 | 8/7/2018 | $128.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013217 | $4,982.03 | 9/25/2018 | 604264 | 8/9/2018 | $50.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013217 | $4,982.03 | 9/25/2018 | 6303733 | 8/9/2018 | $266.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013217 | $4,982.03 | 9/25/2018 | 71731 | 8/7/2018 | $132.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013217 | $4,982.03 | 9/25/2018 | 5610911 | 8/9/2018 | $14.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013217 | $4,982.03 | 9/25/2018 | 2087104 | 8/9/2018 | $256.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005634 | $5,382.96 | 9/11/2018 | 3502690 | 7/26/2018 | $296.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013217 | $4,982.03 | 9/25/2018 | 1117551 | 8/6/2018 | $298.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013217 | $4,982.03 | 9/25/2018 | 1117608 | 8/10/2018 | $307.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013217 | $4,982.03 | 9/25/2018 | 1172146 | 8/7/2018 | $281.64 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013217 | $4,982.03 | 9/25/2018 | 1172162 | 8/8/2018 | $199.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013217 | $4,982.03 | 9/25/2018 | 1172175 | 8/9/2018 | $166.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013217 | $4,982.03 | 9/25/2018 | 1172176 | 8/9/2018 | $261.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013217 | $4,982.03 | 9/25/2018 | 3502850 | 8/9/2018 | $80.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013217 | $4,982.03 | 9/25/2018 | 2087060 | 8/6/2018 | $51.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009329 | $4,845.83 | 9/18/2018 | 6303617 | 8/1/2018 | $237.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013217 | $4,982.03 | 9/25/2018 | 2087106 | 8/9/2018 | $63.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013217 | $4,982.03 | 9/25/2018 | 302420 | 8/7/2018 | $247.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013217 | $4,982.03 | 9/25/2018 | 302442 | 8/9/2018 | $221.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013217 | $4,982.03 | 9/25/2018 | 3344853 | 8/9/2018 | $218.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013217 | $4,982.03 | 9/25/2018 | 3398599 | 8/8/2018 | $272.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013217 | $4,982.03 | 9/25/2018 | 3420876 | 8/8/2018 | $131.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013217 | $4,982.03 | 9/25/2018 | 3436027C | 8/30/2018 | $2.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013217 | $4,982.03 | 9/25/2018 | 2087059 | 8/6/2018 | $239.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002235 | $4,661.92 | 9/4/2018 | 1117366 | 7/18/2018 | $540.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002235 | $4,661.92 | 9/4/2018 | 3344621 | 7/19/2018 | $222.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998738 | $4,429.42 | 8/28/2018 | 5610634 | 7/12/2018 | $119.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998738 | $4,429.42 | 8/28/2018 | 5640744 | 7/10/2018 | $166.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998738 | $4,429.42 | 8/28/2018 | 5640746 | 7/10/2018 | $60.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998738 | $4,429.42 | 8/28/2018 | 5640784 | 7/12/2018 | $68.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998738 | $4,429.42 | 8/28/2018 | 603858 | 7/12/2018 | $171.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998738 | $4,429.42 | 8/28/2018 | 6303366 | 7/13/2018 | $276.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998738 | $4,429.42 | 8/28/2018 | 360814 | 7/10/2018 | $180.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998738 | $4,429.42 | 8/28/2018 | 71459 | 7/12/2018 | $101.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998738 | $4,429.42 | 8/28/2018 | 3447900 | 7/10/2018 | $140.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002235 | $4,661.92 | 9/4/2018 | 1171943 | 7/18/2018 | $245.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002235 | $4,661.92 | 9/4/2018 | 1171944 | 7/18/2018 | $233.80 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002235 | $4,661.92 | 9/4/2018 | 1171946 | 7/18/2018 | $222.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002235 | $4,661.92 | 9/4/2018 | 1171953 | 7/19/2018 | $63.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002235 | $4,661.92 | 9/4/2018 | 2086815 | 7/17/2018 | $328.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002235 | $4,661.92 | 9/4/2018 | 302194 | 7/17/2018 | $299.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005634 | $5,382.96 | 9/11/2018 | 3502692 | 7/26/2018 | $52.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998738 | $4,429.42 | 8/28/2018 | 71430 | 7/10/2018 | $119.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998738 | $4,429.42 | 8/28/2018 | 2086779 | 7/13/2018 | $77.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995295 | $4,948.28 | 8/17/2018 | 71387 | 7/5/2018 | $145.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998738 | $4,429.42 | 8/28/2018 | 1117293 | 7/11/2018 | $566.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998738 | $4,429.42 | 8/28/2018 | 1171857 | 7/10/2018 | $230.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998738 | $4,429.42 | 8/28/2018 | 1171873 | 7/11/2018 | $314.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998738 | $4,429.42 | 8/28/2018 | 1171887 | 7/12/2018 | $108.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998738 | $4,429.42 | 8/28/2018 | 1171888 | 7/12/2018 | $110.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998738 | $4,429.42 | 8/28/2018 | 2086725 | 7/10/2018 | $167.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998738 | $4,429.42 | 8/28/2018 | 4224819 | 7/12/2018 | $247.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998738 | $4,429.42 | 8/28/2018 | 2086777 | 7/13/2018 | $221.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002235 | $4,661.92 | 9/4/2018 | 3398201 | 7/18/2018 | $230.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998738 | $4,429.42 | 8/28/2018 | 302108 | 7/10/2018 | $345.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998738 | $4,429.42 | 8/28/2018 | 302140 | 7/12/2018 | $284.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998738 | $4,429.42 | 8/28/2018 | 3344545 | 7/12/2018 | $183.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998738 | $4,429.42 | 8/28/2018 | 3398064 | 7/11/2018 | $301.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998738 | $4,429.42 | 8/28/2018 | 3420537 | 7/12/2018 | $128.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998738 | $4,429.42 | 8/28/2018 | 3435433 | 7/12/2018 | $166.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998738 | $4,429.42 | 8/28/2018 | 3435738A | 8/3/2018 | $2.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998738 | $4,429.42 | 8/28/2018 | 2086726 | 7/10/2018 | $51.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005634 | $5,382.96 | 9/11/2018 | 3398340 | 7/25/2018 | $45.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002235 | $4,661.92 | 9/4/2018 | 302222 | 7/19/2018 | $241.63 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005634 | $5,382.96 | 9/11/2018 | 1172017 | 7/26/2018 | $93.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005634 | $5,382.96 | 9/11/2018 | 2086887 | 7/24/2018 | $94.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005634 | $5,382.96 | 9/11/2018 | 2086888 | 7/24/2018 | $137.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005634 | $5,382.96 | 9/11/2018 | 2086921 | 7/26/2018 | $292.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005634 | $5,382.96 | 9/11/2018 | 2086922 | 7/26/2018 | $77.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005634 | $5,382.96 | 9/11/2018 | 302267 | 7/24/2018 | $266.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005634 | $5,382.96 | 9/11/2018 | 1171995 | 7/24/2018 | $198.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005634 | $5,382.96 | 9/11/2018 | 3344703 | 7/26/2018 | $239.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005634 | $5,382.96 | 9/11/2018 | 1171993 | 7/24/2018 | $198.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005634 | $5,382.96 | 9/11/2018 | 3398341 | 7/25/2018 | $197.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005634 | $5,382.96 | 9/11/2018 | 3420728 | 7/26/2018 | $154.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005634 | $5,382.96 | 9/11/2018 | 3435649 | 7/27/2018 | $192.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005634 | $5,382.96 | 9/11/2018 | 3448087 | 7/24/2018 | $130.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005634 | $5,382.96 | 9/11/2018 | 3502664 | 7/24/2018 | $552.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005634 | $5,382.96 | 9/11/2018 | 3502665 | 7/24/2018 | $108.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013217 | $4,982.03 | 9/25/2018 | 71762 | 8/9/2018 | $92.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005634 | $5,382.96 | 9/11/2018 | 302294 | 7/26/2018 | $369.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002235 | $4,661.92 | 9/4/2018 | 5640840 | 7/17/2018 | $93.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002235 | $4,661.92 | 9/4/2018 | 3420631 | 7/19/2018 | $232.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002235 | $4,661.92 | 9/4/2018 | 3435559 | 7/20/2018 | $166.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002235 | $4,661.92 | 9/4/2018 | 3447993 | 7/17/2018 | $198.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002235 | $4,661.92 | 9/4/2018 | 3502575 | 7/18/2018 | $476.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002235 | $4,661.92 | 9/4/2018 | 3502576 | 7/18/2018 | $160.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002235 | $4,661.92 | 9/4/2018 | 360900 | 7/17/2018 | $111.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002235 | $4,661.92 | 9/4/2018 | 4224987 | 7/19/2018 | $312.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005634 | $5,382.96 | 9/11/2018 | 1172016 | 7/26/2018 | $183.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002235 | $4,661.92 | 9/4/2018 | 5610674 | 7/17/2018 | $203.32 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005634 | $5,382.96 | 9/11/2018 | 3502691 | 7/26/2018 | $8.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002235 | $4,661.92 | 9/4/2018 | 5640878 | 7/19/2018 | $134.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002235 | $4,661.92 | 9/4/2018 | 603927 | 7/17/2018 | $167.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002235 | $4,661.92 | 9/4/2018 | 603929 | 7/17/2018 | $28.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002235 | $4,661.92 | 9/4/2018 | 603960 | 7/19/2018 | $101.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002235 | $4,661.92 | 9/4/2018 | 71506A | 7/17/2018 | $68.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002235 | $4,661.92 | 9/4/2018 | 71539 | 7/19/2018 | $157.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005634 | $5,382.96 | 9/11/2018 | 1117415 | 7/23/2018 | $265.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002235 | $4,661.92 | 9/4/2018 | 5137761 | 7/17/2018 | $79.13 |

**Totals:**     **10 transfer(s),**     **$49,602.01**