**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Sun Image Distributors, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987609 | $12,030.00 | 8/1/2018 | 1054-27167 | 5/18/2018 | $9,274.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002236 | $66,062.24 | 9/4/2018 | 1054-27171 | 5/18/2018 | $9,274.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002236 | $66,062.24 | 9/4/2018 | 1010-27170 | 4/9/2018 | $2,363.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998739 | $13,736.58 | 8/28/2018 | 1066 | 6/11/2018 | $13,948.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995299 | $52,456.20 | 8/17/2018 | 1064 | 6/4/2018 | $4,652.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995299 | $52,456.20 | 8/17/2018 | 1063 | 6/4/2018 | $4,934.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980852 | $6,774.30 | 7/18/2018 | 1048-27159 | 5/9/2018 | $1,525.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991118 | $3,926.09 | 8/10/2018 | 1060 | 5/30/2018 | $3,933.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002236 | $66,062.24 | 9/4/2018 | 1070 | 6/19/2018 | $5,899.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987609 | $12,030.00 | 8/1/2018 | 1053-27165 | 5/16/2018 | $17,123.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987609 | $12,030.00 | 8/1/2018 | 1035-27164 | 4/23/2018 | $12,030.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984187 | $4,889.89 | 7/25/2018 | 1055 | 5/18/2018 | $2,637.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984187 | $4,889.89 | 7/25/2018 | 1052 | 5/15/2018 | $2,369.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984187 | $4,889.89 | 7/25/2018 | 1049-27162 | 5/9/2018 | $43,246.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980852 | $6,774.30 | 7/18/2018 | 1048-27161 | 5/9/2018 | $6,774.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995299 | $52,456.20 | 8/17/2018 | 1049-27169 | 5/9/2018 | $43,246.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005635 | $60,098.35 | 9/11/2018 | 1091-27178 | 7/2/2018 | $9,457.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013218 | $25,500.53 | 9/25/2018 | 1089 | 7/10/2018 | $8,979.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013218 | $25,500.53 | 9/25/2018 | 1088 | 7/10/2018 | $16,540.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009331 | $13,384.56 | 9/18/2018 | 1086 | 7/6/2018 | $6,813.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009331 | $13,384.56 | 9/18/2018 | 1083-27183 | 7/2/2018 | $6,749.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009331 | $13,384.56 | 9/18/2018 | 1081 | 7/2/2018 | $6,365.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009331 | $13,384.56 | 9/18/2018 | 1079 | 7/2/2018 | $234.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002236 | $66,062.24 | 9/4/2018 | 1068 | 6/18/2018 | $38,141.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005635 | $60,098.35 | 9/11/2018 | 1092-27180 | 6/27/2018 | $29,020.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002236 | $66,062.24 | 9/4/2018 | 1069 | 6/18/2018 | $13,850.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005635 | $60,098.35 | 9/11/2018 | 1082-27177 | 7/2/2018 | $9,428.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005635 | $60,098.35 | 9/11/2018 | 1082-27175 | 7/2/2018 | $28.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005635 | $60,098.35 | 9/11/2018 | 1080 | 7/2/2018 | $21,059.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005635 | $60,098.35 | 9/11/2018 | 1076-27174 | 6/27/2018 | $28,609.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005635 | $60,098.35 | 9/11/2018 | 1076-27172 | 6/27/2018 | $1,768.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013218 | $25,500.53 | 9/25/2018 | 1090-27185 | 7/10/2018 | $16,540.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005635 | $60,098.35 | 9/11/2018 | 1092-27182 | 6/27/2018 | $1,357.56 |

Totals:    10 transfer(s),    $258,858.74