

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Sunbeam Products, Inc. dba Jarden Consumer Solutions** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08902 | $37,616.83 | 8/20/2018 | 00003110AA | 6/14/2018 | $17.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08069 | $31,385.08 | 8/17/2018 | 00001055AA | 6/11/2018 | $40.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09876 | $91.94 | 8/21/2018 | 00006343AA-7079 | 6/15/2018 | $17.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09876 | $91.94 | 8/21/2018 | 00006283AA | 6/15/2018 | $40.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08902 | $37,616.83 | 8/20/2018 | 943312 | 6/14/2018 | $15,120.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08902 | $37,616.83 | 8/20/2018 | 943311 | 6/14/2018 | $4,183.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08902 | $37,616.83 | 8/20/2018 | 943310 | 6/14/2018 | $11,686.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08902 | $37,616.83 | 8/20/2018 | 943309 | 6/14/2018 | $3,799.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08902 | $37,616.83 | 8/20/2018 | 943135 | 6/14/2018 | $2,799.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08902 | $37,616.83 | 8/20/2018 | 00008866AA-7078 | 6/13/2018 | $16.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08902 | $37,616.83 | 8/20/2018 | 00008826AA | 6/13/2018 | $16.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08902 | $37,616.83 | 8/20/2018 | 00005071AA | 6/12/2018 | $40.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08902 | $37,616.83 | 8/20/2018 | 00005001AA | 6/12/2018 | $30.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08902 | $37,616.83 | 8/20/2018 | 00004986AA | 6/12/2018 | $16.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09876 | $91.94 | 8/21/2018 | 00006391AA | 6/15/2018 | $17.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08902 | $37,616.83 | 8/20/2018 | 00003056AA-7073 | 6/14/2018 | $16.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12927 | $10,614.03 | 8/27/2018 | 962569 | 6/21/2018 | $2,395.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08069 | $31,385.08 | 8/17/2018 | 00001295AA-7071 | 6/11/2018 | $38.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08069 | $31,385.08 | 8/17/2018 | 00001598AA | 6/11/2018 | $95.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08069 | $31,385.08 | 8/17/2018 | 00001614AA-7072 | 6/11/2018 | $28.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08069 | $31,385.08 | 8/17/2018 | 931697 | 6/11/2018 | $26,961.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08902 | $37,616.83 | 8/20/2018 | 00003390AA | 6/14/2018 | $40.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08069 | $31,385.08 | 8/17/2018 | 931700 | 6/11/2018 | $3,245.26 |

Sunbeam Products, Inc. dba Jarden Consumer Solutions (2219980)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                    Exhibit A                                    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08902 | $37,616.83 | 8/20/2018 | 00003370AA-7077 | 6/14/2018 | $17.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08902 | $37,616.83 | 8/20/2018 | 00003080AA-7074 | 6/14/2018 | $17.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08902 | $37,616.83 | 8/20/2018 | 00003086AA-7075 | 6/14/2018 | $16.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08902 | $37,616.83 | 8/20/2018 | 00003094AA-7076 | 6/14/2018 | $17.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08902 | $37,616.83 | 8/20/2018 | 00003101AA | 6/14/2018 | $17.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08902 | $37,616.83 | 8/20/2018 | 00003109AA | 6/14/2018 | $17.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12006 | $114.52 | 8/24/2018 | 00000014AA-7081 | 6/18/2018 | $64.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08069 | $31,385.08 | 8/17/2018 | 931698 | 6/11/2018 | $1,471.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12927 | $10,614.03 | 8/27/2018 | 00002332AA-7086 | 6/21/2018 | $17.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01035 | $36,657.38 | 8/6/2018 | 00000245AA | 5/30/2018 | $24.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12927 | $10,614.03 | 8/27/2018 | 962396 | 6/21/2018 | $532.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12927 | $10,614.03 | 8/27/2018 | 00007833AA | 6/20/2018 | $143.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12927 | $10,614.03 | 8/27/2018 | 00007813AA-7093 | 6/20/2018 | $24.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12927 | $10,614.03 | 8/27/2018 | 00007767AA-7092 | 6/20/2018 | $16.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12927 | $10,614.03 | 8/27/2018 | 00007752AA | 6/20/2018 | $16.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12927 | $10,614.03 | 8/27/2018 | 00007741AA | 6/20/2018 | $17.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12927 | $10,614.03 | 8/27/2018 | 00007713AA-7091 | 6/20/2018 | $33.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12927 | $10,614.03 | 8/27/2018 | 00004219AA-7090 | 6/19/2018 | $188.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12927 | $10,614.03 | 8/27/2018 | 00003989AA-7089 | 6/19/2018 | $16.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12927 | $10,614.03 | 8/27/2018 | 00003855AA | 6/19/2018 | $131.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12927 | $10,614.03 | 8/27/2018 | 00003773AA-7088 | 6/19/2018 | $40.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12927 | $10,614.03 | 8/27/2018 | 00003751AA-7087 | 6/19/2018 | $16.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09876 | $91.94 | 8/21/2018 | 00006390AA-7080 | 6/15/2018 | $16.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12006 | $114.52 | 8/24/2018 | 00009928AA-7083 | 6/18/2018 | $16.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12006 | $114.52 | 8/24/2018 | 00009523AA | 6/18/2018 | $17.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12006 | $114.52 | 8/24/2018 | 00009548AA | 6/18/2018 | $17.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12006 | $114.52 | 8/24/2018 | 00009556AA | 6/18/2018 | $30.31 |

Sunbeam Products, Inc. dba Jarden Consumer Solutions (2219980)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12006 | $114.52 | 8/24/2018 | 00009637AA | 6/18/2018 | $38.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12006 | $114.52 | 8/24/2018 | 00009694AA | 6/18/2018 | $16.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12927 | $10,614.03 | 8/27/2018 | 00002347AA | 6/21/2018 | $16.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12006 | $114.52 | 8/24/2018 | 00009782AA-7082 | 6/18/2018 | $24.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12927 | $10,614.03 | 8/27/2018 | 00002346AA | 6/21/2018 | $16.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12006 | $114.52 | 8/24/2018 | 00009929AA-7084 | 6/18/2018 | $38.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12006 | $114.52 | 8/24/2018 | 00009987AA-7085 | 6/18/2018 | $16.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12927 | $10,614.03 | 8/27/2018 | 00002321AA | 6/21/2018 | $17.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12927 | $10,614.03 | 8/27/2018 | 00002322AA | 6/21/2018 | $24.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12927 | $10,614.03 | 8/27/2018 | 00002325AA | 6/21/2018 | $53.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08069 | $31,385.08 | 8/17/2018 | 00000987AA-7069 | 6/11/2018 | $24.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12006 | $114.52 | 8/24/2018 | 00009700AA | 6/18/2018 | $33.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01035 | $36,657.38 | 8/6/2018 | 00005564AA | 5/29/2018 | $33.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08069 | $31,385.08 | 8/17/2018 | 00001069AA-7070 | 6/11/2018 | $40.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01035 | $36,657.38 | 8/6/2018 | 900436 | 5/30/2018 | $31,859.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01035 | $36,657.38 | 8/6/2018 | 00006116AA | 5/31/2018 | $188.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01035 | $36,657.38 | 8/6/2018 | 00006109AA-7060 | 5/31/2018 | $95.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01035 | $36,657.38 | 8/6/2018 | 00006109AA-7059 | 5/29/2018 | $24.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01035 | $36,657.38 | 8/6/2018 | 00006105AA-7058 | 5/31/2018 | $17.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01035 | $36,657.38 | 8/6/2018 | 00006090AA | 5/29/2018 | $24.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01035 | $36,657.38 | 8/6/2018 | 00006077AA | 5/31/2018 | $38.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01035 | $36,657.38 | 8/6/2018 | 00006061AA-7057 | 5/29/2018 | $38.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01035 | $36,657.38 | 8/6/2018 | 00005892AA-7056 | 5/29/2018 | $24.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01035 | $36,657.38 | 8/6/2018 | 00005891AA-7055 | 5/29/2018 | $24.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01035 | $36,657.38 | 8/6/2018 | 00005884AA-7054 | 5/29/2018 | $24.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01035 | $36,657.38 | 8/6/2018 | 00005767AA-7053 | 5/29/2018 | $33.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01984 | $117.71 | 8/7/2018 | 00000793AA | 6/1/2018 | $17.59 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01035 | $36,657.38 | 8/6/2018 | 00005357AA-7049 | 5/29/2018 | $40.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01035 | $36,657.38 | 8/6/2018 | 00000250AA-7048 | 5/30/2018 | $40.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01035 | $36,657.38 | 8/6/2018 | 00000260AA | 5/30/2018 | $40.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01035 | $36,657.38 | 8/6/2018 | 00000266AA | 5/30/2018 | $40.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01035 | $36,657.38 | 8/6/2018 | 00005278AA | 5/29/2018 | $17.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01035 | $36,657.38 | 8/6/2018 | 00005333AA | 5/29/2018 | $40.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01035 | $36,657.38 | 8/6/2018 | 00005731AA-7052 | 5/29/2018 | $33.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01035 | $36,657.38 | 8/6/2018 | 00005347AA | 5/29/2018 | $17.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01035 | $36,657.38 | 8/6/2018 | 00005721AA | 5/29/2018 | $33.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01035 | $36,657.38 | 8/6/2018 | 00005364AA-7050 | 5/29/2018 | $40.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01035 | $36,657.38 | 8/6/2018 | 00005419AA | 5/29/2018 | $40.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01035 | $36,657.38 | 8/6/2018 | 00005428AA-7051 | 5/29/2018 | $40.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01035 | $36,657.38 | 8/6/2018 | 00005432AA | 5/29/2018 | $40.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01035 | $36,657.38 | 8/6/2018 | 00005559AA | 5/29/2018 | $33.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01984 | $117.71 | 8/7/2018 | 00000801AA-7061 | 6/1/2018 | $95.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01035 | $36,657.38 | 8/6/2018 | 00005334AA | 5/29/2018 | $28.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04893 | $93,184.78 | 8/13/2018 | 927690 | 6/7/2018 | $14,048.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08069 | $31,385.08 | 8/17/2018 | 00000924AA | 6/11/2018 | $16.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08069 | $31,385.08 | 8/17/2018 | 00000889AA | 6/11/2018 | $16.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08069 | $31,385.08 | 8/17/2018 | 00000882AA | 6/11/2018 | $16.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08069 | $31,385.08 | 8/17/2018 | 00000858AA | 6/11/2018 | $16.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04893 | $93,184.78 | 8/13/2018 | 00009686AA-7068 | 6/5/2018 | $16.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04893 | $93,184.78 | 8/13/2018 | 00009685AA | 6/5/2018 | $40.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04893 | $93,184.78 | 8/13/2018 | 00009627AA | 6/5/2018 | $30.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04893 | $93,184.78 | 8/13/2018 | 00009618AA-7067 | 6/5/2018 | $17.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04893 | $93,184.78 | 8/13/2018 | 00009617AA | 6/5/2018 | $33.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04893 | $93,184.78 | 8/13/2018 | 00009571AA | 6/5/2018 | $131.05 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04893 | $93,184.78 | 8/13/2018 | 927703 | 6/7/2018 | $7,541.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04893 | $93,184.78 | 8/13/2018 | 927702 | 6/7/2018 | $4,981.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04893 | $93,184.78 | 8/13/2018 | 927701 | 6/7/2018 | $2,904.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01035 | $36,657.38 | 8/6/2018 | 900437 | 5/30/2018 | $4,077.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04074 | $177.52 | 8/10/2018 | 00005271AA-7066 | 6/4/2018 | $28.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01984 | $117.71 | 8/7/2018 | 00000811AA | 6/1/2018 | $95.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01984 | $117.71 | 8/7/2018 | 00000812AA | 6/1/2018 | $24.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01984 | $117.71 | 8/7/2018 | 00000830AA | 6/1/2018 | $17.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04074 | $177.52 | 8/10/2018 | 00004520AA-7062 | 6/4/2018 | $40.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04074 | $177.52 | 8/10/2018 | 00004521AA-7063 | 6/4/2018 | $17.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04893 | $93,184.78 | 8/13/2018 | 927693 | 6/7/2018 | $2,561.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04074 | $177.52 | 8/10/2018 | 00005028AA-7065 | 6/4/2018 | $188.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04893 | $93,184.78 | 8/13/2018 | 927692 | 6/7/2018 | $2,029.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04893 | $93,184.78 | 8/13/2018 | 00007526AA | 6/7/2018 | $17.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04893 | $93,184.78 | 8/13/2018 | 927585 | 6/7/2018 | $34,133.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04893 | $93,184.78 | 8/13/2018 | 927587 | 6/7/2018 | $4,233.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04893 | $93,184.78 | 8/13/2018 | 927605 | 6/7/2018 | $9,855.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04893 | $93,184.78 | 8/13/2018 | 927689 | 6/7/2018 | $10,945.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12927 | $10,614.03 | 8/27/2018 | 962570 | 6/21/2018 | $2,732.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04074 | $177.52 | 8/10/2018 | 00004685AA-7064 | 6/4/2018 | $28.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93056 | $386.73 | 7/23/2018 | 00003543AA | 5/16/2018 | $24.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92195 | $250.50 | 7/20/2018 | 00005468AA-590 | 5/14/2018 | $38.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93056 | $386.73 | 7/23/2018 | 00009665AA | 5/15/2018 | $16.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93056 | $386.73 | 7/23/2018 | 00009576AA | 5/15/2018 | $16.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93056 | $386.73 | 7/23/2018 | 00008337AA-597 | 5/17/2018 | $17.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93056 | $386.73 | 7/23/2018 | 00008205AA-596 | 5/17/2018 | $24.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93056 | $386.73 | 7/23/2018 | 00008059AA | 5/17/2018 | $16.09 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93056 | $386.73 | 7/23/2018 | 00008058AA | 5/17/2018 | $17.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93056 | $386.73 | 7/23/2018 | 00008057AA | 5/17/2018 | $17.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93056 | $386.73 | 7/23/2018 | 00008036AA-595 | 5/17/2018 | $16.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93056 | $386.73 | 7/23/2018 | 00008019AA | 5/17/2018 | $28.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93056 | $386.73 | 7/23/2018 | 00007993AA | 5/17/2018 | $17.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93056 | $386.73 | 7/23/2018 | 00003884AA | 5/16/2018 | $17.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93056 | $386.73 | 7/23/2018 | 00003565AA | 5/16/2018 | $28.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94070 | $86.64 | 7/24/2018 | 00001354AA-598 | 5/18/2018 | $28.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92195 | $250.50 | 7/20/2018 | 00005795AA | 5/14/2018 | $32.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12927 | $10,614.03 | 8/27/2018 | 962397 | 6/21/2018 | $1,588.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92195 | $250.50 | 7/20/2018 | 00005565AA | 5/14/2018 | $30.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92195 | $250.50 | 7/20/2018 | 00005566AA | 5/14/2018 | $24.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92195 | $250.50 | 7/20/2018 | 00005623AA | 5/14/2018 | $33.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92195 | $250.50 | 7/20/2018 | 00005629AA | 5/14/2018 | $51.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93056 | $386.73 | 7/23/2018 | 00003564AA | 5/16/2018 | $95.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92195 | $250.50 | 7/20/2018 | 00005782AA-592 | 5/14/2018 | $32.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93056 | $386.73 | 7/23/2018 | 00003555AA | 5/16/2018 | $17.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92195 | $250.50 | 7/20/2018 | 00005840AA | 5/14/2018 | $33.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92195 | $250.50 | 7/20/2018 | 00005911AA-593 | 5/14/2018 | $16.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92195 | $250.50 | 7/20/2018 | 00005918AA-594 | 5/14/2018 | $48.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92195 | $250.50 | 7/20/2018 | 00005929AA | 5/14/2018 | $48.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92195 | $250.50 | 7/20/2018 | 00006053AA | 5/14/2018 | $33.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94070 | $86.64 | 7/24/2018 | 00001366AA-599 | 5/18/2018 | $38.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92195 | $250.50 | 7/20/2018 | 00005781AA | 5/14/2018 | $46.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96298 | $291.69 | 7/27/2018 | 00005430AA | 5/21/2018 | $24.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97111 | $287.06 | 7/30/2018 | 00008744AA-610 | 5/22/2018 | $38.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97111 | $287.06 | 7/30/2018 | 00008711AA-609 | 5/22/2018 | $23.38 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97111 | $287.06 | 7/30/2018 | 00008194AA | 5/24/2018 | $17.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97111 | $287.06 | 7/30/2018 | 00008126AA | 5/24/2018 | $24.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97111 | $287.06 | 7/30/2018 | 00008097AA-608 | 5/24/2018 | $24.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97111 | $287.06 | 7/30/2018 | 00008080AA | 5/24/2018 | $38.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97111 | $287.06 | 7/30/2018 | 00008061AA | 5/24/2018 | $17.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97111 | $287.06 | 7/30/2018 | 00008060AA-607 | 5/24/2018 | $16.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97111 | $287.06 | 7/30/2018 | 00008038AA | 5/24/2018 | $28.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97111 | $287.06 | 7/30/2018 | 00008037AA-606 | 5/24/2018 | $61.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97111 | $287.06 | 7/30/2018 | 00008013AA | 5/24/2018 | $188.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97111 | $287.06 | 7/30/2018 | 00003496AA | 5/23/2018 | $24.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97111 | $287.06 | 7/30/2018 | 00003494AA | 5/23/2018 | $38.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93056 | $386.73 | 7/23/2018 | 00009666AA | 5/15/2018 | $16.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96298 | $291.69 | 7/27/2018 | 00005057AA | 5/21/2018 | $30.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94070 | $86.64 | 7/24/2018 | 00001386AA-600 | 5/18/2018 | $33.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94070 | $86.64 | 7/24/2018 | 00001477AA | 5/18/2018 | $24.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94070 | $86.64 | 7/24/2018 | 00001629AA | 5/18/2018 | $16.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96298 | $291.69 | 7/27/2018 | 00004880AA-601 | 5/21/2018 | $40.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96298 | $291.69 | 7/27/2018 | 00004995AA-602 | 5/21/2018 | $17.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97111 | $287.06 | 7/30/2018 | 00003493AA | 5/23/2018 | $40.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96298 | $291.69 | 7/27/2018 | 00005016AA | 5/21/2018 | $17.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96298 | $291.69 | 7/27/2018 | 00005478AA | 5/21/2018 | $30.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96298 | $291.69 | 7/27/2018 | 00005095AA-603 | 5/21/2018 | $33.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96298 | $291.69 | 7/27/2018 | 00005099AA-604 | 5/21/2018 | $33.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96298 | $291.69 | 7/27/2018 | 00005311AA | 5/21/2018 | $95.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96298 | $291.69 | 7/27/2018 | 00005410AA-605 | 5/21/2018 | $24.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96298 | $291.69 | 7/27/2018 | 00005429AA | 5/21/2018 | $24.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92195 | $250.50 | 7/20/2018 | 00005386AA-589 | 5/14/2018 | $188.50 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96298 | $291.69 | 7/27/2018 | 00005006AA | 5/21/2018 | $17.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16917 | $4,990.05 | 9/4/2018 | 00005101AA | 6/29/2018 | $16.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92195 | $250.50 | 7/20/2018 | 00005518AA-591 | 5/14/2018 | $17.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16917 | $4,990.05 | 9/4/2018 | 981854 | 6/28/2018 | $2,773.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16917 | $4,990.05 | 9/4/2018 | 00009813AA-12519 | 6/25/2018 | $40.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16917 | $4,990.05 | 9/4/2018 | 00009789AA-12518 | 6/25/2018 | $40.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16917 | $4,990.05 | 9/4/2018 | 00009778AA-12517 | 6/25/2018 | $28.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16917 | $4,990.05 | 9/4/2018 | 00009777AA | 6/25/2018 | $81.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16917 | $4,990.05 | 9/4/2018 | 00009776AA | 6/25/2018 | $40.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16917 | $4,990.05 | 9/4/2018 | 00009514AA-12516 | 6/25/2018 | $38.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16917 | $4,990.05 | 9/4/2018 | 00009513AA-12515 | 6/25/2018 | $30.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16917 | $4,990.05 | 9/4/2018 | 00009440AA | 6/25/2018 | $17.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16917 | $4,990.05 | 9/4/2018 | 00009392AA-12514 | 6/25/2018 | $17.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16917 | $4,990.05 | 9/4/2018 | 00007881AA-12513 | 6/27/2018 | $16.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16917 | $4,990.05 | 9/4/2018 | 00007880AA-12512 | 6/27/2018 | $40.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16917 | $4,990.05 | 9/4/2018 | 981856 | 6/28/2018 | $2,387.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16917 | $4,990.05 | 9/4/2018 | 00004224AA-12507 | 6/26/2018 | $17.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12927 | $10,614.03 | 8/27/2018 | 962571 | 6/21/2018 | $2,642.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16917 | $4,990.05 | 9/4/2018 | 00000235AA | 6/25/2018 | $16.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16917 | $4,990.05 | 9/4/2018 | 00001581AA | 6/28/2018 | $16.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16917 | $4,990.05 | 9/4/2018 | 00001819AA | 6/28/2018 | $24.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16917 | $4,990.05 | 9/4/2018 | 00001833AA | 6/28/2018 | $38.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16917 | $4,990.05 | 9/4/2018 | 00007825AA | 6/27/2018 | $40.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16917 | $4,990.05 | 9/4/2018 | 00004217AA-12506 | 6/26/2018 | $28.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16917 | $4,990.05 | 9/4/2018 | 00005102AA | 6/29/2018 | $17.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16917 | $4,990.05 | 9/4/2018 | 00004237AA-12508 | 6/26/2018 | $40.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16917 | $4,990.05 | 9/4/2018 | 00004238AA-12509 | 6/26/2018 | $17.59 |

Sunbeam Products, Inc. dba Jarden Consumer Solutions (2219980)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16917 | $4,990.05 | 9/4/2018 | 00004281AA-12510 | 6/26/2018 | $40.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16917 | $4,990.05 | 9/4/2018 | 00004302AA-12511 | 6/26/2018 | $17.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16917 | $4,990.05 | 9/4/2018 | 00005065AA | 6/29/2018 | $40.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16917 | $4,990.05 | 9/4/2018 | 981857 | 6/28/2018 | $1,954.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16917 | $4,990.05 | 9/4/2018 | 00004210AA-12503 | 6/26/2018 | $40.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19231 | $884.28 | 9/7/2018 | 00009453AA | 7/2/2018 | $28.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92195 | $250.50 | 7/20/2018 | 00002098AA | 5/11/2018 | $51.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92195 | $250.50 | 7/20/2018 | 00001953AA | 5/11/2018 | $51.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92195 | $250.50 | 7/20/2018 | 00001850AA | 5/11/2018 | $33.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92195 | $250.50 | 7/20/2018 | 00001849AA | 5/11/2018 | $17.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92195 | $250.50 | 7/20/2018 | 00001848AA | 5/11/2018 | $16.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92195 | $250.50 | 7/20/2018 | 00001845AA-588 | 5/11/2018 | $30.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92195 | $250.50 | 7/20/2018 | 00001838AA | 5/11/2018 | $24.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19231 | $884.28 | 9/7/2018 | 00009907AA | 7/2/2018 | $38.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19231 | $884.28 | 9/7/2018 | 00009851AA-12528 | 7/2/2018 | $40.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19231 | $884.28 | 9/7/2018 | 00009850AA-12527 | 7/2/2018 | $40.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19231 | $884.28 | 9/7/2018 | 00009595AA | 7/2/2018 | $24.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19231 | $884.28 | 9/7/2018 | 00009569AA | 7/2/2018 | $38.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19231 | $884.28 | 9/7/2018 | 00009564AA | 7/2/2018 | $30.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16917 | $4,990.05 | 9/4/2018 | 981855 | 6/28/2018 | $1,132.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19231 | $884.28 | 9/7/2018 | 00009296AA-12523 | 7/2/2018 | $16.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16917 | $4,990.05 | 9/4/2018 | 981858 | 6/28/2018 | $3,436.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16917 | $4,990.05 | 9/4/2018 | 00009825AA | 6/25/2018 | $28.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19231 | $884.28 | 9/7/2018 | 00009156AA | 7/2/2018 | $40.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19231 | $884.28 | 9/7/2018 | 00009184AA-12520 | 7/2/2018 | $38.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19231 | $884.28 | 9/7/2018 | 00009204AA-12521 | 7/2/2018 | $40.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19231 | $884.28 | 9/7/2018 | 00009541AA | 7/2/2018 | $17.59 |

Sunbeam Products, Inc. dba Jarden Consumer Solutions (2219980)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19231 | $884.28 | 9/7/2018 | 00009251AA-12522 | 7/2/2018 | $33.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19231 | $884.28 | 9/7/2018 | 00009461AA | 7/2/2018 | $95.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19231 | $884.28 | 9/7/2018 | 00009305AA-12524 | 7/2/2018 | $188.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19231 | $884.28 | 9/7/2018 | 00009334AA | 7/2/2018 | $24.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19231 | $884.28 | 9/7/2018 | 00009369AA-12525 | 7/2/2018 | $51.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19231 | $884.28 | 9/7/2018 | 00009392AA-12526 | 7/2/2018 | $24.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19231 | $884.28 | 9/7/2018 | 00009443AA | 7/2/2018 | $30.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97111 | $287.06 | 7/30/2018 | 00008745AA-611 | 5/22/2018 | $33.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19231 | $884.28 | 9/7/2018 | 00009232AA | 7/2/2018 | $40.67 |

**Totals:**   **16 transfer(s),**   **$217,136.74**