**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant: **Sunny 84, LLC fdba Ora Interactive, LLC**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008295 | $95,040.00 | 9/17/2018 | 1111 | 7/2/2018 | $95,040.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993867 | $95,040.00 | 8/16/2018 | 1098 | 6/1/2018 | $95,040.00 |
| **Totals:** | **2 transfer(s),** | **$190,080.00** | | | | | |