**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Suzanne El-Habre** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009345 | $1,720.00 | 9/4/2018 | 1052 | 8/1/2018 | $1,720.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990509 | $2,752.00 | 7/30/2018 | 825T26182046026 | 7/23/2018 | $2,752.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994187 | $2,005.00 | 8/6/2018 | 825T26182116026 | 7/30/2018 | $2,005.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998156 | $3,011.00 | 8/13/2018 | 825T26182186026 | 8/6/2018 | $3,011.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000116 | $340.00 | 8/16/2018 | 1051 | 7/6/2018 | $340.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001604 | $1,859.00 | 8/20/2018 | 825T26182256026 | 8/13/2018 | $1,859.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987028 | $2,022.00 | 7/23/2018 | 825T26181976026 | 7/16/2018 | $2,022.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008591 | $2,559.00 | 9/3/2018 | 825T26182396026 | 8/27/2018 | $2,559.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023786 | $190.00 | 10/2/2018 | 1053 | 8/31/2018 | $190.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012611 | $3,732.00 | 9/10/2018 | 825T26182466026 | 9/3/2018 | $3,732.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016009 | $2,704.00 | 9/17/2018 | 825T26182536026 | 9/10/2018 | $2,704.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019483 | $4,234.00 | 9/24/2018 | 825T26182606026 | 9/17/2018 | $4,234.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021521 | $270.00 | 9/27/2018 | 1048 | 4/8/2018 | $270.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022268 | $290.00 | 9/28/2018 | 1038 | 6/4/2017 | $290.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023046 | $2,372.00 | 10/1/2018 | 825T26182676026 | 9/24/2018 | $2,372.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005042 | $2,084.00 | 8/27/2018 | 825T26182326026 | 8/20/2018 | $2,084.00 |

Totals:    16 transfer(s),    $32,144.00