**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant: **Swim 'N' Play, Inc.**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05359 | $2,587.08 | 8/13/2018 | 00006365AA-60833 | 7/13/2018 | $114.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11630 | $308.91 | 8/23/2018 | 00008246AA-60836 | 7/24/2018 | $4.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06903 | $138.51 | 8/15/2018 | 00006778AA | 7/16/2018 | $25.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06903 | $138.51 | 8/15/2018 | 00006729AA | 7/16/2018 | $16.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06903 | $138.51 | 8/15/2018 | 00006728AA | 7/16/2018 | $12.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06903 | $138.51 | 8/15/2018 | 00006727AA | 7/16/2018 | $17.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06903 | $138.51 | 8/15/2018 | 00006585AA | 7/16/2018 | $5.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06903 | $138.51 | 8/15/2018 | 00006574AA | 7/16/2018 | $7.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06903 | $138.51 | 8/15/2018 | 00006562AA | 7/16/2018 | $5.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06903 | $138.51 | 8/15/2018 | 00006859AA | 7/16/2018 | $18.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06903 | $138.51 | 8/15/2018 | 00006560AA | 7/16/2018 | $4.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06903 | $138.51 | 8/15/2018 | 00006860AA | 7/16/2018 | $24.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05359 | $2,587.08 | 8/13/2018 | 00006151AA | 7/12/2018 | $98.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05359 | $2,587.08 | 8/13/2018 | 00006059AA | 7/12/2018 | $5.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05359 | $2,587.08 | 8/13/2018 | 00006048AA | 7/12/2018 | $5.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05359 | $2,587.08 | 8/13/2018 | 00006032AA | 7/12/2018 | $976.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05359 | $2,587.08 | 8/13/2018 | 00006031AA | 7/12/2018 | $1,386.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04253 | $147.57 | 8/10/2018 | 00006000AA | 7/11/2018 | $114.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04253 | $147.57 | 8/10/2018 | 00005912AA | 7/11/2018 | $32.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03740 | $5,200.34 | 8/9/2018 | 00005797AA | 7/10/2018 | $232.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06903 | $138.51 | 8/15/2018 | 00006561AA | 7/16/2018 | $13.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09365 | $492.44 | 8/20/2018 | 00007752AA | 7/20/2018 | $28.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01505 | $370.54 | 8/6/2018 | 00004028AA | 7/5/2018 | $45.61 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11630 | $308.91 | 8/23/2018 | 00008159AA | 7/24/2018 | $1,509.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11630 | $308.91 | 8/23/2018 | 00008134AA | 7/23/2018 | $41.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11630 | $308.91 | 8/23/2018 | 00008093AA | 7/23/2018 | $5.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11630 | $308.91 | 8/23/2018 | 00008092AA-60835 | 7/23/2018 | $10.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11630 | $308.91 | 8/23/2018 | 00008091AA-60834 | 7/23/2018 | $13.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11630 | $308.91 | 8/23/2018 | 00008007AA | 7/23/2018 | $53.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11630 | $308.91 | 8/23/2018 | 00007989AA | 7/23/2018 | $10.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06903 | $138.51 | 8/15/2018 | 00006792AA | 7/16/2018 | $4.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11630 | $308.91 | 8/23/2018 | 00007823AA | 7/23/2018 | $4.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03740 | $5,200.34 | 8/9/2018 | 00005605AA | 7/10/2018 | $1,386.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09365 | $492.44 | 8/20/2018 | 00007393AA | 7/19/2018 | $232.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09365 | $492.44 | 8/20/2018 | 00007392AA | 7/19/2018 | $232.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08253 | $16.92 | 8/17/2018 | 00007364AA | 7/18/2018 | $5.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08253 | $16.92 | 8/17/2018 | 00007332AA | 7/18/2018 | $5.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08253 | $16.92 | 8/17/2018 | 00007217AA | 7/18/2018 | $5.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07718 | $184.30 | 8/16/2018 | 00007053AA | 7/17/2018 | $118.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07718 | $184.30 | 8/16/2018 | 00006986AA | 7/17/2018 | $32.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07718 | $184.30 | 8/16/2018 | 00006971AA | 7/17/2018 | $32.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11630 | $308.91 | 8/23/2018 | 00007988AA | 7/23/2018 | $4.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01505 | $370.54 | 8/6/2018 | 00004588AA | 7/6/2018 | $22.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02943 | $1,521.98 | 8/8/2018 | 00005182AA | 7/9/2018 | $232.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02943 | $1,521.98 | 8/8/2018 | 00005181AA | 7/9/2018 | $22.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02943 | $1,521.98 | 8/8/2018 | 00005180AA | 7/9/2018 | $5.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02943 | $1,521.98 | 8/8/2018 | 00005017AA | 7/9/2018 | $22.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02943 | $1,521.98 | 8/8/2018 | 00005016AA | 7/9/2018 | $232.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01505 | $370.54 | 8/6/2018 | 00004844AA | 7/6/2018 | $4.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01505 | $370.54 | 8/6/2018 | 00004843AA | 7/6/2018 | $4.73 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01505 | $370.54 | 8/6/2018 | 00004753AA | 7/6/2018 | $5.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03740 | $5,200.34 | 8/9/2018 | 00005782AA | 7/10/2018 | $51.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01505 | $370.54 | 8/6/2018 | 00004632AA | 7/6/2018 | $98.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02943 | $1,521.98 | 8/8/2018 | 00005185AA | 7/9/2018 | $18.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01505 | $370.54 | 8/6/2018 | 00004587AA | 7/6/2018 | $22.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01505 | $370.54 | 8/6/2018 | 00004422AA-60829 | 7/5/2018 | $75.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01505 | $370.54 | 8/6/2018 | 00004349AA-60828 | 7/5/2018 | $5.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01505 | $370.54 | 8/6/2018 | 00004319AA | 7/5/2018 | $22.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01505 | $370.54 | 8/6/2018 | 00004162AA | 7/5/2018 | $5.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01505 | $370.54 | 8/6/2018 | 00004161AA | 7/5/2018 | $22.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01505 | $370.54 | 8/6/2018 | 00004088AA | 7/5/2018 | $25.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01505 | $370.54 | 8/6/2018 | 00004087AA-60827 | 7/5/2018 | $5.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01505 | $370.54 | 8/6/2018 | 00004633AA | 7/6/2018 | $5.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02943 | $1,521.98 | 8/8/2018 | 00005398AA | 7/9/2018 | $114.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11630 | $308.91 | 8/23/2018 | 00008287AA | 7/24/2018 | $9.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03740 | $5,200.34 | 8/9/2018 | 00005592AA | 7/10/2018 | $1,137.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03740 | $5,200.34 | 8/9/2018 | 00005591AA | 7/10/2018 | $1,074.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03740 | $5,200.34 | 8/9/2018 | 00005590AA | 7/10/2018 | $1,314.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02943 | $1,521.98 | 8/8/2018 | 00005546AA | 7/9/2018 | $5.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02943 | $1,521.98 | 8/8/2018 | 00005535AA | 7/9/2018 | $114.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02943 | $1,521.98 | 8/8/2018 | 00005534AA-60832 | 7/9/2018 | $5.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02943 | $1,521.98 | 8/8/2018 | 00005533AA-60831 | 7/9/2018 | $22.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02943 | $1,521.98 | 8/8/2018 | 00005183AA | 7/9/2018 | $4.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02943 | $1,521.98 | 8/8/2018 | 00005413AA | 7/9/2018 | $9.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02943 | $1,521.98 | 8/8/2018 | 00005184AA | 7/9/2018 | $13.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02943 | $1,521.98 | 8/8/2018 | 00005329AA | 7/9/2018 | $232.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02943 | $1,521.98 | 8/8/2018 | 00005328AA | 7/9/2018 | $22.06 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02943 | $1,521.98 | 8/8/2018 | 00005327AA | 7/9/2018 | $98.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02943 | $1,521.98 | 8/8/2018 | 00005326AA | 7/9/2018 | $10.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02943 | $1,521.98 | 8/8/2018 | 00005325AA-60830 | 7/9/2018 | $22.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02943 | $1,521.98 | 8/8/2018 | 00005188AA | 7/9/2018 | $65.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02943 | $1,521.98 | 8/8/2018 | 00005187AA | 7/9/2018 | $11.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02943 | $1,521.98 | 8/8/2018 | 00005186AA | 7/9/2018 | $5.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03740 | $5,200.34 | 8/9/2018 | 00005761AA | 7/10/2018 | $5.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02943 | $1,521.98 | 8/8/2018 | 00005468AA | 7/9/2018 | $232.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95123 | $606.66 | 7/25/2018 | 00001372AA | 6/25/2018 | $40.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11630 | $308.91 | 8/23/2018 | 00008226AA | 7/24/2018 | $25.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97576 | $146.10 | 7/30/2018 | 00002647AA | 6/28/2018 | $22.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96479 | $42.39 | 7/27/2018 | 00002439AA | 6/27/2018 | $7.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96479 | $42.39 | 7/27/2018 | 00002438AA | 6/27/2018 | $9.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96479 | $42.39 | 7/27/2018 | 00002426AA | 6/27/2018 | $25.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95123 | $606.66 | 7/25/2018 | 00001828AA | 6/25/2018 | $18.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95123 | $606.66 | 7/25/2018 | 00001827AA | 6/25/2018 | $232.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95123 | $606.66 | 7/25/2018 | 00001646AA | 6/25/2018 | $10.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97576 | $146.10 | 7/30/2018 | 00002746AA | 6/28/2018 | $9.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95123 | $606.66 | 7/25/2018 | 00001448AA-60840 | 6/25/2018 | $18.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97576 | $146.10 | 7/30/2018 | 00002747AA | 6/28/2018 | $13.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95123 | $606.66 | 7/25/2018 | 00001371AA | 6/25/2018 | $270.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93534 | $338.54 | 7/23/2018 | 00001224AA | 6/22/2018 | $5.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93534 | $338.54 | 7/23/2018 | 00001201AA | 6/22/2018 | $114.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93534 | $338.54 | 7/23/2018 | 00001185AA | 6/22/2018 | $5.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93534 | $338.54 | 7/23/2018 | 00001184AA | 6/22/2018 | $98.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93534 | $338.54 | 7/23/2018 | 00001030AA | 6/21/2018 | $85.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93534 | $338.54 | 7/23/2018 | 00000975AA | 6/21/2018 | $22.06 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93534 | $338.54 | 7/23/2018 | 00000964AA | 6/21/2018 | $5.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95123 | $606.66 | 7/25/2018 | 00001556AA | 6/25/2018 | $25.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99085 | $380.53 | 8/1/2018 | 00003317AA | 7/2/2018 | $5.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99892 | $25.09 | 8/2/2018 | 00003841AA | 7/3/2018 | $9.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99085 | $380.53 | 8/1/2018 | 00003666AA | 7/2/2018 | $10.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99085 | $380.53 | 8/1/2018 | 00003665AA | 7/2/2018 | $59.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99085 | $380.53 | 8/1/2018 | 00003616AA | 7/2/2018 | $5.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99085 | $380.53 | 8/1/2018 | 00003493AA | 7/2/2018 | $5.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99085 | $380.53 | 8/1/2018 | 00003492AA | 7/2/2018 | $114.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99085 | $380.53 | 8/1/2018 | 00003491AA-60841 | 7/2/2018 | $9.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99085 | $380.53 | 8/1/2018 | 00003399AA | 7/2/2018 | $22.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97576 | $146.10 | 7/30/2018 | 00002745AA | 6/28/2018 | $8.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99085 | $380.53 | 8/1/2018 | 00003318AA | 7/2/2018 | $12.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92379 | $46.76 | 7/20/2018 | 00000648AA | 6/20/2018 | $18.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99085 | $380.53 | 8/1/2018 | 00003217AA | 7/2/2018 | $4.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99085 | $380.53 | 8/1/2018 | 00003130AA | 7/2/2018 | $10.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99085 | $380.53 | 8/1/2018 | 00003102AA | 7/2/2018 | $114.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97576 | $146.10 | 7/30/2018 | 00002985AA | 6/29/2018 | $22.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97576 | $146.10 | 7/30/2018 | 00002984AA | 6/29/2018 | $8.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97576 | $146.10 | 7/30/2018 | 00002983AA | 6/29/2018 | $18.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97576 | $146.10 | 7/30/2018 | 00002749AA | 6/28/2018 | $22.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97576 | $146.10 | 7/30/2018 | 00002748AA | 6/28/2018 | $22.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99085 | $380.53 | 8/1/2018 | 00003319AA | 7/2/2018 | $4.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14973 | $1,700.28 | 8/29/2018 | 00008702AA | 7/30/2018 | $1,386.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15753 | $31.14 | 8/30/2018 | 00009093AA | 7/31/2018 | $5.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15753 | $31.14 | 8/30/2018 | 00009062AA | 7/31/2018 | $25.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14973 | $1,700.28 | 8/29/2018 | 00008961AA | 7/30/2018 | $18.00 |


Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14973 | $1,700.28 | 8/29/2018 | 00008938AA | 7/30/2018 | $93.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14973 | $1,700.28 | 8/29/2018 | 00008905AA | 7/30/2018 | $25.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14973 | $1,700.28 | 8/29/2018 | 00008886AA | 7/30/2018 | $32.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14973 | $1,700.28 | 8/29/2018 | 00008824AA | 7/30/2018 | $41.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14973 | $1,700.28 | 8/29/2018 | 00008820AA | 7/30/2018 | $5.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92379 | $46.76 | 7/20/2018 | 00000761AA | 6/20/2018 | $6.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14973 | $1,700.28 | 8/29/2018 | 00008741AA | 7/30/2018 | $25.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90977 | $1,032.21 | 7/18/2018 | 00008929AA | 6/13/2018 | $6.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13394 | $384.94 | 8/27/2018 | 00008692AA | 7/27/2018 | $9.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13394 | $384.94 | 8/27/2018 | 00008659AA | 7/27/2018 | $5.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13394 | $384.94 | 8/27/2018 | 00008658AA | 7/27/2018 | $5.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13394 | $384.94 | 8/27/2018 | 00008620AA | 7/27/2018 | $23.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13394 | $384.94 | 8/27/2018 | 00008573AA | 7/26/2018 | $334.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13394 | $384.94 | 8/27/2018 | 00008563AA | 7/26/2018 | $5.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12241 | $16.88 | 8/24/2018 | 00008432AA | 7/25/2018 | $5.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12241 | $16.88 | 8/24/2018 | 00008431AA | 7/25/2018 | $10.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14973 | $1,700.28 | 8/29/2018 | 00008752AA-60837 | 7/30/2018 | $71.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90977 | $1,032.21 | 7/18/2018 | 00009391AA | 6/15/2018 | $45.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99892 | $25.09 | 8/2/2018 | 00003943AA | 7/3/2018 | $15.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91845 | $10.08 | 7/19/2018 | 00000323AA | 6/19/2018 | $28.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90977 | $1,032.21 | 7/18/2018 | 00009952AA-60839 | 6/18/2018 | $232.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90977 | $1,032.21 | 7/18/2018 | 00009829AA | 6/18/2018 | $232.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90977 | $1,032.21 | 7/18/2018 | 00009828AA | 6/18/2018 | $53.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90977 | $1,032.21 | 7/18/2018 | 00009725AA | 6/18/2018 | $13.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90977 | $1,032.21 | 7/18/2018 | 00009614AA | 6/18/2018 | $5.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90977 | $1,032.21 | 7/18/2018 | 00009585AA | 6/18/2018 | $10.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90977 | $1,032.21 | 7/18/2018 | 00000050AA | 6/18/2018 | $72.98 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90977 | $1,032.21 | 7/18/2018 | 00009478AA | 6/18/2018 | $1,386.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90977 | $1,032.21 | 7/18/2018 | 00008857AA | 6/13/2018 | $4.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90977 | $1,032.21 | 7/18/2018 | 00009336AA | 6/15/2018 | $22.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90977 | $1,032.21 | 7/18/2018 | 00009257AA | 6/15/2018 | $5.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90977 | $1,032.21 | 7/18/2018 | 00009129AA | 6/14/2018 | $10.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90977 | $1,032.21 | 7/18/2018 | 00009104AA | 6/14/2018 | $59.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90977 | $1,032.21 | 7/18/2018 | 00009103AA | 6/14/2018 | $176.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90977 | $1,032.21 | 7/18/2018 | 00009057AA-60838 | 6/14/2018 | $55.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90977 | $1,032.21 | 7/18/2018 | 00009033AA | 6/14/2018 | $4.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90977 | $1,032.21 | 7/18/2018 | 00009032AA | 6/14/2018 | $10.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92379 | $46.76 | 7/20/2018 | 00000725AA | 6/20/2018 | $22.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90977 | $1,032.21 | 7/18/2018 | 00009561AA | 6/18/2018 | $9.18 |

**Totals:** 23 transfer(s), $15,730.19

Swim 'N' Play, Inc. (2219101)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jan 27, 2020

Exhibit A

P. 7