**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Temperature Equipment Corporation** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743428 | $1,310.76 | 10/9/2018 | 550339500-IN | 9/5/2018 | $1,310.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743380 | $3,572.00 | 10/4/2018 | 550063900-IN | 8/31/2018 | $3,572.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743048 | $1,779.66 | 9/17/2018 | 547525000-IN | 8/10/2018 | $1,017.87 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743048 | $1,779.66 | 9/17/2018 | 547317700-IN | 8/13/2018 | $761.79 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742846 | $1,094.15 | 9/10/2018 | 547134000-IN | 8/7/2018 | $1,094.15 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742490 | $1,186.34 | 8/21/2018 | 543937200-IN | 7/16/2018 | $1,186.34 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742389 | $813.00 | 8/16/2018 | 543907400-IN | 7/13/2018 | $813.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742337 | $2,262.77 | 8/13/2018 | 542420500-IN | 7/9/2018 | $2,262.77 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742121 | $467.65 | 8/3/2018 | 541814400-IN | 6/30/2018 | $467.65 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741858 | $1,407.14 | 7/24/2018 | 539330200-IN | 6/18/2018 | $1,407.14 |

Totals:    9 transfer(s),    $13,893.47