**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Texas Community Media LLC dba Longview News-Journal** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62086591 | $3,222.85 | 9/24/2018 | 618145720 | 7/2/2018 | $3,222.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084449 | $6,177.91 | 8/16/2018 | 518145720 | 5/29/2018 | $6,177.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082814 | $4,139.72 | 7/17/2018 | 418145720 | 5/1/2018 | $4,139.72 |

**Totals:**   3 transfer(s),   $13,540.48