18-23538-shl    Doc 6748-1    Filed 01/30/20    Entered 01/30/20 09:24:55    Exhibit A
Pg 1 of 2



2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **The Brandt Companies, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984619 | $5,866.05 | 7/26/2018 | SRV0123927 | 5/14/2018 | $389.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984619 | $5,866.05 | 7/26/2018 | 1497 | 5/4/2018 | $172.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991528 | $2,585.54 | 8/13/2018 | SRV0124715 | 5/30/2018 | $356.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991528 | $2,585.54 | 8/13/2018 | SRV0124602 | 5/25/2018 | $443.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991528 | $2,585.54 | 8/13/2018 | SRV0124556 | 5/25/2018 | $324.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991528 | $2,585.54 | 8/13/2018 | SRV0124538 | 5/25/2018 | $1,460.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988019 | $365.34 | 8/2/2018 | SRV0124477 | 5/24/2018 | $365.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999136 | $2,393.07 | 8/29/2018 | SRV0125485 | 6/13/2018 | $389.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984619 | $5,866.05 | 7/26/2018 | SRV0124112 | 5/17/2018 | $2,887.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999136 | $2,393.07 | 8/29/2018 | SRV0125602 | 6/14/2018 | $906.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984619 | $5,866.05 | 7/26/2018 | SRV0123860 | 5/14/2018 | $495.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984619 | $5,866.05 | 7/26/2018 | SRV0123843 | 5/11/2018 | $627.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984619 | $5,866.05 | 7/26/2018 | SRV0123813 | 5/11/2018 | $948.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984619 | $5,866.05 | 7/26/2018 | SRV0123811 | 5/11/2018 | $1,101.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984619 | $5,866.05 | 7/26/2018 | SRV0123019 | 4/27/2018 | $415.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984619 | $5,866.05 | 7/26/2018 | SRV0122997 | 4/27/2018 | $565.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984619 | $5,866.05 | 7/26/2018 | SRV0124138 | 5/17/2018 | $808.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006030 | $14,312.06 | 9/12/2018 | SRV0126126 | 6/22/2018 | $752.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006030 | $14,312.06 | 9/12/2018 | SRV0126585 | 6/28/2018 | $9,156.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006030 | $14,312.06 | 9/12/2018 | SRV0126533 | 6/28/2018 | $400.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006030 | $14,312.06 | 9/12/2018 | SRV0126518 | 6/28/2018 | $808.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006030 | $14,312.06 | 9/12/2018 | SRV0126510 | 6/28/2018 | $1,563.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006030 | $14,312.06 | 9/12/2018 | SRV0126365 | 6/27/2018 | $392.42 |

The Brandt Companies, LLC (2219857)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                        Exhibit A                                        P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006030 | $14,312.06 | 9/12/2018 | SRV0126339 | 6/27/2018 | $200.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999136 | $2,393.07 | 8/29/2018 | SRV0125320 | 6/8/2018 | $340.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006030 | $14,312.06 | 9/12/2018 | SRV0126140 | 6/22/2018 | $725.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009820 | $1,231.86 | 9/19/2018 | SRV0126683 | 6/29/2018 | $1,231.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002646 | $1,951.12 | 9/5/2018 | SRV0125985 | 6/21/2018 | $968.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002646 | $1,951.12 | 9/5/2018 | SRV0125972 | 6/21/2018 | $389.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002646 | $1,951.12 | 9/5/2018 | SRV0125831 | 6/19/2018 | $341.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002646 | $1,951.12 | 9/5/2018 | SRV0125826 | 6/19/2018 | $252.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999136 | $2,393.07 | 8/29/2018 | SRV0125606 | 6/14/2018 | $338.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999136 | $2,393.07 | 8/29/2018 | SRV0125605 | 6/14/2018 | $417.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006030 | $14,312.06 | 9/12/2018 | SRV0126282 | 6/26/2018 | $312.58 |

Totals:    7 transfer(s),    $28,705.04