**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **The Climatic Corporation dba EHP Direct South** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914478 | $34,294.57 | 8/24/2018 | 6818099 | 8/9/2018 | $13,243.19 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914478 | $34,294.57 | 8/24/2018 | 6820338 | 8/16/2018 | $893.50 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914251 | $13,454.62 | 8/10/2018 | 6814341 | 7/31/2018 | $2,250.50 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914251 | $13,454.62 | 8/10/2018 | 6814576 | 7/31/2018 | $38.78 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914251 | $13,454.62 | 8/10/2018 | 6814658 | 7/31/2018 | $402.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914251 | $13,454.62 | 8/10/2018 | 6815514 | 8/2/2018 | $5,873.80 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914251 | $13,454.62 | 8/10/2018 | 6815515 | 8/2/2018 | $1,107.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914251 | $13,454.62 | 8/10/2018 | CM6765197 | 5/22/2018 | $9.78 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914251 | $13,454.62 | 8/10/2018 | 6806582 | 7/9/2018 | $2,826.50 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914335 | $6,588.39 | 8/17/2018 | 6816649 | 8/6/2018 | $6,489.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914251 | $13,454.62 | 8/10/2018 | 6801831 | 6/26/2018 | $414.26 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914478 | $34,294.57 | 8/24/2018 | 6818877 | 8/13/2018 | $1,297.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914478 | $34,294.57 | 8/24/2018 | 6818878 | 8/13/2018 | $408.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914478 | $34,294.57 | 8/24/2018 | 6818879 | 8/13/2018 | $261.12 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914478 | $34,294.57 | 8/24/2018 | 6819366 | 8/14/2018 | $3,449.50 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914478 | $34,294.57 | 8/24/2018 | 6819367 | 8/14/2018 | $766.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914478 | $34,294.57 | 8/24/2018 | 6819370 | 8/14/2018 | $12,425.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914478 | $34,294.57 | 8/24/2018 | 6819424 | 8/14/2018 | $2,210.26 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913902 | $8,285.51 | 7/20/2018 | 6804605 | 7/2/2018 | $2,899.01 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914335 | $6,588.39 | 8/17/2018 | 6816610 | 8/6/2018 | $99.39 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914020 | $20,198.92 | 7/27/2018 | 6808478 | 7/13/2018 | $610.92 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913902 | $8,285.51 | 7/20/2018 | 680580 | 7/9/2018 | $426.50 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913902 | $8,285.51 | 7/20/2018 | 6806578 | 7/9/2018 | $1,270.00 |

The Climatic Corporation dba EHP Direct South (2219497)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                Exhibit A                                P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913902 | $8,285.51 | 7/20/2018 | 6806584 | 7/9/2018 | $2,841.50 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913902 | $8,285.51 | 7/20/2018 | 6806585 | 7/9/2018 | $848.50 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914020 | $20,198.92 | 7/27/2018 | 6807647 | 7/11/2018 | $2,155.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914020 | $20,198.92 | 7/27/2018 | 6808465 | 7/13/2018 | $117.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914020 | $20,198.92 | 7/27/2018 | 6808467 | 7/13/2018 | $37.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914251 | $13,454.62 | 8/10/2018 | 6813442 | 7/27/2018 | $532.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914020 | $20,198.92 | 7/27/2018 | 6808477 | 7/13/2018 | $12,425.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914600 | $17,961.43 | 8/31/2018 | 6820743 | 8/17/2018 | $376.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914134 | $15,240.49 | 8/3/2018 | 6809444 | 7/17/2018 | $1,063.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914134 | $15,240.49 | 8/3/2018 | 6809463 | 7/17/2018 | $2,602.21 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914134 | $15,240.49 | 8/3/2018 | 6809464 | 7/17/2018 | $1,589.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914134 | $15,240.49 | 8/3/2018 | 6810480 | 7/19/2018 | $888.50 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914134 | $15,240.49 | 8/3/2018 | 6810481 | 7/19/2018 | $408.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914134 | $15,240.49 | 8/3/2018 | 6811086 | 7/20/2018 | $7,716.50 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914134 | $15,240.49 | 8/3/2018 | 6811089 | 7/20/2018 | $898.50 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914134 | $15,240.49 | 8/3/2018 | 6812397 | 7/25/2018 | $74.78 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914020 | $20,198.92 | 7/27/2018 | 6808469 | 7/13/2018 | $4,854.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915022 | $21,381.50 | 9/28/2018 | 6830956 | 9/20/2018 | $408.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914478 | $34,294.57 | 8/24/2018 | 6819427 | 8/14/2018 | $946.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914912 | $10,451.31 | 9/21/2018 | 6827945 | 9/11/2018 | $389.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914912 | $10,451.31 | 9/21/2018 | 6827947 | 9/11/2018 | $408.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914912 | $10,451.31 | 9/21/2018 | 6827948 | 9/11/2018 | $1,678.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915022 | $21,381.50 | 9/28/2018 | 6829215 | 9/14/2018 | $1,029.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915022 | $21,381.50 | 9/28/2018 | 6829868 | 9/17/2018 | $4,148.50 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915022 | $21,381.50 | 9/28/2018 | 6830252 | 9/18/2018 | $771.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914912 | $10,451.31 | 9/21/2018 | 6827726 | 9/10/2018 | $6,051.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915022 | $21,381.50 | 9/28/2018 | 6830955 | 9/20/2018 | $12,507.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914803 | $31,413.36 | 9/14/2018 | 6826286 | 9/5/2018 | $5,071.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915022 | $21,381.50 | 9/28/2018 | 6830964 | 9/20/2018 | $120.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915137 | $8,389.50 | 10/9/2018 | 6827697 | 9/10/2018 | $4,700.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915137 | $8,389.50 | 10/9/2018 | 6832484 | 9/25/2018 | $1,076.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915137 | $8,389.50 | 10/9/2018 | 6832485 | 9/25/2018 | $408.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915137 | $8,389.50 | 10/9/2018 | 6832933 | 9/26/2018 | $849.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915137 | $8,389.50 | 10/9/2018 | 6832935 | 9/26/2018 | $329.50 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915137 | $8,389.50 | 10/9/2018 | 6832937 | 9/26/2018 | $148.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915137 | $8,389.50 | 10/9/2018 | 6832938 | 9/26/2018 | $408.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915022 | $21,381.50 | 9/28/2018 | 6830291 | 9/18/2018 | $2,398.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914803 | $31,413.36 | 9/14/2018 | 6824117 | 8/29/2018 | $791.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914600 | $17,961.43 | 8/31/2018 | 6820748 | 8/17/2018 | $4,700.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914600 | $17,961.43 | 8/31/2018 | 6822492 | 8/23/2018 | $6,087.50 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914600 | $17,961.43 | 8/31/2018 | 6822497 | 8/23/2018 | $5,438.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914600 | $17,961.43 | 8/31/2018 | 6822498 | 8/23/2018 | $450.93 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914600 | $17,961.43 | 8/31/2018 | 6822499 | 8/23/2018 | $909.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914803 | $31,413.36 | 9/14/2018 | 6820744 | 8/17/2018 | $4,700.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914803 | $31,413.36 | 9/14/2018 | 6823611 | 8/28/2018 | $83.36 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914912 | $10,451.31 | 9/21/2018 | 6827943 | 9/11/2018 | $1,925.31 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914803 | $31,413.36 | 9/14/2018 | 6823652 | 8/28/2018 | $392.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915137 | $8,389.50 | 10/9/2018 | 6833990 | 9/28/2018 | $471.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914803 | $31,413.36 | 9/14/2018 | 6824663 | 8/30/2018 | $2,582.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914803 | $31,413.36 | 9/14/2018 | 6824664 | 8/30/2018 | $473.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914803 | $31,413.36 | 9/14/2018 | 6825171 | 8/31/2018 | $1,503.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914803 | $31,413.36 | 9/14/2018 | 6826273 | 9/5/2018 | $6,296.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914803 | $31,413.36 | 9/14/2018 | 6826276 | 9/5/2018 | $4,734.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914803 | $31,413.36 | 9/14/2018 | 6826279 | 9/5/2018 | $503.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914803 | $31,413.36 | 9/14/2018 | 6826282 | 9/5/2018 | $471.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914803 | $31,413.36 | 9/14/2018 | 6826285 | 9/5/2018 | $1,364.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914803 | $31,413.36 | 9/14/2018 | 6823615 | 8/28/2018 | $2,450.00 |

**Totals:**   11 transfer(s),   $187,659.60

The Climatic Corporation dba EHP Direct South (2219497)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jan 27, 2020

Exhibit A

P. 4