

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

| Defendant: | **The Counter-Fitters Incorporated** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239656 | $2,963.28 | 8/22/2018 | S20180820-IN | 8/20/2018 | $2,963.28 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234283 | $6,518.82 | 7/20/2018 | S04202018-IN | 6/25/2018 | $3,629.56 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234283 | $6,518.82 | 7/20/2018 | S50918-IN | 6/25/2018 | $2,889.26 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234536 | $1,529.07 | 7/23/2018 | S04192018-IN | 6/25/2018 | $1,529.07 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236797 | $2,227.28 | 8/3/2018 | S20180521-IN | 7/27/2018 | $2,227.28 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237121 | $8,423.40 | 8/6/2018 | S20180522-IN | 8/3/2018 | $3,290.93 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237121 | $8,423.40 | 8/6/2018 | S20180606-IN | 8/3/2018 | $2,756.27 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233988 | $3,965.98 | 7/19/2018 | S20180213-IN | 7/2/2018 | $3,965.98 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238992 | $2,797.37 | 8/17/2018 | S20180718-IN | 7/19/2018 | $2,797.37 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245403 | $3,636.50 | 10/1/2018 | S20180928-IN | 9/28/2018 | $3,636.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240279 | $4,291.89 | 8/27/2018 | S20180824-IN | 8/24/2018 | $4,291.89 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240503 | $2,638.17 | 8/28/2018 | S20180816-IN | 8/17/2018 | $2,638.17 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243020 | $3,370.72 | 9/13/2018 | S20180621-IN | 9/4/2018 | $3,370.72 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244354 | $4,370.99 | 9/24/2018 | S20180627-IN | 9/21/2018 | $2,870.99 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244354 | $4,370.99 | 9/24/2018 | S20180824A-IN | 9/7/2018 | $1,500.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244535 | $5,353.53 | 9/25/2018 | S20180912-IN | 9/12/2018 | $5,353.53 |

The Counter-Fitters Incorporated (2219649)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                                Exhibit A                                                P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237121 | $8,423.40 | 8/6/2018 | S20180619-IN | 8/3/2018 | $2,376.20 |
| **Totals:** | **13 transfer(s),** | **$52,087.00** | | | | | |

The Counter-Fitters Incorporated (2219649)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jan 27, 2020

Exhibit A

P. 2