**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **The Hartz Mountain Corporation** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999919 | $5,733.42 | 8/16/2018 | 4228402 | 7/6/2018 | $5,874.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988203 | $10,376.76 | 7/25/2018 | 4226843 | 6/15/2018 | $5,205.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988203 | $10,376.76 | 7/25/2018 | 4226845 | 6/15/2018 | $5,171.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988827 | $5,203.32 | 7/26/2018 | 4226844 | 6/15/2018 | $5,203.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990797 | $5,210.12 | 7/31/2018 | 4227035 | 6/18/2018 | $5,214.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992824 | $4,993.64 | 8/3/2018 | 4227960 | 7/2/2018 | $4,993.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997057 | $19,309.09 | 8/10/2018 | 4227959 | 7/2/2018 | $5,688.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987294 | $243.12 | 7/24/2018 | 4226261 | 6/7/2018 | $5,428.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997057 | $19,309.09 | 8/10/2018 | 4227967 | 7/2/2018 | $7,814.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017842 | $44,743.78 | 9/20/2018 | 4231522 | 8/15/2018 | $9,831.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001894 | $5,020.54 | 8/21/2018 | 4228401 | 7/6/2018 | $5,020.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016285 | $30,770.08 | 9/18/2018 | 4231039 | 8/8/2018 | $18,375.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016285 | $30,770.08 | 9/18/2018 | 4231186 | 8/9/2018 | $13,614.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017842 | $44,743.78 | 9/20/2018 | 4231303 | 8/13/2018 | $6,028.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017842 | $44,743.78 | 9/20/2018 | 4231304 | 8/13/2018 | $18,513.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017842 | $44,743.78 | 9/20/2018 | 4231521 | 8/15/2018 | $10,657.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997057 | $19,309.09 | 8/10/2018 | 4227966 | 7/2/2018 | $6,005.34 |

Totals:    10 transfer(s),    $131,603.87