**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **The ServiceMaster Company, LLC dba ServiceMaster Clean** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244689 | $5,920.00 | 9/25/2018 | 2294647-IN | 8/27/2018 | $5,920.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242216 | $10,915.00 | 9/6/2018 | 2285191-IN | 8/9/2018 | $10,915.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240211 | $19,980.00 | 8/24/2018 | 2277959-IN | 7/25/2018 | $19,980.00 |
| **Totals:** | | **3 transfer(s),** | **$36,815.00** | | | | |