ask LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **The Waldinger Corporation** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995504 | $10,458.26 | 8/17/2018 | 14201422-27985 | 6/1/2018 | $372.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984356 | $4,597.81 | 7/25/2018 | 5142018-27983 | 5/14/2018 | $382.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995504 | $10,458.26 | 8/17/2018 | 14201422-27993 | 6/1/2018 | $87.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995504 | $10,458.26 | 8/17/2018 | 14201422-27992 | 6/1/2018 | $505.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995504 | $10,458.26 | 8/17/2018 | 14201422-27991 | 6/1/2018 | $505.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995504 | $10,458.26 | 8/17/2018 | 14201422-27990 | 6/1/2018 | $693.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995504 | $10,458.26 | 8/17/2018 | 14201422-27989 | 6/1/2018 | $228.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995504 | $10,458.26 | 8/17/2018 | 14201422-27988 | 6/1/2018 | $651.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995504 | $10,458.26 | 8/17/2018 | 142031181-27995 | 6/1/2018 | $40.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995504 | $10,458.26 | 8/17/2018 | 14201422-27986 | 6/1/2018 | $536.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995504 | $10,458.26 | 8/17/2018 | 6012018-27996 | 6/1/2018 | $1,067.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991269 | $6,191.05 | 8/10/2018 | 59729811 | 5/30/2018 | $2,098.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991269 | $6,191.05 | 8/10/2018 | 59693231 | 5/22/2018 | $543.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991269 | $6,191.05 | 8/10/2018 | 59688741 | 5/29/2018 | $1,067.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991269 | $6,191.05 | 8/10/2018 | 59646921 | 5/29/2018 | $1,379.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991269 | $6,191.05 | 8/10/2018 | 59638601 | 5/11/2018 | $429.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991269 | $6,191.05 | 8/10/2018 | 59524451 | 5/22/2018 | $673.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984356 | $4,597.81 | 7/25/2018 | 5142018-27984 | 5/14/2018 | $4,215.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995504 | $10,458.26 | 8/17/2018 | 14201422-27987 | 6/1/2018 | $567.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009502 | $4,148.22 | 9/18/2018 | 14201423-28000 | 7/1/2018 | $372.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009502 | $4,148.22 | 9/18/2018 | 14201423-28009 | 7/1/2018 | $87.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009502 | $4,148.22 | 9/18/2018 | 14201423-28008 | 7/1/2018 | $505.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009502 | $4,148.22 | 9/18/2018 | 14201423-28007 | 7/1/2018 | $505.75 |

The Waldinger Corporation (2219860)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020    Exhibit A    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009502 | $4,148.22 | 9/18/2018 | 14201423-28006 | 7/1/2018 | $693.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009502 | $4,148.22 | 9/18/2018 | 14201423-28005 | 7/1/2018 | $228.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009502 | $4,148.22 | 9/18/2018 | 14201423-28004 | 7/1/2018 | $651.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009502 | $4,148.22 | 9/18/2018 | 14201423-28003 | 7/1/2018 | $567.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995504 | $10,458.26 | 8/17/2018 | 142031181-27994 | 6/1/2018 | $78.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009502 | $4,148.22 | 9/18/2018 | 14201423-28001 | 7/1/2018 | $87.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013363 | $729.89 | 9/25/2018 | 90152811 | 7/11/2018 | $729.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005783 | $1,585.33 | 9/11/2018 | 59845231 | 6/18/2018 | $1,585.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002388 | $2,473.22 | 9/4/2018 | 59863351 | 6/19/2018 | $335.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002388 | $2,473.22 | 9/4/2018 | 59829281 | 6/15/2018 | $851.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002388 | $2,473.22 | 9/4/2018 | 59811631 | 6/14/2018 | $1,286.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995504 | $10,458.26 | 8/17/2018 | 6012018-27999 | 6/1/2018 | $2,771.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995504 | $10,458.26 | 8/17/2018 | 6012018-27998 | 6/1/2018 | $1,379.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995504 | $10,458.26 | 8/17/2018 | 6012018-27997 | 6/1/2018 | $972.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009502 | $4,148.22 | 9/18/2018 | 14201423-28002 | 7/1/2018 | $448.62 |

**Totals:**    **7 transfer(s),    $30,183.78**

The Waldinger Corporation (2219860)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                    Exhibit A                                    P. 2