**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

**Defendant:** Titan Manufacturing and Distributing, Inc. dba Titan Distributors, Inc
**Bankruptcy Case:** Sears Holdings Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007KR33 | 5/26/2018 | $50.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007KJ9I | 5/23/2018 | $75.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007KJI5 | 5/23/2018 | $162.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007KJI6 | 5/23/2018 | $364.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007KKF4 | 5/23/2018 | $186.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007KL15 | 5/23/2018 | $173.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007KLMU | 5/24/2018 | $24.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007KLNE | 5/24/2018 | $86.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007KM8M | 5/24/2018 | $173.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007KMJL | 5/24/2018 | $109.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007KMJM | 5/24/2018 | $136.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007KW71 | 5/29/2018 | $46.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007KOWZ | 5/25/2018 | $20.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007KIZ8 | 5/23/2018 | $87.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007KR34 | 5/26/2018 | $228.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007KR66 | 5/26/2018 | $267.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007KR67 | 5/26/2018 | $38.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007KR9G | 5/26/2018 | $322.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007KRBZ | 5/26/2018 | $162.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007KSYD | 5/28/2018 | $204.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007KT0N | 5/28/2018 | $281.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007KT0O | 5/28/2018 | $87.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007KUGU | 5/28/2018 | $126.16 |

Titan Manufacturing and Distributing, Inc. dba Titan Distributors, Inc (2219738)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jan 27, 2020                                        Exhibit A                                        P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007K91K | 5/20/2018 | $87.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007KOQA | 5/25/2018 | $72.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007KDM5 | 5/21/2018 | $322.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007K9DT | 5/20/2018 | $77.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007K9W8 | 5/21/2018 | $67.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007KA8Y | 5/21/2018 | $127.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007KAJ2 | 5/21/2018 | $127.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007KB14 | 5/21/2018 | $221.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007KBQ1 | 5/21/2018 | $64.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007KBQ2 | 5/21/2018 | $64.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007KBUU | 5/21/2018 | $48.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007KCC3 | 5/21/2018 | $219.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007KCRS | 5/21/2018 | $104.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007KJ66 | 5/23/2018 | $123.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007KDBT | 5/21/2018 | $278.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007KIZ9 | 5/23/2018 | $50.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007KDM6 | 5/21/2018 | $79.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007KDM7 | 5/21/2018 | $67.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007KDM8 | 5/21/2018 | $163.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007KF1O | 5/22/2018 | $346.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007KFNL | 5/22/2018 | $163.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007KFWO | 5/22/2018 | $87.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007KG1P | 5/22/2018 | $278.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007KG94 | 5/22/2018 | $120.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007KHK8 | 5/22/2018 | $120.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007KHVT | 5/22/2018 | $115.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007KWM7 | 5/29/2018 | $63.70 |

Titan Manufacturing and Distributing, Inc. dba Titan Distributors, Inc (2219738)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007KCRT | 5/21/2018 | $228.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007LP2L | 6/7/2018 | $22.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007LFTA | 6/4/2018 | $74.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007LI9B | 6/5/2018 | $50.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007LI9C | 6/5/2018 | $75.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007LKIC | 6/5/2018 | $50.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007LLKC | 6/6/2018 | $173.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007LLT4 | 6/6/2018 | $267.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007LLT5 | 6/6/2018 | $509.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007LMFN | 6/6/2018 | $22.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007LMFO | 6/6/2018 | $186.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007LMO1 | 6/6/2018 | $61.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007KW70 | 5/29/2018 | $81.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007LO50 | 6/6/2018 | $163.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007LDIU | 6/4/2018 | $72.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007LPI6 | 6/7/2018 | $48.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007LRXD | 6/8/2018 | $135.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007LTV6 | 6/8/2018 | $84.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007LTV7 | 6/8/2018 | $22.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007LUTU | 6/9/2018 | $75.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007LUUY | 6/9/2018 | $48.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007LUXM | 6/9/2018 | $121.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007LVQZ | 6/10/2018 | $78.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007LVR0 | 6/10/2018 | $175.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007LXWK | 6/11/2018 | $110.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007LNTR | 6/6/2018 | $79.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007L6M9 | 5/31/2018 | $90.47 |

Titan Manufacturing and Distributing, Inc. dba Titan Distributors, Inc (2219738)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jan 27, 2020                                   Exhibit A                                   P. 3

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007KX2S | 5/29/2018 | $42.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007L26A | 5/30/2018 | $372.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007L26B | 5/30/2018 | $414.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007L26C | 5/30/2018 | $414.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007L35H | 5/30/2018 | $64.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007L3LF | 5/30/2018 | $82.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007L3S9 | 5/30/2018 | $429.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007L4VP | 5/31/2018 | $230.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007L4VQ | 5/31/2018 | $98.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007L50U | 5/31/2018 | $231.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007LEP5 | 6/4/2018 | $50.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007L6CL | 5/31/2018 | $414.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007LEP4 | 6/4/2018 | $87.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007L6SP | 5/31/2018 | $40.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007L9Z8 | 6/1/2018 | $439.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007LAF2 | 6/2/2018 | $458.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007LAJ7 | 6/2/2018 | $704.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007LANC | 6/2/2018 | $136.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007LBFL | 6/3/2018 | $67.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007LCF3 | 6/4/2018 | $25.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007LCL9 | 6/4/2018 | $13.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007LD39 | 6/4/2018 | $64.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007LDE8 | 6/4/2018 | $42.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007M065 | 6/11/2018 | $43.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16239 | $13,159.32 | 8/31/2018 | 000007L5KH | 5/31/2018 | $17.84 |

Totals:     1 transfer(s),     $13,159.32

Titan Manufacturing and Distributing, Inc. dba Titan Distributors, Inc (2219738)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jan 27, 2020                              Exhibit A                              P. 4