

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Top Step Development, LLC fdba Top Step Manufacturing, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242745 | $2,566.60 | 9/11/2018 | 24425064A-IN | 9/11/2018 | $2,566.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234189 | $45.00 | 7/19/2018 | 23889038B-IN-1 | 7/18/2018 | $45.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234401 | $1,317.40 | 7/20/2018 | 24123816A-IN | 7/19/2018 | $1,242.40 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234401 | $1,317.40 | 7/20/2018 | 24125372A-IN | 7/20/2018 | $75.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235909 | $362.35 | 7/30/2018 | 23889038B-IN-2 | 7/30/2018 | $317.35 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235909 | $362.35 | 7/30/2018 | 24287747A-IN-1 | 7/27/2018 | $45.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237572 | $304.73 | 8/7/2018 | 24120022B-IN | 8/7/2018 | $201.73 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237572 | $304.73 | 8/7/2018 | 24326043A-IN-1 | 8/7/2018 | $103.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238459 | $1,811.53 | 8/14/2018 | 23729624B-IN | 8/14/2018 | $680.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238459 | $1,811.53 | 8/14/2018 | 24208802A-IN | 8/14/2018 | $1,021.47 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238459 | $1,811.53 | 8/14/2018 | 24357281A-IN-1 | 8/14/2018 | $110.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240147 | $697.74 | 8/24/2018 | 24287747A-IN-2 | 8/23/2018 | $697.74 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233642 | $1,400.47 | 7/17/2018 | 24018324A-IN | 7/16/2018 | $1,400.47 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242347 | $1,252.47 | 9/7/2018 | 24326043A-IN-2 | 9/7/2018 | $1,252.47 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245947 | $552.20 | 10/3/2018 | 24586394A-IN | 10/2/2018 | $50.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243121 | $150.00 | 9/13/2018 | 24060714C-IN | 9/12/2018 | $60.00 |

Top Step Development, LLC fdba Top Step Manufacturing, LLC (2219526)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020    Exhibit A    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243121 | $150.00 | 9/13/2018 | 24463316A-IN | 9/12/2018 | $45.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243121 | $150.00 | 9/13/2018 | 24542543A-IN-1 | 9/12/2018 | $45.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243490 | $140.00 | 9/17/2018 | 24514010A-IN | 9/14/2018 | $140.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243671 | $97.00 | 9/18/2018 | 24489341A-IN | 9/18/2018 | $97.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244078 | $246.00 | 9/20/2018 | 24465849A-IN | 9/20/2018 | $45.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244078 | $246.00 | 9/20/2018 | 24495128A-IN | 9/20/2018 | $201.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244848 | $1,419.44 | 9/26/2018 | 24198760A-IN-1 | 9/26/2018 | $1,419.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245041 | $258.48 | 9/27/2018 | 24198760A-IN-2 | 9/27/2018 | $168.48 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245041 | $258.48 | 9/27/2018 | 24582834A-IN | 9/27/2018 | $90.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245721 | $809.57 | 10/2/2018 | 24357281A-IN-2 | 10/2/2018 | $809.57 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245947 | $552.20 | 10/3/2018 | 24542543A-IN-2 | 10/2/2018 | $502.20 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240626 | $575.43 | 8/28/2018 | 24363589A-IN | 8/27/2018 | $575.43 |

**Totals:** 18 transfer(s),  $14,006.41