**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Tote Maritime Alaska, LLC fdba Totem Ocean Trailer Express** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/14/2018 | $30,348.05 | 8/14/2018 | 18031600980:8/3/2018 | 8/3/2018 | $80.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:10/2/2018 | $11,270.39 | 10/2/2018 | 18080200065:9/17/2018 | 9/17/2018 | $1,977.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:7/17/2018 | $18,681.41 | 7/17/2018 | 18062801353 | 7/2/2018 | $1,309.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:7/17/2018 | $18,681.41 | 7/17/2018 | 18062901459 | 7/2/2018 | $335.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:7/17/2018 | $18,681.41 | 7/17/2018 | 18062901461 | 7/2/2018 | $335.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:7/18/2018 | $7,227.22 | 7/18/2018 | 18062600059:7/3/2018 | 7/3/2018 | $7,227.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:7/24/2018 | $5,249.25 | 7/24/2018 | 18070300070 | 7/9/2018 | $5,249.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:7/25/2018 | $5,238.25 | 7/25/2018 | 18070500109:7/10/2018 | 7/10/2018 | $5,238.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:7/17/2018 | $18,681.41 | 7/17/2018 | 18062201046 | 7/2/2018 | $335.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/1/2018 | $11,814.18 | 8/1/2018 | 18070501587:7/17/2018 | 7/17/2018 | $11,814.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:7/17/2018 | $18,681.41 | 7/17/2018 | 18062201018 | 7/2/2018 | $335.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/14/2018 | $30,348.05 | 8/14/2018 | 18053100069:8/3/2018 | 8/3/2018 | $172.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/14/2018 | $30,348.05 | 8/14/2018 | 18060700086:8/3/2018 | 8/3/2018 | $172.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/14/2018 | $30,348.05 | 8/14/2018 | 18062001918:7/30/2018 | 7/30/2018 | $12,006.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/14/2018 | $30,348.05 | 8/14/2018 | 18062001918:8/3/2018 | 8/3/2018 | $45.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/14/2018 | $30,348.05 | 8/14/2018 | 18062100141:8/3/2018 | 8/3/2018 | $172.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/14/2018 | $30,348.05 | 8/14/2018 | 18070302045:7/30/2018 | 7/30/2018 | $12,006.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/14/2018 | $30,348.05 | 8/14/2018 | 18070500109:8/3/2018 | 8/3/2018 | $825.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/14/2018 | $30,348.05 | 8/14/2018 | 18072400076 | 7/30/2018 | $6,846.41 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:7/31/2018 | $5,323.25 | 7/31/2018 | 18071000073:7/16/2018 | 7/16/2018 | $5,323.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:7/17/2018 | $18,681.41 | 7/17/2018 | 18042601163 | 7/2/2018 | $1,274.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:10/2/2018 | $11,270.39 | 10/2/2018 | 18081400081:9/17/2018 | 9/17/2018 | $1,977.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:10/2/2018 | $11,270.39 | 10/2/2018 | 18091100092 | 9/17/2018 | $7,314.43 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:10/3/2018 | $12,572.46 | 10/3/2018 | 18091300080 | 9/18/2018 | $5,258.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:10/3/2018 | $12,572.46 | 10/3/2018 | 18091300083:9/18/2018 | 9/18/2018 | $7,314.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:10/4/2018 | $23,968.00 | 10/4/2018 | 18083101065:9/19/2018 | 9/19/2018 | $11,984.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:10/4/2018 | $23,968.00 | 10/4/2018 | 18083101070:9/19/2018 | 9/19/2018 | $11,984.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:10/5/2018 | $11,984.00 | 10/5/2018 | 18090601794:9/21/2018 | 9/21/2018 | $11,984.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:7/17/2018 | $18,681.41 | 7/17/2018 | 18062600060 | 7/2/2018 | $7,301.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:10/9/2018 | $18,156.20 | 10/9/2018 | 18091800060 | 9/24/2018 | $7,315.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/21/2018 | $10,576.65 | 8/21/2018 | 18072701026 | 8/6/2018 | $333.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:7/17/2018 | $18,681.41 | 7/17/2018 | 18051701386 | 7/2/2018 | $1,274.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:7/17/2018 | $18,681.41 | 7/17/2018 | 18051801088 | 7/2/2018 | $326.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:7/17/2018 | $18,681.41 | 7/17/2018 | 18052401861 | 7/2/2018 | $1,294.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:7/17/2018 | $18,681.41 | 7/17/2018 | 18052500936 | 7/2/2018 | $331.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:7/17/2018 | $18,681.41 | 7/17/2018 | 18060701512 | 7/2/2018 | $1,294.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:7/17/2018 | $18,681.41 | 7/17/2018 | 18060800941 | 7/2/2018 | $331.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:7/17/2018 | $18,681.41 | 7/17/2018 | 18061401354 | 7/2/2018 | $1,294.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:7/17/2018 | $18,681.41 | 7/17/2018 | 18062101370 | 7/2/2018 | $1,309.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:10/9/2018 | $18,156.20 | 10/9/2018 | 18091301170:9/24/2018 | 9/24/2018 | $10,840.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:9/4/2018 | $10,552.89 | 9/4/2018 | 18071000073:8/20/2018 | 8/20/2018 | $1,977.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:9/11/2018 | $5,258.03 | 9/11/2018 | 18082100087 | 8/27/2018 | $5,258.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:9/19/2018 | $7,314.43 | 9/19/2018 | 18082800093 | 9/4/2018 | $7,314.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:9/21/2018 | $11,984.00 | 9/21/2018 | 18081900631:9/6/2018 | 9/6/2018 | $11,984.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:9/25/2018 | $7,314.43 | 9/25/2018 | 18090400099 | 9/10/2018 | $7,314.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:9/26/2018 | $19,298.43 | 9/26/2018 | 18082701193:9/11/2018 | 9/11/2018 | $11,984.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:9/26/2018 | $19,298.43 | 9/26/2018 | 18090600113:9/11/2018 | 9/11/2018 | $7,314.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:9/28/2018 | $669.18 | 9/28/2018 | 18070601016 | 9/14/2018 | $335.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/2/2018 | $5,323.25 | 8/2/2018 | 18071200079:7/18/2018 | 7/18/2018 | $5,323.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:9/4/2018 | $10,552.89 | 9/4/2018 | 18050301648 | 8/20/2018 | $1,274.52 |

Tote Maritime Alaska, LLC fdba Totem Ocean Trailer Express (2219655)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/7/2018 | $13,197.37 | 8/7/2018 | 18071700096 | 7/23/2018 | $7,300.41 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:9/4/2018 | $10,552.89 | 9/4/2018 | 18071200079:8/20/2018 | 8/20/2018 | $1,977.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:9/4/2018 | $10,552.89 | 9/4/2018 | 18081400081:8/20/2018 | 8/20/2018 | $5,322.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:9/5/2018 | $7,300.41 | 9/5/2018 | 18081600118:8/21/2018 | 8/21/2018 | $7,300.41 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:9/6/2018 | $12,935.88 | 9/6/2018 | 18051101156:8/22/2018 | 8/22/2018 | $948.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:9/6/2018 | $12,935.88 | 9/6/2018 | 18080201463:8/22/2018 | 8/22/2018 | $11,987.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:9/7/2018 | $3,276.24 | 9/7/2018 | 18080901260 | 8/23/2018 | $1,304.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:9/7/2018 | $3,276.24 | 9/7/2018 | 18081000930 | 8/23/2018 | $333.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:9/7/2018 | $3,276.24 | 9/7/2018 | 18081601178 | 8/23/2018 | $1,304.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:9/28/2018 | $669.18 | 9/28/2018 | 18072001140 | 9/14/2018 | $333.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/28/2018 | $17,225.16 | 8/28/2018 | 18080700077 | 8/13/2018 | $5,237.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:9/7/2018 | $3,276.24 | 9/7/2018 | 18081700913 | 8/23/2018 | $333.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/21/2018 | $10,576.65 | 8/21/2018 | 18073100050 | 8/6/2018 | $7,300.41 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/21/2018 | $10,576.65 | 8/21/2018 | 18080201184 | 8/6/2018 | $1,304.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/21/2018 | $10,576.65 | 8/21/2018 | 18080301075 | 8/6/2018 | $333.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/22/2018 | $17,310.16 | 8/22/2018 | 18071801694:8/7/2018 | 8/7/2018 | $11,987.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/22/2018 | $17,310.16 | 8/22/2018 | 18080200065:8/7/2018 | 8/7/2018 | $5,322.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/24/2018 | $135.00 | 8/24/2018 | 18070302045:8/10/2018 | 8/10/2018 | $45.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/24/2018 | $135.00 | 8/24/2018 | 18070501587:8/10/2018 | 8/10/2018 | $45.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/7/2018 | $13,197.37 | 8/7/2018 | 18071901470 | 7/23/2018 | $1,304.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/28/2018 | $17,225.16 | 8/28/2018 | 18072502013:8/13/2018 | 8/13/2018 | $11,987.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/7/2018 | $13,197.37 | 8/7/2018 | 18071901452 | 7/23/2018 | $1,304.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/29/2018 | $22,500.07 | 8/29/2018 | 18060800994 | 8/14/2018 | $11,731.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/29/2018 | $22,500.07 | 8/29/2018 | 18060800999 | 8/14/2018 | $10,768.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/31/2018 | $12,051.31 | 8/31/2018 | 18071101594 | 8/16/2018 | $12,051.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/7/2018 | $13,197.37 | 8/7/2018 | 18070501413 | 7/23/2018 | $1,309.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/7/2018 | $13,197.37 | 8/7/2018 | 18070601015 | 7/23/2018 | $335.22 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/7/2018 | $13,197.37 | 8/7/2018 | 18071201464 | 7/23/2018 | $1,309.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/7/2018 | $13,197.37 | 8/7/2018 | 18071300974 | 7/23/2018 | $335.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/21/2018 | $10,576.65 | 8/21/2018 | 18072601305 | 8/6/2018 | $1,304.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/24/2018 | $135.00 | 8/24/2018 | 18071801694:8/10/2018 | 8/10/2018 | $45.00 |

**Totals:**     30 transfer(s),     $346,055.55