**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Trane U.S. Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781014623 | $9,339.61 | 9/27/2018 | 39294776TX | 8/29/2018 | $9,339.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990527 | $175,700.10 | 8/9/2018 | 39188704 | 7/19/2018 | $175,700.10 |
| **Totals:** | | **2 transfer(s),** | **$185,039.71** | | | | |