**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Travel Concepts, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780996172 | $38,683.12 | 8/8/2018 | 825510WK26FY18-44759 | 8/6/2018 | $40.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999486 | $39,134.67 | 8/15/2018 | 825510WK27FY18-44764 | 8/13/2018 | $4,957.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999486 | $39,134.67 | 8/15/2018 | 825510WK27FY18-44763 | 8/13/2018 | $2,180.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999486 | $39,134.67 | 8/15/2018 | 825510WK27FY18-44762 | 8/13/2018 | $8,360.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999486 | $39,134.67 | 8/15/2018 | 825510WK27FY18-44761 | 8/13/2018 | $8,292.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998170 | $59,354.00 | 8/13/2018 | 8.25175E+14 | 8/6/2018 | $30,619.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998170 | $59,354.00 | 8/13/2018 | 8.25157E+14 | 8/6/2018 | $25,044.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996172 | $38,683.12 | 8/8/2018 | 825510WK26FY18-44752 | 8/6/2018 | $2,354.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996172 | $38,683.12 | 8/8/2018 | 825510WK26FY18-44760 | 8/6/2018 | $490.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999486 | $39,134.67 | 8/15/2018 | 825510WK27FY18-44767 | 8/13/2018 | $6,377.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996172 | $38,683.12 | 8/8/2018 | 825510WK26FY18-44758 | 8/6/2018 | $5,997.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996172 | $38,683.12 | 8/8/2018 | 825510WK26FY18-44757 | 8/6/2018 | $3,089.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996172 | $38,683.12 | 8/8/2018 | 825510WK26FY18-44756 | 8/6/2018 | $3,096.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996172 | $38,683.12 | 8/8/2018 | 825510WK26FY18-44755 | 8/6/2018 | $6,926.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996172 | $38,683.12 | 8/8/2018 | 825510WK26FY18-44754 | 8/6/2018 | $1,054.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005058 | $92,485.00 | 8/27/2018 | 8.25175E+14 | 8/20/2018 | $48,776.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998170 | $59,354.00 | 8/13/2018 | 8.25079E+14 | 8/6/2018 | $3,691.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003019 | $50,587.86 | 8/22/2018 | 825510WK28FY18-44771 | 8/20/2018 | $11,060.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984996 | $36,742.85 | 7/18/2018 | 825510WK23FY18-44726 | 7/16/2018 | $5,326.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005058 | $92,485.00 | 8/27/2018 | 8.25079E+14 | 8/20/2018 | $3,266.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003019 | $50,587.86 | 8/22/2018 | 825510WK28FY18-44777 | 8/20/2018 | $6,270.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003019 | $50,587.86 | 8/22/2018 | 825510WK28FY18-44776 | 8/20/2018 | $6,343.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003019 | $50,587.86 | 8/22/2018 | 825510WK28FY18-44775 | 8/20/2018 | $1,136.37 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003019 | $50,587.86 | 8/22/2018 | 825510WK28FY18-44774 | 8/20/2018 | $8,527.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999486 | $39,134.67 | 8/15/2018 | 825510WK27FY18-44765 | 8/13/2018 | $1,956.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003019 | $50,587.86 | 8/22/2018 | 825510WK28FY18-44772 | 8/20/2018 | $3,119.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999486 | $39,134.67 | 8/15/2018 | 825510WK27FY18-44766 | 8/13/2018 | $2,614.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003019 | $50,587.86 | 8/22/2018 | 825510WK28FY18-44770 | 8/20/2018 | $8,773.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001617 | $114,904.00 | 8/20/2018 | 8.25175E+14 | 8/13/2018 | $71,355.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001617 | $114,904.00 | 8/20/2018 | 8.25157E+14 | 8/13/2018 | $39,681.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001617 | $114,904.00 | 8/20/2018 | 8.25079E+14 | 8/13/2018 | $3,868.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999486 | $39,134.67 | 8/15/2018 | 825510WK27FY18-44769 | 8/13/2018 | $4,332.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999486 | $39,134.67 | 8/15/2018 | 825510WK27FY18-44768 | 8/13/2018 | $62.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994210 | $137,788.00 | 8/6/2018 | 8.25175E+14 | 7/30/2018 | $72,624.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003019 | $50,587.86 | 8/22/2018 | 825510WK28FY18-44773 | 8/20/2018 | $5,356.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984996 | $36,742.85 | 7/18/2018 | 825510WK23FY18-44733 | 7/16/2018 | $1,045.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988405 | $49,453.67 | 7/25/2018 | 825510WK24FY18-44738 | 7/23/2018 | $1,784.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988405 | $49,453.67 | 7/25/2018 | 825510WK24FY18-44737 | 7/23/2018 | $6,796.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988405 | $49,453.67 | 7/25/2018 | 825510WK24FY18-44736 | 7/23/2018 | $2,750.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988405 | $49,453.67 | 7/25/2018 | 825510WK24FY18-44735 | 7/23/2018 | $20,413.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988405 | $49,453.67 | 7/25/2018 | 825510WK24FY18-44734 | 7/23/2018 | $8,133.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987042 | $123,062.00 | 7/23/2018 | 8.25175E+14 | 7/16/2018 | $71,578.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996172 | $38,683.12 | 8/8/2018 | 825510WK26FY18-44753 | 8/6/2018 | $15,633.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987042 | $123,062.00 | 7/23/2018 | 8.25079E+14 | 7/16/2018 | $4,290.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988405 | $49,453.67 | 7/25/2018 | 825510WK24FY18-44741 | 7/23/2018 | $5,019.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984996 | $36,742.85 | 7/18/2018 | 825510WK23FY18-44732 | 7/16/2018 | $6,551.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984996 | $36,742.85 | 7/18/2018 | 825510WK23FY18-44731 | 7/16/2018 | $543.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984996 | $36,742.85 | 7/18/2018 | 825510WK23FY18-44730 | 7/16/2018 | $2,326.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984996 | $36,742.85 | 7/18/2018 | 825510WK23FY18-44729 | 7/16/2018 | $7,074.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984996 | $36,742.85 | 7/18/2018 | 825510WK23FY18-44728 | 7/16/2018 | $1,937.81 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984996 | $36,742.85 | 7/18/2018 | 825510WK23FY18-44727 | 7/16/2018 | $11,936.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987042 | $123,062.00 | 7/23/2018 | 8.25157E+14 | 7/16/2018 | $47,194.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991863 | $57,359.08 | 8/1/2018 | 825510WK25FY18-44745 | 7/30/2018 | $1,674.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994210 | $137,788.00 | 8/6/2018 | 8.25157E+14 | 7/30/2018 | $60,297.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994210 | $137,788.00 | 8/6/2018 | 8.25079E+14 | 7/30/2018 | $4,867.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991863 | $57,359.08 | 8/1/2018 | 825510WK25FY18-44751 | 7/30/2018 | $5,456.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991863 | $57,359.08 | 8/1/2018 | 825510WK25FY18-44750 | 7/30/2018 | $46.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991863 | $57,359.08 | 8/1/2018 | 825510WK25FY18-44749 | 7/30/2018 | $8,650.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991863 | $57,359.08 | 8/1/2018 | 825510WK25FY18-44748 | 7/30/2018 | $1,217.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988405 | $49,453.67 | 7/25/2018 | 825510WK24FY18-44739 | 7/23/2018 | $852.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991863 | $57,359.08 | 8/1/2018 | 825510WK25FY18-44746 | 7/30/2018 | $8,244.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988405 | $49,453.67 | 7/25/2018 | 825510WK24FY18-44740 | 7/23/2018 | $3,703.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991863 | $57,359.08 | 8/1/2018 | 825510WK25FY18-44744 | 7/30/2018 | $22.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991863 | $57,359.08 | 8/1/2018 | 825510WK25FY18-44743 | 7/30/2018 | $14,708.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991863 | $57,359.08 | 8/1/2018 | 825510WK25FY18-44742 | 7/30/2018 | $10,850.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990528 | $146,396.00 | 7/30/2018 | 8.25175E+14 | 7/23/2018 | $82,840.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990528 | $146,396.00 | 7/30/2018 | 8.25157E+14 | 7/23/2018 | $58,918.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990528 | $146,396.00 | 7/30/2018 | 8.25079E+14 | 7/23/2018 | $4,638.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006386 | $38,695.22 | 8/29/2018 | 825510WK29FY18-44778 | 8/27/2018 | $2,134.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991863 | $57,359.08 | 8/1/2018 | 825510WK25FY18-44747 | 7/30/2018 | $6,488.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017394 | $57,087.05 | 9/19/2018 | 825510WK32FY18-44811 | 9/17/2018 | $751.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020910 | $84,616.80 | 9/26/2018 | 825510WK33FY18-44816 | 9/24/2018 | $44,895.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020910 | $84,616.80 | 9/26/2018 | 825510WK33FY18-44815 | 9/24/2018 | $9,696.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019499 | $118,316.00 | 9/24/2018 | 8.25175E+14 | 9/17/2018 | $71,159.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019499 | $118,316.00 | 9/24/2018 | 8.25157E+14 | 9/17/2018 | $43,790.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019499 | $118,316.00 | 9/24/2018 | 8.25079E+14 | 9/17/2018 | $3,367.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017394 | $57,087.05 | 9/19/2018 | 825510WK32FY18-44814 | 9/17/2018 | $6,336.42 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781016021 | $115,017.00 | 9/17/2018 | 8.25175E+14 | 9/10/2018 | $60,696.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017394 | $57,087.05 | 9/19/2018 | 825510WK32FY18-44812 | 9/17/2018 | $2,720.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020910 | $84,616.80 | 9/26/2018 | 825510WK33FY18-44819 | 9/24/2018 | $1,887.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017394 | $57,087.05 | 9/19/2018 | 825510WK32FY18-44810 | 9/17/2018 | $5,840.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017394 | $57,087.05 | 9/19/2018 | 825510WK32FY18-44809 | 9/17/2018 | $3,717.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017394 | $57,087.05 | 9/19/2018 | 825510WK32FY18-44808 | 9/17/2018 | $6,859.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017394 | $57,087.05 | 9/19/2018 | 825510WK32FY18-44807 | 9/17/2018 | $2.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017394 | $57,087.05 | 9/19/2018 | 825510WK32FY18-44806 | 9/17/2018 | $18,957.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005058 | $92,485.00 | 8/27/2018 | 8.25157E+14 | 8/20/2018 | $40,443.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017394 | $57,087.05 | 9/19/2018 | 825510WK32FY18-44813 | 9/17/2018 | $34.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023064 | $148,514.00 | 10/1/2018 | 8.25175E+14 | 9/24/2018 | $82,339.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024679 | $37,689.19 | 10/3/2018 | 825510WK34FY18-44831 | 10/1/2018 | $35.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024679 | $37,689.19 | 10/3/2018 | 825510WK34FY18-44830 | 10/1/2018 | $2,606.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024679 | $37,689.19 | 10/3/2018 | 825510WK34FY18-44829 | 10/1/2018 | $714.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024679 | $37,689.19 | 10/3/2018 | 825510WK34FY18-44828 | 10/1/2018 | $4,868.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024679 | $37,689.19 | 10/3/2018 | 825510WK34FY18-44827 | 10/1/2018 | $2,284.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024679 | $37,689.19 | 10/3/2018 | 825510WK34FY18-44826 | 10/1/2018 | $2,225.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020910 | $84,616.80 | 9/26/2018 | 825510WK33FY18-44817 | 9/24/2018 | $8,697.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024679 | $37,689.19 | 10/3/2018 | 825510WK34FY18-44824 | 10/1/2018 | $3,657.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020910 | $84,616.80 | 9/26/2018 | 825510WK33FY18-44818 | 9/24/2018 | $7,097.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023064 | $148,514.00 | 10/1/2018 | 8.25157E+14 | 9/24/2018 | $63,323.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023064 | $148,514.00 | 10/1/2018 | 8.25079E+14 | 9/24/2018 | $2,852.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020910 | $84,616.80 | 9/26/2018 | 825510WK33FY18-44823 | 9/24/2018 | $3,970.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020910 | $84,616.80 | 9/26/2018 | 825510WK33FY18-44822 | 9/24/2018 | $31.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020910 | $84,616.80 | 9/26/2018 | 825510WK33FY18-44821 | 9/24/2018 | $6,876.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020910 | $84,616.80 | 9/26/2018 | 825510WK33FY18-44820 | 9/24/2018 | $1,464.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016021 | $115,017.00 | 9/17/2018 | 8.25157E+14 | 9/10/2018 | $51,073.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781024679 | $37,689.19 | 10/3/2018 | 825510WK34FY18-44825 | 10/1/2018 | $15,920.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006386 | $38,695.22 | 8/29/2018 | 825510WK29FY18-44785 | 8/27/2018 | $56.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011307 | $44,910.40 | 9/6/2018 | 825510WK30FY18-44790 | 9/4/2018 | $3,302.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011307 | $44,910.40 | 9/6/2018 | 825510WK30FY18-44789 | 9/4/2018 | $4,378.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011307 | $44,910.40 | 9/6/2018 | 825510WK30FY18-44788 | 9/4/2018 | $13,593.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011307 | $44,910.40 | 9/6/2018 | 825510WK30FY18-44787 | 9/4/2018 | $3,479.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008614 | $92,220.00 | 9/3/2018 | 8.25175E+14 | 8/27/2018 | $56,105.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008614 | $92,220.00 | 9/3/2018 | 8.25157E+14 | 8/27/2018 | $33,373.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017394 | $57,087.05 | 9/19/2018 | 825510WK32FY18-44805 | 9/17/2018 | $11,867.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006386 | $38,695.22 | 8/29/2018 | 825510WK29FY18-44786 | 8/27/2018 | $2,645.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011307 | $44,910.40 | 9/6/2018 | 825510WK30FY18-44793 | 9/4/2018 | $9,053.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006386 | $38,695.22 | 8/29/2018 | 825510WK29FY18-44784 | 8/27/2018 | $5,155.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006386 | $38,695.22 | 8/29/2018 | 825510WK29FY18-44783 | 8/27/2018 | $934.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006386 | $38,695.22 | 8/29/2018 | 825510WK29FY18-44782 | 8/27/2018 | $3,448.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006386 | $38,695.22 | 8/29/2018 | 825510WK29FY18-44781 | 8/27/2018 | $6,008.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006386 | $38,695.22 | 8/29/2018 | 825510WK29FY18-44780 | 8/27/2018 | $1,555.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006386 | $38,695.22 | 8/29/2018 | 825510WK29FY18-44779 | 8/27/2018 | $16,754.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008614 | $92,220.00 | 9/3/2018 | 8.25079E+14 | 8/27/2018 | $2,742.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013979 | $59,392.61 | 9/12/2018 | 825510WK31FY18-44797 | 9/10/2018 | $21,413.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016021 | $115,017.00 | 9/17/2018 | 8.25079E+14 | 9/10/2018 | $3,248.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013979 | $59,392.61 | 9/12/2018 | 825510WK31FY18-44804 | 9/10/2018 | $4,771.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013979 | $59,392.61 | 9/12/2018 | 825510WK31FY18-44803 | 9/10/2018 | $85.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013979 | $59,392.61 | 9/12/2018 | 825510WK31FY18-44802 | 9/10/2018 | $5,036.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013979 | $59,392.61 | 9/12/2018 | 825510WK31FY18-44801 | 9/10/2018 | $3,643.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013979 | $59,392.61 | 9/12/2018 | 825510WK31FY18-44800 | 9/10/2018 | $6,340.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011307 | $44,910.40 | 9/6/2018 | 825510WK30FY18-44791 | 9/4/2018 | $5,256.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013979 | $59,392.61 | 9/12/2018 | 825510WK31FY18-44798 | 9/10/2018 | $4,767.79 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011307 | $44,910.40 | 9/6/2018 | 825510WK30FY18-44792 | 9/4/2018 | $1,130.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013979 | $59,392.61 | 9/12/2018 | 825510WK31FY18-44796 | 9/10/2018 | $8,623.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012630 | $73,480.00 | 9/10/2018 | 8.25175E+14 | 9/3/2018 | $41,335.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012630 | $73,480.00 | 9/10/2018 | 8.25157E+14 | 9/3/2018 | $28,297.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012630 | $73,480.00 | 9/10/2018 | 8.25079E+14 | 9/3/2018 | $3,848.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011307 | $44,910.40 | 9/6/2018 | 825510WK30FY18-44795 | 9/4/2018 | $4,675.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011307 | $44,910.40 | 9/6/2018 | 825510WK30FY18-44794 | 9/4/2018 | $40.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024679 | $37,689.19 | 10/3/2018 | 825510WK34FY18-44832 | 10/1/2018 | $5,376.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013979 | $59,392.61 | 9/12/2018 | 825510WK31FY18-44799 | 9/10/2018 | $4,710.71 |

**Totals:**    **23 transfer(s),**    **$1,815,888.52**