**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **TRC Environmental Corporation**  
Bankruptcy Case: **Sears Holdings Corporation, et al.**  
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009412 | $67,646.42 | 9/18/2018 | 54319 | 6/28/2018 | $67,646.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005696 | $28,000.00 | 9/11/2018 | 290149 | 6/22/2018 | $28,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995396 | $2,900.00 | 8/17/2018 | 287739 | 6/5/2018 | $2,900.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991183 | $27,073.73 | 8/10/2018 | 53358 | 5/25/2018 | $27,073.73 |

Totals:    4 transfer(s),    $125,620.15