**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Treasure Coast-JCP Associates, Ltd.**  
Bankruptcy Case: **Sears Holdings Corporation, et al.**  
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174735 | $34,593.12 | 10/9/2018 | 0000092518-103023 | 9/25/2018 | $270.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174735 | $34,593.12 | 10/9/2018 | 0000092518-103022 | 9/25/2018 | $1,625.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174735 | $34,593.12 | 10/9/2018 | 0000092518-103021 | 9/25/2018 | $4,670.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174735 | $34,593.12 | 10/9/2018 | 0000092518-103020 | 9/25/2018 | $28,025.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173549 | $34,593.12 | 9/6/2018 | 0000082718-103019 | 8/27/2018 | $270.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173549 | $34,593.12 | 9/6/2018 | 0000082718-103018 | 8/27/2018 | $1,625.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173549 | $34,593.12 | 9/6/2018 | 0000082718-103017 | 8/27/2018 | $4,670.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173549 | $34,593.12 | 9/6/2018 | 0000082718-103016 | 8/27/2018 | $28,025.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172134 | $34,593.12 | 8/6/2018 | 0000072618-103015 | 7/26/2018 | $270.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172134 | $34,593.12 | 8/6/2018 | 0000072618-103014 | 7/26/2018 | $1,625.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172134 | $34,593.12 | 8/6/2018 | 0000072618-103013 | 7/26/2018 | $4,670.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172134 | $34,593.12 | 8/6/2018 | 0000072618-103012 | 7/26/2018 | $28,025.75 |

**Totals:** 3 transfer(s), $103,779.36