**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Trib Real Estate Company, LLC fdba Tribune Review Publishing Company** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62086682 | $6,092.10 | 9/26/2018 | 618450321 | 7/2/2018 | $6,092.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084632 | $6,938.67 | 8/21/2018 | 518450321 | 6/1/2018 | $6,938.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082906 | $3,539.17 | 7/18/2018 | 418450321 | 5/1/2018 | $3,539.17 |

**Totals:**      **3 transfer(s),    $16,569.94**

Trib Real Estate Company, LLC fdba Tribune Review Publishing Company (2220032)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                            Exhibit A                                            P. 1