**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **U.S. Nonwovens Corp.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998854 | $57,536.54 | 8/14/2018 | INV197604 | 7/16/2018 | $3,463.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995459 | $58,840.41 | 8/7/2018 | INV197240 | 7/5/2018 | $6,857.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009463 | $7,194.45 | 9/4/2018 | INV198383 | 8/3/2018 | $2,427.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009463 | $7,194.45 | 9/4/2018 | 77407 | 6/28/2018 | $455.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002351 | $17,075.98 | 8/21/2018 | INV197847 | 7/23/2018 | $2,716.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002351 | $17,075.98 | 8/21/2018 | INV197827 | 7/23/2018 | $1,885.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002351 | $17,075.98 | 8/21/2018 | INV197826 | 7/23/2018 | $2,092.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002351 | $17,075.98 | 8/21/2018 | INV197825 | 7/23/2018 | $3,197.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002351 | $17,075.98 | 8/21/2018 | INV197824 | 7/23/2018 | $1,885.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009463 | $7,194.45 | 9/4/2018 | INV198385 | 8/3/2018 | $2,427.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002351 | $17,075.98 | 8/21/2018 | INV197822 | 7/23/2018 | $3,183.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984315 | $19,544.11 | 7/17/2018 | INV196666 | 6/15/2018 | $1,164.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998854 | $57,536.54 | 8/14/2018 | INV197603 | 7/16/2018 | $9,196.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998854 | $57,536.54 | 8/14/2018 | INV197602 | 7/16/2018 | $10,407.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998854 | $57,536.54 | 8/14/2018 | INV197426 | 7/11/2018 | $9,758.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998854 | $57,536.54 | 8/14/2018 | INV197425 | 7/11/2018 | $26,189.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995459 | $58,840.41 | 8/7/2018 | INV197335 | 7/10/2018 | $11,601.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995459 | $58,840.41 | 8/7/2018 | INV197279 | 7/10/2018 | $3,447.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995459 | $58,840.41 | 8/7/2018 | INV197278 | 7/10/2018 | $7,965.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995459 | $58,840.41 | 8/7/2018 | INV197277 | 7/10/2018 | $21,286.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002351 | $17,075.98 | 8/21/2018 | INV197823 | 7/23/2018 | $2,192.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987723 | $3,947.46 | 7/24/2018 | INV196971 | 6/25/2018 | $967.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995459 | $58,840.41 | 8/7/2018 | INV195964-55381 | 5/23/2018 | $3,665.84 |

U.S. Nonwovens Corp. (2219859)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                Exhibit A                                P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995459 | $58,840.41 | 8/7/2018 | INV195964-55380 | 5/23/2018 | $987.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995459 | $58,840.41 | 8/7/2018 | INV195964-55378 | 5/23/2018 | $987.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991238 | $44,825.08 | 7/31/2018 | INV197097 | 6/28/2018 | $9,715.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991238 | $44,825.08 | 7/31/2018 | INV197096 | 6/29/2018 | $4,595.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991238 | $44,825.08 | 7/31/2018 | INV197095 | 6/29/2018 | $4,183.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991238 | $44,825.08 | 7/31/2018 | INV197094 | 6/29/2018 | $9,240.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991238 | $44,825.08 | 7/31/2018 | INV197029 | 6/27/2018 | $1,120.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009463 | $7,194.45 | 9/4/2018 | INV198384 | 8/3/2018 | $2,427.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991238 | $44,825.08 | 7/31/2018 | INV193778-55377 | 4/11/2018 | $1,508.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995459 | $58,840.41 | 8/7/2018 | INV197239 | 7/5/2018 | $3,128.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987723 | $3,947.46 | 7/24/2018 | INV196784 | 6/20/2018 | $3,035.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987723 | $3,947.46 | 7/24/2018 | INV193778-55376 | 4/11/2018 | $1,508.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984315 | $19,544.11 | 7/17/2018 | INV196732 | 6/18/2018 | $1,631.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984315 | $19,544.11 | 7/17/2018 | INV196731 | 6/18/2018 | $6,925.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984315 | $19,544.11 | 7/17/2018 | INV196730 | 6/13/2018 | $4,572.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984315 | $19,544.11 | 7/17/2018 | INV196729 | 6/18/2018 | $1,120.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984315 | $19,544.11 | 7/17/2018 | INV196669 | 6/15/2018 | $2,427.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984315 | $19,544.11 | 7/17/2018 | INV196667 | 6/15/2018 | $2,518.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991238 | $44,825.08 | 7/31/2018 | INV195961 | 5/23/2018 | $15,467.52 |

Totals:    7 transfer(s),    $208,964.03