

**ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Unique Designs By Michael A. Del Bonifro Inc. dba Unique Design Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240755 | $1,455.03 | 8/29/2018 | 14116-IN | 6/15/2018 | $1,455.03 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235993 | $15,586.42 | 7/31/2018 | 14058-IN | 4/4/2018 | $1,306.90 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235993 | $15,586.42 | 7/31/2018 | 14068-IN | 4/11/2018 | $2,742.36 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235993 | $15,586.42 | 7/31/2018 | 14078-IN | 4/27/2018 | $1,792.51 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235993 | $15,586.42 | 7/31/2018 | 14101-IN | 5/29/2018 | $7,511.80 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235993 | $15,586.42 | 7/31/2018 | 14112-IN | 6/13/2018 | $258.48 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236273 | $1,725.22 | 8/1/2018 | 14102-IN | 5/29/2018 | $1,725.22 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236496 | $2,746.14 | 8/2/2018 | 14115-IN | 6/15/2018 | $1,413.63 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236496 | $2,746.14 | 8/2/2018 | 14141-IN | 7/16/2018 | $1,332.51 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236793 | $3,957.67 | 8/3/2018 | 14114-IN | 6/15/2018 | $2,516.56 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235993 | $15,586.42 | 7/31/2018 | 14057-IN | 4/3/2018 | $1,974.37 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238989 | $1,205.97 | 8/17/2018 | 14127-IN | 6/29/2018 | $1,205.97 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246212 | $3,202.74 | 10/5/2018 | 14159-IN | 8/6/2018 | $1,467.54 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243781 | $8,488.21 | 9/19/2018 | 14155-IN | 8/6/2018 | $1,794.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243781 | $8,488.21 | 9/19/2018 | 14156-IN | 8/6/2018 | $1,665.20 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243781 | $8,488.21 | 9/19/2018 | 14157-IN | 8/6/2018 | $1,964.52 |

Unique Designs By Michael A. Del Bonifro Inc. dba Unique Design Inc. (2219637)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                         Exhibit A                         P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243781 | $8,488.21 | 9/19/2018 | 14160-IN | 8/6/2018 | $1,832.62 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243781 | $8,488.21 | 9/19/2018 | 14161-IN | 8/6/2018 | $1,231.87 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243974 | $3,661.14 | 9/20/2018 | 14135-IN | 7/9/2018 | $1,746.04 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243974 | $3,661.14 | 9/20/2018 | 14149-IN | 7/23/2018 | $1,915.10 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244165 | $1,758.32 | 9/21/2018 | 14178-IN | 9/6/2018 | $1,758.32 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246212 | $3,202.74 | 10/5/2018 | 14158-IN | 8/6/2018 | $1,735.20 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236793 | $3,957.67 | 8/3/2018 | 14134-IN | 7/9/2018 | $1,441.11 |

Totals: 10 transfer(s), $43,786.86

Unique Designs By Michael A. Del Bonifro Inc. dba Unique Design Inc. (2219637)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jan 27, 2020    Exhibit A    P. 2