**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Unique Sports Products Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984303 | $1,770.08 | 7/25/2018 | 1049133 | 5/14/2018 | $504.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980952 | $2,637.63 | 7/18/2018 | 1048232 | 5/2/2018 | $397.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995442 | $1,717.56 | 8/17/2018 | 1050445 | 5/29/2018 | $490.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995442 | $1,717.56 | 8/17/2018 | 1050444 | 5/29/2018 | $283.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991223 | $412.64 | 8/10/2018 | 1050446 | 5/29/2018 | $195.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991223 | $412.64 | 8/10/2018 | 1050443 | 5/29/2018 | $241.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987707 | $4,848.81 | 8/1/2018 | 1049769 | 5/22/2018 | $961.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987707 | $4,848.81 | 8/1/2018 | 1049768 | 5/22/2018 | $612.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987707 | $4,848.81 | 8/1/2018 | 1049767 | 5/22/2018 | $861.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995442 | $1,717.56 | 8/17/2018 | 1050841 | 6/4/2018 | $464.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987707 | $4,848.81 | 8/1/2018 | 1049765 | 5/22/2018 | $452.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995442 | $1,717.56 | 8/17/2018 | 1050842 | 6/4/2018 | $232.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984303 | $1,770.08 | 7/25/2018 | 1049132 | 5/14/2018 | $624.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984303 | $1,770.08 | 7/25/2018 | 1049131 | 5/14/2018 | $159.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984303 | $1,770.08 | 7/25/2018 | 1049130 | 5/14/2018 | $687.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984303 | $1,770.08 | 7/25/2018 | 1049129 | 5/14/2018 | $257.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980952 | $2,637.63 | 7/18/2018 | 1048327 | 5/4/2018 | $654.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980952 | $2,637.63 | 7/18/2018 | 1048326 | 5/4/2018 | $188.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980952 | $2,637.63 | 7/18/2018 | 1048325 | 5/4/2018 | $808.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980952 | $2,637.63 | 7/18/2018 | 1048324 | 5/4/2018 | $669.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987707 | $4,848.81 | 8/1/2018 | 1049766 | 5/22/2018 | $1,985.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005734 | $3,400.96 | 9/11/2018 | 1053250 | 6/26/2018 | $775.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013312 | $1,001.87 | 9/25/2018 | 1054371 | 7/6/2018 | $268.56 |

Unique Sports Products Inc. (2219383)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                    Exhibit A                    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013312 | $1,001.87 | 9/25/2018 | 1054369 | 7/6/2018 | $265.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013312 | $1,001.87 | 9/25/2018 | 1053933 | 7/2/2018 | $737.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009455 | $2,454.89 | 9/18/2018 | 1053936 | 7/2/2018 | $121.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009455 | $2,454.89 | 9/18/2018 | 1053935 | 7/2/2018 | $92.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009455 | $2,454.89 | 9/18/2018 | 1053934 | 7/2/2018 | $101.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009455 | $2,454.89 | 9/18/2018 | 1053932 | 7/2/2018 | $219.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009455 | $2,454.89 | 9/18/2018 | 1053248 | 6/26/2018 | $2,014.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995442 | $1,717.56 | 8/17/2018 | 1050840 | 6/4/2018 | $151.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005734 | $3,400.96 | 9/11/2018 | 1053251 | 6/26/2018 | $884.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013312 | $1,001.87 | 9/25/2018 | 1054372 | 7/6/2018 | $210.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005734 | $3,400.96 | 9/11/2018 | 1053249 | 6/26/2018 | $1,588.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002338 | $308.23 | 9/4/2018 | 1051947 | 6/12/2018 | $335.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998838 | $482.67 | 8/28/2018 | 1051946 | 6/12/2018 | $180.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998838 | $482.67 | 8/28/2018 | 1051446 | 6/8/2018 | $154.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998838 | $482.67 | 8/28/2018 | 1051445 | 6/8/2018 | $154.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998838 | $482.67 | 8/28/2018 | 1051444 | 6/8/2018 | $567.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995442 | $1,717.56 | 8/17/2018 | 1051443-22001 | 6/8/2018 | $129.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995442 | $1,717.56 | 8/17/2018 | 1051443-21999 | 6/8/2018 | $25.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005734 | $3,400.96 | 9/11/2018 | 1053252 | 6/26/2018 | $154.80 |

**Totals:** 10 transfer(s), $19,035.34