**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **URS Corporation** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002349 | $2,395.00 | 9/4/2018 | 2000071869 | 6/14/2018 | $2,395.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998853 | $644.67 | 8/28/2018 | 2000009157 | 1/18/2018 | $644.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991236 | $7,253.44 | 8/10/2018 | 2000064147 | 5/24/2018 | $5,023.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991236 | $7,253.44 | 8/10/2018 | 2000063545 | 5/24/2018 | $1,320.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991236 | $7,253.44 | 8/10/2018 | 2000063541 | 5/24/2018 | $910.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987720 | $8,411.83 | 8/1/2018 | 2000060470 | 5/17/2018 | $4,120.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987720 | $8,411.83 | 8/1/2018 | 2000025618 | 2/23/2018 | $4,291.25 |

**Totals:    4 transfer(s),    $18,704.94**