**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Valassis Direct Mail, Inc.**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009468 | $51,687.18 | 9/4/2018 | 718SRSJUL18 | 6/30/2018 | $51,687.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998860 | $70,429.06 | 8/14/2018 | 2900166 | 6/13/2018 | $70,429.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995464 | $90,625.90 | 8/7/2018 | 618SRSJUNE18 | 5/31/2018 | $90,625.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991243 | $80,015.12 | 7/31/2018 | 518SRSMAY18 | 4/30/2018 | $122,486.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991243 | $80,015.12 | 7/31/2018 | 4184096026 | 4/30/2018 | $8,672.82 |

**Totals:** **4 transfer(s),** **$292,757.26**