**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Valley Fabricators, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243845 | $3,475.93 | 9/19/2018 | 1878-IN | 9/13/2018 | $3,475.93 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241738 | $3,286.09 | 9/4/2018 | 1866-IN | 8/27/2018 | $3,286.09 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237721 | $5,366.98 | 8/8/2018 | 1782-IN | 7/23/2018 | $5,366.98 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234871 | $2,974.89 | 7/24/2018 | 1755-IN | 7/16/2018 | $2,974.89 |

**Totals:**    4 transfer(s),    $15,103.89

Valley Fabricators, LLC (2219911)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                    Exhibit A                                    P. 1