**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Valpak Direct Marketing Systems, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245780 | $131,660.00 | 10/2/2018 | 90334509-IN | 7/28/2018 | $131,660.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240699 | $114,477.50 | 8/28/2018 | 90332642-IN | 6/30/2018 | $114,477.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237010 | $168,417.50 | 8/3/2018 | 90331449-IN | 5/26/2018 | $168,417.50 |

**Totals:**   3 transfer(s),   $414,555.00