**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Valvoline LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984322 | $3,992.41 | 7/25/2018 | 132132985-1293 | 5/21/2018 | $26.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980972 | $2,104.34 | 7/18/2018 | 132074513-1272 | 3/1/2018 | $178.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998863 | $3,129.19 | 8/28/2018 | 132122866-1277 | 5/7/2018 | $38.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998863 | $3,129.19 | 8/28/2018 | 132107966-1275 | 4/16/2018 | $200.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991244 | $428.93 | 8/10/2018 | 132144009-1307 | 6/5/2018 | $773.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991244 | $428.93 | 8/10/2018 | 132144009-1305 | 6/5/2018 | $17.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987729 | $1,102.92 | 8/1/2018 | 132144013 | 6/5/2018 | $200.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987729 | $1,102.92 | 8/1/2018 | 132142076-1304 | 6/1/2018 | $902.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987729 | $1,102.92 | 8/1/2018 | 132142076-1302 | 6/1/2018 | $23.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984322 | $3,992.41 | 7/25/2018 | 132142077 | 6/1/2018 | $40.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984322 | $3,992.41 | 7/25/2018 | 132134925-1301 | 5/23/2018 | $1,233.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984322 | $3,992.41 | 7/25/2018 | 132134925-1299 | 5/23/2018 | $30.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984322 | $3,992.41 | 7/25/2018 | 132132989-1298 | 5/21/2018 | $683.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998863 | $3,129.19 | 8/28/2018 | 132160945-1311 | 6/27/2018 | $69.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984322 | $3,992.41 | 7/25/2018 | 132132985-1295 | 5/21/2018 | $930.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998863 | $3,129.19 | 8/28/2018 | 132160945-1312 | 6/27/2018 | $39.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984322 | $3,992.41 | 7/25/2018 | 132132984-1292 | 5/21/2018 | $549.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984322 | $3,992.41 | 7/25/2018 | 132132984-1290 | 5/21/2018 | $16.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984322 | $3,992.41 | 7/25/2018 | 132132982-1289 | 5/21/2018 | $615.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984322 | $3,992.41 | 7/25/2018 | 132132982-1287 | 5/21/2018 | $17.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980972 | $2,104.34 | 7/18/2018 | 132134928 | 5/23/2018 | $120.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980972 | $2,104.34 | 7/18/2018 | 132131204-1286 | 5/17/2018 | $751.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980972 | $2,104.34 | 7/18/2018 | 132131204-1284 | 5/17/2018 | $21.32 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980972 | $2,104.34 | 7/18/2018 | 132131203-1283 | 5/17/2018 | $639.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980972 | $2,104.34 | 7/18/2018 | 132131203-1281 | 5/17/2018 | $17.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980972 | $2,104.34 | 7/18/2018 | 132131201-1280 | 5/17/2018 | $1,215.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980972 | $2,104.34 | 7/18/2018 | 132131201-1278 | 5/17/2018 | $32.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980972 | $2,104.34 | 7/18/2018 | 132098675-1274 | 4/3/2018 | $46,703.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984322 | $3,992.41 | 7/25/2018 | 132132989-1296 | 5/21/2018 | $16.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005753 | $46,265.20 | 9/11/2018 | 132169127-5465 | 7/9/2018 | $23.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009471 | $14,569.09 | 9/18/2018 | 132178266 | 7/23/2018 | $120.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009471 | $14,569.09 | 9/18/2018 | 132178265 | 7/23/2018 | $80.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009471 | $14,569.09 | 9/18/2018 | 132175251 | 7/18/2018 | $120.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009471 | $14,569.09 | 9/18/2018 | 132175247-5482 | 7/18/2018 | $2,316.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009471 | $14,569.09 | 9/18/2018 | 132175247-5480 | 7/18/2018 | $63.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009471 | $14,569.09 | 9/18/2018 | 132175246-5479 | 7/18/2018 | $10,565.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009471 | $14,569.09 | 9/18/2018 | 132175246-5477 | 7/18/2018 | $291.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009471 | $14,569.09 | 9/18/2018 | 132175245-5476 | 7/18/2018 | $240.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009471 | $14,569.09 | 9/18/2018 | 132175245-5474 | 7/18/2018 | $23.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005753 | $46,265.20 | 9/11/2018 | 132172612-5473 | 7/13/2018 | $22.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005753 | $46,265.20 | 9/11/2018 | 132172612-5471 | 7/13/2018 | $0.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005753 | $46,265.20 | 9/11/2018 | 132171659-5470 | 7/12/2018 | $38.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998863 | $3,129.19 | 8/28/2018 | 132144011-1308 | 6/5/2018 | $23.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005753 | $46,265.20 | 9/11/2018 | 132169127-5467 | 7/9/2018 | $159.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009471 | $14,569.09 | 9/18/2018 | 132178267 | 7/23/2018 | $1,136.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005753 | $46,265.20 | 9/11/2018 | 132167524 | 7/6/2018 | $46,703.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005753 | $46,265.20 | 9/11/2018 | 132155684-5464 | 6/20/2018 | $138.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005753 | $46,265.20 | 9/11/2018 | 132154767-5462 | 6/19/2018 | $23.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005753 | $46,265.20 | 9/11/2018 | 132117842-5460 | 4/30/2018 | $267.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998863 | $3,129.19 | 8/28/2018 | 132161909-1321 | 6/28/2018 | $39.28 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998863 | $3,129.19 | 8/28/2018 | 132161909-1320 | 6/28/2018 | $46.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998863 | $3,129.19 | 8/28/2018 | 132161908-1318 | 6/28/2018 | $3,702.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998863 | $3,129.19 | 8/28/2018 | 132161908-1316 | 6/28/2018 | $138.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998863 | $3,129.19 | 8/28/2018 | 132161907 | 6/28/2018 | $80.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998863 | $3,129.19 | 8/28/2018 | 132160950 | 6/27/2018 | $120.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998863 | $3,129.19 | 8/28/2018 | 132160947-1315 | 6/27/2018 | $80.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998863 | $3,129.19 | 8/28/2018 | 132160947-1313 | 6/27/2018 | $23.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005753 | $46,265.20 | 9/11/2018 | 132171659-5469 | 7/12/2018 | $69.12 |

**Totals:** 7 transfer(s), $71,592.08