**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **VIP III, L.L.C.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174763 | $4,391.50 | 10/9/2018 | 0000092518-93609 | 9/25/2018 | $156.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174763 | $4,391.50 | 10/9/2018 | 0000092518-93608 | 9/25/2018 | $4,235.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173419 | $4,391.50 | 9/5/2018 | 0000082618-93607 | 8/26/2018 | $156.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173419 | $4,391.50 | 9/5/2018 | 0000082618-93606 | 8/26/2018 | $4,235.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172045 | $4,391.50 | 8/7/2018 | 0000072618-93605 | 7/26/2018 | $156.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172045 | $4,391.50 | 8/7/2018 | 0000072618-93604 | 7/26/2018 | $4,235.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 126947 | $454.95 | 10/11/2018 | 98429 | 9/24/2018 | $454.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 124803 | $454.95 | 9/6/2018 | 98047 | 8/22/2018 | $454.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 122517 | $454.95 | 8/9/2018 | 97450 | 7/23/2018 | $454.95 |

**Totals:**    6 transfer(s),    $14,539.35

VIP III, L.L.C. (2219992)  
Bankruptcy Case: Sears Holdings Corporation, et al.  
Jan 27, 2020      Exhibit A      P. 1