**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant: **Westport Corporation**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991287 | $2,487.85 | 8/10/2018 | 3340382 | 6/26/2018 | $16.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998913 | $17,126.55 | 8/28/2018 | 3331811 | 5/30/2018 | $768.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987782 | $9,627.11 | 8/1/2018 | 3329213 | 5/22/2018 | $1,365.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987782 | $9,627.11 | 8/1/2018 | 3329215 | 5/22/2018 | $696.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987782 | $9,627.11 | 8/1/2018 | 3329220 | 5/22/2018 | $653.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987782 | $9,627.11 | 8/1/2018 | 3329221 | 5/22/2018 | $191.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987782 | $9,627.11 | 8/1/2018 | 3329222 | 5/22/2018 | $455.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987782 | $9,627.11 | 8/1/2018 | 3329223 | 5/22/2018 | $63.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991287 | $2,487.85 | 8/10/2018 | 3314339-2165 | 4/24/2018 | $16.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991287 | $2,487.85 | 8/10/2018 | 3314341-2168 | 4/24/2018 | $21.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991287 | $2,487.85 | 8/10/2018 | 3329212 | 5/22/2018 | $1,023.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991287 | $2,487.85 | 8/10/2018 | 3329214 | 5/22/2018 | $234.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991287 | $2,487.85 | 8/10/2018 | 3329216 | 5/22/2018 | $458.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987782 | $9,627.11 | 8/1/2018 | 3325857 | 5/15/2018 | $73.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991287 | $2,487.85 | 8/10/2018 | 3329219 | 5/22/2018 | $692.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987782 | $9,627.11 | 8/1/2018 | 3325856 | 5/15/2018 | $574.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995539 | $9,732.14 | 8/17/2018 | 3314339-2167 | 4/24/2018 | $16.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995539 | $9,732.14 | 8/17/2018 | 3317130-2170 | 4/30/2018 | $48.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995539 | $9,732.14 | 8/17/2018 | 3329407 | 5/24/2018 | $7,079.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995539 | $9,732.14 | 8/17/2018 | 3329690 | 5/25/2018 | $232.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995539 | $9,732.14 | 8/17/2018 | 3331893 | 5/30/2018 | $350.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995539 | $9,732.14 | 8/17/2018 | 3331894 | 5/30/2018 | $461.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995539 | $9,732.14 | 8/17/2018 | 3331895 | 5/30/2018 | $113.52 |

Westport Corporation (2191010)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                              Exhibit A                                              P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995539 | $9,732.14 | 8/17/2018 | 3331896 | 5/30/2018 | $464.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995539 | $9,732.14 | 8/17/2018 | 3331897 | 5/30/2018 | $456.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995539 | $9,732.14 | 8/17/2018 | 3333624 | 6/6/2018 | $693.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995539 | $9,732.14 | 8/17/2018 | 3333627 | 6/6/2018 | $670.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995539 | $9,732.14 | 8/17/2018 | 3333629 | 6/6/2018 | $55.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981025 | $19,728.96 | 7/18/2018 | 3297661-2162 | 3/20/2018 | $16.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991287 | $2,487.85 | 8/10/2018 | 3329218 | 5/22/2018 | $115.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984375 | $37,328.54 | 7/25/2018 | 3319547-2172 | 5/7/2018 | $36.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981025 | $19,728.96 | 7/18/2018 | 3314707 | 4/26/2018 | $682.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981025 | $19,728.96 | 7/18/2018 | 3314708 | 4/26/2018 | $16,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981025 | $19,728.96 | 7/18/2018 | 3317121 | 4/30/2018 | $143.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981025 | $19,728.96 | 7/18/2018 | 3317128 | 4/30/2018 | $682.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981025 | $19,728.96 | 7/18/2018 | 3317131 | 4/30/2018 | $682.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981025 | $19,728.96 | 7/18/2018 | 3317132 | 4/30/2018 | $682.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981025 | $19,728.96 | 7/18/2018 | 3317133 | 4/30/2018 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981025 | $19,728.96 | 7/18/2018 | 3319738 | 5/7/2018 | $682.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984375 | $37,328.54 | 7/25/2018 | 3308530-2163 | 4/10/2018 | $16.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984375 | $37,328.54 | 7/25/2018 | 3319542 | 5/7/2018 | $15,057.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984375 | $37,328.54 | 7/25/2018 | 3319543 | 5/7/2018 | $19,971.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984375 | $37,328.54 | 7/25/2018 | 3319544 | 5/7/2018 | $32.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987782 | $9,627.11 | 8/1/2018 | 3325859 | 5/15/2018 | $732.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984375 | $37,328.54 | 7/25/2018 | 3319546 | 5/7/2018 | $286.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998913 | $17,126.55 | 8/28/2018 | 3331812 | 5/30/2018 | $64.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984375 | $37,328.54 | 7/25/2018 | 3319547-2174 | 5/7/2018 | $517.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984375 | $37,328.54 | 7/25/2018 | 3319548 | 5/7/2018 | $78.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984375 | $37,328.54 | 7/25/2018 | 3319549 | 5/7/2018 | $55.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984375 | $37,328.54 | 7/25/2018 | 3325850 | 5/15/2018 | $574.08 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984375 | $37,328.54 | 7/25/2018 | 3325858 | 5/15/2018 | $34.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984375 | $37,328.54 | 7/25/2018 | 3325860 | 5/15/2018 | $873.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987782 | $9,627.11 | 8/1/2018 | 3319541 | 5/7/2018 | $1,024.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987782 | $9,627.11 | 8/1/2018 | 3324985 | 5/14/2018 | $456.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987782 | $9,627.11 | 8/1/2018 | 3325851 | 5/15/2018 | $682.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987782 | $9,627.11 | 8/1/2018 | 3325852 | 5/15/2018 | $1,023.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987782 | $9,627.11 | 8/1/2018 | 3325853 | 5/15/2018 | $1,365.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987782 | $9,627.11 | 8/1/2018 | 3325854 | 5/15/2018 | $113.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987782 | $9,627.11 | 8/1/2018 | 3325855 | 5/15/2018 | $227.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984375 | $37,328.54 | 7/25/2018 | 3319545 | 5/7/2018 | $32.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009528 | $30,410.54 | 9/18/2018 | 3340378 | 6/26/2018 | $47.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998913 | $17,126.55 | 8/28/2018 | 3331810 | 5/30/2018 | $10,907.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005801 | $4,370.90 | 9/11/2018 | 3338777 | 6/20/2018 | $806.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005801 | $4,370.90 | 9/11/2018 | 3339244 | 6/22/2018 | $571.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005801 | $4,370.90 | 9/11/2018 | 3340380 | 6/26/2018 | $458.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009528 | $30,410.54 | 9/18/2018 | 3338267 | 6/19/2018 | $12,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009528 | $30,410.54 | 9/18/2018 | 3338268 | 6/19/2018 | $64.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009528 | $30,410.54 | 9/18/2018 | 3338271 | 6/19/2018 | $635.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009528 | $30,410.54 | 9/18/2018 | 3338272 | 6/19/2018 | $102.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009528 | $30,410.54 | 9/18/2018 | 3340264 | 6/25/2018 | $113.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009528 | $30,410.54 | 9/18/2018 | 3340329 | 6/26/2018 | $123.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009528 | $30,410.54 | 9/18/2018 | 3340330 | 6/26/2018 | $445.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009528 | $30,410.54 | 9/18/2018 | 3340331 | 6/26/2018 | $14,720.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005801 | $4,370.90 | 9/11/2018 | 3338775 | 6/20/2018 | $227.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009528 | $30,410.54 | 9/18/2018 | 3340377 | 6/26/2018 | $581.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005801 | $4,370.90 | 9/11/2018 | 3338774 | 6/20/2018 | $118.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009528 | $30,410.54 | 9/18/2018 | 3340379 | 6/26/2018 | $347.76 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009528 | $30,410.54 | 9/18/2018 | 3340381 | 6/26/2018 | $342.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009528 | $30,410.54 | 9/18/2018 | 3340383 | 6/26/2018 | $113.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013382 | $3,095.28 | 9/25/2018 | 3341611 | 6/29/2018 | $347.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013382 | $3,095.28 | 9/25/2018 | 3341612 | 6/29/2018 | $237.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013382 | $3,095.28 | 9/25/2018 | 3343596 | 7/3/2018 | $464.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013382 | $3,095.28 | 9/25/2018 | 3343597 | 7/3/2018 | $64.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013382 | $3,095.28 | 9/25/2018 | 3343598 | 7/3/2018 | $237.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013382 | $3,095.28 | 9/25/2018 | 3343600 | 7/3/2018 | $105.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013382 | $3,095.28 | 9/25/2018 | 3343603 | 7/3/2018 | $558.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013382 | $3,095.28 | 9/25/2018 | 3344542 | 7/10/2018 | $574.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013382 | $3,095.28 | 9/25/2018 | 3344544 | 7/10/2018 | $32.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013382 | $3,095.28 | 9/25/2018 | 3344546 | 7/10/2018 | $558.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009528 | $30,410.54 | 9/18/2018 | 3340332 | 6/26/2018 | $16.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998913 | $17,126.55 | 8/28/2018 | 3335575 | 6/11/2018 | $118.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998913 | $17,126.55 | 8/28/2018 | 3331813 | 5/30/2018 | $32.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998913 | $17,126.55 | 8/28/2018 | 3331814 | 5/30/2018 | $529.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998913 | $17,126.55 | 8/28/2018 | 3331815 | 5/30/2018 | $107.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998913 | $17,126.55 | 8/28/2018 | 3331816 | 5/30/2018 | $76.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998913 | $17,126.55 | 8/28/2018 | 3333620 | 6/6/2018 | $113.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998913 | $17,126.55 | 8/28/2018 | 3333621 | 6/6/2018 | $229.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998913 | $17,126.55 | 8/28/2018 | 3333622 | 6/6/2018 | $229.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998913 | $17,126.55 | 8/28/2018 | 3333623 | 6/6/2018 | $459.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998913 | $17,126.55 | 8/28/2018 | 3333625 | 6/6/2018 | $347.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998913 | $17,126.55 | 8/28/2018 | 3333626 | 6/6/2018 | $32.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998913 | $17,126.55 | 8/28/2018 | 3333628-2175 | 6/6/2018 | $35.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998913 | $17,126.55 | 8/28/2018 | 3333628-2177 | 6/6/2018 | $932.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005801 | $4,370.90 | 9/11/2018 | 3338776 | 6/20/2018 | $1,149.60 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998913 | $17,126.55 | 8/28/2018 | 3335569 | 6/11/2018 | $1,156.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013382 | $3,095.28 | 9/25/2018 | 3344547 | 7/10/2018 | $73.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998913 | $17,126.55 | 8/28/2018 | 3335577 | 6/11/2018 | $34.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998913 | $17,126.55 | 8/28/2018 | 3335578 | 6/11/2018 | $884.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002412 | $2,207.91 | 9/4/2018 | 3335571 | 6/11/2018 | $113.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002412 | $2,207.91 | 9/4/2018 | 3335572 | 6/11/2018 | $345.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002412 | $2,207.91 | 9/4/2018 | 3335573 | 6/11/2018 | $232.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002412 | $2,207.91 | 9/4/2018 | 3335576 | 6/11/2018 | $68.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002412 | $2,207.91 | 9/4/2018 | 3335579 | 6/11/2018 | $902.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002412 | $2,207.91 | 9/4/2018 | 3338773 | 6/20/2018 | $577.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005801 | $4,370.90 | 9/11/2018 | 3329217-4350 | 5/22/2018 | $16.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005801 | $4,370.90 | 9/11/2018 | 3338266 | 6/19/2018 | $32.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005801 | $4,370.90 | 9/11/2018 | 3338269 | 6/19/2018 | $107.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005801 | $4,370.90 | 9/11/2018 | 3338270 | 6/19/2018 | $456.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005801 | $4,370.90 | 9/11/2018 | 3338772 | 6/20/2018 | $461.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998913 | $17,126.55 | 8/28/2018 | 3333630 | 6/6/2018 | $115.00 |

Totals:    10 transfer(s),    $136,115.78