**ask** ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **WEX Inc. dba WEX Bank** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914744 | $12,916.55 | 9/14/2018 | 55834155 | 9/6/2018 | $12,916.55 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914331 | $11,780.40 | 8/17/2018 | 55447013 | 8/6/2018 | $11,780.40 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 129073 | $12,496.95 | 10/12/2018 | 56227589 | 10/6/2018 | $12,496.95 |
| **Totals:** | **3 transfer(s),** | | **$37,193.90** | | | | |

WEX Inc. dba WEX Bank (2219221)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jan 27, 2020

Exhibit A

P. 1