**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **White Mountain Tissue, LLC dba Gorham Paper and Tissue** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981031 | $126,580.77 | 7/18/2018 | 8059001 | 6/7/2018 | $18,530.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991291 | $73,112.07 | 8/10/2018 | 8058001 | 7/26/2018 | $20,400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987785 | $32,213.17 | 8/1/2018 | 8066001 | 6/18/2018 | $16,661.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987785 | $32,213.17 | 8/1/2018 | 8057001 | 6/7/2018 | $15,559.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984380 | $55,564.37 | 7/25/2018 | 8064001 | 6/14/2018 | $26,016.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984380 | $55,564.37 | 7/25/2018 | 8063001 | 6/14/2018 | $1,228.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984380 | $55,564.37 | 7/25/2018 | 8062001 | 6/8/2018 | $14,169.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981031 | $126,580.77 | 7/18/2018 | 8048001 | 6/1/2018 | $14,169.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981031 | $126,580.77 | 7/18/2018 | 8061001 | 6/7/2018 | $18,946.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991291 | $73,112.07 | 8/10/2018 | 8067001 | 6/20/2018 | $10,368.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981031 | $126,580.77 | 7/18/2018 | 8056B001 | 6/7/2018 | $17,284.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981031 | $126,580.77 | 7/18/2018 | 80544001 | 6/6/2018 | $3,778.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981031 | $126,580.77 | 7/18/2018 | 8054-2001 | 6/6/2018 | $14,960.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981031 | $126,580.77 | 7/18/2018 | 8053001 | 6/6/2018 | $14,169.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981031 | $126,580.77 | 7/18/2018 | 8050001 | 6/1/2018 | $14,169.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981031 | $126,580.77 | 7/18/2018 | 8049001-8366 | 6/5/2018 | $10,880.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981031 | $126,580.77 | 7/18/2018 | 8049001-8364 | 6/5/2018 | $375.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984380 | $55,564.37 | 7/25/2018 | 8055001 | 6/6/2018 | $14,169.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995543 | $24,537.60 | 8/17/2018 | 8074001 | 7/3/2018 | $14,169.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013387 | $30,257.40 | 9/25/2018 | 8085001 | 7/25/2018 | $19,046.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013387 | $30,257.40 | 9/25/2018 | 8076001 | 7/26/2018 | $11,256.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011333 | $11,240.83 | 9/20/2018 | 8078001 | 7/30/2018 | $11,256.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009533 | $24,012.80 | 9/18/2018 | 8083001 | 7/31/2018 | $6,003.20 |

White Mountain Tissue, LLC dba Gorham Paper and Tissue (2219195)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009533 | $24,012.80 | 9/18/2018 | 8080001 | 7/27/2018 | $9,380.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009533 | $24,012.80 | 9/18/2018 | 8079001 | 7/27/2018 | $8,629.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008641 | $750.40 | 9/17/2018 | 8077001 | 7/25/2018 | $750.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991291 | $73,112.07 | 8/10/2018 | 8060001 | 7/26/2018 | $17,284.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007888 | $2,542.87 | 9/14/2018 | 8069001 | 6/26/2018 | $1,209.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991291 | $73,112.07 | 8/10/2018 | 8065001 | 6/18/2018 | $2,592.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995543 | $24,537.60 | 8/17/2018 | 8071001 | 6/29/2018 | $10,368.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993402 | $42,470.35 | 8/15/2018 | 9072001 | 6/29/2018 | $14,169.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993402 | $42,470.35 | 8/15/2018 | 8075001 | 6/29/2018 | $14,169.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993402 | $42,470.35 | 8/15/2018 | 8073001 | 6/29/2018 | $14,169.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991291 | $73,112.07 | 8/10/2018 | 8070001 | 6/20/2018 | $12,117.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991291 | $73,112.07 | 8/10/2018 | 8068001 | 6/21/2018 | $10,368.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014006 | $11,225.81 | 9/26/2018 | 8082001 | 8/2/2018 | $11,256.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007888 | $2,542.87 | 9/14/2018 | 8084001 | 7/27/2018 | $5,065.20 |

Totals:     12 transfer(s),     $434,508.44

White Mountain Tissue, LLC dba Gorham Paper and Tissue (2219195)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jan 27, 2020                                              Exhibit A                                              P. 2