**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **William R. Farnell** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241644 | $1,141.25 | 9/4/2018 | 24453765A-IN | 8/31/2018 | $1,141.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241297 | $2,261.48 | 8/31/2018 | 24416241A-IN | 8/31/2018 | $2,261.48 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239433 | $2,525.21 | 8/21/2018 | 24358574A-IN | 8/20/2018 | $2,525.21 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239222 | $2,183.07 | 8/20/2018 | 24381559A-IN | 8/20/2018 | $2,183.07 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237152 | $1,814.23 | 8/6/2018 | 24326930A-IN | 8/4/2018 | $1,814.23 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236522 | $3,919.61 | 8/2/2018 | 24254225A-IN | 7/27/2018 | $2,199.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236522 | $3,919.61 | 8/2/2018 | 24234867A-IN | 7/20/2018 | $1,720.36 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236294 | $2,092.69 | 8/1/2018 | 24227963A-IN | 8/1/2018 | $2,092.69 |

**Totals:** 7 transfer(s), $15,937.54