**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **William R. Meixner & Sons** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781014648 | $1,500.00 | 9/27/2018 | 201823 | 7/10/2018 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014648 | $1,500.00 | 9/27/2018 | 201822 | 7/10/2018 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014648 | $1,500.00 | 9/27/2018 | 201821 | 7/10/2018 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996809 | $57,200.00 | 8/21/2018 | 201820-1123 | 6/5/2018 | $36,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996809 | $57,200.00 | 8/21/2018 | 201820-1122 | 6/5/2018 | $20,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985021 | $55,330.00 | 7/26/2018 | 201818-1121 | 5/14/2018 | $17,300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985021 | $55,330.00 | 7/26/2018 | 201818-1120 | 5/14/2018 | $2,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985021 | $55,330.00 | 7/26/2018 | 201818-1119 | 5/14/2018 | $35,230.00 |

Totals:    3 transfer(s),    $114,030.00