**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Womble Bond Dickinson (US) LLP fdba Womble Carlyle Sandridge & Rice, LLP**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005823 | $2,485.76 | 9/11/2018 | 4143057 | 6/22/2018 | $256.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005823 | $2,485.76 | 9/11/2018 | 4143056 | 6/22/2018 | $703.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005823 | $2,485.76 | 9/11/2018 | 4143055 | 6/22/2018 | $1,501.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005823 | $2,485.76 | 9/11/2018 | 4143054 | 6/22/2018 | $23.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989809 | $9,610.60 | 8/8/2018 | 4137219 | 5/23/2018 | $6,649.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989809 | $9,610.60 | 8/8/2018 | 4136913 | 5/23/2018 | $1,337.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989809 | $9,610.60 | 8/8/2018 | 4123749 | 5/23/2018 | $641.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989809 | $9,610.60 | 8/8/2018 | 4115963 | 5/23/2018 | $982.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986364 | $6,444.54 | 7/30/2018 | 4131870 | 5/16/2018 | $772.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986364 | $6,444.54 | 7/30/2018 | 4131869 | 5/16/2018 | $4,051.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986364 | $6,444.54 | 7/30/2018 | 4131868 | 5/16/2018 | $1,605.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986364 | $6,444.54 | 7/30/2018 | 4131867 | 5/16/2018 | $15.72 |

Totals:    3 transfer(s),    $18,540.90