**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **World Tech Toys, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987803 | $2,091.42 | 8/1/2018 | 677428 | 5/16/2018 | $1,090.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984401 | $2,364.16 | 7/25/2018 | 5966695000-1 | 5/10/2018 | $18.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002440 | $11,023.43 | 9/4/2018 | 6637995000-1 | 6/20/2018 | $14.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002440 | $11,023.43 | 9/4/2018 | 6610025000-1 | 6/18/2018 | $14.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002440 | $11,023.43 | 9/4/2018 | 6549115000-1 | 6/12/2018 | $27.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002440 | $11,023.43 | 9/4/2018 | 6509685000-1 | 6/11/2018 | $23.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995572 | $3,316.70 | 8/17/2018 | 678193 | 5/31/2018 | $2,287.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995572 | $3,316.70 | 8/17/2018 | 677742 | 5/24/2018 | $1,109.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002440 | $11,023.43 | 9/4/2018 | 678497 | 6/7/2018 | $1,195.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991310 | $2,653.69 | 8/10/2018 | 677155 | 5/9/2018 | $1,029.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002440 | $11,023.43 | 9/4/2018 | 678607-4546 | 6/11/2018 | $392.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987803 | $2,091.42 | 8/1/2018 | 677230 | 5/11/2018 | $1,024.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984401 | $2,364.16 | 7/25/2018 | 676887 | 5/1/2018 | $1,388.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984401 | $2,364.16 | 7/25/2018 | 676886 | 5/1/2018 | $1,070.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984401 | $2,364.16 | 7/25/2018 | 676885 | 5/1/2018 | $1,017.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984401 | $2,364.16 | 7/25/2018 | 676082 | 4/18/2018 | $1,121.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984401 | $2,364.16 | 7/25/2018 | 6100995000-1 | 5/7/2018 | $14.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984401 | $2,364.16 | 7/25/2018 | 6048175000-1 | 4/30/2018 | $14.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984401 | $2,364.16 | 7/25/2018 | 6031715000-1 | 4/30/2018 | $14.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991310 | $2,653.69 | 8/10/2018 | 677743 | 5/24/2018 | $1,715.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009558 | $32,929.76 | 9/18/2018 | 6777375000-1 | 7/3/2018 | $23.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013401 | $11,119.97 | 9/25/2018 | 679966 | 7/5/2018 | $1,044.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013401 | $11,119.97 | 9/25/2018 | 679201 | 6/20/2018 | $10,114.00 |

World Tech Toys, Inc. (2219287)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020

Exhibit A

P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009558 | $32,929.76 | 9/18/2018 | 8361D006147155B | 3/23/2018 | $1,099.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009558 | $32,929.76 | 9/18/2018 | 679205 | 6/20/2018 | $4,622.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009558 | $32,929.76 | 9/18/2018 | 679204 | 6/20/2018 | $3,605.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009558 | $32,929.76 | 9/18/2018 | 679203 | 6/20/2018 | $6,724.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009558 | $32,929.76 | 9/18/2018 | 679202 | 6/20/2018 | $7,490.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002440 | $11,023.43 | 9/4/2018 | 678231 | 6/1/2018 | $1,842.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009558 | $32,929.76 | 9/18/2018 | 678608 | 6/11/2018 | $5,928.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013401 | $11,119.97 | 9/25/2018 | 6881405000-1 | 7/11/2018 | $23.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009558 | $32,929.76 | 9/18/2018 | 6733625000-1 | 6/29/2018 | $14.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005825 | $53,012.84 | 9/11/2018 | 678867 | 6/14/2018 | $18,012.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005825 | $53,012.84 | 9/11/2018 | 678611 | 6/11/2018 | $5,928.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005825 | $53,012.84 | 9/11/2018 | 678609 | 6/11/2018 | $19,836.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005825 | $53,012.84 | 9/11/2018 | 678606 | 6/11/2018 | $9,348.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005825 | $53,012.84 | 9/11/2018 | 6678525000-1 | 6/25/2018 | $27.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002440 | $11,023.43 | 9/4/2018 | 678610 | 6/11/2018 | $16,872.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002440 | $11,023.43 | 9/4/2018 | 678607-4548 | 6/11/2018 | $656.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009558 | $32,929.76 | 9/18/2018 | 679200 | 6/20/2018 | $3,491.00 |

**Totals:** 8 transfer(s), $118,511.97