**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **YellowDevil LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781007900 | $39,928.87 | 9/14/2018 | 1020 | 7/27/2018 | $39,928.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989814 | $45,899.24 | 8/8/2018 | 1019 | 6/22/2018 | $45,899.24 |
| **Totals:** | | **2 transfer(s),** | **$85,828.11** | | | | |