**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Yes To, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781014654 | $859.91 | 9/27/2018 | 276582 | 8/6/2018 | $994.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014654 | $859.91 | 9/27/2018 | 276151 | 7/31/2018 | $824.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014654 | $859.91 | 9/27/2018 | 275786 | 7/24/2018 | $629.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014654 | $859.91 | 9/27/2018 | 275018 | 7/9/2018 | $1,413.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998945 | $1,462.16 | 8/28/2018 | 274556 | 6/29/2018 | $1,469.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995584 | $9,330.08 | 8/17/2018 | 274410 | 6/28/2018 | $9,330.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993413 | $1,750.99 | 8/15/2018 | 272424 | 5/23/2018 | $1,756.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991320 | $2,135.46 | 8/10/2018 | 274063 | 6/22/2018 | $2,169.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984411 | $1,637.66 | 7/25/2018 | 273221 | 6/8/2018 | $596.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984411 | $1,637.66 | 7/25/2018 | 273220-30522 | 6/8/2018 | $1,046.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984411 | $1,637.66 | 7/25/2018 | 273220-30520 | 6/8/2018 | $31.32 |

Totals:    6 transfer(s),    $17,176.26