**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **YRC Inc. dba YRC Freight** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128859 | $5,521.65 | 8/6/2018 | 756-724825-9-2 | 6/5/2018 | $10.40 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128859 | $5,521.65 | 8/6/2018 | 760-046350-0 | 7/9/2018 | $356.27 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128859 | $5,521.65 | 8/6/2018 | 760-046285-3-2 | 7/9/2018 | $285.51 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128859 | $5,521.65 | 8/6/2018 | 760-046285-3-1 | 7/9/2018 | $303.69 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128859 | $5,521.65 | 8/6/2018 | 760-042023-8-1 | 7/5/2018 | $182.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128859 | $5,521.65 | 8/6/2018 | 760-020402-3-1 | 6/28/2018 | $60.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128920 | $4,836.36 | 8/13/2018 | 766-125890-5 | 7/26/2018 | $221.63 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128859 | $5,521.65 | 8/6/2018 | 756775701-8 | 6/19/2018 | $364.43 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128859 | $5,521.65 | 8/6/2018 | 760-059106-8 | 7/11/2018 | $326.62 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128845 | $2,603.36 | 7/30/2018 | 760-068843-6 | 7/16/2018 | $234.91 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128845 | $2,603.36 | 7/30/2018 | 760-065035-8 | 7/12/2018 | $349.02 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128845 | $2,603.36 | 7/30/2018 | 760-054727-9 | 7/10/2018 | $286.29 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128845 | $2,603.36 | 7/30/2018 | 760-054686-6 | 7/10/2018 | $318.98 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128845 | $2,603.36 | 7/30/2018 | 760-042329-X | 7/9/2018 | $372.88 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128845 | $2,603.36 | 7/30/2018 | 760-042198-9 | 7/6/2018 | $781.39 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128859 | $5,521.65 | 8/6/2018 | 756-782346-7-2 | 6/20/2018 | $18.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128859 | $5,521.65 | 8/6/2018 | 760-072054-7 | 7/16/2018 | $472.42 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128804 | $344.95 | 7/18/2018 | 756-761495-2 | 6/13/2018 | $344.95 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128920 | $4,836.36 | 8/13/2018 | 760-082265-4 | 7/18/2018 | $1,153.66 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128920 | $4,836.36 | 8/13/2018 | 760-082240-7 | 7/18/2018 | $448.78 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128920 | $4,836.36 | 8/13/2018 | 760-071774-1 | 7/17/2018 | $398.37 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128920 | $4,836.36 | 8/13/2018 | 760-046440-2 | 7/9/2018 | $225.07 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128920 | $4,836.36 | 8/13/2018 | 760-046365-0 | 7/9/2018 | $356.27 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128859 | $5,521.65 | 8/6/2018 | 760-054657-2 | 7/10/2018 | $259.89 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128920 | $4,836.36 | 8/13/2018 | 756-775701-8 | 6/19/2018 | $364.43 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128859 | $5,521.65 | 8/6/2018 | 760-054763-6 | 7/10/2018 | $530.26 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128859 | $5,521.65 | 8/6/2018 | 760-071964-9 | 7/17/2018 | $284.65 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128859 | $5,521.65 | 8/6/2018 | 760-068714-3 | 7/16/2018 | $416.91 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128859 | $5,521.65 | 8/6/2018 | 760-067083-6 | 7/12/2018 | $361.09 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128859 | $5,521.65 | 8/6/2018 | 760-062499-3 | 7/11/2018 | $406.94 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128859 | $5,521.65 | 8/6/2018 | 760-059154-4 | 7/11/2018 | $882.57 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128840 | $9,396.59 | 7/30/2018 | 760-041933-X | 7/5/2018 | $403.03 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128920 | $4,836.36 | 8/13/2018 | 760-042140-1 | 7/5/2018 | $1,433.24 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128822 | $3,280.66 | 7/23/2018 | 760-010385-X | 6/25/2018 | $502.98 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128845 | $2,603.36 | 7/30/2018 | 760-042023-8-2 | 7/5/2018 | $259.89 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128840 | $9,396.59 | 7/30/2018 | 756-782082-7 | 6/20/2018 | $320.77 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128840 | $9,396.59 | 7/30/2018 | 756-776397-5 | 6/18/2018 | $409.99 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128840 | $9,396.59 | 7/30/2018 | 756-775729-2 | 6/19/2018 | $382.58 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128840 | $9,396.59 | 7/30/2018 | 756-775667-9 | 6/19/2018 | $267.10 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128840 | $9,396.59 | 7/30/2018 | 756-775644-X | 6/18/2018 | $306.18 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128840 | $9,396.59 | 7/30/2018 | 756-782505-2 | 6/20/2018 | $234.91 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128822 | $3,280.66 | 7/23/2018 | 760-036118-6 | 7/2/2018 | $622.25 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128840 | $9,396.59 | 7/30/2018 | 760-001438-3 | 6/21/2018 | $291.28 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128822 | $3,280.66 | 7/23/2018 | 760-010335-5 | 6/25/2018 | $320.11 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128822 | $3,280.66 | 7/23/2018 | 760-010269-5 | 6/25/2018 | $389.35 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128822 | $3,280.66 | 7/23/2018 | 760-006944-8 | 6/25/2018 | $532.95 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128822 | $3,280.66 | 7/23/2018 | 760-006624-9 | 6/25/2018 | $237.12 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128822 | $3,280.66 | 7/23/2018 | 760-006610-1 | 6/25/2018 | $358.81 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128822 | $3,280.66 | 7/23/2018 | 760-001467-7 | 6/21/2018 | $317.09 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128840 | $9,396.59 | 7/30/2018 | 756-761484-2 | 6/13/2018 | $463.40 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128840 | $9,396.59 | 7/30/2018 | 760-020403-2 | 6/28/2018 | $358.74 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128941 | $4,660.09 | 8/20/2018 | 760-084998-X | 7/30/2018 | $282.20 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128840 | $9,396.59 | 7/30/2018 | 760-041837-7 | 7/5/2018 | $320.61 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128840 | $9,396.59 | 7/30/2018 | 760-038694-4 | 7/3/2018 | $404.46 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128840 | $9,396.59 | 7/30/2018 | 760-038064-7 | 7/2/2018 | $708.69 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128840 | $9,396.59 | 7/30/2018 | 760-036188-2 | 7/5/2018 | $261.64 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128840 | $9,396.59 | 7/30/2018 | 760-029143-7 | 6/29/2018 | $249.90 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128840 | $9,396.59 | 7/30/2018 | 756-782131-2 | 6/20/2018 | $234.91 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128840 | $9,396.59 | 7/30/2018 | 760-025681-4 | 6/28/2018 | $275.58 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128840 | $9,396.59 | 7/30/2018 | 760-042273-0 | 7/5/2018 | $693.47 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128840 | $9,396.59 | 7/30/2018 | 760-020402-3-2 | 6/28/2018 | $783.03 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128840 | $9,396.59 | 7/30/2018 | 760-020396-9 | 6/28/2018 | $312.88 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128840 | $9,396.59 | 7/30/2018 | 760-020395-X | 6/28/2018 | $551.23 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128840 | $9,396.59 | 7/30/2018 | 760-006615-7 | 6/25/2018 | $270.81 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128840 | $9,396.59 | 7/30/2018 | 760-001524-5 | 6/21/2018 | $244.06 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128840 | $9,396.59 | 7/30/2018 | 760-001507-0 | 6/21/2018 | $264.88 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128840 | $9,396.59 | 7/30/2018 | 760-029097-9 | 6/29/2018 | $382.46 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128997 | $3,471.54 | 9/17/2018 | 766-190528-3 | 8/15/2018 | $457.84 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 129010 | $2,217.67 | 9/21/2018 | 482-156411-9-3 | 8/9/2018 | $75.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128997 | $3,471.54 | 9/17/2018 | 766-831968-6 | 8/13/2018 | $832.01 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128997 | $3,471.54 | 9/17/2018 | 766-217163-X | 8/24/2018 | $299.03 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128997 | $3,471.54 | 9/17/2018 | 766-217056-7 | 8/24/2018 | $131.75 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128997 | $3,471.54 | 9/17/2018 | 766-208498-7 | 8/22/2018 | $574.49 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128920 | $4,836.36 | 8/13/2018 | 760-094952-0 | 7/23/2018 | $234.91 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128997 | $3,471.54 | 9/17/2018 | 766-196646-1 | 8/16/2018 | $355.96 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 129010 | $2,217.67 | 9/21/2018 | 775-801895-5 | 8/29/2018 | $238.69 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128997 | $3,471.54 | 9/17/2018 | 766-190421-0 | 8/15/2018 | $294.44 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128997 | $3,471.54 | 9/17/2018 | 482-156411-9-2 | 8/9/2018 | $75.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128981 | $1,571.69 | 9/10/2018 | 766-165194-4 | 8/8/2018 | $203.07 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128981 | $1,571.69 | 9/10/2018 | 766-155146-9 | 8/3/2018 | $335.90 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128981 | $1,571.69 | 9/10/2018 | 766-141598-5 | 7/31/2018 | $294.77 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128981 | $1,571.69 | 9/10/2018 | 766-141543-5 | 7/31/2018 | $247.79 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128997 | $3,471.54 | 9/17/2018 | 766-206654-3 | 8/20/2018 | $451.02 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 129023 | $1,721.97 | 10/1/2018 | 775-829403-8 | 9/4/2018 | $676.91 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 129074 | $503.65 | 10/12/2018 | 775-849443-X | 9/11/2018 | $226.45 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 129045 | $2,233.85 | 10/9/2018 | 775-856285-X | 9/14/2018 | $429.05 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 129045 | $2,233.85 | 10/9/2018 | 775-849334-9 | 9/11/2018 | $203.52 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 129045 | $2,233.85 | 10/9/2018 | 775-841352-5 | 9/7/2018 | $448.26 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 129045 | $2,233.85 | 10/9/2018 | 775-815843-5 | 8/30/2018 | $871.83 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 129045 | $2,233.85 | 10/9/2018 | 755-849392-6 | 9/11/2018 | $281.19 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 129010 | $2,217.67 | 9/21/2018 | 766-206593-9 | 8/20/2018 | $315.72 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 129023 | $1,721.97 | 10/1/2018 | 775-831515-8 | 9/5/2018 | $424.53 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 129010 | $2,217.67 | 9/21/2018 | 766-217126-3 | 8/24/2018 | $219.71 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 129023 | $1,721.97 | 10/1/2018 | 775-824779-1 | 8/31/2018 | $255.52 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 129010 | $2,217.67 | 9/21/2018 | 775-836643-6 | 9/5/2018 | $314.87 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 129010 | $2,217.67 | 9/21/2018 | 775-825188-X | 8/31/2018 | $122.12 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 129010 | $2,217.67 | 9/21/2018 | 775-809349-9 | 8/27/2018 | $211.64 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 129010 | $2,217.67 | 9/21/2018 | 775-809280-1 | 8/27/2018 | $719.92 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128969 | $3,310.83 | 9/4/2018 | 766-185687-4 | 8/14/2018 | $801.70 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 129023 | $1,721.97 | 10/1/2018 | 775-838241-3 | 9/6/2018 | $365.01 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128941 | $4,660.09 | 8/20/2018 | 766-127879-7 | 7/26/2018 | $347.28 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128981 | $1,571.69 | 9/10/2018 | 766-141484-9 | 7/31/2018 | $490.16 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128952 | $5,846.78 | 8/27/2018 | 766-118666-2 | 8/2/2018 | $680.60 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128952 | $5,846.78 | 8/27/2018 | 755-902148-6 | 8/3/2018 | $361.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128941 | $4,660.09 | 8/20/2018 | 766-145892-1 | 8/1/2018 | $278.75 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128941 | $4,660.09 | 8/20/2018 | 766-145824-3 | 8/1/2018 | $276.37 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128941 | $4,660.09 | 8/20/2018 | 766-141516-X | 7/31/2018 | $247.90 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128952 | $5,846.78 | 8/27/2018 | 766-131942-3 | 7/30/2018 | $654.49 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128941 | $4,660.09 | 8/20/2018 | 766-131964-3 | 7/30/2018 | $590.73 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128952 | $5,846.78 | 8/27/2018 | 766-137016-0 | 7/30/2018 | $873.03 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128941 | $4,660.09 | 8/20/2018 | 766-123890-3 | 7/27/2018 | $387.53 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128941 | $4,660.09 | 8/20/2018 | 766-122800-4 | 7/25/2018 | $229.91 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128941 | $4,660.09 | 8/20/2018 | 766-120470-2 | 7/24/2018 | $268.98 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128941 | $4,660.09 | 8/20/2018 | 760-098998-2 | 7/27/2018 | $768.45 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128941 | $4,660.09 | 8/20/2018 | 760-096644-2 | 7/24/2018 | $364.32 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128941 | $4,660.09 | 8/20/2018 | 760-096597-5 | 7/24/2018 | $264.01 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128941 | $4,660.09 | 8/20/2018 | 766-138969-5 | 7/30/2018 | $353.66 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128952 | $5,846.78 | 8/27/2018 | 766-155138-6 | 8/3/2018 | $353.09 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 129074 | $503.65 | 10/12/2018 | 775-863659-6 | 9/14/2018 | $277.20 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128969 | $3,310.83 | 9/4/2018 | 766-181377-2 | 8/14/2018 | $211.64 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128969 | $3,310.83 | 9/4/2018 | 766-178563-0 | 8/15/2018 | $494.87 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128969 | $3,310.83 | 9/4/2018 | 766-175026-6 | 8/9/2018 | $348.53 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128969 | $3,310.83 | 9/4/2018 | 482-156411-9-1 | 8/9/2018 | $1,198.44 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128954 | $1,345.88 | 8/27/2018 | 766-156944-4 | 8/3/2018 | $205.49 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128952 | $5,846.78 | 8/27/2018 | 766-131929-5 | 7/30/2018 | $132.20 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128954 | $1,345.88 | 8/27/2018 | 766-145930-7 | 8/2/2018 | $878.71 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128969 | $3,310.83 | 9/4/2018 | 766-194963-1 | 8/16/2018 | $255.65 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128952 | $5,846.78 | 8/27/2018 | 766-145941-7 | 8/2/2018 | $247.92 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128952 | $5,846.78 | 8/27/2018 | 766-145707-X | 8/1/2018 | $244.80 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128952 | $5,846.78 | 8/27/2018 | 766-142659-0 | 7/31/2018 | $658.49 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128952 | $5,846.78 | 8/27/2018 | 766-141527-X | 7/31/2018 | $706.23 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128952 | $5,846.78 | 8/27/2018 | 766-141501-3 | 7/31/2018 | $629.74 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128952 | $5,846.78 | 8/27/2018 | 766-141490-3 | 7/31/2018 | $305.19 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128954 | $1,345.88 | 8/27/2018 | 766-155863-7 | 8/3/2018 | $261.68 |

**Totals:**    **16 transfer(s),**    **$52,867.52**