# ask LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Zeno Group, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013414 | $15,950.00 | 9/25/2018 | 801020516 | 7/11/2018 | $3,400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013414 | $15,950.00 | 9/25/2018 | 801020513 | 7/11/2018 | $12,550.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998953 | $23,450.00 | 8/28/2018 | 801020111 | 6/8/2018 | $20,050.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998953 | $23,450.00 | 8/28/2018 | 801020110 | 6/8/2018 | $3,400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995593 | $12,550.00 | 8/17/2018 | 801019327 | 4/10/2018 | $12,550.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981062 | $84,450.00 | 7/18/2018 | 801019632 | 5/3/2018 | $81,050.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981062 | $84,450.00 | 7/18/2018 | 801019631 | 5/3/2018 | $3,400.00 |

**Totals:**    **4 transfer(s),    $136,400.00**

Zeno Group, Inc. (2219522)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jan 27, 2020                                Exhibit A                                P. 1