**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant: **ZG Apparel Group LLC**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780992604 | $1,535.52 | 8/14/2018 | 100417-2937 | 6/28/2018 | $387.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982947 | $47.36 | 7/23/2018 | CD3102774ED | 7/11/2018 | $47.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005094 | $57,327.17 | 9/10/2018 | 104834-4832 | 7/24/2018 | $26,509.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005094 | $57,327.17 | 9/10/2018 | 104834-4830 | 7/24/2018 | $1,480.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996202 | $592.00 | 8/20/2018 | 97455-2942 | 5/31/2018 | $296.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996202 | $592.00 | 8/20/2018 | 97454-2941 | 5/31/2018 | $296.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994249 | $7,882.56 | 8/16/2018 | 100084 | 6/20/2018 | $7,882.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992604 | $1,535.52 | 8/14/2018 | 100422 | 6/28/2018 | $371.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992604 | $1,535.52 | 8/14/2018 | 100421 | 6/28/2018 | $371.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992604 | $1,535.52 | 8/14/2018 | 100420 | 6/28/2018 | $371.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005094 | $57,327.17 | 9/10/2018 | 104835-4835 | 7/24/2018 | $33,419.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992604 | $1,535.52 | 8/14/2018 | 100418 | 6/28/2018 | $743.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009574 | $881.28 | 9/18/2018 | 105967 | 7/30/2018 | $1,367.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992604 | $1,535.52 | 8/14/2018 | 100416 | 6/28/2018 | $132.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992604 | $1,535.52 | 8/14/2018 | 100415 | 6/28/2018 | $132.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992604 | $1,535.52 | 8/14/2018 | 100414 | 6/28/2018 | $132.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992604 | $1,535.52 | 8/14/2018 | 100413 | 6/28/2018 | $132.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992604 | $1,535.52 | 8/14/2018 | 100412 | 6/28/2018 | $132.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992604 | $1,535.52 | 8/14/2018 | 100411 | 6/28/2018 | $264.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992604 | $1,535.52 | 8/14/2018 | 100410-2934 | 6/28/2018 | $138.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989818 | $7,344.40 | 8/8/2018 | 100423-2940 | 6/28/2018 | $337.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989818 | $7,344.40 | 8/8/2018 | 100423-2938 | 6/28/2018 | $34.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989818 | $7,344.40 | 8/8/2018 | 100085 | 6/20/2018 | $7,006.72 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780992604 | $1,535.52 | 8/14/2018 | 100419 | 6/28/2018 | $371.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009574 | $881.28 | 9/18/2018 | 98497-4841 | 6/4/2018 | $152.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013415 | $532.00 | 9/25/2018 | 67894-4851 | 8/7/2017 | $76.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013415 | $532.00 | 9/25/2018 | 67893-4850 | 8/7/2017 | $76.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013415 | $532.00 | 9/25/2018 | 67892-4849 | 8/7/2017 | $76.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013415 | $532.00 | 9/25/2018 | 67891-4848 | 8/7/2017 | $76.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013415 | $532.00 | 9/25/2018 | 67890-4847 | 8/7/2017 | $76.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013415 | $532.00 | 9/25/2018 | 67889-4846 | 8/7/2017 | $76.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012672 | $1,231.04 | 9/24/2018 | 105971-4845 | 7/30/2018 | $1,231.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012672 | $1,231.04 | 9/24/2018 | 105971-4843 | 7/30/2018 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011345 | $68,881.92 | 9/20/2018 | 103500 | 7/23/2018 | $39,045.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005094 | $57,327.17 | 9/10/2018 | 104835-4833 | 7/24/2018 | $1,048.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009574 | $881.28 | 9/18/2018 | 98503-4842 | 6/4/2018 | $152.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013415 | $532.00 | 9/25/2018 | 67895-4852 | 8/7/2017 | $76.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009574 | $881.28 | 9/18/2018 | 96046-4840 | 5/14/2018 | $288.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009574 | $881.28 | 9/18/2018 | 96043-4839 | 5/14/2018 | $144.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009574 | $881.28 | 9/18/2018 | 96041-4838 | 5/14/2018 | $288.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009574 | $881.28 | 9/18/2018 | 96040-4837 | 5/14/2018 | $144.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009574 | $881.28 | 9/18/2018 | 96029-4836 | 5/14/2018 | $144.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009574 | $881.28 | 9/18/2018 | 105973 | 7/30/2018 | $1,367.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009574 | $881.28 | 9/18/2018 | 105972 | 7/30/2018 | $1,367.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009574 | $881.28 | 9/18/2018 | 105970 | 7/30/2018 | $1,367.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009574 | $881.28 | 9/18/2018 | 105969 | 7/30/2018 | $1,367.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009574 | $881.28 | 9/18/2018 | 105968 | 7/30/2018 | $2,734.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011345 | $68,881.92 | 9/20/2018 | 103499 | 7/23/2018 | $29,836.80 |

Totals:    10 transfer(s),    $146,255.25