**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **ZIM American Integrated Shipping Services Company, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780994250 | $3,285.00 | 8/16/2018 | ZIMUSNH20014118-86 | 8/2/2018 | $3,285.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999518 | $11,145.00 | 8/29/2018 | DNYC1700031057 | 7/11/2018 | $570.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984415 | $13,380.00 | 7/25/2018 | SSPHJKT8017179 | 7/13/2018 | $9,165.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984415 | $13,380.00 | 7/25/2018 | SSPHJKT8117179 | 7/13/2018 | $4,214.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989056 | $6,726.00 | 8/7/2018 | SSPHJKT8017402-79 | 7/24/2018 | $5,811.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989056 | $6,726.00 | 8/7/2018 | SSPHJKT8117402-80 | 7/24/2018 | $914.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991891 | $6,570.00 | 8/13/2018 | ZIMUSNH20014118-85 | 7/30/2018 | $6,570.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992605 | $9,149.00 | 8/14/2018 | SSPHJKT8016878 | 7/31/2018 | $2,673.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992605 | $9,149.00 | 8/14/2018 | SSPHJKT8017403 | 7/31/2018 | $205.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982264 | $9,030.00 | 7/20/2018 | DNYC1700029965-77 | 6/7/2018 | $420.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992605 | $9,149.00 | 8/14/2018 | SSPHJKT8117403 | 7/31/2018 | $2,289.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982264 | $9,030.00 | 7/20/2018 | DNYC1700029964-76 | 6/7/2018 | $225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995594 | $6,570.00 | 8/17/2018 | ZIMUSNH20014118-87 | 8/3/2018 | $6,570.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996203 | $3,285.00 | 8/20/2018 | ZIMUSNH20014297 | 8/6/2018 | $3,285.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998954 | $13,140.00 | 8/28/2018 | ZIMUSHH30151401-82 | 8/10/2018 | $13,140.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999518 | $11,145.00 | 8/29/2018 | DNYC1700031052 | 7/11/2018 | $810.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999518 | $11,145.00 | 8/29/2018 | DNYC1700031053 | 7/11/2018 | $660.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999518 | $11,145.00 | 8/29/2018 | DNYC1700031054 | 7/11/2018 | $690.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999518 | $11,145.00 | 8/29/2018 | DNYC1700031055 | 7/11/2018 | $660.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981063 | $6,570.00 | 7/18/2018 | ZIMUSHH30147774-81 | 7/6/2018 | $6,570.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992605 | $9,149.00 | 8/14/2018 | SSPHJKT8116878 | 7/31/2018 | $3,980.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982264 | $9,030.00 | 7/20/2018 | DNYC1700029960-67 | 6/7/2018 | $330.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982264 | $9,030.00 | 7/20/2018 | DNYC1700029954 | 6/7/2018 | $660.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982264 | $9,030.00 | 7/20/2018 | DNYC1700029955 | 6/7/2018 | $660.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982264 | $9,030.00 | 7/20/2018 | DNYC1700029956-59 | 6/7/2018 | $405.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982264 | $9,030.00 | 7/20/2018 | DNYC1700029956-60 | 6/7/2018 | $405.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982264 | $9,030.00 | 7/20/2018 | DNYC1700029957-61 | 6/7/2018 | $405.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982264 | $9,030.00 | 7/20/2018 | DNYC1700029957-62 | 6/7/2018 | $405.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982264 | $9,030.00 | 7/20/2018 | DNYC1700029958-63 | 6/7/2018 | $645.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982264 | $9,030.00 | 7/20/2018 | DNYC1700029958-64 | 6/7/2018 | $645.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982264 | $9,030.00 | 7/20/2018 | DNYC1700029965-78 | 6/7/2018 | $420.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982264 | $9,030.00 | 7/20/2018 | DNYC1700029959-66 | 6/7/2018 | $330.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999518 | $11,145.00 | 8/29/2018 | DNYC1700031058 | 7/11/2018 | $480.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982264 | $9,030.00 | 7/20/2018 | DNYC1700029960-68 | 6/7/2018 | $330.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982264 | $9,030.00 | 7/20/2018 | DNYC1700029961-69 | 6/7/2018 | $375.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982264 | $9,030.00 | 7/20/2018 | DNYC1700029961-70 | 6/7/2018 | $375.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982264 | $9,030.00 | 7/20/2018 | DNYC1700029962-71 | 6/7/2018 | $360.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982264 | $9,030.00 | 7/20/2018 | DNYC1700029962-72 | 6/7/2018 | $360.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982264 | $9,030.00 | 7/20/2018 | DNYC1700029963-73 | 6/7/2018 | $360.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982264 | $9,030.00 | 7/20/2018 | DNYC1700029963-74 | 6/7/2018 | $360.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982264 | $9,030.00 | 7/20/2018 | DNYC1700029964-75 | 6/7/2018 | $225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982264 | $9,030.00 | 7/20/2018 | DNYC1700029959-65 | 6/7/2018 | $330.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009575 | $10,560.00 | 9/18/2018 | DNYC1700031708-3596 | 7/30/2018 | $510.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999518 | $11,145.00 | 8/29/2018 | DNYC1700031056 | 7/11/2018 | $630.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009575 | $10,560.00 | 9/18/2018 | DNYC1700031703-3587 | 7/30/2018 | $600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009575 | $10,560.00 | 9/18/2018 | DNYC1700031704-3588 | 7/30/2018 | $600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009575 | $10,560.00 | 9/18/2018 | DNYC1700031704-3589 | 7/30/2018 | $600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009575 | $10,560.00 | 9/18/2018 | DNYC1700031705-3590 | 7/30/2018 | $600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009575 | $10,560.00 | 9/18/2018 | DNYC1700031705-3591 | 7/30/2018 | $600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009575 | $10,560.00 | 9/18/2018 | DNYC1700031706-3592 | 7/30/2018 | $600.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009575 | $10,560.00 | 9/18/2018 | DNYC1700031706-3593 | 7/30/2018 | $600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009575 | $10,560.00 | 9/18/2018 | DNYC1700031702-3585 | 7/30/2018 | $600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009575 | $10,560.00 | 9/18/2018 | DNYC1700031707-3595 | 7/30/2018 | $525.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009575 | $10,560.00 | 9/18/2018 | DNYC1700031702-3584 | 7/30/2018 | $600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009575 | $10,560.00 | 9/18/2018 | DNYC1700031708-3597 | 7/30/2018 | $510.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009575 | $10,560.00 | 9/18/2018 | DNYC1700031709-3598 | 7/30/2018 | $510.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009575 | $10,560.00 | 9/18/2018 | DNYC1700031709-3599 | 7/30/2018 | $510.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009575 | $10,560.00 | 9/18/2018 | DNYC1700032561-3600 | 7/31/2018 | $120.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009575 | $10,560.00 | 9/18/2018 | DNYC1700032561-3601 | 7/31/2018 | $120.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012673 | $3,399.00 | 9/24/2018 | SSPHJKT8017402-3602 | 9/6/2018 | $2,634.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012673 | $3,399.00 | 9/24/2018 | SSPHJKT8117402-3603 | 9/6/2018 | $764.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013416 | $3,288.00 | 9/25/2018 | ZIMUSNH20014809-3604 | 9/7/2018 | $3,288.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009575 | $10,560.00 | 9/18/2018 | DNYC1700031707-3594 | 7/30/2018 | $525.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000974 | $3,285.00 | 8/31/2018 | ZIMUSHH30151401-84 | 8/15/2018 | $3,285.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999518 | $11,145.00 | 8/29/2018 | DNYC1700031059 | 7/11/2018 | $450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999518 | $11,145.00 | 8/29/2018 | DNYC1700031060 | 7/11/2018 | $450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999518 | $11,145.00 | 8/29/2018 | DNYC1700031061 | 7/11/2018 | $450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999518 | $11,145.00 | 8/29/2018 | DNYC1700031062 | 7/11/2018 | $870.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999518 | $11,145.00 | 8/29/2018 | DNYC1700031063 | 7/11/2018 | $420.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999518 | $11,145.00 | 8/29/2018 | DNYC1700031064 | 7/11/2018 | $720.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999518 | $11,145.00 | 8/29/2018 | ZIMUSHH30151401-83 | 8/13/2018 | $3,285.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000167 | $2,310.00 | 8/30/2018 | DNYC1700031095 | 7/12/2018 | $750.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009575 | $10,560.00 | 9/18/2018 | DNYC1700031703-3586 | 7/30/2018 | $600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000167 | $2,310.00 | 8/30/2018 | DNYC1700031097 | 7/12/2018 | $840.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014022 | $3,288.00 | 9/26/2018 | ZIMUSNH20014809-3605 | 9/10/2018 | $3,288.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003052 | $5,623.00 | 9/5/2018 | ZIMUSNH20014617 | 8/20/2018 | $5,623.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006428 | $12,548.00 | 9/12/2018 | SSPHJKT8018118 | 8/27/2018 | $2,120.78 |

ZIM American Integrated Shipping Services Company, LLC (2191782)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006428 | $12,548.00 | 9/12/2018 | SSPHJKT8018607 | 8/27/2018 | $56.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006428 | $12,548.00 | 9/12/2018 | SSPHJKT8019291 | 8/27/2018 | $2,495.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006428 | $12,548.00 | 9/12/2018 | SSPHJKT8118118 | 8/27/2018 | $4,605.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006428 | $12,548.00 | 9/12/2018 | SSPHJKT8118607 | 8/27/2018 | $3,270.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009575 | $10,560.00 | 9/18/2018 | DNYC1700031701-3582 | 7/30/2018 | $615.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009575 | $10,560.00 | 9/18/2018 | DNYC1700031701-3583 | 7/30/2018 | $615.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000167 | $2,310.00 | 8/30/2018 | DNYC1700031096 | 7/12/2018 | $720.00 |

**Totals:** 19 transfer(s),  $133,151.00