**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Knickerbocker Bed Company** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92212 | $8,654.75 | 7/20/2018 | 193572 | 5/16/2018 | $160.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01083 | $7,832.75 | 8/6/2018 | 194487 | 7/2/2018 | $2,522.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05876 | $15,574.25 | 8/14/2018 | 9008 | 8/10/2018 | $706.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05876 | $15,574.25 | 8/14/2018 | 194595 | 7/10/2018 | $5,335.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05876 | $15,574.25 | 8/14/2018 | 194597 | 7/10/2018 | $9,894.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05876 | $15,574.25 | 8/14/2018 | 0000480403-415 | 8/10/2018 | $44.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01083 | $7,832.75 | 8/6/2018 | 194486 | 7/2/2018 | $5,310.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92212 | $8,654.75 | 7/20/2018 | 193571 | 5/16/2018 | $900.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92212 | $8,654.75 | 7/20/2018 | 193579 | 5/16/2018 | $5,100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92212 | $8,654.75 | 7/20/2018 | 193573 | 5/16/2018 | $405.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92212 | $8,654.75 | 7/20/2018 | 193574 | 5/16/2018 | $300.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92212 | $8,654.75 | 7/20/2018 | 193575 | 5/16/2018 | $225.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92212 | $8,654.75 | 7/20/2018 | 193576 | 5/16/2018 | $1,000.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92212 | $8,654.75 | 7/20/2018 | 193577 | 5/16/2018 | $160.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92212 | $8,654.75 | 7/20/2018 | 193578 | 5/16/2018 | $535.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92212 | $8,654.75 | 7/20/2018 | 193570 | 5/16/2018 | $810.00 |

Totals:    3 transfer(s),    $32,061.75