**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Legare Investments, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743408 | $2,689.62 | 10/10/2018 | 1111116-IN | 9/26/2018 | $2,689.62 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742831 | $5,648.71 | 9/10/2018 | 24136988AA-IN | 8/21/2018 | $2,472.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742831 | $5,648.71 | 9/10/2018 | 24093688AA-IN | 8/30/2018 | $3,176.21 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742657 | $4,006.20 | 8/28/2018 | 24303929AA-IN | 8/15/2018 | $4,006.20 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742476 | $5,944.84 | 8/20/2018 | 24224972AD-IN | 8/10/2018 | $5,944.84 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742374 | $2,563.42 | 8/15/2018 | 958606-IN | 7/23/2018 | $2,563.42 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742203 | $2,139.94 | 8/8/2018 | 950347-IN | 7/18/2018 | $2,139.94 |

**Totals:** 6 transfer(s), $22,992.73