**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEARS HOLDINGS CORPORATION, *et al.*,[1] | ) | Case No. 18-23538 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### MONTHLY FEE STATEMENT OF PRIME CLERK LLC, AS ADMINISTRATIVE AGENT TO THE DEBTORS, FOR THE PERIOD FROM DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019

By this monthly fee statement (the "**Statement**"), pursuant to sections 327, 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York (the "**Local Bankruptcy Rules**"), Prime Clerk LLC ("**Prime Clerk**"), administrative agent to the above captioned debtors and debtors in possession (collectively, the "**Debtors**"), hereby seeks compensation and reimbursement for reasonable and necessary fees and expenses incurred for the period from

---

[1]The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

December 1, 2019 through December 31, 2019 (the "**Statement Period**").  In accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 796] (the "**Compensation Order**"), Prime Clerk seeks (i) allowance of reasonable and necessary fees incurred during the Statement Period in an amount equal to $76,064.80 and payment of $60,851.84, which represents 80% of the total amount, and (ii) reimbursement of actual, reasonable and necessary expenses incurred during the Statement Period in an amount equal to $142.55.  In support of the Statement, Prime Clerk respectfully represents as follows:

| | |
|---|---|
| Name of Professional: | Prime Clerk LLC |
| Authorized to Provide Administrative Agent Services to: | Debtors and Debtors in Possession |
| Date of Retention: | November 19, 2018 *nunc pro tunc* to October 15, 2018 |
| Period for which compensation and reimbursement is sought: | December 1, 2019 through December 31, 2019 |
| Amount of compensation sought as actual, reasonable and necessary: | $76,064.80[2] |
| 80% of compensation sought as actual, reasonable and necessary: | $60,851.84 |
| Amount of expense reimbursement sought as actual, reasonable and necessary | $142.55 |

---

[2] In accordance with the Compensation Order, at the expiration of the Objection Deadline (as defined in the Compensation Order), the Debtors are authorized to promptly pay 80% of the fees and 100% of the expenses identified in the Statement to which no Objection (as defined in the Compensation Order) has been served.

## Prior Monthly Statements

| Date Filed; Docket No. | Period Covered | Requested | | Approved | | Holdback (20%) |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | |
| 4/15/19; Docket No. 3193 | 10/15/18 – 11/30/18; 2/1/19 – 3/31/19 | $6,493.55 | $0.00 | $6,493.55 | $0.00 | N/A |
| 5/23/19; Docket No. 4013 | 4/1/19 – 4/30/19 | $2,223.55 | $0.00 | $2,223.55 | $0.00 | N/A |
| 6/28/18; Docket No. 4393 | 5/1/19 – 5/31/19 | $14,577.85 | $0.00 | $14,577.85 | $0.00 | N/A |
| 7/30/19; Docket No. 4654 | 6/1/19 – 6/30/19 | $8,266.65 | $0.00 | $8,266.65 | $0.00 | N/A |
| 8/30/19; Docket No. 5039 | 7/1/19 – 7/31/19 | $207,219.25 | $1,149.47 | $207,219.25 | $1,149.47 | N/A |
| 9/27/19; Docket No. 5245 | 8/1/19 – 8/31/19 | $150,629.50 | $2,160.76 | $150,629.50 | $2,160.76 | N/A |
| 10/30/19; Docket No. 5530 | 9/1/19 – 9/30/19 | $56,787.85 | $1,174.35 | $56,787.85 | $1,174.35 | N/A |
| 11/27/19; Docket No. 6107 | 10/1/19 – 10/31/10 | $31, 623.90 | $316.88 | $31, 623.90 | $316.88 | N/A |
| 12/13/19; Docket No. 6205 | 11/1/19 – 11/30/19 | $109,336.15 (payment of 80% or $87,468.92) | $640.92 | $87,468.92 (80% of $109,336.15) | $640.92 | $21,867.23 |

## Prior Interim Applications

| Date Filed; Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 4/15/19; Docket No. 3196 | 10/15/18 – 2/28/19 | $981.75 | $0.00 | $981.75 | $0.00 |
| 8/14/19; Docket No. 4840 | 3/1/19 – 6/30/19 | $30,579.85 | $0.00 | $30,579.85 | $0.00 |
| 12/13/19; Docket No. 6214 | 7/1/19 – 10/31/10 | $446,260.50 | $4,801.46 | $446,260.50 | $4,801.46 |
| **Total** | | **$477,822.10** | **$4,801.46** | **$477,822.10** | **$4,801.46** |

**Summary of Hours Billed by Prime Clerk Employees During the Statement Period**

| Employee Name | Title | Total Hours | Rate | Total |
|---|---|---|---|---|
| Johnson, Craig | Director of Solicitation | 0.40 | $240.00 | $96.00 |
| Adler, Adam M | Director | 0.40 | $220.00 | $88.00 |
| Malo, David R | Director | 0.20 | $220.00 | $44.00 |
| Weiner, Shira D | Director | 3.90 | $220.00 | $858.00 |
| Brown, Mark M | Solicitation Consultant | 2.60 | $215.00 | $559.00 |
| Carpenter, Mary J | Solicitation Consultant | 2.10 | $215.00 | $451.50 |
| Crowell, Messiah L | Solicitation Consultant | 13.90 | $215.00 | $2,988.50 |
| DePalma, Greg R | Solicitation Consultant | 1.40 | $215.00 | $301.00 |
| Devine-Rader, Margaret M | Solicitation Consultant | 63.80 | $215.00 | $13,717.00 |
| Gomez, Joel J | Solicitation Consultant | 35.30 | $215.00 | $7,589.50 |
| Igboeli, Chukwunonso (Emanuel) U | Solicitation Consultant | 56.00 | $215.00 | $12,040.00 |
| Kesler, Stanislav | Solicitation Consultant | 75.60 | $215.00 | $16,254.00 |
| Korniewicz, Sara A | Solicitation Consultant | 34.00 | $215.00 | $7,310.00 |
| Mercado, Katherine | Solicitation Consultant | 49.60 | $215.00 | $10,664.00 |
| Vyskocil, Ryan J | Solicitation Consultant | 0.30 | $215.00 | $64.50 |
| Zhen, Samantha | Solicitation Consultant | 90.50 | $215.00 | $19,457.50 |
| Allen, Richard M | Director | 60.80 | $210.00 | $12,768.00 |
| Bitman, Oleg | Senior Consultant | 3.30 | $195.00 | $643.50 |
| Porter, Christine C | Senior Consultant | 0.60 | $185.00 | $111.00 |
| Jordan, Stephanie | Consultant | 2.10 | $175.00 | $367.50 |
| Washington, Sedahri K | Consultant | 0.80 | $175.00 | $140.00 |
| Hafez, Nora | Consultant | 7.00 | $155.00 | $1,085.00 |
| Senecal, Brian A | Technology Consultant | 1.80 | $70.00 | $126.00 |
| Gomez, Christine | Technology Consultant | 5.70 | $55.00 | $313.50 |
| Singh, Kevin | Technology Consultant | 8.70 | $55.00 | $478.50 |
| Reyes, Ronald A | Technology Consultant | 3.30 | $45.00 | $148.50 |
| | **TOTAL** | **524.10** | | **$108,664.00[3]** |
| | **BLENDED RATE** | | **$207.33** | |

---

[3] This amount has been discounted to $76,064.80 in accordance with the terms of Prime Clerk's retention. Taking into account this discount, the blended hourly rate is $145.13.

## Summary of Fees Billed by Subject Matter During the Statement Period

| Matter Description | Total Hours | Total |
|---|---|---|
| Ballots | 307.60 | $66,134.00 |
| Call Center / Credit Inquiry | 13.20 | $2,838.00 |
| Corporate Actions | 123.10 | $23,350.50 |
| Disbursements | 74.70 | $15,171.00 |
| Retention / Fee Application | 4.80 | $1,020.00 |
| Solicitation | 0.70 | $150.50 |
| **TOTAL** | **524.10** | **$108,664.00[4]** |

## Summary of Expenses Incurred by Prime Clerk Employee During the Statement Period

| Description | Total |
|---|---|
| After Hours Transportation | $122.55 |
| Overtime Meals | $20.00 |
| **TOTAL** | **$142.55** |

*[Remainder of page intentionally left blank]*

---

[4] This amount has been discounted to $76,064.80 in accordance with the terms of Prime Clerk's retention.

**Jurisdiction**

1.    The United States Bankruptcy Court for the Southern District of New York (the "**Court**") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the Amended Standing Order of Reference of the United States District Court for the Southern District of New York, dated January 31, 2012 (Preska, C.J.). This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. The predicates for the relief requested herein are sections 327, 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and the Local Bankruptcy Rules.

**Background**

2.    On October 15, 2018 (the "**Commencement Date**"), each of the Debtors filed a voluntary petition with the Court under chapter 11 of the Bankruptcy Code. The Debtors are operating their business and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On October 16, 2018, this Court entered an order jointly administering these chapter 11 cases pursuant to Bankruptcy Rule 1015(b). An official committee of unsecured creditors was appointed in these chapter 11 cases on October 24, 2018. On April 22, 2019, the Court entered an order appointing an independent fee examiner [Docket No. 3307].

**Retention of Prime Clerk**

3.    On November 19, 2018, the Court entered the *Order Pursuant to 11 U.S.C. § 327(a), Bankruptcy Rules 2014(a) and 2016(a), and Local Rules 2014-1 and 2016-1 Authorizing Retention and Employment of Prime Clerk LLC as Administrative Agent for the Debtors Nunc Pro Tunc to the Commencement Date* [Docket No. 812], which authorized the Debtors to employ and retain Prime Clerk as administrative agent *nunc pro tunc* to the Commencement Date in these chapter 11 cases.

## **Relief Requested**

4.    Prime Clerk submits this Statement in accordance with the Compensation Order. All services for which Prime Clerk requests compensation were performed for, or on behalf of, the Debtors.

5.    Prime Clerk seeks (i) allowance of reasonable and necessary fees incurred during the Statement Period in the total amount of $76,064.80 and payment of $60,851.84, which represents 80% of the total amount, and (ii) reimbursement of actual, reasonable and necessary expenses incurred during the Statement Period in the amount of $142.55.

6.    Prime Clerk maintains computerized records of the time spent by employees of Prime Clerk in connection with its role as administrative agent to the Debtors.  In that regard, **Exhibit A**: (i) identifies the employee that rendered services in each task category; (ii) describes each service such employee performed; (iii) sets forth the number of hours in increments of one-tenth of an hour spent by each individual providing services; and (iv) as applicable, sets forth the type of expenses incurred.  **Exhibit B** hereto sets forth the type of expenses incurred by each Prime Clerk employee during the Statement Period, if any.  In addition, Prime Clerk's hourly rates are set at a level designed to fairly compensate Prime Clerk for the work of its employees and cover routine overhead expenses.  Hourly rates vary with the experience and seniority of the individuals assigned and are subject to periodic adjustments to reflect economic and other conditions.

7.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of these cases, (b) the time expended, (c) the rates charged for such services, (d) the nature and extent of the services rendered, (e) the value of such services and (f) the costs of comparable services other than in a case under this title.

**Notice**

8.      Pursuant to the Compensation Order, this Statement will be served upon the Notice Parties (as defined in the Compensation Order).  Prime Clerk submits, in light of the relief requested, no other or further notice is necessary.

**Conclusion**

9.      WHEREFORE, pursuant to the Compensation Order, Prime Clerk respectfully requests (i) allowance of reasonable and necessary fees for the Statement Period in the total amount of $76,064.80 and payment of $60,851.84, which represents 80% of the total amount, and (ii) reimbursement of actual, reasonable and necessary expenses incurred during the Statement Period in the amount of $142.55.


Dated: January 30, 2020
       New York, New York                     Prime Clerk LLC


                                              */s/ Shira D. Weiner*
                                              Shira D. Weiner
                                              General Counsel
                                              One Grand Central Place
                                              60 East 42nd Street, Suite 1440
                                              New York, NY 10165
                                              Telephone: (212) 257-5450
                                              Email: sweiner@primeclerk.com

                                              *Administrative Agent to the Debtors*

**<u>Exhibit A</u>**

**Fee Detail**



One Grand Central Place
60 East 42nd Street, Suite 1440
New York, NY 10165

primeclerk.com

## Hourly Fees by Employee through December  2019

| Initial | Employee Name | Title | Hours | Rate | Total |
|---|---|---|---|---|---|
| RAR | Reyes, Ronald A | TC - Technology Consultant | 3.30 | $45.00 | $148.50 |
| CG | Gomez, Christine | TC - Technology Consultant | 5.70 | $55.00 | $313.50 |
| KS | Singh, Kevin | TC - Technology Consultant | 8.70 | $55.00 | $478.50 |
| BAS | Senecal, Brian A | TC - Technology Consultant | 1.80 | $70.00 | $126.00 |
| NHAF | Hafez, Nora | CO - Consultant | 7.00 | $155.00 | $1,085.00 |
| SJ | Jordan, Stephanie | CO - Consultant | 2.10 | $175.00 | $367.50 |
| SKW | Washington, Sedahri K | CO - Consultant | 0.80 | $175.00 | $140.00 |
| CHP | Porter, Christine C | SC - Senior Consultant | 0.60 | $185.00 | $111.00 |
| OB | Bitman, Oleg | SC - Senior Consultant | 3.30 | $195.00 | $643.50 |
| RMA | Allen, Richard M | DI - Director | 60.80 | $210.00 | $12,768.00 |
| MMB | Brown, Mark M | SA - Solicitation Consultant | 2.60 | $215.00 | $559.00 |
| MJCA | Carpenter, Mary J | SA - Solicitation Consultant | 2.10 | $215.00 | $451.50 |
| MLC | Crowell, Messiah L | SA - Solicitation Consultant | 13.90 | $215.00 | $2,988.50 |
| GRD | DePalma, Greg R | SA - Solicitation Consultant | 1.40 | $215.00 | $301.00 |
| MMDR | Devine-Rader, Margaret M | SA - Solicitation Consultant | 63.80 | $215.00 | $13,717.00 |
| JJG | Gomez, Joel J | SA - Solicitation Consultant | 35.30 | $215.00 | $7,589.50 |
| CUI | Igboeli, Chukwunonso (Emanuel) U | SA - Solicitation Consultant | 56.00 | $215.00 | $12,040.00 |
| STK | Kesler, Stanislav | SA - Solicitation Consultant | 75.60 | $215.00 | $16,254.00 |
| SAK | Korniewicz, Sara A | SA - Solicitation Consultant | 34.00 | $215.00 | $7,310.00 |
| KME | Mercado, Katherine | SA - Solicitation Consultant | 49.60 | $215.00 | $10,664.00 |
| RJV | Vyskocil, Ryan J | SA - Solicitation Consultant | 0.30 | $215.00 | $64.50 |
| SZ | Zhen, Samantha | SA - Solicitation Consultant | 90.50 | $215.00 | $19,457.50 |
| AMA | Adler, Adam M | DI - Director | 0.40 | $220.00 | $88.00 |
| DRM | Malo, David R | DI - Director | 0.20 | $220.00 | $44.00 |
| SW | Weiner, Shira D | DI - Director | 3.90 | $220.00 | $858.00 |

Sears Holdings Corporation

Page 2

Invoice #: 11347

| CJ | Johnson, Craig | DS - Director of Solicitation | 0.40 | $240.00 | $96.00 |
|----|----------------|------------------------------|------|---------|--------|
|    |                | **TOTAL:** | **524.10** | | **$108,664.00** |

### Hourly Fees by Task Code through December  2019

| Task Code | Task Code Description | Hours | Total |
|-----------|----------------------|-------|-------|
| BALL | Ballots | 307.60 | $66,134.00 |
| CORP | Corporate Actions | 123.10 | $23,350.50 |
| DISB | Disbursements | 74.70 | $15,171.00 |
| INQR | Call Center / Credit Inquiry | 13.20 | $2,838.00 |
| RETN | Retention / Fee Application | 4.80 | $1,020.00 |
| SOLI | Solicitation | 0.70 | $150.50 |
| | **TOTAL:** | **524.10** | **$108,664.00** |

Sears Holdings Corporation                                                                Page 3

Invoice #: 11347

---

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 12/02/19 | BAS | TC | Technical support for processing opt-out forms | Corporate Actions | 0.20 |
| 12/02/19 | CG | TC | Technical support for exporting opt-out data | Corporate Actions | 0.60 |
| 12/02/19 | CJ | DS | Confer with M. Crowell  (Prime Clerk) re: staffing in connection with processing of administrative expense consent program opt-in/opt-out forms | Corporate Actions | 0.20 |
| 12/02/19 | CJ | DS | Telephone conference call with S. Kesler (Prime Clerk) re: processing of administrative expense consent program opt-in/opt-out forms, the reporting of the results, and timing of distributions | Corporate Actions | 0.20 |
| 12/02/19 | CUI | SA | Process incoming opt in/opt out forms | Corporate Actions | 8.00 |
| 12/02/19 | GRD | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 1.40 |
| 12/02/19 | JJG | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 5.00 |
| 12/02/19 | KME | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 7.80 |
| 12/02/19 | KS | TC | Technical support for processing opt-out forms | Corporate Actions | 1.40 |
| 12/02/19 | MJCA | SA | Quality assurance review of opt out forms | Corporate Actions | 0.40 |
| 12/02/19 | MLC | SA | Conduct quality assurance review of incoming opt-in/opt-out forms | Corporate Actions | 1.90 |
| 12/02/19 | MLC | SA | Confer with Craig Johnson (Prime Clerk) re: staffing for processing of administrative expense consent program opt-in/opt-out forms | Corporate Actions | 0.20 |
| 12/02/19 | MMB | SA | Respond to creditor inquiry related to Plan distributions | Call Center / Credit Inquiry | 0.10 |
| 12/02/19 | MMB | SA | Respond to nominee inquiry related to Plan distributions | Call Center / Credit Inquiry | 0.30 |
| 12/02/19 | MMDR | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 7.80 |
| 12/02/19 | RAR | TC | Technical support for exporting opt-out data | Corporate Actions | 1.70 |
| 12/02/19 | SAK | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 6.50 |
| 12/02/19 | STK | SA | Conduct quality assurance review of incoming administrative expense consent program opt-in/opt-out forms | Corporate Actions | 4.20 |
| 12/02/19 | STK | SA | Create and format preliminary opt in/opt out report for | Corporate | 1.30 |

Sears Holdings Corporation

Page 4

Invoice #: 11347

| | | | | | |
|---|---|---|---|---|---|
| | | | circulation to case professionals | Actions | |
| 12/02/19 | STK | SA | Telephone conference call with C. Johnson (Prime Clerk) re: processing of administrative expense consent program opt-in/opt-out forms, the reporting of the results, and timing of distributions | Corporate Actions | 0.20 |
| 12/02/19 | STK | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 0.90 |
| 12/02/19 | STK | SA | Respond to creditor inquiries related to ongoing administrative claim opt in/opt out | Call Center / Credit Inquiry | 0.80 |
| 12/02/19 | SZ | SA | Review and analyze incoming opt-in/opt-out forms for validity | Corporate Actions | 0.60 |
| 12/02/19 | SZ | SA | Conduct quality assurance review of incoming opt-in/opt-out forms | Corporate Actions | 7.60 |
| 12/03/19 | BAS | TC | Technical support for processing opt-out forms | Corporate Actions | 0.40 |
| 12/03/19 | JJG | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 4.30 |
| 12/03/19 | KME | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 4.20 |
| 12/03/19 | KS | TC | Technical support for processing opt-out forms | Corporate Actions | 0.10 |
| 12/03/19 | MLC | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 3.80 |
| 12/03/19 | MMB | SA | Review correspondence with case team (S. Kesler), debtors' counsel (M. Buschmann at Weil, Gotshal), and nominee related to distributions and administrative expense claims consent program | Disbursements | 0.20 |
| 12/03/19 | MMDR | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 7.50 |
| 12/03/19 | RMA | DI | Confer and correspond with M-III, bank and relevant case team re upcoming disbursement | Disbursements | 3.20 |
| 12/03/19 | SAK | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 4.50 |
| 12/03/19 | STK | SA | Review and respond to inquiry from M. Korycki (M-III) related to administrative expense consent program opt-in/opt-out forms | Corporate Actions | 0.50 |
| 12/03/19 | STK | SA | Conduct quality assurance review of incoming administrative expense consent program opt-in/opt-out forms | Corporate Actions | 4.30 |
| 12/03/19 | STK | SA | Create and format preliminary opt in/opt out report for circulation to case professionals | Corporate Actions | 1.30 |
| 12/03/19 | STK | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 0.50 |
| 12/03/19 | STK | SA | Respond to creditor inquiries related to ongoing administrative claim opt in/opt out | Call Center / Credit Inquiry | 1.50 |
| 12/03/19 | SW | DI | Draft disbursing agent agreement | Disbursements | 0.30 |
| 12/03/19 | SZ | SA | Coordinate and process incoming electronic ballots in | Ballots | 4.70 |

Sears Holdings Corporation

Page 5

Invoice #: 11347

| | | | connection with audit of same | | |
|---|---|---|---|---|---|
| 12/03/19 | SZ | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 3.80 |
| 12/03/19 | SZ | SA | Review and analyze incoming opt-in/opt-out forms for validity | Corporate Actions | 0.50 |
| 12/04/19 | CG | TC | Technical support for exporting opt-out data | Corporate Actions | 0.60 |
| 12/04/19 | CUI | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 8.00 |
| 12/04/19 | JJG | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 5.50 |
| 12/04/19 | KME | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 8.00 |
| 12/04/19 | KS | TC | Technical support for processing opt-out forms | Corporate Actions | 0.60 |
| 12/04/19 | MLC | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 3.60 |
| 12/04/19 | MMB | SA | Review correspondence with case team (S. Kesler), debtors' counsel (M. Buschmann at Weil, Gotshal), and nominee related to distributions and administrative expense claims consent program | Disbursements | 0.10 |
| 12/04/19 | MMB | SA | Respond to creditor inquiry related to Plan distributions | Call Center / Credit Inquiry | 0.20 |
| 12/04/19 | MMDR | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 9.00 |
| 12/04/19 | RMA | DI | Prepare for upcoming disbursement | Disbursements | 1.20 |
| 12/04/19 | SAK | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 8.00 |
| 12/04/19 | STK | SA | Conduct quality assurance review of incoming administrative expense consent program opt-in/opt-out forms | Corporate Actions | 4.00 |
| 12/04/19 | STK | SA | Create and format preliminary opt in/opt out report for circulation to case professionals | Corporate Actions | 1.40 |
| 12/04/19 | STK | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 1.50 |
| 12/04/19 | STK | SA | Respond to creditor inquiries related to ongoing administrative claim opt in/opt out | Call Center / Credit Inquiry | 1.10 |
| 12/04/19 | SZ | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 8.80 |
| 12/04/19 | SZ | SA | Review and analyze incoming opt-in/opt-out forms for validity | Corporate Actions | 0.10 |
| 12/04/19 | SZ | SA | Conduct quality assurance review of incoming opt-in/opt-out forms | Corporate Actions | 1.10 |
| 12/05/19 | CG | TC | Technical support for exporting opt-out data | Corporate Actions | 0.60 |
| 12/05/19 | CUI | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 8.00 |

Sears Holdings Corporation

Page 6

Invoice #: 11347

| | | | | | |
|---|---|---|---|---|---|
| 12/05/19 | JJG | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 8.00 |
| 12/05/19 | KME | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 8.10 |
| 12/05/19 | KS | TC | Technical support for processing opt-out forms | Corporate Actions | 0.10 |
| 12/05/19 | MLC | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 3.20 |
| 12/05/19 | MMB | SA | Review correspondence with case team (S. Kesler), debtors' counsel (A. Hwang, P. DiDonato at Weil, Gotshal), and creditor related to Plan distributions and administrative expense claim consent program | Disbursements | 0.10 |
| 12/05/19 | MMB | SA | Respond to creditor inquiry related to Plan distribution | Call Center / Credit Inquiry | 0.10 |
| 12/05/19 | MMDR | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 8.00 |
| 12/05/19 | RAR | TC | Technical support for exporting opt-out data | Corporate Actions | 1.60 |
| 12/05/19 | SAK | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 7.00 |
| 12/05/19 | STK | SA | Conduct quality assurance review of incoming administrative expense consent program opt-in/opt-out forms | Corporate Actions | 3.40 |
| 12/05/19 | STK | SA | Create and format preliminary opt in/opt out report for circulation to case professionals | Corporate Actions | 1.50 |
| 12/05/19 | STK | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 0.50 |
| 12/05/19 | STK | SA | Respond to creditor inquiries related to ongoing administrative claim opt in/opt out | Call Center / Credit Inquiry | 1.00 |
| 12/05/19 | SW | DI | Draft interim fee application | Retention / Fee Application | 2.30 |
| 12/05/19 | SZ | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 6.90 |
| 12/05/19 | SZ | SA | Conduct quality assurance review of incoming opt-in/opt-out forms | Corporate Actions | 3.10 |
| 12/06/19 | CG | TC | Technical support for exporting opt-out data | Corporate Actions | 0.60 |
| 12/06/19 | CUI | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 8.00 |
| 12/06/19 | JJG | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 2.50 |
| 12/06/19 | KME | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 7.40 |
| 12/06/19 | KS | TC | Technical support for processing opt-out forms | Corporate Actions | 0.10 |
| 12/06/19 | MJCA | SA | Respond to creditor inquiries related to opt-out form | Call Center / Credit Inquiry | 0.90 |

Sears Holdings Corporation                                                                                    Page 7

Invoice #: 11347

| 12/06/19 | MLC | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 0.60 |
|---|---|---|---|---|---|
| 12/06/19 | MMB | SA | Review correspondence with case team (M. Carpenter) and Debtors' counsel (P. DiDonato at Weil, Gotshal) related to administrative expense claim consent program | Corporate Actions | 0.10 |
| 12/06/19 | MMDR | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 7.70 |
| 12/06/19 | RJV | SA | Respond to inquiries related to opt-in/opt-out | Call Center / Credit Inquiry | 0.30 |
| 12/06/19 | RMA | DI | Prepare for upcoming disbursement of administrative claims | Disbursements | 3.40 |
| 12/06/19 | SAK | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 4.90 |
| 12/06/19 | STK | SA | Conduct quality assurance review of incoming administrative expense consent program opt-in/opt-out forms | Corporate Actions | 3.90 |
| 12/06/19 | STK | SA | Create and format preliminary opt in/opt out report for circulation to case professionals | Corporate Actions | 1.20 |
| 12/06/19 | STK | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 0.90 |
| 12/06/19 | STK | SA | Respond to creditor inquiries related to ongoing administrative claim opt in/opt out | Call Center / Credit Inquiry | 0.80 |
| 12/06/19 | SZ | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 1.90 |
| 12/06/19 | SZ | SA | Review and analyze incoming opt-in/opt-out forms for validity | Corporate Actions | 0.20 |
| 12/06/19 | SZ | SA | Conduct quality assurance review of incoming opt-in/opt-out forms | Corporate Actions | 7.10 |
| 12/07/19 | RMA | DI | Prepare for upcoming disbursement of administrative claims | Disbursements | 0.60 |
| 12/08/19 | RMA | DI | Confer and correspond with M-III re upcoming disbursement | Disbursements | 0.30 |
| 12/08/19 | RMA | DI | Prepare check file for upcoming disbursement of administrative claims | Disbursements | 4.70 |
| 12/09/19 | BAS | TC | Technical support for processing opt-out forms | Corporate Actions | 0.20 |
| 12/09/19 | CG | TC | Technical support for exporting opt-out data | Corporate Actions | 0.70 |
| 12/09/19 | CUI | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 8.00 |
| 12/09/19 | KME | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 7.10 |
| 12/09/19 | KS | TC | Technical support for processing opt-out forms | Corporate Actions | 0.10 |
| 12/09/19 | MMDR | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 7.80 |
| 12/09/19 | NHAF | CO | Quality assurance review of disbursement addresses | Disbursements | 2.90 |
| 12/09/19 | OB | SC | Meet with R. Allen re emails and documents related to distributions | Disbursements | 0.10 |

Sears Holdings Corporation

Page 8

Invoice #: 11347

| 12/09/19 | RMA | DI | Confer and correspond with M-III re upcoming disbursement | Disbursements | 0.40 |
|---|---|---|---|---|---|
| 12/09/19 | RMA | DI | Quality assurance review of addresses for upcoming disbursement | Disbursements | 3.20 |
| 12/09/19 | SAK | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 0.40 |
| 12/09/19 | STK | SA | Create and format preliminary opt in/opt out report for circulation to case professionals | Corporate Actions | 1.20 |
| 12/09/19 | STK | SA | Conduct quality assurance review of incoming administrative expense consent program opt-in/opt-out forms | Corporate Actions | 1.40 |
| 12/09/19 | STK | SA | Review and analyze incoming administrative expense consent program opt-in/opt-out forms for validity | Corporate Actions | 0.60 |
| 12/09/19 | SW | DI | Draft monthly fee statement | Retention / Fee Application | 1.30 |
| 12/09/19 | SZ | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 3.30 |
| 12/09/19 | SZ | SA | Conduct quality assurance review of incoming opt-in/opt-out forms | Corporate Actions | 4.20 |
| 12/10/19 | AMA | DI | Review and revise interim fee application | Retention / Fee Application | 0.40 |
| 12/10/19 | CUI | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 8.00 |
| 12/10/19 | JJG | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 2.00 |
| 12/10/19 | MMB | SA | Respond to creditor inquiry regarding Plan distributions and Administrative Expense Claim Consent Program | Call Center / Credit Inquiry | 0.70 |
| 12/10/19 | MMDR | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 8.00 |
| 12/10/19 | NHAF | CO | Quality assurance review of disbursement addresses | Disbursements | 2.00 |
| 12/10/19 | RMA | DI | Confer and correspond with M-III and Evolve (bank) re account and upcoming disbursement | Disbursements | 1.00 |
| 12/10/19 | RMA | DI | Quality assurance review of addresses for upcoming disbursement | Disbursements | 3.80 |
| 12/10/19 | STK | SA | Create and format preliminary opt in/opt out report for circulation to case professionals | Corporate Actions | 1.30 |
| 12/10/19 | STK | SA | Conduct quality assurance review of incoming administrative expense consent program opt-in/opt-out forms | Corporate Actions | 0.80 |
| 12/10/19 | STK | SA | Respond to creditor inquiries related to ongoing administrative claim opt in/opt out | Call Center / Credit Inquiry | 0.80 |
| 12/11/19 | CUI | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 8.00 |
| 12/11/19 | JJG | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 8.00 |
| 12/11/19 | KME | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 7.00 |

Sears Holdings Corporation

| 12/11/19 | MLC | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 0.60 |
|---|---|---|---|---|---|
| 12/11/19 | MMDR | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 8.00 |
| 12/11/19 | NHAF | CO | Quality assurance review of disbursement addresses | Disbursements | 2.10 |
| 12/11/19 | RMA | DI | Prepare bank account for upcoming disbursement | Disbursements | 0.60 |
| 12/11/19 | RMA | DI | Quality assurance review of addresses for upcoming disbursement | Disbursements | 3.40 |
| 12/11/19 | SAK | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 2.70 |
| 12/11/19 | STK | SA | Create and format preliminary opt in/opt out report for circulation to case professionals | Corporate Actions | 3.70 |
| 12/11/19 | SZ | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 2.80 |
| 12/12/19 | CHP | SC | Quality assurance review of check file for upcoming administrative disbursement | Disbursements | 0.60 |
| 12/12/19 | KS | TC | Technical support for processing opt-out forms | Corporate Actions | 1.40 |
| 12/12/19 | MMB | SA | Confer and coordinate with case team (C. Johnson) re solicitation (.1) and review solicitation documents regarding ballot retention (.6) | Solicitation | 0.70 |
| 12/12/19 | OB | SC | Review check file for distributions and follow up re same | Disbursements | 0.80 |
| 12/12/19 | RMA | DI | Prepare and execute check file for upcoming disbursement | Disbursements | 4.80 |
| 12/12/19 | STK | SA | Create and format preliminary opt in/opt out report for circulation to case professionals | Corporate Actions | 1.20 |
| 12/12/19 | STK | SA | Conduct quality assurance review of incoming administrative expense consent program opt-in/opt-out forms | Corporate Actions | 1.00 |
| 12/12/19 | SZ | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 6.30 |
| 12/12/19 | SZ | SA | Conduct quality assurance review of incoming opt-in/opt-out forms | Corporate Actions | 1.30 |
| 12/13/19 | BAS | TC | Technical support for processing opt-out forms | Corporate Actions | 0.20 |
| 12/13/19 | CG | TC | Technical support for exporting opt-out data | Corporate Actions | 0.80 |
| 12/13/19 | KS | TC | Technical support for processing opt-out forms | Corporate Actions | 1.20 |
| 12/13/19 | RMA | DI | Confer and correspond with bank re stopping disbursement | Disbursements | 0.20 |
| 12/13/19 | RMA | DI | Confer and correspond with M-III about disbursement | Disbursements | 0.30 |
| 12/13/19 | SKW | CO | Review and file amended monthly fee application | Retention / Fee Application | 0.40 |
| 12/13/19 | SKW | CO | Review and file interim and monthly fee applications | Retention / Fee Application | 0.40 |
| 12/13/19 | STK | SA | Create and format preliminary opt in/opt out report for circulation to case professionals | Corporate Actions | 1.00 |

Sears Holdings Corporation

Page 10

Invoice #: 11347

| 12/13/19 | SZ | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 1.10 |
| 12/13/19 | SZ | SA | Review and analyze incoming opt-in/opt-out forms for validity | Corporate Actions | 0.10 |
| 12/14/19 | STK | SA | Review and respond to inquiry from A. Hwang (Weil) related to administrative claim opt on/opt out | Corporate Actions | 1.20 |
| 12/16/19 | BAS | TC | Technical support for processing opt-out forms | Corporate Actions | 0.20 |
| 12/16/19 | CG | TC | Technical support for exporting opt-out data | Corporate Actions | 0.50 |
| 12/16/19 | KS | TC | Technical support for processing opt-out forms | Corporate Actions | 1.20 |
| 12/16/19 | MJCA | SA | Process incoming opt out forms | Corporate Actions | 0.40 |
| 12/16/19 | STK | SA | Create and format preliminary opt in/opt out report for circulation to case professionals | Corporate Actions | 1.20 |
| 12/16/19 | STK | SA | Respond to creditor inquiries related to ongoing administrative claim opt in/opt out | Call Center / Credit Inquiry | 0.70 |
| 12/17/19 | BAS | TC | Technical support for processing opt-out forms | Corporate Actions | 0.20 |
| 12/17/19 | CG | TC | Technical support for exporting opt-out data | Corporate Actions | 0.60 |
| 12/17/19 | KS | TC | Technical support for processing opt-out forms | Corporate Actions | 0.60 |
| 12/17/19 | STK | SA | Review and respond to inquiry from C. Kopsky (M-III) related to administrative expense consent program opt-in/opt-out forms | Corporate Actions | 0.50 |
| 12/17/19 | STK | SA | Create and format preliminary opt in/opt out report for circulation to case professionals | Corporate Actions | 1.20 |
| 12/17/19 | STK | SA | Respond to creditor inquiries related to ongoing administrative claim opt in/opt out | Call Center / Credit Inquiry | 0.40 |
| 12/17/19 | SZ | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 0.10 |
| 12/17/19 | SZ | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 7.70 |
| 12/18/19 | KS | TC | Technical support for processing opt-out forms | Corporate Actions | 0.10 |
| 12/18/19 | STK | SA | Review and respond to inquiry from C. Casamassima (M-III) related to administrative expense consent program opt-in/opt-out forms | Corporate Actions | 0.40 |
| 12/18/19 | STK | SA | Create and format preliminary opt in/opt out report for circulation to case professionals | Corporate Actions | 1.20 |
| 12/18/19 | STK | SA | Conduct quality assurance review of incoming administrative expense consent program opt-in/opt-out forms | Corporate Actions | 0.70 |
| 12/18/19 | SZ | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 7.90 |

Sears Holdings Corporation                                                                    Page 11

Invoice #: 11347

| 12/19/19 | RMA | DI | Prepare addresses for upcoming disbursement | Disbursements | 1.60 |
|---|---|---|---|---|---|
| 12/19/19 | STK | SA | Review and respond to inquiry from M. Korycki (M-III) related to administrative expense consent program opt-in/opt-out forms | Corporate Actions | 0.60 |
| 12/19/19 | STK | SA | Review and respond to inquiry from T. Kim (M-III) related to administrative expense consent program opt-in/opt-out forms | Corporate Actions | 0.90 |
| 12/19/19 | STK | SA | Create and format preliminary opt in/opt out report for circulation to case professionals | Corporate Actions | 1.20 |
| 12/19/19 | STK | SA | Respond to creditor inquiries related to ongoing administrative claim opt in/opt out | Call Center / Credit Inquiry | 1.00 |
| 12/20/19 | MJCA | SA | Process incoming opt out forms | Corporate Actions | 0.40 |
| 12/20/19 | RMA | DI | Prepare check file for upcoming disbursement | Disbursements | 2.70 |
| 12/20/19 | STK | SA | Create and format preliminary opt in/opt out report for circulation to case professionals | Corporate Actions | 1.20 |
| 12/20/19 | SZ | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 8.00 |
| 12/21/19 | RMA | DI | Prepare check file for upcoming disbursement | Disbursements | 0.20 |
| 12/22/19 | RMA | DI | Prepare check file for upcoming disbursement | Disbursements | 0.80 |
| 12/23/19 | BAS | TC | Technical support for processing opt-out forms | Corporate Actions | 0.20 |
| 12/23/19 | CG | TC | Technical support for exporting opt-out data | Corporate Actions | 0.70 |
| 12/23/19 | RMA | DI | Prepare check file for upcoming disbursement | Disbursements | 3.40 |
| 12/23/19 | STK | SA | Review and respond to inquiry from M. Korycki (M-III) related to administrative expense consent program opt-in/opt-out forms | Corporate Actions | 0.70 |
| 12/23/19 | STK | SA | Create and format preliminary opt in/opt out report for circulation to case professionals | Corporate Actions | 1.00 |
| 12/24/19 | KS | TC | Technical support for processing opt-out forms | Corporate Actions | 0.60 |
| 12/24/19 | RMA | DI | Prepare and review check file for upcoming disbursement | Disbursements | 3.80 |
| 12/24/19 | STK | SA | Create and format preliminary opt in/opt out report for circulation to case professionals | Corporate Actions | 1.20 |
| 12/24/19 | STK | SA | Respond to creditor inquiries related to ongoing administrative claim opt in/opt out | Corporate Actions | 0.70 |
| 12/24/19 | SZ | SA | Conduct quality assurance review of incoming opt-in/opt-out forms | Corporate Actions | 0.40 |
| 12/25/19 | RMA | DI | Prepare and review check file for upcoming disbursement | Disbursements | 1.60 |
| 12/26/19 | KS | TC | Technical support for processing opt-out forms | Corporate Actions | 0.60 |
| 12/26/19 | RMA | DI | Prepare and review final check file for upcoming disbursement | Disbursements | 6.80 |
| 12/26/19 | RMA | DI | Confer and correspond with M-III re upcoming | Disbursements | 0.40 |

Sears Holdings Corporation

Page 12

Invoice #: 11347

| | | | | | |
|---|---|---|---|---|---|
| | | | disbursement | | |
| 12/26/19 | STK | SA | Create and format preliminary opt in/opt out report for circulation to case professionals | Corporate Actions | 1.20 |
| 12/26/19 | STK | SA | Respond to creditor inquiries related to ongoing administrative claim opt in/opt out | Call Center / Credit Inquiry | 0.80 |
| 12/26/19 | SZ | SA | Conduct quality assurance review of incoming opt-in/opt-out forms | Corporate Actions | 0.30 |
| 12/27/19 | BAS | TC | Technical support for processing opt-out forms | Corporate Actions | 0.20 |
| 12/27/19 | KS | TC | Technical support for processing opt-out forms | Corporate Actions | 0.60 |
| 12/27/19 | OB | SC | Review emails and documents related to distribution list | Disbursements | 2.40 |
| 12/27/19 | RMA | DI | Coordinate preparation and audit of distribution files for administrative opt in disbursement | Disbursements | 5.60 |
| 12/27/19 | SJ | CO | Prepare and quality assurance of distribution wires | Disbursements | 1.50 |
| 12/27/19 | STK | SA | Review and respond to inquiry from C. Casamassima (M-III) related to administrative expense consent program opt-in/opt-out forms | Corporate Actions | 0.80 |
| 12/27/19 | STK | SA | Review and respond to inquiry from C. Kopsky (M-III) related to administrative expense consent program opt-in/opt-out forms | Corporate Actions | 0.20 |
| 12/27/19 | STK | SA | Create and format preliminary opt in/opt out report for circulation to case professionals | Corporate Actions | 1.10 |
| 12/27/19 | STK | SA | Respond to creditor inquiries related to ongoing administrative claim opt in/opt out | Call Center / Credit Inquiry | 0.90 |
| 12/27/19 | SZ | SA | Conduct quality assurance review of incoming opt-in/opt-out forms | Corporate Actions | 0.20 |
| 12/30/19 | DRM | DI | Coordinate wire payment related to opt in/opt out | Disbursements | 0.20 |
| 12/30/19 | RMA | DI | Confer and correspond with M-III re disbursement | Disbursements | 0.20 |
| 12/30/19 | RMA | DI | Prepare and execute supplemental distribution | Disbursements | 0.50 |
| 12/30/19 | SJ | CO | Coordinate wire for distribution | Disbursements | 0.40 |
| 12/30/19 | STK | SA | Create and format preliminary opt in/opt out report for circulation to case professionals | Corporate Actions | 1.00 |
| 12/30/19 | STK | SA | Respond to creditor inquiries related to ongoing administrative claim opt in/opt out | Call Center / Credit Inquiry | 0.80 |
| 12/30/19 | SZ | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 0.30 |
| 12/31/19 | RMA | DI | Quality assurance review of outgoing disbursements | Disbursements | 1.70 |
| 12/31/19 | RMA | DI | Prepare and execute supplemental distribution | Disbursements | 0.40 |
| 12/31/19 | SJ | CO | Coordinate wire for distribution | Disbursements | 0.20 |
| 12/31/19 | STK | SA | Respond to creditor inquiries related to ongoing administrative claim opt in/opt out | Corporate Actions | 1.10 |
| 12/31/19 | STK | SA | Create and format preliminary opt in/opt out report for circulation to case professionals | Corporate Actions | 1.20 |

Sears Holdings Corporation                                                      Page 13

Invoice #: 11347

| Date | | | Description | | Amount |
|---|---|---|---|---|---|
| 12/31/19 | STK | SA | Conduct quality assurance review of incoming administrative expense consent program opt-in/opt-out forms | Corporate Actions | 0.80 |
| 12/31/19 | SZ | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 0.10 |

**Total Hours**                                                          **524.10**

## Expense Detail

| Description | Units | Rate | Amount |
|---|---|---|---|
| After Hours Transportation | | | $122.55 |
| Overtime Meals | | | $20.00 |

**Total Expenses**                                                       **$142.55**

## Exhibit B

## Detail of Expenses Incurred by Prime Clerk Employees During the Statement Period

| Employee Name | Date | Expense Type | Amount |
|---|---|---|---|
| Kesler, Stanislav | 12/2/2019 | After Hour Transportation | $60.06 |
| Kesler, Stanislav | 12/6/2019 | After Hour Transportation | $62.49 |
| Kesler, Stanislav | 12/6/2019 | Overtime Meal | $20.00 |
| **TOTAL** | | | **$142.55** |