# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: Sears Holdings Corporation                                          Case No. 18-23538

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| TRC MASTER FUND LLC<br>Name of Transferee | 24/7 FIRE PROTECTION SERVICES, INC.<br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598<br><br>Phone: 516-255-1801<br>Last four digits of Acct#: N/A | Court Claim # (if known): 19670<br>**Ballot ID: 182353801039883**<br>Amount of Claim: USD$32,470.00<br>Allowed Admin Amount Per Docket 6280:<br>USD$17,328.00<br>Date Claim Filed: 06/05/2019<br>Phone: 562-698-3830<br>Last four digits of Acct.#: N/A<br><br>Name and Current Address of Transferor: |
| Name and address where transferee payments should be sent (if different from above):<br><br>Phone: N/A<br>Last four digits of Acct#: N/A | 24/7 FIRE PROTECTION SERVICES, INC.<br>12540 SLAUSON AVE., UNIT C<br>SANTA FE SPRINGS, CA 90670 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/Terrel Ross                                                    Date: January 30, 2020
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
Southern District of New Yok
Attention: Clerk

AND TO: Sears Holdings Corporation (Debtor)
Case No. 18-23538
(Jointly Administered under Sears Holding Corporation, et al. Case No. 18-23538)

Claim #19670

**24/7 Fire Protection Services, Inc.**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its **Administrative Claim in the amount of USD $32,470.00 and Allowed in the Amount of USD$17,328.00** ("Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 19th DAY OF JANUARY, 2020.

ASSIGNOR: 24/7 FIRE PROTECTION SERVICES, INC.

(Signature)

NOELLE ROSSI
(Print Name)

MANAGER
(Title)

ASSIGNEE: TRC MASTER FUND LLC

(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

**Prime Clerk** | A Division of DUFF & PHELPS

Proof of Claim PDF ✉ Email PDF

## Creditor Data Details - Claim # 19670

**Creditor**
24/7 FIRE PROTECTION SERVICES, INC.
12540 SLAUSON AVE., UNIT C
SANTA FE SPRINGS, CA 90670

**Debtor Name**
Sears Holdings Corporation

**Date Filed**
06/05/2019

**Claim Number**
19670

**Schedule Number**
n/a

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | $32,470.00 | | $32,470.00 | Asserted |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| **Total** | **$0.00** | | **$32,470.00** | | **$32,470.00** | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

**Exhibit A - Opt-in Ballots Allowed for 1st Disbursement**

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| Ballot ID | Claimant | Allowed Amount | Cash Distribution |
|---|---|---|---|
| 182353801043388 | 24 7 AI INC | $997,898.00 | $286,382.01 |
| 182353801039883 | 24 7 FIRE PROTECTION SERVICES INC | $17,328.00 | $4,972.88 |
| 182353801042646 | 3M Company | $4,548.95 | $1,305.48 |
| 182353801017310 | 4207602 CANADA INC | $371,972.12 | $106,750.51 |
| 182353801042671 | AAA Pharmaceutical, Inc. | $24,003.60 | $6,888.68 |
| 182353801043204 | Adams, Patricia | $7,350.00 | $2,109.34 |
| 182353801039912 | Agri-Fab, Inc. | $24,593.26 | $7,057.90 |
| 182353801017192 | Ainsworth Pet Nutrition LLC | $151,692.25 | $43,528.44 |
| 182353801042734 | Air Temp Mechanical Inc. | $5,252.30 | $1,507.33 |
| 182353801042742 | AKITAS LANDSCAPE AND MAINTENANCE | $1,220.00 | $350.12 |
| 182353801042745<br>182353801042744 | ALASKA NORTH STAR BUILDERS | $16,554.13 | $4,750.79 |
| 182353801013948 | ALIZAI ENTERPRISE INC | $12,000.00 | $3,443.82 |
| 182353801042572 | ALL AMERICAN TREE & LAWN | $11,495.00 | $3,298.90 |
| 182353801042578 | ALLIANCE COMFORT SYSTEMS INC | $4,157.50 | $1,193.14 |
| 182353801017240 | ALLIANCE PHARMA INC | $798.85 | $229.26 |
| 182353801043224 | Alpine Creations Ltd | $600,000.00 | $172,191.15 |
| 182353801039933 | AMO Sales & Service Inc | $2,093.28 | $600.74 |
| 182353801043484 | Amstore Corporation | $34,977.00 | $10,037.88 |
| 182353801042805 | ANGLESHELF OF PUERTO RICO | $3,134.35 | $899.51 |
| 182353801042807 | Anglo American Enterprises Corp. | $9,658.94 | $2,771.97 |
| 182353801042818 | APEX SYSTEMS INC | $35,784.04 | $10,269.49 |
| 182353801013976 | APEX TOOL GROUP LLC | $250,000.00 | $71,746.31 |
| 182353801042824 | Apollo Retail Specialist, LLC | $9,575.49 | $2,748.02 |

1