# EXHIBIT B

# Schedule of Post-Petition Invoices

| Post-Petition Supplied Goods – 503(b)(1) Administrative Expense Claim ||||| 
|---|---|---|---|---|
| P.O. No. | Invoice | Delivery Date | Invoice Date | Outstanding Balance |
| TJ7689 | AC080882 | 1/11/2019 | 1/14/2019 | $52,920.00 |
| TJ7883 | AC080883 | 1/11/2019 | 1/14/2019 | $26,010.00 |
| TJ7936 | AC080912 | 1/11/2019 | 1/14/2019 | $22,330.00 |
| TJ8230 | AC080915 | 1/11/2019 | 1/14/2019 | $111,336.00 |
| TJ8239 | AC080923 | 1/11/2019 | 1/14/2019 | $43,922.64 |
| TJ8668 | AC080930 | 1/11/2019 | 1/14/2019 | $81,864.44 |
| | | | Total Outstanding Balance | $338,383.08 |

# COMMERCIAL INVOICE

Page 1 of 7
DATE: January 14, 2019
INVOICE NO.: AC080882,883,912,915,923,930

7597
ONE WORLD TECHNOLOGIES INC
1428 PEARMAN DAIRY RD
ANDERSON
SC
United States
29625

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Yantian, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Wilmington, CA

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | TJ7689 | IMP WRENCH C3 IMP WRENCH | 250 CARTONS | 500 PIECES | 105.840 USD PIECES | 52,920.00 USD |
| ITEM: | 040076163013 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 2 PIECES | | | | | |
| SEARS DIV | 609 | | | | | |
| SEARS ITEM/SKU | 45195/000 | | | | | |

ID2030 Impact Wrench, PP2030 Lithium Ion Battery,
CH2030 Charger, Operators manuals

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | TJ7689 | REFERENCE NO. | 801 | |
| DC CODE | SHW | DEPARTMENT NO. | 010 | |
| DIVISION NO. | Division 2 | VENDOR NO. | 7597 | |
| VENDOR ITEM CODE | ID2030K | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

FACTORY NO.   036951
TECHTRONIC INDUSTRIES DONGGUAN CO., LTD
CHUANGKE RD, HOUJIE TOWN IND PARK
HOUJIE TOWN
DONGGUAN / HOUJIE
GUANGDONG
China
FTY MID NO.   CNTECINDDON

| SEARS | TJ7883 | C3 4 PORT BATTERY CHARGER | 300 CARTONS | 600 PIECES | 43.350 USD PIECES | 26,010.00 USD |
|---|---|---|---|---|---|---|
| ITEM: | 050015690654 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 2 PIECES | | | | | |
| SEARS DIV | 609 | | | | | |
| SEARS ITEM/SKU | 17311/000 | | | | | |

C3 4-Port Maintenance Station
4 Port Multi-Chemistry Battery Charger
CORDLESS TOOL BATTERY CHARGER

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | TJ7883 | REFERENCE NO. | 804 | |
| DC CODE | SHW | DEPARTMENT NO. | 010 | |
| DIVISION NO. | Division 2 | VENDOR NO. | 7597 | |
| VENDOR ITEM CODE | 17311 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

FACTORY NO.   036951
TECHTRONIC INDUSTRIES DONGGUAN CO., LTD
CHUANGKE RD, HOUJIE TOWN IND PARK
HOUJIE TOWN
DONGGUAN / HOUJIE
GUANGDONG

# COMMERCIAL INVOICE

Page 2 of 7
DATE: January 14, 2019
INVOICE NO.: AC080882,883,912,916,923,930

7597
ONE WORLD TECHNOLOGIES INC
1428 PEARMAN DAIRY RD
ANDERSON
SC
United States
29625

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Yantian, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Wilmington, CA

FOB China

China
FTY MID NO.    CNTECINDDON

| SEARS | TJ7936 | CHARGER F/LITHIUM BATT P 00925926000 | 500 CARTONS | 1,000 PIECES | 22.330 USD PIECES | 22,330.00 USD |
|---|---|---|---|---|---|---|

ITEM: 050662781774
MADE IN: CHINA (MAINLAND)
CONTENTS: 2 PIECES
SEARS DIV: 609
SEARS ITEM/SKU: 25926/000

CORDLESS TOOL BATTERY CHARGER
FOR USE WITH 19.2V LITHIUM ION AND NI-CAD BATTERIES
(BATTERY NOT INCLUDED)

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | TJ7936 | REFERENCE NO. | 801 |
| DC CODE | SHW | DEPARTMENT NO. | 010 |
| DIVISION NO. | Division 2 | VENDOR NO. | 7597 |
| VENDOR ITEM CODE | 25926 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.    036951
TECHTRONIC INDUSTRIES DONGGUAN CO., LTD
CHUANGKE RD, HOUJIE TOWN IND PARK
HOUJIE TOWN
DONGGUAN / HOUJIE
GUANGDONG
China
FTY MID NO.    CNTECINDDON

| SEARS | TJ8230 | LITH BATTERY CHARGER KIT | 600 CARTONS | 2,400 PIECES | 46.390 USD PIECES | 111,336.00 USD |
|---|---|---|---|---|---|---|

ITEM: 050047088695
MADE IN: CHINA (MAINLAND)
CONTENTS: 4 PIECES
SEARS DIV: 609
SEARS ITEM/SKU: 35710/000

PP2011 Compact Lithium-Ion Battery, CH2030 Charger, Operator's Manual

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | TJ8230 | REFERENCE NO. | 804 |
| DC CODE | SHW | DEPARTMENT NO. | 010 |
| DIVISION NO. | Division 2 | VENDOR NO. | 7597 |
| VENDOR ITEM CODE | 25928X | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.    036951

# COMMERCIAL INVOICE

Page 3 of 7
DATE: January 14, 2019
INVOICE NO.: AC080882,883,912,915,923,930

7597
ONE WORLD TECHNOLOGIES INC
1428 PEARMAN DAIRY RD
ANDERSON
SC
United States
29625

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Yantian, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Wilmington, CA

FOB China

TECHTRONIC INDUSTRIES DONGGUAN CO., LTD
CHUANGKE RD, HOUJIE TOWN IND PARK
HOUJIE TOWN
DONGGUAN / HOUJIE
GUANGDONG
China
FTY MID NO.     CNTECINDDON

| SEARS | TJ8239 | LITHIUM BATTERY 19.2C3 | | 438 CARTONS | 1,752 PIECES | 25.070 USD PIECES | 43,922.64 USD |
|---|---|---|---|---|---|---|---|

ITEM: 050047088059
MADE IN: CHINA (MAINLAND)
CONTENTS: 4 PIECES
SEARS DIV: 609
SEARS ITEM/SKU: 35706/000

19.2-volt Compact Lithium-Ion Battery and Operator's Manual

CONTRACT NO.        TJ8239        REFERENCE NO.       802
DC CODE             SHW           DEPARTMENT NO.      010
DIVISION NO.        Division 2    VENDOR NO.          7597
VENDOR ITEM CODE    PP2011        COUNTRY OF ORIGIN   CHINA (MAINLAND)
BINDING RULING # OR               CATEGORY            RNONE
PRECLASS #

FACTORY NO.         036951
TECHTRONIC INDUSTRIES DONGGUAN CO., LTD
CHUANGKE RD, HOUJIE TOWN IND PARK
HOUJIE TOWN
DONGGUAN / HOUJIE
GUANGDONG
China
FTY MID NO.         CNTECINDDON

| SEARS | TJ8668 | 2PK 19.2V LITH BATTERY | | 427 CARTONS | 1,708 PIECES | 47.930 USD PIECES | 81,864.44 USD |
|---|---|---|---|---|---|---|---|

ITEM: 050047088091
MADE IN: CHINA (MAINLAND)
CONTENTS: 4 PIECES
SEARS DIV: 609
SEARS ITEM/SKU: 35709/000

2 units of the PP2011 19.2volt Compact Lithium-Ion Battery

CONTRACT NO.        TJ8668        REFERENCE NO.       801
DC CODE             SHW           DEPARTMENT NO.      010
DIVISION NO.        Division 2    VENDOR NO.          7597
VENDOR ITEM CODE    PP2011X       COUNTRY OF ORIGIN   CHINA (MAINLAND)
BINDING RULING # OR               CATEGORY            RNONE
PRECLASS #

# COMMERCIAL INVOICE

Page 4 of 7
DATE: January 14, 2019
INVOICE NO.: AC080882,883.912.915.923.930

7597
ONE WORLD TECHNOLOGIES INC
1428 PEARMAN DAIRY RD
ANDERSON
SC
United States
29625

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Yantian, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Wilmington, CA

FOB China

FACTORY NO. 036951
TECHTRONIC INDUSTRIES DONGGUAN CO., LTD
CHUANGKE RD, HOUJIE TOWN IND PARK
HOUJIE TOWN
DONGGUAN / HOUJIE
GUANGDONG
China
FTY MID NO. CNTECINDDON

PAYMENT TERM: Letter of Credit
ORDER PAYMENT TERMS
DRAWN UNDER: SEARS ROEBUCK ACCEPTANCE CORP
LC#: 572718, 572689, 572878, 572820, 572606, 572697

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 2,515 | 7,960 | PIECES | 338,383.08 USD |

TOTAL US DOLLARS THREE HUNDRED THIRTY-EIGHT THOUSAND THREE HUNDRED EIGHTY-THREE DOLLARS AND EIGHT CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| ONE WORLD TECHNOLOGIES INC | |
|---|---|
| EMPLOYEE NAME | jessica.huang |
| EMPLOYEE TITLE | |

OTI License No. 275F   **FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. 967710749 | CARGO RECEIPT NO. 7796802079 |
|---|---|---|
| ONE WORLD TECHNOLOGIES INC<br>C/O TTI (MACAO COMMERCIAL OFFSHORE) LTD<br>A-C,26/F,CENTRO COMMERCIAL DA PRAIA<br>GRANDE,NO.429 AVENIDA DA PRAIA GRANDE<br>MACAU TEL:0769-82722913 JESSICA.HUANG | EXPORT REFERENCES<br>AWB 7796802079<br>CUST. | DATE OF RECEIPT OF CARGO<br>11-JAN-2019 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL
60179 USA

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502  PHONE:
(310)404-2792 FAX :(310)404 2962
ATTN: MARY ELLEN WRATSCHKO

**THIS IS NOT A DOCUMENT OF TITLE**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is: _____

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>YANTIAN,CHINA | EXPORT LICENSE NO |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>EUGEN MAERSK 903N | PORT OF LADING<br>YANTIAN,CHINA | |
| PORT OF DISCHARGE<br>LOS ANGELES,CA | PORT OF DELIVERY BY ON-CARRIER<br>WILMINGTON,CA,USA | NO OF ORIGINALS<br>1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>MRKU0568843<br>SEALCODE1:<br>ML-CN2044588<br>MARKS & NO:<br>SEE ATTACHMENT | 2515 | CARTON<br>SAID TO CONTAIN<br>SEE ATTACHMENT<br>THE ABOVE SHIPMENT DOES NOT CONTAINS ANY SOLID WOOD PACKAGING MATERIAL.<br>CODE: SHW/WILMINGTON,CA 90744 DOOR<br>TOTAL SHIPPED QTY:2515 PCS<br>FREIGHT COLLECT<br>SAILING DATE: 22-JAN-2019<br>FCR DATE: 11 -JAN-2019 | 11057.000 KG<br>24376.510 LB | 49.600 M3<br>1751.376 F3 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

In accordance with instruction from Buyer, we have received the following documents from Shipper on: 04-JAN-2019

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

Issued by  HONG KONG

Month  Jan    Day  24    Year  2019



## 7796802079-ATTACHMENT

| Marks & Nos. | | Packages | Description | | G.W. (KGS) | Volume (CBM) |
|---|---|---|---|---|---|---|
| SEARS | TJ7689 | 250 CTNS | IMP WRENCH C3 IMP WRENCH | | 1,895 | 5.93 |
| | | | P.O. NO. | TJ7689 | | |
| ITEM: | 040076163013 | | DEPT# | 010 | | |
| MADE IN | CHINA(MAINLAND) | | REF# | 801 | | |
| CONTENTS | 2 PIECES | | ITEM CODE | 040076163013 | | |
| SEARS DIV | 609 | | ITEM NO. | 040076163013 | | |
| SEARS ITEM/SKU | 46195/000 | | 500 EACH,2 EACH PER CARTON, 250 CARTONS PACKING FACTOR 2 | | | |
| SEARS | TJ7893 | 300 CTNS | 4PORT MAIN TENANCE STA | | 1,725 | 9.45 |
| | | | P.O. NO. | TJ7893 | | |
| ITEM: | 050015690654 | | DEPT# | 010 | | |
| MADE IN | CHINA(MAINLAND) | | REF# | 804 | | |
| CONTENTS | 2 PIECES | | ITEM CODE | 050015690654 | | |
| SEARS DIV | 609 | | ITEM NO. | 050015690654 | | |
| SEARS ITEM/SKU | 17311/000 | | 600 EACH,2 EACH PER CARTON, 300 CARTONS PACKING FACTOR 2 | | | |
| SEARS | TJ7936 | 500 CTNS | CHARGER F/LITHIUM BATT P 00926926000 | | 1,070 | 7.59 |
| | | | P.O. NO. | TJ7936 | | |
| ITEM: | 050652761774 | | DEPT# | 010 | | |
| MADE IN | CHINA(MAINLAND) | | REF# | 801 | | |
| CONTENTS | 2 PIECES | | ITEM CODE | 050652761774 | | |
| SEARS DIV | 609 | | ITEM NO. | 050652761774 | | |
| SEARS ITEM/SKU | 25926/000 | | 1,000 EACH,2 EACH PER CARTON, 500 CARTONS PACKING FACTOR 2 | | | |
| SEARS | TJ8230 | 600 CTNS | LITH BATTERY CHARGER KIT | | 3,654 | 17.34 |
| | | | P.O. NO. | TJ8230 | | |
| ITEM: | 050047088095 | | DEPT# | 010 | | |
| MADE IN | CHINA(MAINLAND) | | REF# | 804 | | |
| CONTENTS | 4 PIECES | | ITEM CODE | 050047088095 | | |
| SEARS DIV | 609 | | ITEM NO. | 050047088095 | | |
| SEARS ITEM/SKU | 35710/000 | | 2,400 EACH,4 EACH PER CARTON, 600 CARTONS PACKING FACTOR 4 | | | |
| SEARS | TJ8239 | 438 CTNS | LITHIUM BATTERY 19 2C3 | | .950 | 3.48 |
| | | | P.O. NO. | TJ8239 | | |
| ITEM: | 050047088059 | | DEPT# | 010 | | |
| MADE IN | CHINA(MAINLAND) | | REF# | 802 | | |
| CONTENTS | 4 PIECES | | ITEM CODE | 050047088059 | | |
| SEARS DIV | 609 | | ITEM NO. | 050047088059 | | |
| SEARS ITEM/SKU | 35700/000 | | 1,752 EACH,4 EACH PER CARTON, 438 CARTONS PACKING FACTOR 4 | | | |
| SEARS | TJ8666 | 427 CTNS | 2PK 19 2V LITH BATTERY | | 1,823 | 5.92 |
| | | | P.O. NO. | TJ8666 | | |
| ITEM: | 050047088091 | | DEPT# | 010 | | |
| MADE IN | CHINA(MAINLAND) | | REF# | 801 | | |
| CONTENTS | 4 PIECES | | ITEM CODE | 050047088091 | | |
| SEARS DIV | 609 | | ITEM NO. | 050047088091 | | |
| SEARS ITEM/SKU | 35700/000 | | 1,708 EACH,4 EACH PER CARTON, 427 CARTONS PACKING FACTOR 4 | | | |
| | | | Final Destination & Code | | | |
| | | | "Freight Collect" | | | |
| | | | HTS Code 8467.29.0040/8504.40.9550/8504.40.9550/8507.60.0070/8507.60.0020/8507.60.0020 | | | |
| | Total: | 2,515 CTNS | | | 11057 | 49.8 |

