# Exhibit A

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

Invoice Date: January 22, 2020
Invoice No.: 20200104905

Paul E. Harner
Harner, Paul E., Fee Examiner in Sears Chapter II Cases
1675 Broadway, 19th Floor
New York, NY  10019

Client:   Harner, Paul E., Fee Examiner in Sears Chapter II Cases  (071820.02)
Matter:  Fee Examiner Activities  (00315861)

FOR PROFESSIONAL SERVICES RENDERED through December 31, 2019

**INVOICE SUMMARY**

FEES

| | |
|---|---:|
| Fee Examiner Activities (00315861) | $89,392.50 |
| Total Current Charges | $89,392.50 |
| **TOTAL AMOUNT DUE** | **$89,392.50** |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **B170 - Fee/Employment Objections** | | | | | |
| Harner,P.E. | 12/02/19 | Telephone conferences and correspondence with V. Marriott, C. McClamb and others regarding preliminary reports on interim fee and expense applications (.40); review and analyze fee applications, to prepare same and related exhibits (2.40). | 1,305.00 | 2.80 | 3,654.00 |
| Harner,P.E. | 12/03/19 | Prepare for and participate in conference call with G. Fail and V. Marriott regarding preliminary report on first interim Weil Gotshal fee and expense application, and follow-up telephone conference with V. Marriott regarding same (.50); review and analyze fee applications, to prepare additional preliminary reports and related exhibits (3.100). | 1,305.00 | 3.60 | 4,698.00 |
| Harner,P.E. | 12/04/19 | Review and analyze interim fee applications, to prepare additional preliminary reports and related exhibits. | 1,305.00 | 2.20 | 2,871.00 |
| Harner,P.E. | 12/05/19 | Review and analyze interim fee applications, to prepare additional preliminary reports and related exhibits. | 1,305.00 | 3.50 | 4,567.50 |
| Harner,P.E. | 12/06/19 | Review and analyze FTI first interim fee applications, to prepare related preliminary report and exhibits. | 1,305.00 | 3.90 | 5,089.50 |
| Harner,P.E. | 12/09/19 | Review and analyze interim fee applications, and prepare related preliminary reports and objections exhibits. | 1,305.00 | 3.30 | 4,306.50 |
| Harner,P.E. | 12/10/19 | Further review and analysis of Deloitte and other interim fee applications, to prepare related preliminary reports and objections (4.20); review and revise draft Deloitte preliminary report re: interim fee and expense application (2.10); telephone conferences and correspondence with C. McClamb regarding same (.40). | 1,305.00 | 6.70 | 8,743.50 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Harner,P.E. | 12/11/19 | Review, revise and finalize preliminary report and objections re: Deloitte interim fee and expense application (2.80); telephone conferences and correspondence with C. McClamb and V. Marriott regarding same (.50). | 1,305.00 | 3.30 | 4,306.50 |
| Harner,P.E. | 12/12/19 | Further review and analysis interim fee applications, to prepare related preliminary reports and identify prospective objections for accompanying exhibits. | 1,305.00 | 2.40 | 3,132.00 |
| Harner,P.E. | 12/13/19 | Further review and analysis interim fee applications, to prepare related preliminary reports and identify prospective objections for accompanying exhibits. | 1,305.00 | 2.90 | 3,784.50 |
| Harner,P.E. | 12/16/19 | Comprehensive review and analysis of interim fee applications, and related preparation of preliminary reports, initial objections and supporting exhibits. | 1,305.00 | 4.10 | 5,350.50 |
| Harner,P.E. | 12/17/19 | Comprehensive review and analysis of interim fee applications, and related preparation of preliminary reports, initial objections and supporting exhibits. | 1,305.00 | 3.80 | 4,959.00 |
| Harner,P.E. | 12/19/19 | Further comprehensive review and analysis of interim fee applications, and related preparation of preliminary reports, initial objections and supporting exhibits. | 1,305.00 | 4.00 | 5,220.00 |
| Harner,P.E. | 12/20/19 | Attention to additional interim fee and expense applications, and related preparation of preliminary reports, initial objections and supporting exhibits. | 1,305.00 | 2.30 | 3,001.50 |
| Harner,P.E. | 12/23/19 | Review and analysis of additional interim fee and expense applications, and related preparation of preliminary reports, initial objections and supporting exhibits (2.60); review, revise and redraft preliminary FTI fee application report (1.80). | 1,305.00 | 4.40 | 5,742.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| Harner,P.E. | 12/26/19 | Review and analyze interim fee and expense applications, to prepare preliminary reports, initial objections and supporting exhibits. | 1,305.00 | 3.60 | 4,698.00 |
| Harner,P.E. | 12/27/19 | Further review and analysis of interim fee and expense applications, to prepare preliminary reports, initial objections and supporting exhibits (3.00) ; related telephone conferences and telephone conferences with Ballard team regarding same (.50). | 1,305.00 | 3.50 | 4,567.50 |
| Harner,P.E. | 12/30/19 | Further review and analysis of interim fee and expense applications, to prepare preliminary reports, initial objections and supporting exhibits (2.90) ; comprehensive review and redrafting of FTI preliminary report and related exhibits (1.40); prepare for and participate in Ballard team conference call regarding fee review status and preparation of preliminary reports (.40). | 1,305.00 | 4.70 | 6,133.50 |
| Harner,P.E. | 12/31/19 | Extended telephone conference with V. Marriott regarding FTI preliminary report (.30); revise and redraft same (1.20); telephone conferences and correspondence with M. Greenfield regarding same (.30); review, analyze and revise supporting FTI preliminary report exhibits (1.70). | 1,305.00 | 3.50 | 4,567.50 |
| **Total B170** | | | | **68.50** | **$89,392.50** |
| | | **Total Fees** | | **68.50** | **89,392.50** |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---:|---:|---:|
| **Task: B170 - Fee/Employment Objections** | | | |
| Harner,P.E. | 1,305.00 | 68.50 | 89,392.50 |

071820.02 - 00315861                                                                                             20200104905
Vincent J. Marriott, III                                  4                                               January 22, 2020

|  |  | Hours | Amount |
|---|---:|---:|---:|
| **Total Task: B170** |  | 68.50 | $89,392.50 |
| **Total Fees** |  | 68.50 | $89,392.50 |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---:|---:|---:|
| Harner, P.E. | 1,305.00 | 68.50 | 89,392.50 |
| **Total Fees** |  | **68.50** | **$89,392.50** |

|  |  |
|---|---:|
| **Total Current Charges:** | **$89,392.50** |

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

## REMITTANCE ADVICE

| | | |
|---|---|---|
| Client: | 071820.02 | Harner, Paul E., Fee Examiner in Sears Chapter II Cases |
| Matter: | 00315861 | Fee Examiner Activities |
| Invoice No.: | 20200104905 | |
| Date: | January 22, 2020 | |

| | |
|---|---|
| Fee Amount | $89,392.50 |
| **TOTAL AMOUNT DUE** | **$89,392.50** |

**Please return this page with your remittance to the above address.**
**Payment may also be made by wire transfer to our account.**

| | |
|---|---|
| **Bank:** | **PNC Bank, NA** |
| **ABA No.:** | **031 0000 53** |
| **Account No.:** | **85-3131-7345** |
| **Account Name:** | **Ballard Spahr LLP** |

**Please indicate on wire transfer the invoice number stated above.**