# Exhibit B

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

Invoice Date: January 22, 2020
Invoice No.: 20200104906

Paul E. Harner
1675 Broadway
New York, NY  10019

Client:    Sears Fee Examiner  (071820.03)
Matter:    Fee and Expense Review and Reporting  (00317415)

FOR PROFESSIONAL SERVICES RENDERED through December 31, 2019

**INVOICE SUMMARY**

FEES

| | |
|---|---|
| Fee and Expense Review and Reporting (00317415) | $77,649.00 |
| Total Current Charges | $77,649.00 |
| **TOTAL AMOUNT DUE** | **$77,649.00** |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **B160 - Fee/Employment Applications** | | | | | |
| McClamb,C.D. | 12/04/19 | Review and edit second joint interim fee application | 445.00 | 0.40 | 178.00 |
| McClamb,C.D. | 12/04/19 | Review and revise invoices for seventh monthly fee application | 445.00 | 1.30 | 578.50 |
| McClamb,C.D. | 12/05/19 | Attention to preparation of monthly fee statement | 445.00 | 0.30 | 133.50 |
| McClamb,C.D. | 12/06/19 | Review Seventh Joint Monthly Fee Statement | 445.00 | 0.50 | 222.50 |
| Daluz,T.M. | 12/06/19 | Review and revise seventh monthly fee application | 895.00 | 1.50 | 1,342.50 |
| McClamb,C.D. | 12/09/19 | Prepare, file and arrange service of Seventh Joint Monthly Fee Statement | 445.00 | 0.40 | 178.00 |
| McClamb,C.D. | 12/09/19 | Review and revise Seventh Joint Monthly Fee Statement | 445.00 | 1.00 | 445.00 |
| Daluz,T.M. | 12/09/19 | Review revised fee application and oversee filing | 895.00 | 0.30 | 268.50 |
| McClamb,C.D. | 12/12/19 | Draft and edit second joint interim fee application | 445.00 | 6.40 | 2,848.00 |
| McClamb,C.D. | 12/13/19 | Emails with T. Daluz re: Second Joint Interim Fee Application | 445.00 | 0.40 | 178.00 |
| McClamb,C.D. | 12/13/19 | Edits to second interim fee application | 445.00 | 0.60 | 267.00 |
| Daluz,T.M. | 12/13/19 | Review and revise interim fee application | 895.00 | 2.20 | 1,969.00 |
| McClamb,C.D. | 12/13/19 | Prepare, file and arrange service of second interim fee application | 445.00 | 0.80 | 356.00 |
| **Total B160** | | | | **16.10** | **$8,964.50** |
| **B170 - Fee/Employment Objections** | | | | | |
| McClamb,C.D. | 12/02/19 | Emails with I. Babchinetskaya re: fee application review | 445.00 | 0.40 | 178.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| McClamb,C.D. | 12/02/19 | Emails with S. Weiner re: issues uploading fee information | 445.00 | 0.10 | 44.50 |
| Kearney,B.N. | 12/02/19 | Call with I. Babchinetskaya regarding fee review bill tagging protocol, fee report draft, and fee exhibit generation procedure | 335.00 | 0.60 | 201.00 |
| Babchinetskaya,I. | 12/02/19 | Meet with B. Kearney re: document review process and status of review | 335.00 | 0.60 | 201.00 |
| Greenfield,M.G. | 12/02/19 | Review of FTI's second fee application (.5), review of FTI fee entires for March through June (1.0), creation, review and editing of preliminary report exhibits for second fee application (1.2), drafting of preliminary report for second fee application (.5) | 445.00 | 3.20 | 1,424.00 |
| Marriott, III,V.J. | 12/02/19 | Attend to data transmission issues | 985.00 | 0.40 | 394.00 |
| McClamb,C.D. | 12/02/19 | Phone call to K. Neitzel re: issues uploading fee information | 445.00 | 0.10 | 44.50 |
| McClamb,C.D. | 12/03/19 | Phone call with I. Babchinetskaya re: fee application review protocol | 445.00 | 0.80 | 356.00 |
| Babchinetskaya,I. | 12/03/19 | Review fee guidelines in preparation for call with C. McClamb | 335.00 | 0.40 | 134.00 |
| Babchinetskaya,I. | 12/03/19 | Call with C. McClamb re: process for reviewing fees | 335.00 | 0.80 | 268.00 |
| Greenfield,M.G. | 12/03/19 | Review of FTI's second fee application, review of FTI fee entires for March through June, creation, review and editing of preliminary report exhibits for second fee application, drafting of preliminary report for second fee application | 445.00 | 1.70 | 756.50 |
| Jimenez,C. | 12/03/19 | Phone call w/ C. McClamb to discuss second interim fee application reports and timing with respect to third interim fee application reports | 365.00 | 0.20 | 73.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Marriott, III,V.J. | 12/03/19 | Conference with G. Fail and P. Harner re: Weil response to first interim fee examiners report | 985.00 | 0.40 | 394.00 |
| McClamb,C.D. | 12/03/19 | Phone calls to ASK re: contingency fee information | 445.00 | 0.30 | 133.50 |
| McClamb,C.D. | 12/03/19 | Confer with T. Daluz re: status of fee review and assignments | 445.00 | 0.60 | 267.00 |
| McClamb,C.D. | 12/03/19 | Review ASK contingency fee detail | 445.00 | 1.10 | 489.50 |
| Greenfield,M.G. | 12/04/19 | Drafting of preliminary report for second fee application | 445.00 | 2.60 | 1,157.00 |
| Marriott, III,V.J. | 12/04/19 | Review Deloitte first interim report | 985.00 | 0.80 | 788.00 |
| Daluz,T.M. | 12/04/19 | Review revised FTI Duplicate Entries exhibit | 895.00 | 2.00 | 1,790.00 |
| McClamb,C.D. | 12/05/19 | Emails with T. Daluz re: newly filed interim fee applications | 445.00 | 0.20 | 89.00 |
| Greenfield,M.G. | 12/05/19 | Drafting of FTI preliminary report | 445.00 | 1.20 | 534.00 |
| Daluz,T.M. | 12/05/19 | Revise A&L preliminary report | 895.00 | 2.00 | 1,790.00 |
| Daluz,T.M. | 12/05/19 | Review and revise assignment chart | 895.00 | 2.50 | 2,237.50 |
| Daluz,T.M. | 12/05/19 | Consider need to review expenses of investment bankers and contingent fee firms | 895.00 | 0.30 | 268.50 |
| Marriott, III,V.J. | 12/05/19 | Conference with P. Harner re: Deloitte preliminary report (0.4); review Deloitte preliminary report (0.2) | 985.00 | 0.60 | 591.00 |
| McClamb,C.D. | 12/05/19 | Update assignment chart with additional interim applications | 445.00 | 0.40 | 178.00 |
| McClamb,C.D. | 12/05/19 | Review comments of P. Harner to Deloitte & Touche preliminary report | 445.00 | 1.30 | 578.50 |
| McClamb,C.D. | 12/05/19 | Begin edits to Deloitte & Touch preliminary report | 445.00 | 1.50 | 667.50 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| McClamb,C.D. | 12/06/19 | Confer with T. Daluz re: additional applications and assignments | 445.00 | 0.50 | 222.50 |
| Daluz,T.M. | 12/06/19 | Finalize FTI preliminary report | 895.00 | 2.00 | 1,790.00 |
| Pollard,C.P. | 12/06/19 | Prepare report - excess hours - FTI Second Fee Petition | 310.00 | 0.30 | 93.00 |
| Greenfield,M.G. | 12/07/19 | Revisions to preliminary report for FTI first interim fee application (.5), review of first interim fee application (.5), review and revision of exhibits to preliminary report (1.8) | 445.00 | 2.80 | 1,246.00 |
| Greenfield,M.G. | 12/09/19 | Review of FTI expenses for period of second interim fee application | 445.00 | 0.60 | 267.00 |
| Salah,M. | 12/09/19 | Analyze professional fees reports for Deloitte Tax and change review tags and generate report | 415.00 | 1.80 | 747.00 |
| Daluz,T.M. | 12/09/19 | Revise Alvarez report | 895.00 | 2.50 | 2,237.50 |
| Neitzel,K.N. | 12/10/19 | Create, test, and distribute new ShareFile link for firms to upload additional fee application data | 350.00 | 0.70 | 245.00 |
| McClamb,C.D. | 12/10/19 | Draft transmittal letter for Deloitte & Touche preliminary report | 445.00 | 0.60 | 267.00 |
| McClamb,C.D. | 12/10/19 | Finalize edits to Deloitte and Touche preliminary report | 445.00 | 1.40 | 623.00 |
| Daluz,T.M. | 12/10/19 | Revise schedules for Deloitte Tax. | 895.00 | 2.50 | 2,237.50 |
| McClamb,C.D. | 12/10/19 | Emails with K. Neitzel re: data upload process issues | 445.00 | 0.20 | 89.00 |
| Roglen,L.D. | 12/10/19 | Telephone conversation with K. Neitzel re: circulation of dropbox link (.2) and emails multiple to K. Neitzel re: same (.2) | 490.00 | 0.40 | 196.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Neitzel,K.N. | 12/11/19 | Prepare and import Paul Weiss fee data into Relativity workspace for attorney review | 350.00 | 3.20 | 1,120.00 |
| McClamb,C.D. | 12/11/19 | Update transmittal letter and send preliminary report to Deloitte & Touche | 445.00 | 0.30 | 133.50 |
| Daluz,T.M. | 12/11/19 | Work on Alvarez preliminary report and review of flagged entries | 895.00 | 2.50 | 2,237.50 |
| McClamb,C.D. | 12/13/19 | Emails with S. Weiner re: Prime Clerk fee application data | 445.00 | 0.10 | 44.50 |
| Salah,M. | 12/13/19 | Analyze narrative of Deloitte Tax professional fees and change flags to "communication no parties" | 415.00 | 3.70 | 1,535.50 |
| Salah,M. | 12/15/19 | Continue analysis on fee application narrative of Deloitte Tax professional fees and change flags to "communication no parties" | 415.00 | 3.30 | 1,369.50 |
| Neitzel,K.N. | 12/16/19 | Create ShareFile link for fee data upload and distribute to service providers | 350.00 | 0.70 | 245.00 |
| Salah,M. | 12/16/19 | Draft correspondence to T. Daluz re:; edited preliminary first fee report and supporting evidence | 415.00 | 0.50 | 207.50 |
| Salah,M. | 12/16/19 | Run reports and conduct calculations on first fee tags for Deloitte Tax professionals | 415.00 | 4.20 | 1,743.00 |
| Blessing,B. | 12/16/19 | Create and format exhibits to preliminary report regarding second interim Young Conaway Stargatt & Taylor, LLP fee and expense application. | 175.00 | 1.10 | 192.50 |
| Jimenez,C. | 12/16/19 | Review McAndrews first application and order approving employment to determine whether flat, fixed, and hourly fees were appropriate (1.2); draft second preliminary report for Young Conaway second fee applications (2.4); draft second preliminary report for Stout Risius (1.7) | 365.00 | 5.30 | 1,934.50 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| McClamb,C.D. | 12/16/19 | Phone call with K. Neitzel re: status of data submitted by Retained Professionals | 445.00 | 0.20 | 89.00 |
| McClamb,C.D. | 12/17/19 | Review and prepare summary of status of expense review and report preparation | 445.00 | 1.50 | 667.50 |
| Jimenez,C. | 12/17/19 | Revise second preliminary report for Stout Risius | 365.00 | 0.50 | 182.50 |
| Blessing,B. | 12/17/19 | Create and finalize exhibits to preliminary report regarding second interim Stout Risius Ross, LLC fee and expense application. | 175.00 | 0.80 | 140.00 |
| McClamb,C.D. | 12/17/19 | Emails with M. Salah re: status of expense review and report preparation | 445.00 | 0.20 | 89.00 |
| McClamb,C.D. | 12/17/19 | Emails with P. Harner re: Weil third interim fee application | 445.00 | 0.20 | 89.00 |
| Salah,M. | 12/19/19 | Analyze, review and edit A & M preliminary report. | 415.00 | 1.10 | 456.50 |
| Marriott, III,V.J. | 12/19/19 | Review FTI preliminary report | 985.00 | 0.70 | 689.50 |
| Daluz,T.M. | 12/20/19 | Revise A&M report. | 895.00 | 2.50 | 2,237.50 |
| McClamb,C.D. | 12/20/19 | Confer with T. Daluz re: status of review and reports | 445.00 | 0.50 | 222.50 |
| Greenfield,M.G. | 12/23/19 | Revisions to fTI preliminary report and exhibits | 445.00 | 1.60 | 712.00 |
| Daluz,T.M. | 12/23/19 | Work on revised preliminary report. | 895.00 | 2.50 | 2,237.50 |
| Marriott, III,V.J. | 12/23/19 | Review FTI first preliminary report | 985.00 | 0.60 | 591.00 |
| McClamb,C.D. | 12/23/19 | Review Deloitte & Touch Second Interim Fee application | 445.00 | 3.00 | 1,335.00 |
| McClamb,C.D. | 12/24/19 | Review Deloitte & Touch Second Interim Fee application | 445.00 | 2.50 | 1,112.50 |
| Greenfield,M.G. | 12/24/19 | Revisions to FTI preliminary report for first interim fee application. | 445.00 | 0.60 | 267.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| McClamb,C.D. | 12/25/19 | Review Deloitte & Touch Second Interim Fee application | 445.00 | 3.00 | 1,335.00 |
| Greenfield,M.G. | 12/26/19 | Comparison of amounts billed by professionals for their retention and their own compensation. | 445.00 | 0.60 | 267.00 |
| Neitzel,K.N. | 12/26/19 | Prepare Deloitte fee data and import into Relativity workspace for attorney review | 350.00 | 2.00 | 700.00 |
| McClamb,C.D. | 12/26/19 | Review Deloitte & Touch Second Interim Fee application | 445.00 | 2.50 | 1,112.50 |
| Neitzel,K.N. | 12/27/19 | Prepare Deloitte fee data and import into Relativity workspace for attorney review | 350.00 | 3.70 | 1,295.00 |
| Daluz,T.M. | 12/27/19 | Work on preliminary report. | 895.00 | 2.50 | 2,237.50 |
| McClamb,C.D. | 12/27/19 | Emails to P. Harner and T. Daluz re: interim fee hearing | 445.00 | 0.20 | 89.00 |
| McClamb,C.D. | 12/27/19 | Review Deloitte & Touche Second Interim Fee application | 445.00 | 2.50 | 1,112.50 |
| McClamb,C.D. | 12/28/19 | Review Deloitte & Touche Second Interim Fee application | 445.00 | 1.30 | 578.50 |
| McClamb,C.D. | 12/29/19 | Emails with M. Greenfield re: status of review | 445.00 | 0.10 | 44.50 |
| McClamb,C.D. | 12/29/19 | Emails with P. Harner re: status of review | 445.00 | 0.30 | 133.50 |
| McClamb,C.D. | 12/29/19 | Emails with C. Jimenez re: status of review | 445.00 | 0.10 | 44.50 |
| McClamb,C.D. | 12/29/19 | Emails with M. Salah re: status of review | 445.00 | 0.10 | 44.50 |
| McClamb,C.D. | 12/29/19 | Review Deloitte & Touche Second Interim Fee application | 445.00 | 2.00 | 890.00 |
| Neitzel,K.N. | 12/30/19 | Analyze fee review data to create summary report per C. McClamb request | 350.00 | 0.40 | 140.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Salah,M. | 12/30/19 | Review and analyze retention order for A&M and Prime Clerk (1.0); draft communication to C. McClamb re: status of reports (.3) | 415.00 | 1.30 | 539.50 |
| Marriott, III,V.J. | 12/30/19 | Conference with P. Harner, C. McLamb and T. Daluz re: status of remaining reports | 985.00 | 0.30 | 295.50 |
| Daluz,T.M. | 12/30/19 | Review Stout Risius second report. | 895.00 | 2.50 | 2,237.50 |
| Daluz,T.M. | 12/30/19 | Review A&M changes. | 895.00 | 1.00 | 895.00 |
| Daluz,T.M. | 12/30/19 | Team conference call. | 895.00 | 0.40 | 358.00 |
| McClamb,C.D. | 12/30/19 | Conference call with P. Harner, V. Marriott and T. Daluz re: status of review | 445.00 | 0.40 | 178.00 |
| McClamb,C.D. | 12/30/19 | Prepare for conference call on status of review | 445.00 | 1.40 | 623.00 |
| McClamb,C.D. | 12/30/19 | Emails with M. Salah re: review and report status | 445.00 | 0.40 | 178.00 |
| Roglen,L.D. | 12/30/19 | Emails (multiple) with B. Walters re: new dropbox for fee applications. | 490.00 | 0.20 | 98.00 |
| Greenfield,M.G. | 12/31/19 | Revisions to FTI preliminary report | 445.00 | 0.70 | 311.50 |
| Jimenez,C. | 12/31/19 | Review emails regarding preliminary fee reports and email C. McClamb re: same | 365.00 | 0.20 | 73.00 |
| Marriott, III,V.J. | 12/31/19 | Review FTI first preliminary report draft | 985.00 | 0.20 | 197.00 |
| Marriott, III,V.J. | 12/31/19 | Conference with P. Harner re: review FTI first preliminary report draft | 985.00 | 0.50 | 492.50 |
| Daluz,T.M. | 12/31/19 | Revise Stout Risius second report. | 895.00 | 2.00 | 1,790.00 |
| McClamb,C.D. | 12/31/19 | Emails with K. Neitzel re: status of uploaded data | 445.00 | 0.10 | 44.50 |
| McClamb,C.D. | 12/31/19 | Review Deloitte & Touche second interim fee application | 445.00 | 4.80 | 2,136.00 |
| McClamb,C.D. | 12/31/19 | Emails with C. Jimenez re: status of review | 445.00 | 0.10 | 44.50 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| **Total B170** | | | | **125.10** | **$68,684.50** |
| | | Total Fees | | 141.20 | 77,649.00 |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---:|---:|---:|
| **Task: B160 - Fee/Employment Applications** | | | |
| McClamb,C.D. | 445.00 | 12.10 | 5,384.50 |
| Daluz,T.M. | 895.00 | 4.00 | 3,580.00 |
| **Total Task: B160** | | **16.10** | **$8,964.50** |
| **Task: B170 - Fee/Employment Objections** | | | |
| Blessing,B. | 175.00 | 1.90 | 332.50 |
| Kearney,B.N. | 335.00 | 0.60 | 201.00 |
| McClamb,C.D. | 445.00 | 37.30 | 16,598.50 |
| Jimenez,C. | 365.00 | 6.20 | 2,263.00 |
| Pollard,C.P. | 310.00 | 0.30 | 93.00 |
| Babchinetskaya,I. | 335.00 | 1.80 | 603.00 |
| Neitzel,K.N. | 350.00 | 10.70 | 3,745.00 |
| Roglen,L.D. | 490.00 | 0.60 | 294.00 |
| Greenfield,M.G. | 445.00 | 15.60 | 6,942.00 |
| Salah,M. | 415.00 | 15.90 | 6,598.50 |
| Daluz,T.M. | 895.00 | 29.70 | 26,581.50 |
| Marriott, III,V.J. | 985.00 | 4.50 | 4,432.50 |
| **Total Task: B170** | | **125.10** | **$68,684.50** |
| Total Fees | | 141.20 | $77,649.00 |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---:|---:|---:|
| Daluz,T.M. | 895.00 | 33.70 | 30,161.50 |
| Marriott, III,V.J. | 985.00 | 4.50 | 4,432.50 |
| Babchinetskaya,I. | 335.00 | 1.80 | 603.00 |
| Greenfield,M.G. | 445.00 | 15.60 | 6,942.00 |
| Jimenez,C. | 365.00 | 6.20 | 2,263.00 |

| Name | Rate | Hours | Amount |
|---|---:|---:|---:|
| Kearney,B.N. | 335.00 | 0.60 | 201.00 |
| McClamb,C.D. | 445.00 | 49.40 | 21,983.00 |
| Roglen,L.D. | 490.00 | 0.60 | 294.00 |
| Salah,M. | 415.00 | 15.90 | 6,598.50 |
| Neitzel,K.N. | 350.00 | 10.70 | 3,745.00 |
| Pollard,C.P. | 310.00 | 0.30 | 93.00 |
| Blessing,B. | 175.00 | 1.90 | 332.50 |
| **Total Fees** | | **141.20** | **$77,649.00** |

|  |  |
|---|---:|
| **Total Current Charges:** | **$77,649.00** |

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

## REMITTANCE ADVICE

| | | |
|---|---|---|
| Client: | 071820.03 | Sears Fee Examiner |
| Matter: | 00317415 | Fee and Expense Review and Reporting |
| Invoice No.: | 20200104906 | |
| Date: | January 22, 2020 | |

| | |
|---|---:|
| Fee Amount | $77,649.00 |
| **TOTAL AMOUNT DUE** | **$77,649.00** |

**Please return this page with your remittance to the above address.**
**Payment may also be made by wire transfer to our account.**

| | |
|---|---|
| **Bank:** | **PNC Bank, NA** |
| **ABA No.:** | **031 0000 53** |
| **Account No.:** | **85-3131-7345** |
| **Account Name:** | **Ballard Spahr LLP** |

**Please indicate on wire transfer the invoice number stated above.**