Defendant: **4Imprint, Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741772 | $599.52 | 7/13/18 | 6210978-IN | 4/6/18 | $599.52 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742021 | $2,841.60 | 7/24/18 | 6185700-IN | 4/11/18 | $2,841.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742206 | $5,704.70 | 7/31/18 | 6337164-IN | 5/21/18 | $5,704.70 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742262 | $4,516.60 | 8/2/18 | 6309558-IN | 6/5/18 | $4,516.60 |

Totals:   4 transfer(s),  $13,662.42