Defendant: **A S Caribe Drywall Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742207 | $17,700.00 | 7/31/18 | 2028-IN | 5/3/18 | $9,700.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742207 | $17,700.00 | 7/31/18 | 2044-IN | 6/4/18 | $8,000.00 |

Totals: 1 transfer(s), $17,700.00