Defendant: **AA Roofing Contractor Corp.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234402 | $2,187.82 | 7/20/18 | 23648046A-IN | 7/19/18 | $2,187.82 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236993 | $2,030.28 | 8/3/18 | 24035192A-IN | 8/3/18 | $2,030.28 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237389 | $4,940.72 | 8/6/18 | 23594208A-IN | 8/6/18 | $3,329.03 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237389 | $4,940.72 | 8/6/18 | 23923317A-IN | 8/6/18 | $1,611.69 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239777 | $2,805.11 | 8/22/18 | 23643579B-IN | 8/21/18 | $2,805.11 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240895 | $2,481.43 | 8/29/18 | 24049051A-IN | 8/28/18 | $1,534.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240895 | $2,481.43 | 8/29/18 | 24179873B-IN | 8/28/18 | $946.93 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241877 | $1,665.63 | 9/4/18 | 23796394A-IN | 8/31/18 | $1,665.63 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243122 | $2,372.43 | 9/13/18 | 23942450A-IN | 9/13/18 | $2,372.43 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244850 | $1,841.21 | 9/26/18 | 23973916A-IN | 9/26/18 | $1,841.21 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246746 | $2,092.50 | 10/8/18 | 24478872A-IN | 10/5/18 | $2,092.50 |

Totals:     9 transfer(s),   $22,417.13