| Defendant: | **AAD Garage Door Solutions Inc.** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984434 | $1,081.33 | 7/18/18 | 617930714186045 | 7/14/18 | $1,081.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990570 | $175.86 | 7/31/18 | 617930727186045 | 7/27/18 | $175.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991349 | $1,355.52 | 8/1/18 | 617930728186045 | 7/28/18 | $122.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991349 | $1,355.52 | 8/1/18 | 617930729186045 | 7/29/18 | $1,232.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994259 | $891.39 | 8/7/18 | 617930802186045 | 8/2/18 | $891.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995613 | $1,500.14 | 8/8/18 | 617930804186045 | 8/4/18 | $507.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995613 | $1,500.14 | 8/8/18 | 617930805186045 | 8/5/18 | $992.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002468 | $1,215.44 | 8/22/18 | 617930818186045 | 8/18/18 | $1,215.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008660 | $111.81 | 9/4/18 | 617930831186045 | 8/31/18 | $111.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012684 | $1,073.62 | 9/11/18 | 617930906186045 | 9/6/18 | $683.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012684 | $1,073.62 | 9/11/18 | 617930907186045 | 9/7/18 | $389.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016063 | $844.77 | 9/18/18 | 617930913186045 | 9/13/18 | $541.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016063 | $844.77 | 9/18/18 | 617930914186045 | 9/14/18 | $303.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018849 | $1,202.24 | 9/24/18 | 617930919186045 | 9/19/18 | $1,202.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019538 | $2,987.76 | 9/25/18 | 617930920186045 | 9/20/18 | $1,443.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019538 | $2,987.76 | 9/25/18 | 617930921186045 | 9/21/18 | $1,544.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021583 | $2,489.67 | 9/28/18 | 617930925186045 | 9/25/18 | $2,489.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022339 | $936.52 | 10/1/18 | 617930926186045 | 9/26/18 | $936.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023100 | $3,205.72 | 10/2/18 | 617930927186045 | 9/27/18 | $255.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023100 | $3,205.72 | 10/2/18 | 617930928186045 | 9/28/18 | $2,949.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024034 | $1,071.23 | 10/3/18 | 617930929186045 | 9/29/18 | $1,071.23 |

Totals:     15 transfer(s),  $20,143.02