| Defendant: | Aaron S Floor Covering Inc. |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233626 | $98.03 | 7/17/18 | 22314504F-IN | 7/16/18 | $98.03 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235370 | $102.88 | 7/26/18 | 24116255A-IN | 7/25/18 | $102.88 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235606 | $5,114.04 | 7/27/18 | 23648004A-IN | 7/26/18 | $5,114.04 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237547 | $65.50 | 8/7/18 | 23649614A-IN | 8/7/18 | $65.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238045 | $728.32 | 8/10/18 | 23808420A-IN | 8/9/18 | $373.28 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238045 | $728.32 | 8/10/18 | 24265011B-IN | 8/10/18 | $216.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238045 | $728.32 | 8/10/18 | 24289410A-IN | 8/10/18 | $139.04 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238446 | $777.68 | 8/14/18 | 24116255A-IN | 8/14/18 | $777.68 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238669 | $150.00 | 8/15/18 | 24072763A-IN | 8/15/18 | $150.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239524 | $1,085.88 | 8/21/18 | 24016667A-IN | 8/20/18 | $1,085.88 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240402 | $50.00 | 8/27/18 | 23649614A-IN | 8/24/18 | $50.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241163 | $697.53 | 8/30/18 | 24096411B-IN | 8/30/18 | $525.41 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241163 | $697.53 | 8/30/18 | 24096411B-IN | 8/30/18 | $122.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241163 | $697.53 | 8/30/18 | 24353930A-IN | 8/30/18 | $50.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242332 | $50.00 | 9/7/18 | 24419102A-IN | 9/7/18 | $50.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242556 | $1,034.22 | 9/10/18 | 23963494A-IN | 9/7/18 | $916.34 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242556 | $1,034.22 | 9/10/18 | 24460713A-IN | 9/7/18 | $117.88 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243656 | $105.19 | 9/18/18 | 24486652A-IN | 9/18/18 | $105.19 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244614 | $393.73 | 9/25/18 | 24353930A-IN | 9/25/18 | $393.73 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244836 | $1,026.24 | 9/26/18 | 24419102A-IN | 9/25/18 | $564.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244836 | $1,026.24 | 9/26/18 | 24460713A-IN | 9/26/18 | $461.64 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245023 | $1,657.03 | 9/27/18 | 23649614A-IN | 9/26/18 | $1,657.03 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245526 | $2,400.38 | 10/1/18 | 24289410A-IN | 9/28/18 | $2,400.38 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246701 | $50.00 | 10/8/18 | 24625648A-IN | 10/8/18 | $50.00 |

Totals:    18 transfer(s),  $15,586.65