Defendant: **Abraham Custom Creations, Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236276 | $3,312.72 | 8/1/18 | 17027-IN | 7/16/18 | $3,312.72 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239410 | $3,504.91 | 8/21/18 | 17021-IN | 7/10/18 | $3,504.91 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240278 | $2,299.32 | 8/27/18 | 17041-IN | 7/25/18 | $2,299.32 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240760 | $3,476.43 | 8/29/18 | 17049-IN | 7/31/18 | $3,476.43 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246017 | $4,051.70 | 10/4/18 | 17069-IN | 8/23/18 | $4,051.70 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246512 | $6,316.53 | 10/8/18 | 17046-IN | 7/27/18 | $3,064.19 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246512 | $6,316.53 | 10/8/18 | 17075-IN | 9/4/18 | $3,252.34 |

Totals:   6 transfer(s),  $22,961.61