Defendant: **Accounting Principals, Inc. D/B/A Ajilon**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| StarWest, LLC | StarWest, LLC | 913869 | $1,212.49 | 7/20/18 | 9781453 | 7/8/18 | $1,212.49 |
| StarWest, LLC | StarWest, LLC | 913972 | $2,112.88 | 7/27/18 | 9788440 | 7/15/18 | $2,112.88 |
| StarWest, LLC | StarWest, LLC | 913972 | $1,289.60 | 7/27/18 | 9788088 | 7/15/18 | $1,289.60 |
| StarWest, LLC | StarWest, LLC | 913972 | $1,041.60 | 7/27/18 | 9788076 | 7/15/18 | $1,041.60 |
| StarWest, LLC | StarWest, LLC | 913972 | $1,018.00 | 7/27/18 | 9790247 | 7/15/18 | $1,018.00 |
| StarWest, LLC | StarWest, LLC | 913972 | $2,198.54 | 7/27/18 | 9803426 | 7/22/18 | $2,198.54 |
| StarWest, LLC | StarWest, LLC | 913972 | $1,990.71 | 7/27/18 | 9805218 | 7/22/18 | $1,990.71 |
| StarWest, LLC | StarWest, LLC | 913972 | $1,386.32 | 7/27/18 | 9804615 | 7/22/18 | $1,386.32 |
| StarWest, LLC | StarWest, LLC | 913972 | $1,277.59 | 7/27/18 | 9804610 | 7/22/18 | $1,277.59 |
| StarWest, LLC | StarWest, LLC | 913972 | $588.78 | 7/27/18 | 9801183 | 7/22/18 | $588.78 |
| StarWest, LLC | StarWest, LLC | 914086 | $884.84 | 8/3/18 | 9820683 | 7/29/18 | $884.84 |
| StarWest, LLC | StarWest, LLC | 914194 | $1,984.76 | 8/10/18 | 9834631 | 8/5/18 | $1,984.76 |
| StarWest, LLC | StarWest, LLC | 914194 | $1,941.55 | 8/10/18 | 9830873 | 8/5/18 | $1,941.55 |
| StarWest, LLC | StarWest, LLC | 914194 | $1,497.32 | 8/10/18 | 9832206 | 8/5/18 | $1,497.32 |
| StarWest, LLC | StarWest, LLC | 914194 | $1,313.78 | 8/10/18 | 9832207 | 8/5/18 | $1,313.78 |
| StarWest, LLC | StarWest, LLC | 914194 | $1,302.00 | 8/10/18 | 9830864 | 8/5/18 | $1,302.00 |
| StarWest, LLC | StarWest, LLC | 914194 | $1,289.60 | 8/10/18 | 9830865 | 8/5/18 | $1,289.60 |
| StarWest, LLC | StarWest, LLC | 914194 | $1,037.09 | 8/10/18 | 9830917 | 8/5/18 | $1,037.09 |
| StarWest, LLC | StarWest, LLC | 914280 | $1,863.95 | 8/17/18 | 9852437 | 8/12/18 | $1,863.95 |
| StarWest, LLC | StarWest, LLC | 914280 | $1,302.00 | 8/17/18 | 9850458 | 8/12/18 | $1,302.00 |
| StarWest, LLC | StarWest, LLC | 914280 | $1,289.60 | 8/17/18 | 9851757 | 8/12/18 | $1,289.60 |
| StarWest, LLC | StarWest, LLC | 914428 | $1,289.60 | 8/24/18 | 9865290 | 8/19/18 | $1,289.60 |
| StarWest, LLC | StarWest, LLC | 914428 | $890.40 | 8/24/18 | 9867323 | 8/19/18 | $890.40 |
| StarWest, LLC | StarWest, LLC | 914550 | $1,289.60 | 8/31/18 | 9880896 | 8/26/18 | $1,289.60 |
| StarWest, LLC | StarWest, LLC | 914550 | $890.40 | 8/31/18 | 9883568 | 8/26/18 | $890.40 |
| StarWest, LLC | StarWest, LLC | 914775 | $890.40 | 9/14/18 | 9898976 | 9/2/18 | $890.40 |
| StarWest, LLC | StarWest, LLC | 914775 | $712.32 | 9/14/18 | 9915786 | 9/9/18 | $712.32 |
| StarWest, LLC | StarWest, LLC | 914837 | $890.40 | 9/21/18 | 9932464 | 9/16/18 | $890.40 |
| StarWest, LLC | StarWest, LLC | 914973 | $790.23 | 9/28/18 | 9948447 | 9/23/18 | $790.23 |
| StarWest, LLC | StarWest, LLC | 915088 | $890.40 | 10/9/18 | 9964875 | 9/30/18 | $890.40 |

Totals:    30 transfer(s),  $38,356.75