**Defendant:** **Advance Local Media LLC D/B/A Advance Ohio Media LLC**

**Bankruptcy Case:** **Sears Holding Corporation, et al.**

**Preference Period:** **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780994272 | $8,618.84 | 8/17/18 | 51810121482 | 6/1/18 | $8,618.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009606 | $5,971.71 | 9/19/18 | 61810121482 | 7/2/18 | $5,971.71 |

**Totals:** 2 transfer(s), $14,590.55