Defendant: **Advanced Air Conditioning, Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234665 | $1,423.28 | 7/23/18 | 24235807A-IN | 7/22/18 | $1,423.28 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235611 | $146.25 | 7/27/18 | 24282137A-IN | 7/26/18 | $146.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236386 | $3,136.23 | 8/1/18 | 24229429A-IN | 7/31/18 | $3,136.23 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237340 | $2,693.14 | 8/6/18 | 24299366A-IN | 8/4/18 | $2,693.14 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237905 | $2,375.60 | 8/9/18 | 24312679A-IN | 8/9/18 | $2,375.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238673 | $2,875.01 | 8/15/18 | 24209807A-IN | 8/14/18 | $2,875.01 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239324 | $2,336.92 | 8/20/18 | 24337479A-IN | 8/20/18 | $2,336.92 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241405 | $3,413.52 | 8/31/18 | 24391344A-IN | 8/30/18 | $3,413.52 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242560 | $580.00 | 9/10/18 | 24071541D-IN | 9/7/18 | $580.00 |

Totals:    9 transfer(s),  $18,979.95