Defendant: **Advanced Building Controls, Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780979627 | $2,767.35 | 7/17/18 | 14118 | 5/3/18 | $2,767.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982275 | $7,100.87 | 7/23/18 | 13147 | 5/9/18 | $490.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982275 | $7,100.87 | 7/23/18 | 18041568 | 6/6/18 | $6,610.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985633 | $490.48 | 7/30/18 | 11351 | 5/16/18 | $490.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989071 | $2,565.69 | 8/8/18 | 14134 | 5/23/18 | $1,523.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989071 | $2,565.69 | 8/8/18 | 14131 | 5/23/18 | $735.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989071 | $2,565.69 | 8/8/18 | 14138 | 5/23/18 | $306.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991903 | $6,321.65 | 8/14/18 | 14143 | 6/5/18 | $3,206.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991903 | $6,321.65 | 8/14/18 | 13151 | 6/5/18 | $1,799.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991903 | $6,321.65 | 8/14/18 | 12215 | 6/5/18 | $1,315.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996209 | $980.95 | 8/21/18 | 11369 | 6/5/18 | $980.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996837 | $980.95 | 8/22/18 | 14144 | 6/6/18 | $980.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005110 | $588.03 | 9/11/18 | 11376 | 6/22/18 | $588.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006439 | $9,616.49 | 9/13/18 | 14099 | 1/8/18 | $367.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006439 | $9,616.49 | 9/13/18 | 18041588 | 7/26/18 | $9,248.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010701 | $1,406.76 | 9/20/18 | 14086 | 12/11/17 | $245.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010701 | $1,406.76 | 9/20/18 | 10203 | 6/19/18 | $1,160.95 |

Totals:    10 transfer(s),  $32,819.22