Defendant: **Air Experts Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234248 | $1,581.74 | 7/20/18 | 24042100A-IN | 7/20/18 | $1,581.74 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235466 | $1,649.64 | 7/27/18 | 24123783A-IN | 7/26/18 | $1,649.64 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235728 | $5,233.59 | 7/30/18 | 24178445A-IN | 7/27/18 | $1,459.15 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235728 | $5,233.59 | 7/30/18 | 24198026A-IN | 7/27/18 | $1,316.49 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235728 | $5,233.59 | 7/30/18 | 24107132A-IN | 7/27/18 | $1,291.46 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235728 | $5,233.59 | 7/30/18 | 24100088A-IN | 7/27/18 | $1,166.49 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236744 | $1,936.49 | 8/3/18 | 24091193A-IN | 8/2/18 | $1,936.49 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239624 | $4,656.14 | 8/22/18 | 24397566A-IN | 8/21/18 | $2,504.59 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239624 | $4,656.14 | 8/22/18 | 24342824A-IN | 8/21/18 | $2,151.55 |

Totals:    5 transfer(s),  $15,057.60