Defendant: **Air Specialities of OK LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233950 | $1,903.04 | 7/19/18 | 24224017A-IN | 7/18/18 | $1,903.04 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235747 | $9,499.38 | 7/30/18 | 24014897A-IN | 7/27/18 | $5,794.63 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235747 | $9,499.38 | 7/30/18 | 24179101A-IN | 7/30/18 | $2,052.40 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235747 | $9,499.38 | 7/30/18 | 24273800A-IN | 7/30/18 | $1,652.35 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236763 | $1,267.15 | 8/3/18 | 24300228A-IN | 8/3/18 | $1,267.15 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238335 | $1,038.00 | 8/14/18 | 24338777A-IN | 8/14/18 | $1,038.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238742 | $250.00 | 8/16/18 | 24341288A-IN | 8/16/18 | $250.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241553 | $1,599.27 | 9/4/18 | 24453036A-IN | 9/4/18 | $1,599.27 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243355 | $1,064.46 | 9/17/18 | 24420493A-IN | 9/14/18 | $1,064.46 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246473 | $1,406.65 | 10/8/18 | 24611786A-IN | 10/8/18 | $1,406.65 |

Totals:    8 transfer(s),  $18,027.95