Defendant: **Aire Pure Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235752 | $3,406.59 | 7/30/18 | 24203220A-IN | 7/27/18 | $1,703.30 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235752 | $3,406.59 | 7/30/18 | 24202121A-IN | 7/30/18 | $1,703.29 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235972 | $1,801.55 | 7/31/18 | 24244588A-IN | 7/30/18 | $1,801.55 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237805 | $2,842.88 | 8/9/18 | 24326980A-IN | 8/8/18 | $1,856.69 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237805 | $2,842.88 | 8/9/18 | 24328598A-IN | 8/8/18 | $986.19 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239831 | $3,737.50 | 8/23/18 | 23891399A-IN | 8/23/18 | $2,413.38 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239831 | $3,737.50 | 8/23/18 | 24335291A-IN | 8/23/18 | $1,324.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240019 | $1,604.03 | 8/24/18 | 24357884A-IN | 8/24/18 | $1,604.03 |

Totals:     5 transfer(s),  $13,392.55