Defendant: **AK Studio, LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| StarWest, LLC | StarWest, LLC | 63746 | $29,779.00 | 8/30/18 | 40% CABINETS SAMSUNG DISP | 8/29/18 | $29,779.00 |
| **Totals:** | **1 transfer(s), $29,779.00** | | | | | | |