**Defendant:** Allway Tools, Inc.
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

### Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89852 | $1,445.88 | 7/17/18 | 0000254081 | 4/11/18 | $386.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89852 | $1,445.88 | 7/17/18 | 0000254083 | 4/11/18 | $367.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89852 | $1,445.88 | 7/17/18 | 0000254084 | 4/11/18 | $347.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89852 | $1,445.88 | 7/17/18 | 0000254082 | 4/11/18 | $345.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93756 | $2,182.38 | 7/24/18 | 0000739949 | 3/13/18 | $56.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93756 | $2,182.38 | 7/24/18 | 0000254602 | 4/18/18 | $1,100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93756 | $2,182.38 | 7/24/18 | 0000254601 | 4/18/18 | $496.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93756 | $2,182.38 | 7/24/18 | 0000254600 | 4/18/18 | $444.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93756 | $2,182.38 | 7/24/18 | 0000254603 | 4/18/18 | $85.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94435 | $732.00 | 7/25/18 | 0000974130 | 9/19/17 | $516.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94435 | $732.00 | 7/25/18 | 0000972274 | 9/19/17 | $215.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96576 | $1,690.50 | 7/30/18 | 0000969014 | 9/19/17 | $215.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96576 | $1,690.50 | 7/30/18 | 0000254861 | 4/24/18 | $449.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96576 | $1,690.50 | 7/30/18 | 0000254863 | 4/24/18 | $431.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96576 | $1,690.50 | 7/30/18 | 0000254862 | 4/24/18 | $322.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96576 | $1,690.50 | 7/30/18 | 0000254860 | 4/24/18 | $273.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00499 | $2,132.00 | 8/6/18 | 0000255464 | 5/1/18 | $968.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00499 | $2,132.00 | 8/6/18 | 0000255463 | 5/1/18 | $639.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00499 | $2,132.00 | 8/6/18 | 0000255466 | 5/1/18 | $263.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00499 | $2,132.00 | 8/6/18 | 0000255467 | 5/1/18 | $261.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04347 | $1,394.24 | 8/13/18 | 0000255928 | 5/8/18 | $805.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04347 | $1,394.24 | 8/13/18 | 0000255927 | 5/8/18 | $772.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04347 | $1,394.24 | 8/13/18 | 0000255930 | 5/8/18 | $651.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04347 | $1,394.24 | 8/13/18 | 0000255929 | 5/8/18 | $475.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04347 | $1,394.24 | 8/13/18 | 0000604454 | 8/8/18 | -$1,310.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08351 | $5,327.00 | 8/20/18 | 0000256407 | 5/15/18 | $1,941.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08351 | $5,327.00 | 8/20/18 | 0000256411 | 5/15/18 | $1,555.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08351 | $5,327.00 | 8/20/18 | 0000256409 | 5/15/18 | $1,044.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08351 | $5,327.00 | 8/20/18 | 0000256410 | 5/15/18 | $786.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12378 | $416.88 | 8/27/18 | 0000256869 | 5/22/18 | $248.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12378 | $416.88 | 8/27/18 | 0000256870 | 5/22/18 | $168.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13609 | $944.50 | 8/28/18 | 0000256985 | 5/23/18 | $497.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13609 | $944.50 | 8/28/18 | 0000256986 | 5/23/18 | $447.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16328 | $2,402.76 | 9/4/18 | 0000257212 | 5/30/18 | $939.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16328 | $2,402.76 | 9/4/18 | 0000257214 | 5/30/18 | $612.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16328 | $2,402.76 | 9/4/18 | 0000257213 | 5/30/18 | $584.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16328 | $2,402.76 | 9/4/18 | 0000257215 | 5/30/18 | $266.88 |

**Totals:** 10 transfer(s), $18,668.14