Defendant: **American Health Kennels, Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999012 | $16,090.00 | 8/29/18 | VIB041718288791 | 5/4/18 | -$140.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999012 | $16,090.00 | 8/29/18 | VBCRT0418003429 | 5/10/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999012 | $16,090.00 | 8/29/18 | 64197 | 7/6/18 | $5,880.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999012 | $16,090.00 | 8/29/18 | 64199 | 7/6/18 | $3,255.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999012 | $16,090.00 | 8/29/18 | 64200 | 7/6/18 | $2,910.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999012 | $16,090.00 | 8/29/18 | 64201 | 7/6/18 | $2,385.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999012 | $16,090.00 | 8/29/18 | 64198 | 7/6/18 | $1,950.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002516 | $5,370.00 | 9/5/18 | 64202 | 7/10/18 | $5,370.00 |

Totals:    2 transfer(s),  $21,460.00