Defendant: **Andrew Campanella**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233931 | $372.96 | 7/19/18 | 24165483A-IN | 7/17/18 | $55.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233931 | $372.96 | 7/19/18 | 23666258C-IN | 7/19/18 | $317.96 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235031 | $1,569.41 | 7/25/18 | 23881740A-IN | 7/25/18 | $1,569.41 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235471 | $655.87 | 7/27/18 | 24119442A-IN | 7/27/18 | $655.87 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235952 | $367.00 | 7/31/18 | RES073118-IN | 7/31/18 | $367.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236240 | $101.26 | 8/1/18 | 24165483A-IN | 7/31/18 | $101.26 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236456 | $1,042.87 | 8/2/18 | 24208274A-IN | 8/1/18 | $1,042.87 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237057 | $2,142.78 | 8/6/18 | 24205623A-IN | 8/3/18 | $848.39 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237057 | $2,142.78 | 8/6/18 | 24154727A-IN | 8/3/18 | $658.88 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237057 | $2,142.78 | 8/6/18 | 24205623B-IN | 8/3/18 | $297.38 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237057 | $2,142.78 | 8/6/18 | 23881740A-IN | 8/6/18 | $338.13 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237795 | $352.00 | 8/9/18 | 24339695B-IN | 8/9/18 | $105.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237795 | $352.00 | 8/9/18 | 24339695A-IN | 8/9/18 | $105.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237795 | $352.00 | 8/9/18 | 24199582A-IN | 8/9/18 | $87.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237795 | $352.00 | 8/9/18 | 24332186A-IN | 8/9/18 | $55.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238324 | $655.21 | 8/14/18 | 22870101B-IN | 8/13/18 | $288.21 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238324 | $655.21 | 8/14/18 | RES081418-IN | 8/14/18 | $367.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238554 | $305.00 | 8/15/18 | 24251602A-IN | 8/14/18 | $170.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238554 | $305.00 | 8/15/18 | 24367138A-IN | 8/14/18 | $135.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239627 | $3,097.08 | 8/22/18 | 24163752A-IN | 8/21/18 | $3,097.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240239 | $2,218.21 | 8/27/18 | 24237585A-IN | 8/24/18 | $1,213.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240239 | $2,218.21 | 8/27/18 | 24325740A-IN | 8/24/18 | $667.02 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240239 | $2,218.21 | 8/27/18 | 24332186A-IN | 8/24/18 | $337.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242238 | $403.03 | 9/7/18 | 24408901A-IN | 9/6/18 | $403.03 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242437 | $640.32 | 9/10/18 | 24251602A-IN | 9/7/18 | $479.07 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242437 | $640.32 | 9/10/18 | 24246748ACR-IN | 9/10/18 | $161.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242835 | $1,026.74 | 9/12/18 | 24419254A-IN | 9/11/18 | $1,026.74 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244137 | $1,280.17 | 9/21/18 | 23819225A-IN | 9/20/18 | $999.67 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244137 | $1,280.17 | 9/21/18 | 24421730A-IN | 9/20/18 | $280.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244325 | $678.89 | 9/24/18 | 22127067D-IN | 9/21/18 | $272.09 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244325 | $678.89 | 9/24/18 | 24356452B-IN | 9/24/18 | $206.73 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244325 | $678.89 | 9/24/18 | 20492797C-IN | 9/24/18 | $200.07 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244717 | $520.67 | 9/26/18 | 24447716B-IN | 9/26/18 | $520.67 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244899 | $1,070.31 | 9/27/18 | 24407659A-IN | 9/26/18 | $468.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244899 | $1,070.31 | 9/27/18 | 24251602A-IN | 9/27/18 | $602.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245572 | $1,641.38 | 10/2/18 | 24524346A-IN | 10/2/18 | $1,641.38 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245983 | $435.28 | 10/4/18 | 24496243A-IN | 10/3/18 | $435.28 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246457 | $2,002.69 | 10/8/18 | 24514008A-IN | 10/5/18 | $2,002.69 |

**Totals:**    22 transfer(s),  $22,579.13

Andrew Campanella

Bankruptcy Case: Sears Holding Corporation, et al.

January 31, 2020                             Exhibit A                             P. 2