Defendant: **Appliance Parts Imports Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982292 | $1,303.23 | 7/23/18 | 367415 | 5/9/18 | $23.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982292 | $1,303.23 | 7/23/18 | 367505 | 5/16/18 | $52.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982292 | $1,303.23 | 7/23/18 | 367513 | 5/17/18 | $149.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982292 | $1,303.23 | 7/23/18 | 367423 | 5/21/18 | $235.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982292 | $1,303.23 | 7/23/18 | 367422 | 5/21/18 | $187.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982292 | $1,303.23 | 7/23/18 | 367557 | 5/21/18 | $55.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982292 | $1,303.23 | 7/23/18 | 367552 | 5/21/18 | $49.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982292 | $1,303.23 | 7/23/18 | 367550 | 5/21/18 | $25.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982292 | $1,303.23 | 7/23/18 | 367553 | 5/21/18 | $17.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982292 | $1,303.23 | 7/23/18 | 367551 | 5/21/18 | $2.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982292 | $1,303.23 | 7/23/18 | 367524 | 5/22/18 | $24.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982292 | $1,303.23 | 7/23/18 | 367525 | 5/23/18 | $106.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982292 | $1,303.23 | 7/23/18 | 367566 | 5/23/18 | $106.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982292 | $1,303.23 | 7/23/18 | 367526 | 5/23/18 | $38.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982292 | $1,303.23 | 7/23/18 | 367527 | 5/24/18 | $54.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982292 | $1,303.23 | 7/23/18 | 137050 | 5/24/18 | $51.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982292 | $1,303.23 | 7/23/18 | 367574 | 5/24/18 | $49.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982292 | $1,303.23 | 7/23/18 | 367572 | 5/24/18 | $47.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982292 | $1,303.23 | 7/23/18 | 367529 | 5/26/18 | $25.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985658 | $5,120.68 | 7/30/18 | INC0091071 | 5/14/18 | $3,779.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985658 | $5,120.68 | 7/30/18 | 367587 | 5/28/18 | $101.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985658 | $5,120.68 | 7/30/18 | 367594 | 5/28/18 | $60.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985658 | $5,120.68 | 7/30/18 | 367586 | 5/28/18 | $55.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985658 | $5,120.68 | 7/30/18 | 367532 | 5/29/18 | $47.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985658 | $5,120.68 | 7/30/18 | 367534 | 5/29/18 | $46.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985658 | $5,120.68 | 7/30/18 | 367533 | 5/29/18 | $26.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985658 | $5,120.68 | 7/30/18 | 367605 | 5/29/18 | $8.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985658 | $5,120.68 | 7/30/18 | 367615 | 5/30/18 | $199.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985658 | $5,120.68 | 7/30/18 | 367538 | 5/30/18 | $106.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985658 | $5,120.68 | 7/30/18 | 367536 | 5/30/18 | $101.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985658 | $5,120.68 | 7/30/18 | 367606 | 5/30/18 | $80.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985658 | $5,120.68 | 7/30/18 | 367611 | 5/30/18 | $78.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985658 | $5,120.68 | 7/30/18 | 367610 | 5/30/18 | $64.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985658 | $5,120.68 | 7/30/18 | 367616 | 5/30/18 | $39.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985658 | $5,120.68 | 7/30/18 | 367621 | 5/31/18 | $229.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985658 | $5,120.68 | 7/30/18 | 367646 | 5/31/18 | $93.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985658 | $5,120.68 | 7/30/18 | 367659 | 6/1/18 | $1.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989095 | $1,210.84 | 8/8/18 | 367675 | 6/4/18 | $98.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989095 | $1,210.84 | 8/8/18 | 367678 | 6/4/18 | $92.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989095 | $1,210.84 | 8/8/18 | 367686 | 6/4/18 | $78.16 |

Appliance Parts Imports Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989095 | $1,210.84 | 8/8/18 | 367672 | 6/4/18 | $59.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989095 | $1,210.84 | 8/8/18 | 367679 | 6/4/18 | $34.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989095 | $1,210.84 | 8/8/18 | 367685 | 6/4/18 | $25.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989095 | $1,210.84 | 8/8/18 | 367624 | 6/5/18 | $25.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989095 | $1,210.84 | 8/8/18 | 367692 | 6/5/18 | $19.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989095 | $1,210.84 | 8/8/18 | 367706 | 6/6/18 | $152.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989095 | $1,210.84 | 8/8/18 | 367625 | 6/6/18 | $54.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989095 | $1,210.84 | 8/8/18 | 367712 | 6/6/18 | $50.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989095 | $1,210.84 | 8/8/18 | 367630 | 6/7/18 | $229.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989095 | $1,210.84 | 8/8/18 | 367628 | 6/7/18 | $20.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989095 | $1,210.84 | 8/8/18 | 367629 | 6/7/18 | $13.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989095 | $1,210.84 | 8/8/18 | 367725 | 6/7/18 | $6.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989095 | $1,210.84 | 8/8/18 | 367632 | 6/8/18 | $141.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989095 | $1,210.84 | 8/8/18 | 367633 | 6/8/18 | $63.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989095 | $1,210.84 | 8/8/18 | 367634 | 6/9/18 | $45.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992635 | $6,953.17 | 8/15/18 | INC0084579 | 2/22/18 | $822.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992635 | $6,953.17 | 8/15/18 | INC0086195 | 3/13/18 | $4,777.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992635 | $6,953.17 | 8/15/18 | 367637 | 6/11/18 | $93.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992635 | $6,953.17 | 8/15/18 | 367737 | 6/11/18 | $35.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992635 | $6,953.17 | 8/15/18 | 367739 | 6/11/18 | $5.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992635 | $6,953.17 | 8/15/18 | 367643 | 6/12/18 | $120.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992635 | $6,953.17 | 8/15/18 | 367742 | 6/12/18 | $61.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992635 | $6,953.17 | 8/15/18 | 367642 | 6/12/18 | $34.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992635 | $6,953.17 | 8/15/18 | 367745 | 6/12/18 | $30.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992635 | $6,953.17 | 8/15/18 | 367756 | 6/13/18 | $106.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992635 | $6,953.17 | 8/15/18 | 367644 | 6/13/18 | $92.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992635 | $6,953.17 | 8/15/18 | 367746 | 6/13/18 | $43.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992635 | $6,953.17 | 8/15/18 | 367747 | 6/13/18 | $8.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992635 | $6,953.17 | 8/15/18 | 367772 | 6/14/18 | $227.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992635 | $6,953.17 | 8/15/18 | 367748 | 6/14/18 | $213.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992635 | $6,953.17 | 8/15/18 | 367750 | 6/14/18 | $51.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992635 | $6,953.17 | 8/15/18 | 367782 | 6/14/18 | $35.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992635 | $6,953.17 | 8/15/18 | 367760 | 6/14/18 | $16.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992635 | $6,953.17 | 8/15/18 | 367749 | 6/14/18 | $8.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992635 | $6,953.17 | 8/15/18 | 367795 | 6/15/18 | $45.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992635 | $6,953.17 | 8/15/18 | 137076 | 6/15/18 | $42.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992635 | $6,953.17 | 8/15/18 | 367793 | 6/15/18 | $40.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992635 | $6,953.17 | 8/15/18 | 367792 | 6/15/18 | $38.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996860 | $2,054.09 | 8/22/18 | 367799 | 6/18/18 | $94.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996860 | $2,054.09 | 8/22/18 | 367803 | 6/18/18 | $81.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996860 | $2,054.09 | 8/22/18 | 367800 | 6/18/18 | $58.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996860 | $2,054.09 | 8/22/18 | 137077 | 6/18/18 | $33.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996860 | $2,054.09 | 8/22/18 | 367846 | 6/19/18 | $61.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996860 | $2,054.09 | 8/22/18 | 367804 | 6/19/18 | $49.73 |

Appliance Parts Imports Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Exhibit A

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780996860 | $2,054.09 | 8/22/18 | 367833 | 6/19/18 | $26.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996860 | $2,054.09 | 8/22/18 | 367836 | 6/19/18 | $13.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996860 | $2,054.09 | 8/22/18 | 367805 | 6/20/18 | $135.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996860 | $2,054.09 | 8/22/18 | 367806 | 6/20/18 | $20.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996860 | $2,054.09 | 8/22/18 | 367875 | 6/21/18 | $484.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996860 | $2,054.09 | 8/22/18 | 367865 | 6/21/18 | $101.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996860 | $2,054.09 | 8/22/18 | 367808 | 6/21/18 | $89.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996860 | $2,054.09 | 8/22/18 | 367871 | 6/21/18 | $89.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996860 | $2,054.09 | 8/22/18 | 367866 | 6/21/18 | $24.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996860 | $2,054.09 | 8/22/18 | 367864 | 6/21/18 | $11.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996860 | $2,054.09 | 8/22/18 | 367872 | 6/21/18 | $10.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996860 | $2,054.09 | 8/22/18 | 367873 | 6/21/18 | $6.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996860 | $2,054.09 | 8/22/18 | 367809 | 6/22/18 | $232.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996860 | $2,054.09 | 8/22/18 | 367881 | 6/22/18 | $199.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996860 | $2,054.09 | 8/22/18 | 137081 | 6/22/18 | $51.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996860 | $2,054.09 | 8/22/18 | 367882 | 6/22/18 | $24.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996860 | $2,054.09 | 8/22/18 | 367889 | 6/23/18 | $104.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996860 | $2,054.09 | 8/22/18 | 367810 | 6/23/18 | $41.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996860 | $2,054.09 | 8/22/18 | 367890 | 6/23/18 | $5.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000199 | $1,353.05 | 8/31/18 | 367893 | 6/25/18 | $109.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000199 | $1,353.05 | 8/31/18 | 367895 | 6/25/18 | $62.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000199 | $1,353.05 | 8/31/18 | 367894 | 6/25/18 | $57.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000199 | $1,353.05 | 8/31/18 | 367896 | 6/25/18 | $42.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000199 | $1,353.05 | 8/31/18 | 137082 | 6/25/18 | $6.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000199 | $1,353.05 | 8/31/18 | 137083 | 6/25/18 | $6.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000199 | $1,353.05 | 8/31/18 | 367903 | 6/26/18 | $106.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000199 | $1,353.05 | 8/31/18 | 367812 | 6/26/18 | $59.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000199 | $1,353.05 | 8/31/18 | 367813 | 6/26/18 | $54.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000199 | $1,353.05 | 8/31/18 | 367811 | 6/26/18 | $49.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000199 | $1,353.05 | 8/31/18 | 367815 | 6/26/18 | $49.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000199 | $1,353.05 | 8/31/18 | 367920 | 6/26/18 | $44.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000199 | $1,353.05 | 8/31/18 | 367904 | 6/26/18 | $1.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000199 | $1,353.05 | 8/31/18 | 367921 | 6/27/18 | $128.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000199 | $1,353.05 | 8/31/18 | 367923 | 6/27/18 | $68.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000199 | $1,353.05 | 8/31/18 | 367816 | 6/27/18 | $64.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000199 | $1,353.05 | 8/31/18 | 367817 | 6/28/18 | $125.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000199 | $1,353.05 | 8/31/18 | 367819 | 6/28/18 | $88.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000199 | $1,353.05 | 8/31/18 | 367941 | 6/28/18 | $87.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000199 | $1,353.05 | 8/31/18 | 367818 | 6/28/18 | $7.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000199 | $1,353.05 | 8/31/18 | 367820 | 6/29/18 | $84.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000199 | $1,353.05 | 8/31/18 | 367944 | 6/29/18 | $49.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000199 | $1,353.05 | 8/31/18 | 367946 | 6/30/18 | $1.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003681 | $3,098.21 | 9/7/18 | 367952 | 7/2/18 | $250.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003681 | $3,098.21 | 9/7/18 | 367821 | 7/2/18 | $229.80 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003681 | $3,098.21 | 9/7/18 | 367823 | 7/2/18 | $196.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003681 | $3,098.21 | 9/7/18 | 367824 | 7/2/18 | $93.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003681 | $3,098.21 | 9/7/18 | 367822 | 7/2/18 | $26.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003681 | $3,098.21 | 9/7/18 | 367970 | 7/3/18 | $280.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003681 | $3,098.21 | 9/7/18 | 367988 | 7/3/18 | $128.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003681 | $3,098.21 | 9/7/18 | 367981 | 7/3/18 | $128.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003681 | $3,098.21 | 9/7/18 | 367989 | 7/3/18 | $128.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003681 | $3,098.21 | 9/7/18 | 367986 | 7/3/18 | $128.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003681 | $3,098.21 | 9/7/18 | 367984 | 7/3/18 | $128.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003681 | $3,098.21 | 9/7/18 | 367982 | 7/3/18 | $128.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003681 | $3,098.21 | 9/7/18 | 367987 | 7/3/18 | $128.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003681 | $3,098.21 | 9/7/18 | 367983 | 7/3/18 | $128.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003681 | $3,098.21 | 9/7/18 | 367985 | 7/3/18 | $128.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003681 | $3,098.21 | 9/7/18 | 367960 | 7/3/18 | $104.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003681 | $3,098.21 | 9/7/18 | 367977 | 7/3/18 | $64.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003681 | $3,098.21 | 9/7/18 | 367991 | 7/3/18 | $12.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003681 | $3,098.21 | 9/7/18 | 367961 | 7/5/18 | $157.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003681 | $3,098.21 | 9/7/18 | 368005 | 7/5/18 | $146.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003681 | $3,098.21 | 9/7/18 | 367962 | 7/5/18 | $128.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003681 | $3,098.21 | 9/7/18 | 367999 | 7/5/18 | $128.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003681 | $3,098.21 | 9/7/18 | 368016 | 7/6/18 | $78.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003681 | $3,098.21 | 9/7/18 | 368018 | 7/6/18 | $38.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003681 | $3,098.21 | 9/7/18 | 368015 | 7/6/18 | $4.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003681 | $3,098.21 | 9/7/18 | 368019 | 7/6/18 | $2.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007132 | $8,715.18 | 9/14/18 | INC0093966 | 6/25/18 | $6,299.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007132 | $8,715.18 | 9/14/18 | 368024 | 7/9/18 | $237.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007132 | $8,715.18 | 9/14/18 | 367967 | 7/9/18 | $117.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007132 | $8,715.18 | 9/14/18 | 367971 | 7/9/18 | $92.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007132 | $8,715.18 | 9/14/18 | 367969 | 7/9/18 | $61.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007132 | $8,715.18 | 9/14/18 | 368037 | 7/10/18 | $135.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007132 | $8,715.18 | 9/14/18 | 368038 | 7/10/18 | $50.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007132 | $8,715.18 | 9/14/18 | 368033 | 7/10/18 | $48.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007132 | $8,715.18 | 9/14/18 | 367973 | 7/10/18 | $48.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007132 | $8,715.18 | 9/14/18 | 367974 | 7/11/18 | $229.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007132 | $8,715.18 | 9/14/18 | 368049 | 7/11/18 | $68.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007132 | $8,715.18 | 9/14/18 | 368076 | 7/12/18 | $245.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007132 | $8,715.18 | 9/14/18 | 368052 | 7/12/18 | $229.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007132 | $8,715.18 | 9/14/18 | 368053 | 7/12/18 | $188.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007132 | $8,715.18 | 9/14/18 | 368086 | 7/12/18 | $63.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007132 | $8,715.18 | 9/14/18 | 368087 | 7/13/18 | $280.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007132 | $8,715.18 | 9/14/18 | 368088 | 7/13/18 | $180.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007132 | $8,715.18 | 9/14/18 | 368054 | 7/13/18 | $47.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007132 | $8,715.18 | 9/14/18 | 368096 | 7/14/18 | $42.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007132 | $8,715.18 | 9/14/18 | 368094 | 7/14/18 | $25.09 |

Appliance Parts Imports Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781007132 | $8,715.18 | 9/14/18 | 368095 | 7/14/18 | $21.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011372 | $764.83 | 9/21/18 | 368058 | 7/16/18 | $55.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011372 | $764.83 | 9/21/18 | 368057 | 7/16/18 | $53.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011372 | $764.83 | 9/21/18 | 368120 | 7/17/18 | $89.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011372 | $764.83 | 9/21/18 | 368117 | 7/17/18 | $55.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011372 | $764.83 | 9/21/18 | 368059 | 7/17/18 | $55.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011372 | $764.83 | 9/21/18 | 368121 | 7/17/18 | $53.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011372 | $764.83 | 9/21/18 | 368063 | 7/18/18 | $51.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011372 | $764.83 | 9/21/18 | 368061 | 7/18/18 | $18.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011372 | $764.83 | 9/21/18 | 368065 | 7/19/18 | $83.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011372 | $764.83 | 9/21/18 | 368136 | 7/19/18 | $49.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011372 | $764.83 | 9/21/18 | 368140 | 7/19/18 | $47.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011372 | $764.83 | 9/21/18 | 368066 | 7/20/18 | $93.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011372 | $764.83 | 9/21/18 | 368147 | 7/20/18 | $24.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011372 | $764.83 | 9/21/18 | 368067 | 7/20/18 | $10.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011372 | $764.83 | 9/21/18 | 368069 | 7/21/18 | $21.13 |

**Totals:    9 transfer(s),  $30,573.28**

Appliance Parts Imports Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

January 31, 2020

Exhibit A