Defendant: **Applied Staffing Solutions, LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913852 | $2,378.49 | 7/20/18 | 62363 | 7/13/18 | $2,378.49 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913953 | $117.50 | 7/27/18 | 61390 | 3/16/18 | $117.50 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913953 | $3,361.12 | 7/27/18 | 62417 | 7/20/18 | $3,361.12 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914068 | $2,745.40 | 8/3/18 | 62472 | 7/27/18 | $2,745.40 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914178 | $2,747.73 | 8/10/18 | 62067 | 6/28/18 | $2,747.73 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914178 | $2,370.59 | 8/10/18 | 62526 | 8/3/18 | $2,370.59 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914302 | $2,465.34 | 8/17/18 | 62637 | 8/17/18 | $2,465.34 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914410 | $2,618.56 | 8/24/18 | 62584 | 8/10/18 | $2,618.56 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914531 | $2,594.16 | 8/31/18 | 62694 | 8/24/18 | $2,594.16 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914641 | $3,484.71 | 9/7/18 | 62746 | 8/30/18 | $3,484.71 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914745 | $3,150.24 | 9/14/18 | 62825 | 9/7/18 | $3,150.24 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914867 | $2,164.85 | 9/21/18 | 62877 | 9/14/18 | $2,164.85 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914950 | $1,968.23 | 9/28/18 | 62925 | 9/21/18 | $1,968.23 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915071 | $2,097.41 | 10/9/18 | 62995 | 9/27/18 | $2,097.41 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915071 | $2,303.35 | 10/9/18 | 63044 | 10/5/18 | $2,303.35 |

Totals:  15 transfer(s),  $36,567.68