Defendant: **APR Supply Co.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233653 | $70.31 | 7/17/18 | 7767789001-IN | 6/20/18 | $1,546.53 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233653 | $70.31 | 7/17/18 | 7798865002-DM | 7/10/18 | -$1,476.22 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234962 | $2,128.97 | 7/24/18 | 7772499001-IN | 6/25/18 | $1,808.16 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234962 | $2,128.97 | 7/24/18 | 7772499002-IN | 6/26/18 | $320.81 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236162 | $1,068.48 | 7/31/18 | 7787558001-IN | 7/2/18 | $1,068.48 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236663 | $3,620.49 | 8/2/18 | 7790394001-IN | 7/5/18 | $1,972.26 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236663 | $3,620.49 | 8/2/18 | 7786775001-IN | 7/6/18 | $1,648.23 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237584 | $4,518.03 | 8/7/18 | 7792754001-IN | 7/10/18 | $1,897.74 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237584 | $4,518.03 | 8/7/18 | 7798865001-IN | 7/10/18 | $1,476.22 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237584 | $4,518.03 | 8/7/18 | 7749220001-IN | 7/10/18 | $1,144.07 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238075 | $1,559.12 | 8/10/18 | 7779731001-IN | 7/13/18 | $1,559.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240165 | $2,614.77 | 8/24/18 | 7823533001-IN | 7/26/18 | $2,344.33 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240165 | $2,614.77 | 8/24/18 | 7827271001-IN | 7/27/18 | $270.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240647 | $5,044.22 | 8/28/18 | 7827431001-IN | 7/31/18 | $2,947.18 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240647 | $5,044.22 | 8/28/18 | 7827449001-IN | 8/1/18 | $1,876.26 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240647 | $5,044.22 | 8/28/18 | 7835535001-IN | 8/1/18 | $220.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243684 | $841.13 | 9/18/18 | 7868415001-IN | 8/22/18 | $841.13 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244651 | $1,046.53 | 9/25/18 | 7639908002-DM | 3/26/18 | -$13.13 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244651 | $1,046.53 | 9/25/18 | 7868471001-IN | 8/29/18 | $542.74 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244651 | $1,046.53 | 9/25/18 | 7877410001-IN | 8/29/18 | $516.92 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246367 | $5,041.28 | 10/5/18 | 7809536001-IN | 7/17/18 | $2,144.53 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246367 | $5,041.28 | 10/5/18 | 7812873001-IN | 7/18/18 | $1,278.47 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246367 | $5,041.28 | 10/5/18 | 7809536002-IN | 7/19/18 | $412.58 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246367 | $5,041.28 | 10/5/18 | 7821071001-IN | 7/25/18 | $1,840.29 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246367 | $5,041.28 | 10/5/18 | 7826500001-IN | 7/26/18 | $4.51 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246367 | $5,041.28 | 10/5/18 | 7823010001-IN | 7/27/18 | $1,799.81 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246367 | $5,041.28 | 10/5/18 | 7842232001-IN | 8/6/18 | $1,533.10 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246367 | $5,041.28 | 10/5/18 | 7844903001-IN | 8/9/18 | $1,060.61 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246367 | $5,041.28 | 10/5/18 | 7850661001-IN | 8/13/18 | $2,560.98 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246367 | $5,041.28 | 10/5/18 | 7872886001-IN | 8/27/18 | $2,564.77 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246367 | $5,041.28 | 10/5/18 | 7883082001-IN | 9/6/18 | $1,761.94 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246367 | $5,041.28 | 10/5/18 | 7850661002-DM | 9/25/18 | -$2,560.98 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246367 | $5,041.28 | 10/5/18 | 7872886002-DM | 9/25/18 | -$2,564.77 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246367 | $5,041.28 | 10/5/18 | 7826500002-DM | 9/26/18 | -$230.37 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246367 | $5,041.28 | 10/5/18 | 7823010002-DM | 9/26/18 | -$1,247.77 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246367 | $5,041.28 | 10/5/18 | 7844903002-DM | 9/27/18 | -$719.49 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246367 | $5,041.28 | 10/5/18 | 7821071002-DM | 10/1/18 | -$230.29 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246367 | $5,041.28 | 10/5/18 | 7809536003-DM | 10/1/18 | -$412.58 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246367 | $5,041.28 | 10/5/18 | 7842232002-DM | 10/1/18 | -$531.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246367 | $5,041.28 | 10/5/18 | 7812873002-DM | 10/1/18 | -$1,278.47 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246367 | $5,041.28 | 10/5/18 | 7809536005-DM | 10/1/18 | -$2,144.53 |

Totals:    11 transfer(s),    $27,553.33