Defendant: **ASPAC Distributors Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62082928 | $961.56 | 7/12/18 | 26060 | 6/5/18 | $961.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083339 | $1,387.22 | 7/19/18 | 26068 | 6/8/18 | $716.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083339 | $1,387.22 | 7/19/18 | 26072 | 6/12/18 | $670.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083693 | $1,582.05 | 7/26/18 | 26089 | 6/15/18 | $598.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083693 | $1,582.05 | 7/26/18 | 26094 | 6/16/18 | $302.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083693 | $1,582.05 | 7/26/18 | 26108 | 6/19/18 | $294.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083693 | $1,582.05 | 7/26/18 | 26113 | 6/20/18 | $406.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083693 | $1,582.05 | 7/26/18 | 1869 | 7/9/18 | -$9.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083693 | $1,582.05 | 7/26/18 | 1874 | 7/10/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084123 | $1,312.84 | 8/2/18 | 26125 | 6/22/18 | $473.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084123 | $1,312.84 | 8/2/18 | 26136 | 6/26/18 | $489.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084123 | $1,312.84 | 8/2/18 | 26143 | 6/28/18 | $365.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084123 | $1,312.84 | 8/2/18 | 1877 | 7/16/18 | -$15.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084474 | $989.19 | 8/13/18 | 26154 | 7/2/18 | $349.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084474 | $989.19 | 8/13/18 | 26173 | 7/3/18 | $508.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084474 | $989.19 | 8/13/18 | 26174 | 7/5/18 | $571.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084474 | $989.19 | 8/13/18 | 1878 | 7/23/18 | -$424.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084474 | $989.19 | 8/13/18 | 1885 | 7/26/18 | -$15.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085024 | $961.06 | 8/20/18 | 26179 | 7/6/18 | $331.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085024 | $961.06 | 8/20/18 | 26182 | 7/9/18 | $511.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085024 | $961.06 | 8/20/18 | 26195 | 7/10/18 | $117.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085370 | $610.09 | 8/29/18 | 26197 | 7/13/18 | $165.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085370 | $610.09 | 8/29/18 | 26202 | 7/16/18 | $305.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085370 | $610.09 | 8/29/18 | 26206 | 7/17/18 | $138.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085773 | $2,787.64 | 9/5/18 | 26215 | 7/20/18 | $1,646.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085773 | $2,787.64 | 9/5/18 | 26240 | 7/24/18 | $534.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085773 | $2,787.64 | 9/5/18 | 26245 | 7/25/18 | $279.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085773 | $2,787.64 | 9/5/18 | 26246 | 7/26/18 | $331.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085773 | $2,787.64 | 9/5/18 | 1901 | 8/13/18 | -$4.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086166 | $1,827.47 | 9/12/18 | 26163 | 7/3/18 | $248.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086166 | $1,827.47 | 9/12/18 | 26256 | 7/27/18 | $118.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086166 | $1,827.47 | 9/12/18 | 26257 | 7/28/18 | $212.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086166 | $1,827.47 | 9/12/18 | 26268 | 7/31/18 | $414.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086166 | $1,827.47 | 9/12/18 | 26258A | 8/1/18 | $348.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086166 | $1,827.47 | 9/12/18 | 26278 | 8/1/18 | $203.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086166 | $1,827.47 | 9/12/18 | 26280 | 8/2/18 | $281.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086773 | $1,827.09 | 9/19/18 | 26180 | 7/6/18 | $51.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086773 | $1,827.09 | 9/19/18 | 26181 | 7/9/18 | $72.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086773 | $1,827.09 | 9/19/18 | 26287 | 8/4/18 | $536.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086773 | $1,827.09 | 9/19/18 | 26288 | 8/4/18 | $292.17 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62086773 | $1,827.09 | 9/19/18 | 26300 | 8/7/18 | $610.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086773 | $1,827.09 | 9/19/18 | 26310 | 8/9/18 | $264.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087120 | $2,321.15 | 9/26/18 | 26196 | 7/12/18 | $11.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087120 | $2,321.15 | 9/26/18 | 26315 | 8/10/18 | $385.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087120 | $2,321.15 | 9/26/18 | 26321 | 8/13/18 | $1,035.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087120 | $2,321.15 | 9/26/18 | 26319 | 8/13/18 | $333.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087120 | $2,321.15 | 9/26/18 | 26337 | 8/15/18 | $218.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087120 | $2,321.15 | 9/26/18 | 26338 | 8/16/18 | $336.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087486 | $2,204.87 | 10/3/18 | 26347 | 8/17/18 | $110.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087486 | $2,204.87 | 10/3/18 | 26351 | 8/20/18 | $766.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087486 | $2,204.87 | 10/3/18 | 26352 | 8/20/18 | $483.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087486 | $2,204.87 | 10/3/18 | 26364 | 8/21/18 | $319.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087486 | $2,204.87 | 10/3/18 | 26367 | 8/22/18 | $339.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087486 | $2,204.87 | 10/3/18 | 26369 | 8/23/18 | $186.20 |

Totals:    12 transfer(s),    $18,772.23