| | | |
|---|---|---|
| Defendant: | **B & M Seasonal Services LLC** | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981182 | $4,450.00 | 7/19/18 | 1135 | 5/9/18 | $3,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981182 | $4,450.00 | 7/19/18 | 1136 | 5/9/18 | $1,250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991457 | $6,400.00 | 8/13/18 | 1136A | 5/31/18 | $3,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991457 | $6,400.00 | 8/13/18 | 1137 | 5/31/18 | $3,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002576 | $3,200.00 | 9/5/18 | 1138 | 6/15/18 | $3,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005962 | $3,200.00 | 9/12/18 | 1140 | 6/27/18 | $3,200.00 |

Totals: 4 transfer(s), $17,250.00

B & M Seasonal Services LLC
Bankruptcy Case: Sears Holding Corporation, et al.
January 31, 2020                               Exhibit A                                P. 1