| Defendant: | **Baggs Landscaping & Maintenance Inc.** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995753 | $7,869.07 | 8/20/18 | 1566 | 6/1/18 | $3,083.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995753 | $7,869.07 | 8/20/18 | 1565 | 6/1/18 | $2,392.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995753 | $7,869.07 | 8/20/18 | 1565 | 6/5/18 | $3,083.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995753 | $7,869.07 | 8/20/18 | 1564 | 6/5/18 | $2,392.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995753 | $7,869.07 | 8/20/18 | 1563KWB | 7/3/18 | -$3,083.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999070 | $5,476.31 | 8/29/18 | 1567 | 6/8/18 | $3,083.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999070 | $5,476.31 | 8/29/18 | 1566 | 6/8/18 | $2,392.36 |

Totals:    2 transfer(s),  $13,345.38

Baggs Landscaping & Maintenance Inc.
Bankruptcy Case: Sears Holding Corporation, et al.

January 31, 2020                                        Exhibit A                                        P. 1