| Defendant: | **Bankers Warranty Group D/B/A Centricity** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913854 | $12,930.30 | 7/20/18 | IN 14792 | 7/12/18 | $12,930.30 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913854 | -$5,353.78 | 7/20/18 | PAID WRONG VENDOR | 7/16/18 | -$5,353.78 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914533 | -$53.00 | 8/31/18 | CR 1897 | 7/19/18 | -$53.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914533 | $13,565.13 | 8/31/18 | IN 14921 | 8/23/18 | $13,565.13 |

**Totals:     4 transfer(s),  $21,088.65**