Defendant: **Bella Stones, Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235142 | $4,786.71 | 7/25/18 | 2822-IN | 7/20/18 | $4,786.71 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239500 | $21,787.32 | 8/21/18 | 2855-IN | 8/18/18 | $7,051.49 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239500 | $21,787.32 | 8/21/18 | 2856-IN | 8/18/18 | $4,574.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239500 | $21,787.32 | 8/21/18 | 2857-IN | 8/18/18 | $4,057.65 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239500 | $21,787.32 | 8/21/18 | 2860-IN | 8/18/18 | $3,735.69 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239500 | $21,787.32 | 8/21/18 | 2858-IN | 8/20/18 | $2,368.43 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241374 | $4,355.99 | 8/31/18 | 2859-IN | 8/18/18 | $4,355.99 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243633 | $5,086.62 | 9/18/18 | 2893-IN | 9/15/18 | $5,086.62 |

Totals:   4 transfer(s),   $36,016.64