| Defendant: | Benoit Construction Group LLC |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241725 | $6,376.30 | 9/4/18 | 24429686A-IN | 9/1/18 | $6,376.30 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242513 | $2,638.05 | 9/10/18 | 24285869A-IN | 9/10/18 | $2,638.05 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243069 | $838.94 | 9/13/18 | 24285869A-IN | 9/13/18 | $838.94 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245469 | $3,291.77 | 10/1/18 | 24353708A-IN | 10/1/18 | $3,291.77 |

Totals: 4 transfer(s), $13,145.06