Defendant: **Bienes Construction LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233632 | $135.00 | 7/17/18 | 13085197B-IN | 7/17/18 | $135.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234936 | $437.68 | 7/24/18 | 24249172A-IN | 7/23/18 | $199.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234936 | $437.68 | 7/24/18 | 22228456A-IN | 7/24/18 | $238.68 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235176 | $72.00 | 7/25/18 | 24144066A-IN | 7/25/18 | $72.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236137 | $1,397.48 | 7/31/18 | 23829363A-IN | 7/31/18 | $1,062.91 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236137 | $1,397.48 | 7/31/18 | 23874608B-IN | 7/31/18 | $334.57 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236395 | $241.97 | 8/1/18 | 23874608B-IN | 7/31/18 | $241.97 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236971 | $738.61 | 8/3/18 | 23811875A-IN | 8/2/18 | $738.61 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237365 | $260.96 | 8/6/18 | 22796310B-IN | 8/6/18 | $260.96 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237757 | $50.00 | 8/8/18 | 24276878A-IN | 8/8/18 | $50.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238266 | $155.00 | 8/13/18 | 24187141A-IN | 8/10/18 | $155.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238678 | $200.00 | 8/15/18 | 23818550A-IN | 8/14/18 | $200.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239532 | $1,978.98 | 8/21/18 | 23794979A-IN | 8/21/18 | $1,978.98 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240614 | $110.00 | 8/28/18 | 24362744A-IN | 8/28/18 | $110.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241417 | $1,912.12 | 8/31/18 | 24067929A-IN | 8/30/18 | $1,912.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242340 | $150.96 | 9/7/18 | 21299906B-IN | 9/6/18 | $150.96 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243111 | $2,719.35 | 9/13/18 | 23818550A-IN | 9/12/18 | $2,719.35 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243263 | $80.00 | 9/14/18 | 24486867A-IN | 9/14/18 | $80.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243663 | $110.00 | 9/18/18 | 24547647A-IN | 9/17/18 | $110.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244464 | $1,023.85 | 9/24/18 | 24135659A-IN | 9/24/18 | $1,023.85 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244626 | $125.00 | 9/25/18 | 24471213A-IN | 9/25/18 | $125.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245291 | $885.62 | 9/28/18 | 23030150A-IN | 9/27/18 | $885.62 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245532 | $1,734.75 | 10/1/18 | 23874608C-IN | 10/1/18 | $1,266.19 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245532 | $1,734.75 | 10/1/18 | 23273746A-IN | 10/1/18 | $468.56 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245935 | $495.75 | 10/3/18 | 24276878A-IN | 10/3/18 | $495.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246127 | $147.50 | 10/4/18 | 24503443A-IN | 10/4/18 | $147.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246718 | $765.97 | 10/8/18 | 24144066A-IN | 10/5/18 | $291.22 |

Bienes Construction LLC

Bankruptcy Case: Sears Holding Corporation, et al.

January 31, 2020                                    Exhibit A                                    P. 1

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246718 | $765.97 | 10/8/18 | 24187141A-IN | 10/6/18 | $474.75 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Totals:** | 24 transfer(s), $15,928.55 | | | | | | |