Defendant: **Bill Nourse**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234069 | $200.00 | 7/19/18 | 16609817B-IN | 7/19/18 | $200.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235834 | $735.50 | 7/30/18 | 24001764A-IN | 7/30/18 | $735.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236564 | $1,273.46 | 8/2/18 | 23559693A-IN | 8/2/18 | $1,273.46 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237230 | $1,257.38 | 8/6/18 | 23559693A-IN | 8/4/18 | $1,257.38 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238406 | $2,639.04 | 8/14/18 | 23908148A-IN | 8/14/18 | $2,639.04 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239041 | $401.56 | 8/17/18 | 23751146B-IN | 8/16/18 | $401.56 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239269 | $127.00 | 8/20/18 | 19697448E-IN | 8/20/18 | $127.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239474 | $175.00 | 8/21/18 | 23749896B-IN | 8/20/18 | $175.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239713 | $308.00 | 8/22/18 | 24316515A-IN | 8/22/18 | $308.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240825 | $495.60 | 8/29/18 | 24259721A-IN | 8/29/18 | $495.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241105 | $2,181.08 | 8/30/18 | 24112329A-IN | 8/29/18 | $1,381.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241105 | $2,181.08 | 8/30/18 | 24064728A-IN | 8/30/18 | $800.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242009 | $550.93 | 9/5/18 | 23751146B-IN | 9/4/18 | $550.93 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242902 | $900.00 | 9/12/18 | 23931233A-IN | 9/11/18 | $900.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243068 | $330.78 | 9/13/18 | 23931233A-IN | 9/12/18 | $330.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243429 | $1,418.47 | 9/17/18 | 24356710A-IN | 9/14/18 | $1,418.47 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246282 | $1,076.52 | 10/5/18 | 24085498A-IN | 10/5/18 | $1,076.52 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246617 | $1,154.34 | 10/8/18 | 24294723A-IN | 10/6/18 | $1,154.34 |

Totals:    17 transfer(s),    $15,224.66