Defendant: **Brandy Nicole Oberpriller**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234152 | $1,482.10 | 7/19/18 | 24022917A-IN | 7/18/18 | $822.10 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234152 | $1,482.10 | 7/19/18 | 24127380A-IN | 7/18/18 | $660.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234927 | $1,895.77 | 7/24/18 | 24022917A-IN | 7/23/18 | $1,895.77 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235168 | $1,290.00 | 7/25/18 | 23943075A-IN | 7/25/18 | $1,290.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235610 | $1,109.22 | 7/27/18 | 24127380A-IN | 7/27/18 | $1,109.22 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235882 | $1,237.17 | 7/30/18 | 23943075A-IN | 7/30/18 | $1,157.17 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235882 | $1,237.17 | 7/30/18 | 23938990A-IN | 7/30/18 | $80.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236619 | $1,800.00 | 8/2/18 | 24014698B-IN | 8/1/18 | $1,800.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236959 | $896.86 | 8/3/18 | 21084999B-IN | 8/3/18 | $751.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236959 | $896.86 | 8/3/18 | 24014698B-IN | 8/3/18 | $145.86 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237339 | $583.42 | 8/6/18 | 21084999B-IN | 8/3/18 | $583.42 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237904 | $746.00 | 8/9/18 | 24170728A-IN | 8/8/18 | $746.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238047 | $1,468.59 | 8/10/18 | 24191685A-IN | 8/10/18 | $866.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238047 | $1,468.59 | 8/10/18 | 24170728A-IN | 8/10/18 | $602.59 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238259 | $929.72 | 8/13/18 | 24191685A-IN | 8/13/18 | $929.72 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238672 | $740.05 | 8/15/18 | 23988663A-IN | 8/14/18 | $740.05 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238887 | $992.00 | 8/16/18 | 24328970A-IN | 8/16/18 | $992.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239323 | $756.20 | 8/20/18 | 24328970A-IN | 8/17/18 | $756.20 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239527 | $916.10 | 8/21/18 | 24096069A-IN | 8/21/18 | $916.10 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240403 | $1,918.00 | 8/27/18 | 23858026A-IN | 8/27/18 | $1,918.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242559 | $700.00 | 9/10/18 | 24164040A-IN | 9/7/18 | $700.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242942 | $2,176.64 | 9/12/18 | 23858026A-IN | 9/11/18 | $2,176.64 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243658 | $1,548.05 | 9/18/18 | 24329697A-IN | 9/17/18 | $1,120.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243658 | $1,548.05 | 9/18/18 | 24164040A-IN | 9/17/18 | $428.05 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244244 | $2,237.37 | 9/21/18 | 24329697A-IN | 9/20/18 | $1,078.37 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244244 | $2,237.37 | 9/21/18 | 24367263A-IN | 9/21/18 | $1,159.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245025 | $1,822.00 | 9/27/18 | 24428077A-IN | 9/27/18 | $1,822.00 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245528 | $1,007.67 | 10/1/18 | 24524578A-IN | 10/1/18 | $1,007.67 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246122 | $1,390.00 | 10/4/18 | 24451517A-IN | 10/4/18 | $1,390.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246325 | $2,137.09 | 10/5/18 | 24428077B-IN | 10/4/18 | $1,254.36 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246325 | $2,137.09 | 10/5/18 | 24428077A-IN | 10/4/18 | $882.73 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246704 | $554.47 | 10/8/18 | 24367263A-IN | 10/6/18 | $554.47 |

Totals:    25 transfer(s),  $32,334.49