Defendant: **Briscoe Air & Heating LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234052 | $4,954.72 | 7/19/18 | 24235035A-IN | 7/17/18 | $2,277.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234052 | $4,954.72 | 7/19/18 | 24208128A-IN | 7/17/18 | $1,427.85 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234052 | $4,954.72 | 7/19/18 | 24255064A-IN | 7/19/18 | $1,249.27 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234587 | $2,638.16 | 7/23/18 | 24251079A-IN | 7/20/18 | $1,497.21 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234587 | $2,638.16 | 7/23/18 | 24248360A-IN | 7/20/18 | $1,140.95 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234846 | $1,037.60 | 7/24/18 | 24180529A-IN | 7/23/18 | $1,037.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235110 | $1,717.43 | 7/25/18 | 24251110A-IN | 7/25/18 | $1,717.43 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235542 | $1,681.01 | 7/27/18 | 24260095A-IN | 7/26/18 | $1,681.01 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235819 | $1,390.20 | 7/30/18 | 24281721A-IN | 7/27/18 | $1,390.20 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236322 | $675.23 | 8/1/18 | 24320523A-IN | 8/1/18 | $675.23 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236550 | $54.00 | 8/2/18 | 24320523A-IN | 8/1/18 | $54.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237198 | $4,377.41 | 8/6/18 | 24319853A-IN | 8/4/18 | $1,932.66 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237198 | $4,377.41 | 8/6/18 | 24292037A-IN | 8/4/18 | $1,292.54 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237198 | $4,377.41 | 8/6/18 | 24316228A-IN | 8/4/18 | $1,152.21 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238003 | $931.35 | 8/10/18 | 24367809A-IN | 8/9/18 | $931.35 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238622 | $1,148.29 | 8/15/18 | 24358258A-IN | 8/15/18 | $1,148.29 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239031 | $1,455.37 | 8/17/18 | 24401254A-IN | 8/16/18 | $1,455.37 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240331 | $2,328.95 | 8/27/18 | 24404622A-IN | 8/24/18 | $1,510.20 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240331 | $2,328.95 | 8/27/18 | 24455751A-IN | 8/27/18 | $818.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241093 | $1,021.45 | 8/30/18 | 24479817A-IN | 8/29/18 | $1,021.45 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241702 | $2,007.80 | 9/4/18 | 24490129A-IN | 8/31/18 | $834.23 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241702 | $2,007.80 | 9/4/18 | 24496835A-IN | 9/1/18 | $1,173.57 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242501 | $908.48 | 9/10/18 | 24471951A-IN | 9/7/18 | $908.48 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243605 | $1,428.21 | 9/18/18 | 24367573A-IN | 9/17/18 | $1,428.21 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243833 | $1,327.27 | 9/19/18 | 24094554B-IN | 9/18/18 | $1,327.27 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244974 | $775.00 | 9/27/18 | 23421361B-IN | 9/27/18 | $775.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246596 | $1,098.93 | 10/8/18 | 24659547A-IN | 10/5/18 | $1,098.93 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Totals: | 20 transfer(s), $32,956.86 | | | | | | |