| Defendant: | **Brooks Beverages Management Company** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981248 | $2,967.16 | 7/19/18 | 3181703476 | 6/5/18 | $434.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981248 | $2,967.16 | 7/19/18 | 3391603636 | 6/5/18 | $391.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981248 | $2,967.16 | 7/19/18 | 3391603636 | 6/5/18 | $35.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981248 | $2,967.16 | 7/19/18 | 3181703476 | 6/5/18 | $20.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981248 | $2,967.16 | 7/19/18 | 3352403513 | 6/7/18 | $567.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981248 | $2,967.16 | 7/19/18 | 3352403513 | 6/7/18 | $86.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981248 | $2,967.16 | 7/19/18 | 3450002655 | 6/8/18 | $959.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981248 | $2,967.16 | 7/19/18 | 3388603317 | 6/8/18 | $336.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981248 | $2,967.16 | 7/19/18 | 3450002655 | 6/8/18 | $131.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981248 | $2,967.16 | 7/19/18 | 3388603317 | 6/8/18 | $47.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981248 | $2,967.16 | 7/19/18 | 3450002655 | 6/8/18 | -$42.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984627 | $1,504.47 | 7/26/18 | 3062502722 | 6/11/18 | $434.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984627 | $1,504.47 | 7/26/18 | 3062502722 | 6/11/18 | $110.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984627 | $1,504.47 | 7/26/18 | 3388803613 | 6/12/18 | $359.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984627 | $1,504.47 | 7/26/18 | 3388803613 | 6/12/18 | $54.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984627 | $1,504.47 | 7/26/18 | 3352403669 | 6/14/18 | $159.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984627 | $1,504.47 | 7/26/18 | 3352403669 | 6/14/18 | $26.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984627 | $1,504.47 | 7/26/18 | 3383403712 | 6/15/18 | $299.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984627 | $1,504.47 | 7/26/18 | 3383403712 | 6/15/18 | $60.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988027 | $1,698.80 | 8/2/18 | 3391603993 | 6/19/18 | $406.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988027 | $1,698.80 | 8/2/18 | 3181703737 | 6/19/18 | $289.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988027 | $1,698.80 | 8/2/18 | 3391603993 | 6/19/18 | $45.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988027 | $1,698.80 | 8/2/18 | 3181703737 | 6/19/18 | $44.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988027 | $1,698.80 | 8/2/18 | 3352403820 | 6/21/18 | $236.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988027 | $1,698.80 | 8/2/18 | 3352403820 | 6/21/18 | $36.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988027 | $1,698.80 | 8/2/18 | 3352403820 | 6/21/18 | -$19.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988027 | $1,698.80 | 8/2/18 | 3450002889 | 6/22/18 | $538.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988027 | $1,698.80 | 8/2/18 | 3388603605 | 6/22/18 | $215.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988027 | $1,698.80 | 8/2/18 | 3450002889 | 6/22/18 | $69.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988027 | $1,698.80 | 8/2/18 | 3388603605 | 6/22/18 | $45.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988027 | $1,698.80 | 8/2/18 | 3388604077 | 7/16/18 | -$8.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988027 | $1,698.80 | 8/2/18 | 3388604077 | 7/16/18 | -$102.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988027 | $1,698.80 | 8/2/18 | 3450003330 | 7/20/18 | -$6.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988027 | $1,698.80 | 8/2/18 | 3450003330 | 7/20/18 | -$11.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988027 | $1,698.80 | 8/2/18 | 3063004678 | 7/20/18 | -$16.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988027 | $1,698.80 | 8/2/18 | 3063004678 | 7/20/18 | -$64.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991539 | $1,992.52 | 8/13/18 | 3062604384 | 6/27/18 | $356.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991539 | $1,992.52 | 8/13/18 | 3383203987 | 6/27/18 | $291.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991539 | $1,992.52 | 8/13/18 | 3383203987 | 6/27/18 | $65.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991539 | $1,992.52 | 8/13/18 | 3062604384 | 6/27/18 | $38.40 |

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991539 | $1,992.52 | 8/13/18 | 3062503053 | 6/28/18 | $486.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991539 | $1,992.52 | 8/13/18 | 3062503053 | 6/28/18 | $98.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991539 | $1,992.52 | 8/13/18 | 3388603777 | 6/29/18 | $404.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991539 | $1,992.52 | 8/13/18 | 3383404026 | 6/29/18 | $395.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991539 | $1,992.52 | 8/13/18 | 3388603777 | 6/29/18 | $56.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991539 | $1,992.52 | 8/13/18 | 3383404026 | 6/29/18 | $46.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991539 | $1,992.52 | 8/13/18 | 3383404026 | 6/29/18 | -$72.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991539 | $1,992.52 | 8/13/18 | 3391604788 | 7/24/18 | -$7.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991539 | $1,992.52 | 8/13/18 | 3391604788 | 7/24/18 | -$28.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991539 | $1,992.52 | 8/13/18 | 3383404681 | 7/27/18 | -$6.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991539 | $1,992.52 | 8/13/18 | 3388604335 | 7/27/18 | -$44.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991539 | $1,992.52 | 8/13/18 | 3383404681 | 7/27/18 | -$89.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995831 | $1,041.88 | 8/20/18 | 3391604283 | 7/2/18 | $261.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995831 | $1,041.88 | 8/20/18 | 3391604283 | 7/2/18 | $29.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995831 | $1,041.88 | 8/20/18 | 3181704006 | 7/3/18 | $206.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995831 | $1,041.88 | 8/20/18 | 3181704006 | 7/3/18 | $27.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995831 | $1,041.88 | 8/20/18 | 3450003106 | 7/6/18 | $301.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995831 | $1,041.88 | 8/20/18 | 3388603916 | 7/6/18 | $148.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995831 | $1,041.88 | 8/20/18 | 3450003106 | 7/6/18 | $45.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995831 | $1,041.88 | 8/20/18 | 3388603916 | 7/6/18 | $32.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995831 | $1,041.88 | 8/20/18 | 3388604491 | 8/3/18 | -$2.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995831 | $1,041.88 | 8/20/18 | 3388604491 | 8/3/18 | -$9.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999142 | $1,452.06 | 8/29/18 | 3062503191 | 7/9/18 | $612.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999142 | $1,452.06 | 8/29/18 | 3062503191 | 7/9/18 | $127.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999142 | $1,452.06 | 8/29/18 | 3352404327 | 7/12/18 | $747.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999142 | $1,452.06 | 8/29/18 | 3352404327 | 7/12/18 | $108.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999142 | $1,452.06 | 8/29/18 | 3388804880 | 8/6/18 | -$4.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999142 | $1,452.06 | 8/29/18 | 3062503660 | 8/6/18 | -$16.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999142 | $1,452.06 | 8/29/18 | 3388804880 | 8/6/18 | -$18.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999142 | $1,452.06 | 8/29/18 | 3062605351 | 8/9/18 | -$12.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999142 | $1,452.06 | 8/29/18 | 3388604668 | 8/10/18 | -$2.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999142 | $1,452.06 | 8/29/18 | 3388604668 | 8/10/18 | -$89.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002656 | $2,323.75 | 9/5/18 | 3383404379 | 7/16/18 | $342.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002656 | $2,323.75 | 9/5/18 | 3388604076 | 7/16/18 | $292.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002656 | $2,323.75 | 9/5/18 | 3388604076 | 7/16/18 | $55.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002656 | $2,323.75 | 9/5/18 | 3383404379 | 7/16/18 | $51.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002656 | $2,323.75 | 9/5/18 | 3181704265 | 7/17/18 | $259.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002656 | $2,323.75 | 9/5/18 | 3181704265 | 7/17/18 | $31.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002656 | $2,323.75 | 9/5/18 | 3181704265 | 7/17/18 | -$5.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002656 | $2,323.75 | 9/5/18 | 3352404503 | 7/19/18 | $218.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002656 | $2,323.75 | 9/5/18 | 3352404503 | 7/19/18 | $24.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002656 | $2,323.75 | 9/5/18 | 3450003329 | 7/20/18 | $662.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002656 | $2,323.75 | 9/5/18 | 3063004675 | 7/20/18 | $412.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002656 | $2,323.75 | 9/5/18 | 3450003329 | 7/20/18 | $111.20 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002656 | $2,323.75 | 9/5/18 | 3063004675 | 7/20/18 | $38.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002656 | $2,323.75 | 9/5/18 | 3063004675 | 7/20/18 | -$14.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002656 | $2,323.75 | 9/5/18 | 3062503792 | 8/13/18 | -$12.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002656 | $2,323.75 | 9/5/18 | 3062503792 | 8/13/18 | -$105.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002656 | $2,323.75 | 9/5/18 | 3388604810 | 8/17/18 | -$2.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002656 | $2,323.75 | 9/5/18 | 3063005367 | 8/17/18 | -$2.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002656 | $2,323.75 | 9/5/18 | 3063005367 | 8/17/18 | -$9.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002656 | $2,323.75 | 9/5/18 | 3388604810 | 8/17/18 | -$25.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006039 | $3,282.23 | 9/12/18 | 3388804593 | 7/23/18 | $486.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006039 | $3,282.23 | 9/12/18 | 3388804593 | 7/23/18 | $50.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006039 | $3,282.23 | 9/12/18 | 3388804593 | 7/23/18 | -$15.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006039 | $3,282.23 | 9/12/18 | 3391604787 | 7/24/18 | $909.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006039 | $3,282.23 | 9/12/18 | 3391604787 | 7/24/18 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006039 | $3,282.23 | 9/12/18 | 3383204592 | 7/25/18 | $857.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006039 | $3,282.23 | 9/12/18 | 3383204592 | 7/25/18 | $64.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006039 | $3,282.23 | 9/12/18 | 3383204592 | 7/25/18 | -$36.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006039 | $3,282.23 | 9/12/18 | 3352404715 | 7/26/18 | $327.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006039 | $3,282.23 | 9/12/18 | 3352404715 | 7/26/18 | $42.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006039 | $3,282.23 | 9/12/18 | 3383404680 | 7/27/18 | $322.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006039 | $3,282.23 | 9/12/18 | 3388604334 | 7/27/18 | $287.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006039 | $3,282.23 | 9/12/18 | 3388604334 | 7/27/18 | $46.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006039 | $3,282.23 | 9/12/18 | 3383404680 | 7/27/18 | $44.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006039 | $3,282.23 | 9/12/18 | 3391605490 | 8/21/18 | -$7.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006039 | $3,282.23 | 9/12/18 | 3391605490 | 8/21/18 | -$46.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006039 | $3,282.23 | 9/12/18 | 3062605629 | 8/22/18 | -$19.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006039 | $3,282.23 | 9/12/18 | 3062605629 | 8/22/18 | -$73.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006039 | $3,282.23 | 9/12/18 | 3383402341 | 8/24/18 | -$1.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006039 | $3,282.23 | 9/12/18 | 3383402341 | 8/24/18 | -$36.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009832 | $2,770.86 | 9/19/18 | 391604968A | 7/31/18 | $361.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009832 | $2,770.86 | 9/19/18 | 3181704517 | 7/31/18 | $331.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009832 | $2,770.86 | 9/19/18 | 3181704517 | 7/31/18 | $46.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009832 | $2,770.86 | 9/19/18 | 391604968A | 7/31/18 | $26.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009832 | $2,770.86 | 9/19/18 | 391604968A | 7/31/18 | -$12.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009832 | $2,770.86 | 9/19/18 | 3352404821 | 8/2/18 | $363.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009832 | $2,770.86 | 9/19/18 | 3352404821 | 8/2/18 | $72.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009832 | $2,770.86 | 9/19/18 | 3352601581 | 8/3/18 | $936.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009832 | $2,770.86 | 9/19/18 | 3450003572 | 8/3/18 | $577.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009832 | $2,770.86 | 9/19/18 | 3388604490 | 8/3/18 | $218.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009832 | $2,770.86 | 9/19/18 | 3450003572 | 8/3/18 | $104.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009832 | $2,770.86 | 9/19/18 | 3388604490 | 8/3/18 | $48.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009832 | $2,770.86 | 9/19/18 | 3450003572 | 8/3/18 | -$18.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009832 | $2,770.86 | 9/19/18 | 3352601581 | 8/3/18 | -$124.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009832 | $2,770.86 | 9/19/18 | 3062504059 | 8/30/18 | -$14.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009832 | $2,770.86 | 9/19/18 | 3062504059 | 8/30/18 | -$134.36 |

Brooks Beverages Management Company

Bankruptcy Case: Sears Holding Corporation, et al.

January 31, 2020 — Exhibit A — P. 3

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009832 | $2,770.86 | 9/19/18 | 3450004044 | 8/31/18 | -$2.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009832 | $2,770.86 | 9/19/18 | 3450004044 | 8/31/18 | -$9.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013606 | $3,262.10 | 9/26/18 | 3062503659 | 8/6/18 | $1,255.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013606 | $3,262.10 | 9/26/18 | 3388804879 | 8/6/18 | $315.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013606 | $3,262.10 | 9/26/18 | 3062503659 | 8/6/18 | $189.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013606 | $3,262.10 | 9/26/18 | 3388804879 | 8/6/18 | $42.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013606 | $3,262.10 | 9/26/18 | 3388804879 | 8/6/18 | -$30.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013606 | $3,262.10 | 9/26/18 | 3062605350 | 8/9/18 | $421.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013606 | $3,262.10 | 9/26/18 | 3352404980 | 8/9/18 | $264.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013606 | $3,262.10 | 9/26/18 | 3062605350 | 8/9/18 | $72.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013606 | $3,262.10 | 9/26/18 | 3352404980 | 8/9/18 | $63.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013606 | $3,262.10 | 9/26/18 | 3388604667 | 8/10/18 | $330.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013606 | $3,262.10 | 9/26/18 | 3383405002 | 8/10/18 | $297.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013606 | $3,262.10 | 9/26/18 | 3383405002 | 8/10/18 | $44.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013606 | $3,262.10 | 9/26/18 | 3388604667 | 8/10/18 | $38.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013606 | $3,262.10 | 9/26/18 | 3388605261 | 9/7/18 | -$9.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013606 | $3,262.10 | 9/26/18 | 3388605261 | 9/7/18 | -$33.30 |

Totals:    10 transfer(s),    $22,295.83