| | |
|---|---|
| Defendant: | **Brown Management Group, Inc. D/B/A BMG Model And Talent** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981238 | $402.50 | 7/19/18 | 2018J13495 | 5/4/18 | $402.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984609 | $3,651.25 | 7/26/18 | 2018J13533 | 5/15/18 | $3,220.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984609 | $3,651.25 | 7/26/18 | 2018J13535 | 5/15/18 | $431.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988009 | $3,248.75 | 8/2/18 | 2018J13558 | 5/21/18 | $2,012.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988009 | $3,248.75 | 8/2/18 | 2018J13560 | 5/21/18 | $690.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988009 | $3,248.75 | 8/2/18 | 2018J13564 | 5/22/18 | $258.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988009 | $3,248.75 | 8/2/18 | 2018J13577 | 5/24/18 | $287.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991518 | $862.50 | 8/13/18 | 2018J13589A | 5/29/18 | $575.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991518 | $862.50 | 8/13/18 | 2018J13589B | 5/29/18 | $287.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995810 | $8,452.50 | 8/20/18 | 2018J13624 | 6/4/18 | $5,060.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995810 | $8,452.50 | 8/20/18 | 2018J13641 | 6/7/18 | $1,955.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995810 | $8,452.50 | 8/20/18 | 2018J13645 | 6/7/18 | $1,035.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995810 | $8,452.50 | 8/20/18 | 2018J136369 | 6/7/18 | $402.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002636 | $7,338.44 | 9/5/18 | 2018J13693 | 6/18/18 | $2,795.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002636 | $7,338.44 | 9/5/18 | 2018J13690 | 6/18/18 | $1,121.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002636 | $7,338.44 | 9/5/18 | 2018J13691 | 6/18/18 | $287.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002636 | $7,338.44 | 9/5/18 | 2018J13699 | 6/20/18 | $632.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002636 | $7,338.44 | 9/5/18 | 2018J13697A | 6/20/18 | $575.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002636 | $7,338.44 | 9/5/18 | 2018J13697B | 6/20/18 | $431.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002636 | $7,338.44 | 9/5/18 | 2018J13719 | 6/21/18 | $920.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002636 | $7,338.44 | 9/5/18 | 2018J13722 | 6/21/18 | $575.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006019 | $1,983.73 | 9/12/18 | 2018J13743 | 6/27/18 | $1,150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006019 | $1,983.73 | 9/12/18 | 2018J13742 | 6/27/18 | $575.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006019 | $1,983.73 | 9/12/18 | 2018J13741 | 6/27/18 | $258.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013595 | $5,146.25 | 9/26/18 | 2018J13782A | 7/9/18 | $891.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013595 | $5,146.25 | 9/26/18 | 2018J13782B | 7/9/18 | $718.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013595 | $5,146.25 | 9/26/18 | 2018J13784 | 7/9/18 | $690.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013595 | $5,146.25 | 9/26/18 | 2018J13797 | 7/12/18 | $1,725.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013595 | $5,146.25 | 9/26/18 | 2018J13798 | 7/12/18 | $1,121.25 |

**Totals:**     **8 transfer(s),  $31,085.92**