Defendant: **Bryan C Zuck**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233572 | $2,035.99 | 7/17/18 | 24000065A-IN | 7/16/18 | $2,035.99 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234589 | $1,610.25 | 7/23/18 | 24241268A-IN | 7/23/18 | $1,610.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235326 | $1,996.75 | 7/26/18 | 24093905A-IN | 7/26/18 | $1,996.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237865 | $1,535.00 | 8/9/18 | 24353229A-IN | 8/8/18 | $1,535.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239898 | $1,999.00 | 8/23/18 | 24288380A-IN | 8/23/18 | $1,999.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240333 | $3,738.50 | 8/27/18 | 24400032A-IN | 8/27/18 | $3,738.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240545 | $2,396.74 | 8/28/18 | 24411248A-IN | 8/28/18 | $2,396.74 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245226 | $1,866.00 | 9/28/18 | 24557359A-IN | 9/28/18 | $1,866.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246598 | $1,048.00 | 10/8/18 | 24660896A-IN | 10/5/18 | $1,048.00 |

Totals:   9 transfer(s),  $18,226.23