Defendant: **Build4You LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235559 | $1,739.12 | 7/27/18 | 23896179A-IN | 7/27/18 | $1,739.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236073 | $3,841.00 | 7/31/18 | 24034712A-IN | 7/31/18 | $3,841.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236889 | $801.30 | 8/3/18 | 23404181A-IN | 8/2/18 | $801.30 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237241 | $1,476.00 | 8/6/18 | 24142496A-IN | 8/3/18 | $1,476.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238225 | $994.37 | 8/13/18 | 1489751D-IN | 8/13/18 | $644.37 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238225 | $994.37 | 8/13/18 | 19172316E-IN | 8/13/18 | $350.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239719 | $1,083.00 | 8/22/18 | 23741971A-IN | 8/22/18 | $1,083.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240349 | $2,000.00 | 8/27/18 | 24184225A-IN | 8/27/18 | $2,000.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245240 | $1,513.48 | 9/28/18 | 24224907A-IN | 9/27/18 | $1,513.48 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245475 | $2,839.13 | 10/1/18 | 24372142A-IN | 10/1/18 | $2,839.13 |

Totals:     9 transfer(s),  $16,287.40