Defendant: **Bush Roofing Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236369 | $3,426.50 | 8/1/18 | 24022506A-IN | 7/31/18 | $3,426.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236939 | $12,128.55 | 8/3/18 | 24091186A-IN | 8/3/18 | $4,258.49 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236939 | $12,128.55 | 8/3/18 | 24057361A-IN | 8/3/18 | $4,110.63 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236939 | $12,128.55 | 8/3/18 | 24267349A-IN | 8/3/18 | $3,759.43 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237312 | $4,174.40 | 8/6/18 | 24031557A-IN | 8/4/18 | $4,174.40 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242031 | $5,794.50 | 9/5/18 | 24322075A-IN | 9/4/18 | $5,794.50 |

Totals:    4 transfer(s),  $25,523.95