Defendant: **C & M Landscape & Design Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981260 | $2,470.00 | 7/19/18 | 6848 | 5/8/18 | $1,585.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981260 | $2,470.00 | 7/19/18 | 6847 | 5/8/18 | $885.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984639 | $975.00 | 7/26/18 | 6849 | 5/11/18 | $975.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988034 | $2,270.00 | 8/2/18 | 6854 | 5/19/18 | $1,085.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988034 | $2,270.00 | 8/2/18 | 6855 | 5/23/18 | $1,185.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995843 | $6,345.00 | 8/20/18 | 6858 | 6/1/18 | $2,985.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995843 | $6,345.00 | 8/20/18 | 6859 | 6/1/18 | $2,485.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995843 | $6,345.00 | 8/20/18 | 6864 | 6/1/18 | $875.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006047 | $965.00 | 9/12/18 | 6868 | 6/28/18 | $965.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009849 | $2,985.00 | 9/19/18 | 6872 | 7/1/18 | $2,985.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013614 | $2,755.00 | 9/26/18 | 6878 | 7/9/18 | $885.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013614 | $2,755.00 | 9/26/18 | 6883 | 7/12/18 | $985.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013614 | $2,755.00 | 9/26/18 | 6882 | 7/12/18 | $885.00 |

Totals:    7 transfer(s),  $18,765.00