Defendant: **California Heating and Cooling Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

### Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235383 | $3,132.44 | 7/26/18 | 24226399A-IN | 7/25/18 | $3,132.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237557 | $3,931.03 | 8/7/18 | 24115458A-IN | 8/6/18 | $3,931.03 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241183 | $2,809.12 | 8/30/18 | 24361277A-IN | 8/29/18 | $2,809.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242048 | $4,072.86 | 9/5/18 | 24028296A-IN | 9/4/18 | $3,947.86 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242048 | $4,072.86 | 9/5/18 | 24360996C-IN | 9/4/18 | $125.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242737 | $2,363.68 | 9/11/18 | 24426457A-IN | 9/10/18 | $2,363.68 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243114 | $95.00 | 9/13/18 | 24531078A-IN | 9/12/18 | $95.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245034 | $2,365.48 | 9/27/18 | 24526844B-IN | 9/26/18 | $2,365.48 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246725 | $3,133.93 | 10/8/18 | 24482519A-IN | 10/5/18 | $3,133.93 |

Totals:    8 transfer(s),  $21,903.54