Defendant: **Cam Lincoln LLC**

Bankruptcy Case **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171333 | $4,855.40 | 7/30/18 | 0000072618 | 7/26/18 | $4,192.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171333 | $4,855.40 | 7/30/18 | 0000072618 | 7/26/18 | $596.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171333 | $4,855.40 | 7/30/18 | 0000072618 | 7/26/18 | $67.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 122455 | $536.60 | 8/9/18 | 0000097395 | 7/23/18 | $536.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172743 | $4,855.40 | 8/28/18 | 0000082618 | 8/26/18 | $4,192.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172743 | $4,855.40 | 8/28/18 | 0000082618 | 8/26/18 | $596.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172743 | $4,855.40 | 8/28/18 | 0000082618 | 8/26/18 | $67.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 124707 | $536.60 | 9/6/18 | 0000097991 | 8/22/18 | $536.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174091 | $4,855.40 | 9/27/18 | 0000092518 | 9/25/18 | $4,192.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174091 | $4,855.40 | 9/27/18 | 0000092518 | 9/25/18 | $596.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174091 | $4,855.40 | 9/27/18 | 0000092518 | 9/25/18 | $67.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 126887 | $536.60 | 10/11/18 | 0000098368 | 9/24/18 | $536.60 |

Totals:    6 transfer(s),  $16,176.00