Defendant: **Carlos Hernandez**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236916 | $4,465.50 | 8/3/18 | 24118537B-IN | 8/2/18 | $4,465.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242916 | $4,346.40 | 9/12/18 | 24406397A-IN | 9/11/18 | $4,346.40 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245901 | $10,203.30 | 10/3/18 | 24471769B-IN | 10/3/18 | $5,354.59 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245901 | $10,203.30 | 10/3/18 | 24525459A-IN | 10/3/18 | $4,848.71 |

Totals:   3 transfer(s),   $19,015.20