Defendant: **Cascade Flooring Pros, Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234124 | $2,463.66 | 7/19/18 | 23833238A-IN | 7/18/18 | $2,463.66 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235866 | $1,843.00 | 7/30/18 | 23966372A-IN | 7/12/18 | $1,843.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236110 | $5,004.45 | 7/31/18 | 23735336A-IN | 7/27/18 | $2,555.53 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236110 | $5,004.45 | 7/31/18 | 23861174A-IN | 7/30/18 | $2,448.92 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236929 | $1,449.06 | 8/3/18 | 23906852A-IN | 8/3/18 | $1,449.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237297 | $622.20 | 8/6/18 | 23639086B-IN | 8/3/18 | $622.20 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238652 | $855.00 | 8/15/18 | 24131554A-IN | 8/14/18 | $855.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238858 | $506.95 | 8/16/18 | 24249226A-IN | 8/15/18 | $506.95 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241145 | $2,266.20 | 8/30/18 | 24286626A-IN | 8/29/18 | $2,266.20 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241795 | $2,426.97 | 9/4/18 | 24275142A-IN | 8/31/18 | $2,426.97 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243242 | $1,222.38 | 9/14/18 | 23833708A-IN | 9/14/18 | $1,222.38 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243875 | $4,712.53 | 9/19/18 | 23726513A-IN | 9/19/18 | $4,001.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243875 | $4,712.53 | 9/19/18 | 24052334A-IN | 9/19/18 | $711.45 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244045 | $882.84 | 9/20/18 | 23809474B-IN | 9/20/18 | $882.84 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244442 | $1,227.44 | 9/24/18 | 24247893B-IN | 9/21/18 | $630.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244442 | $1,227.44 | 9/24/18 | 24247893B-IN | 9/21/18 | $597.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246103 | $55.00 | 10/4/18 | 24564102A-IN | 10/3/18 | $55.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246311 | $769.12 | 10/5/18 | 23726513A-IN | 10/4/18 | $769.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246675 | $556.10 | 10/8/18 | 24224452B-IN | 10/6/18 | $556.10 |

Totals:    16 transfer(s),  $26,862.90