**Defendant:** Caveys Garage Systems Inc.
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984672 | $691.07 | 7/18/18 | 615530714186045 | 7/14/18 | $691.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985714 | $1,004.36 | 7/20/18 | 615530717186045 | 7/17/18 | $1,004.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986442 | $207.34 | 7/23/18 | 615530718186045 | 7/18/18 | $207.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987160 | $1,709.21 | 7/24/18 | 615530719186045 | 7/19/18 | $12.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987160 | $1,709.21 | 7/24/18 | 615530720186045 | 7/20/18 | $1,697.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988073 | $305.51 | 7/25/18 | 615530721186045 | 7/21/18 | $305.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989898 | $402.43 | 7/30/18 | 615530725186045 | 7/25/18 | $402.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990654 | $902.50 | 7/31/18 | 615530727186045 | 7/27/18 | $902.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991585 | $1,054.72 | 8/1/18 | 615530728186045 | 7/28/18 | $1,054.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992691 | $2,976.91 | 8/3/18 | 615530731186045 | 7/31/18 | $2,976.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993512 | $973.75 | 8/6/18 | 615530801186045 | 8/1/18 | $973.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994393 | $1,871.83 | 8/7/18 | 615530802186045 | 8/2/18 | $967.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994393 | $1,871.83 | 8/7/18 | 615530803186045 | 8/3/18 | $903.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995877 | $968.00 | 8/8/18 | 615530804186045 | 8/4/18 | $968.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996913 | $287.30 | 8/10/18 | 615530807186045 | 8/7/18 | $287.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997624 | $626.64 | 8/13/18 | 615530808186045 | 8/8/18 | $626.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998270 | $4,579.01 | 8/14/18 | 615530809186045 | 8/9/18 | $3,133.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998270 | $4,579.01 | 8/14/18 | 615530810186045 | 8/10/18 | $1,445.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000253 | $1,022.38 | 8/17/18 | 615530814186045 | 8/14/18 | $1,022.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001044 | $284.27 | 8/20/18 | 615530815186045 | 8/15/18 | $284.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001736 | $435.81 | 8/21/18 | 615530817186045 | 8/17/18 | $435.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003742 | $333.37 | 8/24/18 | 615530821186045 | 8/21/18 | $333.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005171 | $584.02 | 8/28/18 | 615530823186045 | 8/23/18 | $68.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005171 | $584.02 | 8/28/18 | 615530824186045 | 8/24/18 | $515.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006076 | $325.60 | 8/29/18 | 615530825186045 | 8/25/18 | $325.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007188 | $389.10 | 8/31/18 | 615530828186045 | 8/28/18 | $389.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007973 | $3,432.45 | 9/3/18 | 615530829186045 | 8/29/18 | $3,432.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008763 | $1,473.17 | 9/4/18 | 615530830186045 | 8/30/18 | $1,473.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009892 | $1,522.91 | 9/5/18 | 615530901186045 | 9/1/18 | $1,522.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012002 | $792.59 | 9/10/18 | 615530905186045 | 9/5/18 | $792.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012752 | $622.89 | 9/11/18 | 615530907186045 | 9/7/18 | $622.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013646 | $220.00 | 9/12/18 | 615530908186045 | 9/8/18 | $220.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014750 | $1,674.45 | 9/14/18 | 615530911186045 | 9/11/18 | $1,674.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016144 | $1,912.55 | 9/18/18 | 615530913186045 | 9/13/18 | $1,912.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017073 | $169.88 | 9/19/18 | 615530915186045 | 9/15/18 | $169.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017517 | $87.21 | 9/20/18 | 615530917186045 | 9/17/18 | $87.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018190 | $183.51 | 9/21/18 | 615530918186045 | 9/18/18 | $183.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018916 | $681.80 | 9/24/18 | 615530919186045 | 9/19/18 | $681.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019607 | $556.44 | 9/25/18 | 615530920186045 | 9/20/18 | $556.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022409 | $627.44 | 10/1/18 | 615530926186045 | 9/26/18 | $627.44 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781023199 | $2,068.49 | 10/2/18 | 615530927186045 | 9/27/18 | $502.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023199 | $2,068.49 | 10/2/18 | 615530928186045 | 9/28/18 | $1,566.16 |

**Totals:** 37 transfer(s), $37,960.91