| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | **Century Frozen Foods, LLC** | | | | | | Exhibit A |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | | | | | | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | | | | | | |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981739 | $2,254.69 | 7/20/18 | 18012097 | 6/4/18 | $236.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981739 | $2,254.69 | 7/20/18 | 33426 | 6/4/18 | $106.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981739 | $2,254.69 | 7/20/18 | 33430 | 6/4/18 | $90.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981739 | $2,254.69 | 7/20/18 | 33425 | 6/4/18 | $90.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981739 | $2,254.69 | 7/20/18 | 33428 | 6/4/18 | $83.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981739 | $2,254.69 | 7/20/18 | 18302930 | 6/4/18 | $38.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981739 | $2,254.69 | 7/20/18 | 18011458 | 6/6/18 | $218.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981739 | $2,254.69 | 7/20/18 | 18012499 | 6/7/18 | $79.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981739 | $2,254.69 | 7/20/18 | 18303050 | 6/7/18 | $64.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981739 | $2,254.69 | 7/20/18 | 18012464 | 6/7/18 | $59.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981739 | $2,254.69 | 7/20/18 | 18012525 | 6/8/18 | $349.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981739 | $2,254.69 | 7/20/18 | 18012593 | 6/8/18 | $231.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981739 | $2,254.69 | 7/20/18 | 18012529 | 6/8/18 | $182.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981739 | $2,254.69 | 7/20/18 | 18303065 | 6/8/18 | $155.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981739 | $2,254.69 | 7/20/18 | 18303080 | 6/8/18 | $129.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981739 | $2,254.69 | 7/20/18 | 33657 | 6/8/18 | $77.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981739 | $2,254.69 | 7/20/18 | 18303066 | 6/8/18 | $38.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981739 | $2,254.69 | 7/20/18 | 33655 | 6/8/18 | $20.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985100 | $1,606.89 | 7/27/18 | 18012712 | 6/11/18 | $339.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985100 | $1,606.89 | 7/27/18 | 18012647 | 6/11/18 | $220.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985100 | $1,606.89 | 7/27/18 | 18303093 | 6/11/18 | $51.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985100 | $1,606.89 | 7/27/18 | 18012825 | 6/12/18 | $208.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985100 | $1,606.89 | 7/27/18 | 33662 | 6/12/18 | $129.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985100 | $1,606.89 | 7/27/18 | 33663 | 6/12/18 | $89.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985100 | $1,606.89 | 7/27/18 | 18303132 | 6/12/18 | $77.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985100 | $1,606.89 | 7/27/18 | 18303199 | 6/14/18 | $64.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985100 | $1,606.89 | 7/27/18 | 18013036 | 6/14/18 | $28.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985100 | $1,606.89 | 7/27/18 | 18013149 | 6/15/18 | $279.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985100 | $1,606.89 | 7/27/18 | 33610 | 6/15/18 | $77.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985100 | $1,606.89 | 7/27/18 | 18303229 | 6/15/18 | $38.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988511 | $2,773.81 | 8/7/18 | 18013210 | 6/18/18 | $244.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988511 | $2,773.81 | 8/7/18 | 33693 | 6/18/18 | $125.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988511 | $2,773.81 | 8/7/18 | 33690 | 6/18/18 | $97.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988511 | $2,773.81 | 8/7/18 | 33694 | 6/18/18 | $77.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988511 | $2,773.81 | 8/7/18 | 18303246 | 6/18/18 | $38.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988511 | $2,773.81 | 8/7/18 | 18012423 | 6/19/18 | $206.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988511 | $2,773.81 | 8/7/18 | 33626 | 6/19/18 | $90.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988511 | $2,773.81 | 8/7/18 | 33617 | 6/19/18 | $77.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988511 | $2,773.81 | 8/7/18 | 33624 | 6/19/18 | $41.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988511 | $2,773.81 | 8/7/18 | 18013504 | 6/21/18 | $70.60 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988511 | $2,773.81 | 8/7/18 | 18303331 | 6/21/18 | $38.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988511 | $2,773.81 | 8/7/18 | 1801317 | 6/22/18 | $560.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988511 | $2,773.81 | 8/7/18 | 18013620 | 6/22/18 | $169.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988511 | $2,773.81 | 8/7/18 | 18013623 | 6/22/18 | $164.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988511 | $2,773.81 | 8/7/18 | 18303365 | 6/22/18 | $38.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988511 | $2,773.81 | 8/7/18 | 18014794 | 7/9/18 | $732.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991982 | $1,500.03 | 8/14/18 | 18013747 | 6/25/18 | $235.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991982 | $1,500.03 | 8/14/18 | 18303407 | 6/25/18 | $129.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991982 | $1,500.03 | 8/14/18 | 18303402 | 6/25/18 | $77.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991982 | $1,500.03 | 8/14/18 | 33818 | 6/25/18 | $69.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991982 | $1,500.03 | 8/14/18 | 33641 | 6/26/18 | $77.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991982 | $1,500.03 | 8/14/18 | 33854 | 6/26/18 | $38.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991982 | $1,500.03 | 8/14/18 | 33852 | 6/26/18 | $37.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991982 | $1,500.03 | 8/14/18 | 18013996 | 6/27/18 | $108.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991982 | $1,500.03 | 8/14/18 | 18014092 | 6/28/18 | $109.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991982 | $1,500.03 | 8/14/18 | 18014133 | 6/28/18 | $61.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991982 | $1,500.03 | 8/14/18 | 18303530 | 6/28/18 | $38.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991982 | $1,500.03 | 8/14/18 | 18014174 | 6/29/18 | $195.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991982 | $1,500.03 | 8/14/18 | 18014175 | 6/29/18 | $111.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991982 | $1,500.03 | 8/14/18 | 38884 | 7/17/18 | $21.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991982 | $1,500.03 | 8/14/18 | 38884 | 7/17/18 | $0.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991982 | $1,500.03 | 8/14/18 | 29506 | 7/20/18 | $186.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996270 | $1,585.09 | 8/21/18 | 18014310 | 7/2/18 | $262.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996270 | $1,585.09 | 8/21/18 | 18014312 | 7/2/18 | $166.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996270 | $1,585.09 | 8/21/18 | 18303581 | 7/2/18 | $51.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996270 | $1,585.09 | 8/21/18 | 33872 | 7/3/18 | $131.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996270 | $1,585.09 | 8/21/18 | 33873 | 7/3/18 | $89.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996270 | $1,585.09 | 8/21/18 | 33871 | 7/3/18 | $77.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996270 | $1,585.09 | 8/21/18 | 33883 | 7/3/18 | $51.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996270 | $1,585.09 | 8/21/18 | 33874 | 7/3/18 | $51.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996270 | $1,585.09 | 8/21/18 | 33882 | 7/3/18 | $30.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996270 | $1,585.09 | 8/21/18 | 18303664 | 7/5/18 | $64.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996270 | $1,585.09 | 8/21/18 | 78014631 | 7/5/18 | $58.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996270 | $1,585.09 | 8/21/18 | 18014621 | 7/5/18 | $29.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996270 | $1,585.09 | 8/21/18 | 18014724 | 7/6/18 | $284.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996270 | $1,585.09 | 8/21/18 | 33849 | 7/6/18 | $90.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996270 | $1,585.09 | 8/21/18 | 18303705 | 7/6/18 | $77.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996270 | $1,585.09 | 8/21/18 | 18303688 | 7/6/18 | $38.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996270 | $1,585.09 | 8/21/18 | 18303711 | 7/6/18 | $38.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996270 | $1,585.09 | 8/21/18 | 18016650 | 8/1/18 | -$12.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999594 | $2,430.30 | 8/30/18 | 18014891 | 7/9/18 | $258.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999594 | $2,430.30 | 8/30/18 | 38810 | 7/9/18 | $241.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999594 | $2,430.30 | 8/30/18 | 18014879 | 7/9/18 | $189.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999594 | $2,430.30 | 8/30/18 | 38806 | 7/9/18 | $90.65 |

Century Frozen Foods, LLC

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999594 | $2,430.30 | 8/30/18 | 38811 | 7/9/18 | $90.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999594 | $2,430.30 | 8/30/18 | 38807 | 7/9/18 | $54.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999594 | $2,430.30 | 8/30/18 | 18303730 | 7/9/18 | $51.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999594 | $2,430.30 | 8/30/18 | 18013925 | 7/10/18 | $309.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999594 | $2,430.30 | 8/30/18 | 38821 | 7/10/18 | $129.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999594 | $2,430.30 | 8/30/18 | 38820 | 7/10/18 | $68.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999594 | $2,430.30 | 8/30/18 | 18015078 | 7/11/18 | $145.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999594 | $2,430.30 | 8/30/18 | 18015184 | 7/12/18 | $299.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999594 | $2,430.30 | 8/30/18 | 18015177 | 7/12/18 | $216.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999594 | $2,430.30 | 8/30/18 | 18303863 | 7/12/18 | $77.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999594 | $2,430.30 | 8/30/18 | 18015241 | 7/12/18 | $49.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999594 | $2,430.30 | 8/30/18 | 18015344 | 7/13/18 | $131.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999594 | $2,430.30 | 8/30/18 | 18303890 | 7/13/18 | $25.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003114 | $1,744.30 | 9/6/18 | 18015401 | 7/16/18 | $230.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003114 | $1,744.30 | 9/6/18 | 38838 | 7/16/18 | $221.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003114 | $1,744.30 | 9/6/18 | 38841 | 7/16/18 | $194.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003114 | $1,744.30 | 9/6/18 | 38839 | 7/16/18 | $151.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003114 | $1,744.30 | 9/6/18 | 18303906 | 7/16/18 | $51.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003114 | $1,744.30 | 9/6/18 | 38883 | 7/17/18 | $12.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003114 | $1,744.30 | 9/6/18 | 38882 | 7/19/18 | $129.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003114 | $1,744.30 | 9/6/18 | 18015713 | 7/19/18 | $51.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003114 | $1,744.30 | 9/6/18 | 18303992 | 7/19/18 | $51.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003114 | $1,744.30 | 9/6/18 | 18015859 | 7/20/18 | $233.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003114 | $1,744.30 | 9/6/18 | 18304037 | 7/20/18 | $25.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003114 | $1,744.30 | 9/6/18 | 18017020 | 8/6/18 | $336.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003114 | $1,744.30 | 9/6/18 | 29584 | 8/7/18 | $52.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006506 | $1,189.20 | 9/13/18 | 18015927 | 7/23/18 | $288.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006506 | $1,189.20 | 9/13/18 | 18304063 | 7/23/18 | $51.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006506 | $1,189.20 | 9/13/18 | 18015049 | 7/24/18 | $177.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006506 | $1,189.20 | 9/13/18 | 18016072 | 7/24/18 | $85.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006506 | $1,189.20 | 9/13/18 | 18016117 | 7/25/18 | $169.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006506 | $1,189.20 | 9/13/18 | 18304110 | 7/25/18 | $155.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006506 | $1,189.20 | 9/13/18 | 18304103 | 7/25/18 | $77.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006506 | $1,189.20 | 9/13/18 | 18304136 | 7/26/18 | $51.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006506 | $1,189.20 | 9/13/18 | 18016228 | 7/26/18 | $47.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006506 | $1,189.20 | 9/13/18 | 18016281 | 7/27/18 | $70.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006506 | $1,189.20 | 9/13/18 | 18304152 | 7/27/18 | $12.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010762 | $2,879.59 | 9/20/18 | 18016375 | 7/30/18 | $281.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010762 | $2,879.59 | 9/20/18 | 18016408 | 7/30/18 | $223.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010762 | $2,879.59 | 9/20/18 | 18304189 | 7/30/18 | $51.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010762 | $2,879.59 | 9/20/18 | 29563 | 7/31/18 | $129.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010762 | $2,879.59 | 9/20/18 | 29553 | 7/31/18 | $103.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010762 | $2,879.59 | 9/20/18 | 29564 | 7/31/18 | $58.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010762 | $2,879.59 | 9/20/18 | 29552 | 7/31/18 | $33.24 |

Century Frozen Foods, LLC

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781010762 | $2,879.59 | 9/20/18 | 18016650 | 8/1/18 | $189.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010762 | $2,879.59 | 9/20/18 | 18016689 | 8/1/18 | $102.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010762 | $2,879.59 | 9/20/18 | 18016739 | 8/2/18 | $432.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010762 | $2,879.59 | 9/20/18 | 18016754 | 8/2/18 | $94.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010762 | $2,879.59 | 9/20/18 | 18016749 | 8/2/18 | $82.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010762 | $2,879.59 | 9/20/18 | 18304272 | 8/2/18 | $64.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010762 | $2,879.59 | 9/20/18 | 18304270 | 8/2/18 | $64.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010762 | $2,879.59 | 9/20/18 | 18016890 | 8/3/18 | $135.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010762 | $2,879.59 | 9/20/18 | 18304320 | 8/3/18 | $25.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010762 | $2,879.59 | 9/20/18 | 18018731 | 8/24/18 | $805.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014104 | $2,512.50 | 9/27/18 | 18017019 | 8/6/18 | $226.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014104 | $2,512.50 | 9/27/18 | 29550 | 8/6/18 | $154.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014104 | $2,512.50 | 9/27/18 | 18304354 | 8/6/18 | $51.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014104 | $2,512.50 | 9/27/18 | 18017161 | 8/7/18 | $342.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014104 | $2,512.50 | 9/27/18 | 18017081 | 8/7/18 | $294.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014104 | $2,512.50 | 9/27/18 | 29593 | 8/7/18 | $129.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014104 | $2,512.50 | 9/27/18 | 18017112 | 8/7/18 | $97.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014104 | $2,512.50 | 9/27/18 | 29583 | 8/7/18 | $90.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014104 | $2,512.50 | 9/27/18 | 29594 | 8/7/18 | $32.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014104 | $2,512.50 | 9/27/18 | 18017185 | 8/8/18 | $250.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014104 | $2,512.50 | 9/27/18 | 18017228 | 8/8/18 | $171.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014104 | $2,512.50 | 9/27/18 | 18304424 | 8/8/18 | $155.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014104 | $2,512.50 | 9/27/18 | 29579 | 8/8/18 | $90.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014104 | $2,512.50 | 9/27/18 | 18304462 | 8/9/18 | $64.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014104 | $2,512.50 | 9/27/18 | 18017340 | 8/9/18 | $59.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014104 | $2,512.50 | 9/27/18 | 18017500 | 8/10/18 | $208.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014104 | $2,512.50 | 9/27/18 | 18304501 | 8/10/18 | $38.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014104 | $2,512.50 | 9/27/18 | 29731 | 8/28/18 | $52.72 |

Totals:    10 transfer(s),    $20,476.40

Century Frozen Foods, LLC

Bankruptcy Case: Sears Holding Corporation, et al.