Defendant: **Cfm Equipment Distributors, Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234969 | $1,709.53 | 7/24/18 | 142258-IN | 6/25/18 | $324.48 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234969 | $1,709.53 | 7/24/18 | 144995-IN | 6/26/18 | $1,448.88 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234969 | $1,709.53 | 7/24/18 | 147736-DM | 7/18/18 | -$63.83 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235656 | $2,617.24 | 7/27/18 | 145885-IN | 6/28/18 | $1,339.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235656 | $2,617.24 | 7/27/18 | 145886-IN | 6/28/18 | $84.46 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235656 | $2,617.24 | 7/27/18 | 145564-IN | 6/29/18 | $1,193.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236670 | $1,187.86 | 8/2/18 | 146063-IN | 7/5/18 | $1,187.86 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237589 | $1,116.56 | 8/7/18 | 146863-IN | 7/9/18 | $970.64 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237589 | $1,116.56 | 8/7/18 | 146830-IN | 7/9/18 | $145.92 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238083 | $344.84 | 8/10/18 | 146831-IN | 7/12/18 | $344.84 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240172 | $187.98 | 8/24/18 | 148307-IN | 7/26/18 | $187.98 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240655 | $443.13 | 8/28/18 | 149196-IN | 8/1/18 | $443.13 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241460 | $344.76 | 8/31/18 | 148822-IN | 8/2/18 | $344.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241905 | $3,589.07 | 9/4/18 | 148811-IN | 8/6/18 | $3,059.35 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241905 | $3,589.07 | 9/4/18 | 148810-IN | 8/6/18 | $529.72 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242369 | $1,710.08 | 9/7/18 | 149689-IN | 8/10/18 | $1,710.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244656 | $2,561.08 | 9/25/18 | 150849-IN | 8/28/18 | $1,923.04 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244656 | $2,561.08 | 9/25/18 | 146891-IN | 8/28/18 | $638.04 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246371 | $1,335.31 | 10/5/18 | 151832-IN | 9/6/18 | $1,335.31 |

Totals:   12 transfer(s),   $17,147.44