**Defendant:** Chevez HVAC Inc.

**Bankruptcy Case:** Sears Holding Corporation, et al.

**Preference Period:** Jul 17, 2018 - Oct 15, 2018

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235852 | $10,974.74 | 7/30/18 | 24168565A-IN | 7/27/18 | $1,149.62 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235852 | $10,974.74 | 7/30/18 | 24178476A-IN | 7/27/18 | $1,051.99 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235852 | $10,974.74 | 7/30/18 | 24178752A-IN | 7/27/18 | $952.42 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235852 | $10,974.74 | 7/30/18 | 23675072B-IN | 7/28/18 | $7,820.71 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236349 | $9,578.11 | 8/1/18 | 24028987A-IN | 8/1/18 | $4,426.14 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236349 | $9,578.11 | 8/1/18 | 24111407A-IN | 8/1/18 | $4,200.96 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236349 | $9,578.11 | 8/1/18 | 24276810A-IN | 8/1/18 | $951.01 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236907 | $3,832.58 | 8/3/18 | 24208537B-IN | 8/2/18 | $1,962.42 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236907 | $3,832.58 | 8/3/18 | 24302048A-IN | 8/3/18 | $1,695.16 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236907 | $3,832.58 | 8/3/18 | 24212639A-IN | 8/3/18 | $175.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239289 | $1,307.86 | 8/20/18 | 23153712A-IN | 8/17/18 | $1,307.86 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239493 | $1,431.45 | 8/21/18 | 24237790A-IN | 8/21/18 | $1,431.45 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240103 | $2,039.96 | 8/24/18 | 24328369A-IN | 8/23/18 | $2,039.96 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241366 | $3,053.06 | 8/31/18 | 23881995A-IN | 8/31/18 | $1,710.94 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241366 | $3,053.06 | 8/31/18 | 24374874A-IN | 8/31/18 | $1,342.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244998 | $225.60 | 9/27/18 | 24066576A-IN | 9/27/18 | $225.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245260 | $1,401.65 | 9/28/18 | 24507745A-IN | 9/28/18 | $1,401.65 |

**Totals:** 9 transfer(s),  $33,845.01