Defendant: **Chicago Beverage Systems, LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 970071918 | $1,316.50 | 7/19/18 | 142461 | 7/2/18 | $1,316.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970080218 | $3,897.38 | 8/2/18 | 146774 | 7/16/18 | $3,897.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970082018 | $5,217.30 | 8/20/18 | 151339 | 7/30/18 | $5,217.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970082918 | $237.97 | 8/29/18 | 154344 | 8/7/18 | $237.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970090518 | $5,950.88 | 9/5/18 | 157162 | 8/14/18 | $526.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970091218 | $1,288.93 | 9/12/18 | 160035 | 8/21/18 | $1,288.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970091918 | $4,474.17 | 9/19/18 | 162898 | 8/28/18 | $583.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970092618 | $5,050.64 | 9/26/18 | 165317 | 9/4/18 | $705.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970101118 | $8,454.58 | 10/11/18 | 171128 | 9/18/18 | $2,488.01 |

Totals:     9 transfer(s),  $16,260.84