Defendant: **Chivino Surfaces LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235287 | $3,892.50 | 7/26/18 | 180872-IN | 7/13/18 | $3,892.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237975 | $3,581.50 | 8/10/18 | 180756-IN | 8/8/18 | $3,581.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238376 | $3,746.40 | 8/14/18 | 1808822-IN | 7/23/18 | $3,746.40 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245618 | $4,510.51 | 10/2/18 | 181120-IN | 8/23/18 | $4,510.51 |

Totals: 4 transfer(s), $15,730.91