Defendant: **Christian Mello**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234634 | $40.00 | 7/23/18 | 24205954A-IN | 7/20/18 | $40.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234895 | $1,490.00 | 7/24/18 | 24019125A-IN | 7/23/18 | $1,450.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234895 | $1,490.00 | 7/24/18 | 24165875A-IN | 7/23/18 | $40.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235144 | $451.73 | 7/25/18 | 24034499A-IN | 7/25/18 | $451.73 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235859 | $181.54 | 7/30/18 | 23983388A-IN | 7/30/18 | $181.54 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237526 | $294.74 | 8/7/18 | 23969593A-IN | 8/7/18 | $294.74 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237736 | $1,403.93 | 8/8/18 | 24019125A-IN | 8/8/18 | $1,403.93 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237888 | $47.00 | 8/9/18 | 24250509A-IN | 8/9/18 | $47.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238029 | $1,156.85 | 8/10/18 | 24197100A-IN | 8/10/18 | $1,156.85 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238241 | $1,339.62 | 8/13/18 | 24205954A-IN | 8/13/18 | $1,339.62 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238849 | $110.00 | 8/16/18 | 24316900A-IN | 8/15/18 | $55.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238849 | $110.00 | 8/16/18 | 24388811B-IN | 8/15/18 | $55.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239296 | $40.00 | 8/20/18 | 23110483A-IN | 8/20/18 | $40.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240373 | $3,329.79 | 8/27/18 | 24250509A-IN | 8/27/18 | $3,329.79 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241782 | $47.00 | 9/4/18 | 24347272A-IN | 9/4/18 | $47.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242319 | $70.00 | 9/7/18 | 24419241A-IN | 9/6/18 | $70.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242537 | $1,496.34 | 9/10/18 | 24165875A-IN | 9/10/18 | $1,456.34 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242537 | $1,496.34 | 9/10/18 | 24505331A-IN | 9/10/18 | $40.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243239 | $102.00 | 9/14/18 | 24501282A-IN | 9/14/18 | $55.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243239 | $102.00 | 9/14/18 | 24538088A-IN | 9/14/18 | $47.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243636 | $1,810.78 | 9/18/18 | 24419241A-IN | 9/18/18 | $1,810.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244232 | $635.69 | 9/21/18 | 23110483A-IN | 9/21/18 | $635.69 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246096 | $700.00 | 10/4/18 | 24316900A-IN | 10/4/18 | $700.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246302 | $572.39 | 10/5/18 | 24505331A-IN | 10/5/18 | $572.39 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246663 | $443.85 | 10/8/18 | 24501282A-IN | 10/6/18 | $443.85 |

Totals:    21 transfer(s),   $15,763.25