**Defendant:** Christian Wilfredo Soto Elias

**Bankruptcy Case:** Sears Holding Corporation, et al.

**Preference Period:** Jul 17, 2018 - Oct 15, 2018

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233635 | $2,307.93 | 7/17/18 | 24091143A-IN | 7/16/18 | $2,307.93 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234168 | $1,797.08 | 7/19/18 | 24166463A-IN | 7/17/18 | $1,797.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235626 | $2,212.85 | 7/27/18 | 24260996A-IN | 7/26/18 | $2,212.85 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236139 | $1,992.10 | 7/31/18 | 24236505A-IN | 7/30/18 | $1,992.10 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236399 | $3,152.71 | 8/1/18 | 24269568A-IN | 7/31/18 | $3,152.71 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236634 | $1,621.97 | 8/2/18 | 23984492A-IN | 8/1/18 | $1,621.97 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238452 | $2,150.91 | 8/14/18 | 24234538A-IN | 8/13/18 | $2,150.91 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239772 | $2,071.20 | 8/22/18 | 24338251A-IN | 8/21/18 | $2,071.20 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241424 | $2,251.87 | 8/31/18 | 24209641A-IN | 8/30/18 | $2,251.87 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241857 | $2,973.90 | 9/4/18 | 24377206A-IN | 9/1/18 | $2,973.90 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242739 | $2,043.47 | 9/11/18 | 24456740A-IN | 9/10/18 | $2,043.47 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244072 | $1,630.40 | 9/20/18 | 24526167A-IN | 9/19/18 | $1,630.40 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244468 | $3,891.10 | 9/24/18 | 24545466A-IN | 9/21/18 | $2,350.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244468 | $3,891.10 | 9/24/18 | 24563786A-IN | 9/21/18 | $1,540.85 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244630 | $1,474.01 | 9/25/18 | 24523159A-IN | 9/24/18 | $1,474.01 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246337 | $4,018.11 | 10/5/18 | 24552079B-IN | 10/4/18 | $4,018.11 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246730 | $646.98 | 10/8/18 | 23993306A-IN | 10/5/18 | $646.98 |

**Totals:** 16 transfer(s), $36,236.59