**Defendant:** Christopher Brabham
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234146 | $5,195.49 | 7/19/18 | 24107787A-IN | 7/17/18 | $2,508.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234146 | $5,195.49 | 7/19/18 | 24147032A-IN | 7/18/18 | $2,686.74 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234376 | $2,693.25 | 7/20/18 | 24188796A-IN | 7/20/18 | $2,693.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234659 | $1,132.50 | 7/23/18 | 24215326A-IN | 7/23/18 | $1,132.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235367 | $971.25 | 7/26/18 | 24255116A-IN | 7/26/18 | $971.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237544 | $1,058.75 | 8/7/18 | 24352333A-IN | 8/7/18 | $1,058.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238879 | $963.75 | 8/16/18 | 24314039A-IN | 8/16/18 | $963.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239950 | $402.50 | 8/23/18 | 22619978E-IN | 8/22/18 | $402.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240876 | $947.63 | 8/29/18 | 24177785A-IN | 8/28/18 | $947.63 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242329 | $694.97 | 9/7/18 | 21208431C-IN | 9/7/18 | $694.97 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242725 | $2,893.65 | 9/11/18 | 24422487A-IN | 9/10/18 | $2,893.65 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244061 | $1,245.65 | 9/20/18 | 24481947A-IN | 9/19/18 | $1,245.65 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244833 | $937.50 | 9/26/18 | 24460600A-IN | 9/26/18 | $937.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245283 | $620.00 | 9/28/18 | 18542191B-IN | 9/27/18 | $455.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245283 | $620.00 | 9/28/18 | 24125350B-IN | 9/27/18 | $165.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245524 | $355.00 | 10/1/18 | 20508691C-IN | 9/28/18 | $355.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245701 | $390.50 | 10/2/18 | 23162906B-IN | 10/1/18 | $390.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246117 | $2,033.75 | 10/4/18 | 24471723A-IN | 10/3/18 | $1,096.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246117 | $2,033.75 | 10/4/18 | 24493271A-IN | 10/3/18 | $937.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246322 | $150.00 | 10/5/18 | 23924308B-IN | 10/4/18 | $150.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246697 | $225.00 | 10/8/18 | 24651914A-IN | 10/8/18 | $225.00 |

**Totals:** 18 transfer(s), $22,911.14