Defendant: **Christopher Volny**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62083875 | $6,120.00 | 7/30/18 | CSV0001 | 7/6/18 | $6,120.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084816 | $5,490.00 | 8/15/18 | CSV0002 | 7/20/18 | $5,490.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085525 | $6,300.00 | 8/31/18 | CSV0003 | 8/3/18 | $6,300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086509 | $6,705.00 | 9/17/18 | CSV0004 | 8/17/18 | $6,705.00 |

Totals:    4 transfer(s),  $24,615.00