Defendant: **Clackamas Heating & Cooling LLC**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233510 | $1,009.37 | 7/17/18 | 24140953A-IN | 7/16/18 | $924.37 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233510 | $1,009.37 | 7/17/18 | 24140953A-IN | 7/16/18 | $85.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235252 | $2,132.04 | 7/26/18 | 24120678A-IN | 7/25/18 | $1,057.37 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235252 | $2,132.04 | 7/26/18 | 24072263A-IN | 7/25/18 | $989.67 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235252 | $2,132.04 | 7/26/18 | 24120678A-IN | 7/25/18 | $85.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235975 | $966.62 | 7/31/18 | 24249783B-IN | 7/30/18 | $966.62 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236776 | $85.00 | 8/3/18 | 24299807A-IN | 8/2/18 | $85.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237084 | $4,384.42 | 8/6/18 | 24009389A-IN | 8/4/18 | $4,299.42 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237084 | $4,384.42 | 8/6/18 | 24009389A-IN | 8/4/18 | $85.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239835 | $2,178.78 | 8/23/18 | 24357267A-IN | 8/22/18 | $978.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239835 | $2,178.78 | 8/23/18 | 20188752A-IN | 8/22/18 | $860.53 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239835 | $2,178.78 | 8/23/18 | 20188752A-IN | 8/22/18 | $170.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239835 | $2,178.78 | 8/23/18 | 24357267A-IN | 8/22/18 | $170.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241569 | $3,408.29 | 9/4/18 | 24404458A-IN | 9/1/18 | $1,687.24 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241569 | $3,408.29 | 9/4/18 | 24377622A-IN | 9/1/18 | $1,551.05 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241569 | $3,408.29 | 9/4/18 | 24377622A-IN | 9/1/18 | $85.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241569 | $3,408.29 | 9/4/18 | 24404458A-IN | 9/1/18 | $85.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243560 | $2,540.48 | 9/18/18 | 24344740A-IN | 9/17/18 | $1,627.56 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243560 | $2,540.48 | 9/18/18 | 24471552A-IN | 9/17/18 | $912.92 |

Totals:    8 transfer(s),  $16,705.00