Defendant: **Clean A Way LLC**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983709 | $30.42 | 7/17/18 | 618300713186045 | 7/13/18 | $30.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984704 | $516.92 | 7/18/18 | 618300714186045 | 7/14/18 | $516.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985111 | $1,070.96 | 7/19/18 | 618300716186045 | 7/16/18 | $1,070.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986461 | $396.43 | 7/23/18 | 618300718186045 | 7/18/18 | $396.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987175 | $212.83 | 7/24/18 | 618300720186045 | 7/20/18 | $212.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988102 | $224.08 | 7/25/18 | 618300722186045 | 7/22/18 | $224.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989162 | $1,182.51 | 7/27/18 | 618300724186045 | 7/24/18 | $1,182.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989912 | $333.86 | 7/30/18 | 618300725186045 | 7/25/18 | $333.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992703 | $65.29 | 8/3/18 | 618300731186045 | 7/31/18 | $65.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993528 | $417.77 | 8/6/18 | 618300801186045 | 8/1/18 | $417.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994422 | $484.68 | 8/7/18 | 618300803186045 | 8/3/18 | $484.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995908 | $3,066.38 | 8/8/18 | 618300804186045 | 8/4/18 | $2,193.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995908 | $3,066.38 | 8/8/18 | 618300805186045 | 8/5/18 | $872.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996925 | $180.95 | 8/10/18 | 618300807186045 | 8/7/18 | $180.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998287 | $135.32 | 8/14/18 | 618300810186045 | 8/10/18 | $135.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000263 | $851.15 | 8/17/18 | 618300814186045 | 8/14/18 | $851.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001750 | $22.26 | 8/21/18 | 618300816186045 | 8/16/18 | $22.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003761 | $163.92 | 8/24/18 | 618300821186045 | 8/21/18 | $163.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005187 | $279.62 | 8/28/18 | 618300823186045 | 8/23/18 | $279.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006107 | $1,572.36 | 8/29/18 | 618300825186045 | 8/25/18 | $156.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006107 | $1,572.36 | 8/29/18 | 618300826186045 | 8/26/18 | $1,416.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007988 | $91.36 | 9/3/18 | 618300829186045 | 8/29/18 | $91.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008782 | $61.05 | 9/4/18 | 618300830186045 | 8/30/18 | $61.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009938 | $556.73 | 9/5/18 | 618300901186045 | 9/1/18 | $556.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012015 | $317.67 | 9/10/18 | 618300905186045 | 9/5/18 | $317.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012765 | $109.98 | 9/11/18 | 618300907186045 | 9/7/18 | $109.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013680 | $132.12 | 9/12/18 | 618300908186045 | 9/8/18 | $132.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014768 | $256.54 | 9/14/18 | 618300911186045 | 9/11/18 | $256.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015484 | $263.52 | 9/17/18 | 618300912186045 | 9/12/18 | $263.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016158 | $111.82 | 9/18/18 | 618300913186045 | 9/13/18 | $111.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017104 | $150.56 | 9/19/18 | 618300916186045 | 9/16/18 | $150.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020590 | $1,488.32 | 9/26/18 | 618300922186045 | 9/22/18 | $1,488.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023221 | $1,693.76 | 10/2/18 | 618300927186045 | 9/27/18 | $1,693.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024349 | $1,276.94 | 10/3/18 | 618300930186045 | 9/30/18 | $1,276.94 |

Totals:    32 transfer(s),  $17,718.08