**Defendant:** Coastal Beverage Company, Inc. D/B/A Coastal Beverage Wilmington
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 970071718 | $778.35 | 7/17/18 | 3067478 | 7/2/18 | $778.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970071918 | $2,090.97 | 7/19/18 | 3067509 | 7/4/18 | $158.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970072418 | $836.14 | 7/24/18 | 3067554 | 7/9/18 | $836.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970072618 | $1,002.60 | 7/26/18 | 3067588 | 7/11/18 | $1,002.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970073118 | $3,198.76 | 7/31/18 | 3080238 | 7/16/18 | $3,198.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970080218 | $520.49 | 8/2/18 | 3080267 | 7/18/18 | $79.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970081018 | $287.79 | 8/10/18 | 3083317 | 7/24/18 | $158.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970081318 | $604.11 | 8/13/18 | 3080352 | 7/25/18 | $771.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970081618 | $1,367.21 | 8/16/18 | 3080397 | 7/30/18 | $1,367.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970082018 | $793.04 | 8/20/18 | 3092235 | 8/1/18 | $124.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970082918 | $2,365.01 | 8/29/18 | 3092321 | 8/8/18 | $135.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970090318 | $1,335.84 | 9/3/18 | 3092375 | 8/13/18 | $550.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970091018 | $555.32 | 9/10/18 | 3104452 | 8/20/18 | $555.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970091218 | $577.12 | 9/12/18 | 3104487 | 8/22/18 | $577.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970091718 | $1,014.14 | 9/17/18 | 3104534 | 8/27/18 | $1,014.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970092418 | $383.50 | 9/24/18 | 3116221 | 9/3/18 | $383.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970100818 | $930.02 | 10/8/18 | 3116326 | 9/17/18 | $80.80 |

**Totals:** 17 transfer(s), $18,640.41