Defendant: **Coco Jos**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981761 | $142.20 | 7/20/18 | 13212 | 5/8/18 | $142.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985124 | $1,105.20 | 7/27/18 | 13217 | 5/12/18 | $1,105.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988532 | $2,013.30 | 8/7/18 | 13229 | 5/22/18 | $2,013.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992001 | $2,541.60 | 8/14/18 | 13226 | 5/29/18 | $1,373.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992001 | $2,541.60 | 8/14/18 | 13238 | 5/30/18 | $757.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992001 | $2,541.60 | 8/14/18 | 13248 | 6/1/18 | $410.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996290 | $2,202.50 | 8/21/18 | 13250 | 6/5/18 | $1,302.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996290 | $2,202.50 | 8/21/18 | 13254 | 6/8/18 | $900.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999616 | $1,934.10 | 8/30/18 | 13256 | 6/15/18 | $1,934.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003136 | $820.80 | 9/6/18 | 13262 | 6/22/18 | $820.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006528 | $1,533.60 | 9/13/18 | 13269 | 6/26/18 | $335.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006528 | $1,533.60 | 9/13/18 | 13271 | 6/28/18 | $377.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006528 | $1,533.60 | 9/13/18 | 13272 | 6/29/18 | $820.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010784 | $1,756.20 | 9/20/18 | 13274 | 7/3/18 | $763.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010784 | $1,756.20 | 9/20/18 | 13277 | 7/6/18 | $993.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014123 | $757.80 | 9/27/18 | 13281 | 7/11/18 | $757.80 |

Totals:    10 transfer(s),  $14,807.30