Defendant: **Colin Etienne**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234484 | $3,559.51 | 7/23/18 | 18116327B-IN | 7/23/18 | $2,502.85 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234484 | $3,559.51 | 7/23/18 | 15172973J-IN | 7/23/18 | $1,056.66 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235219 | $1,111.64 | 7/26/18 | 24122105A-IN | 7/26/18 | $1,111.64 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236440 | $2,309.46 | 8/2/18 | 23828679B-IN | 7/30/18 | $2,309.46 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238306 | $1,876.93 | 8/14/18 | 24121710B-IN | 8/13/18 | $929.47 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238306 | $1,876.93 | 8/14/18 | 24121710A-IN | 8/13/18 | $447.80 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238306 | $1,876.93 | 8/14/18 | 21332200E-IN | 8/14/18 | $250.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238306 | $1,876.93 | 8/14/18 | 23852331B-IN | 8/14/18 | $249.66 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239165 | $2,593.31 | 8/20/18 | 24009164A-IN | 8/17/18 | $2,157.79 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239165 | $2,593.31 | 8/20/18 | 24121710B-IN | 8/17/18 | $435.52 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239804 | $915.61 | 8/23/18 | 24121710A-IN | 8/21/18 | $915.61 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239994 | $1,163.26 | 8/24/18 | 23828679A-IN | 8/24/18 | $1,163.26 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240983 | $1,640.46 | 8/30/18 | 24335854A-IN | 8/29/18 | $1,640.46 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241516 | $4,680.41 | 9/4/18 | 24006700A-IN | 8/27/18 | $556.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241516 | $4,680.41 | 9/4/18 | 24335854B-IN | 9/1/18 | $4,123.81 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242975 | $3,131.54 | 9/13/18 | 24345663A-IN | 9/12/18 | $3,131.54 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244502 | $1,000.00 | 9/25/18 | 24102539A-IN | 9/24/18 | $1,000.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245135 | $1,757.11 | 9/28/18 | 24440207A-IN | 9/28/18 | $1,757.11 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245791 | $249.66 | 10/3/18 | 24345663A-IN | 10/3/18 | $249.66 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246170 | $278.28 | 10/5/18 | 24335854C-IN | 10/4/18 | $278.28 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246432 | $3,593.04 | 10/8/18 | 24424651A-IN | 10/5/18 | $2,140.52 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246432 | $3,593.04 | 10/8/18 | 23986575A-IN | 10/6/18 | $913.52 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246432 | $3,593.04 | 10/8/18 | 23986575A-IN | 10/6/18 | $539.00 |

Totals:    15 transfer(s),  $29,860.22