Defendant: **Concept Windows Siding & Roofing LLC**

Bankruptcy Case **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233573 | $2,574.24 | 7/17/18 | 23666266B-IN | 7/16/18 | $773.24 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233573 | $2,574.24 | 7/17/18 | 23618085A-IN | 7/17/18 | $1,801.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233803 | $2,574.24 | 7/18/18 | 23666266B-IN | 7/16/18 | $773.24 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233803 | $2,574.24 | 7/18/18 | 23618085A-IN | 7/17/18 | $1,801.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234331 | $821.25 | 7/20/18 | 23788416A-IN | 7/19/18 | $821.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235544 | $85.52 | 7/27/18 | 18955975E-IN | 7/27/18 | $85.52 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240546 | $360.43 | 8/28/18 | 24281899A-IN | 8/27/18 | $360.43 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241709 | $743.76 | 9/4/18 | 24279846A-IN | 9/1/18 | $743.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242149 | $400.25 | 9/6/18 | 19273449F-IN | 9/5/18 | $400.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243215 | $403.28 | 9/14/18 | 20519063C-IN | 9/14/18 | $403.28 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244014 | $791.06 | 9/20/18 | 20030473E-IN | 9/19/18 | $791.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245874 | $2,688.18 | 10/3/18 | 24544446A-IN | 10/3/18 | $2,688.18 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246273 | $3,388.75 | 10/5/18 | 24598338A-IN | 10/5/18 | $3,388.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246602 | $4,314.75 | 10/8/18 | 24621686A-IN | 10/5/18 | $4,314.75 |

**Totals:** **12 transfer(s), $19,145.71**