Defendant: **Consumers Unified LLC D/B/A Consumeraffairs.com**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780996312 | $25,000.00 | 8/21/18 | 16375 | 6/2/18 | $25,000.00 |

**Totals:** 1 transfer(s), **$25,000.00**