Defendant: **Container Systems, Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62084207 | $8,672.00 | 8/13/18 | 465391 | 6/25/18 | $8,672.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085113 | $585.00 | 8/28/18 | 46670 | 6/8/18 | $585.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085861 | $11,785.50 | 9/11/18 | 46818 | 7/25/18 | $5,892.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085861 | $11,785.50 | 9/11/18 | 46821 | 7/25/18 | $5,892.75 |

Totals:     3 transfer(s),  $21,042.50