Defendant: **Coral Way Associates Ltd.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171376 | $6,201.75 | 7/30/18 | 0000072618 | 7/26/18 | $6,201.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172425 | $2,814.27 | 8/15/18 | 0000081318 | 8/13/18 | $2,814.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172781 | $6,201.75 | 8/28/18 | 0000082618 | 8/26/18 | $6,201.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174125 | $6,201.75 | 9/27/18 | 0000092518 | 9/25/18 | $6,201.75 |

Totals:    4 transfer(s),  $21,419.52