Defendant: **Countertops Unlimited Of Texas, Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235494 | $5,374.95 | 7/27/18 | 110789D-IN | 7/23/18 | $5,374.95 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236493 | $4,480.40 | 8/2/18 | 110881D-IN | 7/27/18 | $4,480.40 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238353 | $5,146.28 | 8/14/18 | 111020D-IN | 8/8/18 | $5,146.28 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242259 | $4,736.82 | 9/7/18 | 111339D-IN | 9/5/18 | $4,736.82 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242460 | $3,031.09 | 9/10/18 | 111340D-IN | 9/5/18 | $3,031.09 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244350 | $6,787.26 | 9/24/18 | 111454D-IN | 9/20/18 | $6,787.26 |

Totals:    6 transfer(s),  $29,556.80