| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | Curran Renovations LLC | | | | | | |
| Bankruptcy Case: | Sears Holding Corporation, et al. | | | | | | |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 | | | | | | |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234097 | $3,800.92 | 7/19/18 | 24004208A-IN | 7/17/18 | $1,864.26 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234097 | $3,800.92 | 7/19/18 | 24105833A-IN | 7/19/18 | $1,532.61 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234097 | $3,800.92 | 7/19/18 | 24004208A-IN | 7/19/18 | $404.05 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235572 | $2,924.12 | 7/27/18 | 23575469B-IN | 7/26/18 | $2,924.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236086 | $1,172.42 | 7/31/18 | 24028727A-IN | 7/31/18 | $1,172.42 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237260 | $151.97 | 8/6/18 | 24105833A-IN | 8/3/18 | $71.97 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237260 | $151.97 | 8/6/18 | 24178394A-IN | 8/6/18 | $80.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238231 | $679.76 | 8/13/18 | 24178394A-IN | 8/13/18 | $679.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239055 | $1,895.13 | 8/17/18 | 24242282A-IN | 8/17/18 | $1,843.16 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239055 | $1,895.13 | 8/17/18 | 24242282A-IN | 8/17/18 | $51.97 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239490 | $262.21 | 8/21/18 | 24111685B-IN | 8/20/18 | $262.21 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240099 | $80.00 | 8/24/18 | 24436353A-IN | 8/23/18 | $80.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241125 | $600.00 | 8/30/18 | 24384006A-IN | 8/30/18 | $200.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241125 | $600.00 | 8/30/18 | 24337000A-IN | 8/30/18 | $200.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241125 | $600.00 | 8/30/18 | 24437630A-IN | 8/30/18 | $200.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242523 | $125.00 | 9/10/18 | 24398708A-IN | 9/10/18 | $125.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242695 | $87.00 | 9/11/18 | 24461389A-IN | 9/11/18 | $87.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243625 | $160.00 | 9/18/18 | 24495413A-IN | 9/18/18 | $95.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243625 | $160.00 | 9/18/18 | 24495413B-IN | 9/18/18 | $65.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244224 | $1,502.09 | 9/21/18 | 24436353A-IN | 9/21/18 | $1,502.09 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244587 | $916.76 | 9/25/18 | 24241953A-IN | 9/24/18 | $916.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245255 | $650.00 | 9/28/18 | 24546358A-IN | 9/27/18 | $450.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245255 | $650.00 | 9/28/18 | 24573725A-IN | 9/27/18 | $200.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245489 | $2,416.35 | 10/1/18 | 24241953A-IN | 10/1/18 | $2,416.35 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245671 | $330.00 | 10/2/18 | 24599289A-IN | 10/1/18 | $330.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246650 | $1,274.94 | 10/8/18 | 24495413A-IN | 10/8/18 | $1,274.94 |

Totals:    18 transfer(s),  $19,028.67