| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | Dan Post Boot Company | | | | | | |
| Bankruptcy Case | Sears Holding Corporation, et al. | | | | | | |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 | | | | | | |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90398 | $434.25 | 7/18/18 | 00009422AA | 5/14/18 | $101.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90398 | $434.25 | 7/18/18 | 00009423AA | 5/14/18 | $83.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90398 | $434.25 | 7/18/18 | 00009424AA | 5/14/18 | $79.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90398 | $434.25 | 7/18/18 | 00009421AA | 5/14/18 | $68.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90398 | $434.25 | 7/18/18 | 00009420AA | 5/14/18 | $51.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90398 | $434.25 | 7/18/18 | 00009425AA | 5/14/18 | $51.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91315 | $238.50 | 7/19/18 | 00009888AA | 5/15/18 | $79.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91315 | $238.50 | 7/19/18 | 00009705AA | 5/15/18 | $55.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91315 | $238.50 | 7/19/18 | 00009718AA | 5/15/18 | $53.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91315 | $238.50 | 7/19/18 | 00009889AA | 5/15/18 | $51.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92073 | $520.00 | 7/20/18 | 00000625AA | 5/16/18 | $79.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92073 | $520.00 | 7/20/18 | 00000527AA | 5/16/18 | $73.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92073 | $520.00 | 7/20/18 | 00000581AA | 5/16/18 | $67.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92073 | $520.00 | 7/20/18 | 00000526AA | 5/16/18 | $67.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92073 | $520.00 | 7/20/18 | 00000525AA | 5/16/18 | $65.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92073 | $520.00 | 7/20/18 | 00000528AA | 5/16/18 | $64.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92073 | $520.00 | 7/20/18 | 00000580AA | 5/16/18 | $54.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92073 | $520.00 | 7/20/18 | 00000582AA | 5/16/18 | $49.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92716 | $443.00 | 7/23/18 | 00001129AA | 5/17/18 | $240.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92716 | $443.00 | 7/23/18 | 00001126AA | 5/17/18 | $83.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92716 | $443.00 | 7/23/18 | 00001127AA | 5/17/18 | $68.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92716 | $443.00 | 7/23/18 | 00001128AA | 5/17/18 | $51.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95437 | $2,018.50 | 7/26/18 | 00002120AA | 5/22/18 | $265.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95437 | $2,018.50 | 7/26/18 | 00002895AA | 5/22/18 | $250.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95437 | $2,018.50 | 7/26/18 | 00001845AA | 5/22/18 | $250.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95437 | $2,018.50 | 7/26/18 | 00002121AA | 5/22/18 | $204.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95437 | $2,018.50 | 7/26/18 | 00002126AA | 5/22/18 | $150.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95437 | $2,018.50 | 7/26/18 | 00001844AA | 5/22/18 | $140.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95437 | $2,018.50 | 7/26/18 | 00002116AA | 5/22/18 | $137.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95437 | $2,018.50 | 7/26/18 | 00001846AA | 5/22/18 | $91.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95437 | $2,018.50 | 7/26/18 | 00002114AA | 5/22/18 | $84.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95437 | $2,018.50 | 7/26/18 | 00002124AA | 5/22/18 | $79.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95437 | $2,018.50 | 7/26/18 | 00002122AA | 5/22/18 | $79.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95437 | $2,018.50 | 7/26/18 | 00002119AA | 5/22/18 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95437 | $2,018.50 | 7/26/18 | 00002117AA | 5/22/18 | $74.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95437 | $2,018.50 | 7/26/18 | 00002125AA | 5/22/18 | $70.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95437 | $2,018.50 | 7/26/18 | 00002115AA | 5/22/18 | $67.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95437 | $2,018.50 | 7/26/18 | 00002123AA | 5/22/18 | $53.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95437 | $2,018.50 | 7/26/18 | 00002118AA | 5/22/18 | $53.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95437 | $2,018.50 | 7/26/18 | 0000590642 | 7/17/18 | -$53.50 |

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95437 | $2,018.50 | 7/26/18 | 0000591914 | 7/20/18 | -$53.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96170 | $485.50 | 7/27/18 | 00003568AA | 5/23/18 | $152.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96170 | $485.50 | 7/27/18 | 00003569AA | 5/23/18 | $101.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96170 | $485.50 | 7/27/18 | 00003598AA | 5/23/18 | $75.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96170 | $485.50 | 7/27/18 | 00003599AA | 5/23/18 | $75.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96170 | $485.50 | 7/27/18 | 00003597AA | 5/23/18 | $68.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96170 | $485.50 | 7/27/18 | 00003595AA | 5/23/18 | $53.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96170 | $485.50 | 7/27/18 | 00003596AA | 5/23/18 | $51.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96170 | $485.50 | 7/27/18 | 0000592546 | 7/23/18 | -$91.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00115 | $167.75 | 8/3/18 | 00004982AA | 5/29/18 | $260.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00115 | $167.75 | 8/3/18 | 00004984AA | 5/29/18 | $79.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00115 | $167.75 | 8/3/18 | 00004983AA | 5/29/18 | $68.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00115 | $167.75 | 8/3/18 | 00005453AA | 5/30/18 | $101.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00115 | $167.75 | 8/3/18 | 00005457AA | 5/30/18 | $79.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00115 | $167.75 | 8/3/18 | 00005450AA | 5/30/18 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00115 | $167.75 | 8/3/18 | 00005454AA | 5/30/18 | $75.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00115 | $167.75 | 8/3/18 | 00005456AA | 5/30/18 | $75.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00115 | $167.75 | 8/3/18 | 00005430AA | 5/30/18 | $71.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00115 | $167.75 | 8/3/18 | 00005452AA | 5/30/18 | $64.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00115 | $167.75 | 8/3/18 | 00005455AA | 5/30/18 | $55.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00115 | $167.75 | 8/3/18 | 00005458AA | 5/30/18 | $51.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00115 | $167.75 | 8/3/18 | 00005451AA | 5/30/18 | $51.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00115 | $167.75 | 8/3/18 | 0000593452 | 7/25/18 | -$78.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00115 | $167.75 | 8/3/18 | 0000432106 | 7/26/18 | -$635.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00115 | $167.75 | 8/3/18 | 0000594306 | 7/27/18 | -$77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00115 | $167.75 | 8/3/18 | 0000594890 | 7/30/18 | -$64.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00115 | $167.75 | 8/3/18 | 0000594861 | 7/30/18 | -$84.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00730 | $727.00 | 8/6/18 | 00005969AA | 5/31/18 | $78.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00730 | $727.00 | 8/6/18 | 00006544AA | 6/1/18 | $228.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00730 | $727.00 | 8/6/18 | 00006519AA | 6/1/18 | $101.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00730 | $727.00 | 8/6/18 | 00006525AA | 6/1/18 | $101.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00730 | $727.00 | 8/6/18 | 00006483AA | 6/1/18 | $79.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00730 | $727.00 | 8/6/18 | 00006524AA | 6/1/18 | $75.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00730 | $727.00 | 8/6/18 | 00006526AA | 6/1/18 | $64.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02482 | $438.50 | 8/8/18 | 00007057AA | 6/4/18 | $64.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02482 | $438.50 | 8/8/18 | 00007054AA | 6/4/18 | $55.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02482 | $438.50 | 8/8/18 | 00007051AA | 6/4/18 | $55.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02482 | $438.50 | 8/8/18 | 00007052AA | 6/4/18 | $54.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02482 | $438.50 | 8/8/18 | 00007056AA | 6/4/18 | $54.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02482 | $438.50 | 8/8/18 | 00007055AA | 6/4/18 | $53.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02482 | $438.50 | 8/8/18 | 00006920AA | 6/4/18 | $53.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02482 | $438.50 | 8/8/18 | 00007053AA | 6/4/18 | $49.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03959 | $673.75 | 8/10/18 | 00008155AA | 6/6/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03959 | $673.75 | 8/10/18 | 00008156AA | 6/6/18 | $84.50 |

Dan Post Boot Company

Bankruptcy Case: Sears Holding Corporation, et al.

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03959 | $673.75 | 8/10/18 | 00008157AA | 6/6/18 | $79.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03959 | $673.75 | 8/10/18 | 00008158AA | 6/6/18 | $75.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03959 | $673.75 | 8/10/18 | 00008038AA | 6/6/18 | $74.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03959 | $673.75 | 8/10/18 | 00008037AA | 6/6/18 | $65.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03959 | $673.75 | 8/10/18 | 00008039AA | 6/6/18 | $64.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03959 | $673.75 | 8/10/18 | 00008154AA | 6/6/18 | $51.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04581 | $519.50 | 8/13/18 | 00008525AA | 6/7/18 | $80.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04581 | $519.50 | 8/13/18 | 00008526AA | 6/7/18 | $79.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04581 | $519.50 | 8/13/18 | 00008524AA | 6/7/18 | $51.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04581 | $519.50 | 8/13/18 | 00008874AA | 6/8/18 | $78.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04581 | $519.50 | 8/13/18 | 00008876AA | 6/8/18 | $67.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04581 | $519.50 | 8/13/18 | 00008875AA | 6/8/18 | $64.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04581 | $519.50 | 8/13/18 | 00008999AA | 6/8/18 | $51.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04581 | $519.50 | 8/13/18 | 00008873AA | 6/8/18 | $49.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06373 | $1,646.00 | 8/15/18 | 00009375AA | 6/11/18 | $204.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06373 | $1,646.00 | 8/15/18 | 00009391AA | 6/11/18 | $153.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06373 | $1,646.00 | 8/15/18 | 00009381AA | 6/11/18 | $137.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06373 | $1,646.00 | 8/15/18 | 00009378AA | 6/11/18 | $79.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06373 | $1,646.00 | 8/15/18 | 00009376AA | 6/11/18 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06373 | $1,646.00 | 8/15/18 | 00009389AA | 6/11/18 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06373 | $1,646.00 | 8/15/18 | 00009377AA | 6/11/18 | $75.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06373 | $1,646.00 | 8/15/18 | 00009390AA | 6/11/18 | $75.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06373 | $1,646.00 | 8/15/18 | 00009383AA | 6/11/18 | $74.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06373 | $1,646.00 | 8/15/18 | 00009373AA | 6/11/18 | $73.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06373 | $1,646.00 | 8/15/18 | 00009385AA | 6/11/18 | $71.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06373 | $1,646.00 | 8/15/18 | 00009382AA | 6/11/18 | $67.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06373 | $1,646.00 | 8/15/18 | 00009392AA | 6/11/18 | $67.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06373 | $1,646.00 | 8/15/18 | 00009379AA | 6/11/18 | $64.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06373 | $1,646.00 | 8/15/18 | 00009380AA | 6/11/18 | $55.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06373 | $1,646.00 | 8/15/18 | 00009374AA | 6/11/18 | $55.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06373 | $1,646.00 | 8/15/18 | 00009393AA | 6/11/18 | $55.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06373 | $1,646.00 | 8/15/18 | 00009384AA | 6/11/18 | $55.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06373 | $1,646.00 | 8/15/18 | 00009387AA | 6/11/18 | $55.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06373 | $1,646.00 | 8/15/18 | 00009388AA | 6/11/18 | $55.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06373 | $1,646.00 | 8/15/18 | 00009234AA | 6/11/18 | $53.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06373 | $1,646.00 | 8/15/18 | 00009386AA | 6/11/18 | $51.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06373 | $1,646.00 | 8/15/18 | 0000599014 | 8/11/18 | -$84.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07220 | $55.25 | 8/16/18 | 00009854AA | 6/12/18 | $79.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07220 | $55.25 | 8/16/18 | 00009886AA | 6/12/18 | $51.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07220 | $55.25 | 8/16/18 | 0000599241 | 8/13/18 | -$75.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07942 | $411.50 | 8/17/18 | 00000303AA | 6/13/18 | $184.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07942 | $411.50 | 8/17/18 | 00000302AA | 6/13/18 | $67.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07942 | $411.50 | 8/17/18 | 00000265AA | 6/13/18 | $55.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07942 | $411.50 | 8/17/18 | 00000267AA | 6/13/18 | $53.50 |

Dan Post Boot Company

Bankruptcy Case: Sears Holding Corporation, et al.

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07942 | $411.50 | 8/17/18 | 00000266AA | 6/13/18 | $51.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08587 | $532.00 | 8/20/18 | 00000756AA | 6/14/18 | $55.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08587 | $532.00 | 8/20/18 | 00000737AA | 6/14/18 | $55.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08587 | $532.00 | 8/20/18 | 00000736AA | 6/14/18 | $55.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08587 | $532.00 | 8/20/18 | 00001052AA | 6/15/18 | $84.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08587 | $532.00 | 8/20/18 | 00001054AA | 6/15/18 | $79.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08587 | $532.00 | 8/20/18 | 00001055AA | 6/15/18 | $78.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08587 | $532.00 | 8/20/18 | 00001053AA | 6/15/18 | $74.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08587 | $532.00 | 8/20/18 | 00001051AA | 6/15/18 | $51.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10416 | $55.00 | 8/22/18 | 00001781AA | 6/18/18 | $55.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11230 | $989.50 | 8/23/18 | 00002096AA | 6/19/18 | $84.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11230 | $989.50 | 8/23/18 | 00002091AA | 6/19/18 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11230 | $989.50 | 8/23/18 | 00002088AA | 6/19/18 | $75.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11230 | $989.50 | 8/23/18 | 00002255AA | 6/19/18 | $75.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11230 | $989.50 | 8/23/18 | 00002089AA | 6/19/18 | $73.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11230 | $989.50 | 8/23/18 | 00002095AA | 6/19/18 | $72.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11230 | $989.50 | 8/23/18 | 00002097AA | 6/19/18 | $71.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11230 | $989.50 | 8/23/18 | 00002094AA | 6/19/18 | $67.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11230 | $989.50 | 8/23/18 | 00002090AA | 6/19/18 | $64.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11230 | $989.50 | 8/23/18 | 00002087AA | 6/19/18 | $64.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11230 | $989.50 | 8/23/18 | 00002254AA | 6/19/18 | $55.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11230 | $989.50 | 8/23/18 | 00002093AA | 6/19/18 | $55.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11230 | $989.50 | 8/23/18 | 00002256AA | 6/19/18 | $53.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11230 | $989.50 | 8/23/18 | 00002092AA | 6/19/18 | $51.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11230 | $989.50 | 8/23/18 | 00002257AA | 6/19/18 | $51.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11861 | $250.00 | 8/24/18 | 00002647AA | 6/20/18 | $79.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11861 | $250.00 | 8/24/18 | 00002649AA | 6/20/18 | $71.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11861 | $250.00 | 8/24/18 | 00002648AA | 6/20/18 | $51.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11861 | $250.00 | 8/24/18 | 00002646AA | 6/20/18 | $49.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12614 | $393.00 | 8/27/18 | 00003243AA | 6/21/18 | $79.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12614 | $393.00 | 8/27/18 | 00003242AA | 6/21/18 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12614 | $393.00 | 8/27/18 | 00003290AA | 6/21/18 | $75.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12614 | $393.00 | 8/27/18 | 00003262AA | 6/21/18 | $55.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12614 | $393.00 | 8/27/18 | 00003696AA | 6/22/18 | $53.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12614 | $393.00 | 8/27/18 | 00003695AA | 6/22/18 | $53.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14489 | $606.00 | 8/29/18 | 00004481AA | 6/25/18 | $225.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14489 | $606.00 | 8/29/18 | 00004483AA | 6/25/18 | $91.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14489 | $606.00 | 8/29/18 | 00004484AA | 6/25/18 | $79.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14489 | $606.00 | 8/29/18 | 00004480AA | 6/25/18 | $75.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14489 | $606.00 | 8/29/18 | 00004234AA | 6/25/18 | $68.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14489 | $606.00 | 8/29/18 | 00004482AA | 6/25/18 | $67.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15977 | $281.50 | 8/31/18 | 00005130AA | 6/27/18 | $64.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15977 | $281.50 | 8/31/18 | 00005131AA | 6/27/18 | $55.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15977 | $281.50 | 8/31/18 | 00005132AA | 6/27/18 | $55.00 |

Dan Post Boot Company

Bankruptcy Case: Sears Holding Corporation, et al.

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15977 | $281.50 | 8/31/18 | 00005129AA | 6/27/18 | $53.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15977 | $281.50 | 8/31/18 | 00005128AA | 6/27/18 | $53.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16577 | $247.50 | 9/4/18 | 00005635AA | 6/28/18 | $55.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16577 | $247.50 | 9/4/18 | 00005634AA | 6/28/18 | $55.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16577 | $247.50 | 9/4/18 | 00005939AA | 6/29/18 | $73.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16577 | $247.50 | 9/4/18 | 00005940AA | 6/29/18 | $64.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17772 | $122.00 | 9/5/18 | 00006203AA | 7/2/18 | $91.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17772 | $122.00 | 9/5/18 | 00006220AA | 7/2/18 | $84.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17772 | $122.00 | 9/5/18 | 0000604823 | 8/30/18 | -$53.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18505 | $572.50 | 9/6/18 | 00006783AA | 7/3/18 | $101.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18505 | $572.50 | 9/6/18 | 00006748AA | 7/3/18 | $84.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18505 | $572.50 | 9/6/18 | 00006785AA | 7/3/18 | $79.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18505 | $572.50 | 9/6/18 | 00006744AA | 7/3/18 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18505 | $572.50 | 9/6/18 | 00006747AA | 7/3/18 | $73.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18505 | $572.50 | 9/6/18 | 00006745AA | 7/3/18 | $53.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18505 | $572.50 | 9/6/18 | 00006746AA | 7/3/18 | $53.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18505 | $572.50 | 9/6/18 | 00006784AA | 7/3/18 | $51.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19598 | $551.00 | 9/10/18 | 00007374AA | 7/5/18 | $53.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19598 | $551.00 | 9/10/18 | 00007954AA | 7/6/18 | $152.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19598 | $551.00 | 9/10/18 | 00007787AA | 7/6/18 | $139.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19598 | $551.00 | 9/10/18 | 00007788AA | 7/6/18 | $79.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19598 | $551.00 | 9/10/18 | 00007789AA | 7/6/18 | $73.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19598 | $551.00 | 9/10/18 | 00007953AA | 7/6/18 | $53.50 |

Totals:    25 transfer(s),   $13,379.00