Defendant: **Dariusz Borkowski**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241731 | $5,140.95 | 9/4/18 | 24306176A-IN | 9/4/18 | $5,140.95 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244412 | $4,697.06 | 9/24/18 | 24450371A-IN | 9/24/18 | $4,697.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245472 | $100.00 | 10/1/18 | 11676986F-IN | 10/1/18 | $100.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246622 | $6,772.10 | 10/8/18 | 24406961A-IN | 10/6/18 | $6,772.10 |

Totals:    4 transfer(s),  $16,710.11