Defendant: **Dave Mancia**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985189 | $3,076.00 | 7/19/18 | ABK026181976026 | 7/16/18 | $3,076.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988598 | $1,011.00 | 7/26/18 | ABK026182046026 | 7/23/18 | $1,011.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992088 | $1,003.00 | 8/2/18 | ABK026182116026 | 7/30/18 | $1,003.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996356 | $1,690.00 | 8/9/18 | ABK026182186026 | 8/6/18 | $1,690.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999684 | $1,282.00 | 8/16/18 | ABK026182256026 | 8/13/18 | $1,282.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003194 | $1,564.00 | 8/23/18 | ABK026182326026 | 8/20/18 | $1,564.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006599 | $1,317.00 | 8/30/18 | ABK026182396026 | 8/27/18 | $1,317.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010865 | $1,584.00 | 9/6/18 | ABK026182466026 | 9/3/18 | $1,584.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014185 | $1,258.00 | 9/13/18 | ABK026182536026 | 9/10/18 | $1,258.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017605 | $1,151.00 | 9/20/18 | ABK026182606026 | 9/17/18 | $1,151.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021105 | $1,196.00 | 9/27/18 | ABK026182676026 | 9/24/18 | $1,196.00 |

Totals:     11 transfer(s),  $16,132.00