**Defendant:** David L Marble
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233594 | $1,690.41 | 7/17/18 | 24041483A-IN | 7/16/18 | $1,690.41 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234102 | $231.87 | 7/19/18 | 24204968A-IN | 7/18/18 | $95.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234102 | $231.87 | 7/19/18 | 23929161A-IN | 7/18/18 | $41.87 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234102 | $231.87 | 7/19/18 | 24219882A-IN | 7/19/18 | $95.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234354 | $238.68 | 7/20/18 | 23955367A-IN | 7/20/18 | $238.68 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234886 | $140.00 | 7/24/18 | 24074687A-IN | 7/24/18 | $140.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235577 | $95.00 | 7/27/18 | 24291381A-IN | 7/26/18 | $95.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235851 | $747.90 | 7/30/18 | 24072463C-IN | 7/27/18 | $58.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235851 | $747.90 | 7/30/18 | 24012627B-IN | 7/30/18 | $689.15 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236091 | $613.34 | 7/31/18 | 24035873A-IN | 7/31/18 | $613.34 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237269 | $1,678.69 | 8/6/18 | 24012627A-IN | 8/6/18 | $1,678.69 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237516 | $349.99 | 8/7/18 | 23901057A-IN | 8/6/18 | $349.99 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237880 | $66.50 | 8/9/18 | 24319844A-IN | 8/8/18 | $66.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238234 | $1,728.67 | 8/13/18 | 24219882A-IN | 8/13/18 | $1,728.67 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238419 | $758.50 | 8/14/18 | 24204968A-IN | 8/13/18 | $758.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239728 | $4,634.60 | 8/22/18 | 24071065A-IN | 8/22/18 | $3,099.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239728 | $4,634.60 | 8/22/18 | 24071065B-IN | 8/22/18 | $1,535.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240841 | $1,436.08 | 8/29/18 | 24184162A-IN | 8/29/18 | $1,436.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242020 | $516.25 | 9/5/18 | 24041483B-IN | 9/4/18 | $175.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242020 | $516.25 | 9/5/18 | 24455920A-IN | 9/5/18 | $187.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242020 | $516.25 | 9/5/18 | 24360029A-IN | 9/5/18 | $95.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242020 | $516.25 | 9/5/18 | 24360029B-IN | 9/5/18 | $58.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242698 | $432.13 | 9/11/18 | 24496820A-IN | 9/11/18 | $146.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242698 | $432.13 | 9/11/18 | 24496820B-IN | 9/11/18 | $121.13 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242698 | $432.13 | 9/11/18 | 24291147A-IN | 9/11/18 | $98.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242698 | $432.13 | 9/11/18 | 24500567A-IN | 9/11/18 | $66.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243234 | $139.13 | 9/14/18 | 23538188B-IN | 9/14/18 | $98.00 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243234 | $139.13 | 9/14/18 | 23538188C-IN | 9/14/18 | $41.13 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243629 | $2,055.12 | 9/18/18 | 24401537A-IN | 9/18/18 | $2,055.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244227 | $187.01 | 9/21/18 | 24319844A-IN | 9/20/18 | $187.01 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244431 | $503.03 | 9/24/18 | 24409068A-IN | 9/24/18 | $503.03 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244997 | $52.22 | 9/27/18 | 24319844A-IN | 9/27/18 | $52.22 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245259 | $3,288.27 | 9/28/18 | 24409068A-IN | 9/27/18 | $3,288.27 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245898 | $3,045.54 | 10/3/18 | 24455920A-IN | 10/3/18 | $3,045.54 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246091 | $145.00 | 10/4/18 | 24480493A-IN | 10/4/18 | $145.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246299 | $327.11 | 10/5/18 | 24590360A-IN | 10/5/18 | $175.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246299 | $327.11 | 10/5/18 | 24401537A-IN | 10/5/18 | $152.11 |

**Totals:**   25 transfer(s),   $25,101.04