| Defendant: | Declue Construction LLC |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236093 | $1,288.60 | 7/31/18 | 23465952A-IN | 7/30/18 | $1,096.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236093 | $1,288.60 | 7/31/18 | 22929405B-IN | 7/30/18 | $192.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236587 | $1,165.07 | 8/2/18 | 23749756A-IN | 8/1/18 | $1,165.07 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236909 | $1,346.76 | 8/3/18 | 23711338A-IN | 8/2/18 | $981.82 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236909 | $1,346.76 | 8/3/18 | 24143958A-IN | 8/3/18 | $156.97 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236909 | $1,346.76 | 8/3/18 | 24121371A-IN | 8/3/18 | $111.97 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236909 | $1,346.76 | 8/3/18 | 24152150A-IN | 8/3/18 | $96.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237270 | $174.00 | 8/6/18 | 24223572A-IN | 8/3/18 | $51.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237270 | $174.00 | 8/6/18 | 24188923A-IN | 8/3/18 | $36.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237270 | $174.00 | 8/6/18 | 24001278A-IN | 8/6/18 | $43.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237270 | $174.00 | 8/6/18 | 24277057A-IN | 8/6/18 | $43.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238644 | $1,242.98 | 8/15/18 | 22876649A-IN | 8/14/18 | $586.04 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238644 | $1,242.98 | 8/15/18 | 23745303A-IN | 8/14/18 | $541.94 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238644 | $1,242.98 | 8/15/18 | 23988401A-IN | 8/15/18 | $115.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238842 | $180.00 | 8/16/18 | 23911252A-IN | 8/16/18 | $180.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239290 | $210.00 | 8/20/18 | 21309843A-IN | 8/18/18 | $210.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239924 | $2,163.74 | 8/23/18 | 23229432A-IN | 8/23/18 | $2,163.74 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240104 | $40.00 | 8/24/18 | 24072871B-IN | 8/23/18 | $40.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241127 | $968.30 | 8/30/18 | 23769683A-IN | 8/30/18 | $968.30 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241367 | $390.00 | 8/31/18 | 23883894A-IN | 8/30/18 | $390.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241769 | $2,008.36 | 9/4/18 | 23814520A-IN | 9/1/18 | $1,784.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241769 | $2,008.36 | 9/4/18 | 24277057A-IN | 9/1/18 | $223.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242912 | $122.50 | 9/12/18 | 23826597A-IN | 9/11/18 | $122.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243082 | $2,866.36 | 9/13/18 | 24479257A-IN | 9/12/18 | $130.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243082 | $2,866.36 | 9/13/18 | 24143958A-IN | 9/13/18 | $1,325.26 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243082 | $2,866.36 | 9/13/18 | 24121371A-IN | 9/13/18 | $719.80 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243082 | $2,866.36 | 9/13/18 | 23881641A-IN | 9/13/18 | $514.64 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243082 | $2,866.36 | 9/13/18 | 24223572A-IN | 9/13/18 | $176.66 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243235 | $215.00 | 9/14/18 | 24448520A-IN | 9/14/18 | $122.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243235 | $215.00 | 9/14/18 | 24288996A-IN | 9/14/18 | $92.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243630 | $267.01 | 9/18/18 | 23363303A-IN | 9/18/18 | $267.01 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244590 | $1,041.92 | 9/25/18 | 24426650B-IN | 9/24/18 | $35.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244590 | $1,041.92 | 9/25/18 | 23742018A-IN | 9/25/18 | $902.36 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244590 | $1,041.92 | 9/25/18 | 24072871B-IN | 9/25/18 | $104.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244999 | $1,218.12 | 9/27/18 | 23636293A-IN | 9/27/18 | $1,218.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245497 | $1,818.26 | 10/1/18 | 23954798A-IN | 10/1/18 | $1,778.26 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245497 | $1,818.26 | 10/1/18 | 24442260A-IN | 10/1/18 | $40.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245899 | $3,549.44 | 10/3/18 | 23402660A-IN | 10/2/18 | $3,389.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245899 | $3,549.44 | 10/3/18 | 24570411A-IN | 10/3/18 | $160.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246093 | $1,300.78 | 10/4/18 | 23944432A-IN | 10/3/18 | $1,300.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246300 | $694.40 | 10/5/18 | 23693782A-IN | 10/5/18 | $484.40 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246300 | $694.40 | 10/5/18 | 21309843A-IN | 10/5/18 | $210.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246655 | $433.66 | 10/8/18 | 24059918A-IN | 10/5/18 | $320.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246655 | $433.66 | 10/8/18 | 23636293A-IN | 10/5/18 | $113.66 |

Totals:    23 transfer(s),    $24,705.26