Defendant: **Defined Countertops Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237190 | $5,050.02 | 8/6/18 | 146821-IN | 6/21/18 | $2,820.01 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237190 | $5,050.02 | 8/6/18 | 10024-IN | 7/27/18 | $2,230.01 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238210 | $2,224.21 | 8/13/18 | 630141-IN | 7/16/18 | $2,224.21 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240804 | $3,363.21 | 8/29/18 | 63333-IN | 8/24/18 | $3,363.21 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243052 | $5,020.29 | 9/13/18 | 633332-IN | 8/24/18 | $5,020.29 |

Totals:   4 transfer(s),  $15,657.73