Defendant: **Delta Packaging Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985202 | $4,872.09 | 7/27/18 | 16568 | 5/15/18 | $4,513.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985202 | $4,872.09 | 7/27/18 | 16567 | 5/15/18 | $358.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988146 | $1,779.30 | 8/2/18 | 16585 | 5/21/18 | $1,106.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988146 | $1,779.30 | 8/2/18 | 16586 | 5/21/18 | $672.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989204 | $51.00 | 8/8/18 | A16043 | 11/20/17 | $51.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992103 | $652.64 | 8/14/18 | 16608 | 5/29/18 | $652.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992742 | $9,314.42 | 8/15/18 | 16600 | 5/30/18 | $9,314.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001809 | $6,876.87 | 9/4/18 | 16668 | 6/15/18 | $6,876.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008037 | $5,305.27 | 9/17/18 | 16709 | 6/28/18 | $5,305.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013718 | $1,537.53 | 9/26/18 | 16733 | 7/9/18 | $1,537.53 |

Totals:    8 transfer(s),  $30,389.12