Defendant: **Dennemeyer & Co. LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981841 | $1,790.00 | 7/20/18 | 1016221 | 5/11/18 | $1,790.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996374 | $13,607.17 | 8/21/18 | 122052 | 4/30/18 | $2,035.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996374 | $13,607.17 | 8/21/18 | 122051 | 4/30/18 | $10.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996374 | $13,607.17 | 8/21/18 | 122355 | 5/23/18 | $3,174.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996374 | $13,607.17 | 8/21/18 | 122358 | 5/23/18 | $537.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996374 | $13,607.17 | 8/21/18 | 122357 | 5/23/18 | $78.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996374 | $13,607.17 | 8/21/18 | 122409 | 6/5/18 | $4,012.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996374 | $13,607.17 | 8/21/18 | 1024707 | 6/5/18 | $3,760.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999702 | $20,766.82 | 8/30/18 | 122050 | 4/30/18 | $13,235.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999702 | $20,766.82 | 8/30/18 | 122356 | 5/23/18 | $7,531.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010879 | $1,650.61 | 9/20/18 | 1033710 | 7/6/18 | $1,650.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014203 | $1,104.29 | 9/27/18 | 122783 | 7/10/18 | $673.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014203 | $1,104.29 | 9/27/18 | 122782 | 7/10/18 | $405.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014203 | $1,104.29 | 9/27/18 | 122784 | 7/10/18 | $26.00 |

Totals:    5 transfer(s),  $38,918.89