Defendant: **Dentalcare Partners Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986505 | $995.00 | 7/23/18 | 825C50181976050 | 7/16/18 | $995.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989952 | $5,414.00 | 7/30/18 | 825C50182046050 | 7/23/18 | $5,414.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993575 | $3,741.00 | 8/6/18 | 825C50182116050 | 7/30/18 | $3,741.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997673 | $5,373.00 | 8/13/18 | 825C50182186050 | 8/6/18 | $5,373.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001106 | $756.00 | 8/20/18 | 825C50182256050 | 8/13/18 | $756.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004548 | $6,134.00 | 8/27/18 | 825C50182326050 | 8/20/18 | $6,134.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008042 | $4,300.00 | 9/3/18 | 825C50182396050 | 8/27/18 | $4,300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012058 | $728.00 | 9/10/18 | 825C50182466050 | 9/3/18 | $728.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015528 | $841.00 | 9/17/18 | 825C50182536050 | 9/10/18 | $841.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018968 | $3,596.00 | 9/24/18 | 825C50182606050 | 9/17/18 | $3,596.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022474 | $5,346.00 | 10/1/18 | 825C50182676050 | 9/24/18 | $5,346.00 |

Totals:    11 transfer(s),  $37,224.00