**Defendant:** **Dice Career Solutions, Inc.**

**Bankruptcy Case** **Sears Holding Corporation, et al.**

**Preference Period:** **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987224 | $14,552.00 | 8/1/18 | INV00262337 | 5/18/18 | $7,276.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987224 | $14,552.00 | 8/1/18 | INV00262337 | 5/18/18 | $7,276.00 |

**Totals:** 1 transfer(s), **$14,552.00**