Defendant: **Discover Marble and Granite Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237113 | $1,935.01 | 8/6/18 | 103319-IN | 8/1/18 | $1,935.01 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237821 | $3,739.41 | 8/9/18 | 105266-IN | 8/7/18 | $3,739.41 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242859 | $3,153.63 | 9/12/18 | 106665-IN | 8/24/18 | $3,153.63 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243779 | $1,539.72 | 9/19/18 | 107467-IN | 9/6/18 | $1,539.72 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244164 | $5,402.09 | 9/21/18 | 105267-IN | 8/2/18 | $2,771.03 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244164 | $5,402.09 | 9/21/18 | 106598-IN | 9/12/18 | $2,631.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246013 | $3,821.16 | 10/4/18 | 108550-IN | 9/27/18 | $3,821.16 |

Totals:    6 transfer(s),  $19,591.02