Defendant: **Dukers Appliance Co., USA Ltd**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90442 | $2,016.89 | 7/18/18 | 000007NRJO | 7/5/18 | $2,016.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92770 | $2,016.89 | 7/23/18 | 000007O0XC | 7/9/18 | $2,016.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93923 | $1,086.79 | 7/24/18 | 000007O8JK | 7/11/18 | $1,086.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96861 | $2,016.89 | 7/30/18 | 000007OP8N | 7/17/18 | $2,016.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98680 | $981.92 | 8/1/18 | 000007OV29 | 7/19/18 | $981.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03270 | $2,016.89 | 8/9/18 | 000007PFZI | 7/27/18 | $2,016.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04630 | $3,099.77 | 8/13/18 | 000007PM11 | 7/30/18 | $2,016.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04630 | $3,099.77 | 8/13/18 | 000007PMA1 | 7/30/18 | $1,082.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12663 | $2,602.04 | 8/27/18 | 000007QNXK | 8/13/18 | $2,602.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16626 | $2,220.35 | 9/4/18 | 000007RB4N | 8/21/18 | $2,220.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18536 | $2,016.89 | 9/6/18 | 000007RJW3 | 8/24/18 | $2,016.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19643 | $2,856.51 | 9/10/18 | 000007RPPL | 8/27/18 | $2,856.51 |

**Totals:** 11 transfer(s), $22,931.83