Defendant: **Dxd Investments, LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171411 | $4,733.45 | 7/30/18 | 0000072618 | 7/26/18 | $4,500.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171411 | $4,733.45 | 7/30/18 | 0000072618 | 7/26/18 | $233.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 122465 | $964.49 | 8/9/18 | 0000097432 | 7/23/18 | $964.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172813 | $4,733.45 | 8/28/18 | 0000082618 | 8/26/18 | $4,500.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172813 | $4,733.45 | 8/28/18 | 0000082618 | 8/26/18 | $233.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 124723 | $964.49 | 9/6/18 | 0000098028 | 8/22/18 | $964.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174156 | $4,733.45 | 9/27/18 | 0000092518 | 9/25/18 | $4,500.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174156 | $4,733.45 | 9/27/18 | 0000092518 | 9/25/18 | $233.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 126898 | $964.49 | 10/11/18 | 0000098410 | 9/24/18 | $964.49 |

Totals:    6 transfer(s),  $17,093.82