| Defendant: | Dylan Parish |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233579 | $160.00 | 7/17/18 | 24168996A-IN | 7/17/18 | $80.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233579 | $160.00 | 7/17/18 | 24158024A-IN | 7/17/18 | $80.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235831 | $130.00 | 7/30/18 | 23990787A-IN | 7/30/18 | $80.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235831 | $130.00 | 7/30/18 | 23990787B-IN | 7/30/18 | $50.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236062 | $519.24 | 7/31/18 | 23905781A-IN | 7/30/18 | $289.17 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236062 | $519.24 | 7/31/18 | 24301906A-IN | 7/30/18 | $230.07 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236879 | $700.49 | 8/3/18 | 23905781B-IN | 8/3/18 | $700.49 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237502 | $1,357.13 | 8/7/18 | 23958563A-IN | 8/6/18 | $1,357.13 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238221 | $5,592.46 | 8/13/18 | 24158024A-IN | 8/13/18 | $3,834.27 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238221 | $5,592.46 | 8/13/18 | 23860574A-IN | 8/13/18 | $1,251.47 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238221 | $5,592.46 | 8/13/18 | 23860574B-IN | 8/13/18 | $506.72 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238401 | $250.00 | 8/14/18 | 23787190B-IN | 8/14/18 | $120.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238401 | $250.00 | 8/14/18 | 23787190C-IN | 8/14/18 | $80.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238401 | $250.00 | 8/14/18 | 23787190A-IN | 8/14/18 | $50.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238627 | $30.57 | 8/15/18 | 23905781B-IN | 8/13/18 | $30.57 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239266 | $2,453.94 | 8/20/18 | 24041037A-IN | 8/20/18 | $2,120.63 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239266 | $2,453.94 | 8/20/18 | 24041037B-IN | 8/20/18 | $333.31 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239471 | $4,405.17 | 8/21/18 | 24035736A-IN | 8/21/18 | $4,175.17 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239471 | $4,405.17 | 8/21/18 | 24035736A-IN | 8/21/18 | $230.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239711 | $80.00 | 8/22/18 | 24391815A-IN | 8/22/18 | $80.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240341 | $2,639.41 | 8/27/18 | 23990787A-IN | 8/27/18 | $2,284.41 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240341 | $2,639.41 | 8/27/18 | 23990787B-IN | 8/27/18 | $355.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240822 | $1,849.85 | 8/29/18 | 24301906A-IN | 8/28/18 | $1,849.85 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241721 | $3,224.33 | 9/4/18 | 24168996A-IN | 9/2/18 | $2,260.13 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241721 | $3,224.33 | 9/4/18 | 24168996B-IN | 9/2/18 | $964.20 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242006 | $214.22 | 9/5/18 | 24168996A-IN | 9/4/18 | $134.22 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242006 | $214.22 | 9/5/18 | 24418708A-IN | 9/5/18 | $80.00 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243425 | $349.37 | 9/17/18 | 24466601B-IN | 9/17/18 | $161.37 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243425 | $349.37 | 9/17/18 | 24466601A-IN | 9/17/18 | $108.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243425 | $349.37 | 9/17/18 | 24510311A-IN | 9/17/18 | $80.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243611 | $197.81 | 9/18/18 | 24341211A-IN | 9/17/18 | $197.81 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244406 | $1,327.55 | 9/24/18 | 24391815A-IN | 9/24/18 | $1,327.55 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244570 | $90.00 | 9/25/18 | 23578942A-IN | 9/24/18 | $90.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246278 | $500.00 | 10/5/18 | 24041037C-IN | 10/5/18 | $500.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246612 | $767.00 | 10/8/18 | 24071817A-IN | 10/8/18 | $767.00 |

Totals:    21 transfer(s),    $26,838.54