Defendant: **Edwin Samayoa**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234905 | $149.66 | 7/24/18 | 23566702A-IN | 7/24/18 | $149.66 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236113 | $935.80 | 7/31/18 | 23875068A-IN | 7/31/18 | $935.80 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237894 | $4,152.60 | 8/9/18 | 24060056A-IN | 8/9/18 | $4,152.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238432 | $2,361.26 | 8/14/18 | 24191082A-IN | 8/10/18 | $2,361.26 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241799 | $573.37 | 9/4/18 | 24417721A-IN | 9/4/18 | $573.37 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242026 | $500.00 | 9/5/18 | 16561308D-IN | 9/5/18 | $500.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242175 | $3,098.09 | 9/6/18 | 22862076B-IN | 9/5/18 | $3,098.09 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242924 | $1,300.00 | 9/12/18 | 24432595A-IN | 9/12/18 | $1,300.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245010 | $1,305.60 | 9/27/18 | 24432595A-IN | 9/27/18 | $1,305.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245912 | $2,718.91 | 10/3/18 | 24432595A-IN | 10/3/18 | $2,718.91 |

Totals:    10 transfer(s),  $17,095.29