Defendant: **Elite Enterprises Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234487 | $885.69 | 7/23/18 | 23953825A-IN | 7/22/18 | $453.49 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234487 | $885.69 | 7/23/18 | 24048529B-IN | 7/22/18 | $432.20 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235021 | $12.00 | 7/25/18 | RES072518-IN | 7/25/18 | $12.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235223 | $197.17 | 7/26/18 | 24208229A-IN | 7/26/18 | $108.27 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235223 | $197.17 | 7/26/18 | 24166233A-IN | 7/26/18 | $88.90 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235457 | $800.13 | 7/27/18 | 23908763A-IN | 7/26/18 | $800.13 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235722 | $1,361.66 | 7/30/18 | 24061106A-IN | 7/28/18 | $1,361.66 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235941 | $823.09 | 7/31/18 | 23628916A-IN | 7/30/18 | $400.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235941 | $823.09 | 7/31/18 | 24164621A-IN | 7/31/18 | $126.42 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235941 | $823.09 | 7/31/18 | 24269825B-IN | 7/31/18 | $111.15 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235941 | $823.09 | 7/31/18 | 24219605A-IN | 7/31/18 | $93.42 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235941 | $823.09 | 7/31/18 | 24219605B-IN | 7/31/18 | $92.10 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238722 | $746.82 | 8/16/18 | 24166233A-IN | 8/15/18 | $414.74 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238722 | $746.82 | 8/16/18 | 24038057B-IN | 8/15/18 | $332.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239170 | $135.00 | 8/20/18 | 24160762A-IN | 8/17/18 | $135.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239373 | $3,225.15 | 8/21/18 | 24145213A-IN | 8/20/18 | $2,987.95 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239373 | $3,225.15 | 8/21/18 | 24116000A-IN | 8/20/18 | $237.20 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239807 | $120.00 | 8/23/18 | 24386902A-IN | 8/23/18 | $60.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239807 | $120.00 | 8/23/18 | 24327849A-IN | 8/23/18 | $60.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240458 | $2,016.94 | 8/28/18 | 24208229A-IN | 8/23/18 | $2,016.94 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240715 | $677.28 | 8/29/18 | 24269825B-IN | 8/29/18 | $677.28 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240987 | $1,627.79 | 8/30/18 | 24219605A-IN | 8/29/18 | $1,089.48 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240987 | $1,627.79 | 8/30/18 | 24219605B-IN | 8/29/18 | $538.31 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241229 | $1,754.88 | 8/31/18 | 23965000A-IN | 8/31/18 | $1,754.88 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241520 | $3,862.96 | 9/4/18 | 24009975A-IN | 9/1/18 | $3,862.96 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242428 | $60.00 | 9/10/18 | 24290950B-IN | 9/8/18 | $60.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242605 | $838.49 | 9/11/18 | 24287905B-IN | 9/10/18 | $418.49 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242605 | $838.49 | 9/11/18 | 24290950B-IN | 9/10/18 | $300.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242605 | $838.49 | 9/11/18 | 24437124A-IN | 9/10/18 | $60.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242605 | $838.49 | 9/11/18 | 24470881A-IN | 9/10/18 | $60.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242825 | $3,054.77 | 9/12/18 | 24463090A-IN | 9/11/18 | $126.42 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242825 | $3,054.77 | 9/12/18 | 24357371A-IN | 9/11/18 | $60.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242825 | $3,054.77 | 9/12/18 | 24427462A-IN | 9/11/18 | $60.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242825 | $3,054.77 | 9/12/18 | REIM091218-IN | 9/12/18 | $1,723.80 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242825 | $3,054.77 | 9/12/18 | PER091218-IN | 9/12/18 | $1,084.55 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242979 | $194.92 | 9/13/18 | 24435177A-IN | 9/12/18 | $99.64 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242979 | $194.92 | 9/13/18 | 24494581A-IN | 9/12/18 | $95.28 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243149 | $42.00 | 9/14/18 | 24489274A-IN | 9/13/18 | $42.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243754 | $113.98 | 9/19/18 | 24341459B-IN | 9/19/18 | $113.98 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243943 | $52.79 | 9/20/18 | 24504674A-IN | 9/20/18 | $52.79 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244707 | $60.00 | 9/26/18 | 24548272A-IN | 9/26/18 | $60.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245559 | $3,288.12 | 10/2/18 | 24356566A-IN | 10/2/18 | $1,815.72 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245559 | $3,288.12 | 10/2/18 | 24386902A-IN | 10/2/18 | $1,067.40 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245559 | $3,288.12 | 10/2/18 | 24357371A-IN | 10/2/18 | $405.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245794 | $60.00 | 10/3/18 | 24566293A-IN | 10/3/18 | $60.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245974 | $126.42 | 10/4/18 | 24456869A-IN | 10/3/18 | $126.42 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246173 | $1,162.18 | 10/5/18 | 24463090A-IN | 10/4/18 | $516.97 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246173 | $1,162.18 | 10/5/18 | 24435177A-IN | 10/4/18 | $441.22 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246173 | $1,162.18 | 10/5/18 | 24558396A-IN | 10/5/18 | $143.99 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246173 | $1,162.18 | 10/5/18 | 24598098A-IN | 10/5/18 | $60.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246436 | $777.85 | 10/8/18 | 24470881A-IN | 10/5/18 | $577.85 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246436 | $777.85 | 10/8/18 | 24489274A-IN | 10/6/18 | $200.00 |

Totals:    28 transfer(s),    $28,078.08