Defendant: **EMAC Construction LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234137 | $9,764.07 | 7/19/18 | 23833046A-IN | 7/18/18 | $6,854.81 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234137 | $9,764.07 | 7/19/18 | 23809085A-IN | 7/18/18 | $2,909.26 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236122 | $5,788.72 | 7/31/18 | 23604481A-IN | 7/30/18 | $3,752.51 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236122 | $5,788.72 | 7/31/18 | 24082490A-IN | 7/31/18 | $2,036.21 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238874 | $4,056.46 | 8/16/18 | 24109174A-IN | 8/15/18 | $4,056.46 |

Totals:    3 transfer(s),  $19,609.25