Defendant: **Empire Countertops, LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235621 | $5,760.29 | 7/27/18 | 00075607-IN | 7/10/18 | $3,705.28 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235621 | $5,760.29 | 7/27/18 | 00077167-IN | 7/10/18 | $2,055.01 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237367 | $2,308.02 | 8/6/18 | 00077179-IN | 7/19/18 | $1,300.01 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237367 | $2,308.02 | 8/6/18 | 00077713-IN | 7/20/18 | $1,008.01 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237911 | $11,825.40 | 8/9/18 | 00077803-IN | 7/25/18 | $3,872.01 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237911 | $11,825.40 | 8/9/18 | 00077723-IN | 7/25/18 | $2,361.01 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237911 | $11,825.40 | 8/9/18 | 00077794-IN | 7/25/18 | $1,078.63 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237911 | $11,825.40 | 8/9/18 | 00077741-IN | 7/26/18 | $3,137.71 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237911 | $11,825.40 | 8/9/18 | 00076041-IN | 7/27/18 | $1,376.04 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238267 | $6,495.52 | 8/13/18 | 00077181-IN | 7/30/18 | $3,416.01 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238267 | $6,495.52 | 8/13/18 | 00077180-IN | 7/30/18 | $3,079.51 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239092 | $2,612.79 | 8/17/18 | 00077182-IN | 8/6/18 | $2,612.79 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240137 | $4,861.03 | 8/24/18 | 00076166-IN | 7/31/18 | $4,861.03 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240417 | $1,511.00 | 8/27/18 | 00077796-IN | 7/31/18 | $1,511.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245936 | $1,684.01 | 10/3/18 | 00077791-IN | 8/16/18 | $1,684.01 |

Totals:    8 transfer(s),   $37,058.06