Defendant: **Endeavor Tool Company LLC**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170789 | $1,718.20 | 7/9/18 | 0000019947 | 5/3/18 | $693.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170789 | $1,718.20 | 7/9/18 | 0000019948 | 5/3/18 | $459.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170789 | $1,718.20 | 7/9/18 | 0000019945 | 5/3/18 | $307.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170789 | $1,718.20 | 7/9/18 | 0000019946 | 5/3/18 | $257.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170944 | $1,562.20 | 7/16/18 | 0000020028 | 5/10/18 | $487.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170944 | $1,562.20 | 7/16/18 | 0000020029 | 5/10/18 | $409.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170944 | $1,562.20 | 7/16/18 | 0000020026 | 5/10/18 | $385.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170944 | $1,562.20 | 7/16/18 | 0000020027 | 5/10/18 | $280.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171099 | $1,527.21 | 7/23/18 | 0000020097 | 5/17/18 | $767.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171099 | $1,527.21 | 7/23/18 | 0000020098 | 5/17/18 | $385.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171099 | $1,527.21 | 7/23/18 | 0000020096 | 5/17/18 | $257.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171099 | $1,527.21 | 7/23/18 | 0000020095 | 5/17/18 | $151.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171099 | $1,527.21 | 7/23/18 | 0000481535 | 7/12/18 | -$7.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171099 | $1,527.21 | 7/23/18 | 0000482163 | 7/12/18 | -$13.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171099 | $1,527.21 | 7/23/18 | 0000485661 | 7/16/18 | -$13.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171433 | $1,637.25 | 7/30/18 | 0000020283 | 5/24/18 | $643.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171433 | $1,637.25 | 7/30/18 | 0000020281 | 5/24/18 | $463.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171433 | $1,637.25 | 7/30/18 | 0000020284 | 5/24/18 | $307.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171433 | $1,637.25 | 7/30/18 | 0000020282 | 5/24/18 | $229.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171433 | $1,637.25 | 7/30/18 | 0000490950 | 7/25/18 | -$7.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172226 | $1,108.93 | 8/6/18 | 0000020366 | 5/31/18 | $436.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172226 | $1,108.93 | 8/6/18 | 0000020364 | 5/31/18 | $307.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172226 | $1,108.93 | 8/6/18 | 0000020365 | 5/31/18 | $229.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172226 | $1,108.93 | 8/6/18 | 0000020367 | 5/31/18 | $156.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172226 | $1,108.93 | 8/6/18 | 0000492951 | 7/30/18 | -$7.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172226 | $1,108.93 | 8/6/18 | 0000494002 | 7/31/18 | -$13.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172361 | $1,267.88 | 8/13/18 | 0000020444 | 6/7/18 | $537.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172361 | $1,267.88 | 8/13/18 | 0000020443 | 6/7/18 | $358.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172361 | $1,267.88 | 8/13/18 | 0000020442 | 6/7/18 | $284.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172361 | $1,267.88 | 8/13/18 | 0000020445 | 6/7/18 | $101.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172361 | $1,267.88 | 8/13/18 | 0000496506 | 8/7/18 | -$13.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172498 | $1,432.78 | 8/20/18 | 0000020526 | 6/14/18 | $716.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172498 | $1,432.78 | 8/20/18 | 0000020524 | 6/14/18 | $307.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172498 | $1,432.78 | 8/20/18 | 0000020525 | 6/14/18 | $257.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172498 | $1,432.78 | 8/20/18 | 0000020527 | 6/14/18 | $179.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172498 | $1,432.78 | 8/20/18 | 0000507714 | 8/14/18 | -$13.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172498 | $1,432.78 | 8/20/18 | 0000506209 | 8/14/18 | -$14.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172639 | $1,264.55 | 8/27/18 | 0000020590 | 6/21/18 | $565.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172639 | $1,264.55 | 8/27/18 | 0000020589 | 6/21/18 | $307.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172639 | $1,264.55 | 8/27/18 | 0000020591 | 6/21/18 | $257.20 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172639 | $1,264.55 | 8/27/18 | 0000020588 | 6/21/18 | $156.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172639 | $1,264.55 | 8/27/18 | 0000512581 | 8/21/18 | -$7.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172639 | $1,264.55 | 8/27/18 | 0000514369 | 8/22/18 | -$14.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173608 | $1,727.05 | 9/4/18 | 0000020629 | 6/28/18 | $716.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173608 | $1,727.05 | 9/4/18 | 0000020627 | 6/28/18 | $487.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173608 | $1,727.05 | 9/4/18 | 0000020630 | 6/28/18 | $307.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173608 | $1,727.05 | 9/4/18 | 0000020628 | 6/28/18 | $257.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173608 | $1,727.05 | 9/4/18 | 0000516641 | 8/28/18 | -$13.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173608 | $1,727.05 | 9/4/18 | 0000519183 | 8/29/18 | -$27.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173828 | $2,308.09 | 9/17/18 | 0000020691 | 7/12/18 | $487.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173828 | $2,308.09 | 9/17/18 | 0000020694 | 7/12/18 | $385.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173828 | $2,308.09 | 9/17/18 | 0000020696 | 7/12/18 | $335.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173828 | $2,308.09 | 9/17/18 | 0000020693 | 7/12/18 | $331.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173828 | $2,308.09 | 9/17/18 | 0000020689 | 7/12/18 | $307.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173828 | $2,308.09 | 9/17/18 | 0000020690 | 7/12/18 | $229.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173828 | $2,308.09 | 9/17/18 | 0000020692 | 7/12/18 | $179.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173828 | $2,308.09 | 9/17/18 | 0000020695 | 7/12/18 | $101.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173828 | $2,308.09 | 9/17/18 | 0000524741 | 9/6/18 | -$7.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173828 | $2,308.09 | 9/17/18 | 0000522937 | 9/6/18 | -$13.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173828 | $2,308.09 | 9/17/18 | 0000526812 | 9/11/18 | -$13.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173828 | $2,308.09 | 9/17/18 | 0000529021 | 9/12/18 | -$13.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173933 | $1,968.25 | 9/24/18 | 0000020769 | 7/19/18 | $849.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173933 | $1,968.25 | 9/24/18 | 0000020771 | 7/19/18 | $716.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173933 | $1,968.25 | 9/24/18 | 0000020770 | 7/19/18 | $331.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173933 | $1,968.25 | 9/24/18 | 0000020772 | 7/19/18 | $78.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173933 | $1,968.25 | 9/24/18 | 0000531594 | 9/17/18 | -$7.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174868 | $679.30 | 10/1/18 | 0000020804 | 7/26/18 | $385.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174868 | $679.30 | 10/1/18 | 0000020803 | 7/26/18 | $179.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174868 | $679.30 | 10/1/18 | 0000020805 | 7/26/18 | $128.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174868 | $679.30 | 10/1/18 | 0000534631 | 9/20/18 | -$7.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174868 | $679.30 | 10/1/18 | 0000538955 | 9/26/18 | -$7.15 |

Totals:    12 transfer(s),  $18,201.69