Defendant: **Environmental Waste Services LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234022 | $15,959.60 | 7/19/18 | 23887155A-IN | 7/18/18 | $9,972.04 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234022 | $15,959.60 | 7/19/18 | 24086354A-IN | 7/19/18 | $5,987.56 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234559 | $280.00 | 7/23/18 | 21535578B-IN | 7/20/18 | $280.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235089 | $500.00 | 7/25/18 | RES072518-IN | 7/25/18 | $500.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236303 | $11,154.94 | 8/1/18 | 24079862A-IN | 7/27/18 | $10,265.30 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236303 | $11,154.94 | 8/1/18 | 22645092ACR-IN | 8/1/18 | $540.64 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236303 | $11,154.94 | 8/1/18 | 22858839ACR-IN | 8/1/18 | $349.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243193 | $510.09 | 9/14/18 | 24041075ACR-IN | 9/14/18 | $610.09 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243193 | $510.09 | 9/14/18 | RES091418-DM | 9/14/18 | -$100.00 |

Totals:    5 transfer(s),  $28,404.63

Environmental Waste Services LLC

Bankruptcy Case: Sears Holding Corporation, et al.

January 31, 2020                                      Exhibit A                                      P. 1