| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | EOS Products LLC | | | | | | |
| Bankruptcy Case: | Sears Holding Corporation, et al. | | | | | | |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 | | | | | | |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981914 | $6,325.70 | 7/20/18 | 164882 | 6/5/18 | $1,235.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981914 | $6,325.70 | 7/20/18 | 164880 | 6/5/18 | $985.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981914 | $6,325.70 | 7/20/18 | 164877 | 6/5/18 | $985.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981914 | $6,325.70 | 7/20/18 | 164917 | 6/6/18 | $1,946.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981914 | $6,325.70 | 7/20/18 | 164918 | 6/6/18 | $1,172.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985282 | $3,520.47 | 7/27/18 | 164878 | 6/5/18 | $1,102.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985282 | $3,520.47 | 7/27/18 | 164919 | 6/6/18 | $985.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985282 | $3,520.47 | 7/27/18 | 165493 | 6/13/18 | $1,433.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992203 | $7,875.47 | 8/14/18 | 154111 | 1/30/18 | $5,215.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992203 | $7,875.47 | 8/14/18 | 164879 | 6/5/18 | $1,058.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992203 | $7,875.47 | 8/14/18 | 164876 | 6/5/18 | $1,014.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992203 | $7,875.47 | 8/14/18 | 164881 | 6/5/18 | $1,014.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992203 | $7,875.47 | 8/14/18 | 8361D006340995 | 7/18/18 | -$59.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992203 | $7,875.47 | 8/14/18 | 8361D006340996 | 7/18/18 | -$259.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992203 | $7,875.47 | 8/14/18 | VPOT991484250 | 7/22/18 | -$57.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992203 | $7,875.47 | 8/14/18 | VPOT991485074 | 7/29/18 | -$50.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996447 | $1,644.65 | 8/21/18 | 167108 | 7/5/18 | $1,712.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996447 | $1,644.65 | 8/21/18 | VPOT991485537 | 8/5/18 | -$68.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999789 | $2,478.40 | 8/30/18 | 167731 | 7/11/18 | $1,615.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999789 | $2,478.40 | 8/30/18 | 167735 | 7/11/18 | $1,367.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999789 | $2,478.40 | 8/30/18 | 3483001958 | 8/10/18 | -$4.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999789 | $2,478.40 | 8/30/18 | MA18223715858 | 8/11/18 | -$500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003286 | $1,203.52 | 9/6/18 | 167938 | 7/16/18 | $1,433.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003286 | $1,203.52 | 9/6/18 | 3800016899 | 7/20/18 | -$4.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003286 | $1,203.52 | 9/6/18 | VPOT991486677 | 8/19/18 | -$50.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003286 | $1,203.52 | 9/6/18 | VPOT991486678 | 8/19/18 | -$51.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003286 | $1,203.52 | 9/6/18 | VPOT991486675 | 8/19/18 | -$59.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003286 | $1,203.52 | 9/6/18 | VPOT991486676 | 8/19/18 | -$63.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006705 | $3,733.82 | 9/13/18 | 167939 | 7/16/18 | $985.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006705 | $3,733.82 | 9/13/18 | 169125 | 7/26/18 | $1,831.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006705 | $3,733.82 | 9/13/18 | 169126 | 7/26/18 | $990.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006705 | $3,733.82 | 9/13/18 | VPOT991487215 | 8/26/18 | -$73.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014277 | $2,469.48 | 9/27/18 | 167940 | 7/16/18 | $1,080.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014277 | $2,469.48 | 9/27/18 | 167907 | 7/16/18 | $986.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014277 | $2,469.48 | 9/27/18 | 169127 | 7/26/18 | $183.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014277 | $2,469.48 | 9/27/18 | 170060 | 8/9/18 | $1,664.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014277 | $2,469.48 | 9/27/18 | 170062 | 8/9/18 | $1,018.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014277 | $2,469.48 | 9/27/18 | 8361D006397263 | 8/27/18 | -$67.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014277 | $2,469.48 | 9/27/18 | 8361D006397264 | 8/27/18 | -$406.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014277 | $2,469.48 | 9/27/18 | MA18251715859 | 9/8/18 | -$1,990.80 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Totals: | 8 transfer(s), $29,251.51 | | | | | | |