Defendant: **Evergreen USA LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003299 | $16,130.00 | 9/6/18 | VIB053018308118 | 6/1/18 | -$100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003299 | $16,130.00 | 9/6/18 | VBCRT0518003507 | 6/4/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003299 | $16,130.00 | 9/6/18 | 382 | 7/12/18 | $16,380.00 |

Totals:   1 transfer(s),  $16,130.00