Defendant: **Facility Products and Services LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986534 | $2,230.00 | 7/31/18 | 183095 | 5/17/18 | $1,245.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986534 | $2,230.00 | 7/31/18 | 183104 | 5/17/18 | $985.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991675 | $2,174.00 | 8/13/18 | 183120 | 5/28/18 | $875.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991675 | $2,174.00 | 8/13/18 | 183124 | 5/28/18 | $740.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991675 | $2,174.00 | 8/13/18 | 183122 | 5/28/18 | $559.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003320 | $5,103.00 | 9/6/18 | 183164 | 6/19/18 | $4,360.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003320 | $5,103.00 | 9/6/18 | 183159 | 6/19/18 | $743.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008881 | $3,526.00 | 9/18/18 | 183184 | 6/30/18 | $3,526.00 |

Totals:    4 transfer(s),  $13,033.00