Defendant: **FCR Roofing & Construction, LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234033 | $859.61 | 7/19/18 | 24120663A-IN | 7/17/18 | $859.61 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234834 | $2,686.33 | 7/24/18 | 23933403A-IN | 7/23/18 | $2,686.33 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235100 | $220.00 | 7/25/18 | 24153119A-IN | 7/25/18 | $55.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235100 | $220.00 | 7/25/18 | 24194774A-IN | 7/25/18 | $55.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235100 | $220.00 | 7/25/18 | 24208274A-IN | 7/25/18 | $55.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235100 | $220.00 | 7/25/18 | 24251787A-IN | 7/25/18 | $55.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235314 | $55.00 | 7/26/18 | 24163752A-IN | 7/26/18 | $55.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236313 | $3,283.05 | 8/1/18 | 24195313A-IN | 7/31/18 | $3,283.05 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236541 | $1,875.80 | 8/2/18 | 24195313A-IN | 8/2/18 | $1,875.80 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237176 | $5,866.31 | 8/6/18 | 23929635A-IN | 8/3/18 | $2,522.02 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237176 | $5,866.31 | 8/6/18 | 24321469A-IN | 8/3/18 | $1,143.45 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237176 | $5,866.31 | 8/6/18 | 24194774A-IN | 8/4/18 | $1,848.96 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237176 | $5,866.31 | 8/6/18 | 24251787A-IN | 8/4/18 | $351.88 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237485 | $2,083.66 | 8/7/18 | 23966541A-IN | 8/7/18 | $2,083.66 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237853 | $55.00 | 8/9/18 | 24220821A-IN | 8/9/18 | $55.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237991 | $2,432.77 | 8/10/18 | 24163915A-IN | 8/9/18 | $2,432.77 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242490 | $78.67 | 9/10/18 | 24251787ACR-IN | 9/10/18 | $112.38 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242490 | $78.67 | 9/10/18 | 24251787ACR-DM | 9/10/18 | -$33.71 |

Totals:    11 transfer(s),  $19,496.20