Defendant: **Fingerprint Communications, LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988736 | $5,000.00 | 8/7/18 | 204593 | 5/1/18 | $5,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992244 | $5,000.00 | 8/14/18 | 204615 | 5/30/18 | $5,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999831 | $2,000.57 | 8/30/18 | 204621 | 6/15/18 | $2,000.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003333 | $1,418.82 | 9/6/18 | 204530 | 2/21/18 | $918.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003333 | $1,418.82 | 9/6/18 | 204544 | 2/28/18 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006742 | $5,000.00 | 9/13/18 | 204634 | 6/27/18 | $5,000.00 |

Totals:   5 transfer(s),  $18,419.39