Defendant: **Florida Atlantic Air Conditioning and Repair Corp.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236107 | $3,216.42 | 7/31/18 | 24190169A-IN | 7/30/18 | $1,687.19 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236107 | $3,216.42 | 7/31/18 | 24044866A-IN | 7/31/18 | $1,529.23 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237889 | $14,505.16 | 8/9/18 | 23609456A-IN | 8/5/18 | $14,505.16 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238032 | $427.00 | 8/10/18 | 22937801C-IN | 8/9/18 | $427.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238852 | $120.00 | 8/16/18 | 23775056B-IN | 8/15/18 | $120.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239736 | $789.04 | 8/22/18 | 24410955A-IN | 8/21/18 | $789.04 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240579 | $3,402.95 | 8/28/18 | 24371996A-IN | 8/28/18 | $1,292.94 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240579 | $3,402.95 | 8/28/18 | 24356871A-IN | 8/28/18 | $1,230.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240579 | $3,402.95 | 8/28/18 | 24390839A-IN | 8/28/18 | $879.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244437 | $358.45 | 9/24/18 | 23775056ACR-IN | 9/21/18 | $358.45 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244597 | $844.76 | 9/25/18 | 23179167E-IN | 9/25/18 | $844.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245265 | $1,346.34 | 9/28/18 | 24550215A-IN | 9/27/18 | $1,346.34 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246304 | $1,422.45 | 10/5/18 | 24567782A-IN | 10/5/18 | $1,422.45 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246669 | $3,112.08 | 10/8/18 | 24604277A-IN | 10/6/18 | $1,749.20 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246669 | $3,112.08 | 10/8/18 | 24543470A-IN | 10/6/18 | $1,362.88 |

Totals:    11 transfer(s),    $29,544.65