| Defendant: | **Florida Roof, LLC** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235329 | $149.66 | 7/26/18 | 24275881A-IN | 7/25/18 | $149.66 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236055 | $2,439.68 | 7/31/18 | 24132871A-IN | 7/31/18 | $2,439.68 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236326 | $3,216.83 | 8/1/18 | 24128906A-IN | 8/1/18 | $3,216.83 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237497 | $2,596.78 | 8/7/18 | 24273728A-IN | 8/6/18 | $2,596.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239465 | $6,651.79 | 8/21/18 | 24284412A-IN | 8/20/18 | $6,651.79 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240548 | $3,829.39 | 8/28/18 | 24356472A-IN | 8/27/18 | $3,829.39 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245653 | $250.17 | 10/2/18 | 24361344B-IN | 10/1/18 | $250.17 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246606 | $4,059.76 | 10/8/18 | 24630463B-IN | 10/8/18 | $4,059.76 |

**Totals:        8 transfer(s),  $23,194.06**