Defendant: **Foundation Consumer Healthcare LLC**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985336 | $4,150.52 | 7/27/18 | 38097 | 6/22/18 | $4,186.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985336 | $4,150.52 | 7/27/18 | 8361AD070818BC5 | 7/6/18 | -$15.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985336 | $4,150.52 | 7/27/18 | 8361AD071518A83 | 7/13/18 | -$19.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992266 | $3,209.76 | 8/14/18 | 38423 | 7/2/18 | $3,234.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992266 | $3,209.76 | 8/14/18 | 8361AD072218BA9 | 7/20/18 | -$8.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992266 | $3,209.76 | 8/14/18 | 8361AD072918BB9 | 7/27/18 | -$16.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996500 | $4,251.39 | 8/21/18 | 38690 | 7/9/18 | $4,287.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996500 | $4,251.39 | 8/21/18 | 8361AD080518BF9 | 8/3/18 | -$35.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999847 | $2,755.38 | 8/30/18 | 38989 | 7/16/18 | $2,758.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999847 | $2,755.38 | 8/30/18 | 8361AD081218A74 | 8/10/18 | -$3.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003349 | $2,657.76 | 9/6/18 | 39322 | 7/23/18 | $2,657.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011030 | $1,155.02 | 9/20/18 | 39979 | 8/6/18 | $1,167.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011030 | $1,155.02 | 9/20/18 | 8361AD090218BD7 | 8/31/18 | -$12.04 |

Totals:   6 transfer(s),  $18,179.83