**Defendant:** Front Range Electric Inc.
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233574 | $236.09 | 7/17/18 | 24159680A-IN | 7/16/18 | $236.09 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234056 | $1,921.20 | 7/19/18 | 24232329A-IN | 7/17/18 | $1,252.26 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234056 | $1,921.20 | 7/19/18 | 24196236A-IN | 7/19/18 | $499.47 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234056 | $1,921.20 | 7/19/18 | 24227465A-IN | 7/19/18 | $169.47 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234591 | $534.47 | 7/23/18 | 24243237A-IN | 7/20/18 | $534.47 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234849 | $1,070.88 | 7/24/18 | 24072048A-IN | 7/23/18 | $540.15 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234849 | $1,070.88 | 7/24/18 | 24217607A-IN | 7/23/18 | $530.73 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235113 | $594.71 | 7/25/18 | 24249145A-IN | 7/25/18 | $594.71 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235823 | $3,548.75 | 7/30/18 | 24167050A-IN | 7/27/18 | $2,422.33 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235823 | $3,548.75 | 7/30/18 | 24077294A-IN | 7/30/18 | $626.71 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235823 | $3,548.75 | 7/30/18 | 24194715A-IN | 7/30/18 | $499.71 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236553 | $592.21 | 8/2/18 | 24245796A-IN | 8/1/18 | $592.21 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236872 | $312.60 | 8/3/18 | 24286625A-IN | 8/3/18 | $312.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237207 | $1,164.94 | 8/6/18 | 24210260A-IN | 8/3/18 | $1,164.94 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237866 | $273.59 | 8/9/18 | 24146886A-IN | 8/8/18 | $273.59 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238396 | $273.59 | 8/14/18 | 24291586A-IN | 8/13/18 | $273.59 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238816 | $404.56 | 8/16/18 | 24315534A-IN | 8/15/18 | $404.56 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239258 | $706.28 | 8/20/18 | 24362158A-IN | 8/17/18 | $706.28 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240336 | $273.59 | 8/27/18 | 24424941A-IN | 8/27/18 | $273.59 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241335 | $273.59 | 8/31/18 | 24435271A-IN | 8/30/18 | $273.59 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241710 | $663.72 | 9/4/18 | 24488475A-IN | 8/31/18 | $663.72 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242504 | $273.59 | 9/10/18 | 24470581A-IN | 9/8/18 | $273.59 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243216 | $610.79 | 9/14/18 | 24509789A-IN | 9/14/18 | $610.79 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245463 | $273.59 | 10/1/18 | 24553462A-IN | 9/28/18 | $273.59 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245651 | $589.98 | 10/2/18 | 24575267A-IN | 10/1/18 | $589.98 |

**Totals:** 20 transfer(s), $14,592.72