Defendant: **Gannett Co. Inc. D/B/A Commercial Appeal**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780994452 | $9,389.41 | 8/17/18 | 518362957 | 6/1/18 | $9,389.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009970 | $8,306.24 | 9/19/18 | 618362957 | 7/2/18 | $8,306.24 |

Totals:    2 transfer(s),  $17,695.65