| Defendant: | The McClatchy Company D/B/A The Charlotte Observer |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998282 | $6,090.13 | 8/28/18 | 518136439 | 6/1/18 | $6,090.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009912 | $7,993.25 | 9/19/18 | 618136439 | 7/2/18 | $6,226.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009912 | $7,993.25 | 9/19/18 | 718136439 | 7/2/18 | $1,250.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009912 | $7,993.25 | 9/19/18 | 618136439 | 7/2/18 | $516.77 |

| Totals: | 2 transfer(s), $14,083.38 |
|---|---|

The McClatchy Company D/B/A The Charlotte Observer
Bankruptcy Case: Sears Holding Corporation, et al.

January 31, 2020                                    Exhibit A                                    P. 1