CALFEE, HALTER & GRISWOLD LLP
Wall Street Plaza
88 Pine Street, 14th Floor
New York, NY 10005-1802
Telephone: (888) 225-3331
H. Jeffrey Schwartz

-and-

CALFEE, HALTER & GRISWOLD LLP
| The Calfee Building | 2800 First Financial Center |
| 1405 East Sixth Street | 255 East Fifth Street |
| Cleveland, OH 44114 | Cincinnati, OH 45202 |
| Telephone: (216) 622-8200 | (513) 693-4880 |
| Gus Kallergis | Larry K. Wilcher |
| Ronald M. McMillan | |

*Counsel for Winners Industry Co., Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| **In re:** | : | Chapter 11 |
| | : | |
| **SEARS HOLDINGS CORPORATION, et al.,**[1] | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

4847-9386-8206, v.1

I, Larry K. Wilcher, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Winners Industry Co., Ltd., a creditor in the above-referenced case.

I certify that I am a member in good standing of the bar in the State of Kentucky and of the bars of the U.S. District Courts for the Western District of Kentucky and the Middle District of Tennessee. I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: February 3, 2020

Respectfully submitted,

CALFEE, HALTER & GRISWOLD LLP
Wall Street Plaza
88 Pine Street, 14th Floor
New York, NY 10005-1802
Telephone: (888) 225-3331
H. Jeffrey Schwartz
jschwartz@calfee.com

-and-

 /s/ Gus Kallergis
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, OH 44114
Telephone: (216) 622-8200
Facsimile: (216) 241-0816
Gus Kallergis
Ronald McMillan
gkallergis@calfee.com
rmcmillan@calfee.com

2800 First Financial Center
255 East Fifth Street
Cincinnati, OH 45202
Telephone: (513) 693-4880
Facsimile: (513-842-7028
Larry K. Wilcher
lwilcher@calfee.com

*ATTORNEYS FOR WINNERS INDUSTRY CO., LTD*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                                         : Chapter 11
                                                               :
**SEARS HOLDINGS CORPORATION, et al.,**                        : Case No. 18-23538 (RDD)
                                                               :
                      Debtors.                                 : (Jointly Administered)
---------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Larry K. Wilcher, to be admitted, pro hac vice, to represent Winners Industry Co., Ltd., (the "Client") a creditor in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Ohio and of the bars of the U.S. District Courts for the Western District of Kentucky and the Middle District of Tennessee, it is hereby

**ORDERED**, that Larry K. Wilcher, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
New York, New York         /s/ _____
                                  UNITED STATES BANKRUPTCY JUDGE