Defendant: **G & M Appliance Supply Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132642 | $1,900.00 | 7/18/18 | 4478A | 6/1/18 | $1,900.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132642 | $800.00 | 7/18/18 | 4479A | 6/1/18 | $800.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132642 | $800.00 | 7/18/18 | 4477A | 6/1/18 | $800.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132642 | $800.00 | 7/18/18 | 4506A | 7/16/18 | $800.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132642 | $800.00 | 7/18/18 | 4503A | 7/16/18 | $800.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132642 | $800.00 | 7/18/18 | 4504A | 7/16/18 | $800.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132642 | $175.00 | 7/18/18 | 4505A | 7/16/18 | $175.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132700 | $500.00 | 8/3/18 | 4517A | 7/26/18 | $500.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132700 | $485.00 | 8/3/18 | 4516A | 7/26/18 | $485.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132700 | $200.00 | 8/3/18 | 4519A | 7/26/18 | $200.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132700 | $200.00 | 8/3/18 | 4514A | 7/26/18 | $200.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132700 | $188.05 | 8/3/18 | 4515A | 7/26/18 | $188.05 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132700 | $167.40 | 8/3/18 | 4511A | 7/26/18 | $167.40 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132700 | $100.00 | 8/3/18 | 4513A | 7/26/18 | $100.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132700 | $100.00 | 8/3/18 | 4518A | 7/26/18 | $100.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132700 | -$226.16 | 8/3/18 | 4512A | 7/26/18 | -$226.16 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132861 | $2,104.59 | 8/23/18 | 4526A-31810488 | 7/27/18 | $2,104.59 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132861 | $1,803.94 | 8/23/18 | 4528A-31812074 | 7/27/18 | $1,803.94 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132861 | $1,180.45 | 8/23/18 | 4520A-31722946 | 7/27/18 | $1,180.45 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132861 | $1,074.72 | 8/23/18 | 4525A-31812077 | 7/27/18 | $1,074.72 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132861 | $1,063.80 | 8/23/18 | 4527A-31812078 | 7/27/18 | $1,063.80 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132861 | $913.47 | 8/23/18 | 4523A-31812076 | 7/27/18 | $913.47 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132861 | $601.31 | 8/23/18 | 4530A | 7/27/18 | $601.31 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132861 | $601.31 | 8/23/18 | 4522A-31812075 | 7/27/18 | $601.31 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132861 | $601.31 | 8/23/18 | 4524A-31812079 | 7/27/18 | $601.31 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132861 | $306.41 | 8/23/18 | 4529A | 7/27/18 | $306.41 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132861 | $303.53 | 8/23/18 | 4531A | 7/27/18 | $303.53 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132861 | $153.20 | 8/23/18 | 4532A | 7/27/18 | $153.20 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132861 | $480.00 | 8/23/18 | 4538A | 7/31/18 | $480.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132861 | $266.44 | 8/23/18 | 4543A | 8/10/18 | $266.44 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132934 | $925.00 | 9/21/18 | 4586A-31802366 | 9/7/18 | $925.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132934 | $800.00 | 9/21/18 | 4587A-31802367 | 9/7/18 | $800.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132943 | $925.00 | 9/27/18 | 4537A-31802372 | 7/31/18 | $925.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132943 | $800.00 | 9/27/18 | 4536A-31802368 | 7/31/18 | $800.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132943 | $175.00 | 9/27/18 | 4535A-31733453 | 7/31/18 | $175.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132943 | $261.44 | 9/27/18 | 4544A | 8/10/18 | $261.44 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132943 | $534.80 | 9/27/18 | 4554A-31724656 | 8/16/18 | $534.80 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132943 | $525.00 | 9/27/18 | 4565A-31726421 | 8/16/18 | $525.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132943 | $500.00 | 9/27/18 | 4564A-31722939 | 8/16/18 | $500.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132943 | $414.15 | 9/27/18 | 4553A-31724655 | 8/16/18 | $414.15 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132943 | $376.10 | 9/27/18 | 4563A-31728777 | 8/16/18 | $376.10 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132943 | $326.10 | 9/27/18 | 4558A-31724654 | 8/16/18 | $326.10 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132943 | $250.00 | 9/27/18 | 4566A-31726415 | 8/16/18 | $250.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132943 | $226.10 | 9/27/18 | 4561A-31728767 | 8/16/18 | $226.10 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132943 | $213.05 | 9/27/18 | 4557A-31724652 | 8/16/18 | $213.05 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132943 | $213.05 | 9/27/18 | 4556A-31724651 | 8/16/18 | $213.05 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132943 | $188.05 | 9/27/18 | 4562A-31728776 | 8/16/18 | $188.05 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132943 | $188.05 | 9/27/18 | 4559A-31726838 | 8/16/18 | $188.05 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132943 | $125.00 | 9/27/18 | 4567A-31726423 | 8/16/18 | $125.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132943 | $100.00 | 9/27/18 | 4555A-31724649 | 8/16/18 | $100.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132943 | $100.00 | 9/27/18 | 4560A-31726840 | 8/16/18 | $100.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132943 | $100.00 | 9/27/18 | 4570A-31728776 | 8/16/18 | $100.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132943 | $100.00 | 9/27/18 | 4569A-31728773 | 8/16/18 | $100.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132943 | $100.00 | 9/27/18 | 4568A-31726424 | 8/16/18 | $100.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132943 | $536.21 | 9/27/18 | 4581A-31826473 | 9/6/18 | $536.21 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132943 | $450.00 | 9/27/18 | 4580A | 9/6/18 | $450.00 |

Totals:    42 transfer(s),  $28,695.87

G & M Appliance Supply Inc.

Bankruptcy Case: Sears Holding Corporation, et al.