| | |
|---|---|
| Defendant: | **Georgia Subsequent Injury Trust Fund** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62085291 | $38,515.70 | 8/27/18 | GASIF2017 | 7/10/18 | $38,515.70 |
| **Totals:** | 1 transfer(s), **$38,515.70** | | | | | | |