Defendant: **Gerardo Almaguer**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233551 | $5,336.60 | 7/17/18 | 24014698A-IN | 7/16/18 | $5,336.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234824 | $1,665.91 | 7/24/18 | 23782736A-IN | 7/24/18 | $1,665.91 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235090 | $539.86 | 7/25/18 | 23681504A-IN | 7/25/18 | $539.86 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237697 | $6,161.46 | 8/8/18 | 24000235A-IN | 8/6/18 | $6,161.46 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240791 | $4,747.67 | 8/29/18 | 24237758B-IN | 8/28/18 | $2,628.48 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240791 | $4,747.67 | 8/29/18 | 24122717A-IN | 8/28/18 | $2,119.19 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243041 | $1,400.00 | 9/13/18 | 23978267A-IN | 9/13/18 | $1,400.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243195 | $249.52 | 9/14/18 | 22972491A-IN | 9/13/18 | $249.52 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243811 | $3,198.29 | 9/19/18 | 23978267A-IN | 9/18/18 | $3,198.29 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244381 | $4,086.42 | 9/24/18 | 23761356A-IN | 9/24/18 | $4,086.42 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245205 | $2,855.34 | 9/28/18 | 23714730A-IN | 9/27/18 | $2,855.34 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246044 | $2,964.63 | 10/4/18 | 23367957A-IN | 10/4/18 | $2,964.63 |

Totals:    11 transfer(s),  $33,205.70