| Defendant: | **Gipson Heating and Cooling Inc.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234254 | $2,276.59 | 7/20/18 | 23751262A-IN | 7/20/18 | $2,276.59 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235037 | $1,367.75 | 7/25/18 | 24098184A-IN | 7/25/18 | $1,367.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236754 | $1,851.25 | 8/3/18 | 24285520A-IN | 8/2/18 | $1,851.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238156 | $1,104.45 | 8/13/18 | 24239662A-IN | 8/13/18 | $1,104.45 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238966 | $1,183.71 | 8/17/18 | 24239490A-IN | 8/17/18 | $1,183.71 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240244 | $881.85 | 8/27/18 | 24416670A-IN | 8/27/18 | $881.85 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241545 | $1,838.35 | 9/4/18 | 23979941A-IN | 8/31/18 | $1,838.35 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242618 | $2,180.07 | 9/11/18 | 24461707A-IN | 9/11/18 | $2,180.07 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242839 | $1,311.95 | 9/12/18 | 24447779A-IN | 9/12/18 | $1,311.95 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243349 | $1,738.18 | 9/17/18 | 24451285A-IN | 9/14/18 | $1,738.18 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245156 | $1,983.87 | 9/28/18 | 24517079A-IN | 9/28/18 | $1,983.87 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245991 | $1,989.41 | 10/4/18 | 24393729A-IN | 10/3/18 | $1,989.41 |

**Totals:**     **12 transfer(s),  $19,707.43**