Defendant: **Giraldo Quintana**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986553 | $1,268.00 | 7/23/18 | AXJ217181976217 | 7/16/18 | $1,268.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990002 | $1,291.00 | 7/30/18 | AXJ217182046217 | 7/23/18 | $1,291.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993637 | $872.00 | 8/6/18 | AXJ217182116217 | 7/30/18 | $872.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997720 | $1,200.00 | 8/13/18 | AXJ217182186217 | 8/6/18 | $1,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001162 | $1,975.00 | 8/20/18 | AXJ217182256217 | 8/13/18 | $1,975.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004593 | $1,155.00 | 8/27/18 | AXJ217182326217 | 8/20/18 | $1,155.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008097 | $1,455.00 | 9/3/18 | AXJ217182396217 | 8/27/18 | $1,455.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012120 | $1,407.00 | 9/10/18 | AXJ217182466217 | 9/3/18 | $1,407.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015574 | $1,761.00 | 9/17/18 | AXJ217182536217 | 9/10/18 | $1,761.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019025 | $1,099.00 | 9/24/18 | AXJ217182606217 | 9/17/18 | $1,099.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022535 | $1,216.00 | 10/1/18 | AXJ217182676217 | 9/24/18 | $1,216.00 |

Totals:    11 transfer(s),  $14,699.00

Giraldo Quintana

Bankruptcy Case: Sears Holding Corporation, et al.