Defendant: **GMG HVAC Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741666 | $1,820.60 | 7/10/18 | 23740872A-IN | 7/9/18 | $1,820.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742325 | $4,385.75 | 8/7/18 | 24161800A-IN | 8/6/18 | $2,606.65 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742325 | $4,385.75 | 8/7/18 | 24188178A-IN | 8/6/18 | $1,779.10 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742828 | $8,141.02 | 9/4/18 | 24301109A-IN | 8/28/18 | $3,286.32 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742828 | $8,141.02 | 9/4/18 | 23860538A-IN | 8/28/18 | $2,535.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742828 | $8,141.02 | 9/4/18 | 24292125A-IN | 8/30/18 | $2,319.10 |

Totals:    3 transfer(s),  $14,347.37