| | | |
|---|---|---|
| Defendant: | **Gordon Sinift** | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234943 | $1,155.00 | 7/24/18 | 23989277A-IN | 7/23/18 | $1,155.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236982 | $2,526.43 | 8/3/18 | 23992009A-IN | 8/3/18 | $1,462.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236982 | $2,526.43 | 8/3/18 | 23938987A-IN | 8/3/18 | $1,063.93 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237376 | $850.00 | 8/6/18 | 24012627A-IN | 8/4/18 | $850.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238273 | $2,286.49 | 8/13/18 | 23992833A-IN | 8/10/18 | $1,286.49 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238273 | $2,286.49 | 8/13/18 | 24145018A-IN | 8/13/18 | $1,000.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238454 | $2,217.50 | 8/14/18 | 24204968A-IN | 8/13/18 | $1,762.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238454 | $2,217.50 | 8/14/18 | 24085243A-IN | 8/13/18 | $455.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239963 | $600.00 | 8/23/18 | 23859002A-IN | 8/22/18 | $600.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240424 | $2,998.42 | 8/27/18 | 24155736A-IN | 8/26/18 | $1,725.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240424 | $2,998.42 | 8/27/18 | 24065635A-IN | 8/27/18 | $1,273.42 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241185 | $1,290.00 | 8/30/18 | 23959641A-IN | 8/29/18 | $1,290.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241428 | $1,363.42 | 8/31/18 | 24045040A-IN | 8/30/18 | $1,363.42 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241863 | $3,250.00 | 9/4/18 | 24340600A-IN | 9/1/18 | $1,250.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241863 | $3,250.00 | 9/4/18 | 24212796A-IN | 9/1/18 | $1,200.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241863 | $3,250.00 | 9/4/18 | 23485013A-IN | 9/1/18 | $425.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241863 | $3,250.00 | 9/4/18 | 23859002A-IN | 9/2/18 | $375.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242197 | $1,442.25 | 9/6/18 | 24088290A-IN | 9/5/18 | $1,442.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242951 | $553.28 | 9/12/18 | 24316418A-IN | 9/11/18 | $553.28 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243116 | $575.09 | 9/13/18 | 24377433A-IN | 9/13/18 | $575.09 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243267 | $3,131.79 | 9/14/18 | 24185483A-IN | 9/12/18 | $2,067.86 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243267 | $3,131.79 | 9/14/18 | 24326417A-IN | 9/13/18 | $1,063.93 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243485 | $717.14 | 9/17/18 | 23997200C-IN | 9/14/18 | $717.14 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243668 | $2,425.00 | 9/18/18 | 24148696A-IN | 9/14/18 | $1,225.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243668 | $2,425.00 | 9/18/18 | 24308698A-IN | 9/17/18 | $1,200.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244253 | $2,403.93 | 9/21/18 | 24257497A-IN | 9/20/18 | $2,403.93 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245717 | $1,273.42 | 10/2/18 | 24322396A-IN | 10/1/18 | $1,273.42 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246133 | $1,870.32 | 10/4/18 | 24094907A-IN | 10/3/18 | $1,153.93 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246133 | $1,870.32 | 10/4/18 | 24451482A-IN | 10/3/18 | $716.39 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246339 | $2,552.50 | 10/5/18 | 24080770B-IN | 10/4/18 | $1,290.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246339 | $2,552.50 | 10/5/18 | 24347393A-IN | 10/4/18 | $1,262.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246732 | $183.45 | 10/8/18 | 24080770B-IN | 10/5/18 | $183.45 |

Totals:    21 transfer(s),  $35,665.43