Defendant: **Granite America Ohio LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234389 | $1,026.50 | 7/20/18 | 3483-IN | 6/19/18 | $1,026.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235622 | $11,571.90 | 7/27/18 | 3485-IN | 6/19/18 | $3,456.51 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235622 | $11,571.90 | 7/27/18 | 3484-IN | 6/19/18 | $2,815.98 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235622 | $11,571.90 | 7/27/18 | 3561-IN | 7/18/18 | $3,193.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235622 | $11,571.90 | 7/27/18 | 3560-IN | 7/18/18 | $2,106.41 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239093 | $7,332.87 | 8/17/18 | 3575-IN | 7/23/18 | $4,945.42 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239093 | $7,332.87 | 8/17/18 | 3588-IN | 8/2/18 | $2,387.45 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241418 | $3,019.24 | 8/31/18 | 3587-IN | 8/2/18 | $3,019.24 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242192 | $1,995.37 | 9/6/18 | 3646-IN | 8/27/18 | $1,995.37 |

Totals:    5 transfer(s),  $24,945.88

Granite America Ohio LLC

Bankruptcy Case: Sears Holding Corporation, et al.

February 1, 2020                                          Exhibit A                                          P. 1