Defendant: **Graypoint Construction Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234387 | $1,463.50 | 7/20/18 | 24017277A-IN | 7/19/18 | $1,463.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235174 | $659.00 | 7/25/18 | 24199482A-IN | 7/25/18 | $659.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235618 | $814.00 | 7/27/18 | 24204305B-IN | 7/26/18 | $814.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235892 | $2,216.00 | 7/30/18 | 24123352A-IN | 7/27/18 | $1,110.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235892 | $2,216.00 | 7/30/18 | 23999221B-IN | 7/27/18 | $1,106.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236135 | $1,397.00 | 7/31/18 | 24235807B-IN | 7/30/18 | $1,397.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236629 | $1,335.00 | 8/2/18 | 24196143B-IN | 8/1/18 | $1,335.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238053 | $1,356.20 | 8/10/18 | 24241517B-IN | 8/9/18 | $1,356.20 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238891 | $4,232.45 | 8/16/18 | 24232288A-IN | 8/15/18 | $2,174.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238891 | $4,232.45 | 8/16/18 | 24294632A-IN | 8/15/18 | $2,058.45 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239333 | $1,020.50 | 8/20/18 | 24234261A-IN | 8/17/18 | $1,020.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239766 | $1,364.00 | 8/22/18 | 24356860B-IN | 8/21/18 | $1,364.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240883 | $1,387.00 | 8/29/18 | 24343456A-IN | 8/28/18 | $1,387.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241175 | $1,142.85 | 8/30/18 | 24332814B-IN | 8/29/18 | $1,142.85 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243661 | $2,240.00 | 9/18/18 | 24051284B-IN | 9/17/18 | $1,195.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243661 | $2,240.00 | 9/18/18 | 24215733B-IN | 9/18/18 | $1,045.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244623 | $1,196.50 | 9/25/18 | 24209115A-IN | 9/25/18 | $1,196.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245712 | $1,406.00 | 10/2/18 | 24495668B-IN | 10/1/18 | $1,406.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246715 | $770.10 | 10/8/18 | 24574838B-IN | 10/6/18 | $770.10 |

Totals:    16 transfer(s),  $24,000.10