Defendant: **Greg Watkins**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234080 | $1,275.99 | 7/19/18 | 24079633A-IN | 7/17/18 | $1,275.99 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234343 | $1,550.24 | 7/20/18 | 9298440A-IN | 7/19/18 | $1,550.24 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235335 | $1,199.13 | 7/26/18 | 24153544A-IN | 7/26/18 | $1,199.13 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236341 | $1,585.66 | 8/1/18 | 23986487A-IN | 8/1/18 | $1,585.66 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236888 | $1,635.90 | 8/3/18 | 23378829B-IN | 8/2/18 | $750.46 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236888 | $1,635.90 | 8/3/18 | 24198444A-IN | 8/3/18 | $885.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237874 | $2,405.62 | 8/9/18 | 24054155A-IN | 8/8/18 | $1,674.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237874 | $2,405.62 | 8/9/18 | 24126257A-IN | 8/9/18 | $731.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238633 | $397.88 | 8/15/18 | 24322327A-IN | 8/15/18 | $397.88 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239046 | $1,718.44 | 8/17/18 | 24283225A-IN | 8/17/18 | $1,718.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239718 | $301.70 | 8/22/18 | 22409123E-IN | 8/22/18 | $301.70 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240094 | $963.84 | 8/24/18 | 24287680A-IN | 8/24/18 | $963.84 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240563 | $225.00 | 8/28/18 | 22409123F-IN | 8/28/18 | $225.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240827 | $970.00 | 8/29/18 | 24319640A-IN | 8/28/18 | $970.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241737 | $488.72 | 9/4/18 | 23986487A-IN | 8/31/18 | $404.72 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241737 | $488.72 | 9/4/18 | 24270214A-IN | 8/31/18 | $84.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243072 | $1,267.50 | 9/13/18 | 24163388A-IN | 9/13/18 | $1,067.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243072 | $1,267.50 | 9/13/18 | 24054155B-IN | 9/13/18 | $200.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243844 | $758.75 | 9/19/18 | 24382492A-IN | 9/19/18 | $758.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244218 | $655.44 | 9/21/18 | 24375490A-IN | 9/21/18 | $655.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244577 | $421.96 | 9/25/18 | 24319640A-IN | 9/24/18 | $421.96 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245239 | $2,278.60 | 9/28/18 | 24505301A-IN | 9/27/18 | $2,278.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245665 | $407.32 | 10/2/18 | 24382383A-IN | 10/2/18 | $407.32 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245885 | $105.20 | 10/3/18 | RES100318-IN | 10/3/18 | $105.20 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246626 | $1,307.40 | 10/8/18 | 24452403A-IN | 10/5/18 | $1,307.40 |

Totals:   21 transfer(s),  $21,920.29