Defendant: **H T R Mechanical LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234157 | $1,906.97 | 7/19/18 | 24175482A-IN | 7/18/18 | $1,906.97 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234385 | $1,309.25 | 7/20/18 | 24109402A-IN | 7/20/18 | $1,309.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235613 | $1,847.71 | 7/27/18 | 24176174A-IN | 7/26/18 | $1,847.71 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239529 | $150.00 | 8/21/18 | 24380623A-IN | 8/21/18 | $150.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239957 | $2,899.59 | 8/23/18 | 24374420A-IN | 8/23/18 | $1,717.55 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239957 | $2,899.59 | 8/23/18 | 24119094A-IN | 8/23/18 | $1,182.04 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240409 | $100.00 | 8/27/18 | 23859089B-IN | 8/24/18 | $100.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240881 | $2,228.74 | 8/29/18 | 24376843A-IN | 8/29/18 | $2,228.74 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242044 | $717.00 | 9/5/18 | 24380623A-IN | 9/5/18 | $717.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243107 | $2,677.80 | 9/13/18 | 24186251A-IN | 9/12/18 | $2,677.80 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245930 | $3,823.31 | 10/3/18 | 24012768A-IN | 10/2/18 | $3,823.31 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246332 | $1,138.65 | 10/5/18 | 24632602A-IN | 10/5/18 | $1,138.65 |

Totals:    11 transfer(s),   **$18,799.02**