Defendant: **Hairstylists Management Systems, Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986566 | $2,282.00 | 7/23/18 | 825303181976003 | 7/16/18 | $2,282.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990014 | $2,028.00 | 7/30/18 | 825303182046003 | 7/23/18 | $2,028.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993655 | $2,297.00 | 8/6/18 | 825303182116003 | 7/30/18 | $2,297.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997731 | $2,502.00 | 8/13/18 | 825303182186003 | 8/6/18 | $2,502.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001173 | $2,062.00 | 8/20/18 | 825303182256003 | 8/13/18 | $2,062.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004605 | $2,776.00 | 8/27/18 | 825303182326003 | 8/20/18 | $2,776.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008107 | $2,617.00 | 9/3/18 | 825303182396003 | 8/27/18 | $2,617.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012136 | $2,027.00 | 9/10/18 | 825303182466003 | 9/3/18 | $2,027.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015586 | $2,684.00 | 9/17/18 | 825303182536003 | 9/10/18 | $2,684.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019039 | $2,092.00 | 9/24/18 | 825303182606003 | 9/17/18 | $2,092.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022551 | $1,565.00 | 10/1/18 | 825303182676003 | 9/24/18 | $1,565.00 |

Totals:    11 transfer(s),  $24,932.00