| Defendant: | **Hana Financial, Inc.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96615 | $11,295.00 | 7/30/18 | 0000078660 | 5/25/18 | $4,455.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96615 | $11,295.00 | 7/30/18 | 0000078661 | 5/25/18 | $3,045.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96615 | $11,295.00 | 7/30/18 | 0000078662 | 5/25/18 | $2,625.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96615 | $11,295.00 | 7/30/18 | 0000078663 | 5/25/18 | $2,445.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96615 | $11,295.00 | 7/30/18 | 0000744327 | 5/25/18 | -$1,275.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98548 | $3,304.50 | 8/1/18 | 0000741475 | 3/29/18 | $1,386.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98548 | $3,304.50 | 8/1/18 | 0000741476 | 3/29/18 | $643.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98548 | $3,304.50 | 8/1/18 | 0000744327 | 5/25/18 | $1,275.00 |

**Totals:**     **2 transfer(s),  $14,599.50**