Defendant: **Heaven S Breeze A C & Heating LLC**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234179 | $1,158.75 | 7/19/18 | 24245753A-IN | 7/19/18 | $1,158.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235392 | $1,065.50 | 7/26/18 | 24287286A-IN | 7/25/18 | $1,065.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235905 | $1,341.75 | 7/30/18 | 24303766A-IN | 7/27/18 | $1,341.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237381 | $1,322.65 | 8/6/18 | 24282149A-IN | 8/4/18 | $1,322.65 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237918 | $1,437.15 | 8/9/18 | 24343787A-IN | 8/8/18 | $1,437.15 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238899 | $1,750.65 | 8/16/18 | 24220131A-IN | 8/15/18 | $1,670.55 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238899 | $1,750.65 | 8/16/18 | 24282149A-IN | 8/15/18 | $80.10 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239774 | $2,766.40 | 8/22/18 | 24348456A-IN | 8/22/18 | $1,460.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239774 | $2,766.40 | 8/22/18 | 24393077A-IN | 8/22/18 | $1,305.96 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239966 | $680.00 | 8/23/18 | 24071716B-IN | 8/22/18 | $680.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240427 | $1,194.50 | 8/27/18 | 24394412A-IN | 8/27/18 | $1,194.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241188 | $2,050.00 | 8/30/18 | 23792560A-IN | 8/30/18 | $1,200.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241188 | $2,050.00 | 8/30/18 | 24343787B-IN | 8/30/18 | $850.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241433 | $3,514.38 | 8/31/18 | 22627008C-IN | 8/30/18 | $200.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241433 | $3,514.38 | 8/31/18 | 24366203A-IN | 8/31/18 | $3,314.38 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242200 | $775.00 | 9/6/18 | 24033391B-IN | 9/5/18 | $775.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242345 | $1,331.10 | 9/7/18 | 24312307A-IN | 9/7/18 | $1,331.10 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242953 | $1,314.98 | 9/12/18 | 24481931A-IN | 9/11/18 | $1,314.98 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243118 | $230.00 | 9/13/18 | 24147939B-IN | 9/13/18 | $230.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244475 | $350.00 | 9/24/18 | 22824239D-IN | 9/24/18 | $350.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244633 | $1,476.75 | 9/25/18 | 24539707A-IN | 9/24/18 | $1,476.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245039 | $1,605.00 | 9/27/18 | 9526939D-IN | 9/26/18 | $1,605.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245536 | $580.00 | 10/1/18 | 23241814C-IN | 9/28/18 | $500.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245536 | $580.00 | 10/1/18 | 24393077B-IN | 9/28/18 | $80.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245719 | $1,282.63 | 10/2/18 | 24587328A-IN | 10/2/18 | $1,282.63 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245943 | $400.00 | 10/3/18 | 23612858B-IN | 10/2/18 | $400.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246136 | $380.00 | 10/4/18 | 22978042B-IN | 10/3/18 | $380.00 |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246342 | $1,951.65 | 10/5/18 | 24582461A-IN | 10/5/18 | $1,951.65 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246737 | $1,538.84 | 10/8/18 | 24669009A-IN | 10/8/18 | $1,538.84 |

**Totals:**    24 transfer(s),  $31,497.68