Defendant: **Heely-Brown Company**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742380 | $5,703.74 | 8/9/18 | 0055232001-IN | 6/27/18 | $447.20 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742380 | $5,703.74 | 8/9/18 | 0057054001-IN | 7/3/18 | $247.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742380 | $5,703.74 | 8/9/18 | 0057842001-IN | 7/5/18 | $70.95 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742380 | $5,703.74 | 8/9/18 | 0060257001-IN | 7/13/18 | $60.20 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742380 | $5,703.74 | 8/9/18 | 0061252001-IN | 7/18/18 | $1,904.17 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742380 | $5,703.74 | 8/9/18 | 0062433001-IN | 7/20/18 | $2,792.29 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742380 | $5,703.74 | 8/9/18 | 0062444001-IN | 7/20/18 | $181.68 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742661 | $1,991.13 | 8/23/18 | 0045091001-DM | 5/24/18 | -$290.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742661 | $1,991.13 | 8/23/18 | 0063768001-IN | 7/24/18 | $2,413.55 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742661 | $1,991.13 | 8/23/18 | 0070986001-DM | 8/15/18 | -$132.17 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743217 | $5,574.90 | 9/20/18 | 0067355001-IN | 8/6/18 | $26.52 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743217 | $5,574.90 | 9/20/18 | 0067790001-IN | 8/8/18 | $5,101.80 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743217 | $5,574.90 | 9/20/18 | 0069651001-IN | 8/15/18 | $159.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743217 | $5,574.90 | 9/20/18 | 0069652001-IN | 8/15/18 | $97.83 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743217 | $5,574.90 | 9/20/18 | 0067889001-IN | 8/17/18 | $189.63 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743417 | $74.99 | 10/2/18 | 0064329002-IN | 7/25/18 | $74.99 |

Totals:    4 transfer(s),  $13,344.76