Defendant: **Herbert Meyer**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234119 | $2,000.00 | 7/19/18 | 23878137A-IN | 7/18/18 | $2,000.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235149 | $3,517.82 | 7/25/18 | 23878137A-IN | 7/25/18 | $3,517.82 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235353 | $1,500.00 | 7/26/18 | 23764226A-IN | 7/26/18 | $1,500.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236597 | $3,158.10 | 8/2/18 | 24141205A-IN | 7/31/18 | $831.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236597 | $3,158.10 | 8/2/18 | 23764226A-IN | 8/2/18 | $2,326.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237291 | $3,860.70 | 8/6/18 | 23945217A-IN | 8/4/18 | $1,274.61 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237291 | $3,860.70 | 8/6/18 | 23929729A-IN | 8/6/18 | $2,586.09 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238034 | $2,205.21 | 8/10/18 | 23980711A-IN | 8/10/18 | $2,205.21 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238430 | $618.00 | 8/14/18 | 24086877A-IN | 8/14/18 | $618.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238854 | $1,205.51 | 8/16/18 | 23945217B-IN | 8/15/18 | $200.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238854 | $1,205.51 | 8/16/18 | 24086877A-IN | 8/16/18 | $1,005.51 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239300 | $450.16 | 8/20/18 | 23878137B-IN | 8/20/18 | $450.16 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239738 | $250.00 | 8/22/18 | 23764226A-IN | 8/22/18 | $250.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240111 | $1,425.00 | 8/24/18 | 24163299A-IN | 8/24/18 | $1,425.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240378 | $500.23 | 8/27/18 | 23878137B-IN | 8/27/18 | $500.23 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241143 | $2,001.73 | 8/30/18 | 21287580G-IN | 8/30/18 | $2,001.73 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241791 | $2,216.12 | 9/4/18 | 24198853A-IN | 9/1/18 | $1,955.51 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241791 | $2,216.12 | 9/4/18 | 24163299A-IN | 9/1/18 | $260.61 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242171 | $157.35 | 9/6/18 | 24283365A-IN | 9/6/18 | $157.35 |

Totals: 15 transfer(s), $25,065.93

Herbert Meyer
Bankruptcy Case: Sears Holding Corporation, et al.