Defendant: **Hunters Ridge of Ocala Ltd.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171538 | $5,777.20 | 7/30/18 | 0000072618 | 7/26/18 | $5,250.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171538 | $5,777.20 | 7/30/18 | 0000072618 | 7/26/18 | $337.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171538 | $5,777.20 | 7/30/18 | 0000072618 | 7/26/18 | $177.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171538 | $5,777.20 | 7/30/18 | 0000072618 | 7/26/18 | $12.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172139 | $367.62 | 7/31/18 | 0000072918 | 7/29/18 | $340.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172139 | $367.62 | 7/31/18 | 0000072918 | 7/29/18 | $27.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 122472 | $659.62 | 8/9/18 | 0000097418 | 7/23/18 | $659.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172933 | $6,148.82 | 8/28/18 | 0000082618 | 8/26/18 | $5,250.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172933 | $6,148.82 | 8/28/18 | 0000082618 | 8/26/18 | $357.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172933 | $6,148.82 | 8/28/18 | 0000082618 | 8/26/18 | $337.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172933 | $6,148.82 | 8/28/18 | 0000082618 | 8/26/18 | $177.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172933 | $6,148.82 | 8/28/18 | 0000082618 | 8/26/18 | $14.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172933 | $6,148.82 | 8/28/18 | 0000082618 | 8/26/18 | $12.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 124735 | $659.62 | 9/6/18 | 0000098014 | 8/22/18 | $659.62 |

Totals:    5 transfer(s),  $13,612.88