Defendant: **HVAC Repairs LLC**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235240 | $1,429.40 | 7/26/18 | 24259692A-IN | 7/26/18 | $1,279.40 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235240 | $1,429.40 | 7/26/18 | 23454363C-IN | 7/26/18 | $150.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238738 | $940.00 | 8/16/18 | 24365890A-IN | 8/16/18 | $940.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239191 | $1,036.25 | 8/20/18 | 24341628A-IN | 8/20/18 | $1,036.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239631 | $1,100.75 | 8/22/18 | 24398863A-IN | 8/21/18 | $1,100.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241247 | $3,214.76 | 8/31/18 | 23841802A-IN | 8/31/18 | $3,214.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242243 | $475.00 | 9/7/18 | 24062057B-IN | 9/7/18 | $325.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242243 | $475.00 | 9/7/18 | 22997646C-IN | 9/7/18 | $150.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243959 | $75.00 | 9/20/18 | 24062057C-IN | 9/19/18 | $75.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244144 | $3,286.29 | 9/21/18 | 24514239A-IN | 9/19/18 | $3,286.29 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244328 | $275.00 | 9/24/18 | 22914079C-IN | 9/21/18 | $275.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245158 | $4,513.66 | 9/28/18 | 24537240A-IN | 9/27/18 | $1,737.16 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245158 | $4,513.66 | 9/28/18 | 24495190A-IN | 9/27/18 | $1,642.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245158 | $4,513.66 | 9/28/18 | 24516061A-IN | 9/27/18 | $1,134.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245993 | $1,011.25 | 10/4/18 | 24196154B-IN | 10/4/18 | $1,011.25 |

Totals:    11 transfer(s),  $17,357.36