| Defendant: | **Hy Ko Products Company** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980563 | $2,072.35 | 7/18/18 | 1162367 | 5/31/18 | $1,802.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980563 | $2,072.35 | 7/18/18 | 1162366 | 5/31/18 | $269.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982042 | $251.21 | 7/20/18 | 1163795 | 6/6/18 | $251.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982509 | $219.90 | 7/23/18 | 1162368 | 5/31/18 | $219.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983848 | $1,934.64 | 7/25/18 | 1163684 | 6/6/18 | $208.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983848 | $1,934.64 | 7/25/18 | 1164040 | 6/7/18 | $1,726.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987310 | $689.85 | 8/1/18 | 1165320 | 6/14/18 | $689.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990809 | $1,340.82 | 8/10/18 | 1166211 | 6/20/18 | $1,286.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990809 | $1,340.82 | 8/10/18 | 1166210 | 6/20/18 | $204.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990809 | $1,340.82 | 8/10/18 | VPPS00000640438 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994720 | $528.75 | 8/17/18 | 1167750 | 6/27/18 | $678.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994720 | $528.75 | 8/17/18 | VPPS00000642225 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996584 | $200.34 | 8/21/18 | 1167751 | 6/27/18 | $200.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997087 | $204.54 | 8/22/18 | 1167752 | 6/27/18 | $204.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998438 | $1,572.78 | 8/28/18 | 1169278 | 7/5/18 | $1,094.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998438 | $1,572.78 | 8/28/18 | 1169277 | 7/5/18 | $273.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998438 | $1,572.78 | 8/28/18 | 1169279 | 7/5/18 | $204.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001913 | $1,078.12 | 9/4/18 | 1170837 | 7/13/18 | $1,228.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001913 | $1,078.12 | 9/4/18 | VPPS00000645676 | 8/12/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005330 | $2,334.92 | 9/11/18 | 1171962 | 7/19/18 | $2,560.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005330 | $2,334.92 | 9/11/18 | 8361D006351683 | 8/16/18 | -$225.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008952 | $1,539.05 | 9/18/18 | 1173159 | 7/25/18 | $881.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008952 | $1,539.05 | 9/18/18 | 1173162 | 7/25/18 | $297.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008952 | $1,539.05 | 9/18/18 | 1173160 | 7/25/18 | $258.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008952 | $1,539.05 | 9/18/18 | 1173163 | 7/25/18 | $200.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008952 | $1,539.05 | 9/18/18 | 1173157 | 7/25/18 | $61.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008952 | $1,539.05 | 9/18/18 | VPOT991486901 | 8/26/18 | -$11.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008952 | $1,539.05 | 9/18/18 | VPPS00000649124 | 8/26/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010174 | $219.90 | 9/19/18 | 1173161 | 7/25/18 | $219.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012906 | $3,202.66 | 9/25/18 | 1175273 | 8/2/18 | $3,352.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012906 | $3,202.66 | 9/25/18 | VPPS00000650833 | 9/2/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014414 | $140.21 | 9/27/18 | 1176514 | 8/8/18 | $290.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014414 | $140.21 | 9/27/18 | VPPS00000652962 | 9/9/18 | -$150.00 |

**Totals:      16 transfer(s),  $17,530.04**