Defendant: **Ideal Floorcovering LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741224 | $580.44 | 6/19/18 | 23513947B-IN | 6/14/18 | $580.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741552 | $702.90 | 7/3/18 | 23757606A-IN | 6/28/18 | $702.90 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741664 | $777.22 | 7/10/18 | 23609251B-IN | 7/7/18 | $777.22 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741844 | $1,021.56 | 7/17/18 | 23724273A-IN | 7/16/18 | $1,021.56 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741931 | $773.24 | 7/20/18 | 23058444D-IN | 7/18/18 | $773.24 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742202 | $1,124.24 | 7/31/18 | 24105798A-IN | 7/25/18 | $1,124.24 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742257 | $1,747.87 | 8/2/18 | 24128621A-IN | 7/31/18 | $1,747.87 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742324 | $2,858.68 | 8/7/18 | 24197938A-IN | 8/2/18 | $444.80 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742324 | $2,858.68 | 8/7/18 | 23983528B-IN | 8/3/18 | $2,413.88 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742474 | $55.00 | 8/14/18 | 23861453A-IN | 8/10/18 | $55.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742542 | $619.78 | 8/16/18 | 24042314A-IN | 8/15/18 | $619.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742826 | $3,053.72 | 9/4/18 | 24338926A-IN | 8/30/18 | $2,157.38 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742826 | $3,053.72 | 9/4/18 | 23720232A-IN | 9/1/18 | $896.34 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743131 | $864.48 | 9/18/18 | 24246369A-IN | 9/13/18 | $864.48 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743208 | $55.00 | 9/20/18 | 24543967A-IN | 9/19/18 | $55.00 |

Totals:    13 transfer(s),    $14,234.13