Defendant: **Ideal Marble, Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128844 | $2,199.00 | 7/26/18 | 265 | 6/7/18 | $2,199.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128921 | $1,899.00 | 8/9/18 | 276 | 7/29/18 | $1,899.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128930 | $2,099.00 | 8/16/18 | 282 | 8/14/18 | $2,099.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128958 | $750.00 | 8/30/18 | 280-31739503 | 8/20/18 | $750.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128958 | $750.00 | 8/30/18 | 280-31739512 | 8/20/18 | $750.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128958 | $750.00 | 8/30/18 | 280-31739510 | 8/20/18 | $750.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128958 | $750.00 | 8/30/18 | 280-31739803 | 8/20/18 | $750.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128958 | $750.00 | 8/30/18 | 280-31739506 | 8/20/18 | $750.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128958 | $750.00 | 8/30/18 | 280-31800442 | 8/20/18 | $750.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128958 | $750.00 | 8/30/18 | 280 | 8/20/18 | $750.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128958 | $750.00 | 8/30/18 | 280 | 8/20/18 | $750.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128958 | $750.00 | 8/30/18 | 280 | 8/20/18 | $750.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128974 | $2,199.00 | 9/6/18 | 275-31741467 | 7/20/18 | $2,199.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 129038 | $1,499.00 | 10/4/18 | 286 | 9/27/18 | $1,499.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 129038 | $1,399.00 | 10/4/18 | 287 | 9/27/18 | $1,399.00 |

Totals:    7 transfer(s),   $18,044.00