| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | Infinite Peripherals, Inc. | | | | | | |
| Bankruptcy Case: | Sears Holding Corporation, et al. | | | | | | |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 | | | | | | |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982529 | $9,870.63 | 7/23/18 | 294484 | 5/7/18 | $76.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982529 | $9,870.63 | 7/23/18 | 294493 | 5/7/18 | $24.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982529 | $9,870.63 | 7/23/18 | 294812 | 5/12/18 | $2,244.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982529 | $9,870.63 | 7/23/18 | 294812 | 5/12/18 | $1,795.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982529 | $9,870.63 | 7/23/18 | 294812 | 5/12/18 | $1,346.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982529 | $9,870.63 | 7/23/18 | 294812 | 5/12/18 | $950.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982529 | $9,870.63 | 7/23/18 | 294812 | 5/12/18 | $897.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982529 | $9,870.63 | 7/23/18 | 294812 | 5/12/18 | $448.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982529 | $9,870.63 | 7/23/18 | 294812 | 5/12/18 | $448.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982529 | $9,870.63 | 7/23/18 | 294572 | 5/12/18 | $308.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982529 | $9,870.63 | 7/23/18 | 294464 | 5/12/18 | $120.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982529 | $9,870.63 | 7/23/18 | 294724 | 5/12/18 | $103.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982529 | $9,870.63 | 7/23/18 | 294813 | 5/12/18 | $99.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982529 | $9,870.63 | 7/23/18 | 294646 | 5/12/18 | $95.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982529 | $9,870.63 | 7/23/18 | 294621 | 5/12/18 | $88.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982529 | $9,870.63 | 7/23/18 | 294620 | 5/12/18 | $87.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982529 | $9,870.63 | 7/23/18 | 294619 | 5/12/18 | $87.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982529 | $9,870.63 | 7/23/18 | 294592 | 5/12/18 | $80.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982529 | $9,870.63 | 7/23/18 | 294683 | 5/12/18 | $76.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982529 | $9,870.63 | 7/23/18 | 294666 | 5/12/18 | $76.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982529 | $9,870.63 | 7/23/18 | 294611 | 5/12/18 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982529 | $9,870.63 | 7/23/18 | 294610 | 5/12/18 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982529 | $9,870.63 | 7/23/18 | 294481 | 5/12/18 | $58.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982529 | $9,870.63 | 7/23/18 | 294461 | 5/12/18 | $57.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982529 | $9,870.63 | 7/23/18 | 294721 | 5/12/18 | $52.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982529 | $9,870.63 | 7/23/18 | 294787 | 5/12/18 | $36.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982529 | $9,870.63 | 7/23/18 | 294786 | 5/12/18 | $24.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982529 | $9,870.63 | 7/23/18 | 294699 | 5/12/18 | $24.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982529 | $9,870.63 | 7/23/18 | 294462 | 5/12/18 | $20.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982529 | $9,870.63 | 7/23/18 | 294600 | 5/12/18 | $20.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985919 | $2,551.59 | 7/30/18 | 294895 | 5/13/18 | $435.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985919 | $2,551.59 | 7/30/18 | 294784 | 5/13/18 | $335.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985919 | $2,551.59 | 7/30/18 | 294780 | 5/13/18 | $79.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985919 | $2,551.59 | 7/30/18 | 294831 | 5/13/18 | $76.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985919 | $2,551.59 | 7/30/18 | 294895 | 5/13/18 | $40.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985919 | $2,551.59 | 7/30/18 | 294784 | 5/13/18 | $40.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985919 | $2,551.59 | 7/30/18 | 294864 | 5/14/18 | $480.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985919 | $2,551.59 | 7/30/18 | 294871 | 5/14/18 | $269.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985919 | $2,551.59 | 7/30/18 | 294870 | 5/14/18 | $24.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985919 | $2,551.59 | 7/30/18 | 294869 | 5/14/18 | $24.00 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985919 | $2,551.59 | 7/30/18 | 294937 | 5/15/18 | $122.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985919 | $2,551.59 | 7/30/18 | 295036 | 5/16/18 | $54.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985919 | $2,551.59 | 7/30/18 | 295005 | 5/16/18 | $36.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985919 | $2,551.59 | 7/30/18 | 295005 | 5/16/18 | $16.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985919 | $2,551.59 | 7/30/18 | 295081 | 5/17/18 | $185.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985919 | $2,551.59 | 7/30/18 | 295082 | 5/17/18 | $74.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985919 | $2,551.59 | 7/30/18 | 295132 | 5/18/18 | $114.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985919 | $2,551.59 | 7/30/18 | 295155 | 5/18/18 | $105.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985919 | $2,551.59 | 7/30/18 | 295133 | 5/18/18 | $40.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989342 | $2,982.89 | 8/8/18 | 295199 | 5/21/18 | $956.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989342 | $2,982.89 | 8/8/18 | 295208 | 5/21/18 | $349.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989342 | $2,982.89 | 8/8/18 | 295203 | 5/21/18 | $190.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989342 | $2,982.89 | 8/8/18 | 295216 | 5/21/18 | $174.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989342 | $2,982.89 | 8/8/18 | 295209 | 5/21/18 | $116.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989342 | $2,982.89 | 8/8/18 | 295204 | 5/21/18 | $95.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989342 | $2,982.89 | 8/8/18 | 295202 | 5/21/18 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989342 | $2,982.89 | 8/8/18 | 295201 | 5/21/18 | $74.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989342 | $2,982.89 | 8/8/18 | 295351 | 5/25/18 | $349.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989342 | $2,982.89 | 8/8/18 | 295399 | 5/25/18 | $231.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989342 | $2,982.89 | 8/8/18 | 295200 | 5/25/18 | $99.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989342 | $2,982.89 | 8/8/18 | 295183 | 5/25/18 | $95.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989342 | $2,982.89 | 8/8/18 | 295259 | 5/25/18 | $80.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989342 | $2,982.89 | 8/8/18 | 295261 | 5/25/18 | $74.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989342 | $2,982.89 | 8/8/18 | 295364 | 5/25/18 | $16.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992905 | $3,763.60 | 8/15/18 | 295465 | 5/29/18 | $404.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992905 | $3,763.60 | 8/15/18 | 295468 | 5/29/18 | $348.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992905 | $3,763.60 | 8/15/18 | 295431 | 5/29/18 | $209.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992905 | $3,763.60 | 8/15/18 | 295470 | 5/29/18 | $103.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992905 | $3,763.60 | 8/15/18 | 295429 | 5/29/18 | $63.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992905 | $3,763.60 | 8/15/18 | 295460 | 5/29/18 | $57.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992905 | $3,763.60 | 8/15/18 | 295459 | 5/29/18 | $29.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992905 | $3,763.60 | 8/15/18 | 295461 | 5/29/18 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992905 | $3,763.60 | 8/15/18 | 295462 | 5/29/18 | $16.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992905 | $3,763.60 | 8/15/18 | 295459 | 5/29/18 | $8.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992905 | $3,763.60 | 8/15/18 | 295515 | 5/30/18 | $1,913.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992905 | $3,763.60 | 8/15/18 | 295496 | 5/30/18 | $83.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992905 | $3,763.60 | 8/15/18 | 295547 | 5/31/18 | $63.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992905 | $3,763.60 | 8/15/18 | 295550 | 5/31/18 | $49.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992905 | $3,763.60 | 8/15/18 | 295642 | 6/1/18 | $200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992905 | $3,763.60 | 8/15/18 | 295620 | 6/1/18 | $149.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992905 | $3,763.60 | 8/15/18 | 295587 | 6/1/18 | $40.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997106 | $1,472.79 | 8/22/18 | 295681 | 6/4/18 | $109.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997106 | $1,472.79 | 8/22/18 | 295679 | 6/4/18 | $95.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997106 | $1,472.79 | 8/22/18 | 295678 | 6/4/18 | $76.00 |

Infinite Peripherals, Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780997106 | $1,472.79 | 8/22/18 | 295697 | 6/4/18 | $58.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997106 | $1,472.79 | 8/22/18 | 295676 | 6/4/18 | $54.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997106 | $1,472.79 | 8/22/18 | 295676 | 6/4/18 | $16.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997106 | $1,472.79 | 8/22/18 | 295735 | 6/5/18 | $216.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997106 | $1,472.79 | 8/22/18 | 295722 | 6/5/18 | $190.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997106 | $1,472.79 | 8/22/18 | 295721 | 6/5/18 | $95.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997106 | $1,472.79 | 8/22/18 | 295871 | 6/8/18 | $380.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997106 | $1,472.79 | 8/22/18 | 295886 | 6/8/18 | $145.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997106 | $1,472.79 | 8/22/18 | 295872 | 6/8/18 | $38.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000457 | $1,652.51 | 8/31/18 | 296059 | 6/15/18 | $190.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000457 | $1,652.51 | 8/31/18 | 295920 | 6/15/18 | $174.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000457 | $1,652.51 | 8/31/18 | 296030 | 6/15/18 | $169.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000457 | $1,652.51 | 8/31/18 | 296100 | 6/15/18 | $148.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000457 | $1,652.51 | 8/31/18 | 296029 | 6/15/18 | $114.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000457 | $1,652.51 | 8/31/18 | 295917 | 6/15/18 | $103.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000457 | $1,652.51 | 8/31/18 | 295984 | 6/15/18 | $95.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000457 | $1,652.51 | 8/31/18 | 295985 | 6/15/18 | $95.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000457 | $1,652.51 | 8/31/18 | 296141 | 6/15/18 | $76.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000457 | $1,652.51 | 8/31/18 | 295983 | 6/15/18 | $76.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000457 | $1,652.51 | 8/31/18 | 295919 | 6/15/18 | $49.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000457 | $1,652.51 | 8/31/18 | 295918 | 6/15/18 | $49.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000457 | $1,652.51 | 8/31/18 | 295913 | 6/15/18 | $38.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000457 | $1,652.51 | 8/31/18 | 295916 | 6/15/18 | $24.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000457 | $1,652.51 | 8/31/18 | 296071 | 6/15/18 | $24.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000457 | $1,652.51 | 8/31/18 | 295921 | 6/15/18 | $19.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000457 | $1,652.51 | 8/31/18 | 296221 | 6/16/18 | $205.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003949 | $6,276.10 | 9/7/18 | 296157 | 6/18/18 | $1,982.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003949 | $6,276.10 | 9/7/18 | 296167 | 6/18/18 | $1,435.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003949 | $6,276.10 | 9/7/18 | 296157 | 6/18/18 | $910.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003949 | $6,276.10 | 9/7/18 | 296157 | 6/18/18 | $455.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003949 | $6,276.10 | 9/7/18 | 296158 | 6/18/18 | $349.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003949 | $6,276.10 | 9/7/18 | 296161 | 6/18/18 | $190.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003949 | $6,276.10 | 9/7/18 | 296160 | 6/18/18 | $116.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003949 | $6,276.10 | 9/7/18 | 296162 | 6/18/18 | $76.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003949 | $6,276.10 | 9/7/18 | 296163 | 6/18/18 | $76.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003949 | $6,276.10 | 9/7/18 | 296159 | 6/18/18 | $58.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003949 | $6,276.10 | 9/7/18 | 296162 | 6/18/18 | $32.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003949 | $6,276.10 | 9/7/18 | 296233 | 6/19/18 | $90.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003949 | $6,276.10 | 9/7/18 | 296217 | 6/19/18 | $16.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003949 | $6,276.10 | 9/7/18 | 296265 | 6/20/18 | $79.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003949 | $6,276.10 | 9/7/18 | 296320 | 6/21/18 | $290.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003949 | $6,276.10 | 9/7/18 | 296312 | 6/21/18 | $95.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003949 | $6,276.10 | 9/7/18 | 296320 | 6/21/18 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007403 | $1,367.78 | 9/14/18 | 296487 | 6/26/18 | $190.00 |

Infinite Peripherals, Inc.
Bankruptcy Case: Sears Holding Corporation, et al.

February 1, 2020                                          Exhibit A                                          P. 3

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781007403 | $1,367.78 | 9/14/18 | 295954 | 6/26/18 | $87.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007403 | $1,367.78 | 9/14/18 | 296496 | 6/26/18 | $87.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007403 | $1,367.78 | 9/14/18 | 296495 | 6/26/18 | $58.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007403 | $1,367.78 | 9/14/18 | 296488 | 6/26/18 | $43.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007403 | $1,367.78 | 9/14/18 | 296488 | 6/26/18 | $19.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007403 | $1,367.78 | 9/14/18 | 296755 | 6/29/18 | $190.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007403 | $1,367.78 | 9/14/18 | 296758 | 6/29/18 | $116.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007403 | $1,367.78 | 9/14/18 | 296485 | 6/29/18 | $114.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007403 | $1,367.78 | 9/14/18 | 296612 | 6/29/18 | $81.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007403 | $1,367.78 | 9/14/18 | 296614 | 6/29/18 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007403 | $1,367.78 | 9/14/18 | 296483 | 6/29/18 | $57.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007403 | $1,367.78 | 9/14/18 | 296618 | 6/29/18 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007403 | $1,367.78 | 9/14/18 | 296756 | 6/29/18 | $40.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007403 | $1,367.78 | 9/14/18 | 296486 | 6/29/18 | $38.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007403 | $1,367.78 | 9/14/18 | 296642 | 6/29/18 | $38.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007403 | $1,367.78 | 9/14/18 | 296727 | 6/29/18 | $38.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007403 | $1,367.78 | 9/14/18 | 296551 | 6/29/18 | $32.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007403 | $1,367.78 | 9/14/18 | 296688 | 6/29/18 | $16.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007403 | $1,367.78 | 9/14/18 | 296484 | 6/29/18 | $10.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011565 | $1,225.40 | 9/21/18 | 296788 | 7/2/18 | $49.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011565 | $1,225.40 | 9/21/18 | 296807 | 7/2/18 | $42.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011565 | $1,225.40 | 9/21/18 | 296807 | 7/2/18 | $40.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011565 | $1,225.40 | 9/21/18 | 296788 | 7/2/18 | $16.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011565 | $1,225.40 | 9/21/18 | 296865 | 7/3/18 | $114.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011565 | $1,225.40 | 9/21/18 | 296863 | 7/3/18 | $102.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011565 | $1,225.40 | 9/21/18 | 296867 | 7/3/18 | $76.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011565 | $1,225.40 | 9/21/18 | 296860 | 7/3/18 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011565 | $1,225.40 | 9/21/18 | 296866 | 7/3/18 | $41.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011565 | $1,225.40 | 9/21/18 | 296864 | 7/3/18 | $40.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011565 | $1,225.40 | 9/21/18 | 296938 | 7/5/18 | $136.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011565 | $1,225.40 | 9/21/18 | 296923 | 7/5/18 | $124.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011565 | $1,225.40 | 9/21/18 | 296897 | 7/5/18 | $54.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011565 | $1,225.40 | 9/21/18 | 296925 | 7/5/18 | $54.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011565 | $1,225.40 | 9/21/18 | 296922 | 7/5/18 | $38.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011565 | $1,225.40 | 9/21/18 | 296905 | 7/5/18 | $24.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011565 | $1,225.40 | 9/21/18 | 296926 | 7/5/18 | $20.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011565 | $1,225.40 | 9/21/18 | 296984 | 7/6/18 | $144.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011565 | $1,225.40 | 9/21/18 | 296984 | 7/6/18 | $54.25 |

Totals:    9 transfer(s),   $31,163.29

Infinite Peripherals, Inc.

Bankruptcy Case: Sears Holding Corporation, et al.