| | |
|---|---|
| Defendant: | **Installation Corp. & Construction LLC** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234054 | $459.75 | 7/19/18 | 24104271B-IN | 7/18/18 | $459.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235111 | $2,024.56 | 7/25/18 | 23761116A-IN | 7/25/18 | $1,269.16 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235111 | $2,024.56 | 7/25/18 | 23681561A-IN | 7/25/18 | $755.40 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236868 | $315.12 | 8/3/18 | 23632192A-IN | 7/26/18 | $315.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237201 | $2,184.14 | 8/6/18 | 23947686A-IN | 8/3/18 | $2,184.14 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237712 | $215.00 | 8/8/18 | 23947686A-IN | 8/8/18 | $215.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238215 | $1,739.93 | 8/13/18 | 23853670A-IN | 8/13/18 | $1,739.93 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238814 | $438.36 | 8/16/18 | 23935648A-IN | 8/15/18 | $359.91 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238814 | $438.36 | 8/16/18 | 17946687E-IN | 8/16/18 | $78.45 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239255 | $975.00 | 8/20/18 | 24030914A-IN | 8/20/18 | $725.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239255 | $975.00 | 8/20/18 | 24044554A-IN | 8/20/18 | $250.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239899 | $384.84 | 8/23/18 | 23743266C-IN | 8/23/18 | $384.84 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240814 | $2,373.91 | 8/29/18 | 24030914A-IN | 8/28/18 | $2,267.01 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240814 | $2,373.91 | 8/29/18 | 23937231A-IN | 8/28/18 | $106.90 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241331 | $506.40 | 8/31/18 | 24167704A-IN | 8/30/18 | $506.40 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241704 | $722.00 | 9/4/18 | 24158407A-IN | 9/4/18 | $722.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242148 | $377.00 | 9/6/18 | 24084279A-IN | 9/6/18 | $377.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242502 | $1,030.01 | 9/10/18 | 24084279A-IN | 9/10/18 | $1,030.01 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243056 | $3,133.85 | 9/13/18 | 24158407A-IN | 9/13/18 | $2,335.85 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243056 | $3,133.85 | 9/13/18 | 23857434A-IN | 9/13/18 | $798.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243606 | $153.28 | 9/18/18 | 14835656C-IN | 9/17/18 | $153.28 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244209 | $283.10 | 9/21/18 | 23857434A-IN | 9/21/18 | $283.10 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245462 | $1,466.39 | 10/1/18 | 22226497E-IN | 10/1/18 | $659.39 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245462 | $1,466.39 | 10/1/18 | 23796215B-IN | 10/1/18 | $400.18 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245462 | $1,466.39 | 10/1/18 | 22647548C-IN | 10/1/18 | $209.66 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245462 | $1,466.39 | 10/1/18 | 24117463B-IN | 10/1/18 | $197.16 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245649 | $260.00 | 10/2/18 | 24030914A-IN | 9/28/18 | $260.00 |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246068 | $220.00 | 10/4/18 | 09282018-IN | 10/4/18 | $220.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246599 | $937.50 | 10/8/18 | 24326421A-IN | 10/6/18 | $937.50 |

**Totals:** 21 transfer(s), $20,200.14