**Defendant:** **Interactive Communications International, Inc.**

**Bankruptcy Case:** **Sears Holding Corporation, et al.**

**Preference Period:** **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780992920 | $9,560.00 | 8/15/18 | PR867101 | 5/31/18 | $9,560.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007420 | $5,000.00 | 9/14/18 | PR867201 | 6/30/18 | $5,000.00 |

**Totals:** 2 transfer(s), $14,560.00