**Defendant:** Iolani Sportswear Limited

**Bankruptcy Case:** Sears Holding Corporation, et al.

**Preference Period:** Jul 17, 2018 - Oct 15, 2018

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781007430 | $12,930.00 | 9/14/18 | 9271 | 6/28/18 | $6,090.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007430 | $12,930.00 | 9/14/18 | 9272 | 6/28/18 | $3,016.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007430 | $12,930.00 | 9/14/18 | 9273 | 6/28/18 | $2,060.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007430 | $12,930.00 | 9/14/18 | 9274 | 6/28/18 | $1,764.00 |

**Totals:** 1 transfer(s), $12,930.00