Defendant: **IQ Accessories Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-27849 | $5,563.34 | 9/11/18 | 201819579081 | 6/14/18 | $5,563.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27850 | $11,799.20 | 9/18/18 | 201819579462 | 6/19/18 | $11,799.20 |

Totals:   2 transfer(s),  $17,362.54