| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | Irish Downs, Inc. | | | | | | |
| Bankruptcy Case | Sears Holding Corporation, et al. | | | | | | |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 | | | | | | |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983859 | $1,741.29 | 7/17/18 | 617800712186045 | 7/12/18 | $1,366.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983859 | $1,741.29 | 7/17/18 | 617800713186045 | 7/13/18 | $375.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984825 | $349.36 | 7/18/18 | 617800714186045 | 7/14/18 | $349.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986591 | $482.81 | 7/23/18 | 617800718186045 | 7/18/18 | $482.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987320 | $1,922.90 | 7/24/18 | 617800719186045 | 7/19/18 | $1,149.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987320 | $1,922.90 | 7/24/18 | 617800720186045 | 7/20/18 | $773.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988223 | $1,341.88 | 7/25/18 | 617800721186045 | 7/21/18 | $1,001.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988223 | $1,341.88 | 7/25/18 | 617800722186045 | 7/22/18 | $340.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989361 | $167.56 | 7/27/18 | 617800724186045 | 7/24/18 | $167.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990044 | $55.30 | 7/30/18 | 617800725186045 | 7/25/18 | $55.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990817 | $1,074.35 | 7/31/18 | 617800726186045 | 7/26/18 | $211.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990817 | $1,074.35 | 7/31/18 | 617800727186045 | 7/27/18 | $862.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991717 | $111.10 | 8/1/18 | 617800728186045 | 7/28/18 | $111.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992928 | $29.47 | 8/3/18 | 617800731186045 | 7/31/18 | $29.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993685 | $232.08 | 8/6/18 | 617800801186045 | 8/1/18 | $232.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994735 | $1,160.62 | 8/7/18 | 617800803186045 | 8/3/18 | $1,160.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996013 | $77.11 | 8/8/18 | 617800804186045 | 8/4/18 | $77.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997127 | $925.89 | 8/10/18 | 617800807186045 | 8/7/18 | $925.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997755 | $294.57 | 8/13/18 | 617800808186045 | 8/8/18 | $294.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998444 | $496.37 | 8/14/18 | 617800809186045 | 8/9/18 | $198.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998444 | $496.37 | 8/14/18 | 617800810186045 | 8/10/18 | $298.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999322 | $1,371.04 | 8/15/18 | 617800811186045 | 8/11/18 | $1,371.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001926 | $322.98 | 8/21/18 | 617800817186045 | 8/17/18 | $322.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002841 | $577.28 | 8/22/18 | 617800818186045 | 8/18/18 | $577.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005342 | $52.67 | 8/28/18 | 617800823186045 | 8/23/18 | $52.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008128 | $54.78 | 9/3/18 | 617800829186045 | 8/29/18 | $54.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008966 | $1,057.35 | 9/4/18 | 617800830186045 | 8/30/18 | $1,057.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012167 | $1,188.10 | 9/10/18 | 617800905186045 | 9/5/18 | $1,188.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012916 | $167.90 | 9/11/18 | 617800906186045 | 9/6/18 | $54.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012916 | $167.90 | 9/11/18 | 617800907186045 | 9/7/18 | $113.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013804 | $70.40 | 9/12/18 | 617800908186045 | 9/8/18 | $70.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014962 | $203.19 | 9/14/18 | 617800911186045 | 9/11/18 | $203.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015608 | $2,439.18 | 9/17/18 | 617800912186045 | 9/12/18 | $2,439.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016315 | $2,496.39 | 9/18/18 | 617800913186045 | 9/13/18 | $2,396.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016315 | $2,496.39 | 9/18/18 | 617800914186045 | 9/14/18 | $99.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019064 | $2,440.91 | 9/24/18 | 617800919186045 | 9/19/18 | $2,440.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019782 | $1,415.62 | 9/25/18 | 617800921186045 | 9/21/18 | $1,415.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020716 | $113.50 | 9/26/18 | 617800922186045 | 9/22/18 | $113.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021900 | $337.47 | 9/28/18 | 617800925186045 | 9/25/18 | $337.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022583 | $204.38 | 10/1/18 | 617800926186045 | 9/26/18 | $204.38 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781023415 | $28.64 | 10/2/18 | 617800927186045 | 9/27/18 | $28.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024490 | $312.47 | 10/3/18 | 617800929186045 | 9/29/18 | $312.47 |

**Totals:** 35 transfer(s), $25,316.91