Defendant: **Iron City Construction LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236384 | $5,924.10 | 8/1/18 | 24041463A-IN | 7/30/18 | $5,924.10 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237750 | $448.99 | 8/8/18 | 23605100D-IN | 8/7/18 | $448.99 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239320 | $3,494.08 | 8/20/18 | 24301037A-IN | 8/20/18 | $3,494.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240401 | $1,932.71 | 8/27/18 | 24120763A-IN | 8/27/18 | $1,932.71 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246700 | $2,718.20 | 10/8/18 | 24411778A-IN | 10/8/18 | $2,718.20 |

Totals: 5 transfer(s), $14,518.08