Defendant: **Isidro Ramirez**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234407 | $1,600.21 | 7/20/18 | 24200816A-IN | 7/20/18 | $1,130.21 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234407 | $1,600.21 | 7/20/18 | 23167982C-IN | 7/20/18 | $470.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234699 | $1,525.02 | 7/23/18 | 23112499A-IN | 7/23/18 | $1,525.02 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235401 | $1,283.02 | 7/26/18 | 24254972A-IN | 7/25/18 | $1,283.02 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236409 | $1,225.16 | 8/1/18 | 24155642A-IN | 8/1/18 | $1,225.16 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237920 | $1,055.27 | 8/9/18 | 24304722A-IN | 8/9/18 | $1,055.27 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238912 | $3,284.83 | 8/16/18 | 24330619A-IN | 8/15/18 | $1,278.53 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238912 | $3,284.83 | 8/16/18 | 24273168A-IN | 8/16/18 | $1,369.65 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238912 | $3,284.83 | 8/16/18 | 24373785A-IN | 8/16/18 | $636.65 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242350 | $1,330.77 | 9/7/18 | 24492183A-IN | 9/6/18 | $1,330.77 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243905 | $3,138.49 | 9/19/18 | 24467433A-IN | 9/19/18 | $1,776.37 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243905 | $3,138.49 | 9/19/18 | 24537617A-IN | 9/19/18 | $1,362.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244853 | $3,528.10 | 9/26/18 | 24354435A-IN | 9/26/18 | $1,947.68 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244853 | $3,528.10 | 9/26/18 | 24574138A-IN | 9/26/18 | $1,580.42 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245725 | $1,183.52 | 10/2/18 | 24553050A-IN | 10/1/18 | $1,183.52 |

Totals:    10 transfer(s),   $19,154.39