| Defendant: | **JC Heating & Air Conditioning LLC** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233545 | $1,149.20 | 7/17/18 | 24111494A-IN | 7/16/18 | $1,149.20 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234305 | $1,005.47 | 7/20/18 | 24205594A-IN | 7/20/18 | $1,005.47 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234554 | $1,471.66 | 7/23/18 | 24215349A-IN | 7/20/18 | $1,471.66 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237153 | $1,483.91 | 8/6/18 | 24321784A-IN | 8/3/18 | $1,483.91 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237475 | $1,279.15 | 8/7/18 | 24340814A-IN | 8/7/18 | $1,279.15 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237690 | $1,185.05 | 8/8/18 | 24329165A-IN | 8/7/18 | $1,185.05 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238190 | $1,125.05 | 8/13/18 | 24289184A-IN | 8/13/18 | $1,125.05 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239434 | $1,407.20 | 8/21/18 | 24407776A-IN | 8/21/18 | $1,407.20 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239869 | $945.47 | 8/23/18 | 24410644A-IN | 8/22/18 | $945.47 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241298 | $1,185.21 | 8/31/18 | 24380275A-IN | 8/31/18 | $1,185.21 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241645 | $1,506.73 | 9/4/18 | 24444230A-IN | 9/3/18 | $1,506.73 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241982 | $150.00 | 9/5/18 | 24277812B-IN | 9/5/18 | $150.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242128 | $1,050.92 | 9/6/18 | 24488713A-IN | 9/5/18 | $1,050.92 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242477 | $923.22 | 9/10/18 | 24216590A-IN | 9/7/18 | $923.22 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243991 | $1,193.82 | 9/20/18 | 24553184A-IN | 9/20/18 | $1,193.82 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244180 | $1,120.22 | 9/21/18 | 24567415A-IN | 9/21/18 | $1,120.22 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245200 | $1,515.47 | 9/28/18 | 24559506A-IN | 9/28/18 | $1,515.47 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245426 | $3,146.29 | 10/1/18 | 24599960A-IN | 9/28/18 | $1,277.63 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245426 | $3,146.29 | 10/1/18 | 24580768A-IN | 10/1/18 | $1,868.66 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246240 | $2,084.74 | 10/5/18 | 24595085A-IN | 10/5/18 | $2,084.74 |

**Totals:**  **19 transfer(s),  $24,928.78**