Defendant: **Jack Ochodnicky Electric LLC**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987322 | $5,225.00 | 8/1/18 | 917 | 5/18/18 | $2,325.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987322 | $5,225.00 | 8/1/18 | 916 | 5/18/18 | $1,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987322 | $5,225.00 | 8/1/18 | 915 | 5/18/18 | $1,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992951 | $185.00 | 8/15/18 | 941 | 7/19/18 | $185.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994741 | $3,250.00 | 8/17/18 | 949 | 7/23/18 | $2,875.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994741 | $3,250.00 | 8/17/18 | 948 | 7/23/18 | $375.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999936 | $2,100.00 | 8/30/18 | 928 | 6/12/18 | $1,225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999936 | $2,100.00 | 8/30/18 | 929 | 6/12/18 | $875.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004628 | $1,500.00 | 9/10/18 | 963 | 8/1/18 | $1,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005343 | $8,000.00 | 9/11/18 | 933 | 6/27/18 | $8,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008969 | $2,300.00 | 9/18/18 | 945 | 7/1/18 | $1,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008969 | $2,300.00 | 9/18/18 | 946 | 7/1/18 | $1,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011129 | $1,200.00 | 9/20/18 | 936 | 7/3/18 | $1,200.00 |

Totals:    8 transfer(s),  $23,760.00