Defendant: **James Youngs**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233895 | $1,045.17 | 7/19/18 | 23969905A-IN | 7/18/18 | $1,045.17 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234235 | $713.41 | 7/20/18 | 24107824A-IN | 7/20/18 | $713.41 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234473 | $2,016.83 | 7/23/18 | 23894351A-IN | 7/20/18 | $1,031.52 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234473 | $2,016.83 | 7/23/18 | 23970284B-IN | 7/22/18 | $985.31 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234733 | $779.90 | 7/24/18 | 24121564A-IN | 7/24/18 | $779.90 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235210 | $469.77 | 7/26/18 | 24063771A-IN | 7/26/18 | $469.77 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235445 | $983.40 | 7/27/18 | 24098048A-IN | 7/26/18 | $983.40 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235931 | $586.05 | 7/31/18 | 23991400A-IN | 7/30/18 | $586.05 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236430 | $502.32 | 8/2/18 | 24076078A-IN | 8/2/18 | $502.32 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237021 | $527.71 | 8/6/18 | 23738235A-IN | 8/3/18 | $527.71 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238535 | $2,834.02 | 8/15/18 | 24117861A-IN | 8/15/18 | $1,765.81 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238535 | $2,834.02 | 8/15/18 | 24136516A-IN | 8/15/18 | $1,068.21 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238711 | $802.70 | 8/16/18 | 24108836A-IN | 8/16/18 | $802.70 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239358 | $237.00 | 8/21/18 | 23894351A-IN | 8/20/18 | $237.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240451 | $1,486.57 | 8/28/18 | 24081001A-IN | 8/27/18 | $1,486.57 |

Totals:    13 transfer(s),   $12,984.85

James Youngs
Bankruptcy Case: Sears Holding Corporation, et al.