| Defendant: | **Jane Y Li O.D.** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985424 | $1,195.00 | 7/19/18 | ALE218181976218 | 7/16/18 | $1,195.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988849 | $1,290.00 | 7/26/18 | ALE218182046218 | 7/23/18 | $1,290.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992377 | $1,060.00 | 8/2/18 | ALE218182116218 | 7/30/18 | $1,060.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996599 | $1,791.00 | 8/9/18 | ALE218182186218 | 8/6/18 | $1,791.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999940 | $1,405.00 | 8/16/18 | ALE218182256218 | 8/13/18 | $1,405.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003442 | $2,490.00 | 8/23/18 | ALE218182326218 | 8/20/18 | $2,490.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006855 | $2,000.00 | 8/30/18 | ALE218182396218 | 8/27/18 | $2,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011133 | $1,710.00 | 9/6/18 | ALE218182466218 | 9/3/18 | $1,710.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014427 | $1,725.00 | 9/13/18 | ALE218182536218 | 9/10/18 | $1,725.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017874 | $1,190.00 | 9/20/18 | ALE218182606218 | 9/17/18 | $1,190.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021341 | $1,219.00 | 9/27/18 | ALE218182676218 | 9/24/18 | $1,219.00 |

**Totals:**    **11 transfer(s),  $17,075.00**