Defendant: **Jason McBride**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233593 | $1,468.86 | 7/17/18 | 23865677A-IN | 7/16/18 | $1,468.86 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234099 | $94.66 | 7/19/18 | 24116677A-IN | 7/19/18 | $94.66 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234622 | $646.00 | 7/23/18 | 23774422A-IN | 7/23/18 | $646.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234883 | $3,760.87 | 7/24/18 | 23647438A-IN | 7/23/18 | $3,760.87 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235135 | $90.34 | 7/25/18 | 23715611B-IN | 7/25/18 | $90.34 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235342 | $120.00 | 7/26/18 | 24230908A-IN | 7/25/18 | $120.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236087 | $1,004.00 | 7/31/18 | 24123741A-IN | 7/31/18 | $1,004.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236348 | $53.00 | 8/1/18 | 24230908B-IN | 8/1/18 | $53.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236902 | $1,387.13 | 8/3/18 | 24123741A-IN | 8/2/18 | $1,269.18 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236902 | $1,387.13 | 8/3/18 | 24123741A-IN | 8/3/18 | $117.95 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237262 | $61.61 | 8/6/18 | 23647438A-IN | 8/6/18 | $61.61 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237513 | $120.00 | 8/7/18 | 24241308A-IN | 8/7/18 | $120.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238232 | $284.00 | 8/13/18 | 24170420A-IN | 8/10/18 | $284.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239056 | $1,654.00 | 8/17/18 | 24116677A-IN | 8/17/18 | $1,654.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239920 | $155.00 | 8/23/18 | 24411333A-IN | 8/23/18 | $155.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240100 | $1,000.00 | 8/24/18 | 23836156A-IN | 8/23/18 | $1,000.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241363 | $2,057.29 | 8/31/18 | 23865677A-IN | 8/31/18 | $2,057.29 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241763 | $3,501.81 | 9/4/18 | 23836156A-IN | 9/1/18 | $1,784.93 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241763 | $3,501.81 | 9/4/18 | 24230908A-IN | 9/1/18 | $1,000.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241763 | $3,501.81 | 9/4/18 | 24230908B-IN | 9/1/18 | $716.88 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242165 | $53.00 | 9/6/18 | 24482451A-IN | 9/6/18 | $53.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242313 | $120.00 | 9/7/18 | 24417937A-IN | 9/6/18 | $120.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243445 | $650.00 | 9/17/18 | 24411333A-IN | 9/14/18 | $530.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243445 | $650.00 | 9/17/18 | 24357764A-IN | 9/17/18 | $120.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243626 | $1,144.56 | 9/18/18 | 24514795A-IN | 9/17/18 | $95.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243626 | $1,144.56 | 9/18/18 | 24357764A-IN | 9/18/18 | $1,049.56 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244031 | $2,729.50 | 9/20/18 | 24230908A-IN | 9/20/18 | $2,729.50 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244428 | $1,319.39 | 9/24/18 | 24411333A-IN | 9/21/18 | $1,319.39 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245256 | $212.75 | 9/28/18 | 23823036ACR-IN | 9/28/18 | $208.93 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245256 | $212.75 | 9/28/18 | 24527947A-IN | 9/28/18 | $66.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245256 | $212.75 | 9/28/18 | RES092818-DM | 9/28/18 | -$62.68 |

**Totals:**    24 transfer(s),  $23,687.77