Defendant: **Javier Hernandez**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233509 | $238.00 | 7/17/18 | 24075541A-IN | 7/17/18 | $238.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234264 | $1,118.36 | 7/20/18 | 24075541A-IN | 7/19/18 | $325.77 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234264 | $1,118.36 | 7/20/18 | 21434088C-IN | 7/20/18 | $792.59 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234770 | $1,768.10 | 7/24/18 | 23918305A-IN | 7/24/18 | $1,768.10 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235249 | $762.20 | 7/26/18 | 24079115A-IN | 7/25/18 | $125.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235249 | $762.20 | 7/26/18 | 23930831A-IN | 7/25/18 | $2.20 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235249 | $762.20 | 7/26/18 | 24232986A-IN | 7/26/18 | $165.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235249 | $762.20 | 7/26/18 | 24112329A-IN | 7/26/18 | $165.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235249 | $762.20 | 7/26/18 | 24145760A-IN | 7/26/18 | $125.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235249 | $762.20 | 7/26/18 | 24233950A-IN | 7/26/18 | $125.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235249 | $762.20 | 7/26/18 | 23931233B-IN | 7/26/18 | $55.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235753 | $245.28 | 7/30/18 | 24267576A-IN | 7/30/18 | $245.28 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235973 | $1.01 | 7/31/18 | 23009021B-IN | 7/30/18 | $1.01 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236254 | $731.32 | 8/1/18 | 22597886B-IN | 8/1/18 | $300.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236254 | $731.32 | 8/1/18 | 24035327A-IN | 8/1/18 | $276.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236254 | $731.32 | 8/1/18 | 23289440A-IN | 8/1/18 | $155.32 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236475 | $250.00 | 8/2/18 | 11101085E-IN | 8/2/18 | $250.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236774 | $319.24 | 8/3/18 | 23824754A-IN | 8/3/18 | $319.24 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237082 | $1,432.92 | 8/6/18 | 23677660A-IN | 8/3/18 | $1,307.92 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237082 | $1,432.92 | 8/6/18 | 24313687A-IN | 8/6/18 | $125.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237806 | $485.94 | 8/9/18 | 23902300B-IN | 8/9/18 | $200.94 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237806 | $485.94 | 8/9/18 | 24356710A-IN | 8/9/18 | $160.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237806 | $485.94 | 8/9/18 | 24347189A-IN | 8/9/18 | $125.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238169 | $501.53 | 8/13/18 | 24025565A-IN | 8/13/18 | $501.53 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238341 | $323.57 | 8/14/18 | 23695072B-IN | 8/14/18 | $232.94 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238341 | $323.57 | 8/14/18 | 24303107A-IN | 8/14/18 | $90.63 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238747 | $549.24 | 8/16/18 | 24025565A-IN | 8/16/18 | $439.24 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238747 | $549.24 | 8/16/18 | 24384877A-IN | 8/16/18 | $55.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238747 | $549.24 | 8/16/18 | 20634646A-IN | 8/16/18 | $55.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239204 | $883.78 | 8/20/18 | 24025565A-IN | 8/20/18 | $883.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239635 | $697.74 | 8/22/18 | 24316515A-IN | 8/22/18 | $697.74 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239832 | $320.00 | 8/23/18 | 24311736A-IN | 8/23/18 | $127.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239832 | $320.00 | 8/23/18 | 24323805A-IN | 8/23/18 | $104.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239832 | $320.00 | 8/23/18 | 22613078A-IN | 8/23/18 | $50.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239832 | $320.00 | 8/23/18 | 22613078B-IN | 8/23/18 | $38.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240253 | $494.69 | 8/27/18 | 24208162A-IN | 8/27/18 | $494.69 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240741 | $1,717.80 | 8/29/18 | 24284477A-IN | 8/29/18 | $633.94 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240741 | $1,717.80 | 8/29/18 | 24287415A-IN | 8/29/18 | $630.05 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240741 | $1,717.80 | 8/29/18 | 24334962B-IN | 8/29/18 | $453.81 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241019 | $667.58 | 8/30/18 | 23695072B-IN | 8/30/18 | $226.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241019 | $667.58 | 8/30/18 | 24201819A-IN | 8/30/18 | $191.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241019 | $667.58 | 8/30/18 | 24412867A-IN | 8/30/18 | $125.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241019 | $667.58 | 8/30/18 | 24424444A-IN | 8/30/18 | $125.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241259 | $393.98 | 8/31/18 | 23931233A-IN | 8/31/18 | $393.98 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241567 | $1,619.22 | 9/4/18 | 24122959A-IN | 8/31/18 | $1,108.46 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241567 | $1,619.22 | 9/4/18 | 24096333A-IN | 8/31/18 | $260.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241567 | $1,619.22 | 9/4/18 | 24346456A-IN | 9/4/18 | $125.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241567 | $1,619.22 | 9/4/18 | 23533462C-IN | 9/4/18 | $125.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242104 | $200.00 | 9/6/18 | 23544550C-IN | 9/6/18 | $200.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242247 | $480.53 | 9/7/18 | 24201819A-IN | 9/7/18 | $370.53 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242247 | $480.53 | 9/7/18 | 23533462D-IN | 9/7/18 | $55.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242247 | $480.53 | 9/7/18 | 24346456B-IN | 9/7/18 | $55.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242848 | $338.50 | 9/12/18 | 23908148B-IN | 9/12/18 | $200.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242848 | $338.50 | 9/12/18 | 23793977C-IN | 9/12/18 | $100.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242848 | $338.50 | 9/12/18 | 24366986A-IN | 9/12/18 | $38.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243004 | $956.79 | 9/13/18 | 23931233A-IN | 9/13/18 | $567.24 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243004 | $956.79 | 9/13/18 | 23677660B-IN | 9/13/18 | $206.90 |

Javier Hernandez

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243004 | $956.79 | 9/13/18 | 24510953A-IN | 9/13/18 | $182.65 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243161 | $50.00 | 9/14/18 | 24546654A-IN | 9/13/18 | $50.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243964 | $126.25 | 9/20/18 | 24519663A-IN | 9/20/18 | $126.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244152 | $519.24 | 9/21/18 | 24232986A-IN | 9/20/18 | $519.24 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244338 | $798.04 | 9/24/18 | 24232986A-IN | 9/21/18 | $673.04 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244338 | $798.04 | 9/24/18 | 24505683A-IN | 9/24/18 | $125.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244523 | $167.50 | 9/25/18 | 24577508A-IN | 9/25/18 | $95.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244523 | $167.50 | 9/25/18 | 24555241A-IN | 9/25/18 | $72.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244728 | $418.00 | 9/26/18 | 24145760A-IN | 9/26/18 | $418.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245166 | $547.31 | 9/28/18 | 24346230B-IN | 9/28/18 | $547.31 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245584 | $109.50 | 10/2/18 | 24514091A-IN | 10/2/18 | $109.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245816 | $1,743.93 | 10/3/18 | 24424444A-IN | 10/3/18 | $1,743.93 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246002 | $2,087.49 | 10/4/18 | 15083776C-IN | 10/3/18 | $519.14 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246002 | $2,087.49 | 10/4/18 | 24233950A-IN | 10/4/18 | $1,102.23 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246002 | $2,087.49 | 10/4/18 | 22613078A-IN | 10/4/18 | $466.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246195 | $250.00 | 10/5/18 | 24509499A-IN | 10/5/18 | $125.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246195 | $250.00 | 10/5/18 | 24639574A-IN | 10/5/18 | $125.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246485 | $1,125.62 | 10/8/18 | 24145760A-IN | 10/5/18 | $319.24 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246485 | $1,125.62 | 10/8/18 | 24638558A-IN | 10/6/18 | $806.38 |

**Totals:** 38 transfer(s), $25,440.20