Defendant: **Jemmys HVAC Corp.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234919 | $2,018.92 | 7/24/18 | 23929625A-IN | 7/24/18 | $2,018.92 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235363 | $1,347.83 | 7/26/18 | 24163789A-IN | 7/26/18 | $1,347.83 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236615 | $1,209.85 | 8/2/18 | 24224087A-IN | 8/2/18 | $1,209.85 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236950 | $1,202.92 | 8/3/18 | 24241376A-IN | 8/2/18 | $1,202.92 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241161 | $5,816.76 | 8/30/18 | 24414764A-IN | 8/29/18 | $1,838.92 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241161 | $5,816.76 | 8/30/18 | 24393415A-IN | 8/30/18 | $3,977.84 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245019 | $2,023.08 | 9/27/18 | 24530908A-IN | 9/26/18 | $2,023.08 |

Totals:   6 transfer(s),  $13,619.36