Defendant: **JPHowell and Associates Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233976 | $75.00 | 7/19/18 | 24137845A-IN | 7/18/18 | $75.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234277 | $35.00 | 7/20/18 | 23898833A-IN | 7/20/18 | $35.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234531 | $591.36 | 7/23/18 | 23893371A-IN | 7/23/18 | $591.36 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235263 | $175.00 | 7/26/18 | 6100712C-IN | 7/26/18 | $100.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235263 | $175.00 | 7/26/18 | 2899228C-IN | 7/26/18 | $75.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235767 | $100.00 | 7/30/18 | 20578956C-IN | 7/30/18 | $100.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235989 | $79.00 | 7/31/18 | 24269505A-IN | 7/30/18 | $79.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236267 | $863.35 | 8/1/18 | 24041377A-IN | 7/31/18 | $863.35 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236494 | $573.53 | 8/2/18 | 24001385A-IN | 8/2/18 | $573.53 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236791 | $2,495.74 | 8/3/18 | 24014708A-IN | 8/2/18 | $2,495.74 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237108 | $35.00 | 8/6/18 | 24274235A-IN | 8/4/18 | $35.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237674 | $35.00 | 8/8/18 | 24118599A-IN | 8/7/18 | $35.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237818 | $1,056.68 | 8/9/18 | 20321826D-IN | 8/8/18 | $350.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237818 | $1,056.68 | 8/9/18 | 21694922C-IN | 8/8/18 | $341.68 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237818 | $1,056.68 | 8/9/18 | 2611904D-IN | 8/8/18 | $150.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237818 | $1,056.68 | 8/9/18 | 2730571F-IN | 8/8/18 | $150.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237818 | $1,056.68 | 8/9/18 | 24222223A-IN | 8/8/18 | $65.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237962 | $319.39 | 8/10/18 | 23898833A-IN | 8/10/18 | $319.39 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238180 | $100.00 | 8/13/18 | 21383109B-IN | 8/13/18 | $100.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238581 | $835.00 | 8/15/18 | 23939201A-IN | 8/14/18 | $800.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238581 | $835.00 | 8/15/18 | 24376361A-IN | 8/14/18 | $35.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239408 | $100.00 | 8/21/18 | 8136517E-IN | 8/20/18 | $100.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239845 | $1,948.64 | 8/23/18 | 23939201A-IN | 8/23/18 | $1,395.55 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239845 | $1,948.64 | 8/23/18 | 24137845A-IN | 8/23/18 | $553.09 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240029 | $222.18 | 8/24/18 | 23964098A-IN | 8/24/18 | $222.18 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241034 | $1,558.43 | 8/30/18 | 24269505A-IN | 8/29/18 | $1,158.43 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241034 | $1,558.43 | 8/30/18 | 24038454A-IN | 8/30/18 | $400.00 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242112 | $263.16 | 9/6/18 | 3924880C-IN | 9/6/18 | $263.16 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242260 | $869.19 | 9/7/18 | 24038454A-IN | 9/6/18 | $869.19 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242636 | $456.77 | 9/11/18 | 24118599A-IN | 9/11/18 | $456.77 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242856 | $180.00 | 9/12/18 | 24334922B-IN | 9/11/18 | $75.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242856 | $180.00 | 9/12/18 | 24446355A-IN | 9/11/18 | $70.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242856 | $180.00 | 9/12/18 | 24335484A-IN | 9/11/18 | $35.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243014 | $930.20 | 9/13/18 | 24069651A-IN | 9/12/18 | $930.20 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243375 | $2,210.00 | 9/17/18 | 24476280A-IN | 9/17/18 | $2,070.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243375 | $2,210.00 | 9/17/18 | 24520733A-IN | 9/17/18 | $70.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243375 | $2,210.00 | 9/17/18 | 24444964A-IN | 9/17/18 | $70.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243572 | $800.00 | 9/18/18 | 24132077A-IN | 9/17/18 | $800.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243776 | $165.00 | 9/19/18 | 24405836A-IN | 9/18/18 | $85.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243776 | $165.00 | 9/19/18 | 24427337A-IN | 9/18/18 | $80.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244529 | $35.00 | 9/25/18 | 24541178A-IN | 9/25/18 | $35.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244920 | $1,920.14 | 9/27/18 | 24132077A-IN | 9/26/18 | $1,920.14 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246503 | $4,009.37 | 10/8/18 | 24432686A-IN | 10/6/18 | $2,231.73 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246503 | $4,009.37 | 10/8/18 | 24274235A-IN | 10/6/18 | $1,707.64 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246503 | $4,009.37 | 10/8/18 | 24432686A-IN | 10/6/18 | $35.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246503 | $4,009.37 | 10/8/18 | 24575331A-IN | 10/8/18 | $35.00 |

**Totals:**   30 transfer(s),   $23,037.13