**Defendant:** Juan Manuel Estrada
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234232 | $1,491.23 | 7/20/18 | 24058932A-IN | 7/19/18 | $265.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234232 | $1,491.23 | 7/20/18 | 23855384A-IN | 7/20/18 | $1,226.23 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234470 | $950.76 | 7/23/18 | 24223795A-IN | 7/23/18 | $265.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234470 | $950.76 | 7/23/18 | 23477083C-IN | 7/23/18 | $246.38 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234470 | $950.76 | 7/23/18 | 6002409B-IN | 7/23/18 | $246.38 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234470 | $950.76 | 7/23/18 | 24250207A-IN | 7/23/18 | $193.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235707 | $1,558.97 | 7/30/18 | 23881289A-IN | 7/30/18 | $1,172.97 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235707 | $1,558.97 | 7/30/18 | 23542555B-IN | 7/30/18 | $193.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235707 | $1,558.97 | 7/30/18 | 24266203A-IN | 7/30/18 | $193.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235924 | $1,042.13 | 7/31/18 | 23796649A-IN | 7/31/18 | $1,042.13 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236213 | $1,114.75 | 8/1/18 | 24072782A-IN | 8/1/18 | $1,114.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236716 | $750.00 | 8/3/18 | 24012965A-IN | 8/3/18 | $750.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237013 | $623.22 | 8/6/18 | 24012965A-IN | 8/3/18 | $623.22 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237777 | $457.00 | 8/9/18 | 23879947ACR-IN | 8/9/18 | $224.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237777 | $457.00 | 8/9/18 | 24232001A-IN | 8/9/18 | $193.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237777 | $457.00 | 8/9/18 | 24152123A-IN | 8/9/18 | $40.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238125 | $1,029.00 | 8/13/18 | 24014543A-IN | 8/12/18 | $1,029.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238706 | $295.00 | 8/16/18 | 24265193A-IN | 8/15/18 | $127.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238706 | $295.00 | 8/16/18 | 24366110A-IN | 8/15/18 | $127.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238706 | $295.00 | 8/16/18 | 24385531A-IN | 8/15/18 | $40.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239793 | $922.76 | 8/23/18 | 7493045E-IN | 8/23/18 | $246.38 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239793 | $922.76 | 8/23/18 | 23855384B-IN | 8/23/18 | $246.38 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239793 | $922.76 | 8/23/18 | 24352915A-IN | 8/23/18 | $215.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239793 | $922.76 | 8/23/18 | 24361832A-IN | 8/23/18 | $215.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240216 | $1,660.55 | 8/27/18 | 23668057A-IN | 8/24/18 | $1,048.05 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240216 | $1,660.55 | 8/27/18 | 22954663A-IN | 8/24/18 | $215.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240216 | $1,660.55 | 8/27/18 | 24058932A-IN | 8/27/18 | $397.50 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240970 | $1,949.34 | 8/30/18 | 24266203A-IN | 8/30/18 | $1,949.34 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241216 | $1,284.47 | 8/31/18 | 23542555B-IN | 8/31/18 | $1,284.47 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242078 | $795.24 | 9/6/18 | 24250207A-IN | 9/6/18 | $580.24 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242078 | $795.24 | 9/6/18 | 24094272A-IN | 9/6/18 | $215.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242414 | $2,189.49 | 9/10/18 | 24493055A-IN | 9/7/18 | $193.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242414 | $2,189.49 | 9/10/18 | 24232001A-IN | 9/10/18 | $1,996.49 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242593 | $214.14 | 9/11/18 | 18970782C-IN | 9/11/18 | $214.14 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242812 | $151.76 | 9/12/18 | 19275737B-IN | 9/11/18 | $151.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242967 | $267.76 | 9/13/18 | 23772431B-IN | 9/13/18 | $267.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243743 | $249.59 | 9/19/18 | 23744478B-IN | 9/18/18 | $249.59 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243929 | $64.14 | 9/20/18 | 6002409B-IN | 9/20/18 | $64.14 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244117 | $775.00 | 9/21/18 | 24152123A-IN | 9/20/18 | $775.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244305 | $1,066.48 | 9/24/18 | 24152123A-IN | 9/22/18 | $1,066.48 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244873 | $1,965.00 | 9/27/18 | 22954663A-IN | 9/27/18 | $1,965.00 |

Totals:    24 transfer(s),   $22,867.78