Defendant: **Juan Olivas**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233911 | $1,382.21 | 7/19/18 | 23530644A-IN | 7/19/18 | $1,382.21 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234243 | $97.00 | 7/20/18 | 23530644A-IN | 7/19/18 | $97.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234745 | $685.61 | 7/24/18 | 24063600A-IN | 7/24/18 | $685.61 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235224 | $636.41 | 7/26/18 | 24063600A-IN | 7/26/18 | $636.41 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235723 | $1,066.89 | 7/30/18 | 23892881B-IN | 7/30/18 | $566.89 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235723 | $1,066.89 | 7/30/18 | 24115427A-IN | 7/30/18 | $500.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236228 | $552.61 | 8/1/18 | 23729220C-IN | 7/31/18 | $552.61 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236444 | $189.79 | 8/2/18 | 23970284B-IN | 8/2/18 | $189.79 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237038 | $1,913.34 | 8/6/18 | 23738235A-IN | 8/2/18 | $251.43 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237038 | $1,913.34 | 8/6/18 | 24115427A-IN | 8/6/18 | $961.91 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237038 | $1,913.34 | 8/6/18 | 23792836A-IN | 8/6/18 | $700.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237789 | $867.59 | 8/9/18 | 23792836A-IN | 8/9/18 | $867.59 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238546 | $474.13 | 8/15/18 | 23391590B-IN | 8/15/18 | $474.13 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238723 | $800.00 | 8/16/18 | 23983992A-IN | 8/16/18 | $800.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239171 | $2,442.54 | 8/20/18 | 24099192A-IN | 8/20/18 | $1,500.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239171 | $2,442.54 | 8/20/18 | 23983992A-IN | 8/20/18 | $942.54 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239998 | $348.08 | 8/24/18 | 23650321A-IN | 8/24/18 | $348.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240459 | $5,567.41 | 8/28/18 | 24099192A-IN | 8/27/18 | $4,145.55 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240459 | $5,567.41 | 8/28/18 | 23792836A-IN | 8/27/18 | $1,421.86 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240988 | $500.00 | 8/30/18 | 24227079A-IN | 8/30/18 | $500.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241943 | $1,684.49 | 9/5/18 | 24227079A-IN | 9/5/18 | $1,084.49 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241943 | $1,684.49 | 9/5/18 | 24287905A-IN | 9/5/18 | $600.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242232 | $1,459.93 | 9/7/18 | 24287905A-IN | 9/6/18 | $959.93 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242232 | $1,459.93 | 9/7/18 | 24290950A-IN | 9/6/18 | $500.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242429 | $779.14 | 9/10/18 | 24290950A-IN | 9/10/18 | $779.14 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242980 | $1,737.92 | 9/13/18 | 24299775A-IN | 9/13/18 | $1,737.92 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243755 | $700.00 | 9/19/18 | 24341459A-IN | 9/19/18 | $700.00 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244503 | $1,903.58 | 9/25/18 | 24341459A-IN | 9/25/18 | $1,903.58 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244708 | $500.00 | 9/26/18 | 24214011A-IN | 9/26/18 | $500.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245137 | $1,977.78 | 9/28/18 | 24214011A-IN | 9/27/18 | $1,977.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245560 | $1,463.89 | 10/2/18 | 24312056A-IN | 10/1/18 | $1,463.89 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245795 | $1,390.33 | 10/3/18 | 24117861A-IN | 10/3/18 | $1,390.33 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245975 | $1,200.00 | 10/4/18 | 24263337A-IN | 10/4/18 | $1,200.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246437 | $300.50 | 10/8/18 | 23792836B-IN | 10/5/18 | $300.50 |

Totals:     27 transfer(s),  $32,621.17

18-23538-shl    Doc 6960-1    Filed 02/03/20    Entered 02/03/20 22:20:45    Exhibit A
Transfers During Preference Period

Juan Olivas
Bankruptcy Case: Sears Holding Corporation, et al.
February 1, 2020                        Exhibit A                        P. 2