Defendant: **Kalil Bottling Co.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982607 | $1,382.37 | 7/23/18 | 811562116 | 6/6/18 | $119.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982607 | $1,382.37 | 7/23/18 | 811583913 | 6/8/18 | $758.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982607 | $1,382.37 | 7/23/18 | 811585007 | 6/8/18 | $540.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982607 | $1,382.37 | 7/23/18 | 811865010 | 7/6/18 | -$36.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985991 | $584.97 | 7/30/18 | 811632116 | 6/13/18 | $142.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985991 | $584.97 | 7/30/18 | 811652932 | 6/18/18 | $636.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985991 | $584.97 | 7/30/18 | 811953610 | 7/16/18 | -$194.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989416 | $738.32 | 8/8/18 | 811702115 | 6/20/18 | $177.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989416 | $738.32 | 8/8/18 | 811723913 | 6/22/18 | $560.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992989 | $1,247.40 | 8/15/18 | 811772113 | 6/27/18 | $233.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992989 | $1,247.40 | 8/15/18 | 811792935 | 7/2/18 | $555.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992989 | $1,247.40 | 8/15/18 | 811833608 | 7/2/18 | $458.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997182 | $2,369.60 | 8/22/18 | 811840803 | 7/5/18 | $147.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997182 | $2,369.60 | 8/22/18 | 811865009 | 7/6/18 | $1,325.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997182 | $2,369.60 | 8/22/18 | 811863913 | 7/9/18 | $444.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997182 | $2,369.60 | 8/22/18 | 811862935 | 7/9/18 | $422.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997182 | $2,369.60 | 8/22/18 | 811863912 | 7/9/18 | $40.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997182 | $2,369.60 | 8/22/18 | 811862935 | 7/9/18 | -$10.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000539 | $4,315.53 | 8/31/18 | 811912116 | 7/11/18 | $205.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000539 | $4,315.53 | 8/31/18 | 811932932 | 7/16/18 | $3,516.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000539 | $4,315.53 | 8/31/18 | 811953609 | 7/16/18 | $447.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000539 | $4,315.53 | 8/31/18 | 88932934 | 7/16/18 | $145.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004019 | $1,251.06 | 9/7/18 | 811982118 | 7/18/18 | $183.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004019 | $1,251.06 | 9/7/18 | 812003915 | 7/20/18 | $1,089.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004019 | $1,251.06 | 9/7/18 | 812293913 | 8/20/18 | -$22.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011628 | $1,153.18 | 9/21/18 | 812122113 | 8/1/18 | $182.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011628 | $1,153.18 | 9/21/18 | 812143932 | 8/6/18 | $508.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011628 | $1,153.18 | 9/21/18 | 812163608 | 8/6/18 | $462.61 |

Totals:    8 transfer(s),  $13,042.43