**Defendant:** Kandy Koehn Reddoch
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234715 | $160.00 | 7/23/18 | PER072318-IN | 7/23/18 | $80.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234715 | $160.00 | 7/23/18 | PER072318-1-IN | 7/23/18 | $80.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234984 | $4,649.05 | 7/24/18 | REIM072418-IN | 7/24/18 | $1,768.23 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234984 | $4,649.05 | 7/24/18 | PER072418-2-IN | 7/24/18 | $1,600.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234984 | $4,649.05 | 7/24/18 | PER072418-3-IN | 7/24/18 | $1,040.82 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234984 | $4,649.05 | 7/24/18 | PER072418-1-IN | 7/24/18 | $80.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234984 | $4,649.05 | 7/24/18 | PER072418-4-IN | 7/24/18 | $80.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234984 | $4,649.05 | 7/24/18 | PER072418-IN | 7/24/18 | $80.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236419 | $1,938.83 | 8/1/18 | PER080118-3-IN | 8/1/18 | $800.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236419 | $1,938.83 | 8/1/18 | REIM080118-IN | 8/1/18 | $534.67 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236419 | $1,938.83 | 8/1/18 | PER080118-5-IN | 8/1/18 | $275.68 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236419 | $1,938.83 | 8/1/18 | PER080118-1-IN | 8/1/18 | $128.48 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236419 | $1,938.83 | 8/1/18 | PER070118-IN | 8/1/18 | $80.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236419 | $1,938.83 | 8/1/18 | PER080118-4-IN | 8/1/18 | $80.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236419 | $1,938.83 | 8/1/18 | PER080118-2-IN | 8/1/18 | $40.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239136 | $2,132.74 | 8/17/18 | REIM081718-IN | 8/17/18 | $1,359.38 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239136 | $2,132.74 | 8/17/18 | PER081718-IN | 8/17/18 | $773.36 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240442 | $3,367.99 | 8/27/18 | REIM082718-IN | 8/27/18 | $1,423.52 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240442 | $3,367.99 | 8/27/18 | PER082718-1-IN | 8/27/18 | $814.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240442 | $3,367.99 | 8/27/18 | REIM082718-1-IN | 8/27/18 | $567.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240442 | $3,367.99 | 8/27/18 | PER082718-IN | 8/27/18 | $562.69 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242390 | $90.00 | 9/7/18 | PER090718-IN | 9/7/18 | $90.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242787 | $1,367.29 | 9/11/18 | REIM091118-IN | 9/11/18 | $820.68 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242787 | $1,367.29 | 9/11/18 | PER091118-IN | 9/11/18 | $546.61 |

**Totals:** 7 transfer(s), $13,705.90