| Defendant: | KB Air & Heating, LLC |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233605 | $110.00 | 7/17/18 | 22464837C-IN | 7/16/18 | $110.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234118 | $110.00 | 7/19/18 | 23941306B-IN | 7/18/18 | $110.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234361 | $1,507.68 | 7/20/18 | 24171795A-IN | 7/20/18 | $1,507.68 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235588 | $435.00 | 7/27/18 | 24104271B-IN | 7/26/18 | $285.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235588 | $435.00 | 7/27/18 | 24199290B-IN | 7/26/18 | $150.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235863 | $185.00 | 7/30/18 | 23499566C-IN | 7/27/18 | $185.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236596 | $305.00 | 8/2/18 | 22873031B-IN | 8/1/18 | $195.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236596 | $305.00 | 8/2/18 | 22238133B-IN | 8/1/18 | $110.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236924 | $1,047.50 | 8/3/18 | 24201702B-IN | 8/2/18 | $547.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236924 | $1,047.50 | 8/3/18 | 24199290B-IN | 8/3/18 | $300.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236924 | $1,047.50 | 8/3/18 | 24201702B-IN | 8/3/18 | $200.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237289 | $580.00 | 8/6/18 | 22463275B-IN | 8/3/18 | $345.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237289 | $580.00 | 8/6/18 | 22685738B-IN | 8/6/18 | $235.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237738 | $1,694.11 | 8/8/18 | 24280970A-IN | 8/8/18 | $1,644.99 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237738 | $1,694.11 | 8/8/18 | 22600321ACR-IN | 8/8/18 | $16.56 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237738 | $1,694.11 | 8/8/18 | 22626382ACR-IN | 8/8/18 | $16.56 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237738 | $1,694.11 | 8/8/18 | 22406449ACR-IN | 8/8/18 | $16.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237890 | $1,264.00 | 8/9/18 | 23996217A-IN | 8/9/18 | $1,264.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238033 | $110.00 | 8/10/18 | 23499566C-IN | 8/10/18 | $110.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238853 | $1,756.94 | 8/16/18 | 24351584A-IN | 8/16/18 | $1,756.94 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239068 | $221.67 | 8/17/18 | 24055341A-IN | 8/17/18 | $146.67 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239068 | $221.67 | 8/17/18 | 23036280C-IN | 8/17/18 | $75.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239506 | $75.00 | 8/21/18 | 24026451C-IN | 8/20/18 | $75.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240582 | $1,446.23 | 8/28/18 | 24424240A-IN | 8/28/18 | $1,446.23 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241140 | $1,663.75 | 8/30/18 | 24396413A-IN | 8/30/18 | $1,663.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242170 | $995.48 | 9/6/18 | 24397378A-IN | 9/6/18 | $995.48 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242321 | $931.25 | 9/7/18 | 23128014D-IN | 9/7/18 | $860.00 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242321 | $931.25 | 9/7/18 | 24502429A-IN | 9/7/18 | $71.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242540 | $1,741.24 | 9/10/18 | 24452436A-IN | 9/10/18 | $1,741.24 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242710 | $1,297.43 | 9/11/18 | 24427229A-IN | 9/11/18 | $1,057.43 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242710 | $1,297.43 | 9/11/18 | 23386651C-IN | 9/11/18 | $240.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244042 | $1,733.00 | 9/20/18 | 24556600A-IN | 9/20/18 | $1,398.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244042 | $1,733.00 | 9/20/18 | 24046562ACR-IN | 9/20/18 | $335.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245505 | $192.85 | 10/1/18 | 24556600A-IN | 10/1/18 | $192.85 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246099 | $1,894.73 | 10/4/18 | 24611061A-IN | 10/3/18 | $1,894.73 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246306 | $2,050.94 | 10/5/18 | 24627834A-IN | 10/5/18 | $2,050.94 |

Totals:    24 transfer(s),  $23,348.80