Defendant: **Kendall Q Carter Contracting LLC**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234366 | $186.52 | 7/20/18 | 23843006A-IN | 7/19/18 | $186.52 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236117 | $850.00 | 7/31/18 | 23064020A-IN | 7/31/18 | $850.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237308 | $1,443.40 | 8/6/18 | 23064020A-IN | 8/3/18 | $1,443.40 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237742 | $495.72 | 8/8/18 | 23696510A-IN | 8/8/18 | $495.72 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238251 | $2,178.15 | 8/13/18 | 23901239A-IN | 8/13/18 | $2,178.15 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238438 | $1,000.00 | 8/14/18 | 23944328A-IN | 8/14/18 | $1,000.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239746 | $175.00 | 8/22/18 | 24044372A-IN | 8/22/18 | $175.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240387 | $2,213.03 | 8/27/18 | 23850888A-IN | 8/27/18 | $2,038.03 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240387 | $2,213.03 | 8/27/18 | 23995441A-IN | 8/27/18 | $175.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240865 | $1,799.65 | 8/29/18 | 23944328A-IN | 8/28/18 | $1,799.65 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241149 | $600.00 | 8/30/18 | 23911355A-IN | 8/30/18 | $600.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241392 | $1,505.84 | 8/31/18 | 23911355A-IN | 8/31/18 | $1,505.84 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242718 | $1,775.40 | 9/11/18 | 24074896A-IN | 9/10/18 | $1,775.40 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243099 | $1,616.06 | 9/13/18 | 24329885A-IN | 9/13/18 | $1,616.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243245 | $325.83 | 9/14/18 | 20002294B-IN | 9/14/18 | $325.83 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243463 | $1,963.13 | 9/17/18 | 24279241A-IN | 9/14/18 | $1,963.13 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243644 | $250.00 | 9/18/18 | 24026849A-IN | 9/18/18 | $250.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243878 | $140.07 | 9/19/18 | 24327580A-IN | 9/19/18 | $140.07 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244049 | $250.00 | 9/20/18 | 24184898A-IN | 9/20/18 | $250.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244446 | $2,665.50 | 9/24/18 | 24406753A-IN | 9/24/18 | $2,665.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246685 | $2,674.39 | 10/8/18 | 24410993A-IN | 10/5/18 | $2,424.39 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246685 | $2,674.39 | 10/8/18 | 24376128C-IN | 10/6/18 | $250.00 |

Totals: 20 transfer(s), $24,107.69