Defendant: **Khanh Cong Pham**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986620 | $1,907.00 | 7/23/18 | AAC026181976026 | 7/16/18 | $1,907.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990073 | $1,534.00 | 7/30/18 | AAC026182046026 | 7/23/18 | $1,534.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993711 | $1,516.00 | 8/6/18 | AAC026182116026 | 7/30/18 | $1,516.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997775 | $2,945.00 | 8/13/18 | AAC026182186026 | 8/6/18 | $2,945.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999335 | $132.00 | 8/15/18 | 27 | 7/30/18 | $132.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001207 | $2,068.00 | 8/20/18 | AAC026182256026 | 8/13/18 | $2,068.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004650 | $2,389.00 | 8/27/18 | AAC026182326026 | 8/20/18 | $2,389.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008152 | $1,802.00 | 9/3/18 | AAC026182396026 | 8/27/18 | $1,802.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012191 | $2,410.00 | 9/10/18 | AAC026182466026 | 9/3/18 | $2,410.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015629 | $1,608.00 | 9/17/18 | AAC026182536026 | 9/10/18 | $1,608.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019091 | $1,532.00 | 9/24/18 | AAC026182606026 | 9/17/18 | $1,532.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022611 | $1,888.00 | 10/1/18 | AAC026182676026 | 9/24/18 | $1,888.00 |

Totals:    12 transfer(s),   $21,731.00