| Defendant: | **KS Design Remodeling Inc.** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234061 | $2,878.27 | 7/19/18 | 23852038A-IN | 7/17/18 | $2,878.27 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238219 | $1,970.93 | 8/13/18 | 24003410A-IN | 8/10/18 | $1,970.93 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239469 | $2,931.95 | 8/21/18 | 24305253A-IN | 8/21/18 | $2,931.95 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240550 | $3,924.29 | 8/28/18 | 24310172A-IN | 8/27/18 | $3,924.29 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240820 | $2,617.03 | 8/29/18 | 24345414A-IN | 8/29/18 | $2,617.03 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241716 | $6,365.58 | 9/4/18 | 24003410A-IN | 8/31/18 | $316.46 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241716 | $6,365.58 | 9/4/18 | 24361297C-IN | 9/2/18 | $4,174.91 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241716 | $6,365.58 | 9/4/18 | 24361297A-IN | 9/2/18 | $1,874.21 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246276 | $6,506.91 | 10/5/18 | 24299314A-IN | 10/4/18 | $6,506.91 |

Totals:    7 transfer(s),  $27,194.96