| | |
|---|---|
| Defendant: | **KS Heating and Air Conditioning, Inc.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237177 | $1,831.05 | 8/6/18 | 24174630A-IN | 8/4/18 | $1,661.05 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237177 | $1,831.05 | 8/6/18 | 24174630A-IN | 8/4/18 | $170.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238202 | $1,428.42 | 8/13/18 | 24229569A-IN | 8/10/18 | $1,428.42 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239885 | $3,670.31 | 8/23/18 | 24325346A-IN | 8/22/18 | $2,284.20 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239885 | $3,670.31 | 8/23/18 | 24339084A-IN | 8/22/18 | $1,386.11 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240798 | $2,478.25 | 8/29/18 | 24326955A-IN | 8/28/18 | $2,308.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240798 | $2,478.25 | 8/29/18 | 24326955A-IN | 8/28/18 | $170.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241675 | $1,981.51 | 9/4/18 | 24263272A-IN | 9/1/18 | $1,981.51 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242885 | $1,822.40 | 9/12/18 | 24414875A-IN | 9/11/18 | $1,822.40 |

Totals: 6 transfer(s), $13,211.94