Defendant: **Kung Chae**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233912 | $207.38 | 7/19/18 | 24209980A-IN | 7/19/18 | $207.38 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234488 | $730.36 | 7/23/18 | 24040263A-IN | 7/23/18 | $730.36 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235022 | $1,195.24 | 7/25/18 | 23931080A-IN | 7/25/18 | $1,195.24 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235458 | $150.18 | 7/27/18 | 23931080A-IN | 7/26/18 | $150.18 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236734 | $1,681.70 | 8/3/18 | 23986192A-IN | 8/3/18 | $1,478.70 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236734 | $1,681.70 | 8/3/18 | 23986192A-IN | 8/3/18 | $203.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237647 | $850.91 | 8/8/18 | 24181272A-IN | 8/8/18 | $850.91 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237790 | $111.65 | 8/9/18 | 23367180B-IN | 8/8/18 | $111.65 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238140 | $1,354.15 | 8/13/18 | 24125231A-IN | 8/13/18 | $1,354.15 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239172 | $2,032.67 | 8/20/18 | 24198870A-IN | 8/20/18 | $2,032.67 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240230 | $403.33 | 8/27/18 | 23828784A-IN | 8/27/18 | $170.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240230 | $403.33 | 8/27/18 | 24424988A-IN | 8/27/18 | $115.83 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240230 | $403.33 | 8/27/18 | 24063274A-IN | 8/27/18 | $67.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240230 | $403.33 | 8/27/18 | 24410648A-IN | 8/27/18 | $50.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240460 | $282.88 | 8/28/18 | 23558708A-IN | 8/28/18 | $282.88 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241521 | $1,322.67 | 9/4/18 | 24264084A-IN | 8/31/18 | $1,322.67 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242092 | $822.88 | 9/6/18 | 24328308A-IN | 9/6/18 | $822.88 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242430 | $205.00 | 9/10/18 | 24497701A-IN | 9/10/18 | $137.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242430 | $205.00 | 9/10/18 | 24497701B-IN | 9/10/18 | $67.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242606 | $474.03 | 9/11/18 | 24513717A-IN | 9/10/18 | $145.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242606 | $474.03 | 9/11/18 | 24392880A-IN | 9/10/18 | $108.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242606 | $474.03 | 9/11/18 | 24466007A-IN | 9/10/18 | $108.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242606 | $474.03 | 9/11/18 | 24515325B-IN | 9/11/18 | $112.19 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242826 | $827.65 | 9/12/18 | 24410648A-IN | 9/12/18 | $827.65 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242981 | $4.10 | 9/13/18 | 23818550A-IN | 9/12/18 | $4.10 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243342 | $2,429.36 | 9/17/18 | 24209980A-IN | 9/17/18 | $2,429.36 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243522 | $240.96 | 9/18/18 | 15759597C-IN | 9/18/18 | $240.96 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244128 | $505.98 | 9/21/18 | 24519290A-IN | 9/21/18 | $505.98 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244890 | $136.03 | 9/27/18 | 24209980A-IN | 9/27/18 | $136.03 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245139 | $1,743.09 | 9/28/18 | 24424988A-IN | 9/27/18 | $1,243.15 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245139 | $1,743.09 | 9/28/18 | 24519323A-IN | 9/27/18 | $499.94 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245362 | $182.33 | 10/1/18 | 24559331A-IN | 9/28/18 | $182.33 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245562 | $187.35 | 10/2/18 | 24532517A-IN | 10/2/18 | $187.35 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245796 | $113.94 | 10/3/18 | 24598897A-IN | 10/2/18 | $113.94 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245976 | $108.12 | 10/4/18 | 24610170A-IN | 10/4/18 | $108.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246174 | $50.00 | 10/5/18 | 24627292A-IN | 10/4/18 | $50.00 |

Totals:    27 transfer(s),  $18,353.94

Kung Chae

Bankruptcy Case: Sears Holding Corporation, et al.

February 1, 2020

Exhibit A

P. 2