Defendant: **Kw Home Improvement Ltd.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234865 | $309.57 | 7/24/18 | 24137321A-IN | 7/24/18 | $309.57 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235119 | $170.50 | 7/25/18 | 24207412A-IN | 7/25/18 | $135.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235119 | $170.50 | 7/25/18 | 24262704A-IN | 7/25/18 | $35.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235554 | $2,214.53 | 7/27/18 | 23840070A-IN | 7/27/18 | $1,845.55 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235554 | $2,214.53 | 7/27/18 | 23840070C-IN | 7/27/18 | $368.98 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237504 | $247.00 | 8/7/18 | 24324018A-IN | 8/6/18 | $120.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237504 | $247.00 | 8/7/18 | 24250076B-IN | 8/6/18 | $92.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237504 | $247.00 | 8/7/18 | 24130871A-IN | 8/6/18 | $35.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238009 | $82.26 | 8/10/18 | 24347391A-IN | 8/10/18 | $82.26 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238629 | $1,553.53 | 8/15/18 | 24207412A-IN | 8/15/18 | $1,553.53 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240345 | $85.82 | 8/27/18 | 24294310A-IN | 8/24/18 | $85.82 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241344 | $1,224.27 | 8/31/18 | 24324018A-IN | 8/31/18 | $735.15 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241344 | $1,224.27 | 8/31/18 | 24250076B-IN | 8/31/18 | $381.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241344 | $1,224.27 | 8/31/18 | 24343092B-IN | 8/31/18 | $108.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241724 | $3,369.99 | 9/4/18 | 24294310A-IN | 8/31/18 | $2,216.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241724 | $3,369.99 | 9/4/18 | 24460410A-IN | 8/31/18 | $75.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241724 | $3,369.99 | 9/4/18 | 24398803A-IN | 8/31/18 | $35.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241724 | $3,369.99 | 9/4/18 | 24347391A-IN | 9/1/18 | $1,043.87 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242008 | $35.00 | 9/5/18 | 23780963C-IN | 9/5/18 | $35.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242157 | $1,912.90 | 9/6/18 | 24130871A-IN | 9/5/18 | $1,912.90 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242303 | $35.00 | 9/7/18 | 24493026A-IN | 9/7/18 | $35.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243067 | $35.00 | 9/13/18 | 24491036A-IN | 9/12/18 | $35.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243227 | $426.98 | 9/14/18 | 24374360A-IN | 9/13/18 | $355.41 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243227 | $426.98 | 9/14/18 | 24374360A-IN | 9/13/18 | $71.57 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243428 | $90.00 | 9/17/18 | 23594335A-IN | 9/15/18 | $90.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243840 | $35.00 | 9/19/18 | 24500001A-IN | 9/18/18 | $35.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244216 | $110.00 | 9/21/18 | 24562266A-IN | 9/21/18 | $40.00 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244216 | $110.00 | 9/21/18 | 24549392A-IN | 9/21/18 | $35.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244216 | $110.00 | 9/21/18 | 24562266B-IN | 9/21/18 | $35.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244793 | $1,691.44 | 9/26/18 | 24398803A-IN | 9/25/18 | $1,284.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244793 | $1,691.44 | 9/26/18 | 24493026A-IN | 9/25/18 | $406.94 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245233 | $353.20 | 9/28/18 | 24460410A-IN | 9/28/18 | $353.20 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245468 | $1,477.56 | 10/1/18 | 24343092B-IN | 9/28/18 | $1,477.56 |

Totals:    20 transfer(s),  $15,459.55