Defendant: **Larry Methvin Installation Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| StarWest, LLC | StarWest, LLC | 63567 | $9,227.20 | 7/18/18 | KNIGHTS HOCKEY PLAYOFF | 7/6/18 | $9,227.20 |
| StarWest, LLC | StarWest, LLC | 63821 | $4,000.00 | 9/13/18 | 40000453-1 31812786 | 8/22/18 | $4,000.00 |

Totals: 2 transfer(s), $13,227.20