Defendant: **Lawrence Williams**

Bankruptcy Case  **Sears Holding Corporation, et al.**

Preference Period:  **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237055 | $4,263.89 | 8/6/18 | 23960482A-IN | 8/4/18 | $2,903.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237055 | $4,263.89 | 8/6/18 | 23950470A-IN | 8/4/18 | $1,360.64 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240235 | $4,791.21 | 8/27/18 | 24134996A-IN | 8/27/18 | $4,791.21 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241532 | $3,365.79 | 9/4/18 | 24310010A-IN | 9/3/18 | $1,847.89 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241532 | $3,365.79 | 9/4/18 | 24382195A-IN | 9/4/18 | $1,517.90 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245570 | $540.75 | 10/2/18 | 24262766A-IN | 10/2/18 | $540.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245802 | $885.50 | 10/3/18 | 24509185A-IN | 10/2/18 | $885.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246453 | $378.20 | 10/8/18 | 24353559A-IN | 10/6/18 | $378.20 |

**Totals:**    **6 transfer(s),  $14,225.34**