| Defendant: | **Leick Furniture, Inc.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90681 | $2,376.00 | 7/18/18 | 00007788AA | 5/14/18 | $473.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90681 | $2,376.00 | 7/18/18 | 00007793AA | 5/14/18 | $278.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90681 | $2,376.00 | 7/18/18 | 00007789AA | 5/14/18 | $211.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90681 | $2,376.00 | 7/18/18 | 00007782AA | 5/14/18 | $186.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90681 | $2,376.00 | 7/18/18 | 00007795AA | 5/14/18 | $163.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90681 | $2,376.00 | 7/18/18 | 00007794AA | 5/14/18 | $158.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90681 | $2,376.00 | 7/18/18 | 00007790AA | 5/14/18 | $158.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90681 | $2,376.00 | 7/18/18 | 00007796AA | 5/14/18 | $154.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90681 | $2,376.00 | 7/18/18 | 00007791AA | 5/14/18 | $124.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90681 | $2,376.00 | 7/18/18 | 00007785AA | 5/14/18 | $124.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90681 | $2,376.00 | 7/18/18 | 00007784AA | 5/14/18 | $85.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90681 | $2,376.00 | 7/18/18 | 00007797AA | 5/14/18 | $78.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90681 | $2,376.00 | 7/18/18 | 00007792AA | 5/14/18 | $62.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90681 | $2,376.00 | 7/18/18 | 00007777AA | 5/14/18 | $62.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90681 | $2,376.00 | 7/18/18 | 00007779AA | 5/14/18 | $60.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91567 | $298.00 | 7/19/18 | 00008040AA | 5/15/18 | $196.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91567 | $298.00 | 7/19/18 | 00008041AA | 5/15/18 | $51.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91567 | $298.00 | 7/19/18 | 00008039AA | 5/15/18 | $51.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92224 | $670.00 | 7/20/18 | 00008186AA | 5/16/18 | $194.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92224 | $670.00 | 7/20/18 | 00008184AA | 5/16/18 | $179.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92224 | $670.00 | 7/20/18 | 00008187AA | 5/16/18 | $158.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92224 | $670.00 | 7/20/18 | 00008185AA | 5/16/18 | $139.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93126 | $720.00 | 7/23/18 | 00008395AA | 5/17/18 | $211.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93126 | $720.00 | 7/23/18 | 00008397AA | 5/17/18 | $83.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93126 | $720.00 | 7/23/18 | 00008396AA | 5/17/18 | $55.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93126 | $720.00 | 7/23/18 | 00008617AA | 5/18/18 | $211.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93126 | $720.00 | 7/23/18 | 00008616AA | 5/18/18 | $160.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94849 | $1,627.00 | 7/25/18 | 00009008AA | 5/21/18 | $335.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94849 | $1,627.00 | 7/25/18 | 00009007AA | 5/21/18 | $281.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94849 | $1,627.00 | 7/25/18 | 00009004AA | 5/21/18 | $247.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94849 | $1,627.00 | 7/25/18 | 00009005AA | 5/21/18 | $247.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94849 | $1,627.00 | 7/25/18 | 00009010AA | 5/21/18 | $158.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94849 | $1,627.00 | 7/25/18 | 00009003AA | 5/21/18 | $158.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94849 | $1,627.00 | 7/25/18 | 00009009AA | 5/21/18 | $139.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94849 | $1,627.00 | 7/25/18 | 00009006AA | 5/21/18 | $62.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96325 | $495.00 | 7/27/18 | 00009479AA | 5/23/18 | $211.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96325 | $495.00 | 7/27/18 | 00009478AA | 5/23/18 | $129.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96325 | $495.00 | 7/27/18 | 00009477AA | 5/23/18 | $89.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96325 | $495.00 | 7/27/18 | 00009476AA | 5/23/18 | $66.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97184 | $1,602.00 | 7/30/18 | 00009605AA | 5/24/18 | $212.00 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97184 | $1,602.00 | 7/30/18 | 00009602AA | 5/24/18 | $158.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97184 | $1,602.00 | 7/30/18 | 00009601AA | 5/24/18 | $130.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97184 | $1,602.00 | 7/30/18 | 00009599AA | 5/24/18 | $129.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97184 | $1,602.00 | 7/30/18 | 00009606AA | 5/24/18 | $124.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97184 | $1,602.00 | 7/30/18 | 00009604AA | 5/24/18 | $124.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97184 | $1,602.00 | 7/30/18 | 00009603AA | 5/24/18 | $112.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97184 | $1,602.00 | 7/30/18 | 00009600AA | 5/24/18 | $62.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97184 | $1,602.00 | 7/30/18 | 00009788AA | 5/25/18 | $196.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97184 | $1,602.00 | 7/30/18 | 00009785AA | 5/25/18 | $158.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97184 | $1,602.00 | 7/30/18 | 00009787AA | 5/25/18 | $112.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97184 | $1,602.00 | 7/30/18 | 00009786AA | 5/25/18 | $85.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99631 | $576.00 | 8/2/18 | 00000254AA | 5/29/18 | $206.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99631 | $576.00 | 8/2/18 | 00000257AA | 5/29/18 | $163.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99631 | $576.00 | 8/2/18 | 00000252AA | 5/29/18 | $163.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99631 | $576.00 | 8/2/18 | 00000255AA | 5/29/18 | $62.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99631 | $576.00 | 8/2/18 | 00000253AA | 5/29/18 | $51.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99631 | $576.00 | 8/2/18 | 00000256AA | 5/29/18 | $51.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99631 | $576.00 | 8/2/18 | 0000594312 | 7/27/18 | -$120.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00263 | $158.00 | 8/3/18 | 00000633AA | 5/30/18 | $158.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01110 | $132.60 | 8/6/18 | 00000825AA | 5/31/18 | $124.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01110 | $132.60 | 8/6/18 | 00000976AA | 6/1/18 | $80.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01110 | $132.60 | 8/6/18 | 0000441900 | 8/1/18 | -$71.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02708 | $290.35 | 8/8/18 | 00001358AA | 6/4/18 | $247.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02708 | $290.35 | 8/8/18 | 00001362AA | 6/4/18 | $124.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02708 | $290.35 | 8/8/18 | 00001361AA | 6/4/18 | $81.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02708 | $290.35 | 8/8/18 | 00001359AA | 6/4/18 | $60.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02708 | $290.35 | 8/8/18 | 00001360AA | 6/4/18 | $51.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02708 | $290.35 | 8/8/18 | 0000438832 | 8/2/18 | -$272.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03483 | $396.00 | 8/9/18 | 00001699AA | 6/5/18 | $238.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03483 | $396.00 | 8/9/18 | 00001700AA | 6/5/18 | $158.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04102 | $287.00 | 8/10/18 | 00001878AA | 6/6/18 | $158.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04102 | $287.00 | 8/10/18 | 00001877AA | 6/6/18 | $129.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04962 | $241.00 | 8/13/18 | 00002054AA | 6/7/18 | $60.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04962 | $241.00 | 8/13/18 | 00002053AA | 6/7/18 | $51.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04962 | $241.00 | 8/13/18 | 00002219AA | 6/8/18 | $68.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04962 | $241.00 | 8/13/18 | 00002220AA | 6/8/18 | $62.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06625 | $669.00 | 8/15/18 | 00002623AA | 6/11/18 | $194.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06625 | $669.00 | 8/15/18 | 00002625AA | 6/11/18 | $136.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06625 | $669.00 | 8/15/18 | 00002624AA | 6/11/18 | $129.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06625 | $669.00 | 8/15/18 | 00002656AA | 6/11/18 | $120.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06625 | $669.00 | 8/15/18 | 00002622AA | 6/11/18 | $90.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07465 | $158.00 | 8/16/18 | 00002945AA | 6/12/18 | $158.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08098 | $540.00 | 8/17/18 | 00003138AA | 6/13/18 | $163.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08098 | $540.00 | 8/17/18 | 00003136AA | 6/13/18 | $163.00 |

Leick Furniture, Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Exhibit A

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08098 | $540.00 | 8/17/18 | 00003135AA | 6/13/18 | $154.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08098 | $540.00 | 8/17/18 | 00003137AA | 6/13/18 | $60.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08978 | $141.00 | 8/20/18 | 00003531AA | 6/15/18 | $141.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10683 | $1,343.00 | 8/22/18 | 00003863AA | 6/18/18 | $453.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10683 | $1,343.00 | 8/22/18 | 00003866AA | 6/18/18 | $247.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10683 | $1,343.00 | 8/22/18 | 00003862AA | 6/18/18 | $194.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10683 | $1,343.00 | 8/22/18 | 00003864AA | 6/18/18 | $194.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10683 | $1,343.00 | 8/22/18 | 00003869AA | 6/18/18 | $163.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10683 | $1,343.00 | 8/22/18 | 00003867AA | 6/18/18 | $129.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10683 | $1,343.00 | 8/22/18 | 00003868AA | 6/18/18 | $60.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10683 | $1,343.00 | 8/22/18 | 00003865AA | 6/18/18 | $51.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10683 | $1,343.00 | 8/22/18 | 0000600552 | 8/16/18 | -$148.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11422 | $348.00 | 8/23/18 | 00004118AA | 6/19/18 | $194.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11422 | $348.00 | 8/23/18 | 00004119AA | 6/19/18 | $154.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12042 | $403.00 | 8/24/18 | 00004270AA | 6/20/18 | $154.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12042 | $403.00 | 8/24/18 | 00004271AA | 6/20/18 | $129.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12042 | $403.00 | 8/24/18 | 00004272AA | 6/20/18 | $120.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13008 | $560.00 | 8/27/18 | 00004408AA | 6/21/18 | $211.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13008 | $560.00 | 8/27/18 | 00004415AA | 6/21/18 | $127.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13008 | $560.00 | 8/27/18 | 00004449AA | 6/21/18 | $120.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13008 | $560.00 | 8/27/18 | 00004412AA | 6/21/18 | $51.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13008 | $560.00 | 8/27/18 | 00004413AA | 6/21/18 | $51.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14728 | $1,380.00 | 8/29/18 | 00004995AA | 6/25/18 | $324.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14728 | $1,380.00 | 8/29/18 | 00004993AA | 6/25/18 | $267.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14728 | $1,380.00 | 8/29/18 | 00004994AA | 6/25/18 | $211.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14728 | $1,380.00 | 8/29/18 | 00004990AA | 6/25/18 | $194.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14728 | $1,380.00 | 8/29/18 | 00004992AA | 6/25/18 | $194.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14728 | $1,380.00 | 8/29/18 | 00004608AA | 6/25/18 | $139.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14728 | $1,380.00 | 8/29/18 | 00004991AA | 6/25/18 | $51.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15515 | $676.00 | 8/30/18 | 00004609AA | 6/26/18 | $218.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15515 | $676.00 | 8/30/18 | 00005251AA | 6/26/18 | $186.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15515 | $676.00 | 8/30/18 | 00005252AA | 6/26/18 | $163.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15515 | $676.00 | 8/30/18 | 00005253AA | 6/26/18 | $109.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16104 | $585.00 | 8/31/18 | 00005422AA | 6/27/18 | $186.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16104 | $585.00 | 8/31/18 | 00005423AA | 6/27/18 | $160.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16104 | $585.00 | 8/31/18 | 00005425AA | 6/27/18 | $68.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16104 | $585.00 | 8/31/18 | 00005424AA | 6/27/18 | $60.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16104 | $585.00 | 8/31/18 | 00005421AA | 6/27/18 | $60.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16104 | $585.00 | 8/31/18 | 00005426AA | 6/27/18 | $51.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16996 | $870.00 | 9/4/18 | 00005589AA | 6/28/18 | $230.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16996 | $870.00 | 9/4/18 | 00005587AA | 6/28/18 | $139.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16996 | $870.00 | 9/4/18 | 00005588AA | 6/28/18 | $87.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16996 | $870.00 | 9/4/18 | 00005802AA | 6/29/18 | $206.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16996 | $870.00 | 9/4/18 | 00005801AA | 6/29/18 | $115.00 |

Leick Furniture, Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16996 | $870.00 | 9/4/18 | 00005803AA | 6/29/18 | $93.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18004 | $1,826.00 | 9/5/18 | 00006219AA | 7/2/18 | $211.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18004 | $1,826.00 | 9/5/18 | 00006210AA | 7/2/18 | $194.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18004 | $1,826.00 | 9/5/18 | 00006205AA | 7/2/18 | $163.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18004 | $1,826.00 | 9/5/18 | 00006215AA | 7/2/18 | $163.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18004 | $1,826.00 | 9/5/18 | 00006207AA | 7/2/18 | $158.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18004 | $1,826.00 | 9/5/18 | 00006214AA | 7/2/18 | $148.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18004 | $1,826.00 | 9/5/18 | 00006208AA | 7/2/18 | $148.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18004 | $1,826.00 | 9/5/18 | 00006213AA | 7/2/18 | $112.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18004 | $1,826.00 | 9/5/18 | 00006211AA | 7/2/18 | $112.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18004 | $1,826.00 | 9/5/18 | 00006209AA | 7/2/18 | $112.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18004 | $1,826.00 | 9/5/18 | 00006204AA | 7/2/18 | $92.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18004 | $1,826.00 | 9/5/18 | 00006216AA | 7/2/18 | $60.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18004 | $1,826.00 | 9/5/18 | 00006217AA | 7/2/18 | $51.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18004 | $1,826.00 | 9/5/18 | 00006218AA | 7/2/18 | $51.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18004 | $1,826.00 | 9/5/18 | 00006212AA | 7/2/18 | $51.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18744 | $432.00 | 9/6/18 | 00006648AA | 7/3/18 | $269.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18744 | $432.00 | 9/6/18 | 00006544AA | 7/3/18 | $112.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18744 | $432.00 | 9/6/18 | 00006545AA | 7/3/18 | $51.00 |

**Totals:**    28 transfer(s),  $19,799.95

Leick Furniture, Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

February 1, 2020

Exhibit A