Defendant: **Lester Schoenherr**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234831 | $1,545.52 | 7/24/18 | 24064065A-IN | 7/23/18 | $1,545.52 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236030 | $662.47 | 7/31/18 | 24010479A-IN | 7/30/18 | $662.47 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236535 | $839.56 | 8/2/18 | 23929744A-IN | 8/1/18 | $839.56 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237169 | $1,029.79 | 8/6/18 | 23208740A-IN | 8/4/18 | $1,029.79 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237849 | $2,010.82 | 8/9/18 | 24029793A-IN | 8/8/18 | $2,010.82 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239446 | $1,976.50 | 8/21/18 | 20990070E-IN | 8/20/18 | $1,976.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241076 | $363.83 | 8/30/18 | 23808029A-IN | 8/29/18 | $363.83 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241665 | $1,263.22 | 9/4/18 | 24289778A-IN | 9/1/18 | $1,263.22 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242485 | $998.73 | 9/10/18 | 24183892A-IN | 9/7/18 | $998.73 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243817 | $273.74 | 9/19/18 | 22653785D-IN | 9/19/18 | $273.74 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244772 | $883.25 | 9/26/18 | 24387426A-IN | 9/25/18 | $883.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244956 | $2,466.39 | 9/27/18 | 24373183A-IN | 9/26/18 | $1,994.70 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244956 | $2,466.39 | 9/27/18 | 20106983C-IN | 9/26/18 | $471.69 |

Totals:   12 transfer(s),   $14,313.82