| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | **Liviu Irimia** | | | | | | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | | | | | | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | | | | | | |

### Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234336 | $4,253.02 | 7/20/18 | 24058021A-IN | 7/19/18 | $4,253.02 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234859 | $699.83 | 7/24/18 | 24113455A-IN | 7/24/18 | $699.83 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235116 | $448.00 | 7/25/18 | 24113455A-IN | 7/24/18 | $448.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236332 | $64.14 | 8/1/18 | 9049161E-IN | 7/31/18 | $64.14 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236560 | $3,377.05 | 8/2/18 | 24040452A-IN | 8/1/18 | $3,377.05 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236877 | $2,380.22 | 8/3/18 | 24166378A-IN | 8/3/18 | $2,380.22 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237221 | $937.88 | 8/6/18 | 24085159A-IN | 8/6/18 | $937.88 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237869 | $95.00 | 8/9/18 | 24340600A-IN | 8/8/18 | $95.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239265 | $1,100.00 | 8/20/18 | 23875982A-IN | 8/20/18 | $1,100.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239904 | $2,397.60 | 8/23/18 | 24291381A-IN | 8/22/18 | $2,397.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240339 | $1,034.90 | 8/27/18 | 24275185A-IN | 8/25/18 | $1,034.90 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241100 | $3,318.88 | 8/30/18 | 23875982A-IN | 8/29/18 | $2,364.59 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241100 | $3,318.88 | 8/30/18 | 24180358A-IN | 8/30/18 | $954.29 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241719 | $413.54 | 9/4/18 | 24335224A-IN | 9/1/18 | $250.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241719 | $413.54 | 9/4/18 | 24291381A-IN | 9/2/18 | $163.54 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242153 | $165.00 | 9/6/18 | 24465253A-IN | 9/5/18 | $95.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242153 | $165.00 | 9/6/18 | 24465253B-IN | 9/5/18 | $70.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243062 | $1,742.62 | 9/13/18 | 24111150A-IN | 9/13/18 | $1,742.62 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243610 | $4,970.29 | 9/18/18 | 24316081A-IN | 9/18/18 | $3,025.29 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243610 | $4,970.29 | 9/18/18 | 24316081A-IN | 9/18/18 | $1,250.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243610 | $4,970.29 | 9/18/18 | 24361262A-IN | 9/18/18 | $695.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244018 | $2,054.05 | 9/20/18 | 24361262A-IN | 9/20/18 | $2,054.05 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244405 | $1,152.48 | 9/24/18 | 23875982A-IN | 9/23/18 | $917.30 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244405 | $1,152.48 | 9/24/18 | 24275185A-IN | 9/23/18 | $235.18 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245659 | $700.00 | 10/2/18 | 24400045A-IN | 10/1/18 | $700.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245878 | $2,292.80 | 10/3/18 | 24465253B-IN | 10/3/18 | $1,542.80 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245878 | $2,292.80 | 10/3/18 | 24366110B-IN | 10/3/18 | $750.00 |

Liviu Irimia

Bankruptcy Case: Sears Holding Corporation, et al.

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246611 | $5,892.78 | 10/8/18 | 24400045A-IN | 10/3/18 | $2,155.82 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246611 | $5,892.78 | 10/8/18 | 24366110B-IN | 10/7/18 | $3,736.96 |

**Totals:** **21 transfer(s),  $39,490.08**

Liviu Irimia

Bankruptcy Case: Sears Holding Corporation, et al.

February 1, 2020                         Exhibit A                              P. 2