Defendant: **Luxe Media Group LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| StarWest, LLC | StarWest, LLC | 63696 | $995.00 | 8/9/18 | 126718 | 7/1/18 | $995.00 |
| StarWest, LLC | StarWest, LLC | 63795 | $17,995.00 | 9/6/18 | 111027 | 8/20/18 | $17,995.00 |
| StarWest, LLC | StarWest, LLC | 63795 | $995.00 | 9/6/18 | 126719 | 9/1/18 | $995.00 |

Totals:   3 transfer(s),  $19,985.00