Defendant: **Majdi Benachour**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234126 | $949.77 | 7/19/18 | 24223971A-IN | 7/19/18 | $949.77 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234648 | $1,644.49 | 7/23/18 | 24277384A-IN | 7/23/18 | $1,644.49 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235596 | $1,523.27 | 7/27/18 | 24141100A-IN | 7/27/18 | $1,523.27 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236605 | $2,138.68 | 8/2/18 | 23671873A-IN | 8/2/18 | $2,138.68 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236935 | $1,280.84 | 8/3/18 | 24281851A-IN | 8/2/18 | $1,280.84 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237537 | $841.14 | 8/7/18 | 24083655B-IN | 8/6/18 | $841.14 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238435 | $4,425.90 | 8/14/18 | 24154238A-IN | 8/14/18 | $4,425.90 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238654 | $1,185.11 | 8/15/18 | 23926363A-IN | 8/14/18 | $1,185.11 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239303 | $4,521.98 | 8/20/18 | 24358890A-IN | 8/17/18 | $1,706.35 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239303 | $4,521.98 | 8/20/18 | 24329960A-IN | 8/17/18 | $1,269.86 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239303 | $4,521.98 | 8/20/18 | 24400276A-IN | 8/20/18 | $1,545.77 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241388 | $1,641.27 | 8/31/18 | 24467351A-IN | 8/31/18 | $1,641.27 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242179 | $1,439.98 | 9/6/18 | 24492811A-IN | 9/6/18 | $1,439.98 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242546 | $2,415.54 | 9/10/18 | 24495516A-IN | 9/10/18 | $2,415.54 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243461 | $2,574.63 | 9/17/18 | 24535514A-IN | 9/17/18 | $2,574.63 |

Totals:   13 transfer(s),   $26,582.60