Defendant: **Mann + Hummell Purolator Filters LLC**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982708 | $228.21 | 7/23/18 | 96217257 | 5/29/18 | $832.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982708 | $228.21 | 7/23/18 | 96217258 | 5/29/18 | $54.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982708 | $228.21 | 7/23/18 | MA18188711864 | 7/7/18 | -$146.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982708 | $228.21 | 7/23/18 | MA18188712574 | 7/7/18 | -$146.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982708 | $228.21 | 7/23/18 | MA18188711865 | 7/7/18 | -$366.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986096 | $2,295.10 | 7/30/18 | 96223329 | 6/8/18 | $1,750.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986096 | $2,295.10 | 7/30/18 | 96224288 | 6/11/18 | $544.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989521 | $2,310.63 | 8/8/18 | 96224287 | 6/11/18 | $1,095.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989521 | $2,310.63 | 8/8/18 | 96227483 | 6/18/18 | $674.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989521 | $2,310.63 | 8/8/18 | 96227482 | 6/18/18 | $599.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989521 | $2,310.63 | 8/8/18 | VPOT991484028 | 7/22/18 | -$58.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993114 | $605.87 | 8/15/18 | 96227484 | 6/18/18 | $605.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997284 | $914.28 | 8/22/18 | 96231270 | 6/25/18 | $1,163.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997284 | $914.28 | 8/22/18 | 96235752 | 7/2/18 | $509.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997284 | $914.28 | 8/22/18 | MA18216712574 | 8/4/18 | -$168.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997284 | $914.28 | 8/22/18 | MA18216711864 | 8/4/18 | -$168.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997284 | $914.28 | 8/22/18 | MA18216711865 | 8/4/18 | -$421.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000646 | $1,631.33 | 8/31/18 | 96239290 | 7/11/18 | $851.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000646 | $1,631.33 | 8/31/18 | 96239288 | 7/11/18 | $780.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004113 | $1,865.88 | 9/7/18 | 96242818 | 7/17/18 | $719.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004113 | $1,865.88 | 9/7/18 | 96242817 | 7/17/18 | $626.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004113 | $1,865.88 | 9/7/18 | 96242816 | 7/17/18 | $519.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007600 | $2,980.66 | 9/14/18 | 96246692 | 7/23/18 | $1,682.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007600 | $2,980.66 | 9/14/18 | 96247448 | 7/24/18 | $788.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007600 | $2,980.66 | 9/14/18 | 96247447 | 7/24/18 | $509.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011725 | $1,353.09 | 9/21/18 | 96250423 | 7/30/18 | $626.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011725 | $1,353.09 | 9/21/18 | 96250422 | 7/30/18 | $535.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011725 | $1,353.09 | 9/21/18 | 96250421 | 7/30/18 | $336.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011725 | $1,353.09 | 9/21/18 | MA18244712574 | 9/1/18 | -$32.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011725 | $1,353.09 | 9/21/18 | MA18244711864 | 9/1/18 | -$32.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011725 | $1,353.09 | 9/21/18 | MA18244711865 | 9/1/18 | -$81.34 |

Totals:   9 transfer(s),   $14,185.05