**Defendant:** Mardan Services Group Corp.
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233608 | $1,662.66 | 7/17/18 | 23966633C-IN | 7/16/18 | $1,439.47 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233608 | $1,662.66 | 7/17/18 | 23881204A-IN | 7/16/18 | $223.19 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234362 | $2,272.31 | 7/20/18 | 24075678A-IN | 7/20/18 | $2,272.31 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235151 | $1,814.13 | 7/25/18 | 23996607A-IN | 7/24/18 | $1,814.13 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235865 | $2,185.58 | 7/30/18 | 23859347B-IN | 7/30/18 | $2,185.58 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237296 | $2,078.55 | 8/6/18 | 24016267A-IN | 8/4/18 | $2,078.55 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239070 | $933.71 | 8/17/18 | 24224381A-IN | 8/17/18 | $933.71 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239934 | $4,092.82 | 8/23/18 | 23895629A-IN | 8/22/18 | $4,092.82 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241794 | $2,212.31 | 9/4/18 | 24285230A-IN | 9/1/18 | $2,212.31 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242025 | $181.37 | 9/5/18 | 23530644B-IN | 9/5/18 | $181.37 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242542 | $194.81 | 9/10/18 | 23881204B-IN | 9/10/18 | $194.81 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243095 | $2,548.23 | 9/13/18 | 24213250A-IN | 9/12/18 | $2,548.23 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243459 | $3,489.10 | 9/17/18 | 24188519A-IN | 9/15/18 | $3,489.10 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244043 | $1,139.83 | 9/20/18 | 24405332A-IN | 9/19/18 | $1,139.83 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245508 | $1,478.48 | 10/1/18 | 24397392A-IN | 10/1/18 | $1,478.48 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245684 | $604.63 | 10/2/18 | 24312056A-IN | 10/1/18 | $604.63 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246308 | $1,082.57 | 10/5/18 | 24409293A-IN | 10/4/18 | $1,082.57 |

**Totals:** 16 transfer(s), $27,971.09