| | | |
|---|---|---|
| Defendant: | **Mcdermott Top Shop LLC** | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

### Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236147 | $5,004.44 | 7/31/18 | 64371-IN | 7/30/18 | $3,222.31 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236147 | $5,004.44 | 7/31/18 | 64370-IN | 7/30/18 | $1,782.13 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236646 | $1,511.05 | 8/2/18 | 64400-IN | 7/31/18 | $1,511.05 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237385 | $1,191.13 | 8/6/18 | 64513-IN | 8/3/18 | $1,191.13 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237568 | $3,857.11 | 8/7/18 | 64499-IN | 8/3/18 | $3,857.11 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238277 | $2,372.81 | 8/13/18 | 64584-IN | 8/10/18 | $2,372.81 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239099 | $1,671.25 | 8/17/18 | 64618-IN | 8/13/18 | $1,671.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240146 | $3,062.29 | 8/24/18 | 64702-IN | 8/20/18 | $3,062.29 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240625 | $4,474.64 | 8/28/18 | 64491-IN | 8/2/18 | $4,474.64 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240891 | $1,523.51 | 8/29/18 | 64788-IN | 8/27/18 | $1,523.51 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241871 | $7,410.90 | 9/4/18 | 64845-IN | 8/30/18 | $3,922.69 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241871 | $7,410.90 | 9/4/18 | 64872-IN | 8/31/18 | $3,488.21 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242744 | $1,916.25 | 9/11/18 | 64840-IN | 8/30/18 | $1,916.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244077 | $1,619.26 | 9/20/18 | 65099-IN | 9/17/18 | $1,619.26 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246345 | $1,554.00 | 10/5/18 | 65369-IN | 10/4/18 | $1,554.00 |

**Totals:**    **13 transfer(s),  $37,168.64**