Defendant: **Mdm Garage Doors, LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983930 | $732.97 | 7/17/18 | 615490712186045 | 7/12/18 | $365.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983930 | $732.97 | 7/17/18 | 615490713186045 | 7/13/18 | $367.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986663 | $864.11 | 7/23/18 | 615490718186045 | 7/18/18 | $864.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987373 | $87.96 | 7/24/18 | 615490720186045 | 7/20/18 | $87.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988270 | $879.67 | 7/25/18 | 615490722186045 | 7/22/18 | $879.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990869 | $65.33 | 7/31/18 | 615490727186045 | 7/27/18 | $65.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991749 | $667.90 | 8/1/18 | 615490728186045 | 7/28/18 | $667.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993760 | $671.61 | 8/6/18 | 615490801186045 | 8/1/18 | $671.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000684 | $1,801.27 | 8/17/18 | 615490814186045 | 8/14/18 | $1,801.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001984 | $948.46 | 8/21/18 | 615490816186045 | 8/16/18 | $521.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001984 | $948.46 | 8/21/18 | 615490817186045 | 8/17/18 | $427.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002886 | $353.90 | 8/22/18 | 615490818186045 | 8/18/18 | $353.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004152 | $804.27 | 8/24/18 | 615490821186045 | 8/21/18 | $804.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004688 | $60.51 | 8/27/18 | 615490822186045 | 8/22/18 | $60.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005393 | $1,050.09 | 8/28/18 | 615490824186045 | 8/24/18 | $1,050.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008191 | $184.25 | 9/3/18 | 615490829186045 | 8/29/18 | $184.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009038 | $1,257.36 | 9/4/18 | 615490830186045 | 8/30/18 | $1,025.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009038 | $1,257.36 | 9/4/18 | 615490831186045 | 8/31/18 | $231.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010287 | $437.60 | 9/5/18 | 615490901186045 | 9/1/18 | $437.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012234 | $505.38 | 9/10/18 | 615490905186045 | 9/5/18 | $505.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012966 | $160.92 | 9/11/18 | 615490906186045 | 9/6/18 | $160.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013843 | $343.41 | 9/12/18 | 615490908186045 | 9/8/18 | $131.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013843 | $343.41 | 9/12/18 | 615490909186045 | 9/9/18 | $212.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015663 | $48.96 | 9/17/18 | 615490912186045 | 9/12/18 | $48.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016379 | $860.35 | 9/18/18 | 615490913186045 | 9/13/18 | $766.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016379 | $860.35 | 9/18/18 | 615490914186045 | 9/14/18 | $93.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019856 | $491.52 | 9/25/18 | 615490921186045 | 9/21/18 | $491.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020773 | $625.82 | 9/26/18 | 615490922186045 | 9/22/18 | $625.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022078 | $439.26 | 9/28/18 | 615490925186045 | 9/25/18 | $439.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022654 | $254.10 | 10/1/18 | 615490926186045 | 9/26/18 | $254.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023490 | $2,197.90 | 10/2/18 | 615490927186045 | 9/27/18 | $2,197.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024545 | $161.15 | 10/3/18 | 615490929186045 | 9/29/18 | $161.15 |

Totals:    27 transfer(s),    $16,956.03