| | | |
|---|---|---|
| Defendant: | **Melitta Inc.** | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982750 | $1,934.40 | 7/23/18 | 1807246 | 5/2/18 | $1,036.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982750 | $1,934.40 | 7/23/18 | 1807399 | 5/4/18 | $336.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982750 | $1,934.40 | 7/23/18 | 1807498 | 5/8/18 | $594.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982750 | $1,934.40 | 7/23/18 | VPOT991483548 | 7/8/18 | -$33.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986138 | $814.08 | 7/30/18 | 1807500 | 5/8/18 | $292.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986138 | $814.08 | 7/30/18 | 1807499 | 5/8/18 | $280.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986138 | $814.08 | 7/30/18 | 1807497 | 5/8/18 | $178.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986138 | $814.08 | 7/30/18 | 1807730 | 5/11/18 | $62.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989573 | $1,559.04 | 8/8/18 | 1807911 | 5/16/18 | $530.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989573 | $1,559.04 | 8/8/18 | 1807912 | 5/16/18 | $265.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989573 | $1,559.04 | 8/8/18 | 1808687 | 5/30/18 | $762.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993161 | $1,877.04 | 8/15/18 | 1808460 | 5/24/18 | $601.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993161 | $1,877.04 | 8/15/18 | 1808461 | 5/24/18 | $568.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993161 | $1,877.04 | 8/15/18 | 1808551 | 5/25/18 | $571.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993161 | $1,877.04 | 8/15/18 | 1808552 | 5/25/18 | $135.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997326 | $348.93 | 8/22/18 | 1808825 | 5/31/18 | $232.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997326 | $348.93 | 8/22/18 | 1808826 | 5/31/18 | $205.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997326 | $348.93 | 8/22/18 | 8361D006372829 | 7/31/18 | -$88.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004166 | $1,853.88 | 9/7/18 | 1809588 | 6/15/18 | $1,853.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007652 | $4,928.64 | 9/14/18 | 1809952 | 6/22/18 | $825.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007652 | $4,928.64 | 9/14/18 | 1809951 | 6/22/18 | $122.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007652 | $4,928.64 | 9/14/18 | 1810154 | 6/27/18 | $2,126.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007652 | $4,928.64 | 9/14/18 | 1810155 | 6/27/18 | $1,231.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007652 | $4,928.64 | 9/14/18 | 1810156 | 6/27/18 | $622.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011762 | $5,349.12 | 9/21/18 | 1809998 | 6/26/18 | $270.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011762 | $5,349.12 | 9/21/18 | 1810415 | 6/29/18 | $94.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011762 | $5,349.12 | 9/21/18 | 1810463 | 7/2/18 | $731.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011762 | $5,349.12 | 9/21/18 | 1810500 | 7/3/18 | $850.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011762 | $5,349.12 | 9/21/18 | 1810502 | 7/3/18 | $189.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011762 | $5,349.12 | 9/21/18 | 1810701 | 7/6/18 | $3,212.16 |

Totals:     8 transfer(s),  $18,665.13