**Defendant:** Mile High Home Maintenance Inc.
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983940 | $935.38 | 7/17/18 | 618330713186045 | 7/13/18 | $935.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984871 | $1,028.07 | 7/18/18 | 618330714186045 | 7/14/18 | $1,028.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986160 | $1,078.09 | 7/20/18 | 618330717186045 | 7/17/18 | $1,078.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987381 | $1,029.02 | 7/24/18 | 618330720186045 | 7/20/18 | $1,029.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988276 | $1,103.82 | 7/25/18 | 618330721186045 | 7/21/18 | $384.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988276 | $1,103.82 | 7/25/18 | 618330722186045 | 7/22/18 | $719.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989599 | $684.20 | 7/27/18 | 618330724186045 | 7/24/18 | $684.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990876 | $760.93 | 7/31/18 | 618330726186045 | 7/26/18 | $234.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990876 | $760.93 | 7/31/18 | 618330727186045 | 7/27/18 | $526.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991754 | $686.28 | 8/1/18 | 618330728186045 | 7/28/18 | $686.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993190 | $516.88 | 8/3/18 | 618330731186045 | 7/31/18 | $516.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993769 | $451.83 | 8/6/18 | 618330801186045 | 8/1/18 | $451.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994860 | $210.67 | 8/7/18 | 618330803186045 | 8/3/18 | $210.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997354 | $2,302.39 | 8/10/18 | 618330807186045 | 8/7/18 | $2,302.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998511 | $290.87 | 8/14/18 | 618330809186045 | 8/9/18 | $290.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999366 | $121.88 | 8/15/18 | 618330811186045 | 8/11/18 | $121.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000725 | $1,296.19 | 8/17/18 | 618330814186045 | 8/14/18 | $1,296.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002894 | $992.20 | 8/22/18 | 618330818186045 | 8/18/18 | $380.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002894 | $992.20 | 8/22/18 | 618330819186045 | 8/19/18 | $611.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004192 | $647.70 | 8/24/18 | 618330821186045 | 8/21/18 | $647.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005404 | $229.93 | 8/28/18 | 618330823186045 | 8/23/18 | $229.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006270 | $1,077.64 | 8/29/18 | 618330825186045 | 8/25/18 | $1,077.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007684 | $1,301.33 | 8/31/18 | 618330828186045 | 8/28/18 | $1,301.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010300 | $472.18 | 9/5/18 | 618330901186045 | 9/1/18 | $286.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010300 | $472.18 | 9/5/18 | 618330902186045 | 9/2/18 | $186.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011786 | $437.31 | 9/7/18 | 618330904186045 | 9/4/18 | $437.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012977 | $151.12 | 9/11/18 | 618330906186045 | 9/6/18 | $151.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014490 | $1,086.34 | 9/13/18 | 618330910186045 | 9/10/18 | $1,086.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015183 | $160.11 | 9/14/18 | 618330911186045 | 9/11/18 | $160.11 |

**Totals:** 25 transfer(s), $19,052.36