Defendant: **Mitchell Okerlund**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234067 | $2,621.76 | 7/19/18 | 24121174A-IN | 7/19/18 | $2,621.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236881 | $2,884.96 | 8/3/18 | 24314614A-IN | 8/3/18 | $1,703.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236881 | $2,884.96 | 8/3/18 | 24293036A-IN | 8/3/18 | $1,181.52 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239040 | $1,730.86 | 8/17/18 | 24350712A-IN | 8/16/18 | $1,550.86 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239040 | $1,730.86 | 8/17/18 | 24350712A-IN | 8/17/18 | $180.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241103 | $1,573.86 | 8/30/18 | 24389916D-IN | 8/29/18 | $1,573.86 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241722 | $1,103.19 | 9/4/18 | 24469971A-IN | 9/1/18 | $1,103.19 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244408 | $1,575.63 | 9/24/18 | 24498393A-IN | 9/14/18 | $1,575.63 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245467 | $1,271.31 | 10/1/18 | 24331015A-IN | 9/28/18 | $1,271.31 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245882 | $1,990.21 | 10/3/18 | 24530463A-IN | 10/2/18 | $1,990.21 |

Totals:   8 transfer(s),  $14,751.78