Defendant: **ML Installers NY, Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244399 | $9,070.43 | 9/24/18 | 24403675A-IN | 9/21/18 | $9,070.43 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244973 | $5,000.47 | 9/27/18 | 24383160A-IN | 9/26/18 | $5,000.47 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246595 | $2,666.66 | 10/8/18 | 24559232A-IN | 10/5/18 | $2,666.66 |

Totals:    3 transfer(s),  $16,737.56