Defendant: **MMC Mechanical Contractors, Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986673 | $5,633.20 | 7/31/18 | H18011856 | 5/17/18 | $4,606.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986673 | $5,633.20 | 7/31/18 | H18013047 | 5/17/18 | $1,027.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997823 | $4,714.00 | 8/23/18 | H18013404 | 6/7/18 | $4,714.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998518 | $330.00 | 8/28/18 | H18013648 | 6/8/18 | $330.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004201 | $2,173.05 | 9/7/18 | H18013004 | 5/18/18 | $995.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004201 | $2,173.05 | 9/7/18 | H18013005 | 5/22/18 | $658.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004201 | $2,173.05 | 9/7/18 | H18011939 | 5/30/18 | $520.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004699 | $800.22 | 9/10/18 | H18012679 | 6/21/18 | $800.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007693 | $235.00 | 9/14/18 | H18013762 | 6/27/18 | $235.00 |

Totals:    6 transfer(s),  $13,885.47