Defendant: **Morrow Meadows Corp.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62082826 | $473.75 | 7/11/18 | 59385 | 5/2/18 | $473.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082963 | $1,671.45 | 7/12/18 | 59399 | 5/4/18 | $1,671.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084107 | $426.38 | 8/1/18 | 59469 | 5/23/18 | $426.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084451 | $1,302.97 | 8/10/18 | 59482 | 5/29/18 | $760.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084451 | $1,302.97 | 8/10/18 | 59483 | 5/29/18 | $542.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085396 | $1,291.71 | 8/29/18 | 59534 | 6/15/18 | $817.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085396 | $1,291.71 | 8/29/18 | 59535 | 6/15/18 | $473.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087009 | $9,601.22 | 9/24/18 | 58973 | 12/27/17 | $9,601.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087069 | $1,763.14 | 9/25/18 | 59610 | 7/10/18 | $1,763.14 |

Totals:    7 transfer(s),  $16,530.62