Defendant: **NAPC, Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990151 | $23,850.00 | 8/9/18 | 20189916 | 5/23/18 | $9,540.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990151 | $23,850.00 | 8/9/18 | 20189916 | 5/23/18 | $7,155.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990151 | $23,850.00 | 8/9/18 | 20189916 | 5/23/18 | $7,155.00 |

Totals:    1 transfer(s),  $23,850.00