| Defendant: | **Nationwide Lift Trucks Inc.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913846 | $1,054.70 | 7/20/18 | PSI0079409 | 1/12/18 | $1,054.70 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913846 | $1,054.70 | 7/20/18 | PSI0080760 | 1/30/18 | $1,054.70 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913946 | $174.45 | 7/27/18 | PSI0093728 | 7/10/18 | $174.45 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913946 | $161.11 | 7/27/18 | PSI0093730 | 7/10/18 | $161.11 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913946 | $1,054.70 | 7/27/18 | PSI0094484 | 7/20/18 | $1,054.70 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913946 | $1,033.50 | 7/27/18 | PSI0094490 | 7/20/18 | $1,033.50 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914061 | $306.65 | 8/3/18 | PSI0094684 | 7/25/18 | $306.65 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914171 | $1,054.70 | 8/10/18 | PSI0094954 | 7/30/18 | $1,054.70 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914171 | $1,054.70 | 8/10/18 | PSI0094955 | 7/30/18 | $1,054.70 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914326 | $375.09 | 8/17/18 | PSI0095888 | 8/9/18 | $375.09 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914524 | $1,054.70 | 8/31/18 | PSI0096063 | 8/13/18 | $1,054.70 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914524 | $1,033.50 | 8/31/18 | PSI0096805 | 8/22/18 | $1,033.50 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914740 | $1,054.70 | 9/14/18 | PSI0097102 | 8/27/18 | $1,054.70 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914740 | $1,054.70 | 9/14/18 | PSI0097101 | 8/27/18 | $1,054.70 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914864 | $162.18 | 9/21/18 | PSI0098051 | 9/8/18 | $162.18 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914864 | $1,054.70 | 9/21/18 | PSI0098304 | 9/12/18 | $1,054.70 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915060 | $47.70 | 10/9/18 | PSI0098468 | 9/14/18 | $47.70 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915060 | $1,033.50 | 10/9/18 | PSI0099060 | 9/24/18 | $1,033.50 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915060 | $1,054.70 | 10/9/18 | PSI0099256 | 9/25/18 | $1,054.70 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915060 | $1,054.70 | 10/9/18 | PSI0099255 | 9/25/18 | $1,054.70 |

**Totals:     16 transfer(s), $15,929.38**