Defendant: **Nature's Mark LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-17094 | $32,900.66 | 9/24/18 | 201819979318 | 6/25/18 | $10,602.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-17094 | $32,900.66 | 9/24/18 | 201819979318 | 6/25/18 | $8,610.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-17094 | $32,900.66 | 9/24/18 | 201819979318 | 6/25/18 | $7,749.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-17094 | $32,900.66 | 9/24/18 | 201819617812 | 6/25/18 | $3,039.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-17094 | $32,900.66 | 9/24/18 | 201819888864 | 6/25/18 | $1,053.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-17094 | $32,900.66 | 9/24/18 | 201819888864 | 6/25/18 | $850.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-17094 | $32,900.66 | 9/24/18 | 201819888864 | 6/25/18 | $634.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-17094 | $32,900.66 | 9/24/18 | 201819617812 | 6/25/18 | $362.54 |

Totals:    1 transfer(s),  $32,900.66