Defendant: **Nikole S De Bole**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233686 | $415.50 | 7/17/18 | REIM071718-1-IN | 7/17/18 | $302.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233686 | $415.50 | 7/17/18 | REIM071718-IN | 7/17/18 | $112.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235202 | $110.00 | 7/25/18 | PER072518-IN | 7/25/18 | $110.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235425 | $1,367.26 | 7/26/18 | REIM072618-1-IN | 7/26/18 | $1,122.26 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235425 | $1,367.26 | 7/26/18 | REIM072618-IN | 7/26/18 | $245.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236422 | $798.25 | 8/1/18 | REIM080118-1-IN | 8/1/18 | $420.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236422 | $798.25 | 8/1/18 | REIM080118-IN | 8/1/18 | $378.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237616 | $885.18 | 8/7/18 | PER08718-IN | 8/7/18 | $885.18 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238287 | $1,100.80 | 8/13/18 | PER081318-IN | 8/13/18 | $1,100.80 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238510 | $3,157.42 | 8/14/18 | PER081418-IN | 8/14/18 | $2,113.96 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238510 | $3,157.42 | 8/14/18 | REIM081418-IN | 8/14/18 | $1,043.46 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238703 | $1,268.55 | 8/15/18 | PER081518-IN | 8/15/18 | $1,086.55 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238703 | $1,268.55 | 8/15/18 | REIM081518-IN | 8/15/18 | $182.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238922 | $685.44 | 8/16/18 | PER081618-IN | 8/16/18 | $605.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238922 | $685.44 | 8/16/18 | PER081618-1-IN | 8/16/18 | $80.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239587 | $872.25 | 8/21/18 | REIM082118-IN | 8/21/18 | $872.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240681 | $717.44 | 8/28/18 | REIM082818-IN | 8/28/18 | $717.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241485 | $1,597.88 | 8/31/18 | PER083118-IN | 8/31/18 | $1,597.88 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242214 | $685.00 | 9/6/18 | REIM090618-IN | 9/6/18 | $685.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242962 | $282.26 | 9/12/18 | REIM091218-IN | 9/12/18 | $245.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242962 | $282.26 | 9/12/18 | REIM091218-1-IN | 9/12/18 | $37.26 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243311 | $1,330.00 | 9/14/18 | REIM091418-IN | 9/14/18 | $735.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243311 | $1,330.00 | 9/14/18 | REIM091418-1-IN | 9/14/18 | $595.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243505 | $3,213.35 | 9/17/18 | PER091718-IN | 9/17/18 | $3,153.35 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243505 | $3,213.35 | 9/17/18 | REIM091718-IN | 9/17/18 | $60.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244867 | $1,834.06 | 9/26/18 | PER092618-IN | 9/26/18 | $1,055.18 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244867 | $1,834.06 | 9/26/18 | REIM092618-IN | 9/26/18 | $778.88 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245761 | $245.00 | 10/2/18 | REIM100218-IN | 10/2/18 | $245.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246158 | $372.11 | 10/4/18 | REIM100418-1-IN | 10/4/18 | $245.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246158 | $372.11 | 10/4/18 | REIM100418-IN | 10/4/18 | $127.11 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246400 | $846.66 | 10/5/18 | PER100518-IN | 10/5/18 | $846.66 |

Totals:     20 transfer(s),  $21,784.41