Defendant: **Noma Enterprises LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235576 | $1,875.89 | 7/27/18 | 23438700A-IN | 7/27/18 | $1,875.89 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236089 | $923.64 | 7/31/18 | 23865100A-IN | 7/30/18 | $923.64 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236585 | $249.49 | 8/2/18 | 23509820B-IN | 8/2/18 | $249.49 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237266 | $443.38 | 8/6/18 | 23904788A-IN | 8/4/18 | $443.38 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237730 | $100.00 | 8/8/18 | 24319615A-IN | 8/7/18 | $100.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238839 | $930.74 | 8/16/18 | 24179561A-IN | 8/15/18 | $930.74 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239288 | $192.42 | 8/20/18 | 23438700B-IN | 8/17/18 | $192.42 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239726 | $366.86 | 8/22/18 | 23865100B-IN | 8/22/18 | $366.86 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240362 | $1,799.88 | 8/27/18 | 24100390A-IN | 8/24/18 | $1,799.88 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240839 | $1,420.64 | 8/29/18 | 24280244A-IN | 8/28/18 | $1,316.64 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240839 | $1,420.64 | 8/29/18 | 24308862A-IN | 8/28/18 | $104.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242019 | $2,910.03 | 9/5/18 | 23481901A-IN | 8/31/18 | $2,910.03 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242166 | $75.00 | 9/6/18 | 24479279A-IN | 9/5/18 | $75.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243447 | $1,003.63 | 9/17/18 | 24319615A-IN | 9/17/18 | $1,003.63 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245897 | $1,894.67 | 10/3/18 | 24311184B-IN | 10/3/18 | $1,894.67 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246298 | $75.00 | 10/5/18 | 24482921A-IN | 10/4/18 | $75.00 |

Totals:    15 transfer(s),    $14,261.27