| | | |
|---|---|---|
| Defendant: | **Northwest Permit Inc.** | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235203 | $11,829.66 | 7/25/18 | 5257-IN | 7/25/18 | $4,431.62 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235203 | $11,829.66 | 7/25/18 | 5294-IN | 7/25/18 | $3,885.62 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235203 | $11,829.66 | 7/25/18 | 5295-IN | 7/25/18 | $1,916.26 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235203 | $11,829.66 | 7/25/18 | 5296-IN | 7/25/18 | $1,596.16 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235426 | $2,520.00 | 7/26/18 | 5303-IN | 7/26/18 | $942.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235426 | $2,520.00 | 7/26/18 | 5302-IN | 7/26/18 | $824.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235426 | $2,520.00 | 7/26/18 | 5304-IN | 7/26/18 | $754.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235687 | $2,446.15 | 7/27/18 | 5297-IN | 7/27/18 | $1,072.85 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235687 | $2,446.15 | 7/27/18 | 5305-IN | 7/27/18 | $741.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235687 | $2,446.15 | 7/27/18 | 5306-IN | 7/27/18 | $367.30 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235687 | $2,446.15 | 7/27/18 | 5307-IN | 7/27/18 | $265.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235920 | $1,010.00 | 7/30/18 | 5301-IN | 7/30/18 | $850.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235920 | $1,010.00 | 7/30/18 | 5308-IN | 7/30/18 | $160.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239588 | $4,746.18 | 8/21/18 | 5319-IN | 8/21/18 | $1,674.65 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239588 | $4,746.18 | 8/21/18 | 5321-IN | 8/21/18 | $1,592.53 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239588 | $4,746.18 | 8/21/18 | 5324-IN | 8/21/18 | $742.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239588 | $4,746.18 | 8/21/18 | 5320-IN | 8/21/18 | $737.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240682 | $2,448.09 | 8/28/18 | REIM082818-IN | 8/28/18 | $1,712.09 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240682 | $2,448.09 | 8/28/18 | 5328-IN | 8/28/18 | $736.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240948 | $3,346.54 | 8/29/18 | 5329-IN | 8/29/18 | $2,602.54 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240948 | $3,346.54 | 8/29/18 | 5335-IN | 8/29/18 | $744.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243705 | $2,020.51 | 9/18/18 | 5353-IN | 9/18/18 | $1,455.51 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243705 | $2,020.51 | 9/18/18 | 5354-IN | 9/18/18 | $565.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245322 | $2,984.65 | 9/28/18 | 5363-IN | 9/28/18 | $2,234.65 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245322 | $2,984.65 | 9/28/18 | 5371-IN | 9/28/18 | $750.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245762 | $5,072.76 | 10/2/18 | 5374-IN | 10/2/18 | $2,151.04 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245762 | $5,072.76 | 10/2/18 | 5372-IN | 10/2/18 | $1,665.72 |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245762 | $5,072.76 | 10/2/18 | 5373-IN | 10/2/18 | $720.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245762 | $5,072.76 | 10/2/18 | 5375-IN | 10/2/18 | $536.00 |

**Totals:**    10 transfer(s),  **$38,424.54**