| Defendant: | Northwest Remodel Guys, LLC |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233581 | $770.00 | 7/17/18 | 23920924A-IN | 7/16/18 | $770.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234066 | $370.04 | 7/19/18 | 24027496A-IN | 7/19/18 | $257.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234066 | $370.04 | 7/19/18 | 23381833A-IN | 7/19/18 | $113.04 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234338 | $326.52 | 7/20/18 | 23936468B-IN | 7/20/18 | $326.52 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234600 | $346.52 | 7/23/18 | 24058774B-IN | 7/20/18 | $80.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234600 | $346.52 | 7/23/18 | 23877966A-IN | 7/23/18 | $266.52 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234862 | $1,160.00 | 7/24/18 | 23879420A-IN | 7/24/18 | $1,160.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235117 | $265.27 | 7/25/18 | 23881390A-IN | 7/25/18 | $208.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235117 | $265.27 | 7/25/18 | 23929421A-IN | 7/25/18 | $56.52 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235333 | $725.00 | 7/26/18 | 23825154A-IN | 7/25/18 | $550.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235333 | $725.00 | 7/26/18 | 23825154A-IN | 7/25/18 | $175.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235553 | $1,169.56 | 7/27/18 | 23049634ACR-IN | 7/27/18 | $419.56 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235553 | $1,169.56 | 7/27/18 | 23816266ACR-IN | 7/27/18 | $250.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235553 | $1,169.56 | 7/27/18 | 23990824ACR-IN | 7/27/18 | $250.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235553 | $1,169.56 | 7/27/18 | 23376511ACR-IN | 7/27/18 | $250.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235832 | $84.78 | 7/30/18 | 24102663B-IN | 7/27/18 | $84.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236064 | $933.00 | 7/31/18 | 23862355A-IN | 7/31/18 | $788.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236064 | $933.00 | 7/31/18 | 24282332A-IN | 7/31/18 | $145.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236335 | $278.00 | 8/1/18 | 24271422A-IN | 8/1/18 | $110.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236335 | $278.00 | 8/1/18 | 24277292A-IN | 8/1/18 | $88.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236335 | $278.00 | 8/1/18 | 23935687A-IN | 8/1/18 | $80.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236563 | $326.00 | 8/2/18 | 24180351A-IN | 8/2/18 | $120.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236563 | $326.00 | 8/2/18 | 24154573A-IN | 8/2/18 | $108.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236563 | $326.00 | 8/2/18 | 24305761A-IN | 8/2/18 | $98.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236880 | $1,149.30 | 8/3/18 | 23833601B-IN | 8/3/18 | $1,149.30 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237226 | $333.09 | 8/6/18 | 24151250A-IN | 8/3/18 | $220.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237226 | $333.09 | 8/6/18 | 23920383A-IN | 8/3/18 | $113.04 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237226 | $333.09 | 8/6/18 | 23816266A-IN | 8/6/18 | $0.05 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237503 | $505.01 | 8/7/18 | 23939138A-IN | 8/6/18 | $280.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237503 | $505.01 | 8/7/18 | 23752461A-IN | 8/6/18 | $225.01 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237870 | $1,276.10 | 8/9/18 | 23969924A-IN | 8/8/18 | $1,276.10 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238008 | $1,198.26 | 8/10/18 | 24034493A-IN | 8/9/18 | $1,198.26 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238402 | $1,000.00 | 8/14/18 | 24135114A-IN | 8/13/18 | $1,000.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238628 | $1,330.00 | 8/15/18 | 24135114A-IN | 8/15/18 | $1,330.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239268 | $1,629.78 | 8/20/18 | 24095647B-IN | 8/20/18 | $1,000.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239268 | $1,629.78 | 8/20/18 | 24058774A-IN | 8/20/18 | $510.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239268 | $1,629.78 | 8/20/18 | 24058774A-IN | 8/20/18 | $119.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239473 | $430.00 | 8/21/18 | 24015338A-IN | 8/20/18 | $210.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239473 | $430.00 | 8/21/18 | 24261125A-IN | 8/21/18 | $140.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239473 | $430.00 | 8/21/18 | 24261125A-IN | 8/21/18 | $80.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240089 | $249.56 | 8/24/18 | 23849330B-IN | 8/23/18 | $84.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240089 | $249.56 | 8/24/18 | 24001754A-IN | 8/23/18 | $84.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240089 | $249.56 | 8/24/18 | 24058774A-IN | 8/24/18 | $80.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240343 | $1,350.00 | 8/27/18 | 24095647B-IN | 8/24/18 | $1,350.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240554 | $895.00 | 8/28/18 | 24139766A-IN | 8/27/18 | $455.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240554 | $895.00 | 8/28/18 | 24139766B-IN | 8/27/18 | $225.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240554 | $895.00 | 8/28/18 | 23959592A-IN | 8/27/18 | $135.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240554 | $895.00 | 8/28/18 | 24139766B-IN | 8/27/18 | $80.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240823 | $420.00 | 8/29/18 | 23881390A-IN | 8/28/18 | $290.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240823 | $420.00 | 8/29/18 | 24271123D-IN | 8/29/18 | $130.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241102 | $330.00 | 8/30/18 | 24430354A-IN | 8/29/18 | $140.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241102 | $330.00 | 8/30/18 | 23862355A-IN | 8/29/18 | $110.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241102 | $330.00 | 8/30/18 | 24356779A-IN | 8/29/18 | $80.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241342 | $1,048.88 | 8/31/18 | 24305761A-IN | 8/30/18 | $898.88 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241342 | $1,048.88 | 8/31/18 | 23936468A-IN | 8/30/18 | $150.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242007 | $368.00 | 9/5/18 | 23766927B-IN | 9/4/18 | $100.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242007 | $368.00 | 9/5/18 | 24310772A-IN | 9/4/18 | $100.00 |

Northwest Remodel Guys, LLC

Bankruptcy Case: Sears Holding Corporation, et al.

February 1, 2020                                    Exhibit A                                    P. 2

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242007 | $368.00 | 9/5/18 | 24469056A-IN | 9/4/18 | $88.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242007 | $368.00 | 9/5/18 | 24318264A-IN | 9/4/18 | $80.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242155 | $598.50 | 9/6/18 | 24329827A-IN | 9/5/18 | $518.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242155 | $598.50 | 9/6/18 | 24299150A-IN | 9/5/18 | $80.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242301 | $88.00 | 9/7/18 | 24479793A-IN | 9/7/18 | $88.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242510 | $763.04 | 9/10/18 | 24349433A-IN | 9/7/18 | $343.04 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242510 | $763.04 | 9/10/18 | 24484519B-IN | 9/7/18 | $90.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242510 | $763.04 | 9/10/18 | 24110219B-IN | 9/10/18 | $330.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242679 | $515.00 | 9/11/18 | 24226114A-IN | 9/10/18 | $370.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242679 | $515.00 | 9/11/18 | 24102663B-IN | 9/10/18 | $145.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242901 | $1,390.00 | 9/12/18 | 24282332A-IN | 9/11/18 | $390.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242901 | $1,390.00 | 9/12/18 | 24241639A-IN | 9/12/18 | $1,000.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243065 | $330.00 | 9/13/18 | 23879420A-IN | 9/12/18 | $220.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243065 | $330.00 | 9/13/18 | 23879420A-IN | 9/12/18 | $110.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243225 | $305.73 | 9/14/18 | 24286842A-IN | 9/14/18 | $305.73 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243426 | $166.52 | 9/17/18 | 24242917A-IN | 9/17/18 | $166.52 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244214 | $391.50 | 9/21/18 | 24277292A-IN | 9/20/18 | $391.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244792 | $3,047.55 | 9/26/18 | 24271422A-IN | 9/24/18 | $1,178.55 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244792 | $3,047.55 | 9/26/18 | 24241639A-IN | 9/26/18 | $1,869.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244982 | $1,021.50 | 9/27/18 | 24299150A-IN | 9/27/18 | $1,021.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245660 | $1,217.00 | 10/2/18 | 24401965A-IN | 10/1/18 | $892.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245660 | $1,217.00 | 10/2/18 | 24401965A-IN | 10/1/18 | $80.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245660 | $1,217.00 | 10/2/18 | 24401965A-IN | 10/2/18 | $245.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245881 | $1,037.00 | 10/3/18 | 24430354A-IN | 10/2/18 | $660.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245881 | $1,037.00 | 10/3/18 | 24135114A-IN | 10/2/18 | $297.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245881 | $1,037.00 | 10/3/18 | 24148124A-IN | 10/3/18 | $80.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246072 | $788.00 | 10/4/18 | 23849330B-IN | 10/3/18 | $700.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246072 | $788.00 | 10/4/18 | 24218740A-IN | 10/3/18 | $88.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246279 | $320.00 | 10/5/18 | 24476370A-IN | 10/4/18 | $150.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246279 | $320.00 | 10/5/18 | 24552285A-IN | 10/4/18 | $90.00 |

Northwest Remodel Guys, LLC

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246279 | $320.00 | 10/5/18 | 24110930B-IN | 10/4/18 | $80.00 |
| **Totals:** | **43 transfer(s),  $32,247.01** | | | | | | |