Defendant: **Nu Vision Contracting Services, LLC**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234885 | $2,851.93 | 7/24/18 | 23919978A-IN | 7/23/18 | $2,851.93 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236088 | $768.77 | 7/31/18 | 22776229ACR-IN | 7/31/18 | $634.79 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236088 | $768.77 | 7/31/18 | 23987425A-IN | 7/31/18 | $133.98 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236905 | $2,836.46 | 8/3/18 | 24017060A-IN | 8/3/18 | $2,836.46 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237265 | $4,186.60 | 8/6/18 | 23849530B-IN | 8/6/18 | $4,186.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238642 | $250.00 | 8/15/18 | 24063333A-IN | 8/14/18 | $250.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239057 | $3,602.93 | 8/17/18 | 23521777A-IN | 8/16/18 | $3,602.93 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239287 | $250.00 | 8/20/18 | 24076444A-IN | 8/20/18 | $250.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240361 | $1,475.13 | 8/27/18 | 24028980A-IN | 8/27/18 | $1,475.13 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241765 | $3,318.27 | 9/4/18 | 24052142A-IN | 9/1/18 | $3,068.27 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241765 | $3,318.27 | 9/4/18 | 23864175A-IN | 9/4/18 | $250.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242697 | $261.50 | 9/11/18 | 23521777A-IN | 9/11/18 | $261.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243628 | $250.00 | 9/18/18 | 23852889A-IN | 9/18/18 | $250.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244034 | $1,225.00 | 9/20/18 | 24041277A-IN | 9/20/18 | $875.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244034 | $1,225.00 | 9/20/18 | 24041277B-IN | 9/20/18 | $350.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244430 | $1,420.70 | 9/24/18 | 24041277B-IN | 9/24/18 | $1,420.70 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244589 | $1,560.06 | 9/25/18 | 24041277A-IN | 9/24/18 | $1,560.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245495 | $250.00 | 10/1/18 | 24017523A-IN | 10/1/18 | $250.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246297 | $1,904.28 | 10/5/18 | 24243833A-IN | 10/5/18 | $1,904.28 |

Totals:   16 transfer(s),  $26,411.63