Defendant:          **NYL Holdings, LLC**

Bankruptcy Case     **Sears Holding Corporation, et al.**

Preference Period:  **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983280 | $12,881.97 | 7/24/18 | 1023826 | 5/31/18 | $6,241.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983280 | $12,881.97 | 7/24/18 | 1023829 | 5/31/18 | $1,660.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983280 | $12,881.97 | 7/24/18 | 1023828 | 5/31/18 | $1,660.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983280 | $12,881.97 | 7/24/18 | 1023827 | 5/31/18 | $1,660.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983280 | $12,881.97 | 7/24/18 | 1023825 | 5/31/18 | $1,660.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986738 | $398.43 | 7/31/18 | CD3102811ED | 7/16/18 | $398.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012315 | $387.03 | 9/24/18 | 1025616 | 8/2/18 | $1,222.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012315 | $387.03 | 9/24/18 | MA18214715891 | 8/2/18 | -$334.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012315 | $387.03 | 9/24/18 | MA18214715892 | 8/2/18 | -$501.10 |

**Totals:**      **3 transfer(s),  $13,667.43**