Defendant: **One Planet OPS Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235693 | $3,349.00 | 7/27/18 | MAY-18-IN | 6/1/18 | $3,349.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240954 | $7,658.00 | 8/29/18 | JUN-18-IN | 7/1/18 | $7,658.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245110 | $15,512.00 | 9/27/18 | JUL-18-IN | 8/1/18 | $15,512.00 |

Totals:     3 transfer(s),   $26,519.00