Defendant: **Openers Plus Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983978 | $227.00 | 7/17/18 | 615590713186045 | 7/13/18 | $227.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984897 | $1,731.00 | 7/18/18 | 615590714186045 | 7/14/18 | $1,731.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988305 | $444.24 | 7/25/18 | 615590721186045 | 7/21/18 | $330.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988305 | $444.24 | 7/25/18 | 615590722186045 | 7/22/18 | $113.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990914 | $602.96 | 7/31/18 | 615590726186045 | 7/26/18 | $85.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990914 | $602.96 | 7/31/18 | 615590727186045 | 7/27/18 | $517.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993865 | $823.70 | 8/6/18 | 615590801186045 | 8/1/18 | $823.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994966 | $957.25 | 8/7/18 | 615590802186045 | 8/2/18 | $842.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994966 | $957.25 | 8/7/18 | 615590803186045 | 8/3/18 | $114.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996079 | $703.14 | 8/8/18 | 615590804186045 | 8/4/18 | $703.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997387 | $299.03 | 8/10/18 | 615590807186045 | 8/7/18 | $299.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997901 | $333.40 | 8/13/18 | 615590808186045 | 8/8/18 | $333.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998543 | $908.38 | 8/14/18 | 615590809186045 | 8/9/18 | $616.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998543 | $908.38 | 8/14/18 | 615590810186045 | 8/10/18 | $291.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999391 | $116.76 | 8/15/18 | 615590811186045 | 8/11/18 | $116.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007723 | $29.41 | 8/31/18 | 615590828186045 | 8/28/18 | $29.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008292 | $113.50 | 9/3/18 | 615590829186045 | 8/29/18 | $113.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009092 | $205.56 | 9/4/18 | 615590831186045 | 8/31/18 | $205.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010388 | $2,443.68 | 9/5/18 | 615590901186045 | 9/1/18 | $663.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010388 | $2,443.68 | 9/5/18 | 615590902186045 | 9/2/18 | $1,780.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012328 | $529.51 | 9/10/18 | 615590905186045 | 9/5/18 | $529.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013010 | $481.21 | 9/11/18 | 615590907186045 | 9/7/18 | $481.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013877 | $513.42 | 9/12/18 | 615590908186045 | 9/8/18 | $513.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016427 | $1,988.01 | 9/18/18 | 615590913186045 | 9/13/18 | $691.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016427 | $1,988.01 | 9/18/18 | 615590914186045 | 9/14/18 | $1,296.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017296 | $123.84 | 9/19/18 | 615590915186045 | 9/15/18 | $123.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020801 | $75.92 | 9/26/18 | 615590922186045 | 9/22/18 | $75.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022151 | $305.92 | 9/28/18 | 615590925186045 | 9/25/18 | $305.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023541 | $684.41 | 10/2/18 | 615590927186045 | 9/27/18 | $230.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023541 | $684.41 | 10/2/18 | 615590928186045 | 9/28/18 | $454.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024578 | $361.80 | 10/3/18 | 615590930186045 | 9/30/18 | $361.80 |

Totals:    24 transfer(s),  $15,003.05