Defendant: **Orban's Nursery, Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780979990 | $1,013.60 | 7/17/18 | 60429 | 4/4/18 | $506.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979990 | $1,013.60 | 7/17/18 | 60430 | 4/4/18 | $506.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983298 | $6,600.95 | 7/24/18 | 60413 | 3/26/18 | $1,034.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983298 | $6,600.95 | 7/24/18 | 60454 | 4/17/18 | $1,173.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983298 | $6,600.95 | 7/24/18 | 60460 | 4/19/18 | $183.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983298 | $6,600.95 | 7/24/18 | 60462 | 4/19/18 | $65.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983298 | $6,600.95 | 7/24/18 | 60436 | 4/23/18 | $121.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983298 | $6,600.95 | 7/24/18 | 60464 | 4/23/18 | $65.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983298 | $6,600.95 | 7/24/18 | 60465 | 4/23/18 | $44.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983298 | $6,600.95 | 7/24/18 | 60499 | 5/14/18 | $1,332.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983298 | $6,600.95 | 7/24/18 | 60492 | 5/14/18 | $789.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983298 | $6,600.95 | 7/24/18 | 60497 | 5/14/18 | $456.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983298 | $6,600.95 | 7/24/18 | 60493 | 5/14/18 | $333.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983298 | $6,600.95 | 7/24/18 | 60490 | 5/14/18 | $333.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983298 | $6,600.95 | 7/24/18 | 60496 | 5/14/18 | $333.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983298 | $6,600.95 | 7/24/18 | 60489 | 5/14/18 | $333.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986752 | $1,255.25 | 7/31/18 | 60474 | 4/30/18 | $131.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986752 | $1,255.25 | 7/31/18 | 60498 | 5/14/18 | $456.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986752 | $1,255.25 | 7/31/18 | 60494 | 5/14/18 | $333.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986752 | $1,255.25 | 7/31/18 | 60495 | 5/14/18 | $333.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993869 | $1,907.90 | 8/16/18 | 60480 | 5/7/18 | $1,451.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993869 | $1,907.90 | 8/16/18 | 60491 | 5/14/18 | $456.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004777 | $333.75 | 9/10/18 | 60488A | 5/14/18 | $333.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008296 | $2,884.80 | 9/17/18 | 60373 | 3/20/18 | $520.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008296 | $2,884.80 | 9/17/18 | 60376 | 3/20/18 | $351.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008296 | $2,884.80 | 9/17/18 | 60382 | 3/20/18 | $351.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008296 | $2,884.80 | 9/17/18 | 60558 | 7/3/18 | $1,660.35 |

Totals:    6 transfer(s),  $13,996.25