Defendant: **Outsell Consulting, Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004782 | $20,000.00 | 9/10/18 | SHO5001 | 5/18/18 | $20,000.00 |
| Totals: | 1 transfer(s), $20,000.00 | | | | | | |