| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | Owen W. Brunk | | | | | | |
| Bankruptcy Case | Sears Holding Corporation, et al. | | | | | | |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 | | | | | | |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233475 | $1,743.82 | 7/17/18 | 23819964A-IN | 7/16/18 | $1,743.82 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235010 | $305.27 | 7/25/18 | 24205249B-IN | 7/24/18 | $155.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235010 | $305.27 | 7/25/18 | 24159149A-IN | 7/24/18 | $150.27 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235207 | $1,169.00 | 7/26/18 | 24010147A-IN | 7/26/18 | $1,169.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235441 | $95.00 | 7/27/18 | 24183934A-IN | 7/26/18 | $95.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236215 | $136.77 | 8/1/18 | 24136982A-IN | 7/31/18 | $71.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236215 | $136.77 | 8/1/18 | 24205249A-IN | 8/1/18 | $65.77 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236426 | $1,521.73 | 8/2/18 | 24268313A-IN | 8/1/18 | $183.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236426 | $1,521.73 | 8/2/18 | 23751253A-IN | 8/2/18 | $1,338.73 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236718 | $155.00 | 8/3/18 | 24247721A-IN | 8/2/18 | $155.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237017 | $1,926.12 | 8/6/18 | 23764006A-IN | 8/3/18 | $1,230.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237017 | $1,926.12 | 8/6/18 | 23764006A-IN | 8/6/18 | $696.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238126 | $1,165.95 | 8/13/18 | 23952818A-IN | 8/10/18 | $1,165.95 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238533 | $220.00 | 8/15/18 | 23362383B-IN | 8/15/18 | $220.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238708 | $102.00 | 8/16/18 | 24268313B-IN | 8/15/18 | $102.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238944 | $344.99 | 8/17/18 | 23847982A-IN | 8/16/18 | $344.99 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239795 | $1,394.58 | 8/23/18 | 23654552B-IN | 8/22/18 | $210.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239795 | $1,394.58 | 8/23/18 | 24159149A-IN | 8/23/18 | $600.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239795 | $1,394.58 | 8/23/18 | 24094273A-IN | 8/23/18 | $584.58 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240448 | $684.61 | 8/28/18 | 24368834A-IN | 8/28/18 | $544.61 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240448 | $684.61 | 8/28/18 | 24292300A-IN | 8/28/18 | $140.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240703 | $1,401.78 | 8/29/18 | 24159149A-IN | 8/29/18 | $1,181.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240703 | $1,401.78 | 8/29/18 | 24426460A-IN | 8/29/18 | $140.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240703 | $1,401.78 | 8/29/18 | 24203753A-IN | 8/29/18 | $80.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240974 | $174.84 | 8/30/18 | 23952818A-IN | 8/29/18 | $174.84 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241936 | $1,000.00 | 9/5/18 | 24100800A-IN | 9/4/18 | $1,000.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242081 | $140.00 | 9/6/18 | 24010147A-IN | 9/5/18 | $140.00 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242418 | $1,362.10 | 9/10/18 | 24205249B-IN | 9/7/18 | $1,000.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242418 | $1,362.10 | 9/10/18 | 24205249A-IN | 9/7/18 | $362.10 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242813 | $88.01 | 9/12/18 | 24391971A-IN | 9/12/18 | $88.01 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242968 | $718.40 | 9/13/18 | 24431554A-IN | 9/12/18 | $155.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242968 | $718.40 | 9/13/18 | 24205249B-IN | 9/13/18 | $563.40 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243328 | $1,033.49 | 9/17/18 | 24010147A-IN | 9/14/18 | $858.49 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243328 | $1,033.49 | 9/17/18 | 24460818A-IN | 9/14/18 | $125.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243328 | $1,033.49 | 9/17/18 | 24460818B-IN | 9/14/18 | $50.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243510 | $600.00 | 9/18/18 | 24247721A-IN | 9/17/18 | $600.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243744 | $761.14 | 9/19/18 | 24382952A-IN | 9/19/18 | $761.14 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244492 | $1,100.00 | 9/25/18 | 23900002B-IN | 9/24/18 | $600.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244492 | $1,100.00 | 9/25/18 | 23900002B-IN | 9/24/18 | $500.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244695 | $1,324.17 | 9/26/18 | 24247721A-IN | 9/26/18 | $725.57 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244695 | $1,324.17 | 9/26/18 | 23900002A-IN | 9/26/18 | $598.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245344 | $1,739.26 | 10/1/18 | 24457745A-IN | 9/29/18 | $939.26 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245344 | $1,739.26 | 10/1/18 | 24136982A-IN | 10/1/18 | $800.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245548 | $160.00 | 10/2/18 | 24430120A-IN | 10/1/18 | $110.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245548 | $160.00 | 10/2/18 | 24292300B-IN | 10/2/18 | $50.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246160 | $398.59 | 10/5/18 | 23900002B-IN | 10/4/18 | $398.59 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246421 | $625.11 | 10/8/18 | 24560201A-IN | 10/7/18 | $625.11 |

Totals:   30 transfer(s),   $23,591.73