Defendant: **Partney Heating and Cooling LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233641 | $890.77 | 7/17/18 | 24213360A-IN | 7/17/18 | $890.77 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234188 | $933.91 | 7/19/18 | 24241436A-IN | 7/19/18 | $933.91 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234693 | $1,547.56 | 7/23/18 | 24235122A-IN | 7/22/18 | $1,547.56 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235395 | $1,467.26 | 7/26/18 | 24245167A-IN | 7/26/18 | $1,467.26 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235908 | $25.00 | 7/30/18 | 24245167A-IN | 7/27/18 | $25.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236991 | $2,335.50 | 8/3/18 | 24218159A-IN | 8/3/18 | $2,335.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237570 | $1,932.05 | 8/7/18 | 24276914A-IN | 8/4/18 | $1,932.05 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238903 | $1,033.91 | 8/16/18 | 24368770A-IN | 8/16/18 | $1,033.91 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239967 | $2,706.17 | 8/23/18 | 24402453A-IN | 8/22/18 | $1,181.41 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239967 | $2,706.17 | 8/23/18 | 24416327A-IN | 8/23/18 | $1,524.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240892 | $1,143.91 | 8/29/18 | 24443161A-IN | 8/28/18 | $1,143.91 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241875 | $913.66 | 9/4/18 | 24492736A-IN | 9/1/18 | $913.66 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242346 | $1,331.06 | 9/7/18 | 24505042A-IN | 9/6/18 | $1,331.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243120 | $3,218.54 | 9/13/18 | 24471849A-IN | 9/12/18 | $1,793.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243120 | $3,218.54 | 9/13/18 | 24521286A-IN | 9/12/18 | $1,425.46 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243900 | $1,425.46 | 9/19/18 | 24551549A-IN | 9/18/18 | $1,425.46 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245946 | $4,328.57 | 10/3/18 | 24587564A-IN | 10/3/18 | $1,779.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245946 | $4,328.57 | 10/3/18 | 24574735A-IN | 10/3/18 | $1,562.56 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245946 | $4,328.57 | 10/3/18 | 24633398A-IN | 10/3/18 | $986.41 |

Totals:   15 transfer(s),   $25,233.33