Defendant: **Paul Carte**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238283 | $2,599.26 | 8/13/18 | 24063333A-IN | 8/10/18 | $2,599.26 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238913 | $697.50 | 8/16/18 | 24076444A-IN | 8/16/18 | $697.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239345 | $892.26 | 8/20/18 | 24076444A-IN | 8/20/18 | $892.26 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239782 | $1,300.93 | 8/22/18 | 24044372A-IN | 8/22/18 | $1,300.93 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240437 | $770.89 | 8/27/18 | 24262183A-IN | 8/24/18 | $770.89 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241889 | $2,038.38 | 9/4/18 | 23864175A-IN | 9/4/18 | $2,038.38 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242580 | $1,791.96 | 9/10/18 | 23829354A-IN | 9/10/18 | $1,791.96 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243125 | $2,714.48 | 9/13/18 | 23852889A-IN | 9/12/18 | $2,714.48 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244085 | $2,137.59 | 9/20/18 | 24184898A-IN | 9/20/18 | $2,137.59 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246145 | $1,400.00 | 10/4/18 | 24376128C-IN | 10/4/18 | $1,400.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246354 | $1,600.00 | 10/5/18 | 23714668A-IN | 10/5/18 | $1,600.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246760 | $1,659.88 | 10/8/18 | 24376128C-IN | 10/6/18 | $1,659.88 |

Totals:     12 transfer(s),  **$19,603.13**

Paul Carte

Bankruptcy Case: Sears Holding Corporation, et al.

February 1, 2020

Exhibit A