Defendant: **Pavel Villagomez**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233599 | $1,250.00 | 7/17/18 | 24041483A-IN | 7/16/18 | $1,250.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234893 | $200.00 | 7/24/18 | 23955367A-IN | 7/23/18 | $200.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235140 | $955.00 | 7/25/18 | 23673254A-IN | 7/24/18 | $500.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235140 | $955.00 | 7/25/18 | 23901057A-IN | 7/24/18 | $455.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237280 | $3,752.91 | 8/6/18 | 23654750A-IN | 8/3/18 | $1,275.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237280 | $3,752.91 | 8/6/18 | 24085159A-IN | 8/4/18 | $637.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237280 | $3,752.91 | 8/6/18 | 24012627A-IN | 8/4/18 | $440.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237280 | $3,752.91 | 8/6/18 | 23904987A-IN | 8/6/18 | $1,399.66 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237885 | $901.31 | 8/9/18 | 22345170D-IN | 8/9/18 | $901.31 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239499 | $1,692.42 | 8/21/18 | 24138961A-IN | 8/21/18 | $1,692.42 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239733 | $2,400.00 | 8/22/18 | 24071065A-IN | 8/22/18 | $1,700.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239733 | $2,400.00 | 8/22/18 | 24085851C-IN | 8/22/18 | $700.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240849 | $775.00 | 8/29/18 | 24174881A-IN | 8/29/18 | $775.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241133 | $2,524.66 | 8/30/18 | 23890855A-IN | 8/29/18 | $850.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241133 | $2,524.66 | 8/30/18 | 24178737A-IN | 8/29/18 | $775.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241133 | $2,524.66 | 8/30/18 | 23426173A-IN | 8/29/18 | $528.28 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241133 | $2,524.66 | 8/30/18 | 24074687A-IN | 8/29/18 | $371.38 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241778 | $1,250.00 | 9/4/18 | 24335224A-IN | 8/31/18 | $1,250.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243089 | $850.00 | 9/13/18 | 24111150A-IN | 9/13/18 | $850.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243862 | $300.00 | 9/19/18 | 23863717B-IN | 9/18/18 | $300.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245005 | $1,650.00 | 9/27/18 | 24369211A-IN | 9/26/18 | $1,250.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245005 | $1,650.00 | 9/27/18 | 24319844A-IN | 9/26/18 | $400.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245500 | $425.00 | 10/1/18 | 24432391A-IN | 10/1/18 | $425.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246661 | $775.00 | 10/8/18 | 23538188B-IN | 10/6/18 | $775.00 |

Totals:    15 transfer(s),  $19,701.30

Pavel Villagomez

Bankruptcy Case: Sears Holding Corporation, et al.