Defendant: **Payless Construction, Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234759 | $385.00 | 7/24/18 | 24130258A-IN | 7/23/18 | $210.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234759 | $385.00 | 7/24/18 | 24217920A-IN | 7/23/18 | $175.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235035 | $60.00 | 7/25/18 | 24162660A-IN | 7/24/18 | $60.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235958 | $140.00 | 7/31/18 | 24287820A-IN | 7/30/18 | $140.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236461 | $1,812.59 | 8/2/18 | 24048055A-IN | 8/1/18 | $1,812.59 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236753 | $3,482.39 | 8/3/18 | 24073603A-IN | 8/2/18 | $1,962.53 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236753 | $3,482.39 | 8/3/18 | 24067733A-IN | 8/2/18 | $1,519.86 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237947 | $210.00 | 8/10/18 | 23686958A-IN | 8/9/18 | $125.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237947 | $210.00 | 8/10/18 | 24098334A-IN | 8/9/18 | $85.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238559 | $150.00 | 8/15/18 | 24358087B-IN | 8/14/18 | $80.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238559 | $150.00 | 8/15/18 | 23743470A-IN | 8/14/18 | $70.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239818 | $90.00 | 8/23/18 | 24353505A-IN | 8/22/18 | $90.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240009 | $350.56 | 8/24/18 | 23973977A-IN | 8/24/18 | $350.56 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240478 | $1,401.75 | 8/28/18 | 24130258A-IN | 8/27/18 | $1,401.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241543 | $3,665.52 | 9/4/18 | 24098334A-IN | 8/31/18 | $3,665.52 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242617 | $60.00 | 9/11/18 | 24488447A-IN | 9/10/18 | $60.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242838 | $1,924.00 | 9/12/18 | 24217920A-IN | 9/11/18 | $1,924.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243542 | $180.00 | 9/18/18 | 22253664A-IN | 9/17/18 | $100.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243542 | $180.00 | 9/18/18 | 24448007A-IN | 9/17/18 | $80.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243958 | $3,406.20 | 9/20/18 | 24358087B-IN | 9/19/18 | $2,150.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243958 | $3,406.20 | 9/20/18 | 24287820A-IN | 9/19/18 | $1,256.20 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244326 | $2,503.13 | 9/24/18 | 24162660A-IN | 9/21/18 | $2,343.13 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244326 | $2,503.13 | 9/24/18 | 24522192A-IN | 9/24/18 | $160.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245575 | $2,990.11 | 10/2/18 | 23743470A-IN | 10/1/18 | $1,275.94 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245575 | $2,990.11 | 10/2/18 | 23686958A-IN | 10/2/18 | $1,714.17 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245990 | $175.00 | 10/4/18 | 23215741B-IN | 10/3/18 | $175.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246465 | $387.98 | 10/8/18 | 24077650D-IN | 10/6/18 | $387.98 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Totals: | 19 transfer(s), $23,374.23 | | | | | | |