| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | **Perio, Inc.** | | | | | | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | | | | | | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | | | | | | |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980073 | $1,084.84 | 7/17/18 | 336529 | 6/7/18 | $757.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980073 | $1,084.84 | 7/17/18 | 336668 | 6/11/18 | $327.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993949 | $9,132.10 | 8/16/18 | 337610 | 7/8/18 | $1,059.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993949 | $9,132.10 | 8/16/18 | 337609 | 7/8/18 | $478.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993949 | $9,132.10 | 8/16/18 | 337663 | 7/9/18 | $1,988.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993949 | $9,132.10 | 8/16/18 | 337662 | 7/9/18 | $1,102.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993949 | $9,132.10 | 8/16/18 | 337664 | 7/9/18 | $842.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993949 | $9,132.10 | 8/16/18 | 337665 | 7/9/18 | $256.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993949 | $9,132.10 | 8/16/18 | 337769 | 7/11/18 | $2,545.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993949 | $9,132.10 | 8/16/18 | MA18195715103 | 7/14/18 | -$1,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993949 | $9,132.10 | 8/16/18 | MA18195714003 | 7/14/18 | -$3,234.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993949 | $9,132.10 | 8/16/18 | 337890 | 7/16/18 | $2,695.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993949 | $9,132.10 | 8/16/18 | 337893 | 7/16/18 | $1,347.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993949 | $9,132.10 | 8/16/18 | 337891 | 7/16/18 | $599.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993949 | $9,132.10 | 8/16/18 | 337892 | 7/16/18 | $449.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997973 | $4,821.80 | 8/23/18 | 338056 | 7/19/18 | $1,133.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997973 | $4,821.80 | 8/23/18 | 338168 | 7/23/18 | $2,295.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997973 | $4,821.80 | 8/23/18 | 338167 | 7/23/18 | $1,542.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997973 | $4,821.80 | 8/23/18 | VPASN993118551 | 8/5/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001407 | $345.93 | 9/3/18 | 338319 | 7/26/18 | $1,013.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001407 | $345.93 | 9/3/18 | 338392 | 7/30/18 | $659.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001407 | $345.93 | 9/3/18 | 338425 | 7/31/18 | $2,093.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001407 | $345.93 | 9/3/18 | 338424 | 7/31/18 | $1,615.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001407 | $345.93 | 9/3/18 | MA18223715104 | 8/11/18 | -$4,243.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001407 | $345.93 | 9/3/18 | VPASN993118998 | 8/12/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001407 | $345.93 | 9/3/18 | VPASN993118999 | 8/12/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001407 | $345.93 | 9/3/18 | VPASN993119000 | 8/12/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001407 | $345.93 | 9/3/18 | VPASN993119001 | 8/12/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001407 | $345.93 | 9/3/18 | VPOT991485939 | 8/12/18 | -$193.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004849 | $6,279.55 | 9/10/18 | 338423 | 7/31/18 | $1,414.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004849 | $6,279.55 | 9/10/18 | 338623 | 8/6/18 | $1,791.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004849 | $6,279.55 | 9/10/18 | 338624 | 8/6/18 | $1,776.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004849 | $6,279.55 | 9/10/18 | 338622 | 8/6/18 | $1,296.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008374 | $3,301.40 | 9/17/18 | 338523 | 8/2/18 | $994.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008374 | $3,301.40 | 9/17/18 | 338921 | 8/13/18 | $2,306.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012400 | $2,776.15 | 9/24/18 | 338920 | 8/13/18 | $912.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012400 | $2,776.15 | 9/24/18 | 339121 | 8/17/18 | $794.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012400 | $2,776.15 | 9/24/18 | 339147 | 8/20/18 | $1,108.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012400 | $2,776.15 | 9/24/18 | VPOT991487715 | 9/2/18 | -$38.93 |

Totals:    7 transfer(s),  $27,741.77