Defendant: **Phillip J. Dewhurst**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234388 | $740.07 | 7/20/18 | 24042085B-IN | 7/20/18 | $740.07 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234675 | $676.25 | 7/23/18 | 19951172B-IN | 7/20/18 | $676.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234934 | $789.28 | 7/24/18 | 21651277A-IN | 7/24/18 | $789.28 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235893 | $1,762.38 | 7/30/18 | 23879157A-IN | 7/30/18 | $989.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235893 | $1,762.38 | 7/30/18 | 24215451A-IN | 7/30/18 | $773.26 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236970 | $444.94 | 8/3/18 | 24042085B-IN | 8/2/18 | $444.94 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237362 | $414.73 | 8/6/18 | 24214374A-IN | 8/4/18 | $414.73 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238055 | $500.00 | 8/10/18 | 23985442A-IN | 8/10/18 | $500.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239334 | $731.24 | 8/20/18 | 24215451A-IN | 8/20/18 | $731.24 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240416 | $2,289.44 | 8/27/18 | 23995441A-IN | 8/27/18 | $2,289.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241176 | $1,450.00 | 8/30/18 | 24310286A-IN | 8/30/18 | $1,000.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241176 | $1,450.00 | 8/30/18 | 24181717A-IN | 8/30/18 | $450.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241848 | $2,111.40 | 9/4/18 | 24310286A-IN | 9/4/18 | $2,111.40 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242566 | $355.60 | 9/10/18 | 24364073A-IN | 9/10/18 | $355.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242735 | $1,046.20 | 9/11/18 | 24016759A-IN | 9/10/18 | $1,046.20 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243662 | $350.00 | 9/18/18 | 24026849A-IN | 9/17/18 | $350.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243893 | $516.42 | 9/19/18 | 24026849A-IN | 9/18/18 | $516.42 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244070 | $84.00 | 9/20/18 | 24195005A-IN | 9/19/18 | $84.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244624 | $1,050.00 | 9/25/18 | 24017523A-IN | 9/25/18 | $560.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244624 | $1,050.00 | 9/25/18 | 24457289B-IN | 9/25/18 | $490.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245032 | $771.73 | 9/27/18 | 24195005A-IN | 9/21/18 | $771.73 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245290 | $1,015.68 | 9/28/18 | 24017523A-IN | 9/27/18 | $1,015.68 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245934 | $2,017.00 | 10/3/18 | 24405477A-IN | 10/3/18 | $2,017.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246126 | $2,496.92 | 10/4/18 | 23780963B-IN | 10/4/18 | $2,496.92 |

Totals:     21 transfer(s),  $21,613.28