| | |
|---|---|
| Defendant: | **Plum Group, LLC** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90283 | $1,048.07 | 7/18/18 | 000007NPIC | 7/5/18 | $1,048.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91209 | $397.60 | 7/19/18 | 000007NTUN | 7/6/18 | $765.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91209 | $397.60 | 7/19/18 | 0000590409 | 7/16/18 | -$367.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92012 | $925.65 | 7/20/18 | 000007NVRU | 7/7/18 | $925.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92573 | $3,678.55 | 7/23/18 | 000007NYW8 | 7/9/18 | $1,471.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92573 | $3,678.55 | 7/23/18 | 000007NYW7 | 7/9/18 | $1,028.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92573 | $3,678.55 | 7/23/18 | 000007NYW9 | 7/9/18 | $731.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92573 | $3,678.55 | 7/23/18 | 000007NXQ1 | 7/9/18 | $38.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92573 | $3,678.55 | 7/23/18 | 000007O5CQ | 7/10/18 | $239.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92573 | $3,678.55 | 7/23/18 | 000007O3FB | 7/10/18 | $90.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92573 | $3,678.55 | 7/23/18 | 000007O5CP | 7/10/18 | $79.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93807 | $2,828.31 | 7/24/18 | 000007O7BP | 7/11/18 | $1,471.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93807 | $2,828.31 | 7/24/18 | 000007O7BO | 7/11/18 | $937.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93807 | $2,828.31 | 7/24/18 | 000007O8KM | 7/11/18 | $419.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94500 | $1,627.60 | 7/25/18 | 000007OAED | 7/12/18 | $1,181.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94500 | $1,627.60 | 7/25/18 | 000007OAI3 | 7/12/18 | $446.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00593 | $1,545.00 | 8/6/18 | 000007OI0R | 7/16/18 | $367.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00593 | $1,545.00 | 8/6/18 | 000007OHNO | 7/16/18 | $63.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00593 | $1,545.00 | 8/6/18 | 000007OQCW | 7/18/18 | $463.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00593 | $1,545.00 | 8/6/18 | 000007OTR6 | 7/19/18 | $596.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00593 | $1,545.00 | 8/6/18 | 000007OX02 | 7/20/18 | $213.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00593 | $1,545.00 | 8/6/18 | 000007OWUW | 7/20/18 | $56.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00593 | $1,545.00 | 8/6/18 | 000007OX03 | 7/20/18 | $51.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00593 | $1,545.00 | 8/6/18 | 000007OYC6 | 7/20/18 | $37.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00593 | $1,545.00 | 8/6/18 | 000007P696 | 7/24/18 | $467.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00593 | $1,545.00 | 8/6/18 | 000007P6YU | 7/24/18 | $314.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00593 | $1,545.00 | 8/6/18 | 000007P6YW | 7/24/18 | $314.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00593 | $1,545.00 | 8/6/18 | 000007P6YV | 7/24/18 | $314.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00593 | $1,545.00 | 8/6/18 | 000007P6VN | 7/24/18 | $280.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00593 | $1,545.00 | 8/6/18 | 000007P60P | 7/24/18 | $222.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00593 | $1,545.00 | 8/6/18 | 0000593174 | 7/24/18 | -$255.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00593 | $1,545.00 | 8/6/18 | 0000299425 | 7/26/18 | -$1,769.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00593 | $1,545.00 | 8/6/18 | 0000594826 | 7/29/18 | -$58.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00593 | $1,545.00 | 8/6/18 | 0000594818 | 7/29/18 | -$92.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00593 | $1,545.00 | 8/6/18 | 0000480246 | 8/1/18 | -$39.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03145 | $2,517.90 | 8/9/18 | 000007P9M2 | 7/25/18 | $566.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03145 | $2,517.90 | 8/9/18 | 000007PA39 | 7/25/18 | $182.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03145 | $2,517.90 | 8/9/18 | 000007PE4I | 7/27/18 | $2,421.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03145 | $2,517.90 | 8/9/18 | 000007PE8C | 7/27/18 | $431.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03145 | $2,517.90 | 8/9/18 | 000007PE8D | 7/27/18 | $314.00 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03145 | $2,517.90 | 8/9/18 | 0000596250 | 8/2/18 | -$816.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03145 | $2,517.90 | 8/9/18 | 0000596950 | 8/5/18 | -$582.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04442 | $3,188.49 | 8/13/18 | 000007PGZU | 7/29/18 | $58.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04442 | $3,188.49 | 8/13/18 | 000007PKUN | 7/30/18 | $1,230.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04442 | $3,188.49 | 8/13/18 | 000007PKOO | 7/30/18 | $694.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04442 | $3,188.49 | 8/13/18 | 000007PNL4 | 7/31/18 | $314.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04442 | $3,188.49 | 8/13/18 | 000007PNL5 | 7/31/18 | $314.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04442 | $3,188.49 | 8/13/18 | 000007PNL6 | 7/31/18 | $314.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04442 | $3,188.49 | 8/13/18 | 000007POOR | 7/31/18 | $203.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04442 | $3,188.49 | 8/13/18 | 000007PP3V | 7/31/18 | $58.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05619 | $556.69 | 8/14/18 | 000007PRRB | 8/1/18 | $509.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05619 | $556.69 | 8/14/18 | 000007PRRA | 8/1/18 | $47.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06276 | $1,066.03 | 8/15/18 | 000007PV0Q | 8/2/18 | $454.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06276 | $1,066.03 | 8/15/18 | 000007PTFG | 8/2/18 | $379.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06276 | $1,066.03 | 8/15/18 | 000007PTLF | 8/2/18 | $137.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06276 | $1,066.03 | 8/15/18 | 000007PTFH | 8/2/18 | $47.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06276 | $1,066.03 | 8/15/18 | 000007PTFF | 8/2/18 | $47.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07126 | $1,230.37 | 8/16/18 | 000007PWZ2 | 8/3/18 | $1,230.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08443 | $2,410.00 | 8/20/18 | 000007PZIV | 8/5/18 | $582.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08443 | $2,410.00 | 8/20/18 | 000007Q2CP | 8/6/18 | $1,281.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08443 | $2,410.00 | 8/20/18 | 000007Q11E | 8/6/18 | $615.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08443 | $2,410.00 | 8/20/18 | 000007Q2CO | 8/6/18 | $423.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08443 | $2,410.00 | 8/20/18 | 000007Q11F | 8/6/18 | $47.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08443 | $2,410.00 | 8/20/18 | 0000600447 | 8/15/18 | -$126.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08443 | $2,410.00 | 8/20/18 | 0000600265 | 8/15/18 | -$414.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09631 | $892.45 | 8/21/18 | 000007QB11 | 8/8/18 | $892.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10314 | $2,585.05 | 8/22/18 | 000007QD3G | 8/9/18 | $339.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10314 | $2,585.05 | 8/22/18 | 000007QD3I | 8/9/18 | $314.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10314 | $2,585.05 | 8/22/18 | 000007QD3J | 8/9/18 | $314.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10314 | $2,585.05 | 8/22/18 | 000007QD3K | 8/9/18 | $314.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10314 | $2,585.05 | 8/22/18 | 000007QD3L | 8/9/18 | $314.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10314 | $2,585.05 | 8/22/18 | 000007QD3M | 8/9/18 | $314.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10314 | $2,585.05 | 8/22/18 | 000007QD3N | 8/9/18 | $314.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10314 | $2,585.05 | 8/22/18 | 000007QD3H | 8/9/18 | $314.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10314 | $2,585.05 | 8/22/18 | 000007QEEO | 8/9/18 | $47.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11144 | $314.00 | 8/23/18 | 000007QFUT | 8/10/18 | $314.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12475 | $932.55 | 8/27/18 | 000007QKNY | 8/13/18 | $297.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12475 | $932.55 | 8/27/18 | 000007QNOJ | 8/13/18 | $47.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12475 | $932.55 | 8/27/18 | 000007QNOK | 8/13/18 | $37.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12475 | $932.55 | 8/27/18 | 000007QS80 | 8/14/18 | $299.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12475 | $932.55 | 8/27/18 | 000007QQEH | 8/14/18 | $141.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12475 | $932.55 | 8/27/18 | 000007QQJK | 8/14/18 | $71.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12475 | $932.55 | 8/27/18 | 000007QS81 | 8/14/18 | $37.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13670 | $2,768.05 | 8/28/18 | 000007QUFW | 8/15/18 | $1,262.25 |

Plum Group, LLC

Bankruptcy Case: Sears Holding Corporation, et al.

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13670 | $2,768.05 | 8/28/18 | 000007QUFV | 8/15/18 | $590.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13670 | $2,768.05 | 8/28/18 | 000007QUA3 | 8/15/18 | $501.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13670 | $2,768.05 | 8/28/18 | 000007QU0Y | 8/15/18 | $414.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14390 | $639.89 | 8/29/18 | 000007QXZC | 8/16/18 | $543.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14390 | $639.89 | 8/29/18 | 000007QXZD | 8/16/18 | $96.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15174 | $271.62 | 8/30/18 | 000007R1C1 | 8/17/18 | $271.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16427 | $827.29 | 9/4/18 | 000007R9ZM | 8/21/18 | $96.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16427 | $827.29 | 9/4/18 | 000007R9ZL | 8/21/18 | $96.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16427 | $827.29 | 9/4/18 | 000007R9ZK | 8/21/18 | $54.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16427 | $827.29 | 9/4/18 | 000007R9ZJ | 8/21/18 | $36.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16427 | $827.29 | 9/4/18 | 000007RCQK | 8/22/18 | $321.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16427 | $827.29 | 9/4/18 | 000007RCQL | 8/22/18 | $190.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16427 | $827.29 | 9/4/18 | 000007RE7S | 8/22/18 | $30.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19464 | $3,127.76 | 9/10/18 | 000007RPO6 | 8/27/18 | $322.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19464 | $3,127.76 | 9/10/18 | 000007RMVT | 8/27/18 | $70.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19464 | $3,127.76 | 9/10/18 | 000007RT8H | 8/28/18 | $1,104.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19464 | $3,127.76 | 9/10/18 | 000007RTN7 | 8/28/18 | $784.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19464 | $3,127.76 | 9/10/18 | 000007RT8I | 8/28/18 | $657.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19464 | $3,127.76 | 9/10/18 | 000007RSKW | 8/28/18 | $227.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19464 | $3,127.76 | 9/10/18 | 0000480235 | 9/1/18 | -$39.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20589 | $301.03 | 9/11/18 | 000007RV65 | 8/29/18 | $301.03 |

Totals:   23 transfer(s),  $35,679.95