Defendant: **Precision Air Comfort LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235352 | $2,149.88 | 7/26/18 | 24099228B-IN | 7/25/18 | $885.65 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235352 | $2,149.88 | 7/26/18 | 24077139A-IN | 7/25/18 | $664.23 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235352 | $2,149.88 | 7/26/18 | 22568062C-IN | 7/26/18 | $600.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235589 | $755.37 | 7/27/18 | 24269633A-IN | 7/27/18 | $755.37 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236108 | $788.47 | 7/31/18 | 24183316A-IN | 7/31/18 | $788.47 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236362 | $1,404.88 | 8/1/18 | 24122680A-IN | 7/25/18 | $1,404.88 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237290 | $937.01 | 8/6/18 | 24092596A-IN | 8/3/18 | $937.01 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239507 | $123.50 | 8/21/18 | 24252172A-IN | 8/21/18 | $123.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239737 | $1,504.21 | 8/22/18 | 24262158A-IN | 8/21/18 | $768.73 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239737 | $1,504.21 | 8/22/18 | 24102752A-IN | 8/21/18 | $735.48 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239932 | $2,314.75 | 8/23/18 | 24322851A-IN | 8/23/18 | $2,314.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240377 | $808.11 | 8/27/18 | 24364081A-IN | 8/24/18 | $808.11 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240856 | $251.00 | 8/29/18 | 24184156A-IN | 8/29/18 | $251.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241141 | $652.68 | 8/30/18 | 23855994A-IN | 8/30/18 | $652.68 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241790 | $236.79 | 9/4/18 | 24102752A-IN | 9/1/18 | $236.79 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243241 | $3,813.02 | 9/14/18 | 24155999A-IN | 9/13/18 | $3,813.02 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246671 | $5,022.25 | 10/8/18 | 24234418A-IN | 10/6/18 | $4,056.96 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246671 | $5,022.25 | 10/8/18 | 24346471A-IN | 10/6/18 | $965.29 |

Totals:    14 transfer(s),   $20,761.92