Defendant: **Quality Mechanical Professionals Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234843 | $6,922.50 | 7/24/18 | 23689538A-IN | 7/23/18 | $2,714.85 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234843 | $6,922.50 | 7/24/18 | 24188458A-IN | 7/23/18 | $2,019.20 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234843 | $6,922.50 | 7/24/18 | 24212428A-IN | 7/24/18 | $2,188.45 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235321 | $1,611.93 | 7/26/18 | 24211705A-IN | 7/25/18 | $1,611.93 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237191 | $5,931.45 | 8/6/18 | 24181657A-IN | 8/3/18 | $2,176.95 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237191 | $5,931.45 | 8/6/18 | 24135462A-IN | 8/4/18 | $3,754.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240806 | $3,025.70 | 8/29/18 | 24377782A-IN | 8/29/18 | $3,025.70 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241086 | $5,538.49 | 8/30/18 | 24253147A-IN | 8/29/18 | $2,068.79 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241086 | $5,538.49 | 8/30/18 | 24290730A-IN | 8/29/18 | $1,883.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241086 | $5,538.49 | 8/30/18 | 24357021A-IN | 8/29/18 | $1,586.10 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241692 | $4,546.05 | 9/4/18 | 24354524A-IN | 8/31/18 | $4,546.05 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246587 | $1,931.95 | 10/8/18 | 24471347A-IN | 10/6/18 | $1,931.95 |

Totals:    7 transfer(s),  $29,508.07