Defendant: **Quality Roofing And Services Inc.**

Bankruptcy Case **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234290 | $2,161.18 | 7/20/18 | 23761855A-IN | 7/19/18 | $2,161.18 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235277 | $827.70 | 7/26/18 | 23733760A-IN | 7/25/18 | $827.70 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236007 | $2,304.69 | 7/31/18 | 23405868A-IN | 7/30/18 | $2,304.69 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237133 | $2,166.90 | 8/6/18 | 23827863A-IN | 8/3/18 | $2,166.90 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237464 | $3,647.51 | 8/7/18 | 23832343A-IN | 8/6/18 | $3,368.51 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237464 | $3,647.51 | 8/7/18 | 23673509A-IN | 8/6/18 | $279.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238777 | $1,875.07 | 8/16/18 | 24069904A-IN | 8/16/18 | $1,875.07 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240285 | $2,057.95 | 8/27/18 | 24136903A-IN | 8/24/18 | $2,057.95 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242646 | $3,130.84 | 9/11/18 | 23682374A-IN | 9/10/18 | $3,130.84 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242865 | $1,714.55 | 9/12/18 | 23986097A-IN | 9/12/18 | $1,714.55 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243790 | $1,703.76 | 9/19/18 | 24424431A-IN | 9/19/18 | $1,703.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245192 | $2,258.50 | 9/28/18 | 24504363A-IN | 9/27/18 | $2,258.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245838 | $2,672.45 | 10/3/18 | 24448446A-IN | 10/2/18 | $2,672.45 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246025 | $1,766.26 | 10/4/18 | 24491530A-IN | 10/4/18 | $1,766.26 |

**Totals:**     **13 transfer(s),  $28,287.36**