Defendant: **Rainbow Cotton Candy LLC**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575237 | 6/18/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575230 | 6/18/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575235 | 6/18/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575231 | 6/18/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575238 | 6/18/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575236 | 6/18/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575233 | 6/18/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575232 | 6/18/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575234 | 6/18/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575277 | 6/19/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575273 | 6/19/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575258 | 6/19/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575255 | 6/19/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575292 | 6/19/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575279 | 6/19/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575285 | 6/19/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575294 | 6/19/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575271 | 6/19/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575278 | 6/19/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575274 | 6/19/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575272 | 6/19/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575264 | 6/19/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575296 | 6/19/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575265 | 6/19/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575282 | 6/19/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575254 | 6/19/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575257 | 6/19/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575256 | 6/19/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575270 | 6/19/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575281 | 6/19/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575262 | 6/19/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575267 | 6/19/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575283 | 6/19/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575284 | 6/19/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575275 | 6/19/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575293 | 6/19/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575280 | 6/19/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575286 | 6/19/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575259 | 6/19/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575261 | 6/19/18 | $63.36 |

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575290 | 6/19/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575269 | 6/19/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575295 | 6/19/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575289 | 6/19/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575291 | 6/19/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575287 | 6/19/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575266 | 6/19/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575260 | 6/19/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575288 | 6/19/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575276 | 6/19/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575263 | 6/19/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575268 | 6/19/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575378 | 6/20/18 | $253.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575385 | 6/20/18 | $221.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575372 | 6/20/18 | $190.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575388 | 6/20/18 | $158.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575376 | 6/20/18 | $158.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575383 | 6/20/18 | $158.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575379 | 6/20/18 | $126.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575384 | 6/20/18 | $126.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575382 | 6/20/18 | $126.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575380 | 6/20/18 | $126.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575389 | 6/20/18 | $95.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575375 | 6/20/18 | $95.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575381 | 6/20/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575373 | 6/20/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575374 | 6/20/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575386 | 6/20/18 | $31.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575387 | 6/20/18 | $31.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575403 | 6/21/18 | $190.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575410 | 6/21/18 | $126.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575408 | 6/21/18 | $126.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575416 | 6/21/18 | $95.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575411 | 6/21/18 | $95.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575425 | 6/21/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575406 | 6/21/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575407 | 6/21/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575415 | 6/21/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575409 | 6/21/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575414 | 6/21/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575413 | 6/21/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575429 | 6/21/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575428 | 6/21/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575426 | 6/21/18 | $63.36 |

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575430 | 6/21/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575424 | 6/21/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575405 | 6/21/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575423 | 6/21/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575404 | 6/21/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575422 | 6/21/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575421 | 6/21/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575420 | 6/21/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575419 | 6/21/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575418 | 6/21/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575417 | 6/21/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575427 | 6/21/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575435 | 6/21/18 | $58.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575433 | 6/21/18 | $58.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575432 | 6/21/18 | $58.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575434 | 6/21/18 | $58.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575412 | 6/21/18 | $31.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575431 | 6/21/18 | $29.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 33423 | 6/22/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575460 | 6/22/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 33424 | 6/22/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 33435 | 6/22/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 33425 | 6/22/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575459 | 6/22/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 33426 | 6/22/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575450 | 6/22/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575458 | 6/22/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575457 | 6/22/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575456 | 6/22/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575455 | 6/22/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575454 | 6/22/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575453 | 6/22/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 33427 | 6/22/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575451 | 6/22/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 33422 | 6/22/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575449 | 6/22/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575448 | 6/22/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575447 | 6/22/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575446 | 6/22/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 33434 | 6/22/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 575452 | 6/22/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 33431 | 6/22/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 33429 | 6/22/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 33436 | 6/22/18 | $63.36 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 33428 | 6/22/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 33433 | 6/22/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 33432 | 6/22/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980142 | $9,607.59 | 7/17/18 | 33430 | 6/22/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983429 | $797.98 | 7/24/18 | 575492 | 6/25/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983429 | $797.98 | 7/24/18 | 575577 | 6/27/18 | $126.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983429 | $797.98 | 7/24/18 | 575579 | 6/27/18 | $126.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983429 | $797.98 | 7/24/18 | 575578 | 6/27/18 | $95.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983429 | $797.98 | 7/24/18 | 575580 | 6/27/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983429 | $797.98 | 7/24/18 | 575576 | 6/27/18 | $31.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983429 | $797.98 | 7/24/18 | 575584 | 6/28/18 | $116.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983429 | $797.98 | 7/24/18 | 575583 | 6/28/18 | $87.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983429 | $797.98 | 7/24/18 | 575585 | 6/28/18 | $58.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983429 | $797.98 | 7/24/18 | 575582 | 6/28/18 | $29.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986893 | $663.55 | 7/31/18 | 575811 | 7/5/18 | $203.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986893 | $663.55 | 7/31/18 | 575808 | 7/5/18 | $126.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986893 | $663.55 | 7/31/18 | 575810 | 7/5/18 | $116.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986893 | $663.55 | 7/31/18 | 575807 | 7/5/18 | $95.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986893 | $663.55 | 7/31/18 | 575809 | 7/5/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986893 | $663.55 | 7/31/18 | 575812 | 7/5/18 | $58.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990369 | $879.96 | 8/9/18 | 575894 | 7/9/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990369 | $879.96 | 8/9/18 | 575893 | 7/9/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990369 | $879.96 | 8/9/18 | 575957 | 7/12/18 | $316.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990369 | $879.96 | 8/9/18 | 575956 | 7/12/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990369 | $879.96 | 8/9/18 | 575955 | 7/12/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990369 | $879.96 | 8/9/18 | 575954 | 7/12/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990369 | $879.96 | 8/9/18 | 575953 | 7/12/18 | $58.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990369 | $879.96 | 8/9/18 | 575981 | 7/13/18 | $126.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990369 | $879.96 | 8/9/18 | 575980 | 7/13/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990369 | $879.96 | 8/9/18 | 7725027483 | 7/24/18 | -$1.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994031 | $404.13 | 8/16/18 | 576081 | 7/17/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994031 | $404.13 | 8/16/18 | 576080 | 7/17/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994031 | $404.13 | 8/16/18 | 576122 | 7/19/18 | $58.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994031 | $404.13 | 8/16/18 | 576121 | 7/19/18 | $29.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994031 | $404.13 | 8/16/18 | 576123 | 7/20/18 | $95.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994031 | $404.13 | 8/16/18 | 576124 | 7/20/18 | $95.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998034 | $1,698.71 | 8/23/18 | 576211 | 7/24/18 | $253.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998034 | $1,698.71 | 8/23/18 | 576209 | 7/24/18 | $190.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998034 | $1,698.71 | 8/23/18 | 576213 | 7/24/18 | $190.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998034 | $1,698.71 | 8/23/18 | 576212 | 7/24/18 | $95.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998034 | $1,698.71 | 8/23/18 | 576210 | 7/24/18 | $95.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998034 | $1,698.71 | 8/23/18 | 576274 | 7/26/18 | $232.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998034 | $1,698.71 | 8/23/18 | 576276 | 7/26/18 | $116.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998034 | $1,698.71 | 8/23/18 | 576275 | 7/26/18 | $87.33 |

Rainbow Cotton Candy LLC

Bankruptcy Case: Sears Holding Corporation, et al.

February 1, 2020                                    Exhibit A                                    P. 4

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998034 | $1,698.71 | 8/23/18 | 576273 | 7/26/18 | $58.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998034 | $1,698.71 | 8/23/18 | 576280 | 7/27/18 | $126.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998034 | $1,698.71 | 8/23/18 | 576277 | 7/27/18 | $126.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998034 | $1,698.71 | 8/23/18 | 576278 | 7/27/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998034 | $1,698.71 | 8/23/18 | 576279 | 7/27/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001471 | $784.29 | 9/3/18 | 576406 | 8/2/18 | $58.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001471 | $784.29 | 9/3/18 | 576407 | 8/2/18 | $29.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001471 | $784.29 | 9/3/18 | 576411 | 8/3/18 | $316.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001471 | $784.29 | 9/3/18 | 576412 | 8/3/18 | $95.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001471 | $784.29 | 9/3/18 | 576414 | 8/3/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001471 | $784.29 | 9/3/18 | 576413 | 8/3/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001471 | $784.29 | 9/3/18 | 576408 | 8/3/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001471 | $784.29 | 9/3/18 | 576410 | 8/3/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001471 | $784.29 | 9/3/18 | 576409 | 8/3/18 | $31.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004914 | $1,595.96 | 9/10/18 | 576514 | 8/9/18 | $190.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004914 | $1,595.96 | 9/10/18 | 576517 | 8/9/18 | $190.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004914 | $1,595.96 | 9/10/18 | 576520 | 8/9/18 | $190.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004914 | $1,595.96 | 9/10/18 | 576530 | 8/9/18 | $174.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004914 | $1,595.96 | 9/10/18 | 576528 | 8/9/18 | $174.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004914 | $1,595.96 | 9/10/18 | 576519 | 8/9/18 | $126.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004914 | $1,595.96 | 9/10/18 | 576515 | 8/9/18 | $95.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004914 | $1,595.96 | 9/10/18 | 576529 | 8/9/18 | $87.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004914 | $1,595.96 | 9/10/18 | 576523 | 8/9/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004914 | $1,595.96 | 9/10/18 | 576516 | 8/9/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004914 | $1,595.96 | 9/10/18 | 576521 | 8/9/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004914 | $1,595.96 | 9/10/18 | 576531 | 8/9/18 | $58.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004914 | $1,595.96 | 9/10/18 | 576532 | 8/9/18 | $58.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004914 | $1,595.96 | 9/10/18 | 576522 | 8/9/18 | $31.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004914 | $1,595.96 | 9/10/18 | 576533 | 8/9/18 | $29.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008456 | $715.79 | 9/17/18 | 576631 | 8/15/18 | $158.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008456 | $715.79 | 9/17/18 | 576628 | 8/15/18 | $95.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008456 | $715.79 | 9/17/18 | 576627 | 8/15/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008456 | $715.79 | 9/17/18 | 576632 | 8/15/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008456 | $715.79 | 9/17/18 | 576629 | 8/15/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008456 | $715.79 | 9/17/18 | 576630 | 8/15/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008456 | $715.79 | 9/17/18 | 576646 | 8/16/18 | $87.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008456 | $715.79 | 9/17/18 | 576647 | 8/16/18 | $58.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008456 | $715.79 | 9/17/18 | 576648 | 8/17/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012469 | $1,556.57 | 9/24/18 | 576681 | 8/20/18 | $316.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012469 | $1,556.57 | 9/24/18 | 576682 | 8/20/18 | $158.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012469 | $1,556.57 | 9/24/18 | 576685 | 8/20/18 | $126.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012469 | $1,556.57 | 9/24/18 | 576684 | 8/20/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012469 | $1,556.57 | 9/24/18 | 576683 | 8/20/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012469 | $1,556.57 | 9/24/18 | 576733 | 8/21/18 | $158.40 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781012469 | $1,556.57 | 9/24/18 | 576758 | 8/23/18 | $291.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012469 | $1,556.57 | 9/24/18 | 576762 | 8/23/18 | $145.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012469 | $1,556.57 | 9/24/18 | 576760 | 8/23/18 | $116.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012469 | $1,556.57 | 9/24/18 | 576759 | 8/23/18 | $87.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012469 | $1,556.57 | 9/24/18 | 576761 | 8/23/18 | $29.11 |

**Totals:**    10 transfer(s),  $18,704.53