Defendant: **Redguard LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980157 | $6,166.78 | 7/17/18 | 259004 | 5/4/18 | $6,019.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980157 | $6,166.78 | 7/17/18 | 259005 | 5/4/18 | $147.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986908 | $3,358.75 | 7/31/18 | 260347 | 5/21/18 | $2,933.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986908 | $3,358.75 | 7/31/18 | 260483 | 5/22/18 | $425.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001484 | $425.30 | 9/3/18 | 263006 | 6/19/18 | $425.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004926 | $2,442.72 | 9/10/18 | 263082 | 6/20/18 | $2,442.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008472 | $11,662.90 | 9/17/18 | 261641 | 6/5/18 | $5,823.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008472 | $11,662.90 | 9/17/18 | 264105 | 6/29/18 | $5,692.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008472 | $11,662.90 | 9/17/18 | 264104 | 6/29/18 | $147.22 |

Totals:    5 transfer(s),  $24,056.45