Defendant: **Republic National Distributor Co. LLC**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 970072018 | $2,612.19 | 7/20/18 | 2947592 | 7/5/18 | $129.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970072418 | $1,583.52 | 7/24/18 | 2950933 | 7/10/18 | $337.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970072718 | $431.55 | 7/27/18 | 2953943 | 7/13/18 | $188.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970080718 | $114.12 | 8/7/18 | 900358 | 7/17/18 | -$53.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970080918 | $215.64 | 8/9/18 | 2961181 | 7/24/18 | $383.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970081018 | $1,092.24 | 8/10/18 | 2962251 | 7/25/18 | $1,092.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970081418 | $531.64 | 8/14/18 | 901207 | 7/26/18 | -$383.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970082118 | $381.84 | 8/21/18 | 2969920 | 8/3/18 | $381.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970083018 | $1,139.68 | 8/30/18 | 2974731 | 8/10/18 | $191.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970090518 | $132.79 | 9/5/18 | 2978161 | 8/16/18 | $165.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970090618 | $406.50 | 9/6/18 | 2979399 | 8/17/18 | $406.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970091118 | $1,267.56 | 9/11/18 | 2982987 | 8/22/18 | $1,267.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970091818 | $883.32 | 9/18/18 | 2987922 | 8/29/18 | $883.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970091918 | $172.98 | 9/19/18 | 2988495 | 8/30/18 | $172.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970092718 | $664.08 | 9/27/18 | 2994963 | 9/7/18 | $664.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970100118 | $745.68 | 10/1/18 | 904436 | 9/11/18 | -$403.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970100918 | $610.08 | 10/9/18 | 3002464 | 9/19/18 | $1,059.12 |

Totals:    17 transfer(s),   $12,985.41