| Defendant: | **Rich Knapp LLC** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233954 | $2,213.64 | 7/19/18 | 24219936A-IN | 7/18/18 | $2,213.64 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235045 | $1,205.51 | 7/25/18 | 24146706A-IN | 7/25/18 | $1,205.51 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235748 | $1,530.00 | 7/30/18 | 24183749A-IN | 7/30/18 | $1,530.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235967 | $5,221.45 | 7/31/18 | 23978757A-IN | 7/30/18 | $5,221.45 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236770 | $1,059.27 | 8/3/18 | 24108269A-IN | 8/3/18 | $1,059.27 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238974 | $2,212.51 | 8/17/18 | 24187415A-IN | 8/17/18 | $2,212.51 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239634 | $2,964.81 | 8/22/18 | 24385192A-IN | 8/21/18 | $2,667.07 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239634 | $2,964.81 | 8/22/18 | 24108269B-IN | 8/21/18 | $297.74 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241255 | $2,720.23 | 8/31/18 | 24332661A-IN | 8/30/18 | $2,720.23 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241560 | $1,719.26 | 9/4/18 | 24478818A-IN | 9/1/18 | $1,384.26 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241560 | $1,719.26 | 9/4/18 | 20026744B-IN | 9/4/18 | $335.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242447 | $770.00 | 9/10/18 | 23970376A-IN | 9/10/18 | $770.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243358 | $650.00 | 9/17/18 | 24255988A-IN | 9/14/18 | $650.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243768 | $1,976.76 | 9/19/18 | 24553548A-IN | 9/19/18 | $1,976.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244336 | $2,900.26 | 9/24/18 | 24177253A-IN | 9/21/18 | $1,000.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244336 | $2,900.26 | 9/24/18 | 23970376A-IN | 9/24/18 | $1,900.26 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245386 | $2,774.91 | 10/1/18 | 24255988A-IN | 10/1/18 | $2,774.91 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246479 | $4,000.35 | 10/8/18 | 24177253A-IN | 10/8/18 | $4,000.35 |

**Totals:** **15 transfer(s), $33,918.96**