Defendant: **Ricola Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991798 | $2,273.95 | 8/13/18 | 9176955 | 6/26/18 | $2,608.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991798 | $2,273.95 | 8/13/18 | 8361AD070118B06 | 6/29/18 | -$43.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991798 | $2,273.95 | 8/13/18 | 8361AD070818BQ8 | 7/6/18 | -$24.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991798 | $2,273.95 | 8/13/18 | 8361AD071518BL7 | 7/13/18 | -$22.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991798 | $2,273.95 | 8/13/18 | 7788028955 | 7/20/18 | -$2.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991798 | $2,273.95 | 8/13/18 | 8361AD072218BP9 | 7/20/18 | -$55.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991798 | $2,273.95 | 8/13/18 | 3982020481 | 7/23/18 | -$1.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991798 | $2,273.95 | 8/13/18 | 8361AD072918BQ9 | 7/27/18 | -$41.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991798 | $2,273.95 | 8/13/18 | VPOT991485059 | 7/29/18 | -$142.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995076 | $4,308.39 | 8/17/18 | 9177091 | 6/28/18 | $4,308.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005486 | $2,138.55 | 9/11/18 | 9177913 | 7/20/18 | $2,489.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005486 | $2,138.55 | 9/11/18 | 8361AD080518BV7 | 8/3/18 | -$51.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005486 | $2,138.55 | 9/11/18 | VPOT991485526 | 8/5/18 | -$143.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005486 | $2,138.55 | 9/11/18 | 8361AD081218BJ0 | 8/10/18 | -$9.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005486 | $2,138.55 | 9/11/18 | VPOT991486084 | 8/12/18 | -$138.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005486 | $2,138.55 | 9/11/18 | 8361AD081918A93 | 8/17/18 | -$7.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009158 | $4,762.39 | 9/18/18 | 9178236 | 7/27/18 | $4,774.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009158 | $4,762.39 | 9/18/18 | 8361AD082618BY5 | 8/24/18 | -$11.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013056 | $4,638.52 | 9/25/18 | 9178585 | 8/3/18 | $4,658.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013056 | $4,638.52 | 9/25/18 | 8361AD090218BS2 | 8/31/18 | -$19.50 |

Totals:    5 transfer(s),   $18,121.80