Defendant: **Robert Murowsky**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233949 | $2,905.28 | 7/19/18 | 24167394A-IN | 7/18/18 | $1,505.01 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233949 | $2,905.28 | 7/19/18 | 24218805A-IN | 7/18/18 | $1,352.77 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233949 | $2,905.28 | 7/19/18 | 24166168A-IN | 7/19/18 | $47.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234764 | $5,134.71 | 7/24/18 | 24183851A-IN | 7/24/18 | $5,134.71 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237073 | $7,037.67 | 8/6/18 | 24284633A-IN | 8/3/18 | $1,320.82 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237073 | $7,037.67 | 8/6/18 | 24262480A-IN | 8/6/18 | $5,716.85 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238332 | $5,698.69 | 8/14/18 | 24336470A-IN | 8/13/18 | $2,876.62 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238332 | $5,698.69 | 8/14/18 | 24320465A-IN | 8/13/18 | $2,822.07 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239388 | $5,356.76 | 8/21/18 | 23897378A-IN | 8/21/18 | $5,356.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240485 | $2,496.60 | 8/28/18 | 24376112A-IN | 8/28/18 | $2,496.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242444 | $3,826.25 | 9/10/18 | 24500886A-IN | 9/10/18 | $2,325.24 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242444 | $3,826.25 | 9/10/18 | 24457350A-IN | 9/10/18 | $1,501.01 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243551 | $1,724.41 | 9/18/18 | 24456017A-IN | 9/18/18 | $1,724.41 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245581 | $2,225.89 | 10/2/18 | 24621234A-IN | 10/1/18 | $2,009.31 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245581 | $2,225.89 | 10/2/18 | 24498303A-IN | 10/1/18 | $216.58 |

Totals: 9 transfer(s), $36,406.26