| Defendant: | **Robin Apple LLC** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986936 | $2,047.00 | 7/23/18 | BAK218181976218 | 7/16/18 | $2,047.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990414 | $1,733.00 | 7/30/18 | BAK218182046218 | 7/23/18 | $1,733.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994081 | $1,854.00 | 8/6/18 | BAK218182116218 | 7/30/18 | $1,854.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998070 | $2,180.00 | 8/13/18 | BAK218182186218 | 8/6/18 | $2,180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001516 | $1,792.00 | 8/20/18 | BAK218182256218 | 8/13/18 | $1,792.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004959 | $2,222.00 | 8/27/18 | BAK218182326218 | 8/20/18 | $2,222.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008505 | $2,170.00 | 9/3/18 | BAK218182396218 | 8/27/18 | $2,170.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012510 | $2,168.00 | 9/10/18 | BAK218182466218 | 9/3/18 | $2,168.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015917 | $1,479.00 | 9/17/18 | BAK218182536218 | 9/10/18 | $1,479.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019398 | $2,027.00 | 9/24/18 | BAK218182606218 | 9/17/18 | $2,027.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022945 | $1,197.00 | 10/1/18 | BAK218182676218 | 9/24/18 | $1,197.00 |

**Totals:**    **11 transfer(s),  $20,869.00**