Defendant: **Robyn L. Dragoo**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986937 | $1,496.00 | 7/23/18 | 825Y18181976218 | 7/16/18 | $1,496.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990415 | $1,569.00 | 7/30/18 | 825Y18182046218 | 7/23/18 | $1,569.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994083 | $722.00 | 8/6/18 | 825Y18182116218 | 7/30/18 | $722.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998071 | $3,114.00 | 8/13/18 | 825Y18182186218 | 8/6/18 | $3,114.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001517 | $1,364.00 | 8/20/18 | 825Y18182256218 | 8/13/18 | $1,364.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004960 | $870.00 | 8/27/18 | 825Y18182326218 | 8/20/18 | $870.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008506 | $1,540.00 | 9/3/18 | 825Y18182396218 | 8/27/18 | $1,540.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012511 | $943.00 | 9/10/18 | 825Y18182466218 | 9/3/18 | $943.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015918 | $3,136.00 | 9/17/18 | 825Y18182536218 | 9/10/18 | $3,136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019399 | $960.00 | 9/24/18 | 825Y18182606218 | 9/17/18 | $960.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022946 | $1,211.00 | 10/1/18 | 825Y18182676218 | 9/24/18 | $1,211.00 |

Totals:    11 transfer(s),  $16,925.00