Defendant:          **Rockstep Janesville LLC**

Bankruptcy Case     **Sears Holding Corporation, et al.**

Preference Period:   **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173506 | $7,200.78 | 8/29/18 | 0000082718 | 8/27/18 | $7,200.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174015 | $7,200.78 | 9/27/18 | 0000092518 | 9/25/18 | $7,200.78 |

Totals:       **2 transfer(s),  $14,401.56**