Defendant: **Roger D. Mckinley Jr**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233472 | $45.00 | 7/17/18 | 24148471C-IN | 7/17/18 | $45.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233890 | $936.50 | 7/19/18 | 24008133A-IN | 7/19/18 | $936.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234233 | $490.00 | 7/20/18 | 24035880A-IN | 7/19/18 | $490.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235925 | $612.85 | 7/31/18 | 24118696A-IN | 7/30/18 | $612.85 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236214 | $814.89 | 8/1/18 | 24035880A-IN | 8/1/18 | $814.89 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237015 | $1,335.35 | 8/6/18 | 24118696A-IN | 8/5/18 | $1,335.35 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237635 | $555.15 | 8/8/18 | 24135853A-IN | 8/7/18 | $555.15 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239794 | $700.00 | 8/23/18 | 24326863B-IN | 8/22/18 | $700.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240701 | $650.00 | 8/29/18 | 24432535B-IN | 8/29/18 | $650.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240972 | $1,091.43 | 8/30/18 | 24326863B-IN | 8/30/18 | $1,091.43 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241501 | $1,319.00 | 9/4/18 | 24148471B-IN | 9/3/18 | $60.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241501 | $1,319.00 | 9/4/18 | 23878430A-IN | 9/4/18 | $1,259.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242415 | $1,864.89 | 9/10/18 | 23878430A-IN | 9/10/18 | $1,864.89 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244118 | $1,676.85 | 9/21/18 | 23878430A-IN | 9/19/18 | $1,676.85 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244874 | $800.00 | 9/27/18 | 24153558A-IN | 9/27/18 | $800.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245546 | $1,226.20 | 10/2/18 | 24153558A-IN | 10/1/18 | $1,226.20 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245784 | $127.50 | 10/3/18 | 24153558A-IN | 10/2/18 | $127.50 |

Totals:    16 transfer(s),   $14,245.61