Defendant: **Sam Mechanical Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234017 | $2,030.87 | 7/19/18 | 24138816A-IN | 7/17/18 | $2,030.87 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235297 | $5,283.97 | 7/26/18 | 24166868A-IN | 7/26/18 | $3,008.10 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235297 | $5,283.97 | 7/26/18 | 24181822A-IN | 7/26/18 | $2,275.87 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235800 | $165.00 | 7/30/18 | 22316143C-IN | 7/27/18 | $165.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236834 | $4,116.87 | 8/3/18 | 24156566A-IN | 8/2/18 | $1,969.20 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236834 | $4,116.87 | 8/3/18 | 24280939A-IN | 8/3/18 | $2,147.67 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237160 | $2,030.87 | 8/6/18 | 24277089A-IN | 8/3/18 | $2,030.87 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237843 | $1,685.66 | 8/9/18 | 24269091A-IN | 8/9/18 | $1,685.66 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238604 | $2,280.87 | 8/15/18 | 24315199A-IN | 8/14/18 | $2,030.87 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238604 | $2,280.87 | 8/15/18 | 23569503B-IN | 8/15/18 | $250.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239439 | $766.70 | 8/21/18 | 24350954A-IN | 8/21/18 | $766.70 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240525 | $3,600.28 | 8/28/18 | 24367819A-IN | 8/27/18 | $1,784.71 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240525 | $3,600.28 | 8/28/18 | 24431818A-IN | 8/28/18 | $1,815.57 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240788 | $2,075.87 | 8/29/18 | 24418443A-IN | 8/28/18 | $2,075.87 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241300 | $125.00 | 8/31/18 | 22561578C-IN | 8/30/18 | $125.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241650 | $1,542.71 | 9/4/18 | 6014382B-IN | 8/31/18 | $1,542.71 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242480 | $3,171.02 | 9/10/18 | 24461892A-IN | 9/7/18 | $3,171.02 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244185 | $3,293.02 | 9/21/18 | 24515350A-IN | 9/20/18 | $3,293.02 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246553 | $3,785.76 | 10/8/18 | 24603239A-IN | 10/5/18 | $3,785.76 |

Totals:    15 transfer(s),   $35,954.47