| | |
|---|---|
| Defendant: | **Sandhills Comm Lawn Services Inc.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983505 | $9,850.00 | 7/24/18 | 5366 | 5/7/18 | $1,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983505 | $9,850.00 | 7/24/18 | 5365 | 5/7/18 | $1,725.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983505 | $9,850.00 | 7/24/18 | 5355 | 5/7/18 | $900.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983505 | $9,850.00 | 7/24/18 | 5364 | 5/7/18 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983505 | $9,850.00 | 7/24/18 | 5388 | 6/12/18 | $1,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983505 | $9,850.00 | 7/24/18 | 5387 | 6/12/18 | $1,725.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983505 | $9,850.00 | 7/24/18 | 5377 | 6/12/18 | $900.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983505 | $9,850.00 | 7/24/18 | 5386 | 6/12/18 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002095 | $13,230.00 | 9/4/18 | 5309 | 3/1/18 | $2,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002095 | $13,230.00 | 9/4/18 | 5310 | 3/1/18 | $1,900.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002095 | $13,230.00 | 9/4/18 | 5415 | 7/7/18 | $1,725.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002095 | $13,230.00 | 9/4/18 | 5404 | 7/7/18 | $900.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002095 | $13,230.00 | 9/4/18 | 5414 | 7/7/18 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002095 | $13,230.00 | 9/4/18 | 5405 | 8/7/18 | $1,980.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002095 | $13,230.00 | 9/4/18 | 5437 | 8/7/18 | $1,725.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002095 | $13,230.00 | 9/4/18 | 5435 | 8/7/18 | $1,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002095 | $13,230.00 | 9/4/18 | 5436 | 8/7/18 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002964 | $3,900.00 | 9/5/18 | 5413 | 7/7/18 | $1,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002964 | $3,900.00 | 9/5/18 | 5406 | 7/7/18 | $900.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002964 | $3,900.00 | 9/5/18 | 5427 | 8/7/18 | $900.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002964 | $3,900.00 | 9/5/18 | 5428 | 8/7/18 | $900.00 |

Totals:    3 transfer(s),  $26,980.00