Defendant: **Schneider & Onofry, P.C.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980722 | $1,799.76 | 7/18/18 | 102201 | 5/3/18 | $1,066.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980722 | $1,799.76 | 7/18/18 | 101894 | 5/7/18 | $733.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995113 | $4,541.34 | 8/17/18 | 102358 | 6/5/18 | $812.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995113 | $4,541.34 | 8/17/18 | 102662 | 6/6/18 | $3,561.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995113 | $4,541.34 | 8/17/18 | 102661 | 6/6/18 | $167.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013079 | $9,623.73 | 9/25/18 | 103274 | 7/6/18 | $8,562.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013079 | $9,623.73 | 9/25/18 | 103273 | 7/6/18 | $786.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013079 | $9,623.73 | 9/25/18 | 102983 | 7/11/18 | $275.10 |

Totals:    3 transfer(s),  $15,964.83