Defendant: **Scott Allen Walsh**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234142 | $1,651.80 | 7/19/18 | 23889020A-IN | 7/19/18 | $997.38 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234142 | $1,651.80 | 7/19/18 | 23848100A-IN | 7/19/18 | $654.42 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234373 | $1,040.84 | 7/20/18 | 24068418A-IN | 7/20/18 | $1,040.84 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234918 | $1,195.48 | 7/24/18 | 23898608A-IN | 7/23/18 | $1,195.48 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235163 | $609.21 | 7/25/18 | 23785020A-IN | 7/24/18 | $609.21 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235604 | $1,544.60 | 7/27/18 | 23002651C-IN | 7/26/18 | $1,544.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237746 | $1,434.00 | 8/8/18 | 23880246B-IN | 8/8/18 | $1,434.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238664 | $1,226.51 | 8/15/18 | 23934124A-IN | 8/14/18 | $1,226.51 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239754 | $437.80 | 8/22/18 | 23887764B-IN | 8/22/18 | $437.80 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240122 | $471.15 | 8/24/18 | 24042703A-IN | 8/23/18 | $471.15 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241822 | $1,646.45 | 9/4/18 | 23979947B-IN | 8/31/18 | $1,646.45 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243251 | $416.90 | 9/14/18 | 24381478A-IN | 9/14/18 | $416.90 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244454 | $225.95 | 9/24/18 | 23865933B-IN | 9/21/18 | $225.95 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245281 | $858.73 | 9/28/18 | 24076795A-IN | 9/27/18 | $599.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245281 | $858.73 | 9/28/18 | 23898608C-IN | 9/27/18 | $259.73 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245520 | $4,608.35 | 10/1/18 | 24401412A-IN | 9/28/18 | $2,161.77 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245520 | $4,608.35 | 10/1/18 | 24208097A-IN | 9/28/18 | $692.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245520 | $4,608.35 | 10/1/18 | 24419140A-IN | 10/1/18 | $1,086.51 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245520 | $4,608.35 | 10/1/18 | 24239365B-IN | 10/1/18 | $667.99 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246694 | $2,573.87 | 10/8/18 | 24197832A-IN | 10/6/18 | $2,573.87 |

Totals:    15 transfer(s),   $19,941.64

Scott Allen Walsh
Bankruptcy Case: Sears Holding Corporation, et al.