Defendant: **Select Systems Technology, Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984079 | $2,375.00 | 7/17/18 | 1240 | 6/28/18 | $2,375.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986282 | $2,964.00 | 7/20/18 | 1257 | 7/5/18 | $1,966.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986282 | $2,964.00 | 7/20/18 | 1258 | 7/5/18 | $997.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989728 | $1,966.50 | 7/27/18 | 1337 | 7/12/18 | $1,966.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990477 | $1,375.49 | 7/30/18 | 29011 | 7/9/18 | $1,375.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993313 | $2,374.81 | 8/3/18 | 1392 | 7/19/18 | $2,374.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994156 | $1,277.75 | 8/6/18 | 1403 | 7/20/18 | $1,277.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997471 | $2,279.68 | 8/10/18 | 1428 | 7/26/18 | $2,279.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000091 | $508.25 | 8/16/18 | 29042 | 8/1/18 | $508.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005013 | $997.50 | 8/27/18 | 1519 | 8/10/18 | $997.50 |

Totals:   9 transfer(s),  $16,118.98