| Defendant: | **Sennco Solutions, Inc.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980249 | $261.90 | 7/17/18 | INV121982 | 5/3/18 | $97.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980249 | $261.90 | 7/17/18 | INV121984 | 5/3/18 | $32.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980249 | $261.90 | 7/17/18 | INV121985 | 5/3/18 | $32.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980249 | $261.90 | 7/17/18 | INV121983 | 5/3/18 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980249 | $261.90 | 7/17/18 | INV121984 | 5/3/18 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980249 | $261.90 | 7/17/18 | INV121986 | 5/3/18 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980249 | $261.90 | 7/17/18 | INV121987 | 5/3/18 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982195 | $1,825.17 | 7/20/18 | INV122041 | 5/8/18 | $163.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982195 | $1,825.17 | 7/20/18 | INV121949 | 5/8/18 | $97.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982195 | $1,825.17 | 7/20/18 | INV122090 | 5/8/18 | $90.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982195 | $1,825.17 | 7/20/18 | INV121950 | 5/8/18 | $90.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982195 | $1,825.17 | 7/20/18 | INV122051 | 5/8/18 | $75.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982195 | $1,825.17 | 7/20/18 | INV122049 | 5/8/18 | $75.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982195 | $1,825.17 | 7/20/18 | INV122092 | 5/8/18 | $75.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982195 | $1,825.17 | 7/20/18 | INV122008 | 5/8/18 | $69.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982195 | $1,825.17 | 7/20/18 | INV122008 | 5/8/18 | $65.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982195 | $1,825.17 | 7/20/18 | INV122040 | 5/8/18 | $64.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982195 | $1,825.17 | 7/20/18 | INV122041 | 5/8/18 | $58.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982195 | $1,825.17 | 7/20/18 | INV122091 | 5/8/18 | $57.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982195 | $1,825.17 | 7/20/18 | INV122053 | 5/8/18 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982195 | $1,825.17 | 7/20/18 | INV122050 | 5/8/18 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982195 | $1,825.17 | 7/20/18 | INV122052 | 5/8/18 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982195 | $1,825.17 | 7/20/18 | INV122097 | 5/8/18 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982195 | $1,825.17 | 7/20/18 | INV122099 | 5/8/18 | $48.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982195 | $1,825.17 | 7/20/18 | INV121951 | 5/8/18 | $38.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982195 | $1,825.17 | 7/20/18 | INV122042 | 5/8/18 | $32.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982195 | $1,825.17 | 7/20/18 | INV122046 | 5/8/18 | $32.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982195 | $1,825.17 | 7/20/18 | INV122094 | 5/8/18 | $32.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982195 | $1,825.17 | 7/20/18 | INV122043 | 5/8/18 | $32.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982195 | $1,825.17 | 7/20/18 | INV122009 | 5/8/18 | $32.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982195 | $1,825.17 | 7/20/18 | INV122045 | 5/8/18 | $32.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982195 | $1,825.17 | 7/20/18 | INV122096 | 5/8/18 | $32.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982195 | $1,825.17 | 7/20/18 | INV122044 | 5/8/18 | $32.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982195 | $1,825.17 | 7/20/18 | INV122010 | 5/8/18 | $32.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982195 | $1,825.17 | 7/20/18 | INV121951 | 5/8/18 | $32.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982195 | $1,825.17 | 7/20/18 | INV122047 | 5/8/18 | $32.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982195 | $1,825.17 | 7/20/18 | INV121951 | 5/8/18 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982195 | $1,825.17 | 7/20/18 | INV122098 | 5/8/18 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982195 | $1,825.17 | 7/20/18 | INV121952 | 5/8/18 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982195 | $1,825.17 | 7/20/18 | INV122089 | 5/8/18 | $25.00 |

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982195 | $1,825.17 | 7/20/18 | INV122048 | 5/8/18 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982195 | $1,825.17 | 7/20/18 | INV122088 | 5/8/18 | $23.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982195 | $1,825.17 | 7/20/18 | INV122096 | 5/8/18 | $11.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982195 | $1,825.17 | 7/20/18 | INV122090 | 5/8/18 | $11.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982195 | $1,825.17 | 7/20/18 | INV122093 | 5/8/18 | $11.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982195 | $1,825.17 | 7/20/18 | INV122042 | 5/8/18 | $11.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982195 | $1,825.17 | 7/20/18 | INV122095 | 5/8/18 | $3.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983532 | $351.72 | 7/24/18 | INV122132 | 5/10/18 | $240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983532 | $351.72 | 7/24/18 | INV122133 | 5/10/18 | $48.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983532 | $351.72 | 7/24/18 | INV122134 | 5/10/18 | $48.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983532 | $351.72 | 7/24/18 | INV122129 | 5/10/18 | $15.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984081 | $720.89 | 7/25/18 | INV122158 | 5/11/18 | $65.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984081 | $720.89 | 7/25/18 | INV122150 | 5/11/18 | $64.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984081 | $720.89 | 7/25/18 | INV122154 | 5/11/18 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984081 | $720.89 | 7/25/18 | INV122155 | 5/11/18 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984081 | $720.89 | 7/25/18 | INV122156 | 5/11/18 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984081 | $720.89 | 7/25/18 | INV122147 | 5/11/18 | $48.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984081 | $720.89 | 7/25/18 | INV122146 | 5/11/18 | $48.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984081 | $720.89 | 7/25/18 | INV122151 | 5/11/18 | $39.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984081 | $720.89 | 7/25/18 | INV122159 | 5/11/18 | $32.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984081 | $720.89 | 7/25/18 | INV122160 | 5/11/18 | $32.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984081 | $720.89 | 7/25/18 | INV122163 | 5/11/18 | $32.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984081 | $720.89 | 7/25/18 | INV122162 | 5/11/18 | $32.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984081 | $720.89 | 7/25/18 | INV122161 | 5/11/18 | $32.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984081 | $720.89 | 7/25/18 | INV122152 | 5/11/18 | $32.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984081 | $720.89 | 7/25/18 | INV122149 | 5/11/18 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984081 | $720.89 | 7/25/18 | INV122157 | 5/11/18 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984081 | $720.89 | 7/25/18 | INV122153 | 5/11/18 | $23.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984081 | $720.89 | 7/25/18 | INV122148 | 5/11/18 | $20.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984081 | $720.89 | 7/25/18 | INV122149 | 5/11/18 | $16.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984964 | $585.12 | 7/26/18 | INV122191 | 5/14/18 | $97.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984964 | $585.12 | 7/26/18 | INV122188 | 5/14/18 | $97.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984964 | $585.12 | 7/26/18 | INV122195 | 5/14/18 | $96.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984964 | $585.12 | 7/26/18 | INV122189 | 5/14/18 | $65.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984964 | $585.12 | 7/26/18 | INV122194 | 5/14/18 | $65.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984964 | $585.12 | 7/26/18 | INV122190 | 5/14/18 | $32.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984964 | $585.12 | 7/26/18 | INV122193 | 5/14/18 | $32.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984964 | $585.12 | 7/26/18 | INV122192 | 5/14/18 | $32.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984964 | $585.12 | 7/26/18 | INV122196 | 5/14/18 | $32.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984964 | $585.12 | 7/26/18 | INV122187 | 5/14/18 | $32.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985559 | $897.66 | 7/27/18 | INV122228 | 5/15/18 | $122.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985559 | $897.66 | 7/27/18 | INV122226 | 5/15/18 | $97.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985559 | $897.66 | 7/27/18 | INV122223 | 5/15/18 | $97.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985559 | $897.66 | 7/27/18 | INV122224 | 5/15/18 | $97.95 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985559 | $897.66 | 7/27/18 | INV122225 | 5/15/18 | $97.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985559 | $897.66 | 7/27/18 | INV122227 | 5/15/18 | $65.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985559 | $897.66 | 7/27/18 | INV122231 | 5/15/18 | $64.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985559 | $897.66 | 7/27/18 | INV122231 | 5/15/18 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985559 | $897.66 | 7/27/18 | INV122232 | 5/15/18 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985559 | $897.66 | 7/27/18 | INV122230 | 5/15/18 | $38.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985559 | $897.66 | 7/27/18 | INV122234 | 5/15/18 | $32.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985559 | $897.66 | 7/27/18 | INV122233 | 5/15/18 | $32.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985559 | $897.66 | 7/27/18 | INV122233 | 5/15/18 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985559 | $897.66 | 7/27/18 | INV122229 | 5/15/18 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986284 | $758.20 | 7/30/18 | INV122299 | 5/16/18 | $338.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986284 | $758.20 | 7/30/18 | INV122300 | 5/16/18 | $241.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986284 | $758.20 | 7/30/18 | INV122298 | 5/16/18 | $129.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986284 | $758.20 | 7/30/18 | INV122301 | 5/16/18 | $48.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988377 | $1,593.78 | 8/2/18 | INV122335 | 5/21/18 | $97.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988377 | $1,593.78 | 8/2/18 | INV122331 | 5/21/18 | $96.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988377 | $1,593.78 | 8/2/18 | INV122332 | 5/21/18 | $75.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988377 | $1,593.78 | 8/2/18 | INV122340 | 5/21/18 | $65.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988377 | $1,593.78 | 8/2/18 | INV122338 | 5/21/18 | $65.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988377 | $1,593.78 | 8/2/18 | INV122339 | 5/21/18 | $65.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988377 | $1,593.78 | 8/2/18 | INV122336 | 5/21/18 | $65.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988377 | $1,593.78 | 8/2/18 | INV122337 | 5/21/18 | $65.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988377 | $1,593.78 | 8/2/18 | INV122341 | 5/21/18 | $65.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988377 | $1,593.78 | 8/2/18 | INV122333 | 5/21/18 | $57.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988377 | $1,593.78 | 8/2/18 | INV122405 | 5/21/18 | $49.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988377 | $1,593.78 | 8/2/18 | INV122404 | 5/21/18 | $48.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988377 | $1,593.78 | 8/2/18 | INV122354 | 5/21/18 | $32.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988377 | $1,593.78 | 8/2/18 | INV122344 | 5/21/18 | $32.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988377 | $1,593.78 | 8/2/18 | INV122347 | 5/21/18 | $32.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988377 | $1,593.78 | 8/2/18 | INV122355 | 5/21/18 | $32.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988377 | $1,593.78 | 8/2/18 | INV122343 | 5/21/18 | $32.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988377 | $1,593.78 | 8/2/18 | INV122349 | 5/21/18 | $32.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988377 | $1,593.78 | 8/2/18 | INV122351 | 5/21/18 | $32.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988377 | $1,593.78 | 8/2/18 | INV122346 | 5/21/18 | $32.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988377 | $1,593.78 | 8/2/18 | INV122345 | 5/21/18 | $32.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988377 | $1,593.78 | 8/2/18 | INV122350 | 5/21/18 | $32.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988377 | $1,593.78 | 8/2/18 | INV122352 | 5/21/18 | $32.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988377 | $1,593.78 | 8/2/18 | INV122353 | 5/21/18 | $32.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988377 | $1,593.78 | 8/2/18 | INV122348 | 5/21/18 | $32.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988377 | $1,593.78 | 8/2/18 | INV122342 | 5/21/18 | $32.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988377 | $1,593.78 | 8/2/18 | INV122327 | 5/21/18 | $32.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988377 | $1,593.78 | 8/2/18 | INV122403 | 5/21/18 | $32.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988377 | $1,593.78 | 8/2/18 | INV122330 | 5/21/18 | $32.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988377 | $1,593.78 | 8/2/18 | INV122402 | 5/21/18 | $32.38 |

Sennco Solutions, Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988377 | $1,593.78 | 8/2/18 | INV122326 | 5/21/18 | $32.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988377 | $1,593.78 | 8/2/18 | INV122325 | 5/21/18 | $32.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988377 | $1,593.78 | 8/2/18 | INV122429 | 5/21/18 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988377 | $1,593.78 | 8/2/18 | INV122428 | 5/21/18 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988377 | $1,593.78 | 8/2/18 | INV122401 | 5/21/18 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988377 | $1,593.78 | 8/2/18 | INV122329 | 5/21/18 | $23.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988377 | $1,593.78 | 8/2/18 | INV122334 | 5/21/18 | $15.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988377 | $1,593.78 | 8/2/18 | INV122328 | 5/21/18 | $11.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988989 | $410.26 | 8/7/18 | INV122469 | 5/22/18 | $64.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988989 | $410.26 | 8/7/18 | INV122470 | 5/22/18 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988989 | $410.26 | 8/7/18 | INV122465 | 5/22/18 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988989 | $410.26 | 8/7/18 | INV122471 | 5/22/18 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988989 | $410.26 | 8/7/18 | INV122464 | 5/22/18 | $48.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988989 | $410.26 | 8/7/18 | INV122466 | 5/22/18 | $32.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988989 | $410.26 | 8/7/18 | INV122467 | 5/22/18 | $32.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988989 | $410.26 | 8/7/18 | INV122468 | 5/22/18 | $32.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988989 | $410.26 | 8/7/18 | INV122472 | 5/22/18 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988989 | $410.26 | 8/7/18 | INV122466 | 5/22/18 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996143 | $904.29 | 8/20/18 | INV122529 | 6/4/18 | $100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996143 | $904.29 | 8/20/18 | INV122531 | 6/4/18 | $100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996143 | $904.29 | 8/20/18 | INV122532 | 6/4/18 | $100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996143 | $904.29 | 8/20/18 | INV122533 | 6/4/18 | $75.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996143 | $904.29 | 8/20/18 | INV122589 | 6/4/18 | $75.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996143 | $904.29 | 8/20/18 | INV122632 | 6/4/18 | $75.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996143 | $904.29 | 8/20/18 | INV122530 | 6/4/18 | $75.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996143 | $904.29 | 8/20/18 | INV122630 | 6/4/18 | $64.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996143 | $904.29 | 8/20/18 | INV122629 | 6/4/18 | $48.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996143 | $904.29 | 8/20/18 | INV122590 | 6/4/18 | $32.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996143 | $904.29 | 8/20/18 | INV122674 | 6/4/18 | $32.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996143 | $904.29 | 8/20/18 | INV122528 | 6/4/18 | $32.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996143 | $904.29 | 8/20/18 | INV122631 | 6/4/18 | $32.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996143 | $904.29 | 8/20/18 | INV122705 | 6/4/18 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996143 | $904.29 | 8/20/18 | INV122534 | 6/4/18 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996143 | $904.29 | 8/20/18 | INV122534 | 6/4/18 | $11.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996758 | $1,083.53 | 8/21/18 | INV122745 | 6/5/18 | $163.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996758 | $1,083.53 | 8/21/18 | INV122754 | 6/5/18 | $163.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996758 | $1,083.53 | 8/21/18 | INV122755 | 6/5/18 | $130.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996758 | $1,083.53 | 8/21/18 | INV122633 | 6/5/18 | $100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996758 | $1,083.53 | 8/21/18 | INV122750 | 6/5/18 | $97.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996758 | $1,083.53 | 8/21/18 | INV122758 | 6/5/18 | $48.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996758 | $1,083.53 | 8/21/18 | INV122746 | 6/5/18 | $38.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996758 | $1,083.53 | 8/21/18 | INV122753 | 6/5/18 | $32.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996758 | $1,083.53 | 8/21/18 | INV122757 | 6/5/18 | $32.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996758 | $1,083.53 | 8/21/18 | INV122756 | 6/5/18 | $32.65 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780996758 | $1,083.53 | 8/21/18 | INV122751 | 6/5/18 | $32.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996758 | $1,083.53 | 8/21/18 | INV122749 | 6/5/18 | $32.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996758 | $1,083.53 | 8/21/18 | INV122748 | 6/5/18 | $32.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996758 | $1,083.53 | 8/21/18 | INV122747 | 6/5/18 | $32.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996758 | $1,083.53 | 8/21/18 | INV122752 | 6/5/18 | $32.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996758 | $1,083.53 | 8/21/18 | INV122746 | 6/5/18 | $32.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996758 | $1,083.53 | 8/21/18 | INV122746 | 6/5/18 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996758 | $1,083.53 | 8/21/18 | INV122758 | 6/5/18 | $23.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997473 | $189.76 | 8/22/18 | INV122802 | 6/6/18 | $64.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997473 | $189.76 | 8/22/18 | INV122805 | 6/6/18 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997473 | $189.76 | 8/22/18 | INV122806 | 6/6/18 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997473 | $189.76 | 8/22/18 | INV122804 | 6/6/18 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997473 | $189.76 | 8/22/18 | INV122803 | 6/6/18 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998133 | $389.62 | 8/23/18 | INV122833 | 6/7/18 | $200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998133 | $389.62 | 8/23/18 | INV122834 | 6/7/18 | $139.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998133 | $389.62 | 8/23/18 | INV122832 | 6/7/18 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999460 | $50.00 | 8/29/18 | INV122864 | 6/11/18 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000093 | $903.38 | 8/30/18 | INV123693 | 6/12/18 | $100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000093 | $903.38 | 8/30/18 | INV123685 | 6/12/18 | $75.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000093 | $903.38 | 8/30/18 | INV123692 | 6/12/18 | $64.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000093 | $903.38 | 8/30/18 | INV123692 | 6/12/18 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000093 | $903.38 | 8/30/18 | INV123681 | 6/12/18 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000093 | $903.38 | 8/30/18 | INV123686 | 6/12/18 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000093 | $903.38 | 8/30/18 | INV123654 | 6/12/18 | $48.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000093 | $903.38 | 8/30/18 | INV123651 | 6/12/18 | $48.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000093 | $903.38 | 8/30/18 | INV123694 | 6/12/18 | $48.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000093 | $903.38 | 8/30/18 | INV123652 | 6/12/18 | $48.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000093 | $903.38 | 8/30/18 | INV123653 | 6/12/18 | $48.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000093 | $903.38 | 8/30/18 | INV123687 | 6/12/18 | $42.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000093 | $903.38 | 8/30/18 | INV123688 | 6/12/18 | $32.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000093 | $903.38 | 8/30/18 | INV123684 | 6/12/18 | $32.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000093 | $903.38 | 8/30/18 | INV123680 | 6/12/18 | $32.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000093 | $903.38 | 8/30/18 | INV123682 | 6/12/18 | $32.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000093 | $903.38 | 8/30/18 | INV123689 | 6/12/18 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000093 | $903.38 | 8/30/18 | INV123690 | 6/12/18 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000093 | $903.38 | 8/30/18 | INV123683 | 6/12/18 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000093 | $903.38 | 8/30/18 | INV123691 | 6/12/18 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002142 | $391.90 | 9/4/18 | INV123796 | 6/15/18 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002142 | $391.90 | 9/4/18 | INV123764 | 6/15/18 | $64.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002142 | $391.90 | 9/4/18 | INV123768 | 6/15/18 | $64.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002142 | $391.90 | 9/4/18 | INV123765 | 6/15/18 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002142 | $391.90 | 9/4/18 | INV123766 | 6/15/18 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002142 | $391.90 | 9/4/18 | INV123769 | 6/15/18 | $32.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002142 | $391.90 | 9/4/18 | INV123770 | 6/15/18 | $25.00 |

Sennco Solutions, Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

February 1, 2020

Exhibit A

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002142 | $391.90 | 9/4/18 | INV123767 | 6/15/18 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002990 | $193.44 | 9/5/18 | INV124147 | 6/18/18 | $96.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002990 | $193.44 | 9/5/18 | INV124146 | 6/18/18 | $48.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002990 | $193.44 | 9/5/18 | INV124145 | 6/18/18 | $48.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003577 | $362.44 | 9/6/18 | INV124148 | 6/19/18 | $100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003577 | $362.44 | 9/6/18 | INV124150 | 6/19/18 | $65.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003577 | $362.44 | 9/6/18 | INV124210 | 6/19/18 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003577 | $362.44 | 9/6/18 | INV124211 | 6/19/18 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003577 | $362.44 | 9/6/18 | INV124208 | 6/19/18 | $32.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003577 | $362.44 | 9/6/18 | INV124209 | 6/19/18 | $32.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003577 | $362.44 | 9/6/18 | INV124149 | 6/19/18 | $32.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005014 | $377.85 | 9/10/18 | INV124271 | 6/21/18 | $75.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005014 | $377.85 | 9/10/18 | INV124272 | 6/21/18 | $75.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005014 | $377.85 | 9/10/18 | INV124274 | 6/21/18 | $64.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005014 | $377.85 | 9/10/18 | INV124273 | 6/21/18 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005014 | $377.85 | 9/10/18 | 124307 | 6/21/18 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005014 | $377.85 | 9/10/18 | INV124306 | 6/21/18 | $38.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005014 | $377.85 | 9/10/18 | INV124305 | 6/21/18 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005547 | $420.08 | 9/11/18 | INV124411 | 6/22/18 | $96.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005547 | $420.08 | 9/11/18 | INV124412 | 6/22/18 | $75.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005547 | $420.08 | 9/11/18 | INV124414 | 6/22/18 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005547 | $420.08 | 9/11/18 | INV124415 | 6/22/18 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005547 | $420.08 | 9/11/18 | INV124416 | 6/22/18 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005547 | $420.08 | 9/11/18 | INV124417 | 6/22/18 | $48.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005547 | $420.08 | 9/11/18 | INV124413 | 6/22/18 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005547 | $420.08 | 9/11/18 | INV124411 | 6/22/18 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006355 | $100.00 | 9/12/18 | INV124437 | 6/25/18 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006355 | $100.00 | 9/12/18 | INV124438 | 6/25/18 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006355 | $100.00 | 9/12/18 | INV124439 | 6/25/18 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007812 | $483.62 | 9/14/18 | INV124486 | 6/27/18 | $75.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007812 | $483.62 | 9/14/18 | INV124485 | 6/27/18 | $64.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007812 | $483.62 | 9/14/18 | INV124483 | 6/27/18 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007812 | $483.62 | 9/14/18 | INV124479 | 6/27/18 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007812 | $483.62 | 9/14/18 | INV124487 | 6/27/18 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007812 | $483.62 | 9/14/18 | INV124481 | 6/27/18 | $48.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007812 | $483.62 | 9/14/18 | INV124482 | 6/27/18 | $48.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007812 | $483.62 | 9/14/18 | INV124478 | 6/27/18 | $32.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007812 | $483.62 | 9/14/18 | INV124484 | 6/27/18 | $32.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007812 | $483.62 | 9/14/18 | INV124480 | 6/27/18 | $32.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008569 | $64.76 | 9/17/18 | INV124516 | 6/28/18 | $64.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009221 | $322.14 | 9/18/18 | INV124583 | 6/29/18 | $100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009221 | $322.14 | 9/18/18 | INV124585 | 6/29/18 | $64.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009221 | $322.14 | 9/18/18 | INV124586 | 6/29/18 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009221 | $322.14 | 9/18/18 | INV124582 | 6/29/18 | $50.00 |

Sennco Solutions, Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009221 | $322.14 | 9/18/18 | INV124587 | 6/29/18 | $32.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009221 | $322.14 | 9/18/18 | INV124584 | 6/29/18 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010533 | $25.00 | 9/19/18 | INV124654 | 7/2/18 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011272 | $459.29 | 9/20/18 | INV124689 | 7/3/18 | $228.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011272 | $459.29 | 9/20/18 | INV124686 | 7/3/18 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011272 | $459.29 | 9/20/18 | INV124684 | 7/3/18 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011272 | $459.29 | 9/20/18 | INV124687 | 7/3/18 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011272 | $459.29 | 9/20/18 | INV124688 | 7/3/18 | $48.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011272 | $459.29 | 9/20/18 | INV124685 | 7/3/18 | $32.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012578 | $615.38 | 9/24/18 | INV124718 | 7/5/18 | $97.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012578 | $615.38 | 9/24/18 | INV124717 | 7/5/18 | $97.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012578 | $615.38 | 9/24/18 | INV124722 | 7/5/18 | $75.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012578 | $615.38 | 9/24/18 | INV124720 | 7/5/18 | $66.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012578 | $615.38 | 9/24/18 | INV124712 | 7/5/18 | $65.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012578 | $615.38 | 9/24/18 | INV124721 | 7/5/18 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012578 | $615.38 | 9/24/18 | INV124713 | 7/5/18 | $32.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012578 | $615.38 | 9/24/18 | INV124716 | 7/5/18 | $32.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012578 | $615.38 | 9/24/18 | INV124714 | 7/5/18 | $32.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012578 | $615.38 | 9/24/18 | INV124719 | 7/5/18 | $32.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013123 | $290.16 | 9/25/18 | INV124749 | 7/6/18 | $96.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013123 | $290.16 | 9/25/18 | INV124750 | 7/6/18 | $96.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013123 | $290.16 | 9/25/18 | INV124748 | 7/6/18 | $96.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013944 | $207.38 | 9/26/18 | INV124824 | 7/9/18 | $100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013944 | $207.38 | 9/26/18 | INV124822 | 7/9/18 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013944 | $207.38 | 9/26/18 | INV124821 | 7/9/18 | $32.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013944 | $207.38 | 9/26/18 | INV124823 | 7/9/18 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014589 | $75.00 | 9/27/18 | INV124864 | 7/10/18 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014589 | $75.00 | 9/27/18 | INV124862 | 7/10/18 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014589 | $75.00 | 9/27/18 | INV124863 | 7/10/18 | $25.00 |

Totals:    30 transfer(s),  $15,313.72