Defendant: **Shannon Heights Heating Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233926 | $6,046.05 | 7/19/18 | 24202895A-IN | 7/17/18 | $2,375.40 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233926 | $6,046.05 | 7/19/18 | 24187848A-IN | 7/17/18 | $2,109.59 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233926 | $6,046.05 | 7/19/18 | 24073437A-IN | 7/17/18 | $1,561.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235470 | $3,506.05 | 7/27/18 | 24233708A-IN | 7/26/18 | $2,222.66 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235470 | $3,506.05 | 7/27/18 | 24228096A-IN | 7/26/18 | $1,283.39 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236453 | $1,777.11 | 8/2/18 | 24260049A-IN | 8/2/18 | $1,777.11 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237051 | $3,600.59 | 8/6/18 | 24281791A-IN | 8/3/18 | $1,846.31 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237051 | $3,600.59 | 8/6/18 | 24292459A-IN | 8/3/18 | $1,754.28 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238320 | $1,681.92 | 8/14/18 | 24172093A-IN | 8/13/18 | $1,681.92 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238960 | $2,351.70 | 8/17/18 | 24368737A-IN | 8/16/18 | $2,351.70 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239379 | $1,446.88 | 8/21/18 | 24325556A-IN | 8/20/18 | $1,446.88 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240234 | $2,176.31 | 8/27/18 | 24333633A-IN | 8/27/18 | $2,176.31 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240472 | $1,983.63 | 8/28/18 | 24312592A-IN | 8/14/18 | $1,983.63 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241529 | $1,824.94 | 9/4/18 | 24444181A-IN | 9/1/18 | $1,824.94 |

Totals:    10 transfer(s),  $26,395.18