Defendant: **Shareasale.com Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004330 | $40,000.00 | 9/7/18 | 5456 | 6/20/18 | $40,000.00 |
| **Totals:** | 1 transfer(s), $40,000.00 | | | | | | |