Defendant: **Shelia Hudman**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233946 | $2,906.11 | 7/19/18 | 23954242A-IN | 7/18/18 | $2,906.11 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235478 | $1,200.00 | 7/27/18 | 21084999A-IN | 7/27/18 | $1,200.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237070 | $5,539.35 | 8/6/18 | 21084999A-IN | 8/3/18 | $5,539.35 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241251 | $4,074.33 | 8/31/18 | 24162833A-IN | 8/30/18 | $4,074.33 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244146 | $2,015.42 | 9/21/18 | 23808791B-IN | 9/21/18 | $2,015.42 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244517 | $1,264.62 | 9/25/18 | 23997980A-IN | 9/25/18 | $1,264.62 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244905 | $2,135.81 | 9/27/18 | 24120763B-IN | 9/26/18 | $739.81 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244905 | $2,135.81 | 9/27/18 | 24279764A-IN | 9/27/18 | $1,396.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245579 | $1,391.60 | 10/2/18 | 24279764A-IN | 10/2/18 | $1,391.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246188 | $1,000.00 | 10/5/18 | 24010360A-IN | 10/4/18 | $1,000.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246470 | $1,833.77 | 10/8/18 | 24279764A-IN | 10/5/18 | $1,230.22 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246470 | $1,833.77 | 10/8/18 | 24186907A-IN | 10/5/18 | $332.57 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246470 | $1,833.77 | 10/8/18 | 24279764A-IN | 10/8/18 | $270.98 |

Totals:     10 transfer(s),  $23,361.01