| Defendant: | Sherie Marsh |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234316 | $170.00 | 7/20/18 | 23839126A-IN | 7/19/18 | $170.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234837 | $425.00 | 7/24/18 | 23839577A-IN | 7/24/18 | $140.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234837 | $425.00 | 7/24/18 | 24227148A-IN | 7/24/18 | $125.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234837 | $425.00 | 7/24/18 | 23910418A-IN | 7/24/18 | $80.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234837 | $425.00 | 7/24/18 | 23968581A-IN | 7/24/18 | $80.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235316 | $1,991.25 | 7/26/18 | PER072618-IN | 7/26/18 | $1,176.57 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235316 | $1,991.25 | 7/26/18 | REIM072618-IN | 7/26/18 | $814.68 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236036 | $80.00 | 7/31/18 | 24090822A-IN | 7/30/18 | $80.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237856 | $1,409.33 | 8/9/18 | PER080918-IN | 8/9/18 | $750.86 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237856 | $1,409.33 | 8/9/18 | REIM080918-IN | 8/9/18 | $503.47 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237856 | $1,409.33 | 8/9/18 | 24281966A-IN | 8/9/18 | $80.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237856 | $1,409.33 | 8/9/18 | 24199438A-IN | 8/9/18 | $75.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237995 | $267.50 | 8/10/18 | 23854482A-IN | 8/10/18 | $87.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237995 | $267.50 | 8/10/18 | 24035911A-IN | 8/10/18 | $80.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237995 | $267.50 | 8/10/18 | 23635692A-IN | 8/10/18 | $50.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237995 | $267.50 | 8/10/18 | 23910418B-IN | 8/10/18 | $50.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238205 | $80.00 | 8/13/18 | 24346495A-IN | 8/13/18 | $80.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239451 | $190.00 | 8/21/18 | 24231547A-IN | 8/20/18 | $140.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239451 | $190.00 | 8/21/18 | 24407730A-IN | 8/20/18 | $50.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239889 | $1,792.70 | 8/23/18 | REIM082318-IN | 8/23/18 | $944.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239889 | $1,792.70 | 8/23/18 | PER082318-IN | 8/23/18 | $848.70 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240801 | $270.00 | 8/29/18 | 24418867A-IN | 8/29/18 | $110.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240801 | $270.00 | 8/29/18 | 24388940A-IN | 8/29/18 | $80.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240801 | $270.00 | 8/29/18 | 24418867B-IN | 8/29/18 | $80.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241682 | $205.00 | 9/4/18 | 24182852A-IN | 9/4/18 | $155.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241682 | $205.00 | 9/4/18 | 24463833A-IN | 9/4/18 | $50.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242137 | $824.07 | 9/6/18 | REIM090618-IN | 9/6/18 | $614.07 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242137 | $824.07 | 9/6/18 | 23944283A-IN | 9/6/18 | $130.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242137 | $824.07 | 9/6/18 | 23944283B-IN | 9/6/18 | $80.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242288 | $1,063.07 | 9/7/18 | PER090718-IN | 9/7/18 | $1,063.07 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244005 | $1,564.34 | 9/20/18 | PER092018-IN | 9/20/18 | $846.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244005 | $1,564.34 | 9/20/18 | REIM092018-IN | 9/20/18 | $717.90 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244562 | $349.60 | 9/25/18 | 24519210A-IN | 9/24/18 | $349.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244960 | $479.61 | 9/27/18 | 24463147A-IN | 9/27/18 | $479.61 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246580 | $1,946.48 | 10/8/18 | PER100818-IN | 10/8/18 | $1,107.02 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246580 | $1,946.48 | 10/8/18 | REIM100818-IN | 10/8/18 | $839.46 |

**Totals:**     17 transfer(s),  $13,107.95