Defendant: **Shoreline Const LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233518 | $2,340.00 | 7/17/18 | 23577339A-IN | 7/17/18 | $2,340.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233968 | $540.00 | 7/19/18 | 23067322A-IN | 7/19/18 | $540.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234274 | $145.00 | 7/20/18 | 23879502B-IN | 7/20/18 | $145.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235060 | $367.50 | 7/25/18 | 24125150A-IN | 7/24/18 | $367.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235488 | $381.50 | 7/27/18 | 23577339B-IN | 7/26/18 | $381.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235758 | $501.85 | 7/30/18 | 24101060A-IN | 7/28/18 | $501.85 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236261 | $665.17 | 8/1/18 | 24244375A-IN | 7/31/18 | $186.21 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236261 | $665.17 | 8/1/18 | 24171895A-IN | 7/31/18 | $165.32 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236261 | $665.17 | 8/1/18 | 23931923B-IN | 7/31/18 | $141.14 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236261 | $665.17 | 8/1/18 | 24163159A-IN | 7/31/18 | $72.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236261 | $665.17 | 8/1/18 | 24071193A-IN | 7/31/18 | $50.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236261 | $665.17 | 8/1/18 | 24159713A-IN | 7/31/18 | $50.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236482 | $495.96 | 8/2/18 | 23981966C-IN | 8/1/18 | $177.41 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236482 | $495.96 | 8/2/18 | 24068792A-IN | 8/1/18 | $177.41 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236482 | $495.96 | 8/2/18 | 24163258A-IN | 8/1/18 | $141.14 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236785 | $508.00 | 8/3/18 | 23910423A-IN | 8/2/18 | $508.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237814 | $258.00 | 8/9/18 | 24191499D-IN | 8/9/18 | $129.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237814 | $258.00 | 8/9/18 | 24334986B-IN | 8/9/18 | $129.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237957 | $345.00 | 8/10/18 | 24034664A-IN | 8/10/18 | $345.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238346 | $300.00 | 8/14/18 | 7845299G-IN | 8/14/18 | $300.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238577 | $1,080.00 | 8/15/18 | 24171895A-IN | 8/15/18 | $1,080.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238755 | $415.31 | 8/16/18 | 23981966C-IN | 8/16/18 | $415.31 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239400 | $1,964.00 | 8/21/18 | 24071193A-IN | 8/20/18 | $1,505.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239400 | $1,964.00 | 8/21/18 | 24163159A-IN | 8/20/18 | $459.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239646 | $1,620.00 | 8/22/18 | 23931923B-IN | 8/21/18 | $1,620.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240024 | $2,880.00 | 8/24/18 | 23946921A-IN | 8/23/18 | $2,880.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241265 | $820.00 | 8/31/18 | 24163258A-IN | 8/30/18 | $720.00 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241265 | $820.00 | 8/31/18 | 24425544A-IN | 8/31/18 | $50.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241265 | $820.00 | 8/31/18 | 24448363A-IN | 8/31/18 | $50.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242455 | $725.51 | 9/10/18 | 24397630A-IN | 9/10/18 | $165.32 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242455 | $725.51 | 9/10/18 | 24448727A-IN | 9/10/18 | $141.14 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242455 | $725.51 | 9/10/18 | 24303179A-IN | 9/10/18 | $129.05 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242455 | $725.51 | 9/10/18 | 24417030A-IN | 9/10/18 | $95.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242455 | $725.51 | 9/10/18 | 24368199A-IN | 9/10/18 | $72.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242455 | $725.51 | 9/10/18 | 24435113B-IN | 9/10/18 | $72.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242455 | $725.51 | 9/10/18 | 24493918A-IN | 9/10/18 | $50.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242632 | $241.14 | 9/11/18 | 24460645A-IN | 9/10/18 | $141.14 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242632 | $241.14 | 9/11/18 | 24485535A-IN | 9/10/18 | $50.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242632 | $241.14 | 9/11/18 | 24444515A-IN | 9/11/18 | $50.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243368 | $370.00 | 9/17/18 | 24448363A-IN | 9/16/18 | $370.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243566 | $1,621.00 | 9/18/18 | 24444515A-IN | 9/18/18 | $1,621.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243968 | $406.95 | 9/20/18 | 24224738A-IN | 9/20/18 | $406.95 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244157 | $525.00 | 9/21/18 | 24334986B-IN | 9/20/18 | $525.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244345 | $530.00 | 9/24/18 | 24397630A-IN | 9/21/18 | $405.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244345 | $530.00 | 9/24/18 | 24558902A-IN | 9/24/18 | $125.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244733 | $4,522.97 | 9/26/18 | 23987018A-IN | 9/25/18 | $4,522.97 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244915 | $1,111.50 | 9/27/18 | 24425544A-IN | 9/26/18 | $1,111.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245173 | $3,986.00 | 9/28/18 | 24159713A-IN | 9/28/18 | $3,986.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245396 | $480.00 | 10/1/18 | 24448727A-IN | 9/29/18 | $480.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245591 | $1,494.50 | 10/2/18 | 24522615A-IN | 10/1/18 | $1,494.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245822 | $926.00 | 10/3/18 | 24493918A-IN | 10/2/18 | $891.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245822 | $926.00 | 10/3/18 | 24500317A-IN | 10/2/18 | $35.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246203 | $1,499.80 | 10/5/18 | 24471349A-IN | 10/5/18 | $871.80 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246203 | $1,499.80 | 10/5/18 | 24324941A-IN | 10/5/18 | $628.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246495 | $511.00 | 10/8/18 | 24457716A-IN | 10/5/18 | $511.00 |

Totals:    33 transfer(s),  $34,578.66

Shoreline Const LLC

Bankruptcy Case: Sears Holding Corporation, et al.

February 1, 2020                                    Exhibit A                                          P. 2