| | | |
|---|---|---|
| Defendant: | **Sign & Lighting Services LLC** | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984106 | $3,248.70 | 7/25/18 | 21146 | 5/15/18 | $1,104.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984106 | $3,248.70 | 7/25/18 | 21163 | 5/16/18 | $2,143.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987533 | $8,715.60 | 8/1/18 | 21168 | 5/18/18 | $6,339.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987533 | $8,715.60 | 8/1/18 | 21174 | 5/22/18 | $2,376.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998668 | $945.00 | 8/28/18 | 21221 | 6/8/18 | $945.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009253 | $1,167.85 | 9/18/18 | 21276 | 6/28/18 | $1,167.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013151 | $790.59 | 9/25/18 | 21302 | 7/5/18 | $540.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013151 | $790.59 | 9/25/18 | 21328 | 7/11/18 | $250.59 |

Totals:    5 transfer(s),   $14,867.74