Defendant: **SJC Resources, Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981600 | $2,415.50 | 7/19/18 | 205060 | 5/7/18 | $1,077.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981600 | $2,415.50 | 7/19/18 | 205062 | 5/7/18 | $715.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981600 | $2,415.50 | 7/19/18 | 205059 | 5/7/18 | $430.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981600 | $2,415.50 | 7/19/18 | 205061 | 5/7/18 | $193.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984971 | $3,959.70 | 7/26/18 | 205065 | 5/14/18 | $2,932.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984971 | $3,959.70 | 7/26/18 | 205067 | 5/14/18 | $537.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984971 | $3,959.70 | 7/26/18 | 205063 | 5/14/18 | $473.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984971 | $3,959.70 | 7/26/18 | 205064 | 5/14/18 | $17.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988382 | $1,595.26 | 8/2/18 | 205068 | 5/21/18 | $994.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988382 | $1,595.26 | 8/2/18 | 205069 | 5/21/18 | $387.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988382 | $1,595.26 | 8/2/18 | 205070 | 5/21/18 | $112.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988382 | $1,595.26 | 8/2/18 | 205071 | 5/21/18 | $101.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990486 | $1,497.25 | 8/9/18 | 205072 | 5/24/18 | $1,207.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990486 | $1,497.25 | 8/9/18 | 205074 | 5/24/18 | $172.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990486 | $1,497.25 | 8/9/18 | 205073 | 5/24/18 | $118.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999463 | $1,421.15 | 8/29/18 | 205086 | 6/11/18 | $516.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999463 | $1,421.15 | 8/29/18 | 205081 | 6/11/18 | $451.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999463 | $1,421.15 | 8/29/18 | 205083 | 6/11/18 | $264.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999463 | $1,421.15 | 8/29/18 | 205080 | 6/11/18 | $86.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999463 | $1,421.15 | 8/29/18 | 205084 | 6/11/18 | $43.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999463 | $1,421.15 | 8/29/18 | 205085 | 6/11/18 | $43.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999463 | $1,421.15 | 8/29/18 | 205082 | 6/11/18 | $17.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000877 | $2,710.00 | 8/31/18 | 205088 | 6/13/18 | $2,667.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000877 | $2,710.00 | 8/31/18 | 205087 | 6/13/18 | $43.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007822 | $5,649.65 | 9/14/18 | 205094 | 6/27/18 | $2,404.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007822 | $5,649.65 | 9/14/18 | 205097 | 6/27/18 | $2,310.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007822 | $5,649.65 | 9/14/18 | 205098 | 6/27/18 | $526.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007822 | $5,649.65 | 9/14/18 | 205090 | 6/27/18 | $129.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007822 | $5,649.65 | 9/14/18 | 205091 | 6/27/18 | $86.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007822 | $5,649.65 | 9/14/18 | 205096 | 6/27/18 | $64.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007822 | $5,649.65 | 9/14/18 | 205099 | 6/27/18 | $43.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007822 | $5,649.65 | 9/14/18 | 205092 | 6/27/18 | $43.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007822 | $5,649.65 | 9/14/18 | 205093 | 6/27/18 | $43.00 |

Totals:   7 transfer(s),  $19,248.51