Defendant: **Smart AC Services LLC**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235074 | $3,950.33 | 7/25/18 | 24284761A-IN | 7/24/18 | $1,506.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235074 | $3,950.33 | 7/25/18 | 24162069A-IN | 7/24/18 | $1,255.84 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235074 | $3,950.33 | 7/25/18 | 24200880A-IN | 7/24/18 | $1,188.43 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236510 | $1,449.35 | 8/2/18 | 24307559A-IN | 8/1/18 | $1,449.35 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237135 | $1,797.33 | 8/6/18 | 24009696A-IN | 8/4/18 | $1,797.33 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238368 | $2,056.24 | 8/14/18 | 24364668A-IN | 8/14/18 | $1,052.61 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238368 | $2,056.24 | 8/14/18 | 24382836A-IN | 8/14/18 | $1,003.63 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238591 | $1,550.70 | 8/15/18 | 24374106A-IN | 8/14/18 | $1,550.70 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239421 | $2,639.85 | 8/21/18 | 24395152A-IN | 8/20/18 | $2,079.85 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239421 | $2,639.85 | 8/21/18 | 24380208A-IN | 8/20/18 | $280.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239421 | $2,639.85 | 8/21/18 | 23997230B-IN | 8/20/18 | $280.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239663 | $286.87 | 8/22/18 | 23536338D-IN | 8/21/18 | $286.87 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239856 | $1,100.00 | 8/23/18 | 24380134A-IN | 8/22/18 | $700.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239856 | $1,100.00 | 8/23/18 | 23939272C-IN | 8/22/18 | $400.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240042 | $410.00 | 8/24/18 | 24262669B-IN | 8/24/18 | $410.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240286 | $6,226.80 | 8/27/18 | 24258558A-IN | 8/27/18 | $6,226.80 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244930 | $8,464.50 | 9/27/18 | 143690-IN | 9/20/18 | $8,464.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246026 | $652.51 | 10/4/18 | 23574917C-IN | 10/4/18 | $652.51 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246531 | $3,069.52 | 10/8/18 | 24236999A-IN | 10/6/18 | $3,069.52 |

Totals:    13 transfer(s),    $33,654.00