| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | Smart Direct LLC | | | | | | |
| Bankruptcy Case | Sears Holding Corporation, et al. | | | | | | |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 | | | | | | |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980791 | $4,624.00 | 7/18/18 | 32874 | 4/26/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980791 | $4,624.00 | 7/18/18 | 33077 | 5/1/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980791 | $4,624.00 | 7/18/18 | 33067 | 5/1/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980791 | $4,624.00 | 7/18/18 | 33066 | 5/1/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980791 | $4,624.00 | 7/18/18 | 32939 | 5/2/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980791 | $4,624.00 | 7/18/18 | 32970 | 5/2/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980791 | $4,624.00 | 7/18/18 | 32948 | 5/2/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980791 | $4,624.00 | 7/18/18 | 32944 | 5/2/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980791 | $4,624.00 | 7/18/18 | 33208 | 5/15/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980791 | $4,624.00 | 7/18/18 | 33221 | 5/15/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980791 | $4,624.00 | 7/18/18 | 33142 | 5/15/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980791 | $4,624.00 | 7/18/18 | 33145 | 5/15/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980791 | $4,624.00 | 7/18/18 | 33146 | 5/15/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980791 | $4,624.00 | 7/18/18 | 33154 | 5/15/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980791 | $4,624.00 | 7/18/18 | 33222 | 5/15/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980791 | $4,624.00 | 7/18/18 | 33186 | 5/15/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980791 | $4,624.00 | 7/18/18 | 33153 | 5/15/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980791 | $4,624.00 | 7/18/18 | 33202 | 5/15/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980791 | $4,624.00 | 7/18/18 | 33159 | 5/15/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980791 | $4,624.00 | 7/18/18 | 33160 | 5/15/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980791 | $4,624.00 | 7/18/18 | 33195 | 5/15/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980791 | $4,624.00 | 7/18/18 | 33167 | 5/15/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980791 | $4,624.00 | 7/18/18 | 33169 | 5/15/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980791 | $4,624.00 | 7/18/18 | 33178 | 5/15/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980791 | $4,624.00 | 7/18/18 | 33174 | 5/15/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980791 | $4,624.00 | 7/18/18 | 33214 | 5/15/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980791 | $4,624.00 | 7/18/18 | 33173 | 5/15/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980791 | $4,624.00 | 7/18/18 | 33170 | 5/15/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980791 | $4,624.00 | 7/18/18 | 33191 | 5/15/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980791 | $4,624.00 | 7/18/18 | 33168 | 5/15/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980791 | $4,624.00 | 7/18/18 | 33181 | 5/15/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980791 | $4,624.00 | 7/18/18 | 33190 | 5/15/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980791 | $4,624.00 | 7/18/18 | 33200 | 5/15/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980791 | $4,624.00 | 7/18/18 | 33162 | 5/15/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984119 | $272.00 | 7/25/18 | 32858 | 4/26/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984119 | $272.00 | 7/25/18 | 33206 | 5/15/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 32890 | 4/26/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 32867 | 4/26/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 32869 | 4/26/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 32871 | 4/26/18 | $136.00 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 32798 | 4/26/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 32797 | 4/26/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 32799 | 4/26/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 32878 | 4/26/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 32880 | 4/26/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 32802 | 4/26/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 32885 | 4/26/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 32805 | 4/26/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 32889 | 4/26/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 32862 | 4/26/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 32901 | 4/26/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 32828 | 4/26/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 32825 | 4/26/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 32822 | 4/26/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 32834 | 4/26/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 32838 | 4/26/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 32846 | 4/26/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 32819 | 4/26/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 32816 | 4/26/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 32910 | 4/26/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 32905 | 4/26/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 32829 | 4/26/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 32903 | 4/26/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 32821 | 4/26/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 32891 | 4/26/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 32900 | 4/26/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 32812 | 4/26/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 32892 | 4/26/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 32807 | 4/26/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 32896 | 4/26/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 32894 | 4/26/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 32879 | 4/26/18 | $34.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 33078 | 5/1/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 33081 | 5/1/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 33069 | 5/1/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 33068 | 5/1/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 33064 | 5/1/18 | $34.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 33065 | 5/1/18 | $34.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 33074 | 5/1/18 | $17.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 32942 | 5/2/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 32966 | 5/2/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 32965 | 5/2/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 92960 | 5/2/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 32967 | 5/2/18 | $136.00 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 32964 | 5/2/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 32954 | 5/2/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 32927 | 5/2/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 32973 | 5/2/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 32932 | 5/2/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 32929 | 5/2/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 32936 | 5/2/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 32949 | 5/2/18 | $127.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 32962 | 5/2/18 | $34.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 32931 | 5/2/18 | $34.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 32943 | 5/2/18 | $17.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 33143 | 5/15/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 33183 | 5/15/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 33209 | 5/15/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 33210 | 5/15/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 33131 | 5/15/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 33188 | 5/15/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 33197 | 5/15/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 33163 | 5/15/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 33147 | 5/15/18 | $34.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 33201 | 5/15/18 | $17.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005581 | $8,423.50 | 9/11/18 | 33135 | 5/15/18 | $17.00 |

Totals:    3 transfer(s),   $13,319.50