| | |
|---|---|
| Defendant: | Smart Surplus Inc. |
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91115 | $2,481.43 | 7/18/18 | 000007NPHZ | 7/5/18 | $314.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91115 | $2,481.43 | 7/18/18 | 000007NPAS | 7/5/18 | $229.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91115 | $2,481.43 | 7/18/18 | 000007NPI0 | 7/5/18 | $212.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91115 | $2,481.43 | 7/18/18 | 000007NPAU | 7/5/18 | $195.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91115 | $2,481.43 | 7/18/18 | 000007NPOV | 7/5/18 | $169.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91115 | $2,481.43 | 7/18/18 | 000007NPOU | 7/5/18 | $169.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91115 | $2,481.43 | 7/18/18 | 000007NPOS | 7/5/18 | $169.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91115 | $2,481.43 | 7/18/18 | 000007NPHY | 7/5/18 | $169.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91115 | $2,481.43 | 7/18/18 | 000007NPAX | 7/5/18 | $169.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91115 | $2,481.43 | 7/18/18 | 000007NPAW | 7/5/18 | $169.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91115 | $2,481.43 | 7/18/18 | 000007NPAV | 7/5/18 | $169.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91115 | $2,481.43 | 7/18/18 | 000007NPAT | 7/5/18 | $169.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91115 | $2,481.43 | 7/18/18 | 000007NPOT | 7/5/18 | $169.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93731 | $4,368.40 | 7/23/18 | 000007NT5U | 7/6/18 | $297.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93731 | $4,368.40 | 7/23/18 | 000007NYO3 | 7/9/18 | $297.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93731 | $4,368.40 | 7/23/18 | 000007NYFQ | 7/9/18 | $297.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93731 | $4,368.40 | 7/23/18 | 000007NYO4 | 7/9/18 | $195.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93731 | $4,368.40 | 7/23/18 | 000007NYO1 | 7/9/18 | $195.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93731 | $4,368.40 | 7/23/18 | 000007NYFO | 7/9/18 | $169.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93731 | $4,368.40 | 7/23/18 | 000007NYFP | 7/9/18 | $169.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93731 | $4,368.40 | 7/23/18 | 000007NYFK | 7/9/18 | $169.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93731 | $4,368.40 | 7/23/18 | 000007NYO5 | 7/9/18 | $169.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93731 | $4,368.40 | 7/23/18 | 000007NYO6 | 7/9/18 | $169.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93731 | $4,368.40 | 7/23/18 | 000007NYO2 | 7/9/18 | $169.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93731 | $4,368.40 | 7/23/18 | 000007NYFN | 7/9/18 | $169.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93731 | $4,368.40 | 7/23/18 | 000007NYFM | 7/9/18 | $110.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93731 | $4,368.40 | 7/23/18 | 000007NYFL | 7/9/18 | $110.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93731 | $4,368.40 | 7/23/18 | 000007NYFJ | 7/9/18 | $110.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93731 | $4,368.40 | 7/23/18 | 000007O3D7 | 7/10/18 | $297.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93731 | $4,368.40 | 7/23/18 | 000007O3D9 | 7/10/18 | $297.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93731 | $4,368.40 | 7/23/18 | 000007O3D3 | 7/10/18 | $297.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93731 | $4,368.40 | 7/23/18 | 000007O3DA | 7/10/18 | $195.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93731 | $4,368.40 | 7/23/18 | 000007O3D8 | 7/10/18 | $169.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93731 | $4,368.40 | 7/23/18 | 000007O3D4 | 7/10/18 | $169.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93731 | $4,368.40 | 7/23/18 | 000007O3D5 | 7/10/18 | $169.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93731 | $4,368.40 | 7/23/18 | 000007O3D6 | 7/10/18 | $152.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93731 | $4,368.40 | 7/23/18 | 000007O3BM | 7/10/18 | $110.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93731 | $4,368.40 | 7/23/18 | 0000590384 | 7/16/18 | -$297.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94406 | $1,283.28 | 7/24/18 | 000007O6WM | 7/11/18 | $297.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94406 | $1,283.28 | 7/24/18 | 000007O6UR | 7/11/18 | $280.45 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94406 | $1,283.28 | 7/24/18 | 000007O6US | 7/11/18 | $212.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94406 | $1,283.28 | 7/24/18 | 000007O6WK | 7/11/18 | $195.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94406 | $1,283.28 | 7/24/18 | 000007O6WN | 7/11/18 | $152.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94406 | $1,283.28 | 7/24/18 | 000007O6WL | 7/11/18 | $144.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95248 | $722.35 | 7/25/18 | 000007OA4M | 7/12/18 | $314.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95248 | $722.35 | 7/25/18 | 000007OA4N | 7/12/18 | $297.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95248 | $722.35 | 7/25/18 | 000007OA3R | 7/12/18 | $110.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96067 | $1,045.33 | 7/26/18 | 000007OD39 | 7/13/18 | $297.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96067 | $1,045.33 | 7/26/18 | 000007OD37 | 7/13/18 | $297.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96067 | $1,045.33 | 7/26/18 | 000007OD36 | 7/13/18 | $195.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96067 | $1,045.33 | 7/26/18 | 000007OD38 | 7/13/18 | $152.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96067 | $1,045.33 | 7/26/18 | 000007OD35 | 7/13/18 | $101.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97764 | $3,459.45 | 7/30/18 | 000007OHIE | 7/16/18 | $297.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97764 | $3,459.45 | 7/30/18 | 000007OHIF | 7/16/18 | $297.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97764 | $3,459.45 | 7/30/18 | 000007OHIH | 7/16/18 | $297.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97764 | $3,459.45 | 7/30/18 | 000007OHLX | 7/16/18 | $297.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97764 | $3,459.45 | 7/30/18 | 000007OHLW | 7/16/18 | $297.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97764 | $3,459.45 | 7/30/18 | 000007OHLQ | 7/16/18 | $297.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97764 | $3,459.45 | 7/30/18 | 000007OHLT | 7/16/18 | $280.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97764 | $3,459.45 | 7/30/18 | 000007OHLR | 7/16/18 | $280.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97764 | $3,459.45 | 7/30/18 | 000007OHLU | 7/16/18 | $242.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97764 | $3,459.45 | 7/30/18 | 000007OHII | 7/16/18 | $195.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97764 | $3,459.45 | 7/30/18 | 000007OHIG | 7/16/18 | $195.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97764 | $3,459.45 | 7/30/18 | 000007OHLV | 7/16/18 | $169.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97764 | $3,459.45 | 7/30/18 | 000007OHIJ | 7/16/18 | $152.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97764 | $3,459.45 | 7/30/18 | 000007OHLS | 7/16/18 | $144.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97764 | $3,459.45 | 7/30/18 | 000007ONBX | 7/17/18 | $242.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97764 | $3,459.45 | 7/30/18 | 000007ONBY | 7/17/18 | $152.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97764 | $3,459.45 | 7/30/18 | 0000592835 | 7/23/18 | -$169.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97764 | $3,459.45 | 7/30/18 | 0000592824 | 7/23/18 | -$212.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98500 | $1,766.13 | 7/31/18 | 000007OQSN | 7/18/18 | $297.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98500 | $1,766.13 | 7/31/18 | 000007OQSP | 7/18/18 | $203.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98500 | $1,766.13 | 7/31/18 | 000007OQSQ | 7/18/18 | $203.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98500 | $1,766.13 | 7/31/18 | 000007OQO9 | 7/18/18 | $203.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98500 | $1,766.13 | 7/31/18 | 000007OQOA | 7/18/18 | $203.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98500 | $1,766.13 | 7/31/18 | 000007OQSM | 7/18/18 | $203.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98500 | $1,766.13 | 7/31/18 | 000007OQSO | 7/18/18 | $169.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98500 | $1,766.13 | 7/31/18 | 000007OQOB | 7/18/18 | $169.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98500 | $1,766.13 | 7/31/18 | 000007OQSR | 7/18/18 | $110.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99193 | $594.89 | 8/1/18 | 000007OU9Q | 7/19/18 | $297.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99193 | $594.89 | 8/1/18 | 000007OU9S | 7/19/18 | $186.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99193 | $594.89 | 8/1/18 | 000007OU9R | 7/19/18 | $110.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01682 | $1,698.15 | 8/6/18 | 000007P2J5 | 7/23/18 | $297.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01682 | $1,698.15 | 8/6/18 | 000007P2J4 | 7/23/18 | $280.45 |

Smart Surplus Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01682 | $1,698.15 | 8/6/18 | 000007P2J7 | 7/23/18 | $254.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01682 | $1,698.15 | 8/6/18 | 000007P2J9 | 7/23/18 | $242.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01682 | $1,698.15 | 8/6/18 | 000007P2J6 | 7/23/18 | $152.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01682 | $1,698.15 | 8/6/18 | 000007P2J8 | 7/23/18 | $101.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01682 | $1,698.15 | 8/6/18 | 000007P65U | 7/24/18 | $297.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01682 | $1,698.15 | 8/6/18 | 000007P65T | 7/24/18 | $110.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01682 | $1,698.15 | 8/6/18 | 0000480162 | 8/1/18 | -$39.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02322 | $152.99 | 8/7/18 | 000007P923 | 7/25/18 | $152.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03057 | $781.83 | 8/8/18 | 000007PBIP | 7/26/18 | $297.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03057 | $781.83 | 8/8/18 | 000007PBIS | 7/26/18 | $152.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03057 | $781.83 | 8/8/18 | 000007PBIQ | 7/26/18 | $135.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03057 | $781.83 | 8/8/18 | 000007PBIR | 7/26/18 | $110.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03057 | $781.83 | 8/8/18 | 000007PBIT | 7/26/18 | $84.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03844 | $2,889.07 | 8/9/18 | 000007PEEV | 7/27/18 | $297.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03844 | $2,889.07 | 8/9/18 | 000007PE7Z | 7/27/18 | $297.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03844 | $2,889.07 | 8/9/18 | 000007PE7W | 7/27/18 | $297.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03844 | $2,889.07 | 8/9/18 | 000007PE7X | 7/27/18 | $297.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03844 | $2,889.07 | 8/9/18 | 000007PEAD | 7/27/18 | $195.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03844 | $2,889.07 | 8/9/18 | 000007PEEY | 7/27/18 | $169.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03844 | $2,889.07 | 8/9/18 | 000007PEEZ | 7/27/18 | $169.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03844 | $2,889.07 | 8/9/18 | 000007PEEW | 7/27/18 | $144.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03844 | $2,889.07 | 8/9/18 | 000007PEEQ | 7/27/18 | $144.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03844 | $2,889.07 | 8/9/18 | 000007PEEU | 7/27/18 | $110.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03844 | $2,889.07 | 8/9/18 | 000007PEER | 7/27/18 | $84.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03844 | $2,889.07 | 8/9/18 | 000007PEES | 7/27/18 | $84.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03844 | $2,889.07 | 8/9/18 | 000007PEET | 7/27/18 | $84.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03844 | $2,889.07 | 8/9/18 | 000007PEAF | 7/27/18 | $84.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03844 | $2,889.07 | 8/9/18 | 000007PEHN | 7/27/18 | $84.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03844 | $2,889.07 | 8/9/18 | 000007PEHO | 7/27/18 | $84.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03844 | $2,889.07 | 8/9/18 | 000007PE7Y | 7/27/18 | $84.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03844 | $2,889.07 | 8/9/18 | 000007PEAE | 7/27/18 | $84.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03844 | $2,889.07 | 8/9/18 | 000007PEEX | 7/27/18 | $84.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05536 | $1,427.35 | 8/13/18 | 000007PJE4 | 7/30/18 | $297.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05536 | $1,427.35 | 8/13/18 | 000007PJM4 | 7/30/18 | $110.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05536 | $1,427.35 | 8/13/18 | 000007PJE5 | 7/30/18 | $110.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05536 | $1,427.35 | 8/13/18 | 000007PJM3 | 7/30/18 | $101.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05536 | $1,427.35 | 8/13/18 | 000007PJM1 | 7/30/18 | $84.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05536 | $1,427.35 | 8/13/18 | 000007PJM2 | 7/30/18 | $84.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05536 | $1,427.35 | 8/13/18 | 000007PJ2E | 7/30/18 | $84.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05536 | $1,427.35 | 8/13/18 | 000007PJLZ | 7/30/18 | $84.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05536 | $1,427.35 | 8/13/18 | 000007PJE6 | 7/30/18 | $84.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05536 | $1,427.35 | 8/13/18 | 000007PJ2F | 7/30/18 | $84.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05536 | $1,427.35 | 8/13/18 | 000007PJM0 | 7/30/18 | $84.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05536 | $1,427.35 | 8/13/18 | 000007PNG9 | 7/31/18 | $110.45 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05536 | $1,427.35 | 8/13/18 | 000007PNG8 | 7/31/18 | $101.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06179 | $178.48 | 8/14/18 | 000007PQL6 | 8/1/18 | $322.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06179 | $178.48 | 8/14/18 | 000007PQL5 | 8/1/18 | $152.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06179 | $178.48 | 8/14/18 | 0000597979 | 8/8/18 | -$101.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06179 | $178.48 | 8/14/18 | 0000598232 | 8/8/18 | -$195.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07033 | $265.90 | 8/15/18 | 000007PTNY | 8/2/18 | $161.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07033 | $265.90 | 8/15/18 | 000007PTNX | 8/2/18 | $104.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07838 | $94.95 | 8/16/18 | 000007PWM4 | 8/3/18 | $169.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07838 | $94.95 | 8/16/18 | 000007PWM5 | 8/3/18 | $94.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07838 | $94.95 | 8/16/18 | 0000599368 | 8/13/18 | -$169.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09546 | $817.21 | 8/20/18 | 000007Q1KV | 8/6/18 | $195.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09546 | $817.21 | 8/20/18 | 000007Q1KW | 8/6/18 | $186.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09546 | $817.21 | 8/20/18 | 000007Q1KT | 8/6/18 | $169.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09546 | $817.21 | 8/20/18 | 000007Q1KR | 8/6/18 | $161.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09546 | $817.21 | 8/20/18 | 000007Q1KU | 8/6/18 | $144.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09546 | $817.21 | 8/20/18 | 000007Q1KS | 8/6/18 | $94.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09546 | $817.21 | 8/20/18 | 000007Q79B | 8/7/18 | $169.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09546 | $817.21 | 8/20/18 | 000007Q79A | 8/7/18 | $169.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09546 | $817.21 | 8/20/18 | 000007Q799 | 8/7/18 | $169.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09546 | $817.21 | 8/20/18 | 0000600015 | 8/14/18 | -$84.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09546 | $817.21 | 8/20/18 | 0000599943 | 8/14/18 | -$169.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09546 | $817.21 | 8/20/18 | 0000599951 | 8/14/18 | -$169.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09546 | $817.21 | 8/20/18 | 0000600332 | 8/15/18 | -$25.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09546 | $817.21 | 8/20/18 | 0000600281 | 8/15/18 | -$195.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10223 | $314.45 | 8/21/18 | 000007QAJE | 8/8/18 | $254.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10223 | $314.45 | 8/21/18 | 000007QAJD | 8/8/18 | $144.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10223 | $314.45 | 8/21/18 | 0000601149 | 8/17/18 | -$84.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11717 | $616.09 | 8/23/18 | 000007QG0J | 8/10/18 | $195.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11717 | $616.09 | 8/23/18 | 000007QG0I | 8/10/18 | $161.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11717 | $616.09 | 8/23/18 | 000007QG0K | 8/10/18 | $144.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11717 | $616.09 | 8/23/18 | 000007QG0L | 8/10/18 | $114.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13583 | $1,474.47 | 8/27/18 | 000007QLLW | 8/13/18 | $331.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13583 | $1,474.47 | 8/27/18 | 000007QLM0 | 8/13/18 | $331.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13583 | $1,474.47 | 8/27/18 | 000007QLLZ | 8/13/18 | $169.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13583 | $1,474.47 | 8/27/18 | 000007QLLY | 8/13/18 | $144.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13583 | $1,474.47 | 8/27/18 | 000007QLM1 | 8/13/18 | $114.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13583 | $1,474.47 | 8/27/18 | 000007QLLX | 8/13/18 | $110.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13583 | $1,474.47 | 8/27/18 | 000007QQPL | 8/14/18 | $169.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13583 | $1,474.47 | 8/27/18 | 000007QQPM | 8/14/18 | $101.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14307 | $322.95 | 8/28/18 | 000007QUQ2 | 8/15/18 | $297.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14307 | $322.95 | 8/28/18 | 000007QUQ3 | 8/15/18 | $195.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14307 | $322.95 | 8/28/18 | 0000603076 | 8/23/18 | -$169.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15086 | $658.59 | 8/29/18 | 000007QXH4 | 8/16/18 | $254.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15086 | $658.59 | 8/29/18 | 000007QXSI | 8/16/18 | $144.45 |

Smart Surplus Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

February 1, 2020 — Exhibit A — P. 4

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15086 | $658.59 | 8/29/18 | 000007QXH3 | 8/16/18 | $144.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15086 | $658.59 | 8/29/18 | 000007QXH2 | 8/16/18 | $114.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17615 | $1,210.89 | 9/4/18 | 000007R66K | 8/20/18 | $169.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17615 | $1,210.89 | 9/4/18 | 000007R66L | 8/20/18 | $169.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17615 | $1,210.89 | 9/4/18 | 000007R66M | 8/20/18 | $152.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17615 | $1,210.89 | 9/4/18 | 000007R9TM | 8/21/18 | $169.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17615 | $1,210.89 | 9/4/18 | 000007R9QD | 8/21/18 | $114.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17615 | $1,210.89 | 9/4/18 | 000007RCSS | 8/22/18 | $169.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17615 | $1,210.89 | 9/4/18 | 000007RD53 | 8/22/18 | $152.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17615 | $1,210.89 | 9/4/18 | 000007RCWW | 8/22/18 | $110.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18335 | $240.45 | 9/5/18 | 000007RFRA | 8/23/18 | $280.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18335 | $240.45 | 9/5/18 | 000007RFRB | 8/23/18 | $280.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18335 | $240.45 | 9/5/18 | 000007RG71 | 8/23/18 | $212.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18335 | $240.45 | 9/5/18 | 0000605146 | 8/30/18 | -$280.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18335 | $240.45 | 9/5/18 | 0000605366 | 8/31/18 | -$212.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18335 | $240.45 | 9/5/18 | 0000480149 | 9/1/18 | -$39.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20512 | $951.73 | 9/10/18 | 000007RNLY | 8/27/18 | $169.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20512 | $951.73 | 9/10/18 | 000007RNLV | 8/27/18 | $169.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20512 | $951.73 | 9/10/18 | 000007RNVW | 8/27/18 | $169.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20512 | $951.73 | 9/10/18 | 000007RNLX | 8/27/18 | $114.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20512 | $951.73 | 9/10/18 | 000007RNLW | 8/27/18 | $101.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20512 | $951.73 | 9/10/18 | 000007RS73 | 8/28/18 | $114.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20512 | $951.73 | 9/10/18 | 000007RS47 | 8/28/18 | $110.45 |

Totals:     25 transfer(s),  $29,816.81