Defendant: **Software One, Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989741 | $109.63 | 7/27/18 | USPSI697267 | 6/27/18 | $109.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990489 | $9,044.12 | 7/30/18 | USPSI699392 | 6/29/18 | $8,989.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990489 | $9,044.12 | 7/30/18 | USPSI699356 | 6/29/18 | $54.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022246 | $145.45 | 9/28/18 | USPSI715986 | 8/29/18 | $145.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023025 | $9,458.94 | 10/1/18 | USPSI717468 | 8/31/18 | $9,458.94 |

Totals:    4 transfer(s),  $18,758.14