| | |
|---|---|
| Defendant: | **Soteer Limited** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90767 | $317.64 | 7/18/18 | 000007NN1Q | 7/4/18 | $13.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90767 | $317.64 | 7/18/18 | 000007NNR7 | 7/4/18 | $11.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90767 | $317.64 | 7/18/18 | 000007NNR6 | 7/4/18 | $11.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90767 | $317.64 | 7/18/18 | 000007NS6T | 7/5/18 | $112.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90767 | $317.64 | 7/18/18 | 000007NS6P | 7/5/18 | $52.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90767 | $317.64 | 7/18/18 | 000007NPF6 | 7/5/18 | $48.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90767 | $317.64 | 7/18/18 | 000007NS6R | 7/5/18 | $23.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90767 | $317.64 | 7/18/18 | 000007NQRC | 7/5/18 | $21.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90767 | $317.64 | 7/18/18 | 000007NQRD | 7/5/18 | $21.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90767 | $317.64 | 7/18/18 | 000007NS6S | 7/5/18 | $11.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90767 | $317.64 | 7/18/18 | 000007NS6O | 7/5/18 | $11.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90767 | $317.64 | 7/18/18 | 000007NR0B | 7/5/18 | $8.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90767 | $317.64 | 7/18/18 | 000007NS6Q | 7/5/18 | $6.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90767 | $317.64 | 7/18/18 | 000007NS6N | 7/5/18 | $5.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90767 | $317.64 | 7/18/18 | 0000589576 | 7/12/18 | -$5.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90767 | $317.64 | 7/18/18 | 0000589725 | 7/13/18 | -$38.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91647 | $52.09 | 7/19/18 | 000007NTSR | 7/6/18 | $62.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91647 | $52.09 | 7/19/18 | 000007NT12 | 7/6/18 | $20.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91647 | $52.09 | 7/19/18 | 000007NT3F | 7/6/18 | $11.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91647 | $52.09 | 7/19/18 | 000007NSZ9 | 7/6/18 | $6.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91647 | $52.09 | 7/19/18 | 0000590336 | 7/16/18 | -$5.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91647 | $52.09 | 7/19/18 | 0000590340 | 7/16/18 | -$6.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91647 | $52.09 | 7/19/18 | 0000590331 | 7/16/18 | -$35.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93249 | $140.47 | 7/23/18 | 000007NWRH | 7/8/18 | $14.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93249 | $140.47 | 7/23/18 | 000007NWC3 | 7/8/18 | $7.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93249 | $140.47 | 7/23/18 | 000007O1JN | 7/9/18 | $21.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93249 | $140.47 | 7/23/18 | 000007O2Q7 | 7/9/18 | $12.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93249 | $140.47 | 7/23/18 | 000007O1T7 | 7/9/18 | $9.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93249 | $140.47 | 7/23/18 | 000007NZMP | 7/9/18 | $7.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93249 | $140.47 | 7/23/18 | 000007O2L4 | 7/9/18 | $6.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93249 | $140.47 | 7/23/18 | 000007O3S3 | 7/10/18 | $20.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93249 | $140.47 | 7/23/18 | 000007O54O | 7/10/18 | $20.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93249 | $140.47 | 7/23/18 | 000007O63W | 7/10/18 | $19.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94167 | $27.31 | 7/24/18 | 000007O8BS | 7/11/18 | $18.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94167 | $27.31 | 7/24/18 | 000007O84I | 7/11/18 | $14.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94167 | $27.31 | 7/24/18 | 0000592040 | 7/20/18 | -$5.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94932 | $65.00 | 7/25/18 | 000007OCBB | 7/12/18 | $27.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94932 | $65.00 | 7/25/18 | 000007OA26 | 7/12/18 | $25.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94932 | $65.00 | 7/25/18 | 000007OALQ | 7/12/18 | $12.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95767 | $186.80 | 7/26/18 | 000007ODIU | 7/13/18 | $186.80 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97296 | $939.64 | 7/30/18 | 000007OG08 | 7/15/18 | $31.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97296 | $939.64 | 7/30/18 | 000007OGDN | 7/15/18 | $12.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97296 | $939.64 | 7/30/18 | 000007OG07 | 7/15/18 | $8.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97296 | $939.64 | 7/30/18 | 000007OKVB | 7/16/18 | $439.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97296 | $939.64 | 7/30/18 | 000007OKVC | 7/16/18 | $439.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97296 | $939.64 | 7/30/18 | 000007OK4G | 7/16/18 | $22.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97296 | $939.64 | 7/30/18 | 000007OPB7 | 7/17/18 | $11.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97296 | $939.64 | 7/30/18 | 000007OPB6 | 7/17/18 | $5.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97296 | $939.64 | 7/30/18 | 0000592376 | 7/21/18 | -$30.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98232 | $772.04 | 7/31/18 | 000007OQR5 | 7/18/18 | $456.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98232 | $772.04 | 7/31/18 | 000007OT5I | 7/18/18 | $112.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98232 | $772.04 | 7/31/18 | 000007OSHY | 7/18/18 | $62.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98232 | $772.04 | 7/31/18 | 000007OT5H | 7/18/18 | $30.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98232 | $772.04 | 7/31/18 | 000007OT5J | 7/18/18 | $18.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98232 | $772.04 | 7/31/18 | 000007OR0Z | 7/18/18 | $18.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98232 | $772.04 | 7/31/18 | 000007OQ04 | 7/18/18 | $14.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98232 | $772.04 | 7/31/18 | 000007OQB2 | 7/18/18 | $13.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98232 | $772.04 | 7/31/18 | 000007OT5G | 7/18/18 | $13.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98232 | $772.04 | 7/31/18 | 000007OQR4 | 7/18/18 | $11.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98232 | $772.04 | 7/31/18 | 000007ORU8 | 7/18/18 | $8.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98232 | $772.04 | 7/31/18 | 000007ORJY | 7/18/18 | $6.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98232 | $772.04 | 7/31/18 | 000007OQB1 | 7/18/18 | $5.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98908 | $58.38 | 8/1/18 | 000007OTYC | 7/19/18 | $19.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98908 | $58.38 | 8/1/18 | 000007OW2W | 7/19/18 | $11.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98908 | $58.38 | 8/1/18 | 000007OU7W | 7/19/18 | $9.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98908 | $58.38 | 8/1/18 | 000007OW2V | 7/19/18 | $9.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98908 | $58.38 | 8/1/18 | 000007OUN4 | 7/19/18 | $8.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01233 | $257.95 | 8/6/18 | 000007P0HC | 7/22/18 | $64.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01233 | $257.95 | 8/6/18 | 000007P04H | 7/22/18 | $22.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01233 | $257.95 | 8/6/18 | 000007P0AE | 7/22/18 | $16.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01233 | $257.95 | 8/6/18 | 000007P04I | 7/22/18 | $13.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01233 | $257.95 | 8/6/18 | 000007P0HE | 7/22/18 | $10.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01233 | $257.95 | 8/6/18 | 000007P0HF | 7/22/18 | $9.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01233 | $257.95 | 8/6/18 | 000007P0HD | 7/22/18 | $5.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01233 | $257.95 | 8/6/18 | 000007P3RB | 7/23/18 | $55.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01233 | $257.95 | 8/6/18 | 000007P21V | 7/23/18 | $22.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01233 | $257.95 | 8/6/18 | 000007P3H2 | 7/23/18 | $14.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01233 | $257.95 | 8/6/18 | 000007P4XS | 7/23/18 | $13.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01233 | $257.95 | 8/6/18 | 000007P3YW | 7/23/18 | $10.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01233 | $257.95 | 8/6/18 | 000007P33J | 7/23/18 | $8.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01233 | $257.95 | 8/6/18 | 000007P6FA | 7/24/18 | $18.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01233 | $257.95 | 8/6/18 | 000007P6TL | 7/24/18 | $12.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01233 | $257.95 | 8/6/18 | 000007P86V | 7/24/18 | $9.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01233 | $257.95 | 8/6/18 | 0000594968 | 7/30/18 | -$9.33 |

Soteer Limited

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01233 | $257.95 | 8/6/18 | 0000480631 | 8/1/18 | -$39.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02780 | $12.37 | 8/8/18 | 000007PBUA | 7/26/18 | $12.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03561 | $27.78 | 8/9/18 | 000007PED9 | 7/27/18 | $15.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03561 | $27.78 | 8/9/18 | 000007PED8 | 7/27/18 | $11.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05081 | $777.86 | 8/13/18 | 000007PH7H | 7/29/18 | $69.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05081 | $777.86 | 8/13/18 | 000007PHF3 | 7/29/18 | $5.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05081 | $777.86 | 8/13/18 | 000007PH44 | 7/29/18 | $3.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05081 | $777.86 | 8/13/18 | 000007PKR7 | 7/30/18 | $57.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05081 | $777.86 | 8/13/18 | 000007PJQC | 7/30/18 | $18.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05081 | $777.86 | 8/13/18 | 000007PK3L | 7/30/18 | $18.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05081 | $777.86 | 8/13/18 | 000007PIJ8 | 7/30/18 | $11.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05081 | $777.86 | 8/13/18 | 000007PQ03 | 7/31/18 | $535.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05081 | $777.86 | 8/13/18 | 000007PO6P | 7/31/18 | $45.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05081 | $777.86 | 8/13/18 | 000007PP1H | 7/31/18 | $13.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05946 | $1,210.15 | 8/14/18 | 000007PSW1 | 8/1/18 | $535.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05946 | $1,210.15 | 8/14/18 | 000007PSW3 | 8/1/18 | $535.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05946 | $1,210.15 | 8/14/18 | 000007PSW2 | 8/1/18 | $59.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05946 | $1,210.15 | 8/14/18 | 000007PR0J | 8/1/18 | $55.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05946 | $1,210.15 | 8/14/18 | 000007PQSW | 8/1/18 | $12.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05946 | $1,210.15 | 8/14/18 | 000007PQSY | 8/1/18 | $11.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05946 | $1,210.15 | 8/14/18 | 000007PQSX | 8/1/18 | $10.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05946 | $1,210.15 | 8/14/18 | 0000598331 | 8/9/18 | -$4.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05946 | $1,210.15 | 8/14/18 | 0000598730 | 8/10/18 | -$6.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06705 | $30.59 | 8/15/18 | 000007PTQE | 8/2/18 | $30.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07545 | $44.64 | 8/16/18 | 000007PX3L | 8/3/18 | $23.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07545 | $44.64 | 8/16/18 | 000007PWNY | 8/3/18 | $12.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07545 | $44.64 | 8/16/18 | 000007PXNZ | 8/3/18 | $8.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09084 | $1,783.92 | 8/20/18 | 000007Q02D | 8/5/18 | $1,090.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09084 | $1,783.92 | 8/20/18 | 000007Q02E | 8/5/18 | $545.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09084 | $1,783.92 | 8/20/18 | 000007Q55V | 8/6/18 | $55.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09084 | $1,783.92 | 8/20/18 | 000007Q3ST | 8/6/18 | $23.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09084 | $1,783.92 | 8/20/18 | 000007Q19X | 8/6/18 | $22.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09084 | $1,783.92 | 8/20/18 | 000007Q31W | 8/6/18 | $14.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09084 | $1,783.92 | 8/20/18 | 000007Q31V | 8/6/18 | $13.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09084 | $1,783.92 | 8/20/18 | 000007Q28E | 8/6/18 | $8.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09084 | $1,783.92 | 8/20/18 | 000007Q739 | 8/7/18 | $8.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10761 | $22.68 | 8/22/18 | 000007Q9ZA | 8/8/18 | $11.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10761 | $22.68 | 8/22/18 | 000007QASK | 8/8/18 | $6.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10761 | $22.68 | 8/22/18 | 000007Q9ZB | 8/8/18 | $6.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10761 | $22.68 | 8/22/18 | 000007QEUM | 8/9/18 | $45.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10761 | $22.68 | 8/22/18 | 000007QE6O | 8/9/18 | $27.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10761 | $22.68 | 8/22/18 | 000007QDP9 | 8/9/18 | $10.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10761 | $22.68 | 8/22/18 | 000007QDB3 | 8/9/18 | $3.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10761 | $22.68 | 8/22/18 | 0000600565 | 8/16/18 | -$5.95 |

Soteer Limited

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10761 | $22.68 | 8/22/18 | 0000600685 | 8/16/18 | -$19.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10761 | $22.68 | 8/22/18 | 0000600571 | 8/16/18 | -$59.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10761 | $22.68 | 8/22/18 | 0000600964 | 8/17/18 | -$2.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15588 | $504.07 | 8/30/18 | 000007QGRW | 8/10/18 | $9.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15588 | $504.07 | 8/30/18 | 000007QJ6E | 8/12/18 | $15.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15588 | $504.07 | 8/30/18 | 000007QNME | 8/13/18 | $68.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15588 | $504.07 | 8/30/18 | 000007QO7B | 8/13/18 | $36.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15588 | $504.07 | 8/30/18 | 000007QLT6 | 8/13/18 | $22.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15588 | $504.07 | 8/30/18 | 000007QOHL | 8/13/18 | $17.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15588 | $504.07 | 8/30/18 | 000007QKQ8 | 8/13/18 | $13.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15588 | $504.07 | 8/30/18 | 000007QOR2 | 8/13/18 | $12.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15588 | $504.07 | 8/30/18 | 000007QMSG | 8/13/18 | $9.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15588 | $504.07 | 8/30/18 | 000007QRZ2 | 8/14/18 | $41.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15588 | $504.07 | 8/30/18 | 000007QROI | 8/14/18 | $31.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15588 | $504.07 | 8/30/18 | 000007QS5X | 8/14/18 | $12.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15588 | $504.07 | 8/30/18 | 000007QT5F | 8/14/18 | $6.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15588 | $504.07 | 8/30/18 | 000007QWK4 | 8/15/18 | $45.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15588 | $504.07 | 8/30/18 | 000007QV5H | 8/15/18 | $21.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15588 | $504.07 | 8/30/18 | 000007QUY2 | 8/15/18 | $9.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15588 | $504.07 | 8/30/18 | 000007QUY3 | 8/15/18 | $3.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15588 | $504.07 | 8/30/18 | 000007QXB4 | 8/16/18 | $15.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15588 | $504.07 | 8/30/18 | 000007QX8X | 8/16/18 | $13.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15588 | $504.07 | 8/30/18 | 000007QZD2 | 8/16/18 | $12.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15588 | $504.07 | 8/30/18 | 000007QYNW | 8/16/18 | $12.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15588 | $504.07 | 8/30/18 | 000007QY4D | 8/16/18 | $9.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15588 | $504.07 | 8/30/18 | 000007QY4E | 8/16/18 | $8.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15588 | $504.07 | 8/30/18 | 000007R1EW | 8/17/18 | $541.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15588 | $504.07 | 8/30/18 | 000007R0P8 | 8/17/18 | $68.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15588 | $504.07 | 8/30/18 | 000007R144 | 8/17/18 | $35.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15588 | $504.07 | 8/30/18 | 000007R1EX | 8/17/18 | $13.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15588 | $504.07 | 8/30/18 | 0000601846 | 8/20/18 | -$30.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15588 | $504.07 | 8/30/18 | 0000601570 | 8/20/18 | -$180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15588 | $504.07 | 8/30/18 | 0000601569 | 8/20/18 | -$361.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15588 | $504.07 | 8/30/18 | 0000602045 | 8/21/18 | -$4.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15588 | $504.07 | 8/30/18 | 0000603179 | 8/24/18 | -$5.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15588 | $504.07 | 8/30/18 | 0000603182 | 8/24/18 | -$18.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15588 | $504.07 | 8/30/18 | 0000603641 | 8/27/18 | -$3.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17123 | $3,551.18 | 9/4/18 | 000007PU67 | 8/2/18 | $40.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17123 | $3,551.18 | 9/4/18 | 0000752159 | 8/2/18 | -$35.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17123 | $3,551.18 | 9/4/18 | 000007R3KM | 8/19/18 | $541.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17123 | $3,551.18 | 9/4/18 | 000007R3KL | 8/19/18 | $541.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17123 | $3,551.18 | 9/4/18 | 000007R34X | 8/19/18 | $72.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17123 | $3,551.18 | 9/4/18 | 000007R3DM | 8/19/18 | $68.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17123 | $3,551.18 | 9/4/18 | 000007R3FQ | 8/19/18 | $18.69 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17123 | $3,551.18 | 9/4/18 | 000007R3A0 | 8/19/18 | $12.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17123 | $3,551.18 | 9/4/18 | 000007R3DO | 8/19/18 | $10.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17123 | $3,551.18 | 9/4/18 | 000007R3DN | 8/19/18 | $10.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17123 | $3,551.18 | 9/4/18 | 000007R6JB | 8/20/18 | $18.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17123 | $3,551.18 | 9/4/18 | 000007R57M | 8/20/18 | $12.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17123 | $3,551.18 | 9/4/18 | 000007R5R4 | 8/20/18 | $10.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17123 | $3,551.18 | 9/4/18 | 000007R6YK | 8/20/18 | $8.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17123 | $3,551.18 | 9/4/18 | 000007R6JA | 8/20/18 | $6.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17123 | $3,551.18 | 9/4/18 | 000007R6J9 | 8/20/18 | $5.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17123 | $3,551.18 | 9/4/18 | 000007R79C | 8/20/18 | $5.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17123 | $3,551.18 | 9/4/18 | 000007R5R3 | 8/20/18 | $3.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17123 | $3,551.18 | 9/4/18 | 000007R57L | 8/20/18 | $3.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17123 | $3,551.18 | 9/4/18 | 000007RBU8 | 8/21/18 | $541.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17123 | $3,551.18 | 9/4/18 | 000007RA64 | 8/21/18 | $24.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17123 | $3,551.18 | 9/4/18 | 000007REV4 | 8/22/18 | $1,082.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17123 | $3,551.18 | 9/4/18 | 000007REV6 | 8/22/18 | $541.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17123 | $3,551.18 | 9/4/18 | 000007REIJ | 8/22/18 | $20.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17123 | $3,551.18 | 9/4/18 | 000007RDK8 | 8/22/18 | $20.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17123 | $3,551.18 | 9/4/18 | 000007RE4L | 8/22/18 | $11.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17123 | $3,551.18 | 9/4/18 | 000007REV5 | 8/22/18 | $5.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17123 | $3,551.18 | 9/4/18 | 000007RDPV | 8/22/18 | $5.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17123 | $3,551.18 | 9/4/18 | 000007REV7 | 8/22/18 | $4.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17123 | $3,551.18 | 9/4/18 | 0000604144 | 8/28/18 | -$60.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18066 | $86.91 | 9/5/18 | 000007RHJD | 8/23/18 | $541.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18066 | $86.91 | 9/5/18 | 000007RGWY | 8/23/18 | $107.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18066 | $86.91 | 9/5/18 | 000007RGWZ | 8/23/18 | $22.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18066 | $86.91 | 9/5/18 | 000007RFQG | 8/23/18 | $13.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18066 | $86.91 | 9/5/18 | 000007RFQF | 8/23/18 | $10.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18066 | $86.91 | 9/5/18 | 000007RGMI | 8/23/18 | $5.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18066 | $86.91 | 9/5/18 | 0000605380 | 8/31/18 | -$32.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18066 | $86.91 | 9/5/18 | 0000605220 | 8/31/18 | -$180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18066 | $86.91 | 9/5/18 | 0000605222 | 8/31/18 | -$361.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18066 | $86.91 | 9/5/18 | 0000480633 | 9/1/18 | -$39.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18820 | $48.44 | 9/6/18 | 000007RJQU | 8/24/18 | $21.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18820 | $48.44 | 9/6/18 | 000007RIFO | 8/24/18 | $16.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18820 | $48.44 | 9/6/18 | 000007RJ90 | 8/24/18 | $5.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18820 | $48.44 | 9/6/18 | 000007RJ2W | 8/24/18 | $5.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20080 | $1,360.84 | 9/10/18 | 000007RLOK | 8/26/18 | $68.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20080 | $1,360.84 | 9/10/18 | 000007RLFM | 8/26/18 | $23.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20080 | $1,360.84 | 9/10/18 | 000007RLFN | 8/26/18 | $13.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20080 | $1,360.84 | 9/10/18 | 000007RLYC | 8/26/18 | $11.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20080 | $1,360.84 | 9/10/18 | 000007RLCN | 8/26/18 | $10.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20080 | $1,360.84 | 9/10/18 | 000007RLFO | 8/26/18 | $10.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20080 | $1,360.84 | 9/10/18 | 000007RLFP | 8/26/18 | $10.19 |

Soteer Limited

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20080 | $1,360.84 | 9/10/18 | 000007RQRS | 8/27/18 | $541.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20080 | $1,360.84 | 9/10/18 | 000007RQJ9 | 8/27/18 | $22.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20080 | $1,360.84 | 9/10/18 | 000007RPKO | 8/27/18 | $20.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20080 | $1,360.84 | 9/10/18 | 000007RPKN | 8/27/18 | $13.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20080 | $1,360.84 | 9/10/18 | 000007RPAL | 8/27/18 | $11.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20080 | $1,360.84 | 9/10/18 | 000007RUCC | 8/28/18 | $541.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20080 | $1,360.84 | 9/10/18 | 000007RT6H | 8/28/18 | $20.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20080 | $1,360.84 | 9/10/18 | 000007RUA4 | 8/28/18 | $20.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20080 | $1,360.84 | 9/10/18 | 000007RS9V | 8/28/18 | $18.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20080 | $1,360.84 | 9/10/18 | 000007RSJL | 8/28/18 | $14.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20080 | $1,360.84 | 9/10/18 | 0000605616 | 9/2/18 | -$10.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20923 | $2,769.75 | 9/11/18 | 000007RXCE | 8/29/18 | $1,082.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20923 | $2,769.75 | 9/11/18 | 000007RXCD | 8/29/18 | $541.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20923 | $2,769.75 | 9/11/18 | 000007RXCF | 8/29/18 | $541.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20923 | $2,769.75 | 9/11/18 | 000007RXCG | 8/29/18 | $541.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20923 | $2,769.75 | 9/11/18 | 000007RXCH | 8/29/18 | $32.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20923 | $2,769.75 | 9/11/18 | 000007RW8V | 8/29/18 | $12.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20923 | $2,769.75 | 9/11/18 | 000007RVKV | 8/29/18 | $10.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20923 | $2,769.75 | 9/11/18 | 000007RW8U | 8/29/18 | $8.49 |

Totals:    24 transfer(s),  $15,048.50