| Defendant: | Spencers Air Conditioning & Appl. Inc. |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| StarWest, LLC | StarWest, LLC | 63548 | $2,999.50 | 7/12/18 | N27687-0 | 7/9/18 | $2,999.50 |
| StarWest, LLC | StarWest, LLC | 63707 | $1,257.00 | 8/15/18 | 31814491 | 8/15/18 | $1,257.00 |
| StarWest, LLC | StarWest, LLC | 63775 | $1,289.97 | 8/30/18 | PO31815531 | 8/28/18 | $1,289.97 |
| StarWest, LLC | StarWest, LLC | 63780 | $4,769.70 | 9/5/18 | N30354-0 | 9/4/18 | $4,769.70 |
| StarWest, LLC | StarWest, LLC | 63805 | $14,916.88 | 9/11/18 | 31816480 | 9/11/18 | $14,916.88 |

**Totals:** 5 transfer(s), $25,233.05