Defendant: **Star Roofing Corp.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234180 | $2,941.33 | 7/19/18 | 23542186A-IN | 7/18/18 | $2,941.33 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234397 | $1,688.53 | 7/20/18 | 23776857A-IN | 7/19/18 | $1,688.53 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236987 | $2,887.84 | 8/3/18 | 23718508A-IN | 8/3/18 | $2,887.84 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237565 | $5,157.88 | 8/7/18 | 23673509A-IN | 8/6/18 | $2,828.33 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237565 | $5,157.88 | 8/7/18 | 23790561A-IN | 8/6/18 | $2,329.55 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239341 | $1,533.81 | 8/20/18 | 24228124A-IN | 8/17/18 | $1,533.81 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240622 | $1,152.65 | 8/28/18 | 23574460A-IN | 8/27/18 | $1,152.65 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240889 | $2,943.17 | 8/29/18 | 23970063A-IN | 8/28/18 | $2,943.17 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241867 | $3,810.74 | 9/4/18 | 23841254A-IN | 8/31/18 | $2,652.95 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241867 | $3,810.74 | 9/4/18 | 24208123A-IN | 9/4/18 | $1,157.79 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242742 | $4,731.02 | 9/11/18 | 24082485A-IN | 9/10/18 | $2,409.96 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242742 | $4,731.02 | 9/11/18 | 24080508A-IN | 9/10/18 | $2,321.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243488 | $1,195.62 | 9/17/18 | 24227994A-IN | 9/17/18 | $1,195.62 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244255 | $2,102.48 | 9/21/18 | 24482078A-IN | 9/20/18 | $2,102.48 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245944 | $2,201.90 | 10/3/18 | 24292120A-IN | 10/2/18 | $2,201.90 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246137 | $1,685.38 | 10/4/18 | 24325586A-IN | 10/3/18 | $1,685.38 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246738 | $2,225.86 | 10/8/18 | 24146634A-IN | 10/5/18 | $2,225.86 |

Totals:    14 transfer(s),    $36,258.21