Defendant: **Steiner Construction Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234143 | $1,819.12 | 7/19/18 | 23709755A-IN | 7/19/18 | $1,819.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234375 | $2,758.74 | 7/20/18 | 24004750B-IN | 7/20/18 | $1,458.74 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234375 | $2,758.74 | 7/20/18 | 24004750A-IN | 7/20/18 | $1,300.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235365 | $150.09 | 7/26/18 | 23658431A-IN | 7/26/18 | $150.09 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238042 | $1,447.31 | 8/10/18 | 24079137A-IN | 8/10/18 | $1,447.31 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242328 | $3,927.68 | 9/7/18 | 23992844A-IN | 9/6/18 | $3,927.68 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242724 | $3,075.95 | 9/11/18 | 24095626A-IN | 9/11/18 | $2,779.58 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242724 | $3,075.95 | 9/11/18 | 24004750A-IN | 9/11/18 | $296.37 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243883 | $953.02 | 9/19/18 | 24235100A-IN | 9/19/18 | $953.02 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244832 | $1,557.47 | 9/26/18 | 24312555A-IN | 9/26/18 | $1,557.47 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245282 | $315.74 | 9/28/18 | 24192947A-IN | 9/28/18 | $315.74 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246115 | $1,100.00 | 10/4/18 | 24383236A-IN | 10/4/18 | $1,100.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246695 | $1,675.07 | 10/8/18 | 24314470A-IN | 10/6/18 | $1,675.07 |

Totals:     11 transfer(s),   $18,780.19