Defendant: **Stephen D. Kwan**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987018 | $1,630.00 | 7/23/18 | AIV217181976217 | 7/16/18 | $1,630.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990499 | $1,813.00 | 7/30/18 | AIV217182046217 | 7/23/18 | $1,813.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994176 | $2,102.00 | 8/6/18 | AIV217182116217 | 7/30/18 | $2,102.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998146 | $1,741.00 | 8/13/18 | AIV217182186217 | 8/6/18 | $1,741.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001592 | $1,058.00 | 8/20/18 | AIV217182256217 | 8/13/18 | $1,058.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005030 | $3,200.00 | 8/27/18 | AIV217182326217 | 8/20/18 | $3,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008584 | $2,605.00 | 9/3/18 | AIV217182396217 | 8/27/18 | $2,605.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012600 | $1,748.00 | 9/10/18 | AIV217182466217 | 9/3/18 | $1,748.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015999 | $1,850.00 | 9/17/18 | AIV217182536217 | 9/10/18 | $1,850.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019473 | $1,101.00 | 9/24/18 | AIV217182606217 | 9/17/18 | $1,101.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023034 | $1,040.00 | 10/1/18 | AIV217182676217 | 9/24/18 | $1,040.00 |

Totals:    11 transfer(s),  $19,888.00