Defendant: **Stone Edge Countertops, LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237848 | $2,814.36 | 8/9/18 | 24597-IN | 7/13/18 | $2,814.36 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238800 | $2,477.96 | 8/16/18 | 24532-IN | 7/17/18 | $2,477.96 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239016 | $2,404.06 | 8/17/18 | 24958-IN | 8/1/18 | $2,404.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241664 | $4,161.58 | 9/4/18 | 25166-IN | 8/27/18 | $4,161.58 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242663 | $3,948.42 | 9/11/18 | 25228-IN | 8/30/18 | $3,948.42 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244771 | $3,928.56 | 9/26/18 | 25365-IN | 9/4/18 | $2,228.55 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244771 | $3,928.56 | 9/26/18 | 25364-IN | 9/4/18 | $1,700.01 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245438 | $2,652.95 | 10/1/18 | 25522-IN | 9/5/18 | $2,652.95 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245630 | $1,676.06 | 10/2/18 | 25521-IN | 9/25/18 | $1,676.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245856 | $3,097.00 | 10/3/18 | 25620-IN | 9/20/18 | $3,097.00 |

Totals:    9 transfer(s),  $27,160.95