Defendant: **Stone Interiors New Orleans LLC**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234329 | $3,865.02 | 7/20/18 | 25407-IN | 7/3/18 | $3,865.02 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237494 | $5,354.55 | 8/7/18 | 25459-IN | 7/13/18 | $5,354.55 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237711 | $8,208.02 | 8/8/18 | 0030859-IN | 7/10/18 | $4,148.01 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237711 | $8,208.02 | 8/8/18 | 25457-IN | 7/24/18 | $4,060.01 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239703 | $2,566.03 | 8/22/18 | 25654-IN | 8/3/18 | $2,566.03 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240544 | $2,427.29 | 8/28/18 | 24323-IN | 3/30/18 | $2,427.29 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241330 | $300.00 | 8/31/18 | 25130-IN | 8/28/18 | $300.00 |

Totals:    6 transfer(s),  $22,720.91