**Defendant:** Stoner Inc.
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987597 | $1,655.66 | 8/1/18 | 1379246 | 6/13/18 | $1,768.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987597 | $1,655.66 | 8/1/18 | VPOT991483267 | 7/1/18 | -$85.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987597 | $1,655.66 | 8/1/18 | 3582024595 | 7/2/18 | -$2.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987597 | $1,655.66 | 8/1/18 | 8361AD070818AN7 | 7/6/18 | -$18.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987597 | $1,655.66 | 8/1/18 | 3368066861 | 7/13/18 | -$2.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987597 | $1,655.66 | 8/1/18 | 7626021865 | 7/17/18 | -$2.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002225 | $3,195.67 | 9/4/18 | 1382535 | 7/10/18 | $1,367.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002225 | $3,195.67 | 9/4/18 | 1382528 | 7/10/18 | $1,116.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002225 | $3,195.67 | 9/4/18 | 1383202 | 7/16/18 | $786.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002225 | $3,195.67 | 9/4/18 | 8361AD072218AN1 | 7/20/18 | -$28.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002225 | $3,195.67 | 9/4/18 | 8361AD072918AN1 | 7/27/18 | -$12.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002225 | $3,195.67 | 9/4/18 | 8361AD080518AO7 | 8/3/18 | -$9.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002225 | $3,195.67 | 9/4/18 | 9662038921 | 8/6/18 | -$2.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002225 | $3,195.67 | 9/4/18 | 8361AD081218AL1 | 8/10/18 | -$18.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002225 | $3,195.67 | 9/4/18 | 4457032220 | 8/15/18 | -$2.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005627 | $1,572.00 | 9/11/18 | 1383949 | 7/18/18 | $786.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005627 | $1,572.00 | 9/11/18 | 1384167 | 7/19/18 | $786.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009319 | $4,117.96 | 9/18/18 | 1385082 | 7/26/18 | $1,870.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009319 | $4,117.96 | 9/18/18 | 1385394 | 8/6/18 | $1,273.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009319 | $4,117.96 | 9/18/18 | 1385393 | 8/6/18 | $974.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013208 | $2,432.53 | 9/25/18 | 1386086 | 8/6/18 | $833.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013208 | $2,432.53 | 9/25/18 | 1386685 | 8/8/18 | $1,700.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013208 | $2,432.53 | 9/25/18 | 8361AD090218AO5 | 8/31/18 | -$9.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013208 | $2,432.53 | 9/25/18 | 3592054711 | 9/1/18 | -$2.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013208 | $2,432.53 | 9/25/18 | VPOT991487778 | 9/2/18 | -$88.40 |

**Totals:** 5 transfer(s), $12,973.82