Defendant: **Storm General Builders Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234193 | $995.49 | 7/19/18 | 23795367A-IN | 7/18/18 | $995.49 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238463 | $7,937.07 | 8/14/18 | 24147625B-IN | 8/9/18 | $7,937.07 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243492 | $6,059.09 | 9/17/18 | 24288566A-IN | 9/17/18 | $6,059.09 |

Totals: 3 transfer(s), $14,991.65