Defendant: **Sumskie Bro Construction Corp.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234196 | $176.83 | 7/19/18 | 23943714A-IN | 7/17/18 | $176.83 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234406 | $298.37 | 7/20/18 | 23884510B-IN | 7/19/18 | $298.37 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235195 | $368.86 | 7/25/18 | 24054031A-IN | 7/25/18 | $368.86 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235643 | $774.71 | 7/27/18 | 23962113A-IN | 7/26/18 | $774.71 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236408 | $228.04 | 8/1/18 | 23665086B-IN | 7/31/18 | $228.04 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236654 | $548.36 | 8/2/18 | 23378239A-IN | 8/1/18 | $548.36 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237575 | $209.56 | 8/7/18 | 23850944B-IN | 8/6/18 | $209.56 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238281 | $388.51 | 8/13/18 | 24082833A-IN | 8/10/18 | $388.51 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238464 | $427.94 | 8/14/18 | 22546008B-IN | 7/31/18 | $427.94 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238911 | $620.62 | 8/16/18 | 24095887A-IN | 8/15/18 | $620.62 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239972 | $2,017.35 | 8/23/18 | 24158916A-IN | 8/22/18 | $2,017.35 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241195 | $158.69 | 8/30/18 | 23373535C-IN | 8/29/18 | $158.69 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241440 | $1,221.69 | 8/31/18 | 24094902A-IN | 8/22/18 | $1,221.69 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241884 | $411.41 | 9/4/18 | 24121688A-IN | 9/1/18 | $411.41 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242956 | $79.34 | 9/12/18 | 23373535C-IN | 9/11/18 | $79.34 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243123 | $2,131.57 | 9/13/18 | 24295122A-IN | 9/12/18 | $2,131.57 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243273 | $1,839.53 | 9/14/18 | 23850804A-IN | 9/12/18 | $707.82 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243273 | $1,839.53 | 9/14/18 | 24244385A-IN | 9/13/18 | $1,131.71 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244083 | $61.71 | 9/20/18 | 23917565A-IN | 9/19/18 | $61.71 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245298 | $1,701.61 | 9/28/18 | 24268371A-IN | 9/27/18 | $1,484.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245298 | $1,701.61 | 9/28/18 | 24413181A-IN | 9/27/18 | $216.86 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246142 | $599.74 | 10/4/18 | 24268371A-IN | 10/3/18 | $599.74 |

Totals:    20 transfer(s),    $14,264.44