| | |
|---|---|
| Defendant: | **Sun Coast Media Group, Inc.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62082890 | $5,648.19 | 7/11/18 | 418316747 | 5/2/18 | $5,648.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084764 | $7,315.27 | 8/14/18 | 518316747 | 6/2/18 | $7,315.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086666 | $6,439.27 | 9/17/18 | 618316747 | 7/2/18 | $6,439.27 |

Totals:    3 transfer(s),  $19,402.73