Defendant: **Sung Taek Kim**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235968 | $3,066.26 | 7/31/18 | 24054618A-IN | 7/30/18 | $3,066.26 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236771 | $200.00 | 8/3/18 | 4854260I-IN | 8/2/18 | $200.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237662 | $7,072.78 | 8/8/18 | 24065921A-IN | 8/7/18 | $7,072.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238338 | $391.71 | 8/14/18 | 24271032A-IN | 8/13/18 | $391.71 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240487 | $2,767.94 | 8/28/18 | 23937719A-IN | 8/27/18 | $2,767.94 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241561 | $2,467.98 | 9/4/18 | 24111521A-IN | 8/31/18 | $171.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241561 | $2,467.98 | 9/4/18 | 24196143C-IN | 9/1/18 | $1,053.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241561 | $2,467.98 | 9/4/18 | 24272882A-IN | 9/1/18 | $693.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241561 | $2,467.98 | 9/4/18 | 24294632B-IN | 9/2/18 | $550.98 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241956 | $184.62 | 9/5/18 | 24147301A-IN | 9/4/18 | $184.62 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243556 | $1,277.58 | 9/18/18 | 23280232B-IN | 9/17/18 | $1,277.58 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244521 | $3,269.32 | 9/25/18 | 23363940B-IN | 9/24/18 | $1,815.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244521 | $3,269.32 | 9/25/18 | 24476365A-IN | 9/24/18 | $1,454.32 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244909 | $1,163.40 | 9/27/18 | 24317911B-IN | 9/26/18 | $995.40 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244909 | $1,163.40 | 9/27/18 | 24144431A-IN | 9/26/18 | $168.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245163 | $298.20 | 9/28/18 | 24431463A-IN | 9/28/18 | $298.20 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245387 | $1,042.50 | 10/1/18 | 24249692B-IN | 9/28/18 | $1,042.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245998 | $954.00 | 10/4/18 | 24076267B-IN | 10/3/18 | $954.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246480 | $702.00 | 10/8/18 | 24312995A-IN | 10/6/18 | $423.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246480 | $702.00 | 10/8/18 | 24181445A-IN | 10/6/18 | $279.00 |

Totals:    14 transfer(s),    $24,858.29