| Defendant: | Sunny Days Entertainment LLC |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

### Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980858 | $4,429.21 | 7/18/18 | 9441 | 4/21/18 | $1,721.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980858 | $4,429.21 | 7/18/18 | 9440 | 4/21/18 | $740.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980858 | $4,429.21 | 7/18/18 | 9522 | 5/3/18 | $2,101.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980858 | $4,429.21 | 7/18/18 | 8361AD070118BG3 | 6/29/18 | -$128.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980858 | $4,429.21 | 7/18/18 | 7705049794 | 7/3/18 | -$2.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980858 | $4,429.21 | 7/18/18 | 7705049908 | 7/5/18 | -$2.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984195 | $1,008.55 | 7/25/18 | 9598 | 5/8/18 | $1,046.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984195 | $1,008.55 | 7/25/18 | 8361AD070818BA3 | 7/6/18 | -$38.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987614 | $10,271.77 | 8/1/18 | 9535 | 5/3/18 | $2,581.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987614 | $10,271.77 | 8/1/18 | 9537 | 5/3/18 | $2,113.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987614 | $10,271.77 | 8/1/18 | 9536 | 5/3/18 | $1,527.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987614 | $10,271.77 | 8/1/18 | 9549 | 5/7/18 | $1,083.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987614 | $10,271.77 | 8/1/18 | 9645 | 5/14/18 | $1,599.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987614 | $10,271.77 | 8/1/18 | 9727 | 5/22/18 | $1,483.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987614 | $10,271.77 | 8/1/18 | VPLB990101578 | 7/12/18 | -$50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987614 | $10,271.77 | 8/1/18 | 8361AD071518A62 | 7/13/18 | -$68.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995309 | $542.29 | 8/17/18 | 9538 | 5/3/18 | $1,635.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995309 | $542.29 | 8/17/18 | 9726 | 5/22/18 | $1,644.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995309 | $542.29 | 8/17/18 | 9759 | 5/29/18 | $1,113.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995309 | $542.29 | 8/17/18 | 8361AD072218A84 | 7/20/18 | -$67.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995309 | $542.29 | 8/17/18 | 7705050837 | 7/22/18 | -$2.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995309 | $542.29 | 8/17/18 | 7705050963 | 7/25/18 | -$5.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995309 | $542.29 | 8/17/18 | MA18206715531 | 7/25/18 | -$3,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995309 | $542.29 | 8/17/18 | VPLB990101629 | 7/26/18 | -$50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995309 | $542.29 | 8/17/18 | 8361AD072918A97 | 7/27/18 | -$117.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995309 | $542.29 | 8/17/18 | 7705051226 | 7/29/18 | -$1.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995309 | $542.29 | 8/17/18 | 7705051283 | 7/30/18 | -$7.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998745 | $3,534.05 | 8/28/18 | 9757 | 5/29/18 | $1,320.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998745 | $3,534.05 | 8/28/18 | 9758 | 5/29/18 | $1,030.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998745 | $3,534.05 | 8/28/18 | 9848 | 6/6/18 | $1,291.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998745 | $3,534.05 | 8/28/18 | 8361AD080518BC9 | 8/3/18 | -$107.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002242 | $2,334.17 | 9/4/18 | 9854 | 6/7/18 | $1,408.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002242 | $2,334.17 | 9/4/18 | 9990 | 6/19/18 | $1,027.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002242 | $2,334.17 | 9/4/18 | 8361AD081218A54 | 8/10/18 | -$101.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005640 | $3,190.49 | 9/11/18 | 9864 | 6/11/18 | $1,153.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005640 | $3,190.49 | 9/11/18 | 9865 | 6/11/18 | $1,041.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005640 | $3,190.49 | 9/11/18 | 9972 | 6/18/18 | $1,015.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005640 | $3,190.49 | 9/11/18 | 8361AD081918AY2 | 8/17/18 | -$20.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013224 | $4,937.16 | 9/25/18 | 10086 | 6/26/18 | $1,345.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013224 | $4,937.16 | 9/25/18 | 10087 | 6/26/18 | $1,263.30 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013224 | $4,937.16 | 9/25/18 | 10085 | 6/26/18 | $1,167.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013224 | $4,937.16 | 9/25/18 | 10161 | 7/4/18 | $1,341.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013224 | $4,937.16 | 9/25/18 | 8361AD082618BF2 | 8/24/18 | -$111.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013224 | $4,937.16 | 9/25/18 | 8361AD090218BB2 | 8/31/18 | -$69.58 |

Totals:   8 transfer(s),  $30,247.69