| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | **Sunshine Landscaping Maintenance, LLC** | | | | | | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | | | | | | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | | | | | | |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985573 | $150.00 | 7/27/18 | 2901 | 5/15/18 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995311 | $9,700.00 | 8/17/18 | 2913 | 6/1/18 | $1,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995311 | $9,700.00 | 8/17/18 | 2914 | 6/1/18 | $1,350.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995311 | $9,700.00 | 8/17/18 | 2906 | 6/1/18 | $1,300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995311 | $9,700.00 | 8/17/18 | 2909 | 6/1/18 | $1,135.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995311 | $9,700.00 | 8/17/18 | 2915 | 6/1/18 | $950.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995311 | $9,700.00 | 8/17/18 | 2908 | 6/1/18 | $950.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995311 | $9,700.00 | 8/17/18 | 2910 | 6/1/18 | $890.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995311 | $9,700.00 | 8/17/18 | 2907 | 6/1/18 | $650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995311 | $9,700.00 | 8/17/18 | 2911 | 6/1/18 | $475.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995311 | $9,700.00 | 8/17/18 | 2916 | 6/1/18 | $250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995311 | $9,700.00 | 8/17/18 | 2912 | 6/1/18 | $250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009339 | $8,850.00 | 9/18/18 | 2931 | 7/1/18 | $1,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009339 | $8,850.00 | 9/18/18 | 2934 | 7/1/18 | $1,350.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009339 | $8,850.00 | 9/18/18 | 2937 | 7/1/18 | $1,300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009339 | $8,850.00 | 9/18/18 | 2940 | 7/1/18 | $1,135.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009339 | $8,850.00 | 9/18/18 | 2935 | 7/1/18 | $950.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009339 | $8,850.00 | 9/18/18 | 2941 | 7/1/18 | $890.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009339 | $8,850.00 | 9/18/18 | 2938 | 7/1/18 | $650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009339 | $8,850.00 | 9/18/18 | 2932 | 7/1/18 | $475.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009339 | $8,850.00 | 9/18/18 | 2933 | 7/1/18 | $350.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009339 | $8,850.00 | 9/18/18 | 2936 | 7/1/18 | $250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012606 | $375.00 | 9/24/18 | 2930 | 7/5/18 | $375.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013227 | $1,500.00 | 9/25/18 | 2951 | 7/7/18 | $100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013227 | $1,500.00 | 9/25/18 | 2950 | 7/8/18 | $1,400.00 |

**Totals:**      5 transfer(s),  $20,575.00

Sunshine Landscaping Maintenance, LLC

Bankruptcy Case: Sears Holding Corporation, et al.