Defendant: **Sunvalley Mechanical LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240011 | $2,267.38 | 8/24/18 | 24326578A-IN | 8/24/18 | $2,267.38 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240479 | $2,149.25 | 8/28/18 | 24392079A-IN | 8/28/18 | $2,149.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241245 | $4,327.94 | 8/31/18 | 24411231A-IN | 8/30/18 | $2,393.88 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241245 | $4,327.94 | 8/31/18 | 24381039A-IN | 8/31/18 | $1,934.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243545 | $3,720.56 | 9/18/18 | 24447515A-IN | 9/18/18 | $1,932.67 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243545 | $3,720.56 | 9/18/18 | 24123597A-IN | 9/18/18 | $1,787.89 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244903 | $5,002.50 | 9/27/18 | 24329940A-IN | 9/26/18 | $5,002.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246467 | $2,251.94 | 10/8/18 | 24576548A-IN | 10/5/18 | $2,251.94 |

Totals:    6 transfer(s),   $19,719.57

Sunvalley Mechanical LLC

Bankruptcy Case: Sears Holding Corporation, et al.

February 1, 2020                              Exhibit A                              P. 1