Defendant: **Superior Granite, Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234282 | $2,494.60 | 7/20/18 | 23920913AD-IN | 7/17/18 | $2,494.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238768 | $4,008.45 | 8/16/18 | 23575469AC-IN | 8/10/18 | $4,008.45 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241277 | $1,750.00 | 8/31/18 | 24111685BB-IN | 8/16/18 | $1,750.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242642 | $1,260.48 | 9/11/18 | 24013711AA-IN | 9/6/18 | $1,260.48 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246217 | $4,061.50 | 10/5/18 | 24461389AA-IN | 10/2/18 | $4,061.50 |

Totals:    5 transfer(s),  $13,575.03