Defendant: **Superior Lawnmower Center Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982900 | $358.29 | 7/23/18 | 923350170918P | 7/9/18 | $188.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982900 | $358.29 | 7/23/18 | 923350170918L | 7/9/18 | $170.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986309 | $2,719.01 | 7/30/18 | 923350171618P | 7/16/18 | $1,554.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986309 | $2,719.01 | 7/30/18 | 923350171618L | 7/16/18 | $1,165.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989757 | $1,735.08 | 8/8/18 | 923350172318P | 7/23/18 | $950.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989757 | $1,735.08 | 8/8/18 | 923350172318L | 7/23/18 | $785.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993348 | $278.31 | 8/15/18 | 923350173018L | 7/30/18 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993348 | $278.31 | 8/15/18 | 923350173018P | 7/30/18 | $118.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997499 | $2,038.96 | 8/22/18 | 923350180618P | 8/6/18 | $1,038.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997499 | $2,038.96 | 8/22/18 | 923350180618L | 8/6/18 | $1,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000901 | $2,499.24 | 8/31/18 | 923350181318P | 8/13/18 | $1,394.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000901 | $2,499.24 | 8/31/18 | 923350181318L | 8/13/18 | $1,105.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004359 | $2,361.25 | 9/7/18 | 923350182018P | 8/20/18 | $1,271.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004359 | $2,361.25 | 9/7/18 | 923350182018L | 8/20/18 | $1,090.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007841 | $1,585.11 | 9/14/18 | 923350182718P | 8/27/18 | $860.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007841 | $1,585.11 | 9/14/18 | 923350182718L | 8/27/18 | $725.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012607 | $4,683.12 | 9/24/18 | 923350190418P | 9/4/18 | $2,763.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012607 | $4,683.12 | 9/24/18 | 923350190418L | 9/4/18 | $1,920.00 |

Totals:   9 transfer(s),   $18,258.37