| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | **Swon Exterior Solutions Inc.** | | | | | | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | | | | | | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | | | | | | |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234685 | $458.35 | 7/23/18 | 23945702A-IN | 7/20/18 | $458.35 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234946 | $2,277.53 | 7/24/18 | 23946402A-IN | 7/23/18 | $2,277.53 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235388 | $490.36 | 7/26/18 | 23649998A-IN | 7/25/18 | $490.36 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236141 | $191.00 | 7/31/18 | 24223113A-IN | 7/30/18 | $155.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236141 | $191.00 | 7/31/18 | 24066427A-IN | 7/30/18 | $36.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237378 | $36.00 | 8/6/18 | 23683065B-IN | 8/3/18 | $36.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239097 | $1,279.73 | 8/17/18 | 23539472A-IN | 8/16/18 | $1,279.73 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239339 | $2,355.47 | 8/20/18 | 23907965A-IN | 8/20/18 | $1,863.47 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239339 | $2,355.47 | 8/20/18 | 24136100A-IN | 8/20/18 | $260.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239339 | $2,355.47 | 8/20/18 | 24086555A-IN | 8/20/18 | $231.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239964 | $6,708.78 | 8/23/18 | 23602237A-IN | 8/22/18 | $6,708.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240144 | $1,462.06 | 8/24/18 | 24092996A-IN | 8/24/18 | $1,462.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241429 | $3,321.05 | 8/31/18 | 24128316A-IN | 8/30/18 | $3,321.05 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241865 | $1,265.73 | 9/4/18 | 24054752A-IN | 9/4/18 | $1,265.73 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242952 | $1,415.84 | 9/12/18 | 23796484A-IN | 9/11/18 | $1,415.84 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243117 | $1,369.54 | 9/13/18 | 24226721A-IN | 9/12/18 | $970.10 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243117 | $1,369.54 | 9/13/18 | 24091886A-IN | 9/12/18 | $399.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243486 | $600.11 | 9/17/18 | 23722947A-IN | 9/14/18 | $348.63 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243486 | $600.11 | 9/17/18 | 24128316A-IN | 9/14/18 | $251.48 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244073 | $98.00 | 9/20/18 | 24451301A-IN | 9/19/18 | $98.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244470 | $1,628.65 | 9/24/18 | 24367566A-IN | 9/24/18 | $930.63 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244470 | $1,628.65 | 9/24/18 | 24302001A-IN | 9/24/18 | $698.02 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245535 | $1,323.03 | 10/1/18 | 24223113A-IN | 10/1/18 | $1,323.03 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246340 | $543.09 | 10/5/18 | 24066427A-IN | 10/5/18 | $543.09 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246733 | $949.30 | 10/8/18 | 24456365B-IN | 10/7/18 | $380.40 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246733 | $949.30 | 10/8/18 | 24456365A-IN | 10/8/18 | $568.90 |

Totals:   19 transfer(s),  $27,773.62