Defendant: **T Lex, Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998158 | $8,925.00 | 8/23/18 | SHC4810 | 7/1/18 | $8,925.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004363 | $8,925.00 | 9/7/18 | SHC4811 | 8/1/18 | $8,925.00 |

Totals:    2 transfer(s),  $17,850.00