Defendant: **Tenmark Industrial LLC**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172005 | $4,766.06 | 7/30/18 | 0000072618 | 7/26/18 | $4,385.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172005 | $4,766.06 | 7/30/18 | 0000072618 | 7/26/18 | $338.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172005 | $4,766.06 | 7/30/18 | 0000072618 | 7/26/18 | $42.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 122513 | $434.54 | 8/9/18 | 0000097454 | 7/23/18 | $434.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173379 | $4,766.06 | 8/28/18 | 0000082618 | 8/26/18 | $4,385.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173379 | $4,766.06 | 8/28/18 | 0000082618 | 8/26/18 | $338.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173379 | $4,766.06 | 8/28/18 | 0000082618 | 8/26/18 | $42.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 124796 | $434.54 | 9/6/18 | 0000098051 | 8/22/18 | $434.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174723 | $4,766.06 | 9/27/18 | 0000092518 | 9/25/18 | $4,385.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174723 | $4,766.06 | 9/27/18 | 0000092518 | 9/25/18 | $338.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174723 | $4,766.06 | 9/27/18 | 0000092518 | 9/25/18 | $42.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 126943 | $434.54 | 10/11/18 | 0000098433 | 9/24/18 | $434.54 |

Totals:    6 transfer(s),  $15,601.80