Defendant: **Thao-Thanh Pham O.D., Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987032 | $1,456.00 | 7/23/18 | ACP218181976218 | 7/16/18 | $1,456.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990515 | $1,839.00 | 7/30/18 | ACP218182046218 | 7/23/18 | $1,839.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994197 | $1,859.00 | 8/6/18 | ACP218182116218 | 7/30/18 | $1,859.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998161 | $1,880.00 | 8/13/18 | ACP218182186218 | 8/6/18 | $1,880.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001609 | $964.00 | 8/20/18 | ACP218182256218 | 8/13/18 | $964.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005048 | $1,595.00 | 8/27/18 | ACP218182326218 | 8/20/18 | $1,595.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008600 | $2,033.00 | 9/3/18 | ACP218182396218 | 8/27/18 | $2,033.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012618 | $1,064.00 | 9/10/18 | ACP218182466218 | 9/3/18 | $1,064.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016014 | $903.00 | 9/17/18 | ACP218182536218 | 9/10/18 | $903.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019489 | $1,418.00 | 9/24/18 | ACP218182606218 | 9/17/18 | $1,418.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023053 | $1,184.00 | 10/1/18 | ACP218182676218 | 9/24/18 | $1,184.00 |

Totals:    11 transfer(s),  $16,195.00