Defendant: **The Best Deals For You LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90134 | $511.49 | 7/17/18 | 000007NNHQ | 7/4/18 | $511.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92385 | $2,073.41 | 7/20/18 | 000007NVNK | 7/7/18 | $790.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92385 | $2,073.41 | 7/20/18 | 000007NVRN | 7/7/18 | $771.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92385 | $2,073.41 | 7/20/18 | 000007NW3Q | 7/7/18 | $511.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93553 | $1,301.05 | 7/23/18 | 000007NWVF | 7/8/18 | $464.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93553 | $1,301.05 | 7/23/18 | 000007O5BA | 7/10/18 | $836.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95967 | $464.99 | 7/26/18 | 000007OEJG | 7/13/18 | $464.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97600 | $1,562.14 | 7/30/18 | 000007OG1L | 7/15/18 | $539.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97600 | $1,562.14 | 7/30/18 | 000007OG45 | 7/15/18 | $511.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97600 | $1,562.14 | 7/30/18 | 000007OG46 | 7/15/18 | $511.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98401 | $2,817.86 | 7/31/18 | 000007OR9W | 7/18/18 | $1,469.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98401 | $2,817.86 | 7/31/18 | 000007OSC0 | 7/18/18 | $836.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98401 | $2,817.86 | 7/31/18 | 000007OS7G | 7/18/18 | $511.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00416 | $425.00 | 8/3/18 | 000007OZMT | 7/21/18 | $464.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00416 | $425.00 | 8/3/18 | 0000480590 | 8/1/18 | -$39.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01527 | $979.98 | 8/6/18 | 000007P2QS | 7/23/18 | $464.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01527 | $979.98 | 8/6/18 | 000007P84F | 7/24/18 | $514.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04258 | $464.99 | 8/10/18 | 000007PGW1 | 7/28/18 | $464.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05381 | $1,952.96 | 8/13/18 | 000007PK2Q | 7/30/18 | $511.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05381 | $1,952.96 | 8/13/18 | 000007PK2P | 7/30/18 | $511.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05381 | $1,952.96 | 8/13/18 | 000007PIDP | 7/30/18 | $464.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05381 | $1,952.96 | 8/13/18 | 000007POLQ | 7/31/18 | $464.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06096 | $1,899.97 | 8/14/18 | 000007PRXG | 8/1/18 | $923.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06096 | $1,899.97 | 8/14/18 | 000007PR9T | 8/1/18 | $511.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06096 | $1,899.97 | 8/14/18 | 000007PR9S | 8/1/18 | $464.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07734 | $464.99 | 8/16/18 | 000007PY8U | 8/3/18 | $464.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09393 | $2,793.45 | 8/20/18 | 000007Q3WK | 8/6/18 | $464.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09393 | $2,793.45 | 8/20/18 | 000007Q8TY | 8/7/18 | $654.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09393 | $2,793.45 | 8/20/18 | 000007Q7YT | 8/7/18 | $650.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09393 | $2,793.45 | 8/20/18 | 000007Q8BZ | 8/7/18 | $511.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09393 | $2,793.45 | 8/20/18 | 000007Q8QY | 8/7/18 | $511.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13420 | $46.49 | 8/27/18 | 000007QOQS | 8/13/18 | $46.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15770 | $697.25 | 8/30/18 | 000007R20F | 8/17/18 | $697.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16234 | $617.99 | 8/31/18 | 000007R2VG | 8/18/18 | $617.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17435 | $1,255.48 | 9/4/18 | 000007R861 | 8/20/18 | $743.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17435 | $1,255.48 | 9/4/18 | 000007RBUT | 8/21/18 | $511.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19307 | $471.50 | 9/7/18 | 000007RL5Z | 8/25/18 | $511.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19307 | $471.50 | 9/7/18 | 0000480588 | 9/1/18 | -$39.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20354 | $205.99 | 9/10/18 | 000007RU6L | 8/28/18 | $205.99 |

Totals:   19 transfer(s),   $21,006.98