| Defendant: | **The Countertop Company, Inc.** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234646 | $4,009.01 | 7/23/18 | 10029-IN | 7/20/18 | $4,009.01 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237300 | $5,818.70 | 8/6/18 | 10080-IN | 8/2/18 | $5,671.55 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237300 | $5,818.70 | 8/6/18 | 24009418A-IN | 8/3/18 | $147.15 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237534 | $2,049.79 | 8/7/18 | 10056-IN | 7/27/18 | $2,049.79 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237741 | $2,877.98 | 8/8/18 | 10085-IN | 8/3/18 | $2,877.98 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240859 | $2,435.01 | 8/29/18 | 10152-IN | 8/28/18 | $2,435.01 |

**Totals:**    **5 transfer(s),  $17,190.49**