| | |
|---|---|
| Defendant: | **Thomas Gilligan** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234266 | $363.63 | 7/20/18 | 22203843C-IN | 7/19/18 | $156.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234266 | $363.63 | 7/20/18 | 24238202A-IN | 7/20/18 | $207.38 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234520 | $2,483.75 | 7/23/18 | 23981966A-IN | 7/20/18 | $320.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234520 | $2,483.75 | 7/23/18 | 24153591A-IN | 7/20/18 | $254.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234520 | $2,483.75 | 7/23/18 | 24224019A-IN | 7/20/18 | $228.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234520 | $2,483.75 | 7/23/18 | 24233303A-IN | 7/20/18 | $170.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234520 | $2,483.75 | 7/23/18 | 24238202B-IN | 7/20/18 | $152.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234520 | $2,483.75 | 7/23/18 | 23981966B-IN | 7/20/18 | $142.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234520 | $2,483.75 | 7/23/18 | 24035460A-IN | 7/20/18 | $100.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234520 | $2,483.75 | 7/23/18 | 24084302A-IN | 7/20/18 | $100.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234520 | $2,483.75 | 7/23/18 | 24238202C-IN | 7/20/18 | $55.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234520 | $2,483.75 | 7/23/18 | 24126594A-IN | 7/23/18 | $228.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234520 | $2,483.75 | 7/23/18 | 23328034A-IN | 7/23/18 | $220.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234520 | $2,483.75 | 7/23/18 | 24119594A-IN | 7/23/18 | $170.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234520 | $2,483.75 | 7/23/18 | 24126594B-IN | 7/23/18 | $125.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234520 | $2,483.75 | 7/23/18 | 23328034B-IN | 7/23/18 | $117.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234520 | $2,483.75 | 7/23/18 | 24119594B-IN | 7/23/18 | $100.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235051 | $398.75 | 7/25/18 | 24198430A-IN | 7/24/18 | $220.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235051 | $398.75 | 7/25/18 | 24279346A-IN | 7/25/18 | $178.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235754 | $399.00 | 7/30/18 | 24102162A-IN | 7/27/18 | $242.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235754 | $399.00 | 7/30/18 | 24102162B-IN | 7/27/18 | $77.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235754 | $399.00 | 7/30/18 | 24157580B-IN | 7/30/18 | $80.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236255 | $328.72 | 8/1/18 | 23929363A-IN | 7/31/18 | $228.72 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236255 | $328.72 | 8/1/18 | 24302127A-IN | 7/31/18 | $100.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236477 | $467.75 | 8/2/18 | 24095822A-IN | 8/2/18 | $306.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236477 | $467.75 | 8/2/18 | 24095822B-IN | 8/2/18 | $161.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236777 | $743.00 | 8/3/18 | 23914407A-IN | 8/2/18 | $337.00 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236777 | $743.00 | 8/3/18 | 24289132A-IN | 8/2/18 | $306.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236777 | $743.00 | 8/3/18 | 24310151A-IN | 8/3/18 | $100.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237438 | $296.00 | 8/7/18 | 24277376A-IN | 8/6/18 | $219.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237438 | $296.00 | 8/7/18 | 24277376B-IN | 8/6/18 | $77.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237666 | $374.00 | 8/8/18 | 24299924A-IN | 8/7/18 | $242.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237666 | $374.00 | 8/8/18 | 24299924B-IN | 8/7/18 | $132.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237807 | $220.40 | 8/9/18 | 24157580A-IN | 8/8/18 | $220.40 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238343 | $465.75 | 8/14/18 | 24354095A-IN | 8/13/18 | $178.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238343 | $465.75 | 8/14/18 | 24302766B-IN | 8/13/18 | $170.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238343 | $465.75 | 8/14/18 | 24302766A-IN | 8/13/18 | $117.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238569 | $263.25 | 8/15/18 | 24357104A-IN | 8/14/18 | $246.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238569 | $263.25 | 8/15/18 | 24357104A-IN | 8/15/18 | $17.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238749 | $464.00 | 8/16/18 | 24294197A-IN | 8/16/18 | $464.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238978 | $365.00 | 8/17/18 | 24311708A-IN | 8/16/18 | $310.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238978 | $365.00 | 8/17/18 | 24277376B-IN | 8/16/18 | $55.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239205 | $125.25 | 8/20/18 | 23828650C-IN | 8/17/18 | $125.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239637 | $254.50 | 8/22/18 | 24385446A-IN | 8/21/18 | $254.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239836 | $289.00 | 8/23/18 | 24326655A-IN | 8/22/18 | $289.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240255 | $209.30 | 8/27/18 | 21151722A-IN | 8/24/18 | $209.30 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240489 | $329.00 | 8/28/18 | 24411154A-IN | 8/27/18 | $274.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240489 | $329.00 | 8/28/18 | 24038983A-IN | 8/27/18 | $55.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240742 | $328.00 | 8/29/18 | 24412210A-IN | 8/28/18 | $328.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241020 | $583.25 | 8/30/18 | 23452630C-IN | 8/29/18 | $125.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241020 | $583.25 | 8/30/18 | 24376647A-IN | 8/29/18 | $125.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241020 | $583.25 | 8/30/18 | 24038983B-IN | 8/30/18 | $333.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241260 | $263.25 | 8/31/18 | 24124204A-IN | 8/31/18 | $263.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241570 | $219.00 | 9/4/18 | 24436202A-IN | 8/31/18 | $219.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242105 | $1,770.25 | 9/6/18 | 24455435A-IN | 9/5/18 | $178.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242105 | $1,770.25 | 9/6/18 | 24431353A-IN | 9/5/18 | $170.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242105 | $1,770.25 | 9/6/18 | 24477295A-IN | 9/5/18 | $170.00 |

Thomas Gilligan

Bankruptcy Case: Sears Holding Corporation, et al.

February 1, 2020    Exhibit A    P. 2

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242105 | $1,770.25 | 9/6/18 | 24431353B-IN | 9/5/18 | $100.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242105 | $1,770.25 | 9/6/18 | 24430187A-IN | 9/5/18 | $97.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242105 | $1,770.25 | 9/6/18 | 24326334A-IN | 9/6/18 | $353.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242105 | $1,770.25 | 9/6/18 | 24344286A-IN | 9/6/18 | $274.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242105 | $1,770.25 | 9/6/18 | 24310228A-IN | 9/6/18 | $250.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242105 | $1,770.25 | 9/6/18 | 24326334B-IN | 9/6/18 | $177.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242627 | $304.89 | 9/11/18 | 24458412A-IN | 9/10/18 | $178.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242627 | $304.89 | 9/11/18 | 24376647A-IN | 9/11/18 | $126.14 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242850 | $77.50 | 9/12/18 | 24222861A-IN | 9/11/18 | $77.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243005 | $147.50 | 9/13/18 | 24392808A-IN | 9/12/18 | $147.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243362 | $340.00 | 9/17/18 | 24413085A-IN | 9/15/18 | $120.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243362 | $340.00 | 9/17/18 | 24486894A-IN | 9/15/18 | $120.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243362 | $340.00 | 9/17/18 | 24486894B-IN | 9/15/18 | $100.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243561 | $297.50 | 9/18/18 | 24276510B-IN | 9/17/18 | $220.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243561 | $297.50 | 9/18/18 | 24485333A-IN | 9/17/18 | $77.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243771 | $219.50 | 9/19/18 | 24102162A-IN | 9/18/18 | $219.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244729 | $195.00 | 9/26/18 | 24550475A-IN | 9/25/18 | $97.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244729 | $195.00 | 9/26/18 | 24574388A-IN | 9/25/18 | $97.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245167 | $220.00 | 9/28/18 | 22913089D-IN | 9/27/18 | $220.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245586 | $820.07 | 10/2/18 | 24502068A-IN | 10/1/18 | $228.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245586 | $820.07 | 10/2/18 | 24562669A-IN | 10/1/18 | $228.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245586 | $820.07 | 10/2/18 | 23783370C-IN | 10/1/18 | $125.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245586 | $820.07 | 10/2/18 | 21151722A-IN | 10/2/18 | $237.57 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245818 | $55.00 | 10/3/18 | 24585941A-IN | 10/3/18 | $55.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246004 | $520.00 | 10/4/18 | 24469894A-IN | 10/3/18 | $301.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246004 | $520.00 | 10/4/18 | 24585941B-IN | 10/3/18 | $219.00 |

Totals:    35 transfer(s),  $15,200.76