Defendant: **Tom C. Construction, Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233502 | $2,159.83 | 7/17/18 | 23943744A-IN | 7/16/18 | $1,730.28 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233502 | $2,159.83 | 7/17/18 | 23953979A-IN | 7/16/18 | $429.55 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234256 | $735.72 | 7/20/18 | 24029686A-IN | 7/20/18 | $735.72 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236246 | $296.94 | 8/1/18 | 23897480A-IN | 7/31/18 | $296.94 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237067 | $1,750.64 | 8/6/18 | 24104896A-IN | 8/3/18 | $519.89 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237067 | $1,750.64 | 8/6/18 | 24096253A-IN | 8/3/18 | $436.28 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237067 | $1,750.64 | 8/6/18 | 23892230A-IN | 8/4/18 | $479.99 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237067 | $1,750.64 | 8/6/18 | 24151534A-IN | 8/4/18 | $314.48 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237432 | $596.70 | 8/7/18 | 24115953A-IN | 8/4/18 | $596.70 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238329 | $288.02 | 8/14/18 | 22923926B-IN | 8/14/18 | $288.02 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238561 | $384.60 | 8/15/18 | 22968031B-IN | 8/14/18 | $384.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239387 | $1,000.93 | 8/21/18 | 24225238A-IN | 8/20/18 | $547.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239387 | $1,000.93 | 8/21/18 | 24197333A-IN | 8/21/18 | $453.93 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239820 | $1,045.48 | 8/23/18 | 24170824A-IN | 8/22/18 | $945.48 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239820 | $1,045.48 | 8/23/18 | 23066710D-IN | 8/22/18 | $100.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240730 | $592.56 | 8/29/18 | 24289854B-IN | 8/29/18 | $300.56 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240730 | $592.56 | 8/29/18 | 24201355A-IN | 8/29/18 | $292.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241009 | $590.70 | 8/30/18 | 23781754A-IN | 8/29/18 | $590.70 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241250 | $932.16 | 8/31/18 | 24279100A-IN | 8/31/18 | $932.16 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243158 | $1,678.44 | 9/14/18 | 24289854A-IN | 9/13/18 | $1,678.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243548 | $1,834.63 | 9/18/18 | 24240977A-IN | 9/17/18 | $1,461.43 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243548 | $1,834.63 | 9/18/18 | 23980242B-IN | 9/17/18 | $373.20 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244329 | $4,123.69 | 9/24/18 | 24212872A-IN | 9/17/18 | $665.66 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244329 | $4,123.69 | 9/24/18 | 24263464A-IN | 9/24/18 | $3,458.03 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245808 | $793.02 | 10/3/18 | 24386119A-IN | 10/2/18 | $793.02 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246186 | $1,283.98 | 10/5/18 | 24448637A-IN | 10/4/18 | $1,283.98 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246468 | $3,553.74 | 10/8/18 | 24400591A-IN | 10/6/18 | $1,283.93 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246468 | $3,553.74 | 10/8/18 | 24375444A-IN | 10/6/18 | $1,082.22 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246468 | $3,553.74 | 10/8/18 | 24517462A-IN | 10/6/18 | $821.41 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246468 | $3,553.74 | 10/8/18 | 24282560A-IN | 10/6/18 | $366.18 |

Totals:    18 transfer(s),   $23,641.78