| Defendant: | Tommie L. Talmadge |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233922 | $1,153.93 | 7/19/18 | 24165570A-IN | 7/18/18 | $1,153.93 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235230 | $1,711.87 | 7/26/18 | 24211640A-IN | 7/26/18 | $1,711.87 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236449 | $1,946.91 | 8/2/18 | 24267592A-IN | 8/2/18 | $1,946.91 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237649 | $1,822.21 | 8/8/18 | 24093853A-IN | 8/7/18 | $1,822.21 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237793 | $1,081.35 | 8/9/18 | 24317533A-IN | 8/9/18 | $1,081.35 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238728 | $1,398.03 | 8/16/18 | 24192142A-IN | 8/16/18 | $1,398.03 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242611 | $1,652.78 | 9/11/18 | 23747576A-IN | 9/11/18 | $1,652.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244508 | $1,526.96 | 9/25/18 | 24446756A-IN | 9/24/18 | $1,526.96 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245145 | $3,265.69 | 9/28/18 | 24196743A-IN | 9/28/18 | $1,978.91 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245145 | $3,265.69 | 9/28/18 | 24462032A-IN | 9/28/18 | $1,286.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245979 | $1,109.46 | 10/4/18 | 24547496A-IN | 10/3/18 | $1,109.46 |

Totals:    10 transfer(s),   $16,669.19