Defendant: **Tracy Bell**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987039 | $1,681.00 | 7/23/18 | AEL218181976218 | 7/16/18 | $1,681.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990524 | $1,297.00 | 7/30/18 | AEL218182046218 | 7/23/18 | $1,297.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994206 | $1,232.00 | 8/6/18 | AEL218182116218 | 7/30/18 | $1,232.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001614 | $969.00 | 8/20/18 | AEL218182256218 | 8/13/18 | $969.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005056 | $1,944.00 | 8/27/18 | AEL218182326218 | 8/20/18 | $1,944.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008611 | $1,549.00 | 9/3/18 | AEL218182396218 | 8/27/18 | $1,549.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012627 | $1,844.00 | 9/10/18 | AEL218182466218 | 9/3/18 | $1,844.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016018 | $1,479.00 | 9/17/18 | AEL218182536218 | 9/10/18 | $1,479.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019496 | $1,798.00 | 9/24/18 | AEL218182606218 | 9/17/18 | $1,798.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023060 | $907.00 | 10/1/18 | AEL218182676218 | 9/24/18 | $907.00 |

Totals:   10 transfer(s),  $14,700.00