| Defendant: | Tri Sales Marketing LLC |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980919 | $1,583.04 | 7/18/18 | 90972 | 6/12/18 | $1,047.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980919 | $1,583.04 | 7/18/18 | 90970 | 6/12/18 | $535.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981633 | $568.80 | 7/19/18 | 91499 | 6/21/18 | $582.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981633 | $568.80 | 7/19/18 | 8361AD070818BR7 | 7/6/18 | -$13.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984272 | $791.52 | 7/25/18 | 91494 | 6/19/18 | $791.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002309 | $2,274.72 | 9/4/18 | 8361AD071518BM4 | 7/13/18 | -$13.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002309 | $2,274.72 | 9/4/18 | 8361AD072218BQ8 | 7/20/18 | -$13.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002309 | $2,274.72 | 9/4/18 | 8361AD072918BR7 | 7/27/18 | -$13.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002309 | $2,274.72 | 9/4/18 | VPASN993118173 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002309 | $2,274.72 | 9/4/18 | 92020 | 8/1/18 | $2,653.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002309 | $2,274.72 | 9/4/18 | 3582024663 | 8/3/18 | -$6.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002309 | $2,274.72 | 9/4/18 | 8361AD080518BW7 | 8/3/18 | -$13.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002309 | $2,274.72 | 9/4/18 | 8361AD081218BJ8 | 8/10/18 | -$13.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002309 | $2,274.72 | 9/4/18 | VPASN993119096 | 8/12/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002309 | $2,274.72 | 9/4/18 | 7229019321 | 8/14/18 | -$6.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003021 | $1,879.08 | 9/5/18 | 92031 | 8/2/18 | $1,885.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003021 | $1,879.08 | 9/5/18 | 8361AD081918BA0 | 8/17/18 | -$6.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005705 | $1,024.32 | 9/11/18 | 91981 | 7/27/18 | $1,024.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006388 | $1,550.04 | 9/12/18 | 91998 | 7/30/18 | $1,583.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006388 | $1,550.04 | 9/12/18 | 8361AD082618BZ5 | 8/24/18 | -$33.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007061 | $3,119.52 | 9/13/18 | 91997 | 7/30/18 | $1,862.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007061 | $3,119.52 | 9/13/18 | 91996 | 7/30/18 | $744.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007061 | $3,119.52 | 9/13/18 | 92033 | 8/2/18 | $512.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008616 | $1,606.32 | 9/17/18 | 92036 | 8/2/18 | $1,606.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009421 | $3,468.72 | 9/18/18 | 91999 | 7/30/18 | $2,700.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009421 | $3,468.72 | 9/18/18 | 92037 | 8/2/18 | $768.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010621 | $1,852.68 | 9/19/18 | 92034 | 8/2/18 | $1,047.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010621 | $1,852.68 | 9/19/18 | 92035 | 8/2/18 | $838.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010621 | $1,852.68 | 9/19/18 | 8361AD090218BT1 | 8/31/18 | -$26.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010621 | $1,852.68 | 9/19/18 | 3415033827 | 9/1/18 | -$6.60 |

Totals: 11 transfer(s), $19,718.76