Defendant: **Trimark ERF Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132714 | $8,320.50 | 8/3/18 | 165141/4 | 2/13/18 | $8,320.50 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132714 | $4,569.60 | 8/3/18 | 169806/4 | 4/19/18 | $4,569.60 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132931 | $9,698.82 | 9/21/18 | 180253/4 | 8/24/18 | $9,698.82 |

**Totals:** 3 transfer(s), $22,588.92