Defendant: **Tyree-Little's Heating & Cooling, LLC**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234490 | $1,158.83 | 7/23/18 | 24270468A-IN | 7/23/18 | $1,158.83 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234749 | $1,739.98 | 7/24/18 | 24261426A-IN | 7/24/18 | $1,739.98 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235025 | $1,828.34 | 7/25/18 | 24133460A-IN | 7/25/18 | $1,828.34 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235461 | $1,191.57 | 7/27/18 | 24266477A-IN | 7/26/18 | $1,191.57 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235944 | $1,172.44 | 7/31/18 | 24250645A-IN | 7/31/18 | $1,172.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237423 | $1,555.88 | 8/7/18 | 24266580A-IN | 8/7/18 | $1,555.88 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238143 | $1,333.98 | 8/13/18 | 24319041A-IN | 8/13/18 | $1,333.98 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238955 | $1,338.67 | 8/17/18 | 24313504A-IN | 8/17/18 | $1,338.67 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239622 | $1,288.69 | 8/22/18 | 24351490A-IN | 8/22/18 | $1,288.69 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240718 | $2,922.74 | 8/29/18 | 24367839A-IN | 8/29/18 | $1,552.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240718 | $2,922.74 | 8/29/18 | 24383061A-IN | 8/29/18 | $1,369.98 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243949 | $1,533.00 | 9/20/18 | 22719521B-IN | 9/20/18 | $848.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243949 | $1,533.00 | 9/20/18 | 23475613B-IN | 9/20/18 | $685.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244318 | $1,613.65 | 9/24/18 | 24313407A-IN | 9/24/18 | $1,613.65 |

Totals:    12 transfer(s),  $18,677.77