Defendant: **Unique Air Conditioning Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233923 | $12,893.45 | 7/19/18 | 24060113A-IN | 7/17/18 | $1,518.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233923 | $12,893.45 | 7/19/18 | 23942159A-IN | 7/18/18 | $10,095.95 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233923 | $12,893.45 | 7/19/18 | 24158872A-IN | 7/18/18 | $1,279.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234497 | $2,451.00 | 7/23/18 | 23942159A-IN | 7/23/18 | $2,451.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235729 | $1,922.25 | 7/30/18 | 24302029A-IN | 7/30/18 | $1,667.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235729 | $1,922.25 | 7/30/18 | 24158872A-IN | 7/30/18 | $255.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236233 | $133.61 | 8/1/18 | 24060113A-IN | 8/1/18 | $133.61 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237794 | $1,373.25 | 8/9/18 | 24293281A-IN | 8/9/18 | $1,373.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238316 | $1,423.25 | 8/14/18 | 24371587A-IN | 8/14/18 | $1,423.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238548 | $1,836.25 | 8/15/18 | 24367846A-IN | 8/15/18 | $1,836.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240000 | $330.90 | 8/24/18 | 24127682ACR-IN | 8/24/18 | $206.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240000 | $330.90 | 8/24/18 | 24158872ACR-IN | 8/24/18 | $124.84 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240468 | $329.72 | 8/28/18 | 24293281A-IN | 8/28/18 | $181.67 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240468 | $329.72 | 8/28/18 | 24367846A-IN | 8/28/18 | $148.05 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240995 | $1,536.79 | 8/30/18 | 24457500A-IN | 8/30/18 | $1,431.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240995 | $1,536.79 | 8/30/18 | 24371587A-IN | 8/30/18 | $105.54 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242095 | $2,003.85 | 9/6/18 | 24460085A-IN | 9/6/18 | $2,003.85 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244320 | $196.99 | 9/24/18 | 24302029ACR-IN | 9/21/18 | $196.99 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245146 | $672.41 | 9/28/18 | 24067897ACR-IN | 9/28/18 | $672.41 |

Totals:    13 transfer(s),    $27,103.72