Defendant: **United Building Contractors LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235816 | $3,821.94 | 7/30/18 | 23959461A-IN | 7/30/18 | $3,821.94 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238001 | $3,516.64 | 8/10/18 | 24069507A-IN | 8/9/18 | $3,516.64 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239253 | $5,375.51 | 8/20/18 | 24149441A-IN | 8/20/18 | $5,375.51 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241698 | $7,161.33 | 9/4/18 | 24177286A-IN | 8/31/18 | $7,161.33 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246064 | $4,202.21 | 10/4/18 | 24368438A-IN | 10/3/18 | $4,202.21 |

Totals: 5 transfer(s), $24,077.63