| | |
|---|---|
| Defendant: | **Up North Trucking Inc.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980963 | $4,742.30 | 7/18/18 | 62318807019 | 6/23/18 | $3,228.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980963 | $4,742.30 | 7/18/18 | 62318807019 | 6/23/18 | $1,009.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980963 | $4,742.30 | 7/18/18 | 62318807019 | 6/23/18 | $403.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980963 | $4,742.30 | 7/18/18 | 62318807019 | 6/23/18 | $100.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984312 | $5,145.90 | 7/25/18 | 63018807019 | 6/30/18 | $2,219.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984312 | $5,145.90 | 7/25/18 | 63018807019 | 6/30/18 | $2,118.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984312 | $5,145.90 | 7/25/18 | 63018807019 | 6/30/18 | $201.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984312 | $5,145.90 | 7/25/18 | 63018807019 | 6/30/18 | $100.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984312 | $5,145.90 | 7/25/18 | 63018807019 | 6/30/18 | $100.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984312 | $5,145.90 | 7/25/18 | 63018807019 | 6/30/18 | $100.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984312 | $5,145.90 | 7/25/18 | 63018807019 | 6/30/18 | $100.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984312 | $5,145.90 | 7/25/18 | 63018807019 | 6/30/18 | $100.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984312 | $5,145.90 | 7/25/18 | 63018807019 | 6/30/18 | $100.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987717 | $3,531.50 | 8/1/18 | 70718807019 | 7/7/18 | $1,917.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987717 | $3,531.50 | 8/1/18 | 70718807019 | 7/7/18 | $1,210.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987717 | $3,531.50 | 8/1/18 | 70718807019 | 7/7/18 | $100.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987717 | $3,531.50 | 8/1/18 | 70718807019 | 7/7/18 | $100.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987717 | $3,531.50 | 8/1/18 | 70718807019 | 7/7/18 | $100.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987717 | $3,531.50 | 8/1/18 | 70718807019 | 7/7/18 | $100.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989787 | $930.60 | 8/8/18 | 5192018 | 5/19/18 | $400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989787 | $930.60 | 8/8/18 | 5192018 | 5/19/18 | $390.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989787 | $930.60 | 8/8/18 | 5192018 | 5/19/18 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989787 | $930.60 | 8/8/18 | 5192018 | 5/19/18 | $40.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989787 | $930.60 | 8/8/18 | 5192018 | 5/19/18 | $20.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989787 | $930.60 | 8/8/18 | 5192018 | 5/19/18 | $20.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991233 | $3,834.20 | 8/10/18 | 71418807019 | 7/14/18 | $2,219.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991233 | $3,834.20 | 8/10/18 | 71418807019 | 7/14/18 | $1,311.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991233 | $3,834.20 | 8/10/18 | 71418807019 | 7/14/18 | $302.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995452 | $4,843.20 | 8/17/18 | 72118807019 | 7/21/18 | $2,724.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995452 | $4,843.20 | 8/17/18 | 72118807019 | 7/21/18 | $1,412.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995452 | $4,843.20 | 8/17/18 | 72118807019 | 7/21/18 | $302.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995452 | $4,843.20 | 8/17/18 | 72118807019 | 7/21/18 | $100.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995452 | $4,843.20 | 8/17/18 | 72118807019 | 7/21/18 | $100.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995452 | $4,843.20 | 8/17/18 | 72118807019 | 7/21/18 | $100.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995452 | $4,843.20 | 8/17/18 | 72118807019 | 7/21/18 | $100.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996791 | $1,715.30 | 8/21/18 | 5192018A | 5/19/18 | $1,015.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996791 | $1,715.30 | 8/21/18 | 5192018A | 5/19/18 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996791 | $1,715.30 | 8/21/18 | 5192018A | 5/19/18 | $100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996791 | $1,715.30 | 8/21/18 | 5192018A | 5/19/18 | $100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998850 | $4,036.00 | 8/28/18 | 72818807019 | 7/28/18 | $2,825.20 |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998850 | $4,036.00 | 8/28/18 | 72818807019 | 7/28/18 | $706.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998850 | $4,036.00 | 8/28/18 | 72818807019 | 7/28/18 | $302.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998850 | $4,036.00 | 8/28/18 | 72818807019 | 7/28/18 | $100.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998850 | $4,036.00 | 8/28/18 | 72818807019 | 7/28/18 | $100.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002346 | $2,118.90 | 9/4/18 | 80418807019 | 8/4/18 | $908.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002346 | $2,118.90 | 9/4/18 | 80418807019 | 8/4/18 | $908.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002346 | $2,118.90 | 9/4/18 | 80418807019 | 8/4/18 | $302.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005744 | $807.20 | 9/11/18 | 81118807019 | 8/11/18 | $403.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005744 | $807.20 | 9/11/18 | 81118807019 | 8/11/18 | $302.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005744 | $807.20 | 9/11/18 | 81118807019 | 8/11/18 | $100.90 |

Totals:    10 transfer(s),  $31,705.10