Defendant: **Upstart Group, LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995455 | $15,644.90 | 8/17/18 | 1098 | 6/6/18 | $15,644.90 |
| **Totals:** | 1 transfer(s), $15,644.90 | | | | | | |