Defendant: **Ventura TV Video Appliance Center Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132633 | $3,577.00 | 7/16/18 | RECONCILED ACCOUNT | 6/26/18 | $3,577.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132652 | $2,720.00 | 7/18/18 | REFUND CK 18547 REPMT | 1/18/18 | $2,720.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132652 | $15,159.00 | 7/18/18 | RECONCILED ACCOUNT | 7/17/18 | $15,159.00 |

Totals:   3 transfer(s),  $21,456.00