Defendant: **Viacheslav Kutsar**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233484 | $135.00 | 7/17/18 | 24226519A-IN | 7/17/18 | $135.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233908 | $281.67 | 7/19/18 | 24171397B-IN | 7/17/18 | $125.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233908 | $281.67 | 7/19/18 | 24228360A-IN | 7/18/18 | $156.67 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234241 | $491.67 | 7/20/18 | 24268101A-IN | 7/19/18 | $156.67 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234241 | $491.67 | 7/20/18 | 24254084A-IN | 7/19/18 | $145.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234241 | $491.67 | 7/20/18 | 24165807B-IN | 7/19/18 | $135.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234241 | $491.67 | 7/20/18 | 23558625B-IN | 7/19/18 | $55.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234485 | $256.83 | 7/23/18 | 23894133A-IN | 5/31/18 | $256.83 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234743 | $882.00 | 7/24/18 | 24162774A-IN | 7/23/18 | $335.16 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234743 | $882.00 | 7/24/18 | 24082616A-IN | 7/23/18 | $305.17 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234743 | $882.00 | 7/24/18 | 23800179B-IN | 7/23/18 | $140.17 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234743 | $882.00 | 7/24/18 | 23997882ACR-IN | 7/24/18 | $145.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234743 | $882.00 | 7/24/18 | RES072418-DM | 7/24/18 | -$43.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235019 | $646.82 | 7/25/18 | 23893644B-IN | 7/24/18 | $241.84 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235019 | $646.82 | 7/25/18 | 24207877A-IN | 7/24/18 | $145.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235019 | $646.82 | 7/25/18 | 24274539A-IN | 7/24/18 | $135.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235019 | $646.82 | 7/25/18 | 24279847A-IN | 7/24/18 | $124.98 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235455 | $383.33 | 7/27/18 | 24260297A-IN | 7/26/18 | $168.33 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235455 | $383.33 | 7/27/18 | 24288203A-IN | 7/26/18 | $105.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235455 | $383.33 | 7/27/18 | 24295586A-IN | 7/26/18 | $55.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235455 | $383.33 | 7/27/18 | 24295834A-IN | 7/26/18 | $55.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235939 | $301.67 | 7/31/18 | 24151562A-IN | 7/19/18 | $145.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235939 | $301.67 | 7/31/18 | 24312568A-IN | 7/30/18 | $156.67 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236442 | $135.00 | 8/2/18 | 24287755A-IN | 8/1/18 | $135.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237786 | $394.00 | 8/9/18 | 24349356A-IN | 8/8/18 | $118.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237786 | $394.00 | 8/9/18 | 23930767A-IN | 8/8/18 | $118.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237786 | $394.00 | 8/9/18 | 24287755B-IN | 8/8/18 | $118.50 |

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237786 | $394.00 | 8/9/18 | 24288160A-IN | 8/8/18 | $38.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237936 | $244.50 | 8/10/18 | 24301128A-IN | 8/9/18 | $146.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237936 | $244.50 | 8/10/18 | 23563929A-IN | 8/9/18 | $98.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238138 | $978.83 | 8/13/18 | 24339183A-IN | 8/9/18 | $291.83 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238138 | $978.83 | 8/13/18 | 24321350A-IN | 8/10/18 | $128.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238138 | $978.83 | 8/13/18 | 24371003A-IN | 8/11/18 | $118.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238138 | $978.83 | 8/13/18 | 24296144A-IN | 8/11/18 | $118.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238138 | $978.83 | 8/13/18 | 24291010A-IN | 8/11/18 | $108.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238138 | $978.83 | 8/13/18 | 24271653A-IN | 8/11/18 | $98.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238138 | $978.83 | 8/13/18 | 24329472A-IN | 8/11/18 | $76.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238138 | $978.83 | 8/13/18 | 24362081A-IN | 8/11/18 | $38.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238308 | $300.53 | 8/14/18 | 24320992A-IN | 8/13/18 | $300.53 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238542 | $518.33 | 8/15/18 | 23816171ACR-IN | 8/15/18 | $238.33 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238542 | $518.33 | 8/15/18 | 24158922ACR-IN | 8/15/18 | $145.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238542 | $518.33 | 8/15/18 | 24369309A-IN | 8/15/18 | $135.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238721 | $436.67 | 8/16/18 | 24360996A-IN | 8/15/18 | $156.67 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238721 | $436.67 | 8/16/18 | 24342188A-IN | 8/15/18 | $145.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238721 | $436.67 | 8/16/18 | 24321739B-IN | 8/16/18 | $135.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238951 | $156.67 | 8/17/18 | 23619784A-IN | 8/16/18 | $156.67 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239166 | $385.83 | 8/20/18 | 23504812A-IN | 4/3/18 | $162.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239166 | $385.83 | 8/20/18 | 24215429A-IN | 8/17/18 | $168.33 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239166 | $385.83 | 8/20/18 | 24111479B-IN | 8/17/18 | $55.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239369 | $770.83 | 8/21/18 | 23504812A-IN | 8/17/18 | $162.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239369 | $770.83 | 8/21/18 | 24391012A-IN | 8/20/18 | $168.33 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239369 | $770.83 | 8/21/18 | 24334456A-IN | 8/20/18 | $162.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239369 | $770.83 | 8/21/18 | 24371609A-IN | 8/20/18 | $162.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239369 | $770.83 | 8/21/18 | 19830609A-IN | 8/20/18 | $115.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239805 | $828.33 | 8/23/18 | 24412576A-IN | 8/22/18 | $162.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239805 | $828.33 | 8/23/18 | 22956674A-IN | 8/22/18 | $150.83 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239805 | $828.33 | 8/23/18 | 24432977C-IN | 8/22/18 | $135.00 |

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239805 | $828.33 | 8/23/18 | 24432618A-IN | 8/22/18 | $135.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239805 | $828.33 | 8/23/18 | 24391547A-IN | 8/22/18 | $135.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239805 | $828.33 | 8/23/18 | 24444003A-IN | 8/22/18 | $55.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239805 | $828.33 | 8/23/18 | 24421909B-IN | 8/22/18 | $55.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239995 | $150.83 | 8/24/18 | 24359314A-IN | 8/23/18 | $150.83 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240456 | $360.00 | 8/28/18 | 24321739A-IN | 8/28/18 | $135.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240456 | $360.00 | 8/28/18 | 24397576A-IN | 8/28/18 | $115.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240456 | $360.00 | 8/28/18 | 24404679A-IN | 8/28/18 | $55.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240456 | $360.00 | 8/28/18 | 24331034A-IN | 8/28/18 | $55.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240712 | $250.00 | 8/29/18 | 24462076A-IN | 8/29/18 | $135.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240712 | $250.00 | 8/29/18 | 24453175A-IN | 8/29/18 | $115.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240984 | $565.83 | 8/30/18 | 24242883B-IN | 8/29/18 | $150.83 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240984 | $565.83 | 8/30/18 | 24462305A-IN | 8/29/18 | $135.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240984 | $565.83 | 8/30/18 | 24087784A-IN | 8/30/18 | $145.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240984 | $565.83 | 8/30/18 | 24461474A-IN | 8/30/18 | $135.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241227 | $273.33 | 8/31/18 | 24388448A-IN | 8/30/18 | $273.33 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242230 | $748.83 | 9/7/18 | 24486301A-IN | 9/6/18 | $291.83 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242230 | $748.83 | 9/7/18 | 24481598B-IN | 9/6/18 | $128.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242230 | $748.83 | 9/7/18 | 24481598A-IN | 9/6/18 | $128.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242230 | $748.83 | 9/7/18 | 23930429B-IN | 9/6/18 | $98.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242230 | $748.83 | 9/7/18 | 24249001ACR-IN | 9/7/18 | $145.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242230 | $748.83 | 9/7/18 | RES090718-DM | 9/7/18 | -$43.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242426 | $724.33 | 9/10/18 | 24483003A-IN | 9/7/18 | $151.83 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242426 | $724.33 | 9/10/18 | 24488928B-IN | 9/7/18 | $118.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242426 | $724.33 | 9/10/18 | 23893644C-IN | 9/7/18 | $118.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242426 | $724.33 | 9/10/18 | 24488928C-IN | 9/7/18 | $118.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242426 | $724.33 | 9/10/18 | 24494061A-IN | 9/7/18 | $108.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242426 | $724.33 | 9/10/18 | 24494061B-IN | 9/7/18 | $108.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242823 | $710.83 | 9/12/18 | 24435553A-IN | 9/11/18 | $146.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242823 | $710.83 | 9/12/18 | 24432977C-IN | 9/11/18 | $135.00 |

Viacheslav Kutsar

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242823 | $710.83 | 9/12/18 | 24466439A-IN | 9/11/18 | $134.33 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242823 | $710.83 | 9/12/18 | 24493477A-IN | 9/11/18 | $128.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242823 | $710.83 | 9/12/18 | 24427262A-IN | 9/11/18 | $128.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242823 | $710.83 | 9/12/18 | 24532101A-IN | 9/11/18 | $38.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242978 | $296.83 | 9/13/18 | 24260297A-IN | 9/11/18 | $168.33 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242978 | $296.83 | 9/13/18 | 24045174B-IN | 9/12/18 | $128.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243338 | $408.83 | 9/17/18 | 24132873A-IN | 9/14/18 | $140.17 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243338 | $408.83 | 9/17/18 | 24537938A-IN | 9/14/18 | $134.33 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243338 | $408.83 | 9/17/18 | 24320139A-IN | 9/17/18 | $134.33 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243752 | $247.00 | 9/19/18 | 24511745B-IN | 9/18/18 | $128.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243752 | $247.00 | 9/19/18 | 24526844A-IN | 9/18/18 | $118.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243941 | $377.17 | 9/20/18 | 24515109A-IN | 9/19/18 | $140.17 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243941 | $377.17 | 9/20/18 | 24564043A-IN | 9/19/18 | $128.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243941 | $377.17 | 9/20/18 | 24544041A-IN | 9/19/18 | $108.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244127 | $38.50 | 9/21/18 | 24505443A-IN | 9/20/18 | $38.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244316 | $612.79 | 9/24/18 | 24545519A-IN | 9/21/18 | $150.83 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244316 | $612.79 | 9/24/18 | 24583271A-IN | 9/21/18 | $150.83 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244316 | $612.79 | 9/24/18 | 24242307C-IN | 9/21/18 | $150.83 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244316 | $612.79 | 9/24/18 | 24501875A-IN | 9/21/18 | $121.80 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244316 | $612.79 | 9/24/18 | 24531890A-IN | 9/21/18 | $38.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244704 | $308.33 | 9/26/18 | 24278114B-IN | 9/26/18 | $308.33 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244888 | $475.83 | 9/27/18 | 24242307B-IN | 9/26/18 | $150.83 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244888 | $475.83 | 9/27/18 | 24350982A-IN | 9/26/18 | $135.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244888 | $475.83 | 9/27/18 | 24526410A-IN | 9/26/18 | $135.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244888 | $475.83 | 9/27/18 | 24489371A-IN | 9/26/18 | $55.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245136 | $352.50 | 9/28/18 | 24585183A-IN | 9/28/18 | $135.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245136 | $352.50 | 9/28/18 | 24577258A-IN | 9/28/18 | $125.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245136 | $352.50 | 9/28/18 | 24599581A-IN | 9/28/18 | $92.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245359 | $1,050.82 | 10/1/18 | 24564549A-IN | 9/29/18 | $220.83 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245359 | $1,050.82 | 10/1/18 | 24574012A-IN | 9/29/18 | $220.83 |

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245359 | $1,050.82 | 10/1/18 | 24545117A-IN | 9/29/18 | $168.33 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245359 | $1,050.82 | 10/1/18 | 24611446A-IN | 9/29/18 | $150.83 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245359 | $1,050.82 | 10/1/18 | 24552272A-IN | 9/29/18 | $145.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245359 | $1,050.82 | 10/1/18 | 24596761A-IN | 9/29/18 | $145.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245792 | $92.50 | 10/3/18 | 24157487B-IN | 10/3/18 | $92.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245972 | $150.83 | 10/4/18 | 24611446B-IN | 10/3/18 | $150.83 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246171 | $345.00 | 10/5/18 | 24635939A-IN | 10/4/18 | $145.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246171 | $345.00 | 10/5/18 | 24635939B-IN | 10/4/18 | $145.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246171 | $345.00 | 10/5/18 | 24634637A-IN | 10/4/18 | $55.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246434 | $496.33 | 10/8/18 | 24619101A-IN | 10/5/18 | $169.33 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246434 | $496.33 | 10/8/18 | 24279847A-IN | 10/5/18 | $135.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246434 | $496.33 | 10/8/18 | 24536006A-IN | 10/5/18 | $128.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246434 | $496.33 | 10/8/18 | 24563637A-IN | 10/5/18 | $63.50 |

Totals:    41 transfer(s),  $17,565.75