**Defendant:** Vincent Alfaro
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234548 | $1,000.00 | 7/23/18 | 23909686A-IN | 7/23/18 | $1,000.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234816 | $1,138.00 | 7/24/18 | 24058851A-IN | 7/23/18 | $1,138.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235285 | $1,093.24 | 7/26/18 | 23981098B-IN | 7/26/18 | $1,093.24 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235508 | $3,175.82 | 7/27/18 | 24058851A-IN | 7/26/18 | $3,175.82 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236012 | $1,617.81 | 7/31/18 | 23863369A-IN | 7/31/18 | $1,617.81 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236819 | $1,836.21 | 8/3/18 | 23909686A-IN | 8/3/18 | $1,836.21 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237145 | $2,315.03 | 8/6/18 | 23963685A-IN | 8/4/18 | $1,738.05 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237145 | $2,315.03 | 8/6/18 | 23828310A-IN | 8/4/18 | $501.94 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237145 | $2,315.03 | 8/6/18 | 24058399B-IN | 8/4/18 | $75.04 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238375 | $2,401.39 | 8/14/18 | 23790399A-IN | 8/14/18 | $2,401.39 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238783 | $1,102.50 | 8/16/18 | 23449768A-IN | 8/15/18 | $1,102.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239429 | $560.00 | 8/21/18 | 23910601A-IN | 8/21/18 | $560.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240048 | $1,557.84 | 8/24/18 | 23910601A-IN | 8/24/18 | $1,086.65 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240048 | $1,557.84 | 8/24/18 | 23449768B-IN | 8/24/18 | $471.19 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240293 | $4,631.69 | 8/27/18 | 23449768A-IN | 8/24/18 | $4,521.30 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240293 | $4,631.69 | 8/27/18 | 23691836A-IN | 8/27/18 | $110.39 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241634 | $2,045.72 | 9/4/18 | 23810811A-IN | 9/1/18 | $1,601.89 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241634 | $2,045.72 | 9/4/18 | 24443724A-IN | 9/1/18 | $443.83 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242475 | $41.13 | 9/10/18 | 24490670A-IN | 9/10/18 | $41.13 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243389 | $2,386.19 | 9/17/18 | 24110773A-IN | 9/17/18 | $2,386.19 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244755 | $1,710.09 | 9/26/18 | 23910601B-IN | 9/25/18 | $59.86 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244755 | $1,710.09 | 9/26/18 | 24245165A-IN | 9/26/18 | $1,650.23 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245196 | $875.00 | 9/28/18 | 24490670A-IN | 9/28/18 | $875.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245416 | $2,132.35 | 10/1/18 | 23810811B-IN | 9/28/18 | $85.52 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245416 | $2,132.35 | 10/1/18 | 24490670A-IN | 10/1/18 | $2,046.83 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245617 | $2,325.97 | 10/2/18 | 24141728A-IN | 10/2/18 | $1,299.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245617 | $2,325.97 | 10/2/18 | 24277703A-IN | 10/2/18 | $1,026.53 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246232 | $58.75 | 10/5/18 | 24575639A-IN | 10/4/18 | $58.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246542 | $2,053.29 | 10/8/18 | 24062993A-IN | 10/6/18 | $2,053.29 |

**Totals:** 21 transfer(s), $36,058.02