Defendant: **Viniteck International Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-27435 | $6,620.10 | 8/10/18 | 201819521370 | 6/1/18 | $3,024.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27435 | $6,620.10 | 8/10/18 | 201819521370 | 6/1/18 | $2,799.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27435 | $6,620.10 | 8/10/18 | 201819521399 | 6/1/18 | $445.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27435 | $6,620.10 | 8/10/18 | 201819521399 | 6/1/18 | $351.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27436 | $1,129.83 | 9/11/18 | 201820185719 | 6/29/18 | $323.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27436 | $1,129.83 | 9/11/18 | 201820185719 | 6/29/18 | $294.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27436 | $1,129.83 | 9/11/18 | 201820185719 | 6/29/18 | $277.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27436 | $1,129.83 | 9/11/18 | 201820185719 | 6/29/18 | $235.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27437 | $14,825.97 | 9/14/18 | 201820185588 | 7/2/18 | $4,116.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27437 | $14,825.97 | 9/14/18 | 201820185588 | 7/2/18 | $3,586.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27437 | $14,825.97 | 9/14/18 | 201820185588 | 7/2/18 | $3,586.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27437 | $14,825.97 | 9/14/18 | 201820185588 | 7/2/18 | $3,536.37 |

Totals:    3 transfer(s),  $22,575.90