Defendant: **Vision Construction & Developers, LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234120 | $657.25 | 7/19/18 | 23929926A-IN | 7/17/18 | $657.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234902 | $288.39 | 7/24/18 | 23900066A-IN | 7/24/18 | $288.39 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237292 | $3,257.15 | 8/6/18 | 24076927A-IN | 8/4/18 | $1,838.21 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237292 | $3,257.15 | 8/6/18 | 23768383B-IN | 8/4/18 | $1,026.34 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237292 | $3,257.15 | 8/6/18 | 23928526A-IN | 8/4/18 | $392.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238243 | $3,261.44 | 8/13/18 | 24076849A-IN | 8/10/18 | $1,521.70 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238243 | $3,261.44 | 8/13/18 | 24239557A-IN | 8/10/18 | $1,030.94 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238243 | $3,261.44 | 8/13/18 | 24268931A-IN | 8/10/18 | $708.80 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239739 | $1,570.81 | 8/22/18 | 23910289A-IN | 8/22/18 | $1,570.81 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240379 | $66.53 | 8/27/18 | 23910289A-IN | 8/24/18 | $66.53 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240583 | $1,096.07 | 8/28/18 | 24092490A-IN | 8/27/18 | $597.15 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240583 | $1,096.07 | 8/28/18 | 24213862A-IN | 8/27/18 | $498.92 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241144 | $564.85 | 8/30/18 | 24310101A-IN | 8/30/18 | $564.85 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243094 | $2,663.26 | 9/13/18 | 22806570A-IN | 9/12/18 | $2,663.26 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244439 | $1,212.00 | 9/24/18 | 24315602A-IN | 9/24/18 | $1,212.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246673 | $2,624.71 | 10/8/18 | 24337263B-IN | 10/5/18 | $948.30 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246673 | $2,624.71 | 10/8/18 | 24466007A-IN | 10/6/18 | $391.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246673 | $2,624.71 | 10/8/18 | 24304755A-IN | 10/8/18 | $1,285.33 |

**Totals:    11 transfer(s),  $17,262.46**