Defendant: **Visual Land Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981649 | $88.00 | 7/19/18 | 6137045000-1 | 5/7/18 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997537 | $19,259.06 | 8/22/18 | 6187585000-1 | 5/14/18 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997537 | $19,259.06 | 8/22/18 | 6177255000-1 | 5/14/18 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997537 | $19,259.06 | 8/22/18 | 6224325000-1 | 5/18/18 | $10.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997537 | $19,259.06 | 8/22/18 | 6265065000-1 | 5/21/18 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997537 | $19,259.06 | 8/22/18 | 6220275000-2 | 5/21/18 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997537 | $19,259.06 | 8/22/18 | 6220275000-1 | 5/21/18 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997537 | $19,259.06 | 8/22/18 | REINSTATE052918 | 5/29/18 | $19,117.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997537 | $19,259.06 | 8/22/18 | 5379605000-1 | 7/26/18 | -$132.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997537 | $19,259.06 | 8/22/18 | 5384155000-1 | 8/2/18 | -$175.99 |

Totals:    2 transfer(s),  $19,347.06