| Defendant: | **W J O Neil Chicago LLC** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984354 | $2,396.57 | 7/25/18 | 3174 | 5/11/18 | $2,396.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987760 | $3,886.00 | 8/1/18 | 3193 | 5/18/18 | $536.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987760 | $3,886.00 | 8/1/18 | 3203 | 5/22/18 | $2,144.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987760 | $3,886.00 | 8/1/18 | 3204 | 5/22/18 | $1,206.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009501 | $20,358.15 | 9/18/18 | 3277 | 6/28/18 | $6,187.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009501 | $20,358.15 | 9/18/18 | 3276 | 6/28/18 | $3,474.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009501 | $20,358.15 | 9/18/18 | 3297 | 6/28/18 | $804.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009501 | $20,358.15 | 9/18/18 | 3296 | 6/28/18 | $536.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009501 | $20,358.15 | 9/18/18 | 3314 | 6/29/18 | $4,636.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009501 | $20,358.15 | 9/18/18 | 3303 | 6/29/18 | $4,050.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009501 | $20,358.15 | 9/18/18 | 3313 | 6/29/18 | $670.00 |

**Totals:**      **3 transfer(s),  $26,640.72**