| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | **Welcome Industrial Corporation** | | | | | | |
| Bankruptcy Case: | **Sears Holding Corporation, et al.** | | | | | | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | | | | | | |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982248 | $224.21 | 7/20/18 | B28586 | 4/23/18 | $246.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982248 | $224.21 | 7/20/18 | B28607 | 4/23/18 | $44.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982248 | $224.21 | 7/20/18 | 8361AD070818CG2 | 7/6/18 | -$66.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984365 | $716.30 | 7/25/18 | B28616 | 4/30/18 | $292.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984365 | $716.30 | 7/25/18 | B28634 | 5/4/18 | $409.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984365 | $716.30 | 7/25/18 | B28663 | 5/11/18 | $14.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985607 | $67.42 | 7/27/18 | B28664 | 5/14/18 | $147.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985607 | $67.42 | 7/27/18 | 8361AD071518B88 | 7/13/18 | -$79.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986356 | $116.00 | 7/30/18 | B28614 | 4/30/18 | $116.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987772 | $232.00 | 8/1/18 | B28637 | 5/4/18 | $232.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988426 | $39.18 | 8/2/18 | B28666 | 5/14/18 | $71.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988426 | $39.18 | 8/2/18 | 8361AD072218CE2 | 7/20/18 | -$31.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992592 | $71.43 | 8/14/18 | B28698 | 5/25/18 | $143.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992592 | $71.43 | 8/14/18 | 8361AD072918CG8 | 7/27/18 | -$72.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998902 | $1,424.44 | 8/28/18 | B28697 | 5/25/18 | $172.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998902 | $1,424.44 | 8/28/18 | B28733 | 6/9/18 | $2,688.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998902 | $1,424.44 | 8/28/18 | B28730 | 6/9/18 | $1,441.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998902 | $1,424.44 | 8/28/18 | B28731 | 6/9/18 | $1,250.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998902 | $1,424.44 | 8/28/18 | MA18213715688 | 8/1/18 | -$4,036.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998902 | $1,424.44 | 8/28/18 | 8361AD080518CN0 | 8/3/18 | -$93.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999506 | $132.15 | 8/29/18 | B28677 | 5/18/18 | $187.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999506 | $132.15 | 8/29/18 | 8361AD081218B40 | 8/10/18 | -$55.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000150 | $303.90 | 8/30/18 | B28714 | 6/4/18 | $303.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002401 | $1,712.00 | 9/4/18 | B29106 | 6/11/18 | $1,712.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003631 | $201.00 | 9/6/18 | B28679 | 5/18/18 | $201.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004406 | $157.70 | 9/7/18 | B28713 | 6/4/18 | $157.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007885 | $1,000.23 | 9/14/18 | B29214 | 6/18/18 | $1,024.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007885 | $1,000.23 | 9/14/18 | 8361AD082618CR6 | 8/24/18 | -$24.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009514 | $6,803.10 | 9/18/18 | B28734 | 6/9/18 | $2,461.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009514 | $6,803.10 | 9/18/18 | B28740 | 6/9/18 | $1,392.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009514 | $6,803.10 | 9/18/18 | B28744 | 6/9/18 | $1,246.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009514 | $6,803.10 | 9/18/18 | B29107 | 6/11/18 | $1,143.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009514 | $6,803.10 | 9/18/18 | B29268 | 6/25/18 | $559.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011330 | $220.29 | 9/20/18 | B29315 | 6/29/18 | $272.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011330 | $220.29 | 9/20/18 | 8361AD090218CH0 | 8/31/18 | -$52.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012658 | $722.20 | 9/24/18 | B29215 | 6/18/18 | $506.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012658 | $722.20 | 9/24/18 | B29314 | 6/29/18 | $215.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013374 | $416.70 | 9/25/18 | B29269 | 6/25/18 | $416.70 |

Totals:    18 transfer(s),  $14,560.25