Defendant: **Wally Florring LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234198 | $3,552.49 | 7/19/18 | 22409123C-IN | 7/18/18 | $3,552.49 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235400 | $1,312.06 | 7/26/18 | 24180594A-IN | 7/26/18 | $1,312.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236999 | $980.94 | 8/3/18 | 24233125A-IN | 8/2/18 | $980.94 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237397 | $1,118.55 | 8/6/18 | 24215127B-IN | 8/3/18 | $1,118.55 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240631 | $5,241.61 | 8/28/18 | 23653102A-IN | 8/27/18 | $2,692.14 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240631 | $5,241.61 | 8/28/18 | 24121125A-IN | 8/27/18 | $2,549.47 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240898 | $1,846.66 | 8/29/18 | 24294780A-IN | 8/29/18 | $1,846.66 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241886 | $4,458.00 | 9/4/18 | 24391601A-IN | 8/31/18 | $4,458.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242577 | $1,358.21 | 9/10/18 | 24445313A-IN | 9/10/18 | $1,358.21 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242748 | $1,715.91 | 9/11/18 | 24283357A-IN | 9/10/18 | $1,715.91 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244479 | $848.86 | 9/24/18 | 24045313A-IN | 9/24/18 | $848.86 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246753 | $4,210.30 | 10/8/18 | 24351977A-IN | 10/5/18 | $3,573.05 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246753 | $4,210.30 | 10/8/18 | 24446411A-IN | 10/6/18 | $637.25 |

Totals:    11 transfer(s),    $26,643.59