| Defendant: | **Westrock Mechanical Corp.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981026 | $1,718.00 | 7/18/18 | 22819 | 5/7/18 | $1,718.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984376 | $11,745.80 | 7/25/18 | 21339 | 7/10/17 | $3,438.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984376 | $11,745.80 | 7/25/18 | 22847 | 5/11/18 | $1,583.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984376 | $11,745.80 | 7/25/18 | 22855 | 5/14/18 | $1,621.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984376 | $11,745.80 | 7/25/18 | 22856 | 5/14/18 | $910.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984376 | $11,745.80 | 7/25/18 | 22892 | 5/16/18 | $2,290.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984376 | $11,745.80 | 7/25/18 | 22894 | 5/16/18 | $995.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984376 | $11,745.80 | 7/25/18 | 22893 | 5/16/18 | $470.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984376 | $11,745.80 | 7/25/18 | 22891 | 5/16/18 | $435.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995540 | $11,554.00 | 8/17/18 | 21228A | 6/19/17 | $4,173.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995540 | $11,554.00 | 8/17/18 | 22949 | 5/29/18 | $1,742.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995540 | $11,554.00 | 8/17/18 | 22951 | 5/29/18 | $434.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995540 | $11,554.00 | 8/17/18 | 23027 | 6/1/18 | $644.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995540 | $11,554.00 | 8/17/18 | 23034 | 6/6/18 | $7,672.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995540 | $11,554.00 | 8/17/18 | 23035 | 6/6/18 | $1,060.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995540 | $11,554.00 | 8/17/18 | 21228CR | 6/19/18 | -$4,173.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998914 | $4,173.66 | 8/28/18 | 21228AA | 6/19/17 | $4,173.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002413 | $435.50 | 9/4/18 | 23133 | 6/14/18 | $435.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013383 | $2,124.42 | 9/25/18 | 23234 | 7/5/18 | $1,423.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013383 | $2,124.42 | 9/25/18 | 23235 | 7/5/18 | $701.19 |

**Totals:** **6 transfer(s), $31,751.38**