Defendant: **Window Right Brothers LLC**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233901 | $2,175.50 | 7/19/18 | 23795862A-IN | 7/18/18 | $1,825.41 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233901 | $2,175.50 | 7/19/18 | 23795862A-IN | 7/18/18 | $350.09 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234740 | $2,145.37 | 7/24/18 | 23534039B-IN | 7/24/18 | $2,145.37 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235935 | $2,163.92 | 7/31/18 | 24084893A-IN | 7/31/18 | $1,091.03 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235935 | $2,163.92 | 7/31/18 | 24046538A-IN | 7/31/18 | $1,072.89 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236222 | $671.60 | 8/1/18 | 23723959A-IN | 7/31/18 | $671.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236726 | $1,191.58 | 8/3/18 | 23832992A-IN | 8/3/18 | $1,191.58 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237027 | $995.91 | 8/6/18 | 23907386A-IN | 8/4/18 | $995.91 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238132 | $3,919.78 | 8/13/18 | 23910979A-IN | 8/10/18 | $3,919.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241223 | $1,515.62 | 8/31/18 | 24092951A-IN | 8/31/18 | $1,204.37 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241223 | $1,515.62 | 8/31/18 | 23534039B-IN | 8/31/18 | $311.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242086 | $1,409.92 | 9/6/18 | 17458923D-IN | 9/5/18 | $616.37 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242086 | $1,409.92 | 9/6/18 | 23687921A-IN | 9/5/18 | $354.55 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242086 | $1,409.92 | 9/6/18 | 24200384A-IN | 9/6/18 | $439.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242225 | $507.78 | 9/7/18 | 24092951A-IN | 8/31/18 | $507.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242598 | $1,049.00 | 9/11/18 | 24071111A-IN | 9/11/18 | $1,049.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243749 | $1,158.35 | 9/19/18 | 24071111A-IN | 9/19/18 | $1,158.35 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245132 | $737.54 | 9/28/18 | 24326384A-IN | 9/27/18 | $737.54 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246168 | $570.95 | 10/5/18 | 23622240A-IN | 10/4/18 | $570.95 |

Totals:    14 transfer(s),   $20,212.82