Defendant: **Winplus North America Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96042 | $17,275.31 | 7/26/18 | 0000115703 | 5/22/18 | $9,838.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96042 | $17,275.31 | 7/26/18 | 0000115700 | 5/22/18 | $4,823.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96042 | $17,275.31 | 7/26/18 | 0000115702 | 5/22/18 | $3,931.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96042 | $17,275.31 | 7/26/18 | 0000115701 | 5/22/18 | $3,687.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96042 | $17,275.31 | 7/26/18 | 0000509083 | 7/10/18 | -$4,755.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96042 | $17,275.31 | 7/26/18 | 0000715015 | 7/13/18 | -$250.00 |

Totals:    1 transfer(s),  $17,275.31