Defendant: **Woodstream Corporation**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780994242 | $208.64 | 8/16/18 | 6263635000-1 | 5/22/18 | $29.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994242 | $208.64 | 8/16/18 | 6250535000-1 | 5/22/18 | $12.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994242 | $208.64 | 8/16/18 | 6268155000-1 | 5/22/18 | $8.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994242 | $208.64 | 8/16/18 | 4333090 | 5/26/18 | $172.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994242 | $208.64 | 8/16/18 | 4336297 | 5/30/18 | $76.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994242 | $208.64 | 8/16/18 | 6375555000-1 | 5/30/18 | $53.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994242 | $208.64 | 8/16/18 | 3798023137 | 6/24/18 | -$2.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994242 | $208.64 | 8/16/18 | 3256016579 | 6/26/18 | -$5.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994242 | $208.64 | 8/16/18 | 3963028286 | 7/6/18 | -$2.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994242 | $208.64 | 8/16/18 | 9354021355 | 7/6/18 | -$5.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994242 | $208.64 | 8/16/18 | 8361AD070818AN8 | 7/6/18 | -$18.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994242 | $208.64 | 8/16/18 | 7042013293 | 7/9/18 | -$2.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994242 | $208.64 | 8/16/18 | 3361017018 | 7/10/18 | -$4.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994242 | $208.64 | 8/16/18 | 3368066858 | 7/11/18 | -$2.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994242 | $208.64 | 8/16/18 | 7223068957 | 7/11/18 | -$5.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994242 | $208.64 | 8/16/18 | 8361AD071518AM7 | 7/13/18 | -$16.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994242 | $208.64 | 8/16/18 | 7653036412 | 7/18/18 | -$2.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994242 | $208.64 | 8/16/18 | 3678037683 | 7/18/18 | -$4.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994242 | $208.64 | 8/16/18 | 3056031042 | 7/19/18 | -$3.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994242 | $208.64 | 8/16/18 | 3368066885 | 7/20/18 | -$2.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994242 | $208.64 | 8/16/18 | 7619052196 | 7/20/18 | -$4.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994242 | $208.64 | 8/16/18 | 8361AD072218AN2 | 7/20/18 | -$22.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994242 | $208.64 | 8/16/18 | 3368066890 | 7/23/18 | -$2.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994242 | $208.64 | 8/16/18 | 8361AD072918AN2 | 7/27/18 | -$25.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994242 | $208.64 | 8/16/18 | 4170019087 | 7/29/18 | -$2.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994242 | $208.64 | 8/16/18 | 7756014264 | 7/30/18 | -$5.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995567 | $144.48 | 8/17/18 | 4340416 | 6/1/18 | $115.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995567 | $144.48 | 8/17/18 | 4340417 | 6/1/18 | $28.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996198 | $343.21 | 8/20/18 | 4333091 | 5/26/18 | $126.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996198 | $343.21 | 8/20/18 | 4333092 | 5/26/18 | $44.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996198 | $343.21 | 8/20/18 | 4341814 | 6/2/18 | $200.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996198 | $343.21 | 8/20/18 | 4341815 | 6/2/18 | $37.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996198 | $343.21 | 8/20/18 | 6424235000-1 | 6/4/18 | $4.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996198 | $343.21 | 8/20/18 | 8361AD080518AO8 | 8/3/18 | -$71.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996813 | $1,473.56 | 8/21/18 | 4341830 | 6/2/18 | $1,456.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996813 | $1,473.56 | 8/21/18 | 6459415000-1 | 6/5/18 | $17.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997549 | $1,793.13 | 8/22/18 | 4344166 | 6/5/18 | $687.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997549 | $1,793.13 | 8/22/18 | 4344164 | 6/5/18 | $627.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997549 | $1,793.13 | 8/22/18 | 4344167 | 6/5/18 | $178.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997549 | $1,793.13 | 8/22/18 | 4344163 | 6/5/18 | $154.44 |

18-23538-shl    Doc 7091-1    Filed 02/04/20    Entered 02/04/20 03:39:36    Exhibit A
Pg 2 of 3

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780997549 | $1,793.13 | 8/22/18 | 6461045000-1 | 6/6/18 | $107.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997549 | $1,793.13 | 8/22/18 | 6466185000-1 | 6/6/18 | $29.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997549 | $1,793.13 | 8/22/18 | 6457955000-1 | 6/6/18 | $8.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997549 | $1,793.13 | 8/22/18 | 6457955000-2 | 6/6/18 | $8.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997549 | $1,793.13 | 8/22/18 | 9420055237 | 8/3/18 | -$5.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997549 | $1,793.13 | 8/22/18 | 3882064611 | 8/7/18 | -$3.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998194 | $36.24 | 8/23/18 | 6440935000-1 | 6/7/18 | $41.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998194 | $36.24 | 8/23/18 | 4304017240 | 8/8/18 | -$5.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999513 | $2,120.93 | 8/29/18 | 4348824 | 6/8/18 | $1,102.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999513 | $2,120.93 | 8/29/18 | 4348825 | 6/8/18 | $146.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999513 | $2,120.93 | 8/29/18 | 4348823 | 6/8/18 | $89.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999513 | $2,120.93 | 8/29/18 | 4349740 | 6/9/18 | $658.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999513 | $2,120.93 | 8/29/18 | 4349741 | 6/9/18 | $82.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999513 | $2,120.93 | 8/29/18 | 6494865000-1 | 6/11/18 | $53.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999513 | $2,120.93 | 8/29/18 | 8361AD081218AL2 | 8/10/18 | -$12.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000160 | $1,210.46 | 8/30/18 | 4348822 | 6/8/18 | $1,210.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000967 | $65.33 | 8/31/18 | 6545185000-1 | 6/13/18 | $60.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000967 | $65.33 | 8/31/18 | 6547985000-1 | 6/13/18 | $4.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002438 | $2.02 | 9/4/18 | 6572815000-1 | 6/15/18 | $4.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002438 | $2.02 | 9/4/18 | 9608014798 | 8/16/18 | -$2.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003047 | $18.08 | 9/5/18 | 4356490 | 6/15/18 | $25.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003047 | $18.08 | 9/5/18 | 9608014801 | 8/17/18 | -$2.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003047 | $18.08 | 9/5/18 | 8361AD081918AI7 | 8/17/18 | -$4.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003636 | $514.14 | 9/6/18 | 4353343 | 6/13/18 | $259.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003636 | $514.14 | 9/6/18 | 4360646 | 6/19/18 | $102.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003636 | $514.14 | 9/6/18 | 4360649 | 6/19/18 | $102.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003636 | $514.14 | 9/6/18 | 4360645 | 6/19/18 | $28.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003636 | $514.14 | 9/6/18 | 4360644 | 6/19/18 | $24.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003636 | $514.14 | 9/6/18 | 3174016258 | 8/19/18 | -$2.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005089 | $320.64 | 9/10/18 | 4362665 | 6/20/18 | $320.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006421 | $475.85 | 9/12/18 | 4362664 | 6/20/18 | $465.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006421 | $475.85 | 9/12/18 | 4362708 | 6/20/18 | $49.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006421 | $475.85 | 9/12/18 | 8361AD082618AQ3 | 8/24/18 | -$38.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007089 | $751.02 | 9/13/18 | 4360141 | 6/19/18 | $102.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007089 | $751.02 | 9/13/18 | 4366296 | 6/22/18 | $77.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007089 | $751.02 | 9/13/18 | 4367266 | 6/23/18 | $25.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007089 | $751.02 | 9/13/18 | 4369800 | 6/26/18 | $191.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007089 | $751.02 | 9/13/18 | 4369798 | 6/26/18 | $159.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007089 | $751.02 | 9/13/18 | 4369799 | 6/26/18 | $136.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007089 | $751.02 | 9/13/18 | 4369801 | 6/26/18 | $57.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007897 | $1,147.92 | 9/14/18 | 4360647 | 6/19/18 | $312.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007897 | $1,147.92 | 9/14/18 | 4360648 | 6/19/18 | $28.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007897 | $1,147.92 | 9/14/18 | 4369804 | 6/26/18 | $414.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007897 | $1,147.92 | 9/14/18 | 4369802 | 6/26/18 | $316.20 |

Woodstream Corporation

Bankruptcy Case: Sears Holding Corporation, et al.

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781007897 | $1,147.92 | 9/14/18 | 4369803 | 6/26/18 | $76.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010681 | $318.99 | 9/19/18 | 4374970 | 6/29/18 | $270.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010681 | $318.99 | 9/19/18 | 4374971 | 6/29/18 | $44.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010681 | $318.99 | 9/19/18 | 4374968 | 6/29/18 | $9.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010681 | $318.99 | 9/19/18 | 6761365000-1 | 7/2/18 | $20.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010681 | $318.99 | 9/19/18 | 7616017496 | 8/28/18 | -$10.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010681 | $318.99 | 9/19/18 | 8361AD090218AO6 | 8/31/18 | -$16.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011339 | $176.53 | 9/20/18 | 4374955 | 6/29/18 | $175.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011339 | $176.53 | 9/20/18 | 6776525000-1 | 7/3/18 | $4.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011339 | $176.53 | 9/20/18 | 7192034949 | 8/30/18 | -$2.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012667 | $3,220.46 | 9/24/18 | 4374969 | 6/29/18 | $698.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012667 | $3,220.46 | 9/24/18 | 4376063 | 6/30/18 | $683.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012667 | $3,220.46 | 9/24/18 | 4376062 | 6/30/18 | $619.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012667 | $3,220.46 | 9/24/18 | 4378426 | 7/3/18 | $722.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012667 | $3,220.46 | 9/24/18 | 4378427 | 7/3/18 | $513.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012667 | $3,220.46 | 9/24/18 | VPOT991487645 | 9/2/18 | -$16.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014012 | $1,453.25 | 9/26/18 | 4378428 | 7/3/18 | $895.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014012 | $1,453.25 | 9/26/18 | 4378429 | 7/3/18 | $57.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014012 | $1,453.25 | 9/26/18 | 4384195 | 7/7/18 | $200.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014012 | $1,453.25 | 9/26/18 | 4384196 | 7/7/18 | $179.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014012 | $1,453.25 | 9/26/18 | 4384199 | 7/7/18 | $76.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014012 | $1,453.25 | 9/26/18 | 4384198 | 7/7/18 | $69.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014012 | $1,453.25 | 9/26/18 | 8361AD090918AN0 | 9/7/18 | -$3.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014012 | $1,453.25 | 9/26/18 | VPOT991488172 | 9/9/18 | -$22.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014651 | $365.82 | 9/27/18 | 4382678 | 7/6/18 | $126.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014651 | $365.82 | 9/27/18 | 4384197 | 7/7/18 | $175.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014651 | $365.82 | 9/27/18 | 4386109 | 7/10/18 | $35.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014651 | $365.82 | 9/27/18 | 4386110 | 7/10/18 | $28.68 |

Totals:     21 transfer(s),  $16,160.70

Woodstream Corporation

Bankruptcy Case: Sears Holding Corporation, et al.