Defendant: **Yoss Heating & Cooling LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234074 | $2,817.82 | 7/19/18 | 24213753A-IN | 7/18/18 | $1,779.90 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234074 | $2,817.82 | 7/19/18 | 11861370D-IN | 7/18/18 | $1,037.92 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234604 | $3,246.72 | 7/23/18 | 24161742A-IN | 7/20/18 | $2,030.10 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234604 | $3,246.72 | 7/23/18 | 24124083A-IN | 7/20/18 | $1,216.62 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234869 | $1,476.57 | 7/24/18 | 24182635A-IN | 7/24/18 | $1,101.57 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234869 | $1,476.57 | 7/24/18 | 23267842B-IN | 7/24/18 | $375.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235124 | $1,210.22 | 7/25/18 | 24265822A-IN | 7/24/18 | $1,210.22 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235334 | $941.76 | 7/26/18 | 24294812A-IN | 7/25/18 | $941.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235558 | $1,367.68 | 7/27/18 | 24286396A-IN | 7/27/18 | $1,367.68 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236071 | $676.00 | 7/31/18 | 23087930C-IN | 7/30/18 | $676.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236568 | $150.24 | 8/2/18 | 24341000A-IN | 8/2/18 | $150.24 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237239 | $2,681.76 | 8/6/18 | 24199138A-IN | 8/4/18 | $2,681.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237873 | $2,003.16 | 8/9/18 | 24341000A-IN | 8/8/18 | $2,003.16 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240560 | $812.74 | 8/28/18 | 24376558A-IN | 8/27/18 | $812.74 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243434 | $2,444.42 | 9/17/18 | 24530619A-IN | 9/14/18 | $1,614.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243434 | $2,444.42 | 9/17/18 | 24434375A-IN | 9/14/18 | $830.34 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243617 | $1,018.32 | 9/18/18 | 24544730A-IN | 9/17/18 | $1,018.32 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245237 | $1,070.86 | 9/28/18 | 24544662A-IN | 9/28/18 | $1,070.86 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245473 | $1,460.52 | 10/1/18 | 24590077A-IN | 9/28/18 | $1,031.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245473 | $1,460.52 | 10/1/18 | 24486124A-IN | 9/28/18 | $429.40 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245883 | $815.34 | 10/3/18 | 24633900A-IN | 10/3/18 | $815.34 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246624 | $1,063.04 | 10/8/18 | 24628361A-IN | 10/5/18 | $1,063.04 |

Totals:     17 transfer(s),  $25,257.17