| | |
|---|---|
| Defendant: | **Yuwen Lee, O.D., Optometric Professional Corporation** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987070 | $1,444.00 | 7/23/18 | EGY218181976218 | 7/16/18 | $1,444.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990559 | $2,820.00 | 7/30/18 | EGY218182046218 | 7/23/18 | $2,820.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994248 | $1,634.00 | 8/6/18 | EGY218182116218 | 7/30/18 | $1,634.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998200 | $2,542.00 | 8/13/18 | EGY218182186218 | 8/6/18 | $2,542.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001647 | $1,812.00 | 8/20/18 | EGY218182256218 | 8/13/18 | $1,812.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005092 | $1,988.00 | 8/27/18 | EGY218182326218 | 8/20/18 | $1,988.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008653 | $1,583.00 | 9/3/18 | EGY218182396218 | 8/27/18 | $1,583.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012670 | $1,631.00 | 9/10/18 | EGY218182466218 | 9/3/18 | $1,631.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016054 | $1,232.00 | 9/17/18 | EGY218182536218 | 9/10/18 | $1,232.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019529 | $1,302.00 | 9/24/18 | EGY218182606218 | 9/17/18 | $1,302.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023093 | $1,288.00 | 10/1/18 | EGY218182676218 | 9/24/18 | $1,288.00 |

Totals:    11 transfer(s),  $19,276.00

Yuwen Lee, O.D., Optometric Professional Corporation
Bankruptcy Case: Sears Holding Corporation, et al.

February 1, 2020                                                Exhibit A                                                P. 1