Defendant: **Zircon Corporation**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02313 | $17,852.33 | 8/7/18 | 0000772030 | 6/1/18 | $6,500.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02313 | $17,852.33 | 8/7/18 | 0000772032 | 6/1/18 | $4,129.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02313 | $17,852.33 | 8/7/18 | 0000772029 | 6/1/18 | $3,325.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02313 | $17,852.33 | 8/7/18 | 0000772031 | 6/1/18 | $2,976.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02313 | $17,852.33 | 8/7/18 | 0000772028 | 6/1/18 | $1,620.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02313 | $17,852.33 | 8/7/18 | 0000414800 | 6/27/18 | -$401.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02313 | $17,852.33 | 8/7/18 | 0000509025 | 7/10/18 | -$757.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02313 | $17,852.33 | 8/7/18 | 0000909050 | 7/13/18 | $461.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12333 | $2,048.87 | 8/24/18 | 0000772488 | 6/18/18 | $1,518.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12333 | $2,048.87 | 8/24/18 | 0000772485 | 6/18/18 | $1,372.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12333 | $2,048.87 | 8/24/18 | 0000772487 | 6/18/18 | $829.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12333 | $2,048.87 | 8/24/18 | 0000772486 | 6/18/18 | $816.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12333 | $2,048.87 | 8/24/18 | 0000772484 | 6/18/18 | $255.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12333 | $2,048.87 | 8/24/18 | 0000604458 | 8/9/18 | -$2,175.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12333 | $2,048.87 | 8/24/18 | 0000445991 | 8/16/18 | -$565.91 |

Totals:    2 transfer(s),  $19,901.20