Defendant: **Zuckerfan Limited**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90763 | $3,327.80 | 7/18/18 | 000007NSI9 | 7/5/18 | $475.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90763 | $3,327.80 | 7/18/18 | 000007NSIA | 7/5/18 | $475.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90763 | $3,327.80 | 7/18/18 | 000007NSIB | 7/5/18 | $475.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90763 | $3,327.80 | 7/18/18 | 000007NSIC | 7/5/18 | $475.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90763 | $3,327.80 | 7/18/18 | 000007NSID | 7/5/18 | $475.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90763 | $3,327.80 | 7/18/18 | 000007NSIE | 7/5/18 | $475.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90763 | $3,327.80 | 7/18/18 | 000007NSIF | 7/5/18 | $475.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90763 | $3,327.80 | 7/18/18 | 000007NSIG | 7/5/18 | $475.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90763 | $3,327.80 | 7/18/18 | 0000023999 | 7/14/18 | -$475.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93243 | $2,360.89 | 7/23/18 | 000007NX39 | 7/8/18 | $475.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93243 | $2,360.89 | 7/23/18 | 000007NX3A | 7/8/18 | $475.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93243 | $2,360.89 | 7/23/18 | 000007NX3B | 7/8/18 | $475.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93243 | $2,360.89 | 7/23/18 | 000007O26J | 7/9/18 | $475.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93243 | $2,360.89 | 7/23/18 | 000007O26K | 7/9/18 | $475.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93243 | $2,360.89 | 7/23/18 | 000007O0JR | 7/9/18 | $156.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93243 | $2,360.89 | 7/23/18 | 000007O0JQ | 7/9/18 | $14.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93243 | $2,360.89 | 7/23/18 | 000007O62I | 7/10/18 | $475.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93243 | $2,360.89 | 7/23/18 | 000007O5GW | 7/10/18 | $13.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93243 | $2,360.89 | 7/23/18 | 0000590349 | 7/16/18 | -$200.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93243 | $2,360.89 | 7/23/18 | 0000590358 | 7/16/18 | -$200.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93243 | $2,360.89 | 7/23/18 | 0000590357 | 7/16/18 | -$275.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97291 | $5,773.19 | 7/30/18 | 000007O6RP | 7/11/18 | $19.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97291 | $5,773.19 | 7/30/18 | 000007O84Z | 7/11/18 | $15.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97291 | $5,773.19 | 7/30/18 | 000007O9YE | 7/12/18 | $475.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97291 | $5,773.19 | 7/30/18 | 000007OC9J | 7/12/18 | $8.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97291 | $5,773.19 | 7/30/18 | 000007OC9I | 7/12/18 | $6.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97291 | $5,773.19 | 7/30/18 | 000007ODJ3 | 7/13/18 | $9.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97291 | $5,773.19 | 7/30/18 | 000007OGT0 | 7/15/18 | $475.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97291 | $5,773.19 | 7/30/18 | 000007OGT5 | 7/15/18 | $475.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97291 | $5,773.19 | 7/30/18 | 000007OGT4 | 7/15/18 | $475.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97291 | $5,773.19 | 7/30/18 | 000007OGT3 | 7/15/18 | $475.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97291 | $5,773.19 | 7/30/18 | 000007OGT1 | 7/15/18 | $475.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97291 | $5,773.19 | 7/30/18 | 000007OGSZ | 7/15/18 | $475.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97291 | $5,773.19 | 7/30/18 | 000007OGSY | 7/15/18 | $475.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97291 | $5,773.19 | 7/30/18 | 000007OGSX | 7/15/18 | $475.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97291 | $5,773.19 | 7/30/18 | 000007OGSW | 7/15/18 | $475.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97291 | $5,773.19 | 7/30/18 | 000007OGT2 | 7/15/18 | $475.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97291 | $5,773.19 | 7/30/18 | 000007OGT6 | 7/15/18 | $31.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97291 | $5,773.19 | 7/30/18 | 000007OG2W | 7/15/18 | $9.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97291 | $5,773.19 | 7/30/18 | 000007OLTN | 7/16/18 | $475.40 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97291 | $5,773.19 | 7/30/18 | 000007OLTL | 7/16/18 | $475.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97291 | $5,773.19 | 7/30/18 | 000007OLTM | 7/16/18 | $475.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97291 | $5,773.19 | 7/30/18 | 0000590684 | 7/17/18 | -$200.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97291 | $5,773.19 | 7/30/18 | 0000590683 | 7/17/18 | -$275.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97291 | $5,773.19 | 7/30/18 | 0000591318 | 7/18/18 | -$31.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97291 | $5,773.19 | 7/30/18 | 0000591969 | 7/20/18 | -$200.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97291 | $5,773.19 | 7/30/18 | 0000591968 | 7/20/18 | -$275.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98228 | $1,457.99 | 7/31/18 | 000007OSYV | 7/18/18 | $475.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98228 | $1,457.99 | 7/31/18 | 000007OQIZ | 7/18/18 | $475.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98228 | $1,457.99 | 7/31/18 | 000007OQIX | 7/18/18 | $475.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98228 | $1,457.99 | 7/31/18 | 000007OQIY | 7/18/18 | $31.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98904 | $3,828.34 | 8/1/18 | 000007OVDU | 7/19/18 | $475.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98904 | $3,828.34 | 8/1/18 | 000007OVDX | 7/19/18 | $475.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98904 | $3,828.34 | 8/1/18 | 000007OVDY | 7/19/18 | $475.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98904 | $3,828.34 | 8/1/18 | 000007OVDV | 7/19/18 | $475.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98904 | $3,828.34 | 8/1/18 | 000007OVDS | 7/19/18 | $475.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98904 | $3,828.34 | 8/1/18 | 000007OTPD | 7/19/18 | $475.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98904 | $3,828.34 | 8/1/18 | 000007OVDW | 7/19/18 | $475.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98904 | $3,828.34 | 8/1/18 | 000007OVDT | 7/19/18 | $475.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98904 | $3,828.34 | 8/1/18 | 000007OTGB | 7/19/18 | $16.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98904 | $3,828.34 | 8/1/18 | 000007OUN7 | 7/19/18 | $9.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99710 | $33.43 | 8/2/18 | 000007OWNL | 7/20/18 | $13.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99710 | $33.43 | 8/2/18 | 000007OXXJ | 7/20/18 | $10.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99710 | $33.43 | 8/2/18 | 000007OXQM | 7/20/18 | $9.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01226 | $1,042.18 | 8/6/18 | 000007P2GN | 7/23/18 | $132.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01226 | $1,042.18 | 8/6/18 | 000007P346 | 7/23/18 | $12.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01226 | $1,042.18 | 8/6/18 | 000007P788 | 7/24/18 | $475.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01226 | $1,042.18 | 8/6/18 | 000007P789 | 7/24/18 | $475.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01226 | $1,042.18 | 8/6/18 | 0000595754 | 8/1/18 | -$13.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01226 | $1,042.18 | 8/6/18 | 0000480638 | 8/1/18 | -$39.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02082 | $466.06 | 8/7/18 | 000007PAXZ | 7/25/18 | $475.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02082 | $466.06 | 8/7/18 | 000007P8H1 | 7/25/18 | $7.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02082 | $466.06 | 8/7/18 | 0000596453 | 8/2/18 | -$16.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02776 | $20.71 | 8/8/18 | 000007PDMS | 7/26/18 | $13.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02776 | $20.71 | 8/8/18 | 000007PDJA | 7/26/18 | $7.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05076 | $521.66 | 8/13/18 | 000007PHNW | 7/29/18 | $1,203.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05076 | $521.66 | 8/13/18 | 000007PHX4 | 7/30/18 | $7.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05076 | $521.66 | 8/13/18 | 000007PPUB | 7/31/18 | $13.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05076 | $521.66 | 8/13/18 | 0000597173 | 8/6/18 | -$32.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05076 | $521.66 | 8/13/18 | 0000597169 | 8/6/18 | -$165.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05076 | $521.66 | 8/13/18 | 0000597052 | 8/6/18 | -$504.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09079 | $500.40 | 8/20/18 | 000007PSPI | 8/1/18 | $16.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09079 | $500.40 | 8/20/18 | 000007PRYK | 8/1/18 | $5.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09079 | $500.40 | 8/20/18 | 000007PUSE | 8/2/18 | $5.68 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09079 | $500.40 | 8/20/18 | 000007Q04U | 8/5/18 | $504.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09079 | $500.40 | 8/20/18 | 000007Q08T | 8/5/18 | $165.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09079 | $500.40 | 8/20/18 | 000007Q07Z | 8/5/18 | $32.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09079 | $500.40 | 8/20/18 | 000007Q0ZR | 8/6/18 | $36.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09079 | $500.40 | 8/20/18 | 000007Q94E | 8/7/18 | $34.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09079 | $500.40 | 8/20/18 | 0000598048 | 8/8/18 | -$34.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09079 | $500.40 | 8/20/18 | 0000598713 | 8/10/18 | -$251.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09079 | $500.40 | 8/20/18 | 0000600278 | 8/15/18 | -$13.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10758 | $642.56 | 8/22/18 | 000007QEJI | 8/9/18 | $455.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10758 | $642.56 | 8/22/18 | 000007QF2T | 8/9/18 | $251.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10758 | $642.56 | 8/22/18 | 0000601133 | 8/17/18 | -$63.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12100 | $0.67 | 8/24/18 | 000007QFP1 | 8/10/18 | $18.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12100 | $0.67 | 8/24/18 | 000007QGB6 | 8/10/18 | $7.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12100 | $0.67 | 8/24/18 | 000007QI0B | 8/11/18 | $30.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12100 | $0.67 | 8/24/18 | 0000601713 | 8/20/18 | -$8.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12100 | $0.67 | 8/24/18 | 0000601714 | 8/20/18 | -$14.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12100 | $0.67 | 8/24/18 | 0000601715 | 8/20/18 | -$32.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13114 | $473.89 | 8/27/18 | 000007QQXQ | 8/14/18 | $460.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13114 | $473.89 | 8/27/18 | 000007QTD0 | 8/14/18 | $13.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14026 | $1,001.78 | 8/28/18 | 000007QUYS | 8/15/18 | $460.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14026 | $1,001.78 | 8/28/18 | 000007QUYT | 8/15/18 | $460.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14026 | $1,001.78 | 8/28/18 | 000007QWV5 | 8/15/18 | $71.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14026 | $1,001.78 | 8/28/18 | 000007QVEA | 8/15/18 | $9.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14797 | $1,025.97 | 8/29/18 | 000007QXRJ | 8/16/18 | $460.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14797 | $1,025.97 | 8/29/18 | 000007QXXQ | 8/16/18 | $460.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14797 | $1,025.97 | 8/29/18 | 000007QZJ8 | 8/16/18 | $75.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14797 | $1,025.97 | 8/29/18 | 000007QX2I | 8/16/18 | $30.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15584 | $453.25 | 8/30/18 | 000007R0AM | 8/17/18 | $453.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16146 | $40.21 | 8/31/18 | 000007R2HU | 8/18/18 | $31.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16146 | $40.21 | 8/31/18 | 000007R2HV | 8/18/18 | $9.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17118 | $3,266.36 | 9/4/18 | 000007R30Z | 8/19/18 | $453.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17118 | $3,266.36 | 9/4/18 | 000007R6KF | 8/20/18 | $453.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17118 | $3,266.36 | 9/4/18 | 000007R5RK | 8/20/18 | $453.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17118 | $3,266.36 | 9/4/18 | 000007R57R | 8/20/18 | $32.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17118 | $3,266.36 | 9/4/18 | 000007R79Q | 8/20/18 | $31.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17118 | $3,266.36 | 9/4/18 | 000007R57S | 8/20/18 | $14.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17118 | $3,266.36 | 9/4/18 | 000007R57Q | 8/20/18 | $8.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17118 | $3,266.36 | 9/4/18 | 000007R5RJ | 8/20/18 | $6.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17118 | $3,266.36 | 9/4/18 | 000007RB4J | 8/21/18 | $453.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17118 | $3,266.36 | 9/4/18 | 000007RB4H | 8/21/18 | $453.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17118 | $3,266.36 | 9/4/18 | 000007RB4I | 8/21/18 | $453.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17118 | $3,266.36 | 9/4/18 | 000007RDQD | 8/22/18 | $453.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18816 | $1,766.16 | 9/6/18 | 000007RGFZ | 8/23/18 | $453.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18816 | $1,766.16 | 9/6/18 | 000007RIVK | 8/24/18 | $453.25 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18816 | $1,766.16 | 9/6/18 | 000007RJ9F | 8/24/18 | $453.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18816 | $1,766.16 | 9/6/18 | 000007RJ9G | 8/24/18 | $453.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18816 | $1,766.16 | 9/6/18 | 000007RJ9H | 8/24/18 | $453.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18816 | $1,766.16 | 9/6/18 | 0000605240 | 8/31/18 | -$200.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18816 | $1,766.16 | 9/6/18 | 0000605239 | 8/31/18 | -$260.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18816 | $1,766.16 | 9/6/18 | 0000480641 | 9/1/18 | -$39.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20076 | $4,994.75 | 9/10/18 | 000007RLQ7 | 8/26/18 | $9.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20076 | $4,994.75 | 9/10/18 | 000007RPBP | 8/27/18 | $453.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20076 | $4,994.75 | 9/10/18 | 000007RQCL | 8/27/18 | $453.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20076 | $4,994.75 | 9/10/18 | 000007RPBO | 8/27/18 | $453.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20076 | $4,994.75 | 9/10/18 | 000007RQCK | 8/27/18 | $453.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20076 | $4,994.75 | 9/10/18 | 000007RPBQ | 8/27/18 | $453.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20076 | $4,994.75 | 9/10/18 | 000007RSYT | 8/28/18 | $453.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20076 | $4,994.75 | 9/10/18 | 000007RT6X | 8/28/18 | $453.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20076 | $4,994.75 | 9/10/18 | 000007RSJY | 8/28/18 | $453.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20076 | $4,994.75 | 9/10/18 | 000007RSJX | 8/28/18 | $453.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20076 | $4,994.75 | 9/10/18 | 000007RSJW | 8/28/18 | $453.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20076 | $4,994.75 | 9/10/18 | 000007RSJV | 8/28/18 | $453.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20921 | $1,421.29 | 9/11/18 | 000007RW9P | 8/29/18 | $453.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20921 | $1,421.29 | 9/11/18 | 000007RW9Q | 8/29/18 | $453.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20921 | $1,421.29 | 9/11/18 | 000007RW9R | 8/29/18 | $453.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20921 | $1,421.29 | 9/11/18 | 000007RX1G | 8/29/18 | $453.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20921 | $1,421.29 | 9/11/18 | 000007RW9O | 8/29/18 | $6.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20921 | $1,421.29 | 9/11/18 | 0000606916 | 9/6/18 | -$381.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20921 | $1,421.29 | 9/11/18 | 0000607149 | 9/7/18 | -$16.14 |

Totals:    22 transfer(s),  $34,419.54

Zuckerfan Limited

Bankruptcy Case: Sears Holding Corporation, et al.