Defendant: **Revimedia, Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742111 | $6,416.00 | 7/26/18 | 9166-IN | 6/30/18 | $6,416.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742843 | $362.00 | 9/4/18 | 8155-IN | 2/28/18 | $362.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743375 | $14,182.00 | 9/27/18 | 9403-IN | 7/31/18 | $14,182.00 |

Totals:    3 transfer(s),    $20,960.00