Deloitte Transactions and Business Analytics LLP
2200 Ross Avenue, Suite 1600
Dallas, Texas 75201-6778
Telephone: 214-840-7383
John W. Little
Bankruptcy Advisor

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>　　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

**TENTH MONTHLY FEE STATEMENT OF DELOITTE TRANSACTIONS AND BUSINESS ANALYTICS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS BANKRUPTCY ADVISOR FROM AUGUST 1, 2019 THROUGH SEPTEMBER 30, 2019**

| | |
|---|---|
| Name of Applicant: | Deloitte Transactions and Business Analytics LLP |
| Retained to Provide Professional Services as: | Bankruptcy Advisor |
| Date of Retention: | Effective *Nunc Pro Tunc* to October 29, 2018 by Order entered January 22, 2019 |
| Period for which Compensation and Reimbursement is Sought: | August 1, 2019 – September 30, 2019 |

| | | |
|---|---|---|
| Professional Fees | $ | 176,051.50 |
| Less: Voluntary Reduction and Adjustments [2] | $ | - |
| **Total Amount of Fees Requested** | **$** | **176,051.50** |
| Less: 20% Holdback | $ | (35,210.30) |

---

(1) The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.
(2) The voluntary reduction relates to adjustments made at Deloitte's billing discretion.

| | |
|---|---|
| **Net Amount of Fees Requested** | **$ 140,841.20** |
| Amount of Expense Reimbursement Sought | $ - |
| **Total Amount of Fees and Expense Reimbursement Sought as Actual, Reasonable and Necessary** | **$ 140,841.20** |

This is a                                          _X_ Monthly ____ Interim ____ Final Fee Application

## PRIOR FEE APPLICATIONS FILED

| Date Filed | ECF No. | Monthly Fee Application | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|---|---|
| 02/25/19 | **2680** | First | Nov. 1 – Nov. 30, 2018 | $1,125,257.25 | $53,118.98 | $1,125,257.25 | $53,118.98 |
| 03/18/19 | **2882** | Second | Dec. 1 – Dec. 31, 2018 | $1,216,720.75 | $55,473.00 | $1,216,720.75 | $55,473.00 |
| 04/10/19 | **3130** | Third | Jan. 1 – Jan. 31, 2019 | $1,812,443.50 | $79,347.43 | $1,812,443.50 | $79,347.43 |
| 04/12/2019 | **3179** | Fourth | Feb. 1 – Feb. 28, 2019 | $1,355,431.25 | $73,906.69 | $1,355,431.25 | $73,906.69 |
| 05/31/2019 | **4093** | Fifth | Mar. 1 – Mar. 31, 2019 | $444,205.50 | $14,593.75 | $355,346.40 | $14,593.75 |
| 07/03/2019 | **4438** | Sixth | Apr. 1 – Apr. 30, 2019 | $627,355.50 | $30,990.67 | $501,884.40 | $30,990.67 |
| 08/05/2019 | **4737** | Seventh | May 1 – May 31, 2019 | $701,955.50 | $14,757.38 | $561,564.40 | $40,049.15 |
| 08/07/2019 | **4784** | Eighth | June 1 – June 30, 2019 | $405,754.25 | $14,757.38 | $324,603.40 | $14,757.38 |
| 01/30/2020 | **6805** | Ninth | July 1 – July 31, 2019 | $343,535.50 | $2,413.13 | $274,828.40 | $2,413.13 |

## CUMULATIVE TIME SUMMARY BY PROFESSIONAL

For the August Statement Period from August 1, 2019 through September 30, 2019

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Jackson, Anthony | Partner | $795.0 | 28.2 | $22,419.00 |
| Gerlach, Stephen | Senior Manager | $625.0 | 11.8 | $7,375.00 |
| Lew, Matt | Senior Manager | $625.0 | 174.0 | $108,750.00 |
| Price, Harrison | Senior Consultant | $475.0 | 22.0 | $10,450.00 |
| Bui, Tan | Consultant | $395.0 | 16.0 | $6,320.00 |
| Unwala, Marya | Consultant | $395.0 | 52.5 | $20,737.50 |
| **Fee Professionals Total** | | | **304.5** | **$176,051.50** |

| Adjustment | | | | |
|---|---|---|---|---|
| 50% Non-Working Travel Reduction | | | | - |
| Discount | | | | - |
| **Adjustment Subtotal:** | | | | - |
| **Total** | **Blended Rate:** | $578.20 | 304.5 | **$176,051.50** |

## CUMULATIVE FEES BY CATEGORY SUMMARY

For the August Statement Period from August 1, 2019 through September 30, 2019

| Categories | Hours | Fees |
|---|---|---|
| Contracts (Cures / Objections / Other) | 159.5 | $102,730.50 |
| Project Management and Quality Control | 56.7 | $32,573.50 |
| Monthly Fee Statement and Fee Applications Preparation | 54.2 | $22,707.00 |
| Claims Analysis | 34.1 | $18,040.50 |
| **Fees Category Subtotal:** | **304.5** | **$176,051.50** |

| Adjustment | | | | |
|---|---|---|---|---|
| 50% Non-Working Travel Reduction | | | | - |
| Discount | | | | - |
| **Adjustment Subtotal:** | | | | - |
| **Total** | **Blended Rate:** | $578.20 | 304.5 | **$176,051.50** |

Dated:  January 31, 2020
Dallas, Texas

Respectfully submitted,

Deloitte Transactions and Business
Analytics LLP
2200 Ross Avenue, Suite 1600
Dallas, Texas 75201-6778
Telephone:  214-840-7383
John W. Little
DEBTORS' ADVISOR

[*Remainder of Page Intentionally Left Blank.*]

**<u>EXHIBIT A</u>**

**PROFESSIONAL SERVICES TIME DETAIL FOR THE AUGUST AND SEPTEMBER
STATEMENT PERIOD**

**AUGUST 1, 2019 THROUGH SEPTEMBER 30, 2019**

**Deloitte Transactions and Business Analytics LLP**
**SEARS AUGUST & SEPTEMBER TIME DETAIL**

*Fee Detail by Category, Work Date, Professional*

| Professional | Level | Category | Description | Work Date | Hours | Rate | Billable Amount |
|---|---|---|---|---|---|---|---|
| Bui, Tan | Consultant | Claims Analysis | Reviewed food service vendor reconciliation claim. | 8/1/2019 | 1.6 | $ 395.00 | $ 632.00 |
| Bui, Tan | Consultant | Claims Analysis | Reviewed textile vendor reconciliation claim. | 8/1/2019 | 1.0 | $ 395.00 | $ 395.00 |
| Bui, Tan | Consultant | Claims Analysis | Reviewed cosmetics vendor reconciliation claim. | 8/1/2019 | 0.6 | $ 395.00 | $ 237.00 |
| Bui, Tan | Consultant | Claims Analysis | Reviewed apparel vendor reconciliation claim. | 8/1/2019 | 0.8 | $ 395.00 | $ 316.00 |
| Bui, Tan | Consultant | Claims Analysis | Reviewed women's apparel vendor reconciliation claim. | 8/1/2019 | 0.7 | $ 395.00 | $ 276.50 |
| Bui, Tan | Consultant | Claims Analysis | Reviewed paint vendor reconciliation claim. | 8/1/2019 | 0.8 | $ 395.00 | $ 316.00 |
| Bui, Tan | Consultant | Claims Analysis | Reviewed outdoor appliances vendor reconciliation claim. | 8/1/2019 | 0.6 | $ 395.00 | $ 237.00 |
| Bui, Tan | Consultant | Claims Analysis | Reviewed automotive vendor #1 reconciliation claim. | 8/1/2019 | 0.9 | $ 395.00 | $ 355.50 |
| Bui, Tan | Consultant | Claims Analysis | Reviewed toy vendor #1 reconciliation claim. | 8/1/2019 | 0.9 | $ 395.00 | $ 355.50 |
| Bui, Tan | Consultant | Claims Analysis | Reviewed cleaning products vendor reconciliation claim. | 8/1/2019 | 0.6 | $ 395.00 | $ 237.00 |
| Gerlach, Stephen | Senior Manager | Claims Analysis | Performed reviews of resolution categorization for 17 of 63 claims in Batch #4 (less than $50k) | 8/1/2019 | 3.7 | $ 625.00 | $ 2,312.50 |
| Gerlach, Stephen | Senior Manager | Claims Analysis | Develop checklist of Batch #4 (less than $50k) claim resolutions to be uploaded to M-III repository | 8/1/2019 | 0.7 | $ 625.00 | $ 437.50 |
| Gerlach, Stephen | Senior Manager | Claims Analysis | Performed Claim analysis for houseware vendor disaggregating resolution categorization by Claim by Debtor | 8/1/2019 | 2.4 | $ 625.00 | $ 1,500.00 |
| Gerlach, Stephen | Senior Manager | Claims Analysis | Update Deloitte and M-III claim repositories for updated claim analysis. | 8/1/2019 | 0.3 | $ 625.00 | $ 187.50 |
| Gerlach, Stephen | Senior Manager | Claims Analysis | Complete Batch #4 upload of 63 claims to M-III claims repository | 8/1/2019 | 0.3 | $ 625.00 | $ 187.50 |
| Gerlach, Stephen | Senior Manager | Claims Analysis | Correspondence with M. Korycki (M-III) regarding uploading of additional Batch #4 claims (less than $50k) to M-III repository | 8/1/2019 | 0.3 | $ 625.00 | $ 187.50 |
| Lew, Matt | Senior Manager | Claims Analysis | Review latest claims register report as of Aug-1 provided by A. Hwang (Weil) to assess the number and amount of additional claims filed asserting amounts against the debtors' classified by respective claimants as holding administrative priority. | 8/1/2019 | 2.1 | $ 625.00 | $ 1,312.50 |
| Bui, Tan | Consultant | Claims Analysis | Reviewed electronics vendor reconciliation claim. | 8/2/2019 | 0.8 | $ 395.00 | $ 316.00 |
| Bui, Tan | Consultant | Claims Analysis | Reviewed automotive vendor #2 reconciliation claim. | 8/2/2019 | 0.8 | $ 395.00 | $ 316.00 |
| Bui, Tan | Consultant | Claims Analysis | Reviewed bottle vendor reconciliation claim. | 8/2/2019 | 0.6 | $ 395.00 | $ 237.00 |
| Bui, Tan | Consultant | Claims Analysis | Reviewed toy vendor #2 reconciliation claim. | 8/2/2019 | 0.9 | $ 395.00 | $ 355.50 |
| Bui, Tan | Consultant | Claims Analysis | Reviewed puzzle vendor reconciliation claim. | 8/2/2019 | 0.6 | $ 395.00 | $ 237.00 |
| Bui, Tan | Consultant | Claims Analysis | Reviewed handbag vendor reconciliation claim. | 8/2/2019 | 0.9 | $ 395.00 | $ 355.50 |
| Bui, Tan | Consultant | Claims Analysis | Reviewed kitchenware vendor reconciliation claim. | 8/2/2019 | 0.7 | $ 395.00 | $ 276.50 |
| Bui, Tan | Consultant | Claims Analysis | Reviewed furniture vendor reconciliation claim. | 8/2/2019 | 0.8 | $ 395.00 | $ 316.00 |
| Bui, Tan | Consultant | Claims Analysis | Reviewed toy vendor #3 reconciliation claim. | 8/2/2019 | 0.7 | $ 395.00 | $ 276.50 |
| Bui, Tan | Consultant | Claims Analysis | Reviewed homeware vendor reconciliation claim. | 8/2/2019 | 0.7 | $ 395.00 | $ 276.50 |
| Gerlach, Stephen | Senior Manager | Claims Analysis | Performed reviews of resolution categorization for 8 of 63 claims in Batch #4 (less than $50k) | 8/2/2019 | 1.6 | $ 625.00 | $ 1,000.00 |
| Gerlach, Stephen | Senior Manager | Claims Analysis | Discussion with W. Murphy (M-III) regarding duplicative files for certain claims in claim repository. | 8/2/2019 | 0.5 | $ 625.00 | $ 312.50 |
| Gerlach, Stephen | Senior Manager | Claims Analysis | Perform update of apparel vendor claim analysis for resolution categorization | 8/2/2019 | 0.4 | $ 625.00 | $ 250.00 |
| Gerlach, Stephen | Senior Manager | Claims Analysis | Correspondence with W. Murphy (M-III) regarding updated claim with resolution categorization | 8/2/2019 | 0.2 | $ 625.00 | $ 125.00 |
| Gerlach, Stephen | Senior Manager | Claims Analysis | Review correspondence from W. Murphy (M-III) regarding outstanding claim for review resolution. | 8/12/2019 | 0.2 | $ 625.00 | $ 125.00 |
| Gerlach, Stephen | Senior Manager | Claims Analysis | Perform Claims Analysis for outstanding claim per W. Murphy (M-III) correspondence | 8/12/2019 | 0.9 | $ 625.00 | $ 562.50 |
| Gerlach, Stephen | Senior Manager | Claims Analysis | Discussion with W. Murphy (M-III) regarding updated claims analysis performed. | 8/12/2019 | 0.3 | $ 625.00 | $ 187.50 |
| Jackson, Anthony | Principal | Claims Analysis | Review latest claims register comparison analysis created by M. Lew (Deloitte) as of Aug-13 to assess whether data hosting supplier filed a claim against the debtors for data hosting service expenses and identified them as having administrative priority. | 8/15/2019 | 1.3 | $ 795.00 | $ 1,033.50 |
| Jackson, Anthony | Principal | Claims Analysis | Call with B. Phelan (Sears) to discuss status of executory contract review process | 8/16/2019 | 0.4 | $ 795.00 | $ 318.00 |

| Professional | Level | Category | Description | Work Date | Hours | Rate | Billable Amount |
|---|---|---|---|---|---|---|---|
| Lew, Matt | Senior Manager | Claims Analysis | Review filing by consortium of apparel vendors asserting that the amount of valid administrative claims against the estate exceed the debtors available funds to prevent a confirmation of the debtors plan of reorganization. | 8/28/2019 | 1.8 | $ 625.00 | $ 1,125.00 |
| Jackson, Anthony | Principal | Claims Analysis | Review latest claims register report as of Aug-12 provided by A. Hwang (Weil) to assess the number and amount of additional claims filed asserting amounts against the debtors' classified by respective claimants as holding administrative priority. | 8/1/2019 | 0.7 | $ 795.00 | $ 556.50 |
| Jackson, Anthony | Principal | Contracts (Cures / Objections / Other) | Review contract summary analysis prepared by M. Lew (Deloitte) between a marketplace seller and the debtors to assess if it is executory. | 8/5/2019 | 0.6 | $ 795.00 | $ 477.00 |
| Jackson, Anthony | Principal | Contracts (Cures / Objections / Other) | Review schedule showing the outstanding contracts between the debtors and temporary labor supplier to show the details of the contracts and their current status (rejected or assumed) as prepared by M. Lew (Deloitte) | 8/5/2019 | 1.9 | $ 795.00 | $ 1,510.50 |
| Jackson, Anthony | Principal | Contracts (Cures / Objections / Other) | Review summary of insurance company executory contracts prepared by M. Lew (Deloitte) in order to assess whether any premiums are due related to policies covered under those contracts. | 8/8/2019 | 1.0 | $ 795.00 | $ 795.00 |
| Jackson, Anthony | Principal | Contracts (Cures / Objections / Other) | Review summary file created by M. Lew (Deloitte) of contracts assumed for completeness for purposes of work being performed by Katten Law for preference actions. | 8/9/2019 | 1.4 | $ 795.00 | $ 1,113.00 |
| Jackson, Anthony | Principal | Contracts (Cures / Objections / Other) | Review draft summary comparison prepared by M. Lew (Deloitte) outlining the current information obtained regarding the status of the executory contract between the debtors and the data hosting technology supplier and potential next steps to resolve the disposition of the contract for the estate. | 8/14/2019 | 0.8 | $ 795.00 | $ 636.00 |
| Jackson, Anthony | Principal | Contracts (Cures / Objections / Other) | Call with M. Lew (Deloitte) to review contract between the debtors and its Mexico affiliate to assess whether it contained certain provisions related to the licensing of intellectual property (IP) that would have needed to be assumed in order for the continued use of the IP in operations. | 8/15/2019 | 0.7 | $ 795.00 | $ 556.50 |
| Jackson, Anthony | Principal | Contracts (Cures / Objections / Other) | Review analysis of 82 executory contracts created by M. Lew (Deloitte) related to suppliers of apparel and consumer goods in order to assess whether the contracts were subject to an assumption or rejection notice filed by the debtors. | 8/16/2019 | 1.1 | $ 795.00 | $ 874.50 |
| Jackson, Anthony | Principal | Contracts (Cures / Objections / Other) | Review master contracts' disposition file prepared by M. Lew (Deloitte) with any motions to assume executory contracts or withdrawals of contracts from previous assumption notices between July-17 and August-18. | 8/19/2019 | 1.5 | $ 795.00 | $ 1,192.50 |
| Jackson, Anthony | Principal | Contracts (Cures / Objections / Other) | Review consolidated file of executory contracts (with their current disposition status) for 5 recreational products suppliers prepared by M. Lew (Deloitte). | 8/21/2019 | 1.6 | $ 795.00 | $ 1,272.00 |
| Jackson, Anthony | Principal | Contracts (Cures / Objections / Other) | Review executory contract support information provided by the data hosting supplier's internal counsel related to its executory contract with the debtors for data hosting services. | 8/22/2019 | 1.4 | $ 795.00 | $ 1,113.00 |
| Jackson, Anthony | Principal | Contracts (Cures / Objections / Other) | Review list of executory contracts assumed by the debtors from analysis created by M. Lew (Deloitte) to assess which contracts to add to the Master Executory contract list. | 8/29/2019 | 0.5 | $ 795.00 | $ 397.50 |
| Jackson, Anthony | Principal | Contracts (Cures / Objections / Other) | Review Deloitte's master list of contracts that have been assumed by the Debtors to remove certain contracts that were noticed for assumption but subsequently removed based on updates by M. Lew (Deloitte) | 8/30/2019 | 0.8 | $ 795.00 | $ 636.00 |
| Jackson, Anthony | Principal | Contracts (Cures / Objections / Other) | Call with E. Gee (Sears) to discuss two contracts that were assumed by the debtors to understand the financial impact. | 8/30/2019 | 0.2 | $ 795.00 | $ 159.00 |
| Jackson, Anthony | Principal | Contracts (Cures / Objections / Other) | Compare summary analysis of contracts provided by L. Barefoot (Cleary Gottlieb) with master consolidated debtors' contracts disposition created by M. Lew (Deloitte) to identify any contracts that have already been assumed or rejected on prior notices filed by the debtors. | 9/6/2019 | 1.0 | $ 795.00 | $ 795.00 |
| Jackson, Anthony | Principal | Contracts (Cures / Objections / Other) | Review initial list of 552 contracts with no disposition as of Sept-9 (hasn't been rejected or assumed) with counterparty name, contract name, contract number, and contract description prepared by M. Lew (Deloitte) at per request of K. TumSuden (Weil). | 9/10/2019 | 0.6 | $ 795.00 | $ 477.00 |

| Professional | Level | Category | Description | Work Date | Hours | Rate | Billable Amount |
|---|---|---|---|---|---|---|---|
| Jackson, Anthony | Principal | Contracts (Cures / Objections / Other) | Review updated analysis created by M. Lew (Deloitte) of contracts noticed for assumption through September-11 based on additional revisions to prior notices per request from K. TumSuden (Weil). | 9/12/2019 | 1.3 | $ 795.00 | $ 1,033.50 |
| Jackson, Anthony | Principal | Contracts (Cures / Objections / Other) | Review schedule of insurance-related contracts created by M. Lew (Deloitte) that were pulled from the May-16 notice of rejection filings prepared by the debtors for review by M. Korycki (M-III Partners) to assess whether they have any benefit for the estate and the potential amount of premiums due on the policies. | 9/12/2019 | 0.7 | $ 795.00 | $ 556.50 |
| Jackson, Anthony | Principal | Contracts (Cures / Objections / Other) | Call with M. Lew (Deloitte) E. Gee (Sears / Transform) to discuss a Puerto Rican marketing supplier whose executory contracts are not included in the consolidated list of contracts and whether the debtors continue to operate under those agreements. | 8/21/2020 | 0.8 | $ 795.00 | $ 636.00 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Call with K. TumSuden (Weil) to discuss the status of executory contracts that remain outstanding between the debtors and an insurance company for general and real property liability. | 8/1/2019 | 1.1 | $ 625.00 | $ 687.50 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Prepare schedule showing the outstanding contracts between the debtors and insurance company related to general and real property liability policies per request of K. TumSuden (Weil). | 8/1/2019 | 2.6 | $ 625.00 | $ 1,625.00 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Call with J. Bienstock (Cole Schotz) to discuss a contract between a technology data supplier and the debtors related to the hosting of data, and current status of its disposition. | 8/1/2019 | 1.0 | $ 625.00 | $ 625.00 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Call with E. Gee (Sears / Transform) to discuss the technology data supplier contract and whether the data that the contract relates to is being used by Transform HoldCo in its ongoing operations. | 8/1/2019 | 0.5 | $ 625.00 | $ 312.50 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Review contract provided by J. Bienstock (Cole Schotz) related to technology data hosting supplier to ascertain how the contract had been assigned between multiple entities based on acquisitions and spin-offs and who the ultimate debtor entity counterparty is to the active contract. | 8/1/2019 | 1.8 | $ 625.00 | $ 1,125.00 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Review docket to assess whether there were any objections filed against docket filing 3973 which was a motion to assume certain executory contracts filed by the debtors. | 8/1/2019 | 1.3 | $ 625.00 | $ 812.50 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Draft email to C. Porter (Prime Clerk) to see whether any objections had been filed against the debtors motion to assume certain executory contracts (Docket 3973) filed on May 21. | 8/1/2019 | 0.6 | $ 625.00 | $ 375.00 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Draft email to P. DiDonato (Weil) to outline information discussed with J. Bienstock (Cole Schotz) related to contract between the debtors and a technology data hosting supplier in order to resolve the supplier's asserted claim for pre- and post-petition expenses incurred to host data. | 8/2/2019 | 0.9 | $ 625.00 | $ 562.50 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Review contract between debtors and search optimization supplier to assess whether it was part of the contracts assumed by the debtors for assignment to Transform HoldCo per request of J. Bienstock (Cole Schotz). | 8/2/2019 | 2.1 | $ 625.00 | $ 1,312.50 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Draft email to J. Bienstock (Cole Schotz) outlining the contract information that was included in the debtors motion to assume the executory contract related to the search optimization supplier, including the date of notice and reference number on the assumption exhibit. | 8/2/2019 | 1.4 | $ 625.00 | $ 875.00 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Call with J. Bienstock (Cole Schotz) and internal counsel for data technology supplier to discuss contract outstanding with the debtors for the hosting of certain data and the amount of both pre- and post-petition amounts that supplier believes it is owed under the contract. | 8/2/2019 | 1.1 | $ 625.00 | $ 687.50 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Draft email to E. Gee (Sears / Transform) outlining the data hosting supplier's asserted amounts due for both pre-and post-petition expenses it has incurred to host the debtors data, including invoice information. | 8/2/2019 | 0.8 | $ 625.00 | $ 500.00 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Prepare schedule of 17 contracts that were pulled from the debtors May-16 notice of rejection filing related to Directors and Officers (D&O) insurance policies, including contract details (counterparty, contract number, contract title, and expiration date) per request of K. TumSuden (Weil). | 8/2/2019 | 2.8 | $ 625.00 | $ 1,750.00 |

| Professional | Level | Category | Description | Work Date | Hours | Rate | Billable Amount |
|---|---|---|---|---|---|---|---|
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Review email chain provided by J. Bienstock (Cole Schotz) showing communications between data hosting supplier internal counsel and the debtors counsel seeking further information about how the debtors intended to deal with the contract and what they wanted to do with the data being hosted. | 8/2/2019 | 1.3 | $ 625.00 | $ 812.50 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Call with K. TumSuden (Weil) to discuss the types of contracts that were pulled from the May-16 notice of rejection filings by the debtors, specifically those related to insurance policies that had potential benefit to the debtors' estate. | 8/2/2019 | 0.9 | $ 625.00 | $ 562.50 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Review contract between a marketplace seller and the debtors to identify whether the contract contained any specific performance obligations that would have made it an executory contract that would need to be assumed / rejected as part of the debtors' estate per request of K. TumSuden (Weil). | 8/5/2019 | 2.1 | $ 625.00 | $ 1,312.50 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Prepare schedule showing the outstanding contracts between the debtors and temporary labor supplier to show the details of the contracts and their current status (rejected or assumed) per request of K. TumSuden (Weil). | 8/5/2019 | 1.7 | $ 625.00 | $ 1,062.50 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Call with E. Gee (Sears / Transform) to further discuss who in the legal department at Transform HoldCo would have knowledge about the data being hosted by supplier represented by J. Bienstock (Cole Schotz) in order to resolve outstanding executory contract. | 8/6/2019 | 0.8 | $ 625.00 | $ 500.00 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Review contract between personal care products supplier and debtors to assess whether the contract was a UTC (Universal Terms and Conditions) that stated terms of the agreement, but did not obligate either party to perform per request of K. TumSuden (Weil). | 8/6/2019 | 1.0 | $ 625.00 | $ 625.00 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Review objection to debtors' plan of reorganization confirmation filed by temporary staffing supplier to identify the issue that they have with the assumption of its executory contracts and the associated cure amount agreed to by Transform HoldCo. | 8/7/2019 | 1.8 | $ 625.00 | $ 1,125.00 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Draft email to K. TumSuden (Weil) outlining the issue that temporary staffing company has with the assumption of its executory contracts related to the way that the cure amount was identified in the notice of assumption. | 8/7/2019 | 1.1 | $ 625.00 | $ 687.50 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Call with J. Bienstock (Cole Schotz) to discuss current status of finding out whether Transform HoldCo is using the data being hosted by technology data hosting supplier. | 8/7/2019 | 0.6 | $ 625.00 | $ 375.00 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Review the master file of the debtors executory contracts disposition status to identify any contracts that were assumed or rejected related to an insurance company per request of J. Marcus (Weil) in order to assess whether any premiums are due related to policies covered under those contracts. | 8/8/2019 | 2.1 | $ 625.00 | $ 1,312.50 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Review the master file of the debtors executory contracts disposition status to identify contract related to an alliance supplier for branded power tools to assess whether the contract was assumed and whether a cure was denoted on the assumption motion per request of K. TumSuden (Weil). | 8/8/2019 | 1.2 | $ 625.00 | $ 750.00 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Review latest file of contracts assumed by the debtors as of July-17 to assess completeness per request from M. Korycki (M-III Partners) for purposes of work being performed by Katten Law for preference actions. | 8/9/2019 | 1.4 | $ 625.00 | $ 875.00 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Prepare updated file of contracts rejected by the debtors through August-11 per request from M. Korycki (M-III Partners). | 8/12/2019 | 2.4 | $ 625.00 | $ 1,500.00 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Call with K. TumSuden (Weil) to discuss the cure amounts that were included on the assumptions of the executory contracts for two suppliers of outdoor recreational products to resolve inquiries from the suppliers' respective counsels. | 8/14/2019 | 1.2 | $ 625.00 | $ 750.00 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Draft email to K. TumSuden (Weil) and P. DiDonato (Weil) outlining the current information obtained regarding the status of the executory contract between the debtors and the data hosting technology supplier and potential next steps to resolve the disposition of the contract for the estate. | 8/14/2019 | 1.1 | $ 625.00 | $ 687.50 |

| Professional | Level | Category | Description | Work Date | Hours | Rate | Billable Amount |
|---|---|---|---|---|---|---|---|
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Call with K. TumSuden (Weil) and J. Bienstock (Cole Schotz) to discuss the current information related to the contract for the data hosting supplier and the asserted amounts that are due under the contract for both pre- and post-petition services, and next steps for potential resolution. | 8/14/2019 | 1.8 | $ 625.00 | $ 1,125.00 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Review latest claims register provided by A. Hwang (Weil) as of Aug-13 to assess whether data hosting supplier filed a claim against the debtors for data hosting service expenses and identified them as having administrative priority. | 8/15/2019 | 1.9 | $ 625.00 | $ 1,187.50 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Review contract between the debtors and its Mexico affiliate to assess whether it contained certain provisions related to the licensing of intellectual property (IP) that would have needed to be assumed in order for the continued use of the IP in operations. | 8/15/2019 | 2.4 | $ 625.00 | $ 1,500.00 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Call with A. Jackson (Deloitte) to review contract between the debtors and its Mexico affiliate to assess whether it contained certain provisions related to the licensing of intellectual property (IP) that would have needed to be assumed in order for the continued use of the IP in operations. | 8/15/2019 | 0.7 | $ 625.00 | $ 437.50 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Draft email to F. Cohen (Weil) and H. Guthrie (Weil) outlining key provisions in the licensing agreement between the debtors and its Mexico affiliate related to the use of certain intellectual property assets. | 8/15/2019 | 1.6 | $ 625.00 | $ 1,000.00 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Call with K. TumSuden (Weil) about the current plan for dealing with the outstanding insurance contracts that were pulled from the May-16 notice of rejections filed by the debtors, and whether any will need to be filed on a notice of assumption. | 8/15/2019 | 0.9 | $ 625.00 | $ 562.50 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Draft email to K. TumSuden (Weil) with table included showing the details of 5 contracts that were assumed with a temporary labor contract supplier, including a name discrepancy with one of the contracts that was under a subsidiary name. | 8/16/2019 | 1.6 | $ 625.00 | $ 1,000.00 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Review list of 82 executory contracts provided by K. TumSuden (Weil) related to suppliers of apparel and consumer goods in order to assess whether the contracts were subject to an assumption or rejection notice filed by the debtors. | 8/16/2019 | 2.2 | $ 625.00 | $ 1,375.00 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Review docket to identify any motions to assume executory contracts or withdrawals of contracts from previous assumption notices between July-17 and August-18 to update the master contracts' disposition file. | 8/19/2019 | 2.6 | $ 625.00 | $ 1,625.00 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Review latest claims register report as of Aug-18 provided by A. Hwang (Weil) to assess whether four suppliers whose contracts have not been subject to a disposition have filed claims against the estate asserting administrative priority. | 8/19/2019 | 1.6 | $ 625.00 | $ 1,000.00 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Review consolidated file of contracts that have been assumed by the debtors as of Aug-19 for completeness per request of M. Korycki (M-III Partners) for inquiry from Katten Law for preference actions. | 8/20/2019 | 2.0 | $ 625.00 | $ 1,250.00 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Prepare consolidated file of executory contracts (with their current disposition status) for 5 recreational products suppliers per request of A. Lewitt (Weil). | 8/21/2019 | 1.6 | $ 625.00 | $ 1,000.00 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Draft email to K. TumSuden (Weil) outlining the finding in reviewing the contract with an insurance supplier, including details regarding to the type of insurance being provided, the policy number, and the expiration date of the policy. | 8/21/2019 | 1.4 | $ 625.00 | $ 875.00 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Review master consolidated contracts file to identify any executory contracts with their current disposition status related to a Puerto Rican marketing supplier per request of A. Lewitt (Weil). | 8/21/2019 | 1.7 | $ 625.00 | $ 1,062.50 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Call with A. Jackson (Deloitte), E. Gee (Sears / Transform) to discuss a Puerto Rican marketing supplier whose executory contracts are not included in the consolidated list of contracts and whether the debtors continue to operate under those agreements. | 8/21/2019 | 0.8 | $ 625.00 | $ 500.00 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Draft email to A. Lewitt (Weil) identifying the contracts that the debtors believe are still active with the Puerto Rican marketing supplier, including details of the contracts (contract titles and contract numbers). | 8/21/2019 | 0.9 | $ 625.00 | $ 562.50 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Call with J. Bienstock (Cole Schotz) to discuss additional information provided by the data hosting supplier's internal counsel related to its executory contract with the debtors for data hosting services. | 8/21/2019 | 1.2 | $ 625.00 | $ 750.00 |

| Professional | Level | Category | Description | Work Date | Hours | Rate | Billable Amount |
|---|---|---|---|---|---|---|---|
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Draft email to A. Lewitt (Weil) and K. TumSuden (Weil) identifying 5 contracts that were assumed with a municipal agency related to naming rights, development agreements, and tax incentives. | 8/21/2019 | 0.9 | $ 625.00 | $ 562.50 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Review file provided by E. Gee (Sears / Transform) containing one master agreement and two amendments related to a Puerto Rican marketing supplier who provides certain services related to advertising and merchandising. | 8/26/2019 | 2.8 | $ 625.00 | $ 1,750.00 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Call with K. TumSuden (Weil) to walk-through the master consolidated file of the debtors' executory contracts and review the lists of 'all contracts', 'contracts that have been rejected', 'contracts that have been assumed', and 'contracts with no disposition'. | 8/27/2019 | 1.9 | $ 625.00 | $ 1,187.50 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Review list of executory contracts assumed by the debtors provided by K. TumSuden (Weil) with Deloitte's consolidated list of assumed contracts to identify the contracts that are on Weil's list, but not on Deloitte's list. | 8/28/2019 | 2.5 | $ 625.00 | $ 1,562.50 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Call with K. TumSuden (Weil) to walk through the review of the two lists of contracts that have been assumed by the debtors and next steps to align the counts of contracts. | 8/29/2019 | 1.6 | $ 625.00 | $ 1,000.00 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Update Deloitte's master list of contracts that have been assumed by the Debtors to remove certain contracts that were noticed for assumption but subsequently removed by L. Barefoot (Cleary Gottlieb). | 8/30/2019 | 1.8 | $ 625.00 | $ 1,125.00 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Prepare revised schedule of contracts that were included in the debtors filing for notice of rejection of executory contracts on May-16 (Docket numbers 3915 and 3916) with the removal of the insurance contracts that had potential benefit to the debtors estate per request of K. TumSuden (Weil). | 9/2/2019 | 1.8 | $ 625.00 | $ 1,125.00 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Prepare schedule of contracts that were removed from the debtors filing for notice of rejection of executory contracts on May-16 (Docket numbers 3915 and 3916) due to potential benefit to the debtors estate per request of K. TumSuden (Weil). | 9/2/2019 | 1.4 | $ 625.00 | $ 875.00 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Prepare schedule of 55 contracts related to a facilities services provider, including the contract details and the current disposition status (assumed or rejected) per request from A. Lewitt (Weil) to respond to inquiry from supplier's internal counsel. | 9/3/2019 | 2.9 | $ 625.00 | $ 1,812.50 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Prepare schedule of 16 contracts related to an insurance supplier and its affiliates for workers compensation, general liability and auto insurance policies, including contract details and disposition status per request from A. Lewitt (Weil). | 9/4/2019 | 2.6 | $ 625.00 | $ 1,625.00 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Draft email to J. Bienstock (Cole Schotz) to inquire whether her client (data hosting supplier) has received any additional information when reaching out directly to Transform HoldCo's counsel related to the prospective disposition of its executory contract. | 9/5/2019 | 0.6 | $ 625.00 | $ 375.00 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Review docket to identify the docket number where L. Barefoot (Cleary Gottlieb) filed to have the proposed assumption of technology supplier's contract removed from the filing per request from A. Lewitt (Weil). | 9/5/2019 | 0.8 | $ 625.00 | $ 500.00 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Review email from J. Marcus (Weil) related to L. Barefoot's (Cleary Gottlieb) correspondence asking for permission for the debtors to assume additional executory contracts related to Sears Home Improvement Products ("SHIP"). | 9/6/2019 | 1.2 | $ 625.00 | $ 750.00 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Compare list of contracts provided by L. Barefoot (Cleary Gottlieb) with master consolidated debtors' contracts disposition file to identify any contracts that have already been assumed or rejected on prior notices filed by the debtors. | 9/6/2019 | 2.4 | $ 625.00 | $ 1,500.00 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Draft email to J. Marcus (Weil) indicating findings from the comparison of the list of Sears Home Improvement Products (SHIP) contracts provided by L. Barefoot (Cleary Gottlieb) and the master consolidated debtors contracts disposition file. | 9/6/2019 | 0.8 | $ 625.00 | $ 500.00 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Review correspondence between K. TumSuden (Weil) and J. Bienstock (Cole Schotz) on Sept-5 to assess whether any additional progress has been made in the resolution of the disposition of the executory contract for the data hosting supplier. | 9/6/2019 | 1.1 | $ 625.00 | $ 687.50 |

| Professional | Level | Category | Description | Work Date | Hours | Rate | Billable Amount |
|---|---|---|---|---|---|---|---|
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Review master consolidated file of debtors executory contracts' dispositions to assess whether 3 contracts for a technology supplier were noticed for rejection and then subsequently noticed for assumption. | 9/9/2019 | 2.4 | $ 625.00 | $ 1,500.00 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Review docket filings between August-31 and September-8 to identify any filings related to the assumption or rejection of executory contracts (including modifications to previous filings). | 9/9/2019 | 1.6 | $ 625.00 | $ 1,000.00 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Review docket 1208 (notice of assumed and assigned contracts by prospective buyer Service.com) related to the prospective sale of Sears Home Improvement Products (SHIP) to assess whether any of the additional contracts proposed for assumption by Transform HoldCo were already assumed. | 9/9/2019 | 1.7 | $ 625.00 | $ 1,062.50 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Prepare initial list of 552 contracts with no disposition as of Sept-9 (hasn't been rejected or assumed) with counterparty name, contract name, contract number, and contract description and commentary about whether it was included on a previous assumption or rejection notice per request of K. TumSuden (Weil). | 9/10/2019 | 4.7 | $ 625.00 | $ 2,937.50 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Review master file of the 552 executory contracts identified that have no disposition method to assess the number of contracts that have expired per request from K. TumSuden (Weil). | 9/11/2019 | 2.4 | $ 625.00 | $ 1,500.00 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Review master file of the 552 executory contracts identified that have no disposition method to assess the number of contracts that appear to be non-executory (specifically Universal Terms and Conditions - UTCs) per request from K. TumSuden (Weil). | 9/11/2019 | 2.1 | $ 625.00 | $ 1,312.50 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Prepare schedule of insurance-related contracts that were pulled from the May-16 notice of rejection filings prepared by the debtors for review by M. Korycki (M-III Partners) to assess whether they have any benefit for the estate and the potential amount of premiums due on the policies. | 9/11/2019 | 2.4 | $ 625.00 | $ 1,500.00 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Review master consolidated file of debtors executory contracts to identify any contracts related to an advertising conglomerate and / or its 6 main subsidiary agencies per request from A. Lewitt (Weil). | 9/12/2019 | 2.3 | $ 625.00 | $ 1,437.50 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Review supplemental filing from docket for the rejection of 10 executory contracts related to a brand licensing supplier and document hosting supplier to assess whether they align with the disposition status as denoted in the master consolidated executory contracts file. | 9/12/2019 | 2.2 | $ 625.00 | $ 1,375.00 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Prepare updated file of contracts noticed for assumption through September-11 based on additional revisions to prior notices per request from K. TumSuden (Weil) to assist with inquiries from supplier counterparties. | 9/12/2019 | 2.4 | $ 625.00 | $ 1,500.00 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Review master file of the debtors executory contracts to identify potential duplicates based on counterparty name, contract name and contract number to refine estimate of number of contracts that currently have no disposition (have not been assumed or rejected) per request of K. TumSuden (Weil). | 9/17/2019 | 2.9 | $ 625.00 | $ 1,812.50 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Update master review file with total number of contracts initially noticed, number of contracts that have been noticed for assumption, number of contracts that have been noticed for rejection, and contracts that remain outstanding (no current disposition as of Sept-17) for comparison with analysis provided by K. TumSuden (Weil). | 9/18/2019 | 4.2 | $ 625.00 | $ 2,625.00 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Review correspondence from counsel of flooring supplier (including attachments) to assess whether both contracts were included in notice of assumption, or whether one of the contracts was a subsequent amendment to a master agreement per request from A. Lewitt (Weil). | 9/18/2019 | 2.7 | $ 625.00 | $ 1,687.50 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Prepare analysis per request of P. DiDonato (Weil) outlining the details and disposition status (including docket numbers and filing dates) for contracts related to a supplier of hot water heating products. | 9/19/2019 | 2.4 | $ 625.00 | $ 1,500.00 |

| Professional | Level | Category | Description | Work Date | Hours | Rate | Billable Amount |
|---|---|---|---|---|---|---|---|
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Research master consolidated file of debtors executory contracts dispositions to identify any contracts related to two water treatment suppliers (and different variations of the suppliers' names) per request from A. Lewitt (Weil) in order to respond to inquiry from suppliers' respective counsels. | 9/20/2019 | 3.1 | $ 625.00 | $ 1,937.50 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Prepare schedule of 29 contracts for a facilities maintenance supplier with work orders in Puerto Rico to include contract details and disposition status per request of A. Lewitt (Weil) for response to inquiry from supplier's external counsel. | 9/23/2019 | 2.1 | $ 625.00 | $ 1,312.50 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Call with A. Lewitt (Weil) to discuss inquiries from two additional counterparties who had executory contracts with the debtors that were noticed for rejection to provide additional details on the contract numbers. | 9/24/2019 | 0.6 | $ 625.00 | $ 375.00 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Prepare schedule of disposition status of executory contracts for a supplier of outdoor cooking equipment per request of A. Lewitt (Weil) to respond to supplier's inquiry. | 9/25/2019 | 1.3 | $ 625.00 | $ 812.50 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Research the current status of a contract with a supplier of home flooring products to assess whether the contract referenced in supplier's counsel's email is the same contract that was noticed for assumption by the debtors on May-20 (Dkt 3950). | 9/25/2019 | 1.2 | $ 625.00 | $ 750.00 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Prepare schedule showing contract details (contract number, contract name, expiration date) with the date of assumption and docket number for a packaging supplier per request from A. Lewitt (Weil). | 9/26/2019 | 1.4 | $ 625.00 | $ 875.00 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Prepare schedule showing contract details (contract number, contract name, expiration date) with the date of assumption and docket number for a supplier of water heaters per request from A. Lewitt (Weil) in order to respond to supplier's inquiry. | 9/27/2019 | 1.6 | $ 625.00 | $ 1,000.00 |
| Lew, Matt | Senior Manager | Contracts (Cures / Objections / Other) | Research master consolidated file of debtors executory contracts dispositions to identify any additional contracts that were either assumed or rejected related to paint supplier per request from A. Lewitt (Weil). | 9/30/2019 | 1.2 | $ 625.00 | $ 750.00 |
| Jackson, Anthony | Principal | Monthly Fee Statement and Fee Applications Preparation | Review draft July monthly fee statement | 8/9/2019 | 0.6 | $ 795.00 | $ 477.00 |
| Unwala, Marya | Consultant | Monthly Fee Statement and Fee Applications Preparation | Reviewed the Second Interim statement sent by H. Price (Deloitte) to review outstanding items. | 8/2/2019 | 2.2 | $ 395.00 | $ 869.00 |
| Unwala, Marya | Consultant | Monthly Fee Statement and Fee Applications Preparation | Updated 2nd interim fee app statement based on comments from M. Lew (Deloitte). | 8/2/2019 | 2.4 | $ 395.00 | $ 948.00 |
| Unwala, Marya | Consultant | Monthly Fee Statement and Fee Applications Preparation | Summarized time detail by category of the monthly fee statements for March, April, May, and June, in preparation for compilation of the Second interim fee application. | 8/5/2019 | 2.7 | $ 395.00 | $ 1,066.50 |
| Unwala, Marya | Consultant | Monthly Fee Statement and Fee Applications Preparation | Updated monthly fee statement based on review comments from W. Du Preez (Deloitte). | 8/6/2019 | 1.8 | $ 395.00 | $ 711.00 |
| Unwala, Marya | Consultant | Monthly Fee Statement and Fee Applications Preparation | Updated description for Claims Analysis in the Second interim fee statement | 8/7/2019 | 1.7 | $ 395.00 | $ 671.50 |
| Unwala, Marya | Consultant | Monthly Fee Statement and Fee Applications Preparation | Updated description for Monthly Operating Reports in the Second interim fee statement | 8/7/2019 | 2.3 | $ 395.00 | $ 908.50 |
| Unwala, Marya | Consultant | Monthly Fee Statement and Fee Applications Preparation | Updated language in the Second interim fee statement word document based on comments from J. Little ( Deloitte) | 8/8/2019 | 2.9 | $ 395.00 | $ 1,145.50 |
| Unwala, Marya | Consultant | Monthly Fee Statement and Fee Applications Preparation | Reviewed categories of the time detail entries to align with work performed for July 2019 fee statement Rows 0 to 100 | 8/8/2019 | 1.1 | $ 395.00 | $ 434.50 |
| Unwala, Marya | Consultant | Monthly Fee Statement and Fee Applications Preparation | Reviewed categories of the time detail entries to align with work performed for July 2019 fee statement Rows 100 to 200 | 8/9/2019 | 1.9 | $ 395.00 | $ 750.50 |
| Unwala, Marya | Consultant | Monthly Fee Statement and Fee Applications Preparation | Reviewed categories of the time detail entries to align with work performed for July 2019 fee statement Rows 200 to 300 | 8/9/2019 | 2.1 | $ 395.00 | $ 829.50 |
| Unwala, Marya | Consultant | Monthly Fee Statement and Fee Applications Preparation | Reviewed categories of the time detail entries to align with work performed for July 2019 fee statement Rows 300 to 400 | 8/12/2019 | 2.9 | $ 395.00 | $ 1,145.50 |
| Unwala, Marya | Consultant | Monthly Fee Statement and Fee Applications Preparation | Reviewed categories of the time detail entries to align with work performed for July 2019 fee statement Rows 300 to 595 | 8/12/2019 | 2.1 | $ 395.00 | $ 829.50 |

| Professional | Level | Category | Description | Work Date | Hours | Rate | Billable Amount |
|---|---|---|---|---|---|---|---|
| Lew, Matt | Senior Manager | Monthly Fee Statement and Fee Applications Preparation | Prepare updated narrative describing the scope of services provided by Deloitte Transactions & Business Analytics (DTBA) related to the preparation of the debtors Monthly Operating Reports (MORs) for the Second Interim Fee Application Period. | 8/13/2019 | 1.1 | $ 625.00 | $ 687.50 |
| Lew, Matt | Senior Manager | Monthly Fee Statement and Fee Applications Preparation | Prepare updated narrative describing the scope of services provided by Deloitte Transactions & Business Analytics (DTBA) related to the tracking, assistance with the exhibits for filings, and other matters related to the disposition of the debtors' executory contracts for the Second Interim Fee Application Period. | 8/13/2019 | 2.1 | $ 625.00 | $ 1,312.50 |
| Lew, Matt | Senior Manager | Monthly Fee Statement and Fee Applications Preparation | Prepare updated narrative describing the scope of services provided by Deloitte Transactions & Business Analytics (DTBA) related to the analysis of claims asserting administrative priority filed against the debtors during the Second Interim Fee Application Period. | 8/13/2019 | 1.4 | $ 625.00 | $ 875.00 |
| Unwala, Marya | Consultant | Monthly Fee Statement and Fee Applications Preparation | Reviewed categories of the July 2019 time detail entries for references to confidential information Rows 0-100 | 8/13/2019 | 2.4 | $ 395.00 | $ 948.00 |
| Unwala, Marya | Consultant | Monthly Fee Statement and Fee Applications Preparation | Reviewed categories of the July 2019 time detail entries for references to confidential information Rows 100-200 | 8/13/2019 | 2.6 | $ 395.00 | $ 1,027.00 |
| Unwala, Marya | Consultant | Monthly Fee Statement and Fee Applications Preparation | Reviewed categories of the July 2019 time detail entries for references to confidential information Rows 200-300 | 8/14/2019 | 1.3 | $ 395.00 | $ 513.50 |
| Unwala, Marya | Consultant | Monthly Fee Statement and Fee Applications Preparation | Reviewed categories of the July 2019 time detail entries for references to confidential information Rows 300-400 | 8/14/2019 | 3.7 | $ 395.00 | $ 1,461.50 |
| Unwala, Marya | Consultant | Monthly Fee Statement and Fee Applications Preparation | Reviewed categories of the July 2019 time detail entries for references to confidential information Rows 400-595 | 8/19/2019 | 0.2 | $ 395.00 | $ 79.00 |
| Unwala, Marya | Consultant | Monthly Fee Statement and Fee Applications Preparation | Review July 2019 Airfare expenses to assess against United States Trustee spending guidelines | 8/20/2019 | 1.6 | $ 395.00 | $ 632.00 |
| Unwala, Marya | Consultant | Monthly Fee Statement and Fee Applications Preparation | Review July 2019 Hotel expenses to assess against United States Trustee spending guidelines | 8/25/2019 | 0.8 | $ 395.00 | $ 316.00 |
| Unwala, Marya | Consultant | Monthly Fee Statement and Fee Applications Preparation | Review July 2019 Meals expenses to assess against United States Trustee spending guidelines | 8/26/2019 | 3.2 | $ 395.00 | $ 1,264.00 |
| Unwala, Marya | Consultant | Monthly Fee Statement and Fee Applications Preparation | Review July 2019 Transportation expenses to assess against United States Trustee spending guidelines | 8/27/2019 | 1.2 | $ 395.00 | $ 474.00 |
| Unwala, Marya | Consultant | Monthly Fee Statement and Fee Applications Preparation | Prepare consolidated July expenses file for W. Du Preez (Deloitte) Review | 8/28/2019 | 1.7 | $ 395.00 | $ 671.50 |
| Unwala, Marya | Consultant | Monthly Fee Statement and Fee Applications Preparation | Correspondence with W. Du Preez (Deloitte) over Consolidated July expense file | 8/29/2019 | 0.4 | $ 395.00 | $ 158.00 |
| Unwala, Marya | Consultant | Monthly Fee Statement and Fee Applications Preparation | Reviewed August time detail in preparation for compiling the August monthly fee statement. | 9/4/2019 | 2.6 | $ 395.00 | $ 1,027.00 |
| Unwala, Marya | Consultant | Monthly Fee Statement and Fee Applications Preparation | Reviewed August expense detail in preparation for compiling the August monthly fee statement. | 9/5/2019 | 1.2 | $ 395.00 | $ 474.00 |
| Price, Harrison | Senior Consultant | Project Management and Quality Control | Prepare summary exhibits for June expenses for monthly fee application. | 8/1/2019 | 2.3 | $ 475.00 | $ 1,092.50 |
| Price, Harrison | Senior Consultant | Project Management and Quality Control | Prepare summary exhibits for June fees for the monthly fee application. | 8/1/2019 | 2.1 | $ 475.00 | $ 997.50 |
| Price, Harrison | Senior Consultant | Project Management and Quality Control | Update prior month's fee application to reflect details for July fee application | 8/1/2019 | 1.6 | $ 475.00 | $ 760.00 |
| Price, Harrison | Senior Consultant | Project Management and Quality Control | Consolidate fee exhibits from prior three month fee applications in order to prepare exhibits for the 3rd interim fee applications. | 8/2/2019 | 2.0 | $ 475.00 | $ 950.00 |
| Price, Harrison | Senior Consultant | Project Management and Quality Control | Consolidate expense exhibits from prior three month fee applications in order to prepare exhibits for the 3rd interim fee applications. | 8/2/2019 | 2.2 | $ 475.00 | $ 1,045.00 |
| Price, Harrison | Senior Consultant | Project Management and Quality Control | Update the second interim fee application to reflect details for the third monthly application to be filed. | 8/2/2019 | 1.8 | $ 475.00 | $ 855.00 |
| Price, Harrison | Senior Consultant | Project Management and Quality Control | Consolidate time entries for Deloitte team for the June fee application | 8/5/2019 | 2.5 | $ 475.00 | $ 1,187.50 |
| Price, Harrison | Senior Consultant | Project Management and Quality Control | Consolidate expense submissions for Deloitte team for the June fee application | 8/6/2019 | 2.5 | $ 475.00 | $ 1,187.50 |
| Price, Harrison | Senior Consultant | Project Management and Quality Control | Make updates to summary exhibits for the interim fee application based on comments from W. Du Preez (Deloitte). | 8/7/2019 | 2.5 | $ 475.00 | $ 1,187.50 |
| Price, Harrison | Senior Consultant | Project Management and Quality Control | Finalize interim fee statement and exhibits. | 8/8/2019 | 2.5 | $ 475.00 | $ 1,187.50 |
| Unwala, Marya | Consultant | Project Management and Quality Control | Organized category amounts from each month in the second interim fee app in to a chart for W. Du Preez (Deloitte) to review | 8/5/2019 | 1.3 | $ 395.00 | $ 513.50 |

| Professional | Level | Category | Description | Work Date | Hours | Rate | Billable Amount |
|---|---|---|---|---|---|---|---|
| Lew, Matt | Senior Manager | Project Management and Quality Control | Prepare budget-to-actual fees for Deloitte's bankruptcy advisory services for the week-ending Aug-3 to show fees incurred for the disposition of executory contracts and analysis of asserted 503(b)(9) administrative claims against the Debtors' estate. | 8/6/2019 | 1.7 | $ 625.00 | $ 1,062.50 |
| Unwala, Marya | Consultant | Monthly Fee Statement and Fee Applications Preparation | Reviewed previous months fee statement in preparation for compilation of the Second Interim Fee Application. | 8/6/2019 | 2.2 | $ 395.00 | $ 869.00 |
| Lew, Matt | Senior Manager | Project Management and Quality Control | Prepare budget-to-actual fees for Deloitte's bankruptcy advisory services for the week-ending Aug-10 to show fees incurred related to the assessment of outstanding executory contracts and analysis of asserted 503(b)(9) administrative claims against the Debtors' estate. | 8/13/2019 | 1.6 | $ 625.00 | $ 1,000.00 |
| Lew, Matt | Senior Manager | Project Management and Quality Control | Prepare review between amount of hours being included in Deloitte Transactions and Business Analytics' (DTBA) Second Interim Fee Application and the weekly updates related to hours incurred provided to M-III Partners to identify any differences. | 8/13/2019 | 1.1 | $ 625.00 | $ 687.50 |
| Jackson, Anthony | Principal | Project Management and Quality Control | Review budget-to-actual fees for Deloitte's bankruptcy advisory services for the week-ending Aug-10 to show fees incurred related to the assessment of outstanding executory contracts and analysis of asserted 503(b)(9) administrative claims against the Debtors' estate prepared by M. Lew (Deloitte). | 8/14/2019 | 0.7 | $ 795.00 | $ 556.50 |
| Lew, Matt | Senior Manager | Project Management and Quality Control | Prepare budget-to-actual fees for Deloitte's bankruptcy advisory services for the week-ending Aug-17 to show fees incurred related to the disposition of the debtors' remaining executory contracts and analysis of asserted 503(b)(9) administrative claims against the Debtors' estate. | 8/20/2019 | 1.8 | $ 625.00 | $ 1,125.00 |
| Jackson, Anthony | Principal | Project Management and Quality Control | Review budget-to-actual fee analysis prepared by M. Lew (Deloitte) for Deloitte's bankruptcy advisory services for the week-ending Aug-17 to show fees incurred related to the disposition of the debtors' remaining executory contracts and analysis of asserted 503(b)(9) administrative claims against the Debtors' estate. | 8/21/2019 | 0.4 | $ 795.00 | $ 318.00 |
| Jackson, Anthony | Principal | Project Management and Quality Control | Review draft of July 2019 expenses included in Monthly Fee Statement | 8/22/2019 | 0.3 | $ 795.00 | $ 238.50 |
| Jackson, Anthony | Principal | Project Management and Quality Control | Review July 2019 monthly fee statement draft | 8/23/2019 | 1.8 | $ 795.00 | $ 1,431.00 |
| Jackson, Anthony | Principal | Project Management and Quality Control | Follow up call with E. Gee (Sears) to discuss contract review process for the Sears team. | 8/23/2019 | 0.2 | $ 795.00 | $ 159.00 |
| Lew, Matt | Senior Manager | Project Management and Quality Control | Prepare budget-to-actual fees for Deloitte's bankruptcy advisory services for the week-ending Aug-24 to show fees incurred related to the disposition of the debtors' remaining executory contracts and analysis of asserted 503(b)(9) administrative claims against the Debtors' estate. | 8/27/2019 | 1.7 | $ 625.00 | $ 1,062.50 |
| Jackson, Anthony | Principal | Project Management and Quality Control | Review budget-to-actual fees updated prepared by M. Lew (Deloitte) for Deloitte's bankruptcy advisory services for the week-ending Aug-24 to show fees incurred related to the disposition of the debtors' remaining executory contracts and analysis of asserted 503(b)(9) administrative claims against the Debtors' estate. | 8/28/2019 | 0.5 | $ 795.00 | $ 397.50 |
| Lew, Matt | Senior Manager | Project Management and Quality Control | Prepare budget-to-actual fees for Deloitte's bankruptcy advisory services for the week-ending Aug-31 to show fees incurred for the evaluation of the debtors' remaining executory contracts and analysis of asserted 503(b)(9) administrative claims against the Debtors' estate. | 9/3/2019 | 1.8 | $ 625.00 | $ 1,125.00 |
| Jackson, Anthony | Principal | Project Management and Quality Control | Call with M. Lew (Deloitte), C. Diktaban (Weil) to discuss the directive received from M. Korycki (M-III Partners) to halt the payment of fees to retained professionals in the debtors' chapter 11 case. | 9/5/2019 | 1.3 | $ 795.00 | $ 1,033.50 |
| Jackson, Anthony | Principal | Project Management and Quality Control | Review budget-to-actual fees for Deloitte's bankruptcy advisory services for the week-ending Aug-31 to show fees incurred for the evaluation of the debtors' remaining executory contracts and analysis of asserted 503(b)(9) administrative claims against the Debtors' estate. | 9/5/2019 | 0.7 | $ 795.00 | $ 556.50 |
| Lew, Matt | Senior Manager | Project Management and Quality Control | Call with C. Diktaban (Weil) to discuss the Court schedule for the hearing related to the Debtors' proposed confirmation of its Plan of Reorganization and other items scheduled to be heard in conjunction with confirmation. | 9/5/2019 | 0.8 | $ 625.00 | $ 500.00 |
| Lew, Matt | Senior Manager | Project Management and Quality Control | Call with A. Jackson (Deloitte), C. Diktaban (Weil) to discuss the directive received from M. Korycki (M-III Partners) to halt the payment of fees to retained professionals in the debtors' chapter 11 case. | 9/5/2019 | 1.3 | $ 625.00 | $ 812.50 |

| Professional | Level | Category | Description | Work Date | Hours | Rate | Billable Amount |
|---|---|---|---|---|---|---|---|
| Lew, Matt | Senior Manager | Project Management and Quality Control | Call with R. Young (Deloitte - Internal Counsel) to discuss the interim compensation order entered by the Court to assess what qualifies as an objection to a retained professional's monthly fee statement filings. | 9/5/2019 | 0.6 | $ 625.00 | $ 375.00 |
| Jackson, Anthony | Principal | Project Management and Quality Control | Review budget-to-actual fees for Deloitte's bankruptcy advisory services for the week-ending Sept-7 to show fees incurred related to resolving problems related to the disposition of the debtors' executory contracts and analysis of asserted 503(b)(9) administrative claims against the Debtors' estate. | 9/10/2019 | 0.4 | $ 795.00 | $ 318.00 |
| Lew, Matt | Senior Manager | Project Management and Quality Control | Prepare budget-to-actual fees for Deloitte's bankruptcy advisory services for the week-ending Sept-7 to show fees incurred related to resolving issues related to the disposition of the debtors' executory contracts and analysis of asserted 503(b)(9) administrative claims against the Debtors' estate. | 9/10/2019 | 1.7 | $ 625.00 | $ 1,062.50 |
| Jackson, Anthony | Principal | Project Management and Quality Control | Review analysis outlining total fees incurred by month (March-2019 through month-to-date September-2019) prepared by M. Lew (Deloitte) prior to sending to M. Korycki (M-III Partners). | 9/16/2019 | 0.5 | $ 795.00 | $ 397.50 |
| Lew, Matt | Senior Manager | Project Management and Quality Control | Prepare analysis outlining total fees incurred by month (March-2019 through month-to-date September-2019) for A. Jackson (Deloitte) prior to sending to M. Korycki (M-III Partners). | 9/16/2019 | 2.1 | $ 625.00 | $ 1,312.50 |
| Lew, Matt | Senior Manager | Project Management and Quality Control | Prepare budget-to-actual fees for Deloitte's bankruptcy advisory services for the week-ending Sept-14 to show fees incurred related to continued evaluation of the debtors' remaining executory contracts for disposition and analysis of asserted 503(b)(9) administrative claims against the Debtors' estate. | 9/17/2019 | 1.6 | $ 625.00 | $ 1,000.00 |
| Lew, Matt | Senior Manager | Project Management and Quality Control | Call with A. Lewitt (Weil) to discuss executory contract with technology repository supplier that was pulled from a previous assumption notice needs to be formally rejected. | 9/17/2019 | 1.1 | $ 625.00 | $ 687.50 |
| Jackson, Anthony | Principal | Project Management and Quality Control | Review budget-to-actual fees for Deloitte's bankruptcy advisory services for the week-ending Sept-14 to show fees incurred related to continued evaluation of the debtors' remaining executory contracts for disposition and analysis of asserted 503(b)(9) administrative claims against the Debtors' estate. | 9/18/2019 | 0.5 | $ 795.00 | $ 397.50 |
| Lew, Matt | Senior Manager | Project Management and Quality Control | Prepare review of total fees incurred for the period March 1, 2019 - September 21, 2019 to compare with hours provided to M. Korycki (M-III Partners) on a weekly basis. | 9/20/2019 | 3.2 | $ 625.00 | $ 2,000.00 |
| Lew, Matt | Senior Manager | Project Management and Quality Control | Prepare budget-to-actual fees for Deloitte's bankruptcy advisory services for the week-ending Sept-21 to show fees incurred related to the assisting with the resolution of problems related to the disposition of the debtors' remaining executory contracts and analysis of asserted 503(b)(9) administrative claims against the Debtors' estate. | 9/24/2019 | 1.8 | $ 625.00 | $ 1,125.00 |