JONES & WALDEN, LLC
Leon S. Jones
Georgia Bar No. 003980
21 Eighth Street, NE
Atlanta, Georgia 30309
(404) 564-9300
ljones@joneswalden.com
*Attorney for Defendant Hi-Tech Pharmaceuticals, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>**Sears Holdings Corporation, et. al,**[1]<br><br>　　　　　　　　　　　　　　　　**Debtors.** | **CHAPTER 11**<br><br>**CASE NO. 18-23538 (RDD)**<br>**Jointly Administered** |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Leon S. Jones of Jones & Walden, LLC, hereby withdraws his appearance as counsel for party-in-interest Hi-Tech Pharmaceuticals, Inc. in the above-styled chapter 11 cases and requests to be removed from all service lists involved in same.

PLEASE TAKE FURTHER NOTICE that Leon S. Jones continues to act as counsel of record for Hi-Tech Pharmaceuticals, Inc. in the related Adversary Proceeding, *Kmart Holding Corporation v. Hi-Tech Pharmaceuticals, Inc.*, Adversary Proceeding No. 19-08570-rdd.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holding Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Respectfully submitted this 4th day of February, 2020.

                                    **JONES & WALDEN, LLC**

                                    /s/ *Leon S. Jones*
                                    Leon S. Jones
                                    Georgia Bar No. 003980
                                    Attorney for Hi-Tech Pharmaceuticals, Inc.
                                    21 Eighth Street, NE
                                    Atlanta, Georgia 30309
                                    (404) 564-9300
                                    LJones@joneswalden.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2020, I electronically filed the foregoing *Notice of Withdrawal* with the United States Bankruptcy Court for the Southern District of New York using the CM/ECF system which sent a notice of and an accompanying link to the document to all counsel of record.

Respectfully submitted this 4th day of February, 2020.

**JONES & WALDEN, LLC**

/s/ *Leon S. Jones*
Leon S. Jones
Georgia Bar No. 003980
Attorney for Hi-Tech Pharmaceuticals, Inc.
21 Eighth Street, NE
Atlanta, Georgia 30309
(404) 564-9300
LJones@joneswalden.com