**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-23538 (RDD) |
|    SEARS HOLDING CORPORATION, et al. | : | |
| | : | |
|          Debtors. | : | |
| | : | |
| | : | Chapter 11 (Jt. Admin.) |
| | : | Document No. |
| | : | Related Docket no: n/a |
| | : | |
| | : | |

**NOTICE OF CHANGE OF ADDRESS**

Please be advised that the address for Counsel for VIR Ventures, Inc. and AMI Ventures, Inc., has changed. All future correspondence and pleadings to VIR VENTURES, INC. and AMI VENTURES, INC. should be sent to the contact information below my signature line.

Dated: February 4, 2020

Respectfully submitted:

BERNSTEIN-BURKLEY, P.C.

By: /s/ *Salene Mazur Kraemer*
Salene Mazur Kraemer, Esq.
NY ID No. 5228580
Bernstein-Burkley, P.C.
707 Grant Street
Suite 2200 Gulf Tower
Pittsburgh, PA 15219
skraemer@bernsteinlaw.com
Telephone: (412) 456-8100
Counsel for VIR Ventures, Inc. and AMI Ventures, Inc.