UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In re:                                          : Chapter 11
                                                :
SEARS HOLDINGS CORPORATION, et al.,             : Case No. 18-23538 (RDD)
                                                :
                    Debtors.                    : (Jointly Administered)
-----------------------------------------------------------------x

**ORDER GRANTING CORRECTED ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Larry K. Wilcher to be admitted, *pro hac vice*, to represent Winners Industry Co., Ltd. (the "Client") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the Commonwealth of Kentucky and of the bars of the U.S. District Courts for the Western District of Kentucky and the Middle District of Tennessee, it is hereby

**ORDERED**, that Larry K. Wilcher, Esq., is admitted to practice, *pro hac vice*, in the above referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: February 4, 2020
      White Plains, New York      */s/Robert D. Drain*
                                       UNITED STATES BANKRUPTCY JUDGE

4833-7668-4211, v.1