UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 18-23538 (RDD) |
| SEARS HOLDINGS CORPORATION, *et al.*, | (Jointly Administered) |
| Debtors.[1] |  |

**FOURTEENTH MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide Professional Services to: | Official Committee of Unsecured Creditors |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Date of Retention: | December 19, 2018, *nunc pro tunc* to October 25, 2018 |
| Period for which compensation and reimbursement is sought: | December 1, 2019 through December 31, 2019 |
| Monthly Fees Incurred: | $96,032.00 |
| Monthly Expenses Incurred: | $907.59 |
| Total Fees and Expenses: | $96,939.59 |

This is a: __X__ monthly _____ interim _____ final application

This statement (the "**Fee Statement**") of FTI Consulting, Inc. (together with its wholly owned subsidiaries and independent contractors, "**FTI**") as financial advisor to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al.* (the "**Committee**") is submitted in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No.796] entered on November 16, 2018, (the "**Order**"). In support of this Fee Statement, FTI respectfully states as follows.

1. The fees and expenses for the period from December 1, 2019 through and including December 31, 2019 (the "**Fourteenth Fee Period**") amount to:

| | |
|---|---:|
| Professional Fees | $96,032.00 |
| Expenses | 907.59 |
| **TOTAL** | **$96,939.59** |

2. In accordance with the Order, if no timely and proper objection is made by a party-in-interest within fifteen (15) days after service of this Fee Statement, the Debtors are authorized to pay 80% of professional fees and 100% of out-of-pocket expenses. These amounts are presented below.

| | |
|---|---|
| Professional Fees at 80% | $76,825.60 |
| Expenses at 100% | 907.59 |
| **TOTAL** | **$77,733.19** |

3. The professionals providing services, hourly billing rates, the aggregate hours worked by each professional, and the aggregate hourly fees for each professional during the Fourteenth Fee Period are set forth on the schedule annexed hereto as **Exhibit "A."**

4. A summary of aggregate hours worked and aggregate hourly fees for each task code during the Fourteenth Fee Period is set forth on the schedule annexed hereto as **Exhibit "B."**

5. Detailed time entry by task code during the Fourteenth Fee Period is set forth on the schedule annexed hereto as **Exhibit "C."**

6. A summary of expenses incurred during the Fourteenth Fee Period is set forth on the schedule annexed hereto as **Exhibit "D."**

7. Detailed breakdown of the expenses incurred during the Fourteenth Fee Period is set forth on the schedule annexed hereto as **Exhibit "E."**

8. FTI reserves the right to request, in subsequent fee statements and applications, any fees and reimbursement of any additional expenses incurred during the Fourteenth Fee Period, as such fees and expenses may not have been captured to date in FTI's billing system.

## NOTICE AND OBJECTION PROCEDURES

9. Notice of this Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Mohsin Y. Meghji (email: mmeghji@miiipartners.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrett A. Fail (email: garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); and (iv) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email: paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com); (v) Paul E. Harner, fee examiner, 1675 Broadway, New York, NY 10019 (email: harnerp@ballardspahr.com); and (vi) counsel to the fee examiner, Ballard Spahr LLP, 1675 Broadway, New York, NY 10019, Attention: Vincent J. Marriott (email: marriott@ballardspahr.com) and Tobey M. Daluz (email: daluzt@ballardspahr.com) (collectively, the "Notice Parties").

10. Objections to this Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than February 20, 2020 (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

11. If no objections to this Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

12. If an objection to this Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: New York, New York
February 5, 2020

        FTI CONSULTING, INC.
Financial Advisors to the Official Committee of
Unsecured Creditors of Sears Holdings Corporation

By: */s/ Matthew Diaz*
Matthew Diaz, Senior Managing Director
Three Times Square, 10th Floor
New York, New York 10036
Telephone: (212) 499-3611
Email: matt.diaz@fticonsulting.com

**EXHIBIT A**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD DECEMBER 1, 2019 TO DECEMBER 31, 2019**

| Professional | Position | Specialty | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Diaz, Matthew | Senior Managing Director | Restructuring | $ 1,050 | 14.2 | $ 14,910.00 |
| Nelson, Cynthia A | Senior Managing Director | Restructuring | 1,050 | 1.3 | 1,365.00 |
| Simms, Steven | Senior Managing Director | Restructuring | 1,195 | 0.9 | 1,075.50 |
| Star, Samuel | Senior Managing Director | Restructuring | 1,095 | 3.0 | 3,285.00 |
| Eisler, Marshall | Senior Director | Restructuring | 795 | 47.3 | 37,603.50 |
| Khazary, Sam | Senior Director | Restructuring | 795 | 2.4 | 1,908.00 |
| Adler, Leana | Consultant | Forensics | 350 | 12.4 | 4,340.00 |
| Garfunkel, Joshua | Consultant | Restructuring | 400 | 12.3 | 4,920.00 |
| Kaneb, Blair | Consultant | Restructuring | 400 | 2.0 | 800.00 |
| Kim, Ye Darm | Consultant | Restructuring | 400 | 25.4 | 10,160.00 |
| Shapiro, Jill | Consultant | Restructuring | 400 | 38.2 | 15,280.00 |
| Hellmund-Mora, Marili | Associate | Restructuring | 275 | 1.4 | 385.00 |
| **TOTAL** | | | | **160.8** | **$ 96,032.00** |

**EXHIBIT B**

**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD DECEMBER 1, 2019 TO DECEMBER 31, 2019**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 5 | Real Estate Issues | 5.7 | $ 4,073.00 |
| 14 | Analysis of Claims/Liab Subject to Compr | 41.5 | 29,039.00 |
| 17 | Wind Down Monitoring | 61.1 | 38,479.50 |
| 18 | Potential Avoidance Actions & Litigation | 17.0 | 7,441.50 |
| 19 | Case Management | 1.2 | 1,374.00 |
| 24 | Preparation of Fee Application | 34.3 | 15,625.00 |
| | **TOTAL** | **160.8** | **$ 96,032.00** |

EXHIBIT C
SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538
DETAIL OF TIME ENTRIES
FOR THE PERIOD DECEMBER 1, 2019 TO DECEMBER 31, 2019

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 5 | 12/9/2019 | Khazary, Sam | 0.8 | Perform analysis of proposed asset sale of Mountain Home, ID land parcel. |
| 5 | 12/10/2019 | Khazary, Sam | 0.8 | Analyze proposed asset sale of Cheboygan, MI Kmart. |
| 5 | 12/10/2019 | Nelson, Cynthia A | 0.4 | Review and approve request regarding asset sale by Debtors. |
| 5 | 12/13/2019 | Khazary, Sam | 0.8 | Analyze proposed asset sale of Nichols Partnership JV Interest. |
| 5 | 12/13/2019 | Nelson, Cynthia A | 0.3 | Participate in internal meeting regarding review of proposed real estate sales and next steps. |
| 5 | 12/19/2019 | Nelson, Cynthia A | 0.3 | Respond to Debtors' request for approval on certain asset sales. |
| 5 | 12/20/2019 | Kaneb, Blair | 2.0 | Evaluate real estate disposition proposals. |
| 5 | 12/26/2019 | Nelson, Cynthia A | 0.3 | Discuss status of proposed asset sales with Debtors' advisors. |
| **5 Total** | | | **5.7** | |
| 14 | 12/2/2019 | Diaz, Matthew | 0.4 | Review and provide comments to the Committee presentation on Admin claims. |
| 14 | 12/2/2019 | Shapiro, Jill | 0.4 | Participate in internal meeting re: opt-in schedule. |
| 14 | 12/3/2019 | Diaz, Matthew | 0.6 | Review updated administrative claims analysis. |
| 14 | 12/4/2019 | Eisler, Marshall | 2.1 | Review updated summary of administrative creditor ballots as provided by M-III. |
| 14 | 12/5/2019 | Diaz, Matthew | 0.7 | Review the updated opt-in analysis from the Debtors. |
| 14 | 12/5/2019 | Eisler, Marshall | 2.1 | Analyze exhibit outlining potential size of Tier 1 administrative creditors. |
| 14 | 12/5/2019 | Eisler, Marshall | 1.9 | Correspond with Akin re: initial distributions to creditors. |
| 14 | 12/5/2019 | Shapiro, Jill | 1.7 | Participate in call with M-III re: opt-in schedules. |
| 14 | 12/5/2019 | Shapiro, Jill | 1.1 | Analyze opt-in schedules as prepared by M-III. |
| 14 | 12/5/2019 | Shapiro, Jill | 0.6 | Participate in call with Akin re: opt-in schedules. |
| 14 | 12/9/2019 | Diaz, Matthew | 0.6 | Review updated claim information. |
| 14 | 12/9/2019 | Eisler, Marshall | 1.9 | Review updated opt-in ballot summary from M-III. |
| 14 | 12/9/2019 | Eisler, Marshall | 1.1 | Correspond with Akin re: administrative consent program. |
| 14 | 12/10/2019 | Diaz, Matthew | 1.2 | Review updated administrative claims analysis. |

EXHIBIT C
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD DECEMBER 1, 2019 TO DECEMBER 31, 2019**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 14 | 12/10/2019 | Eisler, Marshall | 0.9 | Review differences in updated administrative creditor consent program. |
| 14 | 12/10/2019 | Shapiro, Jill | 0.6 | Participate in call with M-III re: final opt-in schedule. |
| 14 | 12/11/2019 | Diaz, Matthew | 0.4 | Review report to the Committee on administrative creditors claims. |
| 14 | 12/11/2019 | Eisler, Marshall | 1.1 | Diligence avoidance action summary provided by ASK/Acumen. |
| 14 | 12/13/2019 | Star, Samuel | 0.6 | Review updated analysis of administrative claims and sources of funding. |
| 14 | 12/16/2019 | Star, Samuel | 0.2 | Participate in internal meeting re: status of administrative claim reconciliations and opt-in/outstanding ballots. |
| 14 | 12/16/2019 | Eisler, Marshall | 2.3 | Review updated analysis for affected administrative creditor pool as provided by M-III. |
| 14 | 12/16/2019 | Kim, Ye Darm | 0.8 | Participate in call with M-III re: opt-in claims reconciliation process. |
| 14 | 12/16/2019 | Shapiro, Jill | 1.4 | Prepare diligence questions re: opt-in schedules provided by the Debtors. |
| 14 | 12/16/2019 | Shapiro, Jill | 1.2 | Participate in call with M-III re: affected creditors list. |
| 14 | 12/17/2019 | Diaz, Matthew | 1.1 | Perform review of the updated administrative claims analysis. |
| 14 | 12/17/2019 | Star, Samuel | 0.2 | Participate in internal meeting re: potential adjustments to administrative claims pool for additional reconciled claims and the potential world import settlement. |
| 14 | 12/17/2019 | Eisler, Marshall | 0.9 | Reconcile updated opt-out claims analysis with previous version provided by M-III. |
| 14 | 12/17/2019 | Eisler, Marshall | 2.1 | Reconcile updated non-opt out creditor analysis as provided by M-III with previous version. |
| 14 | 12/17/2019 | Eisler, Marshall | 2.8 | Correspond with Akin and Weil re: latest analysis of world import vendors. |
| 14 | 12/17/2019 | Kim, Ye Darm | 1.1 | Review opt-in claims recharacterization schedule and prepare diligence questions. |
| 14 | 12/17/2019 | Shapiro, Jill | 1.4 | Prepare diligence questions re: updated opt-in schedules provided by the Debtors. |
| 14 | 12/17/2019 | Shapiro, Jill | 0.6 | Participate in professionals call re: potential world import vendor settlements. |
| 14 | 12/17/2019 | Shapiro, Jill | 0.3 | Participate in internal meeting re: potential world import vendor settlements. |
| 14 | 12/19/2019 | Diaz, Matthew | 0.6 | Review updated administrative claims analysis. |
| 14 | 12/19/2019 | Kim, Ye Darm | 0.7 | Analyze potential world import claims schedule provided by Debtors. |
| 14 | 12/19/2019 | Kim, Ye Darm | 0.7 | Prepare summary of potential world import impact on claims for internal distribution. |
| 14 | 12/19/2019 | Kim, Ye Darm | 0.9 | Review latest opt-in claims schedule from the Debtors and prepare diligence questions. |

**EXHIBIT C**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD DECEMBER 1, 2019 TO DECEMBER 31, 2019**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 14 | 12/19/2019 | Kim, Ye Darm | 0.6 | Participate in call with M-III re: opt-in claims settlement. |
| 14 | 12/19/2019 | Shapiro, Jill | 0.4 | Analyze potential world import claims schedule provided by Debtors and prepare diligence questions. |
| 14 | 12/19/2019 | Shapiro, Jill | 0.4 | Participate in call with M-III re: opt-in claims settlement. |
| 14 | 12/20/2019 | Diaz, Matthew | 0.8 | Review updated administrative claims and asset analysis. |
| **14 Total** | | | **41.5** | |
| 17 | 12/3/2019 | Eisler, Marshall | 1.9 | Update exhibits showing impact of board fee litigation. |
| 17 | 12/5/2019 | Eisler, Marshall | 0.9 | Analyze latest post confirmation cash forecast as provided by M-III. |
| 17 | 12/6/2019 | Eisler, Marshall | 2.1 | Prepare summary of sources of value for the winddown estate. |
| 17 | 12/6/2019 | Eisler, Marshall | 1.9 | Review updated post confirmation cash flow budget as provided by M-III. |
| 17 | 12/6/2019 | Eisler, Marshall | 1.3 | Prepare update to exhibit outlining impact of proposed board fee structure. |
| 17 | 12/9/2019 | Eisler, Marshall | 2.3 | Update presentation to UCC re: post confirmation cash flows. |
| 17 | 12/9/2019 | Kim, Ye Darm | 2.7 | Prepare additional analysis of the estate winddown monitoring for presentation to the Committee. |
| 17 | 12/10/2019 | Eisler, Marshall | 1.1 | Review open issues in connection with APA disputes. |
| 17 | 12/10/2019 | Garfunkel, Joshua | 3.1 | Prepare summary of open issues in connection with APA disputes. |
| 17 | 12/10/2019 | Kim, Ye Darm | 0.6 | Participate in call with M-III re: outstanding APA dispute issues. |
| 17 | 12/10/2019 | Kim, Ye Darm | 0.9 | Prepare analysis re: litigation board fee structure. |
| 17 | 12/10/2019 | Eisler, Marshall | 0.7 | Correspond with M-III re: post confirmation budget reconciliation. |
| 17 | 12/10/2019 | Eisler, Marshall | 2.4 | Provide comments to presentation for the UCC re: winddown cash flow. |
| 17 | 12/10/2019 | Eisler, Marshall | 0.9 | Review draft response to litigation board compensation objection. |
| 17 | 12/10/2019 | Kim, Ye Darm | 2.4 | Update analysis re: estate winddown monitoring for presentation to the Committee. |
| 17 | 12/11/2019 | Kim, Ye Darm | 2.6 | Analyze Debtor's latest analysis re: impact of APA disputes. |
| 17 | 12/11/2019 | Kim, Ye Darm | 0.9 | Review open issues in connection with APA disputes. |
| 17 | 12/11/2019 | Eisler, Marshall | 1.2 | Diligence summary of open issues in connection with APA disputes. |

EXHIBIT C
SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538
DETAIL OF TIME ENTRIES
FOR THE PERIOD DECEMBER 1, 2019 TO DECEMBER 31, 2019

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 17 | 12/11/2019 | Garfunkel, Joshua | 2.4 | Update analysis re: potential impact of APA disputes to solvency. |
| 17 | 12/11/2019 | Garfunkel, Joshua | 2.6 | Continue to update analysis re: potential impact of APA disputes to solvency. |
| 17 | 12/11/2019 | Kim, Ye Darm | 0.9 | Prepare updates to exhibit re: board compensation structure for Counsel. |
| 17 | 12/12/2019 | Kim, Ye Darm | 1.3 | Continue analysis re: potential impact of APA disputes to solvency. |
| 17 | 12/12/2019 | Kim, Ye Darm | 2.1 | Perform analysis re: potential impact of APA disputes to solvency. |
| 17 | 12/12/2019 | Eisler, Marshall | 2.2 | Provide comments to analysis re: potential impact of APA disputes to solvency. |
| 17 | 12/12/2019 | Garfunkel, Joshua | 3.1 | Continue to update analysis re: potential impact of APA disputes to solvency. |
| 17 | 12/13/2019 | Eisler, Marshall | 1.3 | Provide additional comments for exhibit re: potential impact of APA disputes to solvency. |
| 17 | 12/13/2019 | Diaz, Matthew | 0.9 | Review analysis re: potential impact of APA disputes to solvency. |
| 17 | 12/13/2019 | Garfunkel, Joshua | 0.8 | Incorporate revisions to analysis re: potential impact of APA disputes to solvency. |
| 17 | 12/13/2019 | Star, Samuel | 0.7 | Review latest weekly budget variance report and cash forecast through September 2020. |
| 17 | 12/15/2019 | Garfunkel, Joshua | 0.3 | Finalize analysis re: potential impact of APA disputes to solvency. |
| 17 | 12/16/2019 | Kim, Ye Darm | 1.2 | Prepare updated draft presentation re: potential impact of APA disputes to solvency. |
| 17 | 12/16/2019 | Kim, Ye Darm | 0.9 | Update presentation re: potential impact of APA disputes to solvency. |
| 17 | 12/16/2019 | Eisler, Marshall | 1.3 | Provide comments to updated draft of presentation re: potential impact of APA disputes to solvency. |
| 17 | 12/16/2019 | Diaz, Matthew | 1.8 | Perform review of draft presentation re: potential impact of APA disputes to solvency. |
| 17 | 12/16/2019 | Eisler, Marshall | 2.9 | Analyze impact of Debtors proposed approach re: import vendors. |
| 17 | 12/17/2019 | Eisler, Marshall | 0.3 | Review proposed response to Akin diligence request re: historical vendor payments. |
| 17 | 12/18/2019 | Eisler, Marshall | 2.1 | Analyze Debtors proposed APA dispute settlement. |
| 17 | 12/18/2019 | Diaz, Matthew | 0.8 | Review the APA settlement proposal. |
| 17 | 12/19/2019 | Diaz, Matthew | 0.7 | Review Debtors' analysis of open issues in connection with APA disputes. |
| 17 | 12/27/2019 | Eisler, Marshall | 0.6 | Correspond with M-III re: professional fee reserve. |
| **17 Total** | | | **61.1** | |

EXHIBIT C
SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538
DETAIL OF TIME ENTRIES
FOR THE PERIOD DECEMBER 1, 2019 TO DECEMBER 31, 2019

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 12/5/2019 | Diaz, Matthew | 0.4 | Review certain responses to Akin on the complaint. |
| 18 | 12/5/2019 | Eisler, Marshall | 0.7 | Correspond with Akin re: position held by specific short seller. |
| 18 | 12/10/2019 | Simms, Steven | 0.3 | Participate in internal meeting re: outstanding litigation items. |
| 18 | 12/13/2019 | Star, Samuel | 0.7 | Review summary of amended complaint by count and defendant. |
| 18 | 12/16/2019 | Kim, Ye Darm | 1.3 | Analyze top vendor historical A/P of the Debtors. |
| 18 | 12/17/2019 | Kim, Ye Darm | 1.2 | Continue analysis of top vendor historical A/P and invoice payments by Debtors. |
| 18 | 12/23/2019 | Adler, Leana | 1.4 | Analyze credit default swap pricing for 2014. |
| 18 | 12/24/2019 | Adler, Leana | 1.2 | Analyze credit default swap pricing for 2015. |
| 18 | 12/24/2019 | Adler, Leana | 3.4 | Analyze credit default swap pricing for 2016. |
| 18 | 12/26/2019 | Adler, Leana | 3.8 | Analyze credit default swap pricing for 2017. |
| 18 | 12/26/2019 | Adler, Leana | 2.6 | Analyze credit default swap pricing for 2018. |
| **18 Total** | | | **17.0** | |
| 19 | 12/2/2019 | Star, Samuel | 0.6 | Participate in internal meeting re: case status. |
| 19 | 12/4/2019 | Simms, Steven | 0.6 | Participate in internal meeting re: case status. |
| **19 Total** | | | **1.2** | |
| 24 | 12/2/2019 | Diaz, Matthew | 1.1 | Review and provide comments to the October fee application. |
| 24 | 12/2/2019 | Shapiro, Jill | 3.7 | Prepare the October fee application. |
| 24 | 12/3/2019 | Shapiro, Jill | 0.3 | Prepare the weekly fee estimate. |
| 24 | 12/3/2019 | Shapiro, Jill | 0.3 | Prepare the third interim fee application. |
| 24 | 12/3/2019 | Shapiro, Jill | 0.9 | Continue to prepare the October fee application. |
| 24 | 12/6/2019 | Shapiro, Jill | 0.3 | Continue to prepare the October fee application. |
| 24 | 12/8/2019 | Shapiro, Jill | 0.4 | Continue to prepare the third interim fee application. |
| 24 | 12/9/2019 | Hellmund-Mora, Marili | 0.6 | Finalize the October fee application. |

EXHIBIT C
SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538
DETAIL OF TIME ENTRIES
FOR THE PERIOD DECEMBER 1, 2019 TO DECEMBER 31, 2019

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 12/10/2019 | Shapiro, Jill | 0.7 | Prepare the weekly fee estimate. |
| 24 | 12/10/2019 | Shapiro, Jill | 0.7 | Prepare the October fee application for the fee examiner. |
| 24 | 12/10/2019 | Shapiro, Jill | 2.1 | Continue to prepare the third interim fee application. |
| 24 | 12/11/2019 | Shapiro, Jill | 0.4 | Prepare the October fee application for the fee examiner. |
| 24 | 12/11/2019 | Shapiro, Jill | 1.3 | Continue to prepare the third interim fee application. |
| 24 | 12/12/2019 | Kim, Ye Darm | 1.6 | Review draft of the third interim fee application. |
| 24 | 12/12/2019 | Shapiro, Jill | 3.7 | Continue to prepare the third interim fee application. |
| 24 | 12/12/2019 | Shapiro, Jill | 0.8 | Prepare revisions to the third interim fee application. |
| 24 | 12/13/2019 | Diaz, Matthew | 1.4 | Review and provide comments to the third interim fee application. |
| 24 | 12/13/2019 | Shapiro, Jill | 1.2 | Continue to prepare the third interim fee application. |
| 24 | 12/16/2019 | Shapiro, Jill | 0.3 | Continue to prepare the third interim fee application. |
| 24 | 12/17/2019 | Shapiro, Jill | 1.1 | Continue to prepare the third interim fee application. |
| 24 | 12/17/2019 | Shapiro, Jill | 0.9 | Prepare the November fee application. |
| 24 | 12/17/2019 | Shapiro, Jill | 0.8 | Prepare the weekly fee estimate. |
| 24 | 12/18/2019 | Shapiro, Jill | 0.7 | Process edits to the November fee application. |
| 24 | 12/18/2019 | Shapiro, Jill | 3.6 | Continue to prepare the November fee application. |
| 24 | 12/19/2019 | Diaz, Matthew | 0.7 | Review and provide comments to the November fee application. |
| 24 | 12/19/2019 | Shapiro, Jill | 0.3 | Continue to prepare the November fee application. |
| 24 | 12/24/2019 | Shapiro, Jill | 1.2 | Continue to prepare the November fee application. |
| 24 | 12/26/2019 | Hellmund-Mora, Marili | 0.8 | Update and finalize the November fee application. |
| 24 | 12/26/2019 | Shapiro, Jill | 2.4 | Incorporate updates to the November fee application. |
| **24 Total** | | | **34.3** | |
| **Grand Total** | | | **160.8** | |

**EXHIBIT D**

**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD DECEMBER 1, 2019 TO DECEMBER 31, 2019**

| **Expense Type** | **Amount** |
|---|---|
| Transportation | $ 847.59 |
| Working Meals [1] | 60.00 |
| **Grand Total** | **$ 907.59** |

[1] Overtime meals over $20.00 have been reduced to $20.00.

**EXHIBIT E**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**EXPENSE DETAIL**
**FOR THE PERIOD DECEMBER 1, 2019 TO DECEMBER 31, 2019**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 8/26/2019 | Eisler, Marshall | Transportation | Taxi from office to home after working late in the office on the Sears case. | $27.50 |
| 9/12/2019 | Eisler, Marshall | Transportation | Taxi from home to Courhouse to attend Sears hearing. | 95.70 |
| 9/12/2019 | Eisler, Marshall | Transportation | Taxi from Courthouse to FTI office after attending Sears hearing. | 53.90 |
| 9/13/2019 | Eisler, Marshall | Transportation | Taxi from office to home after working late in the office on the Sears case. | 26.30 |
| 9/16/2019 | Eisler, Marshall | Transportation | Taxi from office to home after working late in the office on the Sears case. | 27.50 |
| 9/16/2019 | Eisler, Marshall | Transportation | Taxi from office to home after working late in the office on the Sears case. | 27.96 |
| 9/17/2019 | Eisler, Marshall | Transportation | Taxi from office to home after working late in the office on the Sears case. | 27.50 |
| 9/23/2019 | Eisler, Marshall | Transportation | Taxi from office to home after working late in the office on the Sears case. | 28.11 |
| 9/27/2019 | Eisler, Marshall | Transportation | Taxi from office to home after working late in the office on the Sears case. | 29.90 |
| 10/3/2019 | Eisler, Marshall | Transportation | Taxi from office to home after working late in the office on the Sears case. | 37.93 |
| 10/15/2019 | Eisler, Marshall | Transportation | Taxi from office to home after working late in the office on the Sears case. | 29.47 |
| 10/15/2019 | Eisler, Marshall | Transportation | Taxi from office to home after working late in the office on the Sears case. | 26.90 |
| 10/16/2019 | Eisler, Marshall | Transportation | Taxi from office to home after working late in the office on the Sears case. | 25.09 |
| 10/18/2019 | Eisler, Marshall | Transportation | Taxi from office to home after working late in the office on the Sears case. | 26.30 |
| 10/21/2019 | Eisler, Marshall | Transportation | Taxi from office to home after working late in the office on the Sears case. | 24.93 |
| 10/22/2019 | Eisler, Marshall | Transportation | Taxi from office to home after working late in the office on the Sears case. | 59.69 |
| 10/23/2019 | Eisler, Marshall | Transportation | Taxi from office to home after working late in the office on the Sears case. | 31.70 |

**EXHIBIT E**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**EXPENSE DETAIL**
**FOR THE PERIOD DECEMBER 1, 2019 TO DECEMBER 31, 2019**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 10/24/2019 | Eisler, Marshall | Transportation | Taxi from office to home after working late in the office on the Sears case. | 28.10 |
| 10/29/2019 | Eisler, Marshall | Transportation | Taxi from office to home after working late in the office on the Sears case. | 25.25 |
| 11/4/2019 | Eisler, Marshall | Transportation | Taxi from office to home after working late in the office on the Sears case. | 30.50 |
| 11/6/2019 | Eisler, Marshall | Transportation | Taxi from office to home after working late in the office on the Sears case. | 26.14 |
| 11/8/2019 | Eisler, Marshall | Transportation | Taxi from office to home after working late in the office on the Sears case. | 20.16 |
| 11/21/2019 | Eisler, Marshall | Transportation | Taxi from office to home after working late in the office on the Sears case. | 29.30 |
| 12/6/2019 | Eisler, Marshall | Transportation | Taxi from office to home after working late in the office on the Sears case. | 28.10 |
| 12/10/2019 | Eisler, Marshall | Transportation | Taxi from office to home after working late in the office on the Sears case. | 26.16 |
| 12/13/2019 | Eisler, Marshall | Transportation | Taxi from office to home after working late in the office on the Sears case. | 27.50 |
| | | **Transportation Total** | | **$ 847.59** |
| 10/14/2019 | Eisler, Marshall | Working Meals | Dinner while working late in the office on the Sears case. | 20.00 |
| 12/15/2019 | Kim, Ye Darm | Working Meals | Dinner while working late in the office on the Sears case. | 20.00 |
| 12/15/2019 | Kim, Ye Darm | Working Meals | Dinner while working late in the office on the Sears case. | 20.00 |
| | | **Working Meals Total** | | **$ 60.00** |
| | | **Grand Total** | | **$ 907.59** |