Defendant: **Abella's Heating & Air**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233943 | $2,074.85 | 7/19/18 | 24233003A-IN | 7/18/18 | $2,074.85 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238560 | $2,147.84 | 8/15/18 | 24319903A-IN | 8/14/18 | $2,147.84 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238967 | $1,846.67 | 8/17/18 | 24358274A-IN | 8/16/18 | $1,846.67 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239819 | $1,692.98 | 8/23/18 | 24398838A-IN | 8/22/18 | $1,692.98 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241006 | $2,069.00 | 8/30/18 | 24432896A-IN | 8/29/18 | $2,069.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242991 | $2,528.41 | 9/13/18 | 24359476A-IN | 9/12/18 | $2,528.41 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244722 | $3,338.48 | 9/26/18 | 24195940A-IN | 9/25/18 | $3,338.48 |

Totals:    7 transfer(s),  $15,698.23