Defendant: **Absolute Heating & Airconditioning Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234060 | $1,618.16 | 7/19/18 | 24169072A-IN | 7/17/18 | $1,618.16 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234334 | $2,454.86 | 7/20/18 | 24097005A-IN | 7/19/18 | $1,618.16 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234334 | $2,454.86 | 7/20/18 | 24089212A-IN | 7/20/18 | $836.70 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234595 | $3,888.70 | 7/23/18 | 23796864A-IN | 7/23/18 | $3,888.70 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234856 | $1,525.42 | 7/24/18 | 24226211A-IN | 7/23/18 | $1,525.42 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235331 | $2,562.12 | 7/26/18 | 24108046A-IN | 7/25/18 | $1,745.42 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235331 | $2,562.12 | 7/26/18 | 24199424A-IN | 7/25/18 | $816.70 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235549 | $766.70 | 7/27/18 | 24116296A-IN | 7/27/18 | $766.70 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235827 | $1,568.16 | 7/30/18 | 24113539A-IN | 7/27/18 | $1,568.16 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236329 | $240.00 | 8/1/18 | 22823550B-IN | 8/1/18 | $240.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236559 | $900.00 | 8/2/18 | 18419633C-IN | 8/2/18 | $900.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236875 | $2,491.70 | 8/3/18 | 24240475A-IN | 8/2/18 | $1,570.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236875 | $2,491.70 | 8/3/18 | 24194279A-IN | 8/2/18 | $921.70 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237217 | $1,963.16 | 8/6/18 | 24244438A-IN | 8/3/18 | $1,713.16 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237217 | $1,963.16 | 8/6/18 | 23990981A-IN | 8/6/18 | $250.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239039 | $1,695.00 | 8/17/18 | 24323888A-IN | 8/16/18 | $1,695.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239262 | $1,064.70 | 8/20/18 | 24345364A-IN | 8/20/18 | $1,064.70 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239468 | $1,506.00 | 8/21/18 | 24336270A-IN | 8/20/18 | $1,506.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241715 | $2,557.60 | 9/4/18 | 24384447A-IN | 9/4/18 | $2,557.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242507 | $2,458.60 | 9/10/18 | 24450261A-IN | 9/7/18 | $2,458.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243059 | $554.19 | 9/13/18 | 24488347A-IN | 9/13/18 | $554.19 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243422 | $4,925.94 | 9/17/18 | 24238650A-IN | 9/14/18 | $3,017.23 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243422 | $4,925.94 | 9/17/18 | 24431926A-IN | 9/14/18 | $1,908.71 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244790 | $4,350.00 | 9/26/18 | 24046955B-IN | 9/25/18 | $4,350.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245877 | $436.50 | 10/3/18 | 23766774A-IN | 10/2/18 | $436.50 |

Totals:   20 transfer(s),  $39,527.51