Defendant: **Affordable Granite Concepts Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236111 | $4,183.72 | 7/31/18 | 1967-IN | 7/25/18 | $4,183.72 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236602 | $3,945.19 | 8/2/18 | 1976-IN | 7/26/18 | $3,945.19 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237892 | $1,990.35 | 8/9/18 | 2030-IN | 8/8/18 | $1,990.35 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239511 | $6,531.63 | 8/21/18 | 2056-IN | 8/13/18 | $2,297.51 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239511 | $6,531.63 | 8/21/18 | 2060-IN | 8/15/18 | $4,234.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241385 | $1,833.77 | 8/31/18 | 2074-IN | 8/17/18 | $1,833.77 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242716 | $1,425.02 | 9/11/18 | 2196-IN | 9/10/18 | $1,425.02 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243876 | $2,974.09 | 9/19/18 | 2229-IN | 9/10/18 | $2,974.09 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244822 | $2,475.06 | 9/26/18 | 2293-IN | 9/24/18 | $2,475.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245688 | $2,478.03 | 10/2/18 | 2328-IN | 9/29/18 | $2,478.03 |

Totals:    9 transfer(s),  $27,836.86