Defendant: **Air Pro Heating & Cooling**

Bankruptcy Case **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233532 | $2,058.61 | 7/17/18 | 24066210A-IN | 7/16/18 | $2,058.61 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234807 | $1,005.34 | 7/24/18 | 24094602A-IN | 7/23/18 | $1,005.34 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236810 | $1,994.43 | 8/3/18 | 24092151A-IN | 8/3/18 | $1,994.43 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239857 | $1,477.34 | 8/23/18 | 24315867A-IN | 8/22/18 | $1,477.34 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240510 | $958.10 | 8/28/18 | 24251386A-IN | 8/28/18 | $958.10 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241621 | $1,020.50 | 9/4/18 | 24240452A-IN | 9/1/18 | $1,020.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242647 | $1,260.84 | 9/11/18 | 24322136A-IN | 9/11/18 | $1,260.84 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243181 | $1,855.06 | 9/14/18 | 24335114A-IN | 9/14/18 | $1,855.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245612 | $1,419.32 | 10/2/18 | 23776515A-IN | 10/2/18 | $1,419.32 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246532 | $7,111.90 | 10/8/18 | 24051609A-IN | 10/5/18 | $7,111.90 |

**Totals:**     **10 transfer(s),  $20,161.44**