Defendant: **American Door And Dock Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62085668 | $9,174.56 | 9/3/18 | 8909 | 6/14/18 | $9,174.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087387 | $4,352.68 | 10/1/18 | 9200 | 7/12/18 | $4,352.68 |

Totals: 2 transfer(s), $13,527.24