Defendant: **Appliance And Refrigeration Services Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62082289 | $600.00 | 7/4/18 | 10AGTK | 6/22/18 | $360.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082289 | $600.00 | 7/4/18 | 10AGTK | 6/22/18 | $240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082455 | $480.00 | 7/6/18 | 10AH15 | 6/26/18 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082455 | $480.00 | 7/6/18 | 10AH15 | 6/26/18 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082455 | $480.00 | 7/6/18 | 10AH15 | 6/26/18 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082455 | $480.00 | 7/6/18 | 10AH15 | 6/26/18 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082455 | $480.00 | 7/6/18 | 10AH15 | 6/26/18 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082525 | $165.00 | 7/9/18 | 10AH3Z | 6/27/18 | $85.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082525 | $165.00 | 7/9/18 | 10AH3Z | 6/27/18 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082644 | $80.00 | 7/10/18 | 10AH6Z | 6/28/18 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082712 | $290.00 | 7/11/18 | 10AH9R | 6/29/18 | $290.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082945 | $160.00 | 7/12/18 | 10AHFP | 7/2/18 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082945 | $160.00 | 7/12/18 | 10AHFP | 7/2/18 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083019 | $123.36 | 7/13/18 | 10AHIF | 7/3/18 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083019 | $123.36 | 7/13/18 | 10AHIF | 7/3/18 | $37.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083019 | $123.36 | 7/13/18 | 10AHIF | 7/3/18 | $5.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083252 | $245.00 | 7/17/18 | 10AHMC | 7/5/18 | $85.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083252 | $245.00 | 7/17/18 | 10AHMC | 7/5/18 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083252 | $245.00 | 7/17/18 | 10AHMC | 7/5/18 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083302 | $566.96 | 7/18/18 | 10AHPP | 7/6/18 | $400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083302 | $566.96 | 7/18/18 | 10AHPP | 7/6/18 | $147.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083302 | $566.96 | 7/18/18 | 10AHPP | 7/6/18 | $19.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083351 | $80.00 | 7/19/18 | 10AHW0 | 7/9/18 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083427 | $80.00 | 7/20/18 | 10AHZA | 7/10/18 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083478 | $160.00 | 7/23/18 | 10AI2Q | 7/11/18 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083478 | $160.00 | 7/23/18 | 10AI2Q | 7/11/18 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083709 | $1,171.73 | 7/26/18 | 10AIG7 | 7/16/18 | $638.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083709 | $1,171.73 | 7/26/18 | 10AIG7 | 7/16/18 | $400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083709 | $1,171.73 | 7/26/18 | 10AIG7 | 7/16/18 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083709 | $1,171.73 | 7/26/18 | 10AIG7 | 7/16/18 | $46.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083709 | $1,171.73 | 7/26/18 | 10AIG7 | 7/16/18 | $7.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083788 | $416.63 | 7/27/18 | 10AIJT | 7/17/18 | $270.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083788 | $416.63 | 7/27/18 | 10AIJT | 7/17/18 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083788 | $416.63 | 7/27/18 | 10AIJT | 7/17/18 | $56.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083788 | $416.63 | 7/27/18 | 10AIJT | 7/17/18 | $9.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083870 | $245.00 | 7/30/18 | 10AINA | 7/18/18 | $85.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083870 | $245.00 | 7/30/18 | 10AINA | 7/18/18 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083870 | $245.00 | 7/30/18 | 10AINA | 7/18/18 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084012 | $128.00 | 7/31/18 | 10AIQJ | 7/19/18 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084012 | $128.00 | 7/31/18 | 10AIQJ | 7/19/18 | $48.00 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62084079 | $104.49 | 8/1/18 | 10AIU1 | 7/20/18 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084079 | $104.49 | 8/1/18 | 10AIU1 | 7/20/18 | $18.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084079 | $104.49 | 8/1/18 | 10AIU1 | 7/20/18 | $6.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085293 | $3,460.25 | 8/28/18 | 10AJIL | 8/10/18 | $2,193.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085293 | $3,460.25 | 8/28/18 | 10AJIL | 8/10/18 | $661.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085293 | $3,460.25 | 8/28/18 | 10AJIL | 8/10/18 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085293 | $3,460.25 | 8/28/18 | 10AJIL | 8/10/18 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085293 | $3,460.25 | 8/28/18 | 10AJIL | 8/10/18 | $128.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085293 | $3,460.25 | 8/28/18 | 10AJIL | 8/10/18 | $125.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085293 | $3,460.25 | 8/28/18 | 10AJIL | 8/10/18 | $32.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085462 | $264.80 | 8/30/18 | 10AJVA | 8/14/18 | $208.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085462 | $264.80 | 8/30/18 | 10AJVA | 8/14/18 | $48.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085462 | $264.80 | 8/30/18 | 10AJVA | 8/14/18 | $5.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085462 | $264.80 | 8/30/18 | 10AJVA | 8/14/18 | $3.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL5ZVH22 | 5/4/18 | -$3.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL5ZX2H2 | 5/7/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL5ZX25S | 5/7/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL5ZX4BS | 5/7/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL5ZX7GW | 5/7/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL5ZYJDW | 5/11/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL511JYW | 5/11/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL511V84 | 5/11/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL511K4C | 5/11/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL511J7R | 5/11/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL511JH9 | 5/11/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL511JB9 | 5/11/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL511GYX | 5/11/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL5ZYHZM | 5/11/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL511HPY | 5/11/18 | -$13.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL512BYC | 5/12/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL5129MB | 5/12/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL512BB5 | 5/12/18 | -$13.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL513QY6 | 5/15/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL513R6F | 5/15/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL5143G7 | 5/15/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL5143P8 | 5/15/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL5143T1 | 5/15/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL5149ZB | 5/15/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL51439S | 5/15/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL515GG6 | 5/16/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL516WXM | 5/18/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL516WPH | 5/18/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL516YLH | 5/18/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL517FW6 | 5/18/18 | -$5.60 |

Appliance And Refrigeration Services Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL517J6Y | 5/18/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL517KLV | 5/18/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL517K2Q | 5/18/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL517X5N | 5/19/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL519CL6 | 5/21/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL518GLK | 5/21/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL518DR2 | 5/21/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL519452 | 5/21/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL5195G8 | 5/21/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL518FBC | 5/21/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL51957L | 5/21/18 | -$13.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL51B7S9 | 5/22/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL519WG5 | 5/22/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL519X33 | 5/22/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL51C4QL | 5/23/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL51C2RK | 5/23/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL51C3FY | 5/23/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL51C39G | 5/23/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL51C4FW | 5/23/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL51C3CG | 5/23/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL51D3LK | 5/24/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL51CYN8 | 5/24/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL51D3G7 | 5/24/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL51D3KG | 5/24/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL51F82C | 5/25/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL51F24G | 5/25/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL51F29N | 5/25/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL51G1QQ | 5/25/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL51G1NS | 5/25/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL51DZ7D | 5/25/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL51GD5B | 5/29/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL51GH1Z | 5/29/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL51GLVP | 5/29/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL51GMC3 | 5/29/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL51GDKJ | 5/29/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL51HYQ9 | 5/30/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL51JBK9 | 5/30/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL51HZ5J | 5/30/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL51HZR8 | 5/30/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL61L7RP | 6/1/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL61LHYM | 6/1/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL61L7J2 | 6/1/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL61L7MQ | 6/1/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL61L7WM | 6/1/18 | -$5.60 |

Appliance And Refrigeration Services Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL61L7YN | 6/1/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | SRL61L82W | 6/1/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | 10AK25 | 8/16/18 | $190.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | 10AK25 | 8/16/18 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | 10AK9C | 8/18/18 | $208.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | 10AK9C | 8/18/18 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | 10AKDC | 8/20/18 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | 10AKDC | 8/20/18 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085791 | $496.50 | 9/5/18 | 10AKDC | 8/20/18 | $64.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085845 | $709.18 | 9/6/18 | 10AKHA | 8/21/18 | $350.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085845 | $709.18 | 9/6/18 | 10AKHA | 8/21/18 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085845 | $709.18 | 9/6/18 | 10AKHA | 8/21/18 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085845 | $709.18 | 9/6/18 | 10AKHA | 8/21/18 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085845 | $709.18 | 9/6/18 | 10AKHA | 8/21/18 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085845 | $709.18 | 9/6/18 | 10AKHA | 8/21/18 | $31.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085845 | $709.18 | 9/6/18 | 10AKHA | 8/21/18 | $7.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085893 | $116.80 | 9/7/18 | 10AKL4 | 8/22/18 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085893 | $116.80 | 9/7/18 | 10AKL4 | 8/22/18 | $29.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085893 | $116.80 | 9/7/18 | 10AKL4 | 8/22/18 | $6.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086050 | $160.00 | 9/10/18 | 10AKP4 | 8/23/18 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086050 | $160.00 | 9/10/18 | 10AKP4 | 8/23/18 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086115 | $320.00 | 9/11/18 | 10AKT6 | 8/24/18 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086115 | $320.00 | 9/11/18 | 10AKT6 | 8/24/18 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086115 | $320.00 | 9/11/18 | 10AKT6 | 8/24/18 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086115 | $320.00 | 9/11/18 | 10AKT6 | 8/24/18 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086182 | $808.91 | 9/12/18 | 10AKWR | 8/25/18 | $380.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086182 | $808.91 | 9/12/18 | 10AKWR | 8/25/18 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086182 | $808.91 | 9/12/18 | 10AKWR | 8/25/18 | $30.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086182 | $808.91 | 9/12/18 | 10AKWR | 8/25/18 | $8.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086182 | $808.91 | 9/12/18 | 10AL05 | 8/27/18 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086182 | $808.91 | 9/12/18 | 10AL05 | 8/27/18 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086182 | $808.91 | 9/12/18 | 10AL05 | 8/27/18 | $59.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086182 | $808.91 | 9/12/18 | 10AL05 | 8/27/18 | $10.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086344 | $720.00 | 9/14/18 | 10AL7S | 8/29/18 | $400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086344 | $720.00 | 9/14/18 | 10AL7S | 8/29/18 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086344 | $720.00 | 9/14/18 | 10AL7S | 8/29/18 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086344 | $720.00 | 9/14/18 | 10AL7S | 8/29/18 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086719 | $592.27 | 9/18/18 | 10ALFG | 8/31/18 | $472.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086719 | $592.27 | 9/18/18 | 10ALFG | 8/31/18 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086719 | $592.27 | 9/18/18 | 10ALFG | 8/31/18 | $32.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086719 | $592.27 | 9/18/18 | 10ALFG | 8/31/18 | $6.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086911 | $350.00 | 9/21/18 | 10ALSI | 9/5/18 | $270.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086911 | $350.00 | 9/21/18 | 10ALSI | 9/5/18 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086955 | $80.00 | 9/24/18 | 10ALWD | 9/6/18 | $80.00 |

Appliance And Refrigeration Services Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62087051 | $711.63 | 9/25/18 | 10AM0H | 9/7/18 | $320.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087051 | $711.63 | 9/25/18 | 10AM0H | 9/7/18 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087051 | $711.63 | 9/25/18 | 10AM0H | 9/7/18 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087051 | $711.63 | 9/25/18 | 10AM0H | 9/7/18 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087051 | $711.63 | 9/25/18 | 10AM0H | 9/7/18 | $58.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087051 | $711.63 | 9/25/18 | 10AM0H | 9/7/18 | $13.63 |

Totals:    30 transfer(s),    $13,886.51

Appliance And Refrigeration Services Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

February 5, 2020

Exhibit A