Defendant: **Archon Energy Solutions**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233577 | $603.25 | 7/17/18 | 24075870A-IN | 7/16/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233577 | $603.25 | 7/17/18 | 24115010A-IN | 7/16/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233577 | $603.25 | 7/17/18 | 24091143A-IN | 7/16/18 | $118.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234059 | $1,453.50 | 7/19/18 | 24127979A-IN | 7/17/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234059 | $1,453.50 | 7/19/18 | 24166463A-IN | 7/17/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234059 | $1,453.50 | 7/19/18 | 24212440A-IN | 7/18/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234059 | $1,453.50 | 7/19/18 | 24233003A-IN | 7/18/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234059 | $1,453.50 | 7/19/18 | 24245980A-IN | 7/18/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234059 | $1,453.50 | 7/19/18 | 24122170A-IN | 7/19/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234333 | $603.25 | 7/20/18 | 22833628A-IN | 7/19/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234333 | $603.25 | 7/20/18 | 24136894A-IN | 7/19/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234333 | $603.25 | 7/20/18 | 24235293A-IN | 7/19/18 | $118.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234594 | $242.25 | 7/23/18 | 24122141A-IN | 7/20/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234855 | $808.00 | 7/24/18 | 24160045A-IN | 7/23/18 | $323.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234855 | $808.00 | 7/24/18 | 24162982A-IN | 7/23/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234855 | $808.00 | 7/24/18 | 24246827A-IN | 7/23/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235114 | $361.00 | 7/25/18 | 23931884A-IN | 7/24/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235114 | $361.00 | 7/25/18 | 24055109A-IN | 7/24/18 | $118.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235330 | $242.25 | 7/26/18 | 24226399A-IN | 7/25/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235548 | $684.50 | 7/27/18 | 24260996A-IN | 7/26/18 | $323.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235548 | $684.50 | 7/27/18 | 23185785A-IN | 7/26/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235548 | $684.50 | 7/27/18 | 24042323A-IN | 7/26/18 | $118.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235826 | $242.25 | 7/30/18 | 24123606A-IN | 7/29/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236057 | $684.50 | 7/31/18 | 24269568A-IN | 7/30/18 | $323.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236057 | $684.50 | 7/31/18 | 24236505A-IN | 7/30/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236057 | $684.50 | 7/31/18 | 24197631A-IN | 7/30/18 | $118.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236328 | $969.00 | 8/1/18 | 24184387A-IN | 7/31/18 | $484.50 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236328 | $969.00 | 8/1/18 | 24140662A-IN | 7/31/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236328 | $969.00 | 8/1/18 | 24145336A-IN | 7/31/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236558 | $323.50 | 8/2/18 | 23984492A-IN | 8/1/18 | $323.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236874 | $1,325.25 | 8/3/18 | 23984353A-IN | 8/2/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236874 | $1,325.25 | 8/3/18 | 24154075A-IN | 8/2/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236874 | $1,325.25 | 8/3/18 | 24183192A-IN | 8/2/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236874 | $1,325.25 | 8/3/18 | 24213803A-IN | 8/2/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236874 | $1,325.25 | 8/3/18 | 24131788A-IN | 8/2/18 | $118.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236874 | $1,325.25 | 8/3/18 | 24122962A-IN | 8/3/18 | $118.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236874 | $1,325.25 | 8/3/18 | 24262367A-IN | 8/3/18 | $118.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237216 | $964.25 | 8/6/18 | 24081492A-IN | 8/3/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237216 | $964.25 | 8/6/18 | 24247661A-IN | 8/4/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237216 | $964.25 | 8/6/18 | 24121995A-IN | 8/4/18 | $118.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237216 | $964.25 | 8/6/18 | 23909284A-IN | 8/6/18 | $361.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237499 | $726.75 | 8/7/18 | 24115458A-IN | 8/6/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237499 | $726.75 | 8/7/18 | 24141041A-IN | 8/6/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237499 | $726.75 | 8/7/18 | 24286104A-IN | 8/6/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238218 | $242.25 | 8/13/18 | 24234538A-IN | 8/13/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238398 | $1,938.00 | 8/14/18 | 24322581A-IN | 8/13/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238398 | $1,938.00 | 8/14/18 | 23782554A-IN | 8/13/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238398 | $1,938.00 | 8/14/18 | 23865248A-IN | 8/13/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238398 | $1,938.00 | 8/14/18 | 24214031A-IN | 8/13/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238398 | $1,938.00 | 8/14/18 | 24295695A-IN | 8/13/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238398 | $1,938.00 | 8/14/18 | 24306327A-IN | 8/13/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238398 | $1,938.00 | 8/14/18 | 24317113A-IN | 8/13/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238398 | $1,938.00 | 8/14/18 | 24320933A-IN | 8/13/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238818 | $803.25 | 8/16/18 | 23974809A-IN | 8/15/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238818 | $803.25 | 8/16/18 | 24310988A-IN | 8/15/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238818 | $803.25 | 8/16/18 | 24281707A-IN | 8/15/18 | $200.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238818 | $803.25 | 8/16/18 | 23984386A-IN | 8/15/18 | $118.75 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239038 | $484.50 | 8/17/18 | 24253594A-IN | 8/16/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239038 | $484.50 | 8/17/18 | 24021921A-IN | 8/17/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239261 | $484.50 | 8/20/18 | 24154980A-IN | 8/17/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239261 | $484.50 | 8/20/18 | 24319418A-IN | 8/20/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239467 | $484.50 | 8/21/18 | 24342896A-IN | 8/20/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239467 | $484.50 | 8/21/18 | 24227758A-IN | 8/20/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239708 | $484.50 | 8/22/18 | 24338251A-IN | 8/21/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239708 | $484.50 | 8/22/18 | 24016798A-IN | 8/21/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239903 | $242.25 | 8/23/18 | 24203550A-IN | 8/22/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240337 | $603.25 | 8/27/18 | 24248237A-IN | 8/24/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240337 | $603.25 | 8/27/18 | 24281139A-IN | 8/27/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240337 | $603.25 | 8/27/18 | 24202692A-IN | 8/27/18 | $118.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240549 | $118.75 | 8/28/18 | 24131647A-IN | 8/27/18 | $118.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240819 | $242.25 | 8/29/18 | 24048243A-IN | 8/28/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241098 | $479.75 | 8/30/18 | 24361277A-IN | 8/29/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241098 | $479.75 | 8/30/18 | 24446447A-IN | 8/29/18 | $118.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241098 | $479.75 | 8/30/18 | 24315531A-IN | 8/30/18 | $118.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241338 | $926.75 | 8/31/18 | 24126804A-IN | 8/30/18 | $484.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241338 | $926.75 | 8/31/18 | 24403837A-IN | 8/30/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241338 | $926.75 | 8/31/18 | 24209641A-IN | 8/30/18 | $200.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241714 | $1,814.50 | 9/4/18 | 24358759A-IN | 8/31/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241714 | $1,814.50 | 9/4/18 | 24318024A-IN | 8/31/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241714 | $1,814.50 | 9/4/18 | 24234448A-IN | 8/31/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241714 | $1,814.50 | 9/4/18 | 24401171A-IN | 8/31/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241714 | $1,814.50 | 9/4/18 | 24244301A-IN | 8/31/18 | $118.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241714 | $1,814.50 | 9/4/18 | 24377206A-IN | 9/1/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241714 | $1,814.50 | 9/4/18 | 24307300A-IN | 9/1/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241714 | $1,814.50 | 9/4/18 | 24427695A-IN | 9/1/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242004 | $200.00 | 9/5/18 | 24028296A-IN | 9/4/18 | $200.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242151 | $361.00 | 9/6/18 | 24307516A-IN | 9/5/18 | $118.75 |

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242151 | $361.00 | 9/6/18 | 24406546A-IN | 9/6/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242300 | $484.50 | 9/7/18 | 24472595A-IN | 9/6/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242300 | $484.50 | 9/7/18 | 24381230A-IN | 9/7/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242506 | $242.25 | 9/10/18 | 24343593A-IN | 9/7/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242677 | $845.50 | 9/11/18 | 24426457A-IN | 9/10/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242677 | $845.50 | 9/11/18 | 24432301A-IN | 9/10/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242677 | $845.50 | 9/11/18 | 24456740A-IN | 9/10/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242677 | $845.50 | 9/11/18 | 24002933A-IN | 9/11/18 | $118.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243058 | $603.25 | 9/13/18 | 24283026A-IN | 9/12/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243058 | $603.25 | 9/13/18 | 24377463A-IN | 9/12/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243058 | $603.25 | 9/13/18 | 24369604A-IN | 9/12/18 | $118.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243222 | $484.50 | 9/14/18 | 24388259A-IN | 9/13/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243222 | $484.50 | 9/14/18 | 24191453A-IN | 9/14/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243836 | $484.50 | 9/19/18 | 24464045A-IN | 9/18/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243836 | $484.50 | 9/19/18 | 24247316A-IN | 9/18/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244017 | $484.50 | 9/20/18 | 24526167A-IN | 9/19/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244017 | $484.50 | 9/20/18 | 24511382A-IN | 9/20/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244211 | $845.50 | 9/21/18 | 24425500A-IN | 9/20/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244211 | $845.50 | 9/21/18 | 24458563A-IN | 9/20/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244211 | $845.50 | 9/21/18 | 24311060A-IN | 9/20/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244211 | $845.50 | 9/21/18 | 24416709A-IN | 9/20/18 | $118.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244402 | $726.75 | 9/24/18 | 24511141A-IN | 9/21/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244402 | $726.75 | 9/24/18 | 24545466A-IN | 9/21/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244402 | $726.75 | 9/24/18 | 24563786A-IN | 9/21/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244568 | $242.25 | 9/25/18 | 24523159A-IN | 9/24/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244980 | $323.50 | 9/27/18 | 24526844B-IN | 9/26/18 | $323.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245230 | $242.25 | 9/28/18 | 24343165A-IN | 9/27/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245464 | $808.00 | 10/1/18 | 24396280A-IN | 9/28/18 | $323.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245464 | $808.00 | 10/1/18 | 24520403A-IN | 9/28/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245464 | $808.00 | 10/1/18 | 24467442A-IN | 9/28/18 | $242.25 |

Archon Energy Solutions

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245655 | $361.00 | 10/2/18 | 24534935A-IN | 10/1/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245655 | $361.00 | 10/2/18 | 24486322A-IN | 10/2/18 | $118.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245876 | $242.25 | 10/3/18 | 24233717A-IN | 10/2/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246275 | $118.75 | 10/5/18 | 24552079B-IN | 10/4/18 | $118.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246607 | $1,211.25 | 10/8/18 | 24482519A-IN | 10/5/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246607 | $1,211.25 | 10/8/18 | 23993306A-IN | 10/5/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246607 | $1,211.25 | 10/8/18 | 24555263A-IN | 10/5/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246607 | $1,211.25 | 10/8/18 | 24625502A-IN | 10/6/18 | $242.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246607 | $1,211.25 | 10/8/18 | 24287582A-IN | 10/7/18 | $242.25 |

**Totals:** 48 transfer(s), $28,894.00