Defendant: **Carmelo's Custom Marble & Tile Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

### Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234165 | $2,705.39 | 7/19/18 | 23817090A-IN | 7/17/18 | $2,705.39 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236630 | $1,191.79 | 8/2/18 | 24150709A-IN | 8/1/18 | $1,191.79 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237364 | $536.85 | 8/6/18 | 23817090A-IN | 8/3/18 | $369.87 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237364 | $536.85 | 8/6/18 | 24016267A-IN | 8/4/18 | $166.98 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238264 | $2,799.93 | 8/13/18 | 23989393B-IN | 8/13/18 | $2,799.93 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240136 | $318.55 | 8/24/18 | 23650321A-IN | 8/24/18 | $318.55 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240613 | $1,116.53 | 8/28/18 | 24269960A-IN | 8/28/18 | $1,116.53 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241177 | $194.81 | 8/30/18 | 23650321A-IN | 8/30/18 | $194.81 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241414 | $1,452.38 | 8/31/18 | 24227033A-IN | 8/31/18 | $1,452.38 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241849 | $1,639.58 | 9/4/18 | 24132233A-IN | 9/4/18 | $1,639.58 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242567 | $717.32 | 9/10/18 | 24287905A-IN | 9/10/18 | $717.32 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243261 | $749.57 | 9/14/18 | 24225576A-IN | 9/13/18 | $749.57 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243481 | $295.82 | 9/17/18 | 24227033B-IN | 9/14/18 | $295.82 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244071 | $1,738.22 | 9/20/18 | 24435176A-IN | 9/20/18 | $1,738.22 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244625 | $246.62 | 9/25/18 | 24290950A-IN | 9/25/18 | $246.62 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245713 | $949.47 | 10/2/18 | 24213250A-IN | 10/1/18 | $247.66 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245713 | $949.47 | 10/2/18 | 24312056A-IN | 10/2/18 | $701.81 |

Totals:    15 transfer(s),    $16,652.83