| Defendant: | **Carolina Green Lawn Care, LLC D/B/A Carolina Green Lawn Service** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62083656 | $725.00 | 7/26/18 | 17029 | 5/18/18 | $725.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085333 | $6,162.48 | 8/29/18 | 16975 | 4/2/18 | $1,565.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085333 | $6,162.48 | 8/29/18 | 16976 | 4/2/18 | $1,516.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085333 | $6,162.48 | 8/29/18 | 17032 | 5/1/18 | $1,565.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085333 | $6,162.48 | 8/29/18 | 17031 | 5/1/18 | $1,516.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085767 | $3,081.24 | 9/5/18 | 17058 | 6/24/18 | $1,565.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085767 | $3,081.24 | 9/5/18 | 17059 | 6/24/18 | $1,516.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087089 | $3,081.24 | 9/26/18 | 17065 | 7/2/18 | $1,565.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087089 | $3,081.24 | 9/26/18 | 17066 | 7/2/18 | $1,516.23 |

Totals:    4 transfer(s),  $13,049.96

Carolina Green Lawn Care, LLC D/B/A Carolina Green Lawn Service
Bankruptcy Case: Sears Holding Corporation, et al.

February 5, 2020                                    Exhibit A                                    P. 1