Defendant: **Central Arizona Supply, Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| StarWest, LLC | StarWest, LLC | 63611 | $47.96 | 8/2/18 | 3874357-01 | 7/3/18 | $47.96 |
| StarWest, LLC | StarWest, LLC | 63611 | $167.32 | 8/2/18 | 3900593-01 | 7/9/18 | $167.32 |
| StarWest, LLC | StarWest, LLC | 63611 | $2,299.63 | 8/2/18 | 3909321-00 | 7/11/18 | $2,299.63 |
| StarWest, LLC | StarWest, LLC | 63611 | $848.91 | 8/2/18 | 3908079-00 | 7/11/18 | $848.91 |
| StarWest, LLC | StarWest, LLC | 63611 | $199.33 | 8/2/18 | 3908403-00 | 7/11/18 | $199.33 |
| StarWest, LLC | StarWest, LLC | 63611 | $481.58 | 8/2/18 | 3913025-00 | 7/18/18 | $481.58 |
| StarWest, LLC | StarWest, LLC | 63611 | $534.43 | 8/2/18 | 3916270-00 | 7/20/18 | $534.43 |
| StarWest, LLC | StarWest, LLC | 63611 | $60.65 | 8/2/18 | 3918610-00 | 7/25/18 | $60.65 |
| StarWest, LLC | StarWest, LLC | 63678 | $131.81 | 8/9/18 | 3921635-00 | 7/26/18 | $131.81 |
| StarWest, LLC | StarWest, LLC | 63678 | $629.00 | 8/9/18 | 3913025-01 | 7/30/18 | $629.00 |
| StarWest, LLC | StarWest, LLC | 63787 | $1,839.50 | 9/6/18 | 3925516-00 | 8/1/18 | $1,839.50 |
| StarWest, LLC | StarWest, LLC | 63787 | $26.04 | 9/6/18 | 3908079-01 | 8/2/18 | $26.04 |
| StarWest, LLC | StarWest, LLC | 63787 | $6,334.30 | 9/6/18 | 3924574-00 | 8/8/18 | $6,334.30 |
| StarWest, LLC | StarWest, LLC | 63787 | $321.54 | 9/6/18 | 3928928-00 | 8/8/18 | $321.54 |
| StarWest, LLC | StarWest, LLC | 63787 | $450.26 | 9/6/18 | 3924574-01 | 8/10/18 | $450.26 |
| StarWest, LLC | StarWest, LLC | 63787 | $175.30 | 9/6/18 | 3919779-00 | 8/10/18 | $175.30 |
| StarWest, LLC | StarWest, LLC | 63787 | $78.87 | 9/6/18 | 3918610-01 | 8/10/18 | $78.87 |
| StarWest, LLC | StarWest, LLC | 63787 | $1,551.00 | 9/6/18 | 3933106-00 | 8/15/18 | $1,551.00 |
| StarWest, LLC | StarWest, LLC | 63787 | $128.00 | 9/6/18 | 3924574-02 | 8/15/18 | $128.00 |
| StarWest, LLC | StarWest, LLC | 63787 | $255.42 | 9/6/18 | 3924574-03 | 8/17/18 | $255.42 |
| StarWest, LLC | StarWest, LLC | 63787 | $140.45 | 9/6/18 | 3924574-04 | 8/17/18 | $140.45 |
| StarWest, LLC | StarWest, LLC | 63787 | $288.50 | 9/6/18 | 3924300-00 | 8/22/18 | $288.50 |
| StarWest, LLC | StarWest, LLC | 63787 | $247.02 | 9/6/18 | 3919834-00 | 8/22/18 | $247.02 |
| StarWest, LLC | StarWest, LLC | 63787 | $188.00 | 9/6/18 | 3939400-00 | 8/22/18 | $188.00 |
| StarWest, LLC | StarWest, LLC | 63787 | $328.53 | 9/6/18 | 3941803-00 | 8/24/18 | $328.53 |
| StarWest, LLC | StarWest, LLC | 63787 | $159.30 | 9/6/18 | 3940816-00 | 8/24/18 | $159.30 |
| StarWest, LLC | StarWest, LLC | 63811 | $304.57 | 9/13/18 | 3945570-00 | 8/31/18 | $304.57 |
| StarWest, LLC | StarWest, LLC | 63811 | $252.54 | 9/13/18 | 3945566-00 | 8/31/18 | $252.54 |
| StarWest, LLC | StarWest, LLC | 63893 | $295.98 | 10/4/18 | 3910967-00 | 9/6/18 | $295.98 |
| StarWest, LLC | StarWest, LLC | 63893 | $453.00 | 10/4/18 | 3950276-00 | 9/7/18 | $453.00 |
| StarWest, LLC | StarWest, LLC | 63893 | $347.50 | 10/4/18 | 3951797-00 | 9/7/18 | $347.50 |
| StarWest, LLC | StarWest, LLC | 63893 | $252.55 | 10/4/18 | 3950206-00 | 9/7/18 | $252.55 |
| StarWest, LLC | StarWest, LLC | 63893 | $166.82 | 10/4/18 | 3951190-00 | 9/7/18 | $166.82 |
| StarWest, LLC | StarWest, LLC | 63893 | $536.98 | 10/4/18 | 3951190-01 | 9/10/18 | $536.98 |
| StarWest, LLC | StarWest, LLC | 63893 | $493.19 | 10/4/18 | 3953035-00 | 9/12/18 | $493.19 |
| StarWest, LLC | StarWest, LLC | 63893 | $105.50 | 10/4/18 | 3926321-01 | 9/12/18 | $105.50 |
| StarWest, LLC | StarWest, LLC | 63893 | $188.85 | 10/4/18 | 3955917-00 | 9/13/18 | $188.85 |
| StarWest, LLC | StarWest, LLC | 63893 | $511.30 | 10/4/18 | 3959604-00 | 9/19/18 | $511.30 |
| StarWest, LLC | StarWest, LLC | 63893 | $1,055.52 | 10/4/18 | 3960496-00 | 9/21/18 | $1,055.52 |
| StarWest, LLC | StarWest, LLC | 63893 | $610.16 | 10/4/18 | 3962586-00 | 9/24/18 | $610.16 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| StarWest, LLC | StarWest, LLC | 63893 | $72.50 | 10/4/18 | 3963146-00 | 9/24/18 | $72.50 |
| StarWest, LLC | StarWest, LLC | 63893 | $304.57 | 10/4/18 | 3964386-00 | 9/26/18 | $304.57 |

**Totals:** 42 transfer(s), $23,864.18