Defendant: **Coast To Coast Computer Products, Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62083043 | $2,286.25 | 7/18/18 | A1814992 | 5/7/18 | $2,162.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083043 | $2,286.25 | 7/18/18 | A1815119 | 5/7/18 | $123.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083440 | $7,238.50 | 7/25/18 | A1817072 | 5/10/18 | $835.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083440 | $7,238.50 | 7/25/18 | A1816884 | 5/10/18 | $289.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083440 | $7,238.50 | 7/25/18 | A1817244 | 5/11/18 | $1,349.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083440 | $7,238.50 | 7/25/18 | A1817261 | 5/11/18 | $1,049.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083440 | $7,238.50 | 7/25/18 | A1817262 | 5/11/18 | $674.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083440 | $7,238.50 | 7/25/18 | A1819491 | 5/16/18 | $1,125.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083440 | $7,238.50 | 7/25/18 | A1819155 | 5/16/18 | $902.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083440 | $7,238.50 | 7/25/18 | A1819506 | 5/16/18 | $556.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083440 | $7,238.50 | 7/25/18 | A1819253 | 5/16/18 | $456.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083805 | $1,238.14 | 8/3/18 | A1820258 | 5/18/18 | $249.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083805 | $1,238.14 | 8/3/18 | A1821431 | 5/21/18 | $494.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083805 | $1,238.14 | 8/3/18 | A1821437 | 5/21/18 | $494.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084722 | $11,640.71 | 8/21/18 | A1825847 | 5/31/18 | $885.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084722 | $11,640.71 | 8/21/18 | A1825392 | 5/31/18 | $699.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084722 | $11,640.71 | 8/21/18 | A1825416 | 5/31/18 | $647.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084722 | $11,640.71 | 8/21/18 | A1827246 | 6/4/18 | $6,982.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084722 | $11,640.71 | 8/21/18 | A1827972 | 6/5/18 | $1,600.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084722 | $11,640.71 | 8/21/18 | A1827788 | 6/5/18 | $825.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085112 | $1,894.13 | 8/28/18 | A1830962 | 6/12/18 | $1,139.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085112 | $1,894.13 | 8/28/18 | A1831633 | 6/13/18 | $754.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085859 | $1,129.56 | 9/11/18 | A1835021 | 6/21/18 | $1,129.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086291 | $554.00 | 9/19/18 | A1840294 | 7/3/18 | $554.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086878 | $6,441.31 | 9/26/18 | A1841530 | 7/6/18 | $580.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086878 | $6,441.31 | 9/26/18 | A1834113 | 7/7/18 | $5,399.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086878 | $6,441.31 | 9/26/18 | A1843386 | 7/11/18 | $339.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086878 | $6,441.31 | 9/26/18 | A1843677 | 7/11/18 | $121.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087231 | $647.65 | 10/10/18 | A1846409 | 7/17/18 | $647.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087577 | $3,942.20 | 10/12/18 | A1847710 | 7/20/18 | $306.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087577 | $3,942.20 | 10/12/18 | A1848661 | 7/23/18 | $247.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087577 | $3,942.20 | 10/12/18 | A1849766 | 7/25/18 | $517.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087577 | $3,942.20 | 10/12/18 | A1850601A | 7/26/18 | $1,718.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087577 | $3,942.20 | 10/12/18 | A1850595 | 7/26/18 | $1,152.97 |

Totals:    10 transfer(s),  $37,012.45