| Defendant: | **Coral-CS / Ltd. Associates** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171377 | $8,188.82 | 7/30/18 | 0000072618 | 7/26/18 | $5,186.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171377 | $8,188.82 | 7/30/18 | 0000072618 | 7/26/18 | $3,002.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172782 | $8,188.82 | 8/28/18 | 0000082618 | 8/26/18 | $5,186.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172782 | $8,188.82 | 8/28/18 | 0000082618 | 8/26/18 | $3,002.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174126 | $8,188.82 | 9/27/18 | 0000092518 | 9/25/18 | $5,186.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174126 | $8,188.82 | 9/27/18 | 0000092518 | 9/25/18 | $3,002.58 |

**Totals:**     **3 transfer(s),  $24,566.46**