| Defendant: | **Corley Construction, Inc. D/B/A Corley Heating & Air** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234527 | $1,361.99 | 7/23/18 | 24183484A-IN | 7/20/18 | $1,361.99 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235491 | $1,034.24 | 7/27/18 | 24028400B-IN | 7/26/18 | $1,034.24 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235764 | $195.00 | 7/30/18 | 24159875B-IN | 7/27/18 | $195.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237103 | $1,455.12 | 8/6/18 | 24330733A-IN | 8/4/18 | $1,455.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238350 | $976.81 | 8/14/18 | 24365249A-IN | 8/13/18 | $976.81 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238580 | $1,562.42 | 8/15/18 | 24267334A-IN | 8/14/18 | $1,562.42 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239649 | $2,445.00 | 8/22/18 | 24418513A-IN | 8/21/18 | $1,424.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239649 | $2,445.00 | 8/22/18 | 24337541A-IN | 8/21/18 | $1,020.56 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241589 | $1,188.19 | 9/4/18 | 24112078A-IN | 9/1/18 | $1,188.19 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243012 | $2,819.13 | 9/13/18 | 24393630A-IN | 9/13/18 | $2,819.13 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243569 | $2,076.25 | 9/18/18 | 24509397A-IN | 9/17/18 | $1,202.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243569 | $2,076.25 | 9/18/18 | 24541593A-IN | 9/17/18 | $873.81 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245176 | $1,537.42 | 9/28/18 | 24545868A-IN | 9/28/18 | $1,537.42 |

Totals:   11 transfer(s),   $16,651.57