Defendant: **D & A Contracting**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233989 | $3,745.00 | 7/19/18 | 23705367A-IN | 7/17/18 | $3,745.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235999 | $385.10 | 7/31/18 | 23705367A-IN | 7/30/18 | $385.10 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237827 | $1,645.25 | 8/9/18 | 23950456B-IN | 8/8/18 | $1,645.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238993 | $4,962.82 | 8/17/18 | 23752198A-IN | 8/16/18 | $3,708.82 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238993 | $4,962.82 | 8/17/18 | 24180514A-IN | 8/16/18 | $1,254.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239847 | $274.00 | 8/23/18 | 23950456B-IN | 8/22/18 | $274.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240763 | $425.05 | 8/29/18 | 23752198A-IN | 8/28/18 | $425.05 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242267 | $2,988.93 | 9/7/18 | 24323117A-IN | 9/6/18 | $1,718.82 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242267 | $2,988.93 | 9/7/18 | 24044983A-IN | 9/6/18 | $1,270.11 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246019 | $2,128.22 | 10/4/18 | 24364017A-IN | 10/3/18 | $2,128.22 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246514 | $163.20 | 10/8/18 | 23950456B-IN | 10/5/18 | $163.20 |

Totals:   9 transfer(s),  $16,717.57