| Defendant: | **DGS Heartland Woodcraft LLC** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781007352 | $11,670.20 | 9/14/18 | 1371 | 8/3/18 | $11,670.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011512 | $6,095.23 | 9/21/18 | 12363 | 8/6/18 | $3,638.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011512 | $6,095.23 | 9/21/18 | 12405 | 8/8/18 | $1,183.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011512 | $6,095.23 | 9/21/18 | 12405 | 8/8/18 | $140.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011512 | $6,095.23 | 9/21/18 | 12414 | 8/10/18 | $1,133.00 |

**Totals:**   2 transfer(s),  **$17,765.43**