Defendant: **Donerightsidingandwindows Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235165 | $1,101.08 | 7/25/18 | 23952801A-IN | 7/25/18 | $1,101.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235369 | $977.74 | 7/26/18 | 23944871A-IN | 7/26/18 | $977.74 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237334 | $1,175.26 | 8/6/18 | 24044335A-IN | 8/4/18 | $934.34 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237334 | $1,175.26 | 8/6/18 | 24044335B-IN | 8/4/18 | $240.92 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237749 | $921.92 | 8/8/18 | 23919847A-IN | 8/8/18 | $666.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237749 | $921.92 | 8/8/18 | 23867362A-IN | 8/8/18 | $255.48 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237901 | $1,792.89 | 8/9/18 | 24019791A-IN | 8/9/18 | $903.03 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237901 | $1,792.89 | 8/9/18 | 24094964A-IN | 8/9/18 | $595.62 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237901 | $1,792.89 | 8/9/18 | 24019791B-IN | 8/9/18 | $294.24 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238445 | $1,000.00 | 8/14/18 | 24283308A-IN | 8/14/18 | $1,000.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238882 | $942.81 | 8/16/18 | 24283308A-IN | 8/15/18 | $942.81 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239953 | $239.23 | 8/23/18 | 23785923A-IN | 8/22/18 | $239.23 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240400 | $1,684.33 | 8/27/18 | 24077459A-IN | 8/24/18 | $1,256.73 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240400 | $1,684.33 | 8/27/18 | 24044335A-IN | 8/27/18 | $427.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240604 | $3,586.17 | 8/28/18 | 24079198A-IN | 8/27/18 | $2,277.71 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240604 | $3,586.17 | 8/28/18 | 23800662A-IN | 8/27/18 | $1,308.46 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241828 | $1,447.60 | 9/4/18 | 24280222B-IN | 9/4/18 | $1,447.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242037 | $1,845.02 | 9/5/18 | 23935429A-IN | 9/5/18 | $747.48 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242037 | $1,845.02 | 9/5/18 | 24308967A-IN | 9/5/18 | $579.88 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242037 | $1,845.02 | 9/5/18 | 24153382A-IN | 9/5/18 | $517.66 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242939 | $897.53 | 9/12/18 | 24060583A-IN | 9/12/18 | $897.53 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244835 | $1,011.48 | 9/26/18 | 24375350A-IN | 9/25/18 | $886.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244835 | $1,011.48 | 9/26/18 | 24375350A-IN | 9/26/18 | $124.98 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245285 | $1,686.85 | 9/28/18 | 24461614A-IN | 9/27/18 | $1,686.85 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246120 | $2,733.72 | 10/4/18 | 24265167A-IN | 10/3/18 | $2,733.72 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246699 | $250.00 | 10/8/18 | 24265167A-IN | 10/8/18 | $250.00 |

Totals:    17 transfer(s),  $23,293.63