| Defendant: | **Dunn Carney Allen Higgins & Tongue LLP** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62086722 | $17,746.80 | 9/24/18 | 1453814 | 7/1/18 | $16,863.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086722 | $17,746.80 | 9/24/18 | 1455250 | 7/1/18 | $883.50 |

**Totals:** 1 transfer(s), $20,509.10