Defendant: **East-Gate Electric**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233540 | $517.00 | 7/17/18 | 24140953A-IN | 7/16/18 | $517.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235291 | $1,834.93 | 7/26/18 | 24120678A-IN | 7/25/18 | $1,086.93 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235291 | $1,834.93 | 7/26/18 | 24072263A-IN | 7/26/18 | $748.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236014 | $942.13 | 7/31/18 | 24249783B-IN | 7/30/18 | $942.13 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237149 | $2,008.21 | 8/6/18 | 24009389A-IN | 8/4/18 | $2,008.21 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239863 | $3,080.36 | 8/23/18 | 24325346A-IN | 8/22/18 | $1,298.63 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239863 | $3,080.36 | 8/23/18 | 24357267A-IN | 8/22/18 | $1,112.23 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239863 | $3,080.36 | 8/23/18 | 20188752A-IN | 8/22/18 | $669.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241638 | $3,604.31 | 9/4/18 | 24263272A-IN | 9/1/18 | $1,377.73 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241638 | $3,604.31 | 9/4/18 | 24377622A-IN | 9/1/18 | $1,319.83 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241638 | $3,604.31 | 9/4/18 | 24404458A-IN | 9/1/18 | $906.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244176 | $2,244.61 | 9/21/18 | 24344740A-IN | 9/20/18 | $1,717.61 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244176 | $2,244.61 | 9/21/18 | 24471552A-IN | 9/20/18 | $527.00 |

Totals:    7 transfer(s),  $14,231.55