Defendant: **Energy Solution Group**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239961 | $2,583.15 | 8/23/18 | 24322174A-IN | 8/22/18 | $2,583.15 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240418 | $2,239.95 | 8/27/18 | 24378175A-IN | 8/26/18 | $2,239.95 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241852 | $3,976.50 | 9/4/18 | 24389904A-IN | 8/31/18 | $2,145.30 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241852 | $3,976.50 | 9/4/18 | 24452483A-IN | 9/1/18 | $1,831.20 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243482 | $2,109.69 | 9/17/18 | 24409589A-IN | 9/14/18 | $2,109.69 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243664 | $2,190.45 | 9/18/18 | 24527661A-IN | 9/17/18 | $2,190.45 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246128 | $2,125.09 | 10/4/18 | 24421502A-IN | 10/4/18 | $2,125.09 |

Totals:    6 transfer(s),    $15,224.83