Defendant: **Goscha Enterprises, L.L.C. D/B/A GE Goscha**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171466 | $5,738.92 | 7/30/18 | 0000072618 | 7/26/18 | $5,738.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172864 | $5,738.92 | 8/28/18 | 0000082618 | 8/26/18 | $5,738.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174209 | $5,738.92 | 9/27/18 | 0000092518 | 9/25/18 | $5,738.92 |

Totals:    3 transfer(s),  $17,216.76