**Defendant:** Home Improvements By Duane And Adam LLC D/B/A Home Improvements By Duane
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234019 | $857.82 | 7/19/18 | 23893489A-IN | 7/17/18 | $770.32 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234019 | $857.82 | 7/19/18 | 24131412A-IN | 7/18/18 | $87.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235298 | $1,259.76 | 7/26/18 | 24039162A-IN | 7/26/18 | $689.87 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235298 | $1,259.76 | 7/26/18 | 23954582A-IN | 7/26/18 | $346.52 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235298 | $1,259.76 | 7/26/18 | 23791181B-IN | 7/26/18 | $223.37 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235517 | $3,274.38 | 7/27/18 | 23673415A-IN | 7/26/18 | $3,274.38 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235801 | $787.08 | 7/30/18 | 23892204A-IN | 7/30/18 | $787.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236021 | $369.57 | 7/31/18 | 23760784A-IN | 7/31/18 | $369.57 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236301 | $470.32 | 8/1/18 | 23785100A-IN | 8/1/18 | $470.32 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237161 | $804.68 | 8/6/18 | 23955284A-IN | 8/3/18 | $804.68 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237982 | $123.03 | 8/10/18 | 22979900D-IN | 8/9/18 | $123.03 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238382 | $331.42 | 8/14/18 | 23954582A-IN | 8/13/18 | $331.42 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241067 | $1,694.76 | 8/30/18 | 24208854A-IN | 8/29/18 | $1,318.11 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241067 | $1,694.76 | 8/30/18 | 24207508A-IN | 8/30/18 | $376.65 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241302 | $4,540.15 | 8/31/18 | 23362577A-IN | 8/30/18 | $4,540.15 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241651 | $1,793.16 | 9/4/18 | 24054750A-IN | 9/1/18 | $1,137.81 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241651 | $1,793.16 | 9/4/18 | 24252358A-IN | 9/1/18 | $655.35 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243995 | $170.00 | 9/20/18 | 23980242A-IN | 9/20/18 | $170.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245203 | $503.28 | 9/28/18 | 24517054A-IN | 9/28/18 | $503.28 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245430 | $2,021.06 | 10/1/18 | 24306679A-IN | 10/1/18 | $2,021.06 |

**Totals:** 15 transfer(s), $19,000.47