Defendant: **Howen Enterprise**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780993677 | $9,629.83 | 8/16/18 | 36001 | 5/31/18 | $2,480.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993677 | $9,629.83 | 8/16/18 | 36002 | 5/31/18 | $1,440.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993677 | $9,629.83 | 8/16/18 | 36003 | 5/31/18 | $1,336.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993677 | $9,629.83 | 8/16/18 | 36001 | 5/31/18 | $1,310.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993677 | $9,629.83 | 8/16/18 | 36001 | 5/31/18 | $1,297.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993677 | $9,629.83 | 8/16/18 | 36003 | 5/31/18 | $1,245.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993677 | $9,629.83 | 8/16/18 | 36003 | 5/31/18 | $518.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006220 | $4,166.50 | 9/12/18 | 36012 | 6/25/18 | $2,868.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006220 | $4,166.50 | 9/12/18 | 36013 | 6/25/18 | $662.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006220 | $4,166.50 | 9/12/18 | 36014 | 6/25/18 | $636.00 |

Totals:   2 transfer(s),  $13,796.33