Defendant: **Hye Class Carpet Contractor**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233601 | $128.26 | 7/17/18 | 23139223C-IN | 7/16/18 | $128.26 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234114 | $1,687.14 | 7/19/18 | 23478960B-IN | 7/19/18 | $999.64 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234114 | $1,687.14 | 7/19/18 | 23953985A-IN | 7/19/18 | $687.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234635 | $2,153.10 | 7/23/18 | 18284601B-IN | 7/20/18 | $2,153.10 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235586 | $3,529.48 | 7/27/18 | 24002629C-IN | 7/27/18 | $3,529.48 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238427 | $2,539.35 | 8/14/18 | 22542703C-IN | 8/13/18 | $2,539.35 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238850 | $699.00 | 8/16/18 | 24235454A-IN | 8/15/18 | $699.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239930 | $587.98 | 8/23/18 | 24245825A-IN | 8/22/18 | $587.98 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240577 | $4,833.70 | 8/28/18 | 23915986A-IN | 8/27/18 | $4,833.70 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241377 | $1,803.96 | 8/31/18 | 24172030A-IN | 8/30/18 | $1,803.96 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241783 | $1,112.98 | 9/4/18 | 24300677A-IN | 8/31/18 | $1,112.98 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245007 | $1,128.58 | 9/27/18 | 22733065A-IN | 9/26/18 | $1,128.58 |

Totals:    11 transfer(s),  $20,203.53