Defendant: **Ibertile Ceramic**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234445 | $160.56 | 7/20/18 | 54014-IN | 6/23/18 | $160.56 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236183 | $1,794.26 | 7/31/18 | 3563-IN | 5/30/18 | $1,198.90 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236183 | $1,794.26 | 7/31/18 | 3584-IN | 7/2/18 | $266.43 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236183 | $1,794.26 | 7/31/18 | 3670-IN | 7/2/18 | $197.36 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236183 | $1,794.26 | 7/31/18 | 3660-IN | 7/2/18 | $131.57 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237608 | $1,314.59 | 8/7/18 | 54028A-IN | 7/9/18 | $1,314.59 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238101 | $1,481.28 | 8/10/18 | 54033-IN | 7/13/18 | $1,057.58 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238101 | $1,481.28 | 8/10/18 | 54036A-IN | 7/13/18 | $423.70 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238504 | $571.21 | 8/14/18 | 54039-IN | 7/16/18 | $367.28 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238504 | $571.21 | 8/14/18 | 54040-IN | 7/16/18 | $203.93 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239139 | $5,018.73 | 8/17/18 | 54222A-IN | 4/24/18 | $831.90 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239139 | $5,018.73 | 8/17/18 | 54149-IN | 6/26/18 | $721.24 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239139 | $5,018.73 | 8/17/18 | 54015-IN | 7/3/18 | $2,999.35 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239139 | $5,018.73 | 8/17/18 | 54020-IN | 7/3/18 | $334.67 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239139 | $5,018.73 | 8/17/18 | 54030-IN | 7/10/18 | $131.57 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239580 | $372.13 | 8/21/18 | 54047-IN | 7/25/18 | $372.13 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240193 | $80.28 | 8/24/18 | 54049-IN | 7/26/18 | $80.28 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240674 | $755.13 | 8/28/18 | 54058-IN | 7/30/18 | $508.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240674 | $755.13 | 8/28/18 | 54060-IN | 7/31/18 | $246.69 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241474 | $903.32 | 8/31/18 | 54064-IN | 8/2/18 | $211.57 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241474 | $903.32 | 8/31/18 | 54075-IN | 8/3/18 | $691.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241919 | $378.26 | 9/4/18 | 54072-IN | 8/6/18 | $164.46 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241919 | $378.26 | 9/4/18 | 54073-IN | 8/6/18 | $115.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241919 | $378.26 | 9/4/18 | 54074-IN | 8/6/18 | $98.68 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242393 | $40.14 | 9/7/18 | 54082-IN | 8/8/18 | $40.14 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242789 | $959.90 | 9/11/18 | 54090-IN | 8/15/18 | $663.87 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242789 | $959.90 | 9/11/18 | 54091-IN | 8/15/18 | $296.03 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243701 | $1,126.15 | 9/18/18 | 54251-IN | 8/21/18 | $702.45 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243701 | $1,126.15 | 9/18/18 | 54099-IN | 8/21/18 | $423.70 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244284 | $750.12 | 9/21/18 | 54257-IN | 8/23/18 | $750.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244672 | $2,238.08 | 9/25/18 | 54265-IN | 8/28/18 | $579.80 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244672 | $2,238.08 | 9/25/18 | 54264-IN | 8/28/18 | $267.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244672 | $2,238.08 | 9/25/18 | 54266-IN | 8/29/18 | $1,390.68 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245753 | $681.82 | 10/2/18 | 54272-IN | 9/3/18 | $681.82 |

Totals:     17 transfer(s),  $18,625.96