| | |
|---|---|
| Defendant: | **Ibrahim Khwaja** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93690 | $2,993.45 | 7/23/18 | 000007NOUM | 7/5/18 | $181.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93690 | $2,993.45 | 7/23/18 | 000007NT7S | 7/6/18 | $181.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93690 | $2,993.45 | 7/23/18 | 000007NY2P | 7/9/18 | $511.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93690 | $2,993.45 | 7/23/18 | 000007NY2Q | 7/9/18 | $511.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93690 | $2,993.45 | 7/23/18 | 000007NY2R | 7/9/18 | $280.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93690 | $2,993.45 | 7/23/18 | 000007O42P | 7/10/18 | $831.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93690 | $2,993.45 | 7/23/18 | 000007O4QU | 7/10/18 | $615.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93690 | $2,993.45 | 7/23/18 | 000007O4QT | 7/10/18 | $558.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93690 | $2,993.45 | 7/23/18 | 000007O4IK | 7/10/18 | $484.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93690 | $2,993.45 | 7/23/18 | 0000589957 | 7/13/18 | -$469.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93690 | $2,993.45 | 7/23/18 | 0000590534 | 7/16/18 | -$692.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97725 | $473.58 | 7/30/18 | 000007OAQR | 7/12/18 | $501.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97725 | $473.58 | 7/30/18 | 000007OI2Z | 7/16/18 | $501.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97725 | $473.58 | 7/30/18 | 0000591022 | 7/17/18 | -$69.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97725 | $473.58 | 7/30/18 | 0000591018 | 7/17/18 | -$460.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98476 | $1,575.05 | 7/31/18 | 000007OR9X | 7/18/18 | $816.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98476 | $1,575.05 | 7/31/18 | 000007OQMS | 7/18/18 | $758.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99171 | $181.45 | 8/1/18 | 000007OUBE | 7/19/18 | $181.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99988 | $501.60 | 8/2/18 | 000007OX17 | 7/20/18 | $501.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01650 | $1,078.00 | 8/6/18 | 000007P1JB | 7/23/18 | $584.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01650 | $1,078.00 | 8/6/18 | 000007P7LF | 7/24/18 | $533.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01650 | $1,078.00 | 8/6/18 | 0000480606 | 8/1/18 | -$39.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02300 | $473.10 | 8/7/18 | 000007P9NG | 7/25/18 | $473.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03031 | $75.83 | 8/8/18 | 000007PBJW | 7/26/18 | $75.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03818 | $584.25 | 8/9/18 | 000007PFTZ | 7/27/18 | $584.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05501 | $7,300.63 | 8/13/18 | 000007PIM3 | 7/30/18 | $636.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05501 | $7,300.63 | 8/13/18 | 000007PL7L | 7/30/18 | $603.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05501 | $7,300.63 | 8/13/18 | 000007PIM2 | 7/30/18 | $584.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05501 | $7,300.63 | 8/13/18 | 000007PLL3 | 7/30/18 | $545.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05501 | $7,300.63 | 8/13/18 | 000007PIM5 | 7/30/18 | $501.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05501 | $7,300.63 | 8/13/18 | 000007PIM6 | 7/30/18 | $498.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05501 | $7,300.63 | 8/13/18 | 000007PIM8 | 7/30/18 | $470.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05501 | $7,300.63 | 8/13/18 | 000007PIM4 | 7/30/18 | $470.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05501 | $7,300.63 | 8/13/18 | 000007PIM7 | 7/30/18 | $459.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05501 | $7,300.63 | 8/13/18 | 000007PIM1 | 7/30/18 | $181.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05501 | $7,300.63 | 8/13/18 | 000007POA1 | 7/31/18 | $758.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05501 | $7,300.63 | 8/13/18 | 000007POA2 | 7/31/18 | $619.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05501 | $7,300.63 | 8/13/18 | 000007PPB4 | 7/31/18 | $501.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05501 | $7,300.63 | 8/13/18 | 000007POA0 | 7/31/18 | $470.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06164 | $501.60 | 8/14/18 | 000007PQSB | 8/1/18 | $501.60 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07009 | $2,002.74 | 8/15/18 | 000007PTMK | 8/2/18 | $644.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07009 | $2,002.74 | 8/15/18 | 000007PUGA | 8/2/18 | $627.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07009 | $2,002.74 | 8/15/18 | 000007PUG9 | 8/2/18 | $501.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07009 | $2,002.74 | 8/15/18 | 000007PTML | 8/2/18 | $229.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09520 | $519.74 | 8/20/18 | 000007Q3S7 | 8/6/18 | $229.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09520 | $519.74 | 8/20/18 | 000007Q3S8 | 8/6/18 | $181.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09520 | $519.74 | 8/20/18 | 000007Q7YY | 8/7/18 | $501.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09520 | $519.74 | 8/20/18 | 000007Q6EJ | 8/7/18 | $181.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09520 | $519.74 | 8/20/18 | 0000599968 | 8/14/18 | -$172.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09520 | $519.74 | 8/20/18 | 0000599969 | 8/14/18 | -$172.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09520 | $519.74 | 8/20/18 | 0000599971 | 8/14/18 | -$229.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10201 | $83.76 | 8/21/18 | 000007QAOH | 8/8/18 | $788.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10201 | $83.76 | 8/21/18 | 000007QAOG | 8/8/18 | $475.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10201 | $83.76 | 8/21/18 | 0000601176 | 8/17/18 | -$572.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10201 | $83.76 | 8/21/18 | 0000601115 | 8/17/18 | -$606.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13551 | $1,354.13 | 8/27/18 | 000007QNLT | 8/13/18 | $584.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13551 | $1,354.13 | 8/27/18 | 000007QQL0 | 8/14/18 | $805.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13551 | $1,354.13 | 8/27/18 | 000007QS95 | 8/14/18 | $584.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13551 | $1,354.13 | 8/27/18 | 000007QS94 | 8/14/18 | $456.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13551 | $1,354.13 | 8/27/18 | 0000601798 | 8/20/18 | -$511.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13551 | $1,354.13 | 8/27/18 | 0000602660 | 8/22/18 | -$564.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14282 | $2,515.60 | 8/28/18 | 000007QV91 | 8/15/18 | $736.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14282 | $2,515.60 | 8/28/18 | 000007QV92 | 8/15/18 | $608.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14282 | $2,515.60 | 8/28/18 | 000007QV90 | 8/15/18 | $479.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14282 | $2,515.60 | 8/28/18 | 000007QV94 | 8/15/18 | $456.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14282 | $2,515.60 | 8/28/18 | 000007QV93 | 8/15/18 | $235.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15064 | $1,387.00 | 8/29/18 | 000007QYWJ | 8/16/18 | $736.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15064 | $1,387.00 | 8/29/18 | 000007QXIH | 8/16/18 | $456.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15064 | $1,387.00 | 8/29/18 | 000007QXIG | 8/16/18 | $194.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15856 | $935.75 | 8/30/18 | 000007R06H | 8/17/18 | $479.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15856 | $935.75 | 8/30/18 | 000007R06I | 8/17/18 | $456.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17575 | $2,693.39 | 9/4/18 | 000007R7CU | 8/20/18 | $736.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17575 | $2,693.39 | 9/4/18 | 000007R7CW | 8/20/18 | $505.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17575 | $2,693.39 | 9/4/18 | 000007R7CV | 8/20/18 | $456.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17575 | $2,693.39 | 9/4/18 | 000007RB7Y | 8/21/18 | $520.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17575 | $2,693.39 | 9/4/18 | 000007RB7Z | 8/21/18 | $475.00 |

Totals:    19 transfer(s),   $27,230.65

Ibrahim Khwaja

Bankruptcy Case: Sears Holding Corporation, et al.

February 5, 2020                                       Exhibit A                                       P. 2