Defendant: **James W. Penn**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741661 | $2,528.58 | 7/10/18 | 23818334A-IN | 7/6/18 | $1,175.81 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741661 | $2,528.58 | 7/10/18 | 23399293A-IN | 7/7/18 | $352.77 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741661 | $2,528.58 | 7/10/18 | 23839126A-IN | 7/9/18 | $1,000.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741899 | $240.00 | 7/19/18 | 24135398A-IN | 7/19/18 | $145.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741899 | $240.00 | 7/19/18 | 24135398B-IN | 7/19/18 | $95.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742015 | $1,855.18 | 7/24/18 | 23839126A-IN | 7/19/18 | $1,855.18 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742254 | $800.00 | 8/2/18 | 24090822A-IN | 8/1/18 | $800.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742473 | $3,339.47 | 8/14/18 | 23944283B-IN | 8/13/18 | $1,000.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742473 | $3,339.47 | 8/14/18 | 24090822A-IN | 8/14/18 | $2,339.47 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742653 | $313.29 | 8/23/18 | 23944283A-IN | 8/22/18 | $313.29 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742724 | $100.00 | 8/28/18 | 24303243A-IN | 8/27/18 | $100.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742924 | $2,904.32 | 9/6/18 | 23944283B-IN | 9/6/18 | $2,904.32 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743093 | $1,350.21 | 9/13/18 | 24090822A-IN | 9/11/18 | $575.21 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743093 | $1,350.21 | 9/13/18 | 24303243A-IN | 9/12/18 | $775.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743305 | $453.40 | 9/25/18 | 24047858A-IN | 9/24/18 | $453.40 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743406 | $1,574.12 | 10/2/18 | 24303243A-IN | 10/1/18 | $974.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743406 | $1,574.12 | 10/2/18 | 24035911A-IN | 10/1/18 | $600.00 |

Totals:    11 transfer(s),    $15,458.57