Defendant: **Jay Blass**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233476 | $161.75 | 7/17/18 | 23974254A-IN | 7/17/18 | $91.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233476 | $161.75 | 7/17/18 | 24087144A-IN | 7/17/18 | $70.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233892 | $102.36 | 7/19/18 | 23495842A-IN | 7/16/18 | $102.36 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234472 | $930.75 | 7/23/18 | 24180508A-IN | 7/23/18 | $155.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234472 | $930.75 | 7/23/18 | 24239306A-IN | 7/23/18 | $133.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234472 | $930.75 | 7/23/18 | 23326064A-IN | 7/23/18 | $131.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234472 | $930.75 | 7/23/18 | 24139852A-IN | 7/23/18 | $120.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234472 | $930.75 | 7/23/18 | 24192374A-IN | 7/23/18 | $99.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234472 | $930.75 | 7/23/18 | 24228812A-IN | 7/23/18 | $99.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234472 | $930.75 | 7/23/18 | 24134833A-IN | 7/23/18 | $57.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234472 | $930.75 | 7/23/18 | 24136113A-IN | 7/23/18 | $50.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234472 | $930.75 | 7/23/18 | 24192374B-IN | 7/23/18 | $50.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234472 | $930.75 | 7/23/18 | 23944181A-IN | 7/23/18 | $35.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234731 | $188.50 | 7/24/18 | 24239557A-IN | 7/24/18 | $82.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234731 | $188.50 | 7/24/18 | 24105608A-IN | 7/24/18 | $56.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234731 | $188.50 | 7/24/18 | 24055772A-IN | 7/24/18 | $50.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235011 | $176.50 | 7/25/18 | 24073668A-IN | 7/25/18 | $94.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235011 | $176.50 | 7/25/18 | 24268931A-IN | 7/25/18 | $82.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235208 | $134.00 | 7/26/18 | 24162566A-IN | 7/26/18 | $134.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235442 | $42.50 | 7/27/18 | 24228768A-IN | 7/26/18 | $42.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235710 | $361.50 | 7/30/18 | 24109328A-IN | 7/30/18 | $122.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235710 | $361.50 | 7/30/18 | 24190423A-IN | 7/30/18 | $84.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235710 | $361.50 | 7/30/18 | 24241757A-IN | 7/30/18 | $84.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235710 | $361.50 | 7/30/18 | 24286462A-IN | 7/30/18 | $70.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235928 | $101.00 | 7/31/18 | 24213862A-IN | 7/31/18 | $101.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236216 | $213.00 | 8/1/18 | 24207939A-IN | 8/1/18 | $105.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236216 | $213.00 | 8/1/18 | 24231452A-IN | 8/1/18 | $57.50 |

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236216 | $213.00 | 8/1/18 | 24177523A-IN | 8/1/18 | $50.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236427 | $402.25 | 8/2/18 | 24291107A-IN | 8/2/18 | $187.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236427 | $402.25 | 8/2/18 | 24266360A-IN | 8/2/18 | $101.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236427 | $402.25 | 8/2/18 | 24304496A-IN | 8/2/18 | $63.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236427 | $402.25 | 8/2/18 | 24223857A-IN | 8/2/18 | $50.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236719 | $297.75 | 8/3/18 | 24288010A-IN | 8/3/18 | $106.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236719 | $297.75 | 8/3/18 | 19572723F-IN | 8/3/18 | $76.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236719 | $297.75 | 8/3/18 | 24288010B-IN | 8/3/18 | $57.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236719 | $297.75 | 8/3/18 | 24310101A-IN | 8/3/18 | $57.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237018 | $885.75 | 8/6/18 | 24145285A-IN | 8/6/18 | $128.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237018 | $885.75 | 8/6/18 | 24310959A-IN | 8/6/18 | $122.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237018 | $885.75 | 8/6/18 | 24320384A-IN | 8/6/18 | $112.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237018 | $885.75 | 8/6/18 | 24321279A-IN | 8/6/18 | $112.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237018 | $885.75 | 8/6/18 | 24304755A-IN | 8/6/18 | $91.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237018 | $885.75 | 8/6/18 | 23878110A-IN | 8/6/18 | $71.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237018 | $885.75 | 8/6/18 | 24111785A-IN | 8/6/18 | $70.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237018 | $885.75 | 8/6/18 | 24162406A-IN | 8/6/18 | $70.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237018 | $885.75 | 8/6/18 | 24265005A-IN | 8/6/18 | $57.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237018 | $885.75 | 8/6/18 | 24288879A-IN | 8/6/18 | $50.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237412 | $451.50 | 8/7/18 | 24337263A-IN | 8/7/18 | $155.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237412 | $451.50 | 8/7/18 | 24337263B-IN | 8/7/18 | $113.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237412 | $451.50 | 8/7/18 | 24210016A-IN | 8/7/18 | $91.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237412 | $451.50 | 8/7/18 | 24210016B-IN | 8/7/18 | $91.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237638 | $267.75 | 8/8/18 | 24144224A-IN | 8/8/18 | $110.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237638 | $267.75 | 8/8/18 | 24246238A-IN | 8/8/18 | $94.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237638 | $267.75 | 8/8/18 | 24335208A-IN | 8/8/18 | $63.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237779 | $112.75 | 8/9/18 | 24168156A-IN | 8/9/18 | $112.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238127 | $410.00 | 8/13/18 | 24358319A-IN | 8/11/18 | $75.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238127 | $410.00 | 8/13/18 | 24245376A-IN | 8/11/18 | $42.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238127 | $410.00 | 8/13/18 | 24338994A-IN | 8/11/18 | $35.00 |

Jay Blass

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238127 | $410.00 | 8/13/18 | 24356741A-IN | 8/11/18 | $28.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238127 | $410.00 | 8/13/18 | 24168623A-IN | 8/13/18 | $122.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238127 | $410.00 | 8/13/18 | 24315602A-IN | 8/13/18 | $107.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238299 | $101.00 | 8/14/18 | 24223329A-IN | 8/14/18 | $101.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238534 | $218.75 | 8/15/18 | 24268477A-IN | 8/15/18 | $112.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238534 | $218.75 | 8/15/18 | 24343212A-IN | 8/15/18 | $71.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238534 | $218.75 | 8/15/18 | 24363589A-IN | 8/15/18 | $35.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238709 | $78.50 | 8/16/18 | 24302966A-IN | 8/16/18 | $78.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239159 | $162.29 | 8/20/18 | 23939586A-IN | 8/20/18 | $85.29 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239159 | $162.29 | 8/20/18 | 24228726A-IN | 8/20/18 | $77.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239356 | $302.00 | 8/21/18 | 24392154A-IN | 8/20/18 | $50.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239356 | $302.00 | 8/21/18 | 24390644A-IN | 8/20/18 | $28.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239356 | $302.00 | 8/21/18 | 24310442A-IN | 8/21/18 | $120.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239356 | $302.00 | 8/21/18 | 24310442B-IN | 8/21/18 | $103.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239608 | $218.00 | 8/22/18 | 24381866A-IN | 8/22/18 | $135.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239608 | $218.00 | 8/22/18 | 24413186A-IN | 8/22/18 | $82.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239985 | $91.50 | 8/24/18 | 24284047A-IN | 8/23/18 | $91.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240217 | $561.50 | 8/27/18 | 24277828A-IN | 8/24/18 | $101.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240217 | $561.50 | 8/27/18 | 24281614A-IN | 8/24/18 | $71.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240217 | $561.50 | 8/27/18 | 23029319B-IN | 8/27/18 | $112.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240217 | $561.50 | 8/27/18 | 24350737A-IN | 8/27/18 | $112.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240217 | $561.50 | 8/27/18 | 24324767A-IN | 8/27/18 | $106.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240217 | $561.50 | 8/27/18 | 24324767B-IN | 8/27/18 | $57.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240449 | $166.50 | 8/28/18 | 24238779A-IN | 8/28/18 | $84.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240449 | $166.50 | 8/28/18 | 24425064A-IN | 8/28/18 | $82.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240705 | $363.00 | 8/29/18 | 24407152A-IN | 8/29/18 | $122.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240705 | $363.00 | 8/29/18 | 24306076A-IN | 8/29/18 | $122.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240705 | $363.00 | 8/29/18 | 24391901A-IN | 8/29/18 | $119.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240975 | $466.00 | 8/30/18 | 24397177A-IN | 8/30/18 | $166.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240975 | $466.00 | 8/30/18 | 24397177B-IN | 8/30/18 | $166.00 |

Jay Blass

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240975 | $466.00 | 8/30/18 | 23884399A-IN | 8/30/18 | $134.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241219 | $63.00 | 8/31/18 | 24326143A-IN | 8/30/18 | $35.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241219 | $63.00 | 8/31/18 | 24326143B-IN | 8/30/18 | $28.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241504 | $908.50 | 9/4/18 | 24385347A-IN | 9/4/18 | $135.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241504 | $908.50 | 9/4/18 | 24445007A-IN | 9/4/18 | $126.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241504 | $908.50 | 9/4/18 | 24372107A-IN | 9/4/18 | $120.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241504 | $908.50 | 9/4/18 | 24493470A-IN | 9/4/18 | $112.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241504 | $908.50 | 9/4/18 | 24471422A-IN | 9/4/18 | $91.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241504 | $908.50 | 9/4/18 | 24385347C-IN | 9/4/18 | $86.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241504 | $908.50 | 9/4/18 | 24461461A-IN | 9/4/18 | $82.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241504 | $908.50 | 9/4/18 | 24372107B-IN | 9/4/18 | $82.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241504 | $908.50 | 9/4/18 | 24489997A-IN | 9/4/18 | $71.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241937 | $149.00 | 9/5/18 | 24386870B-IN | 9/5/18 | $99.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241937 | $149.00 | 9/5/18 | 24386870A-IN | 9/5/18 | $50.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242082 | $57.50 | 9/6/18 | 24489408A-IN | 9/6/18 | $57.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242221 | $334.25 | 9/7/18 | 24465142A-IN | 9/7/18 | $133.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242221 | $334.25 | 9/7/18 | 24496546A-IN | 9/7/18 | $122.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242221 | $334.25 | 9/7/18 | 24454845A-IN | 9/7/18 | $78.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242419 | $449.75 | 9/10/18 | 24393515A-IN | 9/10/18 | $144.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242419 | $449.75 | 9/10/18 | 24485709C-IN | 9/10/18 | $107.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242419 | $449.75 | 9/10/18 | 24485709B-IN | 9/10/18 | $107.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242419 | $449.75 | 9/10/18 | 24479840A-IN | 9/10/18 | $91.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242814 | $134.00 | 9/12/18 | 24475810A-IN | 9/12/18 | $134.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242969 | $82.50 | 9/13/18 | 24491497A-IN | 9/13/18 | $82.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243138 | $42.50 | 9/14/18 | 24440627A-IN | 9/14/18 | $42.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243329 | $122.00 | 9/17/18 | 24521735A-IN | 9/17/18 | $122.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243511 | $225.50 | 9/18/18 | 24524347A-IN | 9/18/18 | $133.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243511 | $225.50 | 9/18/18 | 24551604A-IN | 9/18/18 | $91.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243745 | $305.50 | 9/19/18 | 24495158A-IN | 9/19/18 | $152.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243745 | $305.50 | 9/19/18 | 24543049B-IN | 9/19/18 | $82.50 |

Jay Blass

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243745 | $305.50 | 9/19/18 | 24399773A-IN | 9/19/18 | $71.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243931 | $354.75 | 9/20/18 | 24486002A-IN | 9/20/18 | $156.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243931 | $354.75 | 9/20/18 | 24486002B-IN | 9/20/18 | $107.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243931 | $354.75 | 9/20/18 | 24532501A-IN | 9/20/18 | $91.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244494 | $508.50 | 9/25/18 | 24574427A-IN | 9/25/18 | $149.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244494 | $508.50 | 9/25/18 | 24426204A-IN | 9/25/18 | $149.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244494 | $508.50 | 9/25/18 | 24426204B-IN | 9/25/18 | $107.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244494 | $508.50 | 9/25/18 | 23556202A-IN | 9/25/18 | $103.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245345 | $393.75 | 10/1/18 | 23851988A-IN | 10/1/18 | $125.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245345 | $393.75 | 10/1/18 | 24566871A-IN | 10/1/18 | $101.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245345 | $393.75 | 10/1/18 | 24569653A-IN | 10/1/18 | $91.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245345 | $393.75 | 10/1/18 | 23851988B-IN | 10/1/18 | $76.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245786 | $35.00 | 10/3/18 | 24536579A-IN | 10/3/18 | $35.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245960 | $246.75 | 10/4/18 | 24598156A-IN | 10/4/18 | $134.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245960 | $246.75 | 10/4/18 | 24601450A-IN | 10/4/18 | $112.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246422 | $531.50 | 10/8/18 | 24516614A-IN | 10/8/18 | $133.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246422 | $531.50 | 10/8/18 | 24628655A-IN | 10/8/18 | $128.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246422 | $531.50 | 10/8/18 | 24554341A-IN | 10/8/18 | $99.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246422 | $531.50 | 10/8/18 | 24638750A-IN | 10/8/18 | $91.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246422 | $531.50 | 10/8/18 | 24587996A-IN | 10/8/18 | $78.50 |

Totals:    46 transfer(s),    $12,912.90