Defendant: **Jenkins R W Heating**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233486 | $2,029.75 | 7/17/18 | 24232815A-IN | 7/17/18 | $2,029.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233915 | $400.00 | 7/19/18 | 23961943B-IN | 7/18/18 | $400.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235945 | $1,205.15 | 7/31/18 | 24120690A-IN | 7/30/18 | $1,205.15 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238956 | $1,372.17 | 8/17/18 | 24396368A-IN | 8/17/18 | $1,372.17 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243527 | $1,517.23 | 9/18/18 | 24520345A-IN | 9/18/18 | $1,517.23 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244130 | $2,225.74 | 9/21/18 | 24521492A-IN | 9/20/18 | $2,225.74 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244504 | $1,844.02 | 9/25/18 | 24532667A-IN | 9/25/18 | $1,844.02 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245141 | $1,483.57 | 9/28/18 | 24560025A-IN | 9/28/18 | $1,483.57 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245798 | $1,470.70 | 10/3/18 | 24305206A-IN | 10/3/18 | $1,470.70 |

Totals:    9 transfer(s),  $13,548.33