Defendant: **Jimmy Q Vu O.D.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986604 | $247.00 | 7/23/18 | 82K718181976218 | 7/16/18 | $247.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990058 | $1,267.00 | 7/30/18 | 82K718182046218 | 7/23/18 | $1,267.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993697 | $1,700.00 | 8/6/18 | 82K718182116218 | 7/30/18 | $1,700.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997763 | $1,355.00 | 8/13/18 | 82K718182186218 | 8/6/18 | $1,355.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001197 | $830.00 | 8/20/18 | 82K718182256218 | 8/13/18 | $830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004636 | $2,028.00 | 8/27/18 | 82K718182326218 | 8/20/18 | $2,028.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008139 | $1,623.00 | 9/3/18 | 82K718182396218 | 8/27/18 | $1,623.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012178 | $1,282.00 | 9/10/18 | 82K718182466218 | 9/3/18 | $1,282.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015617 | $1,224.00 | 9/17/18 | 82K718182536218 | 9/10/18 | $1,224.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019076 | $1,768.00 | 9/24/18 | 82K718182606218 | 9/17/18 | $1,768.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022596 | $1,985.00 | 10/1/18 | 82K718182676218 | 9/24/18 | $1,985.00 |

Totals:    11 transfer(s),   $15,309.00