Defendant: **Jorge Hosegera**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234024 | $3,322.35 | 7/19/18 | 23867326A-IN | 7/17/18 | $1,728.15 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234024 | $3,322.35 | 7/19/18 | 24062111A-IN | 7/17/18 | $703.80 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234024 | $3,322.35 | 7/19/18 | 23956303A-IN | 7/19/18 | $890.40 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235093 | $222.99 | 7/25/18 | 23443003C-IN | 7/24/18 | $222.99 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235302 | $1,398.08 | 7/26/18 | 24146717A-IN | 7/25/18 | $588.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235302 | $1,398.08 | 7/26/18 | 24111162A-IN | 7/25/18 | $486.79 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235302 | $1,398.08 | 7/26/18 | 23871072B-IN | 7/25/18 | $323.04 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235522 | $907.30 | 7/27/18 | 24083761A-IN | 7/26/18 | $907.30 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236024 | $226.63 | 7/31/18 | 23978306ACR-IN | 7/31/18 | $226.63 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236306 | $507.77 | 8/1/18 | 23684264B-IN | 7/31/18 | $507.77 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236531 | $2,586.30 | 8/2/18 | 24008288A-IN | 8/1/18 | $2,153.52 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236531 | $2,586.30 | 8/2/18 | 24165639A-IN | 8/2/18 | $432.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236841 | $420.00 | 8/3/18 | 10387835I-IN | 8/2/18 | $420.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237165 | $159.00 | 8/6/18 | 24202573A-IN | 8/3/18 | $159.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237844 | $1,332.97 | 8/9/18 | 24031103A-IN | 8/8/18 | $1,332.97 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238794 | $608.25 | 8/16/18 | 24231359A-IN | 8/15/18 | $608.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239012 | $1,045.02 | 8/17/18 | 24076493A-IN | 8/16/18 | $1,045.02 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241070 | $6,614.94 | 8/30/18 | 24194305A-IN | 8/29/18 | $6,614.94 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241658 | $2,363.91 | 9/4/18 | 24310180A-IN | 8/31/18 | $880.34 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241658 | $2,363.91 | 9/4/18 | 24120100A-IN | 8/31/18 | $475.38 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241658 | $2,363.91 | 9/4/18 | 24221607A-IN | 9/1/18 | $1,008.19 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242132 | $300.00 | 9/6/18 | 24031103B-IN | 9/6/18 | $300.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243402 | $1,173.69 | 9/17/18 | 23550765A-IN | 9/14/18 | $1,173.69 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243815 | $1,572.43 | 9/19/18 | 24300851A-IN | 9/18/18 | $1,572.43 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244556 | $180.00 | 9/25/18 | 24440988A-IN | 9/24/18 | $180.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244767 | $400.00 | 9/26/18 | 23973307B-IN | 9/25/18 | $400.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244951 | $501.43 | 9/27/18 | 24039774B-IN | 9/26/18 | $501.43 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245852 | $854.33 | 10/3/18 | 24308267A-IN | 10/3/18 | $854.33 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246248 | $140.00 | 10/5/18 | 24283034A-IN | 10/4/18 | $70.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246248 | $140.00 | 10/5/18 | 24283034B-IN | 10/4/18 | $70.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246560 | $903.36 | 10/8/18 | 24501229A-IN | 10/5/18 | $903.36 |

**Totals:**   23 transfer(s),  $27,740.75