Defendant: **Jose Rivera Mandes Ingenieria, P.S.C. D/B/A Ing Jose Rivera Mandes**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62083078 | $10,929.36 | 7/16/18 | JRM26AA2018 | 5/7/18 | $4,594.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083078 | $10,929.36 | 7/16/18 | JRM26AA2018 | 5/7/18 | $2,272.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083078 | $10,929.36 | 7/16/18 | JRM26AA2018 | 5/7/18 | $2,006.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083078 | $10,929.36 | 7/16/18 | JRM26AA2018 | 5/7/18 | $1,934.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083078 | $10,929.36 | 7/16/18 | JRM26AA2018 | 5/7/18 | $120.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085496 | $2,248.74 | 8/31/18 | JRM1BSEARS | 6/18/18 | $749.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085496 | $2,248.74 | 8/31/18 | JRM2BSEARS | 6/18/18 | $749.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085496 | $2,248.74 | 8/31/18 | JRM3BSEARS | 6/18/18 | $749.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086493 | $2,998.32 | 9/17/18 | JRM1AKM | 5/24/18 | $749.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086493 | $2,998.32 | 9/17/18 | JRM1DSEARS | 6/18/18 | $749.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086493 | $2,998.32 | 9/17/18 | JRM2AKM | 7/11/18 | $749.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086493 | $2,998.32 | 9/17/18 | JRM3AKM | 7/11/18 | $749.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087128 | $1,354.08 | 9/26/18 | JRM4018 | 5/21/18 | $677.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087128 | $1,354.08 | 9/26/18 | JRM4318 | 6/12/18 | $677.04 |

Totals:    4 transfer(s),    $17,530.50