**Defendant:** Kings Construction

**Bankruptcy Case:** Sears Holding Corporation, et al.

**Preference Period:** Jul 17, 2018 - Oct 15, 2018

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233631 | $519.69 | 7/17/18 | 23800716A-IN | 7/16/18 | $285.57 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233631 | $519.69 | 7/17/18 | 17943938D-IN | 7/16/18 | $234.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234160 | $196.88 | 7/19/18 | 23940237A-IN | 7/18/18 | $196.88 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234674 | $354.41 | 7/23/18 | 23816270A-IN | 7/20/18 | $354.41 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235173 | $110.00 | 7/25/18 | 24249783A-IN | 7/24/18 | $110.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235379 | $1,754.96 | 7/26/18 | 24124740A-IN | 7/25/18 | $739.35 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235379 | $1,754.96 | 7/26/18 | 23866897A-IN | 7/25/18 | $388.13 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235379 | $1,754.96 | 7/26/18 | 23917565A-IN | 7/25/18 | $334.48 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235379 | $1,754.96 | 7/26/18 | 24184643A-IN | 7/25/18 | $293.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236133 | $763.50 | 7/31/18 | 23875752A-IN | 7/30/18 | $500.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236133 | $763.50 | 7/31/18 | 24180806A-IN | 7/30/18 | $263.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236626 | $441.39 | 8/2/18 | 24010304A-IN | 8/2/18 | $441.39 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236968 | $2,011.52 | 8/3/18 | 23875752A-IN | 8/2/18 | $2,011.52 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237554 | $239.76 | 8/7/18 | 24010304A-IN | 8/6/18 | $239.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239090 | $80.55 | 8/17/18 | 24124740A-IN | 8/16/18 | $80.55 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239764 | $262.50 | 8/22/18 | 24354000B-IN | 8/21/18 | $262.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241413 | $1,462.37 | 8/31/18 | 23869566A-IN | 8/30/18 | $1,462.37 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242339 | $1,888.50 | 9/7/18 | 24126098A-IN | 9/6/18 | $1,177.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242339 | $1,888.50 | 9/7/18 | 24082599A-IN | 9/6/18 | $711.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242732 | $615.50 | 9/11/18 | 24456321A-IN | 9/10/18 | $322.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242732 | $615.50 | 9/11/18 | 24452725A-IN | 9/10/18 | $293.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243258 | $808.15 | 9/14/18 | 24180806A-IN | 9/12/18 | $808.15 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243660 | $375.00 | 9/18/18 | 24249783A-IN | 9/17/18 | $375.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243890 | $1,297.47 | 9/19/18 | 23585147A-IN | 9/18/18 | $771.80 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243890 | $1,297.47 | 9/19/18 | 24154109A-IN | 9/18/18 | $525.67 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244461 | $107.40 | 9/24/18 | 24180806A-IN | 9/24/18 | $107.40 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245031 | $1,683.00 | 9/27/18 | 24184643A-IN | 9/26/18 | $1,683.00 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Totals: | 19 transfer(s),  $14,972.55 | | | | | | |