**Defendant:** Leader Electrical Contractors Inc. D/B/A Leader Electrical
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233506 | $1,926.91 | 7/17/18 | 24205867A-IN | 7/17/18 | $1,926.91 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233951 | $1,631.06 | 7/19/18 | 23929625A-IN | 7/17/18 | $546.13 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233951 | $1,631.06 | 7/19/18 | 24112015A-IN | 7/18/18 | $658.45 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233951 | $1,631.06 | 7/19/18 | 24105719A-IN | 7/18/18 | $426.48 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234259 | $356.08 | 7/20/18 | 24161950A-IN | 7/20/18 | $356.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234516 | $950.00 | 7/23/18 | 23059676A-IN | 7/20/18 | $950.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235243 | $4,526.21 | 7/26/18 | 24212567A-IN | 7/26/18 | $2,015.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235243 | $4,526.21 | 7/26/18 | 24183749A-IN | 7/26/18 | $733.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235243 | $4,526.21 | 7/26/18 | 23440757A-IN | 7/26/18 | $709.97 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235243 | $4,526.21 | 7/26/18 | 24285916A-IN | 7/26/18 | $356.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235243 | $4,526.21 | 7/26/18 | 24150035A-IN | 7/26/18 | $356.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235243 | $4,526.21 | 7/26/18 | 24161628A-IN | 7/26/18 | $356.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235480 | $957.07 | 7/27/18 | 24247235A-IN | 7/26/18 | $356.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235480 | $957.07 | 7/27/18 | 24157679A-IN | 7/26/18 | $244.91 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235480 | $957.07 | 7/27/18 | 24163938A-IN | 7/27/18 | $356.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236248 | $2,058.15 | 8/1/18 | 24098089A-IN | 8/1/18 | $947.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236248 | $2,058.15 | 8/1/18 | 24247545A-IN | 8/1/18 | $630.62 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236248 | $2,058.15 | 8/1/18 | 24173832A-IN | 8/1/18 | $279.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236248 | $2,058.15 | 8/1/18 | 22333996B-IN | 8/1/18 | $200.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236467 | $1,672.98 | 8/2/18 | 24185746A-IN | 8/1/18 | $546.13 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236467 | $1,672.98 | 8/2/18 | 23826956A-IN | 8/1/18 | $356.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236467 | $1,672.98 | 8/2/18 | 24224087A-IN | 8/2/18 | $770.77 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236764 | $1,674.20 | 8/3/18 | 24241376A-IN | 8/2/18 | $244.91 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236764 | $1,674.20 | 8/3/18 | 24009414A-IN | 8/3/18 | $874.29 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236764 | $1,674.20 | 8/3/18 | 24108269A-IN | 8/3/18 | $555.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237075 | $824.48 | 8/6/18 | 24187993A-IN | 8/4/18 | $244.91 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237075 | $824.48 | 8/6/18 | 24189674A-IN | 8/4/18 | $222.34 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237075 | $824.48 | 8/6/18 | 24274683A-IN | 8/6/18 | $357.23 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237435 | $1,112.59 | 8/7/18 | 24266447A-IN | 8/6/18 | $1,112.59 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238336 | $1,038.75 | 8/14/18 | 20804952B-IN | 8/13/18 | $1,038.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238564 | $1,605.05 | 8/15/18 | 24217980A-IN | 8/15/18 | $1,058.92 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238564 | $1,605.05 | 8/15/18 | 24352336A-IN | 8/15/18 | $546.13 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238743 | $657.30 | 8/16/18 | 24314028A-IN | 8/16/18 | $657.30 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238972 | $587.62 | 8/17/18 | 24187415A-IN | 8/16/18 | $587.62 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240016 | $605.75 | 8/24/18 | 24332661A-IN | 8/24/18 | $605.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240733 | $1,935.35 | 8/29/18 | 24113906A-IN | 8/29/18 | $1,152.79 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240733 | $1,935.35 | 8/29/18 | 24414764A-IN | 8/29/18 | $426.48 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240733 | $1,935.35 | 8/29/18 | 24419893A-IN | 8/29/18 | $356.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241013 | $1,256.90 | 8/30/18 | 24271823A-IN | 8/29/18 | $1,011.99 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241013 | $1,256.90 | 8/30/18 | 24290867A-IN | 8/29/18 | $244.91 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241252 | $250.00 | 8/31/18 | 24008777A-IN | 8/30/18 | $250.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241554 | $2,404.56 | 9/4/18 | 24220124A-IN | 8/31/18 | $411.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241554 | $2,404.56 | 9/4/18 | 24292663A-IN | 8/31/18 | $224.64 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241554 | $2,404.56 | 9/4/18 | 24393415A-IN | 9/1/18 | $642.01 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241554 | $2,404.56 | 9/4/18 | 24064576A-IN | 9/1/18 | $279.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241554 | $2,404.56 | 9/4/18 | 24223558A-IN | 9/1/18 | $244.91 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241554 | $2,404.56 | 9/4/18 | 24360702A-IN | 9/1/18 | $244.91 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241554 | $2,404.56 | 9/4/18 | 24475032A-IN | 9/4/18 | $357.23 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242445 | $727.70 | 9/10/18 | 24172844A-IN | 9/10/18 | $727.70 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242998 | $515.63 | 9/13/18 | 23970376A-IN | 9/13/18 | $515.63 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243961 | $546.13 | 9/20/18 | 24406256A-IN | 9/20/18 | $546.13 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245380 | $1,772.50 | 10/1/18 | 12516855B-IN | 9/28/18 | $1,192.59 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245380 | $1,772.50 | 10/1/18 | 24519166A-IN | 9/29/18 | $244.91 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245380 | $1,772.50 | 10/1/18 | 24255988A-IN | 10/1/18 | $335.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245812 | $825.88 | 10/3/18 | 24177253A-IN | 10/3/18 | $825.88 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246474 | $2,170.63 | 10/8/18 | 24253747A-IN | 10/5/18 | $2,170.63 |

Totals:   26 transfer(s),  $34,589.48

Leader Electrical Contractors Inc. D/B/A Leader Electrical

Bankruptcy Case: Sears Holding Corporation, et al.

February 5, 2020                                  Exhibit A                                  P. 2