Defendant: **Luis Miguel Ibarra 1618**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986643 | $1,110.00 | 7/23/18 | 825K26181976026 | 7/16/18 | $1,110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990097 | $976.00 | 7/30/18 | 825K26182046026 | 7/23/18 | $976.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993740 | $1,545.00 | 8/6/18 | 825K26182116026 | 7/30/18 | $1,545.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997797 | $1,750.00 | 8/13/18 | 825K26182186026 | 8/6/18 | $1,750.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001225 | $1,414.00 | 8/20/18 | 825K26182256026 | 8/13/18 | $1,414.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004668 | $1,504.00 | 8/27/18 | 825K26182326026 | 8/20/18 | $1,504.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008174 | $1,044.00 | 9/3/18 | 825K26182396026 | 8/27/18 | $1,044.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012216 | $1,211.00 | 9/10/18 | 825K26182466026 | 9/3/18 | $1,211.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015646 | $784.00 | 9/17/18 | 825K26182536026 | 9/10/18 | $784.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019112 | $1,304.00 | 9/24/18 | 825K26182606026 | 9/17/18 | $1,304.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022635 | $1,002.00 | 10/1/18 | 825K26182676026 | 9/24/18 | $1,002.00 |

Totals:    11 transfer(s),   $13,644.00