| Defendant: | **Magic Air Heating, Air Conditioning & Refrigeration Of WVa LLC D/B/A Magic Air** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233522 | $3,760.57 | 7/17/18 | 23822486A-IN | 7/17/18 | $3,760.57 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233977 | $1,384.92 | 7/19/18 | 23822486A-IN | 7/17/18 | $1,084.92 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233977 | $1,384.92 | 7/19/18 | 23613048B-IN | 7/19/18 | $300.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234790 | $1,129.83 | 7/24/18 | 24274664A-IN | 7/24/18 | $1,129.83 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236792 | $681.00 | 8/3/18 | 24234336A-IN | 8/3/18 | $681.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237109 | $2,446.56 | 8/6/18 | 24335238A-IN | 8/4/18 | $1,418.73 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237109 | $2,446.56 | 8/6/18 | 24320176A-IN | 8/4/18 | $1,027.83 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237446 | $1,314.87 | 8/7/18 | 24234336A-IN | 8/7/18 | $1,314.87 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239213 | $250.00 | 8/20/18 | 24416174A-IN | 8/20/18 | $250.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241270 | $2,227.66 | 8/31/18 | 24349215A-IN | 8/31/18 | $2,227.66 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241964 | $1,018.30 | 9/5/18 | 24471928A-IN | 9/5/18 | $1,018.30 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242857 | $1,260.07 | 9/12/18 | 24416174A-IN | 9/12/18 | $1,260.07 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243777 | $350.00 | 9/19/18 | 13353006C-IN | 9/18/18 | $350.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245598 | $1,043.09 | 10/2/18 | 13353006C-IN | 10/2/18 | $1,043.09 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246504 | $1,559.87 | 10/8/18 | 24419677A-IN | 10/6/18 | $1,559.87 |

Totals:    13 transfer(s),    $18,426.74