Defendant: **Maintain It Roof Systems**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237327 | $2,243.87 | 8/6/18 | 24335382A-IN | 8/4/18 | $2,243.87 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238877 | $2,792.70 | 8/16/18 | 24375001A-IN | 8/16/18 | $2,792.70 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240874 | $1,637.22 | 8/29/18 | 24433844A-IN | 8/28/18 | $1,637.22 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243252 | $3,064.25 | 9/14/18 | 24377930A-IN | 9/14/18 | $3,064.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243472 | $8,897.89 | 9/17/18 | 24477280A-IN | 9/17/18 | $4,820.09 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243472 | $8,897.89 | 9/17/18 | 24480946A-IN | 9/17/18 | $4,077.80 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246114 | $11,575.24 | 10/4/18 | 24482599A-IN | 10/3/18 | $11,575.24 |

Totals:    6 transfer(s),  $30,211.17