Defendant: **Micheal A. Simmonds, Co.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62082508 | $432.75 | 7/9/18 | 10953 | 5/30/18 | $432.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083073 | $3,930.50 | 7/16/18 | 10959 | 6/1/18 | $818.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083073 | $3,930.50 | 7/16/18 | 10962 | 6/5/18 | $1,255.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083073 | $3,930.50 | 7/16/18 | 933 | 6/6/18 | $1,857.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083456 | $4,769.25 | 7/23/18 | 10970 | 6/7/18 | $1,090.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083456 | $4,769.25 | 7/23/18 | 934 | 6/13/18 | $2,975.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083456 | $4,769.25 | 7/23/18 | 10972 | 6/15/18 | $704.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083842 | $928.50 | 7/30/18 | 935 | 6/18/18 | $928.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084223 | $1,365.00 | 8/8/18 | 940 | 6/16/18 | $1,365.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085491 | $3,721.75 | 8/31/18 | 942 | 7/16/18 | $2,399.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085491 | $3,721.75 | 8/31/18 | 10975 | 7/18/18 | $1,322.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085874 | $755.25 | 9/7/18 | 944 | 7/26/18 | $755.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086895 | $857.75 | 9/21/18 | 10979 | 8/7/18 | $857.75 |

Totals:    8 transfer(s),  $16,760.75