Defendant: **Mike Hunger**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741665 | $1,789.84 | 7/10/18 | 24018102B-IN | 7/7/18 | $1,789.84 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741769 | $917.32 | 7/13/18 | 23686456A-IN | 6/28/18 | $567.28 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741769 | $917.32 | 7/13/18 | 23412989C-IN | 7/11/18 | $350.04 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741845 | $586.80 | 7/17/18 | 24018102A-IN | 7/16/18 | $586.80 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742018 | $1,063.29 | 7/24/18 | 23854868A-IN | 7/24/18 | $1,063.29 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742156 | $2,396.41 | 7/31/18 | 23994953A-IN | 7/16/18 | $2,396.41 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742258 | $1,678.63 | 8/2/18 | 24093005A-IN | 8/2/18 | $1,452.28 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742258 | $1,678.63 | 8/2/18 | 24093005B-IN | 8/2/18 | $226.35 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742475 | $1,698.68 | 8/14/18 | 24225633A-IN | 8/10/18 | $1,698.68 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742581 | $2,530.43 | 8/21/18 | 23994177A-IN | 8/20/18 | $1,778.73 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742581 | $2,530.43 | 8/21/18 | 24205813B-IN | 8/21/18 | $422.05 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742581 | $2,530.43 | 8/21/18 | 24205813A-IN | 8/21/18 | $329.65 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742654 | $249.00 | 8/23/18 | 23994953B-IN | 8/21/18 | $249.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742827 | $350.14 | 9/4/18 | 24122959A-IN | 9/1/18 | $350.14 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743030 | $249.80 | 9/11/18 | 24205813C-IN | 9/10/18 | $249.80 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743095 | $1,064.72 | 9/13/18 | 24399885A-IN | 9/13/18 | $1,064.72 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743209 | $587.02 | 9/20/18 | 24208162A-IN | 9/18/18 | $587.02 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743310 | $2,030.43 | 9/25/18 | 24311736A-IN | 9/21/18 | $2,030.43 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743391 | $261.55 | 9/28/18 | 22524784A-IN | 10/17/17 | $261.55 |

Totals:    15 transfer(s),    $17,454.06