Defendant: **Moore Granite & Tile LLC D/B/A Crowne Kitchen And Bath**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233818 | $3,845.05 | 7/18/18 | 7010v1-IN | 4/13/18 | $3,845.05 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237719 | $10,451.63 | 8/8/18 | 7136-IN | 8/6/18 | $6,536.74 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237719 | $10,451.63 | 8/8/18 | 7032-IN | 8/6/18 | $3,914.89 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239276 | $4,560.29 | 8/20/18 | 6835-IN | 8/6/18 | $4,560.29 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244797 | $2,952.40 | 9/26/18 | 7098V1-IN | 7/6/18 | $2,952.40 |

Totals:    4 transfer(s),  $21,809.37