Defendant: **Moses A C**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233627 | $1,452.42 | 7/17/18 | 24228132A-IN | 7/17/18 | $1,452.42 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236388 | $1,617.00 | 8/1/18 | 24328728A-IN | 8/1/18 | $1,617.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237351 | $2,588.26 | 8/6/18 | 24318019A-IN | 8/3/18 | $2,588.26 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237906 | $1,415.08 | 8/9/18 | 24363648A-IN | 8/8/18 | $1,415.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239329 | $2,772.93 | 8/20/18 | 24412876A-IN | 8/17/18 | $1,675.32 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239329 | $2,772.93 | 8/20/18 | 24338445A-IN | 8/17/18 | $1,097.61 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239760 | $1,452.92 | 8/22/18 | 24428058A-IN | 8/22/18 | $1,452.92 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240130 | $1,078.97 | 8/24/18 | 22208901A-IN | 8/24/18 | $1,078.97 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240405 | $1,531.35 | 8/27/18 | 24428244A-IN | 8/27/18 | $1,531.35 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240610 | $2,089.06 | 8/28/18 | 24445469A-IN | 8/28/18 | $2,089.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241166 | $1,318.18 | 8/30/18 | 24464208A-IN | 8/29/18 | $1,318.18 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241409 | $2,586.31 | 8/31/18 | 24471382A-IN | 8/31/18 | $2,586.31 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241841 | $1,297.61 | 9/4/18 | 24480058D-IN | 9/1/18 | $1,297.61 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242187 | $1,025.25 | 9/6/18 | 24502256A-IN | 9/5/18 | $1,025.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242729 | $4,533.65 | 9/11/18 | 24458416A-IN | 9/10/18 | $2,912.83 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242729 | $4,533.65 | 9/11/18 | 24433214A-IN | 9/11/18 | $1,620.82 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242943 | $1,521.14 | 9/12/18 | 24471075A-IN | 9/11/18 | $1,521.14 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245286 | $4,869.34 | 9/28/18 | 24578496A-IN | 9/27/18 | $4,869.34 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245529 | $1,642.20 | 10/1/18 | 24581841A-IN | 10/1/18 | $1,642.20 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246327 | $1,842.10 | 10/5/18 | 24635886A-IN | 10/4/18 | $1,842.10 |

Totals:    18 transfer(s),    $36,633.77

Moses A C

Bankruptcy Case: Sears Holding Corporation, et al.

February 5, 2020                                          Exhibit A                                          P. 1