Defendant: **Naumann/Hobbs Material Handling Corporation II, Inc. D/B/A Naumann Hobbs Material Handling**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| StarWest, LLC | StarWest, LLC | 913985 | $3,069.28 | 7/27/18 | FS10254549 | 7/19/18 | $3,069.28 |
| StarWest, LLC | StarWest, LLC | 913985 | $1,745.39 | 7/27/18 | FS10254548 | 7/19/18 | $1,745.39 |
| StarWest, LLC | StarWest, LLC | 913985 | $136.13 | 7/27/18 | FS10254550 | 7/19/18 | $136.13 |
| StarWest, LLC | StarWest, LLC | 914209 | $474.51 | 8/10/18 | FS10255399 | 7/30/18 | $474.51 |
| StarWest, LLC | StarWest, LLC | 914294 | $217.80 | 8/17/18 | FS10255981 | 8/6/18 | $217.80 |
| StarWest, LLC | StarWest, LLC | 914563 | $1,602.07 | 8/31/18 | FS10256761 | 8/16/18 | $1,602.07 |
| StarWest, LLC | StarWest, LLC | 914563 | $163.35 | 8/31/18 | FS10256760 | 8/16/18 | $163.35 |
| StarWest, LLC | StarWest, LLC | 914563 | $392.90 | 8/31/18 | FS10256985 | 8/19/18 | $392.90 |
| StarWest, LLC | StarWest, LLC | 914563 | $379.97 | 8/31/18 | FS10256986 | 8/19/18 | $379.97 |
| StarWest, LLC | StarWest, LLC | 914563 | $132.64 | 8/31/18 | FS10257130 | 8/21/18 | $132.64 |
| StarWest, LLC | StarWest, LLC | 914563 | $370.22 | 8/31/18 | FS10257380 | 8/23/18 | $370.22 |
| StarWest, LLC | StarWest, LLC | 914850 | $3,617.92 | 9/21/18 | FS10258566 | 9/7/18 | $3,617.92 |
| StarWest, LLC | StarWest, LLC | 914850 | $1,479.50 | 9/21/18 | FS10258863 | 9/12/18 | $1,479.50 |
| StarWest, LLC | StarWest, LLC | 914850 | $362.54 | 9/21/18 | FS10258968 | 9/13/18 | $362.54 |
| StarWest, LLC | StarWest, LLC | 915104 | $235.80 | 10/9/18 | FS10259738 | 9/24/18 | $235.80 |
| StarWest, LLC | StarWest, LLC | 915104 | $115.00 | 10/9/18 | FS10259818 | 9/25/18 | $115.00 |
| StarWest, LLC | StarWest, LLC | 915104 | $115.00 | 10/9/18 | FS10259817 | 9/25/18 | $115.00 |
| StarWest, LLC | StarWest, LLC | 915104 | $115.00 | 10/9/18 | FS10259816 | 9/25/18 | $115.00 |

Totals:    16 transfer(s),  $14,725.02