Defendant: **New Horizons Computer Learning Centers, Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128836 | $3,850.00 | 7/26/18 | INV-438219-M8L3B5 | 4/30/18 | $3,850.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128961 | $1,916.00 | 8/30/18 | INV-438255-P2V9R8 | 8/15/18 | $1,916.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128961 | $1,916.00 | 8/30/18 | INV-438255-P2V9R8 | 8/15/18 | $1,916.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128961 | $1,916.00 | 8/30/18 | INV-438255-P2V9R8 | 8/15/18 | $1,916.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128990 | $1,916.00 | 9/13/18 | INV-438255-P2V9R8 | 8/15/18 | $1,916.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128990 | $1,916.00 | 9/13/18 | INV-438255-P2V9R8 | 8/15/18 | $1,916.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128990 | $1,916.00 | 9/13/18 | INV-438255-P2V9R8 | 8/15/18 | $1,916.00 |

Totals:   3 transfer(s),   $15,346.00