| | |
|---|---|
| Defendant: | **Nora Figueroa - Ceron** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234306 | $676.75 | 7/20/18 | 24117041A-IN | 7/20/18 | $363.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234306 | $676.75 | 7/20/18 | 24239196A-IN | 7/20/18 | $127.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234306 | $676.75 | 7/20/18 | 24157930A-IN | 7/20/18 | $92.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234306 | $676.75 | 7/20/18 | 24251254A-IN | 7/20/18 | $53.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234306 | $676.75 | 7/20/18 | 24251989A-IN | 7/20/18 | $40.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235083 | $402.14 | 7/25/18 | 24086282A-IN | 7/25/18 | $402.14 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235795 | $1,629.37 | 7/30/18 | 24077180A-IN | 7/27/18 | $1,629.37 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236826 | $1,780.89 | 8/3/18 | 23971001A-IN | 8/2/18 | $816.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236826 | $1,780.89 | 8/3/18 | 24189374A-IN | 8/2/18 | $731.64 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236826 | $1,780.89 | 8/3/18 | 24251778A-IN | 8/2/18 | $193.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236826 | $1,780.89 | 8/3/18 | 24279846A-IN | 8/2/18 | $40.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237155 | $486.81 | 8/6/18 | 24157930A-IN | 8/4/18 | $311.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237155 | $486.81 | 8/6/18 | 24105573B-IN | 8/4/18 | $175.56 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237839 | $659.54 | 8/9/18 | 24251254A-IN | 8/8/18 | $659.54 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240300 | $2,769.77 | 8/27/18 | 24251778A-IN | 8/24/18 | $1,378.30 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240300 | $2,769.77 | 8/27/18 | 24251989A-IN | 8/27/18 | $1,391.47 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240785 | $931.72 | 8/29/18 | 23880346A-IN | 8/29/18 | $931.72 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241061 | $891.98 | 8/30/18 | 24157977A-IN | 8/29/18 | $891.98 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244181 | $1,918.74 | 9/21/18 | 24230698A-IN | 9/20/18 | $1,918.74 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244550 | $1,910.00 | 9/25/18 | 24340825A-IN | 9/24/18 | $1,110.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244550 | $1,910.00 | 9/25/18 | 24372988A-IN | 9/25/18 | $800.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244944 | $1,003.44 | 9/27/18 | 24372988A-IN | 9/26/18 | $963.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244944 | $1,003.44 | 9/27/18 | 24587170A-IN | 9/26/18 | $40.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245427 | $1,847.58 | 10/1/18 | 24239196A-IN | 9/28/18 | $1,847.58 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246040 | $1,846.04 | 10/4/18 | 24286263A-IN | 10/3/18 | $1,846.04 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246241 | $1,326.43 | 10/5/18 | 24339552A-IN | 10/4/18 | $1,152.68 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246241 | $1,326.43 | 10/5/18 | 24366110A-IN | 10/4/18 | $173.75 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246550 | $1,727.26 | 10/8/18 | 23825529A-IN | 10/5/18 | $1,143.40 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246550 | $1,727.26 | 10/8/18 | 24393449A-IN | 10/5/18 | $440.24 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246550 | $1,727.26 | 10/8/18 | 24514993B-IN | 10/5/18 | $143.62 |

**Totals:** 16 transfer(s),  $21,808.46