| Defendant: | Nuwave Heating & Cooling, Inc. |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237180 | $2,943.65 | 8/6/18 | 24254570A-IN | 8/4/18 | $2,943.65 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237855 | $142.20 | 8/9/18 | 23962013ACR-IN | 8/9/18 | $142.20 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238203 | $170.00 | 8/13/18 | 24116379A-IN | 8/10/18 | $170.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239242 | $6,972.25 | 8/20/18 | 24116379A-IN | 8/16/18 | $3,849.65 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239242 | $6,972.25 | 8/20/18 | 24293576A-IN | 8/17/18 | $2,952.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239242 | $6,972.25 | 8/20/18 | 24293576A-IN | 8/17/18 | $170.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240800 | $4,433.56 | 8/29/18 | 24334209A-IN | 8/28/18 | $3,648.56 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240800 | $4,433.56 | 8/29/18 | 23874758A-IN | 8/28/18 | $785.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241678 | $2,818.92 | 9/4/18 | 24362580A-IN | 9/1/18 | $2,818.92 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242887 | $1,100.00 | 9/12/18 | 24414875A-IN | 9/11/18 | $1,100.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244196 | $830.85 | 9/21/18 | 23544669D-IN | 9/18/18 | $830.85 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244389 | $2,661.62 | 9/24/18 | 24466678A-IN | 9/21/18 | $2,661.62 |

Totals:   9 transfer(s),  $22,073.05

Nuwave Heating & Cooling, Inc.

Bankruptcy Case: Sears Holding Corporation, et al.