**Defendant:** Oeffinger Crone Heating & Cooling Inc. D/B/A Oeffinger And Crone
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233491 | $1,206.30 | 7/17/18 | 24196968A-IN | 7/17/18 | $1,206.30 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234502 | $2,518.55 | 7/23/18 | 24241605A-IN | 7/23/18 | $1,086.30 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234502 | $2,518.55 | 7/23/18 | 23987403A-IN | 7/23/18 | $741.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234502 | $2,518.55 | 7/23/18 | 24251784A-IN | 7/23/18 | $691.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235950 | $1,278.30 | 7/31/18 | 24267847A-IN | 7/31/18 | $1,278.30 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236454 | $2,132.67 | 8/2/18 | 24212090A-IN | 8/2/18 | $2,132.67 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236748 | $1,645.30 | 8/3/18 | 24273418A-IN | 8/2/18 | $1,034.30 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236748 | $1,645.30 | 8/3/18 | 24325391A-IN | 8/2/18 | $611.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237052 | $755.30 | 8/6/18 | 24309891A-IN | 8/3/18 | $755.30 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237943 | $878.50 | 8/10/18 | 23061972C-IN | 8/9/18 | $878.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240999 | $663.00 | 8/30/18 | 24405445A-IN | 8/29/18 | $663.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241530 | $1,219.30 | 9/4/18 | 24072865A-IN | 9/3/18 | $1,219.30 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241946 | $1,706.25 | 9/5/18 | 24290287A-IN | 9/4/18 | $1,706.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242435 | $1,502.30 | 9/10/18 | 24504612A-IN | 9/7/18 | $1,502.30 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243153 | $1,013.00 | 9/14/18 | 24480721A-IN | 9/14/18 | $1,013.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244135 | $1,371.30 | 9/21/18 | 24522592A-IN | 9/21/18 | $1,371.30 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244510 | $300.00 | 9/25/18 | 21386579B-IN | 9/25/18 | $300.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244897 | $2,447.60 | 9/27/18 | 24558675A-IN | 9/27/18 | $1,241.30 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244897 | $2,447.60 | 9/27/18 | 24514858A-IN | 9/27/18 | $1,206.30 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246181 | $5,507.88 | 10/5/18 | 24256418A-IN | 10/4/18 | $2,840.33 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246181 | $5,507.88 | 10/5/18 | 24614415A-IN | 10/4/18 | $1,368.30 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246181 | $5,507.88 | 10/5/18 | 24512874A-IN | 10/4/18 | $1,299.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246451 | $839.25 | 10/8/18 | 24262019A-IN | 10/5/18 | $839.25 |

**Totals:** 17 transfer(s), $26,984.80