| Defendant: | **Pahoua Vue O D** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986776 | $847.00 | 7/23/18 | AKU218181976218 | 7/16/18 | $847.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990232 | $1,022.00 | 7/30/18 | AKU218182046218 | 7/23/18 | $1,022.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993891 | $1,148.00 | 8/6/18 | AKU218182116218 | 7/30/18 | $1,148.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997926 | $5.00 | 8/13/18 | AKU218182186218 | 8/6/18 | $5.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001359 | $1,284.00 | 8/20/18 | AKU218182256218 | 8/13/18 | $1,284.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004797 | $2,484.00 | 8/27/18 | AKU218182326218 | 8/20/18 | $2,484.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008320 | $2,360.00 | 9/3/18 | AKU218182396218 | 8/27/18 | $2,360.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012351 | $1,370.00 | 9/10/18 | AKU218182466218 | 9/3/18 | $1,370.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015767 | $467.00 | 9/17/18 | AKU218182536218 | 9/10/18 | $467.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019237 | $1,242.00 | 9/24/18 | AKU218182606218 | 9/17/18 | $1,242.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022772 | $916.00 | 10/1/18 | AKU218182676218 | 9/24/18 | $916.00 |

**Totals:** **11 transfer(s), $13,145.00**