| | | |
|---|---|---|
| Defendant: | **Philco Installation LLC** | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234272 | $423.04 | 7/20/18 | 23828801A-IN | 7/20/18 | $423.04 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235057 | $1,959.00 | 7/25/18 | 23924478A-IN | 7/25/18 | $1,959.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235256 | $3,544.58 | 7/26/18 | 24048422A-IN | 7/25/18 | $2,133.58 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235256 | $3,544.58 | 7/26/18 | 24019215A-IN | 7/25/18 | $1,171.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235256 | $3,544.58 | 7/26/18 | 23726251B-IN | 7/25/18 | $240.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235980 | $1,262.25 | 7/31/18 | 23793045A-IN | 7/30/18 | $156.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235980 | $1,262.25 | 7/31/18 | 24125041A-IN | 7/31/18 | $1,106.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236259 | $1,245.08 | 8/1/18 | 24109790A-IN | 8/1/18 | $1,245.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236781 | $423.90 | 8/3/18 | 23924478A-IN | 8/3/18 | $423.90 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238754 | $1,149.54 | 8/16/18 | 24175978A-IN | 8/15/18 | $1,149.54 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240023 | $2,105.63 | 8/24/18 | 24091186B-IN | 8/23/18 | $1,158.13 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240023 | $2,105.63 | 8/24/18 | 24147611A-IN | 8/23/18 | $947.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241024 | $2,686.64 | 8/30/18 | 24179724A-IN | 8/29/18 | $2,686.64 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241263 | $2,659.54 | 8/31/18 | 23989931A-IN | 8/30/18 | $1,879.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241263 | $2,659.54 | 8/31/18 | 24255875A-IN | 8/30/18 | $780.54 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241576 | $468.04 | 9/4/18 | 24149532A-IN | 8/31/18 | $468.04 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242629 | $676.50 | 9/11/18 | 24082167A-IN | 9/10/18 | $676.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243365 | $1,222.50 | 9/17/18 | 24080088A-IN | 9/14/18 | $1,222.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245821 | $630.00 | 10/3/18 | 24301258A-IN | 10/3/18 | $565.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245821 | $630.00 | 10/3/18 | 24049533A-IN | 10/3/18 | $65.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246491 | $5,061.34 | 10/8/18 | 24391597A-IN | 10/5/18 | $2,265.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246491 | $5,061.34 | 10/8/18 | 23989931A-IN | 10/6/18 | $2,796.34 |

Totals:     15 transfer(s),    $25,517.58