Defendant: **Pierson Tops**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233543 | $310.80 | 7/17/18 | 23886073A-IN | 7/16/18 | $310.80 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234011 | $1,247.00 | 7/19/18 | A350898-IN | 6/25/18 | $1,247.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235511 | $105.40 | 7/27/18 | 24003670A-IN | 7/26/18 | $105.40 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236015 | $3,395.00 | 7/31/18 | A350919-IN | 7/23/18 | $2,127.99 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236015 | $3,395.00 | 7/31/18 | A350920-IN | 7/26/18 | $1,267.01 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237688 | $9,066.63 | 8/8/18 | A350904-IN | 7/12/18 | $3,279.51 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237688 | $9,066.63 | 8/8/18 | A350906-IN | 7/12/18 | $2,950.35 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237688 | $9,066.63 | 8/8/18 | A350903-IN | 7/12/18 | $1,761.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237688 | $9,066.63 | 8/8/18 | A350908-IN | 7/12/18 | $1,075.01 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239008 | $2,663.49 | 8/17/18 | A350911-IN | 8/8/18 | $2,663.49 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239866 | $313.50 | 8/23/18 | 24240142A-IN | 8/23/18 | $313.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240521 | $2,962.51 | 8/28/18 | A350905-IN | 7/25/18 | $2,962.51 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240783 | $5,534.30 | 8/29/18 | A350889-IN | 5/31/18 | $2,644.01 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240783 | $5,534.30 | 8/29/18 | A350913-IN | 7/26/18 | $2,890.29 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241641 | $3,896.30 | 9/4/18 | A350914-IN | 8/28/18 | $2,403.77 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241641 | $3,896.30 | 9/4/18 | A350921-IN | 8/28/18 | $1,492.53 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244179 | $270.90 | 9/21/18 | 24412852A-IN | 9/20/18 | $225.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244179 | $270.90 | 9/21/18 | 24257900A-IN | 9/20/18 | $45.90 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244759 | $3,421.32 | 9/26/18 | A350933-IN | 9/24/18 | $1,741.05 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244759 | $3,421.32 | 9/26/18 | A350932-IN | 9/24/18 | $1,680.27 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245199 | $1,896.09 | 9/28/18 | A350917-IN | 7/26/18 | $1,829.79 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245199 | $1,896.09 | 9/28/18 | 24291541A-IN | 9/27/18 | $66.30 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246039 | $1,943.51 | 10/4/18 | A350909-IN | 8/16/18 | $1,943.51 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246546 | $195.50 | 10/8/18 | 24357889B-IN | 10/6/18 | $62.90 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246546 | $195.50 | 10/8/18 | 24471880A-IN | 10/8/18 | $132.60 |

Totals:    15 transfer(s),  $37,222.25