Defendant: **Pro Cabinets And Refacing LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233513 | $1,025.24 | 7/17/18 | 23865100A-IN | 7/16/18 | $1,025.24 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234270 | $170.00 | 7/20/18 | 24137572A-IN | 7/19/18 | $170.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234778 | $1,513.30 | 7/24/18 | 24179561A-IN | 7/23/18 | $115.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234778 | $1,513.30 | 7/24/18 | PER072418-IN | 7/24/18 | $695.30 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234778 | $1,513.30 | 7/24/18 | REIM072418-IN | 7/24/18 | $689.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234778 | $1,513.30 | 7/24/18 | REIM072418-1-IN | 7/24/18 | $14.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235756 | $992.04 | 7/30/18 | 23904788A-IN | 7/27/18 | $992.04 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237092 | $286.75 | 8/6/18 | 23677462A-IN | 8/3/18 | $144.84 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237092 | $286.75 | 8/6/18 | 24118696A-IN | 8/5/18 | $141.91 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237956 | $70.00 | 8/10/18 | 24320871A-IN | 8/9/18 | $70.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238753 | $1,347.86 | 8/16/18 | 24068940A-IN | 8/10/18 | $1,237.86 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238753 | $1,347.86 | 8/16/18 | 24245440A-IN | 8/15/18 | $110.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238980 | $1,773.85 | 8/17/18 | 23677462B-IN | 8/16/18 | $275.04 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238980 | $1,773.85 | 8/17/18 | 24281918A-IN | 8/16/18 | $110.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238980 | $1,773.85 | 8/17/18 | PER081718-1-IN | 8/17/18 | $760.98 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238980 | $1,773.85 | 8/17/18 | REIM081718-IN | 8/17/18 | $517.83 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238980 | $1,773.85 | 8/17/18 | PER081718-2-IN | 8/17/18 | $40.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238980 | $1,773.85 | 8/17/18 | PER081718-3-IN | 8/17/18 | $40.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238980 | $1,773.85 | 8/17/18 | PER081718-IN | 8/17/18 | $30.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240261 | $110.00 | 8/27/18 | 24265772A-IN | 8/24/18 | $110.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240743 | $96.30 | 8/29/18 | 24295720A-IN | 8/28/18 | $96.30 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241023 | $370.00 | 8/30/18 | 24300067A-IN | 8/29/18 | $185.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241023 | $370.00 | 8/30/18 | 24454986A-IN | 8/29/18 | $185.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241575 | $832.13 | 9/4/18 | 24231502A-IN | 8/31/18 | $799.37 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241575 | $832.13 | 9/4/18 | 24432535B-IN | 8/31/18 | $32.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242107 | $420.00 | 9/6/18 | 22893528A-IN | 9/5/18 | $220.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242107 | $420.00 | 9/6/18 | 24493427A-IN | 9/5/18 | $200.00 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243009 | $123.33 | 9/13/18 | 24529877A-IN | 9/13/18 | $123.33 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243165 | $1,492.16 | 9/14/18 | PER091418-IN | 9/14/18 | $986.16 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243165 | $1,492.16 | 9/14/18 | REIM091418-IN | 9/14/18 | $377.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243165 | $1,492.16 | 9/14/18 | 24324520A-IN | 9/14/18 | $129.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243772 | $175.00 | 9/19/18 | 24499799A-IN | 9/18/18 | $175.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244342 | $1,221.34 | 9/24/18 | PER092418-IN | 9/24/18 | $703.34 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244342 | $1,221.34 | 9/24/18 | REIM092418-IN | 9/24/18 | $518.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245170 | $350.00 | 9/28/18 | 24406807A-IN | 9/27/18 | $200.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245170 | $350.00 | 9/28/18 | 24272920A-IN | 9/28/18 | $150.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245820 | $122.50 | 10/3/18 | 24522058A-IN | 10/2/18 | $122.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246006 | $1,665.62 | 10/4/18 | PER100418-IN | 10/4/18 | $952.45 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246006 | $1,665.62 | 10/4/18 | REIM100418-IN | 10/4/18 | $713.17 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246490 | $613.76 | 10/8/18 | 24576826A-IN | 10/5/18 | $145.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246490 | $613.76 | 10/8/18 | 24618404A-IN | 10/5/18 | $121.71 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246490 | $613.76 | 10/8/18 | 24598866A-IN | 10/8/18 | $200.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246490 | $613.76 | 10/8/18 | 24311184A-IN | 10/8/18 | $147.05 |

Totals:    21 transfer(s),  $14,771.18