Defendant: **Project Resource Solutions, LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988953 | $225.00 | 7/26/18 | 201840077 | 6/26/18 | $225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990939 | $565.00 | 7/31/18 | 201839202 | 5/17/18 | $340.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990939 | $565.00 | 7/31/18 | 201838758 | 5/17/18 | $225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001450 | $1,525.00 | 8/20/18 | 201840078 | 7/20/18 | $1,525.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003534 | $450.00 | 8/23/18 | 201840982 | 7/24/18 | $450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005460 | $6,225.00 | 8/28/18 | 201833739 | 6/28/18 | $6,225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018709 | $886.50 | 9/21/18 | 201841620 | 8/13/18 | $376.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018709 | $886.50 | 9/21/18 | 201841625 | 8/22/18 | $255.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018709 | $886.50 | 9/21/18 | 201841624 | 8/22/18 | $255.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022869 | $4,950.00 | 10/1/18 | 201840965 | 7/31/18 | $4,950.00 |

Totals:  7 transfer(s),  $14,826.50