Defendant: **Quality Handyman**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234021 | $2,991.28 | 7/19/18 | 23958996A-IN | 7/18/18 | $831.51 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234021 | $2,991.28 | 7/19/18 | 23949018A-IN | 7/18/18 | $331.21 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234021 | $2,991.28 | 7/19/18 | 23949018B-IN | 7/19/18 | $1,828.56 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234558 | $153.80 | 7/23/18 | 23830156C-IN | 7/20/18 | $153.80 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235088 | $872.73 | 7/25/18 | 23969793A-IN | 7/24/18 | $753.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235088 | $872.73 | 7/25/18 | 23841721A-IN | 7/25/18 | $118.97 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235518 | $4,031.99 | 7/27/18 | 23960047A-IN | 7/27/18 | $2,655.22 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235518 | $4,031.99 | 7/27/18 | 23945979A-IN | 7/27/18 | $1,376.77 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236526 | $2,101.68 | 8/2/18 | 24051106A-IN | 8/2/18 | $2,101.68 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239441 | $373.70 | 8/21/18 | 23651800A-IN | 8/21/18 | $373.70 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240057 | $84.00 | 8/24/18 | 24051106A-IN | 8/24/18 | $84.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240790 | $1,675.55 | 8/29/18 | 24291107A-IN | 8/29/18 | $1,675.55 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242131 | $749.28 | 9/6/18 | 24321279A-IN | 9/6/18 | $749.28 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242482 | $3,463.07 | 9/10/18 | 23650377A-IN | 9/10/18 | $1,491.47 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242482 | $3,463.07 | 9/10/18 | 23650377A-IN | 9/10/18 | $1,065.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242482 | $3,463.07 | 9/10/18 | 24139576A-IN | 9/10/18 | $906.10 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242659 | $782.21 | 9/11/18 | 24343212A-IN | 9/11/18 | $782.21 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244553 | $893.10 | 9/25/18 | 24210016B-IN | 9/25/18 | $893.10 |

Totals: 12 transfer(s), $18,172.39