Defendant: **R.C. Temperature Control Heating & Air Conditioning D/B/A R.C. Temperature Control**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234356 | $3,835.22 | 7/20/18 | 24141713A-IN | 7/19/18 | $2,241.26 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234356 | $3,835.22 | 7/20/18 | 24112881A-IN | 7/19/18 | $1,593.96 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236586 | $4,471.00 | 8/2/18 | 24249638A-IN | 8/1/18 | $4,471.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239059 | $1,599.24 | 8/17/18 | 24249326A-IN | 8/16/18 | $1,599.24 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240842 | $2,014.25 | 8/29/18 | 24261710A-IN | 8/28/18 | $2,014.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241767 | $962.75 | 9/4/18 | 24442671A-IN | 8/31/18 | $962.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246654 | $1,605.80 | 10/8/18 | 24225774A-IN | 10/5/18 | $1,605.80 |

Totals:    6 transfer(s),  $14,488.26

R.C. Temperature Control Heating & Air Conditioning D/B/A R.C. Temperature Control
Bankruptcy Case: Sears Holding Corporation, et al.

February 5, 2020                                        Exhibit A                                        P. 1