Defendant: **Rasmussen Exteriors**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238187 | $199.50 | 8/13/18 | 24239662A-IN | 8/13/18 | $199.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244750 | $10,556.44 | 9/26/18 | 21201377C-IN | 9/25/18 | $10,556.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246228 | $3,971.70 | 10/5/18 | 24268263A-IN | 10/4/18 | $3,971.70 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246529 | $4,837.43 | 10/8/18 | 24544064A-IN | 10/5/18 | $4,837.43 |

Totals:    4 transfer(s),    $19,565.07