Defendant: **Red Ventures, LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

### Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236702 | $2,460.73 | 8/2/18 | JUN-18-IN | 7/6/18 | $2,460.73 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242075 | $3,243.00 | 9/5/18 | JUN-18-IN | 7/6/18 | $3,243.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246408 | $8,057.77 | 10/5/18 | AUG-18-IN | 9/7/18 | $8,057.77 |

**Totals:**    3 transfer(s),  **$13,761.50**