Defendant: **Ringgold Growers**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980182 | $8,277.00 | 7/17/18 | 258072523 | 5/11/18 | $2,471.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980182 | $8,277.00 | 7/17/18 | 258072528 | 5/11/18 | $2,267.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980182 | $8,277.00 | 7/17/18 | 258072527 | 5/11/18 | $2,267.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980182 | $8,277.00 | 7/17/18 | 258072526 | 5/11/18 | $1,272.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983460 | $6,801.00 | 7/24/18 | 258072525 | 5/11/18 | $2,267.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983460 | $6,801.00 | 7/24/18 | 258072524 | 5/11/18 | $2,267.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983460 | $6,801.00 | 7/24/18 | 258072522 | 5/11/18 | $2,267.00 |

Totals: 2 transfer(s), $15,078.00