| | | |
|---|---|---|
| Defendant: | **Rockstep Capital Opportunity Fund I LLC** | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171819 | $10,555.76 | 7/30/18 | 0000072618 | 7/26/18 | $10,000.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171819 | $10,555.76 | 7/30/18 | 0000072618 | 7/26/18 | $462.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171819 | $10,555.76 | 7/30/18 | 0000072618 | 7/26/18 | $93.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173194 | $10,555.76 | 8/28/18 | 0000082618 | 8/26/18 | $10,000.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173194 | $10,555.76 | 8/28/18 | 0000082618 | 8/26/18 | $462.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173194 | $10,555.76 | 8/28/18 | 0000082618 | 8/26/18 | $93.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174542 | $10,555.76 | 9/27/18 | 0000092518 | 9/25/18 | $10,000.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174542 | $10,555.76 | 9/27/18 | 0000092518 | 9/25/18 | $462.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174542 | $10,555.76 | 9/27/18 | 0000092518 | 9/25/18 | $93.32 |

Totals:    3 transfer(s),  $31,667.28