Defendant:     **Roofconnect**

Bankruptcy Case     **Sears Holding Corporation, et al.**

Preference Period:     **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983473 | $18,641.12 | 7/24/18 | 178393 | 5/11/18 | $18,641.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994094 | $773.33 | 8/16/18 | 174652 | 4/23/18 | $773.33 |

**Totals:**     **2 transfer(s),  $19,414.45**