Defendant: **Serrano Heating And Air, LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234840 | $1,672.03 | 7/24/18 | 24136894A-IN | 7/23/18 | $1,672.03 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236040 | $205.00 | 7/31/18 | 23536443B-IN | 7/30/18 | $205.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236854 | $5,413.90 | 8/3/18 | 24290997A-IN | 8/2/18 | $2,463.77 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236854 | $5,413.90 | 8/3/18 | 24295834B-IN | 8/3/18 | $2,950.13 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237186 | $2,333.25 | 8/6/18 | 23344751A-IN | 8/3/18 | $2,333.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239022 | $4,482.11 | 8/17/18 | 24307636A-IN | 8/16/18 | $4,482.11 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240071 | $2,659.00 | 8/24/18 | 23181395B-IN | 8/23/18 | $2,659.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241685 | $1,151.00 | 9/4/18 | 24141852B-IN | 9/4/18 | $1,151.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244200 | $1,763.05 | 9/21/18 | 24562567A-IN | 9/20/18 | $1,763.05 |

Totals:   8 transfer(s),  $19,679.34