Defendant: **Sherman Square**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233564 | $2,844.86 | 7/17/18 | 23643411A-IN | 7/16/18 | $2,117.58 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233564 | $2,844.86 | 7/17/18 | 24242539A-IN | 7/16/18 | $727.28 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234046 | $1,269.53 | 7/19/18 | 24246930A-IN | 7/18/18 | $1,269.53 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234322 | $1,442.78 | 7/20/18 | 24242969A-IN | 7/19/18 | $1,442.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234580 | $3,651.58 | 7/23/18 | 24045968A-IN | 7/21/18 | $2,734.30 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234580 | $3,651.58 | 7/23/18 | 24164394A-IN | 7/22/18 | $917.28 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235107 | $1,426.11 | 7/25/18 | 24291543A-IN | 7/24/18 | $894.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235107 | $1,426.11 | 7/25/18 | 24279975A-IN | 7/24/18 | $532.03 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236045 | $2,061.40 | 7/31/18 | 24276927A-IN | 7/30/18 | $2,061.40 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240078 | $8,411.89 | 8/24/18 | 24356959A-IN | 8/23/18 | $1,656.55 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240078 | $8,411.89 | 8/24/18 | 24292996A-IN | 8/23/18 | $1,564.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240078 | $8,411.89 | 8/24/18 | 24327327A-IN | 8/23/18 | $1,330.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240078 | $8,411.89 | 8/24/18 | 24263057A-IN | 8/23/18 | $1,200.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240078 | $8,411.89 | 8/24/18 | 22518775C-IN | 8/23/18 | $217.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240078 | $8,411.89 | 8/24/18 | 24085661B-IN | 8/23/18 | $150.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240078 | $8,411.89 | 8/24/18 | 24370750A-IN | 8/24/18 | $2,291.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240325 | $1,254.53 | 8/27/18 | 24348917A-IN | 8/24/18 | $1,254.53 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241087 | $972.28 | 8/30/18 | 24369639A-IN | 8/30/18 | $972.28 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241693 | $1,297.58 | 9/4/18 | 24481139A-IN | 9/1/18 | $1,297.58 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241995 | $67.00 | 9/5/18 | 24481139A-IN | 9/4/18 | $67.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243212 | $1,235.00 | 9/14/18 | 23863853A-IN | 9/13/18 | $1,235.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244566 | $1,955.48 | 9/25/18 | 24555648A-IN | 9/25/18 | $1,116.20 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244566 | $1,955.48 | 9/25/18 | 24604812A-IN | 9/25/18 | $839.28 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244968 | $889.97 | 9/27/18 | 24592022A-IN | 9/26/18 | $889.97 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245220 | $1,135.73 | 9/28/18 | 24604117A-IN | 9/27/18 | $1,135.73 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246588 | $852.76 | 10/8/18 | 24673108A-IN | 10/5/18 | $852.76 |

Totals:    16 transfer(s),    $30,768.48