| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | **Sith Ma** | | | | | | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | | | | | | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | | | | | | |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984113 | $547.71 | 7/17/18 | 611520712186045 | 7/12/18 | $470.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984113 | $547.71 | 7/17/18 | 611520713186045 | 7/13/18 | $77.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984970 | $973.80 | 7/18/18 | 611520714186045 | 7/14/18 | $472.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984970 | $973.80 | 7/18/18 | 611520715186045 | 7/15/18 | $501.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987006 | $194.39 | 7/23/18 | 611520718186045 | 7/18/18 | $194.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987540 | $1,069.82 | 7/24/18 | 611520719186045 | 7/19/18 | $409.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987540 | $1,069.82 | 7/24/18 | 611520720186045 | 7/20/18 | $660.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988381 | $548.91 | 7/25/18 | 611520721186045 | 7/21/18 | $395.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988381 | $548.91 | 7/25/18 | 611520722186045 | 7/22/18 | $153.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988998 | $324.56 | 7/26/18 | 611520723186045 | 7/23/18 | $324.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989739 | $554.80 | 7/27/18 | 611520724186045 | 7/24/18 | $554.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990485 | $176.08 | 7/30/18 | 611520725186045 | 7/25/18 | $176.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991048 | $830.47 | 7/31/18 | 611520726186045 | 7/26/18 | $805.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991048 | $830.47 | 7/31/18 | 611520727186045 | 7/27/18 | $24.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991839 | $46.20 | 8/1/18 | 611520728186045 | 7/28/18 | $46.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992545 | $225.68 | 8/2/18 | 611520730186045 | 7/30/18 | $225.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994164 | $518.90 | 8/6/18 | 611520801186045 | 8/1/18 | $518.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995200 | $1,128.48 | 8/7/18 | 611520802186045 | 8/2/18 | $1,057.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995200 | $1,128.48 | 8/7/18 | 611520803186045 | 8/3/18 | $70.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996150 | $982.40 | 8/8/18 | 611520804186045 | 8/4/18 | $982.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997480 | $216.00 | 8/10/18 | 611520807186045 | 8/7/18 | $216.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998676 | $854.84 | 8/14/18 | 611520809186045 | 8/9/18 | $813.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998676 | $854.84 | 8/14/18 | 611520810186045 | 8/10/18 | $41.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999462 | $1,405.80 | 8/15/18 | 611520811186045 | 8/11/18 | $1,405.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000101 | $242.57 | 8/16/18 | 611520813186045 | 8/13/18 | $242.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000875 | $197.78 | 8/17/18 | 611520814186045 | 8/14/18 | $197.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001582 | $73.98 | 8/20/18 | 611520815186045 | 8/15/18 | $73.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002170 | $690.03 | 8/21/18 | 611520816186045 | 8/16/18 | $597.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002170 | $690.03 | 8/21/18 | 611520817186045 | 8/17/18 | $92.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002996 | $418.20 | 8/22/18 | 611520819186045 | 8/19/18 | $418.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003585 | $1,029.33 | 8/23/18 | 611520820186045 | 8/20/18 | $1,029.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005021 | $494.12 | 8/27/18 | 611520822186045 | 8/22/18 | $494.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005576 | $419.25 | 8/28/18 | 611520823186045 | 8/23/18 | $419.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006359 | $920.75 | 8/29/18 | 611520825186045 | 8/25/18 | $654.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006359 | $920.75 | 8/29/18 | 611520826186045 | 8/26/18 | $266.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008574 | $334.80 | 9/3/18 | 611520829186045 | 8/29/18 | $334.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009260 | $885.43 | 9/4/18 | 611520830186045 | 8/30/18 | $279.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009260 | $885.43 | 9/4/18 | 611520831186045 | 8/31/18 | $606.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010545 | $869.70 | 9/5/18 | 611520901186045 | 9/1/18 | $548.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010545 | $869.70 | 9/5/18 | 611520902186045 | 9/2/18 | $321.50 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011281 | $502.60 | 9/6/18 | 611520903186045 | 9/3/18 | $502.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013156 | $666.70 | 9/11/18 | 611520906186045 | 9/6/18 | $666.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013952 | $927.49 | 9/12/18 | 611520908186045 | 9/8/18 | $688.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013952 | $927.49 | 9/12/18 | 611520909186045 | 9/9/18 | $238.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014596 | $88.32 | 9/13/18 | 611520910186045 | 9/10/18 | $88.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015316 | $1,749.89 | 9/14/18 | 611520911186045 | 9/11/18 | $1,749.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016566 | $926.09 | 9/18/18 | 611520913186045 | 9/13/18 | $402.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016566 | $926.09 | 9/18/18 | 611520914186045 | 9/14/18 | $523.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017364 | $916.50 | 9/19/18 | 611520915186045 | 9/15/18 | $432.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017364 | $916.50 | 9/19/18 | 611520916186045 | 9/16/18 | $484.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019460 | $437.36 | 9/24/18 | 611520919186045 | 9/19/18 | $437.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020037 | $1,017.88 | 9/25/18 | 611520920186045 | 9/20/18 | $259.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020037 | $1,017.88 | 9/25/18 | 611520921186045 | 9/21/18 | $758.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020878 | $527.90 | 9/26/18 | 611520922186045 | 9/22/18 | $310.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020878 | $527.90 | 9/26/18 | 611520923186045 | 9/23/18 | $217.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021507 | $575.82 | 9/27/18 | 611520924186045 | 9/24/18 | $575.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022243 | $312.62 | 9/28/18 | 611520925186045 | 9/25/18 | $312.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023021 | $23.90 | 10/1/18 | 611520926186045 | 9/26/18 | $23.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023703 | $1,044.34 | 10/2/18 | 611520927186045 | 9/27/18 | $475.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023703 | $1,044.34 | 10/2/18 | 611520928186045 | 9/28/18 | $568.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024653 | $376.10 | 10/3/18 | 611520929186045 | 9/29/18 | $376.10 |

Totals:    44 transfer(s),  $27,268.29