Defendant: **Sixto De Pena**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235244 | $374.15 | 7/26/18 | 23843214A-IN | 7/26/18 | $374.15 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235481 | $1,313.35 | 7/27/18 | 23882982A-IN | 7/27/18 | $1,313.35 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235963 | $1,873.40 | 7/31/18 | 23812694A-IN | 7/30/18 | $641.40 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235963 | $1,873.40 | 7/31/18 | 23812694A-IN | 7/31/18 | $1,232.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236469 | $330.20 | 8/2/18 | 23556254C-IN | 8/1/18 | $255.37 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236469 | $330.20 | 8/2/18 | 23257096B-IN | 8/1/18 | $74.83 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236765 | $998.17 | 8/3/18 | 22756696B-IN | 8/3/18 | $998.17 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237076 | $449.23 | 8/6/18 | 23958936A-IN | 8/4/18 | $449.23 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238163 | $1,306.18 | 8/13/18 | 23780469A-IN | 8/10/18 | $1,306.18 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239389 | $1,823.69 | 8/21/18 | 23830698A-IN | 8/21/18 | $1,823.69 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241556 | $251.47 | 9/4/18 | 23812694A-IN | 8/31/18 | $251.47 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241954 | $1,124.40 | 9/5/18 | 23948168A-IN | 9/4/18 | $1,124.40 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242446 | $981.58 | 9/10/18 | 24074414A-IN | 9/10/18 | $981.58 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243356 | $1,798.11 | 9/17/18 | 24054370A-IN | 9/14/18 | $1,798.11 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244334 | $1,387.65 | 9/24/18 | 24126594A-IN | 9/21/18 | $1,387.65 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245381 | $1,454.93 | 10/1/18 | 24198430A-IN | 10/1/18 | $1,454.93 |

Totals:    14 transfer(s),    $15,466.51