Defendant: **Solid Choice Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234475 | $2,412.01 | 7/23/18 | 2302-IN | 7/18/18 | $2,412.01 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237025 | $1,811.73 | 8/6/18 | 2303-IN | 8/2/18 | $1,811.73 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238537 | $1,261.13 | 8/15/18 | 2304-IN | 8/6/18 | $1,261.13 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239362 | $2,253.01 | 8/21/18 | 2305-IN | 8/14/18 | $2,253.01 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239988 | $1,827.61 | 8/24/18 | 2306-IN | 8/22/18 | $1,827.61 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240453 | $1,753.93 | 8/28/18 | 2307-IN | 8/24/18 | $1,753.93 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242223 | $2,707.19 | 9/7/18 | 2308-IN | 9/6/18 | $2,707.19 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243516 | $1,752.53 | 9/18/18 | 2310-IN | 9/13/18 | $1,752.53 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243746 | $425.00 | 9/19/18 | 2309-IN | 9/11/18 | $425.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243936 | $1,507.17 | 9/20/18 | 2311-IN | 9/14/18 | $1,507.17 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245131 | $5,545.76 | 9/28/18 | 2312-IN | 9/24/18 | $3,937.45 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245131 | $5,545.76 | 9/28/18 | 2313-IN | 9/25/18 | $1,608.31 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246166 | $7,196.09 | 10/5/18 | 2314-IN | 9/27/18 | $4,176.31 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246166 | $7,196.09 | 10/5/18 | 2315-IN | 10/3/18 | $3,019.78 |

Totals:    12 transfer(s),  $30,453.16