Defendant: **South Mountain Air Conditioning & Heating, Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233517 | $1,404.95 | 7/17/18 | 24184066A-IN | 7/17/18 | $1,404.95 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233967 | $1,646.55 | 7/19/18 | 24210385A-IN | 7/18/18 | $1,646.55 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235487 | $1,541.30 | 7/27/18 | 24262421A-IN | 7/26/18 | $1,541.30 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235983 | $1,035.40 | 7/31/18 | 24242834A-IN | 7/30/18 | $1,035.40 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236481 | $2,069.72 | 8/2/18 | 24213692A-IN | 8/2/18 | $2,069.72 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236784 | $1,112.45 | 8/3/18 | 24305273A-IN | 8/2/18 | $1,112.45 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237097 | $1,758.42 | 8/6/18 | 24280749A-IN | 8/4/18 | $1,758.42 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237813 | $865.40 | 8/9/18 | 24364686A-IN | 8/8/18 | $865.40 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239399 | $1,368.90 | 8/21/18 | 24331081A-IN | 8/21/18 | $1,368.90 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241264 | $1,540.66 | 8/31/18 | 24426687A-IN | 8/30/18 | $1,540.66 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241959 | $687.70 | 9/5/18 | 24337725A-IN | 9/4/18 | $687.70 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243167 | $1,600.71 | 9/14/18 | 24510398A-IN | 9/14/18 | $1,600.71 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244156 | $1,171.25 | 9/21/18 | 24542807A-IN | 9/21/18 | $1,171.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244914 | $1,578.30 | 9/27/18 | 24564023A-IN | 9/26/18 | $1,578.30 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246494 | $2,234.70 | 10/8/18 | 24644877A-IN | 10/6/18 | $2,234.70 |

Totals:    15 transfer(s),    $21,616.41