Defendant: **Southwest Kitchen & Bath**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| StarWest, LLC | StarWest, LLC | 63577 | $9,444.39 | 7/18/18 | 14-1540 FINAL | 7/16/18 | $9,444.39 |
| StarWest, LLC | StarWest, LLC | 63829 | $6,049.50 | 9/13/18 | VIKING DISPLAY 50%DEPOSIT | 9/10/18 | $6,049.50 |
| **Totals:** | **2 transfer(s), $15,493.89** | | | | | | |