Defendant: **Speer Mechanical**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62083035 | $1,110.00 | 7/18/18 | 122251 | 5/1/18 | $1,110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085549 | $38,625.00 | 9/5/18 | 18504501 | 4/26/18 | $38,625.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086373 | $213.35 | 9/18/18 | 124035 | 6/27/18 | $213.35 |

Totals:   3 transfer(s),  $39,948.35