| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Defendant:** | **Sprayco** | | | | | | |
| **Bankruptcy Case** | **Sears Holding Corporation, et al.** | | | | | | |
| **Preference Period:** | **Jul 17, 2018 - Oct 15, 2018** | | | | | | |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980260 | $449.00 | 7/17/18 | 414091 | 6/18/18 | $383.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980260 | $449.00 | 7/17/18 | 414364 | 6/21/18 | $65.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980816 | $101.84 | 7/18/18 | 414497 | 6/22/18 | $101.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982208 | $390.60 | 7/20/18 | 414089 | 6/18/18 | $495.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982208 | $390.60 | 7/20/18 | 414099 | 6/18/18 | $101.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982208 | $390.60 | 7/20/18 | 414366 | 6/21/18 | $350.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982208 | $390.60 | 7/20/18 | 414496 | 6/22/18 | $158.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982208 | $390.60 | 7/20/18 | 414635 | 6/26/18 | $165.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982208 | $390.60 | 7/20/18 | 8361AD070818AU0 | 7/6/18 | -$8.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982208 | $390.60 | 7/20/18 | 8361AD070818AT9 | 7/6/18 | -$31.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982208 | $390.60 | 7/20/18 | MA18188708600 | 7/7/18 | -$840.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982892 | $696.12 | 7/23/18 | 411162 | 5/2/18 | $277.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982892 | $696.12 | 7/23/18 | 411533 | 5/8/18 | $71.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982892 | $696.12 | 7/23/18 | 414642 | 6/26/18 | $125.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982892 | $696.12 | 7/23/18 | 414738 | 6/27/18 | $221.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984148 | $448.42 | 7/25/18 | 411630 | 5/9/18 | $112.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984148 | $448.42 | 7/25/18 | 414644 | 6/26/18 | $336.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984978 | $959.21 | 7/26/18 | 411631 | 5/9/18 | $51.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984978 | $959.21 | 7/26/18 | 411793 | 5/11/18 | $514.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984978 | $959.21 | 7/26/18 | 414943 | 6/29/18 | $100.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984978 | $959.21 | 7/26/18 | 415197 | 7/3/18 | $306.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984978 | $959.21 | 7/26/18 | 8361AD071518AS0 | 7/13/18 | -$0.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984978 | $959.21 | 7/26/18 | 8361AD071518AS1 | 7/13/18 | -$12.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986301 | $619.05 | 7/30/18 | 415189 | 7/3/18 | $619.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987012 | $414.89 | 7/31/18 | 414942 | 6/29/18 | $149.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987012 | $414.89 | 7/31/18 | 415194 | 7/3/18 | $164.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987012 | $414.89 | 7/31/18 | 415188 | 7/3/18 | $101.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987573 | $459.69 | 8/1/18 | 414643 | 6/26/18 | $322.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987573 | $459.69 | 8/1/18 | 415193 | 7/3/18 | $137.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989001 | $288.72 | 8/7/18 | 415192 | 7/3/18 | $255.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989001 | $288.72 | 8/7/18 | 415191 | 7/3/18 | $49.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989001 | $288.72 | 8/7/18 | 8361AD072218AT0 | 7/20/18 | -$16.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989746 | $1,118.24 | 8/8/18 | 412282 | 5/18/18 | $264.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989746 | $1,118.24 | 8/8/18 | 415196 | 7/3/18 | $121.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989746 | $1,118.24 | 8/8/18 | 415195 | 7/3/18 | $49.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989746 | $1,118.24 | 8/8/18 | 415516 | 7/10/18 | $391.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989746 | $1,118.24 | 8/8/18 | 415515 | 7/10/18 | $150.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989746 | $1,118.24 | 8/8/18 | 415634 | 7/11/18 | $140.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990495 | $359.50 | 8/9/18 | 415631 | 7/11/18 | $240.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990495 | $359.50 | 8/9/18 | 415630 | 7/11/18 | $118.54 |

Sprayco

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period
Pg 2 of 2

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991847 | $1,542.32 | 8/13/18 | 415514 | 7/10/18 | $823.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991847 | $1,542.32 | 8/13/18 | 415633 | 7/11/18 | $413.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991847 | $1,542.32 | 8/13/18 | 415632 | 7/11/18 | $323.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991847 | $1,542.32 | 8/13/18 | 8361AD072918AT7 | 7/27/18 | -$0.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991847 | $1,542.32 | 8/13/18 | 8361AD072918AT8 | 7/27/18 | -$17.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993330 | $479.81 | 8/15/18 | 416175 | 7/19/18 | $479.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995244 | $506.50 | 8/17/18 | 416177 | 7/19/18 | $270.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995244 | $506.50 | 8/17/18 | 416172 | 7/19/18 | $236.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996156 | $137.07 | 8/20/18 | 416174 | 7/19/18 | $1,012.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996156 | $137.07 | 8/20/18 | 8361AD080518AV2 | 8/3/18 | -$1.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996156 | $137.07 | 8/20/18 | 8361AD080518AV3 | 8/3/18 | -$10.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996156 | $137.07 | 8/20/18 | MA18216708600 | 8/4/18 | -$863.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997487 | $340.45 | 8/22/18 | 416526 | 7/25/18 | $340.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999471 | $781.46 | 8/29/18 | 416525 | 7/25/18 | $799.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999471 | $781.46 | 8/29/18 | 8361AD081218AQ4 | 8/10/18 | -$0.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999471 | $781.46 | 8/29/18 | 8361AD081218AQ5 | 8/10/18 | -$16.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000105 | $398.07 | 8/30/18 | 416616 | 7/26/18 | $166.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000105 | $398.07 | 8/30/18 | 416796 | 7/30/18 | $231.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000888 | $1,013.59 | 8/31/18 | 416797 | 7/30/18 | $831.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000888 | $1,013.59 | 8/31/18 | 416901 | 7/31/18 | $182.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001588 | $1,334.53 | 9/3/18 | 416173 | 7/19/18 | $764.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001588 | $1,334.53 | 9/3/18 | 416795 | 7/30/18 | $569.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002200 | $1,117.44 | 9/4/18 | 416176 | 7/19/18 | $266.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002200 | $1,117.44 | 9/4/18 | 416902 | 7/31/18 | $850.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003003 | $806.48 | 9/5/18 | 417454 | 8/6/18 | $410.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003003 | $806.48 | 9/5/18 | 417456 | 8/6/18 | $398.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003003 | $806.48 | 9/5/18 | 8361AD081918AM5 | 8/17/18 | -$1.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004345 | $2,203.11 | 9/7/18 | 417455 | 8/6/18 | $757.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004345 | $2,203.11 | 9/7/18 | 417545 | 8/7/18 | $1,445.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005026 | $264.36 | 9/10/18 | 417544 | 8/7/18 | $264.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006365 | $488.41 | 9/12/18 | 417453 | 8/6/18 | $513.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006365 | $488.41 | 9/12/18 | 8361AD082618AW4 | 8/24/18 | -$2.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006365 | $488.41 | 9/12/18 | 8361AD082618AW5 | 8/24/18 | -$22.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011872 | $1,507.13 | 9/21/18 | 418371 | 8/20/18 | $810.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011872 | $1,507.13 | 9/21/18 | 418368 | 8/20/18 | $715.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011872 | $1,507.13 | 9/21/18 | 418372 | 8/20/18 | $345.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011872 | $1,507.13 | 9/21/18 | 418369 | 8/20/18 | $341.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011872 | $1,507.13 | 9/21/18 | 418370 | 8/20/18 | $171.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011872 | $1,507.13 | 9/21/18 | 8361AD090218AU5 | 8/31/18 | -$1.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011872 | $1,507.13 | 9/21/18 | 8361AD090218AU6 | 8/31/18 | -$10.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011872 | $1,507.13 | 9/21/18 | MA18244708600 | 9/1/18 | -$866.12 |

**Totals:**      **27 transfer(s),  $19,226.01**