| | |
|---|---|
| Defendant: | **Statesboro Herald Publishing Company D/B/A Statesboro Herald** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62082619 | $6,335.15 | 7/9/18 | 41833066 | 5/1/18 | $6,335.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084340 | $7,776.34 | 8/8/18 | 51833066 | 6/1/18 | $7,776.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086467 | $6,179.10 | 9/14/18 | 61833066 | 7/2/18 | $6,179.10 |

Totals:   3 transfer(s),  $20,290.59