Defendant: **Steamboat Pilot**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62082887 | $4,000.00 | 7/11/18 | 418910009754 | 5/1/18 | $4,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084620 | $5,000.00 | 8/13/18 | 518910009754 | 6/1/18 | $5,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086663 | $4,000.00 | 9/17/18 | 618910009754 | 7/2/18 | $4,000.00 |

Totals:    3 transfer(s),  $13,000.00