Defendant: **Stuck's Heating And Cooling**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233927 | $1,335.95 | 7/19/18 | 24223733A-IN | 7/18/18 | $1,335.95 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234501 | $1,011.17 | 7/23/18 | 24229694A-IN | 7/23/18 | $1,011.17 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236747 | $2,169.40 | 8/3/18 | 24253447A-IN | 8/2/18 | $793.23 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236747 | $2,169.40 | 8/3/18 | 24213081A-IN | 8/3/18 | $1,376.17 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238732 | $926.75 | 8/16/18 | 24394500A-IN | 8/15/18 | $926.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240998 | $880.83 | 8/30/18 | 24468846A-IN | 8/29/18 | $880.83 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244134 | $1,197.67 | 9/21/18 | 24466498A-IN | 9/20/18 | $1,197.67 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244321 | $1,807.36 | 9/24/18 | 24566837A-IN | 9/21/18 | $1,807.36 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245149 | $1,441.77 | 9/28/18 | 24416717A-IN | 9/28/18 | $1,441.77 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245367 | $1,401.13 | 10/1/18 | 24575218A-IN | 10/1/18 | $1,401.13 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246450 | $1,367.26 | 10/8/18 | 24661427A-IN | 10/5/18 | $1,367.26 |

Totals:     10 transfer(s),  $13,539.29