Defendant: **Sun Community News**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981613 | $4,162.20 | 7/19/18 | 418601777 | 5/7/18 | $4,162.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995298 | $4,162.20 | 8/17/18 | 518601777 | 6/1/18 | $4,162.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010580 | $5,202.75 | 9/19/18 | 618601777 | 7/2/18 | $5,202.75 |

Totals:    3 transfer(s),  $13,527.15