**Defendant:** Taylor Installation Service, LLC D/B/A Taylor Installations
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233913 | $2,300.00 | 7/19/18 | 23940163A-IN | 7/18/18 | $1,600.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233913 | $2,300.00 | 7/19/18 | 23852048A-IN | 7/18/18 | $700.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234244 | $500.95 | 7/20/18 | 23852048A-IN | 7/20/18 | $500.95 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234748 | $1,710.54 | 7/24/18 | 23813069A-IN | 7/24/18 | $1,710.54 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235459 | $512.71 | 7/27/18 | 23828310A-IN | 7/27/18 | $512.71 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236229 | $1,727.13 | 8/1/18 | 23821725A-IN | 8/1/18 | $707.87 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236229 | $1,727.13 | 8/1/18 | 24026769A-IN | 8/1/18 | $511.89 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236229 | $1,727.13 | 8/1/18 | 23999266A-IN | 8/1/18 | $507.37 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236735 | $800.09 | 8/3/18 | 24003217A-IN | 8/2/18 | $800.09 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237040 | $1,648.62 | 8/6/18 | 23940163A-IN | 8/4/18 | $955.68 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237040 | $1,648.62 | 8/6/18 | 24058399B-IN | 8/4/18 | $692.94 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238312 | $301.31 | 8/14/18 | 23691836A-IN | 8/14/18 | $301.31 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238547 | $820.00 | 8/15/18 | 23994228A-IN | 8/15/18 | $820.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239374 | $303.27 | 8/21/18 | 23988107A-IN | 8/21/18 | $303.27 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241230 | $1,834.49 | 8/31/18 | 24138544A-IN | 8/31/18 | $1,834.49 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242431 | $918.54 | 9/10/18 | 23994228A-IN | 9/7/18 | $918.54 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242607 | $632.33 | 9/11/18 | 23988107A-IN | 9/11/18 | $632.33 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243524 | $626.27 | 9/18/18 | 24280660A-IN | 9/18/18 | $626.27 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243756 | $300.00 | 9/19/18 | 23480722B-IN | 9/18/18 | $300.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243945 | $275.00 | 9/20/18 | 22456335B-IN | 9/19/18 | $275.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244709 | $592.87 | 9/26/18 | 24360458A-IN | 9/26/18 | $592.87 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245140 | $1,647.95 | 9/28/18 | 24192947A-IN | 9/28/18 | $1,647.95 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246175 | $603.41 | 10/5/18 | 23749130A-IN | 10/5/18 | $603.41 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246439 | $626.49 | 10/8/18 | 24532188A-IN | 10/6/18 | $626.49 |

**Totals:** 20 transfer(s), $18,681.97