Defendant: **Tecumseh Heating And Air**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233620 | $2,916.70 | 7/17/18 | 23949451A-IN | 7/17/18 | $1,769.66 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233620 | $2,916.70 | 7/17/18 | 23855992A-IN | 7/17/18 | $1,147.04 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235876 | $3,166.79 | 7/30/18 | 24260807A-IN | 7/30/18 | $3,166.79 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237332 | $1,255.16 | 8/6/18 | 24284749A-IN | 8/3/18 | $1,255.16 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237747 | $1,037.87 | 8/8/18 | 24341621A-IN | 8/8/18 | $1,037.87 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239083 | $1,388.27 | 8/17/18 | 24385592A-IN | 8/17/18 | $1,388.27 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240397 | $1,617.64 | 8/27/18 | 24307599A-IN | 8/24/18 | $1,617.64 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241826 | $1,263.78 | 9/4/18 | 24452679A-IN | 8/31/18 | $1,263.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243654 | $1,350.18 | 9/18/18 | 24422643A-IN | 9/17/18 | $1,350.18 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246698 | $10,171.63 | 10/8/18 | 24455618A-IN | 10/5/18 | $4,590.17 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246698 | $10,171.63 | 10/8/18 | 24335813A-IN | 10/5/18 | $3,021.57 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246698 | $10,171.63 | 10/8/18 | 24512132A-IN | 10/5/18 | $2,374.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246698 | $10,171.63 | 10/8/18 | 23089103A-IN | 10/5/18 | $185.14 |

Totals:     9 transfer(s),  $24,168.02