Defendant: **Temperature Control Specialties, Inc. D/B/A Temperature Control**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236237 | $1,273.00 | 8/1/18 | 24186128A-IN | 7/31/18 | $1,273.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236749 | $922.00 | 8/3/18 | 24251035A-IN | 8/3/18 | $922.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237053 | $4,822.05 | 8/6/18 | 24122884A-IN | 8/3/18 | $4,076.55 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237053 | $4,822.05 | 8/6/18 | 24300885A-IN | 8/6/18 | $745.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238551 | $1,442.05 | 8/15/18 | 24229394A-IN | 8/15/18 | $1,442.05 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239182 | $852.00 | 8/20/18 | 24375993A-IN | 8/20/18 | $852.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239380 | $175.00 | 8/21/18 | 24321495A-IN | 8/21/18 | $175.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241531 | $2,700.10 | 9/4/18 | 24184189A-IN | 8/31/18 | $1,531.30 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241531 | $2,700.10 | 9/4/18 | 24276685A-IN | 8/31/18 | $1,168.80 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243345 | $4,885.45 | 9/17/18 | 24303670A-IN | 9/14/18 | $4,885.45 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243535 | $600.00 | 9/18/18 | 24115610B-IN | 9/17/18 | $600.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244511 | $1,498.30 | 9/25/18 | 24553584A-IN | 9/24/18 | $1,498.30 |

Totals:    10 transfer(s),    $19,169.95