Defendant: **Temperature Design Heating And Air, LLC D/B/A Temperature Design Heating And Air**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234598 | $4,288.15 | 7/23/18 | 24150958A-IN | 7/20/18 | $1,503.17 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234598 | $4,288.15 | 7/23/18 | 24170842A-IN | 7/22/18 | $1,485.99 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234598 | $4,288.15 | 7/23/18 | 24232723A-IN | 7/22/18 | $1,298.99 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234860 | $923.81 | 7/24/18 | 24252521A-IN | 7/23/18 | $923.81 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235552 | $2,245.75 | 7/27/18 | 24261254A-IN | 7/26/18 | $997.04 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235552 | $2,245.75 | 7/27/18 | 24277739A-IN | 7/27/18 | $1,248.71 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239905 | $2,506.94 | 8/23/18 | 22265399A-IN | 8/23/18 | $2,506.94 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241101 | $3,016.05 | 8/30/18 | 24449474A-IN | 8/30/18 | $1,542.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241101 | $3,016.05 | 8/30/18 | 24389223A-IN | 8/30/18 | $1,473.80 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242678 | $1,470.24 | 9/11/18 | 24517724A-IN | 9/11/18 | $1,470.24 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243063 | $1,870.12 | 9/13/18 | 24498266A-IN | 9/13/18 | $1,870.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245466 | $1,268.06 | 10/1/18 | 24564321A-IN | 10/1/18 | $1,268.06 |

Totals:    8 transfer(s),  $17,589.12