Defendant: **The Daily Interlake D/B/A Daily Intake**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62082669 | $6,192.22 | 7/10/18 | 41813100 | 5/1/18 | $3,435.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082669 | $6,192.22 | 7/10/18 | 41814928 | 5/1/18 | $2,756.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084379 | $7,952.60 | 8/9/18 | 51813100 | 6/1/18 | $4,507.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084379 | $7,952.60 | 8/9/18 | 51814928 | 6/1/18 | $3,445.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086073 | $6,362.08 | 9/10/18 | 61833048 | 7/2/18 | $3,605.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086073 | $6,362.08 | 9/10/18 | 61814928 | 7/2/18 | $2,756.32 |

Totals:    3 transfer(s),  $20,506.90