| Defendant: | The Mibro Group, L.C. |
|---|---|
| Bankruptcy Case: | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982760 | $2,371.53 | 7/23/18 | E080840 | 4/2/18 | $756.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982760 | $2,371.53 | 7/23/18 | E080842 | 4/2/18 | $463.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982760 | $2,371.53 | 7/23/18 | E081036 | 4/10/18 | $844.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982760 | $2,371.53 | 7/23/18 | E081040 | 4/10/18 | $315.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982760 | $2,371.53 | 7/23/18 | 8361AD070818AK8 | 7/6/18 | -$8.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986147 | $1,414.52 | 7/30/18 | E081037 | 4/10/18 | $451.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986147 | $1,414.52 | 7/30/18 | E081039 | 4/10/18 | $449.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986147 | $1,414.52 | 7/30/18 | E081173 | 4/17/18 | $527.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986147 | $1,414.52 | 7/30/18 | 8361AD071518AJ7 | 7/13/18 | -$5.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986147 | $1,414.52 | 7/30/18 | 8361AD071518AJ6 | 7/13/18 | -$7.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989585 | $3,156.10 | 8/8/18 | E081038 | 4/10/18 | $315.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989585 | $3,156.10 | 8/8/18 | E081174 | 4/17/18 | $715.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989585 | $3,156.10 | 8/8/18 | E081176 | 4/17/18 | $579.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989585 | $3,156.10 | 8/8/18 | E081175 | 4/17/18 | $308.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989585 | $3,156.10 | 8/8/18 | E081391 | 4/24/18 | $623.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989585 | $3,156.10 | 8/8/18 | E081390 | 4/24/18 | $388.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989585 | $3,156.10 | 8/8/18 | E081393 | 4/24/18 | $246.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989585 | $3,156.10 | 8/8/18 | 8361AD072218AK3 | 7/20/18 | -$21.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993174 | $3,077.04 | 8/15/18 | E081392 | 4/24/18 | $1,628.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993174 | $3,077.04 | 8/15/18 | E081494 | 4/30/18 | $1,184.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993174 | $3,077.04 | 8/15/18 | E081495 | 4/30/18 | $277.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993174 | $3,077.04 | 8/15/18 | 8361AD072918AK1 | 7/27/18 | -$13.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997339 | $984.98 | 8/22/18 | E081496 | 4/30/18 | $602.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997339 | $984.98 | 8/22/18 | E082889 | 6/14/18 | $404.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997339 | $984.98 | 8/22/18 | 8361AD080518AL3 | 8/3/18 | -$22.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000710 | $1,511.92 | 8/31/18 | E081872 | 5/16/18 | $778.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000710 | $1,511.92 | 8/31/18 | E081871 | 5/16/18 | $432.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000710 | $1,511.92 | 8/31/18 | E081874 | 5/16/18 | $306.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000710 | $1,511.92 | 8/31/18 | 8361AD081218AI2 | 8/10/18 | -$5.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004180 | $7,509.35 | 9/7/18 | E081875 | 5/16/18 | $1,652.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004180 | $7,509.35 | 9/7/18 | E081866 | 5/16/18 | $1,036.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004180 | $7,509.35 | 9/7/18 | E081873 | 5/16/18 | $977.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004180 | $7,509.35 | 9/7/18 | E082139 | 5/22/18 | $1,345.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004180 | $7,509.35 | 9/7/18 | E082142 | 5/22/18 | $705.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004180 | $7,509.35 | 9/7/18 | E082133 | 5/22/18 | $665.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004180 | $7,509.35 | 9/7/18 | E082137 | 5/22/18 | $597.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004180 | $7,509.35 | 9/7/18 | E082135 | 5/22/18 | $274.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004180 | $7,509.35 | 9/7/18 | E082140 | 5/22/18 | $258.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004180 | $7,509.35 | 9/7/18 | 7705052298 | 8/16/18 | -$3.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004180 | $7,509.35 | 9/7/18 | 8361AD081918AG5 | 8/17/18 | -$1.49 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781007669 | $4,112.57 | 9/14/18 | E082136 | 5/22/18 | $943.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007669 | $4,112.57 | 9/14/18 | E082134 | 5/22/18 | $637.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007669 | $4,112.57 | 9/14/18 | E082141 | 5/22/18 | $534.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007669 | $4,112.57 | 9/14/18 | E082328 | 5/30/18 | $925.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007669 | $4,112.57 | 9/14/18 | E082331 | 5/30/18 | $579.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007669 | $4,112.57 | 9/14/18 | E082329 | 5/30/18 | $538.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007669 | $4,112.57 | 9/14/18 | 8361AD082618AM7 | 8/24/18 | -$45.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011775 | $2,845.82 | 9/21/18 | E082330 | 5/30/18 | $670.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011775 | $2,845.82 | 9/21/18 | E082634 | 6/6/18 | $680.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011775 | $2,845.82 | 9/21/18 | E082635 | 6/6/18 | $513.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011775 | $2,845.82 | 9/21/18 | E082633 | 6/6/18 | $312.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011775 | $2,845.82 | 9/21/18 | E082636 | 6/6/18 | $276.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011775 | $2,845.82 | 9/21/18 | E083756 | 7/10/18 | $401.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011775 | $2,845.82 | 9/21/18 | 8361AD090218AL5 | 8/31/18 | -$9.22 |

Totals:     9 transfer(s),  $26,983.83