Defendant: **Thief River Falls Times, Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995354 | $7,311.30 | 8/17/18 | 5181688 | 6/2/18 | $7,311.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009382 | $8,373.12 | 9/18/18 | 6181688 | 7/2/18 | $8,373.12 |

Totals: 2 transfer(s), $15,684.42