**Defendant:** US Air Comfort A/K/A Union Express, Inc.
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234190 | $1,325.35 | 7/19/18 | 24184290A-IN | 7/18/18 | $1,325.35 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235910 | $977.54 | 7/30/18 | 24282471A-IN | 7/27/18 | $977.54 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238689 | $1,612.33 | 8/15/18 | 24340528A-IN | 8/14/18 | $1,612.33 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239542 | $206.50 | 8/21/18 | 20599276E-IN | 8/21/18 | $206.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240148 | $1,675.46 | 8/24/18 | 24337648A-IN | 8/24/18 | $1,675.46 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240627 | $723.55 | 8/28/18 | 23917487A-IN | 8/28/18 | $723.55 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241876 | $1,851.96 | 9/4/18 | 24391484A-IN | 8/31/18 | $1,851.96 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242202 | $187.50 | 9/6/18 | 18506464C-IN | 9/6/18 | $187.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243269 | $929.27 | 9/14/18 | 24517937A-IN | 9/14/18 | $929.27 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244849 | $725.74 | 9/26/18 | 24560732A-IN | 9/26/18 | $725.74 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245722 | $1,271.20 | 10/2/18 | 24558051A-IN | 10/1/18 | $1,271.20 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246347 | $1,343.40 | 10/5/18 | 24428326A-IN | 10/4/18 | $1,343.40 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246745 | $1,888.97 | 10/8/18 | 24615692A-IN | 10/6/18 | $1,888.97 |

**Totals:** 13 transfer(s), $14,718.77