Defendant: **Vinson Advertising**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132880 | $9,570.00 | 8/30/18 | 28979 | 8/2/18 | $9,570.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132932 | $9,000.00 | 9/21/18 | 30068 | 9/17/18 | $9,000.00 |

Totals:    2 transfer(s),  $18,570.00