| Defendant: | W. W. Gay Mechanical Contractor Of Gainesville, Inc. D/B/A W. W. Gay Mechanical Contractor Of GA |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987761 | $6,794.12 | 8/1/18 | 26724 | 5/21/18 | $2,051.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987761 | $6,794.12 | 8/1/18 | 26732 | 5/21/18 | $1,779.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987761 | $6,794.12 | 8/1/18 | 26731 | 5/21/18 | $780.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987761 | $6,794.12 | 8/1/18 | 26730 | 5/21/18 | $624.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987761 | $6,794.12 | 8/1/18 | 26728 | 5/21/18 | $624.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987761 | $6,794.12 | 8/1/18 | 26722 | 5/21/18 | $624.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987761 | $6,794.12 | 8/1/18 | 26729 | 5/21/18 | $312.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995500 | $1,845.56 | 8/17/18 | 26840 | 6/4/18 | $1,845.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998893 | $624.00 | 8/28/18 | 26914 | 6/8/18 | $624.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002386 | $9,114.33 | 9/4/18 | 27013 | 6/15/18 | $933.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002386 | $9,114.33 | 9/4/18 | 27112 | 6/18/18 | $5,305.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002386 | $9,114.33 | 9/4/18 | 27098 | 6/18/18 | $2,513.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002386 | $9,114.33 | 9/4/18 | 27114 | 6/18/18 | $362.00 |

Totals:    4 transfer(s),  $18,378.01