| Defendant: | **William Baiden** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90912 | $589.12 | 7/18/18 | 000007NQ1O | 7/5/18 | $370.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90912 | $589.12 | 7/18/18 | 000007NPQ6 | 7/5/18 | $50.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90912 | $589.12 | 7/18/18 | 000007NPW7 | 7/5/18 | $40.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90912 | $589.12 | 7/18/18 | 000007NPW6 | 7/5/18 | $30.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90912 | $589.12 | 7/18/18 | 000007NRIB | 7/5/18 | $26.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90912 | $589.12 | 7/18/18 | 000007NRLP | 7/5/18 | $22.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90912 | $589.12 | 7/18/18 | 000007NQZ2 | 7/5/18 | $19.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90912 | $589.12 | 7/18/18 | 000007NRIC | 7/5/18 | $16.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90912 | $589.12 | 7/18/18 | 000007NQJJ | 7/5/18 | $12.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91783 | $2,548.98 | 7/19/18 | 000007NV1H | 7/6/18 | $2,433.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91783 | $2,548.98 | 7/19/18 | 000007NTGU | 7/6/18 | $71.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91783 | $2,548.98 | 7/19/18 | 000007NUQV | 7/6/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91783 | $2,548.98 | 7/19/18 | 000007NUOL | 7/6/18 | $11.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92344 | $219.82 | 7/20/18 | 000007NW05 | 7/7/18 | $173.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92344 | $219.82 | 7/20/18 | 000007NVRV | 7/7/18 | $30.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92344 | $219.82 | 7/20/18 | 000007NW39 | 7/7/18 | $16.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93453 | $448.34 | 7/23/18 | 000007NXKN | 7/9/18 | $370.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93453 | $448.34 | 7/23/18 | 000007O1AO | 7/9/18 | $28.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93453 | $448.34 | 7/23/18 | 000007NZJG | 7/9/18 | $12.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93453 | $448.34 | 7/23/18 | 000007O3BV | 7/10/18 | $36.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94278 | $783.96 | 7/24/18 | 000007O7EX | 7/11/18 | $351.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94278 | $783.96 | 7/24/18 | 000007O6ZB | 7/11/18 | $197.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94278 | $783.96 | 7/24/18 | 000007O78S | 7/11/18 | $193.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94278 | $783.96 | 7/24/18 | 000007O7N9 | 7/11/18 | $18.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94278 | $783.96 | 7/24/18 | 000007O8HD | 7/11/18 | $13.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94278 | $783.96 | 7/24/18 | 000007O7J1 | 7/11/18 | $10.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95061 | $1,559.58 | 7/25/18 | 000007OABM | 7/12/18 | $1,536.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95061 | $1,559.58 | 7/25/18 | 000007OBEY | 7/12/18 | $23.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95895 | $1,943.32 | 7/26/18 | 000007OEBZ | 7/13/18 | $1,531.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95895 | $1,943.32 | 7/26/18 | 000007OE9F | 7/13/18 | $370.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95895 | $1,943.32 | 7/26/18 | 000007OEC0 | 7/13/18 | $30.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95895 | $1,943.32 | 7/26/18 | 000007OD4I | 7/13/18 | $11.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97487 | $685.69 | 7/30/18 | 000007OHFA | 7/16/18 | $220.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97487 | $685.69 | 7/30/18 | 000007OJUA | 7/16/18 | $98.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97487 | $685.69 | 7/30/18 | 000007OL28 | 7/16/18 | $26.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97487 | $685.69 | 7/30/18 | 000007OHIU | 7/16/18 | $21.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97487 | $685.69 | 7/30/18 | 000007OP3H | 7/17/18 | $178.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97487 | $685.69 | 7/30/18 | 000007ONN0 | 7/17/18 | $51.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97487 | $685.69 | 7/30/18 | 000007OP3I | 7/17/18 | $32.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97487 | $685.69 | 7/30/18 | 000007OMV6 | 7/17/18 | $32.38 |

| Debtor Transferror(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97487 | $685.69 | 7/30/18 | 000007ON2K | 7/17/18 | $23.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98341 | $201.01 | 7/31/18 | 000007OS6D | 7/18/18 | $133.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98341 | $201.01 | 7/31/18 | 000007OR4O | 7/18/18 | $48.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98341 | $201.01 | 7/31/18 | 000007OR4N | 7/18/18 | $18.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99030 | $296.85 | 8/1/18 | 000007OTR9 | 7/19/18 | $193.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99030 | $296.85 | 8/1/18 | 000007OTPW | 7/19/18 | $80.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99030 | $296.85 | 8/1/18 | 000007OVFD | 7/19/18 | $22.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99835 | $52.67 | 8/2/18 | 000007OX04 | 7/20/18 | $20.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99835 | $52.67 | 8/2/18 | 000007OXZM | 7/20/18 | $16.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99835 | $52.67 | 8/2/18 | 000007OX5S | 7/20/18 | $15.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01421 | $334.90 | 8/6/18 | 000007OZR5 | 7/21/18 | $16.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01421 | $334.90 | 8/6/18 | 000007OZO9 | 7/21/18 | $14.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01421 | $334.90 | 8/6/18 | 000007P05Y | 7/22/18 | $178.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01421 | $334.90 | 8/6/18 | 000007P286 | 7/23/18 | $65.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01421 | $334.90 | 8/6/18 | 000007P1I5 | 7/23/18 | $17.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01421 | $334.90 | 8/6/18 | 000007P7E7 | 7/24/18 | $61.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01421 | $334.90 | 8/6/18 | 000007P7K7 | 7/24/18 | $21.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01421 | $334.90 | 8/6/18 | 0000480274 | 8/1/18 | -$39.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02187 | $470.10 | 8/7/18 | 000007P95A | 7/25/18 | $250.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02187 | $470.10 | 8/7/18 | 000007P9UX | 7/25/18 | $191.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02187 | $470.10 | 8/7/18 | 000007PA6O | 7/25/18 | $18.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02187 | $470.10 | 8/7/18 | 000007P9PD | 7/25/18 | $9.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02898 | $264.70 | 8/8/18 | 000007PBW0 | 7/26/18 | $229.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02898 | $264.70 | 8/8/18 | 000007PCOS | 7/26/18 | $23.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02898 | $264.70 | 8/8/18 | 000007PCOT | 7/26/18 | $11.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03690 | $233.17 | 8/9/18 | 000007PEVW | 7/27/18 | $191.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03690 | $233.17 | 8/9/18 | 000007PDUH | 7/27/18 | $31.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03690 | $233.17 | 8/9/18 | 000007PF61 | 7/27/18 | $10.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05273 | $2,733.21 | 8/13/18 | 000007PH8H | 7/29/18 | $224.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05273 | $2,733.21 | 8/13/18 | 000007PHCA | 7/29/18 | $107.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05273 | $2,733.21 | 8/13/18 | 000007PLBC | 7/30/18 | $1,848.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05273 | $2,733.21 | 8/13/18 | 000007PLZM | 7/30/18 | $346.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05273 | $2,733.21 | 8/13/18 | 000007PLJV | 7/30/18 | $115.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05273 | $2,733.21 | 8/13/18 | 000007PIX1 | 7/30/18 | $60.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05273 | $2,733.21 | 8/13/18 | 000007PLF9 | 7/30/18 | $20.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05273 | $2,733.21 | 8/13/18 | 000007PMER | 7/30/18 | $16.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05273 | $2,733.21 | 8/13/18 | 000007PO03 | 7/31/18 | $25.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05273 | $2,733.21 | 8/13/18 | 0000597532 | 8/7/18 | -$30.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06048 | $1,496.12 | 8/14/18 | 000007PSII | 8/1/18 | $1,506.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06048 | $1,496.12 | 8/14/18 | 000007PQND | 8/1/18 | $11.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06048 | $1,496.12 | 8/14/18 | 000007PQF5 | 8/1/18 | $10.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06048 | $1,496.12 | 8/14/18 | 0000598095 | 8/8/18 | -$32.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06845 | $1,175.06 | 8/15/18 | 000007PV94 | 8/2/18 | $1,132.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06845 | $1,175.06 | 8/15/18 | 000007PVKY | 8/2/18 | $25.75 |

William Baiden

Bankruptcy Case: Sears Holding Corporation, et al.

February 5, 2020

Exhibit A

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06845 | $1,175.06 | 8/15/18 | 000007PUM5 | 8/2/18 | $16.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07663 | $82.06 | 8/16/18 | 000007PXPO | 8/3/18 | $47.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07663 | $82.06 | 8/16/18 | 000007PW4V | 8/3/18 | $34.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09282 | $1,204.55 | 8/20/18 | 000007PZST | 8/5/18 | $17.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09282 | $1,204.55 | 8/20/18 | 000007Q2DI | 8/6/18 | $186.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09282 | $1,204.55 | 8/20/18 | 000007Q2DH | 8/6/18 | $186.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09282 | $1,204.55 | 8/20/18 | 000007Q4Y1 | 8/6/18 | $163.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09282 | $1,204.55 | 8/20/18 | 000007Q4BW | 8/6/18 | $21.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09282 | $1,204.55 | 8/20/18 | 000007Q11Q | 8/6/18 | $21.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09282 | $1,204.55 | 8/20/18 | 000007Q79Z | 8/7/18 | $186.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09282 | $1,204.55 | 8/20/18 | 000007Q6PU | 8/7/18 | $186.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09282 | $1,204.55 | 8/20/18 | 000007Q8LA | 8/7/18 | $186.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09282 | $1,204.55 | 8/20/18 | 000007Q6U8 | 8/7/18 | $27.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09282 | $1,204.55 | 8/20/18 | 000007Q6UA | 8/7/18 | $12.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09282 | $1,204.55 | 8/20/18 | 000007Q6U9 | 8/7/18 | $9.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10075 | $73.46 | 8/21/18 | 000007Q9TD | 8/8/18 | $73.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10897 | $244.65 | 8/22/18 | 000007QEQ8 | 8/9/18 | $114.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10897 | $244.65 | 8/22/18 | 000007QEVK | 8/9/18 | $101.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10897 | $244.65 | 8/22/18 | 000007QDUH | 8/9/18 | $28.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11588 | $228.10 | 8/23/18 | 000007QG8K | 8/10/18 | $208.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11588 | $228.10 | 8/23/18 | 000007QGH2 | 8/10/18 | $10.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11588 | $228.10 | 8/23/18 | 000007QGH3 | 8/10/18 | $8.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12197 | $32.57 | 8/24/18 | 000007QIK9 | 8/11/18 | $47.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12197 | $32.57 | 8/24/18 | 0000602147 | 8/21/18 | -$14.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13313 | $290.17 | 8/27/18 | 000007QJ70 | 8/12/18 | $54.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13313 | $290.17 | 8/27/18 | 000007QJ9N | 8/12/18 | $40.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13313 | $290.17 | 8/27/18 | 000007QLQH | 8/13/18 | $49.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13313 | $290.17 | 8/27/18 | 000007QKD1 | 8/13/18 | $48.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13313 | $290.17 | 8/27/18 | 000007QL4Z | 8/13/18 | $34.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13313 | $290.17 | 8/27/18 | 000007QM7O | 8/13/18 | $11.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13313 | $290.17 | 8/27/18 | 000007QS51 | 8/14/18 | $28.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13313 | $290.17 | 8/27/18 | 000007QSHC | 8/14/18 | $23.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14153 | $219.51 | 8/28/18 | 000007QV0W | 8/15/18 | $207.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14153 | $219.51 | 8/28/18 | 000007QV0V | 8/15/18 | $12.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14922 | $722.63 | 8/29/18 | 000007QYKH | 8/16/18 | $225.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14922 | $722.63 | 8/29/18 | 000007QXBQ | 8/16/18 | $194.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14922 | $722.63 | 8/29/18 | 000007QYKG | 8/16/18 | $167.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14922 | $722.63 | 8/29/18 | 000007QXZJ | 8/16/18 | $85.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14922 | $722.63 | 8/29/18 | 000007QXPC | 8/16/18 | $30.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14922 | $722.63 | 8/29/18 | 000007QXW6 | 8/16/18 | $20.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15708 | $14.52 | 8/30/18 | 000007R1MN | 8/17/18 | $14.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16206 | $295.35 | 8/31/18 | 000007R2RB | 8/18/18 | $201.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16206 | $295.35 | 8/31/18 | 000007R2QK | 8/18/18 | $94.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17325 | $1,142.40 | 9/4/18 | 000007R3B8 | 8/19/18 | $109.24 |

William Baiden

Bankruptcy Case: Sears Holding Corporation, et al.

February 5, 2020

Exhibit A

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17325 | $1,142.40 | 9/4/18 | 000007R7FV | 8/20/18 | $391.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17325 | $1,142.40 | 9/4/18 | 000007R72U | 8/20/18 | $122.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17325 | $1,142.40 | 9/4/18 | 000007R85I | 8/20/18 | $83.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17325 | $1,142.40 | 9/4/18 | 000007R6DU | 8/20/18 | $19.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17325 | $1,142.40 | 9/4/18 | 000007R5UT | 8/20/18 | $17.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17325 | $1,142.40 | 9/4/18 | 000007RALU | 8/21/18 | $28.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17325 | $1,142.40 | 9/4/18 | 000007RBCV | 8/21/18 | $14.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17325 | $1,142.40 | 9/4/18 | 000007RAIF | 8/21/18 | $12.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17325 | $1,142.40 | 9/4/18 | 000007RDEY | 8/22/18 | $185.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17325 | $1,142.40 | 9/4/18 | 000007RD1J | 8/22/18 | $54.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17325 | $1,142.40 | 9/4/18 | 000007RECX | 8/22/18 | $48.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17325 | $1,142.40 | 9/4/18 | 000007RDWZ | 8/22/18 | $36.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17325 | $1,142.40 | 9/4/18 | 000007RE3B | 8/22/18 | $18.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18941 | $182.28 | 9/6/18 | 000007RGUF | 8/23/18 | $61.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18941 | $182.28 | 9/6/18 | 000007RG7V | 8/23/18 | $55.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18941 | $182.28 | 9/6/18 | 000007RHCW | 8/23/18 | $36.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18941 | $182.28 | 9/6/18 | 000007RGLA | 8/23/18 | $10.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18941 | $182.28 | 9/6/18 | 000007RJHG | 8/24/18 | $118.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18941 | $182.28 | 9/6/18 | 000007RIAC | 8/24/18 | $91.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18941 | $182.28 | 9/6/18 | 000007RJ4Z | 8/24/18 | $22.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18941 | $182.28 | 9/6/18 | 000007RK0X | 8/24/18 | $12.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18941 | $182.28 | 9/6/18 | 000007RJ7M | 8/24/18 | $10.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18941 | $182.28 | 9/6/18 | 000007RJM3 | 8/24/18 | $9.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18941 | $182.28 | 9/6/18 | 0000604963 | 8/30/18 | -$207.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18941 | $182.28 | 9/6/18 | 0000480266 | 9/1/18 | -$39.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19291 | $72.66 | 9/7/18 | 000007RKX3 | 8/25/18 | $47.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19291 | $72.66 | 9/7/18 | 000007RKZI | 8/25/18 | $13.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19291 | $72.66 | 9/7/18 | 000007RKXV | 8/25/18 | $12.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20253 | $401.83 | 9/10/18 | 000007RLPI | 8/26/18 | $17.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20253 | $401.83 | 9/10/18 | 000007RNGJ | 8/27/18 | $38.41 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20253 | $401.83 | 9/10/18 | 000007ROG6 | 8/27/18 | $11.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20253 | $401.83 | 9/10/18 | 000007RT8R | 8/28/18 | $321.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20253 | $401.83 | 9/10/18 | 000007RU3Y | 8/28/18 | $12.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E21015 | $64.45 | 9/11/18 | 000007RWR6 | 8/29/18 | $64.45 |

Totals:       34 transfer(s),  $21,307.79

William Baiden

Bankruptcy Case: Sears Holding Corporation, et al.

February 5, 2020

Exhibit A