Defendant: **Works Construction, Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234050 | $1,343.87 | 7/19/18 | 23934624A-IN | 7/18/18 | $994.28 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234050 | $1,343.87 | 7/19/18 | 24045638A-IN | 7/18/18 | $349.59 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234844 | $700.00 | 7/24/18 | 23831550A-IN | 7/23/18 | $700.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235323 | $850.86 | 7/26/18 | 23831550A-IN | 7/25/18 | $627.18 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235323 | $850.86 | 7/26/18 | 23875268A-IN | 7/26/18 | $223.68 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236318 | $90.00 | 8/1/18 | 24320302A-IN | 7/31/18 | $45.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236318 | $90.00 | 8/1/18 | 24251791A-IN | 7/31/18 | $45.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236548 | $214.55 | 8/2/18 | 23959060A-IN | 8/2/18 | $214.55 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237708 | $560.00 | 8/8/18 | 24069180A-IN | 8/7/18 | $560.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238393 | $1,033.57 | 8/14/18 | 24166528A-IN | 8/13/18 | $470.57 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238393 | $1,033.57 | 8/14/18 | 24338688A-IN | 8/13/18 | $121.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238393 | $1,033.57 | 8/14/18 | 24245280A-IN | 8/13/18 | $91.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238393 | $1,033.57 | 8/14/18 | 24069180A-IN | 8/14/18 | $350.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238812 | $351.75 | 8/16/18 | 24187679A-IN | 8/15/18 | $351.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239028 | $358.10 | 8/17/18 | 24187679A-IN | 8/16/18 | $288.10 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239028 | $358.10 | 8/17/18 | 24013694A-IN | 8/16/18 | $70.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239458 | $115.00 | 8/21/18 | 24418914A-IN | 8/21/18 | $115.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239895 | $604.04 | 8/23/18 | 24030021A-IN | 8/23/18 | $479.04 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239895 | $604.04 | 8/23/18 | 24364996A-IN | 8/23/18 | $125.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240080 | $65.00 | 8/24/18 | 24387074A-IN | 8/24/18 | $65.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240541 | $175.55 | 8/28/18 | 24069180A-IN | 8/27/18 | $40.55 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240541 | $175.55 | 8/28/18 | 18969956C-IN | 8/28/18 | $135.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240809 | $96.50 | 8/29/18 | 24446695A-IN | 8/28/18 | $96.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241090 | $620.21 | 8/30/18 | 24174867A-IN | 8/30/18 | $588.71 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241090 | $620.21 | 8/30/18 | 24488494A-IN | 8/30/18 | $31.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242297 | $262.26 | 9/7/18 | 24320302A-IN | 9/7/18 | $262.26 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242498 | $45.00 | 9/10/18 | 24505388A-IN | 9/7/18 | $45.00 |

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242671 | $170.00 | 9/11/18 | 24525630A-IN | 9/10/18 | $80.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242671 | $170.00 | 9/11/18 | 24520943A-IN | 9/10/18 | $45.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242671 | $170.00 | 9/11/18 | 24535255A-IN | 9/10/18 | $45.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243054 | $908.43 | 9/13/18 | 24338688A-IN | 9/12/18 | $508.43 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243054 | $908.43 | 9/13/18 | 24013694A-IN | 9/12/18 | $400.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243603 | $1,067.07 | 9/18/18 | 24446695A-IN | 9/17/18 | $709.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243603 | $1,067.07 | 9/18/18 | 24013694A-IN | 9/17/18 | $358.07 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244206 | $462.42 | 9/21/18 | 24446695A-IN | 9/20/18 | $462.42 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244396 | $1,305.00 | 9/24/18 | 24523621A-IN | 9/21/18 | $70.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244396 | $1,305.00 | 9/24/18 | 24560124A-IN | 9/21/18 | $45.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244396 | $1,305.00 | 9/24/18 | 24574780A-IN | 9/21/18 | $45.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244396 | $1,305.00 | 9/24/18 | 24576595A-IN | 9/21/18 | $45.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244396 | $1,305.00 | 9/24/18 | 24364996A-IN | 9/24/18 | $1,100.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244971 | $1,378.93 | 9/27/18 | 24364996A-IN | 9/27/18 | $1,378.93 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245458 | $333.40 | 10/1/18 | 24535255A-IN | 10/1/18 | $268.40 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245458 | $333.40 | 10/1/18 | 24581560A-IN | 10/1/18 | $65.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245645 | $428.15 | 10/2/18 | 24525630A-IN | 10/2/18 | $303.15 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245645 | $428.15 | 10/2/18 | 24520436A-IN | 10/2/18 | $125.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245866 | $125.00 | 10/3/18 | 24598931A-IN | 10/2/18 | $125.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246061 | $500.50 | 10/4/18 | 24520943A-IN | 10/4/18 | $500.50 |

Totals:    27 transfer(s),    $14,165.16