| Defendant: | **Zeno Group, Inc. D/B/A The Zeno Group** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742123 | $9,625.00 | 7/26/18 | 801020109-IN | 6/8/18 | $6,305.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742123 | $9,625.00 | 7/26/18 | 801020303-IN | 6/19/18 | $3,320.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743519 | $6,305.00 | 10/4/18 | 801020515-IN | 7/11/18 | $6,305.00 |

**Totals:**    **2 transfer(s),  $15,930.00**