Pg 1 of 1

Defendant: **Quality HVAC Systems LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233616 | $2,395.98 | 7/17/18 | 24194206A-IN | 7/17/18 | $2,395.98 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234130 | $1,202.92 | 7/19/18 | 24105719A-IN | 7/18/18 | $1,202.92 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235359 | $4,408.06 | 7/26/18 | 24197056A-IN | 7/25/18 | $2,393.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235359 | $4,408.06 | 7/26/18 | 24206848A-IN | 7/25/18 | $2,015.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235601 | $1,998.92 | 7/27/18 | 24157679A-IN | 7/26/18 | $1,998.92 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236940 | $878.85 | 8/3/18 | 24185746A-IN | 8/3/18 | $878.85 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237317 | $2,007.86 | 8/6/18 | 24189674A-IN | 8/4/18 | $2,007.86 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241812 | $990.42 | 9/4/18 | 24446231A-IN | 8/31/18 | $990.42 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242720 | $350.00 | 9/11/18 | 23071796B-IN | 9/11/18 | $350.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244053 | $2,447.52 | 9/20/18 | 24529238A-IN | 9/20/18 | $1,323.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244053 | $2,447.52 | 9/20/18 | 24479052A-IN | 9/20/18 | $1,123.76 |

Totals:    9 transfer(s),  $16,680.53

Bankruptcy Case: Sears Holding Corporation, et al.

February 5, 2020                                    Exhibit A                                    P. 1