Defendant: **Michael's Flooring Service LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233591 | $1,226.74 | 7/17/18 | 24037214A-IN | 7/16/18 | $1,226.74 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233827 | $1,226.74 | 7/18/18 | 24037214A-IN | 7/16/18 | $1,226.74 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234352 | $1,297.12 | 7/20/18 | 23930048A-IN | 7/19/18 | $1,297.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234882 | $66.95 | 7/24/18 | 23930048A-IN | 7/23/18 | $66.95 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236085 | $721.23 | 7/31/18 | 24122734A-IN | 7/30/18 | $721.23 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238837 | $2,970.01 | 8/16/18 | 24294574B-IN | 8/16/18 | $1,557.23 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238837 | $2,970.01 | 8/16/18 | 24254967A-IN | 8/16/18 | $1,412.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240360 | $669.48 | 8/27/18 | 24139363A-IN | 8/27/18 | $669.48 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240838 | $3,259.28 | 8/29/18 | 24272984A-IN | 8/29/18 | $3,259.28 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241761 | $1,607.68 | 9/4/18 | 24304960B-IN | 8/31/18 | $1,607.68 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242522 | $624.00 | 9/10/18 | 23879736B-IN | 9/7/18 | $624.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243624 | $797.45 | 9/18/18 | 24416865A-IN | 9/17/18 | $797.45 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244223 | $380.54 | 9/21/18 | 24140565A-IN | 9/20/18 | $380.54 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244426 | $820.81 | 9/24/18 | 24398874A-IN | 9/21/18 | $820.81 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245488 | $1,509.56 | 10/1/18 | 24485321A-IN | 9/28/18 | $1,509.56 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245670 | $1,592.85 | 10/2/18 | 24392287A-IN | 10/1/18 | $931.95 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245670 | $1,592.85 | 10/2/18 | 24447610A-IN | 10/1/18 | $660.90 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245895 | $1,499.00 | 10/3/18 | 24277292B-IN | 10/2/18 | $999.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245895 | $1,499.00 | 10/3/18 | 24271123C-IN | 10/2/18 | $500.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246649 | $3,431.94 | 10/8/18 | 24277292B-IN | 10/6/18 | $3,431.94 |

Totals:    17 transfer(s),   $23,701.38

Michael's Flooring Service LLC

Bankruptcy Case: Sears Holding Corporation, et al.