Kyle R. Hosmer (Colorado Bar No. 53214)
**FAEGRE DRINKER BIDDLE & REATH LLP**
1144 Fifteen Street, Suite 3400
Denver, CO 80202
Telephone: 303.607.6500
Email: kyle.hosmer@faegredrinker.com

*Counsel for Peoria Industrial, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | : | |
| **In re:** | : | Chapter 11 |
| | : | |
| **SEARS HOLDINGS** | : | Case No. 18–23538 (RDD) |
| **CORPORATION,** *et al.* | : | |
| | : | Jointly Administered |
| **Debtors.** | : | |
| | : | |

### NOTICE OF FIRM NAME CHANGE AND EMAIL CONTACT CHANGE

Please be advised that effective February 1, 2020, Faegre Baker Daniels, LLP has changed

its name and e-mail addresses. The new firm name is hereinafter **Faegre Drinker Biddle & Reath**

**LLP.** The mailing address and contact telephone number remains unchanged.

The following attorney, who is counsel of record for Peoria Industrial, Inc. may now be

reached at the following e-mail address:

| Attorney Name | E-mail Address |
|---|---|
| Kyle R. Hosmer | kyle.hosmer@faegredrinker.com |

### [REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Counsel for Peoria Industrial, Inc. respectfully requests that the Clerk and all counsel update this firm's new name and email address information.

Dated this 7th day of February 2020.

Respectfully Submitted,

/s/ Kyle R. Hosmer
Kyle R. Hosmer (Colo. Bar 53214)
FAEGRE DRINKER BIDDLE & REATH LLP
1144 15th Street, Suite 3400
Denver, Colorado 80202
Phone: 303.607.3500
Email: kyle.hosmer@faegredrinker.com

*Counsel for Peoria Industrial, Inc.*

2

## CERTIFICATE OF SERVICE

I certify that, on February 7th, 2020, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of New York.

*/s/ Dorothy L. Bailey*
Legal Administrative Assistant