# Exhibit A

| Defendant Name | Adversary Number |
|---|---|
| 1928 Watch Company dba 1928 Jewelry Company | 20-08209 |
| 24 Seven, LLC | 20-08210 |
| 4Imprint, Inc. | 20-08575 |
| A S Caribe Drywall Inc. | 20-08576 |
| AA Roofing Contractor Corp. | 20-08577 |
| AAD Garage Door Solutions Inc. | 20-08578 |
| Aaron S Floor Covering Inc. | 20-08579 |
| Abellas Heating & Air | 20-08855 |
| Ability Maintenance, Inc. | 20-08211 |
| Abraham Custom Creations, Inc. | 20-08580 |
| Absolute Heating & Airconditioning Inc. | 20-08856 |
| Accounting Principals, Inc. | 20-08581 |
| Aceves Roofing Services, Inc. | 20-08212 |
| Adesso-Madden, Inc. | 20-08213 |
| Advance Local Media LLC | 20-08582 |
| Advance Publications, Inc. dba The Republican | 20-08215 |
| Advanced Air Conditioning, Inc. | 20-08583 |
| Advanced Building Controls, Inc. | 20-08584 |
| Advanced Surfaces, Inc. | 20-08217 |
| Affinity Kitchen Design Group, Inc. | 20-08218 |
| Affordable Granite Concepts Inc. | 20-08857 |
| Air Experts Inc. | 20-08585 |
| Air Master Awning LLC | 20-08220 |
| Air Pro Heating & Cooling | 20-08858 |
| Air Specialities of OK LLC | 20-08586 |
| Aire Pure Inc. | 20-08587 |
| AK Studio, LLC | 20-08588 |
| Akamai Technologies, Inc. | 20-08222 |
| Akorn, Inc. | 20-08225 |
| Alban Gaba Inc | 20-08226 |
| Alfaro | 20-08835 |
| All Interiors, Inc. | 20-08227 |
| Allway Tools, Inc. | 20-08589 |
| Altaba Inc. fdba Yahoo! Inc. | 20-08228 |
| Amazon Advertising LLC fdba Amazon Media Group LLC | 20-08230 |
| American Door And Dock Inc. | 20-08859 |
| American Health Kennels, Inc. | 20-08590 |
| American Oak Preserving Company, Inc. | 20-08232 |

| | |
|---|---|
| American Telecast Products, LLC | 20-08234 |
| American Textile Company, Inc. | 20-08235 |
| Anda, Inc. | 20-08237 |
| Angie's List, Inc. | 20-08239 |
| Anglo American Enterprises Corp. | 20-08240 |
| Appliance And Refrigeration Services Inc. | 20-08860 |
| Appliance Installations by Special D, LLC | 20-08241 |
| Appliance Parts Imports Inc. | 20-08592 |
| Applied Staffing Solutions, LLC | 20-08593 |
| APR Supply Co. | 20-08594 |
| Archon Energy Solutions | 20-08861 |
| Archway Incorporated | 20-08242 |
| Artic Glacier U.S.A., Inc. | 20-08243 |
| ASG Technologies Group fdba Allen Systems Group, Inc. | 20-08244 |
| ASPAC Distributors Inc. | 20-08595 |
| Aspen Marketing Services, LLC | 20-08247 |
| ASW, LLC dba American Sportworks | 20-08248 |
| B & M Seasonal Services LLC | 20-08596 |
| B L Intimate Apparel Canada Inc | 20-08249 |
| B. Fernandez & Hnos., Inc. | 20-08251 |
| B.A. Bull, Inc. fdba Cam Connections, Inc. | 20-08252 |
| Bacon-Universal Company, Inc. | 20-08253 |
| Baggs Landscaping & Maintenance Inc. | 20-08597 |
| Baiden | 20-08940 |
| Bankers Warranty Group | 20-08598 |
| Bay Custom Countertops Inc. | 20-08255 |
| BBT Logistics, Inc. | 20-08257 |
| BCI Acrylic, Inc. fdba BCI Acrylic Bath Systems, Inc. | 20-08258 |
| Beacon Sales Acquisition, Inc. dba Roofing Supply Group | 20-08260 |
| Beaux Merzon, Inc. | 20-08261 |
| Beeline Settlement Company LLC | 20-08263 |
| Beiersdorf, Inc. | 20-08265 |
| Bell | 20-08825 |
| Bella Stones, Inc. | 20-08599 |
| Bellows International Ltd | 20-08266 |
| Benachour | 20-08732 |
| Benitez Hermanos, Inc. | 20-08268 |
| Benoit Construction Group LLC | 20-08600 |
| Bertch Cabinet Mfg., Inc. | 20-08208 |

| | |
|---|---|
| BFG Supply Co., LLC. | 20-08269 |
| Bienes Construction LLC | 20-08601 |
| Bimbo Bakeries USA, Inc fdba Bimbo Foods Inc. | 20-08270 |
| Biofilm, Inc. | 20-08271 |
| Birmingham Industrial Enterprises LLC | 20-08946 |
| Blass | 20-08881 |
| Blue Wheel Media LLC | 20-08273 |
| Bon-Aire Industries, Inc. | 20-08273 |
| Borkowski | 20-08640 |
| BP Lubricants USA Inc. | 20-08274 |
| Brabham | 20-08625 |
| Bre/Pearlridge LLC | 20-08275 |
| Brendan Goldman, Inc. dba Corporate Resources Inc | 20-08276 |
| Brightedge Technologies Inc. | 20-08604 |
| Brink's Incorporated fdba Dunbar Armored, Inc. | 2219103 |
| Briscoe Air & Heating LLC | 20-08605 |
| Brooks Beverages Management Company | 20-08606 |
| Brown Management Group, Inc. | 20-08607 |
| Brunk | 20-08759 |
| BT Granite Run LP | 20-08609 |
| Build4You LLC | 20-08610 |
| Bulova Watch Company, Inc. fdba Bulova Corporation | 20-08279 |
| Bush Roofing Inc. | 20-08611 |
| C & C Sage, Inc | 20-08283 |
| C & D Contracting, LLC | 20-08284 |
| C & M Landscape & Design Inc. | 20-08612 |
| C.H. Robinson Worldwide, Inc. | 20-08286 |
| California Heating and Cooling Inc. | 20-08613 |
| Cam Lincoln LLC | 20-08614 |
| Campanella | 20-08591 |
| Capgemini America, Inc. | 20-08288 |
| Capital Building Services Group, Inc. | 20-08290 |
| CareerBuilder, LLC | 20-08292 |
| Carmelo's Custom Marble & Tile Inc. | 20-08862 |
| Carolina Green Lawn Care, LLC | 20-08863 |
| Carte | 20-08761 |
| Cascade Flooring Pros, Inc. | 20-08616 |
| Castle Alliance, Inc. | 20-08293 |
| Catalyst Career Group, LLC | 20-08294 |

| | |
|---|---|
| Caveys Garage Systems Inc. | 20-08617 |
| Central Arizona Supply, Inc. | 20-08864 |
| Central Mills, Inc. | 20-08296 |
| Century Frozen Foods, LLC | 20-08618 |
| Cfm Equipment Distributors, Inc. | 20-08619 |
| Chae | 20-08723 |
| ChannelAdvisor Corporation | 20-08298 |
| Chattem, Inc. | 20-08299 |
| Chevez HVAC Inc. | 20-08620 |
| Chicago Aerosol, LLC dba Elco Laboratories | 20-08301 |
| Chicago Beverage Systems, LLC | 20-08621 |
| Chivino Surfaces LLC | 20-08622 |
| Church & Dwight Co. Inc. | 20-08302 |
| CIT Group, Inc. fdba CIT Group Commercial Services, LLC; and Millwork Holdings Co., Inc. | 20-08304 |
| Citizen Watch Company of America, Inc. | 20-08307 |
| Clackamas Heating & Cooling LLC | 20-08627 |
| Classy Closets | 20-08308 |
| Clean A Way LLC | 20-08628 |
| Clearwater Paper Corporation | 20-08311 |
| ClickSoftware, Inc. | 20-08312 |
| C-Life Group Ltd. | 20-08313 |
| Cluett, Peabody & Co, Inc. aka Arrow Shirt Company aka Arrow Sportswear | 20-08314 |
| Coast Appliance Parts Company | 20-08945 |
| Coast To Coast Computer Products, Inc. | 20-08865 |
| Coastal Beverage Company, Inc. | 20-08629 |
| Coastal Staffing Service, Inc. | 20-08315 |
| College Concepts, LLC | 20-08316 |
| Comfy Construction, LLC | 20-08317 |
| CommerceHub, Inc. fdba Commerce Technologies, Inc. | 20-08318 |
| Commission Junction LLC | 20-08319 |
| Concept Windows Siding & Roofing LLC | 20-08632 |
| Connexity, Inc. | 20-08320 |
| Consumers Unified LLC | 20-08633 |
| Container Systems, Inc. | 20-08634 |
| Copley Ohio Newspapers, Inc. | 20-08322 |
| Coral Way Associates Ltd. | 20-08635 |
| CoralCs / Ltd. Associates | 20-08866 |
| Corley Construction, Inc. | 20-08867 |

| | |
|---|---|
| Counter - vation Inc. | 20-08324 |
| Counter Impressions, LLC | 20-08326 |
| Countertops Unlimited Of Texas, Inc. | 20-08636 |
| Countrywide Pipe Restoration, LLC | 20-08327 |
| County Restaurant Supply | 20-08329 |
| Cox Media Group, LLC dba Cox Newspapers | 20-08331 |
| Crayola LLC | 20-08332 |
| Crown Services, Inc. | 20-08334 |
| Curran Renovations LLC | 20-08637 |
| Custom Air Services, Inc. | 20-08336 |
| CW Joint Venture LLC | 20-08638 |
| Cynergy Trading Corp. | 20-08337 |
| D & A Contracting | 20-08868 |
| Dallas Independent School District | 20-08340 |
| Dalplano, Inc. | 20-08341 |
| Dal-Tile Distribution, Inc. | 20-08343 |
| Dan Post Boot Company | 20-08639 |
| Daniel J. Edelman, Inc. dba Edelman Digital | 20-08345 |
| Danken Building Materials Distribution, Inc. | 20-08348 |
| Dart Container Corporation | 20-08349 |
| DataSpan Holdings, Inc. | 20-08350 |
| De Bole | 20-08749 |
| De Pena | 20-08919 |
| Declue Construction LLC | 20-08643 |
| Deel and Carter Heat and Air "LLC" | 20-08351 |
| Defined Countertops Inc. | 20-08644 |
| Delta Packaging Inc. | 20-08645 |
| Dem Holdings, Inc. | 20-08352 |
| Dennemeyer & Co. LLC | 20-08646 |
| Dentalcare Partners Inc. | 20-08647 |
| Detroit Newspaper Partnership, L.P. fdba Detroit Newspaper Agency | 20-08353 |
| Dewhurst | 20-08765 |
| DGS Heartland Woodcraft LLC | 20-08869 |
| Dice Career Solutions, Inc. | 20-08648 |
| Dickinson Wright PLLC | 20-08354 |
| Dimar USA, Inc. fdba DCT (Special Projects) Inc. | 20-08355 |
| Discover Marble and Granite Inc. | 20-08649 |
| DisMart LLC | 20-08214 |
| Distribution Integrated Services, LLC | 20-08216 |

| | |
|---|---|
| Donerightsidingandwindows Inc. | 20-08870 |
| Dragoo | 20-08778 |
| DS Services of America, Inc. dba Standard Coffee Service | 20-08207 |
| Dukers Appliance Co., USA Ltd | 20-08650 |
| Dunn Carney Allen Higgins & Tongue LLP | 20-08871 |
| Duracell Distributing LLC | 20-08219 |
| Durham Supply, Inc. | 20-08221 |
| Dxd Investments, LLC | 20-08651 |
| E&E Co. Ltd. | 20-08223 |
| E.T. Browne Drug Co., Inc. | 20-08224 |
| Earthgrains Baking Companies, LLC | 20-08229 |
| EastGate Electric | 20-08872 |
| Echo Bridge Acquisition Corp. LLC | 20-08231 |
| ECM Publishers, Inc. | 20-08233 |
| ECS Tunning, LLC | 20-08236 |
| Edealszone, Inc. | 20-08238 |
| Edgewell Personal Care Puerto Rico, Inc. | 20-08246 |
| Eforcity Corporation | 20-08654 |
| Elias | 20-08624 |
| Elite Enterprises Inc. | 20-08655 |
| Elk River Greenhouse LLC | 20-08656 |
| EMAC Construction LLC | 20-08657 |
| Empire Countertops, LLC | 20-08658 |
| EmployBridge, LLC dba Select Staffing | 20-08247 |
| Employment Solutions, Inc. | 20-08250 |
| Enchante Accessories Inc. | 20-08254 |
| Endeavor Tool Company LLC | 20-08659 |
| Endless Games, Incorporated | 20-08256 |
| Energizer Holdings, Inc. dba Armored AutoGroup Inc. | 20-08259 |
| Energy Solution Group | 20-08873 |
| Entercom Communications Corp. | 20-08262 |
| Environmental Waste Services LLC | 20-08660 |
| EOS Products LLC | 20-08661 |
| Epsilon Data Management, LLC | 20-08264 |
| Equifax Information Services LLC | 20-08267 |
| Estrada | 20-08713 |
| Etienne | 20-08631 |
| Evergreen USA LLC | 20-08662 |
| Exist, Inc. | 20-08278 |

| | |
|---|---|
| EZ Maintenance Services, LLC | 20-08280 |
| Facility Products and Services LLC | 20-08663 |
| Factory Outlet Store II LLC dba FactoryOutletStore.com | 20-08281 |
| Fanatics Licensed Sports Group, LLC fdba VF Licensed Sports Group LLC | 20-08282 |
| Fast Forward, LLC | 20-08285 |
| FCR Roofing & Construction, LLC | 20-08664 |
| Felix Calls, LLC | 20-08287 |
| Field Manufacturing Corporation | 20-08289 |
| Figueroa Ceron | 20-08899 |
| Fila U.S.A., Inc. | 20-08291 |
| Financial-Information-Technologies, LLC dba Fintech | 20-08295 |
| Fingerprint Communications, LLC | 20-08665 |
| Fisher Unitech, LLC | 20-08298 |
| Florida Atlantic Air Conditioning and Repair Corp. | 20-08666 |
| Florida Roof, LLC | 20-08667 |
| FLP, LLC fdba Frontline Products Inc. | 20-08300 |
| Food Warehouse Corp. | 20-08303 |
| Footwear Specialties International, L.L.C. | 20-08305 |
| Foundation Consumer Healthcare LLC | 20-08668 |
| Franke Kitchen Systems, LLC | 20-08306 |
| Front Range Electric Inc. | 20-08669 |
| G & J Pepsi-Cola Bottlers, Inc. | 20-08309 |
| G & M Appliance Supply Inc. | 20-08672 |
| Gannett Co. Inc | 20-08670 |
| Garcia Family Enterprises, LLC | 20-08310 |
| GateHouse Media, LLC dba Watertown Public Opinion | 20-08323 |
| Geiss, Destin & Dunn Inc. | 20-08325 |
| Gensco, Inc. | 20-08328 |
| Georgia Subsequent Injury Trust Fund | 20-08673 |
| Gerali Custom Design, Inc. | 20-08330 |
| Gerardo Almaguer | 20-08674 |
| Gerber Childrenswear LLC | 20-08333 |
| Ghirardelli Chocolate Company | 20-08335 |
| Gildan Branded Apparel SRL LLC | 20-08338 |
| Gilligan | 20-08822 |
| Gina Group LLC | 20-08339 |
| Gipson Heating and Cooling Inc. | 20-08675 |
| Giraldo Quintana | 20-08676 |
| GK Preferred Income II (Ridgmar) SPE, LLC | 20-08342 |

| | |
|---|---|
| Glamour Corporation | 20-08344 |
| GMA CGM (America) LLC | 20-08346 |
| GMG HVAC Inc. | 20-08677 |
| Goodtimes Brand Inc. | 20-08347 |
| Gordon Sinift | 20-08678 |
| Goscha Enterprises, L.L.C. | 20-08874 |
| GR Electrical Services, Inc. | 20-08356 |
| Granite America Ohio LLC | 20-08679 |
| Graypoint Construction Inc. | 20-08680 |
| Greenhill Inc. dba American Bakery | 20-08357 |
| Greg Watkins | 20-08681 |
| Group O, Inc. dba Group O Marketing Solutions | 20-08358 |
| GTT Communications, Inc. | 20-08359 |
| Guahan Waste Control Inc. dba Mr. Rubbishmann | 20-08360 |
| Gulf Coast Building Products, Inc. | 20-08361 |
| H T R Mechanical LLC | 20-08682 |
| H. Best, Ltd. | 20-08362 |
| Habegger-Meyers HVAC Distribution, Inc. | 20-08363 |
| Hairstylists Management Systems, Inc. | 20-08683 |
| Halifax Media Group, LLC | 20-08364 |
| Hana Financial, Inc. | 20-08684 |
| Harmony Homes, Inc. | 20-08365 |
| Havas Formula, LLC | 20-08366 |
| Havas Media Group USA LLC | 20-08367 |
| Hearthmark, LLC dba Jarden Home Brands | 20-08368 |
| Heaven S Breeze A C & Heating LLC | 20-08685 |
| Heely-Brown Company | 20-08686 |
| Helen Andrews, Inc. | 20-08369 |
| Herbert Meyer | 20-08687 |
| Hernandez | 20-08615 |
| Hoffmaster Group, Inc. | 20-08370 |
| Holsum De Puerto Rico, Inc. | 20-08371 |
| Home Depot U.S.A. Inc. dba The Home Depot Pro Institutional dba SupplyWorks | 20-08372 |
| Home Improvements By Duane And Adam LLC | 20-08875 |
| Home Products International - North America, Inc. | 20-08373 |
| HomeCare Labs, Inc. | 20-08374 |
| HOS II, L.L.C. | 20-08375 |
| Hosegera | 20-08884 |
| Houston Chronicle | 20-08376 |

| | |
|---|---|
| Howen Enterprise | 20-08876 |
| Hudman | 20-08789 |
| Huguenot Laboratories, Inc. | 20-08377 |
| Hunger | 20-08893 |
| Hunters Ridge of Ocala Ltd. | 20-08688 |
| HVAC Repairs LLC | 20-08689 |
| Hy Ko Products Company | 20-08690 |
| Hye Class Carpet Contractor | 20-08877 |
| Ibarra 1618 | 20-08889 |
| Ibertile Ceramic | 20-08878 |
| Ideal Floorcovering LLC | 20-08691 |
| Ideal Marble, Inc. | 20-08692 |
| Ikeddi Imports LLC | 20-08378 |
| Importique Corp. | 20-08379 |
| Indeed, Inc. | 20-08380 |
| Infinite Peripherals, Inc. | 20-08693 |
| Infinitude Creative Group, LLC | 20-08694 |
| Infoblox Inc. | 20-08381 |
| Installation Corp. & Construction LLC | 20-08695 |
| Integrated Merchandising Solutions LLC fdba Integrated Merchandising Systems LLC | 20-08382 |
| Intelex Technologies Inc. | 20-08696 |
| Interactive Communications International, Inc. | 20-08697 |
| International Paper Company | 20-08383 |
| Intralinks, Inc. | 20-08384 |
| Iolani Sportswear Limited | 20-08698 |
| iPROMOTEu.com, Inc. | 20-08385 |
| IQ Accessories Inc. | 20-08699 |
| Irimia | 20-08729 |
| Irish Downs, Inc. | 20-08700 |
| Iron City Construction LLC | 20-08701 |
| Ischolar, Inc. | 20-08386 |
| Isidro Ramirez | 20-08702 |
| J & L Installs, LLC | 20-08387 |
| J Cee Air Conditioning and Heating LLC | 20-08703 |
| J.K. Marketing Corporation of Illinois fdba J.K. Marketing Corp. | 20-08388 |
| Jack Ochodnicky Electric LLC | 20-08704 |
| James Youngs | 20-08705 |
| Jane Y Li O.D. | 20-08706 |
| Jason McBride | 20-08707 |

| | |
|---|---|
| Javier Hernandez | 20-08708 |
| Jay Franco & Sons Incorporated | 20-08389 |
| JC Heating & Air Conditioning LLC | 20-08710 |
| Jeffrey Allen Oliphant dba All American Tree & Lawn | 20-08390 |
| Jemmys HVAC Corp. | 20-08709 |
| Jenkins R W Heating | 20-08882 |
| Johnson & Johnson Consumer Inc. | 20-08391 |
| Jos | 20-08630 |
| Jose Rivera Mandes Ingenieria, P.S.C. | 20-08885 |
| JPHowell and Associates Inc. | 20-08711 |
| JRF Properties, LLC | 20-08712 |
| Kalil Bottling Co. | 20-08715 |
| Kamp-Rite Tent Cot Inc. | 20-08392 |
| Kazoo, Inc. | 20-08717 |
| KB Air & Heating, LLC | 20-08718 |
| KC Pharmaceuticals, Inc. | 20-08393 |
| Kellogg Sales Company | 20-08394 |
| Kendall Q Carter Contracting LLC | 20-08719 |
| Kenney Manufacturing Company | 20-08395 |
| Kent International Inc. | 20-08396 |
| Kessler | 20-08903 |
| Khwaja | 20-08879 |
| Kim | 20-08809 |
| Kings Construction | 20-08886 |
| KMR Print, Inc. | 20-08397 |
| Knickerbocker Bed Company | 20-08572 |
| Koa USA, Inc. dba Koa Brands Company | 20-08398 |
| Kofax, Inc. | 20-08399 |
| KS Design Remodeling Inc. | 20-08721 |
| KS Heating and Air Conditioning, Inc. | 20-08722 |
| Kutsar | 20-08834 |
| Kw Home Improvement Ltd. | 20-08724 |
| Kwan | 20-08802 |
| KX Technologies LLC | 20-08400 |
| Larry Methvin Installation Inc. | 20-08725 |
| Lavish Clothing, Inc. | 20-08401 |
| Leader Electrical Contractors Inc. | 20-08887 |
| Ledvance LLC | 20-08573 |
| Legare Investments, Inc. | 20-08574 |

| | |
|---|---|
| Leick Furniture, Inc. | 20-08727 |
| Leif J. Ostberg, Inc. | 20-08402 |
| Level 3 Communications, LLC | 20-08403 |
| Liberty Coca-Cola Beverages LLC | 20-08404 |
| Lift Trucks & Parts, Inc. | 20-08888 |
| LiquidPlanner, Inc. | 20-08405 |
| Lithographix, Inc. | 20-08406 |
| Loomis Armored US, LLC | 20-08407 |
| Los Angeles Times Communications LLC dba Los Angeles Times | 20-08408 |
| Luce, Schwab & Kase, Incorporated | 20-08409 |
| Luv N' Care International, Inc. fdba Luv N' Care, Inc. | 20-08410 |
| Luxe Media Group LLC | 20-08730 |
| M.Z. Berger & Co. Inc. | 20-08411 |
| Ma | 20-08918 |
| Mackey Investments Sears, LLC | 20-08731 |
| Magic Air Heating, Air Conditioning & Refrigeratio | 20-08890 |
| Maintain It Roof Systems | 20-08891 |
| Mancia | 20-08641 |
| Mann + Hummell Purolator Filters LLC | 20-08733 |
| Marble | 20-08642 |
| Mardan Services Group Corp. | 20-08734 |
| Marquez Brothers International, Inc. | 20-08412 |
| Mars Petcare US Inc. | 20-08413 |
| Marsh | 20-08790 |
| Marvic Corp. | 20-08414 |
| Mcdermott Top Shop LLC | 20-08735 |
| Mckinley Jr | 20-08780 |
| McLane Manufacturing, Inc. | 20-08415 |
| Mdm Garage Doors, LLC | 20-08736 |
| Mead Johnson Nutrition (Puerto Rico), Inc. | 20-08416 |
| Mechanical Design & Service LC | 20-08417 |
| Mechanics Time Savers, Inc. | 20-08418 |
| Medline Industries, Inc. | 20-08419 |
| Meier Supply Company, Inc. | 20-08420 |
| Melissa & Doug, LLC | 20-08421 |
| Melitta Inc. | 20-08737 |
| Mello | 20-08623 |
| Melo Construction NW LLC | 20-08422 |
| Michael's Flooring Service LLC | 20-08944 |

| | |
|---|---|
| Michael's Greenhouses, Inc. | 20-08423 |
| Micheal A. Simmonds, Co. | 20-08892 |
| Michelin Star, Inc. | 20-08423 |
| Mile High Home Maintenance Inc. | 20-08738 |
| Milk Industry Management Corporation dba Balford Farms | 20-08425 |
| ML Installers NY, Inc. | 20-08740 |
| MMC Mechanical Contractors, Inc. | 20-08741 |
| Mogi Branding LLC | 20-08742 |
| Mondelez Global LLC | 20-08426 |
| Money Mailer, LLC | 20-08427 |
| Moore Granite & Tile LLC | 20-08894 |
| Morales Distributors Inc. | 20-08428 |
| Morgan John Spake dba A Good Company aka AGC | 20-08429 |
| Morrow Meadows Corp. | 20-08743 |
| Moses A C | 20-08895 |
| MR2D Global Trading, LLC | 20-08430 |
| MS Portfolio LLC | 20-08431 |
| Munch's Supply Co. | 20-08432 |
| Murowsky | 20-08776 |
| NAPC, Inc. | 20-08744 |
| Nationwide Lift Trucks Inc. | 20-08745 |
| Nature's Mark LLC | 20-08746 |
| Naumann/Hobbs Material Handling Corporation II, In | 20-08896 |
| NCR Corporation | 20-08433 |
| Neil Kravitz Group Sales, Inc. | 20-08747 |
| Neographics, Corp. | 20-08434 |
| Netmining LLC | 20-08435 |
| Neuco, Inc. | 20-08436 |
| New Horizons Computer Learning Centers, Inc. | 20-08897 |
| NewAge Products Inc. | 20-08437 |
| Neway International Inc. | 20-08748 |
| Newman Services, Inc. | 20-08438 |
| Niagara Bottling, LLC | 20-08439 |
| Nilima Online Services Inc. | 20-08898 |
| Nir Roof Care, Inc. | 20-08440 |
| Noma Enterprises LLC | 20-08750 |
| Norcell, Inc. | 20-08441 |
| Northern Bottling Co. | 20-08442 |
| Northwest Pallet Services, LLC | 20-08443 |

| | |
|---|---|
| Northwest Permit Inc. | 20-08751 |
| Northwest Remodel Guys, LLC | 20-08752 |
| Nourse | 20-08602 |
| Nu Vision Contracting Services, LLC | 20-08753 |
| Nuwave Heating & Cooling, Inc. | 20-08900 |
| NYL Holdings, LLC | 20-08754 |
| Oberpriller | 20-08603 |
| Oeffinger Crone Heating & Cooling Inc. | 20-08901 |
| Office Depot, Inc. | 20-08444 |
| Okerlund | 20-08739 |
| Olivas | 20-08714 |
| One Planet OPS Inc. | 20-08755 |
| Onix Networking Corp. | 20-08445 |
| Openers Plus Inc. | 20-08756 |
| Orban's Nursery, Inc. | 20-08757 |
| Original Gourmet Food Company, LLC | 20-08446 |
| Outsell Consulting, Inc. | 20-08758 |
| Pagacat Inc. dba Wondershopping | 20-08447 |
| Pallet Consultants Corp. | 20-08448 |
| Parfums de Coeur, Ltd. | 20-08449 |
| Parish | 20-08652 |
| Partney Heating and Cooling LLC | 20-08760 |
| Pathfinder, Inc. dba PSS Pathfinders Inc. | 20-08450 |
| Payless Construction, Inc. | 20-08763 |
| Peirce-Phelps LLC | 20-08451 |
| Penn | 20-08880 |
| Pennsylvania Joint Board dba Pennsylvania Joint Board Workers United | 20-08452 |
| Penny Power, Ltd. | 20-08453 |
| Penske Truck Leasing Co., L.P. | 20-08454 |
| PeopleReady, Inc. fdba Labor Ready Midwest Inc. | 20-08455 |
| Perio, Inc. | 20-08764 |
| Permission Data, LLC dba AdQuire Media | 20-08456 |
| Peterson Technology Partners, Inc. | 20-08457 |
| Pfizer Inc. fdba Wyeth Consumer Healthcare | 20-08458 |
| Pham | 20-08720 |
| Philco Installation LLC | 20-08904 |
| PICO Manufacturing Sales Corp. | 20-08458 |
| Pierson Tops | 20-08905 |
| PINNACLE Express, Inc. | 20-08460 |

| | |
|---|---|
| Plaza Provision Company (Puerto Rico) | 20-08461 |
| Plum Group, LLC | 20-08766 |
| PR Newswire Association LLC fdba PR Newswire, Inc. | 20-08463 |
| Prairie Mountain Publishing Company LLP dba Praire Mountain Media | 20-08464 |
| Precision Air Comfort LLC | 20-08767 |
| Pressman Toy Corporation | 20-08465 |
| Pro Cabinets And Refacing LLC | 20-08906 |
| Project Resource Solutions, LLC | 20-08907 |
| PROTECH Delivery & Assembly | 20-08466 |
| PTS Consulting Services LLC dba ProcureTechStaff | 20-08462 |
| Puerto Rico Supplies Group Inc. | 20-08467 |
| PVH Corp. dba Warner's | 20-08468 |
| Quality Handyman | 20-08908 |
| Quality HVAC Systems LLC | 20-08943 |
| Quality Mechanical Professionals Inc. | 20-08768 |
| Quality Roofing And Services Inc. | 20-08769 |
| Quest Products, LLC fdba Quest Products, Inc. | 20-08469 |
| QuinStreet, Inc. | 20-08470 |
| R & W Leasing Inc. | 20-08770 |
| R.C. Temperature Control Heating & Air Conditionin | 20-08909 |
| Rainbow Cotton Candy LLC | 20-08771 |
| Raman K. Patel dba Aviram Properties LLC | 20-08471 |
| Ranir, LLC | 20-08472 |
| Rasmussen Exteriors | 20-08910 |
| Rawlings Sporting Goods Company, Inc. | 20-08473 |
| Red Ventures, LLC | 20-08911 |
| Reddoch | 20-08716 |
| Reddy Ice LLC | 20-08474 |
| Redguard LLC | 20-08772 |
| Reebok U.S.A. Limited, Inc. | 20-08475 |
| Reed Group Management LLC | 20-08476 |
| Refresco Beverages US Inc. fdba Cott Beverages USA Inc. | 20-08477 |
| Regal Home Collections Inc. | 20-08478 |
| Renfro Corporation | 20-08479 |
| Republic National Distributor Co. LLC | 20-08773 |
| Resilion, LLC | 20-08480 |
| Revimedia, Inc. | 20-08850 |
| Revise Clothing Inc. | 20-08481 |
| Revlon (Puerto Rico) Inc. | 20-08482 |

| | |
|---|---|
| Revlon Consumer Products Corporation | 20-08483 |
| Reynolds Consumer Products LLC fdba Reynolds Consumer Products Inc. | 20-08484 |
| Reynolds Presto Products Inc. | 20-08485 |
| RGIS, LLC fdba RGIS Inventory Specialists, LLC | 20-08486 |
| Rich Knapp LLC | 20-08774 |
| Ricola Inc. | 20-08775 |
| Ringgold Growers | 20-08912 |
| Roanld P. Sorce, A.I.A., Architects, P.C. dba Sorce Architecture, P.C., a Professional Corporation | 20-08488 |
| Robin Apple LLC | 20-08777 |
| Rock Content dba ScribbleLive fdba I-On Interactive Inc. | 20-08489 |
| Rock Content dba ScribbleLive fdba I-On Interactive Inc. | 20-08489 |
| Rockstep Capital Opportunity Fund I LLC | 20-08913 |
| Rockstep Janesville LLC | 20-08779 |
| Rockstep Meridian LLC | 20-08914 |
| Roofconnect | 20-08915 |
| RTH Mechanical Services, Inc. | 20-08491 |
| S&P Global Inc. dba S&P Global Ratings | 20-08492 |
| Saint-Gobain Abrasives, Inc. dba Norton Abrasives Group | 20-08493 |
| Salesforce.com, Inc. | 20-08494 |
| Sam Mechanical Inc. | 20-08781 |
| Samayoa | 20-08653 |
| Sandhills Comm Lawn Services Inc. | 20-08782 |
| Sandu Inc. | 20-08495 |
| Sasha Handbags, Inc. | 20-08496 |
| Scents of Worth, Inc. | 20-08497 |
| Schneider & Onofry, P.C. | 20-08783 |
| Schoenherr | 20-08728 |
| Schumacher Electric Corporation | 20-08498 |
| Securosis LLC | 20-08851 |
| SEKO Enterprises, LLC fdba SEKO Worldwide | 20-08499 |
| Select Systems Technology, Inc. | 20-08785 |
| Sennco Solutions, Inc. | 20-08786 |
| Serrano Heating And Air, LLC | 20-08916 |
| ServiceBench, LLC | 20-08500 |
| Shannon Heights Heating Inc. | 20-08787 |
| Shanti Corporation dba Vijay Gold Designs USA | 20-08501 |
| Shareasale.com Inc. | 20-08788 |
| Sharp Electronics Corporation | 20-08502 |

| | |
|---|---|
| Shaw Industries, Inc. | 20-08503 |
| Sherman Square | 20-08917 |
| ShopChimney.com, Inc. | 20-08504 |
| Shoreline Const LLC | 20-08791 |
| Sid Harvey Industries, Inc. | 20-08505 |
| Sign & Lighting Services LLC | 20-08792 |
| SJC Resources, Inc. | 20-08793 |
| SJK Development, Inc. | 20-08507 |
| Smart AC Services LLC | 20-08794 |
| Smart Direct LLC | 20-08795 |
| Smart Surplus Inc. | 20-08796 |
| Software One, Inc. | 20-08797 |
| Soho Corporation | 20-08508 |
| Solid Choice Inc. | 20-08920 |
| Soteer Limited | 20-08798 |
| Soteer Limited | 20-08921 |
| South Central GWB Co., Inc. | 20-08509 |
| South Mountain Air Conditioning & Heating, Inc. | 20-08922 |
| Southern Exchange, L.P. | 20-08510 |
| Southern Refrigeration Corporation | 20-08511 |
| Southwest Kitchen & Bath | 20-08923 |
| Southwest Material Handling, Inc. | 20-08512 |
| Speer Mechanical | 20-08924 |
| Spencers Air Conditioning & Appl. Inc. | 20-08799 |
| Sphere Consulting, Inc. | 20-08513 |
| Sprayco | 20-08925 |
| Springs Window Fashions, LLC | 20-08514 |
| SRS Distribution Inc. dba Bill Wahl Supply | 20-08515 |
| Star Roofing Corp. | 20-08800 |
| Statesboro Herald Publishing Company | 20-08926 |
| Steamboat Pilot | 20-08927 |
| Steiner Construction Inc. | 20-08801 |
| Steven Vardi, Inc. | 20-08516 |
| Stone & Beyond, Inc. | 20-08517 |
| Stone Edge Countertops, LLC | 20-08803 |
| Stone Interiors New Orleans LLC | 20-08804 |
| Stoner Inc. | 20-08805 |
| Storm General Builders Inc. | 20-08806 |
| Stuck's Heating And Cooling | 20-08928 |

| | |
|---|---|
| Suiza Dairy Corporation | 20-08518 |
| Sumskie Bro Construction Corp. | 20-08807 |
| Sun Coast Media Group, Inc. | 20-08808 |
| Sun Community News | 20-08929 |
| Sun Image Distributors, Inc. | 20-08519 |
| Sunbeam Products, Inc. dba Jarden Consumer Solutions | 20-08520 |
| Sunny 84, LLC fdba Ora Interactive, LLC | 20-08521 |
| Sunny Days Entertainment LLC | 20-08810 |
| Sunshine Landscaping Maintenance, LLC | 20-08811 |
| Sunvalley Mechanical LLC | 20-08812 |
| Superior Granite, Inc. | 20-08813 |
| Superior Lawnmower Center Inc. | 20-08814 |
| Suzanne El-Habre | 20-08522 |
| Swim 'N' Play, Inc. | 20-08523 |
| Swon Exterior Solutions Inc. | 20-08815 |
| T Lex, Inc. | 20-08816 |
| Talmadge | 20-08824 |
| Taylor Installation Service, LLC | 20-08930 |
| Tecumseh Heating And Air | 20-08931 |
| Teczia It Services LLC | 20-08817 |
| TeleCheck Services, Inc. | 20-08524 |
| Temperature Control Specialties, Inc. | 20-08932 |
| Temperature Design Heating And Air, LLC | 20-08933 |
| Temperature Equipment Corporation | 20-08525 |
| Tempur-Pedic North America, LLC | 20-08526 |
| Tenmark Industrial LLC | 20-08818 |
| Texas Community Media LLC dba Longview News-Journal | 20-08527 |
| Textiles From Europe, Inc. | 20-08528 |
| Thao-Thanh Pham O.D., Inc. | 20-08819 |
| The Best Deals For You LLC | 20-08820 |
| The Brandt Companies, LLC | 20-08529 |
| The Climatic Corporation dba EHP Direct South | 20-08530 |
| The Counter-Fitters Incorporated | 20-08531 |
| The Countertop Company, Inc. | 20-08821 |
| The Daily Interlake | 20-08934 |
| The Hartz Mountain Corporation | 20-08532 |
| The McClatchy Company | 20-08671 |
| The Mibro Group, L.C. | 20-08935 |
| The ServiceMaster Company, LLC dba ServiceMaster Clean | 20-08533 |

| | |
|---|---|
| The Waldinger Corporation | 20-08534 |
| Thief River Falls Times, Inc. | 20-08936 |
| Titan Manufacturing and Distributing, Inc. dba Titan Distributors, Inc | 20-08535 |
| TMC Marketing, Inc. dba FixMyToys | 20-08536 |
| Tom C. Construction, Inc. | 20-08823 |
| Top Step Development, LLC fdba Top Step Manufacturing, LLC | 20-08537 |
| Tote Maritime Alaska, LLC fdba Totem Ocean Trailer Express | 20-08538 |
| Trane U.S. Inc. | 20-08539 |
| Travel Concepts, Inc. | 20-08540 |
| TRC Environmental Corporation | 20-08541 |
| Treasure Coast-JCP Associates, Ltd. | 20-08542 |
| Tri Sales Marketing LLC | 20-08826 |
| Trib Real Estate Company, LLC fdba Tribune Review Publishing Company | 20-08543 |
| Trimark ERF Inc. | 20-08827 |
| Tyree-Little's Heating & Cooling, LLC | 20-08828 |
| U.S. Nonwovens Corp. | 20-08544 |
| Unique Air Conditioning Inc. | 20-08829 |
| Unique Designs By Michael A. Del Bonifro Inc. dba Unique Design Inc. | 20-08545 |
| Unique Sports Products Inc. | 20-08546 |
| United Building Contractors LLC | 20-08830 |
| Universal Music Group, Inc. dba Universal Music & Video | 20-08547 |
| Up North Trucking Inc. | 20-08831 |
| Upstart Group, LLC | 20-08832 |
| URS Corporation | 20-08548 |
| US Air Comfort | 20-08937 |
| Valassis Direct Mail, Inc. | 20-08549 |
| Valley Fabricators, LLC | 20-08549 |
| Valpak Direct Marketing Systems, Inc. | 20-08551 |
| Valvoline LLC | 20-08552 |
| Ventura TV Video Appliance Center Inc. | 20-08833 |
| VF Jeanswear Limited Partnership | 20-08553 |
| Villagomez | 20-08762 |
| Viniteck International Inc. | 20-08836 |
| Vinson Advertising | 20-08938 |
| VIP III, L.L.C. | 20-08554 |
| Vision Construction & Developers, LLC | 20-08837 |
| Visual Land Inc. | 20-08838 |

| | |
|---|---|
| Volny | 20-08626 |
| Vu O.D. | 20-08883 |
| Vue O D | 20-08902 |
| W J O Neil Chicago LLC | 20-08839 |
| W. W. Gay Mechanical Contractor Of Gainesville, In | 20-08939 |
| Wally Florring LLC | 20-08841 |
| Walsh | 20-08784 |
| Welcome Industrial Corporation | 20-08840 |
| Westport Corporation | 20-08555 |
| Westrock Mechanical Corp. | 20-08842 |
| WEX Inc. dba WEX Bank | 20-08556 |
| White Mountain Tissue, LLC dba Gorham Paper and Tissue | 20-08557 |
| William R. Farnell | 20-08558 |
| William R. Meixner & Sons | 20-08559 |
| William Robin Palmer | 20-08560 |
| Williams | 20-08726 |
| Window Right Brothers LLC | 20-08843 |
| Winplus North America Inc. | 20-08844 |
| Womble Bond Dickinson (US) LLP fdba Womble Carlyle Sandridge & Rice, LLP | 20-08561 |
| Woodstream Corporation | 20-08845 |
| Works Construction, Inc. | 20-08941 |
| World Tech Toys, Inc. | 20-08562 |
| YellowDevil LLC | 20-08563 |
| Yelnats, Inc. fdba Stanley Creations, Inc. fdba SGG Inc. ; and Istar Jewelery LLC | 20-08564 |
| Yes To, Inc. | 20-08565 |
| YJ USA Corp. dba Jump King | 20-08566 |
| Yoss Heating & Cooling LLC | 20-08846 |
| YRC Inc. dba YRC Freight | 20-08567 |
| Yuwen Lee, O.D., Optometric Professional Corporati | 20-08847 |
| Zebra Technologies International, LLC | 20-08568 |
| Zeno Group, Inc. | 20-08942 |
| Zeno Group, Inc. | 20-08569 |
| ZG Apparel Group LLC | 20-08570 |
| ZIM American Integrated Shipping Services Company, LLC | 20-08571 |
| Zircon Corporation | 20-08848 |
| Zuck | 20-08608 |
| Zuckerfan Limited | 20-08849 |

* 734 Adversary Proceedings