18-23538-shl    Doc 7210-1    Filed 02/10/20    Entered 02/10/20 17:07:28    Exhibit I-
January 5 Removal of Designation Request    Pg 1 of 3

EXHIBIT I

| | |
|---|---|
| **From:** | Marcus, Jacqueline |
| **To:** | Frances Brunet Uriarte |
| **Cc:** | Sonia Colón; Gustavo Chico; Schrock, Ray; Fail, Garrett; Singh, Sunny; Hwang, Angeline |
| **Subject:** | RE: Re: 7:18-bk-23538 \| Sears Holdings Corporation |
| **Date:** | Monday, January 6, 2020 10:26:44 AM |
| **Attachments:** | image002.png |
| | image003.png |

We will review and get back to you.



**Jacqueline Marcus**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Jacqueline.marcus@weil.com
+1 212 310 8130 Direct
+1 212 310 8007 Fax

---

**From:** Frances Brunet Uriarte <fbrunet@ferraiuoli.onmicrosoft.com>
**Sent:** Sunday, January 5, 2020 10:45 AM
**To:** Marcus, Jacqueline <jacqueline.marcus@weil.com>
**Cc:** Sonia Colón <scolon@ferraiuoli.com>; Gustavo Chico <Gchico@ferraiuoli.com>; Schrock, Ray <Ray.Schrock@weil.com>; Fail, Garrett <Garrett.Fail@weil.com>; Singh, Sunny <sunny.singh@weil.com>; Hwang, Angeline <Angeline.Hwang@weil.com>
**Subject:** RE: Re: 7:18-bk-23538 \| Sears Holdings Corporation

Dear Attorneys,

In furtherance to the notice below, and in accordance with the *Amended Stipulated Protective Order* ("*Order*", Docket No. 1084), Santa Rosa Mall would like to confer in good faith for the removal of the "confidential" designation of a certain *Confidential Settlement and Release Agreement* (the "*Settlement Agreement*") prior to seeking relief from the Court. For ease of reference, both the *Order* and *Settlement Agreement* are attached hereto.

Please lets us know whether the Debtors and Underwriters (*Settlement Agreement,* ¶ 9) are amenable to the forgoing.

Cordially,

**Frances C. Brunet Uriarte**

---

PO Box 195168 • San Juan, PR 00919-5168
221 Ponce de León Avenue, Suite 500 • San Juan, PR 00917
T. 787.766.7000



F. 787.766.7001
D. 787.705.9239
E. fbrunet@ferraiuoli.com

*The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  If you have received this communication by error, please notify us immediately by e-mail, and delete the original message.*

**Before you print this E-mail, ask if it's really necessary. Our environment concerns us all…**

**From:** Frances Brunet Uriarte
**Sent:** Tuesday, December 24, 2019 9:27 AM
**To:** Marcus, Jacqueline <jacqueline.marcus@weil.com>; Schrock, Ray <Ray.Schrock@weil.com>; garrett.fail@weil.com; Singh, Sunny <sunny.singh@weil.com>
**Cc:** Sonia Colón <scolon@ferraiuoli.com>; Gustavo Chico <Gchico@ferraiuoli.com>
**Subject:** Re: 7:18-bk-23538 | Sears Holdings Corporation

Attorneys,

On behalf of Santa Rosa Mall LLC ("Santa Rosa Mall"), we attach formal notice of its intent to file a request for relief from the automatic stay.

Cordially,

**Frances C. Brunet Uriarte**



PO Box 195168  • San Juan, PR 00919-5168
221 Ponce de León Avenue, Suite 500 • San Juan, PR 00917
T. 787.766.7000
F. 787.766.7001
D. 787.705.9239
E. fbrunet@ferraiuoli.com

*The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  If you have received this communication by error, please notify us immediately by e-mail, and delete the original message.*

**Before you print this E-mail, ask if it's really necessary. Our environment concerns us all…**

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying

of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.