18-23538-shl    Doc 7210-2    Filed 02/10/20    Entered 02/10/20 17:07:28    Exhibit II-
January 9 Email from Santa Rosa to the Debtors    Pg 1 of 2

EXHIBIT II

| | |
|---|---|
| **From:** | Marcus, Jacqueline |
| **To:** | Frances Brunet Uriarte; Hwang, Angeline |
| **Cc:** | Sonia Colón |
| **Subject:** | RE: In re Sears Holdings Corporation, Bankr. Case No. 18-23538 (RDD) |
| **Date:** | Thursday, January 9, 2020 1:18:31 PM |
| **Attachments:** | image002.png |
| | image003.png |
| | image004.png |

Thank you.



**Jacqueline Marcus**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Jacqueline.marcus@weil.com
+1 212 310 8130 Direct
+1 212 310 8007 Fax

---

**From:** Frances Brunet Uriarte <fbrunet@ferraiuoli.onmicrosoft.com>
**Sent:** Thursday, January 9, 2020 12:16 PM
**To:** Marcus, Jacqueline <jacqueline.marcus@weil.com>; Hwang, Angeline <Angeline.Hwang@weil.com>
**Cc:** Sonia Colón <scolon@ferraiuoli.com>
**Subject:** RE: In re Sears Holdings Corporation, Bankr. Case No. 18-23538 (RDD)

Dear Jaqueline,

As discussed, Santa Rosa consents to adjourn to the February 24th Omnibus Hearing and extend the Debtors' objection deadline to **February 10th** at midnight.

Further, and in accordance with the *Amended Stipulated Protective Order* ("*Order*", Docket No. 1084), the Debtors will confer in good faith to the removal of the "confidential" designation the *Confidential Settlement and Release Agreement* (the "*Settlement Agreement*") so as to permit Santa Rosa to disclose its contents and/or file the same in connection with its pending state court actions or other related conversations.  In the event the Underwriters do not agree, Santa Rosa will seek relief from the Court.  See January 5th Removal of Designation Request attached.

Best,

**Frances C. Brunet Uriarte**

---

PO Box 195168 • San Juan, PR 00919-5168



221 Ponce de León Avenue, Suite 500 • San Juan, PR 00917

T. 787.766.7000

F. 787.766.7001

D. 787.705.9239

E. fbrunet@ferraiuoli.com

*The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  If you have received this communication by error, please notify us immediately by e-mail, and delete the original message.*

**Before you print this E-mail, ask if it's really necessary. Our environment concerns us all…**