UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:                                                                  Chapter 11

    SEARS HOLDINGS CORPORATION,                Case No. 18-23538

    Debtor.

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE THAT** Kevin Tompsett, Esq., attorney with Harris Beach PLLC hereby withdraws his appearance on behalf of Van Hook Service Co., Inc. and withdraws his request for receipt of all notices, including email notices, and pleadings given or filed in this case.

Dated: February 6, 2020
Pittsford, New York

Kevin Tompsett, Esq.
HARRIS BEACH PLLC
99 Garnsey Road
Pittsford, New York 14534
Telephone: (585) 419-8738
Email: ktompsett@harrisbeach.com

298972\4851-7435-4100\ v1