UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

SEARS HOLDINGS CORPORATION, *et al.,*

Debtors.[1]

Chapter 11

Case No. 18-23538 (RDD)
(Jointly Administered)

Re: Docket Index 6351

### ORDER GRANTING SECOND QUARTERLY REPORT OF ACUMEN RECOVERY SERVICES, LLC SEEKING ALLOWANCE OF CONTINGENT FEES AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM OCTOBER 1, 2019 THROUGH DECEMBER 31, 2019

Acumen Recovery Services, LLC ("Acumen"), as provider of preference action recovery and analysis services to the Debtors, and its debtor affiliates, as debtors and debtors in possession in the above matter, having filed its Second Quarterly Report for the Period of October 1, 2019 through December 31, 2019 (the "Second Quarterly Report"), which under the Court's order dated June 26, 2019 [Dkt. No. 4362] constitutes Acumen's request for allowance of the fees and expenses set forth therein;[2] and the Court having reviewed the Second Quarterly Report; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Capitalized terms shall have the same meaning ascribed to them in the Second Quarterly Report.

U.S.C. §§ 157(a)-(b) and 1334(b), (b) notice of the Second Quarterly Report was adequate under the circumstances, and (c) all persons with standing have been afforded the opportunity to be heard on the Second Quarterly Report; and there being no objections to the Second Quarterly Report; and good and sufficient cause appearing;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The request for approval of the Second Quarterly Report is GRANTED to the extent set forth in Schedule A and Schedule B hereto.

2. Acumen is allowed compensation in the amount of $61,425.31 and actual and necessary expenses in the amount of $9,615.84 for the period of October 1, 2019 through December 30, 2019.

3. Such sums are authorized for payment less any amount previously paid to Acumen on account of the amounts set forth in the Second Quarterly Report.

Dated: February 13, 2020
      White Plains, New York

                                              */s/Robert D. Drain*_____
                                              THE HONORABLE ROBERT D. DRAIN
                                              UNITED STATES BANKRUPTCY JUDGE

Date Order Entered:  2/13/2020                                                                        Initials:  RDD  USBJ

Case No.: 18-23538 (RDD)  **Schedule A**
Case Name: In re Sears Holdings Corporation, *et al.*

## CURRENT FEE PERIOD

| (1) Applicant | (2) Quarterly Report Date and Docket No. | (3) Fee Period | (4) Fees Requested | (5) Fees Allowed | (6) Fees to be Paid Under Order | (7) Expenses Requested | (8) Expenses Allowed | (9) Expenses to be Paid Under Order |
|---|---|---|---|---|---|---|---|---|
| Acumen Recovery Services, LLC, provider of preference action recovery and analysis services to the Debtors | 1/17/2020 Docket No. 6351 | 10/1/2019–12/31/2019 | $61,425.31 | $61,425.31 | $61,425.31 | $9,615.84 | $9,615.84 | $9,615.84 |

Date Order Entered: 2/13/2020    Initials: RDD USBJ

Case No.: 18-23538 (RDD)  Schedule B
Case Name: In re Sears Holdings Corporation, *et al.*

## QUARTERLY REPORT TOTALS

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Paid | (4) Total Expenses Requested | (5) Total Expenses Paid[3] |
|---|---|---|---|---|
| Acumen Recovery Services, LLC, provider of preference action recovery and analysis services to the Debtors | $97,207.30 | $97,207.30 | $19,716.32 | $19,716.32 |

---

[3] In accordance with the terms of the Order (the "Order") signed on June 26, 2019, Authorizing the Employment and Retention of Acumen Recovery Services, LLC to Provide Preference Action Recovery and Analysis Services to the Debtors, Effective *Nunc Pro Tunc* to April 1, 2019 [Docket No. 4362], Acumen received payment on account of its fees, in accordance with the Contingency Fee Schedule (as defined in the Order) and its Expenses (as defined in the Order), from proceeds recovered in connection with the avoidance actions as provided in the Engagement Letter (as defined in the Order).

Date Order Entered:  2/13/2020                                         Initials:  RDD  USBJ