Defendant: **ABC Hosiery**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/17/2018 | $7,495.00 | 7/17/18 | ACH051818 | 5/18/18 | -$29,981.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/17/2018 | $7,495.00 | 7/17/18 | 223192- | 5/31/18 | $14,742.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/17/2018 | $7,495.00 | 7/17/18 | 22319 | 5/31/18 | $216.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/17/2018 | $7,495.00 | 7/17/18 | 22318 | 6/1/18 | $22,518.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $12,391.00 | 8/21/18 | 22149 | 5/7/18 | $2,535.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $12,391.00 | 8/21/18 | 22148 | 5/7/18 | $39.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $12,391.00 | 8/21/18 | 22170 | 5/17/18 | $7,624.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $12,391.00 | 8/21/18 | 22171 | 5/17/18 | $2,192.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $3,092.00 | 8/30/18 | 22171-1 | 5/17/18 | $3,092.00 |

Totals:     3 transfer(s),  $22,978.00