| Defendant: | Alex Toys LLC |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 127460 | 6/20/16 | $2,160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 127458 | 6/20/16 | $2,040.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 127457 | 6/20/16 | $1,920.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 127459 | 6/20/16 | $1,920.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 127456 | 6/20/16 | $1,080.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 8361AD070316BU4 | 7/1/16 | -$3.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 129281 | 7/13/16 | $1,680.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 129267 | 7/13/16 | $530.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 129270 | 7/13/16 | $530.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 129279 | 7/13/16 | $480.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 129268 | 7/13/16 | $480.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 129278 | 7/13/16 | $471.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 129280 | 7/13/16 | $240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 129269 | 7/13/16 | $117.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 8360AD071716BV2 | 7/15/16 | -$5.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 8360AD072416BT7 | 7/22/16 | -$4.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 8361AD072416B29 | 7/22/16 | -$4.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 130994 | 7/28/16 | $1,440.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 131609 | 7/29/16 | $1,440.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 8361AD080716BT3 | 8/5/16 | -$4.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 8360AD080716BN6 | 8/5/16 | -$7.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 8360AD081416BT7 | 8/12/16 | -$11.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 8360AD082116BW7 | 8/19/16 | -$4.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 8361AD082116BX1 | 8/19/16 | -$4.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 8360AD090416BQ1 | 9/2/16 | -$5.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 8360AD091816BR2 | 9/16/16 | -$5.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 8360AD100216BC6 | 9/30/16 | -$2.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 8361AD100216B03 | 9/30/16 | -$4.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 8361AD100916BW2 | 10/7/16 | -$4.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 8360AD102316BA9 | 10/21/16 | -$4.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 8361AD110616B37 | 11/4/16 | -$9.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 8361AD111316B23 | 11/11/16 | -$11.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 8361AD112016B78 | 11/18/16 | -$13.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 8361AD112716BO7 | 11/25/16 | -$5.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 8361AD121816BP6 | 12/16/16 | -$16.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 8361AD122516B99 | 12/23/16 | -$9.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 8361AD010817B37 | 1/6/17 | -$9.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 8361AD012217B74 | 1/20/17 | -$30.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 8361AD012917B74 | 1/27/17 | -$4.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 8361AD021217B30 | 2/10/17 | -$11.00 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 8361AD021917B39 | 2/17/17 | -$11.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 8361AD022617BV2 | 2/24/17 | -$5.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 8361AD031217B91 | 3/10/17 | -$20.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 8361AD031917B32 | 3/17/17 | -$11.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 8361AD032617B39 | 3/24/17 | -$5.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 8361AD040217B26 | 3/31/17 | -$8.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 8361AD040917BY4 | 4/7/17 | -$5.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 8361AD060417BI4 | 6/2/17 | -$5.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 8361AD061117BW4 | 6/9/17 | -$4.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 8361AD062517BS4 | 6/23/17 | -$4.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 8361AD070917BW8 | 7/7/17 | -$5.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 8361AD072317BW3 | 7/21/17 | -$4.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 8361AD073017BZ0 | 7/28/17 | -$4.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 8361AD080617BX6 | 8/4/17 | -$5.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 8361AD082017B10 | 8/18/17 | -$4.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 8361AD110517BW7 | 11/3/17 | -$4.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087083 | $16,220.00 | 10/2/18 | 8361AD021118BL2 | 2/9/18 | -$4.71 |

Totals:    1 transfer(s),  $16,220.00