Defendant: **Bektrom Foods Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | ACH | $21,696.73 | 7/25/18 | 18-0996 | 7/25/18 | $17,273.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | ACH | $21,696.73 | 7/25/18 | 18-0933 | 7/25/18 | $4,422.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | ACH | $21,696.73 | 7/25/18 | 18-0996 | 8/27/18 | $0.01 |

Totals:    1 transfer(s),  $21,696.73