Defendant: **Berkshire Fashions Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-2045 | $23,374.40 | 9/14/18 | 201821334634 | 8/21/18 | $14,290.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-2045 | $23,374.40 | 9/14/18 | 201821334634 | 8/21/18 | $9,083.52 |

Totals: 1 transfer(s), $23,374.40