Defendant: **Calvin Davenport**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743089 | $14,292.61 | 9/13/18 | 24447912ACR-IN | 9/13/18 | $14,292.61 |
| **Totals:** | 1 transfer(s), $14,292.61 | | | | | | |