| Defendant: | Chris Dounelis |
| --- | --- |
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238167 | $538.03 | 8/13/18 | 24084302B-IN | 8/13/18 | $538.03 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238568 | $261.07 | 8/15/18 | 18327502D-IN | 8/15/18 | $261.07 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238975 | $1,555.34 | 8/17/18 | 23972525A-IN | 8/16/18 | $1,555.34 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239199 | $608.13 | 8/20/18 | 24076496A-IN | 8/17/18 | $608.13 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240017 | $221.04 | 8/24/18 | 22995203B-IN | 8/24/18 | $221.04 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240488 | $847.63 | 8/28/18 | 24122171A-IN | 8/27/18 | $847.63 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240737 | $251.07 | 8/29/18 | 23759107B-IN | 8/28/18 | $251.07 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241258 | $1,010.63 | 8/31/18 | 24321563A-IN | 8/30/18 | $707.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241258 | $1,010.63 | 8/31/18 | 23883703B-IN | 8/30/18 | $303.57 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242845 | $350.05 | 9/12/18 | 22958525B-IN | 9/12/18 | $350.05 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243002 | $1,226.12 | 9/13/18 | 24224019A-IN | 9/13/18 | $1,226.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243360 | $440.03 | 9/17/18 | 24054370A-IN | 9/14/18 | $440.03 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245582 | $2,715.73 | 10/2/18 | 24431353A-IN | 10/1/18 | $1,675.91 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245582 | $2,715.73 | 10/2/18 | 23556514C-IN | 10/1/18 | $1,039.82 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245815 | $485.35 | 10/3/18 | 12641279G-IN | 10/2/18 | $485.35 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245999 | $1,106.51 | 10/4/18 | 24153591A-IN | 10/3/18 | $1,106.51 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246194 | $1,308.59 | 10/5/18 | 24477295A-IN | 10/5/18 | $1,308.59 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246482 | $794.11 | 10/8/18 | 23452630C-IN | 10/5/18 | $321.04 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246482 | $794.11 | 10/8/18 | 23949188A-IN | 10/5/18 | $269.05 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246482 | $794.11 | 10/8/18 | 23784274A-IN | 10/5/18 | $204.02 |

Totals:   16 transfer(s),   $13,719.43