Defendant: **Cormin Air LLC**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234071 | $2,973.70 | 7/19/18 | 24236781A-IN | 7/17/18 | $1,304.70 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234071 | $2,973.70 | 7/19/18 | 24228928A-IN | 7/18/18 | $1,669.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235555 | $250.00 | 7/27/18 | 24229049A-IN | 7/26/18 | $250.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236336 | $1,432.31 | 8/1/18 | 23940712A-IN | 7/31/18 | $1,432.31 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236882 | $1,319.70 | 8/3/18 | 24311409A-IN | 8/3/18 | $1,319.70 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237232 | $3,619.25 | 8/6/18 | 24258737A-IN | 8/3/18 | $1,427.90 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237232 | $3,619.25 | 8/6/18 | 24292534A-IN | 8/4/18 | $1,254.95 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237232 | $3,619.25 | 8/6/18 | 24335543A-IN | 8/4/18 | $936.40 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238407 | $1,685.00 | 8/14/18 | 24350162A-IN | 8/13/18 | $1,685.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239714 | $3,959.70 | 8/22/18 | 24354118A-IN | 8/21/18 | $3,959.70 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246073 | $1,050.00 | 10/4/18 | 24060891B-IN | 10/4/18 | $1,050.00 |

Totals: 8 transfer(s), $16,289.66