**Defendant:** **Daniel Beineke**

**Bankruptcy Case:** **Sears Holding Corporation, et al.**

**Preference Period:** **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233575 | $214.00 | 7/17/18 | 24114165A-IN | 7/17/18 | $214.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234057 | $1,086.49 | 7/19/18 | 23649045A-IN | 7/19/18 | $1,086.49 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234332 | $662.80 | 7/20/18 | 18414903C-IN | 7/19/18 | $662.80 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234592 | $168.06 | 7/23/18 | 24279100A-IN | 7/23/18 | $168.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236053 | $680.22 | 7/31/18 | 24150864B-IN | 7/31/18 | $680.22 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236554 | $5,684.49 | 8/2/18 | 23698257A-IN | 8/1/18 | $4,897.20 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236554 | $5,684.49 | 8/2/18 | 24060690B-IN | 8/1/18 | $787.29 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236873 | $1,238.69 | 8/3/18 | 23959227A-IN | 8/1/18 | $382.11 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236873 | $1,238.69 | 8/3/18 | 24071166B-IN | 8/2/18 | $35.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236873 | $1,238.69 | 8/3/18 | 24139375A-IN | 8/3/18 | $821.58 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237209 | $1,396.91 | 8/6/18 | 24115775A-IN | 8/6/18 | $1,396.91 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237867 | $538.12 | 8/9/18 | 23980242B-IN | 8/8/18 | $340.62 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237867 | $538.12 | 8/9/18 | 22931278B-IN | 8/9/18 | $197.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238817 | $95.20 | 8/16/18 | 24071166A-IN | 8/16/18 | $95.20 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239260 | $999.73 | 8/20/18 | 23978508A-IN | 8/20/18 | $999.73 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239706 | $500.46 | 8/22/18 | 6097818F-IN | 8/22/18 | $500.46 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241712 | $165.00 | 9/4/18 | 24457483A-IN | 9/4/18 | $165.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242896 | $360.00 | 9/12/18 | 2137350C-IN | 9/12/18 | $210.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242896 | $360.00 | 9/12/18 | 17036134B-IN | 9/12/18 | $150.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243419 | $127.82 | 9/17/18 | 24020083A-IN | 9/14/18 | $127.82 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245875 | $3,061.72 | 10/3/18 | 24392488B-IN | 10/3/18 | $1,561.72 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245875 | $3,061.72 | 10/3/18 | 24392488A-IN | 10/3/18 | $1,500.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246603 | $5,576.20 | 10/8/18 | 24392488A-IN | 10/6/18 | $3,353.05 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246603 | $5,576.20 | 10/8/18 | 24457483A-IN | 10/8/18 | $2,223.15 |

**Totals:** 17 transfer(s), $22,555.91