| | |
|---|---|
| Defendant: | **David L Poulter** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235724 | $998.50 | 7/30/18 | 24045803A-IN | 7/30/18 | $998.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236736 | $2,085.64 | 8/3/18 | 24107726A-IN | 8/2/18 | $2,085.64 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238141 | $1,000.00 | 8/13/18 | 24076908A-IN | 8/13/18 | $1,000.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238953 | $2,780.13 | 8/17/18 | 24076908B-IN | 8/16/18 | $575.56 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238953 | $2,780.13 | 8/17/18 | 24076908A-IN | 8/17/18 | $2,204.57 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239174 | $1,015.50 | 8/20/18 | 24375001A-IN | 8/20/18 | $1,015.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241522 | $3,064.91 | 9/4/18 | 24038303A-IN | 8/31/18 | $3,064.91 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242608 | $1,209.75 | 9/11/18 | 24278601A-IN | 9/10/18 | $609.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242608 | $1,209.75 | 9/11/18 | 23475120A-IN | 9/11/18 | $600.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243525 | $4,562.30 | 9/18/18 | 23475120A-IN | 9/18/18 | $4,562.30 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244129 | $75.00 | 9/21/18 | 12975448E-IN | 9/21/18 | $75.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245797 | $1,090.63 | 10/3/18 | 24555532A-IN | 10/3/18 | $1,090.63 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246440 | $700.60 | 10/8/18 | 24575398A-IN | 10/5/18 | $700.60 |

Totals: 11 transfer(s), $18,582.96