Defendant: **Dewayne L Holbrook**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234738 | $2,092.24 | 7/24/18 | 23966633A-IN | 7/24/18 | $2,092.24 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236724 | $1,859.24 | 8/3/18 | 23989393A-IN | 8/3/18 | $1,859.24 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238130 | $1,364.76 | 8/13/18 | 24121618A-IN | 8/13/18 | $1,364.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238714 | $334.75 | 8/16/18 | 23989393A-IN | 8/16/18 | $334.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240222 | $2,444.83 | 8/27/18 | 24194633A-IN | 8/27/18 | $2,444.83 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242596 | $1,974.53 | 9/11/18 | 24140990A-IN | 9/10/18 | $1,974.53 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243142 | $557.39 | 9/14/18 | 23966633A-IN | 9/13/18 | $557.39 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245551 | $1,997.49 | 10/2/18 | 24362047A-IN | 10/1/18 | $1,997.49 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246425 | $1,430.79 | 10/8/18 | 24140990A-IN | 10/5/18 | $278.30 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246425 | $1,430.79 | 10/8/18 | 23989393A-IN | 10/6/18 | $1,152.49 |

Totals:   9 transfer(s),  $14,056.02