| Defendant: | Entrematic |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234413 | $6,088.60 | 7/20/18 | 4192972RI-IN | 2/3/17 | $805.97 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234413 | $6,088.60 | 7/20/18 | 4623318RI-IN | 10/10/17 | $784.28 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234413 | $6,088.60 | 7/20/18 | 4739682RI-IN | 12/13/17 | $1,057.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234413 | $6,088.60 | 7/20/18 | 5013126RI-IN | 5/24/18 | $463.48 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234413 | $6,088.60 | 7/20/18 | 5015485RI-IN | 5/25/18 | $1,458.58 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234413 | $6,088.60 | 7/20/18 | 5015722RI-IN | 5/25/18 | $842.09 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234413 | $6,088.60 | 7/20/18 | 5015487RI-IN | 5/25/18 | $615.35 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234413 | $6,088.60 | 7/20/18 | 5015724RI-IN | 5/25/18 | $61.09 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235649 | $1,591.23 | 7/27/18 | 5022073RI-IN | 5/30/18 | $665.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235649 | $1,591.23 | 7/27/18 | 5020928RI-IN | 5/30/18 | $516.35 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235649 | $1,591.23 | 7/27/18 | 5023450RI-IN | 5/31/18 | $409.10 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238071 | $546.46 | 8/10/18 | 5045957RI-IN | 6/13/18 | $663.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238071 | $546.46 | 8/10/18 | 5106293RI-DM | 7/17/18 | -$117.30 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238471 | $1,289.29 | 8/14/18 | 5053250RI-IN | 6/18/18 | $1,289.29 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239555 | $638.08 | 8/21/18 | 4620206RI-IN | 10/9/17 | $638.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240160 | $6,069.31 | 8/24/18 | 4903241RI-IN | 3/22/18 | $107.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240160 | $6,069.31 | 8/24/18 | 5050688RI-IN | 6/15/18 | $1,573.59 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240160 | $6,069.31 | 8/24/18 | 5052364RI-IN | 6/15/18 | $1,364.66 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240160 | $6,069.31 | 8/24/18 | 5073888RI-IN | 6/28/18 | $1,043.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240160 | $6,069.31 | 8/24/18 | 5073667RI-IN | 6/28/18 | $288.58 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240160 | $6,069.31 | 8/24/18 | 5076377RI-IN | 6/29/18 | $1,269.41 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240160 | $6,069.31 | 8/24/18 | 5077550RI-IN | 6/29/18 | $669.73 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240160 | $6,069.31 | 8/24/18 | 5159531RI-DM | 8/15/18 | -$248.18 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241450 | $1,421.31 | 8/31/18 | 4910345RI-DM | 3/27/18 | -$58.13 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241450 | $1,421.31 | 8/31/18 | 5039098RI-IN | 6/8/18 | $1,479.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241900 | $297.24 | 9/4/18 | 5083491RI-IN | 7/3/18 | $297.24 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242358 | $1,787.73 | 9/7/18 | 5077145RI-IN | 6/29/18 | $23.31 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242358 | $1,787.73 | 9/7/18 | 5100487RI-IN | 7/13/18 | $892.21 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242358 | $1,787.73 | 9/7/18 | 5101421RI-IN | 7/13/18 | $872.21 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243283 | $925.94 | 9/14/18 | 4642647RI-IN | 10/20/17 | $585.67 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243283 | $925.94 | 9/14/18 | 5104706RI-IN | 7/17/18 | $340.27 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244262 | $504.82 | 9/21/18 | 5118835RI-IN | 7/24/18 | $504.82 |

Totals:    11 transfer(s),  $21,160.01