Defendant: **Evenflo Feeding Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $13,284.38 | 7/24/18 | O/A | | $13,284.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | 57424 | 4/5/18 | $388.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | 8361AD040818A9B | 4/7/18 | $431.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | 8361AD041518BFB | 4/14/18 | $273.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | 8361AD042218BBB | 4/20/18 | $151.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | 8361AD042918BCB | 4/28/18 | $295.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | 8361AD050618BAB | 5/5/18 | $318.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | 8361AD051318A7B | 5/11/18 | $51.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | CD3102393ED | 5/14/18 | -$110.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | ACH051418 | 5/14/18 | -$2,042.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | 8361AD052018BAB | 5/18/18 | $264.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | 58964 | 5/23/18 | $875.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | 58966 | 5/23/18 | $751.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | 58969 | 5/23/18 | $209.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | 58968 | 5/23/18 | $125.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | 58968 | 5/23/18 | $97.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | 58965 | 5/23/18 | $70.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | 58963 | 5/23/18 | $42.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | 58967 | 5/23/18 | $32.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | 59062 | 5/25/18 | $769.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | CD3102496ED | 5/25/18 | -$102.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | ACH052518 | 5/25/18 | -$2,001.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | 59402 | 6/5/18 | $478.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | 59407 | 6/5/18 | $456.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | 59406 | 6/5/18 | $254.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | 59404 | 6/5/18 | $181.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | 59402 | 6/5/18 | $138.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | 59408 | 6/5/18 | $97.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | 59431 | 6/5/18 | $97.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | 59403 | 6/5/18 | $83.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | 59412 | 6/5/18 | $32.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | 59409 | 6/5/18 | $29.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | 59411 | 6/5/18 | $28.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | 59410 | 6/5/18 | $28.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | 59405 | 6/5/18 | $14.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | 59583 | 6/8/18 | $97.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | 59584 | 6/8/18 | $32.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | CD3102594ED | 6/12/18 | -$180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | ACH061218 | 6/12/18 | -$3,420.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | VPOT991482229 | 6/17/18 | -$116.50 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | 59902 | 6/20/18 | $693.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | 59901 | 6/20/18 | $94.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | 59903 | 6/20/18 | $65.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | MA18153707988R | 6/20/18 | $39.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | 59905 | 6/20/18 | $32.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | 59931 | 6/21/18 | $681.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | 59932 | 6/21/18 | $539.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | 59925 | 6/21/18 | $208.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | 60071 | 6/27/18 | $236.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | 60067 | 6/27/18 | $56.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | 60066 | 6/27/18 | $14.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | 60070 | 6/27/18 | $14.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | 20180767KPW | 6/28/18 | -$161.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | ACH051418ADJ | 7/19/18 | -$51.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999275 | $1,453.29 | 8/29/18 | ACH051418ADJ | 8/2/18 | -$236.52 |

Totals:    2 transfer(s),  $14,737.67