Defendant: **Exchange Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62082777 | $10,114.56 | 7/18/18 | 4181733 | 5/1/18 | $10,114.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084540 | $12,365.49 | 8/21/18 | 5181733 | 6/1/18 | $12,365.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086558 | $9,744.28 | 9/25/18 | 6181733 | 7/2/18 | $9,744.28 |

Totals:   3 transfer(s),  $32,224.33