Defendant: **F & P Mechanical**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62082458 | $1,455.55 | 7/6/18 | KM180011 | 4/24/18 | $707.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082458 | $1,455.55 | 7/6/18 | SH185011 | 4/26/18 | $748.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083027 | $881.11 | 7/13/18 | SH185012 | 5/2/18 | $881.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083432 | $2,007.62 | 7/20/18 | SH185013 | 5/6/18 | $788.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083432 | $2,007.62 | 7/20/18 | SH185014 | 5/7/18 | $484.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083432 | $2,007.62 | 7/20/18 | SH185015 | 5/11/18 | $734.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083792 | $707.07 | 7/27/18 | KM180012 | 5/15/18 | $707.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085103 | $4,405.59 | 8/21/18 | SH185016 | 5/20/18 | $4,405.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087224 | $4,470.85 | 9/27/18 | SH185017 | 6/15/18 | $3,752.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087224 | $4,470.85 | 9/27/18 | KM18013 | 7/8/18 | $717.94 |

Totals:    6 transfer(s),  $13,927.79

F & P Mechanical

Bankruptcy Case: Sears Holding Corporation, et al.