| Defendant: | Henkel Consumer Adhesives |
|---|---|
| Bankruptcy Case: | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982480 | $1,629.77 | 7/23/18 | 112552461 | 5/3/18 | $500.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982480 | $1,629.77 | 7/23/18 | 112552459 | 5/3/18 | $280.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982480 | $1,629.77 | 7/23/18 | 112552460 | 5/3/18 | $157.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982480 | $1,629.77 | 7/23/18 | 112564699 | 5/5/18 | $386.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982480 | $1,629.77 | 7/23/18 | 112564700 | 5/5/18 | $208.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982480 | $1,629.77 | 7/23/18 | 112589647 | 5/10/18 | $389.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982480 | $1,629.77 | 7/23/18 | 8361AD070818A41 | 7/6/18 | -$0.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982480 | $1,629.77 | 7/23/18 | MA18188712433 | 7/7/18 | -$292.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985870 | $1,513.56 | 7/30/18 | 112565086 | 5/5/18 | $146.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985870 | $1,513.56 | 7/30/18 | 112589646 | 5/10/18 | $543.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985870 | $1,513.56 | 7/30/18 | 112627409 | 5/17/18 | $329.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985870 | $1,513.56 | 7/30/18 | 112633675 | 5/17/18 | $225.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985870 | $1,513.56 | 7/30/18 | 112641809 | 5/18/18 | $268.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989299 | $2,670.48 | 8/8/18 | 112597597 | 5/11/18 | $543.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989299 | $2,670.48 | 8/8/18 | 112633678 | 5/17/18 | $611.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989299 | $2,670.48 | 8/8/18 | 112633677 | 5/17/18 | $171.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989299 | $2,670.48 | 8/8/18 | 112659606 | 5/23/18 | $339.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989299 | $2,670.48 | 8/8/18 | 112667297 | 5/24/18 | $532.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989299 | $2,670.48 | 8/8/18 | 112667301 | 5/24/18 | $494.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989299 | $2,670.48 | 8/8/18 | 112667299 | 5/24/18 | $288.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989299 | $2,670.48 | 8/8/18 | 112667298 | 5/24/18 | $142.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989299 | $2,670.48 | 8/8/18 | 8361AD072218A25 | 7/20/18 | -$3.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989299 | $2,670.48 | 8/8/18 | 7793060868 | 7/22/18 | -$0.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989299 | $2,670.48 | 8/8/18 | VPASN993117259 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989299 | $2,670.48 | 8/8/18 | VPASN993117260 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989299 | $2,670.48 | 8/8/18 | VPASN993117261 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992843 | $1,992.41 | 8/15/18 | 112667296 | 5/24/18 | $424.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992843 | $1,992.41 | 8/15/18 | 112667293 | 5/24/18 | $302.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992843 | $1,992.41 | 8/15/18 | 112667294 | 5/24/18 | $258.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992843 | $1,992.41 | 8/15/18 | 112667302 | 5/24/18 | $100.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992843 | $1,992.41 | 8/15/18 | 112708993 | 5/31/18 | $515.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992843 | $1,992.41 | 8/15/18 | 112708994 | 5/31/18 | $381.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992843 | $1,992.41 | 8/15/18 | 112708997 | 5/31/18 | $190.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992843 | $1,992.41 | 8/15/18 | 112715968 | 6/1/18 | $120.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992843 | $1,992.41 | 8/15/18 | 8361AD072918A40 | 7/27/18 | -$1.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992843 | $1,992.41 | 8/15/18 | VPASN993118012 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992843 | $1,992.41 | 8/15/18 | VPASN993118013 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997065 | $1,148.91 | 8/22/18 | 112704132 | 5/30/18 | $185.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997065 | $1,148.91 | 8/22/18 | 112715970 | 6/1/18 | $143.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997065 | $1,148.91 | 8/22/18 | 112746571 | 6/7/18 | $442.12 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780997065 | $1,148.91 | 8/22/18 | 112746572 | 6/7/18 | $318.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997065 | $1,148.91 | 8/22/18 | 112746570 | 6/7/18 | $135.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997065 | $1,148.91 | 8/22/18 | 112753231 | 6/8/18 | $182.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997065 | $1,148.91 | 8/22/18 | 8361AD080518A59 | 8/3/18 | -$7.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997065 | $1,148.91 | 8/22/18 | MA18216712433 | 8/4/18 | -$246.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997065 | $1,148.91 | 8/22/18 | 4206023449 | 8/6/18 | -$3.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997065 | $1,148.91 | 8/22/18 | 9420055242 | 8/7/18 | -$1.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000409 | $635.09 | 8/31/18 | 112746569 | 6/7/18 | $387.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000409 | $635.09 | 8/31/18 | 112753230 | 6/8/18 | $251.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000409 | $635.09 | 8/31/18 | 7788029018 | 8/7/18 | -$3.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003898 | $2,090.03 | 9/7/18 | 112808279 | 6/19/18 | $562.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003898 | $2,090.03 | 9/7/18 | 112808276 | 6/19/18 | $252.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003898 | $2,090.03 | 9/7/18 | 112815305 | 6/20/18 | $291.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003898 | $2,090.03 | 9/7/18 | 112815306 | 6/20/18 | $217.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003898 | $2,090.03 | 9/7/18 | 112822810 | 6/21/18 | $225.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003898 | $2,090.03 | 9/7/18 | 112822812 | 6/21/18 | $205.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003898 | $2,090.03 | 9/7/18 | 112822809 | 6/21/18 | $190.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003898 | $2,090.03 | 9/7/18 | 112822814 | 6/21/18 | $149.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003898 | $2,090.03 | 9/7/18 | 112822815 | 6/21/18 | $10.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003898 | $2,090.03 | 9/7/18 | 9419032222 | 8/15/18 | -$3.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003898 | $2,090.03 | 9/7/18 | 7068025664 | 8/20/18 | -$3.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003898 | $2,090.03 | 9/7/18 | 4136018883 | 8/20/18 | -$3.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003898 | $2,090.03 | 9/7/18 | 7752047954 | 8/21/18 | -$3.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007357 | $5,398.57 | 9/14/18 | 112815307 | 6/20/18 | $409.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007357 | $5,398.57 | 9/14/18 | 112822807 | 6/21/18 | $475.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007357 | $5,398.57 | 9/14/18 | 112822813 | 6/21/18 | $318.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007357 | $5,398.57 | 9/14/18 | 112831483 | 6/22/18 | $1,149.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007357 | $5,398.57 | 9/14/18 | 112831486 | 6/22/18 | $558.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007357 | $5,398.57 | 9/14/18 | 112842422 | 6/25/18 | $691.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007357 | $5,398.57 | 9/14/18 | 112842423 | 6/25/18 | $261.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007357 | $5,398.57 | 9/14/18 | 112860194 | 6/27/18 | $552.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007357 | $5,398.57 | 9/14/18 | 112860195 | 6/27/18 | $395.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007357 | $5,398.57 | 9/14/18 | 112860193 | 6/27/18 | $262.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007357 | $5,398.57 | 9/14/18 | 112878697 | 6/28/18 | $178.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007357 | $5,398.57 | 9/14/18 | 112870529 | 6/28/18 | $145.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007357 | $5,398.57 | 9/14/18 | 8361AD082618A81 | 8/24/18 | -$1.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011516 | $831.82 | 9/21/18 | 112870528 | 6/28/18 | $412.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011516 | $831.82 | 9/21/18 | 112905215 | 7/3/18 | $234.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011516 | $831.82 | 9/21/18 | 112917490 | 7/5/18 | $438.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011516 | $831.82 | 9/21/18 | 112917489 | 7/5/18 | $333.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011516 | $831.82 | 9/21/18 | 9389019666 | 8/5/18 | -$1.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011516 | $831.82 | 9/21/18 | 3725032504 | 8/28/18 | -$0.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011516 | $831.82 | 9/21/18 | 7570061447 | 8/28/18 | -$1.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011516 | $831.82 | 9/21/18 | 3059047785 | 8/29/18 | -$1.45 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011516 | $831.82 | 9/21/18 | 8361AD090218A50 | 8/31/18 | -$0.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011516 | $831.82 | 9/21/18 | MA18244712433 | 9/1/18 | -$282.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011516 | $831.82 | 9/21/18 | VPASN993120075 | 9/2/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011516 | $831.82 | 9/21/18 | VPASN993120076 | 9/2/18 | -$150.00 |

**Totals:** 9 transfer(s), $17,910.64