Defendant: **Hylands Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982512 | $501.46 | 7/23/18 | HYI346948 | 4/30/18 | $293.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982512 | $501.46 | 7/23/18 | HYI347452 | 5/7/18 | $381.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982512 | $501.46 | 7/23/18 | 8361AD062418AT0 | 6/22/18 | -$19.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982512 | $501.46 | 7/23/18 | VPOT991482836 | 6/24/18 | -$120.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982512 | $501.46 | 7/23/18 | 3268015155 | 6/27/18 | -$7.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982512 | $501.46 | 7/23/18 | 8361AD070118AX3 | 6/29/18 | -$16.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982512 | $501.46 | 7/23/18 | 8361AD070818AT8 | 7/6/18 | -$10.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985898 | $312.11 | 7/30/18 | HYI347836 | 5/11/18 | $318.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985898 | $312.11 | 7/30/18 | 8361AD071518AR9 | 7/13/18 | -$6.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989327 | $2,234.36 | 8/8/18 | HYI348843 | 5/24/18 | $2,261.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989327 | $2,234.36 | 8/8/18 | 8361AD072218AS9 | 7/20/18 | -$26.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992884 | $347.58 | 8/15/18 | HYI348984 | 5/25/18 | $390.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992884 | $347.58 | 8/15/18 | 8361AD072918AT6 | 7/27/18 | -$29.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992884 | $347.58 | 8/15/18 | 7223068983 | 7/29/18 | -$14.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000439 | $280.84 | 8/31/18 | HYI349951 | 6/8/18 | $369.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000439 | $280.84 | 8/31/18 | 8361AD080518AV1 | 8/3/18 | -$43.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000439 | $280.84 | 8/31/18 | 210161CPN | 8/4/18 | -$5.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000439 | $280.84 | 8/31/18 | 8361AD081218AQ3 | 8/10/18 | -$40.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003929 | $586.35 | 9/7/18 | HYI350566 | 6/18/18 | $586.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007383 | $551.27 | 9/14/18 | HYI351148 | 6/25/18 | $586.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007383 | $551.27 | 9/14/18 | 8361AD082618AW3 | 8/24/18 | -$35.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011543 | $19,669.05 | 9/21/18 | HYI351483 | 6/28/18 | $19,681.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011543 | $19,669.05 | 9/21/18 | 8361AD090218AU4 | 8/31/18 | -$12.02 |

Totals:    8 transfer(s),  $24,483.02