| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | **Jacob Carrasquillo** | | | | | | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | | | | | | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | | | | | | |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234341 | $1,209.00 | 7/20/18 | 23949696A-IN | 7/20/18 | $1,209.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236068 | $1,488.00 | 7/31/18 | 23990301A-IN | 7/31/18 | $1,488.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236565 | $1,244.34 | 8/2/18 | 23820473C-IN | 8/2/18 | $930.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236565 | $1,244.34 | 8/2/18 | 23820473A-IN | 8/2/18 | $314.34 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237238 | $1,302.00 | 8/6/18 | 23965124A-IN | 8/6/18 | $1,302.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238823 | $2,139.00 | 8/16/18 | 23939278A-IN | 8/15/18 | $2,139.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239273 | $1,116.00 | 8/20/18 | 24100409A-IN | 8/20/18 | $1,116.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240557 | $883.50 | 8/28/18 | 24158292B-IN | 8/27/18 | $883.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241729 | $1,953.00 | 9/4/18 | 24092845A-IN | 8/31/18 | $1,953.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244410 | $1,209.00 | 9/24/18 | 24020372A-IN | 9/24/18 | $1,209.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245236 | $2,418.00 | 9/28/18 | 24303290A-IN | 9/28/18 | $1,953.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245236 | $2,418.00 | 9/28/18 | 24200491A-IN | 9/28/18 | $465.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246621 | $2,115.75 | 10/8/18 | 24195761A-IN | 10/8/18 | $2,115.75 |

**Totals:**    **11 transfer(s),  $17,077.59**