Defendant: **Jmh Home Improvement Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233959 | $2,000.00 | 7/19/18 | 23865883A-IN | 7/18/18 | $2,000.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234774 | $3,964.19 | 7/24/18 | 23865883A-IN | 7/23/18 | $3,964.19 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236256 | $895.91 | 8/1/18 | 24025962A-IN | 8/1/18 | $895.91 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237087 | $2,825.23 | 8/6/18 | 23859961A-IN | 8/5/18 | $2,825.23 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239394 | $3,622.92 | 8/21/18 | 23824121A-IN | 8/20/18 | $2,819.92 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239394 | $3,622.92 | 8/21/18 | 23824121B-IN | 8/20/18 | $803.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242106 | $4,211.83 | 9/6/18 | 24163156A-IN | 9/5/18 | $4,211.83 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242449 | $270.00 | 9/10/18 | 24451550A-IN | 9/9/18 | $270.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243965 | $150.00 | 9/20/18 | 24452931A-IN | 9/19/18 | $150.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244340 | $1,990.82 | 9/24/18 | 24122816B-IN | 9/24/18 | $1,990.82 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244730 | $320.00 | 9/26/18 | 24535075A-IN | 9/25/18 | $170.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244730 | $320.00 | 9/26/18 | 24452931B-IN | 9/25/18 | $150.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246197 | $170.00 | 10/5/18 | 24426115A-IN | 10/4/18 | $170.00 |

Totals:    11 transfer(s),  $20,420.90