Defendant: **Kierston Motley**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742959 | $18,110.66 | 9/7/18 | 23735643ACR-IN | 9/7/18 | $18,110.66 |

**Totals:**    **1 transfer(s),  $18,110.66**