Defendant:      **Metro Plumbing**

Bankruptcy Case    **Sears Holding Corporation, et al.**

Preference Period:    **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 74359 | 4/21/17 | $337.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 74147 | 4/21/17 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 74146 | 4/21/17 | $134.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 75844 | 9/15/17 | $150.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 76926 | 11/27/17 | $134.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 76899 | 12/4/17 | $106.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 77024 | 12/7/17 | $172.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 77211 | 12/9/17 | $627.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 77031 | 12/12/17 | $144.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 77259 | 12/13/17 | $906.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 77049 | 12/20/17 | $265.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 77244 | 12/20/17 | $116.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 77277 | 12/27/17 | $358.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 77367 | 12/29/17 | $116.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 77404 | 12/30/17 | $116.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 77370 | 1/2/18 | $134.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 77379 | 1/4/18 | $129.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 77472 | 1/13/18 | $150.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 77346 | 1/16/18 | $199.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 77562 | 1/17/18 | $150.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 77438 | 1/18/18 | $129.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 77151 | 1/20/18 | $674.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 77153 | 1/20/18 | $179.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 77521 | 1/21/18 | $181.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 77589 | 1/24/18 | $150.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 77761 | 1/29/18 | $150.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 77169 | 1/30/18 | $150.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 77768 | 1/31/18 | $150.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 77727 | 2/1/18 | $440.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 77831 | 2/8/18 | $254.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 77782 | 2/9/18 | $191.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 77199 | 2/16/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 77864 | 2/19/18 | $171.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 78003 | 2/19/18 | $150.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 78002 | 2/19/18 | $119.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 78058 | 2/21/18 | $150.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 78062 | 2/21/18 | $98.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 78074 | 2/28/18 | $150.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 78078 | 3/1/18 | $440.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 77976 | 3/1/18 | $129.63 |

Metro Plumbing

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 77980 | 3/5/18 | $150.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 78118 | 3/7/18 | $150.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 78121 | 3/8/18 | $88.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 78123 | 3/9/18 | $150.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 78204 | 3/16/18 | $283.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 78153 | 3/16/18 | $222.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 78261 | 3/20/18 | $339.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 78214 | 3/21/18 | $295.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 78508 | 4/11/18 | $134.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 78461 | 4/11/18 | $119.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 78513 | 4/13/18 | $150.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 78421 | 4/14/18 | $129.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 78470 | 4/16/18 | $295.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 78473 | 4/16/18 | $191.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 78425 | 4/16/18 | $181.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 78519 | 4/17/18 | $181.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 78557 | 4/17/18 | $119.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 78562 | 4/18/18 | $191.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 78561 | 4/18/18 | $150.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 78570 | 4/21/18 | $337.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082123 | $12,937.86 | 7/2/18 | 78673A | 5/8/18 | $93.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082520 | $1,544.11 | 7/9/18 | 76417 | 11/9/17 | $197.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082520 | $1,544.11 | 7/9/18 | 76397 | 11/15/17 | $181.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082520 | $1,544.11 | 7/9/18 | 76943 | 12/2/17 | $144.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082520 | $1,544.11 | 7/9/18 | 78542 | 4/28/18 | $181.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082520 | $1,544.11 | 7/9/18 | 78657 | 4/30/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082520 | $1,544.11 | 7/9/18 | 78658 | 4/30/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082520 | $1,544.11 | 7/9/18 | 78663 | 5/2/18 | $181.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082520 | $1,544.11 | 7/9/18 | 78720 | 5/3/18 | $191.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083088 | $897.36 | 7/16/18 | 78724 | 5/4/18 | $150.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083088 | $897.36 | 7/16/18 | 78735 | 5/8/18 | $171.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083088 | $897.36 | 7/16/18 | 78673 | 5/8/18 | $78.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083088 | $897.36 | 7/16/18 | 78741 | 5/9/18 | $129.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083088 | $897.36 | 7/16/18 | 78744 | 5/10/18 | $197.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083088 | $897.36 | 7/16/18 | 78679 | 5/10/18 | $171.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083470 | $418.95 | 7/23/18 | 78760 | 5/15/18 | $502.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083470 | $418.95 | 7/23/18 | 78673KW | 7/5/18 | -$83.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083854 | $119.26 | 7/30/18 | 78860 | 5/18/18 | $119.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084235 | $1,181.76 | 8/8/18 | 76381 | 11/4/17 | $155.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084235 | $1,181.76 | 8/8/18 | 76695 | 11/10/17 | $233.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084235 | $1,181.76 | 8/8/18 | 77481 | 1/17/18 | $492.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084235 | $1,181.76 | 8/8/18 | 78917 | 5/28/18 | $149.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084235 | $1,181.76 | 8/8/18 | 78897 | 5/30/18 | $150.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084803 | $311.11 | 8/15/18 | 78926 | 6/1/18 | $129.63 |

Metro Plumbing

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62084803 | $311.11 | 8/15/18 | 78971 | 6/7/18 | $93.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084803 | $311.11 | 8/15/18 | 78972 | 6/7/18 | $88.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085130 | $1,057.74 | 8/22/18 | 79009 | 6/9/18 | $181.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085130 | $1,057.74 | 8/22/18 | 79063 | 6/11/18 | $160.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085130 | $1,057.74 | 8/22/18 | 79072 | 6/13/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085130 | $1,057.74 | 8/22/18 | 79152 | 6/13/18 | $181.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085130 | $1,057.74 | 8/22/18 | 79159 | 6/14/18 | $150.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085130 | $1,057.74 | 8/22/18 | 79151 | 6/14/18 | $150.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085505 | $632.56 | 8/31/18 | 79166 | 6/18/18 | $337.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085505 | $632.56 | 8/31/18 | 78998 | 6/21/18 | $295.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085885 | $300.74 | 9/7/18 | 79177 | 6/25/18 | $150.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085885 | $300.74 | 9/7/18 | 79268 | 6/28/18 | $150.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086336 | $1,016.25 | 9/14/18 | 78424 | 4/16/18 | $119.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086336 | $1,016.25 | 9/14/18 | 78475 | 4/18/18 | $492.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086336 | $1,016.25 | 9/14/18 | 79277 | 6/30/18 | $150.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086336 | $1,016.25 | 9/14/18 | 79229 | 7/2/18 | $254.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086907 | $404.42 | 9/21/18 | 79303 | 7/5/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086907 | $404.42 | 9/21/18 | 79038 | 7/6/18 | $171.10 |

**Totals:**    **12 transfer(s),  $20,822.12**

Metro Plumbing

Bankruptcy Case: Sears Holding Corporation, et al.

February 14, 2020

Exhibit A