Defendant: **Metro Puerto Rico LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989581 | $2,093.00 | 8/8/18 | 18585 | 5/24/18 | $2,093.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997335 | $6,900.00 | 8/22/18 | 518KMTAM0097 | 6/1/18 | $6,900.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000706 | $5,000.00 | 8/31/18 | 18753 | 6/11/18 | $4,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000706 | $5,000.00 | 8/31/18 | 18746 | 6/11/18 | $1,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007663 | $2,000.00 | 9/14/18 | 18854 | 6/25/18 | $1,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007663 | $2,000.00 | 9/14/18 | 18982 | 6/29/18 | $1,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011771 | $6,900.00 | 9/21/18 | 618KMTAM0097 | 7/2/18 | $6,900.00 |

Totals:    5 transfer(s),  $22,893.00