Defendant: **MHI Ohio Commerce Center**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171093 | $3,861.71 | 7/23/18 | 0000071918 | 7/19/18 | $3,093.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171093 | $3,861.71 | 7/23/18 | 0000071918 | 7/19/18 | $767.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 122493 | $517.78 | 8/9/18 | 0000097424 | 7/23/18 | $517.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172592 | $3,861.71 | 8/24/18 | 0000082218 | 8/22/18 | $3,093.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172592 | $3,861.71 | 8/24/18 | 0000082218 | 8/22/18 | $767.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 124768 | $517.78 | 9/6/18 | 0000098020 | 8/22/18 | $517.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173927 | $3,861.71 | 9/24/18 | 0000092018 | 9/20/18 | $3,093.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173927 | $3,861.71 | 9/24/18 | 0000092018 | 9/20/18 | $767.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 126924 | $517.78 | 10/11/18 | 0000098401 | 9/24/18 | $517.78 |

Totals:    6 transfer(s),  $13,138.47