Defendant: **Mindsinsync Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-24960 | $8,101.22 | 8/17/18 | 201818889352 | 5/20/18 | $8,101.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24961 | $10,179.12 | 8/21/18 | 201818889345 | 5/24/18 | $10,179.12 |

Totals:  2 transfer(s),  $18,280.34