| Defendant: | **Neopost** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH | $10,000.00 | 8/10/18 | O/A | | $10,000.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH | $10,000.00 | 10/4/18 | O/A | | $10,000.00 |

**Totals:     2 transfer(s),  $20,000.00**