Defendant: **Orchid Recycling Services**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $7,680.00 | 9/19/18 | O/A | | $7,680.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $4,500.00 | 9/26/18 | O/A | | $4,500.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $8,960.00 | 10/1/18 | O/A | | $8,960.00 |

Totals: 3 transfer(s), $21,140.00