Defendant: **Peggs Co.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980038 | $18,256.00 | 7/17/18 | 509470 | 5/3/18 | $18,068.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980038 | $18,256.00 | 7/17/18 | 510543 | 5/3/18 | $187.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983991 | $96.00 | 7/25/18 | 507733 | 5/11/18 | $96.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993912 | $2,123.17 | 8/16/18 | 5312018 | 5/31/18 | $798.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993912 | $2,123.17 | 8/16/18 | 5312018 | 5/31/18 | $563.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993912 | $2,123.17 | 8/16/18 | 5312018 | 5/31/18 | $546.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993912 | $2,123.17 | 8/16/18 | 5312018 | 5/31/18 | $214.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996702 | $648.75 | 8/21/18 | 513223 | 6/5/18 | $648.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002037 | $257.45 | 9/4/18 | 513958 | 6/15/18 | $219.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002037 | $257.45 | 9/4/18 | 516007 | 6/15/18 | $37.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009105 | $2,882.35 | 9/18/18 | 6302018 | 6/30/18 | $1,724.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009105 | $2,882.35 | 9/18/18 | 6302018 | 6/30/18 | $1,158.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011226 | $219.95 | 9/20/18 | 517726 | 7/3/18 | $219.95 |

Totals:    7 transfer(s),  $24,483.67