Defendant: **Promociones Coqui**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

### Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780993253 | $7,684.50 | 8/15/18 | 518KMARTAM | 6/1/18 | $7,684.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011832 | $7,684.50 | 9/21/18 | 618KMARTAM | 7/2/18 | $7,684.50 |

Totals: 2 transfer(s), $15,369.00