Defendant: **Protokulture LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $1,500.00 | 7/17/18 | 6038 | 7/3/18 | $1,500.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $15,525.00 | 8/8/18 | 6037 | 7/3/18 | $15,525.00 |

Totals:    2 transfer(s),  $17,025.00