| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | **S L Distribution Company Inc.** | | | | | | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | | | | | | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | | | | | | |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980219 | $1,733.84 | 7/17/18 | 9626124 | 6/21/18 | $168.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980219 | $1,733.84 | 7/17/18 | 9626124 | 6/21/18 | -$20.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980219 | $1,733.84 | 7/17/18 | 3760620 | 6/22/18 | $283.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980219 | $1,733.84 | 7/17/18 | 2952597 | 6/22/18 | $97.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980219 | $1,733.84 | 7/17/18 | 16303437 | 6/22/18 | $62.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980219 | $1,733.84 | 7/17/18 | 11658264 | 6/22/18 | $41.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980219 | $1,733.84 | 7/17/18 | 376019 | 6/22/18 | $27.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980219 | $1,733.84 | 7/17/18 | 68858855 | 6/22/18 | $16.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980219 | $1,733.84 | 7/17/18 | 17782827 | 6/25/18 | $241.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980219 | $1,733.84 | 7/17/18 | 46407067 | 6/25/18 | $114.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980219 | $1,733.84 | 7/17/18 | 80467856 | 6/25/18 | $99.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980219 | $1,733.84 | 7/17/18 | 3144639 | 6/26/18 | $461.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980219 | $1,733.84 | 7/17/18 | 3586326 | 6/26/18 | $350.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980219 | $1,733.84 | 7/17/18 | 3882461 | 6/26/18 | $217.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980219 | $1,733.84 | 7/17/18 | 6065393 | 6/26/18 | $64.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980219 | $1,733.84 | 7/17/18 | 3144640 | 6/26/18 | $55.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980219 | $1,733.84 | 7/17/18 | 586634 | 6/26/18 | $46.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980219 | $1,733.84 | 7/17/18 | 71355981 | 6/27/18 | $132.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980219 | $1,733.84 | 7/17/18 | 1052036 | 6/27/18 | $102.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980219 | $1,733.84 | 7/17/18 | 71355982 | 6/27/18 | -$67.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980219 | $1,733.84 | 7/17/18 | 41361816 | 6/29/18 | -$1.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980219 | $1,733.84 | 7/17/18 | 68858910 | 6/29/18 | -$26.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980219 | $1,733.84 | 7/17/18 | MA18181713935 | 6/30/18 | -$732.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983495 | $1,110.51 | 7/24/18 | 9626171 | 6/28/18 | $213.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983495 | $1,110.51 | 7/24/18 | 9626171 | 6/28/18 | -$10.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983495 | $1,110.51 | 7/24/18 | 2952635 | 6/29/18 | $324.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983495 | $1,110.51 | 7/24/18 | 41361815 | 6/29/18 | $205.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983495 | $1,110.51 | 7/24/18 | 3509763 | 6/29/18 | $176.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983495 | $1,110.51 | 7/24/18 | 68858911 | 6/29/18 | $110.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983495 | $1,110.51 | 7/24/18 | 16303465 | 6/29/18 | $64.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983495 | $1,110.51 | 7/24/18 | 41361824 | 7/2/18 | $102.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983495 | $1,110.51 | 7/24/18 | 11658332 | 7/4/18 | $20.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983495 | $1,110.51 | 7/24/18 | 11658333 | 7/4/18 | -$1.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983495 | $1,110.51 | 7/24/18 | 587516 | 7/5/18 | -$20.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983495 | $1,110.51 | 7/24/18 | 89644731 | 7/5/18 | -$34.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983495 | $1,110.51 | 7/24/18 | 27802868 | 7/6/18 | -$16.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983495 | $1,110.51 | 7/24/18 | 68962681 | 7/6/18 | -$23.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986966 | $3,045.63 | 7/31/18 | 9626241 | 7/5/18 | $325.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986966 | $3,045.63 | 7/31/18 | 89644730 | 7/5/18 | $97.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986966 | $3,045.63 | 7/31/18 | 9626241 | 7/5/18 | -$23.52 |

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986966 | $3,045.63 | 7/31/18 | 3144674 | 7/6/18 | $583.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986966 | $3,045.63 | 7/31/18 | 2952690 | 7/6/18 | $259.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986966 | $3,045.63 | 7/31/18 | 1052126 | 7/6/18 | $237.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986966 | $3,045.63 | 7/31/18 | 68962680 | 7/6/18 | $132.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986966 | $3,045.63 | 7/31/18 | 68858955 | 7/6/18 | $33.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986966 | $3,045.63 | 7/31/18 | 39374336 | 7/9/18 | $246.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986966 | $3,045.63 | 7/31/18 | 9626247 | 7/9/18 | $140.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986966 | $3,045.63 | 7/31/18 | 80467911 | 7/9/18 | $93.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986966 | $3,045.63 | 7/31/18 | 9626247 | 7/9/18 | -$16.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986966 | $3,045.63 | 7/31/18 | 3759643 | 7/11/18 | $286.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986966 | $3,045.63 | 7/31/18 | 41361851 | 7/11/18 | $271.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986966 | $3,045.63 | 7/31/18 | 4864769 | 7/11/18 | $194.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986966 | $3,045.63 | 7/31/18 | 85651448 | 7/11/18 | $169.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986966 | $3,045.63 | 7/31/18 | 1052173 | 7/11/18 | $165.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986966 | $3,045.63 | 7/31/18 | 41361852 | 7/11/18 | -$10.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986966 | $3,045.63 | 7/31/18 | 85651449 | 7/11/18 | -$32.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986966 | $3,045.63 | 7/31/18 | 46407211 | 7/16/18 | -$5.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986966 | $3,045.63 | 7/31/18 | 15292551 | 7/17/18 | -$2.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986966 | $3,045.63 | 7/31/18 | 5869711 | 7/17/18 | -$8.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986966 | $3,045.63 | 7/31/18 | 68859024 | 7/17/18 | -$30.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986966 | $3,045.63 | 7/31/18 | 73380936 | 7/17/18 | -$63.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990441 | $1,947.65 | 8/9/18 | 14792889 | 7/13/18 | $182.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990441 | $1,947.65 | 8/9/18 | 25215163 | 7/13/18 | $118.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990441 | $1,947.65 | 8/9/18 | 16303528 | 7/13/18 | $39.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990441 | $1,947.65 | 8/9/18 | 46407210 | 7/16/18 | $159.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990441 | $1,947.65 | 8/9/18 | 3144716 | 7/17/18 | $489.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990441 | $1,947.65 | 8/9/18 | 73380935 | 7/17/18 | $247.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990441 | $1,947.65 | 8/9/18 | 15292550 | 7/17/18 | $158.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990441 | $1,947.65 | 8/9/18 | 5869710 | 7/17/18 | $151.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990441 | $1,947.65 | 8/9/18 | 68859023 | 7/17/18 | $54.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990441 | $1,947.65 | 8/9/18 | 588722 | 7/17/18 | $25.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990441 | $1,947.65 | 8/9/18 | 3500054 | 7/18/18 | $318.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990441 | $1,947.65 | 8/9/18 | 40805593 | 7/18/18 | $136.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990441 | $1,947.65 | 8/9/18 | 11658433 | 7/18/18 | $66.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990441 | $1,947.65 | 8/9/18 | 11658434 | 7/18/18 | -$11.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990441 | $1,947.65 | 8/9/18 | 3500053 | 7/18/18 | -$69.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990441 | $1,947.65 | 8/9/18 | 72567745 | 7/19/18 | -$21.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990441 | $1,947.65 | 8/9/18 | 1597025 | 7/19/18 | -$46.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990441 | $1,947.65 | 8/9/18 | 80467964 | 7/23/18 | -$0.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990441 | $1,947.65 | 8/9/18 | 41361899 | 7/23/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990441 | $1,947.65 | 8/9/18 | 1736008 | 7/23/18 | -$26.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990441 | $1,947.65 | 8/9/18 | 14793013 | 7/24/18 | -$17.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994115 | $4,281.78 | 8/16/18 | 1597024 | 7/19/18 | $533.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994115 | $4,281.78 | 8/16/18 | 72567744 | 7/19/18 | $454.05 |

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780994115 | $4,281.78 | 8/16/18 | 9626359 | 7/19/18 | $269.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994115 | $4,281.78 | 8/16/18 | 9626359 | 7/19/18 | -$16.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994115 | $4,281.78 | 8/16/18 | 83319696 | 7/20/18 | $384.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994115 | $4,281.78 | 8/16/18 | 1052218 | 7/20/18 | $280.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994115 | $4,281.78 | 8/16/18 | 68962737 | 7/20/18 | $203.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994115 | $4,281.78 | 8/16/18 | 2952761 | 7/20/18 | $129.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994115 | $4,281.78 | 8/16/18 | 1736007 | 7/23/18 | $306.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994115 | $4,281.78 | 8/16/18 | 41361898 | 7/23/18 | $239.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994115 | $4,281.78 | 8/16/18 | 3760916 | 7/23/18 | $220.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994115 | $4,281.78 | 8/16/18 | 80467963 | 7/23/18 | $109.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994115 | $4,281.78 | 8/16/18 | 147983012 | 7/24/18 | $134.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994115 | $4,281.78 | 8/16/18 | 6065529 | 7/24/18 | $129.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994115 | $4,281.78 | 8/16/18 | 68962753 | 7/25/18 | $351.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994115 | $4,281.78 | 8/16/18 | 41361915 | 7/25/18 | $256.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994115 | $4,281.78 | 8/16/18 | 68859072 | 7/25/18 | $253.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994115 | $4,281.78 | 8/16/18 | 1052265 | 7/25/18 | $153.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994115 | $4,281.78 | 8/16/18 | 68859069 | 7/25/18 | $30.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994115 | $4,281.78 | 8/16/18 | 68859070 | 7/25/18 | -$63.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994115 | $4,281.78 | 8/16/18 | 3144744 | 7/26/18 | -$3.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994115 | $4,281.78 | 8/16/18 | 32561507 | 7/26/18 | -$58.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994115 | $4,281.78 | 8/16/18 | 46407306 | 7/30/18 | -$18.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998097 | $1,353.23 | 8/23/18 | 3144743 | 7/26/18 | $421.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998097 | $1,353.23 | 8/23/18 | 9626414 | 7/26/18 | $237.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998097 | $1,353.23 | 8/23/18 | 32561506 | 7/26/18 | $177.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998097 | $1,353.23 | 8/23/18 | 9626414 | 7/26/18 | -$16.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998097 | $1,353.23 | 8/23/18 | 68962766 | 7/27/18 | $340.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998097 | $1,353.23 | 8/23/18 | 17783056 | 7/27/18 | $196.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998097 | $1,353.23 | 8/23/18 | 71356197 | 7/27/18 | $135.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998097 | $1,353.23 | 8/23/18 | 16303594 | 7/27/18 | $42.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998097 | $1,353.23 | 8/23/18 | 46407305 | 7/30/18 | $287.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998097 | $1,353.23 | 8/23/18 | 589768 | 7/31/18 | $21.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998097 | $1,353.23 | 8/23/18 | 41361944 | 8/1/18 | $205.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998097 | $1,353.23 | 8/23/18 | 1052320 | 8/1/18 | $151.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998097 | $1,353.23 | 8/23/18 | 40805735 | 8/1/18 | $85.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998097 | $1,353.23 | 8/23/18 | 68859135 | 8/3/18 | -$46.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998097 | $1,353.23 | 8/23/18 | MA18216714612 | 8/4/18 | -$733.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998097 | $1,353.23 | 8/23/18 | 14783152 | 8/7/18 | -$152.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001538 | $2,177.26 | 9/3/18 | 3144764 | 8/2/18 | $329.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001538 | $2,177.26 | 9/3/18 | 9626702 | 8/2/18 | $261.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001538 | $2,177.26 | 9/3/18 | 39374484 | 8/2/18 | $179.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001538 | $2,177.26 | 9/3/18 | 9626702 | 8/2/18 | -$23.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001538 | $2,177.26 | 9/3/18 | 3882712 | 8/3/18 | $377.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001538 | $2,177.26 | 9/3/18 | 2952830 | 8/3/18 | $162.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001538 | $2,177.26 | 9/3/18 | 80468014 | 8/3/18 | $95.17 |

S L Distribution Company Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781001538 | $2,177.26 | 9/3/18 | 68859134 | 8/3/18 | $15.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001538 | $2,177.26 | 9/3/18 | 41361960 | 8/6/18 | $85.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001538 | $2,177.26 | 9/3/18 | 14793151 | 8/7/18 | $132.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001538 | $2,177.26 | 9/3/18 | 83319768 | 8/8/18 | $402.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001538 | $2,177.26 | 9/3/18 | 85651624 | 8/8/18 | $139.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001538 | $2,177.26 | 9/3/18 | 71356080 | 8/8/18 | $101.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001538 | $2,177.26 | 9/3/18 | 1052397 | 8/8/18 | $85.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001538 | $2,177.26 | 9/3/18 | 11658584 | 8/8/18 | $54.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001538 | $2,177.26 | 9/3/18 | 11658586 | 8/8/18 | $3.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001538 | $2,177.26 | 9/3/18 | 11658585 | 8/8/18 | -$2.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001538 | $2,177.26 | 9/3/18 | 85651625 | 8/8/18 | -$4.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001538 | $2,177.26 | 9/3/18 | 88319769 | 8/8/18 | -$54.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001538 | $2,177.26 | 9/3/18 | 3759805 | 8/9/18 | -$12.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001538 | $2,177.26 | 9/3/18 | 71356301 | 8/10/18 | -$22.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001538 | $2,177.26 | 9/3/18 | 68859179 | 8/10/18 | -$86.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001538 | $2,177.26 | 9/3/18 | 15292758 | 8/14/18 | -$42.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004985 | $2,607.99 | 9/10/18 | 79361067 | 8/9/18 | $507.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004985 | $2,607.99 | 9/10/18 | 3586586 | 8/9/18 | $404.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004985 | $2,607.99 | 9/10/18 | 3759806 | 8/9/18 | $297.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004985 | $2,607.99 | 9/10/18 | 9626742 | 8/9/18 | $284.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004985 | $2,607.99 | 9/10/18 | 80468041 | 8/9/18 | $140.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004985 | $2,607.99 | 9/10/18 | 2952869 | 8/9/18 | $97.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004985 | $2,607.99 | 9/10/18 | 9626742 | 8/9/18 | -$30.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004985 | $2,607.99 | 9/10/18 | 3144794 | 8/10/18 | $402.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004985 | $2,607.99 | 9/10/18 | 71356300 | 8/10/18 | $119.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004985 | $2,607.99 | 9/10/18 | 68859178 | 8/10/18 | $108.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004985 | $2,607.99 | 9/10/18 | 16303664 | 8/10/18 | $67.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004985 | $2,607.99 | 9/10/18 | 15292757 | 8/14/18 | $114.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004985 | $2,607.99 | 9/10/18 | 591042 | 8/14/18 | $9.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004985 | $2,607.99 | 9/10/18 | 40805864 | 8/15/18 | $119.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004985 | $2,607.99 | 9/10/18 | 1052453 | 8/15/18 | $94.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004985 | $2,607.99 | 9/10/18 | 1052454 | 8/15/18 | -$20.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004985 | $2,607.99 | 9/10/18 | 3500915 | 8/16/18 | -$4.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004985 | $2,607.99 | 9/10/18 | 25215439 | 8/17/18 | -$17.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004985 | $2,607.99 | 9/10/18 | 3500963 | 8/17/18 | -$39.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004985 | $2,607.99 | 9/10/18 | 68859223 | 8/17/18 | -$46.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008535 | $3,385.18 | 9/17/18 | 9626797 | 8/16/18 | $358.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008535 | $3,385.18 | 9/17/18 | 3500916 | 8/16/18 | $332.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008535 | $3,385.18 | 9/17/18 | 9626797 | 8/16/18 | -$23.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008535 | $3,385.18 | 9/17/18 | 3500964 | 8/17/18 | $1,105.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008535 | $3,385.18 | 9/17/18 | 3144812 | 8/17/18 | $400.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008535 | $3,385.18 | 9/17/18 | 2952905 | 8/17/18 | $227.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008535 | $3,385.18 | 9/17/18 | 25215440 | 8/17/18 | $127.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008535 | $3,385.18 | 9/17/18 | 68859222 | 8/17/18 | $109.65 |

S L Distribution Company Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008535 | $3,385.18 | 9/17/18 | 16303698 | 8/17/18 | $45.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008535 | $3,385.18 | 9/17/18 | 5869862 | 8/20/18 | $144.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008535 | $3,385.18 | 9/17/18 | 80468077 | 8/20/18 | $57.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008535 | $3,385.18 | 9/17/18 | 8270005 | 8/20/18 | $56.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008535 | $3,385.18 | 9/17/18 | 8270005 | 8/20/18 | -$6.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008535 | $3,385.18 | 9/17/18 | 5869863 | 8/20/18 | -$13.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008535 | $3,385.18 | 9/17/18 | 17783226 | 8/22/18 | $241.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008535 | $3,385.18 | 9/17/18 | 41362021 | 8/22/18 | $214.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008535 | $3,385.18 | 9/17/18 | 1052524 | 8/22/18 | $136.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008535 | $3,385.18 | 9/17/18 | 11658681 | 8/22/18 | $17.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008535 | $3,385.18 | 9/17/18 | 11658682 | 8/22/18 | -$2.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008535 | $3,385.18 | 9/17/18 | 41362022 | 8/22/18 | -$17.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008535 | $3,385.18 | 9/17/18 | 72567993 | 8/23/18 | -$19.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008535 | $3,385.18 | 9/17/18 | 71356406 | 8/24/18 | -$22.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008535 | $3,385.18 | 9/17/18 | 68859276 | 8/24/18 | -$62.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008535 | $3,385.18 | 9/17/18 | 46407518 | 8/27/18 | -$23.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012535 | $1,665.17 | 9/24/18 | 72567992 | 8/23/18 | $629.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012535 | $1,665.17 | 9/24/18 | 89645121 | 8/23/18 | $81.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012535 | $1,665.17 | 9/24/18 | 41362029 | 8/24/18 | $256.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012535 | $1,665.17 | 9/24/18 | 3501065 | 8/24/18 | $255.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012535 | $1,665.17 | 9/24/18 | 2952938 | 8/24/18 | $162.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012535 | $1,665.17 | 9/24/18 | 3501063 | 8/24/18 | $89.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012535 | $1,665.17 | 9/24/18 | 68859275 | 8/24/18 | $45.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012535 | $1,665.17 | 9/24/18 | 71356405 | 8/24/18 | $34.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012535 | $1,665.17 | 9/24/18 | 46407517 | 8/27/18 | $241.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012535 | $1,665.17 | 9/24/18 | 8270068 | 8/28/18 | $205.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012535 | $1,665.17 | 9/24/18 | 8270068 | 8/28/18 | -$16.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012535 | $1,665.17 | 9/24/18 | 1052582 | 8/29/18 | $169.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012535 | $1,665.17 | 9/24/18 | 41362047 | 8/29/18 | $153.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012535 | $1,665.17 | 9/24/18 | 40806022 | 8/29/18 | $153.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012535 | $1,665.17 | 9/24/18 | 68859322 | 8/31/18 | -$2.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012535 | $1,665.17 | 9/24/18 | 3501183 | 8/31/18 | -$7.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012535 | $1,665.17 | 9/24/18 | 3501185 | 8/31/18 | -$34.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012535 | $1,665.17 | 9/24/18 | MA18244715537 | 9/1/18 | -$737.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012535 | $1,665.17 | 9/24/18 | 80468137 | 9/4/18 | -$2.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012535 | $1,665.17 | 9/24/18 | 15292925 | 9/4/18 | -$9.71 |

Totals:     10 transfer(s),  $23,308.24

S L Distribution Company Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

February 14, 2020                                        Exhibit A                                        P. 5