| | | |
|---|---|---|
| Defendant: | **Sanitary Trashmoval Services Inc.** | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62082633 | $4,035.00 | 7/10/18 | 741338 | 4/30/18 | $3,900.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082633 | $4,035.00 | 7/10/18 | 741341 | 4/30/18 | $135.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084354 | $3,200.00 | 8/9/18 | 741383 | 5/31/18 | $2,700.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084354 | $3,200.00 | 8/9/18 | 741384 | 5/31/18 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086033 | $7,450.00 | 9/10/18 | 741490 | 6/30/18 | $4,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086033 | $7,450.00 | 9/10/18 | 741489 | 6/30/18 | $3,450.00 |

Totals:   3 transfer(s),  $14,685.00