Defendant: **Sutton Home Fashions LLC**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984208 | $8,683.40 | 7/25/18 | ACH042318 | 4/23/18 | -$36,019.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984208 | $8,683.40 | 7/25/18 | 6910 | 4/27/18 | $13,346.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984208 | $8,683.40 | 7/25/18 | 6912 | 4/30/18 | $9,567.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984208 | $8,683.40 | 7/25/18 | 6919 | 5/2/18 | $9,567.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984208 | $8,683.40 | 7/25/18 | 6917 | 5/2/18 | $4,904.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984208 | $8,683.40 | 7/25/18 | 6918 | 5/2/18 | $4,502.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984208 | $8,683.40 | 7/25/18 | 6920 | 5/2/18 | $2,814.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $8,683.40 | 7/27/18 | O/A | | $8,683.40 |

Totals:   2 transfer(s),  $17,366.80