Defendant: **Suzanne Anderson**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987027 | $2,749.00 | 7/23/18 | ORN818181976218 | 7/16/18 | $2,749.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990508 | $1,442.00 | 7/30/18 | ORN818182046218 | 7/23/18 | $1,442.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994186 | $1,175.00 | 8/6/18 | ORN818182116218 | 7/30/18 | $1,175.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998155 | $1,322.00 | 8/13/18 | ORN818182186218 | 8/6/18 | $1,322.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001603 | $2,094.00 | 8/20/18 | ORN818182256218 | 8/13/18 | $2,094.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005041 | $1,510.00 | 8/27/18 | ORN818182326218 | 8/20/18 | $1,510.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008590 | $1,822.00 | 9/3/18 | ORN818182396218 | 8/27/18 | $1,822.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012610 | $1,109.00 | 9/10/18 | ORN818182466218 | 9/3/18 | $1,109.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016008 | $772.00 | 9/17/18 | ORN818182536218 | 9/10/18 | $772.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019482 | $1,451.00 | 9/24/18 | ORN818182606218 | 9/17/18 | $1,451.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023045 | $1,231.00 | 10/1/18 | ORN818182676218 | 9/24/18 | $1,231.00 |

Totals:    11 transfer(s),  $16,677.00

Suzanne Anderson

Bankruptcy Case: Sears Holding Corporation, et al.