| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | **Verdis Crane** | | | | | | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | | | | | | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | | | | | | |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742289 | $24,461.09 | 8/6/18 | 23981868ACR-IN | 8/6/18 | $24,461.09 |

**Totals:**  **1 transfer(s),  $24,461.09**