**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **361 Fujian Sports Goods Co. Ltd. dba Fujian Sports Goods Co. Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $18,062.19 | 9/11/2018 | 201819694611 | 6/12/2018 | $18,062.19 |
| **Totals:** | **1 transfer(s),** | **$18,062.19** | | | | | |

361 Fujian Sports Goods Co. Ltd. dba Fujian Sports Goods Co. Ltd. (2226225)
Bankruptcy Case: Sears Holdings Corporation, et al.

Feb 13, 2020                         Exhibit A                         P. 1