**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Accurate Background, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/12/2018 | $7,510.20 | 9/12/2018 | 181081 | 9/5/2018 | $7,510.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/15/2018-2 | $8,893.48 | 8/15/2018 | 176920 | 7/3/2018 | $8,893.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/15/2018-1 | $3,176.84 | 8/15/2018 | 179094 | 8/2/2018 | $3,176.84 |
| **Totals:** | | **3 transfer(s),** | **$19,580.52** | | | | |