

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Admiral Beverage Corporation dba Pepsi-Cola Bottling Company of Black Hills** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781012387 | $939.58 | 9/24/2018 | 3199052257 | 8/8/2018 | $1,140.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008361 | $219.98 | 9/17/2018 | 3199051406 | 7/31/2018 | $219.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004835 | $4,598.82 | 9/10/2018 | 3199050891 | 7/25/2018 | $2,992.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004835 | $4,598.82 | 9/10/2018 | 3199050890 | 7/25/2018 | $1,606.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993935 | $3,262.78 | 8/16/2018 | 3199048617 | 6/29/2018 | $3,262.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990277 | $887.51 | 8/9/2018 | 1990484000 | 6/27/2018 | $1,651.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986821 | $1,547.40 | 7/31/2018 | 3199047802 | 6/20/2018 | $1,547.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983354 | $3,234.91 | 7/24/2018 | 3199047161 | 6/13/2018 | $573.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983354 | $3,234.91 | 7/24/2018 | 3199046756 | 6/8/2018 | $2,661.91 |

**Totals:** 7 transfer(s), $14,690.98

Admiral Beverage Corporation dba Pepsi-Cola Bottling Company of Black Hills (2228386)
Bankruptcy Case: Sears Holdings Corporation, et al.
Feb 13, 2020                                                                                                Exhibit A                                                                                         P. 1