# ask LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Advanced Merchandising Industries Co., Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $12,933.12 | 9/17/2018 | 201819754734 | 6/18/2018 | $3,810.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $12,933.12 | 9/17/2018 | 201819665179 | 6/18/2018 | $2,281.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $12,933.12 | 9/17/2018 | 201819663652-5 | 6/18/2018 | $1,260.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $12,933.12 | 9/17/2018 | 201819663652-4 | 6/18/2018 | $1,247.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $12,933.12 | 9/17/2018 | 201819663652-3 | 6/18/2018 | $675.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $12,933.12 | 9/17/2018 | 201819663652-2 | 6/18/2018 | $1,330.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $12,933.12 | 9/17/2018 | 201819663652-1 | 6/18/2018 | $2,328.48 |

**Totals:**    **1 transfer(s),    $12,933.12**

Advanced Merchandising Industries Co., Ltd. (2226065)
Bankruptcy Case: Sears Holdings Corporation, et al.

Feb 13, 2020                                Exhibit A                                P. 1