**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Berwick Offray (Hong Kong) Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $1,402.21 | 9/4/2018 | 201820434818 | 8/13/2018 | $1,402.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $23,150.28 | 9/18/2018 | 201820785527 | 8/27/2018 | $23,150.28 |
| **Totals:** | | **2 transfer(s),** | **$24,552.49** | | | | |