**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Best Corporation (P) Limited aka Best Corporation Private Limited** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $5,904.90 | 8/1/2018 | 201818649360 | 5/6/2018 | $2,357.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $5,904.90 | 8/1/2018 | 201818649135 | 5/6/2018 | $3,547.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/25/2018 | $8,501.50 | 7/25/2018 | 201818610513 | 4/29/2018 | $3,381.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/25/2018 | $8,501.50 | 7/25/2018 | 201818610421 | 4/29/2018 | $5,120.50 |

**Totals:** 2 transfer(s), $14,406.40