**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Calzado Mi Lord, S.A. De C.V.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/14/2018 | $6,372.31 | 9/14/2018 | 201820400455 | 7/2/2018 | $6,372.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/25/2018 | $7,955.76 | 7/25/2018 | 201819216540-2 | 5/14/2018 | $1,224.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/25/2018 | $7,955.76 | 7/25/2018 | 201819216540-1 | 5/14/2018 | $6,731.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/18/2018 | $3,969.19 | 7/18/2018 | 201818978941 | 5/9/2018 | $3,969.19 |

Totals:    3 transfer(s),    $18,297.26