**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Edward Don & Company, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914402 | $5,044.49 | 8/24/2018 | 22619417 | 7/27/2018 | $5,044.49 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914322 | $11,053.55 | 8/17/2018 | 22607915 | 7/25/2018 | $11,053.55 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913841 | $1,616.12 | 7/20/2018 | 22483745 | 6/25/2018 | $1,616.12 |
| **Totals:** | **3 transfer(s),** | | **$17,714.16** | | | | |