

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665  

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342  

| Defendant: | **Elliott Auto Supply Co., Inc. dba Splash Products Inc.** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995239 | $13,215.35 | 8/17/2018 | 235894 | 5/23/2018 | $522.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995239 | $13,215.35 | 8/17/2018 | 234878 | 4/18/2018 | $537.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995239 | $13,215.35 | 8/17/2018 | 234879 | 4/18/2018 | $508.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995239 | $13,215.35 | 8/17/2018 | 234930 | 4/20/2018 | $537.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995239 | $13,215.35 | 8/17/2018 | 234933 | 4/20/2018 | $806.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995239 | $13,215.35 | 8/17/2018 | 234934 | 4/20/2018 | $537.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995239 | $13,215.35 | 8/17/2018 | 235059 | 4/24/2018 | $762.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995239 | $13,215.35 | 8/17/2018 | 235111 | 4/26/2018 | $537.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995239 | $13,215.35 | 8/17/2018 | 235246 | 5/1/2018 | $537.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995239 | $13,215.35 | 8/17/2018 | 235247 | 5/1/2018 | $806.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995239 | $13,215.35 | 8/17/2018 | 235705 | 5/16/2018 | $268.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995239 | $13,215.35 | 8/17/2018 | 235706 | 5/16/2018 | $537.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995239 | $13,215.35 | 8/17/2018 | 235707 | 5/16/2018 | $268.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995239 | $13,215.35 | 8/17/2018 | 235708 | 5/16/2018 | $2,419.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995239 | $13,215.35 | 8/17/2018 | 234855 | 4/17/2018 | $537.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998706 | $1,969.20 | 8/28/2018 | 236383 | 6/12/2018 | $806.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013184 | $2,150.40 | 9/25/2018 | 236816 | 6/29/2018 | $537.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009292 | $2,242.71 | 9/18/2018 | 236853 | 6/29/2018 | $806.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009292 | $2,242.71 | 9/18/2018 | 236819 | 6/29/2018 | $1,612.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005605 | $2,634.72 | 9/11/2018 | 236784 | 6/27/2018 | $1,344.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005605 | $2,634.72 | 9/11/2018 | 236669 | 6/22/2018 | $537.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995239 | $13,215.35 | 8/17/2018 | 235709 | 5/16/2018 | $268.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005605 | $2,634.72 | 9/11/2018 | 236483 | 6/15/2018 | $537.60 |

Elliott Auto Supply Co., Inc. dba Splash Products Inc. (2219267)  
Bankruptcy Case: Sears Holdings Corporation, et al.  

Feb 13, 2020                                Exhibit A                                P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995239 | $13,215.35 | 8/17/2018 | 235850 | 5/22/2018 | $537.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998706 | $1,969.20 | 8/28/2018 | 236382 | 6/12/2018 | $1,612.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995239 | $13,215.35 | 8/17/2018 | 236141 | 6/4/2018 | $1,075.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995239 | $13,215.35 | 8/17/2018 | 236048 | 5/31/2018 | $537.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995239 | $13,215.35 | 8/17/2018 | 235973 | 5/29/2018 | $1,344.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995239 | $13,215.35 | 8/17/2018 | 235895 | 5/23/2018 | $537.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013184 | $2,150.40 | 9/25/2018 | 237068 | 7/10/2018 | $1,612.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005605 | $2,634.72 | 9/11/2018 | 236514 | 6/18/2018 | $1,612.80 |

**Totals:** 5 transfer(s), $22,212.38