**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Elliott Auto Supply Co., Inc. dba Splash Products Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09327 | $714.00 | 8/20/2018 | 0000236480 | 6/15/2018 | $714.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02920 | $4,021.50 | 8/8/2018 | 0000236149 | 6/4/2018 | $407.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02920 | $4,021.50 | 8/8/2018 | 0000236150 | 6/4/2018 | $611.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02920 | $4,021.50 | 8/8/2018 | 0000236152 | 6/4/2018 | $207.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02920 | $4,021.50 | 8/8/2018 | 0000236156 | 6/4/2018 | $1,428.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02920 | $4,021.50 | 8/8/2018 | 0000236157 | 6/4/2018 | $1,071.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04238 | $1,018.50 | 8/10/2018 | 0000236216 | 6/6/2018 | $1,018.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06068 | $1,050.00 | 8/14/2018 | 0000003000 | 8/10/2018 | $1,050.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02920 | $4,021.50 | 8/8/2018 | 0000236140 | 6/4/2018 | $296.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06875 | $5,266.80 | 8/15/2018 | 0000236336 | 6/11/2018 | $268.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97533 | $268.80 | 7/30/2018 | 0000235927 | 5/24/2018 | $268.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12219 | $296.10 | 8/24/2018 | 0000236601 | 6/20/2018 | $296.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14948 | $472.50 | 8/29/2018 | 0000236695 | 6/25/2018 | $268.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14948 | $472.50 | 8/29/2018 | 0000236696 | 6/25/2018 | $203.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15730 | $407.40 | 8/30/2018 | 0000236771 | 6/26/2018 | $407.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90950 | $79.80 | 7/18/2018 | 0000235609 | 5/14/2018 | $592.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90950 | $79.80 | 7/18/2018 | 0000235610 | 5/14/2018 | $537.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92363 | $207.90 | 7/20/2018 | 0000235717 | 5/16/2018 | $207.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95927 | $392.70 | 7/26/2018 | 0000235871 | 5/22/2018 | $392.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06875 | $5,266.80 | 8/15/2018 | 0000236312 | 6/11/2018 | $4,998.00 |

**Totals:**    12 transfer(s),    $14,196.00

Elliott Auto Supply Co., Inc. dba Splash Products Inc. (2219801)
Bankruptcy Case: Sears Holdings Corporation, et al.

Feb 13, 2020                                                                Exhibit B                                                                P. 1