**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Everlast Sports Mfg. Corp.** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/31/2018 | $948.97 | 8/31/2018 | CIN-0259534 | 9/28/2018 | $61.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/2/2018 | $18,655.56 | 8/2/2018 | CIN-0265215 | 11/5/2018 | $1,563.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $209.72 | 8/8/2018 | CIN-0251658 | 8/13/2018 | $26.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $209.72 | 8/8/2018 | CIN-0251657 | 8/13/2018 | $96.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $209.72 | 8/8/2018 | CIN-0251656 | 8/13/2018 | $96.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $209.72 | 8/8/2018 | CIN-0251655 | 8/13/2018 | $57.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/31/2018 | $948.97 | 8/31/2018 | O/A:275406516 | | $57.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/31/2018 | $948.97 | 8/31/2018 | CIN-0259591 | 9/28/2018 | $83.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/31/2018 | $948.97 | 8/31/2018 | CIN-0259590 | 9/28/2018 | $38.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/31/2018 | $948.97 | 8/31/2018 | CIN-0259589 | 9/28/2018 | $145.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/31/2018 | $948.97 | 8/31/2018 | CIN-0259539 | 9/28/2018 | $57.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/31/2018 | $948.97 | 8/31/2018 | CIN-0259538 | 9/28/2018 | $43.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/31/2018 | $948.97 | 8/31/2018 | CIN-0259537 | 9/28/2018 | $93.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/10/2018 | $183.92 | 9/10/2018 | CIN-0257441 | 9/18/2018 | $3.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/31/2018 | $948.97 | 8/31/2018 | CIN-0259535 | 9/28/2018 | $96.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/10/2018 | $183.92 | 9/10/2018 | CIN-0257442 | 9/18/2018 | $26.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/31/2018 | $948.97 | 8/31/2018 | CIN-0259533 | 9/28/2018 | $51.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/31/2018 | $948.97 | 8/31/2018 | CIN-0259532 | 9/28/2018 | $96.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/31/2018 | $948.97 | 8/31/2018 | CIN-0259531 | 9/28/2018 | $126.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/31/2018 | $948.97 | 8/31/2018 | CIN-0259530 | 9/28/2018 | $126.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/31/2018 | $948.97 | 8/31/2018 | CIN-0259529 | 9/28/2018 | $96.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/31/2018 | $948.97 | 8/31/2018 | CIN-0259528 | 9/28/2018 | $184.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/31/2018 | $948.97 | 8/31/2018 | CIN-0259527 | 9/28/2018 | $126.14 |

Everlast Sports Mfg. Corp. (2220173)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Feb 13, 2020                                    Exhibit A                                    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/2/2018 | $18,655.56 | 8/2/2018 | O/A:8287240499 | | $3,699.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/2/2018 | $18,655.56 | 8/2/2018 | CIN-0265861 | 11/7/2018 | $7,765.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/2/2018 | $18,655.56 | 8/2/2018 | CIN-0265860 | 11/7/2018 | $1,216.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/2/2018 | $18,655.56 | 8/2/2018 | CIN-0265430 | 11/5/2018 | $2,030.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/2/2018 | $18,655.56 | 8/2/2018 | CIN-0265429 | 11/5/2018 | $4,453.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/31/2018 | $948.97 | 8/31/2018 | CIN-0259536 | 9/28/2018 | $30.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/21/2018 | $235.59 | 9/21/2018 | CIN-0258845 | 9/25/2018 | $8.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/26/2018 | $554.89 | 9/26/2018 | CIN-0259288 | 9/27/2018 | $43.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/26/2018 | $554.89 | 9/26/2018 | CIN-0259287 | 9/27/2018 | $114.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/26/2018 | $554.89 | 9/26/2018 | CIN-0259276 | 9/27/2018 | $65.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/26/2018 | $554.89 | 9/26/2018 | CIN-0259275 | 9/27/2018 | $57.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/26/2018 | $554.89 | 9/26/2018 | CIN-0259274 | 9/27/2018 | $96.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/26/2018 | $554.89 | 9/26/2018 | CIN-0259273 | 9/27/2018 | $57.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/26/2018 | $554.89 | 9/26/2018 | CIN-0259272 | 9/27/2018 | $126.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/26/2018 | $554.89 | 9/26/2018 | CIN-0259271 | 9/27/2018 | $126.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/26/2018 | $554.89 | 9/26/2018 | CIN-0259270 | 9/27/2018 | $93.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/26/2018 | $554.89 | 9/26/2018 | CIN-0259269 | 9/27/2018 | $96.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/21/2018 | $235.59 | 9/21/2018 | CIN-0258849 | 9/25/2018 | $30.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/21/2018 | $235.59 | 9/21/2018 | CIN-0258848 | 9/25/2018 | $29.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $209.72 | 8/8/2018 | CIN-0251659 | 8/13/2018 | $57.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/21/2018 | $235.59 | 9/21/2018 | CIN-0258846 | 9/25/2018 | $126.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/26/2018 | $554.89 | 9/26/2018 | CIN-0259289 | 9/27/2018 | $8.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/21/2018 | $235.59 | 9/21/2018 | CIN-0258844 | 9/25/2018 | $56.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/21/2018 | $235.59 | 9/21/2018 | CIN-0258843 | 9/25/2018 | $51.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/21/2018 | $235.59 | 9/21/2018 | CIN-0258842 | 9/25/2018 | $29.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/14/2018 | $176.23 | 9/14/2018 | CIN-0257570 | 9/18/2018 | $96.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/14/2018 | $176.23 | 9/14/2018 | CIN-0257569 | 9/18/2018 | $57.98 |

Everlast Sports Mfg. Corp. (2220173)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/14/2018 | $176.23 | 9/14/2018 | CIN-0257568 | 9/18/2018 | $96.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/14/2018 | $176.23 | 9/14/2018 | CIN-0257445 | 9/18/2018 | $30.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/10/2018 | $183.92 | 9/10/2018 | CIN-0257567 | 9/18/2018 | $57.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/10/2018 | $183.92 | 9/10/2018 | CIN-0257566 | 9/18/2018 | $70.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/10/2018 | $183.92 | 9/10/2018 | CIN-0257565 | 9/18/2018 | $57.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/10/2018 | $183.92 | 9/10/2018 | CIN-0257444 | 9/18/2018 | $48.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/10/2018 | $183.92 | 9/10/2018 | CIN-0257443 | 9/18/2018 | $29.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/21/2018 | $235.59 | 9/21/2018 | CIN-0258847 | 9/25/2018 | $43.92 |

**Totals:**   7 transfer(s),   $20,964.88