**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Forum Analytics, L.L.C.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013759 | $7,000.00 | 9/26/2018 | 20142404 | 9/1/2018 | $7,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984785 | $7,000.00 | 7/26/2018 | 20142403 | 7/1/2018 | $7,000.00 |
| **Totals:** | | **2 transfer(s),** | **$14,000.00** | | | | |