**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **Gaia Group USA, LLC** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/16/2018 | $10,815.25 | 8/16/2018 | O/A:Wire:8/16/2018 | | $10,815.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996515 | $10,815.25 | 8/21/2018 | 8412 | 6/15/2018 | $3,705.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996515 | $10,815.25 | 8/21/2018 | 8411 | 6/1/2018 | $2,807.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996515 | $10,815.25 | 8/21/2018 | 8410 | 6/18/2018 | $798.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996515 | $10,815.25 | 8/21/2018 | 8409-1 | 6/13/2018 | $3,619.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996515 | $10,815.25 | 8/21/2018 | 8407 | 7/18/2018 | $85.50 |

**Totals:** 2 transfer(s), $21,630.50