

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Gannett Co., Inc. dba El Paso Times Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781014256 | $791.95 | 9/27/2018 | 618105729 | 7/2/2018 | $791.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010945 | $5,566.58 | 9/20/2018 | 61830137 | 7/2/2018 | $1,366.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010945 | $5,566.58 | 9/20/2018 | 61828863 | 7/2/2018 | $353.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010945 | $5,566.58 | 9/20/2018 | 618148724 | 7/2/2018 | $119.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010945 | $5,566.58 | 9/20/2018 | 618105727 | 7/2/2018 | $2,373.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010945 | $5,566.58 | 9/20/2018 | 618105726 | 7/2/2018 | $1,363.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996429 | $7,204.91 | 8/21/2018 | 51830137 | 6/2/2018 | $1,705.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996429 | $7,204.91 | 8/21/2018 | 51828863 | 6/2/2018 | $429.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996429 | $7,204.91 | 8/21/2018 | 518148724 | 6/2/2018 | $146.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996429 | $7,204.91 | 8/21/2018 | 518105729 | 6/2/2018 | $543.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996429 | $7,204.91 | 8/21/2018 | 518105728 | 6/2/2018 | $141.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996429 | $7,204.91 | 8/21/2018 | 518105727 | 6/2/2018 | $2,678.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996429 | $7,204.91 | 8/21/2018 | 518105726 | 6/2/2018 | $1,559.28 |

**Totals:**   3 transfer(s),   $13,563.44