**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Gannett Co., Inc. dba Knoxville News Sentinel** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62087067 | $5,000.77 | 10/3/2018 | 618235435 | 7/2/2018 | $5,000.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084560 | $7,727.12 | 8/20/2018 | 518235435 | 6/1/2018 | $7,727.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082805 | $5,674.94 | 7/18/2018 | 418235435 | 5/1/2018 | $5,674.94 |
| **Totals:** | | **3 transfer(s),** | **$18,402.83** | | | | |