**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Liting Universal (HK) Co., Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/14/2018 | $8,922.04 | 9/14/2018 | 201819973493 | 7/9/2018 | $8,922.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/17/2018 | $10,957.38 | 8/17/2018 | 201819465625 | 6/11/2018 | $10,957.38 |
| **Totals:** | | **2 transfer(s),** | **$19,879.42** | | | | |