**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Nestle USA, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988918 | $763.12 | 7/26/2018 | 11559-10493 | 7/5/2018 | $418.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984881 | $1,471.40 | 7/18/2018 | 10350 | 6/26/2018 | $402.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994905 | $3,120.71 | 8/7/2018 | 8131819712 | 7/16/2018 | $581.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994905 | $3,120.71 | 8/7/2018 | 77302039-10495 | 7/17/2018 | $555.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994905 | $3,120.71 | 8/7/2018 | 77056374 | 7/16/2018 | $1,053.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994905 | $3,120.71 | 8/7/2018 | 74944116 | 7/17/2018 | $292.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994905 | $3,120.71 | 8/7/2018 | 12532 | 7/16/2018 | $672.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993215 | $371.72 | 8/3/2018 | 10500354 | 7/13/2018 | $371.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991758 | $817.19 | 8/1/2018 | 74995054 | 7/11/2018 | $579.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991758 | $817.19 | 8/1/2018 | 136819203 | 7/11/2018 | $237.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990892 | $1,038.49 | 7/31/2018 | 74944010 | 7/10/2018 | $7.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990892 | $1,038.49 | 7/31/2018 | 74944009 | 7/10/2018 | $559.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996066 | $223.82 | 8/8/2018 | 136819906-10497 | 7/18/2018 | $220.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989620 | $433.26 | 7/27/2018 | 1200381 | 7/6/2018 | $433.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996680 | $522.35 | 8/9/2018 | 10500408 | 7/19/2018 | $522.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988918 | $763.12 | 7/26/2018 | 10600388 | 7/5/2018 | $381.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987395 | $996.04 | 7/24/2018 | 77301789-10491 | 7/2/2018 | $601.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987395 | $996.04 | 7/24/2018 | 403110 | 7/2/2018 | $154.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987395 | $996.04 | 7/24/2018 | 136818404-10489 | 7/3/2018 | $252.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987395 | $996.04 | 7/24/2018 | 136818404-10488 | 7/3/2018 | $1.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986182 | $470.79 | 7/20/2018 | 10500236 | 6/29/2018 | $470.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984881 | $1,471.40 | 7/18/2018 | 77147325 | 6/27/2018 | $2,036.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984881 | $1,471.40 | 7/18/2018 | 20231161KWCM | 5/16/2018 | $257.68 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984881 | $1,471.40 | 7/18/2018 | 136817803 | 6/27/2018 | $202.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984881 | $1,471.40 | 7/18/2018 | 136817106 | 6/20/2018 | $169.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984881 | $1,471.40 | 7/18/2018 | 11157 | 6/27/2018 | $346.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984881 | $1,471.40 | 7/18/2018 | 10800173 | 6/25/2018 | $175.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990892 | $1,038.49 | 7/31/2018 | 10600429 | 7/9/2018 | $475.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010336 | $782.97 | 9/5/2018 | 77302528 | 8/15/2018 | $782.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022138 | $431.56 | 9/28/2018 | 12000883-10506 | 9/7/2018 | $455.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019887 | $495.92 | 9/25/2018 | 77302849-10505 | 9/4/2018 | $508.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017281 | $534.16 | 9/19/2018 | 77302769 | 8/29/2018 | $329.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017281 | $534.16 | 9/19/2018 | 136824107 | 8/29/2018 | $204.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015711 | $254.76 | 9/17/2018 | 10600953 | 8/25/2018 | $254.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013863 | $971.19 | 9/12/2018 | 77302373-10503 | 8/22/2018 | $673.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013863 | $971.19 | 9/12/2018 | 136823403-10501 | 8/22/2018 | $317.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013863 | $971.19 | 9/12/2018 | 136823403-10500 | 8/22/2018 | $3.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012993 | $1,757.33 | 9/11/2018 | 8131823208 | 8/20/2018 | $128.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012993 | $1,757.33 | 9/11/2018 | 77302620-10499 | 8/21/2018 | $362.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012993 | $1,757.33 | 9/11/2018 | 77056625 | 8/20/2018 | $1,140.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996066 | $223.82 | 8/8/2018 | 136819906-10496 | 7/18/2018 | $3.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011206 | $1,417.15 | 9/6/2018 | 77147939 | 8/16/2018 | $1,417.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023519 | $365.61 | 10/2/2018 | 10601193 | 9/10/2018 | $365.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009065 | $429.46 | 9/4/2018 | 74944513 | 8/14/2018 | $220.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009065 | $429.46 | 9/4/2018 | 14284 | 8/14/2018 | $227.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007704 | $286.30 | 8/31/2018 | 11300766 | 8/10/2018 | $286.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005420 | $631.90 | 8/28/2018 | 74992189 | 8/7/2018 | $144.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005420 | $631.90 | 8/28/2018 | 74944411 | 8/7/2018 | $294.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005420 | $631.90 | 8/28/2018 | 136821904 | 8/7/2018 | $218.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003511 | $446.67 | 8/23/2018 | 10600750 | 8/2/2018 | $446.67 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002908 | $211.26 | 8/22/2018 | 136821309 | 8/1/2018 | $211.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002006 | $684.61 | 8/21/2018 | 77056470 | 7/30/2018 | $684.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000750 | $881.96 | 8/17/2018 | 882872078 | 7/27/2018 | $560.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000750 | $881.96 | 8/17/2018 | 13175 | 7/27/2018 | $495.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999380 | $269.86 | 8/15/2018 | 12000493 | 7/25/2018 | $287.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012993 | $1,757.33 | 9/11/2018 | 74992248 | 8/21/2018 | $144.80 |

Totals:    28 transfer(s),    $21,081.56