**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Pepsi-Cola Bottling Company of the Dalles, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780997956 | $2,458.86 | 8/23/2018 | 40603308-9207 | 7/10/2018 | $261.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980058 | $1,284.26 | 7/17/2018 | 40603048-9197 | 6/5/2018 | $1,133.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983350 | $796.24 | 7/24/2018 | 40603111-9198 | 6/12/2018 | $246.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983350 | $796.24 | 7/24/2018 | 40603111-9199 | 6/12/2018 | $1,290.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986816 | $841.64 | 7/31/2018 | 60403152-9200 | 6/19/2018 | $148.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986816 | $841.64 | 7/31/2018 | 60403152-9201 | 6/19/2018 | $1,184.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990273 | $4,256.71 | 8/9/2018 | 40603206-9202 | 6/26/2018 | $627.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990273 | $4,256.71 | 8/9/2018 | 40603206-9204 | 6/26/2018 | $4,357.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980058 | $1,284.26 | 7/17/2018 | 40603048-9196 | 6/5/2018 | $150.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993930 | $3,226.38 | 8/16/2018 | 40603256-9206 | 7/3/2018 | $2,862.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012383 | $1,301.48 | 9/24/2018 | 4063484-9221 | 8/7/2018 | $1,148.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997956 | $2,458.86 | 8/23/2018 | 40603308-9208 | 7/10/2018 | $2,196.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001392 | $451.16 | 9/3/2018 | 40603345-9209 | 7/17/2018 | $206.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001392 | $451.16 | 9/3/2018 | 40603345-9210 | 7/17/2018 | $1,008.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004830 | $980.40 | 9/10/2018 | 40603398-9213 | 7/24/2018 | $153.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004830 | $980.40 | 9/10/2018 | 40603398-9214 | 7/24/2018 | $1,106.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008356 | $1,412.48 | 9/17/2018 | 40603433-9216 | 7/31/2018 | $204.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008356 | $1,412.48 | 9/17/2018 | 40603433-9217 | 7/31/2018 | $1,839.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012383 | $1,301.48 | 9/24/2018 | 4063484-9220 | 8/7/2018 | $152.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993930 | $3,226.38 | 8/16/2018 | 40603256-9205 | 7/3/2018 | $583.50 |

Totals:    10 transfer(s),    $17,009.61

Pepsi-Cola Bottling Company of the Dalles, Inc. (2228368)
Bankruptcy Case: Sears Holdings Corporation, et al.