**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Smart Zone (HK) Limited** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $1,564.80 | 8/21/2018 | 201819365325 | 6/7/2018 | $1,564.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $21,180.16 | 8/10/2018 | 201819346091-2 | 5/28/2018 | $13,030.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $21,180.16 | 8/10/2018 | 201819346091-1 | 5/28/2018 | $8,150.00 |

| Totals: | 2 transfer(s), | $22,744.96 |
|---|---|---|