**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Technical Rubber Company, Inc. dba Tech International** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989012 | $272.06 | 8/7/2018 | 619826 | 5/22/2018 | $70.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987633 | $144.68 | 8/1/2018 | 619654 | 5/18/2018 | $3.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987633 | $144.68 | 8/1/2018 | 619655 | 5/18/2018 | $35.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987633 | $144.68 | 8/1/2018 | 619656 | 5/18/2018 | $65.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988398 | $152.41 | 8/2/2018 | 619764 | 5/21/2018 | $24.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988398 | $152.41 | 8/2/2018 | 619765 | 5/21/2018 | $70.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988398 | $152.41 | 8/2/2018 | 619766 | 5/21/2018 | $24.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989762 | $200.48 | 8/8/2018 | 619895 | 5/23/2018 | $70.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989012 | $272.06 | 8/7/2018 | 619825 | 5/22/2018 | $70.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987030 | $106.05 | 7/31/2018 | 619562 | 5/17/2018 | $35.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989012 | $272.06 | 8/7/2018 | 619827 | 5/22/2018 | $98.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989012 | $272.06 | 8/7/2018 | 619828 | 5/22/2018 | $16.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989012 | $272.06 | 8/7/2018 | 619851 | 5/22/2018 | $15.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989762 | $200.48 | 8/8/2018 | 619892 | 5/23/2018 | $23.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989762 | $200.48 | 8/8/2018 | 619893 | 5/23/2018 | $70.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996165 | $456.74 | 8/20/2018 | 620575-2081 | 6/4/2018 | $7.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988398 | $152.41 | 8/2/2018 | 619767 | 5/21/2018 | $32.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986314 | $281.42 | 7/30/2018 | 619451 | 5/16/2018 | $7.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985577 | $461.19 | 7/27/2018 | 619288 | 5/15/2018 | $89.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985577 | $461.19 | 7/27/2018 | 619368 | 5/15/2018 | $16.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985577 | $461.19 | 7/27/2018 | 619369-2064 | 5/15/2018 | $35.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985577 | $461.19 | 7/27/2018 | 619369-2065 | 5/15/2018 | $7.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985577 | $461.19 | 7/27/2018 | 619370-2066 | 5/15/2018 | $97.12 |

Technical Rubber Company, Inc. dba Tech International (2228345)
Bankruptcy Case: Sears Holdings Corporation, et al.

Feb 13, 2020    Exhibit A    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985577 | $461.19 | 7/27/2018 | 619370-2067 | 5/15/2018 | $171.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987633 | $144.68 | 8/1/2018 | 619653 | 5/18/2018 | $15.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985577 | $461.19 | 7/27/2018 | 619391 | 5/15/2018 | $7.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987633 | $144.68 | 8/1/2018 | 619652 | 5/18/2018 | $24.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986314 | $281.42 | 7/30/2018 | 619452 | 5/16/2018 | $70.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986314 | $281.42 | 7/30/2018 | 619453 | 5/16/2018 | $73.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986314 | $281.42 | 7/30/2018 | 619454-2068 | 5/16/2018 | $70.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986314 | $281.42 | 7/30/2018 | 619454-2069 | 5/16/2018 | $23.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986314 | $281.42 | 7/30/2018 | 619455 | 5/16/2018 | $35.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987030 | $106.05 | 7/31/2018 | 619561 | 5/17/2018 | $70.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990513 | $413.46 | 8/9/2018 | 620016 | 5/24/2018 | $35.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985577 | $461.19 | 7/27/2018 | 619371 | 5/15/2018 | $35.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994193 | $374.80 | 8/16/2018 | 620431-2078 | 5/31/2018 | $9.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993353 | $196.30 | 8/15/2018 | 620289-2075 | 5/30/2018 | $163.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994193 | $374.80 | 8/16/2018 | 620290-2076 | 5/31/2018 | $122.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994193 | $374.80 | 8/16/2018 | 620290-2077 | 5/31/2018 | $24.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994193 | $374.80 | 8/16/2018 | 620357 | 5/31/2018 | $35.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994193 | $374.80 | 8/16/2018 | 620358 | 5/31/2018 | $24.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994193 | $374.80 | 8/16/2018 | 620360 | 5/31/2018 | $24.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989762 | $200.48 | 8/8/2018 | 619894 | 5/23/2018 | $35.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994193 | $374.80 | 8/16/2018 | 620430 | 5/31/2018 | $15.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992567 | $563.76 | 8/14/2018 | 620205-2072 | 5/29/2018 | $32.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994193 | $374.80 | 8/16/2018 | 620431-2079 | 5/31/2018 | $24.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996165 | $456.74 | 8/20/2018 | 620571 | 6/4/2018 | $106.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996165 | $456.74 | 8/20/2018 | 620572 | 6/4/2018 | $35.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996165 | $456.74 | 8/20/2018 | 620573 | 6/4/2018 | $35.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996165 | $456.74 | 8/20/2018 | 620574 | 6/4/2018 | $70.70 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980281 | $454.64 | 7/17/2018 | 608606 | 5/3/2018 | $35.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994193 | $374.80 | 8/16/2018 | 620374 | 5/31/2018 | $93.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990513 | $413.46 | 8/9/2018 | 620125 | 5/24/2018 | $7.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990513 | $413.46 | 8/9/2018 | 620091 | 5/24/2018 | $7.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990513 | $413.46 | 8/9/2018 | 620092 | 5/24/2018 | $35.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990513 | $413.46 | 8/9/2018 | 620093 | 5/24/2018 | $16.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990513 | $413.46 | 8/9/2018 | 620094-2070 | 5/24/2018 | $70.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990513 | $413.46 | 8/9/2018 | 620094-2071 | 5/24/2018 | $24.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990513 | $413.46 | 8/9/2018 | 620095 | 5/24/2018 | $24.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993353 | $196.30 | 8/15/2018 | 620289-2074 | 5/30/2018 | $32.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990513 | $413.46 | 8/9/2018 | 620097 | 5/24/2018 | $141.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992567 | $563.76 | 8/14/2018 | 620205-2073 | 5/29/2018 | $49.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992567 | $563.76 | 8/14/2018 | 620157 | 5/29/2018 | $35.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992567 | $563.76 | 8/14/2018 | 620158 | 5/29/2018 | $32.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992567 | $563.76 | 8/14/2018 | 620159 | 5/29/2018 | $35.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992567 | $563.76 | 8/14/2018 | 620160 | 5/29/2018 | $24.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992567 | $563.76 | 8/14/2018 | 620161 | 5/29/2018 | $282.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992567 | $563.76 | 8/14/2018 | 620162 | 5/29/2018 | $70.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984988 | $300.36 | 7/26/2018 | 619286-2062 | 5/14/2018 | $103.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990513 | $413.46 | 8/9/2018 | 620096 | 5/24/2018 | $49.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982219 | $596.01 | 7/20/2018 | 618825-2042 | 5/8/2018 | $14.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981620 | $468.62 | 7/19/2018 | 618815-2039 | 5/7/2018 | $7.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981620 | $468.62 | 7/19/2018 | 618816-2040 | 5/7/2018 | $26.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981620 | $468.62 | 7/19/2018 | 618816-2041 | 5/7/2018 | $24.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982219 | $596.01 | 7/20/2018 | 618820 | 5/8/2018 | $35.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982219 | $596.01 | 7/20/2018 | 618821 | 5/8/2018 | $16.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982219 | $596.01 | 7/20/2018 | 618822 | 5/8/2018 | $12.60 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984988 | $300.36 | 7/26/2018 | 619287 | 5/14/2018 | $31.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982219 | $596.01 | 7/20/2018 | 618824 | 5/8/2018 | $35.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981620 | $468.62 | 7/19/2018 | 618813 | 5/7/2018 | $35.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982219 | $596.01 | 7/20/2018 | 618825-2043 | 5/8/2018 | $7.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982219 | $596.01 | 7/20/2018 | 618826 | 5/8/2018 | $35.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982219 | $596.01 | 7/20/2018 | 618827 | 5/8/2018 | $9.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982219 | $596.01 | 7/20/2018 | 618828 | 5/8/2018 | $24.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982219 | $596.01 | 7/20/2018 | 618829 | 5/8/2018 | $193.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982219 | $596.01 | 7/20/2018 | 618830 | 5/8/2018 | $16.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982219 | $596.01 | 7/20/2018 | 618823 | 5/8/2018 | $47.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981620 | $468.62 | 7/19/2018 | 618807 | 5/7/2018 | $24.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980281 | $454.64 | 7/17/2018 | 618500 | 5/3/2018 | $35.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980281 | $454.64 | 7/17/2018 | 618501 | 5/3/2018 | $108.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980281 | $454.64 | 7/17/2018 | 618502-2034 | 5/3/2018 | $106.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980281 | $454.64 | 7/17/2018 | 618502-2035 | 5/3/2018 | $15.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980281 | $454.64 | 7/17/2018 | 618503 | 5/3/2018 | $12.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980281 | $454.64 | 7/17/2018 | 618605 | 5/3/2018 | $141.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981620 | $468.62 | 7/19/2018 | 618815-2038 | 5/7/2018 | $35.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981620 | $468.62 | 7/19/2018 | 618806 | 5/7/2018 | $31.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981620 | $468.62 | 7/19/2018 | 618814 | 5/7/2018 | $49.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981620 | $468.62 | 7/19/2018 | 618808 | 5/7/2018 | $48.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981620 | $468.62 | 7/19/2018 | 618809-2036 | 5/7/2018 | $35.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981620 | $468.62 | 7/19/2018 | 618809-2037 | 5/7/2018 | $7.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981620 | $468.62 | 7/19/2018 | 618810 | 5/7/2018 | $35.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981620 | $468.62 | 7/19/2018 | 618811 | 5/7/2018 | $35.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981620 | $468.62 | 7/19/2018 | 618812 | 5/7/2018 | $70.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982219 | $596.01 | 7/20/2018 | 618904-2045 | 5/8/2018 | $24.60 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980879 | $16.44 | 7/18/2018 | 618695 | 5/4/2018 | $16.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984225 | $775.86 | 7/25/2018 | 619221 | 5/11/2018 | $2.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982219 | $596.01 | 7/20/2018 | 618903 | 5/8/2018 | $87.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983560 | $427.05 | 7/24/2018 | 619123 | 5/10/2018 | $6.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984225 | $775.86 | 7/25/2018 | 619117-2056 | 5/11/2018 | $118.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984225 | $775.86 | 7/25/2018 | 619117-2057 | 5/11/2018 | $72.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984225 | $775.86 | 7/25/2018 | 619182 | 5/11/2018 | $35.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984225 | $775.86 | 7/25/2018 | 619183 | 5/11/2018 | $41.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983560 | $427.05 | 7/24/2018 | 619121 | 5/10/2018 | $106.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984225 | $775.86 | 7/25/2018 | 619220 | 5/11/2018 | $353.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983560 | $427.05 | 7/24/2018 | 619120-2055 | 5/10/2018 | $7.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984225 | $775.86 | 7/25/2018 | 619222 | 5/11/2018 | $80.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984988 | $300.36 | 7/26/2018 | 619283-2058 | 5/14/2018 | $35.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984988 | $300.36 | 7/26/2018 | 619283-2059 | 5/14/2018 | $31.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984988 | $300.36 | 7/26/2018 | 619284-2060 | 5/14/2018 | $16.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984988 | $300.36 | 7/26/2018 | 619284-2061 | 5/14/2018 | $7.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984988 | $300.36 | 7/26/2018 | 619285 | 5/14/2018 | $24.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996165 | $456.74 | 8/20/2018 | 620577 | 6/4/2018 | $5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984225 | $775.86 | 7/25/2018 | 619184 | 5/11/2018 | $70.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982905 | $579.57 | 7/23/2018 | 618995 | 5/9/2018 | $212.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984988 | $300.36 | 7/26/2018 | 619286-2063 | 5/14/2018 | $49.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982905 | $579.57 | 7/23/2018 | 618988-2046 | 5/9/2018 | $35.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982905 | $579.57 | 7/23/2018 | 618988-2047 | 5/9/2018 | $24.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982905 | $579.57 | 7/23/2018 | 618989 | 5/9/2018 | $24.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982905 | $579.57 | 7/23/2018 | 618992-2048 | 5/9/2018 | $3.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982905 | $579.57 | 7/23/2018 | 618992-2049 | 5/9/2018 | $7.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983560 | $427.05 | 7/24/2018 | 619122 | 5/10/2018 | $7.91 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982905 | $579.57 | 7/23/2018 | 618994 | 5/9/2018 | $18.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982219 | $596.01 | 7/20/2018 | 618904-2044 | 5/8/2018 | $35.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982905 | $579.57 | 7/23/2018 | 618996-2050 | 5/9/2018 | $13.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982905 | $579.57 | 7/23/2018 | 618996-2051 | 5/9/2018 | $7.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982905 | $579.57 | 7/23/2018 | 918990 | 5/9/2018 | $73.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983560 | $427.05 | 7/24/2018 | 619118 | 5/10/2018 | $49.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983560 | $427.05 | 7/24/2018 | 619119-2052 | 5/10/2018 | $141.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983560 | $427.05 | 7/24/2018 | 619119-2053 | 5/10/2018 | $72.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983560 | $427.05 | 7/24/2018 | 619120-2054 | 5/10/2018 | $35.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982905 | $579.57 | 7/23/2018 | 618993 | 5/9/2018 | $157.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010592 | $868.42 | 9/19/2018 | 622568 | 7/2/2018 | $456.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008596 | $52.10 | 9/17/2018 | 622353 | 6/28/2018 | $24.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009362 | $115.50 | 9/18/2018 | 622446 | 6/29/2018 | $9.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009362 | $115.50 | 9/18/2018 | 622447 | 6/29/2018 | $106.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010592 | $868.42 | 9/19/2018 | 10674673 | 7/2/2018 | $24.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010592 | $868.42 | 9/19/2018 | 622563 | 7/2/2018 | $49.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010592 | $868.42 | 9/19/2018 | 622564 | 7/2/2018 | $49.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011298 | $364.72 | 9/20/2018 | 622644-2115 | 7/3/2018 | $49.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010592 | $868.42 | 9/19/2018 | 622567 | 7/2/2018 | $70.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007847 | $104.30 | 9/14/2018 | 622235 | 6/27/2018 | $22.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010592 | $868.42 | 9/19/2018 | 622569 | 7/2/2018 | $38.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010592 | $868.42 | 9/19/2018 | 622570-2110 | 7/2/2018 | $16.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010592 | $868.42 | 9/19/2018 | 622570-2111 | 7/2/2018 | $24.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010592 | $868.42 | 9/19/2018 | 622571-2112 | 7/2/2018 | $35.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010592 | $868.42 | 9/19/2018 | 622571-2113 | 7/2/2018 | $32.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996165 | $456.74 | 8/20/2018 | 620575-2080 | 6/4/2018 | $35.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010592 | $868.42 | 9/19/2018 | 622565 | 7/2/2018 | $70.70 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006377 | $94.48 | 9/12/2018 | 621993 | 6/25/2018 | $7.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003597 | $113.96 | 9/6/2018 | 621620-2103 | 6/19/2018 | $7.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004365 | $41.65 | 9/7/2018 | 621685 | 6/20/2018 | $6.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004365 | $41.65 | 9/7/2018 | 621686 | 6/20/2018 | $35.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005046 | $76.44 | 9/10/2018 | 621800 | 6/21/2018 | $18.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005046 | $76.44 | 9/10/2018 | 621801-2104 | 6/21/2018 | $32.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005046 | $76.44 | 9/10/2018 | 621801-2105 | 6/21/2018 | $24.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008596 | $52.10 | 9/17/2018 | 622310 | 6/28/2018 | $2.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005661 | $41.04 | 9/11/2018 | 621862-2107 | 6/22/2018 | $24.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008596 | $52.10 | 9/17/2018 | 621937 | 6/28/2018 | $24.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006377 | $94.48 | 9/12/2018 | 621994 | 6/25/2018 | $35.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006377 | $94.48 | 9/12/2018 | 621996-2108 | 6/25/2018 | $16.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006377 | $94.48 | 9/12/2018 | 621996-2109 | 6/25/2018 | $15.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006377 | $94.48 | 9/12/2018 | 995 | 6/25/2018 | $18.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007847 | $104.30 | 9/14/2018 | 622233 | 6/27/2018 | $70.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007847 | $104.30 | 9/14/2018 | 622234 | 6/27/2018 | $11.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011298 | $364.72 | 9/20/2018 | 622645 | 7/3/2018 | $24.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005661 | $41.04 | 9/11/2018 | 621862-2106 | 6/22/2018 | $16.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014614 | $934.45 | 9/27/2018 | 623032-2128 | 7/10/2018 | $35.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014614 | $934.45 | 9/27/2018 | 623026 | 7/10/2018 | $70.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014614 | $934.45 | 9/27/2018 | 623027 | 7/10/2018 | $176.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014614 | $934.45 | 9/27/2018 | 623028-2124 | 7/10/2018 | $28.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014614 | $934.45 | 9/27/2018 | 623028-2125 | 7/10/2018 | $24.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014614 | $934.45 | 9/27/2018 | 623029 | 7/10/2018 | $49.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014614 | $934.45 | 9/27/2018 | 623030-2126 | 7/10/2018 | $2.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011298 | $364.72 | 9/20/2018 | 622644-2114 | 7/3/2018 | $11.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014614 | $934.45 | 9/27/2018 | 623031 | 7/10/2018 | $16.44 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013969 | $95.30 | 9/26/2018 | 622949 | 7/9/2018 | $24.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014614 | $934.45 | 9/27/2018 | 623032-2129 | 7/10/2018 | $24.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014614 | $934.45 | 9/27/2018 | 623033 | 7/10/2018 | $35.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014614 | $934.45 | 9/27/2018 | 623034 | 7/10/2018 | $70.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014614 | $934.45 | 9/27/2018 | 623035 | 7/10/2018 | $70.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014614 | $934.45 | 9/27/2018 | 623094-2130 | 7/10/2018 | $35.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014614 | $934.45 | 9/27/2018 | 623094-2131 | 7/10/2018 | $7.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014614 | $934.45 | 9/27/2018 | 623030-2127 | 7/10/2018 | $24.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012616 | $308.36 | 9/24/2018 | 622794-2121 | 7/5/2018 | $32.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011298 | $364.72 | 9/20/2018 | 622646 | 7/3/2018 | $24.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011298 | $364.72 | 9/20/2018 | 622647-2116 | 7/3/2018 | $103.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011298 | $364.72 | 9/20/2018 | 622647-2117 | 7/3/2018 | $65.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011298 | $364.72 | 9/20/2018 | 622648-2118 | 7/3/2018 | $70.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011298 | $364.72 | 9/20/2018 | 622648-2119 | 7/3/2018 | $15.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012616 | $308.36 | 9/24/2018 | 622751 | 7/5/2018 | $57.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014614 | $934.45 | 9/27/2018 | 623025-2123 | 7/10/2018 | $49.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012616 | $308.36 | 9/24/2018 | 622794-2120 | 7/5/2018 | $54.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014614 | $934.45 | 9/27/2018 | 623025-2122 | 7/10/2018 | $141.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012616 | $308.36 | 9/24/2018 | 622795 | 7/5/2018 | $67.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012616 | $308.36 | 9/24/2018 | 622796 | 7/5/2018 | $70.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013246 | $87.14 | 9/25/2018 | 622893 | 7/6/2018 | $35.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013246 | $87.14 | 9/25/2018 | 622894 | 7/6/2018 | $51.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013969 | $95.30 | 9/26/2018 | 622947 | 7/9/2018 | $35.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013969 | $95.30 | 9/26/2018 | 622948 | 7/9/2018 | $35.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003010 | $128.49 | 9/5/2018 | 621559-2101 | 6/18/2018 | $7.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012616 | $308.36 | 9/24/2018 | 622793 | 7/5/2018 | $24.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998763 | $293.56 | 8/28/2018 | 620941 | 6/8/2018 | $51.79 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780997504 | $247.45 | 8/22/2018 | 620771 | 6/6/2018 | $70.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998159 | $231.06 | 8/23/2018 | 620872 | 6/7/2018 | $54.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998159 | $231.06 | 8/23/2018 | 620873 | 6/7/2018 | $176.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998763 | $293.56 | 8/28/2018 | 620937-2088 | 6/8/2018 | $70.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998763 | $293.56 | 8/28/2018 | 620937-2089 | 6/8/2018 | $40.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998763 | $293.56 | 8/28/2018 | 620938 | 6/8/2018 | $70.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003597 | $113.96 | 9/6/2018 | 621620-2102 | 6/19/2018 | $106.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998763 | $293.56 | 8/28/2018 | 620940 | 6/8/2018 | $24.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996778 | $762.00 | 8/21/2018 | 620684 | 6/5/2018 | $106.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000120 | $1,240.05 | 8/30/2018 | 621002 | 6/12/2018 | $49.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000120 | $1,240.05 | 8/30/2018 | 621003 | 6/12/2018 | $16.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000120 | $1,240.05 | 8/30/2018 | 621004 | 6/12/2018 | $70.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000120 | $1,240.05 | 8/30/2018 | 621005 | 6/12/2018 | $35.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000120 | $1,240.05 | 8/30/2018 | 621006-2090 | 6/12/2018 | $70.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000120 | $1,240.05 | 8/30/2018 | 621006-2091 | 6/12/2018 | $7.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998763 | $293.56 | 8/28/2018 | 620939 | 6/8/2018 | $35.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996778 | $762.00 | 8/21/2018 | 620679 | 6/5/2018 | $212.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996165 | $456.74 | 8/20/2018 | 620578 | 6/4/2018 | $70.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996165 | $456.74 | 8/20/2018 | 620579 | 6/4/2018 | $35.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996165 | $456.74 | 8/20/2018 | 620580 | 6/4/2018 | $5.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996165 | $456.74 | 8/20/2018 | 620581-2082 | 6/4/2018 | $35.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996165 | $456.74 | 8/20/2018 | 620581-2083 | 6/4/2018 | $7.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996165 | $456.74 | 8/20/2018 | 620582 | 6/4/2018 | $5.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997504 | $247.45 | 8/22/2018 | 620769 | 6/6/2018 | $70.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996778 | $762.00 | 8/21/2018 | 620678 | 6/5/2018 | $70.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997504 | $247.45 | 8/22/2018 | 620768 | 6/6/2018 | $106.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996778 | $762.00 | 8/21/2018 | 620680 | 6/5/2018 | $70.70 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780996778 | $762.00 | 8/21/2018 | 620681-2084 | 6/5/2018 | $141.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996778 | $762.00 | 8/21/2018 | 620681-2085 | 6/5/2018 | $7.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996778 | $762.00 | 8/21/2018 | 620682 | 6/5/2018 | $3.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996778 | $762.00 | 8/21/2018 | 620683-2086 | 6/5/2018 | $106.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996778 | $762.00 | 8/21/2018 | 620683-2087 | 6/5/2018 | $7.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000120 | $1,240.05 | 8/30/2018 | 621009 | 6/12/2018 | $73.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996778 | $762.00 | 8/21/2018 | 620677 | 6/5/2018 | $35.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002261 | $305.80 | 9/4/2018 | 621436 | 6/15/2018 | $32.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000120 | $1,240.05 | 8/30/2018 | 621007 | 6/12/2018 | $70.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001607 | $232.61 | 9/3/2018 | 621221 | 6/14/2018 | $24.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001607 | $232.61 | 9/3/2018 | 621332 | 6/14/2018 | $70.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001607 | $232.61 | 9/3/2018 | 621333 | 6/14/2018 | $49.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001607 | $232.61 | 9/3/2018 | 621334-2098 | 6/14/2018 | $72.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001607 | $232.61 | 9/3/2018 | 621334-2099 | 6/14/2018 | $15.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000906 | $199.62 | 8/31/2018 | 621263-2096 | 6/13/2018 | $51.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002261 | $305.80 | 9/4/2018 | 621435 | 6/15/2018 | $70.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000906 | $199.62 | 8/31/2018 | 621261 | 6/13/2018 | $38.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002261 | $305.80 | 9/4/2018 | 621437 | 6/15/2018 | $77.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002261 | $305.80 | 9/4/2018 | 621438 | 6/15/2018 | $24.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002261 | $305.80 | 9/4/2018 | 621439 | 6/15/2018 | $49.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003010 | $128.49 | 9/5/2018 | 621557 | 6/18/2018 | $24.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003010 | $128.49 | 9/5/2018 | 621558 | 6/18/2018 | $24.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003010 | $128.49 | 9/5/2018 | 621559-2100 | 6/18/2018 | $38.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014614 | $934.45 | 9/27/2018 | 623095 | 7/10/2018 | $70.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002261 | $305.80 | 9/4/2018 | 621434 | 6/15/2018 | $51.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000120 | $1,240.05 | 8/30/2018 | 621121 | 6/12/2018 | $35.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003010 | $128.49 | 9/5/2018 | 621560 | 6/18/2018 | $32.88 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781000120 | $1,240.05 | 8/30/2018 | 621047 | 6/12/2018 | $141.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000120 | $1,240.05 | 8/30/2018 | 621048 | 6/12/2018 | $70.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000120 | $1,240.05 | 8/30/2018 | 621049 | 6/12/2018 | $106.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000120 | $1,240.05 | 8/30/2018 | 621050 | 6/12/2018 | $49.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000120 | $1,240.05 | 8/30/2018 | 621119 | 6/12/2018 | $35.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000906 | $199.62 | 8/31/2018 | 621263-2097 | 6/13/2018 | $40.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000120 | $1,240.05 | 8/30/2018 | 621120-2093 | 6/12/2018 | $24.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000120 | $1,240.05 | 8/30/2018 | 621008 | 6/12/2018 | $49.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000120 | $1,240.05 | 8/30/2018 | 621156 | 6/12/2018 | $18.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000120 | $1,240.05 | 8/30/2018 | 621157 | 6/12/2018 | $15.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000120 | $1,240.05 | 8/30/2018 | 621158-2094 | 6/12/2018 | $141.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000120 | $1,240.05 | 8/30/2018 | 621158-2095 | 6/12/2018 | $15.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000120 | $1,240.05 | 8/30/2018 | 621159 | 6/12/2018 | $106.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000906 | $199.62 | 8/31/2018 | 1262 | 6/13/2018 | $3.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000906 | $199.62 | 8/31/2018 | 621260 | 6/13/2018 | $65.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000120 | $1,240.05 | 8/30/2018 | 621120-2092 | 6/12/2018 | $35.35 |

Totals:    43 transfer(s),    $14,180.40