**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Tian Yu International Trading Co., Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/6/2018 | $9,007.61 | 8/6/2018 | 201819497649-2 | 6/10/2018 | $4,395.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/6/2018 | $9,007.61 | 8/6/2018 | 201819497649-1 | 6/10/2018 | $4,612.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/2/2018 | $13,748.44 | 8/2/2018 | 201819497704-2 | 6/6/2018 | $6,726.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/2/2018 | $13,748.44 | 8/2/2018 | 201819497704-1 | 6/6/2018 | $7,021.84 |

Totals:    2 transfer(s),    $22,756.05