**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Verizon Communications Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005076 | $5,070.47 | 9/10/2018 | 201X52010399920 | 8/1/2018 | $20.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990541 | $34.99 | 8/9/2018 | 845564016293607 | 7/13/2018 | $34.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000140 | $6,714.79 | 8/30/2018 | 212X01664321720-9865 | 7/1/2018 | $202.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000140 | $6,714.79 | 8/30/2018 | 215019210599920-9866 | 7/1/2018 | $4,057.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000140 | $6,714.79 | 8/30/2018 | 215182388999920-9867 | 7/1/2018 | $532.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000140 | $6,714.79 | 8/30/2018 | 617815103856720-9868 | 6/30/2018 | $1,922.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000944 | $466.73 | 8/31/2018 | 617815664664620-9869 | 6/30/2018 | $36.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000944 | $466.73 | 8/31/2018 | 814X60850199920-9870 | 7/1/2018 | $429.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984334 | $122.25 | 7/25/2018 | 508607889316920-9864 | 7/4/2018 | $122.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004395 | $1,976.43 | 9/7/2018 | 617815664664620-9872 | 7/31/2018 | $37.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013995 | $5,487.17 | 9/26/2018 | 814X60850199920-9880 | 9/1/2018 | $448.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005076 | $5,070.47 | 9/10/2018 | 215019210599920-9873 | 8/1/2018 | $45.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005076 | $5,070.47 | 9/10/2018 | 215019210599920-9874 | 8/1/2018 | $4,043.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005076 | $5,070.47 | 9/10/2018 | 215182388999920-9875 | 8/1/2018 | $495.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005076 | $5,070.47 | 9/10/2018 | 814X60850199920-9876 | 8/1/2018 | $431.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005076 | $5,070.47 | 9/10/2018 | 845564016293608 | 8/13/2018 | $34.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005763 | $202.76 | 9/11/2018 | 212X01664321720-9877 | 8/1/2018 | $202.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013995 | $5,487.17 | 9/26/2018 | 215019210599920-9878 | 9/1/2018 | $4,406.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013995 | $5,487.17 | 9/26/2018 | 215182388999920-9879 | 9/1/2018 | $631.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004395 | $1,976.43 | 9/7/2018 | 617815103856720-9871 | 7/31/2018 | $1,939.22 |

Totals:    8 transfer(s),    $20,075.59