**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **WowWee USA, Inc.** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987804 | $12,920.99 | 8/1/2018 | IN-US0000976 | 5/14/2018 | $240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987804 | $12,920.99 | 8/1/2018 | IN-US0000975 | 5/14/2018 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987804 | $12,920.99 | 8/1/2018 | IN-US0000974 | 5/14/2018 | $6,496.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987804 | $12,920.99 | 8/1/2018 | IN-US0000973 | 5/10/2018 | $6,272.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981050 | $7,961.56 | 7/18/2018 | IN-US0000864 | 4/24/2018 | $5,376.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981050 | $7,961.56 | 7/18/2018 | IN-US0000863 | 4/24/2018 | $2,688.00 |

| Totals: | 2 transfer(s), | $20,882.55 |
|---|---|---|