**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDING CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that the undersigned hereby appear as counsel for Havas Formula, LLC and Havas Media Group USA LLC (together, "Havas"), pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9007, 9010 and 11 U.S.C. § 1109(b), and request that copies of any and all notices, pleadings, motions, orders, applications, presentments, petitions, memoranda, affidavits, declarations, disclosure statement(s) and plan(s) of reorganization, or other documents, filed or entered in this case, be transmitted to:

> Andrew Rosenblatt
> Norton Rose Fulbright US LLP
> 1301 Avenue of the Americas
> New York, New York 10019
> Telephone: (212) 408-5559
> Fax: (212) 541-5369
> E-mail: andrew.rosenblatt@nortonrosefulbright.com

> -and-

> James A. Copeland
> Norton Rose Fulbright US LLP
> 1301 Avenue of the Americas
> New York, New York 10019
> Telephone: (212) 408-5471
> Fax: (212) 318-3400
> E-mail: james.copeland@nortonrosefulbright.com

PLEASE TAKE FURTHER NOTICE that, in accordance with Federal Rule of Bankruptcy Procedure 3017(a), this request also constitutes a request in writing for copies of any disclosure statement or plan filed in these cases.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of Havas (1) to have final orders in non-core matters entered only after de novo review by a District Court judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, defenses, setoffs or recoupments under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York  
      February 18, 2020

Respectfully submitted,

**NORTON ROSE FULBRIGHT US LLP**

By:   */s/ Andrew Rosenblatt*
      Andrew Rosenblatt
      James A. Copeland
      Norton Rose Fulbright US LLP
      1301 Avenue of the Americas
      New York, New York 10019
      Tel: (212) 408-5100
      Fax: (212) 318-3400

      *Attorneys for Havas Formula, LLC and*
      *Havas Media Group USA LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served on February 18, 2020 through the Court's CM/ECF System on all parties registered to receive service through the Court's CM/ECF system.

/s/ James A. Copeland<br>
James A. Copeland