**DAVIS POLK & WARDWELL LLP**

450 Lexington Avenue
New York, New York 10017
Tel.: (212) 450-4000
Fax.: (212) 701-5800
Elliot Moskowitz
*Counsel for Cushman & Wakefield, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |
| SEARS HOLDINGS CORPORATION, *et al.*, | Adv. Proc. No. 19-08250 (RDD) |
| Plaintiffs, | |
| v. | |
| EDWARD SCOTT "EDDIE" LAMPERT, *et al.*, | |
| Defendants. | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Elliot Moskowitz of Davis Polk & Wardwell

LLP, with offices located at 450 Lexington Avenue, New York, New York, 10017,

hereby appears on behalf of defendant Cushman & Wakefield, Inc. in the above-

captioned adversary proceeding (the "Adversary Proceeding").  Defendant Cushman &

Wakefield, Inc. reserves all rights and defenses, including those related to jurisdiction

and venue, in the Adversary Proceeding.

Dated: February 19, 2020
New York, New York

Respectfully submitted,

DAVIS POLK & WARDWELL LLP

/s/ Elliot Moskowitz
Elliot Moskowitz
450 Lexington Avenue
New York, New York 10017
Tel.: (212) 450-4000
Fax.: (212) 701-5800
elliot.moskowitz@davispolk.com

*Counsel for Cushman & Wakefield, Inc.*