Thomas R. Slome
Michael Kwiatkowski
CULLEN AND DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
Telephone: (516) 296-9165
Facsimile: (516) 357-3792
Email: tslome@cullenllp.com
mkwiatkowski@cullenllp.com

and

Russell R. Johnson III (VSB No. 31468)
John M. Craig (VSB No. 32977)
Law Firm Of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Telephone: (804) 749-8861
Facsimile: (804) 749-8862
Email: russell@russelljohnsonlawfirm.com
john@russelljohnsonlawfirm.com

*Co-Counsel for Commonwealth Edison Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | ) Chapter 11 |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | ) Case No. 18-23538 (RDD) |
| Debtors. | ) (Jointly Administered) |

### CERTIFICATE OF SERVICE

    I, Michael Kwiatkowski, hereby certify that on February 19, 2020, I caused a true and correct copy of *Notice of Withdrawal of Application of Commonwealth Edison Company for Allowance and Payment of Administrative Expenses* [ECF No. 7304] to be served (i) via the

Court's CM/ECF system on all parties receiving notice through that system, and (ii) via electronic mail (email) upon the individuals listed below at the email addresses set forth below.

| | |
|---|---|
| Paul Schwartzberg, Esq.<br>Office of the United States Trustee | paul.schwartzberg@usdoj.gov |
| Ray C. Schrock, P.C.<br>Jacqueline Marcus, Esq.<br>Garret A. Fail, Esq.<br>Sunny Singh, Esq.<br>Weil, Gotshal & Manges LLP | ray.schrock@weil.com<br>jacqueline.marcus@weil.com<br>garrett.fail@weil.com<br>sunny.singh@weil.com |

*/s/ Michael Kwiatkowski*
Michael Kwiatkowski