WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                              :        Chapter 11
                                                   :
**SEARS HOLDINGS CORPORATION**, *et al.*,          :        Case No. 18-23538 (RDD)
                                                   :
Debtors.[1]                                        :        (Jointly Administered)
------------------------------------------------------------x

**NOTICE WITH RESPECT TO DEBTORS' SECOND OMNIBUS OBJECTION TO PROOFS OF CLAIM (RECLASSIFICATION AS GENERAL UNSECURED CLAIMS)**

Reference is made to the *Debtors' Second Omnibus Objection to Proofs of Claim (Satisfied Claims)* (ECF No. 4776) (the "**Objection**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Please take notice that Sears Holdings Corporation and its debtor affiliates hereby withdraw without prejudice the Objection solely with respect to the claims listed on **Exhibit 1** hereto.

Please take further notice that the hearing (the "**Hearing**") to consider the Objection solely with respect to the claims listed on **Exhibit 2** hereto, previously scheduled for February 24, 2020 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to March 25, 2020 at 10:00 a.m. (Prevailing Eastern Time)**. The Hearing may be rescheduled further by the Debtors on notice to the affected claimant(s).

Dated:  February 19, 2020
        New York, New York

                                                          */s/ Garrett A. Fail*
                                                          Ray C. Schrock, P.C.
                                                          Jacqueline Marcus
                                                          Garrett A. Fail
                                                          Sunny Singh
                                                          WEIL, GOTSHAL & MANGES LLP
                                                          767 Fifth Avenue
                                                          New York, New York  10153
                                                          Telephone:  (212) 310-8000
                                                          Facsimile:  (212) 310-8007

                                                          *Attorneys for Debtors*
                                                          *and Debtors in Possession*

## Exhibit 1 – Withdrawn Claims

**In re: Sears Holdings Corporation, et al.**
**Case No. 18-23538 (RDD)**

| Ref # | Name of Claimant | Proof of Claim No. |
|---|---|---|
| 300. | RENFRO CORPORATION | 13791 |
| 301. | RENFRO CORPORATION | 14106 |

## Exhibit 2- Adjourned Claims

**In re: Sears Holdings Corporation, et al.**
**Case No. 18-23538 (RDD)**

| Ref # | Name of Claimant | Proof of Claim No. |
|---|---|---|
| 23. | AMI Ventures Inc | 8513 |
| 24. | AMI Ventures Inc | 8514 |
| 26. | AMI Ventures Inc | 8556 |
| 27. | AMI Ventures Inc | 8644 |
| 52. | BHFO, Inc. | 7810 |
| 110. | Cymax Stores USA LLC | 15631 |
| 149. | El-Habre, Suzanne | 5063 |
| 177. | Georgia Watersports, LLC | 5472 |
| 305. | seaofdiamonds.com | 15554 |
| 307. | Shopchimney.com inc | 11540 |
| 314. | Sky Billiards, Inc. dba Best Choice Products | 7592 |
| 319. | Stolaas Company | 11880 |
| 320. | Stolaas Company DBSA Tic-Tok | 4280 |
| 321. | Stolaas Company Inc, DBA Tic-Tok | 1389 |
| 327. | Tri-State Camera Exchange, Inc. | 7929 |
| 332. | Vir Ventures Inc | 8539 |
| 333. | VM Innovations, Inc. | 10914 |