UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **In re:** | : | CASE NO: 18-23538 (RDD) |
| **Sears Holding Corporation, et al.** | : | Chapter 11 |
| Debtors. | : | (Jointly Administered) |
| | | |
| **Kmart Holding Corporation,** | : | |
| Plaintiff, | : | |
| v. | : | Adv. No. 19-08381-RDD |
| **Romy's Plumbing, Inc. dba AA Plumbing** | | |
| **Defendant** | | |

..................................................................................................................

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Stephen C. Lane, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Romy's Plumbing, Inc. dba AA Plumbing, as party-in-interest in the above referenced bankruptcy case, and as defendant in Adversary Proceeding No. 19-08381 (RDD).

I certify that I am a member in good standing of the bar in the State of Ohio and of the bar of the United States District Court for the Southern District of Ohio.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Respectfully submitted this 19th day of February, 2020.

Respectfully submitted,

*/s/ Stephen C. Lane*
STEPHEN C. LANE      OSR No. 0034607
ATTORNEY FOR DEFENDANT,
ROMY'S PLUMBING, INC. dba AA Plumbing
7419 KINGSGATE WAY, SUITE A
WEST CHESTER, OHIO 45069
TELEPHONE: (513) 755-6398
FAX: (513) 777-3020
EMAIL: steve@stevelanelawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served via U.S. Regular Mail this 19th day of February, 2020, upon:

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10004

Brigette G. McGrath
Attorney at Law
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121

Edward E. Neiger
Attorney at Law
151 West 46th Street, 4th Floor
New York, NY 10036

Steven J. Reisman
Attorney at Law
575 Madison Avenue
New York, NY 10022-2585

/s/ Stephen C. Lane
STEPHEN C. LANE
ATTORNEY FOR DEFENDANT
ROMY'S PLUMBING, INC. dba AA Plumbing