UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In Re:

Sears Holding Corporation, et al.

        Debtor.

_____

**NOTICE OF APPEARANCE**

Case No.: 18-23538-rdd
(Chapter 11)

Assigned to:
Hon. Robert D. Drain
Bankruptcy Judge

      PLEASE TAKE NOTICE, that the undersigned hereby appears on behalf of LOANCARE, LLC in the within proceeding with regard to its interest in the property known as 190 Kenwood Drive, Sicklerville, NJ 08081.

      Please send copies of all Notices and all papers filed in the case to the undersigned. Further, please add our firm to the mailing matrix.

DATED:    February 19, 2020
               Williamsville, New York

                                        Yours,
                                        GROSS POLOWY, LLC
                                        Attorneys for LOANCARE, LLC

                                        Courtney R Williams, Esq.
                                        Gross Polowy, LLC
                                        1775 Wehrle Drive, Suite 100
                                        Williamsville, NY 14221
                                        Telephone (716)204-1700

TO:

By ECF:

   Clerk, United States Bankruptcy Court
   Southern District Of New York

   Paul M. Basta, Esq.       Attorney for Debtor

   U.S. Trustee                 United States Trustee