FERRAIUOLI LLC
390 N. Orange Avenue
Suite 2300
Orlando, Florida 32801
Telephone: (407) 982-7310
Facsimile: (787) 766-7001
Email: scolon@ferraiuoli.com
Email: gchico@ferraiuoli.com

Attorneys for *Santa Rosa Mall, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> SEARS HOLDINGS CORPORATION, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 18-23538 (RDD) <br><br> (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF *MOTION FOR RELIEF FROM AMENDED STIPULATED PROTECTIVE ORDER***
(Related Docket No. 7210)

PLEASE TAKE NOTICE that on February 10, 2020, Santa Rosa Mall, LLC ("Santa Rosa") filed a *Motion for Relief from Amended Stipulated Protective Order* (the "Motion", Docket No. 7210), to request the Court release it from the *Amended Stipulated Protective Order*'s limitations on use and disclosure and to modify the "confidential" designation of certain discovery material.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion is scheduled for February 24, 2020 at 10:00 A.M. (Eastern Time) (the "Hearing").

PLEASE TAKE FURTHER NOTICE that on February 20, 2020, the Debtors confirmed by email that the "confidential" designation of that certain *Confidential Settlement and Release Agreement* is removed and Santa Rosa is released from the *Amended Stipulated Protective Order's* limitations with respect to all discovery material provided prior to such date.

- 2 -

PLEASE TAKE FURTHER NOTICE that, accordingly, the Motion (Docket No. 7210) is hereby withdrawn and the Hearing is hereby vacated.

Respectfully submitted.
Dated: February 21, 2020.

**Ferraiuoli** LLC
390 N. Orange Avenue
Suite 2300
Orlando, Florida 32801
Telephone: (407) 982-7310
Facsimile: (787) 766-7001

*/s/ Sonia E. Colon Colon*
By: Sonia E. Colón Colón
Admitted Pro Hac Vice
USDC-PR No. 213809
scolon@ferraiuoli.com

*/s/ Gustavo A. Chico-Barris*
Gustavo A. Chico-Barris
NY State Bar No. 929147
USDC-PR No. 224205
gchico@ferraiuoli.com

Attorneys for
*Santa Rosa Mall, LLC*