**ASK LLP**
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Brigette G. McGrath, Esq. NY SBN 4962379
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: 651-289-3845
Fax: (651) 406-9676
Email: bmcgrath@askllp.com

-and-

Edward E. Neiger, Esq.
151 West 46th Street, 4th Fl.
New York, NY  10036
Telephone: (212) 267-7342
Fax: (212) 918-3427
E-Mail: eneiger@askllp.com

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors.[1] | (Jointly Administered) |

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

### AFFIDAVIT OF SERVICE

I, Brigette G. McGrath, hereby certify that on February 21, 2020 a copy of the *Notice of Adjournment of Hearing and Notice of Presentment on Second Motion For an Order Establishing Streamlined Procedures Governing Adversary Proceedings Brought By The Debtors Pursuant to Sections 502, 547, 548 and 550 of the Bankruptcy Code* was caused to be served via first class mail to those parties listed on the attached service list.

Dated: February 21, 2020        ASK LLP

By: */s/ Brigette G. McGrath*
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Brigette G. McGrath, Esq. NY SBN 4962379
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: 651-289-3845
Fax: (651) 406-9676
Email: bmcgrath@askllp.com

-and-

Edward E. Neiger, Esq.
151 West 46th Street, 4th Fl.
New York, NY  10036
Telephone: (212) 267-7342
Fax: (212) 918-3427
E-Mail: eneiger@askllp.com

-and-

KATTEN MUCHIN ROSENMAN LLP

By: */s/ Steven J. Reisman*
Steven J. Reisman, Esq.
Theresa A. Foudy, Esq.
Karen B. Dine, Esq.
575 Madison Avenue
New York, NY 10022-2585
Telephone: (212) 940-8800
Fax: (212) 940-8776

*Attorneys for Debtors and Debtors in Possession*

2

Mel Bernie, President
1928 Watch Company dba 1928 Jewelry
Company
3000 West Empire Avenue
Burbank, California 91504

Celeste Gudas, CEO
24 Seven, LLC
120 Wooster Street
4th Floor
New York, New York 10012

Jerry Hannah, RegAgt/Owner
Ability Maintenance, Inc.
17259 Hesperian Boulevard
#4
San Lorenzo, California 94580

Daniela Aceves, Owner
Aceves Roofing Services, Inc.
12508 Bromwich Street
Pacoima, California 91331

Edward L. Schnitzer, Esq.
Montgomery McCracken Walker & Rhoads
LLP
437 Madison Avenue
New York, New York 10022

Samuel I. Newhouse, III, CEO
Advance Publications, Inc. dba The
Republican
950 Fingerboard Road
Staten Island, New York 10305

William Hurney, President
Advanced Surfaces, Inc.
6960 Hermosa Circle
Buena Park, California 90620

Gary A. Drummond, Esq.
Sallquist & Drummond, P.C.
4747 North 7th Street
Suite 402
Phoenix, Arizona 85014

Anothy L. Bini Del Valle, Esq.
Attorney at Law
Centro Internacional de Mercadeo
90 Carr 165, Suite 309
Guaynabo, PR,  0

George Hofmann, Esq.
Cohne Kinghorn
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111

Douglas S. Boothe, President/CEO
Akorn, Inc.
1925 West Field Court
Suite 300
Lake Forest, Illinois 60045

Alban Gaba, Owner
Alban Gaba Inc
58 Center Court
Garfield, New Jersey 7026

William S. Gannon, Esq.
William S. Gannon PLLC
889 Elm Street
4th Floor
Manchester, New Hampshire 3101

Thomas J. McInerney, President/CEO
Altaba Inc. fdba Yahoo! Inc.
701 First Avenue
Sunnyvale, California 94089

American Oak Preserving Company, Inc.
P O BOX 187
NORTH JUDSON, Indiana 46366

James E. McFadden, President/CEO
American Telecast Products, LLC
835 Springdale Drive
Suite 206
Exton, Pennsylvania 19341

Daniel P. Branagan, Esq.
Cohen & Grigsby, P.C.
625 Liberty Avenue
Pittsburgh, Pennsylvania 15222

Charles Phillips, CEO/President
Anda, Inc.
2915 Weston Road
Weston, Florida 33331

Christopher Terrill, CEO
Angie's List, Inc.
1030 East Washington Street
Indianapolis, Indiana 46202

Stephen C. Tuck, CEO
Anglo American Enterprises Corp.
403 Kennedy Boulevard
Somerdale, New Jersey 8083

Gary M. Snider, Officer
Appliance Installations by Special D, LLC
11506 Ward Road
Cleveland, Texas 77328

Richard Chan, President
Archway Incorporated
865 South Marine Corps Drive
Tamuning, Guam,  96913

Fred Smagorinsky, CEO
Artic Glacier U.S.A., Inc.
923 Wright Street
Brainerd, Minnesota 56401

Charles W. Sansbury, President/CEO
ASG Technologies Group fdba Allen
Systems Group, Inc.
708 Goodlette Road North
Naples, Florida 34102

Kathleen Aiello, Esq.
Fox Rothschild LLP
101 Park Avenue, 17th Floor
New York, New York 10178

Lawrence Schwall, Director
ASW, LLC dba American Sportworks
2845 East Dupont Road
Fort Wayne, Indiana 46825

William George Newton, President
B L Intimate Apparel Canada Inc
9500 Rue Meilleur
Bureau 111
Montreal, QC,  0

Alfredo Fernandez Martinez, Esq.
Delgado Fernandez, LLC
PO Box 11750
Fernandez Juncos Station
San Juan, PR,  0

Phillip J. Silich, Reg Agt/CEO
Bacon-Universal Company, Inc.
918 Ahua Street
Honolulu, Hawaii 96819

Officer, Managing or General Agent
Bay Custom Countertops Inc.
37330 Cedar Boulevard
Suite D
Newark, California 94560

Philip Gigante, RegAgt/President
BBT Logistics, Inc.
329 Doremus Avenue
Newark, New Jersey 7105

Scott M. Rosenbach, President
BCI Acrylic, Inc. fdba BCI Acrylic Bath
Systems, Inc.
1800 Industrial
Libertyville, Illinois 60048

Paul M. Isabella, CEO
Beacon Sales Acquisition, Inc. dba Roofing
Supply Group
505 Huntmar Park Drive
Suite 300
Herndon, Virginia 20170

Adam Merzon, RegAgt/President
Beaux Merzon, Inc.
1050 Valley Brook Road
Suite B
Lyndhurst, New Jersey 7071

Jamie W. Olinto, Esq.
Adams and Reese LLP
501 Riverside Avenue
Suite 601
Jacksonville, Florida 32202

William Graham, President
Beiersdorf, Inc.
45 Danbury Road
Wilton, Connecticut 6897

Officer/Managing Agent
Bellows International Ltd
Route 30
Charlotte Amalie West, St. Thomas,  802

Edwin Rivera Cintron, Esq.
Abogado
PO Box 1098
Las Piedras, Puerto Rico,  771

Gary M. Bertch, President
Bertch Cabinet Mfg., Inc.
4935 Young Road
Elk Run Heights
Waterloo, Iowa 50701

Linda Bancroft, Officer
BFG Supply Co., LLC.
14500 Kinsman Road
Burton, Ohio 44021

Gary Prince, President
Bimbo Bakeries USA, Inc fdba Bimbo
Foods Inc.
4801 Cox Road
Suite 1
Glen Allen, Virginia 23060

Lisa A. O'Carroll, CEO
Biofilm, Inc.
3225 Executive Ridge
Vista, California 92081

Robert L. Bonzer, President
Bon-Aire Industries, Inc.
873 East Citation Court
Boise, Idaho 0

Luigi Tedesco, President
BP Lubricants USA Inc.
1500 Valley Road
Wayne, New Jersey 7470

Fred Pain, General Manager
Bre/Pearlridge LLC
98-1005 Moanalua Road
Aiea, Hawaii 96701

Brendan Goldman, RegAgt/CEO
Brendan Goldman, Inc. dba Corporate
Resources Inc
330 Stanyan Place
Alpharetta, Georgia 30022

Douglas A. Pertz, President/CEO
Brink's Incorporated fdba Dunbar Armored,
Inc.
1801 Bayberry Court
Richmond, Virginia 0

Harry B. Henshel, CEO
Bulova Watch Company, Inc. fdba Bulova
Corporation
One Bulova Avenue
Woodside, New York 11377

Eric W. Cole, President
C & C Sage, Inc
3626 Binz Engleman Road
San Antonio, Texas 78219

Daniel O'Neal, Owner
C & D Contracting, LLC
114 Poplar Street
Trussville, Alabama 35173

Robert Biesterfeld, CEO
C.H. Robinson Worldwide, Inc.
14701 Charlson Road
Eden Prairie, Minnesota 55347

Doug Lane, CEO/President
Capgemini America, Inc.
Las Colinas Tower I, Suite 700
201 East John Carpenter Freeway
Irving, Texas 75062

Randy A. Sanders, President
Capital Building Services Group, Inc.
540 Capital Drive, Suite 100
Lake Zurich, Illinois 60047

Irina Novoselsky, CEO
CareerBuilder, LLC
200 North LaSalle Street
Suite 1100
Chicago, Illinois 60601

Gregory J. Jordan, Esq.
Jordan & Zito LLC
55 West Monroe Street
Suite 3600
Chicago, Illinois 60603

Jeffrey R. Straub, Officer
Catalyst Career Group, LLC
801 Prairie Ridge Road
Woodstock, Illinois 60098

David J. Spitz, CEO
ChannelAdvisor Corporation
3025 Carrington Mill Boulevard
Suite 500
Morrisville, North Carolina 0

Laura Ketcham, Esq.
Miller & Martin
Volunteer Building, Suite 1200
832 Georgia Avenue
Chattanooga, Tennessee 37402

Ed Byczynski, Officer
Chicago Aerosol, LLC dba Elco
Laboratories
8407 South 77th Avenue
Bridgeview, Illinois 60455

Matthew Farrel, CEO
Church & Dwight Co. Inc.
500 Charles Ewing Boulevard
Ewing, New Jersey 8628

Bryan Jung, Esq.
Fung Group
Legal Counsel

Robert Franklin, Esq.
CIT Group Inc.
Assistant General Counsel
201 South Tryon Street
Charlotte, North Carolina 28202

Jeffrey Cohen, President
Citizen Watch Company of America, Inc.
1000 West 190th Street
Torrance, California 0

Duane Standage, Owner
Classy Closets
4320 West Chandler Boulevard
Chandler, Arizona 85226

Linda K. Massman, CEO
Clearwater Paper Corporation
601 West Riverside Avenue
Suite 1100
Spokane, Washington 99201

Mark Cattini, CEO
ClickSoftware, Inc.
35 Corporate Drive
Suite 400
Burlington, Massachusetts 1803

David L. Going, Esq.
Armstrong Teasdale LLP
7700 Forsyth Boulevard, Suite 1800
St. Louis, Missouri 63105

Michael D. Fielding, Esq.
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112

Jeffrey Dove, Esq.
Barclay Damon LLP
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202

Laura Ketcham, Esq.
Miller & Martin
Volunteer Building, Suite 1200
832 Georgia Avenue
Chattanooga, Tennessee 37402

Daniel M. Pereira, Esq.
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 0

Waleed Al-Atraqchi, President
Commission Junction LLC
530 East Montecito Street
Santa Barbara, California 93103

Bill Glass, CEO
Connexity, Inc.
2120 Colorado Avenue
Suite 400
Santa Monica, California 90404

Linda Andrews, Officer
Copley Ohio Newspapers, Inc.
500 Market Avenue South
Canton, Ohio 44702

Lawrence D. Ambrogi, RegAgt/CFO
Counter - vation Inc.
10427 Dow Gil Road
Ashland, Virginia 23005

Erin K. Wilson, Vice President
Counter Impressions, LLC
801 David Walker Drive
Eustis, Florida 32726

Joseph Patillo, Officer
Countrywide Pipe Restoration, LLC
4614 VZCR 2301
Canton, Texas 75103

Mark Krampert, CEO
County Restaurant Supply
711 Old County Road
San Carlos, California 94070

Kim Guthrie, President
Cox Media Group, LLC dba Cox
Newspapers
6205-A Peachtree Dunwoody Road
Atlanta, Georgia 30328

Smith Holland, President/CEO
Crayola LLC
1100 Church Lane
Easton, Pennsylvania 0

Scott S. Rever, Esq.
Wasserman, Jurista & Stolz, P.C.
110 Allen Road
Suite 304
Basking Ridge, New Jersey 7920

Officer, Managing or General Agent
Custom Air Services, Inc.
2634 Pennington Drive
Wilmington, Delaware 19810

Harlan M. Lazarus, Esq.
Lazarus & Lazarus, P.C.
240 Madison Avenue, 8th Flr.
New York, New York 10016

Beth Weller, Esq.
Linebarger Goggan Blair & Sampson, LLP
2777 North Stemmons Freeway, Suite 1000
Dallas, Texas 75207

Officer, Managing or General Agent
Dal-Tile Distribution, Inc.
7834 C F Hawn Freeway
Dallas, Texas 75217

Richard W. Edelman, President
Daniel J. Edelman, Inc. dba Edelman Digital
250 Hudson Street
New York, New York 10013

Frank J. DiVittorio, Esq.
Chehardy Sherman Williams Murray Recile
Stakelum & Hayes, LLP
111 North Oak Street
Suite 200
Hammond, Louisiana 70401

James D. Lammers, President
Dart Container Corporation
500 Hogsback Road
Mason, Michigan 48854

Paul Zaidins, CEO
DataSpan Holdings, Inc.
13755 Hutton Drive
Suite 300
Farmers Branch, Texas 75234

Robbie K. Deel, RegAgt/Officer
Deel and Carter Heat and Air "LLC"
106 Dillard Court
Eden, North Carolina 27288

Jessica Bagdanov, Esq.`
Brutzkus Gubner
21650 Oxnard Street, Suite 500
Woodland Hills, California 0

Timothy Gruber, President/CEO
Detroit Newspaper Partnership, L.P. fdba
Detroit Newspaper Agency
6200 Metro Parkway
Sterling Heights, Michigan 48312

Michael Hammer, CEO
Dickinson Wright PLLC
500 Woodward Avenue
Suite 4000
Detroit, Michigan 0

Anthony DeHart, CEO
Dimar USA, Inc. fdba DCT (Special
Projects) Inc.
1375 LR Boulevard SE
Suite 110
Hickory, North Carolina 28603

Juan A. Cuyar Cobb, Esq.
Fernández Cuyar Rovira & Plá LLC
P.O. Box 9023905
San Juan, PR,  0

Heiko Faass, RegAgt/President
Distribution Integrated Services, LLC
270 Munoz Rivera
Oficina 506
San Juan,  918

Dave Muscato, CEO
DS Services of America, Inc. dba Standard
Coffee Service
2300 Windy Ridge Parkway
Suite 500N
Atlanta, Georgia 30339

Lauren Newman, Esq.
Thompson Coburn LLP
55 East Monroe Street, 37th Floor
Chicago, Illinois 60603

Lisa Fuller, Manager
E&E Co. Ltd.
45875 Northport Loop E
Fremont, California 94538

Robert Neis, President
E.T. Browne Drug Co., Inc.
440 Sylvan Avenue
Englewood Cliffs, New Jersey 7632

Officer, Managing or General Agent
Earthgrains Baking Companies, LLC
255 Business Center Drive
Horsham, Pennsylvania 19044

Micheal Rosenblatt, CEO
Echo Bridge Acquisition Corp. LLC
3089 Airport Road
La Crosse, Wisconsin 54603

David J. Lewis, Esq.
Krugliak, Wilkins, Griffiths & Dougherty
Co., LPA
50 South Main Street
Suite 501
Akron, Ohio 44308

Karan H. Shah, RegAgt/Officer
Edealszone, Inc.
13336 Rusty Fig Circlel
Cerritos, California 90703

Roberto Negron, Esq.
Vilarino & Associates LLC
PO Box 9022515
San Juan, PR, Pennsylvania 0

Tom Bickes, CEO
EmployBridge, LLC dba Select Staffing
1040 Crown Pointe Parkway
Suite 1040
Atlanta, Georgia 30338

Lazaro E. Fernandez, Esq.
Law Office of Lazaro E. Fernandez, Inc.
3600 Lime Street
Suite 326
Riverside, California 92501

Howard Kerker, Esq.
Howard J. Kerker, P.C.
25 Kensington Circle
North Hills, New York 11030

Micheal Gasser, Principal
Endless Games, Incorporated
131 North Broadway
South Amboy, New Jersey 8879

Cullen Kuhn, Esq.
Bryan Cave Leighton Paisner LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, Missouri 63102

Laura McCarthy, Esq.
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, Massachusetts 2110

Kathleen Aiello, Esq.
Fox Rothschild LLP
101 Park Avenue, 17th Floor
New York, New York 10178

Thomas L. Abrams, Esq.
Thomas L. Abrams P.A.
633 South Andrews Avenue
Suite 500
Fort Lauderdale, Florida 33301

Eliott Zeprun, Sr. Operations Analyst
EZ Maintenance Services, LLC
43 Pemaquid Street
Stoughton, Massachusetts 2072

Officer, Managing or General AGent
Factory Outlet Store II LLC dba
FactoryOutletStore.com
1407 Broadway Avenue
Suite 700
New York, New York 10018

Laura McCarthy, Esq.
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, Massachusetts 2110

Jeffrey S. Dweck, Esq.
The Law Firm Of Jeffrey S. Dweck, P.C.
43 West 33rd Street, Suite 304
New York, New York 10001

Bryan Day, Officer
Felix Calls, LLC
229 W. 43rd Street
New York, New York 0

James Watson, CEO
Field Manufacturing Corporation
690 Knox Street
Suite 200
Torrance, California 90502

Kevin Coles, President
Fila U.S.A., Inc.
930 Ridgebrook Road
Suite 200
Sparks, Maryland 21152

Tad Phelps, President
Financial-Information-Technologies, LLC
dba Fintech
3109 West  Dr. Martin Luther King Jr.
Boulevard, Suite 200
Tampa, Florida 33607

Matt Wise, CEO
Fisher Unitech, LLC
404 East 10 Mile Road
#150
Pleasant Ridge, Michigan 48069

Mark H.  Ralston, Esq.
Fishman Jackson Ronquillo PLLC
13155 Noel Road
L.B. 13, Suite 700
Dallas, Texas 75240

Officer, Managing or General Agent
Food Warehouse Corp.
7350 Estate Bovoni
Suite C101
Charlotte Amalie, St. Thomas, VI,  802

Henry P. Ritz, Officer
Footwear Specialties International, L.L.C.
13136 NE Airport Way
Portland, Oregon 0

Officer, Managing or General Agent
Franke Kitchen Systems, LLC
800 Aviation Parkway
Smyrna, Tennessee 37167

Ana Garcia, RegAgt/Officer
Garcia Family Enterprises, LLC
5757 W. Pecan Road
Laveen, Arizona 85339

Kirk Davis, CEO
GateHouse Media, LLC dba Watertown
Public Opinion
175 Sully's Trail
Pittsford, New York 14534

Gordon J. Toering, Esq.
Warner, Norcross + Judd LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, Michigan 49503

Chris Walter, Officer
Gensco, Inc.
4402 20th Street East
Tacoma, Washington 98424

David Gerali, Presidenet
Gerali Custom Design, Inc.
1482 Sheldon Drive
Elgin, Illinois 60120

Gary Simmons, President
Gerber Childrenswear LLC
7005 Pelham Road
#D
Greenville, South Carolina 29615

Michael D. Fielding, Esq.
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112

Glenn J. Chamandy, CEO
Gildan Branded Apparel SRL LLC
1980 Clements Ferry Road
Charleston, South Carolina 29492

Edmond Harary, President
GINA GROUP LLC
10 West 33rd Stret
Suite 312
New York, New York 10001

Garo Kholamian, President
GK Preferred Income II (Ridgmar) SPE,
LLC
257 East Main Street
Suite 100
Barrington, Illinois 60010

Officer, Managing or General Agent
Glamour Corporation
P.O. Box 11908
San Juan,  922

Kristi Thompson, Esq.
CMA CGM
5701 Lake Wright Drive
Norfolk, Virginia 23502

Michael Mellon, CEO
Goodtimes Brand Inc.
5958 Ambler Drive
Mississauga, ON,  0

Ramon Ramon, RegAgt/President
GR Electrical Services, Inc.
16201 SW 61st Lane
Miami, Florida 33193

Brett R. Marshall, Esq.
Lane & Waterman LLP
220 North Main Street, Suite 600
Davenport, Iowa 52801

Richard D. Calder, CEO
GTT Communications, Inc.
7900 Tysons One Place
Suite 1450
McLean, Virginia 22102

Richard L. Johnson, Esq.
Blair Sterling Johnson Martinez
238 Archbishop Flores Street
Suite 1008
Hagatna, Guam,  96910

Raymond P. Mayer, RegAgt/President
Gulf Coast Building Products, Inc.
3350 McLemore Drive
Pensacola, Florida 32514

H. Best, Ltd.
1411 Broadway
New York, New York 10018

Michael Tawil, CEO
H. Best, Ltd.
285 Ridge Road
Suite 3
Dayton, New Jersey 8810

Brian J. Habegger, Prsident
Habegger-Meyers HVAC Distribution, Inc.
1020 Duquesne Boulevard
Duquesne, Pennsylvania 0

Kathy Bryant, Officer
Halifax Media Group, LLC
111 Center Street
Suite 2020
Little Rock, Arkansas 72201

Sarah K. Suter, Esq.
Suter Law & Advocacy LLC
9205 West Russell Road
Suite 240
Las Vegas, Nevada 89148

Andrew Rosenblatt, Esq.
Norton Rose Fullbright US LLP
1301 Avenue of the Americas
New York, New York 0

Andrew Rosenblatt, Esq.
Norton Rose Fullbright US LLP
1301 Avenue of the Americas
New York, New York 0

Jamie S. Cassel, Esq.
Reno & Zahm LLP
2902 McFarland Road, Suite 400
Rockford, Illinois 61107

Jonathan H. Miller, Esq.
The Sarachek Law Firm
101 Park Avenue, 27th Floor
New York, New York 10178

Rory Leyden, CEO
Hoffmaster Group, Inc.
2920 N. Main Street
Oshkosh, Wisconsin 54901

Craig A. Menar, CEO
Home Depot U.S.A. Inc. dba The Home
Depot Pro Institutional dba SupplyWorks
2455 Paces Ferry Road
Atlanta, Georgia 30339

Matthew J. Stockl, Esq.
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, Illinois 0

Charlie Schobel, Officer
HomeCare Labs, Inc.
1735 N. Brown Raod
Lawrenceville, Georgia 30043

Officer, Managing or General Agent
HOS II, L.L.C.
c/o BMI Property Management LLC
1700 Morrissey Drive
Bloomington, Illinois 61704

Nathaniel S. Boyer, Esq.
The Hearst Corporation
Office of General Counsel
300 West 57th Street
40th Floor, New York 10019

Tim O'Leary, CEO
Huguenot Laboratories, Inc.
101 Riverdale Road
Port Jervis, New York 12771

Harlan M. Lazarus, Esq.
Lazarus & Lazarus, P.C.
240 Madison Avenue, 8th Flr.
New York, New York 10016

Joseph Kubbany, RegAgt/President
Importique Corp.
869 FM 1.5 Royal Industrial Park
Lote M 6
Catano, Puerto Rico,  962

Chris Hyams, President
Indeed, Inc.
177 Broad Street
4th Floor
Stamford, Connecticut 6901

Jesper Andersen, CEO
Infoblox Inc.
3111 Coronado Drive
Santa Clara, California 95054

Randall F. Scherck, Esq.
GREENSFELDER, HEMKER & GALE,
P.C.
Mark S. Sutton, CEO
International Paper Company
6400 Poplar Avenue
Memphis, Tennessee 38197

Ronald Hovsepian, CEO
Intralinks, Inc.
150 E. 42nd Street
8th Floor
New  York, New York 10017

Ross S. Silverstein, RegAgt/President
iPROMOTEu.com, Inc.
321 Commonwealth Road
Suite 101
Wayland, Massachusetts 1778

Officer, Managing or General Agent
J & L Installs, LLC
1506 Theil Road
Hayward, California 94544

John K. Morrow, President
J.K. Marketing Corporation of Illinois fdba
J.K. Marketing Corp.
801 North Beverly Lane
Arlington Heights, Illinois 60004

Mark Franco, RegAgt/Officer
Jay Franco & Sons Incorporated
115 Kennedy Drive
Sayreville, New Jersey 8872

Jeff Oliphant
Jeffrey Allen Oliphant dba All American
Tree & Lawn
481 West Mesa Avenue
Apartment 13
Clovis, California 0

Kathleen Widmer, President
Johnson & Johnson Consumer Inc.
199 Grandview Road
Skillman, New Jersey 8558

Bill Ferrari, President
Kamp-Rite Tent Cot Inc.
7400 14th Avenue
Sacramento, California 95820

Joseph Sutedjo, President
KC Pharmaceuticals, Inc.
3201 Producer Way
Pomona, California 0

Jill B. Bienstock, Esq.
Cole Schotz P.C.
25 Main Street
Hackensack, New Jersey 7601

Sue L. Chin, Esq.
Borges & Associates, LLC
575 Underhill Blvd., Suite 118
Syosset, New York 11791

Arnold Kamler, CEO
Kent International Inc.
60 East Halsey Road
Parsippany, New Jersey 7054

Kelly Rudnicki, CEO
KMR Print, Inc.
55 Calle Akelia
San Clemente, California 92673

Milton Polevoy, RegAgt/CEO
Knickerbocker Bed Company
770 Commercial Avenue
Carlstadt, New Jersey 7072

Dave Muenz, Vice President
Koa USA, Inc. dba Koa Brands Company
2535 Spring Grove Avenue
Cincinnati, Ohio 0

Reynolds c. Bish, CEO
Kofax, Inc.
15211 Laguna Canyon Road
Irvine, California 0

Song Kyung Choi, RegAgt/President
Lavish Clothing, Inc.
245 W. 28th Street
Los Angeles, California 90007

Jonathan M. Horne, Esq.
Murtha Cullina LLP
99 High Street
Boston, Massachusetts 0

Officer, Managing or General Agent
Legare Investments, Inc.
7265 Peppermill Parkway
Charleston, South Carolina 29418

Keara Waldron, Esq.
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, New York 10020

Jeff Storey, CEO
Level 3 Communications, LLC
1025 Eldorado Boulevard
Bloomfield, Colorado 80021

Francis McGorry, President
Liberty Coca-Cola Beverages LLC
725 East Erie Avenue
Philadelphia, Pennsylvania 19134

Ted Hawksford, CEO
LiquidPlanner, Inc.
2324 Eastlake Avenue East
Suite 500
Seattle, Washington 98102

LiquidPlanner, Inc.
5505 N. Cumberland Avenue
Suite 307
Chicago, Illinois 60656

Herb Zebrack,President
Lithographix, Inc.
12250 S. Crenshaw Boulevard
Hawthorne, California 90250

Aritz Larrea, President
Loomis Armored US, LLC
2500 City West Boulevard
Suite 900
Houston, Texas 77042

Dr. Patrick Soon-Shiong, President
Los Angeles Times Communications LLC
dba Los Angeles Times
2300 E. Imperial Highway
El Segundo, California 90245

James F. Luce, CEO
Luce, Schwab & Kase, Incorporated
9 Gloria Lane
P.O. Box 779
Fairfield, New Jersey 0

Joseph H. Hakim, RegAgt/President
Luv N' Care International, Inc. fdba Luv N'
Care, Inc.
3030 Aurora Avenue
3rd Floor
Monroe, Louisiana 0

Bernard Mermelstein, CEO
M.Z. Berger & Co. Inc.
353 Lexington Avenue
14th Floor
New York, New York 0

Martin Kedziora, Esq.
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601

Alfred D'Alessandro, Registered Agent
Marvic Corp.
2450 Iorio Street
Union, New Jersey 7083

Elmer Malchow, Officer
McLane Manufacturing, Inc.
42-215 Washington Street
Suite A #174
Palm Desert, California 92211

Nick J. Cirignano, Esq.
Ziemer, Stayman, Weitzel & Shoulders, LLP
20 NW First Street, 9th Floor
PO Box 916
Evansville, Indiana 0

Matthew M. Boley, Esq.
Cohne Kinghorn, P.C.
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111

Stanley D. Winnard, RegAgt/President
Mechanics Time Savers, Inc.
10715 N. Stemmons Freeway
Dallas, Texas 75220

Andrew Mills, President
Medline Industries, Inc.
Three Lakes Drive
Northfield, Illinois 60093

Frank A. Meier, Jr., CEO
Meier Supply Company, Inc.
275 Broome Corporate Parkway
Conklin, New York 13748

Doug Bernstein, CEO
Melissa & Doug, LLC
141 Danbury Road
Wilton, Connecticut 6897

Rodrigo Melo, RegAgt/Owner
Melo Construction NW LLC
19818 SE 296th Street
Kent, Washington 98042

Thomas J. Sanone, Esq.
Carmody Torrance Sandak & Hennessey LLP
195 Church Street
New Haven, Connecticut 0

Anurag Vig, CEO
Michelin Star, Inc.
1203 Lansdowne Court
Southlake, Texas 0

Howard N. Sobel, Esq.
Howard N. Sobel, P.A.
507 Kresson Road
P.O. Box 1525
Voorhees, New Jersey 8043

Dirk Van de Put, CEO
Mondelez Global LLC
3 Parkway North
Suite 300
Deerfield, Illinois 60015

Luis R. Morales Caro, RegAgt/President
MORALES DISTRIBUTORS INC
Zona Industrial Guanajibo
Calle W. Brennan
Mayaguez, Puerto Rico,  680

Morgan John Spake, Owner
Morgan John Spake dba A Good Company aka AGC
388 Market Street
Suite 854
San Francisco, California 0

Michael Scotto, RegAgt/Officer
MR2D Global Trading, LLC
736 Gary Lane
El Paso, Texas 79922

Edward C. Coppola, President
MS Portfolio LLC
401 Wilshire Boulevard
Suite 700
Santa Monica, California 90401

Robert Munch, President
Munch's Supply Co.
300 North Mannheim Road
Hillside, Illinois 60162

Michael D. Hayford, President/CEO
NCR Corporation
864 Spring Street NW
Atlanta, Georgia 30308

Dennis D. Cardona, President
Neographics, Corp.
Valle San Juan
SJ #113
Trujillo Alto, PR,  926

Dean Vegliante, President
Netmining LLC
470 Park Avenue South
6th Floor
New York, New York 10016

J. Matthew Pfeiffer, Esq.
Pfeiffer Law Offices, P.C.
1725 South Naperville Road, Suite 205
Wheaton, Illinois 60189

George Murti, Esq.
NewAge Products Inc.
Legal
111 Creaditview Road, 2nd Floor
Vaughan, ON,  0

David Newman, Owner
Newman Services, Inc.
2641 Rainbow Lake Road
Inman, South Carolina 29349

Andy Peykoff, II, President/CEO
Niagara Bottling, LLC
1440 Bridgegate Drive
Diamond Bar, California 91765

Timothy K. Lynn, President/CEO
Nir Roof Care, Inc.
12191 Regency Parkway
Huntley, Illinois 60142

Edward L. Schnitzer, Esq.
Montgomery McCracken Walker & Rhoads
LLP
437 Madison Avenue
New York, New York 10022

Walter Pollack, President
Northwest Pallet Services, LLC
3648 Morriem Drive
Belvidere, Illinois 61008

Gerry Smith, CEO
Office Depot, Inc.
6600 North Military Trail
Boca Raton, Florida 33496

Timothy  S. Needles, RegAgt/CEO
Onix Networking Corp.
18519 Detroit Avenue
Lakewood, Ohio 44107

Richard A. Alimenti, President
Original Gourmet Food Company, LLC
52 Stiles Road
Suite 201
Salem, New Hampshire 3079

Haiyan Zhang, Officer
Pagacat Inc. dba Wondershopping
99 Washington Avenue
Albany, New York 12210

Gustavo Gutierrez, RegAgt/Officer
Pallet Consultants Corp.
810 NW 13th Avenue
Pompano Beach, Florida 33069

James V. Stammer, RegAgt/President/CEO
Parfums de Coeur, Ltd.
750 East Main Street
10th  Floor, Suite 1000
Stamford, Connecticut 6902

José Luis Barrios Ramos, Esq.
Prestige Legal Services, LLC
278 Avenue César González
San Juan, PR,  918

Brian G. Peirce, President/CEO
Peirce-Phelps LLC
516 Township Line Road
Blue Bell, Pennsylvania 19422

David Melman, Officer
Pennsylvania Joint Board dba Pennsylvania
Joint Board Workers United
1017 West Hamilton Street
Allentown, Pennsylvania 18101

Cecile Brogan, President
Penny Power, Ltd.
202 South Third Street
Coopersburg, Pennsylvania 18036

Brian Hard, CEO
Penske Truck Leasing Co., L.P.
2675 Morgantown Road
Reading, Pennsylvania 19607

Patrick Beharelle, President
PeopleReady, Inc. fdba Labor Ready
Midwest Inc.
1015 A Street
Tacoma, Washington 0

Shelley A. Kinsella, Esq.
Elliott Greenleaf, P.C.
1105 North Market Street, 17th Floor
Wilmington, Delaware 19801

Sue L. Chin, Esq.
Borges & Associates, LLC
575 Underhill Blvd., Suite 118
Syosset, New York 11791

Laura Ketcham, Esq.
Miller & Martin
Volunteer Building, Suite 1200
832 Georgia Avenue
Chattanooga, Tennessee 37402

Roy S. Kobert, Esq.
Gray Robinson
301 East Pine Street
Suite 1400
Orlando, Florida 32801

Robert A. Cimino, CEO
Plaza Provision Company (Puerto Rico)
Carretera 165 Esquina
Carretera 28
Guaynabo, PR,  965

Kevin Akeroyd, CEO
PR Newswire Association LLC fdba PR
Newswire, Inc.
130 East Randolph Street
7th Floor
Chicago, Illinois 60601

Brian T. Harvey, Esq.
Buchalter
1000 Wilshire Blvd., Suite 1500
Los Angeles, California 90017

David Norman, President
Pressman Toy Corporation
3701 West Plano Parkway
Suite 100
Plano, Texas 0

George Gaorfal, III, Owner
PROTECH Delivery & Assembly
406 Andromeda Circle
Middletown, Delaware 19709

Biplab Chadhuri, President
PTS Consulting Services LLC dba
ProcureTechStaff
1700 Park Street
Suite 212
Naperville, Illinois 60563

Edwin Perez, President
Puerto Rico Supplies Group Inc.
Luchetti Industrial Park
Marginal Road PR#5
Bayamon, Puerto Rico,  0

Emanuel Chirico, CEO
PVH Corp. dba Warner's
200 Madison Avenue
New  York, New York 10016

Don Ryan, Owner
Quest Products, LLC fdba Quest Products,
Inc.
8201 104th Street
Suite 200
Pleasant Prairie, Wisconsin 53158

Brent D. Meyer, Esq.
Meyer Law Group LLP
268 Bush Street
Suite 3639
San Francisco, California 94104

Raman Patel
Raman K. Patel dba Aviram Properties LLC
16145 Northup Way
Bellevue, Washington 0

Michael F. Zlaket, CEO/President
Rawlings Sporting Goods Company, Inc.
510 Maryville University Drive
Suite 110
St. Louis, Missouri 53141

Deborah Conklin, CEO
Reddy Ice LLC
5720 LBJ Freeway
Suite 200
Dallas, Texas 75240

Matt O'Toole, President
Reebok U.S.A. Limited, Inc.
25 Drydock Avenue
Boston, Massachusetts 2110

Sandy Callahan, CEO
Reed Group Management LLC
10355  Westmoor Drive
Westminster, Colorado 80021

Bradley J. Goist, President
Refresco Beverages US Inc. fdba Cott
Beverages USA Inc.
Corporate Center III
8112 Woodland Center Boulevard
Tampa, Florida 33614

Thomas J. Lasater, Esq.
Fleeson, Gooing, Coulson & Kitch L.L.C.
1900 Epic Center
301 North Main
Wichita, Kansas 67202

Doan T. Phan, Esq.
McGuire Woods LLP
1750 Tysons Boulevard
Suite 1800
Tysons, Virginia 0

Dan Rowley, General Manager
Resilion, LLC
7080 Donlon Way
Suite 208
Dublin, California 94568

Todd Strassberg, Esq.
Strassberg & Strassberg, P.C.
7 West 36th Street, 16th Floor
New York, New York 10018

Michael T. Sheehan, President
Revlon (Puerto Rico) Inc.
Buchanan Office Center
Suite 201
Guaynabo, Puerto Rico,  968

Ronald O. Perelman, CEO
Revlon Consumer Products Corporation
1 New York Plaza
New York, New York 10004

Lance Mitchell, CEO
Reynolds Consumer Products LLC fdba
Reynolds Consumer Products Inc.
1900 West Field Court
Lake Forest, Illinois 60045

Lance Mitchell, CEO
Reynolds Presto Products Inc.
1900 West Field Court
Lake Forest, Illinois 60045

Shannon L. Deeby, Esq.
Clark Hill PLC
151 S. Old Woodward Avenue , Suite 200
Birmingham, Michigan 48009

Diego Gomes, CEO
Rock Content dba ScribbleLive fdba I-On
Interactive Inc.
1095 Broken Soundy Parkway NW
Suite 200
Boca Raton, Florida 33487

Richard T. Hansell, RegAgt/President
RTH Mechanical Services, Inc.
99 Pine Road
Brentwood, New Hampshire 3833

John Berisford, President
S&P Global Inc. dba S&P Global Ratings
55 Water Street
New York, New York 10041

Mark E. Golman, Esq.
Phillips Murrah P.C.
3710 Rawlins Street
Suite 1420
Dallas, Texas 75219

Marc Benioff, Co-CEO
Salesforce.com, Inc.
Salesforce Tower
415 Mission Street, 3rd Floor
San Francisco, California 94105

John Sandu, RegAgt/Officer
Sandu Inc.
2406 NE 387th Avenue
Washougal, Washington 98671

Harlan M. Lazarus, Esq.
Lazarus & Lazarus, P.C.
240 Madison Avenue, 8th Flr.
New York, New York 10016

Frederick E. Schmidt, Jr., Esq.
Cozen O'Connor
277 Park Avenue
20th Floor
New York, New York 10172

Mark D. Silverschotz, Esq.
Anderson Kill P.C.
1251 Avenue of the Americas
New York, New York 10020

James T. Gagne, President/CEO
SEKO Enterprises, LLC fdba SEKO
Worldwide
1100 Arlington Heights Road, #600
Itasca, Illinois 60143

Officer, Managing or General Agent
ServiceBench, LLC
22894 Pacific Boulevard
Sterling, Virginia 20166

Suresh Kothari, CEO
Shanti Corporation dba Vijay Gold Designs
USA
1212 Avenue of the Americas
9th Floor
New York, New York 10036

Tetsuji Kawamura, President
Sharp Electronics Corporation
100 Paragon Drive
Montvale, New Jersey 7645

Mark Duedall, Esq.
Bryan Cave LLP
1201 West Peachtree Street, NW, 14th Floor
One Atlantic Center
Atlanta, Georgia 30309

Michael Amato, Esq.
Ruskin Moscou Faltischek P.C.
1425 RXR Plaza
East Tower, 15th Floor
Uniondale, New York 11556

Sean Keighran, RegAgt/President
SJK Development, Inc.
1717 17th Street
Suite 105
San Fransico, California 94103

Officer/Managing Agent
Soho Corporation
3120 West Lake Avenue
Glenview, Illinois 60026

Phil Arnold, President
South Central GWB Co., Inc.
3055 State Street
Columbus, Indiana 47201

Ronald D. Ramsey, RegAgt/Officer
Southern Exchange, L.P.
1332 Conrad Sauer Drive
Houston, Texas 0

Jack Lane, President
Southern Refrigeration Corporation
3140 Shenandoah Avenue NW
Roanoke, Virginia 24017

Kirt LIttle, Presidenet
Southwest Material Handling, Inc.
3725 Nobel Court
Mira Loma, California 91752

Leon Ginsburg, President
Sphere Consulting, Inc.
2121 2nd Street
Northbrook, Illinois 60062

Eric Jungbluth, President
Springs Window Fashions, LLC
7549 Graber Road
Middleton, Wisconsin 53562

Daniel R. Tinker, President
SRS Distribution Inc. dba Bill Wahl Supply
106 Sicklerville Road
Blackwood, New Jersey 8012

Steven Vardi, CEO
Steven Vardi, Inc.
151 W. 46th Street
Suite 701
New York, New York 10036

Judy Ye  Lay, RegAgt/President
Stone & Beyond, Inc.
830 Professor Lane
Suite 100
Sacramento, California 95834

Jose A. Moscoso, Officer
Suiza Dairy Corporation
San Patricio Avenue & Avenue de Diego
San Juan,  921

Thomas E. Ashburn, President
Sun Image Distributors, Inc.
809 A Seaboard Street
Myrtle Beach, South Carolina 29577

Michael R. Kelly, Officer
Sunny 84, LLC fdba Ora Interactive, LLC
400 N. Peoria Street
Chicago, Illinois 60642

Richard C.E. Jennings, Esq.
Skip Jennings, P.C.
115 West Ogelthorpe Avenue
Savannah, Georgia 31401

Raymond Ventrice, RegAgt/President
Swim 'N' Play, Inc.
313 Regina Avenue
Rahway, New Jersey 7065

Alain Barbet, CEO
TeleCheck Services, Inc.
5656 Glenridge Connector, N.E.
Atlanta, Georgia 30342

Samuel Wisotzkey, Esq.
Kohner, Mann & Kailas, S.C.
4650 North Port Washington Road
2nd Floor
Milwaukee, Wisconsin 0

Richard W. Anderson, President
Tempur-Pedic North America, LLC
1000 Tempur Way
Lexington, Kentucky 40511

Stephen N. McHaney, President
Texas Community Media LLC dba
Longview News-Journal
320 East Methvin
P.O. Box 1792
Longview, Texas 75606

Haskel Cohen, President
Textiles From Europe, Inc.
5901 West Side Avenue
6th Floor
West Trenton, New Jersey 8628

Barry Moore, CEO/President
The Brandt Companies, LLC
1728 Briercroft Court
Carrollton, Texas 75006

Cindee B. Bailey, President
The Climatic Corporation dba EHP Direct
South
1074 Greenwell Springs Road
Baton Rouge, Louisiana 70814

Earnest A. Donati, RegAgt/Owner
The Counter-Fitters Incorporated
6383 Summer Gale Drive
Memphis, Tennessee 38134

William P. Fornshell, Esq.
The Hartz Mountain Corporation
RegAgt/Vice President, Secty & Gen
Counsel
400 Plaza Drive
Secaucus, New Jersey 7094

Nikhil Varty, CEO
The ServiceMaster Company, LLC dba
ServiceMaster Clean
150 Peabody Place
Memphis, Tennessee 38103

Thomas K. Koehn, President
The Waldinger Corporation
2601 Bell Avenue
Des Moines, Iowa 50321

Christopher Ball, RegAgt/President
TMC Marketing, Inc. dba FixMyToys
600 South Sandusky Road
Sandusky, Michigan 48471

Officer, Managing or General Agent
Top Step Development, LLC fdba Top Step
Manufacturing, LLC
2531 Uniontown Road
Westminster, Maryland 21158

Rick A. Steinberg, Esq.
Price Meese Shulman & D'Arminio, P.C.
50 Tice Boulevard
Suite 380
Woodcliff Lake, New Jersey 7677

Donald E. Simmons, President
Trane U.S. Inc.
800-B Beaty Street
Davidson, North Carolina 28036

Rigo Mediavilla, President
Travel Concepts, Inc.
1007 Avenue Munoz Rivera Local 3
San Juan,  925

Christopher P. Vincze, CEO
TRC Environmental Corporation
650 Suffolk Street
Wannalancit Mills
Lowell, Massachusetts 1854

Officer, Managing or General Agent
Treasure Coast-JCP Associates, Ltd.
225 W. Washington Street
Indianapolis, Indiana 46204

Jennifer Bertetto, President
Trib Real Estate Company, LLC fdba
Tribune Review Publishing Company
530 Martindale Street
Pittsburgh, Pennsylvania 0

Shervin Mehdizadeh, CEO
U.S. Nonwovens Corp.
100 Emjay Boulevard
Brentwood, New York 11717

Michael Del Bonifro, President
Unique Designs By Michael A. Del Bonifro
Inc. dba Unique Design Inc.
2030 Grant Avenue
Philadelphia, Pennsylvania 19115

Gene Niksich, CEO
Unique Sports Products Inc.
840 McFarland Road
Alpharetta, Georgia 30004

Lucian Grainge, CEO
Universal Music Group, Inc. dba Universal
Music & Video
2220 Colorado Avenue
Santa Monica, California 90404

Michael S. Burke, CEO
URS Corporation
300 California Street
4th Floor
San Francisco, California 94104

Cali Tran, President
Valassis Direct Mail, Inc.
19975 Victor Parkway
Livonia, Michigan 48152

Michael A. Davis, President
Valpak Direct Marketing Systems, Inc.
805 Executive Center Drive West
#100
St. Petersburg, Florida 33702

Sam Mitchell, CEO
Valvoline LLC
100 Valvoline Way
Lexington, Kentucky 40509

Jay R. Indyke, Esq.
Cooley LLP
55 Hudson Yards
New York, New York 0

Officer, Managing or General Agent
VIP III, L.L.C.
970 North Oaklawn Avenue
Suite 100
Elmhurst, Illinois 60126

Richard Florin, CEO
Westport Corporation
331 Changeridge Road
Pine Brook, New Jersey 7058

Melissa D. Smith, CEO
WEX Inc. dba WEX Bank
1 Hancock Street
Portland, Maine 4101

Wayne Johnson, CFO
White Mountain Tissue, LLC dba Gorham
Paper and Tissue
72 Cascade Flats
Gorham, New Hampshire 3581

William Farnell
William R. Farnell
7349 Cartilla Avenue
Rancho Cucamonga, California 0

Officer, Managing or General Agent
William R. Meixner & Sons
5316 Cliffside Circle
Ventura, California 93003

William Robin Palmer
P.O. Box 6
Boonville, California 0

Kim Kelly Mann, Esq., Managing Partner
Womble Bond Dickinson (US) LLP fdba
Womble Carlyle Sandridge & Rice, LLP
One West 4th Street
Winston Salem, North Carolina 27101

Kevork Kouyoumijian, RegAgt/CEO
World Tech Toys, Inc.
28904 Avenue Paine
Valencia, California 91355

YellowDevil LLC
255 KENTUCKY AVE SE
WASHINGTON, District of Columbia
20003

Charles X. Gormally, Esq.
Brach Eichler, LLC
101 Eisenhower Parkway
Roseland, New Jersey 7068

Yao-Hsin Lin, RegAgt/President
YJ USA Corp. dba Jump King
3970 Lindbergh Drive
Addison, Texas 75001

Thomas J. O'Connor, President
YRC Inc. dba YRC Freight
10990 Roe Avenue
Overland Park, Kansas 66211

Anders Gustafsson, CEO
Zebra Technologies International, LLC
3 Overlook Point
Lincolnshire, Illinois 60069

Barby Siegel, President
Zeno Group, Inc.
200 East Randolph
32nd Floor
Chicago, Illinois 60601

Robert D. Nosek, Esq.
Certilman Balin Adler & Hyman, LLP
90 Merrick Avenue, 9th Floor
East Meadow, New York 11554

Mark E. Newcomb, Esq.
ZIM Amercian Integrated Shipping Services
Company, LLC
Claims & Insurance
5801 Lake Wright Drive
Norfolk, Virginia 23502

| Name | Address | City | State | Zip Code | Contact |
|---|---|---|---|---|---|
| 4Imprint, Inc. | 101 Commerce Street | Oshkosh | WI | 54901 | Attn: Officer, Managing or General Agent |
| 4Imprint, Inc. | 25303 Network Pl. | Chicago | IL | 60673 | Attn: Officer, Managing or General Agent |
| A S Caribe Drywall Inc. | 428 Calle 4 | Catano | PR | 00962 | Attn: Officer, Managing or General Agent |
| A S Caribe Drywall Inc. | P.O. Box 363782 | San Juan | PR | 00936 | Attn: Officer, Managing or General Agent |
| AA Roofing Contractor Corp. | Calle D 144 Bo Puento Blanco | Catano | PR | 00962 | Attn: Officer, Managing or General Agent |
| AA Roofing Contractor Corp. | P.O. Box 1273 | Catano | PR | 00963 | Attn: Officer, Managing or General Agent |
| AAD Garage Door Solutions Inc. | 1050 Farm To Market Road 1460 | Georgetown | TX | 78626 | Attn: Officer, Managing or General Agent |
| Aaron S Floor Covering Inc. | 1589 Skeet Club Rd, Ste 102-13 | High Point | NC | 27265 | Attn: Officer, Managing or General Agent |
| Aaron S Floor Covering Inc. | 329 Habersham Rd. | High Point | NC | 27260 | Attn: Officer, Managing or General Agent |
| Abella's Heating & Air | 7429 West Parkway | Sacramento | CA | 95823 | Attn: Officer, Managing or General Agent |
| Abraham Custom Creations, Inc. | 10550 47th Street North | Clearwater | FL | 33762 | Attn: Officer, Managing or General Agent |
| Absolute Heating & Airconditioning Inc. | 374 Adirondack Dr. | Farmingville | NY | 11738 | Attn: Officer, Managing or General Agent |
| Absolute Heating & Airconditioning Inc. | P.O. Box 348 | Farmingville | NY | 11738 | Attn: Officer, Managing or General Agent |
| Accounting Principals, Inc. D/B/A Ajilon | Dept Ch 14031 | Palatine | IL | 60055 | Attn: Officer, Managing or General Agent |
| Accounting Principals, Inc. D/B/A Ajilon | 208 So Lasalle St., Suite 814 | Chicago | IL | 60604 | Attn: Registered or Authorized Agent |
| Accounting Principals, Inc. D/B/A Ajilon | 150 N Martingale Rd., Suite 250 | Schaumburg | IL | 60173 | Attn: Officer, Managing or General Agent |
| Advance Local Media LLC D/B/A Advance Ohio Media LLC | One Harmon Plaza, 9th Floor | Secaucus | NJ | 07094 | Attn: Officer, Managing or General Agent |
| Advance Local Media LLC D/B/A Advance Ohio Media LLC | 1801 Superior Ave, #100 | Cleveland | OH | 44114 | Attn: Officer, Managing or General Agent |
| Advanced Air Conditioning, Inc. | 650 W Terrace Dr | San Dimas | CA | 91773 | Attn: Officer, Managing or General Agent |
| Advanced Air Conditioning, Inc. | 1690 N Alessandro | Banning | CA | 92220 | Attn: Registered or Authorized Agent |
| Advanced Building Controls, Inc. | 339 Changebridge Rd, Suite 2G | Pine Brook | NJ | 07058 | Attn: Officer, Managing or General Agent |
| Advanced Building Controls, Inc. | P.O. Box 387 | Pequannock | NJ | 07440 | Attn: Officer, Managing or General Agent |
| Advanced Building Controls, Inc. | C/O Corporation Service Company, 251 Little Falls Drive | Wilmington | DE | 19808 | Attn: Officer, Managing or General Agent |
| Affordable Granite Concepts Inc. | 1025 Miller Drive, Suite 139 | Altamonte Springs | FL | 32701 | Attn: Officer, Managing or General Agent |
| Air Experts Inc. | 7159 Harlan Lane | Sykesville | MD | 21784 | Attn: Officer, Managing or General Agent |
| Air Pro Heating & Cooling | 931 3rd St. | Oakmont | PA | 15139 | Attn: Officer, Managing or General Agent |
| Air Specialties of OK LLC | 728 Oak Hill Court | Mobile | AL | 36609 | Attn: Officer, Managing or General Agent |
| Aire Pure Inc. | 1080 Old Lincoln Highway | Langhorne | PA | 19047 | Attn: Officer, Managing or General Agent |
| Aire Pure Inc. | 1435 Freeport Rd. | Cheswick | PA | 15024 | Attn: Officer, Managing or General Agent |
| AK Studio, LLC | 1729 E Osborn Rd | Phoenix | AZ | 85016 | Attn: Officer, Managing or General Agent |
| AK Studio, LLC | 10910 N Tatum Blvd., #106 | Phoenix | AZ | 85028 | Attn: Registered or Authorized Agent |
| Allway Tools, Inc. | 1255 Seabury Avenue, P.O. Box 777 | Bronx | NY | 10462 | Attn: Officer, Managing or General Agent |
| Allway Tools, Inc. | C/O Corporation Service Company, 251 Little Falls Dr. | Wilmington | DE | 19808 | Attn: Registered or Authorized Agent |
| American Door And Dock Inc. | 2125 Hammond Drive | Schaumburg | IL | 60173 | Attn: Officer, Managing or General Agent |
| American Health Kennels, Inc. | 4351 NE 11th Avenue | Pompano Beach | FL | 33064 | Attn: Officer, Managing or General Agent |
| Andrew Campanella | 14120 Cedar Niles Rd | Olathe | KS | 66061 | Attn: Officer, Managing or General Agent |
| Appliance And Refrigeration Services Inc. | 1164 Ave. Hostos, #1 | Ponce | PR | 00717 | Attn: Officer, Managing or General Agent |
| Appliance And Refrigeration Services Inc. | P.O. Box 10346 | Ponce | PR | 00732 | Attn: Officer, Managing or General Agent |
| Appliance Parts Imports Inc. | GQ-11 Campo Rico Ave | Carolina | PR | 00982 | Attn: Officer, Managing or General Agent |
| Appliance Parts Imports Inc. | Ave. Campo Rico Gq-11 Country Club | Carolina | PR | 00981 | Attn: Registered or Authorized Agent |
| Applied Staffing Solutions, LLC | 890 E Patriot Blvd, Suite E | Reno | NV | 89511 | Attn: Officer, Managing or General Agent |
| Applied Staffing Solutions, LLC | 701 S Carson St, Suite 200 | Carson City | NV | 89701 | Attn: Registered or Authorized Agent |
| APR Supply Co. | 749 Gulford Street | Lebanon | PA | 17046 | Attn: Officer, Managing or General Agent |
| APR Supply Co. | 718 Stanton Christiana Rd | Newark | DE | 19713 | Attn: Registered or Authorized Agent |
| Archon Energy Solutions | 607 Elmira Rd. No. 293 | Vacaville | CA | 95687 | Attn: Officer, Managing or General Agent |
| Archon Energy Solutions | 875 Cotting Ln., Suite H | Vacaville | CA | 95688 | Attn: Officer, Managing or General Agent |
| ASPAC Distributors Inc. | 174 Kotla Drive | Agana Heights | GU | 96910 | Attn: Officer, Managing or General Agent |
| B & M Seasonal Services LLC | Rr 6 Box 251 Chapel Rd Pittston | Luzerne | PA | 18640 | Attn: Officer, Managing or General Agent |
| Baggs Landscaping & Maintenance Inc. | 73-4179 Eluna Pl | Kailua Kona | HI | 96740 | Attn: Officer, Managing or General Agent |
| Bankers Warranty Group D/B/A Centricity | 11101 Roosevelt Blvd N | Stpetersburg | FL | 33716 | Attn: Officer, Managing or General Agent |
| Bankers Warranty Group D/B/A Centricity | 2419 E Commercial Blvd., Suite 300 | Fort Lauderdale | FL | 33308 | Attn: Registered or Authorized Agent |
| Bankers Warranty Group D/B/A Centricity | C/O Shumaker, Bank of America Plaza Ste 2800, 101 East Kennedy Blvd | Tampa | FL | 33602 | Attn: Steven M. Berman |
| Bella Stones, Inc. | 1201 E Ball Rd Ste T | Anaheim | CA | 92805 | Attn: Officer, Managing or General Agent |
| Bella Stones, Inc. | 8753 Moody St. | Cypress | CA | 90630 | Attn: Registered or Authorized Agent |
| Benoit Construction Group LLC | 1080 New Haven Ave Apt 82 | Milford | CT | 06460 | Attn: Officer, Managing or General Agent |
| Benoit Construction Group LLC | C/O Benjamin Gold & Troyb, Pc, 350 Beford Street, Suite 403 | Stamford | CT | 06901 | Attn: Officer, Managing or General Agent |
| Bienes Construction LLC | 2111 W Rio Vista Ave | Tampa | FL | 33612 | Attn: Officer, Managing or General Agent |
| Bill Nourse | 432 Macmaster St | Deptford | NJ | 08096 | Attn: Officer, Managing or General Agent |
| Birmingham Industrial Enterprises LLC | 2101 Highland Avenue South | Birmingham | AL | 35205 | Attn: Officer, Managing or General Agent |
| Birmingham Industrial Enterprises LLC | 2100 3Rd Ave North, Suite 700 | Birmingham | AL | 35203 | Attn: Officer, Managing or General Agent |
| Birmingham Industrial Enterprises LLC | P.O. Box 530487 | Birmingham | AL | 35253 | Attn: Officer, Managing or General Agent |
| Brandy Nicole Oberpriller | 23123 Canyon Lake Dr | Spring | TX | 77373 | Attn: Officer, Managing or General Agent |
| Brightedge Technologies Inc. | 989 E Hillsdale Blvd, Suite 300 | Foster City | CA | 94404 | Attn: Officer, Managing or General Agent |
| Brightedge Technologies Inc. | 160 Greentree Dr., Suite 101 | Dover | DE | 19904 | Attn: Officer, Managing or General Agent |
| Brightedge Technologies Inc. | C/O National Registered Agents Inc, 160 Greentree Drive, Suite 101 | Dover | DE | 19904 | Attn: Registered or Authorized Agent |
| Briscoe Air & Heating LLC | 5700 Blue Ridge Blvd | Raytown | MO | 64133 | Attn: Officer, Managing or General Agent |
| Briscoe Air & Heating LLC | 6501 NW Daggett Road | Kansas City | MO | 64151 | Attn: Registered or Authorized Agent |
| Brooks Beverages Management Company | 545 E 32nd St | Holland | MI | 49423 | Attn: Officer, Managing or General Agent |
| Brooks Beverages Management Company | 777 Brooks Ave. | Holland | MI | 49423 | Attn: Officer, Managing or General Agent |
| Brown Management Group, Inc. D/B/A BMG Model And Talent | 2255 S Michigan Avenue, 2W | Chicago | IL | 60616 | Attn: Officer, Managing or General Agent |
| Brown Management Group, Inc. D/B/A BMG Model And Talent | 1503 W Estes | Chicago | IL | 60626 | Attn: Registered or Authorized Agent |
| Bryan C Zuck | 13765 Walker Rd | Mcloud | OK | 74851 | Attn: Officer, Managing or General Agent |
| BT Granite Run LP | 200 Dryden Road Suite 2000 | Dresher | PA | 19025 | Attn: Officer, Managing or General Agent |

| Name | Address | City | State | Zip Code | Contact |
|------|---------|------|-------|----------|---------|
| BT Granite Run LP | 401 S 2nd Street, Suite 200 | Philadelphia | PA | 19147 | Attn: Registered or Authorized Agent |
| BT Granite Run LP | 200 Witmer Road, Suite 200 | Horsham | PA | 19044 | Attn: Officer, Managing or General Agent |
| BT Granite Run LP | C/O Kurtzman Steady, LLC, 401 S. 2nd Street, STE 200 | Philadelphia | PA | 19147 | Attn: Jeffrey Kurtzman, Esq. |
| Build4You LLC | 11 Franklin Ave | Feasterville Trevose | PA | 19053 | Attn: Officer, Managing or General Agent |
| Bush Roofing Inc. | 6422 Raymond Dr | South Weber | UT | 84405 | Attn: Officer, Managing or General Agent |
| C & M Landscape & Design Inc. | 2245 S San Antonio Ave | Ontario | CA | 91762 | Attn: Officer, Managing or General Agent |
| California Heating and Cooling Inc. | 1814 Verne Roberts Cir | Antioch | CA | 94509 | Attn: Officer, Managing or General Agent |
| California Heating and Cooling Inc. | 4951 Mission Street | San Francisco | CA | 94112 | Attn: Officer, Managing or General Agent |
| Cam Lincoln LLC | 11800 W Ripley Ave | Wauwatosa | WI | 53226 | Attn: Officer, Managing or General Agent |
| Cam Lincoln LLC | 2601 South Bayshore Dr, Suite 1500 | Miami | FL | 33133 | Attn: Officer, Managing or General Agent |
| Cam Lincoln LLC | C/O Festival Eau Claire 3, LLC,11800 W Ripley Ave | Wauwatosa | WI | 53226 | Attn: Registered or Authorized Agent |
| Carlos Hernandez | Urbvalle Verde Call Paseo Real 10 | Ponce | PR | 00716 | Attn: Officer, Managing or General Agent |
| Carmelo's Custom Marble & Tile Inc. | 4235 Alcott St. | Denver | CO | 80211 | Attn: Officer, Managing or General Agent |
| Carolina Green Lawn Care, LLC D/B/A Carolina Green Lawn Service | 2904 Allansford Ln. | Raleigh | NC | 27613 | Attn: Officer, Managing or General Agent |
| Carolina Green Lawn Care, LLC D/B/A Carolina Green Lawn Service | P.O. Box 90785 | Raleigh | NC | 27675 | Attn: Registered or Authorized Agent |
| Cascade Flooring Pros, Inc. | 16006 SE Main St. | Portland | OR | 97233 | Attn: Officer, Managing or General Agent |
| Caveys Garage Systems Inc. | 20884 Flora St | Roseville | MI | 48066 | Attn: Officer, Managing or General Agent |
| Caveys Garage Systems Inc. | 33515 Kelly Rd. | Fraser | MI | 48026 | Attn: Registered or Authorized Agent |
| Central Arizona Supply, Inc. | 208 S Country Club | Mesa | AZ | 85210 | Attn: Officer, Managing or General Agent |
| Century Frozen Foods, LLC | Street 185 Km 0.8 | Canovanas | PR | 00729 | Attn: Officer, Managing or General Agent |
| Century Frozen Foods, LLC | P.O. Box 51985 | Toa Baja | PR | 00950-1985 | Attn: Officer, Managing or General Agent |
| Century Frozen Foods, LLC | C/O Munoz Sosa Law Offices, PS, 100 Grand Paseo Blvd. Ste 112 | San Juan | PR | 00926 | Attn: Nylca J. Munoz Sosa |
| Cfm Equipment Distributors, Inc. | 1644 Main Ave, Suite 1 | Sacramento | CA | 95826 | Attn: Officer, Managing or General Agent |
| Chevez HVAC Inc. | 4005 Underwood St | University Park | MD | 20782 | Attn: Officer, Managing or General Agent |
| Chicago Beverage Systems, LLC | 441 Kilbourn Avenue | Chicago | IL | 60624 | Attn: Officer, Managing or General Agent |
| Chicago Beverage Systems, LLC | 6250 River Road, Suite 9000 | Rosemont | IL | 60018 | Attn: Officer, Managing or General Agent |
| Chicago Beverage Systems, LLC | C/O The Corporation Trust Company, 1209 Orange Street | Wilmington | DE | 19801 | Attn: Registered or Authorized Agent |
| Chicago Beverage Systems, LLC | C/O CT Corporation System, 208 S LaSalle Street, Suite 814 | Chicago | IL | 60604 | Attn: Registered or Authorized Agent |
| Chivino Surfaces LLC | 1055 S County Club Dr. | Mesa | AZ | 85210 | Attn: Officer, Managing or General Agent |
| Chivino Surfaces LLC | 22023 N 20th Ave | Phoenix | AZ | 85027 | Attn: Registered or Authorized Agent |
| Christian Mello | 1842 Green Drive Sw | Marietta | GA | 30064-4126 | Attn: Officer, Managing or General Agent |
| Christian Mello | 2990 Walker Dr. | Marietta | GA | 30062 | Attn: Officer, Managing or General Agent |
| Christian Wilfredo Soto Elias | 811 O Street | Antioch | CA | 94509 | Attn: Officer, Managing or General Agent |
| Christopher Brabham | 656 Pine Needle Dr | Ellabell | GA | 31308 | Attn: Officer, Managing or General Agent |
| Christopher Volny | 37 E Heatherlea Drive | Palatine | IL | 60067 | Attn: Officer, Managing or General Agent |
| Clackamas Heating & Cooling LLC | 15115 Se Penny Lee Ct | Clackamas | OR | 97015 | Attn: Officer, Managing or General Agent |
| Clean A Way LLC | 2775 N Airport Rd Unit 111 | Fort Myers | FL | 33907 | Attn: Officer, Managing or General Agent |
| Coast Appliance Parts Company D/B/A Coast Appliance Parts | 2606 Lee Avenue | So El Monte | CA | 91733 | Attn: Officer, Managing or General Agent |
| Coast Appliance Parts Company D/B/A Coast Appliance Parts | 10680 Mulberry Ave. | Fontana | CA | 92337 | Attn: Officer, Managing or General Agent |
| Coast Appliance Parts Company D/B/A Coast Appliance Parts | 1001 Avenida Loma Vista | San Dimas | CA | 91733 | Attn: Officer, Managing or General Agent |
| Coast To Coast Computer Products, Inc. | 4277 Valley Fair Street | Simi Valley | CA | 93063 | Attn: Officer, Managing or General Agent |
| Coastal Beverage Company, Inc. D/B/A Coastal Beverage Wilmington | 461 North Corporate Dr | Wilmington | NC | 28401 | Attn: Officer, Managing or General Agent |
| Coastal Beverage Company, Inc. D/B/A Coastal Beverage Wilmington | 301 Harley Dr. | Wilmington | NC | 28405 | Attn: Registered or Authorized Agent |
| Coastal Beverage Company, Inc. D/B/A Coastal Beverage Wilmington | P.O. Box 10159 | Wilmington | NC | 28404 | Attn: Officer, Managing or General Agent |
| Coco Jos | 2676 Agana | Hagatna | GU | 96932 | Attn: Officer, Managing or General Agent |
| Coco Jos | P.O. Box 2676 | Hagatna | GU | 96932 | Attn: Officer, Managing or General Agent |
| Colin Etienne | 145 Whitecaps Ct | Pingree Grove | IL | 60140 | Attn: Officer, Managing or General Agent |
| Concept Windows Siding & Roofing LLC | 11535 Isla Way | San Antonio | TX | 78253 | Attn: Officer, Managing or General Agent |
| Concept Windows Siding & Roofing LLC | 9901 IH 10, STE. 800 | San Antonio | TX | 78230 | Attn: Officer, Managing or General Agent |
| Concept Windows Siding & Roofing LLC | 9900 Spectrum Dr. | Austin | TX | 78717 | Attn: Officer, Managing or General Agent |
| Consumers Unified LLC D/B/A Consumeraffairs.com | 297 Kingsbury Grade, Suite 1025, Mailbox 4470 | Lake Tahoe | NV | 89449 | Attn: Officer, Managing or General Agent |
| Consumers Unified LLC D/B/A Consumeraffairs.com | 701 S Carson St., Ste. 200 | Carson City | NV | 89701 | Attn: Officer, Managing or General Agent |
| Consumers Unified LLC D/B/A Consumeraffairs.com | C/O The Corporation Trust Company, 1209 Orange Street | Wilmington | DE | 19801 | Attn: Registered or Authorized Agent |
| Consumers Unified LLC D/B/A Consumeraffairs.com | C/O Law Office of Cameron Stracher, 51 Astor Place, 9th Floor | New York | NY | 10003 | Attn: Sara Tesoriero, Esq. |
| Container Systems, Inc. | 205 E Burlington Ave POB 366 | Westmont | IL | 60559 | Attn: Officer, Managing or General Agent |
| Container Systems, Inc. | Dept 20 5020, P.O. Box 5988 | Carol Stream | IL | 60197 | Attn: Officer, Managing or General Agent |
| Container Systems, Inc. | 1013 Centre Rd., Ste. 403-A | Wilmington | DE | 19805 | Attn: Registered or Authorized Agent |
| Container Systems, Inc. | C/O Lillig & Thorsness, Ltd., 1900 Spring Road, Ste 200 | Oak Brook | IL | 60523 | Attn: Thomas G. Oddo |
| Coral Way Associates Ltd. | 2913 NE 157Th Street | Vancouver | WA | 98686 | Attn: Officer, Managing or General Agent |
| Coral-Cs / Ltd. Associates | 225 W Washington Street | Indianapolis | IN | 46204 | Attn: Officer, Managing or General Agent |
| Coral-Cs / Ltd. Associates | 867520 Reliable Parkway | Chicago | IL | 60686-0075 | Attn: Officer, Managing or General Agent |
| Corley Construction, Inc. D/B/A Corley Heating & Air | 2309 S Ola Road | Locust Grove | GA | 30248 | Attn: Officer, Managing or General Agent |
| Countertops Unlimited Of Texas, Inc. | 21606 Tomball Pkwy Ste A | Houston | TX | 77070 | Attn: Officer, Managing or General Agent |
| Countertops Unlimited Of Texas, Inc. | 11202 Olde Mint House Lane | Tomball | TX | 77375 | Attn: Officer, Managing or General Agent |
| Countertops Unlimited Of Texas, Inc. | 1501 Eagle Ct., Suite 1102 | Lewisville | TX | 75057 | Attn: Registered or Authorized Agent |
| Curran Renovations LLC | 4482 Carl Booker Rd | Milton | FL | 32583 | Attn: Officer, Managing or General Agent |
| CW Joint Venture LLC | 212 East Third Street, Suite 300 | Cinc.Innati | OH | 45202 | Attn: Officer, Managing or General Agent |
| CW Joint Venture LLC | C/O Corporation Service Company, 251 Little Falls Drive | Wilmington | DE | 19808 | Attn: Registered or Authorized Agent |
| CW Joint Venture LLC | P.O. Box 5543 | Carol Stream | IL | 60197 | Attn: Officer, Managing or General Agent |
| D & A Contracting | 4119 W 6480 S | Salt Lake City | UT | 84129 | Attn: Officer, Managing or General Agent |
| Dan Post Boot Company | 1751 Alpine Dr | Clarksville | TN | 37040 | Attn: Officer, Managing or General Agent |
| Dan Post Boot Company | C/O Fidelity Bank, 207 North Main Street | Mount Gilead | NC | 27306 | Attn: Officer, Managing or General Agent |
| Dariusz Borkowski | 61 Taylor St | Chicopee | MA | 01020 | Attn: Officer, Managing or General Agent |

| Name | Address | City | State | Zip Code | Contact |
|------|---------|------|-------|----------|---------|
| Dave Mancia | 11938 Sierra Sky Dr | Whittier | CA | 90601 | Attn: Officer, Managing or General Agent |
| David L Marble | 13511 Greenway Dr | Sugar Land | TX | 77498 | Attn: Officer, Managing or General Agent |
| Declue Construction LLC | 1434 Viking Dr | Holiday | FL | 34691 | Attn: Officer, Managing or General Agent |
| Defined Countertops Inc. | 5264 Independence St | Maple Plain | MN | 55359 | Attn: Officer, Managing or General Agent |
| Delta Packaging Inc. | 5414 Brendlynn Drive | Suwanee | GA | 30024 | Attn: Officer, Managing or General Agent |
| Delta Packaging Inc. | 593 Main Street | Suwanee | GA | 30024 | Attn: Registered or Authorized Agent |
| Dennemeyer & Co. LLC | 2 North Riverside Plaza, Suite 1500 | Chicago | IL | 60606 | Attn: Officer, Managing or General Agent |
| Dennemeyer & Co. LLC | 208 So Lasalle St., Suite 814 | Chicago | IL | 60604 | Attn: Officer, Managing or General Agent |
| Dentalcare Partners Inc. | 5875 Landerbrook Dr Ste 250 | Mayfield Heights | OH | 44124 | Attn: Officer, Managing or General Agent |
| DGS Heartland Woodcraft LLC | 529 North River Road | West Bend | WI | 53090 | Attn: Officer, Managing or General Agent |
| DGS Heartland Woodcraft LLC | C/O Petrie + Petit, 250 E Wisconsin Ave, Ste 1000 | Milwaukee | WI | 53202 | Attn: David J. Espin |
| Dice Career Solutions, Inc. | 6465 S. Greenwood Plaza Blvd, Suite 400 | Centennial | CO | 80111 | Attn: Officer, Managing or General Agent |
| Dice Career Solutions, Inc. | 7700 E Arapahoe Rd., Ste. 220 | Centennial | CO | 80112-1268 | Attn: Officer, Managing or General Agent |
| Dice Career Solutions, Inc. | C/O The Corporation Trust Company, 1209 Orange Street | Wilmington | DE | 19801 | Attn: Registered or Authorized Agent |
| Discover Marble and Granite Inc. | 4 Latti Farm Rd | Millbury | MA | 01527 | Attn: Officer, Managing or General Agent |
| Discover Marble and Granite Inc. | 259 SW Cutoff | Millbury | MA | 01527 | Attn: Officer, Managing or General Agent |
| Donerightsidingandwindows Inc. | 2515 Edwardsville Rd. | Hardy | VA | 24101 | Attn: Officer, Managing or General Agent |
| Dukers Appliance Co., USA Ltd | 2488 Peck Road | City Of Industry | CA | 90601 | Attn: Officer, Managing or General Agent |
| Dukers Appliance Co., USA Ltd | 651 N Broad St., Suite 206 | Middletown | DE | 19709 | Attn: Registered or Authorized Agent |
| Dukers Appliance Co., USA Ltd | 2856 Wagon Train Lane | Diamond Bar | CA | 91765 | Attn: Officer, Managing or General Agent |
| Dunn Carney Allen Higgins & Tongue LLP | 851 SW 6th Ave, Ste. 1500 | Portland | OR | 97204 | Attn: Officer, Managing or General Agent |
| Dxd Investments, LLC | 12705 Robin Ln | Brookfield | WI | 53005 | Attn: Officer, Managing or General Agent |
| Dxd Investments, LLC | 14230 Wisconsin Ave | Elm Grove | WI | 53122 | Attn: Officer, Managing or General Agent |
| Dxd Investments, LLC | P.O. Box 5011 | Elm Grove | WI | 53122 | Attn: Registered or Authorized Agent |
| Dylan Parish | 8212 Clubview Dr | Olive Branch | MS | 38654 | Attn: Officer, Managing or General Agent |
| East-Gate Electric | 1854 NE 127th Ave. | Portland | OR | 97230 | Attn: Officer, Managing or General Agent |
| East-Gate Electric | 1122 NE 122nd Ave. | Portland | OR | 97230 | Attn: Officer, Managing or General Agent |
| East-Gate Electric | P.O. Box 30581 | Portland | OR | 97030 | Attn: Officer, Managing or General Agent |
| Edwin Samayoa | 7722 N Palafox St | Pensacola | FL | 32534 | Attn: Officer, Managing or General Agent |
| Eforcity Corporation | 12336 Lower Azusa Rd | Arcadia | CA | 91006 | Attn: Officer, Managing or General Agent |
| Elite Enterprises Inc. | 3838 Williams St | Denver | CO | 80205-3455 | Attn: Officer, Managing or General Agent |
| Elite Enterprises Inc. | 3551 South Monaco Parkway | Denver | CO | 80237 | Attn: Officer, Managing or General Agent |
| Elite Enterprises Inc. | 13918 E Mississippi Ave, Suite 301 | Aurora | CO | 80012 | Attn: Registered or Authorized Agent |
| Elk River Greenhouse LLC D/B/A Becks Elk River Greenhouse | 15362 190th Ave | Elk River | MN | 55330 | Attn: Officer, Managing or General Agent |
| Elk River Greenhouse LLC D/B/A Becks Elk River Greenhouse | 20605 County Road 1 | Elk River | MN | 55330 | Attn: Officer, Managing or General Agent |
| Elk River Greenhouse LLC D/B/A Becks Elk River Greenhouse | C/O Manty & Associates, P.A., 401 Second Ave N, Ste 400 | Minneapolis | MN | 55401 | Attn: Christopher A. Camardello |
| EMAC Construction LLC | 5807 East Pine Drive | Riverdale | MD | 20737 | Attn: Officer, Managing or General Agent |
| EMAC Construction LLC | 5607 Monroe St. | Hyattsville | MD | 20783 | Attn: Officer, Managing or General Agent |
| Empire Countertops, LLC | 1137 Enterprise Drive | Pilot Point | TX | 76258 | Attn: Officer, Managing or General Agent |
| Endeavor Tool Company LLC | 18 Worcester Street | West Boylston | MA | 01583 | Attn: Officer, Managing or General Agent |
| Energy Solution Group | 13053 Avenida Del General | San Diego | CA | 92129 | Attn: Officer, Managing or General Agent |
| Environmental Waste Services LLC | 3375 W 74th St | Tulsa | OK | 74132 | Attn: Officer, Managing or General Agent |
| Environmental Waste Services LLC | P.O. Box 66 | Oakhurst | OK | 74050 | Attn: Officer, Managing or General Agent |
| EOS Products LLC | 19 West 44th Street, Suite 811 | New York | NY | 10036 | Attn: Officer, Managing or General Agent |
| Evergreen USA LLC | 380 Mountain Road, UNIT 206 | Union City | NJ | 07087 | Attn: Officer, Managing or General Agent |
| Evergreen USA LLC | 2711 Centerville Rd, Ste 400 | Wilmington | DE | 19808 | Attn: Registered or Authorized Agent |
| Facility Products and Services LLC | 330 Newton St | Canfield | OH | 44406 | Attn: Officer, Managing or General Agent |
| Facility Products and Services LLC | P.O. Box 3822 | Boardman | OH | 44513 | Attn: Officer, Managing or General Agent |
| FCR Roofing & Construction, LLC | 3604 W 156th St | Overland Park | KS | 66224 | Attn: Officer, Managing or General Agent |
| FCR Roofing & Construction, LLC | C/O Gates Shields, 10990 Quivira, Ste 200 | Overland Park | KS | 66210 | Attn: Court T. Kennedy |
| Fingerprint Communications, LLC | 1017 N La Cienega Blvd, Ste 300 | West Hollywood | CA | 90069 | Attn: Officer, Managing or General Agent |
| Fingerprint Communications, LLC | 107 N Swall Dr., Apt 105 | Los Angeles | CA | 90048 | Attn: Officer, Managing or General Agent |
| Florida Atlantic Air Conditioning and Repair Corp. | 11740 SW 110th Ln | Miami | FL | 33186 | Attn: Officer, Managing or General Agent |
| Florida Roof, LLC | 224 S Highway 97 | Cantonment | FL | 32533 | Attn: Officer, Managing or General Agent |
| Florida Roof, LLC | C/O Borowski & Traylor, P.A., 4300 Bayou Boulevard, Ste 14 | Pensacola | FL | 32503 | Attn: T.A. Borowski, Jr. |
| Foundation Consumer Healthcare LLC | 1190 Omega Dr | Pittsburgh | PA | 15205 | Attn: Officer, Managing or General Agent |
| Foundation Consumer Healthcare LLC | 850 New Burton Road, Suite 201 | Dover | DE | 19904 | Attn: Registered or Authorized Agent |
| Foundation Consumer Healthcare LLC | P.O. Box 826614 | Philadelphia | PA | 19182 | Attn: Officer, Managing or General Agent |
| Front Range Electric Inc. | 1360 Rangely Dr | Colorado Springs | CO | 80921 | Attn: Officer, Managing or General Agent |
| G & M Appliance Supply Inc. | 1119 Ordway Street | Albany | CA | 94706 | Attn: Officer, Managing or General Agent |
| Gannett Co. Inc. D/B/A Commercial Appeal | 7950 Jones Branch Drive | Mclean | VA | 22107 | Attn: Officer, Managing or General Agent |
| Gannett Co. Inc. D/B/A Commercial Appeal | Memphis Commercial Appeal, 651 N Boonville | Springfield | MO | 65806 | Attn: Officer, Managing or General Agent |
| Gannett Co. Inc. D/B/A Commercial Appeal | 495 Union Avenue | Memphis | TN | 38103 | Attn: Officer, Managing or General Agent |
| Gannett Co. Inc. D/B/A Commercial Appeal | 119 S Main Street, Suite 300 | Memphis | TN | 38103 | Attn: Officer, Managing or General Agent |
| Gannett Co. Inc. D/B/A Commercial Appeal | C/O CT Corporation System, 300 Montvue Road | Knoxville | TN | 37919 | Attn: Registered or Authorized Agent |
| Gannett Co. Inc. D/B/A Commercial Appeal | C/O Corporation Service Company, 251 Little Falls Drive | Wilmington | DE | 19808 | Attn: Registered or Authorized Agent |
| Gannett Co. Inc. D/B/A Commercial Appeal | C/O McCarter & English, LLP, Renaissance Centre, 405 N. King Street, 8th Floor | Wilmington | DE | 19801 | Attn: Shannon D. Humiston |
| Georgia Subsequent Injury Trust Fund | 285 Peachtree Center Avenue NE | Atlanta | GA | 30303 | Attn: Officer, Managing or General Agent |
| Georgia Subsequent Injury Trust Fund | Marquis Two Tower, Suite 1250, 285 Peachtree Center Ave. NE | Atlanta | GA | 30303 | Attn: Officer, Managing or General Agent |
| Georgia Subsequent Injury Trust Fund | P.O. Box 100111 | Atlanta | GA | 30384 | Attn: Officer, Managing or General Agent |
| Gerardo Almaguer | 6802 Belle Glen Dr. | Houston | TX | 77072 | Attn: Officer, Managing or General Agent |
| Gipson Heating and Cooling Inc. | 58112 36th Ave. | Bangor | MI | 49013 | Attn: Officer, Managing or General Agent |
| Giraldo Quintana | 2550 S. Douglas Road | Coral Cables | FL | 33134 | Attn: Officer, Managing or General Agent |

| Name | Address | City | State | Zip Code | Contact |
|---|---|---|---|---|---|
| Giraldo Quintana | 1625 NW 107th Ave. | Miami | FL | 33172 | Attn: Officer, Managing or General Agent |
| GMG HVAC Inc. | 1218 Hyman Avenue | Bay Shore | NY | 11706 | Attn: Officer, Managing or General Agent |
| GMG HVAC Inc. | 1055 Stewart Ave., Ste. 4 | Bethpage | NY | 11714 | Attn: Officer, Managing or General Agent |
| Gordon Siniff | 32603 Weston Court | Fulshear | TX | 77441 | Attn: Officer, Managing or General Agent |
| Goscha Enterprises, L.L.C. D/B/A GE Goscha | 11990 West 175th Street | Olathe | KS | 66062 | Attn: Officer, Managing or General Agent |
| Granite America Ohio LLC | 111 Terrace Dr. | Cincinnati | OH | 45215 | Attn: Officer, Managing or General Agent |
| Graypoint Construction Inc. | 1592 N Tustin St., Unit B | Orange | CA | 92867 | Attn: Officer, Managing or General Agent |
| Graypoint Construction Inc. | 2923 Saturn St., Suite H | Brea | CA | 92821 | Attn: Officer, Managing or General Agent |
| Graypoint Construction Inc. | 19975 Via Monita | Yorba Linda | CA | 92887 | Attn: Registered or Authorized Agent |
| Greg Watkins | 25929 E 58th St. S | Broken Arrow | OK | 74014 | Attn: Officer, Managing or General Agent |
| H T R Mechanical LLC | 34 Twin Leaf Ln. | Levittown | PA | 19054 | Attn: Officer, Managing or General Agent |
| Hairstylists Management Systems, Inc. | 12700 Industrial Park Blvd 10 | Minneapolis | MN | 55441 | Attn: Officer, Managing or General Agent |
| Hairstylists Management Systems, Inc. | C/O Fredrikson & Bryon, P.A., 200 South Sixth Street, Ste 4000 | Minneapolis | MN | 55402 | Attn: Ryan Murphy |
| Hana Financial, Inc. | 1000 Wilshire Blvd., 20th Fl. | Los Angeles | CA | 90017 | Attn: Officer, Managing or General Agent |
| Heaven S Breeze A C & Heating LLC | 4822 N Hale Ave. | Tampa | FL | 33614 | Attn: Officer, Managing or General Agent |
| Heely-Brown Company | 1280 Chattahoochee Ave. NW | Atlanta | GA | 30318 | Attn: Officer, Managing or General Agent |
| Heely-Brown Company | C/O Krevolin Horst LLC, 1201 W. Peachtree St NW, Ste 3250 | Atlanta | GA | 30309 | Attn: William H. Ferguson |
| Herbert Meyer | 4326 Wingate Rd. | Louisville | KY | 40207 | Attn: Officer, Managing or General Agent |
| Home Improvements By Duane And Adam LLC D/B/A Home Improvements By Duane | 8144 Gina Dr. | Racine | WI | 53406 | Attn: Officer, Managing or General Agent |
| Howen Enterprise | 590B Dillingham Boulevard | Honolulu | HI | 96817 | Attn: Officer, Managing or General Agent |
| Hunters Ridge of Ocala Ltd. | 2603 SE 17th Street, Suite A | Ocala | FL | 34471 | Attn: Officer, Managing or General Agent |
| HVAC Repairs LLC | 217 Crestwood Arch | Lexington | SC | 29073 | Attn: Officer, Managing or General Agent |
| Hy Ko Products Company | 60 Meadow Lane | Northfield | OH | 44067 | Attn: Officer, Managing or General Agent |
| Hye Class Carpet Contractor | 7262 N Ila Ave. | Fresno | CA | 93711 | Attn: Officer, Managing or General Agent |
| Ibertile Ceramic | Ave. De Diego 256 Puerto Nuevo | San Juan | PR | 00920 | Attn: Officer, Managing or General Agent |
| Ibrahim Khwaja | 718 Walt Whitman Road | Melville | NY | 11747 | Attn: Officer, Managing or General Agent |
| Ibrahim Khwaja | 425 N Broadway, Unit 685 | Jericho | NY | 11753 | Attn: Officer, Managing or General Agent |
| Ideal Floorcovering LLC | 1498 Greenview Dr. | Woodburn | OR | 97071 | Attn: Officer, Managing or General Agent |
| Ideal Floorcovering LLC | 1523 Audrey Way | Woodburn | OR | 97071 | Attn: Registered or Authorized Agent |
| Ideal Marble, Inc. | 3411 3rd Ave. NW | Naples | FL | 34120 | Attn: Officer, Managing or General Agent |
| Ideal Marble, Inc. | 2100 Trade Center Way, Unit G | Naples | FL | 34109 | Attn: Officer, Managing or General Agent |
| Ideal Marble, Inc. | 12355 Collier Blvd, Suite H | Naples | FL | 34116 | Attn: Registered or Authorized Agent |
| Infinite Peripherals, Inc. | 2312 Touhy Ave. | Elk Grove Village | IL | 60007 | Attn: Officer, Managing or General Agent |
| Infinite Peripherals, Inc. | 500 W Madison St, #3700 | Chicago | IL | 60661 | Attn: Registered or Authorized Agent |
| Infinite Peripherals, Inc. | 3104 N Arlington Height Rd, | Arlington Heights | IL | 60004 | Attn: Officer, Managing or General Agent |
| Infinite Peripherals, Inc. | C/O Goldstein & Mcclintock LLLP, 375 Park Avenue | New York | NY | 10152 | Attn: Officer, Managing or General Agent |
| Infinite Peripherals, Inc. | 2312 Touhy Avenue | Elk Grove Village | IL | 60007 | Attn: Officer, Managing or General Agent |
| Infinite Peripherals, Inc. | C/O Goldstein & McClintock LLLP | Chicago | IL | 60602 | Attn: Thomas R. Fawkes, Esq. |
| Infinitude Creative Group, LLC | 1820 Preston Park Blvd, Ste. 2100 | Plano | TX | 75093 | Attn: Officer, Managing or General Agent |
| Infinitude Creative Group, LLC | C/O Plunk Smith, PLLC, 1701 Legacy Drive Ste 2000 | Frisco | TX | 75034 | Attn: Court D. Smith |
| Installation Corp. & Construction LLC | 630 Longdale Ave. | Longwood | FL | 32750 | Attn: Officer, Managing or General Agent |
| Intelex Technologies Inc. | 2000 S Colorado Boulevard, Tower 1, Suite 2000 | Denver | CO | 80222 | Attn: Officer, Managing or General Agent |
| Intelex Technologies Inc. | 70 University Avenue, Suite 800 | Toronto | ON | M5J 2M4 | Attn: Officer, Managing or General Agent |
| Intelex Technologies Inc. | C/O Corporation Service Company, 251 Little Falls Drive | Wilmington | DE | 19808 | Attn: Registered or Authorized Agent |
| Intelex Technologies Inc. | C/O Capitol Corporate Services, Inc., 36 South 18th Avenue, Suite D | Brighton | CO | 80601 | Attn: Registered or Authorized Agent |
| Interactive Communications International, Inc. | 250 Williams Street, Ste. M | Atlanta | GA | 30303 | Attn: Officer, Managing or General Agent |
| Interactive Communications International, Inc. | C/O Corporation Service Company, 251 Little Falls Drive | Wilmington | DE | 19808 | Attn: Officer, Managing or General Agent |
| Interactive Communications International, Inc. | P.O. Box 935359 | Atlanta | GA | 31193 | Attn: Officer, Managing or General Agent |
| Interactive Communications International, Inc. | 250 Williams St. NW | Atlanta | GA | 30303 | Attn: Officer, Managing or General Agent |
| Interactive Communications International, Inc. | C/O Corporation Service Company, 40 Technology Parkway South, Suite 300 | Norcross | GA | 30092 | Attn: Registered or Authorized Agent |
| Iolani Sportswear Limited | 1234 Kona St. | Honolulu | HI | 96814 | Attn: Officer, Managing or General Agent |
| IQ Accessories Inc. | 10799 Bren Road East | Minnetonka | MN | 55343 | Attn: Officer, Managing or General Agent |
| Irish Downs, Inc. | 1429 N Market Blvd. #9 | Sacramento | CA | 95834 | Attn: Officer, Managing or General Agent |
| Iron City Construction LLC | 1501 Medford Ave. | Youngstown | OH | 44514 | Attn: Officer, Managing or General Agent |
| Isidro Ramirez | 3802 Key West Way | Converse | TX | 78109 | Attn: Officer, Managing or General Agent |
| J Cee Air Conditioning and Heating LLC | 10A Charles St. | Lodi | NJ | 07644 | Attn: Officer, Managing or General Agent |
| Jack Ochodnicky Electric LLC | 12855 Harvard Ave. NE | Cedar Springs | MI | 49319 | Attn: Officer, Managing or General Agent |
| Jack Ochodnicky Electric LLC | C/O Twohey Maggini, PLC, 161 Ottawa Ave. NW, Suite 212 Waters Building | Grand Rapids | MI | 49503 | Attn: David Schoelenberg, Esq. |
| James W. Penn | 2192 Parkway Lake Dr., Ste. J | Hoover | AL | 35244 | Attn: Officer, Managing or General Agent |
| James Youngs | 19534 Silver Ranch Rd, | Conifer | CO | 80433 | Attn: Officer, Managing or General Agent |
| Jane T Y Li O.D. | 6411 Grant Wood Street | Bakersfield | CA | 93312 | Attn: Officer, Managing or General Agent |
| Jason McBride | 26 Kathy Ct. | Saint Peters | MO | 63376 | Attn: Officer, Managing or General Agent |
| Javier Hernandez | 116 W Main St. | Pen Argyl | PA | 18072 | Attn: Officer, Managing or General Agent |
| Jay Blass | 2910 Barrister La. | Bowie | MD | 20715 | Attn: Officer, Managing or General Agent |
| JC Heating & Air Conditioning LLC | 4275 River Road | Clinton | LA | 70722 | Attn: Officer, Managing or General Agent |
| JC Heating & Air Conditioning LLC | Box 44 | Denham Springs | LA | 70727 | Attn: Registered or Authorized Agent |
| JC Heating & Air Conditioning LLC | 900 Commercial Way #E | Santa Cruz | LA | 95060 | Attn: Officer, Managing or General Agent |
| Jenmys HVAC Corp. | 76 Lodi St. | Hackensack | NJ | 07601 | Attn: Officer, Managing or General Agent |
| Jenkins R W Heating | 14302 Boydton Plank Road | Dinwiddie | VA | 23841 | Attn: Officer, Managing or General Agent |
| Jimmy Q Vu O.D. | 11322 Lakeport Drive | Riverside | CA | 92505 | Attn: Officer, Managing or General Agent |
| Jorge Hosegera | 15627 Horace Street | Granada Hills | CA | 91344-5431 | Attn: Officer, Managing or General Agent |
| Jose Rivera Mandes Ingenieria, P.S.C. D/B/A Ing Jose Rivera Mandes | 2 Via Pedregal, Apt. 2603 | Trujillo Alto | PR | 00976 | Attn: Officer, Managing or General Agent |
| JPHowell and Associates Inc. | 14884 Aster Ave. | Allen Park | MI | 48101 | Attn: Officer, Managing or General Agent |

| Name | Address | City | State | Zip Code | Contact |
|---|---|---|---|---|---|
| JRF Properties, LLC | 116 Agnes Rd. | Knoxville | TN | 37919 | Attn: Officer, Managing or General Agent |
| JRF Properties, LLC | C/O Bernstein, Stair & McAdams, LLP, 116 Agnes Road | Knoxville | TN | 37919 | Attn: Caesar Stair IV |
| Juan Manuel Estrada | 109 Sally Ln. | Brownsville | TX | 78521 | Attn: Officer, Managing or General Agent |
| Juan Manuel Estrada | 109 Sally Ln. | Brownsville | TX | 78521 | Attn: Officer, Managing or General Agent |
| Juan Olivas | 11868 Keough Dr. | Northglenn | CO | 80233 | Attn: Officer, Managing or General Agent |
| Kalil Bottling Co. | 931 S Highland Ave. | Tucson | AZ | 85719 | Attn: Officer, Managing or General Agent |
| Kalil Bottling Co. | P.O. Box 26888 | Tucson | AZ | 85726 | Attn: Officer, Managing or General Agent |
| Kalil Bottling Co. | 931 S Highland Ave. | Tucson | AZ | 85726 | Attn: Officer, Managing or General Agent |
| Kandy Koehn Reddoch | 24118 Anchor Ranch | Hockley | TX | 77447 | Attn: Officer, Managing or General Agent |
| Kazoo, Inc. | 4900 S 9th Street | Kalamazoo | MI | 49009 | Attn: Officer, Managing or General Agent |
| KB Air & Heating, LLC | 20427 Quinlan St. | Orlando | FL | 32833 | Attn: Officer, Managing or General Agent |
| Kendall Q Carter Contracting LLC | 528 Rockets St. | Galloway | OH | 43119 | Attn: Officer, Managing or General Agent |
| Khanh Cong Pham | 901 US 27 NO Ste. 130 | Sebring | FL | 33870 | Attn: Officer, Managing or General Agent |
| Kings Construction | 240 N 7th St. | Harrisburg | OR | 97446 | Attn: Officer, Managing or General Agent |
| Kings Construction | 36387 Pine Grove Ln. | Ocean View | DE | 19970 | Attn: Registered or Authorized Agent |
| Kings Construction | 210 Sarah Lane | Lakeside | OR | 97449 | Attn: Officer, Managing or General Agent |
| KS Design Remodeling Inc. | 13317 Tivoli Fountain Ct. | Germantown | MD | 20874 | Attn: Officer, Managing or General Agent |
| KS Design Remodeling Inc. | 1063 Little Patuexent Parkway, Suite 249 | Columbia | MD | 21044 | Attn: Officer, Managing or General Agent |
| KS Heating and Air Conditioning, Inc. | 14925 Baker Creek Rd. | McMinnville | OR | 97128 | Attn: Officer, Managing or General Agent |
| Kung Chae | 1012 Worsham Green Terr. | Midlothian | VA | 23114 | Attn: Officer, Managing or General Agent |
| Kw Home Improvement Ltd. | 203 Doddridge Rd. | Heath | OH | 43056 | Attn: Officer, Managing or General Agent |
| KW Home Improvement Ltd. | 131 Orchard St. | Newark | OH | 43055 | Attn: Registered or Authorized Agent |
| Larry Methvin Installation Inc. | 501 Kettering Drive | Ontario | CA | 91761 | Attn: Officer, Managing or General Agent |
| Lawrence Williams | 6571 Misslow Cv. | Millington | TN | 38053 | Attn: Officer, Managing or General Agent |
| Leader Electrical Contractors Inc. D/B/A Leader Electrical | 50 Banta Pl. | Berganfield | NJ | 07621 | Attn: Officer, Managing or General Agent |
| Leick Furniture, Inc. | 2219 South 19th Street | Sheboygan | WI | 53081 | Attn: Officer, Managing or General Agent |
| Leick Furniture, Inc. | C/O Rohde Dales LLP, 909 N 8th Street Suite 100 | Sheboygan | WI | 53081 | Attn: David Gass |
| Lester Schoenherr | 428 N Arlington Heights Rd. | Itasca | IL | 60143 | Attn: Officer, Managing or General Agent |
| Lift Trucks & Parts, Inc. | 1753 Ave. Jesus T. Pinero | San Juan | PR | 00920 | Attn: Officer, Managing or General Agent |
| Lift Trucks & Parts, Inc. | PO Box 6779 | Caguas | PR | 00726 | Attn: Officer, Managing or General Agent |
| Lift Trucks & Parts, Inc. | C/O Casellas Alcover & Burgos P.S.C, 208 Ponce de Leon Ave. Suite 1133 | San Juan | PR | 00918 | Attn: Carla S Loubriel Carrior |
| Liviu Irimia | 13971 Morgan Dr. | Splendora | TX | 77372 | Attn: Officer, Managing or General Agent |
| Luis Miguel Ibarra 1618 | 100 Vintage Faire Mall | Modesto | CA | 95356 | Attn: Officer, Managing or General Agent |
| Luxe Media Group LLC | 3731 NW 8th Ave. | Boca Raton | FL | 33431 | Attn: Officer, Managing or General Agent |
| Luxe Media Group LLC | P.O. Box 844651 | Boston | MA | 02284-4651 | Attn: Officer, Managing or General Agent |
| Mackey Investments Sears, LLC | 2087 E. 250 N | Layton | UT | 84040 | Attn: Officer, Managing or General Agent |
| Mackey Investments Sears, LLC | C/O AK Law Firm, 50 West Broadway Suite 700 | Salt Lake City | UT | 84101 | Attn: Blake Miller |
| Magic Air Heating, Air Conditioning & Refrigeration Of WVa LLC D/B/A Magic Air | 1414 Avery Street | Parkersburg | WV | 26101 | Attn: Officer, Managing or General Agent |
| Maintain It Roof Systems | 11280 W 81st St. S | Sapulpa | OK | 74066 | Attn: Officer, Managing or General Agent |
| Majdi Benachour | 6881 Dogwood Cliff Ln. | Dickinson | TX | 77539 | Attn: Officer, Managing or General Agent |
| Mann + Hummell Purolator Filters LLC | 3200 Natal Street | Fayetteville | NC | 28306 | Attn: Officer, Managing or General Agent |
| Mann + Hummell Purolator Filters LLC | C/O Kane Russell Coleman Logan PC (KRCL), 901 Main Street Suite 5200 | Dallas | TX | 75202 | Attn: John J Kane |
| Mardan Services Group Corp. | 10542 W 63Rd., Apt. 1 | Arvada | CO | 80004 | Attn: Officer, Managing or General Agent |
| Mardan Services Group Corp. | 5694 Kipling Parkway, #206 | Arvada | CO | 80002 | Attn: Registered or Authorized Agent |
| Mcdermott Top Shop LLC | 200 A Main Street | Sullivan | WI | 53178 | Attn: Officer, Managing or General Agent |
| Mcdermott Top Shop LLC | 420 Generac Way | Jefferson | WI | 53549 | Attn: Officer, Managing or General Agent |
| Mdm Garage Doors, LLC | 200 Chaucer Ln. | Matthews | NC | 28104 | Attn: Officer, Managing or General Agent |
| Melitta Inc. | 13925 58th Street N | Clearwater | FL | 33760 | Attn: Officer, Managing or General Agent |
| Melitta Inc. | P.O. Box 102986 | Atlanta | GA | 30368 | Attn: Officer, Managing or General Agent |
| Michael's Flooring Service LLC | 5714 134th Pl. SE, Suite A18 | Everett | WA | 98208 | Attn: Officer, Managing or General Agent |
| Michael's Flooring Service LLC | 13922 54th Ave. SE | Everett | WA | 98208 | Attn: Registered or Authorized Agent |
| Micheal A. Simmonds, Co. | 1920 Bassin Triangle | Christiansted | VI | 00820 | Attn: Officer, Managing or General Agent |
| Micheal A. Simmonds, Co. | P.O. Box 6160 | St Thomas | VI | 00804 | Attn: Officer, Managing or General Agent |
| Mike Hunger | 38 Westerly Dr. | Sicklerville | NJ | 08081 | Attn: Officer, Managing or General Agent |
| Mile High Home Maintenance Inc. | 8682 S Sandy Parkway | Sandy | UT | 84070 | Attn: Officer, Managing or General Agent |
| Mile High Home Maintenance Inc. | 8827 South Pagoda Tree Lane | West Jordan | UT | 84088 | Attn: Officer, Managing or General Agent |
| Mitchell Okerlund | 37 Lakeview | Stansbury Park | UT | 84074 | Attn: Officer, Managing or General Agent |
| ML Installers NY, Inc. | 105 Richmond Street | Brockton | MA | 02301 | Attn: Officer, Managing or General Agent |
| ML Installers NY, Inc. | 36 Ames St. | Brockton | MA | 02301 | Attn: Officer, Managing or General Agent |
| MMC Mechanical Contractors, Inc. | 9751 S 142nd Street | Omaha | NE | 68138 | Attn: Officer, Managing or General Agent |
| MMC Mechanical Contractors, Inc. | 13800 Wayandotte St. | Kansas City | MO | 64145 | Attn: Officer, Managing or General Agent |
| Mogi Branding LLC | 2158 Cumberland Pkwy SE #7307 | Atlanta | GA | 30339 | Attn: Officer, Managing or General Agent |
| Moore Granite & Tile LLC D/B/A Crowne Kitchen And Bath | 9317 S Eastern Ave. | Moore | OK | 73160 | Attn: Officer, Managing or General Agent |
| Morrow Meadows Corp. | 231 Benton Court | City Of Industry | CA | 91789 | Attn: Officer, Managing or General Agent |
| Moses A C | 5307 Havenwoods Dr. | Houston | TX | 77066 | Attn: Officer, Managing or General Agent |
| NAPC, Inc. | 307 Waverley Oaks Rd., Ste. 105 | Waltham | MA | 02452 | Attn: Officer, Managing or General Agent |
| NAPC, Inc. | C/O Law Office of Norman Greenberg, 233 Needham St. Suite 500 | Newton | MA | 02464 | Attn: Norman Greenberg |
| Nationwide Lift Trucks Inc. | 3900 N 28th Ter. | Hollywood | FL | 33020 | Attn: Officer, Managing or General Agent |
| Nationwide Lift Trucks Inc. | 6341 Arc Way | Ft Myers | FL | 33966 | Attn: Officer, Managing or General Agent |
| Nature's Mark LLC | 2358 East Walnut Ave. | Fullerton | CA | 92831 | Attn: Officer, Managing or General Agent |
| Nature's Mark LLC | 9999 Bellair Blvd., Suite 908 | Houston | TX | 77036 | Attn: Officer, Managing or General Agent |
| Naumann/Hobbs Material Handling Corporation II, Inc. D/B/A Naumann Hobbs Material Handling | 4335 E Wood St. | Phoenix | AZ | 85040 | Attn: Officer, Managing or General Agent |
| Naumann/Hobbs Material Handling Corporation II, Inc. D/B/A Naumann Hobbs Material Handling | Dept 710007, P.O. Box 514670 | Los Angeles | CA | 90051-4670 | Attn: Officer, Managing or General Agent |

| Name | Address | City | State | Zip Code | Contact |
|---|---|---|---|---|---|
| Neil Kravitz Group Sales, Inc. | 412 S Cooper Ave. | Cincinnati | OH | 45215 | Attn: Officer, Managing or General Agent |
| New Horizons Computer Learning Centers, Inc. | 100 South Pine Island Road, Suite 200 | Plantation | FL | 33324 | Attn: Officer, Managing or General Agent |
| New Horizons Computer Learning Centers, Inc. | 8211 W Broward Blvd, Ste. 210 | Plantation | FL | 33324 | Attn: Officer, Managing or General Agent |
| New Horizons Computer Learning Centers, Inc. | 1201 Hays Street | Tallahassee | FL | 32301 | Attn: Registered or Authorized Agent |
| Neway International Inc. | 915 South Azusa Avenue | City Of Industry | CA | 91748 | Attn: Officer, Managing or General Agent |
| Nikole S De Bole | 120 Lockmeade Way | Fayetteville | GA | 30215 | Attn: Officer, Managing or General Agent |
| Nilima Online Services Inc. | 3422 Old Capitol Trail, #411 | Wilmington | DE | 19808 | Attn: Officer, Managing or General Agent |
| Nilima Online Services Inc. | 10 Cambridge Dr. | Howell | NJ | 07731 | Attn: Officer, Managing or General Agent |
| Nilima Online Services Inc. | 3422 Old Capitol Trl., Ste. 700 | Wilmington | DE | 19808 | Attn: Registered or Authorized Agent |
| Noma Enterprises LLC | 4136 Georgia Avenue, Apt. B | Kenner | LA | 70065 | Attn: Officer, Managing or General Agent |
| Noma Enterprises LLC | 6525 Park Manor Dr.,Apt 45 | Metairie | LA | 70003 | Attn: Officer, Managing or General Agent |
| Nora Figueroa - Ceron | 8422 Glen Shadow | San Antonio | TX | 78258 | Attn: Officer, Managing or General Agent |
| Northwest Permit Inc. | 9808 31St. Ave. SE | Everett | WA | 98208 | Attn: Officer, Managing or General Agent |
| Northwest Permit Inc. | 1026 SW 151St St. | Burien | WA | 98166 | Attn: Officer, Managing or General Agent |
| Northwest Remodel Guys, LLC | 11416 19th Ave. Ct. S | Tacoma | WA | 98444 | Attn: Officer, Managing or General Agent |
| Northwest Remodel Guys, LLC | 11416 19th Avenue, Ct. S | Tacoma | WA | 98444 | Attn: Officer, Managing or General Agent |
| Nu Vision Contracting Services, LLC | 5568 Green Brothers Blvd. | Galloway | OH | 43119 | Attn: Officer, Managing or General Agent |
| Nuwave Heating & Cooling, Inc. | 4789 Main St., Suite 2 | Springfield | OR | 97478 | Attn: Officer, Managing or General Agent |
| Nuwave Heating & Cooling, Inc. | P.O. Box 111 | Springfield | OR | 97477 | Attn: Officer, Managing or General Agent |
| Nuwave Heating & Cooling, Inc. | 4739 Main St, Ste 2 | Springfield | OR | 97478 | Attn: Officer, Managing or General Agent |
| NYL Holdings, LLC | 99 W Hawthorne Ave. #202 | Valley Stream | NY | 11580 | Attn: Officer, Managing or General Agent |
| Oeffinger Crone Heating & Cooling Inc. D/B/A Oeffinger And Crone | 1601 Beechwood Ave. | New Albany | IN | 47156 | Attn: Officer, Managing or General Agent |
| One Planet OPS Inc. | 1820 Bonanza St. | Walnut Creek | CA | 94596 | Attn: Officer, Managing or General Agent |
| Openers Plus Inc. | 486 Sanborn Ave. | Rochester | NY | 14609 | Attn: Officer, Managing or General Agent |
| Orban's Nursery, Inc. | 9601 9th Ave. NW | Bradenton | FL | 34209 | Attn: Officer, Managing or General Agent |
| Orban's Nursery, Inc. | 9607 9th Ave NW | Bradenton | FL | 34209 | Attn: Officer, Managing or General Agent |
| Outsell Consulting, Inc. | 289 Corona Ave. | Long Beach | CA | 90803 | Attn: Officer, Managing or General Agent |
| Outsell Consulting, Inc. | 5318 E 2nd Street, #408 | Long Beach | CA | 90803 | Attn: Registered or Authorized Agent |
| Owen W. Brunk | 5752 Taneytown Pike | Taneytown | MD | 21787 | Attn: Officer, Managing or General Agent |
| Pahoua Vue O D | 473 Brookdale Dr. | Merced | CA | 95340 | Attn: Officer, Managing or General Agent |
| Partney Heating and Cooling LLC | 422 Huntington Trails Dr. | Festus | MO | 63028 | Attn: Officer, Managing or General Agent |
| Partney Heating and Cooling LLC | 1359 Mcnutt St. | Herculaneum | MO | 63048 | Attn: Officer, Managing or General Agent |
| Partney Heating and Cooling LLC | 1104 Truman | Crystal City | MO | 63019 | Attn: Registered or Authorized Agent |
| Paul Carte | 251 W Neff St., PO Box 22 | Morral | OH | 43337 | Attn: Officer, Managing or General Agent |
| Pavel Villagomez | 14229 Industry St. | Houston | TX | 77053 | Attn: Officer, Managing or General Agent |
| Payless Construction, Inc. | 12213 Graystone Ave. | Norwalk | CA | 90650 | Attn: Officer, Managing or General Agent |
| Perio, Inc. | 6156 Wilcox Rd. | Dublin | OH | 43016 | Attn: Officer, Managing or General Agent |
| Perio, Inc. | 6156 Wilcox Rd. | Dublin | OH | 43016 | Attn: Officer, Managing or General Agent |
| Perry Kessler | 6505 W 134th Street | Overland Park | KS | 66209 | Attn: Officer, Managing or General Agent |
| Perry Kessler | C/O Troppito Miller Griffin LLC, 105 East Fifth Street Suite 500 | Kansas City | MO | 64106 | Attn: Chris M Troppito |
| Philco Installation LLC | 4719 W Granada Hills Ct. | West Jordan | UT | 84088 | Attn: Officer, Managing or General Agent |
| Phillip J. Dewhurst | 1152 Hill Rd. N | Pickerington | OH | 43147 | Attn: Officer, Managing or General Agent |
| Pierson Tops | 10720 Bethel Burley Rd. SE | Pot Orchard | WA | 98367 | Attn: Officer, Managing or General Agent |
| Plum Group, LLC | 5041 South State Road 7, #424 | Davie | FL | 33314 | Attn: Officer, Managing or General Agent |
| Precision Air Comfort LLC | 178 Birch Ave. | Northfield | OH | 44067 | Attn: Officer, Managing or General Agent |
| Pro Cabinets And Refacing LLC | 1206 S Park | Gonzales | LA | 70737 | Attn: Officer, Managing or General Agent |
| Project Resource Solutions, LLC | 1133 W Vanburen | Chicago | IL | 60607 | Attn: Officer, Managing or General Agent |
| Quality Handyman | 22547 Welborne Manor Sq. | Ashburn | VA | 20148 | Attn: Officer, Managing or General Agent |
| Quality HVAC Systems LLC | 205 Michigan Ave. | Paterson | NJ | 07503 | Attn: Officer, Managing or General Agent |
| Quality Mechanical Professionals Inc. | 1536 Fayette St. | El Cajon | CA | 92020 | Attn: Officer, Managing or General Agent |
| Quality Roofing And Services Inc. | Calle Sosua No 44 Urb Estacios Del Bosque | Bayamon | PR | 00956 | Attn: Officer, Managing or General Agent |
| Quality Roofing And Services Inc. | Urb. Estancias Del Bosque Calle Susua, # 44 | Bayamon | PR | 00956 | Attn: Registered or Authorized Agent |
| R & W Leasing Inc. | 9104 Davenport St. | Omaha | NE | 68114 | Attn: Officer, Managing or General Agent |
| R & W Leasing Inc. | 8712 W Dodge Rd., Suite 300 | Omaha | NE | 68114 | Attn: Officer, Managing or General Agent |
| R.C. Temperature Control Heating & Air Conditioning D/B/A R.C. Temperature Control | 15 Harrison Place | Sparks | NV | 89436 | Attn: Officer, Managing or General Agent |
| Rainbow Cotton Candy LLC | 1335 N Mondel Dr. | Gilbert | AZ | 85233 | Attn: Officer, Managing or General Agent |
| Rasmussen Exteriors | 2914 3 Mile Rd. NW Suite 1 | Walker | MI | 49534 | Attn: Officer, Managing or General Agent |
| Rasmussen Exteriors | 1550 Taylor Ave. N | Grand Rapids | MI | 49505 | Attn: Officer, Managing or General Agent |
| Rasmussen Exteriors | 18505 92nd Ave. | Coopersville | MI | 49404 | Attn: Registered or Authorized Agent |
| Red Ventures, LLC | 1101 521 Corporate Ctr. Dr. | Fort Mill | SC | 29707 | Attn: Officer, Managing or General Agent |
| Red Ventures, LLC | 1101 Red Ventures Drive | Fort Mill | SC | 29707 | Attn: Officer, Managing or General Agent |
| Red Ventures, LLC | C/O Corporation Service Company, 251 Little Falls Drive | Wilmington | DE | 19808 | Attn: Registered or Authorized Agent |
| Red Ventures, LLC | 1703 Laurel Street | Columbia | SC | 29201 | Attn: Officer, Managing or General Agent |
| Redguard LLC | 4340 S West St. | Wichita | KS | 67217 | Attn: Officer, Managing or General Agent |
| Redguard LLC | P.O. Box 733895 | Dallas | TX | 75391 | Attn: Officer, Managing or General Agent |
| Republic National Distributor Co. LLC | 441 Sw 12 Ave. | Deerfield Beach | FL | 33442 | Attn: Officer, Managing or General Agent |
| Revimedia, Inc. | 44 Wall Street, Suite 505 | New York | NY | 01005 | Attn: Officer, Managing or General Agent |
| Revimedia, Inc. | C/O Corporation Service Company, 251 Little Falls Dr. | Wilmington | DE | 19808 | Attn: Registered or Authorized Agent |
| Rich Knapp LLC | 14 E Church St. | Jamesburg | NJ | 08831 | Attn: Officer, Managing or General Agent |
| Ricola Inc. | 6 Campus Drive, #1 | Parsippany | NJ | 07054 | Attn: Officer, Managing or General Agent |
| Ringgold Growers | 526 Buchanan Hwy. | Dallas | GA | 30157 | Attn: Officer, Managing or General Agent |
| Ringgold Growers | 279 Tucker Blvd. | Dallas | GA | 30157 | Attn: Officer, Managing or General Agent |
| Ringgold Growers | 526 Buchanan Highway | Dallas | GA | 30157 | Attn: Officer, Managing or General Agent |

| Name | Address | City | State | Zip Code | Contact |
|---|---|---|---|---|---|
| Robert Murowsky | 278 North Main St. | Thomaston | CT | 06787 | Attn: Officer, Managing or General Agent |
| Robin Apple LLC | 10206 Rockview Terrace | Cheltenham | MD | 20623 | Attn: Officer, Managing or General Agent |
| Robyn L. Dragoo | 27600 Novi Road Optic #1760 | Novi | MI | 48377 | Attn: Officer, Managing or General Agent |
| Rockstep Capital Opportunity Fund I LLC | 4501 Central Avenue | Hot Springs | AR | 71913 | Attn: Officer, Managing or General Agent |
| Rockstep Capital Opportunity Fund I LLC | 850 New Burton Road, Suite 201 | Dover | DE | 19904 | Attn: Registered or Authorized Agent |
| Rockstep Capital Opportunity Fund I LLC | C/O Crain, Caton & James, 1401 Mckinney St. Suite 1700 | Houston | TX | 77010 | Attn: Jeffrey Horowitz |
| Rockstep Janesville LLC | 2500 Milton Ave. | Janesville | WI | 53545 | Attn: Officer, Managing or General Agent |
| Rockstep Janesville LLC | 301 S Bedford Street, Suite 1 | Madison | WI | 53703 | Attn: Registered or Authorized Agent |
| Rockstep Meridian LLC | 1201 Bonita Lakes Circle | Meridian | MS | 39301 | Attn: Officer, Managing or General Agent |
| Rockstep Meridian LLC | 645 Lakeland East Drive, Suite 101 | Flowood | MS | 39232 | Attn: Registered or Authorized Agent |
| Rockstep Meridian LLC | C/O Crain, Caton & James, 1401 Mckinney St. Suite 1700 | Houston | TX | 77010 | Attn: Jeffrey Horowitz |
| Roger D. Mckinley Jr | 30262 Charles King Rd. | Albany | LA | 70711 | Attn: Officer, Managing or General Agent |
| Roofconnect | 44 Grant 65 | Sheridan | AR | 72150 | Attn: Officer, Managing or General Agent |
| Roofconnect | P.O. Box 908, 44 Grant 65 | Sheridan | AR | 72150 | Attn: Officer, Managing or General Agent |
| Sam Mechanical Inc. | 154 Remington Blvd., Ste. 1 | Ronkonkoma | NY | 11779 | Attn: Officer, Managing or General Agent |
| Sandhills Comm Lawn Services Inc. | 748 South River Road | Lillington | NC | 27546 | Attn: Officer, Managing or General Agent |
| Schneider & Onofry, P.C. | 365 E Coronado Road | Phoenix | AZ | 85004 | Attn: Officer, Managing or General Agent |
| Scott Allen Walsh | 604 Monnens Ave. | Shakopee | MN | 55379 | Attn: Officer, Managing or General Agent |
| Securosis LLC | 515 E Carefree Highway, Suite 766 | Phoenix | AR | 85085 | Attn: Officer, Managing or General Agent |
| Securosis LLC | 9590 E Ironwood Sq. Dr., #105 | Scottsdale | AR | 85258 | Attn: Officer, Managing or General Agent |
| Securosis LLC | C/O Ribadeneira Law Offices, P.C., 9590 E Ironwood Sq. Dr., #105 | Scottsdale | AR | 85258 | Attn: Edward Ribadeneira |
| Select Systems Technology, Inc. | 390 Amapola Ave., Unit 5 | Torrance | CA | 90501 | Attn: Officer, Managing or General Agent |
| Select Systems Technology, Inc. | 23601 Moulton Pkwy., Suite 220 | Laguna Hills | CA | 92653 | Attn: Officer, Managing or General Agent |
| Select Systems Technology, Inc. | 2529 Foothill Blvd., Suite 106 | La Crescenta | CA | 91214 | Attn: Registered or Authorized Agent |
| Select Systems Technology, Inc. | C/O Brower Law Group, 23601 Moulton Pkwy Suite 220 | Laguna Hils | CA | 92653 | Attn: Steven Brower |
| Sennco Solutions, Inc. | 1311 Butterfield Rd., Ste. 308 | Downers Grove | IL | 60515 | Attn: Officer, Managing or General Agent |
| Sennco Solutions, Inc. | 14407 Coil Plus Dr., Ste A | Plainfield | IL | 60544 | Attn: Officer, Managing or General Agent |
| Serrano Heating And Air, LLC | 5690 Rightwood Way | Sacramento | CA | 95823 | Attn: Officer, Managing or General Agent |
| Serrano Heating And Air, LLC | 1036 9th St. | Sacramento | CA | 95814 | Attn: Officer, Managing or General Agent |
| Serrano Heating And Air, LLC | 5690 Righwood Way | Sacramento | CA | 95823 | Attn: Officer, Managing or General Agent |
| Shannon Heights Heating Inc. | 18933 59Th Ave. NE, No. 107 | Arlington | WA | 98223 | Attn: Officer, Managing or General Agent |
| Shareasale.com Inc. | 15 W Hubbard St., Ste. 500 | Chicago | IL | 60654 | Attn: Officer, Managing or General Agent |
| Shareasale.com Inc. | 600 S Second Street, Suite 104 | Springfield | IL | 62704 | Attn: Officer, Managing or General Agent |
| Shareasale.com Inc. | C/O Business Filings Incorporated, 118 W Edwards Street, Suite 200 | Springfield | IL | 62704 | Attn: Registered or Authorized Agent |
| Shelia Hudman | 4541 Hempstead 2 | Hope | AR | 71801 | Attn: Officer, Managing or General Agent |
| Sherie Marsh | 265 Country Woods Road | Hayden | AL | 35079 | Attn: Officer, Managing or General Agent |
| Sherman Square | 4308 Genyth Ave. | Memphis | TN | 38128 | Attn: Officer, Managing or General Agent |
| Shoreline Const LLC | 157 Hanover Road | Newtown | CT | 06470 | Attn: Officer, Managing or General Agent |
| Shoreline Const LLC | 28238 Cannon St. | Millsboro | DE | 19966 | Attn: Registered or Authorized Agent |
| Sign & Lighting Services LLC | 530 State Route 104, PO Box 597 | Ontario | NY | 14519 | Attn: Officer, Managing or General Agent |
| Sith Ma | 7215 225th Ave Court E | Buckley | WA | 98321 | Attn: Officer, Managing or General Agent |
| Sixto De Pena | 9838 57th Ave., Apt 1J | Flushing | NY | 11368 | Attn: Officer, Managing or General Agent |
| SJC Resources, Inc. | 2849 Sweet Clover Way | Wauconda | IL | 60084 | Attn: Officer, Managing or General Agent |
| SJC Resources, Inc. | 1904 Old Mill Ln. | Mchenry | IL | 60050 | Attn: Registered or Authorized Agent |
| Smart AC Services LLC | 13955 Murphy Rd., Ste. 203 | Stafford | TX | 77477 | Attn: Officer, Managing or General Agent |
| Smart Direct LLC | 14-4851 Kapoho Beach Rd. | Pahoa | HI | 96778 | Attn: Officer, Managing or General Agent |
| Smart Direct LLC | P.O. Box 4819 | Hilo | HI | 96720 | Attn: Officer, Managing or General Agent |
| Smart Surplus Inc. | 180 Earland Dr., Bldg. 8 | New Holland | PA | 17557 | Attn: Officer, Managing or General Agent |
| Smart Surplus Inc. | P.O. Box 504 | New Holland | PA | 17557 | Attn: Officer, Managing or General Agent |
| Software One, Inc. | 20875 Crossroads Circle, Suite 1 | Waukesha | WI | 63186 | Attn: Officer, Managing or General Agent |
| Software One, Inc. | 301 S Bedford Street, Ste. 1 | Madison | WI | 53703-3691 | Attn: Registered or Authorized Agent |
| Solid Choice Inc. | 35300 SE Kelso Road | Boring | OR | 97009 | Attn: Officer, Managing or General Agent |
| Solid Choice Inc. | 11935 SE 272nd Ave. | Boring | OR | 97009 | Attn: Officer, Managing or General Agent |
| Solid Choice Inc. | 35300 SE Kelso Rd. | Boring | OR | 97009 | Attn: Officer, Managing or General Agent |
| Solid Choice Inc. | C/O United States Corporation Agent, 300 Delaware Avenue, Suite 210-A | Wilmington | DE | 19801 | Attn: Registered or Authorized Agent |
| Soteer Limited | 1194 S Rifle Cir. | Aurora | CO | 80017 | Attn: Officer, Managing or General Agent |
| Soteer Limited | 1013 Centre Road , Ste. 403S | Wilmington | DE | 19805 | Attn: Registered or Authorized Agent |
| South Mountain Air Conditioning & Heating, Inc. | 3145 E Chandler Blvd., Ste. 110, Unit 318 | Phoenix | AZ | 85048 | Attn: Officer, Managing or General Agent |
| South Mountain Air Conditioning & Heating, Inc. | 4001 E Mountain Sky Ave., #202 | Phoenix | AZ | 85044 | Attn: Officer, Managing or General Agent |
| Southwest Kitchen & Bath | 7780 N Oracle Rd. Suite 150 | Tucson | AZ | 85704 | Attn: Officer, Managing or General Agent |
| Speer Mechanical | 5255 Sinclair Road | Columbus | OH | 43229 | Attn: Officer, Managing or General Agent |
| Speer Mechanical | P.O. Box 931307 | Cleveland | OH | 44193 | Attn: Officer, Managing or General Agent |
| Spencers Air Conditioning & Appl. Inc. | 525 W 21St St. | Tempe | AZ | 85282 | Attn: Officer, Managing or General Agent |
| Spencers Air Conditioning & Appl. Inc. | 115 W 1st Ave. | Mesa | AZ | 85210 | Attn: Officer, Managing or General Agent |
| Sprayco | 35601 Veronica St. | Livonia | MI | 48150 | Attn: Officer, Managing or General Agent |
| Sprayco | P.O. Box 9069 | Farmington Hills | MI | 48333 | Attn: Officer, Managing or General Agent |
| Sprayco | 25800 Northwestern Highway, Suite 500 | Southfield | MI | 48075 | Attn: Officer, Managing or General Agent |
| Sprayco | 35601 Veronica St. | Livonia | MI | 48150 | Attn: Officer, Managing or General Agent |
| Sprayco | C/O Jacob & Weingarten, 25800 Northwestern Highway, Suite 500 | Southfield | MI | 48075 | Attn: Howard S. Sher |
| Sprayco | C/O Jacob & Weingarten, P.C, 23601 Moulton Pkwy Suite 220 | Southfield | MI | 48075 | Attn: Howard Sher |
| Star Roofing Corp. | 100 Plaza Pradera SC, Ste. 20 Pub. 411 | Toa Baja | PR | 00949 | Attn: Officer, Managing or General Agent |
| Star Roofing Corp. | Calle Zambeze 172-B Rio Piedras Heights | San Juan | PR | 00949 | Attn: Officer, Managing or General Agent |
| Star Roofing Corp. | PMB Suite 411, 90 Ave. Rio Hondo | Bayamon | PR | 00961 | Attn: Registered or Authorized Agent |

| Name | Address | City | State | Zip Code | Contact |
|---|---|---|---|---|---|
| Statesboro Herald Publishing Company D/B/A Statesboro Herald | 1 Proctor St., P.O. Box 888 | Statesboro | GA | 30458 | Attn: Officer, Managing or General Agent |
| Statesboro Herald Publishing Company D/B/A Statesboro Herald | 3300 First National Bank Tower | Atlanta | GA | 30303 | Attn: Registered or Authorized Agent |
| Statesboro Herald Publishing Company D/B/A Statesboro Herald | P.O. Box 888 | Statesboro | GA | 30458 | Attn: Officer, Managing or General Agent |
| Steamboat Pilot | 32 10th St., Ste. C1-C | Steamboat Springs | CO | 80487 | Attn: Officer, Managing or General Agent |
| Steamboat Pilot | P.O. Box 4827 | Steamboat Springs | CO | 80477 | Attn: Officer, Managing or General Agent |
| Steiner Construction Inc. | 2267 Deer Ridge Dr. | Stone Mountain | GA | 30087 | Attn: Officer, Managing or General Agent |
| Steiner Construction Inc. | 6497 City West Parkway | Eden Prairie | MN | 55344 | Attn: Officer, Managing or General Agent |
| Steiner Construction Inc. | 3614 Co. Rd. 101 | Wayzata | MN | 55391 | Attn: Registered or Authorized Agent |
| Stephen D. Kwan | 7103 Democracy Blvd. | Bethesda | MA | 20817 | Attn: Officer, Managing or General Agent |
| Stone Edge Countertops, LLC | 2271 N Masch Branch Rd., Bldg. 1 | Denton | TX | 76207 | Attn: Officer, Managing or General Agent |
| Stone Edge Countertops, LLC | 13410 Holly Park | Houston | TX | 77015 | Attn: Officer, Managing or General Agent |
| Stone Edge Countertops, LLC | 10251 Woodedge Dr. | Houston | TX | 77070 | Attn: Officer, Managing or General Agent |
| Stone Interiors New Orleans LLC | 191 James Dr. W | Saint Rose | LA | 70087 | Attn: Officer, Managing or General Agent |
| Stoner Inc. | 1070 Robert Fulton Hwy. | Quarryville | PA | 17566 | Attn: Officer, Managing or General Agent |
| Stoner Inc. | P.O. Box 65, 1070 Robert Fulton Hwy | Quarryville | PA | 17566 | Attn: Officer, Managing or General Agent |
| Storm General Builders Inc. | 2869 Ridgeway Dr. | National City | CA | 91950 | Attn: Officer, Managing or General Agent |
| Stuck's Heating And Cooling | 3802 Perrin Road | Independence | MO | 64058 | Attn: Officer, Managing or General Agent |
| Sumskie Bro Construction Corp. | 16523 SE Crst. | Portland | OR | 97236 | Attn: Officer, Managing or General Agent |
| Sumskie Bro Construction Corp. | P.O. Box 697 | Gresham | OR | 97030 | Attn: Officer, Managing or General Agent |
| Sun Coast Media Group, Inc. | 200 E Venice Ave. | Venice | FL | 34285 | Attn: Officer, Managing or General Agent |
| Sun Coast Media Group, Inc. | C/O The Corporation Trust Company, 1209 Orange Street | Wilmington | DE | 19801 | Attn: Registered or Authorized Agent |
| Sun Coast Media Group, Inc. | 1200 South Pine Island Rd. | Plantation | FL | 33324 | Attn: Officer, Managing or General Agent |
| Sun Coast Media Group, Inc. | Dept. 11120, P.O. Box 31792 | Tampa | FL | 33631 | Attn: Officer, Managing or General Agent |
| Sun Coast Media Group, Inc. | 200 E Venice Ave. | Venice | FL | 34285 | Attn: Officer, Managing or General Agent |
| Sun Community News | 102 Montcalm Street, Ste. 2 | Ticonderoga | NY | 12883 | Attn: Officer, Managing or General Agent |
| Sun Community News | P.O. Box 338 | Elizabethtown | NY | 12932 | Attn: Officer, Managing or General Agent |
| Sun Community News | 14 Hand Avenue, P.O. Box 338 | Elizabethtown | NY | 12932 | Attn: Officer, Managing or General Agent |
| Sung Taek Kim | 4512 Kathy Dr. | La Palma | CA | 90623 | Attn: Officer, Managing or General Agent |
| Sunny Days Entertainment LLC | 208 Chancellors Park Court | Simpsonville | SC | 29681 | Attn: Officer, Managing or General Agent |
| Sunny Days Entertainment LLC | 1591 Savannah Highway, Suite 201 | Charleston | SC | 29407 | Attn: Registered or Authorized Agent |
| Sunny Days Entertainment LLC | 208 Chancellors Park Ct. | Simpsonville | SC | 29681 | Attn: Officer, Managing or General Agent |
| Sunshine Landscaping Maintenance, LLC | 7330 Poinciana Ct. | Miami Lakes | FL | 33014 | Attn: Officer, Managing or General Agent |
| Sunshine Landscaping Maintenance, LLC | 19010 W Oakmont Dr. | Miami Lakes | FL | 33015 | Attn: Registered or Authorized Agent |
| Sunshine Landscaping Maintenance, LLC | 7330 Poinciana Ct. | Miami Lakes | FL | 33014 | Attn: Officer, Managing or General Agent |
| Sunvalley Mechanical LLC | 3465 Lee Blvd., Ste. 244 | El Paso | TX | 79936 | Attn: Officer, Managing or General Agent |
| Sunvalley Mechanical LLC | 11426 Rojas, Ste. A-1 | El Paso | TX | 79936 | Attn: Officer, Managing or General Agent |
| Sunvalley Mechanical LLC | 10520 Eaglestone Way | El Paso | TX | 79925 | Attn: Officer, Managing or General Agent |
| Superior Granite, Inc. | 7011 Pine Forest Road | Pensacola | FL | 32526 | Attn: Officer, Managing or General Agent |
| Superior Granite, Inc. | 8544 Foxtail Loop | Pensacola | FL | 32526 | Attn: Registered or Authorized Agent |
| Superior Lawnmower Center Inc. | 17968 San Bernadino Ave. | Fontana | CA | 92335 | Attn: Officer, Managing or General Agent |
| Superior Lawnmower Center Inc. | 400 N Mountain Ave., Suite 215B | Upland | CA | 91786 | Attn: Officer, Managing or General Agent |
| Superior Lawnmower Center Inc. | C/O Law Office of W. Derek May, 400 N Mountain Ave. Suite 215B | Upland | CA | 91786 | Attn: W. Derek May |
| Swon Exterior Solutions Inc. | 10456 Tintinhull Drive | Fort Mill | SC | 29707 | Attn: Officer, Managing or General Agent |
| T Lex, Inc. | 105 Babcock St. | Brookline | MA | 02446 | Attn: Officer, Managing or General Agent |
| Taylor Installation Service, LLC D/B/A Taylor Installations | 150 Fairfield Circle | Fayetteville | GA | 30214 | Attn: Officer, Managing or General Agent |
| Tecumseh Heating and Air | 5305 Manfield Rd. | Manquin | VA | 23106 | Attn: Officer, Managing or General Agent |
| Teczia It Services LLC | 34 Balsam Dr. | Hicksville | NY | 11801 | Attn: Officer, Managing or General Agent |
| Temperature Control Specialties, Inc. D/B/A Temperature Control | 8527 Camby Road | Camby | IN | 46113 | Attn: Officer, Managing or General Agent |
| Temperature Control Specialties, Inc. D/B/A Temperature Control | C/O Corporation Service Company, 251 Little Falls Dr. | Wilmington | DE | 19808 | Attn: Registered or Authorized Agent |
| Temperature Control Specialties, Inc. D/B/A Temperature Control | 8527 Camby Rd. | Camby | IN | 46113 | Attn: Officer, Managing or General Agent |
| Temperature Design Heating And Air, LLC D/B/A Temperature Design Heating And Air | 6275 Barrington Run | Alpharetta | GA | 30005 | Attn: Officer, Managing or General Agent |
| Temperature Design Heating And Air, LLC D/B/A Temperature Design Heating And Air | 220 Century Parkway NE, Suite 800 | Atlanta | GA | 30345 | Attn: Officer, Managing or General Agent |
| Tenmark Industrial LLC | 41623 Margarita Road, Suite 100 | Temecula | CA | 92591 | Attn: Officer, Managing or General Agent |
| Tenmark Industrial LLC | 12424 Wilshire Blvd., 12th Floor | Los Angelas | CA | 90025 | Attn: Officer, Managing or General Agent |
| Tenmark Industrial LLC | C/O Russ August & Kabat, 12424 Wilshire Boulevard, 12th Floor | Los Angeles | CA | 90025 | Attn: Nathan Meyer |
| Thao-Thanh Pham O.D., Inc. | 21520 G Yorba Linda Blvd. 256 | Yorba Linda | CA | 92887 | Attn: Officer, Managing or General Agent |
| The Best Deals For You LLC | 820 Grandview Dr. | Commerce Township | MI | 48390 | Attn: Officer, Managing or General Agent |
| The Best Deals For You LLC | 90 Merrick Ave., 9th Floor | East Meadow | NY | 11554 | Attn: Officer, Managing or General Agent |
| The Countertop Company, Inc. | 140 Engel Street | Escondido | CA | 92029 | Attn: Officer, Managing or General Agent |
| The Daily Interlake D/B/A Daily Intake | 727 E Idaho St. | Kalispell | MT | 59901 | Attn: Officer, Managing or General Agent |
| The Daily Interlake D/B/A Daily Intake | P.O. Box 7610 | Kalispell | MT | 59904 | Attn: Officer, Managing or General Agent |
| The McClatchy Company D/B/A The Charlotte Observer | 2100 Q Street | Sacramento | CA | 95816 | Attn: Officer, Managing or General Agent |
| The McClatchy Company D/B/A The Charlotte Observer | 550S Caldwell St. | Charlotte | NC | 28202 | Attn: Officer, Managing or General Agent |
| The Mibro Group, L.C. | 4039 Genesee St. | Buffalo | NY | 14225 | Attn: Officer, Managing or General Agent |
| The Mibro Group, L.C. | P.O. Box 8000 Dep # 89 | Buffalo | NY | 14267 | Attn: Officer, Managing or General Agent |
| Thief River Falls Times, Inc. | 324 N Main St. | Thief River Fls | MN | 56701 | Attn: Officer, Managing or General Agent |
| Thief River Falls Times, Inc. | P.O. Box 100, 324 Main Avenue North | Thief River Falls | MN | 56701 | Attn: Officer, Managing or General Agent |
| Thomas Gilligan | 7 Gardenia Rd. | Mount Sinai | NY | 11766 | Attn: Officer, Managing or General Agent |
| Tom C. Construction, Inc. | 660 Lance Dr. | Des Plaines | IL | 60016 | Attn: Officer, Managing or General Agent |
| Tommie L. Talmadge | 4316 Lake Harbor Road | Muskegon | MI | 49441 | Attn: Officer, Managing or General Agent |
| Tracy Bell | 67880 Mall Ring. Optic 2104 | St Clairsville | OH | 43950 | Attn: Officer, Managing or General Agent |
| Tri Sales Marketing LLC | 247 Route 100 | Somers | NY | 10589 | Attn: Officer, Managing or General Agent |
| Trimurk ERF Inc. | 415 Richards Blvd. | Sacramento | CA | 95811 | Attn: Officer, Managing or General Agent |

| Name | Address | City | State | Zip Code | Contact |
|---|---|---|---|---|---|
| Trimark ERF Inc. | 9 E Loockerman Street, Suite 311 | Dover | DE | 19901 | Attn: Registered or Authorized Agent |
| Trimark ERF Inc. | 1220 S St., Suite 150 | Sacramento | CA | 95811 | Attn: Officer, Managing or General Agent |
| Tyree-Little's Heating & Cooling, LLC | 32441 US Hwy. 29 | Gretna | VA | 24557 | Attn: Officer, Managing or General Agent |
| Tyree-Little's Heating & Cooling, LLC | 525 Seventh Street | Altavista | VA | 24517 | Attn: Registered or Authorized Agent |
| Unique Air Conditioning Inc. | 2672 Nw 31St Ave. | Lauderdale Lakes | FL | 33311 | Attn: Officer, Managing or General Agent |
| Unique Air Conditioning Inc. | 624 Laurel Way | N. Lauderdale | FL | 33068 | Attn: Registered or Authorized Agent |
| United Building Contractors LLC | 3410 156th St. | W Rosemount | MN | 55068 | Attn: Officer, Managing or General Agent |
| United Building Contractors LLC | 14100 Dane Ave. | Rosemount | MN | 55068 | Attn: Registered or Authorized Agent |
| Up North Trucking Inc. | 5361 Jean Duluth Rd | Duluth | MN | 55803 | Attn: Officer, Managing or General Agent |
| Upstart Group, LLC | 704 228th Avenue NE, #281 | Sammamish | WA | 98074 | Attn: Officer, Managing or General Agent |
| Upstart Group, LLC | 2214 247th Ct. NE | Redmond | WA | 980743342 | Attn: Registered or Authorized Agent |
| US Air Comfort A/K/A. Union Express, Inc. | 3300 Bristol Rd. | Bensalem | PA | 19020 | Attn: Officer, Managing or General Agent |
| Ventura TV Video Appliance Center Inc. | 3619 E Ventura | Fresno | CA | 93702 | Attn: Officer, Managing or General Agent |
| Ventura TV Video Appliance Center Inc. | 2106 W Fir Ave. | Fresno | CA | 93711 | Attn: Registered or Authorized Agent |
| Viacheslav Kutsar | 9736 Everbloom Way | Sacramento | CA | 95829 | Attn: Officer, Managing or General Agent |
| Vincent Alfaro | 6707 Towerwood Dr. | Arlington | TX | 76001 | Attn: Officer, Managing or General Agent |
| Viniteck International Inc. | 700 Lavaca St., 1401 | Austin | TX | 78701 | Attn: Officer, Managing or General Agent |
| Viniteck International Inc. | 5900 Balcones Dr, Suite 100 | Austin | TX | 78731 | Attn: Registered or Authorized Agent |
| Vinson Advertising | 5317 Santa Teresa Ave. | Santa Rosa | CA | 95409 | Attn: Officer, Managing or General Agent |
| Vinson Advertising | P.O. Box 3723 | Santa Rosa | CA | 95402 | Attn: Officer, Managing or General Agent |
| Vision Construction & Developers, LLC | 9711 Washingtonian Blvd., Ste. 550 | Gaithersburg | MD | 20878 | Attn: Officer, Managing or General Agent |
| Vision Construction & Developers, LLC | 4 Scarlet Sage Ct. | Burtonsville | MD | 20866 | Attn: Registered or Authorized Agent |
| Visual Land Inc. | 17785 Center Court Dr. 305 | Cerritos | CA | 90703 | Attn: Officer, Managing or General Agent |
| W J O Neil Chicago LLC | 224 North Justine Street | Chicago | IL | 60607 | Attn: Officer, Managing or General Agent |
| W J O Neil Chicago LLC | 35457 Industrial Dr. | Livonia | MI | 48150 | Attn: Registered or Authorized Agent |
| W. W. Gay Mechanical Contractor Of Gainesville, Inc. D/B/A W.W. Gay Mechanical Contractor Of GA | 515 S E 11th Place | Gainesville | FL | 32601 | Attn: Officer, Managing or General Agent |
| W. W. Gay Mechanical Contractor Of Gainesville, Inc. D/B/A W.W. Gay Mechanical Contractor Of GA | One Independent Dr., Suite 2301 | Jacksonville | FL | 32202 | Attn: Registered or Authorized Agent |
| Wally Florring LLC | 11209 N 131St East Pl. | Owasso | OK | 74055 | Attn: Officer, Managing or General Agent |
| Welcome Industrial Corporation | 717 North Park Avenue | Burlington | NC | 27217 | Attn: Officer, Managing or General Agent |
| Welcome Industrial Corporation | C/O Meadows & Aderhold, P.A, 2596 Reynolda Road Suite C | Winston-Salem | NC | 27106 | Attn: John Meadows |
| Westrock Mechanical Corp. | 329 Spook Rock Road, P.O. Box. 56 | Tallman | NY | 10982-0056 | Attn: Officer, Managing or General Agent |
| Westrock Mechanical Corp. | P.O. Box 56 | Tallman | NY | 10982 | Attn: Officer, Managing or General Agent |
| William Baiden | 4281 Express Lane Suite | Sarasota | FL | 34238 | Attn: Officer, Managing or General Agent |
| Window Right Brothers LLC | 4840 235th Ln. NE | East Bethel | MN | 55005 | Attn: Officer, Managing or General Agent |
| Window Right Brothers LLC | 820 South Wanamaker Ave. | Ontario | CA | 91761 | Attn: Officer, Managing or General Agent |
| Winplus North America Inc. | 111 8th Ave, 13th FL | New York | NY | 10011 | Attn: Registered or Authorized Agent |
| Winplus North America Inc. | C/O Lowenstein Sandler LLP, 1251 Avenue of the Americas | New York | NY | 10020 | Attn: Myles Macdonald |
| Woodstream Corporation | 1985 Solutions Center | Chicago | IL | 60677 | Attn: Officer, Managing or General Agent |
| Woodstream Corporation | P.O. Box 1200 | Lititz | PA | 17543 | Attn: Officer, Managing or General Agent |
| Woodstream Corporation | 69 N Locust Street | Lititz | PA | 17543 | Attn: Officer, Managing or General Agent |
| Woodstream Corporation | 29 King Street | Lancaster | PA | 17602 | Attn: Officer, Managing or General Agent |
| Woodstream Corporation | 7000 W 111th St., Ste. 205 | Worth | IL | 60482 | Attn: Registered or Authorized Agent |
| Works Construction, Inc. | 126 2nd St. | Pawnee | IL | 62558 | Attn: Officer, Managing or General Agent |
| Yoss Heating & Cooling LLC | 833 River Ridge | Waterford | WI | 53185 | Attn: Officer, Managing or General Agent |
| Yoss Heating & Cooling LLC | 501 E Main St. | Waterford | WI | 53185 | Attn: Registered or Authorized Agent |
| Yoss Heating & Cooling LLC | 833 River Ridge Cir | Waterford | WI | 53185 | Attn: Officer, Managing or General Agent |
| Yuwen Lee, O.D., Optometric Professional Corporation | 111 W Reese Ave. | Visalia | CA | 93277 | Attn: Officer, Managing or General Agent |
| Yuwen Lee, O.D., Optometric Professional Corporation | C/O Scott Lyons, Attorney At Law, 1010 West Main Street | Visalia | CA | 93291 | Attn: Officer, Managing or General Agent |
| Zeno Group, Inc. D/B/A The Zeno Group | 130 E Randolph, Ste. 30 | Chicago | IL | 60601 | Attn: Officer, Managing or General Agent |
| Zeno Group, Inc. D/B/A The Zeno Group | 208 So Lasalle St., Ste. 814 | Chicago | IL | 60604 | Attn: Registered or Authorized Agent |
| Zeno Group, Inc. D/B/A The Zeno Group | 22048 Network Place | Chicago | IL | 60673 | Attn: Officer, Managing or General Agent |
| Zeno Group, Inc. D/B/A The Zeno Group | 140 Broadway, 39th Fl. | New York | NY | 10005 | Attn: Officer, Managing or General Agent |
| Zircon Corporation | 1580 Dell Avenue | Campbell | CA | 95008 | Attn: Officer, Managing or General Agent |
| Zuckerfan Limited | 8085 Eagleview Dr. | Littleton | CO | 80125 | Attn: Officer, Managing or General Agent |