Edwin H. Caldie (MN Bar No. 0388930)
*Admitted pro hac vice*
Kevin P. Kitchen (MN Bar No. 0399297)
50 South Sixth Street, Suite 2600
Minneapolis, Minnesota, 55402
Telephone: 612.335.1500
Facsimile: 612.335.1657

Lucas L. Schneider (CO Bar No. 48125)
*Admitted pro hac vice*
1050 17th Street
Suite 2400
Denver, CO 80265
Telephone: (303) 376-8414
*Counsel for CenturyLink Communications, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| **SEARS HOLDINGS CORPORATION**, ) | |
| *et al.*, ) | Case No. 18-23538 (RDD) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

**CENTURYLINK COMMUNICATIONS, LLC'S LIMITED WITHDRAWAL, WITHDRAWING THE OBJECTION TO MOTION OF DEBTORS REQUESTING RELEASE OF ADEQUATE ASSURANCE DEPOSIT AMOUNTS PURSUANT TO THE ADEQUATE ASSURANCE PROCEDURES [DKT. NO. 7209]**

CenturyLink Communications, LLC and Level 3 Communications, LLC, and their parents, subsidiaries, and affiliates (collectively "CenturyLink"), by its counsel, in light of and subject to the *Debtors' Reply to Objection to Motion of Debtors Requesting Release of Adequate Assurance Deposit Amounts Pursuant to the Adequate Assurance Procedures* [Dkt. No. 7319], specifying therein that the Debtors are not seeking an order releasing the specific $239,423.15 of adequate assurance allocated to CenturyLink [*See* Dkt. No. 461, p. 151/151], hereby withdraws only CenturyLink's *Objection to Motion of Debtors Requesting Release of Adequate Assurance*

CORE/0807628.0097/157868222.1

*Deposit Amounts Pursuant to the Adequate Assurance Procedures* portion of Docket No. 7299. For clarity, both the *Motion for Administrative Expense Claim Pursuant to 11 U.S.C. §§ 503(b)(1)(a) and 365(d)(5)* and the *Application for Payment of Adequate Assurance Pursuant to Section 7 of the Utility Order* components of Docket No. 7299 remain of record, subject to the Hearing and Objection Deadline as stated therein, with CenturyLink retaining its rights and positions stated therein, including CenturyLink's rights to obtain the CenturyLink Adequate Assurance (as defined therein).

Dated: February 21, 2020

Respectfully submitted,

STINSON LLP

*/s/ Lucas L. Schneider*
Edwin H. Caldie (MN Bar No. 0388930)
*Admitted pro hac vice*
Kevin P. Kitchen (MN Bar No. 0399297)
50 South Sixth Street, Suite 2600
Minneapolis, Minnesota 55402
Tel. (612) 335-1500 / Fax. (612) 335-1657

Lucas L. Schneider (CO Bar No. 48125)
*Admitted pro hac vice*
1050 17th Street
Suite 2400
Denver, CO 80265
Telephone: (303) 376-8414

*Counsel for CenturyLink Communications, LLC*

CORE/0807628.0097/157868222.1