**Monday, February 24, 2020 at 12:18:17 AM Eastern Standard Time**

| | |
|---|---|
| **Subject:** | Fwd: Sears- Expected Distribution? |
| **Date:** | Monday, February 24, 2020 at 12:16:56 AM Eastern Standard Time |
| **From:** | Salene Mazur Kraemer |
| **To:** | Salene |
| **Attachments:** | image001.jpg |

Sent from my iPhone

Begin forwarded message:

> **From:** "Crozier, Jennifer Brooks" <Jennifer.Crozier@weil.com>
> **Date:** February 13, 2020 at 10:00:14 PM EST
> **To:** Salene Mazur Kraemer <skraemer@bernsteinlaw.com>
> **Cc:** Rupesh Sanghavi <rupesh@ergodeinc.com>, Pankaj Rathi <pankaj.r@virventures.com>, "Friedmann, Jared" <Jared.Friedmann@weil.com>
> **Subject: RE:  Sears- Expected Distribution?**
>
>
> [EXTERNAL SENDER]
> Salene:
>
> Future disbursements are forthcoming, but the Debtors do not yet have a schedule of when future payments will be made.  That said, should the parties end up litigating a motion to dismiss Plaintiffs' adversary complaint (which, as you know, can take two-and-a-half to three months), it is very likely Plaintiffs will not be included in the next distribution.
>
> Feel free to call with any questions.
>
> Sincerely,
>
> Jennifer
>
>
> 
>
> **Jennifer Brooks Crozier**
> **Weil, Gotshal & Manges LLP**
> 767 Fifth Avenue
> New York, New York 10153-0119
> jennifer.crozier@weil.com
> +1 212 310 8005 Office
> +1 860 910 8900 Mobile
> +1 212 310 8007 Facsimile
>
> * Admitted to practice in Connecticut and Texas.

**From:** Salene Mazur Kraemer <skraemer@bernsteinlaw.com>
**Sent:** Thursday, February 13, 2020 1:34 PM
**To:** Crozier, Jennifer Brooks <Jennifer.Crozier@weil.com>
**Cc:** Rupesh Sanghavi <rupesh@ergodeinc.com>; 'Pankaj Rathi' <pankaj.r@virventures.com>
**Subject:** Sears- Expected Distribution?

Jennifer,

Can you tell me when the expected distribution date will be of the funds?

Salene Mazur Kraemer

CONFIDENTIALITY NOTICE: This electronic communication and any attachments (a) are protected by the Electronic Communications Privacy Act (18 U.S.C. § 2510-2522), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient. If you have received this electronic communication in error, please notify the sender and delete the entirety of the electronic communication. Any use of the contents of any information received in error, including but not limited to disclosure, copying, or distribution, is strictly prohibited.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.