EXHIBIT B

                      **Hearing Date:** TBD
                      **Response Deadline:** TBD

BERNSTEIN BURKLEY, P.C.
Salene R.M. Kraemer, Esquire
NY ID No. 5228580
707 Grant Street, Suite 2200
Pittsburgh, PA 15219
Phone: (412) 427-7075
skraemer@bernsteinlaw.com
*Counsel to VIR Ventures, Inc. and*
*AMI Ventures, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| In re: SEARS HOLDING CORPORATION, et al., Debtors. | Bankruptcy No. 18-23538 (RDD) |
|---|---|
| VIR VENTURES, INC. AND AMI VENTURES, INC., Movants, v. SEARS HOLDING CORPORATION, Respondents. | |

**ORDER GRANTING JOINT MOTION OF E-MARKET PLACE SELLERS**
**VIR VENTURES, INC. AND AMI VENTURES, INC. TO SET-ASIDE A $885,896**
**RESERVE FROM THE SECOND DISTRIBUTION UNDER THE**
**<u>ADMINISTRATIVE EXPENSE CLAIMS CONSENT PROGRAM</u>**

    This matter came before the Court on the *EXPEDITED JOINT MOTION OF E-MARKET PLACE SELLERS VIR VENTURES, INC. AND AMI VENTURES, INC. TO SET-ASIDE A $885,896 RESERVE FROM THE SECOND DISTRIBUTION UNDER THE ADMINISTRATIVE EXPENSE*

1

2

*CLAIMS CONSENT PROGRAM* (the "Motion"), and, adequate and sufficient notice of the Motion having been given, and good cause appearing therefor, it is hereby

ORDERED that:

1. The Motion shall be, and hereby is, GRANTED as set forth below;

2. Capitalized terms used but not defined in this Order shall have the same meanings given to them in the Motion; and

3. Before the Second Distribution (or any other distribution) is made under the Administrative Expense Claims Consent Program, the Debtors shall cause to be set aside and reserved (in a segregated, federally-insured account), for the benefit of VIR Ventures, Inc. and AMI Ventures, Inc. (together, the "Claimants"), the sum of $_____ (the "Reserve Amount"). The Debtors shall retain the Reserve Amount until further order of this Court, entered after notice to the Claimants and the Debtors and opportunity for a hearing.

Date: _____, 2020

   _____
   THE HONORABLE ROBERT D. DRAIN
   UNITED STATES BANKRUPTCY JUDGE