Thomas R. Slome
Michael Kwiatkowski
CULLEN AND DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
Telephone: (516) 296-9165
Facsimile: (516) 357-3792
Email: tslome@cullenllp.com
          mkwiatkowski@cullenllp.com

Russell R. Johnson III (VSB No. 31468)
John M. Craig (VSB No. 32977)
Law Firm Of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Telephone: (804) 749-8861
Facsimile: (804) 749-8862
Email: russell@russelljohnsonlawfirm.com
          john@russelljohnsonlawfirm.com

*Co-Counsel for National Grid*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| | ) |
| **In re:** | ) **Chapter 11** |
| | ) |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | ) **Case No. 18-23538 (RDD)** |
| | ) |
| **Debtors.** | ) **(Jointly Administered)** |
| | ) |

**NOTICE OF WITHDRAWAL OF APPLICATION OF
NATIONAL GRID PURSUANT TO SECTION 7 OF THE ORDER
(I) APPROVING DEBTORS' PROPOSED FORM OF ADEQUATE ASSURANCE OF
PAYMENT TO UTILITY PROVIDERS, (II) ESTABLISHING PROCEDURES FOR
DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY
SERVICES, AND (III) PROHIBITING UTILITY PROVIDERS FROM ALTERING,
REFUSING, OR DISCONTINUING UTILITY SERVICE [DOCKET NO. 461] FOR
<u>PAYMENT FROM THE ADEQUATE ASSURANCE ACCOUNT</u>**

National Grid, by counsel, hereby withdraws its *Application of National Grid Pursuant to*

*Section 7 of the Order (I) Approving Debtors' Proposed Form of Adequate Assurance of*

*Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance*

*of Payment for Future Utility Services, and (III) Prohibiting Utility Providers from Altering,*

*Refusing, or Discontinuing Utility Service [Docket No. 461] for Payment from the Adequate*

*Assurance Account* (ECF No. 3238) as resolved.

Dated: Garden City, New York
February 26, 2020

CULLEN AND DYKMAN LLP

By:       */s/ Michael Kwiatkowski*
Thomas R. Slome
Michael Kwiatkowski
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
Telephone: (516) 296-9165
Facsimile: (516) 357-3792
Email: tslome@cullenllp.com
mkwiatkowski@cullenllp.com

and

Russell R. Johnson III
John M. Craig
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Telephone: (804) 749-8861
Email: russell@russelljohnsonlawfirm.com
john@russelljohnsonlawfirm.com

*Co-Counsel for National Grid*