Thomas R. Slome
Michael Kwiatkowski
CULLEN AND DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
Telephone: (516) 296-9165
Facsimile: (516) 357-3792
Email: tslome@cullenllp.com
       mkwiatkowski@cullenllp.com

    and

Russell R. Johnson III (VSB No. 31468)
John M. Craig (VSB No. 32977)
Law Firm Of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Telephone: (804) 749-8861
Facsimile: (804) 749-8862
Email: russell@russelljohnsonlawfirm.com
       john@russelljohnsonlawfirm.com

*Co-Counsel for National Grid*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | ) Case No. 18-23538 (RDD) |
| Debtors. | ) (Jointly Administered) |

**CERTIFICATE OF SERVICE**

    I, Michael Kwiatkowski, hereby certify that on February 26, 2020, I caused a true and correct copy of *Notice of Withdrawal of Application of National Grid Pursuant to Section 7 of the Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for*

1

*Future Utility Services, and (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Service [Docket No. 461] for Payment from the Adequate Assurance Account* [ECF No. 7338] to be served (i) via the Court's CM/ECF system on all parties receiving notice through that system, and (ii) via electronic mail (email) upon the individuals listed below at the email addresses set forth below.

| | |
|---|---|
| Paul Schwartzberg, Esq. | paul.schwartzberg@usdoj.gov |
| Office of the United States Trustee | |
| | |
| Ray C. Schrock, P.C. | ray.schrock@weil.com |
| Jacqueline Marcus, Esq. | jacqueline.marcus@weil.com |
| Garret A. Fail, Esq. | garrett.fail@weil.com |
| Sunny Singh, Esq. | sunny.singh@weil.com |
| Weil, Gotshal & Manges LLP | |

                                                      */s/ Michael Kwiatkowski*
                                                      Michael Kwiatkowski