Christopher A. Pellegrini, Esq. (cpellegrini@chuhak.com)
**CHUHAK & TECSON, P.C.**
*Attorneys for MJ Holding Company, LLC*
30 South Wacker Drive, Suite 2600
Chicago, Illinois 60606
(312) 444-9300

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| SEARS HOLDINGS CORPORATION, ) | |
| *et al.*, ) | Case No. 18-23538-rdd |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

**NOTICE OF SUBSTITUTION OF ATTORNEY**

**PLEASE TAKE NOTICE** that the undersigned notifies the Court that Christopher A. Pellegrini will be substituted as attorney of record for MJ Holding Company, LLC, Creditor, in this case.

Date: 2/26/2020

Miriam R. Stein, Former Attorney
NY Registration No. 5611066

Date: 2/26/2020

Christopher A. Pellegrini, Substituted Attorney
NY Registration No. 5657614

Dated: February 26, 2020

4810-4890-0021.1.11161.68649