FERRAIUOLI LLC
390 N. Orange Avenue
Suite 2300
Orlando, Florida 32801
Telephone: (407) 982-7310
Facsimile: (787) 766-7001
Email: scolon@ferraiuoli.com
Email: gchico@ferraiuoli.com

Counsel for *Santa Rosa Mall, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.* | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on February 21, 2020, I electronically filed the *Statement Certifying Compliance* (the "*Statement*", Docket No. 7326), on behalf of Santa Rosa Mall, LLC, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants in this case.

      I FURTHER CERTIFY, that on February 21, 2020, I caused a true and correct copy of the *Statement* to be served via Priority Mail and/or electronic mail to the parties listed on the attached **Exhibit A**, and via electronic mail to the parties listed on the attached **Exhibit B,** pursuant to the *Amended Case Management Order* (Docket No. 405).

      I FURTHER CERTIFY, that on February 24, 2020, I caused a true and correct copy of the *Statement* to be served via Priority Mail to the Parties listed on the attached **Exhibit C**, pursuant to the *Amended Case Management Order* (Docket No. 405).

[Signatures on next page]

Respectfully submitted.
Dated: February 27, 2020.

**Ferraiuoli** LLC

390 N. Orange Avenue
Suite 2300
Orlando, Florida 32801
Telephone: (407) 982-7310
Facsimile: (787) 766-7001

*/s/ Sonia E. Colón Colón*
Sonia E. Colón Colón
Admitted *Pro Hac Vice*
USDC-PR No. 213809
scolon@ferraiuoli.com

*/s/ Gustavo A. Chico-Barris*
Gustavo A. Chico-Barris
NY State Bar No. 929147
USDC-PR No. 224205
gchico@ferraiuoli.com

Attorneys for
*Santa Rosa Mall, LLC*