**EXHIBIT C**

## 2002 RULE PARTIES SERVICE LIST

BST International Fashion Ltd
Attn: A.R. Shrinivasan, Managing Director
39 Wang Kwong Rd
Ste 2301B, Skyline Tower
Kowloon Bay
Kowloon, Hong Kong
Via Priority Mail

Weiss, Weisman & Gordon, LLP
Counsel to Select Portfolio Servicing, Inc
Attn: Michelle C. Marans, Esq.
53 Gibson Street
Bay Shore, NY 11706
Via Priority Mail

Wilmington Trust, National Association
Attn: Sears Holdings Corp. Administrator
Corporate Capital Markets
50 South Sixth Street, Suite 1290
Minneapolis, MN 55402
Via Priority Mail

Borah, Goldstein, Altschuler, Nahins & Goidel, P.C.
Attn: Jeffrey C. Chancas
377 Broadway
New York, NY 10013
Via Priority Mail

Linebarger Goggan Blair & Sampson, LLP
Attn: Diane Wade Sanders
P.O. Box 17428
Austin, TX 78760
Via Priority Mail

Wilmorite Management Group LLC
Attn: Donald C. Cowan, Jr.
1265 Scottsville Road
Rochester, NY 14624
Via Priority Mail

Brookfield Property REIT Inc.
Attn: Kristen N. Pate
350 N. Orleans St.
Suite 300
Chicago, IL 60654-1607
Via Priority Mail

Milbank, Tweed, Hadley & McCloy LLP
Attn: Andrew M. Leblanc
1850 K Street, NW
Suite 1100
Washington, DC 20006
Via Priority Mail

Frenkel, Lambert, Weiss, Weisman & Gordon, LLP
Attn: Michelle C. Marans, Esq.
53 Gibson Street
Bay Shore, NY 11706
Via Priority Mail

Fein, Such & Crane, LLP
Attn: Tammy L. Terrell Benoza, Esq.
1400 Old Country Road, Suite C103
Westbury, NY 11590
Via Priority Mail

LeClairRyan, PLLC
Attn: Janice B. Grubin, Alex J. Chase
885 Third Avenue
16th Floor
New York, NY 10022
Via Priority Mail

Montee & Associates
Attn: Kevin P. Montee, Esq.
1250-I Newell Ave., Suite 149
Walnut Creek, CA 94596
Via Priority Mail

Fein, Such & Crane, LLP
Attn: Tammy L. Terrell Benoza, Esq.
7 Century Drive, Suite 201
Parsippany, NJ 07054
Via Priority Mail

The Bank of New York Mellon Trust Company
Attn: Corporate Trust Administration
101 Barclay St., Floor 8W
New York, NY 10286
Via Priority Mail

Ohio Department of Taxation
Attn: Office of the Ohio Attorney General
1600 Carew Tower
441 Vine Street
Cincinnati, OH 45202
Via Priority Mail