UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| In Re: | CHAPTER 11 |
| SEARS HOLDINGS CORPORATION, et al. | Case No. 18-23538 (RDD) <br> (Jointly Administered) |
| Debtors, | **NOTICE OF CHANGE** <br> **OF ADDRESS** |

-------------------------------------------------------------X

PLEASE TAKE NOTICE THAT as of January 1, 2020, my address is as follows:

JAMES P. PAGANO, ESQ.
225 Broadway, Suite 1606
New York, New York 10007
E-mail: JPPaganoesq@gmail.com

Dated:  New York, New York
         February 28, 2020

>  */s/ James P. Pagano*
>  JAMES P. PAGANO, ESQ. (JPP-3447)
>  Attorney for NINA and GERARD GREENE, on
>  behalf of themselves
>  and the Certified Classes
>  Creditor and Party in Interest
>  225 Broadway  Suite  1606
>  New York, New York 10007
>  T: (212) 732-4740

Case No.: 18-23538 (RDD)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

    SEARS HOLDINGS CORPORATION, et al.

    Debtors.

## NOTICE OF CHANGE OF ADDRESS

To:
    JAMES P. PAGANO, ESQ.
    Attorney for Attorney for NINA and
    GERARD GREENE, on behalf of
    themselves and the Certified Classes
    Creditor and Party in Interest225 Broadway,
    Suite 1606
    New York, NY 10007
    (212)  732-4740

New York, New York
(212)

Attorney(s) for:

Service of a copy of the within                                     is hereby admitted.

Dated:

Attorney(s) for:

PLEASE TAKE NOTICE

Check Applicable Box

0    that the within is a (certified) true copy of a

entered in the office of the clerk of the within named Court on          200

0    that an Order of which the within is a true copy will be presented for settlement to

    the Hon.          one of the Judges of the within named Court,
                             at
        on                200    , at                            M.

Dated: