UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                          :
                                               :    Chapter 11
SEARS HOLDINGS CORPORATION, *et al.*,          :
                                               :    Case No. 18-23538 (RDD)
                                               :
Debtors.[1]                                    :    (Jointly Administered)
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Nathan Chien, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On February 24, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via overnight mail on the Chambers of Honorable Robert Drain, Sears Chambers Copy, US Bankruptcy Court SDNY, 300 Quarropas Street Rm 248, White Plains, NY 10601, US; served via overnight mail and email on the Office of the US Trustee Region 2, Attn: P. Schwartzberg R. Morrissey, 201 Varick St., Suite 1006, New York, NY 10014, US, richard.morrissey@usdoj.gov, paul.schwartzberg@usdoj.gov; served via overnight and email on the NP, Inc, Attn: Randy T. Nichols, 1644 Platte Street, Suite 130, Denver, CO 80202, US, michols@nicholspartnership.com; served by the method set forth on the De Minimis Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of De Minimis Asset Sale for Membership Interest in Clayton Street Associates, LLC [Docket No. 7335] (the "***De Minimis Asset Sale Notice***")

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

On February 25, 2020, at my direction and under my supervision, employees of Prime Clerk caused the De Minimis Asset Sale Notice to be served via overnight mail on Clayton Street Associates LLC (MMLID #7761729), 1644 Platte Street, Suite 130, Denver, CO 80202.

Dated: February 27, 2020

/s/ Nathan Chien
Nathan Chien

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on February 27, 2020, by Nathan Chien, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: /s/ James A. Mapplethorpe

JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

**Exhibit A**

18-23538-shl    Doc 7348    Filed 02/28/20    Entered 02/28/20 12:50:44    Main Document
Pg 3 of 4

**Exhibit A**

Exhibit A

De Minimis Notice Parties Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | Attn IS Dizengoff PC Dublin et al | One Bryant Park | New York | NY | 10036 | | idizengoff@akingump.com; pdublin@akingump.com; aqureshi@akingump.com; sbrauner@akingump.com | Overnight Mail and Email |
| Choate Hall & Stewart LLP | Attn K J Simard J D Marshall | Two International Place | Boston | MA | 2110 | | ksimard@choate.com; jmarshall@choate.com | Overnight Mail and Email |
| Herrick Feinstein LLP | S ODonnell S Selbst S B Smith M M Sekowski | 2 Park Avenue | New York | NY | 10016 | | sodonnell@herrick.com; sselbst@herrick.com; ssmith@herrick.com; msekowski@herrick.com | Overnight Mail and Email |
| Seyfarth Shaw LLP | Attn Edward M Fox Steven Paradise | 620 8th Avenue | New York | NY | 10018 | | emfox@seyfarth.com; sparadise@seyfarth.com | Overnight Mail and Email |
| Skadden Arps Slate Meagher Flom LLP | Attn P D Leake S A Elberg G R Hward | 4 Times Square | New York | NY | 10036 | | Paul.Leake@skadden.com; Shana.Elberg@skadden.com; George.Howard@skadden.com | Overnight Mail and Email |
| Weil, Gotshal & Manges LLP | Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Garrett A. Fail, Sunny Singh, Jared R. Friedmann, Jessie B. Mishkin, Esq. | | | | | | ray.schrock@weil.com; garrett.fail@weil.com; jacqueline.marcus@weil.com; sunny.singh@weil.com; JeriLeigh.Miller@weil.com; jessica.liou@weil.com; Paloma.VanGroll@weil.com; Jared.Friedmann@weil.com; Jessie.Mishkin@weil.com | Email |

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

Page 1 of 1