**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re: Sears Holdings Corporation, et al

Case No.: 18-23538

Chapter 11

Debtor

---------------------------------------------------------------x

Adversary Proceeding No.: _____

Plaintiff

v.

Defendant

---------------------------------------------------------------x

# MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Jayson M. Macyda, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Koolatron Corporation, a creditor in the above-referenced ☑ case ☐ adversary proceeding.

***I certify that I am a member in good standing*** of the bar in the State of Michigan and, if applicable, the bar of the U.S. District Court for the Eastern District of Michigan.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 2/28/2020

_____, New York

_____
*Mailing Address*:

P.O. Box 87491 Canton, MI 48187

_____

generalcounsel@kykoglobal.com

*E-mail address*: _____

*Telephone number*: (248) 243-6685