**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re: Sears Holdings Corporation, et al

                                  Debtor

-------------------------------------------------------------x

                                Plaintiff

                        v.

                                Defendant

-------------------------------------------------------------x

Case No.: 18-23538
Chapter 11

Adversary Proceeding No.: _____

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

      Upon the motion of Jayson M. Macyda, to be admitted, ***pro hac vice***, to represent Koolatron Corporation, (the "Client") a creditor in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Michigan and, if applicable, the bar of the U.S. District Court for the Eastern District of Michigan, it is hereby

      **ORDERED**, that Jayson M. Macyda, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York     /s/ _____

                                                                       UNITED STATES BANKRUPTCY JUDGE