PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Tel: 212-373-3000
Fax: 212-757-3990
Paul M. Basta
Kelley A. Cornish
Lewis R. Clayton

*Counsel for the Debtors, Acting at the
Direction of the Restructuring Sub-Committee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **SEARS HOLDINGS CORPORATION, *et al.*,** | : | **Case No. 18-23538 (RDD)** |
| | : | |
| **Debtors.** [1] | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------x

### SIXTEENTH MONTHLY FEE STATEMENT OF
### PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
### FOR COMPENSATION FOR SERVICES RENDERED AND
### REIMBURSEMENT OF EXPENSES INCURRED AS ATTORNEYS FOR DEBTORS
### FOR PERIOD FROM JANUARY 1, 2020 THROUGH JANUARY 31, 2020

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); Sears Brands Management Corporation (5365), and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Name of Applicant: | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | November 16, 2018, *nunc pro tunc* to November 15, 2018 |
| Period for which compensation and reimbursement is sought: | January 1, 2020 through January 31, 2020 |
| Monthly Fees Incurred: | $18,624.50 |
| 20% Holdback: | $3,724.90 |
| Total Compensation Less 20% Holdback: | $14,899.60 |
| Monthly Expenses Incurred: | $1,531.10 |
| Total Fees and Expenses Due: | $16,430.70 |

This is a:  __X__ monthly ____interim ____final application

In accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 796] (the "Interim Compensation Order"),[2] Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss") hereby submits this sixteenth monthly fee statement (the "Sixteenth Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as counsel to the Debtors, for the period from January 1, 2020 through January 31, 2020 (the "Sixteenth Monthly Fee Period").  By this Sixteenth Monthly Fee Statement, and after taking into account certain voluntary reductions, Paul, Weiss seeks payment in the amount of $16,430.70, which comprises (i) $14,899.60 representing eighty percent (80%) of the total amount of compensation sought for actual and

---

[2] Capitalized terms used herein but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Order.

necessary services rendered during the Sixteenth Monthly Fee Period, subject to certain voluntary reductions, and (ii) reimbursement of $1,531.10 representing one hundred percent (100%) of actual and necessary expenses incurred in connection with such services.

### Services Rendered and Expenses Incurred

1.      Attached as <u>Exhibit A</u> is a summary of Paul, Weiss's professionals by individual, setting forth the (i) name, title, and department of each individual who provided services in connection with the Chapter 11 Cases during the Sixteenth Monthly Fee Period, (ii) aggregate hours spent by each individual, (iii) hourly billing rate for each such individual at Paul, Weiss's current billing rates, (iv) amount of fees earned by each Paul, Weiss professional, and (v) the year of bar admission for each attorney.  The blended hourly billing rate of Paul, Weiss attorneys during the Sixteenth Monthly Fee Period is approximately $751.78. The blended hourly rate of staff attorneys, paralegals, and other non-legal staff during the Sixteenth Monthly Fee Period is approximately $414.42.

2.      Attached as <u>Exhibit B</u> is a summary of the services rendered and compensation sought, by project category, for the Sixteenth Monthly Fee Period.

3.      Attached as <u>Exhibit C</u> is a summary of expenses incurred and reimbursement sought, by expense type, for the Sixteenth Monthly Fee Period.

4.      Attached as <u>Exhibit D</u> is itemized time detail of Paul, Weiss professionals for the Sixteenth Monthly Fee Period and summary materials related thereto.

### Notice and Objection Procedures

Notice of this Sixteenth Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, <u>Attention</u>: Rob Riecker (email: Rob.Riecker@searshc.com) and

Luke Valentino (email: Luke.Valentino@searshc.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email: 4eorge44ne.marcus@weil.com), Garrett A. Fail (email: garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, <u>Attention</u>: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: 4eorge4.morrissey@usdoj.gov); (iv) Paul E. Harner, Ballard Spahr LLP, the independent fee examiner, 1675 Broadway 19th Floor, New York, NY 10019 (email: harnerp@ballardspahr.com); (v) counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York, 10036, <u>Attention</u>: Philip C. Dublin (email: pdublin@akingump.com), Ira Dizengoff (email: idizengoff@akingump.com), and Sara Lynne Brauner (email: sbrauner@akingump.com); and (vi) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, <u>Attention</u>: Paul D. Leake (email: paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: 4eorge.howard@skadden.com) (collectively, the "<u>Notice Parties</u>").

Objections to this Sixteenth Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **March 16, 2020** (the "<u>Objection Deadline</u>"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "<u>Objection</u>").

If no objections to this Sixteenth Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

If an objection to this Sixteenth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of Sixteenth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated:  February 28, 2020          /s/ Paul M. Basta
New York, New York                 PAUL, WEISS, RIFKIND, WHARTON &
                                   GARRISON LLP
                                   1285 Avenue of the Americas
                                   New York, New York 10019
                                   Tel: 212-373-3000
                                   Fax: 212-757-3990
                                   Paul M. Basta
                                   Kelley A. Cornish
                                   Lewis R. Clayton

                                   *Counsel for the Debtors, Acting at the
                                   Direction of the Restructuring Sub-Committee*

**<u>Exhibit A</u>**

**Compensation by Professional**

**SUMMARY OF MONTHLY FEE STATEMENT OF**
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP FOR**
**SERVICES RENDERED FOR THE PERIOD**
**FROM JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

| Name of Associates | Department | Year Admitted | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|
| Patricia A. Walsh | Bankruptcy | Not admitted | 665.00 | 7.1 | 4,721.50 |
| Teresa Lii | Bankruptcy | 2014 | 980.00 | 4.7 | 3,479.00 |
| Jonathan Silberstein-Loeb | Litigation | 2016 | 1,020.00 | 2.1 | 2,142.00 |
| David Giller | Litigation | 2015 | 1,020.00 | 0.4 | 408.00 |
| **Total Associates:** | | | | **14.3** | **10,750.50** |

| Name of Staff Attorneys, Paralegals and Other Non-Legal Staff | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|
| Joseph Monzione | 380 | 11.2 | 4,256.00 |
| Alan D. Wilbur | 360 | 2.9 | 1,044.00 |
| Jennifer Kellner | 330 | 7.8 | 2,574.00 |
| **Total Staff Attorneys, Paralegals and Other Non-Legal Staff:** | | **21.9** | **7,874.00** |

| PROFESSIONALS | BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|
| Associates | 751.78 | 14.3 | 10,750.50 |
| Staff Attorneys/Paralegals/ Non-Legal Staff | 414.42 | 21.9 | 7,874.00 |
| **Total Fees Incurred** | | **36.2** | **18,624.50** |

**<u>Exhibit B</u>**

**Compensation by Task Code**

**AGGREGATE TIME SUMMARY BY TASK CODE**
**FOR THE PERIOD JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Case Administration | 12.7 | 5,344.00 |
| Conflict Matters: Investigations & Discovery | 5.2 | 3,522.00 |
| Fee/Employment Applications (Paul, Weiss) | 14.7 | 7,357.50 |
| Travel Time | 2.3 | 1,127.00 |
| Court Hearings | 1 | 980.00 |
| Creditor Inquiries | 0.3 | 294.00 |
| **TOTAL** | **36.2** | **18,624.50** |

**<u>Exhibit C</u>**

**Expense Summary**

**AGGREGATE ITEMIZED DISBURSEMENTS**
**FOR THE PERIOD JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

| Expenses Category | Total Expenses ($) |
|---|---|
| Information Retrieval Services | 658.34 |
| Duplicating Expenses | 285.00 |
| Local Transportation Expenses | 587.76 |
| **TOTAL** | **1,531.10** |

## **Exhibit D**

**Time Detail**

alp_212: Matter Analysis Sheet  18-23538-shl  Doc 7351  PAUL WEISS RIFKIND WHARTON & GARRISON LLP  Filed 02/28/20  Entered 02/28/20 15:57:53  Main Document  PAGE  1

Pg 14 of 21  LEAF  1

Run Date & Time: 02/24/20 11:14:16                    Worked thru: 01/31/20

Client: 022429 Sears Holdings Corporation          Resp Prtnrs: PMB SMB LRC          Proforma: 7494322                    (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

U N B I L L E D   T I M E                      ----- Input since 01/01/2020 ----   -------------------- Total Unbilled --------------------

| Emp Id | Employee Name | Off | Dp | Group | Hours | Amount | Oldest | Latest | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 07220 | Silberstein-Loeb, Jo | NY | Lit | ASSOCIATE | 2.10 | 2,142.00 | 01/30/20 | 01/30/20 | 2.10 | 2,142.00 |
| 07446 | Giller, David | NY | Lit | ASSOCIATE | 0.00 | 0.00 | 01/30/20 | 01/30/20 | 0.40 | 408.00 |
| 07797 | Walsh, Patricia A. | NY | Bkcy | ASSOCIATE | 7.10 | 4,721.50 | 01/03/20 | 01/30/20 | 7.10 | 4,721.50 |
| 08075 | Lii, Teresa | NY | Bkcy | ASSOCIATE | 4.70 | 3,479.00 | 01/03/20 | 01/28/20 | 4.70 | 3,479.00 |
| 02444 | Monzione, Joseph | NY | Bkcy | PARALEGAL | 11.20 | 4,256.00 | 01/03/20 | 01/28/20 | 11.20 | 4,256.00 |
| 54722 | Kellner, Jennifer | NY | Corp | PARALEGAL | 7.80 | 2,574.00 | 01/09/20 | 01/31/20 | 7.80 | 2,574.00 |
| 54217 | Wilbur, Alan D. | DC | EDP | PARALGL | 2.90 | 1,044.00 | 01/06/20 | 01/31/20 | 2.90 | 1,044.00 |
| | Total: | | | | 35.80 | 18,216.50 | | | 36.20 | 18,624.50 |

Sub-Total Hours :        0.00 Partners;       0.00 Counsels;       14.30 Assocs;       19.00 Paralgls;       2.90 Others

U N B I L L E D   D I S B U R S E M E N T S        Input since 01/01/2020      -------------------- Total Unbilled --------------------

| Code | Disbursement Name | Amount | Oldest Entry | Latest Entry | Amount |
|---|---|---|---|---|---|
| | Information Retrieval Services | | | | |
| 1422 | General Info Databases | 658.34 | 01/09/20 | 01/31/20 | 658.34 |
| | Total Information Retrieval Services | | | | 658.34 |
| | Duplicating Expenses | | | | |
| 1801 | Reproduction Exp | 285.00 | 01/10/20 | 01/28/20 | 285.00 |
| | Total Duplicating Expenses | | | | 285.00 |
| | Local Transportation Expenses | | | | |
| 1082 | Taxi Services | 587.76 | 10/03/19 | 10/03/19 | 587.76 |
| | Total Local Transportation Expenses | | | | 587.76 |
| | Total | 1,531.10 | | | 1,531.10 |

Run Date & Time: 02/24/20 11:14:16                          Worked thru: 01/31/20

Client: 022429 Sears Holdings Corporation                    Resp Prtnrs: PMB SMB LRC          Proforma: 7494322                    (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

U N B I L L E D   T I M E   S U M M A R Y

| Employee Name | Off | Dp | Position | Oldest Entry | Latest Entry | Hours |
|---|---|---|---|---|---|---|
| Silberstein-Loeb, Jo | NY | Lit | ASSOCIATE | 01/30/20 | 01/30/20 | 2.10 |
| Giller, David | NY | Lit | ASSOCIATE | 01/30/20 | 01/30/20 | 0.40 |
| Walsh, Patricia A. | NY | Bkcy | ASSOCIATE | 01/03/20 | 01/30/20 | 7.10 |
| Lii, Teresa | NY | Bkcy | ASSOCIATE | 01/03/20 | 01/28/20 | 4.70 |
| NON-LEGAL SUPPORT | | | | 01/03/20 | 01/31/20 | 21.90 |
| | | | | | | --------- |
| | | Total: | | | | 36.20 |

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours | Code |
|---|---|---|---|---|---|---|
| Walsh, Patricia A. | Bkcy | ASSOCIATE | 01/03/20 | Office conference with T. Lii re: hearings (.2); correspond with same re same (.1); confirming upcoming hearings (.5) | 0.80 | 701 |
| Lii, Teresa | Bkcy | ASSOCIATE | 01/03/20 | Office conference with P. Walsh re upcoming hearings (.2); correspond with same re same (.1). | 0.30 | 701 |
| Monzione, Joseph | Bkcy | PARALEGAL | 01/03/20 | Creation of order to allow admission of electronic devices inside courthouse for hearing on 01/28/20 (0.4); making arrangements for telephonic court hearing with CourtCall regarding hearing scheduled for 01/28/20 (0.5); email exchanges with Ms. Walsh regarding procedures concerning hearings (0.3); and review of Judge Drain's docket regarding upcoming hearings and distribution of information to Ms. Walsh (0.3). | 1.50 | 701 |
| | | | 01/06/20 | Review of court docket (.3) preparation / distribution of memo listing future hearing dates and relevant pdf files containing court papers requested by Ms. Walsh (.5) | 0.80 | 701 |
| Kellner, Jennifer | Corp | PARALEGAL | 01/09/20 | Pulled scheduling notice per P. Walsh | 0.20 | 701 |
| Monzione, Joseph | Bkcy | PARALEGAL | 01/16/20 | Making arrangements with Judge Drain's chambers for "live lines" requested by Mr. Britton and Ms. Lii regarding 01/28/20 hearing (0.6); preparation of order allowing the admission of electronic devices inside the courthouse for 01/28/20 hearing (0.5); and preparation of documentation needed to arrange telephonic hearing (Judge Drain's docket, emails prepared by Ms. Lii and Ms. Walsh (0.4). | 1.50 | 701 |
| Lii, Teresa | Bkcy | ASSOCIATE | 01/21/20 | Correspond with PW team re preparations for third interim fee hearing. | 0.20 | 701 |

Client: 022429 Sears Holdings Corporation
  Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corp

Client: 022429 Sears Holdings Corporation                              Resp Prtnrs: PMB SMB LRC              Proforma: 7494322                    (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et. Bill Frq: MClass: 1001Status: B

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours | Code |
|---|---|---|---|---|---|---|
| Monzione, Joseph | Bkcy | PARALEGAL | 01/21/20 | Making arrangements for telephonic court hearing on 01/28/20 with CourtCall (1.0); preparation of electronic device order (0.5); and the preparation and the distribution of requests to Judge Drain's chambers requesting permission for live-lines (0.5); and email exchanges with Ms. Lii and Ms. Walsh regarding attendance at hearing and participation method (0.5). | 2.50 | 701 |
| | | | 01/22/20 | Making arrangements for live-line regarding participation by Mr. Stogsdill (0.8); and preparation and distribution of order to Judge Drain's chambers order allowing electronic devices inside courthouse on 01/28/20 (0.7). | 1.50 | 701 |
| | | | 01/23/20 | Revisions and resubmission to Judge Drain's chambers order allowing admission of electronic devices inside courthouse for hearing on 01/28/20 (including email exchanges and telephone calls to Ms. Li of Judge Drain's chambers). | 1.50 | 701 |
| | | | 01/24/20 | Distribution of order allowing the admission of electronic devices inside courthouse to hearing attendees (P. Basta, K. Cornish, R. Britton, T. Lii, and P. Walsh). | 0.20 | 701 |
| | | | 01/27/20 | Distribution of order allowing the admission of electronic devices inside the courthouse. | 0.20 | 701 |
| | | | 01/28/20 | Final arrangements for telephonic hearing and monitoring the hearing to ensure connectivity. | 1.50 | 701 |
| | | | | Total | 12.70 | |

Client: 022429 Sears Holdings Corporation                              Resp Prtnrs: PMB SMB LRC              Proforma:  7494322                    (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

U N B I L L E D    T I M E    D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours | Code |
|---|---|---|---|---|---|---|
| Wilbur, Alan D. | EDP | PARALGL | 01/22/20 | Correspond with vendor regarding data to transfer to successor counsel (0.7). | 0.70 | 703 |
| | | | 01/25/20 | Investigate produced materials (.3) and advise PW Working Group re same (0.2). | 0.50 | 703 |
| | | | 01/29/20 | Review received data in Investigations workspace (.2) advise PW Working Group re: same (0.2). | 0.40 | 703 |
| Silberstein-Loeb, Jon | Lit | ASSOCIATE | 01/30/20 | Telephone conference w. N. Prunetti (Weil) re UCC subpoena | 0.50 | 703 |
| | | | 01/30/20 | Responding to requests from Akin (UCC) regarding documents from investigation | 1.60 | 703 |
| Giller, David | Lit | ASSOCIATE | 01/30/20 | Correspond w/ Weil re discovery (.2); correspond w/ PW team and Akin re: documents from investigation (.2) | 0.40 | 703 |
| Wilbur, Alan D. | EDP | PARALGL | 01/30/20 | Review received data in Investigations workspace and advise PW Working Group (0.2); work with vendor to revise coding in database to reflect exports (0.3); Advise PW Working Group regarding production questions from successor counsel (0.3). | 0.70 | 703 |
| | | | 01/31/20 | Advise PW Working Group regarding production questions from successor counsel (0.4) | 0.40 | 703 |
| | | | | Total | 5.20 | |

Client: 022429 Sears Holdings Corporation
  Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corp

Run Date & Time: 02/24/20 11:14:16                                      Worked thru: 01/31/20

Client: 022429 Sears Holdings Corporation                        Resp Prtnrs: PMB SMB LRC              Proforma:  7494322                      (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours | Code |
|---|---|---|---|---|---|---|
| Wilbur, Alan D. | EDP | PARALGL | 01/06/20 | Track vendor invoices for payment with team (0.2) | 0.20 | 705 |
| Walsh, Patricia A. | Bkcy | ASSOCIATE | 01/07/20 | Correspond with Weil Gotshal re: payment of invoice (.2) correspond with PW team re: weekly estimate (.2) gathering information for December monthly billing (.1) | 0.50 | 705 |
| Kellner, Jennifer | Corp | PARALEGAL | 01/13/20 | Preparing monthly fee statement | 1.70 | 705 |
| Walsh, Patricia A. | Bkcy | ASSOCIATE | 01/13/20 | Updated monthly fee statement per P. Walsh | 2.20 | 705 |
| Lii, Teresa | Bkcy | ASSOCIATE | 01/14/20 | Revising monthly fee statement | 0.30 | 705 |
| Walsh, Patricia A. | Bkcy | ASSOCIATE | 01/14/20 | Review December monthly fee application. | 0.30 | 705 |
| | | | 01/17/20 | Revising monthly fee statement | 0.80 | 705 |
| | | | 01/21/20 | Email correspondence with YCST, A&M and PW teams about fee application hearing (.7) reviewing Sears docket for objections to fee apps (.3) compiling weekly estimate (.1) | 1.10 | 705 |
| | | | 01/27/20 | Emails with PW team re: December fee statement and hearing | 0.90 | 705 |
| Kellner, Jennifer | Corp | PARALEGAL | 01/27/20 | Updated monthly fee statement excel sheet per P. Walsh | 2.00 | 705 |
| | | | 01/27/20 | Prepared third interim fee application binder per P. Walsh | 0.80 | 705 |
| Walsh, Patricia A. | Bkcy | ASSOCIATE | 01/28/20 | Summarizing fee application request for Weil (.6) correspondence with T. Lii re monthly fee statement (.1) preparing weekly estimate (.2) | 0.90 | 705 |
| Lii, Teresa | Bkcy | ASSOCIATE | 01/28/20 | Review fee order (.2); correspond with P. Walsh re same (.1). | 0.30 | 705 |
| Kellner, Jennifer | Corp | PARALEGAL | 01/28/20 | Review/preparation of December excel showing detailed information on time and expenses as required by court appointed fee examiner | 1.50 | 705 |
| | | | 01/28/20 | Correspondence re monthly fee statement (0.2); review of monthly fee statement(0.2); filing of monthly fee statement per P. Walsh (0.2) | 0.60 | 705 |
| Walsh, Patricia A. | Bkcy | ASSOCIATE | 01/30/20 | Uploading fee examiner excel | 0.10 | 705 |
| Kellner, Jennifer | Corp | PARALEGAL | 01/31/20 | Filed monthly fee statement | 0.50 | 705 |
| | | | | Total | 14.70 | |

Client: 022429 Sears Holdings Corporation
  Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corp

Client: 022429 Sears Holdings Corporation                    Resp Prtnrs: PMB SMB LRC          Proforma:  7494322                              (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours | Code |
|---|---|---|---|---|---|---|
| Lii, Teresa | Bkcy | ASSOCIATE | 01/28/20 | Travel to and from fee application hearing. | 2.30 | 712 |
| | | | | Total | 2.30 | |

Client: 022429 Sears Holdings Corporation                    Resp Prtnrs: PMB SMB LRC          Proforma: 7494322                        (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

U N B I L L E D   T I M E   D E T A I L
Employee Name          Dept  Position     Work Date Description                                        Hours                    Code

Lii, Teresa            Bkcy  ASSOCIATE     01/28/20 Attend hearing re interim fee applications.         1.00                    713


                                                      Total                                            1.00

Client: 022429 Sears Holdings Corporation
  Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corp

alp_212: Matter Analysis Sheet  18-23538-shl   Doc 7351   PAUL WEISS RIFKIND WHARTON GARRISON LLP   Filed 02/28/20   Entered 02/28/20 15:57:53   Main Document   PAGE   8
LEAF   8
Pg 21 of 21

Run Date & Time: 02/24/20 11:14:16                          Worked thru: 01/31/20

Client: 022429 Sears Holdings Corporation                    Resp Prtnrs: PMB SMB LRC        Proforma:  7494322                         (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours | Code |
|---|---|---|---|---|---|---|
| Lii, Teresa | Bkcy | ASSOCIATE | 01/22/20 | Correspond with Weil re creditor inquiry (.1); review same (.1). | 0.20 | 715 |
| | | | 01/28/20 | Review creditor inquiry. | 0.10 | 715 |
| | | | | Total | 0.30 | |
| | | | | Matter Total | 36.20 | |