# Exhibit A

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

Invoice Date: February 28, 2020
Invoice No.: 20200207799

Paul E. Harner
Harner, Paul E., Fee Examiner in Sears Chapter II Cases
1675 Broadway, 19th Floor
New York, NY  10019

Client:   Harner, Paul E., Fee Examiner in Sears Chapter II Cases  (071820.02)
Matter:   Fee Examiner Activities  (00315861)

FOR PROFESSIONAL SERVICES RENDERED through January 31, 2020

**INVOICE SUMMARY**

FEES

| | |
|---|---:|
| Fee Examiner Activities (00315861) | $69,407.00 |
| Total Current Charges | $69,407.00 |
| **TOTAL AMOUNT DUE** | **$69,407.00** |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **B170 - Fee/Employment Objections** | | | | | |
| Harner,P.E. | 01/03/20 | Review preliminary reports and objections binders, and otherwise prepare generally, for January 7 meetings re: FTI and other interim fee and expense applications (1.80); telephone conferences and correspondence with V. Marriott and B. Greenfield re: same (.40); telephone conferences and correspondence with V. Marriott, T. Daluz, C. McClamb and others re: preparation of further preliminary reports and ongoing settlement negotiations (.60) | 1,405.00 | 2.80 | 3,934.00 |
| Harner,P.E. | 01/06/20 | Further review and analysis of preliminary reports and objections binders for January 7 meetings re: interim fee and expense applications and settlement negotiations (2.30); telephone conferences and correspondence with V. Marriott re: same (.50); review and analysis of final Lazard fee and expense application and related memoranda (2.10); telephone conferences and correspondence with V. Marriott, C. McClamb and others re: same (.30) | 1,405.00 | 5.20 | 7,306.00 |
| Harner,P.E. | 01/07/20 | Travel to and from Philadelphia for meetings re: FTI fee application and related fee examiner matters | 1,405.00 | 4.20 | 5,901.00 |
| Harner,P.E. | 01/07/20 | Prepare for and participate in meetings/conference call in Philadelphia regard preliminary report on FTI interim fee and expense application; preparatory and follow-up meetings with V. Marriott and M. Greenberg re: same | 1,405.00 | 2.70 | 3,793.50 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| Harner,P.E. | 01/08/20 | Review and analyze permissibility of reimbursement of Lazard legal fees and other matters implicated by final Lazard fee and expense application (1.10); telephone conferences and correspondence with V. Marriott and C. McClamb re: same (.20); review supplemental materials provided by FTI re: first interim fee and expense application (.40) | 1,405.00 | 1.70 | 2,388.50 |
| Harner,P.E. | 01/09/20 | Review, analyze and revise draft preliminary report re: Deloitte Tax interim fee and expense application (1.30); review, analyze and revise draft preliminary report re: Stout Risius interim fee application (1.10); settlement communications with R. Schrock, V. Marriott and others re: pending preliminary reports (.60); review results of legal research re: retention application component of first interim FTI fee and expense application (.30) | 1,405.00 | 3.30 | 4,636.50 |
| Harner,P.E. | 01/10/20 | Further drafting, review and revision of preliminary reports re: Deloitte Tax and Stout Risius interim fee and expense application (1.80); telephone conferences and correspondence with V. Marriott and C. McClamb re: same (.50) | 1,405.00 | 2.30 | 3,231.50 |
| Harner,P.E. | 01/13/20 | Review, revise and finalize preliminary report re: Stout Risius interim fee and expense application, together with accompanying exhibits (.90); telephone conferences and correspondence C. McClamb re: same (.20) | 1,405.00 | 1.10 | 1,545.50 |
| Harner,P.E. | 01/14/20 | Further review and analysis of final Lazard fee and expense application (1.70); telephone conferences and correspondence with V. Marriott and C. McClamb re: open issues with respect to same (.30) | 1,405.00 | 2.00 | 2,810.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Harner,P.E. | 01/16/20 | Extended telephone conference with V. Marriott re: status of settlement negotiations and potential preparation and filing of formal objections to interim or final fee and expense application (.60); review and analyze related background materials re: resolution of fee examiner disputes (.80); telephone conferences and correspondence with V. Marriott and C. McClamb re: open issues with respect to final Lazard fee and expense application (.30) | 1,405.00 | 1.70 | 2,388.50 |
| Harner,P.E. | 01/17/20 | Prepare for and participate in conference call with V. Marriott and T. Daluz re: status of settlement negotiations, related strategy and potential preparation and filing of formal objections to interim or final fee and expense application (.60); review and analyze recently filed fee and expense applications of section 327(e) counsel (1.80) | 1,405.00 | 2.40 | 3,372.00 |
| Harner,P.E. | 01/21/20 | Further extended telephone conferences and correspondence with V. Marriott, T. Daluz, L. Roglen and C. McClamb re: status of settlement negotiations and preparation and filing of formal objection to interim fee and expense applications (.50); draft, review and revise memorandum re: same and anticipated itemization of objections (1.50); review draft second status report of fee examiner (.30); telephone conference with C. McClamb re: same (.10) | 1,405.00 | 2.40 | 3,372.00 |
| Harner,P.E. | 01/22/20 | Review and revise draft second status report of fee examiner, for January 28 hearing on interim fee and expense applications (1.70); extended telephone conferences with V. Marriott re: same (.40); correspondence with C. McClamb re: same (.10) | 1,405.00 | 2.20 | 3,091.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Harner,P.E. | 01/23/20 | Extended telephone conference with B. Griffith re: status of settlement negotiations with professionals and effective date and administrative solvency issues (.50); follow-up conference with V. Marriott re: same (.20) | 1,405.00 | 0.70 | 983.50 |
| Harner,P.E. | 01/24/20 | Review form of proposed order on third interim fee and expense applications, and correspondence with C. McClamb re: same | 1,405.00 | 0.20 | 281.00 |
| Harner,P.E. | 01/27/20 | Comprehensive review and analysis of recently filed fee and expense applications, to identify potential objections and compliance with UST guidelines | 1,405.00 | 4.90 | 6,884.50 |
| Harner,P.E. | 01/28/20 | Prepare for and participate telephonically in bankruptcy court omnibus hearing re: third interim fee and expense applications and related matters (1.80); multiple extended telephone conferences and correspondence with V. Marriott, T. Daluz, C. McClamb, L. Roglen, B. Griffith and others re: same and settlement negotiations with case professionals (1.10) | 1,405.00 | 2.90 | 4,074.50 |
| Harner,P.E. | 01/29/20 | Further comprehensive review and analysis of recently filed fee and expense applications, to identify potential objections and compliance with UST guidelines | 1,405.00 | 3.40 | 4,777.00 |
| Harner,P.E. | 01/30/20 | Review and analyze responses to requests for supplemental fee and expense applications from Stout Risius, FTI and others (1.10); telephone conferences and correspondence with Ballard team re: same (.30); further review and analysis of additional interim fee and expense applications, to identify potential objections and compliance with fee and expense guidelines (1.90) | 1,405.00 | 3.30 | 4,636.50 |

**Total B170**                                                                    49.40     $69,407.00

|  |  | | |
|---|---|---|---|
| **Total Fees** | | **49.40** | **69,407.00** |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| **Task: B170 - Fee/Employment Objections** | | | |
| Harner,P.E. | 1,405.00 | 49.40 | 69,407.00 |
| **Total Task: B170** | | **49.40** | **$69,407.00** |
| **Total Fees** | | **49.40** | **$69,407.00** |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Harner,P.E. | 1,405.00 | 49.40 | 69,407.00 |
| **Total Fees** | | **49.40** | **$69,407.00** |

| | |
|---|---|
| **Total Current Charges:** | **$69,407.00** |

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

## REMITTANCE ADVICE

| | | |
|---|---|---|
| Client: | 071820.02 | Harner, Paul E., Fee Examiner in Sears Chapter II Cases |
| Matter: | 00315861 | Fee Examiner Activities |
| Invoice No.: | 20200207799 | |
| Date: | February 28, 2020 | |

| | |
|---|---:|
| Fee Amount | $69,407.00 |
| **TOTAL AMOUNT DUE** | **$69,407.00** |

**Please return this page with your remittance to the above address.**
**Payment may also be made by wire transfer to our account.**

| | |
|---|---|
| **Bank:** | **PNC Bank, NA** |
| **ABA No.:** | **031 0000 53** |
| **Account No.:** | **85-3131-7345** |
| **Account Name:** | **Ballard Spahr LLP** |

**Please indicate on wire transfer the invoice number stated above.**