# Exhibit B

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

Invoice Date: February 28, 2020
Invoice No.: 20200207812

Paul E. Harner
1675 Broadway
New York, NY  10019

Client:   Sears Fee Examiner  (071820.03)
Matter:   Fee and Expense Review and Reporting  (00317415)

FOR PROFESSIONAL SERVICES RENDERED through January 31, 2020

**INVOICE SUMMARY**

FEES

| | |
|---|---:|
| Fee and Expense Review and Reporting (00317415) | $92,412.00 |
| Total Current Charges | $92,412.00 |
| **TOTAL AMOUNT DUE** | **$92,412.00** |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **B160 - Fee/Employment Applications** | | | | | |
| Daluz,T.M. | 01/16/20 | Attend to fee application issues | 940.00 | 1.00 | 940.00 |
| McClamb,C.D. | 01/23/20 | Confer with S. Ambrose re: eighth monthly fee application | 495.00 | 0.30 | 148.50 |
| Ambrose,S.M. | 01/23/20 | E-mail from C. McClamb re: Eighth Monthly Joint Fee Application (.2); draft same (1.8) | 270.00 | 2.00 | 540.00 |
| Daluz,T.M. | 01/23/20 | Attend to fee application | 940.00 | 0.50 | 470.00 |
| McClamb,C.D. | 01/24/20 | Review draft eighth monthly fee application | 495.00 | 0.60 | 297.00 |
| Ambrose,S.M. | 01/24/20 | Review and revise Eighth Joint Monthly Fee Application | 270.00 | 2.00 | 540.00 |
| McClamb,C.D. | 01/30/20 | Edits to eighth monthly fee application | 495.00 | 0.30 | 148.50 |
| McClamb,C.D. | 01/30/20 | E-mails with T. Daluz re: eighth monthly fee application | 495.00 | 0.30 | 148.50 |
| Daluz,T.M. | 01/30/20 | Review and revise eighth monthly fee application | 940.00 | 1.00 | 940.00 |
| McClamb,C.D. | 01/31/20 | Additional edits to eighth monthly fee application | 495.00 | 0.30 | 148.50 |
| McClamb,C.D. | 01/31/20 | Review and edit eighth monthly fee application | 495.00 | 0.30 | 148.50 |
| Ambrose,S.M. | 01/31/20 | Revise Eighth Monthly Fee Statement; e-file with the Court (.8); serve same (.3). | 270.00 | 1.10 | 297.00 |
| Ambrose,S.M. | 01/31/20 | E-mail from M. Savva re: revised invoices (.1); review invoices (.3). | 270.00 | 0.40 | 108.00 |
| **Total B160** | | | | **10.10** | **$4,874.50** |
| **B170 - Fee/Employment Objections** | | | | | |
| McClamb,C.D. | 01/01/20 | Review Deloitte & Touche second interim fee application | 495.00 | 3.00 | 1,485.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| McClamb,C.D. | 01/02/20 | Confer with T. Daluz re: status of review | 495.00 | 0.40 | 198.00 |
| McClamb,C.D. | 01/02/20 | Review Deloitte & Touche second interim fee application | 495.00 | 7.30 | 3,613.50 |
| Greenfield,M.G. | 01/02/20 | Revisions to fTI preliminary report and exhibits, finalizing of reports and exhibits, drafting of cover letter | 495.00 | 1.80 | 891.00 |
| Salah,M. | 01/02/20 | Conference call with T. Daluz re: changes and edits to the Deloitte Tax preliminary summary and reports (1.5); make changes and edits; send communication to C. Pollard and T. Daluz (.3) | 465.00 | 1.80 | 837.00 |
| Greenfield,M.G. | 01/02/20 | Research re: bankruptcy standard that time spent reviewing or editing bills is not compensable | 495.00 | 0.50 | 247.50 |
| Salah,M. | 01/02/20 | Analyze and re:-tag Alvarez and Marsal professional fees tags on "Communication-no parties" | 465.00 | 1.50 | 697.50 |
| Daluz,T.M. | 01/02/20 | Work on Deloitte tax report | 940.00 | 3.50 | 3,290.00 |
| Daluz,T.M. | 01/02/20 | Call with M. Salah re: changes | 940.00 | 0.50 | 470.00 |
| Pollard,C.P. | 01/02/20 | Prepare updated reports for Deloitte Tax (curable deficiencies and duplicate entries) | 320.00 | 0.60 | 192.00 |
| Daluz,T.M. | 01/03/20 | Work on A&M exhibits | 940.00 | 1.00 | 940.00 |
| Daluz,T.M. | 01/03/20 | Draft summary correspondence with Fee Examiner and V. Marriott re: same | 940.00 | 0.50 | 470.00 |
| Daluz,T.M. | 01/03/20 | Finalize Deloitte tax report and exhibits | 940.00 | 3.00 | 2,820.00 |
| Salah,M. | 01/05/20 | Recreate and edit reports for A&M | 465.00 | 1.50 | 697.50 |
| McClamb,C.D. | 01/06/20 | E-mails with I. Babchinetskaya re: fee review assignment | 495.00 | 0.10 | 49.50 |
| Neitzel,K.N. | 01/06/20 | Prepare and import FTI and Akin Gump fee data for attorney review | 360.00 | 2.80 | 1,008.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Daluz,T.M. | 01/06/20 | Revise A&M report | 940.00 | 4.00 | 3,760.00 |
| Marriott, III,V.J. | 01/06/20 | Prepare for discussion with FTI re: first preliminary report | 1,035.00 | 0.50 | 517.50 |
| Babchinetskaya,I. | 01/07/20 | Prepare for call with C. McClamb (.2); Review and analyze applicable expense and fee guidelines (.3); Review and analyze fees and expenses for Lazard (1) | 375.00 | 1.50 | 562.50 |
| Babchinetskaya,I. | 01/07/20 | Talk to C. McClamb about Lazard fee application review | 375.00 | 0.50 | 187.50 |
| Salah,M. | 01/07/20 | Review communication from T. Daluz re:; drafting request to C. Pollard clean up reports | 465.00 | 0.20 | 93.00 |
| Greenfield,M.G. | 01/07/20 | Meeting with FTI re: preliminary report | 495.00 | 0.80 | 396.00 |
| Neitzel,K.N. | 01/07/20 | Prepare Prime Clerk fee data and import into Relativity workspace for attorney review | 360.00 | 0.90 | 324.00 |
| Marriott, III,V.J. | 01/07/20 | Prepare for and participate in review of FTI preliminary report with Matt Diaz (FTI); Sam Starr (FTI); Paul Harner; and Mike Greenfield | 1,035.00 | 1.40 | 1,449.00 |
| Daluz,T.M. | 01/07/20 | Revise Deloitte exhibits | 940.00 | 1.00 | 940.00 |
| Daluz,T.M. | 01/07/20 | Revise A&M report | 940.00 | 2.00 | 1,880.00 |
| McClamb,C.D. | 01/07/20 | E-mails with I. Babchinetskaya re: review of Lazard final fee application | 495.00 | 0.30 | 148.50 |
| McClamb,C.D. | 01/07/20 | Phone conference with I. Babchinetskaya re: Lazard final application review | 495.00 | 0.50 | 247.50 |
| McClamb,C.D. | 01/07/20 | Circulate updated fee review assignments | 495.00 | 0.10 | 49.50 |
| McClamb,C.D. | 01/07/20 | Preparation for phone conference with I. Babchinetskaya re: Lazard final application review | 495.00 | 1.60 | 792.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Babchinetskaya,I. | 01/08/20 | Review fees and expenses for Lazard (1.3); talk to C. McClamb re: fees and expenses for Lazard (.3) | 375.00 | 1.60 | 600.00 |
| Greenfield,M.G. | 01/08/20 | Review of other professionals' applications for amounts billed for retention and compensation (.3). Research re: "5% rule" for acceptable amounts billed for retention and compensation (.5). | 495.00 | 0.80 | 396.00 |
| McClamb,C.D. | 01/08/20 | Phone call to B. Aebersold re: Lazard Final fee application | 495.00 | 0.10 | 49.50 |
| Daluz,T.M. | 01/08/20 | Revise A&M exhibits | 940.00 | 2.00 | 1,880.00 |
| Daluz,T.M. | 01/08/20 | Review and analyze objections to Lazard expenses including related research | 940.00 | 0.50 | 470.00 |
| McClamb,C.D. | 01/08/20 | Review Lazard final fee application | 495.00 | 0.60 | 297.00 |
| McClamb,C.D. | 01/08/20 | Phone call with I. Babchinetskaya re: issues with Lazard final fee application | 495.00 | 0.30 | 148.50 |
| McClamb,C.D. | 01/08/20 | Review Order granting Lazard amended retention application | 495.00 | 0.30 | 148.50 |
| McClamb,C.D. | 01/08/20 | Review U.S. Trustee Objection to Lazard amended retention application | 495.00 | 0.50 | 247.50 |
| McClamb,C.D. | 01/08/20 | Multiple phone calls with P. Harner re: Lazard final fee application | 495.00 | 0.60 | 297.00 |
| McClamb,C.D. | 01/08/20 | Review case law re: Lazard final fee application | 495.00 | 0.50 | 247.50 |
| McClamb,C.D. | 01/09/20 | E-mail with P. Harner, V. Marriott and T. Daluz re: finalizing Deloitte Tax preliminary report | 495.00 | 0.30 | 148.50 |
| Babchinetskaya,I. | 01/09/20 | Draft e-mail re: Lazard fees and expenses (.2); Talk to C.McClamb re: next steps on Lazard's application (.1) | 375.00 | 0.30 | 112.50 |
| Neitzel,K.N. | 01/09/20 | Pre-Processing: download fee data from ShareFile site and copy to staging server | 360.00 | 0.30 | 108.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Marriott, III,V.J. | 01/09/20 | Review and edit Stout preliminary report | 1,035.00 | 0.40 | 414.00 |
| Marriott, III,V.J. | 01/09/20 | Review and edit Deloitte Tax preliminary report | 1,035.00 | 0.70 | 724.50 |
| Daluz,T.M. | 01/09/20 | Work on A&M report and exhibits | 940.00 | 3.50 | 3,290.00 |
| McClamb,C.D. | 01/09/20 | Phone call with I. Babchinetskaya re: Lazard final fee application | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 01/09/20 | E-mails with I. Babchinetskaya re: Lazard final fee application | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 01/10/20 | Confer with T. Daluz re: finalizing Stout Risius preliminary report | 495.00 | 0.30 | 148.50 |
| McClamb,C.D. | 01/10/20 | Draft letter transmitting Stout Risius preliminary report | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 01/10/20 | E-mail with K. Kernan re:Stout Risius preliminary report | 495.00 | 0.20 | 99.00 |
| Marriott, III,V.J. | 01/10/20 | Attend to follow-up re: Weil preliminary report | 1,035.00 | 0.50 | 517.50 |
| Daluz,T.M. | 01/10/20 | Finalize Deloitte tax report | 940.00 | 1.00 | 940.00 |
| Daluz,T.M. | 01/10/20 | Finalize Stout Risius report | 940.00 | 1.00 | 940.00 |
| McClamb,C.D. | 01/10/20 | Confer with T. Daluz re: Deloitte Tax preliminary report | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 01/10/20 | Finalize Stout Risius preliminary report and exhibits | 495.00 | 2.30 | 1,138.50 |
| McClamb,C.D. | 01/10/20 | Edits to Stout Risius preliminary report | 495.00 | 1.80 | 891.00 |
| McClamb,C.D. | 01/10/20 | E-mails with P. Harner and T. Daluz re: Deloitte Tax preliminary report | 495.00 | 0.40 | 198.00 |
| McClamb,C.D. | 01/10/20 | E-mails with P. Harner re: Stout Risius preliminary report | 495.00 | 0.30 | 148.50 |
| McClamb,C.D. | 01/13/20 | E-mails with P. Harner and V, Marriott re: Deloitte Tax preliminary report and exhibits | 495.00 | 0.30 | 148.50 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| McClamb,C.D. | 01/13/20 | Prepare preliminary report and exhibits for final review | 495.00 | 1.80 | 891.00 |
| McClamb,C.D. | 01/13/20 | E-mails with K. Kernen re: Stout Risius preliminary report | 495.00 | 0.10 | 49.50 |
| McClamb,C.D. | 01/13/20 | Phone call to B. Aebersold re: Lazard Final fee application | 495.00 | 0.10 | 49.50 |
| Daluz,T.M. | 01/13/20 | Revise preliminary report | 940.00 | 2.50 | 2,350.00 |
| Daluz,T.M. | 01/13/20 | Finalize Deloitte Tax | 940.00 | 0.30 | 282.00 |
| Daluz,T.M. | 01/13/20 | Analyze issues re: Lazard | 940.00 | 0.30 | 282.00 |
| McClamb,C.D. | 01/13/20 | Draft letter transmitting Deloitte Tax preliminary report | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 01/13/20 | Edits to Deloitte Tax preliminary report | 495.00 | 2.00 | 990.00 |
| McClamb,C.D. | 01/14/20 | E-mail transmitting Deloitte Tax preliminary report and exhibits | 495.00 | 0.10 | 49.50 |
| Daluz,T.M. | 01/14/20 | A&M exhibit and time entry review | 940.00 | 3.00 | 2,820.00 |
| McClamb,C.D. | 01/14/20 | E-mails with P. Harner, V. Marriott and T. Daluz re: Lazard final application | 495.00 | 0.30 | 148.50 |
| McClamb,C.D. | 01/14/20 | Finalize exhibits and preliminary report for Deloitte Tax | 495.00 | 2.40 | 1,188.00 |
| McClamb,C.D. | 01/14/20 | Phone call with L. Quaintance re: Lazard final application | 495.00 | 0.10 | 49.50 |
| McClamb,C.D. | 01/14/20 | Review Lazard final application and highlight entries of concern | 495.00 | 2.50 | 1,237.50 |
| McClamb,C.D. | 01/14/20 | E-mails with P. Harner, V. Marriott and T. Daluz re: preliminary report for Deloitte Tax | 495.00 | 0.10 | 49.50 |
| McClamb,C.D. | 01/15/20 | E-mails with K. Kernen re: Stout Risius preliminary report | 495.00 | 0.10 | 49.50 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| McClamb,C.D. | 01/15/20 | E-mails with E. Bromagen re: Lazard final fee application | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 01/16/20 | Phone call with E. Bromagen re: Lazard final fee application | 495.00 | 0.30 | 148.50 |
| Daluz,T.M. | 01/16/20 | Review preliminary report and analyze issues for objection | 940.00 | 2.50 | 2,350.00 |
| Marriott, III,V.J. | 01/16/20 | Consider strategy for addressing Weil fee requests | 1,035.00 | 0.50 | 517.50 |
| McClamb,C.D. | 01/17/20 | Multiple e-mails with P. Harner, V. Marriott, and T. Daluz re: response from Lazard | 495.00 | 0.50 | 247.50 |
| McClamb,C.D. | 01/17/20 | Review e-mail from E. Bromagen and Lazard final fee application | 495.00 | 0.60 | 297.00 |
| Daluz,T.M. | 01/17/20 | Revise Alvarez report and exhibits | 940.00 | 2.00 | 1,880.00 |
| Daluz,T.M. | 01/17/20 | Conference call with V. Marriott and P. Harner re: strategy around objections | 940.00 | 0.50 | 470.00 |
| Daluz,T.M. | 01/17/20 | Correspondence re: Sidley fees and Lazard fee application | 940.00 | 0.20 | 188.00 |
| Marriott, III,V.J. | 01/17/20 | Conference with P. Harner and T. Daluz re: potential objection to Weil fee application | 1,035.00 | 0.30 | 310.50 |
| McClamb,C.D. | 01/21/20 | Draft and edit second status report | 495.00 | 3.30 | 1,633.50 |
| Roglen,L.D. | 01/21/20 | Research re: final reports and objections and e-mail to P. Harner, V. Marriott, and T. Daluz re: same | 540.00 | 4.20 | 2,268.00 |
| Marriott, III,V.J. | 01/21/20 | Review status of responses to first interim reports | 1,035.00 | 0.70 | 724.50 |
| McClamb,C.D. | 01/22/20 | E-mails with P. Harner re: additional fee application filings | 495.00 | 0.30 | 148.50 |
| McClamb,C.D. | 01/22/20 | E-mails with P. Harner re: status report | 495.00 | 0.30 | 148.50 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| McClamb,C.D. | 01/22/20 | Edits to status report | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 01/22/20 | E-mails with P. Harner re: conference with Stout Risius | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 01/22/20 | E-mails with P. Harner and V. Marriott re: status report and status of review | 495.00 | 0.30 | 148.50 |
| McClamb,C.D. | 01/22/20 | Prepare and file status report after business hours | 495.00 | 0.50 | 247.50 |
| Marriott, III,V.J. | 01/22/20 | Consider issues re: formal objection to Weil fees | 1,035.00 | 0.50 | 517.50 |
| Marriott, III,V.J. | 01/22/20 | Review and edit Fee Examiner's second status report | 1,035.00 | 0.40 | 414.00 |
| McClamb,C.D. | 01/23/20 | Arrange conference call with Stout Risius re: preliminary report | 495.00 | 1.00 | 495.00 |
| Ambrose,S.M. | 01/23/20 | Conference with C. McClamb re: Courtcall appearances for January hearing (.2); Set up CourtCall for P. Harner; V. Marriott and C. McClamb for hearing on January 28, 2020 at 10:00 (.3) | 270.00 | 0.50 | 135.00 |
| McClamb,C.D. | 01/24/20 | Review proposed third order approving interim fee applications | 495.00 | 0.10 | 49.50 |
| McClamb,C.D. | 01/24/20 | E-mails with P. Harner, V. Marriott, and T. Daluz re: status of Deloitte & Touch preliminary report response | 495.00 | 0.10 | 49.50 |
| McClamb,C.D. | 01/24/20 | E-mails with P. Harner, V. Marriott, and T. Daluz re: proposed third order approving interim fee applications | 495.00 | 0.10 | 49.50 |
| Roglen,L.D. | 01/26/20 | Review American Airlines final report and e-mail (multiple) with P. Harner, T. Daluz, and V. Marriott re: same | 540.00 | 1.30 | 702.00 |
| McClamb,C.D. | 01/27/20 | Phone calls with E. Bromagen re: Lazard final fee application | 495.00 | 0.10 | 49.50 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| McClamb,C.D. | 01/27/20 | E-mails with P. Harner and V. Marriott re: interim fee hearing | 495.00 | 0.40 | 198.00 |
| McClamb,C.D. | 01/27/20 | E-mails with E. Bromagen re: Lazard final fee application | 495.00 | 0.10 | 49.50 |
| McClamb,C.D. | 01/27/20 | Prepare Stout Risuis Exhibits for Stout response | 495.00 | 1.30 | 643.50 |
| McClamb,C.D. | 01/27/20 | E-mails with P. Harner and V. Marriott re: conference call with Stout Risius | 495.00 | 0.30 | 148.50 |
| McClamb,C.D. | 01/28/20 | Confer with L. Roglen re: Weil first interim fee application | 495.00 | 0.40 | 198.00 |
| Ambrose,S.M. | 01/28/20 | Confer with C. McClamb re: updating CourtCall hearing participants (.2); telephone call with Southern District of New York D. Li for permission to live line; update participants with CourtCall (.3). | 270.00 | 0.50 | 135.00 |
| McClamb,C.D. | 01/28/20 | E-mails with P. Harner re: Weil first preliminary report | 495.00 | 0.10 | 49.50 |
| McClamb,C.D. | 01/28/20 | Confer with L. Roglen re: Weil first preliminary report | 495.00 | 0.30 | 148.50 |
| McClamb,C.D. | 01/28/20 | Phone call with P. Harner re: interim fee hearing | 495.00 | 0.30 | 148.50 |
| McClamb,C.D. | 01/28/20 | Telephonic attendance at interim fee hearing | 495.00 | 1.00 | 495.00 |
| McClamb,C.D. | 01/28/20 | Draft and circulate summary of interim fee hearing | 495.00 | 0.60 | 297.00 |
| Marriott, III,V.J. | 01/28/20 | Review results of fee hearing | 1,035.00 | 0.30 | 310.50 |
| McClamb,C.D. | 01/29/20 | E-mails with P. Harner and V. Marriott summarizing Stout Risius responses and preparation for conference call | 495.00 | 1.00 | 495.00 |
| McClamb,C.D. | 01/29/20 | Review and analyze response e-mails from Stout Risius | 495.00 | 0.60 | 297.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| Daluz,T.M. | 01/29/20 | Review and revise second preliminary report of Stout. | 940.00 | 2.50 | 2,350.00 |
| Roglen,L.D. | 01/29/20 | Continue draft final report and objection to Weil first interim fee application | 540.00 | 3.20 | 1,728.00 |
| McClamb,C.D. | 01/30/20 | E-mails with P. Harner, V. Marriott and K. Kernen re: conference call | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 01/30/20 | Review additional Stout Risius responses | 495.00 | 0.40 | 198.00 |
| Marriott, III,V.J. | 01/30/20 | Review Stout first preliminary report and responses of Stout | 1,035.00 | 0.50 | 517.50 |
| Roglen,L.D. | 01/30/20 | Continue draft of final report and objection to Weil first interim fee application | 540.00 | 4.10 | 2,214.00 |
| Marriott, III,V.J. | 01/31/20 | Review status of negotiations with Weil | 1,035.00 | 0.50 | 517.50 |
| Daluz,T.M. | 01/31/20 | Finalize A&M report | 940.00 | 5.50 | 5,170.00 |
| McClamb,C.D. | 01/31/20 | Confer with L. Roglen re: Weil first interim fee application | 495.00 | 0.30 | 148.50 |
| Roglen,L.D. | 01/31/20 | Review and revise Weil final report and objection to first interim fee application | 540.00 | 2.80 | 1,512.00 |
| **Total B170** | | | | **132.10** | **$87,537.50** |
| | | **Total Fees** | | **142.20** | **92,412.00** |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---:|---:|---:|
| **Task: B160 - Fee/Employment Applications** | | | |
| McClamb,C.D. | 495.00 | 2.10 | 1,039.50 |
| Ambrose,S.M. | 270.00 | 5.50 | 1,485.00 |
| Daluz,T.M. | 940.00 | 2.50 | 2,350.00 |
| **Total Task: B160** | | **10.10** | **$4,874.50** |
| **Task: B170 - Fee/Employment Objections** | | | |

|  | Rate | Hours | Amount |
|---|---:|---:|---:|
| McClamb,C.D. | 495.00 | 48.10 | 23,809.50 |
| Pollard,C.P. | 320.00 | 0.60 | 192.00 |
| Babchinetskaya,I. | 375.00 | 3.90 | 1,462.50 |
| Neitzel,K.N. | 360.00 | 4.00 | 1,440.00 |
| Roglen,L.D. | 540.00 | 15.60 | 8,424.00 |
| Greenfield,M.G. | 495.00 | 3.90 | 1,930.50 |
| Salah,M. | 465.00 | 5.00 | 2,325.00 |
| Ambrose,S.M. | 270.00 | 1.00 | 270.00 |
| Daluz,T.M. | 940.00 | 42.80 | 40,232.00 |
| Marriott, III,V.J. | 1,035.00 | 7.20 | 7,452.00 |
| **Total Task: B170** |  | **132.10** | **$87,537.50** |
| **Total Fees** |  | **142.20** | **$92,412.00** |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---:|---:|---:|
| Daluz,T.M. | 940.00 | 45.30 | 42,582.00 |
| Marriott, III,V.J. | 1,035.00 | 7.20 | 7,452.00 |
| Babchinetskaya,I. | 375.00 | 3.90 | 1,462.50 |
| Greenfield,M.G. | 495.00 | 3.90 | 1,930.50 |
| McClamb,C.D. | 495.00 | 50.20 | 24,849.00 |
| Roglen,L.D. | 540.00 | 15.60 | 8,424.00 |
| Salah,M. | 465.00 | 5.00 | 2,325.00 |
| Neitzel,K.N. | 360.00 | 4.00 | 1,440.00 |
| Pollard,C.P. | 320.00 | 0.60 | 192.00 |
| Ambrose,S.M. | 270.00 | 6.50 | 1,755.00 |
| **Total Fees** |  | **142.20** | **$92,412.00** |

|  |  |
|---|---:|
| **Total Current Charges:** | **$92,412.00** |

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

## REMITTANCE ADVICE

| | | |
|---|---|---|
| Client: | 071820.03 | Sears Fee Examiner |
| Matter: | 00317415 | Fee and Expense Review and Reporting |
| Invoice No.: | 20200207812 | |
| Date: | February 28, 2020 | |

| | |
|---|---:|
| Fee Amount | $92,412.00 |
| **TOTAL AMOUNT DUE** | **$92,412.00** |

**Please return this page with your remittance to the above address.**
**Payment may also be made by wire transfer to our account.**

| | |
|---|---|
| **Bank:** | **PNC Bank, NA** |
| **ABA No.:** | **031 0000 53** |
| **Account No.:** | **85-3131-7345** |
| **Account Name:** | **Ballard Spahr LLP** |

**Please indicate on wire transfer the invoice number stated above.**