# Exhibit C

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

Invoice Date: February 28, 2020
Invoice No.: 20200207800

Paul E. Harner
Harner, Paul E., Fee Examiner in Sears Chapter II Cases
1675 Broadway, 19th Floor
New York, NY  10019

Client:   Harner, Paul E., Fee Examiner in Sears Chapter II Cases  (071820.02)
Matter:   Fee Examiner Activities  (00315861)

FOR PROFESSIONAL SERVICES RENDERED through January 31, 2020

**INVOICE SUMMARY**

FEES

DISBURSEMENTS
| | |
|---|---|
| Air/Rail Expense | $199.00 |
| Business Meals | $5.34 |
| Outgoing Fax | $0.25 |
| Travel Expenses | $32.95 |

Total Disbursements         $237.54
Total Current Charges       $237.54

**TOTAL AMOUNT DUE**        **$237.54**

**DISBURSEMENT DETAILS**

| Date | Description | Amount |
|---|---|---:|
| 01/07/20 | Business Meals Paul Harner - 9A6C6386EED045EFA74B - SEARS/FEE EXAMINER EXPENSES | 5.34 |
| 01/07/20 | Travel Expenses Paul Harner - CBE9FF1504BE4EA5A03C - SEARS/FEE EXAMINER MEETINGS | 5.00 |
| 01/07/20 | Travel Expenses Paul Harner - CBE9FF1504BE4EA5A03C - SEARS/FEE EXAMINER MEETINGS | 13.57 |
| 01/07/20 | Travel Expenses Paul Harner - CBE9FF1504BE4EA5A03C - SEARS/FEE EXAMINER MEETINGS | 14.38 |
| 01/07/20 | Air/Rail Expense Paul Harner - CBE9FF1504BE4EA5A03C - SEARS/FEE EXAMINER MEETINGS | 85.00 |
| 01/07/20 | Air/Rail Expense Paul Harner - CBE9FF1504BE4EA5A03C - SEARS/FEE EXAMINER MEETINGS | 114.00 |
| 01/29/20 | Outgoing Fax Paul Harner - 9A6C6386EED045EFA74B - SEARS/FEE EXAMINER EXPENSES | 0.25 |
| | **Total Disbursements** | **$237.54** |

**DISBURSEMENT SUMMARY**

| Description | Amount |
|---|---:|
| Air/Rail Expense | 199.00 |
| Business Meals | 5.34 |
| Outgoing Fax | 0.25 |
| Travel Expenses | 32.95 |
| **Total Disbursements** | **$237.54** |
| **Total Current Charges:** | **$237.54** |

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

## REMITTANCE ADVICE

| | | |
|---|---|---|
| Client: | 071820.02 | Harner, Paul E., Fee Examiner in Sears Chapter II Cases |
| Matter: | 00315861 | Fee Examiner Activities |
| Invoice No.: | 20200207800 | |
| Date: | February 28, 2020 | |

| | |
|---|---:|
| Disbursement Amount | $237.54 |
| **TOTAL AMOUNT DUE** | **$237.54** |

**Please return this page with your remittance to the above address.**
**Payment may also be made by wire transfer to our account.**

| | |
|---|---|
| **Bank:** | **PNC Bank, NA** |
| **ABA No.:** | **031 0000 53** |
| **Account No.:** | **85-3131-7345** |
| **Account Name:** | **Ballard Spahr LLP** |

**Please indicate on wire transfer the invoice number stated above.**