# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: <u>Sears Holdings Corporation</u>   Case No. <u>18-23538</u>

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>TRC MASTER FUND LLC</u>
Name of Transferee

Name and Address where notices to transferee should be sent:

TRC MASTER FUND LLC
Attn: Terrel Ross
PO Box 633
Woodmere, NY 11598

Phone: <u>516-255-1801</u>
Last four digits of Acct#: <u>N/A</u>

Name and address where transferee payments should be sent (if different from above):

Phone: <u>N/A</u>
Last four digits of Acct#: <u>N/A</u>

<u>WING HING SHOES FACTORY LIMITED</u>
Name of Transferor

Court Claim # (if known): <u>787</u>
Ballot ID: <u>182353801043472</u>
**Administrative Claim**
Amount being transferred: <u>USD$127,685.52</u>
Allowed Admin Amount Per Docket 6280: <u>USD$228,487.26</u>
Date Claim Filed: <u>10/19/2018</u>
Phone: <u>(852) 2481-0633</u>
Last four digits of Acct.#: <u>N/A</u>

Name and Current Address of Transferor:

WING HING SHOES FACTORY LIMITED
FLAT 2 16/F CANNY INDUSTRIAL BLDG
33 TAI YAU STREET SAN PO KONG
KOWLOON,
HONG KONG

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/Terrel Ross</u>   Date: <u>March 2, 2020</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

### Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
Southern District of New Yok
Attention: Clerk

AND TO: Kmart Corporation, (Debtor)
Case No. 18-23549
(Jointly Administered under Sears Holding Corporation, et al. Case No. 18-23538)

Claim #787
Transferring the USD$127,685.52 Administrative Expense 503(b)(9) Amount Only

**Wing Hing Shoes Factory Limited**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its **Allowed Administrative Claim in the amount of USD$127,685.52** ("Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 23 DAY OF January, 2019.

**ASSIGNOR: Wing Hing Shoes Factory Limited**
(Signature)

CHAN YIU CHUNG
(Print Name)

MANAGING DIRECTOR
(Title)

**ASSIGNEE: TRC MASTER FUND LLC**
(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

## Creditor Data Details - Claim # 787

**Creditor**
WING HING SHOES FACTORY LIMITED
FLAT 2 16/F CANNY INDUSTRIAL BLDG
33 TAI YAU STREET SAN PO KONG
KOWLOON,
HONG KONG

**Debtor Name**
Kmart Corporation

**Date Filed**
10/19/2018

**Claim Number**
787

**Schedule Number**
n/a

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | $713,661.39 | | $713,661.39 | Asserted |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | $127,685.52 | | $127,685.52 | Asserted |
| Admin Priority | | | | | | |
| Total | $0.00 | | $841,346.91 | | $841,346.91 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and...

 Open in new window

**Exhibit A - Opt-in Ballots Allowed for 1st Disbursement**

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| Ballot ID | Claimant | Allowed Amount | Cash Distribution |
|---|---|---|---|
| 182353801021020 | VAUGHAN & BUSHNELL MFG CO | $48,604.28 | $13,948.71 |
| 182353801040970 182353801040969 | Vehicle Service Group, LLC dba Rotary Lift, a Dover corporation | $201,945.82 | $57,955.47 |
| 182353801040973 182353801040972 | Vendor Recovery Fund IV, LLC | $67,212.30 | $19,288.94 |
| 182353801040853 | Verint Americas Inc | $129,993.18 | $37,306.13 |
| 182353801040979 | Voss Distributing LLC | $798.80 | $229.25 |
| 182353801040985 | WAGABAZA, WILLIAM | $3,000.00 | $860.96 |
| 182353801021177 | WD 40 COMPANY | $6,214.20 | $1,783.38 |
| 182353801039837 | Western Sales Trading Company | $100,297.33 | $28,783.86 |
| ECF No. 5301 | Whitebox Asymmetric Partners LP | $8,676,589.32 | $2,490,053.22 |
| ECF No. 5301 | Whitebox Multi Strategy Partners LP | $13,812,108.31 | $3,963,871.46 |
| 182353801021267 | WICKED FASHIONS INC | $144,912.00 | $41,587.61 |
| 182353801041067 | Williams Construction | $6,700.00 | $1,922.80 |
| 182353801043472 | WING HING SHOES FACTORY LIMITED | $228,487.26 | $65,572.48 |
| 182353801040908 | Wise Food Inc | $13,696.92 | $3,930.81 |
| 182353801018204 | WSSR, LLC | $20,321.30 | $5,831.91 |
| 182353801043461 | Xiamen Golden Textile Imp & Exp Co, LTD | $794,772.88 | $228,083.10 |
| 182353801040926 | Yesco LLC | $24,174.65 | $6,937.77 |
| 182353801041097 | Zebra Technologies International, LLC | $28,003.79 | $8,036.67 |
| **Total** | | **$73,174,490.44** | **$20,999,945.00** |

*The difference between the $21 million and the total to be disbursed is due to certain fees incurred*