| | |
|---|---|
| **CARTER, CONBOY, CASE, BLACKMORE, MALONEY & LAIRD, P.C.**<br>Michael J. Catalfimo, Esq.<br>20 Corporate Woods Blvd.<br>Albany, New York 12211<br>Telephone: (518) 465-3484<br>Facsimile: (518) 465-1843<br>Email: mcatalfim0@carterconboy.com<br><br>*Local Counsel for*<br>*BH North America Corporation* | **ROWLANDS, LEBROU & GRIESMER, PLLC**<br>480 Broadway, Suite 250<br>Saratoga Springs, New York 12866<br>Telephone: (518) 587-8112<br>Facsimile (518) 587-4140<br>Email: mcatalfimo@rlglawny.com<br><br>*Local Counsel for*<br>*BH North American Corporation* |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors.[1] | Case No. 18-23538 (RDD)<br>Chapter 11<br><br>(Jointly Administered) |

### NOTICE OF SUBSTITUTION OF COUNSEL AND
### REQUEST FOR NOTICE AND SERVICE OF PAPERS

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816); The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**PLEASE TAKE NOTICE** that the law firm of Carter, Conboy, Case, Blackmore, Maloney & Laird, P.C. hereby withdraws as local counsel to BN North American Corporation ("BH North American") with regard to all matters related to these bankruptcy cases, and gives notice that the law firm of Rowlands, LeBrou & Griesmer, PLLC is hereby substituted as local counsel to BH North American is these matters.

Pursuant to section 1109(b) of the Bankruptcy Code and Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, BH North American requests that copies of all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given and served upon the undersigned at the offices, postal addresses, telephone numbers and electronic mail addresses set forth below:

| | |
|---|---|
| Martin A. Eliopulos, Esq.<br>**HIGGS FLETCHER & MACK LLP**<br>401 West A Street, Suite 2600<br>San Diego, California 92101<br>Telephone: (619) 236-1551<br>Facsimile: (619) 696-1410<br>Email: elio@higgslaw.com | Michael J. Catalfimo, Esq.<br>**ROWLANDS LEBROUS<br>& GRIESMER, PLLC**<br>480 Broadway, Suite 250<br>Saratoga Springs, New York 12866<br>Telephone: (518) 518-8112<br>Facsimile: (518) 518-4140<br>Email: mcatalfimo@rlglawny.com |
| Dated: March 2, 2020 | Dated: March 2, 2020 |
| **CARTER, CONBOY, CASE,<br>BLACKMORE, MALONEY & LAIRD,<br>P.C.** | **ROWLANDS, LEBROU<br>& GRIESMER, PLLC** |
| By: */s/ Michael J. Catalfimo*<br>Michael J. Catalfimo, Esq.<br>20 Corporate Woods Blvd.<br>Albany, New York 12211<br>Telephone: (518) 465-3484<br>Facsimile: (518) 465-1843<br>Email: mcatalfimo@carterconboy.com | By: */s/ Michael J. Catalfimo*<br>Michael J. Catalfimo, Esq.<br>480 Broadway, Suite 250<br>Saratoga Springs, New York 12866<br>Telephone: (518) 587-8112<br>Facsimile (518) 587-4140<br>Email: mcatalfimo@rlglawny.com |
| *Outgoing Local Counsel for<br>BH North America Corporation* | *Incoming Local Counsel for<br>BH North American Corporation* |

## CERTIFICATE OF SERVICE

I, Joanne E. Stein, hereby certify that on the 2nd day of March, 2020, I caused a true and correct copy of the foregoing Notice of Substitution of Counsel and Request for Notices and Service of Papers to be served via the Court's CM/ECF system on those parties receiving Notice of Electronic Filing generated by the Court's CM/ECF system.

/s/ Joanne E. Stein
Joanne E. Stein