**Martin A. Eliopulos, Esq.**
(*pro hac vice*)
**HIGGS, FLETCHER & MACK LLP**

401 West "A" St., Suite 2500
San Diego, CA 92101
Telephone: (619) 236-1551
Facsimile:  (619)696-1410
Email: elio@higgslaw.com

*Counsel for*
*BH North America Corporation*

**Michael J. Catalfimo, Esq.**
**ROWLANDS, LEBROU & GRIESMER,**
**PLLC**
480 Broadway, Suite 250
Saratoga Springs, New York 12866
Telephone: (518) 587-8112
Facsimile (518) 587-4140
Email: mcatalfimo@rlglawny.com

*Local Counsel for*
*BH North American Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Case No. 18-23538 (RDD) Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) ) ) | |
| Debtors.[1] | ) ) ) | (Jointly Administered) |

## CERTIFICATE OF SERVICE

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816); The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

I, Joanne E. Stein, hereby certify that I am employed by Rowlands, LeBrou & Griesmer, PLLC., local counsel for BH North American Corporation.

On March 2, 2020, I electronically filed the annexed Response of BH North American Corporation to the Debtors' Eleventh Omnibus Objection to Proof of Claim [Dkt No. 7213] (the "BH North American Response") and Declaration of Dan Foust In Support of Response of BH North American Corporation in Opposition to the Debtors' Eleventh Omnibus Objection to Proofs of Claim (the "Foust Declaration") using the ECF system, which will send notification of such filing to all CM/ECF Participants in this case by operation of the Court's electronic systems. On said date I also caused copies of the BH North American Response and Foust Declaration to be served upon the persons designated below by placing a true copy thereof enclosed in a sealed envelope with postage prepaid, for collection and mailing at an official depository of the United States Postal Service, at Saratoga Springs, New York, addressed as follows:

The Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court, S.D.N.Y.
300 Quarropas Street, Room 248
White Plains, NY 10601

Office of United States Trustee
201 Varick Street, Suite 1006
New York, New York 10014
Attn: Paul Schwartzberg

Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179
Attn: Stephen Sitley
  Luke J. Valentino

Seyfarth Shaw LLP
Attorneys for Wilmington Trust, N.A.
620 Eighth Avenue
New York, NY 10018
Attn: Edward M. Fox

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn:  Ray C. Schrock
  Jacqueline Marcus
  Garret A. Fail
  Sunny Singh

Davis Polk & Wardell LLP
Attorneys for Citibank, N.A.
450 Lexington Avenue
New York, NY, 10017
Attn: Eli J. Vonnegut
  Marshall S. Huebner

Skadden, Arps, Slate, Meagher & Flom LLP
Attorneys for Bank of America, N.A.
4 Times Square
New York, NY 10036
Attn: Shana A. Elberg
  George R. Howard

Locke Lord LLP
Attorneys for the Pension Benefit Guaranty Corp.
111 South Wacker Drive
Chicago, IL 60606
Attn:  Brian A. Raynor

Kelley Drye & Warren LLP
Attorneys for Computershare Trust Co., N.A.
101 Park Avenue
New York, NY 10178
Attn: Eric R. Wilson
  Benjamin D. Fedes
  T. Charlie Liu

Indenture Trustee for the Second Lien Notes
Wilmington Trust National Association
Attn: Sears Holdings Corp. Administrator
Corporate Capital Markets
50 South Sixth Street, Suite 1290
Minneapolis, MN 55402

Counsel to Hudson Concourse, LLC
Montee & Associates
Attn: Kevin P. Montee
1250-I Newell Ave., Suite 149
Walnut Creek, CA 94596

Successor Trustee for the SRAC
Unsecured PIK Notes, SRAC Unsecured
Notes, and the SRAC Medium Term Notes
The Bank of New York Mellon Trust Co.
Attn: Corporate Trust Administration
101 Barclay St., Floor 8W
New York, NY 10286

Counsel to Amanda Gonzales
Borah, Goldstein, Altschuler, Nahins &
Goidel, P.C.
377 Broadway
New York, NY 10013
Attn: Jeffrey C. Chancas

Carter Ledyard & Milburn LLP
Attorneys for Bank of New York Mellon
Trust Co.
2 Wall Street
New York, NY 10005
Attn: James Gadsden

Counsel to Eastview Mall, LLC,
Greece Ridge, LLC & The Marketplace
Wilmorite Management Group LLC
Attn: Donald C. Cowan, Jr.
1265 Scottsville Road
Rochester, NY 14624

Frenkel, Lambert, Weiss, Weisman &
Gordon
Attn: Michelle C. Marans
53 Gibson Street
Bay Shore, NY 11706

Counsel to the Ohio Department of Taxation
Victoria Garry
Assistant Attorney General
1600 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202

Counsel to Brookfield Property REIT Inc.
Attn: Kristen N. Pate
350 N. Orlenas St., Suite 300
Chicago, IL 60654-1607

Counsel to Aransas County, Bee County, Jim
Wells CAD, Nueces County,
City of Harlingen, Hidalgo County,
Victoria County, Blanco CAD,
Harlingen CISD, Cameron County
Linebarger Goggan Blair &S ampson, LLP
Attn: Diane Wade Sanders
P.O. Box 17428
Austin, TX 78760


Dated:  March 2, 2020

 /s/  Joanne E. Stein
Joanne E. Stein

**ROWLANDS, LEBROU & GRIESMER,
PLLC.**
480 Broadway, Suite 250
Saratoga Springs, NY 12866
Telephone:  (518) 587-8112
Facsimile: (518) 587-4140
Email:      mcatalfimo@rlglawny.com

*Local Counsel for BH North American Corporation*