

# Tracking Details

7068637950

**Updated:** 02/17/2020 5:28 P.M. EST

## Delivered

**Delivered On**
**Tuesday 11/13/2018**

**Delivery Time**
**at 8:54 A.M.**

Send Updates

**Delivered To**
BETHLEHEM, PA, US

**Received By:** UPS OCEAN EXPORT

We care about the security of your package. Log in to get more details about your delivery.

## Shipment Progress

| Date | Location | Activity |
|---|---|---|
| **11/13/2018 8:54 A.M.** | **Allentown, PA, United States** | **Delivered** |
| 11/13/2018 8:53 A.M. | Allentown, PA, United States | Arrived at Destination Country |
| 10/24/2018 12:01 A.M. | Allentown, PA, United States | Confirmed Arrival at Final Carrier B/L Point |
| 10/17/2018 2:03 A.M. | - | Cleared Customs |
| 10/15/2018 12:01 A.M. | New York, NY, United States | ETA at Port of Discharge |
| 10/15/2018 12:01 A.M. | New York, NY, United States | Confirmed Arrival |
| 10/12/2018 10:48 P.M. | - | Shipment in Customs |
| 09/28/2018 6:38 A.M. | - | ISF Matched to AMS Bill on File |
| 09/25/2018 7:21 A.M. | - | U.S. Import Security Filing accepted, pending AMS match |
| 09/21/2018 5:06 A.M. | - | U.S. Import Security Filing accepted, pending AMS match |
| 09/19/2018 10:00 P.M. | Chennai (Madras), India | ETD from Load Port |
| 09/19/2018 10:00 P.M. | Chennai (Madras), India | Departure |
| 09/17/2018 4:04 A.M. | - | ISF Data Accepted (Error Free) |
| 09/15/2018 12:04 P.M. | Chennai (Madras), India | Documents received from shipper |
| 09/15/2018 12:04 P.M. | Chennai (Madras), India | Date Available to Ship |
| 09/11/2018 10:00 P.M. | Chennai (Madras), India | Received into UPS possession |

## Shipment Details

**Service**
UPS Ocean Forwarding

**Shipment Weight**
11826.45 KGS

Show More +

Track
Help

Track

Feedback

## Voyage Information

| Status | Vessel | Voyage | Description | Departure | Arrival |
|---|---|---|---|---|---|
| Actual | OCEAN PROLOGUE | V.057 | - | 09/19/2018 12:00 A.M. | 09/21/2018 12:00 A.M. |
| Actual | APL SANTIAGO | 0241 | - | 09/24/2018 12:00 A.M. | 10/15/2018 12:00 A.M. |
| Actual | | TRUCK | - | 10/16/2018 12:00 A.M. | 10/24/2018 12:00 A.M. |

This website uses cookies
This website uses cookies. We do this to better understand how visitors use our site and to offer you a more personal experience. We share information about your use of our site with social media and analytics partners in according with our Privacy Notice. You can manage your preferences by selecting Cookie Settings.

I agree