Severe Weather Impacting Areas in Wyoming ...More

Log in | Sign Up | Locations | United States - English | My UPS

Search

Quick Start Tracking Shipping Services Customer Service

# Tracking Details

706863794T

**Updated:** 02/17/2020 5:30 P.M. EST

## Delivered

**Delivered On**
**Tuesday 10/30/2018**

**Delivery Time**
**at 12:15 P.M.**

Send Updates

**Delivered To**
BETHLEHEM, PA, US

We care about the security of your package. Log in to get more details about your delivery.

### Shipment Progress

| Date | Location | Activity |
|---|---|---|
| **10/30/2018 12:15 P.M.** | **Allentown, PA, United States** | **Available for final distribution** |
| 10/24/2018 12:01 A.M. | Allentown, PA, United States | Confirmed Arrival at Final Carrier B/L Point |
| 10/17/2018 2:03 A.M. | - | Cleared Customs |
| 10/15/2018 12:01 A.M. | New York, NY, United States | ETA at Port of Discharge |
| 10/15/2018 12:01 A.M. | New York, NY, United States | Confirmed Arrival |
| 10/15/2018 12:01 A.M. | New York, NY, United States | Arrived at Destination Country |
| 10/12/2018 10:48 P.M. | - | Shipment in Customs |
| 09/28/2018 6:38 A.M. | - | ISF Matched to AMS Bill on File |
| 09/25/2018 7:21 A.M. | - | U.S. Import Security Filing accepted, pending AMS match |
| 09/21/2018 5:06 A.M. | - | U.S. Import Security Filing accepted, pending AMS match |
| 09/19/2018 10:00 P.M. | Chennai (Madras), India | ETD from Load Port |
| 09/19/2018 10:00 P.M. | Chennai (Madras), India | Departure |
| 09/17/2018 4:04 A.M. | - | ISF Data Accepted (Error Free) |
| 09/15/2018 12:04 P.M. | Chennai (Madras), India | Documents received from shipper |
| 09/15/2018 12:04 P.M. | Chennai (Madras), India | Date Available to Ship |
| 09/11/2018 10:00 P.M. | Chennai (Madras), India | Received into UPS possession |

### Voyage Information

| Status | Vessel | Voyage | Description | Departure | Arrival |
|---|---|---|---|---|---|
| Actual | OCEAN PROLOGUE | V.057 | - | 09/19/2018 12:00 A.M. | 09/21/2018 12:00 A.M. |
| Actual | APL SANTIAGO | 0241 | - | 09/24/2018 12:00 A.M. | 10/15/2018 12:00 A.M. |
| Actual | | TRUCK | - | 10/16/2018 12:00 A.M. | 10/24/2018 12:00 A.M. |

### Shipment Details

**Service**
UPS Ocean Forwarding

**Shipment Weight**
10654.44 KGS

Show More +

Track

Help

Track

Feedback

**Customer Service**

Help and Support Center
Get Started with UPS
Change Delivery
Claims

**This Site**

Tracking
Shipping
Services
Locations
My Profile

**Company Info**

About UPS
Media Relations
Investor Relations
Careers
Sustainability & Community Involvement

**Other UPS Sites**

The UPS Store
UPS Capital
**See All**

**Connect with Us**

Facebook
Twitter
LinkedIn
YouTube
UPS Blog: *Longitudes*

Global Home | Protect Against Fraud | Service Terms and Conditions | Website Terms of Use | Your California Privacy Rights | Privacy Notice | Cookie Settings | Do Not Sell My Info



This website uses cookies
This website uses cookies. We do this to better understand how visitors use our site and to offer you a more personal experience. We share information about your use of our site with social media and analytics partners in according with our Privacy Notice. You can manage your preferences by selecting Cookie Settings.

I agree