18-23538-shl    Doc 7369-3    Filed 03/03/20    Entered 03/03/20 13:23:59    Exhibit C
Pg 1 of 3



Quick Start

# Tracking Details

7068637961                                                                 **Updated:** 02/17/2020 5:24 P.M. EST

## Delivered

**Delivered On**
Thursday
10/25/2018

**Delivery Time**
at 8:15 P.M.

Send Updates

**Delivered To**
CHAMBERSBURG, PA, US

We care about the security of your package. Log in to get more details about your delivery.

### Shipment Progress

| Date | Location | Activity |
|---|---|---|
| 10/25/2018  8:15 P.M. | Newark, NJ, United States | Available for final distribution |
| 10/23/2018  12:01 A.M. | Middletown, PA, United States | Confirmed Arrival at Final Carrier B/L Point |
| 10/17/2018  2:03 A.M. | - | Cleared Customs |
| 10/15/2018  12:01 A.M. | Newark, NJ, United States | ETA at Port of Discharge |
| 10/15/2018  12:01 A.M. | Newark, NJ, United States | Confirmed Arrival |
| 10/15/2018  12:01 A.M. | New York, NY, United States | Arrived at Destination Country |
| 10/13/2018  11:04 A.M. | - | Shipment in Customs |
| 09/28/2018  9:25 A.M. | - | ISF Matched to AMS Bill on File |

Feedback

| Date | | Location | Activity |
|---|---|---|---|
| 09/25/2018 | 8:18 P.M. | - | U.S. Import Security Filing accepted, pending AMS match |
| 09/21/2018 | 5:06 A.M. | - | U.S. Import Security Filing accepted, pending AMS match |
| 09/20/2018 | 10:00 P.M. | Chennai (Madras), India | ETD from Load Port |
| 09/20/2018 | 10:00 P.M. | Chennai (Madras), India | Departure |
| 09/17/2018 | 4:10 A.M. | - | ISF Data Accepted (Error Free) |
| 09/15/2018 | 1:24 P.M. | Chennai (Madras), India | Documents received from shipper |
| 09/15/2018 | 1:24 P.M. | Chennai (Madras), India | Date Available to Ship |
| 09/12/2018 | 10:00 P.M. | Chennai (Madras), India | Received into UPS possession |

## Voyage Information

| Status | Vessel | Voyage | Description | Departure | Arrival |
|---|---|---|---|---|---|
| Actual | OCEAN PROLOGUE | V.057 | - | 09/20/2018 12:00 A.M. | 09/21/2018 12:00 A.M. |
| Actual | APL SANTIAGO | 0421 | - | 09/22/2018 12:00 A.M. | 10/15/2018 12:00 A.M. |
| Actual | | TRUCK | - | 10/16/2018 12:00 A.M. | 10/23/2018 12:00 A.M. |

## Shipment Details

**Service**
UPS Ocean Forwarding  [↗]

**Shipment Weight**
4915.89 KGS

**Number of Pieces**
292

**Shipment Volume**
18.161 CBM

**Description of Goods**
GARMENTS

**Origin Port**
INMAA

**Estimated Departure**
09/20/2018

**Destination Port**
USMDT

**File Number**
614999982588000

**Manifest**
09/15/2018

**Shipment Category**
House Bill of Lading



📦 Track

Help ↗

Track

| Customer Service | + |
|---|---|
| This Site | + |
| Company Info | + |
| Other UPS Sites | + |
| Connect with Us | + |
| Legal | + |

**This website uses cookies**
This website uses cookies. We do this to better understand how visitors use our site and to offer you a more personal experience. We share information about your use of our site with social media and analytics partners in according with our Privacy Notice. You can manage your preferences by selecting Cookie Settings.

I agree ✖