Luiz Felipe de Oliveira
(New York Bar No. 5349923 and Maryland Bar No. 2001220079 )
STEIN IP, LLC
1990 M St NW #610, Washington, DC 20036
Telephone:  (202) 216-9505 Direct (202) 594-2055
Email: loliveira@steinip.com
*Counsel for KG Denim Limited*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, et al., | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------X

## NOTICE OF SUBSTITUTION OF COUNSEL AND
## REQUEST FOR SERVICES OF PAPERS

**TO THE CLERK OF THE BANKRUPTCY COURT
AND TO ALL PARTIES IN INTEREST:**

---

[1] The debtors (the "Debtors") in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**PLEASE TAKE NOTICE** that Vivek Suri, Esq. is no longer counsel to creditor KG Denim, and that Luiz Felipe de Oliveira, Esq., of Stein IP, is hereby substituted as counsel to KG Denim. New counsel attempted to contact former counsel Vivek Suri requesting his signature for his withdrawal as counsel for KG Denim. To date counsel has not received a response from former counsel. Please update the Court records to reflect counsel's current contact information and address as indicated below.

Pursuant to section 1109(b) of the Bankruptcy Code and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedures, KG Denim requests that copies of all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

> Luiz Felipe de Oliveira
> Email: loliveira@steinip.com
> STEIN IP, LLC
> 1990 M St NW #610, Washington, DC 20036
> Telephone:  (202) 216-9505 Direct (202) 594-2055
> Email: loliveira@steinip.com

The pro hac vice application of Luiz Felipe de Oliveira has been filed.

Substituting Counsel for KG Denim Limited

> /s/ Luiz Felipe de Oliveira
> Luiz Felipe de Oliveira
> Email: loliveira@steinip.com
> STEIN IP, LLC
> 1990 M St NW #610, Washington, DC 20036
> Telephone:  (202) 216-9505 Direct (202) 594-2055
> Email: loliveira@steinip.com
> *Counsel for KG Denim Limited*

Dated: March 3, 2020

## CERTIFICATE OF SERVICE

    I, Luiz Felipe de Oliveira, hereby certify that on the 3rd of March, 2020, I caused a true and correct copy of the foregoing Notice of Substitution of Counsel and Request for Notice and Service of Papers to be served via the Court's Cm/ECF system on those parties receiving Notice of Electronic Filing generated by the Court's CM/ECF system.

                                      /s/ Luiz Felipe de Oliveira
                                      Luiz Felipe de Oliveira