# Exhibit A

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| Fill in this information to identify the case (Select only one Debtor per claim form): | | | |
|---|---|---|---|
| ☐ Sears Holdings Corporation (18-23538) | ☐ MaxServ, Inc. (18-23550) | ☐ Wally Labs LLC (18-23563) | ☐ Kmart of Michigan, Inc. (18-23576) |
| ☒ Sears, Roebuck and Co. (18-23537) | ☐ Private Brands, Ltd. (18-23551) | ☐ Big Beaver of Florida Development, LLC (18-23564) | ☐ SHC Desert Springs, LLC (18-23577) |
| ☐ Kmart Holding Corporation (18-23539) | ☐ Sears Development Co. (18-23552) | ☐ California Builder Appliances, Inc. (18-23565) | ☐ SOE, Inc. (18-23578) |
| ☐ Kmart Operations LLC (18-23540) | ☐ Sears Holdings Management Corporation (18-23553) | ☐ Florida Builder Appliances, Inc. (18-23566) | ☐ StarWest, LLC (18-23584) |
| ☐ Sears Operations LLC (18-23541) | ☐ Sears Home & Business Franchises, Inc. (18-23554) | ☐ KBL Holding Inc. (18-23567) | ☐ STI Merchandising, Inc. (18-23580) |
| ☐ ServiceLive, Inc. (18-23542) | ☐ Sears Home Improvement Products, Inc. (18-23555) | ☐ KLC, Inc. (18-23568) | ☐ Troy Coolidge No. 13, LLC (18-23581) |
| ☐ A&E Factory Service, LLC (18-23543) | ☐ Sears Insurance Services, L.L.C. (18-23556) | ☐ Sears Protection Company (Florida), L.L.C. (18-23569) | ☐ BlueLight.com, Inc. (18-23582) |
| ☐ A&E Home Delivery, LLC (18-23544) | ☐ Sears Procurement Services, Inc. (18-23557) | ☐ Kmart of Washington LLC (18-23570) | ☐ Sears Brands, L.L.C. (18-23583) |
| ☐ A&E Lawn & Garden, LLC (18-23545) | ☐ Sears Protection Company (18-23558) | ☐ Kmart Stores of Illinois LLC (18-23571) | ☐ Sears Buying Services, Inc. (18-23584) |
| ☐ A&E Signature Service, LLC (18-23546) | ☐ Sears Protection Company (PR) Inc. (18-23559) | ☐ Kmart Stores of Texas LLC (18-23572) | ☐ Kmart.com LLC (18-23585) |
| ☐ FBA Holdings Inc. (18-23547) | ☐ Sears Roebuck Acceptance Corp. (18-23560) | ☐ MyGofer LLC (18-23573) | ☐ Sears Brands Management Corporation (18-23586) |
| ☐ Innovel Solutions, Inc. (18-23548) | ☐ Sears, Roebuck de Puerto Rico, Inc. (18-23561) | ☐ Sears Brands Business Unit Corporation (18-23574) | ☐ SHC Licensed Business LLC (18-23616) |
| ☐ Kmart Corporation (18-23549) | ☐ SYW Relay LLC (18-23562) | ☐ Sears Holdings Publishing Company, LLC (18-23575) | ☐ SHC Promotions LLC (18-23630) |

## Modified Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
|---|---|

| 1. Who is the current creditor? | XIAMEN LUXINJIA IMP & EXP CO LTD |
|---|---|
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor |

| 2. Has this claim been acquired from someone else? | ☒ No |
|---|---|
| | ☐ Yes. From whom? |

| 3. Where should notices and payments to the creditor be sent? Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|---|
| | Mayxin Footwear Inc. 24412 S. Main Street, Suite #103 Carson, CA 90745 United States | XIAMEN LUXINJIA IMP & EXP CO LTD NO. 496, 821 STREET XIADIAN ROAD, LICHENG PUTIAN FUJIAN China |
| | Contact phone +8615659586666 | Contact phone +8615659586666 |
| | Contact email gladys@lxjmail.com | Contact email gladys@lxjmail.com |

| 4. Does this claim amend one already filed? | ☐ No ☒ Yes. Claim number on court claims registry (if known) 1882 | Filed on 10/26/2018 MM / DD / YYYY |
|---|---|---|

| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☒ No ☐ Yes. Who made the earlier filing? |
|---|---|

**Part 2:**    **Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**    $ 464,610.46 . **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Goods Sold

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**    $_____

**Amount of the claim that is secured:**    $_____

**Amount of the claim that is unsecured:**    $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**    $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

|  | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(____) that applies. | $_____ |

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☐ No

☑ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.**

$148,809.52

---

**Part 3:    Sign Below**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature:** *George Jawlakian*
George Jawlakian (Dec 6, 2018)

**Email:** George@Jawlakianlaw.com

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name of the person who is completing and signing this claim:

| Name | George Jawlakian, Esq. | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Counsel | | |
| Company | Jawlakian Law Group LLP | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 21550 Oxnard Street, Suite 300 | | |
| | Number    Street | | |
| | Woodland Hills | CA | 91367 |
| | City | State | ZIP Code |
| Contact phone | 818-633-2467 | Email | George@Jawlakianlaw.com |

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☒ I have supporting documentation.
   (attach below)

☐ I do **not** have supporting documentation.

PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.

IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

Modified Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court                                                                                           12/15

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at http://restructuring.primeclerk.com/sears.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Claim Pursuant to 11 U.S.C. §503(b)(9):** A claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim to:

Sears Holdings Corporation Claims Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

**Do not file these instructions with your form**



# Electronic Proof of Claim

Adobe Sign Document History                    12/06/2018

| | |
|---|---|
| Created: | 12/06/2018 |
| By: | Sears Claims (searsclaims@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAh4XzVmhy411jilfap0GZ7ILxbqDgX9TP |

## "Electronic Proof of Claim" History

Widget created by Sears Claims (searsclaims@primeclerk.com)
12/06/2018 - 4:06:14 PM EST

Widget filled in by George Jawlakian (George@Jawlakianlaw.com)
12/06/2018 - 4:09:17 PM EST- IP address: 216.4.199.45

(User email address provided through API User-Agent: Mozilla/5.0 (Macintosh; Intel Mac OS X 10_13_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/70.0.3538.110 Safari/537.36)
12/06/2018 - 4:09:19 PM EST- IP address: 216.4.199.45

Signed document emailed to Sears Claims (searsclaims@primeclerk.com) and George Jawlakian (George@Jawlakianlaw.com)
12/06/2018 - 4:09:19 PM EST

| PO# | cust | ship date | DELIVERY DATE | INVOICE NO | QTY | INVOICE (USD) | PAYMENT DUE DATE | TERMS | Received by Sears |
|---|---|---|---|---|---|---|---|---|---|
| SH7274 | SEARS | 2018-08-07 | 2018-08-13 | 201820675427 | 1728 | 11,577.600 | 2018-09-12 | NET 30 DAYS FROM ETD | 2018-09-05 |
| SM4918 | SEARS | 2018-08-06 | 2018-08-13 | 201820771573 | 2172 | 22,355.400 | 2018-09-12 | NET 30 DAYS FROM ETD | 2018-09-05 |
| SM4921 | SEARS | 2018-08-06 | 2018-08-13 | 201820771573 | 1008 | | 2018-09-12 | NET 30 DAYS FROM ETD | 2018-09-05 |
| SL4855 | SEARS | 2018-08-07 | 2018-08-15 | 201820672158 | 2508 | 117,896.640 | 2018-09-14 | NET 30 DAYS FROM ETD | 2018-09-07 |
| SL4791 | SEARS | 2018-08-07 | 2018-08-15 | 201820672158 | 2004 | | 2018-09-14 | NET 30 DAYS FROM ETD | 2018-09-07 |
| SK4962 | SEARS | 2018-08-07 | 2018-08-15 | 201820672158 | 2232 | | 2018-09-14 | NET 30 DAYS FROM ETD | 2018-09-07 |
| SK4781 | SEARS | 2018-08-07 | 2018-08-15 | 201820672158 | 8004 | | 2018-09-14 | NET 30 DAYS FROM ETD | 2018-09-07 |
| SM4898 | SEARS | 2018-08-07 | 2018-08-15 | 201820672158 | 996 | | 2018-09-14 | NET 30 DAYS FROM ETD | 2018-09-07 |
| S17279 | SEARS | 2018-08-09 | 2018-08-15 | 201820676073 | 2604 | 163,971.300 | 2018-09-14 | NET 30 DAYS FROM ETD | 2018-09-07 |
| SH7287 | SEARS | 2018-08-09 | 2018-08-15 | 201820676073 | 3786 | | 2018-09-14 | NET 30 DAYS FROM ETD | 2018-09-07 |
| SH7289 | SEARS | 2018-08-09 | 2018-08-15 | 201820676073 | 2604 | | 2018-09-14 | NET 30 DAYS FROM ETD | 2018-09-07 |
| SH7285 | SEARS | 2018-08-09 | 2018-08-15 | 201820676073 | 3828 | | 2018-09-14 | NET 30 DAYS FROM ETD | 2018-09-07 |
| SH7274 | SEARS | 2018-08-09 | 2018-08-15 | 201820676073 | 2088 | | 2018-09-14 | NET 30 DAYS FROM ETD | 2018-09-07 |
| SH7275 | SEARS | 2018-08-09 | 2018-08-15 | 201820676073 | 3840 | | 2018-09-14 | NET 30 DAYS FROM ETD | 2018-09-07 |
| SH7264 | SEARS | 2018-08-09 | 2018-08-15 | 201820676073 | 4812 | | 2018-09-14 | NET 30 DAYS FROM ETD | 2018-09-07 |
| SH7281 | SEARS | 2018-09-04 | 2018-09-05 | 201821334815 | 1356 | 18,492.000 | 2018-10-05 | NET 30 DAYS FROM ETD | 2018-09-28 |
| SH7286 | SEARS | 2018-09-04 | 2018-09-05 | 201821334815 | 1404 | | 2018-10-05 | NET 30 DAYS FROM ETD | 2018-09-28 |
| SH7265 | SEARS | 2018-09-04 | 2018-09-09 | 201821335146 | 908 | 43,614.640 | 2018-10-09 | NET 30 DAYS FROM ETD | 2018-10-02 |
| SH7277 | SEARS | 2018-09-04 | 2018-09-09 | 201821335146 | 1500 | | 2018-10-09 | NET 30 DAYS FROM ETD | 2018-10-02 |
| SH7273 | SEARS | 2018-09-04 | 2018-09-09 | 201821335146 | 342 | | 2018-10-09 | NET 30 DAYS FROM ETD | 2018-10-02 |
| SH7278 | SEARS | 2018-09-04 | 2018-09-09 | 201821335146 | 300 | | 2018-10-09 | NET 30 DAYS FROM ETD | 2018-10-02 |
| SH7276 | SEARS | 2018-09-04 | 2018-09-09 | 201821335146 | 1001 | | 2018-10-09 | NET 30 DAYS FROM ETD | 2018-10-02 |
| SH7288 | SEARS | 2018-09-04 | 2018-09-09 | 201821335146 | 1707 | | 2018-10-09 | NET 30 DAYS FROM ETD | 2018-10-02 |
| SH7280 | SEARS | 2018-09-04 | 2018-09-09 | 201821335146 | 600 | | 2018-10-09 | NET 30 DAYS FROM ETD | 2018-10-02 |
| SM4859 | SEARS | 2018-09-10 | 2018-09-19 | 201821430286 | 1296 | 45,619.560 | 2018-10-19 | NET 30 DAYS FROM ETD | 2018-10-11 |
| SK4782 | SEARS | 2018-09-10 | 2018-09-19 | 201821430286 | 5004 | | 2018-10-19 | NET 30 DAYS FROM ETD | 2018-10-11 |
| SM4922 | SEARS | 2018-09-13 | 2018-09-19 | 201821431046 | 1344 | 41,083.320 | 2018-10-19 | NET 30 DAYS FROM ETD | 2018-10-11 |
| SM4919 | SEARS | 2018-09-13 | 2018-09-19 | 201821431046 | 4500 | | 2018-10-19 | NET 30 DAYS FROM ETD | 2018-10-11 |

**TOTAL($)    464,610.460**

# COMMERCIAL INVOICE

**DATE:** August 08, 2018

**INVOICE NO.:** 201820672158

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SK4781 | ARDEN SZ 5.5 561 | 59 | 708 | 7.270 USD | 5,147.16 USD |
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 230055364194 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12 PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25808/561 |

DESCRIPTION OF TYPE OF SHOE: Side Zip Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SK4781 | **REFERENCE NO.** | 101 | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 | |
| **VENDOR ITEM CODE** | 25808 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

| | |
|---|---|
| **FACTORY NO.** | 061306 |
| DEHE (PUTIAN) FOOTWEAR CO LTD | |
| LOUTOU VILLAGE WUTANG TOWN | |
| HANJIANG DISTRICT | |
| PUTIAN | |
| FUJIAN | |
| China | |
| **FTY MID NO.** | CNDEHPUTPUT |

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SK4781 | ARDEN SZ 6 562 | 60 | 720 | 7.270 USD | 5,234.40 USD |
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 230055364251 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12 PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25808/562 |

DESCRIPTION OF TYPE OF SHOE: Side Zip Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SK4781 | **REFERENCE NO.** | 101 | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 | |
| **VENDOR ITEM CODE** | 25808 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

# COMMERCIAL INVOICE

**DATE:** August 08, 2018

**INVOICE NO.:** 201820672158

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | |
|---|---|
| **FACTORY NO.** | 061306 |
| DEHE (PUTIAN) FOOTWEAR CO LTD | |
| LOUTOU VILLAGE WUTANG TOWN | |
| HANJIANG DISTRICT | |
| PUTIAN | |
| FUJIAN | |
| China | |
| **FTY MID NO.** | CNDEHPUTPUT |

| SEARS | SK4781 | ARDEN SZ 6.5 563 | 60 CARTONS | 720 PIECES | 7.270 USD PIECES | 5,234.40 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 230055364301 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12 PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25808/563 |

DESCRIPTION OF TYPE OF SHOE: Side Zip Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SK4781 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 25808 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

| | |
|---|---|
| **FACTORY NO.** | 061306 |
| DEHE (PUTIAN) FOOTWEAR CO LTD | |
| LOUTOU VILLAGE WUTANG TOWN | |
| HANJIANG DISTRICT | |
| PUTIAN | |
| FUJIAN | |
| China | |
| **FTY MID NO.** | CNDEHPUTPUT |

| SEARS | SK4781 | ARDEN SZ 7 564 | 65 CARTONS | 780 PIECES | 7.270 USD PIECES | 5,670.60 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 230055364319 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12 PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25808/564 |

DESCRIPTION OF TYPE OF SHOE: Side Zip Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5

# COMMERCIAL INVOICE

Page 3 of 33

**DATE:** August 08, 2018

**INVOICE NO.:** 201820672158

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | |
|---|---|---|
| **CONTRACT NO.** | SK4781 | |
| **DC CODE** | RDE | |
| **DIVISION NO.** | Division 4 | |
| **VENDOR ITEM CODE** | 25808 | |
| **BINDING RULING # OR PRECLASS #** | | |

| | | |
|---|---|---|
| **REFERENCE NO.** | 101 |
| **DEPARTMENT NO.** | 086 |
| **VENDOR NO.** | 8488 |
| **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **CATEGORY** | RNONE |

**FACTORY NO.**      061306
DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.**      CNDEHPUTPUT

| SEARS | SK4781 | ARDEN SZ 7.5 565 | | 60 CARTONS | 720 PIECES | 7.270 USD PIECES | 5,234.40 USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 230055364350 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12 PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25808/565 |

DESCRIPTION OF TYPE OF SHOE: Side Zip Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | |
|---|---|---|
| **CONTRACT NO.** | SK4781 | |
| **DC CODE** | RDE | |
| **DIVISION NO.** | Division 4 | |
| **VENDOR ITEM CODE** | 25808 | |
| **BINDING RULING # OR PRECLASS #** | | |

| | | |
|---|---|---|
| **REFERENCE NO.** | 101 |
| **DEPARTMENT NO.** | 086 |
| **VENDOR NO.** | 8488 |
| **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **CATEGORY** | RNONE |

**FACTORY NO.**      061306
DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.**      CNDEHPUTPUT

# COMMERCIAL INVOICE

**DATE:** August 08, 2018

**INVOICE NO.:** 201820672158

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China    **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | SK4781 | ARDEN SZ 8 566 | | 65 | 780 | 7.270  USD | 5,670.60  USD |
|-------|--------|----------------|---|----|-----|------------|---------------|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 230055364426 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12  PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25808/566 |

DESCRIPTION OF TYPE OF SHOE: Side Zip Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SK4781 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 25808 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**    061306
DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China
**FTY MID NO.**    CNDEHPUTPUT

| SEARS | SK4781 | ARDEN SZ 8.5 567 | | 60 | 720 | 7.270  USD | 5,234.40  USD |
|-------|--------|------------------|---|----|-----|------------|---------------|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 230055364467 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12  PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25808/567 |

DESCRIPTION OF TYPE OF SHOE: Side Zip Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SK4781 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 25808 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**    061306

# COMMERCIAL INVOICE

**DATE:** August 08, 2018

**INVOICE NO.:** 201820672158

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China      **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.**      CNDEHPUTPUT

| SEARS | SK4781 | ARDEN SZ 9 568 | | | 60 | 720 | 7.270  USD | 5,234.40  USD |
|-------|--------|----------------|--|--|----|-----|------------|---------------|
| | | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 230055364491 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12  PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25808/568 |

DESCRIPTION OF TYPE OF SHOE: Side Zip Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SK4781 | **REFERENCE NO.** | 101 | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 | |
| **VENDOR ITEM CODE** | 25808 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**      061306
DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.**      CNDEHPUTPUT

| SEARS | SK4781 | ARDEN SZ 9.5 569 | | | 60 | 720 | 7.270  USD | 5,234.40  USD |
|-------|--------|------------------|--|--|----|-----|------------|---------------|
| | | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 230055364541 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12  PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25808/569 |

DESCRIPTION OF TYPE OF SHOE: Side Zip Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

# COMMERCIAL INVOICE

**DATE:** August 08, 2018

**INVOICE NO.:** 201820672158

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China       **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | |
|---|---|---|
| **CONTRACT NO.** | SK4781 | |
| **DC CODE** | RDE | |
| **DIVISION NO.** | Division 4 | |
| **VENDOR ITEM CODE** | 25808 | |
| **BINDING RULING # OR PRECLASS #** | | |
| **FACTORY NO.** | 061306 | |

| | | |
|---|---|---|
| **REFERENCE NO.** | 101 |
| **DEPARTMENT NO.** | 086 |
| **VENDOR NO.** | 8488 |
| **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **CATEGORY** | RNONE |

DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.**   CNDEHPUTPUT

| **SEARS** | SK4781 | ARDEN SZ 10 570 | | 60 | 720 | 7.270  USD | 5,234.40  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 230055364707 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12  PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25808/570 |

DESCRIPTION OF TYPE OF SHOE: Side Zip Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | |
|---|---|---|
| **CONTRACT NO.** | SK4781 | |
| **DC CODE** | RDE | |
| **DIVISION NO.** | Division 4 | |
| **VENDOR ITEM CODE** | 25808 | |
| **BINDING RULING # OR PRECLASS #** | | |
| **FACTORY NO.** | 061306 | |

| | | |
|---|---|---|
| **REFERENCE NO.** | 101 |
| **DEPARTMENT NO.** | 086 |
| **VENDOR NO.** | 8488 |
| **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **CATEGORY** | RNONE |

DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.**   CNDEHPUTPUT

# COMMERCIAL INVOICE

Page 7 of 33

**DATE:** August 08, 2018

**INVOICE NO.:** 201820672158

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | SK4781 | ARDEN SZ 11 572 | | 58 | 696 | 7.270 USD | 5,059.92 USD |
|-------|--------|-----------------|--|----|-----|-----------|--------------|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 230055364723 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12  PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25808/572 |

DESCRIPTION OF TYPE OF SHOE: Side Zip Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SK4781 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 25808 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

| | |
|---|---|
| **FACTORY NO.** | 061306 |
| DEHE (PUTIAN) FOOTWEAR CO LTD | |
| LOUTOU VILLAGE WUTANG TOWN | |
| HANJIANG DISTRICT | |
| PUTIAN | |
| FUJIAN | |
| China | |
| **FTY MID NO.** | CNDEHPUTPUT |

| SEARS | SK4962 | FALL SZ 6 562 | | 15 | 180 | 9.030 USD | 1,625.40 USD |
|-------|--------|---------------|--|----|-----|-----------|--------------|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 250012804159 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12  PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 27456/562 |

DESCRIPTION OF TYPE OF SHOE: Gore Stitiched Side Zip Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:95% PU+5% ELASTIC
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:5.5-11

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SK4962 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 27456 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

| | |
|---|---|
| **FACTORY NO.** | 061306 |

# COMMERCIAL INVOICE

**DATE:** August 08, 2018

**INVOICE NO.:** 201820672158

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China     **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.**     CNDEHPUTPUT

| SEARS | SK4962 | FALL SZ 6.5 563 | | 2 | 24 | 9.030  USD | 216.72  USD |
|-------|--------|-----------------|---|---|----|-----------|-------------|
|       |        |                 |   | CARTONS | PIECES | PIECES |       |

**ITEM:** 250012804225
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 12  PIECES
**SEARS DIV** 654
**SEARS ITEM/SKU** 27456/563

DESCRIPTION OF TYPE OF SHOE: Gore Stitiched Side Zip Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:95% PU+5% ELASTIC
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:5.5-11

| **CONTRACT NO.** | SK4962 | **REFERENCE NO.** | 101 |
|------------------|--------|-------------------|-----|
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 27456 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.** 061306
DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.** CNDEHPUTPUT

| SEARS | SK4962 | FALL SZ 7 564 | | 41 | 492 | 9.030  USD | 4,442.76  USD |
|-------|--------|---------------|---|----|-----|-----------|---------------|
|       |        |               |   | CARTONS | PIECES | PIECES |       |

**ITEM:** 250012804340
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 12  PIECES
**SEARS DIV** 654
**SEARS ITEM/SKU** 27456/564

DESCRIPTION OF TYPE OF SHOE: Gore Stitiched Side Zip Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:95% PU+5% ELASTIC
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:5.5-11

# COMMERCIAL INVOICE

DATE: August 08, 2018
INVOICE NO.: 201820672158

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SK4962 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 27456 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.** 061306
DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.** CNDEHPUTPUT

| SEARS | SK4962 | FALL SZ 7.5 565 | | 9 CARTONS | 108 PIECES | 9.030 USD PIECES | 975.24 USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 250012804795 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12 PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 27456/565 |

DESCRIPTION OF TYPE OF SHOE: Gore Stitiched Side Zip Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:95% PU+5% ELASTIC
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:5.5-11

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SK4962 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 27456 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.** 061306
DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.** CNDEHPUTPUT

| SEARS | SK4962 | FALL SZ 8 566 | | 50 CARTONS | 600 PIECES | 9.030 USD PIECES | 5,418.00 USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 250012806030 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12 PIECES |
| **SEARS DIV** | 654 |

# COMMERCIAL INVOICE

**DATE:** August 08, 2018

**INVOICE NO.:** 201820672158

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Delano , CA

FOB China

---

**SEARS ITEM/SKU** | 27456/566

DESCRIPTION OF TYPE OF SHOE: Gore Stitiched Side Zip Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:95% PU+5% ELASTIC
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:5.5-11

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SK4962 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 27456 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.** | 061306
DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China
**FTY MID NO.** | CNDEHPUTPUT

---

| **SEARS** | SK4962 | FALL SZ 8.5 567 | | 12 | 144 | 9.030 USD | 1,300.32 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

**ITEM:** | 250012806717
**MADE IN** | CHINA (MAINLAND)
**CONTENTS** | 12 PIECES
**SEARS DIV** | 654
**SEARS ITEM/SKU** | 27456/567

DESCRIPTION OF TYPE OF SHOE: Gore Stitiched Side Zip Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:95% PU+5% ELASTIC
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:5.5-11

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SK4962 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 27456 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.** | 061306
DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China
**FTY MID NO.** | CNDEHPUTPUT

# COMMERCIAL INVOICE

**DATE:** August 08, 2018

**INVOICE NO.:** 201820672158

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | SK4962 | FALL SZ 9 568 | | 35 | 420 | 9.030  USD | 3,792.60  USD |
|-------|--------|---------------|--|----|-----|-----------|--------------|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|--------|--------|
| **ITEM:** | 250012809752 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12 PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 27456/568 |

DESCRIPTION OF TYPE OF SHOE: Gore Stitiched Side Zip Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:95% PU+5% ELASTIC
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:5.5-11

| | | | |
|--------|--------|--------|--------|
| **CONTRACT NO.** | SK4962 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 27456 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**       061306
DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China
**FTY MID NO.**       CNDEHPUTPUT

| SEARS | SK4962 | FALL SZ 9.5 569 | | 2 | 24 | 9.030  USD | 216.72  USD |
|-------|--------|-----------------|--|---|----|-----------|-------------|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|--------|--------|
| **ITEM:** | 250012809760 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12 PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 27456/569 |

DESCRIPTION OF TYPE OF SHOE: Gore Stitiched Side Zip Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:95% PU+5% ELASTIC
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:5.5-11

| | | | |
|--------|--------|--------|--------|
| **CONTRACT NO.** | SK4962 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 27456 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**       061306

# COMMERCIAL INVOICE

**DATE:** August 08, 2018

**INVOICE NO.:** 201820672158

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.**          CNDEHPUTPUT

| SEARS | SK4962 | FALL SZ 10 570 | 18 CARTONS | 216 PIECES | 9.030  USD PIECES | 1,950.48  USD |
|-------|--------|----------------|------------|------------|-------------------|---------------|

**ITEM:** 250012809778
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 12  PIECES
**SEARS DIV** 654
**SEARS ITEM/SKU** 27456/570

DESCRIPTION OF TYPE OF SHOE: Gore Stitiched Side Zip Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:95% PU+5% ELASTIC
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:5.5-11

| **CONTRACT NO.** | SK4962 | **REFERENCE NO.** | 101 |
|------------------|--------|-------------------|-----|
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 27456 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.** 061306
DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.**          CNDEHPUTPUT

| SEARS | SK4962 | FALL SZ 11 572 | 2 CARTONS | 24 PIECES | 9.030  USD PIECES | 216.72  USD |
|-------|--------|----------------|-----------|-----------|-------------------|-------------|

**ITEM:** 250012810966
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 12  PIECES
**SEARS DIV** 654
**SEARS ITEM/SKU** 27456/572

DESCRIPTION OF TYPE OF SHOE: Gore Stitiched Side Zip Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:95% PU+5% ELASTIC
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:5.5-11

# COMMERCIAL INVOICE

**DATE:** August 08, 2018
**INVOICE NO.:** 201820672158

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SK4962 | **REFERENCE NO.** | 101 | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 | |
| **VENDOR ITEM CODE** | 27456 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**          061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**          CNDEHPUTPUT

| SEARS | SL4791 | ARDEN SZ 5.5 561 | 15 | 180 | 7.270 USD | 1,308.60 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 230055391189 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12 PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25809/561 |

DESCRIPTION OF TYPE OF SHOE: Side Zip Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SL4791 | **REFERENCE NO.** | 101 | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 | |
| **VENDOR ITEM CODE** | 25809 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**          061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**          CNDEHPUTPUT

| SEARS | SL4791 | ARDEN SZ 6 562 | 15 | 180 | 7.270 USD | 1,308.60 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 230055391304 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12 PIECES |

# COMMERCIAL INVOICE

**DATE:** August 08, 2018

**INVOICE NO.:** 201820672158

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Delano , CA

FOB China

| | |
|---|---|
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25809/562 |

DESCRIPTION OF TYPE OF SHOE: Side Zip Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SL4791 | **REFERENCE NO.** | 101 | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 | |
| **VENDOR ITEM CODE** | 25809 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.** 061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.** CNDEHPUTPUT

| **SEARS** | SL4791 | ARDEN SZ 6.5 563 | | 15 | 180 | 7.270  USD | 1,308.60  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 230055392153 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12 PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25809/563 |

DESCRIPTION OF TYPE OF SHOE: Side Zip Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SL4791 | **REFERENCE NO.** | 101 | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 | |
| **VENDOR ITEM CODE** | 25809 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.** 061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

# COMMERCIAL INVOICE

**DATE:** August 08, 2018

**INVOICE NO.:** 201820672158

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China      **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

China
**FTY MID NO.**    CNDEHPUTPUT

| SEARS | SL4791 | ARDEN SZ 7 564 | | 16 | 192 | 7.270 USD | 1,395.84 USD |
|-------|--------|----------------|--|----|-----|-----------|--------------|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 230055418321 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12 PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25809/564 |

DESCRIPTION OF TYPE OF SHOE: Side Zip Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SL4791 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 25809 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**    061306
DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China
**FTY MID NO.**    CNDEHPUTPUT

| SEARS | SL4791 | ARDEN SZ 7.5 565 | | 15 | 180 | 7.270 USD | 1,308.60 USD |
|-------|--------|------------------|--|----|-----|-----------|--------------|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 230055418354 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12 PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25809/565 |

DESCRIPTION OF TYPE OF SHOE: Side Zip Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

# COMMERCIAL INVOICE

**DATE:** August 08, 2018

**INVOICE NO.:** 201820672158

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China     **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SL4791 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 25809 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.** 061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.** CNDEHPUTPUT

| SEARS | SL4791 | ARDEN SZ 8 566 | | 16 | 192 | 7.270 USD | 1,395.84 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 230055418800 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12 PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25809/566 |

DESCRIPTION OF TYPE OF SHOE: Side Zip Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SL4791 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 25809 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.** 061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.** CNDEHPUTPUT

| SEARS | SL4791 | ARDEN SZ 8.5 567 | | 15 | 180 | 7.270 USD | 1,308.60 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 230055418875 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12 PIECES |

# COMMERCIAL INVOICE

**DATE:** August 08, 2018

**INVOICE NO.:** 201820672158

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China   **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS DIV | 654 |
| SEARS ITEM/SKU | 25809/567 |

DESCRIPTION OF TYPE OF SHOE: Side Zip Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| CONTRACT NO. | SL4791 | REFERENCE NO. | 101 |
| DC CODE | RDE | DEPARTMENT NO. | 086 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8488 |
| VENDOR ITEM CODE | 25809 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.    061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

FTY MID NO.    CNDEHPUTPUT

| SEARS | SL4791 | ARDEN SZ 9 568 | | 15 | 180 | 7.270 USD | 1,308.60 USD |
| | | | | CARTONS | PIECES | PIECES | |

| ITEM: | 230055418941 |
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 12 PIECES |
| SEARS DIV | 654 |
| SEARS ITEM/SKU | 25809/568 |

DESCRIPTION OF TYPE OF SHOE: Side Zip Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| CONTRACT NO. | SL4791 | REFERENCE NO. | 101 |
| DC CODE | RDE | DEPARTMENT NO. | 086 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8488 |
| VENDOR ITEM CODE | 25809 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.    061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

# COMMERCIAL INVOICE

**DATE:** August 08, 2018

**INVOICE NO.:** 201820672158

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China       **SHIPPED TO:** Delano , CA

FOB China

China

**FTY MID NO.**   CNDEHPUTPUT

**MODE OF TRANSPORTATION:** Ocean

| SEARS | SL4791 | ARDEN SZ 9.5 569 | | 15 | 180 | 7.270 USD | 1,308.60 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 230055420137 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12 PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25809/569 |

DESCRIPTION OF TYPE OF SHOE: Side Zip Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SL4791 | **REFERENCE NO.** | 101 | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 | |
| **VENDOR ITEM CODE** | 25809 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**   061306
DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.**   CNDEHPUTPUT

| SEARS | SL4791 | ARDEN SZ 10 570 | | 15 | 180 | 7.270 USD | 1,308.60 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 230055420301 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12 PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25809/570 |

DESCRIPTION OF TYPE OF SHOE: Side Zip Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

# COMMERCIAL INVOICE

**DATE:** August 08, 2018

**INVOICE NO.:** 201820672158

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China        **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SL4791 | **REFERENCE NO.** | 101 | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 | |
| **VENDOR ITEM CODE** | 25809 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**        061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**        CNDEHPUTPUT

| SEARS | SL4791 | ARDEN SZ 11 572 | | 15 | 180 | 7.270 USD | 1,308.60 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 230055424626 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 12 PIECES | | | | | | |
| **SEARS DIV** | 654 | | | | | | |
| **SEARS ITEM/SKU** | 25809/572 | | | | | | |

DESCRIPTION OF TYPE OF SHOE: Side Zip Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SL4791 | **REFERENCE NO.** | 101 | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 | |
| **VENDOR ITEM CODE** | 25809 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**        061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**        CNDEHPUTPUT

| SEARS | SL4855 | OPHELIA SZ 6 562 | | 17 | 204 | 7.130 USD | 1,454.52 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 230055495717 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 12 PIECES | | | | | | |

# COMMERCIAL INVOICE

**DATE:** August 08, 2018

**INVOICE NO.:** 201820672158

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Delano , CA

FOB China

| | |
|---|---|
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25803/562 |

DESCRIPTION OF TYPE OF SHOE: Lace Up Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SL4855 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 25803 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

| | |
|---|---|
| **FACTORY NO.** | 061306 |

DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China

| | |
|---|---|
| **FTY MID NO.** | CNDEHPUTPUT |

| | | | | | | |
|---|---|---|---|---|---|---|
| **SEARS** | SL4855 | OPHELIA SZ 6.5 563 | 18 | 216 | 7.130  USD | 1,540.08  USD |
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 230055495725 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12  PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25803/563 |

DESCRIPTION OF TYPE OF SHOE: Lace Up Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SL4855 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 25803 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

| | |
|---|---|
| **FACTORY NO.** | 061306 |

DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN

# COMMERCIAL INVOICE

Page 21 of 33

**DATE:** August 08, 2018

**INVOICE NO.:** 201820672158

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China    **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

China
**FTY MID NO.**    CNDEHPUTPUT

| SEARS | SL4855 | OPHELIA SZ 7 564 | | 20 CARTONS | 240 PIECES | 7.130 USD PIECES | 1,711.20 USD |
|-------|--------|------------------|--|------------|------------|------------------|--------------|

**ITEM:** 230055495733
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 12 PIECES
**SEARS DIV** 654
**SEARS ITEM/SKU** 25803/564

DESCRIPTION OF TYPE OF SHOE: Lace Up Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| **CONTRACT NO.** | SL4855 | **REFERENCE NO.** | 101 |
|------------------|--------|-------------------|-----|
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 25803 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**    061306
DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China
**FTY MID NO.**    CNDEHPUTPUT

| SEARS | SL4855 | OPHELIA SZ 7.5 565 | | 20 CARTONS | 240 PIECES | 7.130 USD PIECES | 1,711.20 USD |
|-------|--------|--------------------|--|------------|------------|------------------|--------------|

**ITEM:** 230055495915
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 12 PIECES
**SEARS DIV** 654
**SEARS ITEM/SKU** 25803/565

DESCRIPTION OF TYPE OF SHOE: Lace Up Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

# COMMERCIAL INVOICE

**DATE:** August 08, 2018

**INVOICE NO.:** 201820672158

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China   **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | SL4855 | **REFERENCE NO.** | 101 | | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 | | |
| **VENDOR ITEM CODE** | 25803 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | | |

**FACTORY NO.** 061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.** CNDEHPUTPUT

| SEARS | SL4855 | OPHELIA SZ 8 566 | | 20 CARTONS | 240 PIECES | 7.130 USD PIECES | 1,711.20 USD |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 230055497218 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 12 PIECES | | | | | | |
| **SEARS DIV** | 654 | | | | | | |
| **SEARS ITEM/SKU** | 25803/566 | | | | | | |

DESCRIPTION OF TYPE OF SHOE: Lace Up Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | SL4855 | **REFERENCE NO.** | 101 | | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 | | |
| **VENDOR ITEM CODE** | 25803 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | | |

**FACTORY NO.** 061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.** CNDEHPUTPUT

| SEARS | SL4855 | OPHELIA SZ 8.5 567 | | 20 CARTONS | 240 PIECES | 7.130 USD PIECES | 1,711.20 USD |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 230055497226 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 12 PIECES | | | | | | |

# COMMERCIAL INVOICE

**DATE:** August 08, 2018

**INVOICE NO.:** 201820672158

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS DIV | 654 |
|---|---|
| SEARS ITEM/SKU | 25803/567 |

DESCRIPTION OF TYPE OF SHOE: Lace Up Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| CONTRACT NO. | SL4855 | REFERENCE NO. | 101 |
|---|---|---|---|
| DC CODE | RDE | DEPARTMENT NO. | 086 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8488 |
| VENDOR ITEM CODE | 25803 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

**FACTORY NO.**     061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**     CNDEHPUTPUT

| SEARS | SL4855 | OPHELIA SZ 9 568 | | 20 | 240 | 7.130  USD | 1,711.20  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| ITEM: | 230055497572 |
|---|---|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 12  PIECES |
| SEARS DIV | 654 |
| SEARS ITEM/SKU | 25803/568 |

DESCRIPTION OF TYPE OF SHOE: Lace Up Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| CONTRACT NO. | SL4855 | REFERENCE NO. | 101 |
|---|---|---|---|
| DC CODE | RDE | DEPARTMENT NO. | 086 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8488 |
| VENDOR ITEM CODE | 25803 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

**FACTORY NO.**     061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

# COMMERCIAL INVOICE

**DATE:** August 08, 2018

**INVOICE NO.:** 201820672158

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Delano , CA

FOB China

China
**FTY MID NO.**   CNDEHPUTPUT

| SEARS | SL4855 | OPHELIA SZ 9.5 569 | | | 20 | 240 | 7.130 USD | 1,711.20 USD |
|-------|--------|--------------------|---|---|-----|-----|-----------|--------------|
| | | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 230055497606 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12 PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25803/569 |

DESCRIPTION OF TYPE OF SHOE: Lace Up Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SL4855 | **REFERENCE NO.** | 101 | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 | |
| **VENDOR ITEM CODE** | 25803 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

| | |
|---|---|
| **FACTORY NO.** | 061306 |
| DEHE (PUTIAN) FOOTWEAR CO LTD | |
| LOUTOU VILLAGE WUTANG TOWN | |
| HANJIANG DISTRICT | |
| PUTIAN | |
| FUJIAN | |
| China | |
| **FTY MID NO.** | CNDEHPUTPUT |

| SEARS | SL4855 | OPHELIA SZ 10 570 | | | 20 | 240 | 7.130 USD | 1,711.20 USD |
|-------|--------|-------------------|---|---|-----|-----|-----------|--------------|
| | | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 230055497630 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12 PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25803/570 |

DESCRIPTION OF TYPE OF SHOE: Lace Up Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

# COMMERCIAL INVOICE

**DATE:** August 08, 2018

**INVOICE NO.:** 201820672158

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SL4855 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 25803 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**   061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**   CNDEHPUTPUT

| **SEARS** | SL4855 | OPHELIA SZ 11 572 | | 17 | 204 | 7.130  USD | 1,454.52  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 230055497689 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12  PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25803/572 |

DESCRIPTION OF TYPE OF SHOE: Lace Up Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SL4855 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 25803 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**   061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**   CNDEHPUTPUT

| **SEARS** | SL4855 | OPHELIA SZ 5.5 561 | | 17 | 204 | 7.130  USD | 1,454.52  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 230055499230 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12  PIECES |

# COMMERCIAL INVOICE

Page 26 of 33

**DATE:** August 08, 2018

**INVOICE NO.:** 201820672158

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China        **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS DIV | 654 |
|---|---|
| SEARS ITEM/SKU | 25803/561 |

DESCRIPTION OF TYPE OF SHOE: Lace Up Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| CONTRACT NO. | SL4855 | REFERENCE NO. | 101 |
|---|---|---|---|
| DC CODE | RDE | DEPARTMENT NO. | 086 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8488 |
| VENDOR ITEM CODE | 25803 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.        061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

FTY MID NO.        CNDEHPUTPUT

| SEARS | SM4898 | OPHELIA SZ 5.5 561 | | 1 | 12 | 7.130  USD | 85.56  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| ITEM: | 230097810352 |
|---|---|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 12  PIECES |
| SEARS DIV | 654 |
| SEARS ITEM/SKU | 25805/561 |

DESCRIPTION OF TYPE OF SHOE: Lace Up Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100%  POLYESTER
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE FLOCKING+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| CONTRACT NO. | SM4898 | REFERENCE NO. | 101 |
|---|---|---|---|
| DC CODE | RDE | DEPARTMENT NO. | 086 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8488 |
| VENDOR ITEM CODE | 25805 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.        061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

# COMMERCIAL INVOICE

**DATE:** August 08, 2018

**INVOICE NO.:** 201820672158

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**      SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

China

**FTY MID NO.**     CNDEHPUTPUT

| SEARS | SM4898 | OPHELIA SZ 6 562 | | 6 | 72 | 7.130 USD | 513.36 USD |
|-------|--------|------------------|---|---|----|-----------|------------|
| | | | | CARTONS | PIECES | PIECES | |

| **ITEM:** | 230097810378 |
|-----------|--------------|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12 PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25805/562 |

DESCRIPTION OF TYPE OF SHOE: Lace Up Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100%  POLYESTER
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE FLOCKING+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| **CONTRACT NO.** | SM4898 | **REFERENCE NO.** | 101 |
|------------------|--------|-------------------|-----|
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 25805 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

| **FACTORY NO.** | 061306 |
|-----------------|--------|
| DEHE (PUTIAN) FOOTWEAR CO LTD | |
| LOUTOU VILLAGE WUTANG TOWN | |
| HANJIANG DISTRICT | |
| PUTIAN | |
| FUJIAN | |
| China | |
| **FTY MID NO.** | CNDEHPUTPUT |

| SEARS | SM4898 | OPHELIA SZ 6.5 563 | | 1 | 12 | 7.130 USD | 85.56 USD |
|-------|--------|--------------------|---|---|----|-----------|-----------|
| | | | | CARTONS | PIECES | PIECES | |

| **ITEM:** | 230097810386 |
|-----------|--------------|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12 PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25805/563 |

DESCRIPTION OF TYPE OF SHOE: Lace Up Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100%  POLYESTER
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE FLOCKING+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

# COMMERCIAL INVOICE

**DATE:** August 08, 2018

**INVOICE NO.:** 201820672158

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM4898 | **REFERENCE NO.** | 101 | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 | |
| **VENDOR ITEM CODE** | 25805 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.** 061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.** CNDEHPUTPUT

| SEARS | SM4898 | OPHELIA SZ 7 564 | | 21 | 252 | 7.130 USD | 1,796.76 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 230097810402 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 12 PIECES | | | | | | |
| **SEARS DIV** | 654 | | | | | | |
| **SEARS ITEM/SKU** | 25805/564 | | | | | | |

DESCRIPTION OF TYPE OF SHOE: Lace Up Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE FLOCKING+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM4898 | **REFERENCE NO.** | 101 | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 | |
| **VENDOR ITEM CODE** | 25805 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.** 061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.** CNDEHPUTPUT

| SEARS | SM4898 | OPHELIA SZ 7.5 565 | | 1 | 12 | 7.130 USD | 85.56 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 230097810410 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 12 PIECES | | | | | | |

# COMMERCIAL INVOICE

Page 29 of 33

**DATE:** August 08, 2018

**INVOICE NO.:** 201820672158

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China        **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | |
|---|---|
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25805/565 |

DESCRIPTION OF TYPE OF SHOE: Lace Up Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE FLOCKING+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM4898 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 25805 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

| | |
|---|---|
| **FACTORY NO.** | 061306 |

DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China

| | |
|---|---|
| **FTY MID NO.** | CNDEHPUTPUT |

| SEARS | SM4898 | OPHELIA SZ 8 566 | 21 CARTONS | 252 PIECES | 7.130 USD PIECES | 1,796.76 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 230097810428 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12 PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25805/566 |

DESCRIPTION OF TYPE OF SHOE: Lace Up Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE FLOCKING+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM4898 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 25805 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

| | |
|---|---|
| **FACTORY NO.** | 061306 |

DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN

# COMMERCIAL INVOICE

**DATE:** August 08, 2018

**INVOICE NO.:** 201820672158

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China       **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

China
**FTY MID NO.**    CNDEHPUTPUT

| SEARS | SM4898 | OPHELIA SZ 8.5 567 | | | 3 | 36 | 7.130  USD | 256.68  USD |
|-------|--------|--------------------|--|--|---|----|-----------|-------------|
| | | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 230097810444 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12 PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25805/567 |

DESCRIPTION OF TYPE OF SHOE: Lace Up Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100%  POLYESTER
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE FLOCKING+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM4898 | **REFERENCE NO.** | 101 | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 | |
| **VENDOR ITEM CODE** | 25805 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**    061306
DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China
**FTY MID NO.**    CNDEHPUTPUT

| SEARS | SM4898 | OPHELIA SZ 9 568 | | | 22 | 264 | 7.130  USD | 1,882.32  USD |
|-------|--------|------------------|--|--|----|-----|-----------|---------------|
| | | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 230097810451 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12 PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25805/568 |

DESCRIPTION OF TYPE OF SHOE: Lace Up Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100%  POLYESTER
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE FLOCKING+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

# COMMERCIAL INVOICE

Page 31 of 33

**DATE:** August 08, 2018

**INVOICE NO.:** 201820672158

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Delano , CA

FOB China

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM4898 | **REFERENCE NO.** | 101 | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 | |
| **VENDOR ITEM CODE** | 25805 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.** 061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.** CNDEHPUTPUT

| SEARS | SM4898 | OPHELIA SZ 9.5 569 | 1 CARTONS | 12 PIECES | 7.130 USD PIECES | 85.56 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 230097810477 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12 PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25805/569 |

DESCRIPTION OF TYPE OF SHOE: Lace Up Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100%  POLYESTER
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE FLOCKING+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM4898 | **REFERENCE NO.** | 101 | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 | |
| **VENDOR ITEM CODE** | 25805 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.** 061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.** CNDEHPUTPUT

| SEARS | SM4898 | OPHELIA SZ 10 570 | 5 CARTONS | 60 PIECES | 7.130 USD PIECES | 427.80 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 230097810485 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12 PIECES |

# COMMERCIAL INVOICE

**DATE:** August 08, 2018

**INVOICE NO.:** 201820672158

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Delano , CA

FOB China

| SEARS DIV | 654 |
| SEARS ITEM/SKU | 25805/570 |

DESCRIPTION OF TYPE OF SHOE: Lace Up Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE FLOCKING+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SM4898 | REFERENCE NO. | 101 | |
| DC CODE | RDE | DEPARTMENT NO. | 086 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8488 | |
| VENDOR ITEM CODE | 25805 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

FACTORY NO.    061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

FTY MID NO.    CNDEHPUTPUT

| SEARS | SM4898 | OPHELIA SZ 11 572 | | 1 CARTONS | 12 PIECES | 7.130 USD PIECES | 85.56 USD |
|---|---|---|---|---|---|---|---|

| ITEM: | 230097810493 |
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 12 PIECES |
| SEARS DIV | 654 |
| SEARS ITEM/SKU | 25805/572 |

DESCRIPTION OF TYPE OF SHOE: Lace Up Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE FLOCKING+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SM4898 | REFERENCE NO. | 101 | |
| DC CODE | RDE | DEPARTMENT NO. | 086 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8488 | |
| VENDOR ITEM CODE | 25805 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

FACTORY NO.    061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

# COMMERCIAL INVOICE

Page 33 of 33

**DATE:** August 08, 2018

**INVOICE NO.:** 201820672158

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China   **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

China

**FTY MID NO.**   CNDEHPUTPUT

**PAYMENT TERM**   Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**   OPEN ACCOUNT

**LC#**   NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 1,312 | 15,744 | PIECES | 117,896.64 USD |

**TOTAL US DOLLARS ONE HUNDRED SEVENTEEN THOUSAND EIGHT HUNDRED NINETY-SIX DOLLARS AND SIXTY-FOUR CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| XIAMEN LUXINJIA IMP & EXP CO LTD |
|---|
| **EMPLOYEE NAME** _____ |
| **EMPLOYEE TITLE** _____ |
| |

# COMMERCIAL INVOICE

Page 1 of 2

**DATE:** August 08, 2018

**INVOICE NO.:** 201820675427

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| **SEARS** | SH7274 | YB RUE SKULLS BLK F8 137 | 144 | 144 | 80.400   USD | 11,577.60   USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 780096307228 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |
| **SEARS DIV** | 636 | | | | | |
| **SEARS ITEM/SKU** | 98032/137 | | | | | |

DESCRIPTION OF TYPE OF SHOE: YB RUE SKULLS BLK F18
GENDER: YOUTH BOYS
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13-5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SH7274 | **REFERENCE NO.** | 101 | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 085 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 | |
| **VENDOR ITEM CODE** | 98032 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**   069257
PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China
**FTY MID NO.**   CNPUTCITPUT

**PAYMENT TERM**   Open Acct
**ORDER PAYMENT TERMS**
**DRAWN UNDER**   OPEN ACCOUNT
**LC#**   NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 144 | 144 | ASSORTMENTS | 11,577.60   USD |

**TOTAL US DOLLARS ELEVEN THOUSAND FIVE HUNDRED SEVENTY-SEVEN DOLLARS AND SIXTY CENTS ONLY.**

We hereby certify that this shipment does not contain solid wood packing material.

# COMMERCIAL INVOICE

**DATE:** August 08, 2018

**INVOICE NO.:** 201820675427

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Delano , CA

FOB China

| XIAMEN LUXINJIA IMP & EXP CO LTD |
|---|
| **EMPLOYEE NAME** |
| **EMPLOYEE TITLE** |

# COMMERCIAL INVOICE

Page 1 of 12

**DATE:** August 08, 2018

**INVOICE NO.:** 201820676073

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| SEARS | SH7264 | YB HALFPIPE BLK 137 | | 279 | 279 | 99.240  USD | 27,687.96  USD |
| | | | | CARTONS | AST | AST | |
| ITEM: | 780096312905 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | | |
| SEARS DIV | 636 | | | | | | |
| SEARS ITEM/SKU | 98034/137 | | | | | | |

DESCRIPTION OF TYPE OF SHOE: YB HALFPIPE BLK
GENDER: YOUTH BOYS
UPPER MATERIAL IN PERCENT:96% PU + 4%polyester
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13-5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SH7264 | REFERENCE NO. | 101 |
| DC CODE | RDE | DEPARTMENT NO. | 085 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8488 |
| VENDOR ITEM CODE | 98034 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.          069257

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD

YAOTAI, HUANGSHI TOWN IND DISTRICT

LICHENG DISTRICT

PUTIAN

FUJIAN

China

FTY MID NO.          CNPUTCITPUT

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| SEARS | SH7264 | YB HALFPIPE BLK 132 | | 122 | 122 | 99.240  USD | 12,107.28  USD |
| | | | | CARTONS | AST | AST | |
| ITEM: | 780096312939 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | | |
| SEARS DIV | 636 | | | | | | |
| SEARS ITEM/SKU | 98034/132 | | | | | | |

DESCRIPTION OF TYPE OF SHOE: YB HALFPIPE BLK
GENDER: YOUTH BOYS
UPPER MATERIAL IN PERCENT:96% PU + 4%polyester
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13-5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SH7264 | REFERENCE NO. | 101 |
| DC CODE | RDE | DEPARTMENT NO. | 085 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8488 |
| VENDOR ITEM CODE | 98034 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

# COMMERCIAL INVOICE

Page 2 of 12

**DATE:** August 08, 2018

**INVOICE NO.:** 201820676073

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | |
|---|---|
| **FACTORY NO.** | 069257 |
| PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD | |
| YAOTAI, HUANGSHI TOWN IND DISTRICT | |
| LICHENG DISTRICT | |
| PUTIAN | |
| FUJIAN | |
| China | |
| **FTY MID NO.** | CNPUTCITPUT |

| SEARS | SH7274 | YB RUE SKULLS BLK F8 137 | | 125 | 125 | 80.400 USD | 10,050.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 780096307228 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 636 |
| **SEARS ITEM/SKU** | 98032/137 |

DESCRIPTION OF TYPE OF SHOE: YB RUE SKULLS BLK F18
GENDER: YOUTH BOYS
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13-5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SH7274 | **REFERENCE NO.** | 101 | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 085 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 | |
| **VENDOR ITEM CODE** | 98032 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

| | |
|---|---|
| **FACTORY NO.** | 069257 |
| PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD | |
| YAOTAI, HUANGSHI TOWN IND DISTRICT | |
| LICHENG DISTRICT | |
| PUTIAN | |
| FUJIAN | |
| China | |
| **FTY MID NO.** | CNPUTCITPUT |

| SEARS | SH7274 | YB RUE SKULLS BLK F18 132 | | 49 | 49 | 80.400 USD | 3,939.60 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 780096307236 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 636 |
| **SEARS ITEM/SKU** | 98032/132 |

DESCRIPTION OF TYPE OF SHOE: YB RUE SKULLS BLK F18
GENDER: YOUTH BOYS
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13-5

# COMMERCIAL INVOICE

Page 3 of 12

**DATE:** August 08, 2018

**INVOICE NO.:** 201820676073

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SH7274 | **REFERENCE NO.** | 101 | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 085 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 | |
| **VENDOR ITEM CODE** | 98032 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**          069257

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD

YAOTAI, HUANGSHI TOWN IND DISTRICT

LICHENG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**          CNPUTCITPUT

| SEARS | SH7275 | TG RUE STARS PNK 871 | | 101 | 101 | 58.590  USD | 5,917.59  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | | AST |

**ITEM:**          780096297197

**MADE IN**          CHINA (MAINLAND)

**CONTENTS**          1  ASSORTMENT

**SEARS DIV**          636

**SEARS ITEM/SKU**          28235/871

DESCRIPTION OF TYPE OF SHOE: TG RUE STARS PNK
GENDER: TODDLER GIRL
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SH7275 | **REFERENCE NO.** | 101 | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 085 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 | |
| **VENDOR ITEM CODE** | 28235 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**          069257

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD

YAOTAI, HUANGSHI TOWN IND DISTRICT

LICHENG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**          CNPUTCITPUT

# COMMERCIAL INVOICE

Page 4 of 12

**DATE:** August 08, 2018

**INVOICE NO.:** 201820676073

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | SH7275 | TG RUE STARS PNK 347 | | 101 | 101 | 97.650 USD | 9,862.65 USD |
|-------|--------|---------------------|--|-----|-----|-----------|--------------|
| | | | | CARTONS | AST | AST | |

| | |
|--|--|
| **ITEM:** | 780096297205 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 636 |
| **SEARS ITEM/SKU** | 28235/347 |

DESCRIPTION OF TYPE OF SHOE: TG RUE STARS PNK
GENDER: TODDLER GIRL
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|--|--|--|--|
| **CONTRACT NO.** | SH7275 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 085 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 28235 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**          069257

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD

YAOTAI, HUANGSHI TOWN IND DISTRICT

LICHENG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**          CNPUTCITPUT

| SEARS | SH7275 | TG RUE STARS PNK 891 | | 118 | 118 | 78.120 USD | 9,218.16 USD |
|-------|--------|---------------------|--|-----|-----|-----------|--------------|
| | | | | CARTONS | AST | AST | |

| | |
|--|--|
| **ITEM:** | 780096297478 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 636 |
| **SEARS ITEM/SKU** | 28235/891 |

DESCRIPTION OF TYPE OF SHOE: TG RUE STARS PNK
GENDER: TODDLER GIRL
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|--|--|--|--|
| **CONTRACT NO.** | SH7275 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 085 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 28235 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**          069257

# COMMERCIAL INVOICE

**DATE:** August 08, 2018

**INVOICE NO.:** 201820676073

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.**          CNPUTCITPUT

| SEARS | SH7285 | YG RUE STARS PNK F1842 | | 217 | 217 | 80.400  USD | 17,446.80  USD |
|-------|--------|------------------------|--|-----|-----|-------------|----------------|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 780094982949 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 636 |
| **SEARS ITEM/SKU** | 68011/042 |

DESCRIPTION OF TYPE OF SHOE: YG RUE STARS PNK F18
GENDER: YOUTH GIRL
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13-5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SH7285 | **REFERENCE NO.** | 101 | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 085 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 | |
| **VENDOR ITEM CODE** | 68011 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, RNONE | |

**FACTORY NO.**          069257
PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.**          CNPUTCITPUT

| SEARS | SH7285 | YG RUE STARS PNK F18132 | | 51 | 51 | 80.400  USD | 4,100.40  USD |
|-------|--------|-------------------------|--|-----|-----|-------------|---------------|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 780094982956 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 636 |
| **SEARS ITEM/SKU** | 68011/132 |

DESCRIPTION OF TYPE OF SHOE: YG RUE STARS PNK F18
GENDER: YOUTH GIRL
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13-5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

# COMMERCIAL INVOICE

Page 6 of 12

**DATE:** August 08, 2018

**INVOICE NO.:** 201820676073

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:**  Xiamen, China          **SHIPPED TO:**  Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SH7285 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 085 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 68011 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, RNONE |

**FACTORY NO.**          069257

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD

YAOTAI, HUANGSHI TOWN IND DISTRICT

LICHENG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**          CNPUTCITPUT

| SEARS | SH7285 | YG RUE STARS PNK F18137 | 51 | 51 | 80.400  USD | 4,100.40  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:**          780094982964

**MADE IN**          CHINA (MAINLAND)

**CONTENTS**          1  ASSORTMENT

**SEARS DIV**          636

**SEARS ITEM/SKU**          68011/137

DESCRIPTION OF TYPE OF SHOE: YG RUE STARS PNK F18
GENDER: YOUTH GIRL
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13-5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SH7285 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 085 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 68011 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, RNONE |

**FACTORY NO.**          069257

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD

YAOTAI, HUANGSHI TOWN IND DISTRICT

LICHENG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**          CNPUTCITPUT

# COMMERCIAL INVOICE

**DATE:** August 08, 2018

**INVOICE NO.:** 201820676073

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China       **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | SH7287 | TB RUE SKULLS BLK 891 | | 127 | 127 | 78.120 USD | 9,921.24 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 780096111067 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 636 |
| **SEARS ITEM/SKU** | 58037/891 |

DESCRIPTION OF TYPE OF SHOE: TB RUE SKULLS BLK
GENDER: TODDLER BOY
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SH7287 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 085 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 58037 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**       069257
PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China
**FTY MID NO.**       CNPUTCITPUT

| SEARS | SH7287 | TB RUE SKULLS BLK 871 | | 93 | 93 | 58.590 USD | 5,448.87 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 780096111075 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 636 |
| **SEARS ITEM/SKU** | 58037/871 |

DESCRIPTION OF TYPE OF SHOE: TB RUE SKULLS BLK
GENDER: TODDLER BOY
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SH7287 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 085 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 58037 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**       069257

# COMMERCIAL INVOICE

**DATE:** August 08, 2018

**INVOICE NO.:** 201820676073

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China  **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China
**FTY MID NO.**      CNPUTCITPUT

| SEARS | SH7287 | TB RUE SKULLS BLK 347 | | | 95 | 95 | 97.650  USD | 9,276.75  USD |
|-------|--------|----------------------|--|--|----|----|-------------|---------------|
| | | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 780096111109 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 636 |
| **SEARS ITEM/SKU** | 58037/347 |

DESCRIPTION OF TYPE OF SHOE: TB RUE SKULLS BLK
GENDER: TODDLER BOY
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SH7287 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 085 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 58037 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**      069257
PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China
**FTY MID NO.**      CNPUTCITPUT

| SEARS | SH7289 | YG RUE DOTS BLK F18 137 | | | 8 | 8 | 80.400  USD | 643.20  USD |
|-------|--------|------------------------|--|--|---|---|-------------|-------------|
| | | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 780096306105 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 636 |
| **SEARS ITEM/SKU** | 68012/137 |

DESCRIPTION OF TYPE OF SHOE: YG RUE DOTS BLK F18
GENDER: YOUTH GIRL
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13-5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

# COMMERCIAL INVOICE

Page 9 of 12

**DATE:** August 08, 2018

**INVOICE NO.:** 201820676073

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:**  Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**  Delano , CA

FOB China

| | |
|---|---|
| **CONTRACT NO.** | SH7289 |
| **DC CODE** | RDE |
| **DIVISION NO.** | Division 4 |
| **VENDOR ITEM CODE** | 68012 |
| **BINDING RULING # OR PRECLASS #** | |

| | |
|---|---|
| **REFERENCE NO.** | 101 |
| **DEPARTMENT NO.** | 085 |
| **VENDOR NO.** | 8488 |
| **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **CATEGORY** | RNONE, RNONE |

**FACTORY NO.**     069257

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD

YAOTAI, HUANGSHI TOWN IND DISTRICT

LICHENG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**     CNPUTCITPUT

| SEARS | SH7289 | YG RUE DOTS BLK F18 42 | | 201 | 201 | 80.400  USD | 16,160.40  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 780096306139 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 636 |
| **SEARS ITEM/SKU** | 68012/042 |

DESCRIPTION OF TYPE OF SHOE: YG RUE DOTS BLK F18
GENDER: YOUTH GIRL
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13-5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | |
|---|---|
| **CONTRACT NO.** | SH7289 |
| **DC CODE** | RDE |
| **DIVISION NO.** | Division 4 |
| **VENDOR ITEM CODE** | 68012 |
| **BINDING RULING # OR PRECLASS #** | |

| | |
|---|---|
| **REFERENCE NO.** | 101 |
| **DEPARTMENT NO.** | 085 |
| **VENDOR NO.** | 8488 |
| **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **CATEGORY** | RNONE, RNONE |

**FACTORY NO.**     069257

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD

YAOTAI, HUANGSHI TOWN IND DISTRICT

LICHENG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**     CNPUTCITPUT

# COMMERCIAL INVOICE

**DATE:** August 08, 2018

**INVOICE NO.:** 201820676073

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China      **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | SH7289 | YG RUE DOTS BLK F18 132 | | 8 | 8 | 80.400  USD | 643.20  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 780096306154 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 636 |
| **SEARS ITEM/SKU** | 68012/132 |

DESCRIPTION OF TYPE OF SHOE: YG RUE DOTS BLK F18
GENDER: YOUTH GIRL
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13-5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SH7289 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 085 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 68012 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, RNONE |

**FACTORY NO.**   069257

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD

YAOTAI, HUANGSHI TOWN IND DISTRICT

LICHENG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**   CNPUTCITPUT

| SEARS | SI7279 | YB RUE DIGITAL GRN F18 137 | | 193 | 193 | 80.400  USD | 15,517.20  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 780096309422 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 636 |
| **SEARS ITEM/SKU** | 98033/042 |

DESCRIPTION OF TYPE OF SHOE: YB RUE DIGITAL GRN F18
GENDER: YOUTH BOYS
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13-5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SI7279 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 085 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 98033 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**   069257

# COMMERCIAL INVOICE

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China     **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China
**FTY MID NO.**     CNPUTCITPUT

| SEARS | SI7279 | YB RUE DIGITAL GRN F18 132 | | 12 | 12 | 80.400  USD | 964.80  USD |
|-------|--------|----------------------------|--|----|----|-------------|-------------|
| | | | | CARTONS | AST | AST | |

**ITEM:**  780096309786
**MADE IN**  CHINA (MAINLAND)
**CONTENTS**  1  ASSORTMENT
**SEARS DIV**  636
**SEARS ITEM/SKU**  98033/132

DESCRIPTION OF TYPE OF SHOE: YB RUE DIGITAL GRN F18
GENDER: YOUTH BOYS
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13-5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | | |
|--|--|--|--|--|--|
| **CONTRACT NO.** | SI7279 | **REFERENCE NO.** | 101 | | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 085 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 | | |
| **VENDOR ITEM CODE** | 98033 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | | |

**FACTORY NO.**  069257
PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China
**FTY MID NO.**  CNPUTCITPUT

| SEARS | SI7279 | YB RUE DIGITAL GRN F18 267 | | 12 | 12 | 80.400  USD | 964.80  USD |
|-------|--------|----------------------------|--|----|----|-------------|-------------|
| | | | | CARTONS | AST | AST | |

**ITEM:**  780096309794
**MADE IN**  CHINA (MAINLAND)
**CONTENTS**  1  ASSORTMENT
**SEARS DIV**  636
**SEARS ITEM/SKU**  98033/137

DESCRIPTION OF TYPE OF SHOE: YB RUE DIGITAL GRN F18
GENDER: YOUTH BOYS
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13-5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

# COMMERCIAL INVOICE

**DATE:** August 08, 2018

**INVOICE NO.:** 201820676073

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SI7279 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 085 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 98033 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |
| **FACTORY NO.** | 069257 | | |

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD

YAOTAI, HUANGSHI TOWN IND DISTRICT

LICHENG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**          CNPUTCITPUT

| | |
|---|---|
| **PAYMENT TERM** | Open Acct |
| **ORDER PAYMENT TERMS** | |
| **DRAWN UNDER** | OPEN ACCOUNT |
| **LC#** | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 1,963 | 1,963 | ASSORTMENTS | 163,971.30   USD |

**TOTAL US DOLLARS ONE HUNDRED SIXTY-THREE THOUSAND NINE HUNDRED SEVENTY-ONE DOLLARS AND THIRTY CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| |
|---|
| **XIAMEN LUXINJIA IMP & EXP CO LTD** |
| **EMPLOYEE NAME** _____ |
| **EMPLOYEE TITLE** _____ |

# COMMERCIAL INVOICE

**DATE:** August 08, 2018

**INVOICE NO.:** 201820771573

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China   **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| **SEARS** | SM4918 | ROXIE SZ 11 572 | | 5 | 60 | 7.030  USD | 421.80  USD |
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 230097811228 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 12 PIECES | | | | | | |
| **SEARS DIV** | 654 | | | | | | |
| **SEARS ITEM/SKU** | 25749/572 | | | | | | |

DESCRIPTION OF TYPE OF SHOE: PU Slouch Bootie
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYURETHANE (PU)
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-11

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM4918 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 25749 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**   038369

PUTIAN CITY HANJIANG DISTRICT ZHANGSHENG SHOES CO LTD
XINFENG VILLAGE, WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**   CNPUTCITPUT

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | | | | |
|---|---|---|---|---|---|---|---|
| **SEARS** | SM4918 | ROXIE SZ 10 570 | | 8 | 96 | 7.030  USD | 674.88  USD |
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 230097811236 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 12 PIECES | | | | | | |
| **SEARS DIV** | 654 | | | | | | |
| **SEARS ITEM/SKU** | 25749/570 | | | | | | |

DESCRIPTION OF TYPE OF SHOE: PU Slouch Bootie
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYURETHANE (PU)
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-11

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM4918 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 25749 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

# COMMERCIAL INVOICE

Page 2 of 8

**DATE:** August 08, 2018

**INVOICE NO.:** 201820771573

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China        **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

**FACTORY NO.**        038369
PUTIAN CITY HANJIANG DISTRICT ZHANGSHENG
SHOES CO LTD
XINFENG VILLAGE, WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**        CNPUTCITPUT

| SEARS | SM4918 | ROXIE SZ 9 568 | | 43 | 516 | 7.030  USD | 3,627.48  USD |
|-------|--------|----------------|---|-----|-----|-----------|--------------|
| | | | | CARTONS | PIECES | PIECES | |

**ITEM:**        230097811244

**MADE IN**        CHINA (MAINLAND)

**CONTENTS**        12 PIECES

**SEARS DIV**        654

**SEARS ITEM/SKU**        25749/568

DESCRIPTION OF TYPE OF SHOE: PU Slouch Bootie
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYURETHANE (PU)
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-11

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM4918 | **REFERENCE NO.** | 101 | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 | |
| **VENDOR ITEM CODE** | 25749 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**        038369
PUTIAN CITY HANJIANG DISTRICT ZHANGSHENG
SHOES CO LTD
XINFENG VILLAGE, WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**        CNPUTCITPUT

| SEARS | SM4918 | ROXIE SZ 8 566 | | 64 | 768 | 7.030  USD | 5,399.04  USD |
|-------|--------|----------------|---|-----|-----|-----------|--------------|
| | | | | CARTONS | PIECES | PIECES | |

**ITEM:**        230097811251

**MADE IN**        CHINA (MAINLAND)

**CONTENTS**        12 PIECES

**SEARS DIV**        654

**SEARS ITEM/SKU**        25749/566

DESCRIPTION OF TYPE OF SHOE: PU Slouch Bootie
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYURETHANE (PU)
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-11

# COMMERCIAL INVOICE

Page 3 of 8

**DATE:** August 08, 2018

**INVOICE NO.:** 201820771573

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM4918 | **REFERENCE NO.** | 101 | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 | |
| **VENDOR ITEM CODE** | 25749 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**          038369

PUTIAN CITY HANJIANG DISTRICT ZHANGSHENG
SHOES CO LTD
XINFENG VILLAGE, WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**          CNPUTCITPUT

| SEARS | SM4918 | ROXIE SZ 7 564 | | 35 | 420 | 7.030 USD | 2,952.60 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 230097811269 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12 PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25749/564 |

DESCRIPTION OF TYPE OF SHOE: PU Slouch Bootie
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYURETHANE (PU)
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-11

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM4918 | **REFERENCE NO.** | 101 | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 | |
| **VENDOR ITEM CODE** | 25749 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**          038369

PUTIAN CITY HANJIANG DISTRICT ZHANGSHENG
SHOES CO LTD
XINFENG VILLAGE, WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**          CNPUTCITPUT

# COMMERCIAL INVOICE

Page 4 of 8

**DATE:** August 08, 2018

**INVOICE NO.:** 201820771573

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China    **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | SM4918 | ROXIE SZ 6 562 | | 26 | 312 | 7.030  USD | 2,193.36  USD |
|-------|--------|----------------|--|----|-----|-----------|--------------|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|--|--|
| **ITEM:** | 230097811277 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12  PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25749/562 |

DESCRIPTION OF TYPE OF SHOE: PU Slouch Bootie
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYURETHANE (PU)
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-11

| | | | |
|--|--|--|--|
| **CONTRACT NO.** | SM4918 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 25749 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

| | |
|--|--|
| **FACTORY NO.** | 038369 |

PUTIAN CITY HANJIANG DISTRICT ZHANGSHENG
SHOES CO LTD
XINFENG VILLAGE, WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

| | |
|--|--|
| **FTY MID NO.** | CNPUTCITPUT |

| SEARS | SM4921 | ROXIE SZ 7 564 | | 9 | 108 | 7.030  USD | 759.24  USD |
|-------|--------|----------------|--|---|-----|-----------|------------|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|--|--|
| **ITEM:** | 230097811368 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12  PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25750/564 |

DESCRIPTION OF TYPE OF SHOE: PU Slouch Bootie
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYURETHANE (PU)
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-11
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|--|--|--|--|
| **CONTRACT NO.** | SM4921 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 25750 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

| | |
|--|--|
| **FACTORY NO.** | 038369 |

PUTIAN CITY HANJIANG DISTRICT ZHANGSHENG

# COMMERCIAL INVOICE

Page 5 of 8

**DATE:** August 08, 2018

**INVOICE NO.:** 201820771573

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

SHOES CO LTD
XINFENG VILLAGE, WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.**      CNPUTCITPUT

| SEARS | SM4921 | ROXIE SZ 8 566 | | 35 CARTONS | 420 PIECES | 7.030 USD PIECES | 2,952.60 USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 230097811376 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12 PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25750/566 |

DESCRIPTION OF TYPE OF SHOE: PU Slouch Bootie
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYURETHANE (PU)
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-11
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM4921 | **REFERENCE NO.** | 101 | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 | |
| **VENDOR ITEM CODE** | 25750 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**      038369
PUTIAN CITY HANJIANG DISTRICT ZHANGSHENG
SHOES CO LTD
XINFENG VILLAGE, WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.**      CNPUTCITPUT

| SEARS | SM4921 | ROXIE SZ 9 568 | | 20 CARTONS | 240 PIECES | 7.030 USD PIECES | 1,687.20 USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 230097811384 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12 PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25750/568 |

DESCRIPTION OF TYPE OF SHOE: PU Slouch Bootie
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYURETHANE (PU)
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-11
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

# COMMERCIAL INVOICE

Page 6 of 8

**DATE:** August 08, 2018

**INVOICE NO.:** 201820771573

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM4921 | **REFERENCE NO.** | 101 | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 | |
| **VENDOR ITEM CODE** | 25750 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |
| **FACTORY NO.** | 038369 | | | |

PUTIAN CITY HANJIANG DISTRICT ZHANGSHENG
SHOES CO LTD
XINFENG VILLAGE, WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**          CNPUTCITPUT

| | | | | | | |
|---|---|---|---|---|---|---|
| **SEARS** | SM4921 | ROXIE SZ 10 570 | | 5 | 60 | 7.030  USD | 421.80  USD |
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 230097811392 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12  PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25750/570 |

DESCRIPTION OF TYPE OF SHOE: PU Slouch Bootie
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYURETHANE (PU)
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-11
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM4921 | **REFERENCE NO.** | 101 | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 | |
| **VENDOR ITEM CODE** | 25750 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |
| **FACTORY NO.** | 038369 | | | |

PUTIAN CITY HANJIANG DISTRICT ZHANGSHENG
SHOES CO LTD
XINFENG VILLAGE, WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**          CNPUTCITPUT

# COMMERCIAL INVOICE

Page 7 of 8

**DATE:** August 08, 2018

**INVOICE NO.:** 201820771573

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Delano , CA

FOB China

| SEARS | SM4921 | ROXIE SZ 11 572 | | | 3 | 36 | 7.030  USD | 253.08  USD |
|-------|--------|-----------------|--|--|---|----|-----------|------------|
| | | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 230097811400 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12  PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25750/572 |

DESCRIPTION OF TYPE OF SHOE: PU Slouch Bootie
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYURETHANE (PU)
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-11
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM4921 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 25750 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**          038369

PUTIAN CITY HANJIANG DISTRICT ZHANGSHENG
SHOES CO LTD
XINFENG VILLAGE, WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**          CNPUTCITPUT

| SEARS | SM4921 | ROXIE SZ 6 562 | | | 12 | 144 | 7.030  USD | 1,012.32  USD |
|-------|--------|----------------|--|--|----|-----|-----------|--------------|
| | | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 230097811426 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12  PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25750/562 |

DESCRIPTION OF TYPE OF SHOE: PU Slouch Bootie
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYURETHANE (PU)
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-11
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM4921 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 25750 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**          038369

# COMMERCIAL INVOICE

Page 8 of 8

**DATE:** August 08, 2018

**INVOICE NO.:** 201820771573

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

PUTIAN CITY HANJIANG DISTRICT ZHANGSHENG
SHOES CO LTD
XINFENG VILLAGE, WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**          CNPUTCITPUT

**PAYMENT TERM**          Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**          OPEN ACCOUNT

**LC#**          NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 265 | 3,180 | PIECES | 22,355.40   USD |

**TOTAL US DOLLARS TWENTY-TWO THOUSAND THREE HUNDRED FIFTY-FIVE DOLLARS AND FORTY CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| XIAMEN LUXINJIA IMP & EXP CO LTD |
|---|
| **EMPLOYEE NAME** _____ |
| **EMPLOYEE TITLE** _____ |

# COMMERCIAL INVOICE

Page 1 of 2

**DATE:** September 05, 2018

**INVOICE NO.:** 201821334815

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China     **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| SEARS | SH7281 | YB RUE SKULLS BLK F18 132 | | 113 | 113 | 80.400 USD | 9,085.20 USD |
| | | | | CARTONS | AST | AST | |
| ITEM: | 780096307236 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 636 | | | | | | |
| SEARS ITEM/SKU | 98032/132 | | | | | | |

DESCRIPTION OF TYPE OF SHOE: YB RUE SKULLS BLK F18
GENDER: YOUTH BOYS
UPPER MATERIAL IN PERCENT:15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13-5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| CONTRACT NO. | SH7281 | REFERENCE NO. | 101 |
| DC CODE | RDE | DEPARTMENT NO. | 085 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8488 |
| VENDOR ITEM CODE | 98032 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.    069257
PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China
FTY MID NO.    CNPUTCITPUT

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| SEARS | SH7286 | YG RUE STARS PNK F18137 | | 117 | 117 | 80.400 USD | 9,406.80 USD |
| | | | | CARTONS | AST | AST | |
| ITEM: | 780094982964 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 636 | | | | | | |
| SEARS ITEM/SKU | 68011/137 | | | | | | |

DESCRIPTION OF TYPE OF SHOE: YG RUE STARS PNK F18
GENDER: YOUTH GIRL
UPPER MATERIAL IN PERCENT:15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13-5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| CONTRACT NO. | SH7286 | REFERENCE NO. | 101 |
| DC CODE | RDE | DEPARTMENT NO. | 085 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8488 |
| VENDOR ITEM CODE | 68011 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, RNONE |

# COMMERCIAL INVOICE

Page 2 of 2

**DATE:** September 05, 2018

**INVOICE NO.:** 201821334815

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China      **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

**FACTORY NO.**          069257
PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China
**FTY MID NO.**          CNPUTCITPUT

**PAYMENT TERM**          Open Acct
**ORDER PAYMENT TERMS**
**DRAWN UNDER**          OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 230 | 230 | ASSORTMENTS | 18,492.00  USD |

TOTAL US DOLLARS EIGHTEEN THOUSAND FOUR HUNDRED NINETY-TWO DOLLARS AND ZERO CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| XIAMEN LUXINJIA IMP & EXP CO LTD |
|---|
| **EMPLOYEE NAME** |
| **EMPLOYEE TITLE** |

# COMMERCIAL INVOICE

Page 1 of 13

**DATE:** September 05, 2018

**INVOICE NO.:** 201821335146

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China    **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| **SEARS** | SH7265 | YB HALFPIPE BLK 584 | 34 | 34 | 66.160  USD | 2,249.44  USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 780096312236 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |
| **SEARS DIV** | 636 | | | | | |
| **SEARS ITEM/SKU** | 98034/584 | | | | | |

DESCRIPTION OF TYPE OF SHOE: YB HALFPIPE BLK
GENDER: YOUTH BOYS
UPPER MATERIAL IN PERCENT:  96% PU + 4%POLYESTER
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13-5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SH7265 | **REFERENCE NO.** | 101 | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 085 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 | |
| **VENDOR ITEM CODE** | 98034 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

| | |
|---|---|
| **FACTORY NO.** | 069257 |
| PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD | |
| YAOTAI, HUANGSHI TOWN IND DISTRICT | |
| LICHENG DISTRICT | |
| PUTIAN | |
| FUJIAN | |
| China | |
| **FTY MID NO.** | CNPUTCITPUT |

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| **SEARS** | SH7265 | YB HALFPIPE BLK 394 | 53 | 53 | 99.240  USD | 5,259.72  USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 780096312897 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |
| **SEARS DIV** | 636 | | | | | |
| **SEARS ITEM/SKU** | 98034/394 | | | | | |

DESCRIPTION OF TYPE OF SHOE: YB HALFPIPE BLK
GENDER: YOUTH BOYS
UPPER MATERIAL IN PERCENT:96% PU + 4%polyester
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13-5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SH7265 | **REFERENCE NO.** | 101 | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 085 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 | |
| **VENDOR ITEM CODE** | 98034 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

# COMMERCIAL INVOICE

**DATE:** September 05, 2018

**INVOICE NO.:** 201821335146

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China    **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | | | |
|---|---|---|---|---|---|
| **FACTORY NO.** | 069257 | | | | |
| PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD | | | | | |
| YAOTAI, HUANGSHI TOWN IND DISTRICT | | | | | |
| LICHENG DISTRICT | | | | | |
| PUTIAN | | | | | |
| FUJIAN | | | | | |
| China | | | | | |
| **FTY MID NO.** | CNPUTCITPUT | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **SEARS** | SH7273 | YB RUE SKU SZ 13 526 | | 16 CARTONS | 96 PIECES | 6.700 USD PIECES | 643.20 USD |

| | |
|---|---|
| **ITEM:** | 780096307103 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 6 PIECES |
| **SEARS DIV** | 636 |
| **SEARS ITEM/SKU** | 98032/526 |

DESCRIPTION OF TYPE OF SHOE: YB RUE SKULLS BLK F18
GENDER: YOUTH BOYS
UPPER MATERIAL IN PERCENT:15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13-5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SH7273 | **REFERENCE NO.** | 101 | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 085 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 | |
| **VENDOR ITEM CODE** | 98032 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

| | |
|---|---|
| **FACTORY NO.** | 069257 |
| PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD | |
| YAOTAI, HUANGSHI TOWN IND DISTRICT | |
| LICHENG DISTRICT | |
| PUTIAN | |
| FUJIAN | |
| China | |
| **FTY MID NO.** | CNPUTCITPUT |

| | | | | | | |
|---|---|---|---|---|---|---|
| **SEARS** | SH7273 | YB RUE SKU SZ 1 552 | | 20 CARTONS | 120 PIECES | 6.700 USD PIECES | 804.00 USD |

| | |
|---|---|
| **ITEM:** | 780096307137 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 6 PIECES |
| **SEARS DIV** | 636 |
| **SEARS ITEM/SKU** | 98032/552 |

DESCRIPTION OF TYPE OF SHOE: YB RUE SKULLS BLK F18
GENDER: YOUTH BOYS
UPPER MATERIAL IN PERCENT:15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13-5

# COMMERCIAL INVOICE

Page 3 of 13

**DATE:** September 05, 2018

**INVOICE NO.:** 201821335146

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:**  Xiamen, China          **SHIPPED TO:**  Delano , CA

**MODE OF TRANSPORTATION:**  Ocean

FOB China

HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SH7273 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 085 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 98032 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**          069257

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD

YAOTAI, HUANGSHI TOWN IND DISTRICT

LICHENG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**          CNPUTCITPUT

| SEARS | SH7273 | YB RUE SKU SZ 2 554 | | | 1 | 6 | 6.700  USD | 40.20  USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 780096307178 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 6  PIECES |
| **SEARS DIV** | 636 |
| **SEARS ITEM/SKU** | 98032/554 |

DESCRIPTION OF TYPE OF SHOE: YB RUE SKULLS BLK F18
GENDER: YOUTH BOYS
UPPER MATERIAL IN PERCENT:15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13-5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SH7273 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 085 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 98032 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**          069257

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD

YAOTAI, HUANGSHI TOWN IND DISTRICT

LICHENG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**          CNPUTCITPUT

# COMMERCIAL INVOICE

Page 4 of 13

**DATE:** September 05, 2018

**INVOICE NO.:** 201821335146

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | SH7273 | YB RUE SKU SZ 3 556 | | 5 | 30 | 6.700 USD | 201.00 USD |
|-------|--------|---------------------|--|---|----|-----------|------------|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 780096307186 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 6 PIECES |
| **SEARS DIV** | 636 |
| **SEARS ITEM/SKU** | 98032/556 |

DESCRIPTION OF TYPE OF SHOE: YB RUE SKULLS BLK F18
GENDER: YOUTH BOYS
UPPER MATERIAL IN PERCENT:15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13-5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SH7273 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 085 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 98032 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**     069257
PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China
**FTY MID NO.**     CNPUTCITPUT

| SEARS | SH7273 | YB RUE SKU SZ 4 558 | | 3 | 18 | 6.700 USD | 120.60 USD |
|-------|--------|---------------------|--|---|----|-----------|------------|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 780096307194 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 6 PIECES |
| **SEARS DIV** | 636 |
| **SEARS ITEM/SKU** | 98032/558 |

DESCRIPTION OF TYPE OF SHOE: YB RUE SKULLS BLK F18
GENDER: YOUTH BOYS
UPPER MATERIAL IN PERCENT:15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13-5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SH7273 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 085 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 98032 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**     069257

# COMMERCIAL INVOICE

Page 5 of 13

**DATE:** September 05, 2018

**INVOICE NO.:** 201821335146

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China     **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China
**FTY MID NO.**     CNPUTCITPUT

| SEARS | SH7273 | YB RUE SKU SZ 5 560 | | | 12 | 72 | 6.700 USD | 482.40 USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 780096307210 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 6 PIECES |
| **SEARS DIV** | 636 |
| **SEARS ITEM/SKU** | 98032/560 |

DESCRIPTION OF TYPE OF SHOE: YB RUE SKULLS BLK F18
GENDER: YOUTH BOYS
UPPER MATERIAL IN PERCENT:15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13-5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SH7273 | **REFERENCE NO.** | 101 | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 085 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 | |
| **VENDOR ITEM CODE** | 98032 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**     069257
PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China
**FTY MID NO.**     CNPUTCITPUT

| SEARS | SH7276 | TG RUE STARS PNK 899 | | | 89 | 89 | 58.590 USD | 5,214.51 USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 780096297130 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 636 |
| **SEARS ITEM/SKU** | 28235/899 |

DESCRIPTION OF TYPE OF SHOE: TG RUE STARS PNK
GENDER: TODDLER GIRL
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

# COMMERCIAL INVOICE

Page 6 of 13

**DATE:** September 05, 2018

**INVOICE NO.:** 201821335146

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Delano , CA

FOB China

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | SH7276 | **REFERENCE NO.** | 101 | | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 085 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 | | |
| **VENDOR ITEM CODE** | 28235 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | | |

**FACTORY NO.** 069257

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD

YAOTAI, HUANGSHI TOWN IND DISTRICT

LICHENG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.** CNPUTCITPUT

| SEARS | SH7276 | TG RUE STARS PNK 279 | | 25 | 25 | 52.080 USD | 1,302.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:** 780096297189

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 ASSORTMENT

**SEARS DIV** 636

**SEARS ITEM/SKU** 28235/279

DESCRIPTION OF TYPE OF SHOE: TG RUE STARS PNK
GENDER: TODDLER GIRL
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | SH7276 | **REFERENCE NO.** | 101 | | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 085 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 | | |
| **VENDOR ITEM CODE** | 28235 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | | |

**FACTORY NO.** 069257

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD

YAOTAI, HUANGSHI TOWN IND DISTRICT

LICHENG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.** CNPUTCITPUT

# COMMERCIAL INVOICE

Page 7 of 13

**DATE:** September 05, 2018

**INVOICE NO.:** 201821335146

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China     **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | SH7277 | YG RUE DOTS BLK F18 137 | 125 CARTONS | 125 AST | 80.400 USD AST | 10,050.00 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 780096306105 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 636 |
| **SEARS ITEM/SKU** | 68012/137 |

DESCRIPTION OF TYPE OF SHOE: YG RUE DOTS BLK F18
GENDER: YOUTH GIRL
UPPER MATERIAL IN PERCENT:15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13-5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SH7277 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 085 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 68012 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, RNONE |

**FACTORY NO.**     069257
PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China
**FTY MID NO.**     CNPUTCITPUT

| SEARS | SH7278 | YG RUE DOT SZ 4 558 | 1 CARTONS | 6 PIECES | 7.050 USD PIECES | 42.30 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 780096303268 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 6 PIECES |
| **SEARS DIV** | 636 |
| **SEARS ITEM/SKU** | 68012/558 |

DESCRIPTION OF TYPE OF SHOE: YG RUE DOTS BLK F18
GENDER: COLD WEATHER BOOTS- ALL
UPPER MATERIAL IN PERCENT: 64%PU+32%TPR+4%POLYESTER
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13-5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SH7278 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 085 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 68012 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**     069257

# COMMERCIAL INVOICE

**DATE:** September 05, 2018

**INVOICE NO.:** 201821335146

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.**          CNPUTCITPUT

| SEARS | SH7278 | YG RUE DOT SZ 3 556 | | | 8 | 48 | 7.050  USD | 338.40  USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | PIECES | PIECES | |

**ITEM:** 780096306055
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 6 PIECES
**SEARS DIV** 636
**SEARS ITEM/SKU** 68012/556

DESCRIPTION OF TYPE OF SHOE: YG RUE DOTS BLK F18
GENDER: COLD WEATHER BOOTS- ALL
UPPER MATERIAL IN PERCENT: 64%PU+32%TPR+4%POLYESTER
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13-5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| **CONTRACT NO.** | SH7278 | **REFERENCE NO.** | 101 |
|---|---|---|---|
| **DC CODE** | RDE | **DEPARTMENT NO.** | 085 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 68012 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.** 069257
PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.**          CNPUTCITPUT

| SEARS | SH7278 | YG RUE DOT SZ 2 554 | | | 1 | 6 | 7.050  USD | 42.30  USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | PIECES | PIECES | |

**ITEM:** 780096306063
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 6 PIECES
**SEARS DIV** 636
**SEARS ITEM/SKU** 68012/554

DESCRIPTION OF TYPE OF SHOE: YG RUE DOTS BLK F18
GENDER: COLD WEATHER BOOTS- ALL
UPPER MATERIAL IN PERCENT: 64%PU+32%TPR+4%POLYESTER
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13-5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

# COMMERCIAL INVOICE

Page 9 of 13

**DATE:** September 05, 2018

**INVOICE NO.:** 201821335146

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SH7278 | **REFERENCE NO.** | 101 | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 085 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 | |
| **VENDOR ITEM CODE** | 68012 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.** 069257
PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.** CNPUTCITPUT

| SEARS | SH7278 | YG RUE DOT SZ 1 552 | | 1 | 6 | 7.050 USD | 42.30 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 780096306071 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 6 PIECES |
| **SEARS DIV** | 636 |
| **SEARS ITEM/SKU** | 68012/552 |

DESCRIPTION OF TYPE OF SHOE: YG RUE DOTS BLK F18
GENDER: COLD WEATHER BOOTS- ALL
UPPER MATERIAL IN PERCENT: 64%PU+32%TPR+4%POLYESTER
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13-5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SH7278 | **REFERENCE NO.** | 101 | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 085 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 | |
| **VENDOR ITEM CODE** | 68012 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.** 069257
PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.** CNPUTCITPUT

# COMMERCIAL INVOICE

Page 10 of 13

**DATE:** September 05, 2018

**INVOICE NO.:** 201821335146

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China        **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | SH7278 | YG RUE DOT SZ 13 526 | | 32 CARTONS | 192 PIECES | 7.050 USD PIECES | 1,353.60 USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 780096306089 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 6 PIECES |
| **SEARS DIV** | 636 |
| **SEARS ITEM/SKU** | 68012/526 |

DESCRIPTION OF TYPE OF SHOE: YG RUE DOTS BLK F18
GENDER: COLD WEATHER BOOTS- ALL
UPPER MATERIAL IN PERCENT: 64%PU+32%TPR+4%POLYESTER
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13-5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SH7278 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 085 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 68012 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**        069257

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD

YAOTAI, HUANGSHI TOWN IND DISTRICT

LICHENG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**        CNPUTCITPUT

| SEARS | SH7278 | YG RUE DOT SZ 5 560 | | 7 CARTONS | 42 PIECES | 7.050 USD PIECES | 296.10 USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 780096306097 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 6 PIECES |
| **SEARS DIV** | 636 |
| **SEARS ITEM/SKU** | 68012/560 |

DESCRIPTION OF TYPE OF SHOE: YG RUE DOTS BLK F18
GENDER: COLD WEATHER BOOTS- ALL
UPPER MATERIAL IN PERCENT: 64%PU+32%TPR+4%POLYESTER
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13-5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SH7278 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 085 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 68012 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**        069257

# COMMERCIAL INVOICE

**DATE:** September 05, 2018

**INVOICE NO.:** 201821335146

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Delano , CA

FOB China

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China
**FTY MID NO.**          CNPUTCITPUT

| SEARS | SH7280 | YB RUE DIGITAL GRN F18 394 | | 50 | 50 | 80.400 USD | 4,020.00 USD |
|-------|--------|---------------------------|---|-----|-----|-----------|-------------|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 780096309414 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 636 |
| **SEARS ITEM/SKU** | 98033/394 |

DESCRIPTION OF TYPE OF SHOE: YB RUE DIGITAL GRN F18
GENDER: YOUTH BOYS
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13-5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SH7280 | **REFERENCE NO.** | 101 | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 085 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 | |
| **VENDOR ITEM CODE** | 98033 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**          069257
PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China
**FTY MID NO.**          CNPUTCITPUT

| SEARS | SH7288 | TB RUE SKULLS BLK 899 | | 123 | 123 | 58.590 USD | 7,206.57 USD |
|-------|--------|----------------------|---|-----|-----|-----------|-------------|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 780096110283 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 636 |
| **SEARS ITEM/SKU** | 58037/899 |

DESCRIPTION OF TYPE OF SHOE: TB RUE SKULLS BLK
GENDER: COLD WEATHER BOOTS- ALL
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

# COMMERCIAL INVOICE

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China        **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | |
|---|---|
| **CONTRACT NO.** | SH7288 |
| **DC CODE** | RDE |
| **DIVISION NO.** | Division 4 |
| **VENDOR ITEM CODE** | 58037 |
| **BINDING RULING # OR PRECLASS #** | |

| | |
|---|---|
| **REFERENCE NO.** | 101 |
| **DEPARTMENT NO.** | 085 |
| **VENDOR NO.** | 8488 |
| **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **CATEGORY** | RNONE |

**FACTORY NO.**        069257

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD

YAOTAI, HUANGSHI TOWN IND DISTRICT

LICHENG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**        CNPUTCITPUT

| SEARS | SH7288 | TB RUE SKULLS BLK 169 | 50 | 50 | 78.120 USD | 3,906.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 780096110333 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 636 |
| **SEARS ITEM/SKU** | 58037/169 |

DESCRIPTION OF TYPE OF SHOE: TB RUE SKULLS BLK
GENDER: COLD WEATHER BOOTS- ALL
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | |
|---|---|
| **CONTRACT NO.** | SH7288 |
| **DC CODE** | RDE |
| **DIVISION NO.** | Division 4 |
| **VENDOR ITEM CODE** | 58037 |
| **BINDING RULING # OR PRECLASS #** | |

| | |
|---|---|
| **REFERENCE NO.** | 101 |
| **DEPARTMENT NO.** | 085 |
| **VENDOR NO.** | 8488 |
| **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **CATEGORY** | RNONE |

**FACTORY NO.**        069257

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD

YAOTAI, HUANGSHI TOWN IND DISTRICT

LICHENG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**        CNPUTCITPUT

# COMMERCIAL INVOICE

**DATE:** September 05, 2018

**INVOICE NO.:** 201821335146

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | |
|---|---|
| **PAYMENT TERM** | Open Acct |
| **ORDER PAYMENT TERMS** | |
| **DRAWN UNDER** | OPEN ACCOUNT |
| **LC#** | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 656 | 642 | PIECES | 43,614.64  USD |
| | | 549 | ASSORTMENTS | |

**TOTAL US DOLLARS FORTY-THREE THOUSAND SIX HUNDRED FOURTEEN DOLLARS AND SIXTY-FOUR CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| XIAMEN LUXINJIA IMP & EXP CO LTD |
|---|
| **EMPLOYEE NAME** _____ |
| **EMPLOYEE TITLE** _____ |

# COMMERCIAL INVOICE

Page 1 of 14

**DATE:** September 12, 2018

**INVOICE NO.:** 201821430286

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| **SEARS** | SK4782 | ARDEN SZ 5.5 561 | 35 | 420 | 7.270  USD | 3,053.40  USD |
| | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 230055364194 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 12 PIECES | | | | | |
| **SEARS DIV** | 654 | | | | | |
| **SEARS ITEM/SKU** | 25808/561 | | | | | |

DESCRIPTION OF TYPE OF SHOE: Side Zip Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SK4782 | **REFERENCE NO.** | 101 | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 | |
| **VENDOR ITEM CODE** | 25808 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**   061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**   CNDEHPUTPUT

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| **SEARS** | SK4782 | ARDEN SZ 6 562 | 40 | 480 | 7.270  USD | 3,489.60  USD |
| | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 230055364251 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 12 PIECES | | | | | |
| **SEARS DIV** | 654 | | | | | |
| **SEARS ITEM/SKU** | 25808/562 | | | | | |

DESCRIPTION OF TYPE OF SHOE: Side Zip Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SK4782 | **REFERENCE NO.** | 101 | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 | |
| **VENDOR ITEM CODE** | 25808 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

# COMMERCIAL INVOICE

Page 2 of 14

**DATE:** September 12, 2018

**INVOICE NO.:** 201821430286

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China       **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | |
|---|---|
| **FACTORY NO.** | 061306 |
| DEHE (PUTIAN) FOOTWEAR CO LTD | |
| LOUTOU VILLAGE WUTANG TOWN | |
| HANJIANG DISTRICT | |
| PUTIAN | |
| FUJIAN | |
| China | |
| **FTY MID NO.** | CNDEHPUTPUT |

| SEARS | SK4782 | ARDEN SZ 6.5 563 | | 35 CARTONS | 420 PIECES | 7.270 USD PIECES | 3,053.40 USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 230055364301 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12 PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25808/563 |

DESCRIPTION OF TYPE OF SHOE: Side Zip Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SK4782 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 25808 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

| | |
|---|---|
| **FACTORY NO.** | 061306 |
| DEHE (PUTIAN) FOOTWEAR CO LTD | |
| LOUTOU VILLAGE WUTANG TOWN | |
| HANJIANG DISTRICT | |
| PUTIAN | |
| FUJIAN | |
| China | |
| **FTY MID NO.** | CNDEHPUTPUT |

| SEARS | SK4782 | ARDEN SZ 7 564 | | 40 CARTONS | 480 PIECES | 7.270 USD PIECES | 3,489.60 USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 230055364319 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12 PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25808/564 |

DESCRIPTION OF TYPE OF SHOE: Side Zip Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5

# COMMERCIAL INVOICE

**DATE:** September 12, 2018

**INVOICE NO.:** 201821430286

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SK4782 | **REFERENCE NO.** | 101 | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 | |
| **VENDOR ITEM CODE** | 25808 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.** 061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.** CNDEHPUTPUT

| SEARS | SK4782 | ARDEN SZ 7.5 565 | 37 | 444 | 7.270  USD | 3,227.88  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 230055364350 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12  PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25808/565 |

DESCRIPTION OF TYPE OF SHOE: Side Zip Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SK4782 | **REFERENCE NO.** | 101 | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 | |
| **VENDOR ITEM CODE** | 25808 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.** 061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.** CNDEHPUTPUT

# COMMERCIAL INVOICE

**DATE:** September 12, 2018

**INVOICE NO.:** 201821430286

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | SK4782 | ARDEN SZ 8 566 | | 40 CARTONS | 480 PIECES | 7.270 USD PIECES | 3,489.60 USD |
|---|---|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **ITEM:** | 230055364426 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12  PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25808/566 |

DESCRIPTION OF TYPE OF SHOE: Side Zip Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SK4782 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 25808 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**     061306
DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China
**FTY MID NO.**     CNDEHPUTPUT

| SEARS | SK4782 | ARDEN SZ 8.5 567 | | 37 CARTONS | 444 PIECES | 7.270 USD PIECES | 3,227.88 USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 230055364467 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12  PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25808/567 |

DESCRIPTION OF TYPE OF SHOE: Side Zip Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SK4782 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 25808 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**     061306

# COMMERCIAL INVOICE

Page 5 of 14

**DATE:** September 12, 2018

**INVOICE NO.:** 201821430286

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Delano , CA

FOB China

DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.**     CNDEHPUTPUT

| SEARS | SK4782 | ARDEN SZ 9 568 | | | 40 | 480 | 7.270  USD | 3,489.60  USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | PIECES | PIECES | |

**ITEM:** 230055364491
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 12 PIECES
**SEARS DIV** 654
**SEARS ITEM/SKU** 25808/568

DESCRIPTION OF TYPE OF SHOE: Side Zip Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| **CONTRACT NO.** | SK4782 | **REFERENCE NO.** | 101 |
|---|---|---|---|
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 25808 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**     061306
DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.**     CNDEHPUTPUT

| SEARS | SK4782 | ARDEN SZ 9.5 569 | | | 37 | 444 | 7.270  USD | 3,227.88  USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | PIECES | PIECES | |

**ITEM:** 230055364541
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 12 PIECES
**SEARS DIV** 654
**SEARS ITEM/SKU** 25808/569

DESCRIPTION OF TYPE OF SHOE: Side Zip Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

# COMMERCIAL INVOICE

Page 6 of 14

**DATE:** September 12, 2018

**INVOICE NO.:** 201821430286

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:**  Xiamen, China        **SHIPPED TO:**  Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SK4782 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 25808 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**        061306
DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China
**FTY MID NO.**        CNDEHPUTPUT

| **SEARS** | SK4782 | ARDEN SZ 10 570 | | 40 | 480 | 7.270  USD | 3,489.60  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 230055364707 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 12  PIECES | | | | | | |
| **SEARS DIV** | 654 | | | | | | |
| **SEARS ITEM/SKU** | 25808/570 | | | | | | |

DESCRIPTION OF TYPE OF SHOE: Side Zip Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SK4782 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 25808 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**        061306
DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China
**FTY MID NO.**        CNDEHPUTPUT

# COMMERCIAL INVOICE

Page 7 of 14

**DATE:** September 12, 2018

**INVOICE NO.:** 201821430286

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | SK4782 | ARDEN SZ 11 572 | | 36 CARTONS | 432 PIECES | 7.270 USD PIECES | 3,140.64 USD |
|-------|--------|-----------------|--|-----|-----|-----|-----|

| | |
|---|---|
| **ITEM:** | 230055364723 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12 PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25808/572 |

DESCRIPTION OF TYPE OF SHOE: Side Zip Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SK4782 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 25808 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**   061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**   CNDEHPUTPUT

| SEARS | SM4859 | OPHELIA SZ 6 562 | | 10 CARTONS | 120 PIECES | 7.130 USD PIECES | 855.60 USD |
|-------|--------|------------------|--|-----|-----|-----|-----|

| | |
|---|---|
| **ITEM:** | 230055495717 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12 PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25803/562 |

DESCRIPTION OF TYPE OF SHOE: Lace Up Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM4859 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 25803 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**   061306

# COMMERCIAL INVOICE

Page 8 of 14

**DATE:** September 12, 2018

**INVOICE NO.:** 201821430286

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China  **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.**    CNDEHPUTPUT

| SEARS | SM4859 | OPHELIA SZ 6.5 563 | | 10 CARTONS | 120 PIECES | 7.130  USD PIECES | 855.60  USD |
|-------|--------|--------------------|--|------------|------------|-------------------|-------------|

**ITEM:**    230055495725
**MADE IN**    CHINA (MAINLAND)
**CONTENTS**    12  PIECES
**SEARS DIV**    654
**SEARS ITEM/SKU**    25803/563

DESCRIPTION OF TYPE OF SHOE: Lace Up Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| **CONTRACT NO.** | SM4859 | **REFERENCE NO.** | 101 |
|------------------|--------|-------------------|-----|
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 25803 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**    061306
DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.**    CNDEHPUTPUT

| SEARS | SM4859 | OPHELIA SZ 7 564 | | 10 CARTONS | 120 PIECES | 7.130  USD PIECES | 855.60  USD |
|-------|--------|------------------|--|------------|------------|-------------------|-------------|

**ITEM:**    230055495733
**MADE IN**    CHINA (MAINLAND)
**CONTENTS**    12  PIECES
**SEARS DIV**    654
**SEARS ITEM/SKU**    25803/564

DESCRIPTION OF TYPE OF SHOE: Lace Up Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

# COMMERCIAL INVOICE

**DATE:** September 12, 2018

**INVOICE NO.:** 201821430286

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM4859 | **REFERENCE NO.** | 101 | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 | |
| **VENDOR ITEM CODE** | 25803 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**          061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**          CNDEHPUTPUT

| SEARS | SM4859 | OPHELIA SZ 7.5 565 | 10 CARTONS | 120 PIECES | 7.130 USD PIECES | 855.60 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 230055495915 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12 PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25803/565 |

DESCRIPTION OF TYPE OF SHOE: Lace Up Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM4859 | **REFERENCE NO.** | 101 | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 | |
| **VENDOR ITEM CODE** | 25803 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**          061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**          CNDEHPUTPUT

# COMMERCIAL INVOICE

Page 10 of 14

**DATE:** September 12, 2018

**INVOICE NO.:** 201821430286

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | SM4859 | OPHELIA SZ 8 566 | | 10 CARTONS | 120 PIECES | 7.130 USD PIECES | 855.60 USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 230055497218 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12 PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25803/566 |

DESCRIPTION OF TYPE OF SHOE: Lace Up Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM4859 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 25803 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**        061306
DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China
**FTY MID NO.**        CNDEHPUTPUT

| SEARS | SM4859 | OPHELIA SZ 8.5 567 | | 10 CARTONS | 120 PIECES | 7.130 USD PIECES | 855.60 USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 230055497226 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12 PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25803/567 |

DESCRIPTION OF TYPE OF SHOE: Lace Up Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM4859 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 25803 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**        061306

# COMMERCIAL INVOICE

**DATE:** September 12, 2018
**INVOICE NO.:** 201821430286

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China     **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China
**FTY MID NO.**     CNDEHPUTPUT

| SEARS | SM4859 | OPHELIA SZ 9 568 | | 10 CARTONS | 120 PIECES | 7.130 USD PIECES | 855.60 USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 230055497572 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12 PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25803/568 |

DESCRIPTION OF TYPE OF SHOE: Lace Up Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM4859 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 25803 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**     061306
DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China
**FTY MID NO.**     CNDEHPUTPUT

| SEARS | SM4859 | OPHELIA SZ 9.5 569 | | 10 CARTONS | 120 PIECES | 7.130 USD PIECES | 855.60 USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 230055497606 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12 PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25803/569 |

DESCRIPTION OF TYPE OF SHOE: Lace Up Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

# COMMERCIAL INVOICE

Page 12 of 14

**DATE:** September 12, 2018

**INVOICE NO.:** 201821430286

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China     **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | SM4859 | **REFERENCE NO.** | 101 | | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 | | |
| **VENDOR ITEM CODE** | 25803 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | | |

**FACTORY NO.**     061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**     CNDEHPUTPUT

| SEARS | SM4859 | OPHELIA SZ 10 570 | | 10 CARTONS | 120 PIECES | 7.130 USD PIECES | 855.60 USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 230055497630 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12 PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25803/570 |

DESCRIPTION OF TYPE OF SHOE: Lace Up Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | SM4859 | **REFERENCE NO.** | 101 | | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 | | |
| **VENDOR ITEM CODE** | 25803 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | | |

**FACTORY NO.**     061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**     CNDEHPUTPUT

# COMMERCIAL INVOICE

Page 13 of 14

**DATE:** September 12, 2018

**INVOICE NO.:** 201821430286

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | SM4859 | OPHELIA SZ 11 572 | | 9 | 108 | 7.130 USD | 770.04 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 230055497689 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12 PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25803/572 |

DESCRIPTION OF TYPE OF SHOE: Lace Up Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM4859 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 25803 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**      061306
DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China
**FTY MID NO.**      CNDEHPUTPUT

| SEARS | SM4859 | OPHELIA SZ 5.5 561 | | 9 | 108 | 7.130 USD | 770.04 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 230055499230 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12 PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25803/561 |

DESCRIPTION OF TYPE OF SHOE: Lace Up Wedge
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYESTER (MICROFIBER)
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:WOS#6-11/ #5.5-9.5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM4859 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 25803 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**      061306

# COMMERCIAL INVOICE

**DATE:** September 12, 2018

**INVOICE NO.:** 201821430286

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**　SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China
**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Delano , CA

FOB China

DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China
**FTY MID NO.**　　　CNDEHPUTPUT

**PAYMENT TERM**　　Open Acct
**ORDER PAYMENT TERMS**
**DRAWN UNDER**　　OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 525 | 6,300 | PIECES | 45,619.56　USD |

**TOTAL US DOLLARS FORTY-FIVE THOUSAND SIX HUNDRED NINETEEN DOLLARS AND FIFTY-SIX CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| XIAMEN LUXINJIA IMP & EXP CO LTD |
|---|
| **EMPLOYEE NAME** _____ |
| **EMPLOYEE TITLE** _____ |

# COMMERCIAL INVOICE

**DATE:** September 12, 2018

**INVOICE NO.:** 201821431046

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China        **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|---|
| SEARS | SM4919 | ROXIE SZ 11 572 | | | 12 | 144 | 7.030  USD | 1,012.32  USD |
| | | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 230097811228 | | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | | |
| CONTENTS | 12 PIECES | | | | | | | |
| SEARS DIV | 654 | | | | | | | |
| SEARS ITEM/SKU | 25749/572 | | | | | | | |

DESCRIPTION OF TYPE OF SHOE: PU Slouch Bootie
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYURETHANE (PU)
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-11

| | | | |
|---|---|---|---|
| CONTRACT NO. | SM4919 | REFERENCE NO. | 101 |
| DC CODE | RDE | DEPARTMENT NO. | 086 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8488 |
| VENDOR ITEM CODE | 25749 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

**FACTORY NO.**     038369

PUTIAN CITY HANJIANG DISTRICT ZHANGSHENG
SHOES CO LTD
XINFENG VILLAGE, WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**     CNPUTCITPUT

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|---|
| SEARS | SM4919 | ROXIE SZ 10 570 | | | 44 | 528 | 7.030  USD | 3,711.84  USD |
| | | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 230097811236 | | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | | |
| CONTENTS | 12 PIECES | | | | | | | |
| SEARS DIV | 654 | | | | | | | |
| SEARS ITEM/SKU | 25749/570 | | | | | | | |

DESCRIPTION OF TYPE OF SHOE: PU Slouch Bootie
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYURETHANE (PU)
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-11

| | | | |
|---|---|---|---|
| CONTRACT NO. | SM4919 | REFERENCE NO. | 101 |
| DC CODE | RDE | DEPARTMENT NO. | 086 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8488 |
| VENDOR ITEM CODE | 25749 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

# COMMERCIAL INVOICE

Page 2 of 8

**DATE:** September 12, 2018

**INVOICE NO.:** 201821431046

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

**FACTORY NO.** 038369
PUTIAN CITY HANJIANG DISTRICT ZHANGSHENG
SHOES CO LTD
XINFENG VILLAGE, WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.** CNPUTCITPUT

| SEARS | SM4919 | ROXIE SZ 9 568 | | | 75 CARTONS | 900 PIECES | 7.030 USD PIECES | 6,327.00 USD |
|---|---|---|---|---|---|---|---|---|

**ITEM:** 230097811244
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 12 PIECES
**SEARS DIV** 654
**SEARS ITEM/SKU** 25749/568

DESCRIPTION OF TYPE OF SHOE: PU Slouch Bootie
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYURETHANE (PU)
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-11

| **CONTRACT NO.** | SM4919 | **REFERENCE NO.** | 101 |
|---|---|---|---|
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 25749 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.** 038369
PUTIAN CITY HANJIANG DISTRICT ZHANGSHENG
SHOES CO LTD
XINFENG VILLAGE, WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.** CNPUTCITPUT

| SEARS | SM4919 | ROXIE SZ 8 566 | | | 115 CARTONS | 1,380 PIECES | 7.030 USD PIECES | 9,701.40 USD |
|---|---|---|---|---|---|---|---|---|

**ITEM:** 230097811251
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 12 PIECES
**SEARS DIV** 654
**SEARS ITEM/SKU** 25749/566

DESCRIPTION OF TYPE OF SHOE: PU Slouch Bootie
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYURETHANE (PU)
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-11

# COMMERCIAL INVOICE

Page 3 of 8

**DATE:** September 12, 2018

**INVOICE NO.:** 201821431046

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| CONTRACT NO. | SM4919 | REFERENCE NO. | 101 |
|---|---|---|---|
| DC CODE | RDE | DEPARTMENT NO. | 086 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8488 |
| VENDOR ITEM CODE | 25749 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

**FACTORY NO.** 038369

PUTIAN CITY HANJIANG DISTRICT ZHANGSHENG SHOES CO LTD
XINFENG VILLAGE, WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.** CNPUTCITPUT

| SEARS | SM4919 | ROXIE SZ 7 564 | | 85 | 1,020 | 7.030  USD | 7,170.60  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 230097811269 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12  PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25749/564 |

DESCRIPTION OF TYPE OF SHOE: PU Slouch Bootie
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYURETHANE (PU)
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-11

| CONTRACT NO. | SM4919 | REFERENCE NO. | 101 |
|---|---|---|---|
| DC CODE | RDE | DEPARTMENT NO. | 086 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8488 |
| VENDOR ITEM CODE | 25749 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

**FACTORY NO.** 038369

PUTIAN CITY HANJIANG DISTRICT ZHANGSHENG SHOES CO LTD
XINFENG VILLAGE, WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.** CNPUTCITPUT

# COMMERCIAL INVOICE

Page 4 of 8

**DATE:** September 12, 2018

**INVOICE NO.:** 201821431046

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | SM4919 | ROXIE SZ 6 562 | | | 44 | 528 | 7.030 USD | 3,711.84 USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | PIECES | PIECES | |

| | | |
|---|---|---|
| **ITEM:** | 230097811277 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 12 PIECES | |
| **SEARS DIV** | 654 | |
| **SEARS ITEM/SKU** | 25749/562 | |

DESCRIPTION OF TYPE OF SHOE: PU Slouch Bootie
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYURETHANE (PU)
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-11

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM4919 | **REFERENCE NO.** | 101 | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 | |
| **VENDOR ITEM CODE** | 25749 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**     038369

PUTIAN CITY HANJIANG DISTRICT ZHANGSHENG
SHOES CO LTD
XINFENG VILLAGE, WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**     CNPUTCITPUT

| SEARS | SM4922 | ROXIE SZ 7 564 | | | 26 | 312 | 7.030 USD | 2,193.36 USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | PIECES | PIECES | |

| | | |
|---|---|---|
| **ITEM:** | 230097811368 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 12 PIECES | |
| **SEARS DIV** | 654 | |
| **SEARS ITEM/SKU** | 25750/564 | |

DESCRIPTION OF TYPE OF SHOE: PU Slouch Bootie
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYURETHANE (PU)
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-11
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM4922 | **REFERENCE NO.** | 101 | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 | |
| **VENDOR ITEM CODE** | 25750 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**     038369

PUTIAN CITY HANJIANG DISTRICT ZHANGSHENG

# COMMERCIAL INVOICE

Page 5 of 8

**DATE:** September 12, 2018

**INVOICE NO.:** 201821431046

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China     **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

SHOES CO LTD
XINFENG VILLAGE, WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.**     CNPUTCITPUT

| SEARS | SM4922 | ROXIE SZ 8 566 | | 42 CARTONS | 504 PIECES | 7.030  USD PIECES | 3,543.12  USD |
|-------|--------|----------------|--|-------|--------|-------------|-----------|

| | |
|---|---|
| **ITEM:** | 230097811376 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12  PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25750/566 |

DESCRIPTION OF TYPE OF SHOE: PU Slouch Bootie
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYURETHANE (PU)
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-11
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM4922 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 25750 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**     038369
PUTIAN CITY HANJIANG DISTRICT ZHANGSHENG SHOES CO LTD
XINFENG VILLAGE, WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.**     CNPUTCITPUT

| SEARS | SM4922 | ROXIE SZ 9 568 | | 28 CARTONS | 336 PIECES | 7.030  USD PIECES | 2,362.08  USD |
|-------|--------|----------------|--|-------|--------|-------------|-----------|

| | |
|---|---|
| **ITEM:** | 230097811384 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12  PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25750/568 |

DESCRIPTION OF TYPE OF SHOE: PU Slouch Bootie
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYURETHANE (PU)
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-11
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

# COMMERCIAL INVOICE

Page 6 of 8

**DATE:** September 12, 2018

**INVOICE NO.:** 201821431046

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China   **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| CONTRACT NO. | SM4922 | REFERENCE NO. | 101 |
|---|---|---|---|
| DC CODE | RDE | DEPARTMENT NO. | 086 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8488 |
| VENDOR ITEM CODE | 25750 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

**FACTORY NO.** 038369

PUTIAN CITY HANJIANG DISTRICT ZHANGSHENG SHOES CO LTD
XINFENG VILLAGE, WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.** CNPUTCITPUT

| SEARS | SM4922 | ROXIE SZ 10 570 | | 3 | 36 | 7.030 USD | 253.08 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 230097811392 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12 PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25750/570 |

DESCRIPTION OF TYPE OF SHOE: PU Slouch Bootie
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYURETHANE (PU)
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-11
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| CONTRACT NO. | SM4922 | REFERENCE NO. | 101 |
|---|---|---|---|
| DC CODE | RDE | DEPARTMENT NO. | 086 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8488 |
| VENDOR ITEM CODE | 25750 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

**FACTORY NO.** 038369

PUTIAN CITY HANJIANG DISTRICT ZHANGSHENG SHOES CO LTD
XINFENG VILLAGE, WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.** CNPUTCITPUT

# COMMERCIAL INVOICE

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China        **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | SM4922 | ROXIE SZ 11 572 | | | 1 | 12 | 7.030  USD | 84.36  USD |
|-------|--------|-----------------|--|--|---|----|-----------|-----------|
| | | | | | CARTONS | PIECES | PIECES | |

| | | |
|---|---|---|
| **ITEM:** | 230097811400 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12  PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25750/572 |

DESCRIPTION OF TYPE OF SHOE: PU Slouch Bootie
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYURETHANE (PU)
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-11
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM4922 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 25750 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**        038369

PUTIAN CITY HANJIANG DISTRICT ZHANGSHENG
SHOES CO LTD
XINFENG VILLAGE, WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**        CNPUTCITPUT

| SEARS | SM4922 | ROXIE SZ 6 562 | | | 12 | 144 | 7.030  USD | 1,012.32  USD |
|-------|--------|----------------|--|--|----|-----|-----------|--------------|
| | | | | | CARTONS | PIECES | PIECES | |

| | | |
|---|---|---|
| **ITEM:** | 230097811426 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12  PIECES |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 25750/562 |

DESCRIPTION OF TYPE OF SHOE: PU Slouch Bootie
GENDER: WOMEN
UPPER MATERIAL IN PERCENT:100% POLYURETHANE (PU)
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-11
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM4922 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8488 |
| **VENDOR ITEM CODE** | 25750 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**        038369

# COMMERCIAL INVOICE

Page 8 of 8

**DATE:** September 12, 2018

**INVOICE NO.:** 201821431046

8488
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

PUTIAN CITY HANJIANG DISTRICT ZHANGSHENG
SHOES CO LTD
XINFENG VILLAGE, WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**          CNPUTCITPUT

**PAYMENT TERM**          Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**          OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 487 | 5,844 | PIECES | 41,083.32  USD |

**TOTAL US DOLLARS FORTY-ONE THOUSAND EIGHTY-THREE DOLLARS AND THIRTY-TWO CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| XIAMEN LUXINJIA IMP & EXP CO LTD |
|---|
| **EMPLOYEE NAME** |
| **EMPLOYEE TITLE** |

# UPS Supply Chain Solutions™ 

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| | |
|---|---|
| BOOKING NO. | CARGO RECEIPT NO. |
| 577485515 | 717941894T |

**SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)**
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN FUJIAN CHINA

EXPORT REFERENCES

TOMS 8 - 26452
20 187206 7 2158

DATE OF RECEIPT OF CARGO

08/08/2018

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
SEARS,ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES,IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
PHONE:(310) 404-2792 FAX: (310) 404 2962
ATTN: MARY ELLEN WRATSCHKO

| | | |
|---|---|---|
| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
| | XIAMEN,CN | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| MSC ALTAIR 832N | XIAMEN,CN | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| LOS ANGELES,CA. | DELANO,CA. | 1 |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| SEARS PO#: | 1312CTNS | FCR DATE:8/8/2018 | 12450.8KGS | 121.594CBM |
| ITEM NO: | | SHIP MODE:CY/CY | | |
| MADE IN :CHINA(MAINLAND) | | SAILING DATE:8/15/2018 | | |
| CONTENTS: | | FREIGHT:COLLECT | | |
| SEARS DIV: | | THE ABOVE SHIPMENT CONTAINS | | |
| SEARS ITEM/SKU: | | NO (SOLID) WOOD PACKING MATERIAL | | |
| | | | | |
| MRKU1073875/CN0992282/40STD | | | | |
| MSKU0814260/CN0992281/40HC | | | | |

ORIGINAL

AS PER ATTACHMENT

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 1 | 1 |
| PACKINGLIST | 1 | 1 |
| INTERIM FOOTWEAR INVOICE | 1 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
Issued by **UPS SUPPLY CHAIN SOLUTIONS INC.**
Authorized Signatures

Month ___8___ Day ___20___ Year ___2018___

Attachment No: 1     \*\*\* UPS SUPPLY CHAIN SOLUTIONS,INC. \*\*\*
                    \*\*\* FORWARDER'S CARGO RECEIPT \*\*\*

ATTACHMENT 7183423170
FOR

| | Packages: | | Description: | Kgs: | Cbm: |
|---|---|---|---|---|---|
| | 130 | CTNS | YG KALI 2 DRESS HEELDESERVING PK 2<br>PO:B2YNW<br>ITEM:150021358007<br>REF:102<br>DEPT:035<br>HTS:6404193760, 6404193790 | 377 | 5.019 |
| | 37 | CTNS | YG KALI 2 DRESS HEELNON DESERVING PK 1<br>PO:B2YNW<br>ITEM:150021358015<br>REF:102<br>DEPT:035<br>HTS:6404198790 | 107.3 | 1.297 |
| | 37 | CTNS | YG KALI 2 DRESS HEELNON DESERVING PK 2<br>PO:B2YNW<br>ITEM:150021358023<br>REF:102<br>DEPT:035<br>HTS:6404193760, 6404198790 | 107.3 | 1.407 |
| | 130 | CTNS | YG KALI 2 DRESS HEELDESERVING PK 1<br>PO:B2YNW<br>ITEM:150021357918<br>REF:102<br>DEPT:035<br>HTS:6404193790 | 559 | 6.591 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

| Attachment No: | 1 | *** UPS SUPPLY CHAIN SOLUTIONS,INC. *** |
| | | *** FORWARDER'S CARGO RECEIPT *** |
| ATTACHMENT FOR | 7179418941 | |

| | Packages: | | Description: | Kgs: | Cbm: |
|---|---|---|---|---|---|
| | 60 | CTNS | ARDEN SZ 6 562<br>PO:SK4781<br>ITEM:230055364251<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 540 | 5.245 |
| | 60 | CTNS | ARDEN SZ 6.5 563<br>PO:SK4781<br>ITEM:230055364301<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 540 | 5.245 |
| | 65 | CTNS | ARDEN SZ 7 564<br>PO:SK4781<br>ITEM:230055364319<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 585 | 5.682 |
| | 60 | CTNS | ARDEN SZ 7.5 565<br>PO:SK4781<br>ITEM:230055364350<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 540 | 5.245 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

| | | | | | |
|---|---|---|---|---|---|
| Attachment No: | 3 | | *** UPS SUPPLY CHAIN SOLUTIONS,INC. *** | | |
| | | | *** FORWARDER'S CARGO RECEIPT *** | | |
| ATTACHMENT FOR | 7179418941 | | | | |

| | 60 | CTNS | ARDEN SZ 10 570<br>PO:SK4781<br>ITEM:230055364707<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 540 | 5.554 |
|---|---|---|---|---|---|
| | 58 | CTNS | ARDEN SZ 11 572<br>PO:SK4781<br>ITEM:230055364723<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 522 | 5.369 |
| | 15 | CTNS | FALL SZ 6 562<br>PO:SK4962<br>ITEM:250012804159<br>REF:101<br>DEPT:086<br>HTS:6402993165 | 183 | 1.582 |
| | 2 | CTNS | FALL SZ 6.5 563<br>PO:SK4962<br>ITEM:250012804225<br>REF:101<br>DEPT:086<br>HTS:6402993165 | 24.4 | 0.211 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

Attachment No:     4

*** UPS SUPPLY CHAIN SOLUTIONS,INC. ***
*** FORWARDER'S CARGO RECEIPT ***

ATTACHMENT
FOR             7179418941

| | | | | | |
|---|---|---|---|---|---|
| 41 | CTNS | FALL SZ 7 564<br>PO:SK4962<br>ITEM:250012804340<br>REF:101<br>DEPT:086<br>HTS:6402993165 | 500.2 | 4.325 |
| 9 | CTNS | FALL SZ 7.5 565<br>PO:SK4962<br>ITEM:250012804795<br>REF:101<br>DEPT:086<br>HTS:6402993165 | 109.8 | 0.949 |
| 50 | CTNS | FALL SZ 8 566<br>PO:SK4962<br>ITEM:250012806030<br>REF:101<br>DEPT:086<br>HTS:6402993165 | 630 | 5.274 |
| 12 | CTNS | FALL SZ 8.5 567<br>PO:SK4962<br>ITEM:250012806717<br>REF:101<br>DEPT:086<br>HTS:6402993165 | 151.2 | 1.266 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.

Authorized Signatures

| Attachment No: | 5 | | *** UPS SUPPLY CHAIN SOLUTIONS,INC. *** |
| ATTACHMENT FOR | 7179418941 | | *** FORWARDER'S CARGO RECEIPT *** |

| | 35 | CTNS | FALL SZ 9 568<br>PO:SK4962<br>ITEM:250012809752<br>REF:101<br>DEPT:086<br>HTS:6402993165 | 441 | 3.692 |
| | 2 | CTNS | FALL SZ 9.5 569<br>PO:SK4962<br>ITEM:250012809760<br>REF:101<br>DEPT:086<br>HTS:6402993165 | 25.2 | 0.211 |
| | 18 | CTNS | FALL SZ 10 570<br>PO:SK4962<br>ITEM:250012809778<br>REF:101<br>DEPT:086<br>HTS:6402993165 | 226.8 | 1.899 |
| | 2 | CTNS | FALL SZ 11 572<br>PO:SK4962<br>ITEM:250012810966<br>REF:101<br>DEPT:086<br>HTS:6402993165 | 25.2 | 0.211 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

| Attachment No: | 6 | | *** UPS SUPPLY CHAIN SOLUTIONS,INC. *** | | |
| | | | *** FORWARDER'S CARGO RECEIPT *** | | |
| ATTACHMENT FOR | 7179418941 | | | | |

| | 15 | CTNS | ARDEN SZ 5.5 561 PO:SL4791 ITEM:230055391189 REF:101 DEPT:086 HTS:6404198760 | 135 | 1.311 |
| | 15 | CTNS | ARDEN SZ 6 562 PO:SL4791 ITEM:230055391304 REF:101 DEPT:086 HTS:6404198760 | 135 | 1.311 |
| | 15 | CTNS | ARDEN SZ 6.5 563 PO:SL4791 ITEM:230055392153 REF:101 DEPT:086 HTS:6404198760 | 135 | 1.311 |
| | 16 | CTNS | ARDEN SZ 7 564 PO:SL4791 ITEM:230055418321 REF:101 DEPT:086 HTS:6404198760 | 144 | 1.399 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

| Attachment No: | 7 | | *** UPS SUPPLY CHAIN SOLUTIONS,INC. *** | | |
|---|---|---|---|---|---|
| ATTACHMENT FOR | 7179418941 | | *** FORWARDER'S CARGO RECEIPT *** | | |

| | 15 | CTNS | ARDEN SZ 7.5 565<br>PO:SL4791<br>ITEM:230055418354<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 135 | 1.311 |
|---|---|---|---|---|---|
| | 16 | CTNS | ARDEN SZ 8 566<br>PO:SL4791<br>ITEM:230055418800<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 144 | 1.481 |
| | 15 | CTNS | ARDEN SZ 8.5 567<br>PO:SL4791<br>ITEM:230055418875<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 135 | 1.388 |
| | 15 | CTNS | ARDEN SZ 9 568<br>PO:SL4791<br>ITEM:230055418941<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 135 | 1.388 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

Attachment No:     8                    ***   UPS SUPPLY CHAIN SOLUTIONS,INC.   ***
                                        ***   FORWARDER'S CARGO RECEIPT          ***
ATTACHMENT         7179418941
FOR

| | 15 | CTNS | ARDEN SZ 9.5 569<br>PO:SL4791<br>ITEM:230055420137<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 135 | 1.388 |
|---|---|---|---|---|---|
| | 15 | CTNS | ARDEN SZ 10 570<br>PO:SL4791<br>ITEM:230055420301<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 135 | 1.388 |
| | 15 | CTNS | ARDEN SZ 11 572<br>PO:SL4791<br>ITEM:230055424626<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 135 | 1.388 |
| | 17 | CTNS | OPHELIA SZ 6 562<br>PO:SL4855<br>ITEM:230055495717<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 153 | 1.486 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

Attachment No:      9                          ***  UPS SUPPLY CHAIN SOLUTIONS,INC.  ***
                                               ***  FORWARDER'S CARGO RECEIPT       ***

ATTACHMENT      7179418941
FOR

| | 18 | CTNS | OPHELIA SZ 6.5 563<br>PO:SL4855<br>ITEM:230055495725<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 162 | 1.574 |
| | 20 | CTNS | OPHELIA SZ 7 564<br>PO:SL4855<br>ITEM:230055495733<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 180 | 1.748 |
| | 20 | CTNS | OPHELIA SZ 7.5 565<br>PO:SL4855<br>ITEM:230055495915<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 180 | 1.748 |
| | 20 | CTNS | OPHELIA SZ 8 566<br>PO:SL4855<br>ITEM:230055497218<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 180 | 1.851 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

Attachment No:    10

\*\*\*    UPS SUPPLY CHAIN SOLUTIONS,INC.    \*\*\*
\*\*\*    FORWARDER'S CARGO RECEIPT    \*\*\*

ATTACHMENT
FOR            7179418941

| | 20 | CTNS | OPHELIA SZ 8.5 567<br>PO:SL4855<br>ITEM:230055497226<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 180 | 1.851 |
| | 20 | CTNS | OPHELIA SZ 9 568<br>PO:SL4855<br>ITEM:230055497572<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 180 | 1.851 |
| | 20 | CTNS | OPHELIA SZ 9.5 569<br>PO:SL4855<br>ITEM:230055497606<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 180 | 1.851 |
| | 20 | CTNS | OPHELIA SZ 10 570<br>PO:SL4855<br>ITEM:230055497630<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 180 | 1.851 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

Attachment No:    11

ATTACHMENT
FOR    7179418941

\*\*\*   UPS SUPPLY CHAIN SOLUTIONS,INC.   \*\*\*
\*\*\*   FORWARDER'S CARGO RECEIPT   \*\*\*

| 17 | CTNS | OPHELIA SZ 11 572<br>PO:SL4855<br>ITEM:230055497689<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 153 | 1.574 |
| 17 | CTNS | OPHELIA SZ 5.5 561<br>PO:SL4855<br>ITEM:230055499230<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 153 | 1.486 |
| 1 | CTNS | OPHELIA SZ 5.5 561<br>PO:SM4898<br>ITEM:230097810352<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 9 | 0.087 |
| 6 | CTNS | OPHELIA SZ 6 562<br>PO:SM4898<br>ITEM:230097810378<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 54 | 0.525 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

Attachment No:    12            ***  UPS SUPPLY CHAIN SOLUTIONS,INC.  ***
                               ***  FORWARDER'S CARGO RECEIPT       ***
ATTACHMENT
EOR              717941894T

| 1 | CTNS | OPHELIA SZ 6.5 563<br>PO:SM4898<br>ITEM:230097810386<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 9 | 0.087 |
| 21 | CTNS | OPHELIA SZ 7 564<br>PO:SM4898<br>ITEM:230097810402<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 189 | 1.836 |
| 1 | CTNS | OPHELIA SZ 7.5 565<br>PO:SM4898<br>ITEM:230097810410<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 9 | 0.087 |
| 21 | CTNS | OPHELIA SZ 8 566<br>PO:SM4898<br>ITEM:230097810428<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 189 | 1.944 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

Attachment No:      13                    ***   UPS SUPPLY CHAIN SOLUTIONS,INC.   ***
ATTACHMENT                                ***   FORWARDER'S CARGO RECEIPT        ***
FOR                 717941894T

| | | | | |
|---|---|---|---|---|
| 3 | CTNS | OPHELIA SZ 8.5 567<br>PO:SM4898<br>ITEM:230097810444<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 27 | 0.278 |
| 22 | CTNS | OPHELIA SZ 9 568<br>PO:SM4898<br>ITEM:230097810451<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 198 | 2.036 |
| 1 | CTNS | OPHELIA SZ 9.5 569<br>PO:SM4898<br>ITEM:230097810477<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 9 | 0.093 |
| 5 | CTNS | OPHELIA SZ 10 570<br>PO:SM4898<br>ITEM:230097810485<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 45 | 0.463 |



UPS SCS (CHINA) LIMITED XIAMEN BRANCH

UPS SUPPLY CHAIN SOLUTIONS INC.
AS AGENT FOR
Authorized Signatures

Attachment No:  14

ATTACHMENT FOR   717941894T

\*\*\*  UPS SUPPLY CHAIN SOLUTIONS,INC.  \*\*\*
\*\*\*  FORWARDER'S CARGO RECEIPT  \*\*\*

| 1 | CTNS | OPHELIA SZ 11 572<br>PO:SM4898<br>ITEM:230097810493<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 9 | 0.093 |
| 59 | CTNS | ARDEN SZ 5.5 561<br>PO:SK4781<br>ITEM:230055364194<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 531 | 5.158 |



UPS SCS (CHINA) LIMITED XIAMEN BRANCH
AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS, INC.
Authorized Signatures

**UPS Supply Chain Solutions™**  **UPS**

OTI License No. 275F

| | |
|---|---|
| BOOKING NO. | CARGO RECEIPT NO. |
| 577485547 | 7179418950 |
| EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| TON 18-275SR 20182067540) | 08/08/2018 |

SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN FUJIAN CHINA

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS,ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES,IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
PHONE:(310) 404-2792  FAX: (310) 404 2962
ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER XIAMEN,CN | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG) MSC ALTAIR 832N | PORT OF LOADING XIAMEN,CN | |
| PORT OF DISCHARGE LOS ANGELES,CA. | PLACE OF DELIVERY BY ON CARRIER DELANO,CA. | NUMBER OF ORIGINALS 1 |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| SEARS PO#:<br>ITEM NO:<br>MADE IN :CHINA(MAINLAND)<br>CONTENTS:<br>SEARS DIV:<br>SEARS ITEM/SKU:<br><br>MRKU3885862/CN0986644/40HC<br>SUDU6601707/CN0986645/40HC | 144Carton | FCR DATE:8/8/2018<br>SHIP MODE:CFS/CY<br>SAILING DATE:8/15/2018<br>YB RUE SKULLS BLK F8 137<br>PO:SH7274<br>ITEM:780096307228<br>REF:101<br>DEPT:085<br>HTS:6402914061<br>FREIGHT:COLLECT<br>THE ABOVE SHIPMENT CONTAINS<br>NO (SOLID) WOOD PACKING MATERIAL | 2016KGS | 20.044CBM |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 1 | 1 |
| PACKINGLIST | 1 | 1 |
| INTERIM FOOTWEAR INVOICE | 1 | 1 |
| CPSIA GENERAL CONFORMITY CONFORMITY CERTIFICATE | 1 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
XIAMEN                 Authorized Signatures

Issued by_____

Month ___8___ Day ___10___ Year ___2018___

# UPS Supply Chain Solutions™   (ups)

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| XIAMEN LUXINJIA IMP & EXP CO LTD | 577485515 | 7179419005 |
| NO. 496, 821 STREET | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| XIADIAN ROAD, LICHENG | TOMS18-2665R | 08/10/2018 |
| PUTIAN FUJIAN CHINA | 2018206160 73 | |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

SEARS,ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES,IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
PHONE: (310) 404-2792   FAX: (310) 404 2962
ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | XIAMEN,CN | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| MSC ALTAIR 832N | XIAMEN,CN | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| LOS ANGELES,CA. | DELANO,CA. | |

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| SEARS PO#: | 1963CTNS | FCR DATE:8/10/2018 | 22744 KGS | 160.759CBM |
| ITEM NO: | | SHIP MODE:CY/CY | | |
| MADE IN:CHINA(MAINLAND) | | SAILING DATE:8/15/2018 | | |
| CONTENTS: | | FREIGHT COLLECT | | |
| SEARS DIV: | | THE ABOVE SHIPMENT CONTAINS | | |
| SEARS ITEM/SKU: | | NO (SOLID) WOOD PACKING MATERIAL | | |
| INKU2635532/CN0982563/40HC | | | | |
| MSKU1389079/CN0982562/40HC | | ORIGINAL | | |
| MSKU1726565/CN0982564/40HC | | | | |
| MSKU8434930/CN0982561/40HC | | | | |
| | | AS PER ATTACHMENT | | |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 1 | 1 |
| PACKINGLIST | 1 | 1 |
| INTERIM FOOTWEAR INVOICE | 1 | 1 |
| CPSIA GENERAL CONFORMITY CONFORMITY CERTIFICATE | 1 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
Issued by UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

Month ____8____ Day ____20____ Year ____2018____

Attachment No:        1

***    UPS SUPPLY CHAIN SOLUTIONS,INC.    ***
***    FORWARDER'S CARGO RECEIPT    ***

ATTACHMENT
FOR           7179419005

| Packages: | | Description: | Kgs: | Cbm: |
|---|---|---|---|---|
| 122 | CTNS | YB HALFPIPE BLK 132<br>PO:SH7264<br>ITEM:780096312939<br>REF:101<br>DEPT:085<br>HTS:6402914061 | 1342 | 20.545 |
| 125 | CTNS | YB RUE SKULLS BLK F8 137<br>PO:SH7274<br>ITEM:780096307228<br>REF:101<br>DEPT:085<br>HTS:6402914061 | 1750 | 17.664 |
| 49 | CTNS | YB RUE SKULLS BLK F18 132<br>PO:SH7274<br>ITEM:780096307236<br>REF:101<br>DEPT:085<br>HTS:6402914061 | 686 | 6.924 |
| 101 | CTNS | TG RUE STARS PNK 871<br>PO:SH7275<br>ITEM:780096297197<br>REF:101<br>DEPT:085<br>HTS:6402914061 | 757.5 | 7.544 |



UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

ent

Attachment No:        2

\*\*\*   UPS SUPPLY CHAIN SOLUTIONS,INC.   \*\*\*
\*\*\*   FORWARDER'S CARGO RECEIPT   \*\*\*

ATTACHMENT
FOR        7179419005

| 101 | CTNS | TG RUE STARS PNK 347<br>PO:SH7275<br>ITEM:780096297205<br>REF:101<br>DEPT:085<br>HTS:6402914061 | 1262.5 | 11.982 |
| 118 | CTNS | TG RUE STARS PNK 891<br>PO:SH7275<br>ITEM:780096297478<br>REF:101<br>DEPT:085<br>HTS:6402914061 | 1180 | 11.614 |
| 217 | CTNS | YG RUE STARS PNK F1842<br>PO:SH7285<br>ITEM:780094982949<br>REF:101<br>DEPT:085<br>HTS:6402914050, 6402914061 | 3038 | 30.581 |
| 51 | CTNS | YG RUE STARS PNK F18132<br>PO:SH7285<br>ITEM:780094982956<br>REF:101<br>DEPT:085<br>HTS:6402914050, 6402914061 | 714 | 7.187 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

.nt

| Attachment No: | 3 | *** | UPS SUPPLY CHAIN SOLUTIONS, INC. | *** |
| | | *** | FORWARDER'S CARGO RECEIPT | *** |

ATTACHMENT
FOR      7179419005

| 51 | CTNS | YG RUE STARS PNK F18137<br>PO:SH7285<br>ITEM:780094982964<br>REF:101<br>DEPT:085<br>HTS:6402914050, 6402914061 | 714 | 7.187 |
| 127 | CTNS | TB RUE SKULLS BLK 891<br>PO:SH7287<br>ITEM:780096111067<br>REF:101<br>DEPT:085<br>HTS:6402914061 | 1270 | 12.5 |
| 93 | CTNS | TB RUE SKULLS BLK 871<br>PO:SH7287<br>ITEM:780096111075<br>REF:101<br>DEPT:085<br>HTS:6402914061 | 697.5 | 6.947 |
| 95 | CTNS | TB RUE SKULLS BLK 347<br>PO:SH7287<br>ITEM:780096111109<br>REF:101<br>DEPT:085<br>HTS:6402914061 | 1187.5 | 11.265 |



UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS, INC.
Authorized Signatures

ent

Attachment No:   4

&ast;&ast;&ast;   UPS SUPPLY CHAIN SOLUTIONS,INC.   &ast;&ast;&ast;
&ast;&ast;&ast;   FORWARDER'S CARGO RECEIPT   &ast;&ast;&ast;

ATTACHMENT
FOR          7179419005

| | | | | |
|---|---|---|---|---|
| 8 | CTNS | YG RUE DOTS BLK F18 137<br>PO:SH7289<br>ITEM:780096306105<br>REF:101<br>DEPT:085<br>HTS:6402914050, 6402914061 | 112 | 1.131 |
| 201 | CTNS | YG RUE DOTS BLK F18 42<br>PO:SH7289<br>ITEM:780096306139<br>REF:101<br>DEPT:085<br>HTS:6402914050, 6402914061 | 2814 | 28.404 |
| 8 | CTNS | YG RUE DOTS BLK F18 132<br>PO:SH7289<br>ITEM:780096306154<br>REF:101<br>DEPT:085<br>HTS:6402914050, 6402914061 | 112 | 1.131 |
| 193 | CTNS | YB RUE DIGITAL GRN F18 137<br>PO:SI7279<br>ITEM:780096309422<br>REF:101<br>DEPT:085<br>HTS:6402914061 | 2702 | 27.273 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

ent

| Attachment No: | 5 | | *** UPS SUPPLY CHAIN SOLUTIONS,INC. *** |
| | | | *** FORWARDER'S CARGO RECEIPT *** |

ATTACHMENT
FOR          7179419005

| 12 | CTNS | YB RUE DIGITAL GRN F18 132<br>PO:SI7279<br>ITEM:780096309786<br>REF:101<br>DEPT:085<br>HTS:6402914061 | 168 | 1.696 |
| 12 | CTNS | YB RUE DIGITAL GRN F18 267<br>PO:SI7279<br>ITEM:780096309794<br>REF:101<br>DEPT:085<br>HTS:6402914061 | 168 | 1.696 |
| 279 | CTNS | YB HALFPIPE BLK 137<br>PO:SH7264<br>ITEM:780096312905<br>REF:101<br>DEPT:085<br>HTS:6402914061 | 3069 | 46.984 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.

Authorized Signatures

**UPS Supply Chain Solutions™** 

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)

XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN FUJIAN CHINA

| BOOKING NO. | CARGO RECEIPT NO. |
|---|---|
| 577485547 | 7179419170 |
| EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| Tons 18-26) se | 08/07/2018 |
| 2018 2077 1573 | |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

SEARS,ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES,IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is:

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
PHONE:(310) 404-2792  FAX: (310) 404 2962
ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER XIAMEN,CN | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG) MSC ALTAIR 832N | PORT OF LOADING XIAMEN,CN | |
| PORT OF DISCHARGE LOS ANGELES,CA. | PLACE OF DELIVERY BY ON CARRIER DELANO,CA. | NUMBER OF ORIGINALS 1 |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| SEARS PO#: ITEM NO: MADE IN :CHINA(MAINLAND) CONTENTS: SEARS DIV: SEARS ITEM/SKU: MRKU3885862/CN0986644/40HC SUDU6601707/CN0986645/40HC | 265CTNS | FCR DATE:8/7/2018 SHIP MODE:CFS/CY SAILING DATE:8/15/2018 FREIGHT:COLLECT THE ABOVE SHIPMENT CONTAINS NO (SOLID) WOOD PACKING MATERIAL ORIGINAL AS PER ATTACHMENT | 2556KGS | 20.972CBM |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 1 | 1 |
| PACKINGLIST | 1 | 1 |
| INTERIM FOOTWEAR INVOICE | 1 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

*[signature]*

AS AGENT FOR
Issued by UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

Month _____8_____ Day _____20_____ Year _____2018_____

Document

| Attachment No: | 1 | | *** UPS SUPPLY CHAIN SOLUTIONS,INC. *** |
| ATTACHMENT FOR | 7179419170 | | *** FORWARDER'S CARGO RECEIPT *** |

| Packages: | | Description: | Kgs: | Cbm: |
|---|---|---|---|---|
| 8 | CTNS | ROXIE SZ 10 570<br>PO:SM4918<br>ITEM:230097811236<br>REF:101<br>DEPT:086<br>HTS:6402914050 | 80 | 0.934 |
| 43 | CTNS | ROXIE SZ 9 568<br>PO:SM4918<br>ITEM:230097811244<br>REF:101<br>DEPT:086<br>HTS:6402914050 | 430 | 5.018 |
| 64 | CTNS | ROXIE SZ 8 566<br>PO:SM4918<br>ITEM:230097811251<br>REF:101<br>DEPT:086<br>HTS:6402914050 | 640 | 7.468 |
| 35 | CTNS | ROXIE SZ 7 564<br>PO:SM4918<br>ITEM:230097811269<br>REF:101<br>DEPT:086<br>HTS:6402914050 | 315 | 4.084 |



UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS, INC.
Authorized Signatures

# Document

Page 2 of 3

Attachment No:    2

ATTACHMENT FOR    7179419170

\*\*\*  UPS SUPPLY CHAIN SOLUTIONS,INC.  \*\*\*
\*\*\*  FORWARDER'S CARGO RECEIPT  \*\*\*

| 26 | CTNS | ROXIE SZ 6 562<br>PO:SM4918<br>ITEM:230097811277<br>REF:101<br>DEPT:086<br>HTS:6402914050 | 234 | 3.034 |
| 9 | CTNS | ROXIE SZ 7 564<br>PO:SM4921<br>ITEM:230097811368<br>REF:101<br>DEPT:086<br>HTS:6402914050 | 81 | 1.05 |
| 35 | CTNS | ROXIE SZ 8 566<br>PO:SM4921<br>ITEM:230097811376<br>REF:101<br>DEPT:086<br>HTS:6402914050 | 350 | 4.084 |
| 20 | CTNS | ROXIE SZ 9 568<br>PO:SM4921<br>ITEM:230097811384<br>REF:101<br>DEPT:086<br>HTS:6402914050 | 200 | 2.334 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

Document

Page 3 of 3

| Attachment No: | 3 | | *** | UPS SUPPLY CHAIN SOLUTIONS,INC. | *** |
| | | | *** | FORWARDER'S CARGO RECEIPT | *** |

ATTACHMENT
FOR          7179419170

| | 5 | CTNS | ROXIE SZ 10 570<br>PO:SM4921<br>ITEM:230097811392<br>REF:101<br>DEPT:086<br>HTS:6402914050 | 50 | 0.583 |
| | 3 | CTNS | ROXIE SZ 11 572<br>PO:SM4921<br>ITEM:230097811400<br>REF:101<br>DEPT:086<br>HTS:6402914050 | 30 | 0.35 |
| | 12 | CTNS | ROXIE SZ 6 562<br>PO:SM4921<br>ITEM:230097811426<br>REF:101<br>DEPT:086<br>HTS:6402914050 | 108 | 1.4 |
| | 5 | CTNS | ROXIE SZ 11 572<br>PO:SM4918<br>ITEM:230097811228<br>REF:101<br>DEPT:086<br>HTS:6402914050 | 50 | 0.583 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

# UPS Supply Chain Solutions ℠   UPS

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| XIAMEN LUXINJIA IMP & EXP CO LTD | 146800709351 | 7179419610 |

NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN FUJIAN CHINA

| EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
|---|---|
| TOMS18- 2825R  2018213334815 | 09/05/2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS,ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES,IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is:

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
PHONE:(310) 404-2792   FAX: (310) 404 2962
ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER XIAMEN,CN | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG) OTX13E1MA | PORT OF LOADING XIAMEN,CN | |
| PORT OF DISCHARGE LOS ANGELES,CA. | PLACE OF DELIVERY BY ON CARRIER DELANO,CA. | NUMBER OF ORIGINALS |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| SEARS PO#: | 230CTNS | FCR DATE:9/5/2018 | 3220KGS | 30.912CBM |
| ITEM NO: | | SHIP MODE:CFS/CY | | |
| MADE IN :CHINA(MAINLAND) | | SAILING DATE:9/21/2018 | | |
| CONTENTS: | | FREIGHT:COLLECT | | |
| SEARS DIV: | | THE ABOVE SHIPMENT CONTAINS | | |
| SEARS ITEM/SKU: | | NO (SOLID) WOOD PACKING MATERIAL | | |
| EITU1290818/EMCQPZ1997/40HC | | | | |
| EITU1401465/EMCQPZ1987/40HC | | | | |

ORIGINAL

AS PER ATTACHMENT

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 1 | 1 |
| PACKINGLIST | 1 | 1 |
| INTERIM FOOTWEAR INVOICE | 1 | 1 |
| CPSIA GENERAL CONFORMITY CONFORMITY CERTIFICATE | 1 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.

Issued by _____   Authorized Signatures

Month   9   Day   27   Year   2018

Document                                                                           Page 1 of 1

Attachment No:        1                  ***   UPS SUPPLY CHAIN SOLUTIONS,INC.   ***
                                         ***   FORWARDER'S CARGO RECEIPT         ***

ATTACHMENT        7179419610
FOR

| Packages: | | Description: | Kgs: | Cbm: |
|---|---|---|---|---|
| 117 | CTNS | YG RUE STARS PNK F18137<br>PO:SH7286<br>ITEM:780094982964<br>REF:101<br>DEPT:085<br>HTS:6402914050, 6402914061 | 1638 | 15.725 |
| 113 | CTNS | YB RUE SKULLS BLK F18 132<br>PO:SH7281<br>ITEM:780096307236<br>REF:101<br>DEPT:085<br>HTS:6402914061 | 1582 | 15.187 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS, INC.
                                    Authorized Signatures

# UPS Supply Chain Solutions™  (ups)

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

BOOKING NO. 146800709289    CARGO RECEIPT NO. 239419632

SHIPPER (COMPLETE NAME AND ADDRESS)
XIAMEN LUXING/XIMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN FUJIAN CHINA

EXPORT REFERENCES
TumSf8-2835X
2018213735146

DATE OF RECEIPT OF CARGO
09/05/2018

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS,ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES,IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
PHONE:(310) 404-2792   FAX: (310) 404 2962
ATTN: MARY ELLEN WRATSCHKO

PRE-CARRIAGE BY

PLACE OF RECEIPT BY PRE-CARRIER
XIAMEN,CN

EXPORT LICENSE NO.

EXPORT CARRIER (VESSEL/VOY/FLAG)
APL FULLERTON 0TX11E1MA

PORT OF LOADING
XIAMEN,CN

PORT OF DISCHARGE
LOS ANGELES,CA.

PLACE OF DELIVERY BY ON CARRIER
DELANO,CA.

NUMBER OF ORIGINALS

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| SEARS PO#:<br>ITEM NO:<br>MADE IN :CHINA(MAINLAND)<br>CONTENTS:<br>SEARS DIV:<br>SEARS ITEM/SKU:<br>TEMU6139998/EMCQPY8777/40HC | 656CTNS | FCR DATE:9/5/2018<br>SHIP MODE:CY/CY<br>SAILING DATE:9/10/2018<br>FREIGHT:COLLECT<br>THE ABOVE SHIPMENT CONTAINS<br>NO (SOLID) WOOD PACKING MATERIAL<br><br>AS PER ATTACHMENT | 6265.8KGS | 65.295CBM |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

| In accordance with instruction from Buyer, we have received the following documents from shipper on: | | | This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit. |
|---|---|---|---|
| Document List | Original | Copy | As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC. |
| COMMERCIAL INVOICE | 1 | 1 | |
| PACKINGLIST | 1 | 1 | UPS SCS (CHINA) LIMITED XIAMEN BRANCH |
| INTERIM FOOTWEAR INVOICE | 1 | 1 | |
| CPSIA GENERAL CONFORMITY CONFORMITY CERTIFICATE | 1 | 1 | AS AGENT FOR UPS SUPPLY CHAIN SOLUTIONS INC. |

Issued by _____   Authorized Signatures

Month ___9___ Day ___11___ Year ___2018___

Attachment No:    1

ATTACHMENT FOR    7179419632

```
***  UPS SUPPLY CHAIN SOLUTIONS,INC.  ***
***  FORWARDER'S CARGO RECEIPT        ***
```

| Packages: | | Description: | Kgs: | Cbm: |
|---|---|---|---|---|
| 53 | CTNS | YB HALFPIPE BLK 394<br>PO:SH7265<br>ITEM:780096312897<br>REF:101<br>DEPT:085<br>HTS:6402914061 | 583 | 8.696 |
| 16 | CTNS | YB RUE SKU SZ 13 526<br>PO:SH7273<br>ITEM:780096307103<br>REF:101<br>DEPT:085<br>HTS:6402914061 | 105.6 | 0.961 |
| 20 | CTNS | YB RUE SKU SZ 1 552<br>PO:SH7273<br>ITEM:780096307137<br>REF:101<br>DEPT:085<br>HTS:6402914061 | 132 | 1.201 |
| 1 | CTNS | YB RUE SKU SZ 2 554<br>PO:SH7273<br>ITEM:780096307178<br>REF:101<br>DEPT:085<br>HTS:6402914061 | 6.6 | 0.06 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS, INC.
Authorized Signatures

| Attachment No: | 2 | | *** UPS SUPPLY CHAIN SOLUTIONS,INC. *** |
| ATTACHMENT FOR | 7179419632 | | *** FORWARDER'S CARGO RECEIPT *** |

| 5 | CTNS | YB RUE SKU SZ 3 556<br>PO:SH7273<br>ITEM:780096307186<br>REF:101<br>DEPT:085<br>HTS:6402914061 | 33 | 0.3 |
| 3 | CTNS | YB RUE SKU SZ 4 558<br>PO:SH7273<br>ITEM:780096307194<br>REF:101<br>DEPT:085<br>HTS:6402914061 | 22.2 | 0.224 |
| 12 | CTNS | YB RUE SKU SZ 5 560<br>PO:SH7273<br>ITEM:780096307210<br>REF:101<br>DEPT:085<br>HTS:6402914061 | 88.8 | 0.897 |
| 89 | CTNS | TG RUE STARS PNK 899<br>PO:SH7276<br>ITEM:780096297130<br>REF:101<br>DEPT:085<br>HTS:6402914061 | 667.5 | 6.491 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.

Authorized Signatures

| Attachment No: | 3 | | *** | UPS SUPPLY CHAIN SOLUTIONS,INC. | *** |
|---|---|---|---|---|---|
| | | | *** | FORWARDER'S CARGO RECEIPT | *** |

ATTACHMENT FOR    7179419632

| | | | | | |
|---|---|---|---|---|---|
| 25 | CTNS | TG RUE STARS PNK 279<br>PO:SH7276<br>ITEM:780096297189<br>REF:101<br>DEPT:085<br>HTS:6402914061 | | 170 | 1.525 |
| 125 | CTNS | YG RUE DOTS BLK F18 137<br>PO:SH7277<br>ITEM:780096306105<br>REF:101<br>DEPT:085<br>HTS:6402914050, 6402914061 | | 1750 | 17.23 |
| 1 | CTNS | YG RUE DOT SZ 4 558<br>PO:SH7278<br>ITEM:780096303268<br>REF:101<br>DEPT:085<br>HTS:6402914050 | | 7.4 | 0.075 |
| 8 | CTNS | YG RUE DOT SZ 3 556<br>PO:SH7278<br>ITEM:780096306055<br>REF:101<br>DEPT:085<br>HTS:6402914061 | | 52.8 | 0.48 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.

Authorized Signatures

| Attachment No: | 4 | | *** UPS SUPPLY CHAIN SOLUTIONS, INC. *** | | |
|---|---|---|---|---|---|
| | | | *** FORWARDER'S CARGO RECEIPT *** | | |
| ATTACHMENT FOR | 7179419632 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | CTNS | YG RUE DOT SZ 2 554 | 6.6 | 0.06 |
| | | PO:SH7278 | | |
| | | ITEM:780096306063 | | |
| | | REF:101 | | |
| | | DEPT:085 | | |
| | | HTS:6402914061 | | |
| 1 | CTNS | YG RUE DOT SZ 1 552 | 6.6 | 0.06 |
| | | PO:SH7278 | | |
| | | ITEM:780096306071 | | |
| | | REF:101 | | |
| | | DEPT:085 | | |
| | | HTS:6402914061 | | |
| 32 | CTNS | YG RUE DOT SZ 13 526 | 211.2 | 1.922 |
| | | PO:SH7278 | | |
| | | ITEM:780096306089 | | |
| | | REF:101 | | |
| | | DEPT:085 | | |
| | | HTS:6402914061 | | |
| 7 | CTNS | YG RUE DOT SZ 5 560 | 51.8 | 0.523 |
| | | PO:SH7278 | | |
| | | ITEM:780096306097 | | |
| | | REF:101 | | |
| | | DEPT:085 | | |
| | | HTS:6402914050 | | |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.

Authorized Signatures

| Attachment No: | 5 | | *** UPS SUPPLY CHAIN SOLUTIONS,INC. *** | | |
| ATTACHMENT FOR | 7179419632 | | *** FORWARDER'S CARGO RECEIPT *** | | |

| | | | | | |
|---|---|---|---|---|---|
| 50 | CTNS | YB RUE DIGITAL GRN F18 394<br>PO:SH7280<br>ITEM:780096309414<br>REF:101<br>DEPT:085<br>HTS:6402914061 | 700 | 6.892 | |
| 123 | CTNS | TB RUE SKULLS BLK 899<br>PO:SH7288<br>ITEM:780096110283<br>REF:101<br>DEPT:085<br>HTS:6402914061 | 922.5 | 8.97 | |
| 50 | CTNS | TB RUE SKULLS BLK 169<br>PO:SH7288<br>ITEM:780096110333<br>REF:101<br>DEPT:085<br>HTS:6402914061 | 500 | 4.805 | |
| 34 | CTNS | YB HALFPIPE BLK 584<br>PO:SH7265<br>ITEM:780096312236<br>REF:101<br>DEPT:085<br>HTS:6402914061 | 248.2 | 3.923 | |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS, INC.

Authorized Signatures

**UPS Supply Chain Solutions** (ups)

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| BOOKING NO. | CARGO RECEIPT NO. |
|---|---|
| 578347725 | 7578419742 |

SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN FUJIAN CHINA

EXPORT REFERENCES

TomS18 – 288SR

2018214730286

DATE OF RECEIPT OF CARGO
09/11/2018

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS,ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES,IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is:

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
PHONE:(310) 404-2792   FAX: (310) 404 2982
ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER XIAMEN,CN | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOYFLAG) MAERSK EDINBURGH V.837N | PORT OF LOADING XIAMEN,CN | |
| PORT OF DISCHARGE LOS ANGELES,CA. | PLACE OF DELIVERY BY ON CARRIER DELANO,CA. | NUMBER OF ORIGINALS |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| SEARS FOB: | 52 SCTNS | FCR DATE:9/11/2018 | 6715626 | 46.450 CBM |
| ITEM NO.: | | SHIP MODE:CFS/CY | | |
| MADE IN: CHINA(MAINLAND) | | SAILING DATE: 9/23/2018 | | |
| CONTENTS: | | FREIGHT COLLECT | | |
| SEARS DIV: | | THE ABOVE SHIPMENT CONTAINS | | |
| SEARS ITEM/SKU: | | NO [SOLID] WOOD PACKING MATERIAL | | |
| MRSU1431409/CN0986662/40HC | | | | |
| MSKU2771759/CN0986661/20STD | | | | |
| | | AS PER ATTACHMENT | | |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 1 | 1 |
| PACKING LIST | 1 | 1 |
| INTERIM FOOTWEAR INVOICE | 1 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.

Issued by _____   Authorized Signatures

Month _____9_____ Day _____27_____ Year _____2018_____

Document

| Attachment No: | 1 |
| --- | --- |

\*\*\*  UPS SUPPLY CHAIN SOLUTIONS,INC.  \*\*\*
\*\*\*  FORWARDER'S CARGO RECEIPT  \*\*\*

ATTACHMENT FOR    7179419742

| Packages: | | Description: | Kgs: | Cbm: |
| --- | --- | --- | --- | --- |
| 40 | CTNS | ARDEN SZ 6 562<br>PO:SK4782<br>ITEM:230055364251<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 360 | 3.509 |
| 35 | CTNS | ARDEN SZ 6.5 563<br>PO:SK4782<br>ITEM:230055364301<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 315 | 3.07 |
| 40 | CTNS | ARDEN SZ 7 564<br>PO:SK4782<br>ITEM:230055364319<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 360 | 3.509 |
| 37 | CTNS | ARDEN SZ 7.5 565<br>PO:SK4782<br>ITEM:230055364350<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 333 | 3.246 |



UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS, INC.
Authorized Signatures

| Attachment No: | 2 | | *** | UPS SUPPLY CHAIN SOLUTIONS,INC. | *** | |
|---|---|---|---|---|---|---|
| | | | *** | FORWARDER'S CARGO RECEIPT | *** | |
| ATTACHMENT FOR | 7179419742 | | | | | |

| | 40 | CTNS | ARDEN SZ 8 566 | 360 | 3.509 |
|---|---|---|---|---|---|
| | | | PO:SK4782 | | |
| | | | ITEM:230055364426 | | |
| | | | REF:101 | | |
| | | | DEPT:086 | | |
| | | | HTS:6404198760 | | |
| | 37 | CTNS | ARDEN SZ 8.5 567 | 333 | 3.246 |
| | | | PO:SK4782 | | |
| | | | ITEM:230055364467 | | |
| | | | REF:101 | | |
| | | | DEPT:086 | | |
| | | | HTS:6404198760 | | |
| | 40 | CTNS | ARDEN SZ 9 568 | 360 | 3.509 |
| | | | PO:SK4782 | | |
| | | | ITEM:230055364491 | | |
| | | | REF:101 | | |
| | | | DEPT:086 | | |
| | | | HTS:6404198760 | | |
| | 37 | CTNS | ARDEN SZ 9.5 569 | 333 | 3.246 |
| | | | PO:SK4782 | | |
| | | | ITEM:230055364541 | | |
| | | | REF:101 | | |
| | | | DEPT:086 | | |
| | | | HTS:6404198760 | | |



UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS, INC.
Authorized Signatures

18-23538-shl    Doc 7372-1    Filed 03/03/20    Entered 03/03/20 13:54:15    Exhibit A
Pg 139 of 326

| Attachment No: | 3 | | \*\*\* | UPS SUPPLY CHAIN SOLUTIONS,INC. | \*\*\* |
| --- | --- | --- | --- | --- | --- |
| | | | \*\*\* | FORWARDER'S CARGO RECEIPT | \*\*\* |

ATTACHMENT FOR    7179419742

| | | | | |
| --- | --- | --- | --- | --- |
| 40 | CTNS | ARDEN SZ 10 570<br>PO:SK4782<br>ITEM:230055364707<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 360 | 3.509 |
| 36 | CTNS | ARDEN SZ 11 572<br>PO:SK4782<br>ITEM:230055364723<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 324 | 3.158 |
| 10 | CTNS | OPHELIA SZ 6 562<br>PO:SM4859<br>ITEM:230055495717<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 90 | 0.877 |
| 10 | CTNS | OPHELIA SZ 6.5 563<br>PO:SM4859<br>ITEM:230055495725<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 90 | 0.877 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS, INC.
Authorized Signatures

Document

Attachment No:   4

ATTACHMENT
FOR          7179419742

\*\*\*   UPS SUPPLY CHAIN SOLUTIONS,INC.   \*\*\*
\*\*\*   FORWARDER'S CARGO RECEIPT   \*\*\*

| | | | | |
|---|---|---|---|---|
| 10 | CTNS | OPHELIA SZ 7 564<br>PO:SM4859<br>ITEM:230055495733<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 90 | 0.877 |
| 10 | CTNS | OPHELIA SZ 7.5 565<br>PO:SM4859<br>ITEM:230055495915<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 90 | 0.877 |
| 10 | CTNS | OPHELIA SZ 8 566<br>PO:SM4859<br>ITEM:230055497218<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 90 | 0.877 |
| 10 | CTNS | OPHELIA SZ 8.5 567<br>PO:SM4859<br>ITEM:230055497226<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 90 | 0.877 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signature

Document

| Attachment No: | 5 | | *** UPS SUPPLY CHAIN SOLUTIONS,INC. *** |
| | | | *** FORWARDER'S CARGO RECEIPT *** |

ATTACHMENT FOR   7179419742

| | 10 | CTNS | OPHELIA SZ 9 568<br>PO:SM4859<br>ITEM:230055497572<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 90 | 0.877 |
| | 10 | CTNS | OPHELIA SZ 9.5 569<br>PO:SM4859<br>ITEM:230055497606<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 90 | 0.877 |
| | 10 | CTNS | OPHELIA SZ 10 570<br>PO:SM4859<br>ITEM:230055497630<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 90 | 0.877 |
| | 9 | CTNS | OPHELIA SZ 11 572<br>PO:SM4859<br>ITEM:230055497689<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 81 | 0.789 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.

Authorized Signature

Attachment No:      6                      ***   UPS SUPPLY CHAIN SOLUTIONS,INC.   ***
                                           ***   FORWARDER'S CARGO RECEIPT        ***
ATTACHMENT          7179419742
FOR

| | 9 | CTNS | OPHELIA SZ 5.5 561<br>PO:SM4859<br>ITEM:230055499230<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 81 | 0.789 |
| | 35 | CTNS | ARDEN SZ 5.5 561<br>PO:SK4782<br>ITEM:230055364194<br>REF:101<br>DEPT:086<br>HTS:6404198760 | 315 | 3.07 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
                                    Authorized Signatures

**UPS Supply Chain Solutions ™**

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| XIAMEN LUXINJIA IMP & EXP CO LTD<br>NO. 496, 821 STREET<br>XIADIAN ROAD, LICHENG<br>PUTIAN FUJIAN CHINA | 578347727 | 7179419731 |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
|---|---|---|
| SEARS,ROEBUCK AND CO<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES,IL 60179 USA | TOMS18 - 289SR<br>2018214310 46 | 09/13/2018 |

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is: _____

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) |
|---|
| UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE<br>TORRANCE, CA 90502<br>PHONE:(310) 404-2792  FAX: (310) 404 2962<br>ATTN: MARY ELLEN WRATSCHKO |

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>XIAMEN,CN | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>MAERSK EDINBURGH V.837N | PORT OF LOADING<br>XIAMEN,CN | |
| PORT OF DISCHARGE<br>LOS ANGELES,CA. | PLACE OF DELIVERY BY ON CARRIER<br>DELANO,CA. | NUMBER OF ORIGINALS<br>1 |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| SEARS PO#:<br>ITEM NO:<br>MADE IN :CHINA(MAINLAND)<br>CONTENTS:<br>SEARS DIV:<br>SEARS ITEM/SKU:<br>MRKU0959914/CN0982570 /405TD | 487CTNS | FCR DATE:9/13/2018<br>SHIP MODE:CY/CY<br>SAILING DATE:9/23/2018<br>FREIGHT COLLECT<br>THE ABOVE SHIPMENT CONTAINS<br>NO (SOLID) WOOD PACKING MATERIAL<br><br>AS PER ATTACHMENT | 4703KGS | 56.270CBM |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 1 | 1 |
| PACKINGLIST | 1 | 1 |
| INTERIM FOOTWEAR INVOICE | 1 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.

Issued by _____ Authorized Signatures

Month ___9___ Day ___27___ Year ___2018___

Attachment No:    1

\*\*\*   UPS SUPPLY CHAIN SOLUTIONS,INC.   \*\*\*
\*\*\*   FORWARDER'S CARGO RECEIPT   \*\*\*

ATTACHMENT FOR    7179419731

| Packages: | | Description: | Kgs: | Cbm: |
|---|---|---|---|---|
| 44 | CTNS | ROXIE SZ 10 570<br>PO:SM4919<br>ITEM:230097811236<br>REF:101<br>DEPT:086<br>HTS:6402914050 | 440 | 5.372 |
| 75 | CTNS | ROXIE SZ 9 568<br>PO:SM4919<br>ITEM:230097811244<br>REF:101<br>DEPT:086<br>HTS:6402914050 | 750 | 9.156 |
| 115 | CTNS | ROXIE SZ 8 566<br>PO:SM4919<br>ITEM:230097811251<br>REF:101<br>DEPT:086<br>HTS:6402914050 | 1150 | 14.039 |
| 85 | CTNS | ROXIE SZ 7 564<br>PO:SM4919<br>ITEM:230097811269<br>REF:101<br>DEPT:086<br>HTS:6402914050 | 765 | 8.725 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC
Authorized Signatures

Attachment No:    2            \*\*\*   UPS SUPPLY CHAIN SOLUTIONS,INC.   \*\*\*
                                 \*\*\*   FORWARDER'S CARGO RECEIPT     \*\*\*

ATTACHMENT FOR    7179419731

| | | | | |
|---|---|---|---|---|
| 44 | CTNS | ROXIE SZ 6 562<br>PO:SM4919<br>ITEM:230097811277<br>REF:101<br>DEPT:086<br>HTS:6402914050 | 396 | 4.516 |
| 26 | CTNS | ROXIE SZ 7 564<br>PO:SM4922<br>ITEM:230097811368<br>REF:101<br>DEPT:086<br>HTS:6402914050 | 234 | 2.669 |
| 42 | CTNS | ROXIE SZ 8 566<br>PO:SM4922<br>ITEM:230097811376<br>REF:101<br>DEPT:086<br>HTS:6402914050 | 420 | 5.127 |
| 28 | CTNS | ROXIE SZ 9 568<br>PO:SM4922<br>ITEM:230097811384<br>REF:101<br>DEPT:086<br>HTS:6402914050 | 280 | 3.418 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

cument

| Attachment No: | 3 |
|---|---|

\*\*\*   UPS SUPPLY CHAIN SOLUTIONS,INC.   \*\*\*
\*\*\*   FORWARDER'S CARGO RECEIPT   \*\*\*

ATTACHMENT
FOR          7179419731

| | | | | | |
|---|---|---|---|---|---|
| | 3 | CTNS | ROXIE SZ 10 570<br>PO:SM4922<br>ITEM:230097811392<br>REF:101<br>DEPT:086<br>HTS:6402914050 | 30 | 0.366 |
| | 1 | CTNS | ROXIE SZ 11 572<br>PO:SM4922<br>ITEM:230097811400<br>REF:101<br>DEPT:086<br>HTS:6402914050 | 10 | 0.122 |
| | 12 | CTNS | ROXIE SZ 6 562<br>PO:SM4922<br>ITEM:230097811426<br>REF:101<br>DEPT:086<br>HTS:6402914050 | 108 | 1.232 |
| | 12 | CTNS | ROXIE SZ 11 572<br>PO:SM4919<br>ITEM:230097811228<br>REF:101<br>DEPT:086<br>HTS:6402914050 | 120 | 1.465 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| Fill in this information to identify the case (Select only one Debtor per claim form): | | | |
|---|---|---|---|
| ☐ Sears Holdings Corporation (18-23538) | ☐ MaxServ, Inc. (18-23550) | ☐ Wally Labs LLC (18-23563) | ☐ Kmart of Michigan, Inc. (18-23576) |
| ☐ Sears, Roebuck and Co. (18-23537) | ☐ Private Brands, Ltd. (18-23551) | ☐ Big Beaver of Florida Development, LLC (18-23564) | ☐ SHC Desert Springs, LLC (18-23577) |
| ☐ Kmart Holding Corporation (18-23539) | ☐ Sears Development Co. (18-23552) | ☐ California Builder Appliances, Inc. (18-23565) | ☐ SOE, Inc. (18-23578) |
| ☐ Kmart Operations LLC (18-23540) | ☐ Sears Holdings Management Corporation (18-23553) | ☐ Florida Builder Appliances, Inc. (18-23566) | ☐ StarWest, LLC (18-23579) |
| ☐ Sears Operations LLC (18-23541) | ☐ Sears Home & Business Franchises, Inc. (18-23554) | ☐ KBL Holding Inc. (18-23567) | ☐ STI Merchandising, Inc. (18-23580) |
| ☐ ServiceLive, Inc. (18-23542) | ☐ Sears Home Improvement Products, Inc. (18-23555) | ☐ KLC, Inc. (18-23568) | ☐ Troy Coolidge No. 13, LLC (18-23581) |
| ☐ A&E Factory Service, LLC (18-23543) | ☐ Sears Insurance Services, L.L.C. (18-23556) | ☐ Sears Protection Company (Florida), L.L.C. (18-23569) | ☐ BlueLight.com, Inc. (18-23582) |
| ☐ A&E Home Delivery, LLC (18-23544) | ☐ Sears Procurement Services, Inc. (18-23557) | ☐ Kmart of Washington LLC (18-23570) | ☐ Sears Brands, L.L.C. (18-23583) |
| ☐ A&E Lawn & Garden, LLC (18-23545) | ☐ Sears Protection Company (18-23558) | ☐ Kmart Stores of Illinois LLC (18-23571) | ☐ Sears Buying Services, Inc. (18-23584) |
| ☐ A&E Signature Service, LLC (18-23546) | ☐ Sears Protection Company (PR) Inc. (18-23559) | ☐ Kmart Stores of Texas LLC (18-23572) | ☐ Kmart.com LLC (18-23585) |
| ☐ FBA Holdings Inc. (18-23547) | ☐ Sears Roebuck Acceptance Corp. (18-23560) | ☐ MyGofer LLC (18-23573) | ☐ Sears Brands Management Corporation (18-23586) |
| ☐ Innovel Solutions, Inc. (18-23548) | ☐ Sears, Roebuck de Puerto Rico, Inc. (18-23561) | ☐ Sears Brands Business Unit Corporation (18-23574) | ☐ SHC Licensed Business LLC (18-23616) |
| ☒ Kmart Corporation (18-23549) | ☐ SYW Relay LLC (18-23562) | ☐ Sears Holdings Publishing Company, LLC (18-23575) | ☐ SHC Promotions LLC (18-23630) |

## Modified Official Form 410

# Proof of Claim

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) **that you received.**

| Part 1: | Identify the Claim |
|---|---|

| 1. Who is the current creditor? | XIAMEN LUXINJIA IMP & EXP CO LTD |
|---|---|
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor |

| 2. Has this claim been acquired from someone else? | ☒ No |
|---|---|
| | ☐ Yes. From whom? |

| 3. Where should notices and payments to the creditor be sent? Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|---|
| | Mayxin Footwear Inc. 24412 S. Main Street, Suite #103 Carson, CA 90745 United States | XIAMEN LUXINJIA IMP & EXP CO LTD NO.496, 821 STREET XIADIAN ROAD, LICHENG PUTIAN FUJIAN CHINA |
| | Contact phone +8615659586666 | Contact phone +8615659586666 |
| | Contact email gladys@lxjmail.com | Contact email gladys@lxjmail.com |

| 4. Does this claim amend one already filed? | ☐ No ☒ Yes. Claim number on court claims registry (if known) 1131 | Filed on 10/22/2019 MM / DD / YYYY |
|---|---|---|

| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☒ No ☐ Yes. Who made the earlier filing? |
|---|---|

**Part 2:**    Give Information About the Claim as of the Date the Case Was Filed

| | |
|---|---|
| **6. Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |
| **7. How much is the claim?** | $ 704,677.44 . **Does this amount include interest or other charges?**<br>☒ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| **8. What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Goods Sold |
| **9. Is all or part of the claim secured?** | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:**        $_____<br><br>**Amount of the claim that is secured:**        $_____<br><br>**Amount of the claim that is unsecured:**  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:**        $_____<br><br>**Annual Interest Rate** (when case was filed) _____%<br>☐ Fixed<br>☐ Variable |
| **10. Is this claim based on a lease?** | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.**        $_____ |
| **11. Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ |

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☐ No

☑ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.**

$ 647,187.12

---

| Part 3: | Sign Below |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature:** *George Jawlakian*
George Jawlakian (Dec 6, 2018)

**Email:** George@Jawlakianlaw.com

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name of the person who is completing and signing this claim:

| Name | George Jawlakian, Esq., |
|---|---|
| | First name       Middle name       Last name |
| Title | Counsel |
| Company | Jawlakian Law Group, LLP |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | 21550 Oxnard Street, Suite 300 |
| | Number       Street |
| | Woodland Hills       CA       91367 |
| | City       State       ZIP Code |
| Contact phone | 818-633-2467       Email   George@Jawlakianlaw.com |

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☒ I have supporting documentation.
   (attach below)          ☐ I do **not** have supporting documentation.

Attachment

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.**

**IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.**

**A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.**

Modified Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court                                                    12/15

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at http://restructuring.primeclerk.com/sears.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Claim Pursuant to 11 U.S.C. §503(b)(9):** A claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim to:

Sears Holdings Corporation Claims Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

| **Do not file these instructions with your form** |
| --- |

| PO# | cust | ship date | DELIVERY DATE | INVOICE NO | QTY | AMOUNT(USD) | PAYMENT DUE DATE | TERMS | ETA |
|---|---|---|---|---|---|---|---|---|---|
| B2PCE | KMART | 2018-08-06 | 2018-08-13 | 201820677436 | 486 | 2449.440 | 2018-09-12 | NET 30 DAYS FROM ETD | 2018-09-05 |
| B2YNW | KMART | 2018-08-03 | 2018-08-15 | 201820671425 | 2394 | 17859.240 | 2018-09-14 | NET 30 DAYS FROM ETD | 2018-09-27 |
| B2YE4 | KMART | 2018-07-31 | 2018-08-15 | 201820678489 | 603 | 1748.700 | 2018-09-14 | NET 30 DAYS FROM ETD | 2018-09-27 |
| B2PC6 | KMART | 2018-08-03 | 2018-08-16 | 201820957509 | 1080 | 7495.200 | 2018-09-15 | NET 30 DAYS FROM ETD | 2018-09-28 |
| B2PC6 | KMART | 2018-08-13 | 2018-08-17 | 201820954945 | 657 | 172567.680 | 2018-09-16 | NET 30 DAYS FROM ETD | 2018-09-29 |
| B2QV5 | KMART | 2018-08-13 | 2018-08-17 | 201820954945 | 3480 | | 2018-09-16 | NET 30 DAYS FROM ETD | 2018-09-29 |
| B2YLV | KMART | 2018-08-13 | 2018-08-17 | 201820954945 | 1950 | | 2018-09-16 | NET 30 DAYS FROM ETD | 2018-09-29 |
| B2YJP | KMART | 2018-08-13 | 2018-08-17 | 201820954945 | 1830 | | 2018-09-16 | NET 30 DAYS FROM ETD | 2018-09-29 |
| B2YLT | KMART | 2018-08-13 | 2018-08-17 | 201820954945 | 1830 | | 2018-09-16 | NET 30 DAYS FROM ETD | 2018-09-29 |
| B2YLX | KMART | 2018-08-13 | 2018-08-17 | 201820954945 | 3060 | | 2018-09-16 | NET 30 DAYS FROM ETD | 2018-09-29 |
| B2QUY | KMART | 2018-08-13 | 2018-08-17 | 201820954945 | 5700 | | 2018-09-16 | NET 30 DAYS FROM ETD | 2018-09-29 |
| B2YLW | KMART | 2018-08-13 | 2018-08-17 | 201820954945 | 2130 | | 2018-09-16 | NET 30 DAYS FROM ETD | 2018-09-29 |
| B2YEF | KMART | 2018-08-13 | 2018-08-17 | 201820954945 | 1830 | | 2018-09-16 | NET 30 DAYS FROM ETD | 2018-09-29 |
| B2YLU | KMART | 2018-08-13 | 2018-08-17 | 201821092217 | 1035 | 42001.440 | 2018-09-16 | NET 30 DAYS FROM ETD | 2018-09-29 |
| B2QXW | KMART | 2018-08-13 | 2018-08-17 | 201821092217 | 2274 | | 2018-09-16 | NET 30 DAYS FROM ETD | 2018-09-29 |
| B2PC4 | KMART | 2018-08-13 | 2018-08-17 | 201821092217 | 1095 | | 2018-09-16 | NET 30 DAYS FROM ETD | 2018-09-29 |
| B2QAF | KMART | 2018-08-13 | 2018-08-17 | 201821092217 | 1728 | | 2018-09-16 | NET 30 DAYS FROM ETD | 2018-09-29 |
| B2YC9 | KMART | 2018-08-20 | 2018-08-25 | 201820772788 | 900 | 45083.400 | 2018-09-24 | NET 30 DAYS FROM ETD | 2018-10-07 |
| B2YC0 | KMART | 2018-08-20 | 2018-08-25 | 201820772788 | 900 | | 2018-09-24 | NET 30 DAYS FROM ETD | 2018-10-07 |
| B2YD8 | KMART | 2018-08-20 | 2018-08-25 | 201820772788 | 900 | | 2018-09-24 | NET 30 DAYS FROM ETD | 2018-10-07 |
| B2YBH | KMART | 2018-08-20 | 2018-08-25 | 201820772788 | 900 | | 2018-09-24 | NET 30 DAYS FROM ETD | 2018-10-07 |
| B2YC0 | KMART | 2018-08-20 | 2018-08-25 | 201820772788 | 900 | | 2018-09-24 | NET 30 DAYS FROM ETD | 2018-10-07 |
| B2YC3 | KMART | 2018-08-20 | 2018-08-25 | 201820772788 | 900 | | 2018-09-24 | NET 30 DAYS FROM ETD | 2018-10-07 |
| B2YEK | KMART | 2018-08-20 | 2018-08-25 | 201820772788 | 900 | | 2018-09-24 | NET 30 DAYS FROM ETD | 2018-10-07 |
| B2YDS | KMART | 2018-08-20 | 2018-08-25 | 201820772788 | 840 | | 2018-09-24 | NET 30 DAYS FROM ETD | 2018-10-07 |
| B2YDS | KMART | 2018-08-20 | 2018-08-25 | 201820773553 | 960 | 45852.600 | 2018-09-24 | NET 30 DAYS FROM ETD | 2018-09-17 |
| B2YC0 | KMART | 2018-08-20 | 2018-08-25 | 201820773553 | 900 | | 2018-09-24 | NET 30 DAYS FROM ETD | 2018-09-17 |
| B2YC6 | KMART | 2018-08-20 | 2018-08-25 | 201820773553 | 900 | | 2018-09-24 | NET 30 DAYS FROM ETD | 2018-09-17 |
| B2YC9 | KMART | 2018-08-20 | 2018-08-25 | 201820773553 | 900 | | 2018-09-24 | NET 30 DAYS FROM ETD | 2018-09-17 |
| B2YEK | KMART | 2018-08-20 | 2018-08-25 | 201820773553 | 900 | | 2018-09-24 | NET 30 DAYS FROM ETD | 2018-09-17 |
| B2YC3 | KMART | 2018-08-20 | 2018-08-25 | 201820773553 | 900 | | 2018-09-24 | NET 30 DAYS FROM ETD | 2018-09-17 |
| B2YBH | KMART | 2018-08-20 | 2018-08-25 | 201820773553 | 900 | | 2018-09-24 | NET 30 DAYS FROM ETD | 2018-09-17 |
| B2YD8 | KMART | 2018-08-20 | 2018-08-25 | 201820773553 | 900 | | 2018-09-24 | NET 30 DAYS FROM ETD | 2018-09-17 |
| B2YNQ | KMART | 2018-08-21 | 2018-08-26 | 201820774000 | 408 | 795.600 | 2018-09-25 | NET 30 DAYS FROM ETD | 2018-09-18 |
| B2YNQ | KMART | 2018-08-20 | 2018-08-27 | 201820773943 | 594 | 1158.300 | 2018-09-26 | NET 30 DAYS FROM ETD | 2018-10-09 |
| B2R2M | KMART | 2018-08-15 | 2018-08-27 | 201821241367 | 1227 | 8392.680 | 2018-09-26 | NET 30 DAYS FROM ETD | 2018-09-18 |
| B2R2M | KMART | 2018-08-15 | 2018-08-27 | 201821241742 | 1851 | 12660.840 | 2018-09-26 | NET 30 DAYS FROM ETD | 2018-10-09 |

**TOTAL($)    358,065.120**

# COMMERCIAL INVOICE

Page 1 of 3

**DATE:** August 07, 2018

**INVOICE NO.:** 201820671425

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2YNW | YG KALI 2 DRESS HEELDESERVING PK 1 | 130 | 130 | 67.140  USD | 8,728.20  USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 150021357918 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: YG KALI 2 DRESS HEEL BLK
GENDER: Youth Girl
UPPER MATERIAL IN PERCENT:100% Polyester
OUTER SOLE MATERIAL IN PERCENT:51% Polyester +49% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:NO
SIZE RANGE:13-5#
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YNW | **REFERENCE NO.** | 102 |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 12744 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**          061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**          CNDEHPUTPUT

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2YNW | YG KALI 2 DRESS HEELDESERVING PK 2 | 130 | 130 | 44.760  USD | 5,818.80  USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 150021358007 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: YG KALI 2 DRESS HEEL BLK
GENDER: Youth Girl
UPPER MATERIAL IN PERCENT:100% Polyester
OUTER SOLE MATERIAL IN PERCENT:51% Polyester +49% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:NO
SIZE RANGE:13-5#
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YNW | **REFERENCE NO.** | 102 |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 12744 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, RNONE |

**FACTORY NO.**          061306

# COMMERCIAL INVOICE

Page 2 of 3

**DATE:** August 07, 2018

**INVOICE NO.:** 201820671425

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.**    CNDEHPUTPUT

| KMART | B2YNW | YG KALI 2 DRESS HEELNON DESERVING PK 1 | | 37 | 37 | 44.760 USD | 1,656.12 USD |
|-------|-------|------|---|----|----|-----------|--------------|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 150021358015 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |

DESCRIPTION OF TYPE OF SHOE: YG KALI 2 DRESS HEEL BLK
GENDER: Youth Girl
UPPER MATERIAL IN PERCENT:100% Polyester
OUTER SOLE MATERIAL IN PERCENT:51% Polyester +49% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:NO
SIZE RANGE:13-5#
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:

| **CONTRACT NO.** | B2YNW | **REFERENCE NO.** | 102 |
|------------------|-------|-------------------|-----|
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 12744 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**    061306
DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.**    CNDEHPUTPUT

| KMART | B2YNW | YG KALI 2 DRESS HEELNON DESERVING PK 2 | | 37 | 37 | 44.760 USD | 1,656.12 USD |
|-------|-------|------|---|----|----|-----------|--------------|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 150021358023 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |

DESCRIPTION OF TYPE OF SHOE: YG KALI 2 DRESS HEEL BLK
GENDER: Youth Girl
UPPER MATERIAL IN PERCENT:100% Polyester
OUTER SOLE MATERIAL IN PERCENT:51% Polyester +49% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:NO
SIZE RANGE:13-5#
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:

# COMMERCIAL INVOICE

Page 3 of 3

**DATE:** August 07, 2018

**INVOICE NO.:** 201820671425

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:**  Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**  Chambersburg , PA

FOB China

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YNW | **REFERENCE NO.** | 102 | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 12744 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, RNONE | |

**FACTORY NO.**    061306
DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.**    CNDEHPUTPUT

**PAYMENT TERM**    Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**    OPEN ACCOUNT

**LC#**    NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 334 | 334 | ASSORTMENTS | 17,859.24  USD |

TOTAL US DOLLARS SEVENTEEN THOUSAND EIGHT HUNDRED FIFTY-NINE DOLLARS AND TWENTY-FOUR CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| XIAMEN LUXINJIA IMP & EXP CO LTD |
|---|
| **EMPLOYEE NAME** |
| **EMPLOYEE TITLE** |

# COMMERCIAL INVOICE

Page 1 of 2

**DATE:** August 09, 2018

**INVOICE NO.:** 201820677436

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2PCE | REMEDY DARK TAUPE REBUY CORE PK 1 | 61 | 61 | 30.240  USD | 1,844.64  USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 740012766630 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: Remedy Circle Buckle Ballet - Dark Taupe
GENDER: Womens
UPPER MATERIAL IN PERCENT:100% MICRO FIBER
OUTER SOLE MATERIAL IN PERCENT:51%TEXTILE+49%TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:NO
SIZE RANGE:6-11 Whole sizes only
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2PCE | **REFERENCE NO.** | 101 |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 41066 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.** 061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.** CNDEHPUTPUT

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2PCE | REMEDY DARK TAUPE REBUY SML PK 1 | 20 | 20 | 30.240  USD | 604.80  USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 740012767950 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: Remedy Circle Buckle Ballet - Dark Taupe
GENDER: Womens
UPPER MATERIAL IN PERCENT:100% MICRO FIBER
OUTER SOLE MATERIAL IN PERCENT:51%TEXTILE+49%TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:NO
SIZE RANGE:6-11 Whole sizes only
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2PCE | **REFERENCE NO.** | 101 |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 41066 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.** 061306

# COMMERCIAL INVOICE

Page 2 of 2

**DATE:** August 09, 2018

**INVOICE NO.:** 201820677436

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China
**FTY MID NO.**              CNDEHPUTPUT

**PAYMENT TERM**        Open Acct
**ORDER PAYMENT TERMS**
**DRAWN UNDER**        OPEN ACCOUNT
**LC#**                NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 81 | 81 | ASSORTMENTS | 2,449.44  USD |

**TOTAL US DOLLARS TWO THOUSAND FOUR HUNDRED FORTY-NINE DOLLARS AND FORTY-FOUR CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| XIAMEN LUXINJIA IMP & EXP CO LTD |
|---|
| **EMPLOYEE NAME** _____ |
| **EMPLOYEE TITLE** _____ |

# COMMERCIAL INVOICE

Page 1 of 2

**DATE:** August 09, 2018

**INVOICE NO.:** 201820678489

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2YE4 | YB HOOP STRIPED SLIDREBUY SML PK 4 | 67 | 67 | 26.100  USD | 1,748.70  USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 090096687371 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: YB HOOP STRIPED SLIDE BLK
GENDER: Youth Boy
UPPER MATERIAL IN PERCENT:100% PU
OUTER SOLE MATERIAL IN PERCENT:100% EVA
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:NO
SIZE RANGE: 13/1,2/3,4/5
COMMISSION PERCENTAGE :EVERLAST
COMMISSION PAYABLE TO:N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YE4 | **REFERENCE NO.** | 102 |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 11862 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**    066206

PUTIAN SUNROLL FOOTWEAR CO LTD

NO 503, 821 ST NORTH STREET

PUTIAN

FUJIAN

China

**FTY MID NO.**    CNPUTSUN821PUT

**PAYMENT TERM**    Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**    OPEN ACCOUNT

**LC#**    NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 67 | 67 | ASSORTMENTS | 1,748.70  USD |

**TOTAL US DOLLARS ONE THOUSAND SEVEN HUNDRED FORTY-EIGHT DOLLARS AND SEVENTY CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

# COMMERCIAL INVOICE

Page 2 of 2

**DATE:** August 09, 2018

**INVOICE NO.:** 201820678489

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| XIAMEN LUXINJIA IMP & EXP CO LTD | |
|---|---|
| **EMPLOYEE NAME** | |
| **EMPLOYEE TITLE** | |

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820772788

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China           **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2YBH | TG RUE 3 STARS PNK FDESERVING PK 2 | 87 | 87 | 37.320   USD | 3,246.84   USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 050096099486 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: TG RUE 3 STARS PNK F18
GENDER: Toddler Girl
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YBH | **REFERENCE NO.** | 102 |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**      069257
PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.**      CNPUTCITPUT

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2YBH | TG RUE 3 STARS PNK FREBUY SML PK 1 | 63 | 63 | 37.320   USD | 2,351.16   USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 050096099536 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: TG RUE 3 STARS PNK F18
GENDER: Toddler Girl
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YBH | **REFERENCE NO.** | 102 |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**      069257

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820772788

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.**   CNPUTCITPUT

| KMART | B2YC0 | YB RUE 3 SKULLS BLK DESERVING PK 1 | | 75 | 75 | 38.460 USD | 2,884.50 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:**   060096118328

**MADE IN**   CHINA (MAINLAND)

**CONTENTS**   1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: YB RUE 3 SKULLS BLK F18
GENDER: Youth Boy
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| **CONTRACT NO.** | B2YC0 | **REFERENCE NO.** | 102 |
|---|---|---|---|
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**   069257

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.**   CNPUTCITPUT

| KMART | B2YC0 | YB RUE 3 SKULLS BLK REBUY CORE PK 1 | | 75 | 75 | 38.460 USD | 2,884.50 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:**   060096120811

**MADE IN**   CHINA (MAINLAND)

**CONTENTS**   1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: YB RUE 3 SKULLS BLK F18
GENDER: Youth Boy
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820772788

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YC0 | **REFERENCE NO.** | 102 |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.** 069257
PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.** CNPUTCITPUT

| KMART | B2YC3 | YG RUE 3 DOTS BLK F1DESERVING PK 1 | 75 | 75 | 38.460 USD | 2,884.50 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:** 060096125877
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: YG RUE 3 DOTS BLK F18
GENDER: Youth Girl
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13-5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YC3 | **REFERENCE NO.** | 102 |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.** 069257
PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.** CNPUTCITPUT

| KMART | B2YC3 | YG RUE 3 DOTS BLK F1REBUY CORE PK 1 | 75 | 75 | 38.460 USD | 2,884.50 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:** 060096125950
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: YG RUE 3 DOTS BLK F18
GENDER: Youth Girl
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING

# COMMERCIAL INVOICE

Page 4 of 10

**DATE:** August 16, 2018

**INVOICE NO.:** 201820772788

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13-5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YC3 | **REFERENCE NO.** | 102 |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, RNONE |

**FACTORY NO.**    069257

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD

YAOTAI, HUANGSHI TOWN IND DISTRICT

LICHENG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**    CNPUTCITPUT

| KMART | B2YC6 | YG RUE 3 STARS PNK FDESERVING PK 1 | 75 | 75 | 38.460  USD | 2,884.50  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:**    060096271549

**MADE IN**    CHINA (MAINLAND)

**CONTENTS**    1  ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: YG RUE 3 STARS PNK F18
GENDER: Youth Girl
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YC6 | **REFERENCE NO.** | 102 |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**    069257

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD

YAOTAI, HUANGSHI TOWN IND DISTRICT

LICHENG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**    CNPUTCITPUT

# COMMERCIAL INVOICE

Page 5 of 10

**DATE:** August 16, 2018

**INVOICE NO.:** 201820772788

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**     KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:**  Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**   Chambersburg , PA

FOB China

| KMART | B2YC6 | YG RUE 3 STARS PNK FREBUY CORE PK 1 | | 75 | 75 | 38.460  USD | 2,884.50  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| **ITEM:** | 060096278007 |
|---|---|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |

DESCRIPTION OF TYPE OF SHOE: YG RUE 3 STARS PNK F18
GENDER: Youth Girl
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| **CONTRACT NO.** | B2YC6 | **REFERENCE NO.** | 102 |
|---|---|---|---|
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, RNONE |

**FACTORY NO.**     069257
PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China
**FTY MID NO.**     CNPUTCITPUT

| KMART | B2YC9 | TB RUE 3 DIGITAL GRNDESERVING PK 2 | | 75 | 75 | 37.320  USD | 2,799.00  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| **ITEM:** | 050096111851 |
|---|---|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |

DESCRIPTION OF TYPE OF SHOE: TB RUE 3 DIGITAL GRN F18
GENDER: Toddler Boy
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| **CONTRACT NO.** | B2YC9 | **REFERENCE NO.** | 102 |
|---|---|---|---|
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**     069257
PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN

# COMMERCIAL INVOICE

Page 6 of 10

**DATE:** August 16, 2018

**INVOICE NO.:** 201820772788

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

FUJIAN
China
**FTY MID NO.**      CNPUTCIPUT

| KMART | B2YC9 | TB RUE 3 DIGITAL GRNREBUY SML PK 1 | | 75 | 75 | 37.320 USD | 2,799.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:**  050096115365

**MADE IN**  CHINA (MAINLAND)

**CONTENTS**  1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: TB RUE 3 DIGITAL GRN F18
GENDER: Toddler Boy
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YC9 | **REFERENCE NO.** | 102 | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**      069257

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD

YAOTAI, HUANGSHI TOWN IND DISTRICT

LICHENG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**      CNPUTCIPUT

| KMART | B2YD8 | TB RUE 3 SKULLS BLK DESERVING PK 2 | | 87 | 87 | 37.320 USD | 3,246.84 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:**  050095876884

**MADE IN**  CHINA (MAINLAND)

**CONTENTS**  1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: TB RUE 3 SKULLS BLK F18
GENDER: Toddler Boy
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YD8 | **REFERENCE NO.** | 102 | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

# COMMERCIAL INVOICE

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:**  Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | |
|---|---|
| **FACTORY NO.** | 069257 |
| PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD | |
| YAOTAI, HUANGSHI TOWN IND DISTRICT | |
| LICHENG DISTRICT | |
| PUTIAN | |
| FUJIAN | |
| China | |
| **FTY MID NO.** | CNPUTCITPUT |

| KMART | B2YD8 | TB RUE 3 SKULLS BLK REBUY SML PK 1 | | 63 | 63 | 37.320  USD | 2,351.16  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 050095898086 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |

DESCRIPTION OF TYPE OF SHOE: TB RUE 3 SKULLS BLK F18
GENDER: Toddler Boy
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YD8 | **REFERENCE NO.** | 102 |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

| | |
|---|---|
| **FACTORY NO.** | 069257 |
| PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD | |
| YAOTAI, HUANGSHI TOWN IND DISTRICT | |
| LICHENG DISTRICT | |
| PUTIAN | |
| FUJIAN | |
| China | |
| **FTY MID NO.** | CNPUTCITPUT |

| KMART | B2YDS | YB RUE 3 DIGITAL GRNREBUY CORE PK 1 | | 70 | 70 | 38.460  USD | 2,692.20  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 060096109798 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |

DESCRIPTION OF TYPE OF SHOE: YB RUE 3 DIGITAL GRN F18
GENDER: Youth Boy
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13-5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

# COMMERCIAL INVOICE

Page 8 of 10

**DATE:** August 16, 2018

**INVOICE NO.:** 201820772788

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YDS | **REFERENCE NO.** | 102 | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**    069257

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD

YAOTAI, HUANGSHI TOWN IND DISTRICT

LICHENG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**    CNPUTCITPUT

| KMART | B2YDS | YB RUE 3 DIGITAL GRNREBUY SML PK 1 | 70 | 70 | 38.460  USD | 2,692.20  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 060096109947 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |

DESCRIPTION OF TYPE OF SHOE: YB RUE 3 DIGITAL GRN F18
GENDER: Youth Boy
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13-5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YDS | **REFERENCE NO.** | 102 | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**    069257

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD

YAOTAI, HUANGSHI TOWN IND DISTRICT

LICHENG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**    CNPUTCITPUT

| KMART | B2YEK | TG RUE 3 DOTS BLK F1DESERVING PK 2 | 75 | 75 | 37.320  USD | 2,799.00  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 050096089016 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |

DESCRIPTION OF TYPE OF SHOE: TG RUE 3 DOTS BLK F18
GENDER: Toddler Girl
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING

# COMMERCIAL INVOICE

Page 9 of 10

**DATE:** August 16, 2018

**INVOICE NO.:** 201820772788

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:**  Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**  Chambersburg , PA

FOB China

OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YEK | **REFERENCE NO.** | 102 | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**    069257

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD

YAOTAI, HUANGSHI TOWN IND DISTRICT

LICHENG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**    CNPUTCITPUT

| **KMART** | B2YEK | TG RUE 3 DOTS BLK F1REBUY SML PK 1 | 75 | 75 | 37.320  USD | 2,799.00  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| **ITEM:** | 050096093067 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: TG RUE 3 DOTS BLK F18
GENDER: Toddler Girl
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YEK | **REFERENCE NO.** | 102 | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**    069257

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD

YAOTAI, HUANGSHI TOWN IND DISTRICT

LICHENG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**    CNPUTCITPUT

# COMMERCIAL INVOICE

Page 10 of 10

**DATE:** August 16, 2018

**INVOICE NO.:** 201820772788

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| | |
|---|---|
| **PAYMENT TERM** | Open Acct |
| **ORDER PAYMENT TERMS** | |
| **DRAWN UNDER** | OPEN ACCOUNT |
| **LC#** | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 1,190 | 1,190 | ASSORTMENTS | 45,083.40  USD |

**TOTAL US DOLLARS FORTY-FIVE THOUSAND EIGHTY-THREE DOLLARS AND FORTY CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| |
|---|
| **XIAMEN LUXINJIA IMP & EXP CO LTD** |
| **EMPLOYEE NAME** _____ |
| **EMPLOYEE TITLE** _____ |

# COMMERCIAL INVOICE

Page 1 of 10

**DATE:** August 20, 2018

**INVOICE NO.:** 201820773553

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2YBH | TG RUE 3 STARS PNK FDESERVING PK 2 | 87 | 87 | 37.320  USD | 3,246.84  USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 050096099486 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: TG RUE 3 STARS PNK F18
GENDER: Toddler Girl
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2YBH | REFERENCE NO. | 101 |
| DC CODE | MIR | DEPARTMENT NO. | 035 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5294 |
| VENDOR ITEM CODE | 12593 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

**FACTORY NO.** 069257
PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.** CNPUTCITPUT

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| KMART | B2YBH | TG RUE 3 STARS PNK FREBUY SML PK 1 | 63 | 63 | 37.320  USD | 2,351.16  USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 050096099536 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: TG RUE 3 STARS PNK F18
GENDER: Toddler Girl
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2YBH | REFERENCE NO. | 101 |
| DC CODE | MIR | DEPARTMENT NO. | 035 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5294 |
| VENDOR ITEM CODE | 12593 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

**FACTORY NO.** 069257

# COMMERCIAL INVOICE

Page 2 of 10

**DATE:** August 20, 2018

**INVOICE NO.:** 201820773553

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.**   CNPUTCITPUT

| KMART | B2YC0 | YB RUE 3 SKULLS BLK DESERVING PK 1 | | 75 | 75 | 38.460  USD | 2,884.50  USD |
|-------|-------|-----------------------------------|--|-----|-----|-------------|---------------|
| | | | | CARTONS | AST | AST | |

**ITEM:**   060096118328

**MADE IN**   CHINA (MAINLAND)

**CONTENTS**   1  ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: YB RUE 3 SKULLS BLK F18
GENDER: Youth Boy
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | | |
|--|--|--|--|--|--|
| **CONTRACT NO.** | B2YC0 | **REFERENCE NO.** | 101 | | |
| **DC CODE** | MIR | **DEPARTMENT NO.** | 035 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | | |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | | |

**FACTORY NO.**   069257

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.**   CNPUTCITPUT

| KMART | B2YC0 | YB RUE 3 SKULLS BLK REBUY CORE PK 1 | | 75 | 75 | 38.460  USD | 2,884.50  USD |
|-------|-------|-----------------------------------|--|-----|-----|-------------|---------------|
| | | | | CARTONS | AST | AST | |

**ITEM:**   060096120811

**MADE IN**   CHINA (MAINLAND)

**CONTENTS**   1  ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: YB RUE 3 SKULLS BLK F18
GENDER: Youth Boy
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

# COMMERCIAL INVOICE

**DATE:** August 20, 2018

**INVOICE NO.:** 201820773553

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YC0 | **REFERENCE NO.** | 101 |
| **DC CODE** | MIR | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**     069257

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD

YAOTAI, HUANGSHI TOWN IND DISTRICT

LICHENG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**     CNPUTCITPUT

| KMART | B2YC3 | YG RUE 3 DOTS BLK F1DESERVING PK 1 | 75 | 75 | 38.460  USD | 2,884.50  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 060096125877 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |

DESCRIPTION OF TYPE OF SHOE: YG RUE 3 DOTS BLK F18
GENDER: Youth Girl
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13-5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YC3 | **REFERENCE NO.** | 101 |
| **DC CODE** | MIR | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**     069257

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD

YAOTAI, HUANGSHI TOWN IND DISTRICT

LICHENG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**     CNPUTCITPUT

| KMART | B2YC3 | YG RUE 3 DOTS BLK F1REBUY CORE PK 1 | 75 | 75 | 38.460  USD | 2,884.50  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 060096125950 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |

DESCRIPTION OF TYPE OF SHOE: YG RUE 3 DOTS BLK F18
GENDER: Youth Girl
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING

# COMMERCIAL INVOICE

**DATE:** August 20, 2018

**INVOICE NO.:** 201820773553

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13-5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YC3 | **REFERENCE NO.** | 101 | |
| **DC CODE** | MIR | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, RNONE | |

**FACTORY NO.** 069257
PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China
**FTY MID NO.** CNPUTCITPUT

| KMART | B2YC6 | YG RUE 3 STARS PNK FDESERVING PK 1 | 75 | 75 | 38.460 USD | 2,884.50 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:** 060096271549
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: YG RUE 3 STARS PNK F18
GENDER: Youth Girl
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YC6 | **REFERENCE NO.** | 101 |
| **DC CODE** | MIR | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.** 069257
PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China
**FTY MID NO.** CNPUTCITPUT

# COMMERCIAL INVOICE

Page 5 of 10

**DATE:** August 20, 2018

**INVOICE NO.:** 201820773553

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| KMART | B2YC6 | YG RUE 3 STARS PNK FREBUY CORE PK 1 | | 75 | 75 | 38.460 USD | 2,884.50 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:** 060096278007
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: YG RUE 3 STARS PNK F18
GENDER: Youth Girl
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YC6 | **REFERENCE NO.** | 101 | |
| **DC CODE** | MIR | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, RNONE | |

**FACTORY NO.** 069257
PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China
**FTY MID NO.** CNPUTCITPUT

| KMART | B2YC9 | TB RUE 3 DIGITAL GRNDESERVING PK 2 | | 75 | 75 | 37.320 USD | 2,799.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:** 050096111851
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: TB RUE 3 DIGITAL GRN F18
GENDER: Toddler Boy
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YC9 | **REFERENCE NO.** | 101 | |
| **DC CODE** | MIR | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.** 069257
PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN

# COMMERCIAL INVOICE

Page 6 of 10

**DATE:** August 20, 2018

**INVOICE NO.:** 201820773553

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

FUJIAN
China

**FTY MID NO.**     CNPUTCITPUT

| KMART | B2YC9 | TB RUE 3 DIGITAL GRNREBUY SML PK 1 | | 75 | 75 | 37.320 USD | 2,799.00 USD |
|-------|-------|-----------------------------------|---|------|-----|------------|--------------|
| | | | | CARTONS | AST | AST | |

**ITEM:** 050096115365

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: TB RUE 3 DIGITAL GRN F18
GENDER: Toddler Boy
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YC9 | **REFERENCE NO.** | 101 | |
| **DC CODE** | MIR | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**     069257

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD

YAOTAI, HUANGSHI TOWN IND DISTRICT

LICHENG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**     CNPUTCITPUT

| KMART | B2YD8 | TB RUE 3 SKULLS BLK DESERVING PK 2 | | 87 | 87 | 37.320 USD | 3,246.84 USD |
|-------|-------|-----------------------------------|---|------|-----|------------|--------------|
| | | | | CARTONS | AST | AST | |

**ITEM:** 050095876884

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: TB RUE 3 SKULLS BLK F18
GENDER: Toddler Boy
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YD8 | **REFERENCE NO.** | 101 | |
| **DC CODE** | MIR | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

# COMMERCIAL INVOICE

Page 7 of 10

**DATE:** August 20, 2018

**INVOICE NO.:** 201820773553

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | |
|---|---|---|
| **FACTORY NO.** | 069257 | |
| PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD | | |
| YAOTAI, HUANGSHI TOWN IND DISTRICT | | |
| LICHENG DISTRICT | | |
| PUTIAN | | |
| FUJIAN | | |
| China | | |
| **FTY MID NO.** | CNPUTCITPUT | |

| KMART | B2YD8 | TB RUE 3 SKULLS BLK REBUY SML PK 1 | 63 | 63 | 37.320  USD | 2,351.16  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 050095898086 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |

DESCRIPTION OF TYPE OF SHOE: TB RUE 3 SKULLS BLK F18
GENDER: Toddler Boy
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YD8 | **REFERENCE NO.** | 101 |
| **DC CODE** | MIR | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

| | |
|---|---|
| **FACTORY NO.** | 069257 |
| PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD | |
| YAOTAI, HUANGSHI TOWN IND DISTRICT | |
| LICHENG DISTRICT | |
| PUTIAN | |
| FUJIAN | |
| China | |
| **FTY MID NO.** | CNPUTCITPUT |

| KMART | B2YDS | YB RUE 3 DIGITAL GRNREBUY CORE PK 1 | 80 | 80 | 38.460  USD | 3,076.80  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 060096109798 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |

DESCRIPTION OF TYPE OF SHOE: YB RUE 3 DIGITAL GRN F18
GENDER: Youth Boy
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13-5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

# COMMERCIAL INVOICE

**DATE:** August 20, 2018

**INVOICE NO.:** 201820773553

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China       **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| CONTRACT NO. | B2YDS | REFERENCE NO. | 101 |
|---|---|---|---|
| DC CODE | MIR | DEPARTMENT NO. | 035 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5294 |
| VENDOR ITEM CODE | 12593 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

**FACTORY NO.** 069257
PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.** CNPUTCITPUT

| KMART | B2YDS | YB RUE 3 DIGITAL GRNREBUY SML PK 1 | 80 | 80 | 38.460 USD | 3,076.80 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:** 060096109947
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: YB RUE 3 DIGITAL GRN F18
GENDER: Youth Boy
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13-5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| CONTRACT NO. | B2YDS | REFERENCE NO. | 101 |
|---|---|---|---|
| DC CODE | MIR | DEPARTMENT NO. | 035 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5294 |
| VENDOR ITEM CODE | 12593 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

**FACTORY NO.** 069257
PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.** CNPUTCITPUT

| KMART | B2YEK | TG RUE 3 DOTS BLK F1DESERVING PK 2 | 75 | 75 | 37.320 USD | 2,799.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:** 050096089016
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: TG RUE 3 DOTS BLK F18
GENDER: Toddler Girl
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING

# COMMERCIAL INVOICE

Page 9 of 10

**DATE:** August 20, 2018

**INVOICE NO.:** 201820773553

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China      **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YEK | **REFERENCE NO.** | 101 |
| **DC CODE** | MIR | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**      069257
PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China
**FTY MID NO.**      CNPUTCITPUT

| KMART | B2YEK | TG RUE 3 DOTS BLK F1REBUY SML PK 1 | 75 | 75 | 37.320  USD | 2,799.00  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:**      050096093067

**MADE IN**      CHINA (MAINLAND)

**CONTENTS**      1  ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: TG RUE 3 DOTS BLK F18
GENDER: Toddler Girl
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YEK | **REFERENCE NO.** | 101 |
| **DC CODE** | MIR | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**      069257
PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China
**FTY MID NO.**      CNPUTCITPUT

# COMMERCIAL INVOICE

Page 10 of 10

**DATE:** August 20, 2018

**INVOICE NO.:** 201820773553

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

**PAYMENT TERM**          Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**          OPEN ACCOUNT

**LC#**          NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 1,210 | 1,210 | ASSORTMENTS | 45,852.60  USD |

**TOTAL US DOLLARS FORTY-FIVE THOUSAND EIGHT HUNDRED FIFTY-TWO DOLLARS AND SIXTY CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| XIAMEN LUXINJIA IMP & EXP CO LTD |
|---|
| **EMPLOYEE NAME** _____ |
| **EMPLOYEE TITLE** _____ |

# COMMERCIAL INVOICE

Page 1 of 2

**DATE:** August 21, 2018

**INVOICE NO.:** 201820773943

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2YNQ | MCFADDEN REBUY LRG PK 2 | 25 | 25 | 11.700  USD | 292.50  USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 520090627548 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: MCFADDEN BLACK
GENDER: Men's
UPPER MATERIAL IN PERCENT:100%VINYL ACETATE (EVA)
OUTER SOLE MATERIAL IN PERCENT:100%EVA
TYPE OF CONSTRUCTION: INJECTION
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:NO
SIZE RANGE:7-13
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YNQ | **REFERENCE NO.** | 102 |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 20803 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.** 103535
PUTIAN JUNLONG FOOTWEAR CO LTD
NO.888 MEIYANG ROAD
JIAOWEI TOWN
PUTIAN
FUJIAN
China

**FTY MID NO.** CNPUTJUN888PUT

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2YNQ | MCFADDEN REBUY SML PK 10 | 74 | 74 | 11.700  USD | 865.80  USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 520090633504 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: MCFADDEN BLACK
GENDER: Men's
UPPER MATERIAL IN PERCENT:100%VINYL ACETATE (EVA)
OUTER SOLE MATERIAL IN PERCENT:100%EVA
TYPE OF CONSTRUCTION: INJECTION
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:NO
SIZE RANGE:7-13
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YNQ | **REFERENCE NO.** | 102 |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 20803 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.** 103535

# COMMERCIAL INVOICE

Page 2 of 2

**DATE:** August 21, 2018

**INVOICE NO.:** 201820773943

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

PUTIAN JUNLONG FOOTWEAR CO LTD
NO.888 MEIYANG ROAD
JIAOWEI TOWN
PUTIAN
FUJIAN
China
**FTY MID NO.**          CNPUTJUN888PUT

**PAYMENT TERM**          Open Acct
**ORDER PAYMENT TERMS**
**DRAWN UNDER**          OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 99 | 99 | ASSORTMENTS | 1,158.30   USD |

**TOTAL US DOLLARS ONE THOUSAND ONE HUNDRED FIFTY-EIGHT DOLLARS AND THIRTY CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| XIAMEN LUXINJIA IMP & EXP CO LTD |
|---|
| **EMPLOYEE NAME** _____ |
| **EMPLOYEE TITLE** _____ |

# COMMERCIAL INVOICE

Page 1 of 2

**DATE:** August 27, 2018

**INVOICE NO.:** 201820774000

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China        **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2YNQ | MCFADDEN REBUY LRG PK 2 | 17 | 17 | 11.700 USD | 198.90 USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 520090627548 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |
| | | DESCRIPTION OF TYPE OF SHOE: MCFADDEN BLACK GENDER: Men's UPPER MATERIAL IN PERCENT:100%VINYL ACETATE (EVA) OUTER SOLE MATERIAL IN PERCENT:100%EVA TYPE OF CONSTRUCTION: INJECTION COVERING THE ANKLE AND / OR ABOVE THE ANKLE:NO SIZE RANGE:7-13 HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1 | | | | |
| | **CONTRACT NO.** | B2YNQ | **REFERENCE NO.** | 101 | | |
| | **DC CODE** | MIR | **DEPARTMENT NO.** | 035 | | |
| | **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | | |
| | **VENDOR ITEM CODE** | 20803 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| | **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | | |
| | **FACTORY NO.** | 103535 | | | | |
| | PUTIAN JUNLONG FOOTWEAR CO LTD | | | | | |
| | NO.888 MEIYANG ROAD | | | | | |
| | JIAOWEI TOWN | | | | | |
| | PUTIAN | | | | | |
| | FUJIAN | | | | | |
| | China | | | | | |
| | **FTY MID NO.** | CNPUTJUN888PUT | | | | |
| KMART | B2YNQ | MCFADDEN REBUY SML PK 10 | 51 | 51 | 11.700 USD | 596.70 USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 520090633504 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |
| | | DESCRIPTION OF TYPE OF SHOE: MCFADDEN BLACK GENDER: Men's UPPER MATERIAL IN PERCENT:100%VINYL ACETATE (EVA) OUTER SOLE MATERIAL IN PERCENT:100%EVA TYPE OF CONSTRUCTION: INJECTION COVERING THE ANKLE AND / OR ABOVE THE ANKLE:NO SIZE RANGE:7-13 HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1 | | | | |
| | **CONTRACT NO.** | B2YNQ | **REFERENCE NO.** | 101 | | |
| | **DC CODE** | MIR | **DEPARTMENT NO.** | 035 | | |
| | **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | | |
| | **VENDOR ITEM CODE** | 20803 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| | **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | | |
| | **FACTORY NO.** | 103535 | | | | |

# COMMERCIAL INVOICE

Page 2 of 2

**DATE:** August 27, 2018

**INVOICE NO.:** 201820774000

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

PUTIAN JUNLONG FOOTWEAR CO LTD
NO.888 MEIYANG ROAD
JIAOWEI TOWN
PUTIAN
FUJIAN
China
**FTY MID NO.**          CNPUTJUN888PUT

**PAYMENT TERM**          Open Acct
**ORDER PAYMENT TERMS**
**DRAWN UNDER**          OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 68 | 68 | ASSORTMENTS | 795.60   USD |

**TOTAL US DOLLARS SEVEN HUNDRED NINETY-FIVE DOLLARS AND SIXTY CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| XIAMEN LUXINJIA IMP & EXP CO LTD |
|---|
| **EMPLOYEE NAME** _____ |
| **EMPLOYEE TITLE** _____ |

# COMMERCIAL INVOICE

**DATE:** August 09, 2018

**INVOICE NO.:** 201820954945

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China       **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|---|
| KMART | B2PC6 | BAYLEE GREY REBUY LRG PK 1 | | | 73 | 73 | 62.460  USD | 4,559.58  USD |
| | | | | | CARTONS | AST | AST | |
| **ITEM:** | 870012499166 | | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | | |
| | | DESCRIPTION OF TYPE OF SHOE: BAYLEE WOOL LACE UP WEDGE BOOTIE GENDER: Womens UPPER MATERIAL IN PERCENT:100% MICRO FIBER OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE FLOCKING+45% TPR TYPE OF CONSTRUCTION: CEMENT COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES SIZE RANGE:5-11 HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1 | | | | | | |
| | **CONTRACT NO.** | B2PC6 | **REFERENCE NO.** | 101 | | | | |
| | **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | | | | |
| | **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | | | | |
| | **VENDOR ITEM CODE** | 30775 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | | | |
| | **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | | | | |
| | **FACTORY NO.** | 061306 | | | | | | |
| | DEHE (PUTIAN) FOOTWEAR CO LTD | | | | | | | |
| | LOUTOU VILLAGE WUTANG TOWN | | | | | | | |
| | HANJIANG DISTRICT | | | | | | | |
| | PUTIAN | | | | | | | |
| | FUJIAN | | | | | | | |
| | China | | | | | | | |
| | **FTY MID NO.** | CNDEHPUTPUT | | | | | | |
| KMART | B2QUY | BAYLEE BLACK REBUY LRG PK 2 | | | 300 | 300 | 62.460  USD | 18,738.00  USD |
| | | | | | CARTONS | AST | AST | |
| **ITEM:** | 870020876405 | | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | | |
| | | DESCRIPTION OF TYPE OF SHOE: BAYLEE MICRO LACE UP BOOTIE GENDER: Womens UPPER MATERIAL IN PERCENT:100% MICRO FIBER OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR TYPE OF CONSTRUCTION: CEMENT COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES SIZE RANGE:5-11 HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1 | | | | | | |
| | **CONTRACT NO.** | B2QUY | **REFERENCE NO.** | 101 | | | | |
| | **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | | | | |
| | **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | | | | |
| | **VENDOR ITEM CODE** | 30775 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | | | |
| | **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | | | | |
| | **FACTORY NO.** | 061306 | | | | | | |

# COMMERCIAL INVOICE

Page 2 of 9

**DATE:** August 09, 2018

**INVOICE NO.:** 201820954945

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.** CNDEHPUTPUT

| KMART | B2QUY | BAYLEE BLACK REBUY SML PK 2 | | 250 | 250 | 83.280  USD | 20,820.00  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 870020876611 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |

DESCRIPTION OF TYPE OF SHOE: BAYLEE MICRO LACE UP BOOTIE
GENDER: Womens
UPPER MATERIAL IN PERCENT:100% MICRO FIBER
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:5-11
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| **CONTRACT NO.** | B2QUY | **REFERENCE NO.** | 101 |
|---|---|---|---|
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 30775 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.** 061306
DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.** CNDEHPUTPUT

| KMART | B2QV5 | BAYLEE TAUPE REBUY LRG PK 2 | | 200 | 200 | 62.460  USD | 12,492.00  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 870020893947 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |

DESCRIPTION OF TYPE OF SHOE: BAYLEE MICRO LACE UP BOOTIE
GENDER: Womens
UPPER MATERIAL IN PERCENT:100% MICRO FIBER
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:5-11
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

# COMMERCIAL INVOICE

**DATE:** August 09, 2018

**INVOICE NO.:** 201820954945

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2QV5 | **REFERENCE NO.** | 101 | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 30775 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.** 061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.** CNDEHPUTPUT

| KMART | B2QV5 | BAYLEE TAUPE REBUY SML PK 2 | 140 | 140 | 83.280 USD | 11,659.20 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:** 870020894788

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: BAYLEE MICRO LACE UP BOOTIE
GENDER: Womens
UPPER MATERIAL IN PERCENT:100% MICRO FIBER
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:5-11
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2QV5 | **REFERENCE NO.** | 101 | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 30775 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.** 061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.** CNDEHPUTPUT

| KMART | B2YEF | MADDIE DESERVING PACK | 112 | 112 | 99.720 USD | 11,168.64 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:** 890070908140

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE
MADDIE - SHORT ZIP WINTER BOOT
GENDER: WOMENS

# COMMERCIAL INVOICE

Page 4 of 9

**DATE:** August 09, 2018

**INVOICE NO.:** 201820954945

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

UPPER MATERIAL: 93.5%PU 6.5%FUR
OUTER SOLE MATERIAL: 100%TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-11 (WHOLE SIZES ONLY)
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT?1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YEF | **REFERENCE NO.** | 102 | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 30752 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**    061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**    CNDEHPUTPUT

| KMART | B2YEF | MADDIE NONDESERVING PACK 1 | 81 | 81 | 49.860 USD | 4,038.66 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:**    890070908157

**MADE IN**    CHINA (MAINLAND)

**CONTENTS**    1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE
MADDIE - SHORT ZIP WINTER BOOT
GENDER: WOMENS
UPPER MATERIAL: 93.5%PU 6.5%FUR
OUTER SOLE MATERIAL: 100%TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-11 (WHOLE SIZES ONLY)
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT?1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YEF | **REFERENCE NO.** | 102 | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 30752 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**    061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**    CNDEHPUTPUT

# COMMERCIAL INVOICE

Page 5 of 9

**DATE:** August 09, 2018

**INVOICE NO.:** 201820954945

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| KMART | B2YJP | MADDIE WIDE NONDESERVING PACK 1 | | 81 | 81 | 52.500 USD | 4,252.50 USD |
|-------|-------|--------------------------------|--|-----|------|------------|--------------|
| | | | | CARTONS | AST | AST | |

**ITEM:** 890059228890

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE
MADDIE - SHORT ZIP WINTER BOOT
GENDER: WOMENS
UPPER MATERIAL 93.5%PU+6.5%FUR
OUTER SOLE MATERIAL100%TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE YES
SIZE RANGE6-11 (WHOLE SIZES ONLY)
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT?1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YJP | **REFERENCE NO.** | 102 | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 30752 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.** 061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.** CNDEHPUTPUT

| KMART | B2YJP | MADDIE WIDE DESERVING PACK | | 112 | 112 | 105.000 USD | 11,760.00 USD |
|-------|-------|----------------------------|--|-----|------|-------------|---------------|
| | | | | CARTONS | AST | AST | |

**ITEM:** 890059228916

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE
MADDIE - SHORT ZIP WINTER BOOT
GENDER: WOMENS
UPPER MATERIAL 93.5%PU+6.5%FUR
OUTER SOLE MATERIAL100%TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE YES
SIZE RANGE6-11 (WHOLE SIZES ONLY)
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT?1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YJP | **REFERENCE NO.** | 102 | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 30752 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.** 061306

# COMMERCIAL INVOICE

Page 6 of 9

**DATE:** August 09, 2018

**INVOICE NO.:** 201820954945

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.** CNDEHPUTPUT

| KMART | B2YLT | MADDIE DESERVING PACK | | 112 | 112 | 99.720 USD | 11,168.64 USD |
|-------|-------|------------------------|--|-----|-----|------------|---------------|
| | | | | CARTONS | AST | AST | |

**ITEM:** 890012059101

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE
MADDIE - SHORT ZIP WINTER BOOT
GENDER WOMENS
UPPER MATERIAL 93.5%PU+6.5%FUR
OUTER SOLE MATERIAL 100%TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE YES
SIZE RANGE 6-11 (WHOLE SIZES ONLY)
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT?1

| **CONTRACT NO.** | B2YLT | **REFERENCE NO.** | 102 |
|---|---|---|---|
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 30752 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.** 061306

DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.** CNDEHPUTPUT

| KMART | B2YLT | MADDIE NONDESERVING PACK 1 | | 81 | 81 | 49.860 USD | 4,038.66 USD |
|-------|-------|----------------------------|--|-----|-----|------------|--------------|
| | | | | CARTONS | AST | AST | |

**ITEM:** 890012128831

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE
MADDIE - SHORT ZIP WINTER BOOT
GENDER WOMENS
UPPER MATERIAL 93.5%PU+6.5%FUR
OUTER SOLE MATERIAL 100%TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE YES
SIZE RANGE 6-11 (WHOLE SIZES ONLY)
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT?1

# COMMERCIAL INVOICE

Page 7 of 9

**DATE:** August 09, 2018

**INVOICE NO.:** 201820954945

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YLT | **REFERENCE NO.** | 102 | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 30752 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.** 061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.** CNDEHPUTPUT

| KMART | B2YLV | FANNI WHITE MEDIUM PACK 1 | | 130 | 130 | 119.700 USD | 15,561.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 760012848032 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |

DESCRIPTION OF TYPE OF SHOE: Fanni - Draw String Puffer - White
GENDER: Womens
UPPER MATERIAL IN PERCENT:70% NYLON FABRIC+30% PU
OUTER SOLE MATERIAL IN PERCENT:51% NON-WOVEN+49% PHYLON
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-11 Whole sizes only
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YLV | **REFERENCE NO.** | 102 | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 41093 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.** 061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.** CNDEHPUTPUT

| KMART | B2YLW | FANNI SILVER MEDIUM PACK 1 | | 142 | 142 | 126.000 USD | 17,892.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 760012849873 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |

DESCRIPTION OF TYPE OF SHOE: Fanni - Draw String Puffer - Silver
GENDER: Womens
UPPER MATERIAL IN PERCENT:70% NYLON FABRIC+30% PU

# COMMERCIAL INVOICE

Page 8 of 9

**DATE:** August 09, 2018

**INVOICE NO.:** 201820954945

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

OUTER SOLE MATERIAL IN PERCENT:51% NON-WOVEN+49% PHYLON
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-11 Whole sizes only
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YLW | **REFERENCE NO.** | 102 |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 41093 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**   061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**   CNDEHPUTPUT

| KMART | B2YLX | FANNI BLACK MEDIUM PACK 1 | | 204 | 204 | 119.700 USD | 24,418.80 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 760012862843 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |

DESCRIPTION OF TYPE OF SHOE: Fanni - Draw String Puffer - Black
GENDER: Womens
UPPER MATERIAL IN PERCENT:70% NYLON FABRIC+30% PU
OUTER SOLE MATERIAL IN PERCENT:51% NON-WOVEN+49% PHYLON
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-11 Whole sizes only
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YLX | **REFERENCE NO.** | 102 |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 41093 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**   061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**   CNDEHPUTPUT

# COMMERCIAL INVOICE

Page 9 of 9

**DATE:** August 09, 2018

**INVOICE NO.:** 201820954945

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

**PAYMENT TERM**          Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**          OPEN ACCOUNT

**LC#**          NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 2,018 | 2,018 | ASSORTMENTS | 172,567.68   USD |

**TOTAL US DOLLARS ONE HUNDRED SEVENTY-TWO THOUSAND FIVE HUNDRED SIXTY-SEVEN DOLLARS AND SIXTY-EIGHT CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| XIAMEN LUXINJIA IMP & EXP CO LTD |
|---|
| **EMPLOYEE NAME** |
| **EMPLOYEE TITLE** |

# COMMERCIAL INVOICE

Page 1 of 2

**DATE:** August 09, 2018

**INVOICE NO.:** 201820957509

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2PC6 | BAYLEE GREY REBUY CORE PK 1 | 90 | 90 | 83.280  USD | 7,495.20  USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 870012496790 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: BAYLEE WOOL LACE UP WEDGE BOOTIE
GENDER: Womens
UPPER MATERIAL IN PERCENT:100% MICRO FIBER
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE FLOCKING+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:5-11
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2PC6 | **REFERENCE NO.** | 101 |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 30775 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |
| **FACTORY NO.** | 061306 | | |

DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.** CNDEHPUTPUT

| | |
|---|---|
| **PAYMENT TERM** | Open Acct |
| **ORDER PAYMENT TERMS** | |
| **DRAWN UNDER** | OPEN ACCOUNT |
| **LC#** | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 90 | 90 | ASSORTMENTS | 7,495.20  USD |

**TOTAL US DOLLARS SEVEN THOUSAND FOUR HUNDRED NINETY-FIVE DOLLARS AND TWENTY CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

# COMMERCIAL INVOICE

Page 2 of 2

**DATE:** August 09, 2018

**INVOICE NO.:** 201820957509

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| XIAMEN LUXINJIA IMP & EXP CO LTD | |
|---|---|
| **EMPLOYEE NAME** | |
| **EMPLOYEE TITLE** | |

# COMMERCIAL INVOICE

Page 1 of 5

**DATE:** August 09, 2018

**INVOICE NO.:** 201821092217

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|---|
| KMART | B2PC4 | DAWN DARK TAUPE REBUY CORE PK 1 | | | 56 | 56 | 91.200  USD | 5,107.20  USD |
| | | | | | CARTONS | AST | AST | |
| **ITEM:** | 870011854031 | | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | | |

DESCRIPTION OF TYPE OF SHOE: DAWN LACE UP HIKER
GENDER: Womens
UPPER MATERIAL IN PERCENT:100% POLYESTER
OUTER SOLE MATERIAL IN PERCENT:51% TEXTILE FLOCKING+49% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-11
ROYALTY FOR TRADEMARK NAME:ROUTE 66
ROYALTY  PERCENTAGE:0.5%
ROYALTY  PAYABLE TO:BONJOUR GROUP, NOT DUTIABLE
ROYALTY IS INCLUDED IN FIRST COST:NO
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2PC4 | **REFERENCE NO.** | 101 | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 30797 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**      038369

PUTIAN CITY HANJIANG DISTRICT ZHANGSHENG SHOES CO LTD
XINFENG VILLAGE, WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**      CNPUTCITPUT

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|---|
| KMART | B2PC4 | DAWN DARK TAUPE REBUY LRG PK 1 | | | 47 | 47 | 68.400  USD | 3,214.80  USD |
| | | | | | CARTONS | AST | AST | |
| **ITEM:** | 870011855970 | | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | | |

DESCRIPTION OF TYPE OF SHOE: DAWN LACE UP HIKER
GENDER: Womens
UPPER MATERIAL IN PERCENT:100% POLYESTER
OUTER SOLE MATERIAL IN PERCENT:51% TEXTILE FLOCKING+49% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-11
ROYALTY FOR TRADEMARK NAME:ROUTE 66
ROYALTY  PERCENTAGE:0.5%
ROYALTY  PAYABLE TO:BONJOUR GROUP, NOT DUTIABLE
ROYALTY IS INCLUDED IN FIRST COST:NO
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

# COMMERCIAL INVOICE

Page 2 of 5

**DATE:** August 09, 2018

**INVOICE NO.:** 201821092217

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2PC4 | **REFERENCE NO.** | 101 |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 30797 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**     038369

PUTIAN CITY HANJIANG DISTRICT ZHANGSHENG
SHOES CO LTD
XINFENG VILLAGE, WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**     CNPUTCITPUT

| KMART | B2QAF | SHILOH CHARCOAL REBUY LRG PK 2 | | 100 | 100 | 59.040  USD | 5,904.00  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:** 870031350309

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: SHILOH MICROFIBER SHORT SLOUCH BOOTIE
GENDER: Womens
UPPER MATERIAL IN PERCENT:100%  MICROFIBER
OUTER SOLE MATERIAL IN PERCENT:51% TEXTILE+49% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:5-11
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2QAF | **REFERENCE NO.** | 102 |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 30778 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**     038369

PUTIAN CITY HANJIANG DISTRICT ZHANGSHENG
SHOES CO LTD
XINFENG VILLAGE, WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**     CNPUTCITPUT

| KMART | B2QAF | SHILOH CHARCOAL REBUY SML PK 2 | | 69 | 69 | 78.720  USD | 5,431.68  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:** 870031350432

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: SHILOH MICROFIBER SHORT SLOUCH BOOTIE
GENDER: Womens

# COMMERCIAL INVOICE

Page 3 of 5

**DATE:** August 09, 2018

**INVOICE NO.:** 201821092217

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**
KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

UPPER MATERIAL IN PERCENT:100%  MICROFIBER
OUTER SOLE MATERIAL IN PERCENT:51% TEXTILE+49% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:5-11
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2QAF | **REFERENCE NO.** | 102 | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 30778 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**    038369

PUTIAN CITY HANJIANG DISTRICT ZHANGSHENG
SHOES CO LTD
XINFENG VILLAGE, WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**    CNPUTCITPUT

| KMART | B2QXW | SHILOH BLACK REBUY LRG PK 2 | 130 | 130 | 61.560  USD | 8,002.80  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:**    870031343643

**MADE IN**    CHINA (MAINLAND)

**CONTENTS**    1  ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: SHILOH PU SHORT SLOUCH BOOTIE
GENDER: Womens
UPPER MATERIAL IN PERCENT:100% POLYURETHANE (PU)
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:5-11
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2QXW | **REFERENCE NO.** | 102 | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 30778 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**    038369

PUTIAN CITY HANJIANG DISTRICT ZHANGSHENG
SHOES CO LTD
XINFENG VILLAGE, WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**    CNPUTCITPUT

# COMMERCIAL INVOICE

Page 4 of 5

**DATE:** August 09, 2018

**INVOICE NO.:** 201821092217

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| KMART | B2QXW | SHILOH BLACK REBUY SML PK 2 | | | 92 | 92 | 82.080 USD | 7,551.36 USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | AST | |

**ITEM:** 870031343684

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: SHILOH PU SHORT SLOUCH BOOTIE
GENDER: Womens
UPPER MATERIAL IN PERCENT:100% POLYURETHANE (PU)
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:5-11
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2QXW | **REFERENCE NO.** | 102 | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 30778 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.** 038369

PUTIAN CITY HANJIANG DISTRICT ZHANGSHENG
SHOES CO LTD
XINFENG VILLAGE, WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.** CNPUTCITPUT

| KMART | B2YLU | SHILOH PLUM MEDIUM PACK 1 | | | 115 | 115 | 59.040 USD | 6,789.60 USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | AST | |

**ITEM:** 870012314142

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: SHILOH MICRO SHORT SLOUCH BOOTIE
GENDER: Womens
UPPER MATERIAL IN PERCENT:100% Mirco fiber
OUTER SOLE MATERIAL IN PERCENT:51% NON-WOVEN+49% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:5-11
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YLU | **REFERENCE NO.** | 102 | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 30778 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.** 038369

PUTIAN CITY HANJIANG DISTRICT ZHANGSHENG
SHOES CO LTD
XINFENG VILLAGE, WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

# COMMERCIAL INVOICE

Page 5 of 5

**DATE:** August 09, 2018

**INVOICE NO.:** 201821092217

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China     **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

FUJIAN
China
**FTY MID NO.**          CNPUTCITPUT

**PAYMENT TERM**          Open Acct
**ORDER PAYMENT TERMS**
**DRAWN UNDER**          OPEN ACCOUNT
**LC#**          NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 609 | 609 | ASSORTMENTS | 42,001.44  USD |

**TOTAL US DOLLARS FORTY-TWO THOUSAND ONE DOLLARS AND FORTY-FOUR CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

**XIAMEN LUXINJIA IMP & EXP CO LTD**

**EMPLOYEE NAME**          _____
**EMPLOYEE TITLE**          _____

# COMMERCIAL INVOICE

Page 1 of 2

**DATE:** August 20, 2018

**INVOICE NO.:** 201821241367

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China        **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2R2M | SHILOH BROWN REBUY LRG PK 2 | 71 | 71 | 61.560  USD | 4,370.76  USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 870031349533 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |
| | | DESCRIPTION OF TYPE OF SHOE: SHILOH PU SHORT SLOUCH BOOTIE GENDER: Womens UPPER MATERIAL IN PERCENT:100% POLYURETHANE (PU) OUTER SOLE MATERIAL IN PERCENT:100% TPR TYPE OF CONSTRUCTION: CEMENT COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES SIZE RANGE:5-11 HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1 | | | | |
| | **CONTRACT NO.** | B2R2M | **REFERENCE NO.** | 101 | | |
| | **DC CODE** | MIR | **DEPARTMENT NO.** | 035 | | |
| | **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | | |
| | **VENDOR ITEM CODE** | 30778 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| | **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | | |
| | **FACTORY NO.** | 038369 | | | | |
| | PUTIAN CITY HANJIANG DISTRICT ZHANGSHENG SHOES CO LTD XINFENG VILLAGE, WUTANG TOWN | | | | | |
| | HANJIANG DISTRICT | | | | | |
| | PUTIAN | | | | | |
| | FUJIAN | | | | | |
| | China | | | | | |
| | **FTY MID NO.** | CNPUTCITPUT | | | | |
| KMART | B2R2M | SHILOH BROWN REBUY SML PK 2 | 49 | 49 | 82.080  USD | 4,021.92  USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 870031349558 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |
| | | DESCRIPTION OF TYPE OF SHOE: SHILOH PU SHORT SLOUCH BOOTIE GENDER: Womens UPPER MATERIAL IN PERCENT:100% POLYURETHANE (PU) OUTER SOLE MATERIAL IN PERCENT:100% TPR TYPE OF CONSTRUCTION: CEMENT COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES SIZE RANGE:5-11 HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1 | | | | |
| | **CONTRACT NO.** | B2R2M | **REFERENCE NO.** | 101 | | |
| | **DC CODE** | MIR | **DEPARTMENT NO.** | 035 | | |
| | **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | | |
| | **VENDOR ITEM CODE** | 30778 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| | **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | | |
| | **FACTORY NO.** | 038369 | | | | |

# COMMERCIAL INVOICE

Page 2 of 2

**DATE:** August 20, 2018

**INVOICE NO.:** 201821241367

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China        **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

PUTIAN CITY HANJIANG DISTRICT ZHANGSHENG
SHOES CO LTD
XINFENG VILLAGE, WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**         CNPUTCITPUT

**PAYMENT TERM**        Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**         OPEN ACCOUNT

**LC#**                 NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 120 | 120 | ASSORTMENTS | 8,392.68  USD |

**TOTAL US DOLLARS EIGHT THOUSAND THREE HUNDRED NINETY-TWO DOLLARS AND SIXTY-EIGHT CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| XIAMEN LUXINJIA IMP & EXP CO LTD | |
|---|---|
| **EMPLOYEE NAME** | Hidy Zhou |
| **EMPLOYEE TITLE** | |

# COMMERCIAL INVOICE

**DATE:** August 21, 2018

**INVOICE NO.:** 201821241742

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China        **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2R2M | SHILOH BROWN REBUY LRG PK 2 | 107 | 107 | 61.560  USD | 6,586.92  USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 870031349533 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: SHILOH PU SHORT SLOUCH BOOTIE
GENDER: Womens
UPPER MATERIAL IN PERCENT:100% POLYURETHANE (PU)
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:5-11
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2R2M | REFERENCE NO. | 102 | |
| DC CODE | CHA | DEPARTMENT NO. | 035 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 5294 | |
| VENDOR ITEM CODE | 30778 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

FACTORY NO.        038369
PUTIAN CITY HANJIANG DISTRICT ZHANGSHENG SHOES CO LTD
XINFENG VILLAGE, WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

FTY MID NO.        CNPUTCITPUT

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2R2M | SHILOH BROWN REBUY SML PK 2 | 74 | 74 | 82.080  USD | 6,073.92  USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 870031349558 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: SHILOH PU SHORT SLOUCH BOOTIE
GENDER: Womens
UPPER MATERIAL IN PERCENT:100% POLYURETHANE (PU)
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:5-11
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2R2M | REFERENCE NO. | 102 | |
| DC CODE | CHA | DEPARTMENT NO. | 035 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 5294 | |
| VENDOR ITEM CODE | 30778 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

FACTORY NO.        038369

# COMMERCIAL INVOICE

Page 2 of 2

**DATE:** August 21, 2018

**INVOICE NO.:** 201821241742

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

PUTIAN CITY HANJIANG DISTRICT ZHANGSHENG
SHOES CO LTD
XINFENG VILLAGE, WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**          CNPUTCITPUT

**PAYMENT TERM**          Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**          OPEN ACCOUNT

**LC#**          NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 181 | 181 | ASSORTMENTS | 12,660.84  USD |

**TOTAL US DOLLARS TWELVE THOUSAND SIX HUNDRED SIXTY DOLLARS AND EIGHTY-FOUR CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| **XIAMEN LUXINJIA IMP & EXP CO LTD** |
|---|
| **EMPLOYEE NAME** _____ |
| **EMPLOYEE TITLE** _____ |

# COMMERCIAL INVOICE

Page 1 of 3

**DATE:** August 30, 2018

**INVOICE NO.:** 201821253996

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China        **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2YC1 | YB RUE 3 SKULLS BLK DESERVING PK 1 | 175 | 175 | 38.460  USD | 6,730.50  USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 060096118328 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: YB RUE 3 SKULLS BLK F18
GENDER: Youth Boy
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT: 1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YC1 | **REFERENCE NO.** | 102 |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**       069257
PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China
**FTY MID NO.**        CNPUTCITPUT

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2YC1 | YB RUE 3 SKULLS BLK REBUY CORE PK 1 | 175 | 175 | 38.460  USD | 6,730.50  USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 060096120811 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: YB RUE 3 SKULLS BLK F18
GENDER: Youth Boy
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT: 1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YC1 | **REFERENCE NO.** | 102 |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**       069257

# COMMERCIAL INVOICE

Page 2 of 3

**DATE:** August 30, 2018

**INVOICE NO.:** 201821253996

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.**    CNPUTCITPUT

| KMART | B2YCA | TB RUE 3 DIGITAL GRNDESERVING PK 2 | | 79 | 79 | 37.320  USD | 2,948.28  USD |
|-------|-------|-----------------------------------|--|----|----|-------------|---------------|
| | | | | CARTONS | AST | AST | |

**ITEM:**    050096111851

**MADE IN**    CHINA (MAINLAND)

**CONTENTS**    1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: TB RUE 3 DIGITAL GRN F18
GENDER: Toddler Boy
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | | |
|--|--|--|--|--|--|
| **CONTRACT NO.** | B2YCA | **REFERENCE NO.** | 102 | | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | | |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | | |

**FACTORY NO.**    069257

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.**    CNPUTCITPUT

| KMART | B2YCA | TB RUE 3 DIGITAL GRNREBUY SML PK 2 | | 79 | 79 | 37.320  USD | 2,948.28  USD |
|-------|-------|-----------------------------------|--|----|----|-------------|---------------|
| | | | | CARTONS | AST | AST | |

**ITEM:**    050096115373

**MADE IN**    CHINA (MAINLAND)

**CONTENTS**    1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: TB RUE 3 DIGITAL GRN F18
GENDER: Toddler Boy
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

# COMMERCIAL INVOICE

Page 3 of 3

**DATE:** August 30, 2018

**INVOICE NO.:** 201821253996

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China      **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YCA | **REFERENCE NO.** | 102 |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**       069257
PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.**       CNPUTCITPUT

**PAYMENT TERM**       Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**       OPEN ACCOUNT

**LC#**       NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 508 | 508 | ASSORTMENTS | 19,357.56   USD |

**TOTAL US DOLLARS NINETEEN THOUSAND THREE HUNDRED FIFTY-SEVEN DOLLARS AND FIFTY-SIX CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| XIAMEN LUXINJIA IMP & EXP CO LTD |
|---|
| **EMPLOYEE NAME** _____ |
| **EMPLOYEE TITLE** _____ |

# COMMERCIAL INVOICE

Page 1 of 8

**DATE:** August 30, 2018

**INVOICE NO.:** 201821254325

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2YBJ | TG RUE 3 STARS PNK FDESERVING PK 2 | 82 | 82 | 37.320   USD | 3,060.24   USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 050096099486 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: TG RUE 3 STARS PNK F18
GENDER: Toddler Girl
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YBJ | **REFERENCE NO.** | 102 | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**    069257
PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.**    CNPUTCITPUT

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2YBJ | TG RUE 3 STARS PNK FREBUY SML PK 2 | 67 | 67 | 37.320   USD | 2,500.44   USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 050096099957 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: TG RUE 3 STARS PNK F18
GENDER: Toddler Girl
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YBJ | **REFERENCE NO.** | 102 | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**    069257

# COMMERCIAL INVOICE

Page 2 of 8

**DATE:** August 30, 2018

**INVOICE NO.:** 201821254325

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.**   CNPUTCITPUT

| KMART | B2YC4 | YG RUE 3 DOTS BLK F1DESERVING PK 1 | | 150 | 150 | 38.460  USD | 5,769.00  USD |
|-------|-------|-----------------------------------|--|-----|-----|-------------|---------------|
| | | | | CARTONS | AST | AST | |

**ITEM:**   060096125877

**MADE IN**   CHINA (MAINLAND)

**CONTENTS**   1  ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: YG RUE 3 DOTS BLK F18
GENDER: Youth Girl
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13-5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | | |
|--|--|--|--|--|--|
| **CONTRACT NO.** | B2YC4 | **REFERENCE NO.** | 102 | | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | | |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | | |

**FACTORY NO.**   069257

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.**   CNPUTCITPUT

| KMART | B2YC4 | YG RUE 3 DOTS BLK F1REBUY CORE PK 1 | | 150 | 150 | 38.460  USD | 5,769.00  USD |
|-------|-------|-------------------------------------|--|-----|-----|-------------|---------------|
| | | | | CARTONS | AST | AST | |

**ITEM:**   060096125950

**MADE IN**   CHINA (MAINLAND)

**CONTENTS**   1  ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: YG RUE 3 DOTS BLK F18
GENDER: Youth Girl
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13-5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

# COMMERCIAL INVOICE

Page 3 of 8

**DATE:** August 30, 2018

**INVOICE NO.:** 201821254325

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YC4 | **REFERENCE NO.** | 102 |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, RNONE |

**FACTORY NO.** 069257

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD

YAOTAI, HUANGSHI TOWN IND DISTRICT

LICHENG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.** CNPUTCIPUT

| KMART | B2YC7 | YG RUE 3 STARS PNK FDESERVING PK 1 | 125 | 125 | 38.460 USD | 4,807.50 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:** 060096271549

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: YG RUE 3 STARS PNK F18
GENDER: Youth Girl
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YC7 | **REFERENCE NO.** | 102 |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.** 069257

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD

YAOTAI, HUANGSHI TOWN IND DISTRICT

LICHENG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.** CNPUTCIPUT

| KMART | B2YC7 | YG RUE 3 STARS PNK FREBUY CORE PK 1 | 125 | 125 | 38.460 USD | 4,807.50 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:** 060096278007

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: YG RUE 3 STARS PNK F18
GENDER: Youth Girl
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING

# COMMERCIAL INVOICE

Page 4 of 8

**DATE:** August 30, 2018

**INVOICE NO.:** 201821254325

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YC7 | **REFERENCE NO.** | 102 | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, RNONE | |

**FACTORY NO.**     069257

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD

YAOTAI, HUANGSHI TOWN IND DISTRICT

LICHENG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**     CNPUTCITPUT

| KMART | B2YD9 | TB RUE 3 SKULLS BLK DESERVING PK 2 | 82 | 82 | 37.320  USD | 3,060.24  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| **ITEM:** | 050095876884 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: TB RUE 3 SKULLS BLK F18
GENDER: Toddler Boy
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YD9 | **REFERENCE NO.** | 102 | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**     069257

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD

YAOTAI, HUANGSHI TOWN IND DISTRICT

LICHENG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**     CNPUTCITPUT

# COMMERCIAL INVOICE

Page 5 of 8

**DATE:** August 30, 2018

**INVOICE NO.:** 201821254325

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| KMART | B2YD9 | TB RUE 3 SKULLS BLK REBUY SML PK 2 | | 67 | 67 | 37.320  USD | 2,500.44  USD |
|-------|-------|-----------|---|----|----|----|----|
| | | | | CARTONS | AST | AST | |

**ITEM:** 050095907093

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1  ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: TB RUE 3 SKULLS BLK F18
GENDER: Toddler Boy
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YD9 | **REFERENCE NO.** | 102 | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.** 069257

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD

YAOTAI, HUANGSHI TOWN IND DISTRICT

LICHENG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.** CNPUTCITPUT

| KMART | B2YDR | YB RUE 3 DIGITAL GRNREBUY SML PK 1 | | 157 | 157 | 38.460  USD | 6,038.22  USD |
|-------|-------|-----------|---|----|----|----|----|
| | | | | CARTONS | AST | AST | |

**ITEM:** 060096109947

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1  ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: YB RUE 3 DIGITAL GRN F18
GENDER: Youth Boy
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13-5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YDR | **REFERENCE NO.** | 102 | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.** 069257

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD

YAOTAI, HUANGSHI TOWN IND DISTRICT

LICHENG DISTRICT

PUTIAN

# COMMERCIAL INVOICE

Page 6 of 8

**DATE:** August 30, 2018

**INVOICE NO.:** 201821254325

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

FUJIAN
China
**FTY MID NO.**    CNPUTCITPUT

| KMART | B2YDR | YB RUE 3 DIGITAL GRNREBUY CORE PK 2 | | 157 | 157 | 38.460 USD | 6,038.22 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:** 060099158263
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: YB RUE 3 DIGITAL GRN F18
GENDER: Youth Boy
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13-5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YDR | **REFERENCE NO.** | 102 | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**    069257
PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China
**FTY MID NO.**    CNPUTCITPUT

| KMART | B2YEL | TG RUE 3 DOTS BLK F1DESERVING PK 2 | | 69 | 69 | 37.320 USD | 2,575.08 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:** 050096089016
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: TG RUE 3 DOTS BLK F18
GENDER: Toddler Girl
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YEL | **REFERENCE NO.** | 102 | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

# COMMERCIAL INVOICE

Page 7 of 8

**DATE:** August 30, 2018

**INVOICE NO.:** 201821254325

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China      **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | |
|---|---|
| **FACTORY NO.** | 069257 |

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD

YAOTAI, HUANGSHI TOWN IND DISTRICT

LICHENG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**    CNPUTCITPUT

| KMART | B2YEL | TG RUE 3 DOTS BLK F1REBUY SML PK 2 | | 56 | 56 | 37.320  USD | 2,089.92  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:**    050096093166

**MADE IN**    CHINA (MAINLAND)

**CONTENTS**    1  ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: TG RUE 3 DOTS BLK F18
GENDER: Toddler Girl
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| **CONTRACT NO.** | B2YEL | **REFERENCE NO.** | 102 |
|---|---|---|---|
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**    069257

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD

YAOTAI, HUANGSHI TOWN IND DISTRICT

LICHENG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**    CNPUTCITPUT

| **PAYMENT TERM** | Open Acct |
|---|---|
| **ORDER PAYMENT TERMS** | |
| **DRAWN UNDER** | OPEN ACCOUNT |
| **LC#** | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 1,287 | 1,287 | ASSORTMENTS | 49,015.80  USD |

**TOTAL US DOLLARS FORTY-NINE THOUSAND FIFTEEN DOLLARS AND EIGHTY CENTS ONLY.**

We hereby certify that this shipment does not contain solid wood packing material.

# COMMERCIAL INVOICE

**DATE:** August 30, 2018

**INVOICE NO.:** 201821254325

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**       KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| XIAMEN LUXINJIA IMP & EXP CO LTD | |
|---|---|
| **EMPLOYEE NAME** | |
| **EMPLOYEE TITLE** | |

# COMMERCIAL INVOICE

Page 1 of 2

**DATE:** September 03, 2018

**INVOICE NO.:** 201821330297

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China       **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2YNX | YG KALI 2 DRESS HEELREBUY CORE PK 1 | 42 | 42 | 44.760  USD | 1,879.92  USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 150021358031 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: YG KALI 2 DRESS HEEL BLK
GENDER: Youth Girl
UPPER MATERIAL IN PERCENT:100% Polyester
OUTER SOLE MATERIAL IN PERCENT:51% Polyester +49% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:NO
SIZE RANGE:13-5#
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YNX | **REFERENCE NO.** | 101 | |
| **DC CODE** | MIR | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 12744 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, RNONE | |

**FACTORY NO.**       061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**       CNDEHPUTPUT

| MARKS | | DESCRIPTION | QUANTITY | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| KMART | B2YNX | YG KALI 2 DRESS HEELREBUY SML PK 1 | 78 | 78 | 44.760  USD | 3,491.28  USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 150021358049 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: YG KALI 2 DRESS HEEL BLK
GENDER: Youth Girl
UPPER MATERIAL IN PERCENT:100% Polyester
OUTER SOLE MATERIAL IN PERCENT:51% Polyester +49% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:NO
SIZE RANGE:13-5#
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YNX | **REFERENCE NO.** | 101 | |
| **DC CODE** | MIR | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 12744 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**       061306

# COMMERCIAL INVOICE

Page 2 of 2

**DATE:** September 03, 2018

**INVOICE NO.:** 201821330297

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.** CNDEHPUTPUT

**PAYMENT TERM** Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER** OPEN ACCOUNT

**LC#** NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 120 | 120 | ASSORTMENTS | 5,371.20  USD |

**TOTAL US DOLLARS FIVE THOUSAND THREE HUNDRED SEVENTY-ONE DOLLARS AND TWENTY CENTS ONLY.**

**XIAMEN LUXINJIA IMP & EXP CO LTD**

**EMPLOYEE NAME** _____

**EMPLOYEE TITLE** _____

# COMMERCIAL INVOICE

Page 1 of 2

**DATE:** September 04, 2018

**INVOICE NO.:** 201821330684

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2YNX | YG KALI 2 DRESS HEELREBUY CORE PK 1 | 63 | 63 | 44.760  USD | 2,819.88  USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 150021358031 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: YG KALI 2 DRESS HEEL BLK
GENDER: Youth Girl
UPPER MATERIAL IN PERCENT:100% Polyester
OUTER SOLE MATERIAL IN PERCENT:51% Polyester +49% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:NO
SIZE RANGE:13-5#
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YNX | **REFERENCE NO.** | 102 |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 12744 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, RNONE |

**FACTORY NO.**   061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**   CNDEHPUTPUT

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2YNX | YG KALI 2 DRESS HEELREBUY SML PK 1 | 117 | 117 | 44.760  USD | 5,236.92  USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 150021358049 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: YG KALI 2 DRESS HEEL BLK
GENDER: Youth Girl
UPPER MATERIAL IN PERCENT:100% Polyester
OUTER SOLE MATERIAL IN PERCENT:51% Polyester +49% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:NO
SIZE RANGE:13-5#
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YNX | **REFERENCE NO.** | 102 |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 12744 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**   061306

# COMMERCIAL INVOICE

Page 2 of 2

**DATE:** September 04, 2018

**INVOICE NO.:** 201821330684

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**     KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:**  Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.**          CNDEHPUTPUT

**PAYMENT TERM**        Open Acct
**ORDER PAYMENT TERMS**
**DRAWN UNDER**        OPEN ACCOUNT
**LC#**            NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 180 | 180 | ASSORTMENTS | 8,056.80  USD |

**TOTAL US DOLLARS EIGHT THOUSAND FIFTY-SIX DOLLARS AND EIGHTY CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| XIAMEN LUXINJIA IMP & EXP CO LTD |
|---|
| **EMPLOYEE NAME** |
| **EMPLOYEE TITLE** |

# COMMERCIAL INVOICE

Page 1 of 11

**DATE:** September 03, 2018

**INVOICE NO.:** 201821331025

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2YBJ | TG RUE 3 STARS PNK FDESERVING PK 2 | 83 | 83 | 37.320  USD | 3,097.56  USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 050096099486 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: TG RUE 3 STARS PNK F18
GENDER: Toddler Girl
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2YBJ | REFERENCE NO. | 101 | |
| DC CODE | MIR | DEPARTMENT NO. | 035 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 5294 | |
| VENDOR ITEM CODE | 12593 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

**FACTORY NO.**       069257

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD

YAOTAI, HUANGSHI TOWN IND DISTRICT

LICHENG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**       CNPUTCITPUT

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| KMART | B2YBJ | TG RUE 3 STARS PNK FREBUY SML PK 2 | 68 | 68 | 37.320  USD | 2,537.76  USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 050096099957 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: TG RUE 3 STARS PNK F18
GENDER: Toddler Girl
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2YBJ | REFERENCE NO. | 101 | |
| DC CODE | MIR | DEPARTMENT NO. | 035 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 5294 | |
| VENDOR ITEM CODE | 12593 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

**FACTORY NO.**       069257

# COMMERCIAL INVOICE

**DATE:** September 03, 2018

**INVOICE NO.:** 201821331025

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.**   CNPUTCITPUT

| KMART | B2YC1 | YB RUE 3 SKULLS BLK DESERVING PK 1 | 175 | 175 | 38.460  USD | 6,730.50  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:**   060096118328

**MADE IN**   CHINA (MAINLAND)

**CONTENTS**   1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: YB RUE 3 SKULLS BLK F18
GENDER: Youth Boy
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT: 1

| **CONTRACT NO.** | B2YC1 | **REFERENCE NO.** | 101 |
|---|---|---|---|
| **DC CODE** | MIR | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**   069257

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.**   CNPUTCITPUT

| KMART | B2YC1 | YB RUE 3 SKULLS BLK REBUY CORE PK 1 | 175 | 175 | 38.460  USD | 6,730.50  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:**   060096120811

**MADE IN**   CHINA (MAINLAND)

**CONTENTS**   1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: YB RUE 3 SKULLS BLK F18
GENDER: Youth Boy
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT: 1

# COMMERCIAL INVOICE

**DATE:** September 03, 2018

**INVOICE NO.:** 201821331025

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:**  Xiamen, China

**MODE OF TRANSPORTATION:**  Ocean

**SHIPPED TO:**  Mira Loma , CA

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YC1 | **REFERENCE NO.** | 101 |
| **DC CODE** | MIR | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**   069257
PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.**   CNPUTCITPUT

| KMART | B2YC4 | YG RUE 3 DOTS BLK F1DESERVING PK 1 | 150 | 150 | 38.460  USD | 5,769.00  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:**   060096125877

**MADE IN**   CHINA (MAINLAND)

**CONTENTS**   1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: YG RUE 3 DOTS BLK F18
GENDER: Youth Girl
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13-5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YC4 | **REFERENCE NO.** | 101 |
| **DC CODE** | MIR | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**   069257
PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.**   CNPUTCITPUT

| KMART | B2YC4 | YG RUE 3 DOTS BLK F1REBUY CORE PK 1 | 150 | 150 | 38.460  USD | 5,769.00  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:**   060096125950

**MADE IN**   CHINA (MAINLAND)

**CONTENTS**   1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: YG RUE 3 DOTS BLK F18
GENDER: Youth Girl
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING

# COMMERCIAL INVOICE

Page 4 of 11

**DATE:** September 03, 2018

**INVOICE NO.:** 201821331025

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China    **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13-5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YC4 | **REFERENCE NO.** | 101 |
| **DC CODE** | MIR | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, RNONE |

**FACTORY NO.** 069257
PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China
**FTY MID NO.** CNPUTCITPUT

| KMART | B2YC7 | YG RUE 3 STARS PNK FDESERVING PK 1 | 125 | 125 | 38.460 USD | 4,807.50 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| **ITEM:** | 060096271549 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: YG RUE 3 STARS PNK F18
GENDER: Youth Girl
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YC7 | **REFERENCE NO.** | 101 |
| **DC CODE** | MIR | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.** 069257
PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China
**FTY MID NO.** CNPUTCITPUT

# COMMERCIAL INVOICE

Page 5 of 11

**DATE:** September 03, 2018

**INVOICE NO.:** 201821331025

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**SHIPPED TO:** Mira Loma , CA

FOB China

**MODE OF TRANSPORTATION:** Ocean

| KMART | B2YC7 | YG RUE 3 STARS PNK FREBUY CORE PK 1 | | 125 | 125 | 38.460 USD | 4,807.50 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:** 060096278007

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: YG RUE 3 STARS PNK F18
GENDER: Youth Girl
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YC7 | **REFERENCE NO.** | 101 | |
| **DC CODE** | MIR | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, RNONE | |

**FACTORY NO.** 069257
PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.** CNPUTCITPUT

| KMART | B2YCA | TB RUE 3 DIGITAL GRNDESERVING PK 2 | | 79 | 79 | 37.320 USD | 2,948.28 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:** 050096111851

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: TB RUE 3 DIGITAL GRN F18
GENDER: Toddler Boy
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YCA | **REFERENCE NO.** | 101 | |
| **DC CODE** | MIR | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.** 069257
PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN

# COMMERCIAL INVOICE

Page 6 of 11

**DATE:** September 03, 2018

**INVOICE NO.:** 201821331025

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

FUJIAN

China

**FTY MID NO.** CNPUTCITPUT

| KMART | B2YCA | TB RUE 3 DIGITAL GRNREBUY SML PK 2 | | 79 | 79 | 37.320 USD | 2,948.28 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:** 050096115373

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: TB RUE 3 DIGITAL GRN F18
GENDER: Toddler Boy
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YCA | **REFERENCE NO.** | 101 | |
| **DC CODE** | MIR | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.** 069257

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD

YAOTAI, HUANGSHI TOWN IND DISTRICT

LICHENG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.** CNPUTCITPUT

| KMART | B2YCC | YB HALFPIPE BLACK F1NONDES PK 1 | | 300 | 300 | 47.880 USD | 14,364.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:** 060096283072

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: YB HALFPIPE BLACK F18
GENDER: Youth Boy
UPPER MATERIAL IN PERCENT:95% PU + 5% POLYESTER
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13,1,2,3,4,5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YCC | **REFERENCE NO.** | 101 | |
| **DC CODE** | MIR | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 12800 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

# COMMERCIAL INVOICE

Page 7 of 11

**DATE:** September 03, 2018

**INVOICE NO.:** 201821331025

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China     **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | |
|---|---|---|
| **FACTORY NO.** | 069257 | |
| PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD | | |
| YAOTAI, HUANGSHI TOWN IND DISTRICT | | |
| LICHENG DISTRICT | | |
| PUTIAN | | |
| FUJIAN | | |
| China | | |
| **FTY MID NO.** | CNPUTCITPUT | |

| KMART | B2YCC | YB HALFPIPE BLACK F1NONDES PK 2 | 300 CARTONS | 300 AST | 47.880 USD AST | 14,364.00 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 060096283080 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |

DESCRIPTION OF TYPE OF SHOE: YB HALFPIPE BLACK F18
GENDER: Youth Boy
UPPER MATERIAL IN PERCENT:95% PU + 5% POLYESTER
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13,1,2,3,4,5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YCC | **REFERENCE NO.** | 101 |
| **DC CODE** | MIR | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 12800 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

| | |
|---|---|
| **FACTORY NO.** | 069257 |
| PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD | |
| YAOTAI, HUANGSHI TOWN IND DISTRICT | |
| LICHENG DISTRICT | |
| PUTIAN | |
| FUJIAN | |
| China | |
| **FTY MID NO.** | CNPUTCITPUT |

| KMART | B2YD9 | TB RUE 3 SKULLS BLK DESERVING PK 2 | 83 CARTONS | 83 AST | 37.320 USD AST | 3,097.56 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 050095876884 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |

DESCRIPTION OF TYPE OF SHOE: TB RUE 3 SKULLS BLK F18
GENDER: Toddler Boy
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

# COMMERCIAL INVOICE

Page 8 of 11

**DATE:** September 03, 2018

**INVOICE NO.:** 201821331025

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YD9 | **REFERENCE NO.** | 101 | |
| **DC CODE** | MIR | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.** 069257

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD

YAOTAI, HUANGSHI TOWN IND DISTRICT

LICHENG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.** CNPUTCITPUT

| KMART | B2YD9 | TB RUE 3 SKULLS BLK REBUY SML PK 2 | 68 | 68 | 37.320 USD | 2,537.76 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| **ITEM:** | 050095907093 |
|---|---|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |

DESCRIPTION OF TYPE OF SHOE: TB RUE 3 SKULLS BLK F18
GENDER: Toddler Boy
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YD9 | **REFERENCE NO.** | 101 | |
| **DC CODE** | MIR | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.** 069257

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD

YAOTAI, HUANGSHI TOWN IND DISTRICT

LICHENG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.** CNPUTCITPUT

| KMART | B2YDR | YB RUE 3 DIGITAL GRNREBUY SML PK 1 | 160 | 160 | 38.460 USD | 6,153.60 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| **ITEM:** | 060096109947 |
|---|---|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |

DESCRIPTION OF TYPE OF SHOE: YB RUE 3 DIGITAL GRN F18
GENDER: Youth Boy
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING

# COMMERCIAL INVOICE

**DATE:** September 03, 2018

**INVOICE NO.:** 201821331025

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:**  Xiamen, China

**SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:**  Ocean

FOB China

OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13-5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YDR | **REFERENCE NO.** | 101 | |
| **DC CODE** | MIR | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**  069257
PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China
**FTY MID NO.**  CNPUTCITPUT

| KMART | B2YDR | YB RUE 3 DIGITAL GRNREBUY CORE PK 2 | 160 | 160 | 38.460 USD | 6,153.60 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:**  060099158263
**MADE IN**  CHINA (MAINLAND)
**CONTENTS**  1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: YB RUE 3 DIGITAL GRN F18
GENDER: Youth Boy
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13-5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YDR | **REFERENCE NO.** | 101 | |
| **DC CODE** | MIR | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**  069257
PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China
**FTY MID NO.**  CNPUTCITPUT

# COMMERCIAL INVOICE

Page 10 of 11

**DATE:** September 03, 2018

**INVOICE NO.:** 201821331025

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**SHIPPED TO:** Mira Loma , CA

FOB China

**MODE OF TRANSPORTATION:** Ocean

| KMART | B2YEL | TG RUE 3 DOTS BLK F1DESERVING PK 2 | | 69 | 69 | 37.320 USD | 2,575.08 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:** 050096089016

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: TG RUE 3 DOTS BLK F18
GENDER: Toddler Girl
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| **CONTRACT NO.** | B2YEL | **REFERENCE NO.** | 101 |
|---|---|---|---|
| **DC CODE** | MIR | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.** 069257

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD

YAOTAI, HUANGSHI TOWN IND DISTRICT

LICHENG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.** CNPUTCITPUT

| KMART | B2YEL | TG RUE 3 DOTS BLK F1REBUY SML PK 2 | | 57 | 57 | 37.320 USD | 2,127.24 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:** 050096093166

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: TG RUE 3 DOTS BLK F18
GENDER: Toddler Girl
UPPER MATERIAL IN PERCENT: 15%PU, 32%TPR, 53% VYLON PLASTIC SHEETING
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| **CONTRACT NO.** | B2YEL | **REFERENCE NO.** | 101 |
|---|---|---|---|
| **DC CODE** | MIR | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 12593 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.** 069257

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD

YAOTAI, HUANGSHI TOWN IND DISTRICT

LICHENG DISTRICT

PUTIAN

# COMMERCIAL INVOICE

Page 11 of 11

**DATE:** September 03, 2018

**INVOICE NO.:** 201821331025

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

FUJIAN

China

**FTY MID NO.**               CNPUTCITPUT

**PAYMENT TERM**          Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**          OPEN ACCOUNT

**LC#**                         NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 2,406 | 2,406 | ASSORTMENTS | 97,518.72   USD |

TOTAL US DOLLARS NINETY-SEVEN THOUSAND FIVE HUNDRED EIGHTEEN DOLLARS AND SEVENTY-TWO CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| XIAMEN LUXINJIA IMP & EXP CO LTD |
|---|
| **EMPLOYEE NAME** |
| **EMPLOYEE TITLE** |

# COMMERCIAL INVOICE

Page 1 of 2

**DATE:** September 06, 2018

**INVOICE NO.:** 201821370239

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2YM9 | MADDIE REBUY CORE PK 1 | 95 | 95 | 49.860  USD | 4,736.70  USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 890012129557 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |
| | | DESCRIPTION OF TYPE OF SHOE: MADDIE - SHORT ZIP WINTER BOOT GENDER: WOMENS UPPER MATERIAL IN PERCENT: 93.5%PU+6.5%FUR OUTER SOLE MATERIAL IN PERCENT: 100%TPR TYPE OF CONSTRUCTION: CEMENT COVERING THE ANKLE AND / OR ABOVE THE ANKLE (YES OR NO): YES SIZE RANGE: 6-11 ( WHOLE SIZES ONLY ) HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT?: 1 | | | | |
| | **CONTRACT NO.** | B2YM9 | **REFERENCE NO.** | 101 | | |
| | **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | | |
| | **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | | |
| | **VENDOR ITEM CODE** | 30752 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| | **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | | |
| | **FACTORY NO.** | 061306 | | | | |
| | DEHE (PUTIAN) FOOTWEAR CO LTD | | | | | |
| | LOUTOU VILLAGE WUTANG TOWN | | | | | |
| | HANJIANG DISTRICT | | | | | |
| | PUTIAN | | | | | |
| | FUJIAN | | | | | |
| | China | | | | | |
| | **FTY MID NO.** | CNDEHPUTPUT | | | | |
| KMART | B2YM9 | MADDIE REBUY SML PK 1 | 31 | 31 | 99.720  USD | 3,091.32  USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 890012131041 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |
| | | DESCRIPTION OF TYPE OF SHOE: MADDIE - SHORT ZIP WINTER BOOT GENDER: WOMENS UPPER MATERIAL IN PERCENT: 93.5%PU+6.5%FUR OUTER SOLE MATERIAL IN PERCENT: 100%TPR TYPE OF CONSTRUCTION: CEMENT COVERING THE ANKLE AND / OR ABOVE THE ANKLE (YES OR NO): YES SIZE RANGE: 6-11 ( WHOLE SIZES ONLY ) HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT?: 1 | | | | |
| | **CONTRACT NO.** | B2YM9 | **REFERENCE NO.** | 101 | | |
| | **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | | |
| | **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | | |
| | **VENDOR ITEM CODE** | 30752 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| | **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | | |
| | **FACTORY NO.** | 061306 | | | | |

# COMMERCIAL INVOICE

Page 2 of 2

**DATE:** September 06, 2018

**INVOICE NO.:** 201821370239

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.**            CNDEHPUTPUT

**PAYMENT TERM**        Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**        OPEN ACCOUNT

**LC#**                NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 126 | 126 | ASSORTMENTS | 7,828.02  USD |

**TOTAL US DOLLARS SEVEN THOUSAND EIGHT HUNDRED TWENTY-EIGHT DOLLARS AND TWO CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| XIAMEN LUXINJIA IMP & EXP CO LTD |
|---|
| **EMPLOYEE NAME** _____ |
| **EMPLOYEE TITLE** _____ |

# COMMERCIAL INVOICE

Page 1 of 2

**DATE:** September 06, 2018

**INVOICE NO.:** 201821429840

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**
KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2YMA | SHILOH PLUM REBUY LRG PK 1 | 50 | 50 | 78.720  USD | 3,936.00  USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 870012267217 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |
| | | DESCRIPTION OF TYPE OF SHOE: SHILOH MICRO SHORT SLOUCH BOOTIE GENDER: Womens UPPER MATERIAL IN PERCENT:100% Mirco fiber OUTER SOLE MATERIAL IN PERCENT:51% NON-WOVEN+49% TPR TYPE OF CONSTRUCTION: CEMENT COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES SIZE RANGE:5-11 HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1 | | | | |
| | **CONTRACT NO.** | B2YMA | **REFERENCE NO.** | 101 | | |
| | **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | | |
| | **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | | |
| | **VENDOR ITEM CODE** | 30778 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| | **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | | |
| | **FACTORY NO.** | 038369 | | | | |
| | PUTIAN CITY HANJIANG DISTRICT ZHANGSHENG SHOES CO LTD XINFENG VILLAGE, WUTANG TOWN | | | | | |
| | HANJIANG DISTRICT | | | | | |
| | PUTIAN | | | | | |
| | FUJIAN | | | | | |
| | China | | | | | |
| | **FTY MID NO.** | CNPUTCITPUT | | | | |
| KMART | B2YMA | SHILOH PLUM REBUY SML PK 1 | 70 | 70 | 59.040  USD | 4,132.80  USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 870012267274 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |
| | | DESCRIPTION OF TYPE OF SHOE: SHILOH MICRO SHORT SLOUCH BOOTIE GENDER: Womens UPPER MATERIAL IN PERCENT:100% Mirco fiber OUTER SOLE MATERIAL IN PERCENT:51% NON-WOVEN+49% TPR TYPE OF CONSTRUCTION: CEMENT COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES SIZE RANGE:5-11 HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1 | | | | |
| | **CONTRACT NO.** | B2YMA | **REFERENCE NO.** | 101 | | |
| | **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | | |
| | **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | | |
| | **VENDOR ITEM CODE** | 30778 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| | **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | | |
| | **FACTORY NO.** | 038369 | | | | |

# COMMERCIAL INVOICE

Page 2 of 2

**DATE:** September 06, 2018

**INVOICE NO.:** 201821429840

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

PUTIAN CITY HANJIANG DISTRICT ZHANGSHENG
SHOES CO LTD
XINFENG VILLAGE, WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**          CNPUTCITPUT

**PAYMENT TERM**          Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**          OPEN ACCOUNT

**LC#**          NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 120 | 120 | ASSORTMENTS | 8,068.80  USD |

**TOTAL US DOLLARS EIGHT THOUSAND SIXTY-EIGHT DOLLARS AND EIGHTY CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| XIAMEN LUXINJIA IMP & EXP CO LTD |
|---|
| **EMPLOYEE NAME** |
| **EMPLOYEE TITLE** |

# COMMERCIAL INVOICE

Page 1 of 2

**DATE:** September 10, 2018

**INVOICE NO.:** 201821429929

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China        **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2YMA | SHILOH PLUM REBUY LRG PK 1 | 43 | 43 | 78.720  USD | 3,384.96  USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 870012267217 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: SHILOH MICRO SHORT SLOUCH BOOTIE
GENDER: Womens
UPPER MATERIAL IN PERCENT:100% Mirco fiber
OUTER SOLE MATERIAL IN PERCENT:51% NON-WOVEN+49% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:5-11
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YMA | **REFERENCE NO.** | 102 | |
| **DC CODE** | MIR | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 30778 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**        038369

PUTIAN CITY HANJIANG DISTRICT ZHANGSHENG
SHOES CO LTD
XINFENG VILLAGE, WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**        CNPUTCITPUT

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2YMA | SHILOH PLUM REBUY SML PK 1 | 54 | 54 | 59.040  USD | 3,188.16  USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 870012267274 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: SHILOH MICRO SHORT SLOUCH BOOTIE
GENDER: Womens
UPPER MATERIAL IN PERCENT:100% Mirco fiber
OUTER SOLE MATERIAL IN PERCENT:51% NON-WOVEN+49% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:5-11
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YMA | **REFERENCE NO.** | 102 | |
| **DC CODE** | MIR | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 30778 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**        038369

# COMMERCIAL INVOICE

Page 2 of 2

**DATE:** September 10, 2018

**INVOICE NO.:** 201821429929

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**     KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

PUTIAN CITY HANJIANG DISTRICT ZHANGSHENG
SHOES CO LTD
XINFENG VILLAGE, WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**          CNPUTCITPUT

**PAYMENT TERM**          Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**          OPEN ACCOUNT

**LC#**          NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 97 | 97 | ASSORTMENTS | 6,573.12  USD |

**TOTAL US DOLLARS SIX THOUSAND FIVE HUNDRED SEVENTY-THREE DOLLARS AND FORTY-TWO CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| XIAMEN LUXINJIA IMP & EXP CO LTD |
|---|
| **EMPLOYEE NAME** _____ |
| **EMPLOYEE TITLE** _____ |

# COMMERCIAL INVOICE

Page 1 of 2

**DATE:** September 06, 2018

**INVOICE NO.:** 201821431296

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2YCC | YB HALFPIPE BLACK F1NONDES PK 1 | 300 | 300 | 47.880  USD | 14,364.00  USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 060096283072 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: YB HALFPIPE BLACK F18
GENDER: Youth Boy
UPPER MATERIAL IN PERCENT:95% PU + 5% POLYESTER
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13,1,2,3,4,5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YCC | **REFERENCE NO.** | 102 | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 12800 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**        069257
PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.**        CNPUTCITPUT

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2YCC | YB HALFPIPE BLACK F1NONDES PK 2 | 300 | 300 | 47.880  USD | 14,364.00  USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 060096283080 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: YB HALFPIPE BLACK F18
GENDER: Youth Boy
UPPER MATERIAL IN PERCENT:95% PU + 5% POLYESTER
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:13,1,2,3,4,5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YCC | **REFERENCE NO.** | 102 | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 12800 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**        069257

# COMMERCIAL INVOICE

Page 2 of 2

**DATE:** September 06, 2018

**INVOICE NO.:** 201821431296

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

PUTIAN CITY NEW YONGFENG2 FOOTWEAR CO LTD
YAOTAI, HUANGSHI TOWN IND DISTRICT
LICHENG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.**              CNPUTCITPUT

**PAYMENT TERM**          Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**          OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 600 | 600 | ASSORTMENTS | 28,728.00  USD |

**TOTAL US DOLLARS TWENTY-EIGHT THOUSAND SEVEN HUNDRED TWENTY-EIGHT DOLLARS AND ZERO CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| XIAMEN LUXINJIA IMP & EXP CO LTD |
|---|
| **EMPLOYEE NAME** _____ |
| **EMPLOYEE TITLE** _____ |

# COMMERCIAL INVOICE

Page 1 of 2

**DATE:** September 17, 2018

**INVOICE NO.:** 201821591347

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2YHV | BAYLEE BLACK REBUY LRG PK 3 | 34 | 34 | 62.460  USD | 2,123.64  USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 870034634402 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: BAYLEE MICRO LACE UP BOOTIE
GENDER: Womens
UPPER MATERIAL IN PERCENT:100% MICRO FIBER
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:5-11
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YHV | **REFERENCE NO.** | 101 |
| **DC CODE** | MIR | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 30775 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**     061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**     CNDEHPUTPUT

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| KMART | B2YHV | BAYLEE BLACK REBUY SML PK 3 | 24 | 24 | 83.280  USD | 1,998.72  USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 870034634410 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: BAYLEE MICRO LACE UP BOOTIE
GENDER: Womens
UPPER MATERIAL IN PERCENT:100% MICRO FIBER
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:5-11
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YHV | **REFERENCE NO.** | 101 |
| **DC CODE** | MIR | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 30775 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**     061306

# COMMERCIAL INVOICE

Page 2 of 2

**DATE:** September 17, 2018

**INVOICE NO.:** 201821591347

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.** CNDEHPUTPUT

**PAYMENT TERM** Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER** OPEN ACCOUNT

**LC#** NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 58 | 58 | ASSORTMENTS | 4,122.36 USD |

**TOTAL US DOLLARS FOUR THOUSAND ONE HUNDRED TWENTY-TWO DOLLARS AND THIRTY-SIX CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| XIAMEN LUXINJIA IMP & EXP CO LTD |
|---|
| **EMPLOYEE NAME** _____ |
| **EMPLOYEE TITLE** _____ |

# COMMERCIAL INVOICE

Page 1 of 2

**DATE:** September 20, 2018

**INVOICE NO.:** 201821591404

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2YHV | BAYLEE BLACK REBUY LRG PK 3 | 52 | 52 | 62.460  USD | 3,247.92  USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 870034634402 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: BAYLEE MICRO LACE UP BOOTIE
GENDER: Womens
UPPER MATERIAL IN PERCENT:100% MICRO FIBER
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:5-11
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2YHV | REFERENCE NO. | 102 | |
| DC CODE | CHA | DEPARTMENT NO. | 035 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 5294 | |
| VENDOR ITEM CODE | 30775 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

**FACTORY NO.**     061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**     CNDEHPUTPUT

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2YHV | BAYLEE BLACK REBUY SML PK 3 | 35 | 35 | 83.280  USD | 2,914.80  USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 870034634410 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: BAYLEE MICRO LACE UP BOOTIE
GENDER: Womens
UPPER MATERIAL IN PERCENT:100% MICRO FIBER
OUTER SOLE MATERIAL IN PERCENT:55% TEXTILE+45% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:5-11
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2YHV | REFERENCE NO. | 102 | |
| DC CODE | CHA | DEPARTMENT NO. | 035 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 5294 | |
| VENDOR ITEM CODE | 30775 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

**FACTORY NO.**     061306

# COMMERCIAL INVOICE

Page 2 of 2

**DATE:** September 20, 2018

**INVOICE NO.:** 201821591404

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.**          CNDEHPUTPUT

**PAYMENT TERM**          Open Acct
**ORDER PAYMENT TERMS**
**DRAWN UNDER**          OPEN ACCOUNT
**LC#**          NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 87 | 87 | ASSORTMENTS | 6,162.72   USD |

**TOTAL US DOLLARS SIX THOUSAND ONE HUNDRED SIXTY-TWO DOLLARS AND SEVENTY-TWO CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| XIAMEN LUXINJIA IMP & EXP CO LTD |
|---|
| **EMPLOYEE NAME** _____ |
| **EMPLOYEE TITLE** _____ |

# COMMERCIAL INVOICE

Page 1 of 7

**DATE:** September 06, 2018

**INVOICE NO.:** 201821645740

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China     **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2YE9 | FANNI BLACK REBUY CORE PK 1 | 40 | 40 | 71.820   USD | 2,872.80   USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 760012855847 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |
| | | DESCRIPTION OF TYPE OF SHOE: Fanni - Draw String Puffer - Black GENDER: Womens UPPER MATERIAL IN PERCENT:70% NYLON FABRIC+30% PU OUTER SOLE MATERIAL IN PERCENT:51% NON-WOVEN+49% PHYLON TYPE OF CONSTRUCTION: CEMENT COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES SIZE RANGE:6-11 Whole sizes only HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1 | | | | |
| | **CONTRACT NO.** | B2YE9 | **REFERENCE NO.** | 102 | | |
| | **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | | |
| | **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | | |
| | **VENDOR ITEM CODE** | 41093 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| | **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | | |
| | **FACTORY NO.** | 061306 | | | | |
| | DEHE (PUTIAN) FOOTWEAR CO LTD | | | | | |
| | LOUTOU VILLAGE WUTANG TOWN | | | | | |
| | HANJIANG DISTRICT | | | | | |
| | PUTIAN | | | | | |
| | FUJIAN | | | | | |
| | China | | | | | |
| | **FTY MID NO.** | CNDEHPUTPUT | | | | |
| KMART | B2YE9 | FANNI BLACK REBUY SML PK 1 | 60 | 60 | 71.820   USD | 4,309.20   USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 760012862439 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |
| | | DESCRIPTION OF TYPE OF SHOE: Fanni - Draw String Puffer - Black GENDER: Womens UPPER MATERIAL IN PERCENT:70% NYLON FABRIC+30% PU OUTER SOLE MATERIAL IN PERCENT:51% NON-WOVEN+49% PHYLON TYPE OF CONSTRUCTION: CEMENT COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES SIZE RANGE:6-11 Whole sizes only HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1 | | | | |
| | **CONTRACT NO.** | B2YE9 | **REFERENCE NO.** | 102 | | |
| | **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | | |
| | **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | | |
| | **VENDOR ITEM CODE** | 41093 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| | **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | | |
| | **FACTORY NO.** | 061306 | | | | |

# COMMERCIAL INVOICE

Page 2 of 7

**DATE:** September 06, 2018

**INVOICE NO.:** 201821645740

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.**          CNDEHPUTPUT

| KMART | B2YEA | FANNI SILVER REBUY CORE PK 1 | | 35 CARTONS | 35 AST | 71.820  USD AST | 2,513.70  USD |
|---|---|---|---|---|---|---|---|

**ITEM:** 760012849915

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: Fanni - Draw String Puffer - Silver
GENDER: Womens
UPPER MATERIAL IN PERCENT:70% NYLON FABRIC+30% PU
OUTER SOLE MATERIAL IN PERCENT:51% NON-WOVEN+49% PHYLON
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-11 Whole sizes only
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | B2YEA | **REFERENCE NO.** | 102 | | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | | |
| **VENDOR ITEM CODE** | 41093 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | | |

**FACTORY NO.**          061306

DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.**          CNDEHPUTPUT

| KMART | B2YEA | FANNI SILVER REBUY SML PK 1 | | 52 CARTONS | 52 AST | 71.820  USD AST | 3,734.64  USD |
|---|---|---|---|---|---|---|---|

**ITEM:** 760012850228

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: Fanni - Draw String Puffer - Silver
GENDER: Womens
UPPER MATERIAL IN PERCENT:70% NYLON FABRIC+30% PU
OUTER SOLE MATERIAL IN PERCENT:51% NON-WOVEN+49% PHYLON
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-11 Whole sizes only
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

# COMMERCIAL INVOICE

Page 3 of 7

**DATE:** September 06, 2018

**INVOICE NO.:** 201821645740

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YEA | **REFERENCE NO.** | 102 | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 41093 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**   061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**   CNDEHPUTPUT

| KMART | B2YEB | FANNI WHITE REBUY CORE PK 1 | 17 | 17 | 71.820  USD | 1,220.94  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:**  760012847737

**MADE IN**  CHINA (MAINLAND)

**CONTENTS**  1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: Fanni - Draw String Puffer - White
GENDER: Womens
UPPER MATERIAL IN PERCENT:70% NYLON FABRIC+30% PU
OUTER SOLE MATERIAL IN PERCENT:51% NON-WOVEN+49% PHYLON
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-11 Whole sizes only
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YEB | **REFERENCE NO.** | 102 | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 41093 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**   061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**   CNDEHPUTPUT

| KMART | B2YEB | FANNI WHITE REBUY SML PK 1 | 26 | 26 | 71.820  USD | 1,867.32  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:**  760012848016

**MADE IN**  CHINA (MAINLAND)

**CONTENTS**  1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: Fanni - Draw String Puffer - White
GENDER: Womens
UPPER MATERIAL IN PERCENT:70% NYLON FABRIC+30% PU

# COMMERCIAL INVOICE

Page 4 of 7

**DATE:** September 06, 2018

**INVOICE NO.:** 201821645740

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China      **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

OUTER SOLE MATERIAL IN PERCENT:51% NON-WOVEN+49% PHYLON
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-11 Whole sizes only
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YEB | **REFERENCE NO.** | 102 | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 41093 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**      061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**      CNDEHPUTPUT

| KMART | B2YMB | MADDIE WIDE REBUY CORE PK 1 | 59 | 59 | 49.860 USD | 2,941.74 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:**      890047136742

**MADE IN**      CHINA (MAINLAND)

**CONTENTS**      1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: MADDIE - SHORT ZIP WINTER BOOT
GENDER: WOMENS
UPPER MATERIAL IN PERCENT: 93.5%PU+6.5%FUR
OUTER SOLE MATERIAL IN PERCENT : 100%TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: YES
SIZE RANGE: 6-11 (WHOLE SIZES ONLY )
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YMB | **REFERENCE NO.** | 101 | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 30752 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**      061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**      CNDEHPUTPUT

# COMMERCIAL INVOICE

Page 5 of 7

**DATE:** September 06, 2018

**INVOICE NO.:** 201821645740

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| KMART | B2YMB | MADDIE WIDE REBUY SML PK 1 | | | 20 | 20 | 99.720  USD | 1,994.40  USD |
|-------|-------|---------------------------|---|---|-----|-----|-------------|---------------|
| | | | | | CARTONS | AST | AST | |

| **ITEM:** | 890047136783 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |

DESCRIPTION OF TYPE OF SHOE: MADDIE - SHORT ZIP WINTER BOOT
GENDER: WOMENS
UPPER MATERIAL IN PERCENT: 93.5%PU+6.5%FUR
OUTER SOLE MATERIAL IN PERCENT : 100%TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: YES
SIZE RANGE: 6-11 (WHOLE SIZES ONLY )
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

| **CONTRACT NO.** | B2YMB | **REFERENCE NO.** | 101 |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 30752 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

| **FACTORY NO.** | 061306 |

DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China

| **FTY MID NO.** | CNDEHPUTPUT |

| KMART | B2YMC | MADDIE REBUY CORE PK 1 | | | 400 | 400 | 49.860  USD | 19,944.00  USD |
|-------|-------|------------------------|---|---|-----|-----|-------------|----------------|
| | | | | | CARTONS | AST | AST | |

| **ITEM:** | 890047233655 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |

DESCRIPTION OF TYPE OF SHOE:MADDIE - SHORT ZIP WINTER BOOT
GENDER :WOMENS
UPPER MATERIAL IN PERCENT: 93.5%PU+6.5%FUR
OUTER SOLE MATERIAL IN PERCENT :100%TPR
TYPE OF CONSTRUCTION:CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: YES
SIZE RANGE: 6-11 (WHOLE SIZES ONLY )
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

| **CONTRACT NO.** | B2YMC | **REFERENCE NO.** | 101 |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 30752 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

| **FACTORY NO.** | 061306 |

DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN

# COMMERCIAL INVOICE

Page 6 of 7

**DATE:** September 06, 2018

**INVOICE NO.:** 201821645740

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

FUJIAN
China

**FTY MID NO.**    CNDEHPUTPUT

| KMART | B2YMC | MADDIE REBUY SML PK 1 | | 160 | 160 | 99.720 USD | 15,955.20 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:** 890047239116

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE:MADDIE - SHORT ZIP WINTER BOOT
GENDER :WOMENS
UPPER MATERIAL IN PERCENT: 93.5%PU+6.5%FUR
OUTER SOLE MATERIAL IN PERCENT :100%TPR
TYPE OF CONSTRUCTION:CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: YES
SIZE RANGE: 6-11 (WHOLE SIZES ONLY )
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YMC | **REFERENCE NO.** | 101 | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 30752 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**    061306

DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.**    CNDEHPUTPUT

**PAYMENT TERM**    Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**    OPEN ACCOUNT

**LC#**    NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 869 | 869 | ASSORTMENTS | 57,353.94 USD |

**TOTAL US DOLLARS FIFTY-SEVEN THOUSAND THREE HUNDRED FIFTY-THREE DOLLARS AND NINETY-FOUR CENTS ONLY.**

We hereby certify that this shipment does not contain solid wood packing material.

# COMMERCIAL INVOICE

Page 7 of 7

**DATE:** September 06, 2018

**INVOICE NO.:** 201821645740

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**   Chambersburg , PA

FOB China

| XIAMEN LUXINJIA IMP & EXP CO LTD | |
|---|---|
| **EMPLOYEE NAME** | |
| **EMPLOYEE TITLE** | |

# COMMERCIAL INVOICE

Page 1 of 8

**DATE:** September 10, 2018

**INVOICE NO.:** 201821645768

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2YE9 | FANNI BLACK REBUY CORE PK 1 | 27 | 27 | 71.820  USD | 1,939.14  USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 760012855847 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: Fanni - Draw String Puffer - Black
GENDER: Womens
UPPER MATERIAL IN PERCENT:70% NYLON FABRIC+30% PU
OUTER SOLE MATERIAL IN PERCENT:51% NON-WOVEN+49% PHYLON
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-11 Whole sizes only
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YE9 | **REFERENCE NO.** | 101 | |
| **DC CODE** | MIR | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 41093 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**   061306
DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China
**FTY MID NO.**   CNDEHPUTPUT

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2YE9 | FANNI BLACK REBUY SML PK 1 | 40 | 40 | 71.820  USD | 2,872.80  USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 760012862439 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: Fanni - Draw String Puffer - Black
GENDER: Womens
UPPER MATERIAL IN PERCENT:70% NYLON FABRIC+30% PU
OUTER SOLE MATERIAL IN PERCENT:51% NON-WOVEN+49% PHYLON
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-11 Whole sizes only
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YE9 | **REFERENCE NO.** | 101 | |
| **DC CODE** | MIR | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 41093 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**   061306

# COMMERCIAL INVOICE

Page 2 of 8

**DATE:** September 10, 2018

**INVOICE NO.:** 201821645768

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China     **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.**     CNDEHPUTPUT

| KMART | B2YEA | FANNI SILVER REBUY CORE PK 1 | | 23 | 23 | 71.820  USD | 1,651.86  USD |
|-------|-------|------------------------------|---|-----|-----|-------------|----------------|
| | | | | CARTONS | AST | AST | |

**ITEM:** 760012849915
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: Fanni - Draw String Puffer - Silver
GENDER: Womens
UPPER MATERIAL IN PERCENT:70% NYLON FABRIC+30% PU
OUTER SOLE MATERIAL IN PERCENT:51% NON-WOVEN+49% PHYLON
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-11 Whole sizes only
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YEA | **REFERENCE NO.** | 101 | |
| **DC CODE** | MIR | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 41093 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.** 061306
DEHE (PUTIAN) FOOTWEAR CO LTD
LOUTOU VILLAGE WUTANG TOWN
HANJIANG DISTRICT
PUTIAN
FUJIAN
China

**FTY MID NO.**     CNDEHPUTPUT

| KMART | B2YEA | FANNI SILVER REBUY SML PK 1 | | 35 | 35 | 71.820  USD | 2,513.70  USD |
|-------|-------|------------------------------|---|-----|-----|-------------|----------------|
| | | | | CARTONS | AST | AST | |

**ITEM:** 760012850228
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: Fanni - Draw String Puffer - Silver
GENDER: Womens
UPPER MATERIAL IN PERCENT:70% NYLON FABRIC+30% PU
OUTER SOLE MATERIAL IN PERCENT:51% NON-WOVEN+49% PHYLON
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-11 Whole sizes only
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

# COMMERCIAL INVOICE

Page 3 of 8

**DATE:** September 10, 2018

**INVOICE NO.:** 201821645768

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YEA | **REFERENCE NO.** | 101 | |
| **DC CODE** | MIR | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 41093 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**     061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**     CNDEHPUTPUT

| KMART | B2YEB | FANNI WHITE REBUY CORE PK 1 | 12 | 12 | 71.820  USD | 861.84  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 760012847737 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |

DESCRIPTION OF TYPE OF SHOE: Fanni - Draw String Puffer - White
GENDER: Womens
UPPER MATERIAL IN PERCENT:70% NYLON FABRIC+30% PU
OUTER SOLE MATERIAL IN PERCENT:51% NON-WOVEN+49% PHYLON
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-11 Whole sizes only
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YEB | **REFERENCE NO.** | 101 | |
| **DC CODE** | MIR | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 41093 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**     061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**     CNDEHPUTPUT

| KMART | B2YEB | FANNI WHITE REBUY SML PK 1 | 17 | 17 | 71.820  USD | 1,220.94  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 760012848016 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |

DESCRIPTION OF TYPE OF SHOE: Fanni - Draw String Puffer - White
GENDER: Womens
UPPER MATERIAL IN PERCENT:70% NYLON FABRIC+30% PU

# Electronic Proof of Claim



Adobe Sign Document History                    12/06/2018

| | |
|---|---|
| Created: | 12/06/2018 |
| By: | Sears Claims (searsclaims@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAArgTxO4R2tVIuPA-Lq_VIlnqz2-PRRWX_ |

# "Electronic Proof of Claim" History

Widget created by Sears Claims (searsclaims@primeclerk.com)
12/06/2018 - 3:58:35 PM EST

George Jawlakian (George@Jawlakianlaw.com) uploaded the following supporting documents:
Attachment
12/06/2018 - 4:02:59 PM EST

Widget filled in by George Jawlakian (George@Jawlakianlaw.com)
12/06/2018 - 4:02:59 PM EST- IP address: 216.4.199.45

(User email address provided through API User-Agent: Mozilla/5.0 (Macintosh; Intel Mac OS X 10_13_6)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/70.0.3538.110 Safari/537.36)
12/06/2018 - 4:03:02 PM EST- IP address: 216.4.199.45

Signed document emailed to Sears Claims (searsclaims@primeclerk.com) and George Jawlakian
(George@Jawlakianlaw.com)
12/06/2018 - 4:03:02 PM EST

**UPS Supply Chain Solutions™**   **UPS**   OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| XIAMEN LUXINJIA IMP & EXP CO LTD<br>NO. 496, 821 STREET<br>XIADIAN ROAD, LICHENG<br>PUTIAN FUJIAN CHINA | E228030017 | 7183423170 |

EXPORT REFERENCES

Toms18- 258SR
→018205714825

DATE OF RECEIPT OF CARGO

08/04/2018

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

KMART CORPORATION
3333 BEVERLY ROAD
HOFFMAN ESTATES,IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go[od]
order and condition from Shipper, the package(s) listed below are said to conta[in]
the goods hereinafter described. This receipt is not valid unless verified a[nd]
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless [a]
higher value is declared on this receipt and the extra charge paid, liability is limit[ed]
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force [of]
law, its limitation, described in paragraph 3 on the reverse hereof, controls unle[ss]
a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
PHONE:(310) 404-2792  FAX: (310) 404 2962
ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
|  | XIAMEN,CN |  |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| JI HAI ZHI XING 285N | XIAMEN,CN | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| NEW YORK,NY | CHAMBERSBURG,PA | 1 |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| KMART PO#:<br>ITEM NO:<br>MADE IN :CHINA(MAINLAND)<br>CONTENTS:<br><br>YMLU8993828/YMAB456077/40HQ | 334CTNS | FCR DATE:8/4/2018<br>SHIP MODE:CFS/CY<br>SAILING DATE:8/18/2018<br>FREIGHT:COLLECT<br>THE ABOVE SHIPMENT CONTAINS<br>NO (SOLID) WOOD PACKING MATERIAL<br><br><br>AS PER ATTACHMENT | 1150.6KGS | 14.314CBM |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 1 | 1 |
| PACKINGLIST | 1 | 1 |
| INTERIM FOOTWEAR INVOICE | 1 | 1 |
| CPSIA GENERAL CONFORMITY CONFORMITY CERTIFICATE | 1 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

Issued by ____ XIAMEN **AS AGENT FOR**
**UPS SUPPLY CHAIN SOLUTIONS INC.**

Month ____ 8 Day ____ Authorized Year Signatures ____ 2018

Attachment No:    1

ATTACHMENT
FOR            7183423170

\*\*\*    UPS SUPPLY CHAIN SOLUTIONS,INC.    \*\*\*
\*\*\*    FORWARDER'S CARGO RECEIPT    \*\*\*

| Packages: | | Description: | Kgs: | Cbm: |
|---|---|---|---|---|
| 130 | CTNS | YG KALI 2 DRESS HEELDESERVING PK 2 PO:B2YNW ITEM:150021358007 REF:102 DEPT:035 HTS:6404193760, 6404193790 | 377 | 5.019 |
| 37 | CTNS | YG KALI 2 DRESS HEELNON DESERVING PK 1 PO:B2YNW ITEM:150021358015 REF:102 DEPT:035 HTS:6404198790 | 107.3 | 1.297 |
| 37 | CTNS | YG KALI 2 DRESS HEELNON DESERVING PK 2 PO:B2YNW ITEM:150021358023 REF:102 DEPT:035 HTS:6404193760, 6404198790 | 107.3 | 1.407 |
| 130 | CTNS | YG KALI 2 DRESS HEELDESERVING PK 1 PO:B2YNW ITEM:150021357918 REF:102 DEPT:035 HTS:6404193790 | 559 | 6.591 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS, INC.
Authorized Signatures

**UPS Supply Chain Solutions™** (UPS) | **UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| XIAMEN LUXINJIA IMP & EXP CO LTD<br>NO. 496, 821 STREET<br>XIADIAN ROAD, LICHENG<br>PUTIAN FUJIAN CHINA | E228030017 | 7183423258 |
| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO<br><br>08/03/2018 |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) |
|---|
| KMART CORPORATION<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES,IL 60179 USA |

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is: _____

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) |
|---|
| UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE<br>TORRANCE, CA 90502<br>PHONE:(310) 404-2792   FAX: (310) 404 2962<br>ATTN: MARY ELLEN WRATSCHKO |

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | XIAMEN,CN | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| JI HAI ZHI XING 285N | XIAMEN,CN | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| NEW YORK,NY | CHAMBERSBURG,PA | 1 |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| KMART PO#:<br>ITEM NO:<br>MADE IN :CHINA(MAINLAND)<br>CONTENTS:<br><br>YMLU8993828/YMAB456077/40HQ | 81CTNS | FCR DATE:8/3/2018<br>SHIP MODE:CFS/CY<br>SAILING DATE:8/18/2018<br>FREIGHT:COLLECT<br>THE ABOVE SHIPMENT CONTAINS<br>NO (SOLID) WOOD PACKING MATERIAL<br><br><br>AS PER ATTACHMENT | 182.25KGS | 2.645CBM |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 1 | 1 |
| PACKINGLIST | 1 | 1 |
| INTERIM FOOTWEAR INVOICE | 1 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

*[signature]*

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS, INC.

Issued by ___XIAMEN___          Authorized Signatures

Month ___8___ Day ___23___ Year ___2018___

Attachment No:    1                    ***  UPS SUPPLY CHAIN SOLUTIONS,INC.  ***
                                       ***  FORWARDER'S CARGO RECEIPT         ***

ATTACHMENT        7183423258
FOR

| Packages: | | Description: | Kgs: | Cbm: |
|---|---|---|---|---|
| 20 | CTNS | REMEDY DARK TAUPE REBUY SML PK 1 PO:B2PCE ITEM:740012767950 REF:101 DEPT:035 HTS:6404193760 | 45 | 0.653 |
| 61 | CTNS | REMEDY DARK TAUPE REBUY CORE PK 1 PO:B2PCE ITEM:740012766630 REF:101 DEPT:035 HTS:6404193760 | 137.25 | 1.992 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures



**S Supply Chain Solutions™**

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| | |
|---|---|
| BOOKING NO. E228030017 | CARGO RECEIPT NO. 7183423247 |

ER/EXPORTER (COMPLETE NAME AND ADDRESS)

XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN FUJIAN CHINA

EXPORT REFERENCES

Toms18-2625R
2018 20678489

DATE OF RECEIPT OF CARGO

08/03/2018

SIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

IFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
PHONE:(310) 404-2792   FAX: (310) 404 2962
ATTN: MARY ELLEN WRATSCHKO

| | | |
|---|---|---|
| E-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER XIAMEN,CN | EXPORT LICENSE NO. |
| PORT CARRIER (VESSEL/VOY/FLAG) JI HAI ZHI XING 285N | PORT OF LOADING XIAMEN,CN | |
| RT OF DISCHARGE NEW YORK,NY | PLACE OF DELIVERY BY ON CARRIER CHAMBERSBURG,PA | NUMBER OF ORIGINALS 1 |

**PARTICULARS FURNISHED BY SHIPPER**

| ARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| KMART PO#: ITEM NO: MADE IN :CHINA(MAINLAND) CONTENTS: TGBU5562520/YMAB456076/40HQ | 67Carton | FCR DATE:8/3/2018 SHIP MODE:CFS/CY SAILING DATE:8/18/2018 YB HOOP STRIPED SLIDREBUY SML PK 4 PO:B2YE4 ITEM:090096687371 REF:102 DEPT:035 HTS:6402993171 FREIGHT:COLLECT THE ABOVE SHIPMENT CONTAINS NO (SOLID) WOOD PACKING MATERIAL | 134KGS | 2.384CBM |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 1 | 1 |
| PACKINGLIST | 1 | 1 |
| INTERIM FOOTWEAR INVOICE | 1 | 1 |
| CPSIA GENERAL CONFORMITY CONFORMITY CERTIFICATE | 1 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.

Issued by ___XIAMEN___   Authorized Signatures

Month ___8___ Day ___23___ Year ___2018___

# UPS Supply Chain Solutions™

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| | | |
|---|---|---|
| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)<br>XIAMEN LUXINJIA IMP & EXP CO LTD<br>NO. 496, 821 STREET<br>XIADIAN ROAD, LICHENG<br>PUTIAN FUJIAN CHINA | BOOKING NO.<br>E228030021 | CARGO RECEIPT NO.<br>7183423566 |
| | EXPORT REFERENCES<br>TOMS18 -269SR<br>201820772788 | DATE OF RECEIPT OF CARGO<br>08/21/2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,IL 60179 USA

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
PHONE:(310) 404-2792  FAX: (310) 404 2962
ATTN: MARY ELLEN WRATSCHKO

## THIS IS NOT A DOCUMENT OF TITLE.

### UPS SUPPLY CHAIN SOLUTIONS, INC.

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is:

| | | |
|---|---|---|
| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>XIAMEN,CN | EXPORT LICENSE NO. |
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>YM UNITY V.073E | PORT OF LOADING<br>XIAMEN,CN | |
| PORT OF DISCHARGE<br>NEW YORK,NY | PLACE OF DELIVERY BY ON CARRIER<br>CHAMBERSBURG,PA | NUMBER OF ORIGINALS<br>1 |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| KMART PO#:<br>ITEM NO:<br>MADE IN :CHINA(MAINLAND)<br>CONTENTS:<br><br>BMOU5713285/YMAB02814/40HQ | 1190CTNS | FCR DATE:8/21/2018<br>SHIP MODE:CY/CY<br>SAILING DATE:8/25/2018<br>FREIGHT:COLLECT<br>THE ABOVE SHIPMENT CONTAINS<br>NO (SOLID) WOOD PACKING MATERIAL<br><br>AS PER ATTACHMENT | 5522KGS | 58.000CBM |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

| In accordance with instruction from Buyer, we have received the following documents from shipper on: | | | This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit. |
|---|---|---|---|
| Document List | Original | Copy | As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC. |
| COMMERCIAL INVOICE | 1 | 1 | |
| PACKINGLIST | 1 | 1 | |
| INTERIM FOOTWEAR INVOICE | 1 | 1 | |
| CPSIA GENERAL CONFORMITY<br>CONFORMITY CERTIFICATE | 1 | 1 | |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
Issued by XIAMEN UPS SUPPLY CHAIN SOLUTIONS ILC.

Authorized Signatures

Month ___8___ Day ___30___ Year ___2018___

ument

Attachment No:   1

\*\*\*  UPS SUPPLY CHAIN SOLUTIONS,INC.  \*\*\*
\*\*\*  FORWARDER'S CARGO RECEIPT  \*\*\*

ATTACHMENT
FOR    7183423566

| Packages: | | Description: | Kgs: | Cbm: |
|---|---|---|---|---|
| 63 | CTNS | TG RUE 3 STARS PNK FREBUY SML PK 1<br>PO:B2YBH<br>ITEM:050096099536<br>REF:102<br>DEPT:035<br>HTS:6402914061 | 220.5 | 2.192 |
| 75 | CTNS | YB RUE 3 SKULLS BLK DESERVING PK 1<br>PO:B2YC0<br>ITEM:060096118328<br>REF:102<br>DEPT:035<br>HTS:6402914061 | 435 | 4.476 |
| 75 | CTNS | YB RUE 3 SKULLS BLK REBUY CORE PK 1<br>PO:B2YC0<br>ITEM:060096120811<br>REF:102<br>DEPT:035<br>HTS:6402914061 | 435 | 4.476 |
| 75 | CTNS | YG RUE 3 DOTS BLK F1DESERVING PK 1<br>PO:B2YC3<br>ITEM:060096125877<br>REF:102<br>DEPT:035<br>HTS:6402914061 | 435 | 4.476 |



UPS SCS (CHINA) LIMITED XIAMEN BRANCH
AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS, INC.
Authorized Signatures

| Attachment No: | 2 | | *** UPS SUPPLY CHAIN SOLUTIONS,INC. *** | | |
| | | | *** FORWARDER'S CARGO RECEIPT *** | | |
| ATTACHMENT FOR | 7183423566 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 75 | CTNS | YG RUE 3 DOTS BLK F1REBUY CORE PK 1 PO:B2YC3 ITEM:060096125950 REF:102 DEPT:035 HTS:6402914061, 6402914050 | 435 | 4.476 |
| | 75 | CTNS | YG RUE 3 STARS PNK FDESERVING PK 1 PO:B2YC6 ITEM:060096271549 REF:102 DEPT:035 HTS:6402914061 | 435 | 4.476 |
| | 75 | CTNS | YG RUE 3 STARS PNK FREBUY CORE PK 1 PO:B2YC6 ITEM:060096278007 REF:102 DEPT:035 HTS:6402914061, 6402914050 | 435 | 4.476 |
| | 75 | CTNS | TB RUE 3 DIGITAL GRNDESERVING PK 2 PO:B2YC9 ITEM:050096111851 REF:102 DEPT:035 HTS:6402914061 | 262.5 | 2.61 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS, INC.

Authorized Signatures

ment

| Attachment No: | 3 | *** | UPS SUPPLY CHAIN SOLUTIONS,INC. | *** |
| | | *** | FORWARDER'S CARGO RECEIPT | *** |

ATTACHMENT FOR    7183423566

| | | | | | |
|---|---|---|---|---|---|
| 75 | CTNS | TB RUE 3 DIGITAL GRNREBUY SML PK 1<br>PO:B2YC9<br>ITEM:050096115365<br>REF:102<br>DEPT:035<br>HTS:6402914061 | 262.5 | 2.61 |
| 87 | CTNS | TB RUE 3 SKULLS BLK DESERVING PK 2<br>PO:B2YD8<br>ITEM:050095876884<br>REF:102<br>DEPT:035<br>HTS:6402914061 | 304.5 | 3.027 |
| 63 | CTNS | TB RUE 3 SKULLS BLK REBUY SML PK 1<br>PO:B2YD8<br>ITEM:050095898086<br>REF:102<br>DEPT:035<br>HTS:6402914061 | 220.5 | 2.192 |
| 70 | CTNS | YB RUE 3 DIGITAL GRNREBUY CORE PK 1<br>PO:B2YDS<br>ITEM:060096109798<br>REF:102<br>DEPT:035<br>HTS:6402914061 | 406 | 4.177 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

ument

| Attachment No: | 4 | *** | UPS SUPPLY CHAIN SOLUTIONS,INC. | *** | |
| | | *** | FORWARDER'S CARGO RECEIPT | *** | |

ATTACHMENT FOR      7183423566

| | 70 | CTNS | YB RUE 3 DIGITAL GRNREBUY<br>SML PK 1<br>PO:B2YDS<br>ITEM:060096109947<br>REF:102<br>DEPT:035<br>HTS:6402914061 | 406 | 4.177 |
| | 75 | CTNS | TG RUE 3 DOTS BLK<br>F1DESERVING PK 2<br>PO:B2YEK<br>ITEM:050096089016<br>REF:102<br>DEPT:035<br>HTS:6402914061 | 262.5 | 2.61 |
| | 75 | CTNS | TG RUE 3 DOTS BLK F1REBUY<br>SML PK 1<br>PO:B2YEK<br>ITEM:050096093067<br>REF:102<br>DEPT:035<br>HTS:6402914061 | 262.5 | 2.61 |
| | 87 | CTNS | TG RUE 3 STARS PNK<br>FDESERVING PK 2<br>PO:B2YBH<br>ITEM:050096099486<br>REF:102<br>DEPT:035<br>HTS:6402914061 | 304.5 | 3.027 |



UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS, INC.
Authorized Signatures

# UPS Supply Chain Solutions™

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| BOOKING NO. MATS6901403000 | CARGO RECEIPT NO. 7183423610 |
|---|---|

SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496. 821 STREET
XIADIAN ROAD. LICHENG
PUTIAN FUJIAN CHINA

EXPORT REFERENCES
TOMS18-2785R
26182077 3553

DATE OF RECEIPT OF CARGO
08/21/2018

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
PHONE:(310) 404-2792  FAX: (310) 404 2962
ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER XIAMEN,CN | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG) JI HAI ZHI XING 286N | PORT OF LOADING XIAMEN,CN | |
| PORT OF DISCHARGE LONG BEACH,CA. | PLACE OF DELIVERY BY ON CARRIER MIRA LOMA,CA. | NUMBER OF ORIGINALS 1 |

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| KMART POR:<br>ITEM NO:<br>MADE IN :CHINA(MAINLAND)<br>CONTENTS:<br>IMATU4608627/MATU721845/45HC | 1210CTNS | FCR DATE:8/21/2018<br>SHIP MODE:CY/CY<br>SAILING DATE:8/24/2018<br>FREIGHT:COLLECT<br>THE ABOVE SHIPMENT CONTAINS<br>NO (SOLID) WOOD PACKING MATERIAL<br><br><br>AS PER ATTACHMENT | 5638KGS | 56.278CBM |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 1 | 1 |
| PACKING LIST | 1 | 1 |
| INTERIM FOOTWEAR INVOICE | 1 | 1 |
| CPSIA GENERAL CONFORMITY CONFORMITY CERTIFICATE | 1 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Issued by   XIAMEN        _____
                          Authorized Signatures

Month ____ 8 ____ Day ____ 29 ____ Year ____ 2018 ____

Attachment No: 4        ***   UPS SUPPLY CHAIN SOLUTIONS,INC.   ***
                            ***   FORWARDER'S CARGO RECEIPT   ***

ATTACHMENT FOR    7183423610

| | | | | |
|---|---|---|---|---|
| 80 | CTNS | YB RUE 3 DIGITAL GRNREBUY<br>SML PK 1<br>PO:B2YDS<br>ITEM:060096109947<br>REF:101<br>DEPT:035<br>HTS:6402914061 | 464 | 4.677 |
| 75 | CTNS | TG RUE 3 DOTS BLK<br>F1DESERVING PK 2<br>PO:B2YEK<br>ITEM:050096089016<br>REF:101<br>DEPT:035<br>HTS:6402914061 | 262.5 | 2.577 |
| 75 | CTNS | TG RUE 3 DOTS BLK F1REBUY<br>SML PK 1<br>PO:B2YEK<br>ITEM:050096093067<br>REF:101<br>DEPT:035<br>HTS:6402914061 | 262.5 | 2.577 |
| 87 | CTNS | TG RUE 3 STARS PNK<br>FDESERVING PK 2<br>PO:B2YBH<br>ITEM:050096099486<br>REF:101<br>DEPT:035<br>HTS:6402914061 | 304.5 | 2.989 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.

Authorized Signatures

| Attachment No: | 3 | *** UPS SUPPLY CHAIN SOLUTIONS,INC. *** |
| ATTACHMENT FOR | 7183423610 | *** FORWARDER'S CARGO RECEIPT *** |

| | 75 | CTNS | TB RUE 3 DIGITAL GRNREBUY<br>SML PK 1<br>PO:B2YC9<br>ITEM:050096115365<br>REF:101<br>DEPT:035<br>HTS:6402914061 | 262.5 | 2.577 |
| | 87 | CTNS | TB RUE 3 SKULLS BLK<br>DESERVING PK 2<br>PO:B2YD8<br>ITEM:050095876884<br>REF:101<br>DEPT:035<br>HTS:6402914061 | 304.5 | 2.989 |
| | 63 | CTNS | TB RUE 3 SKULLS BLK REBUY<br>SML PK 1<br>PO:B2YD8<br>ITEM:050095898086<br>REF:101<br>DEPT:035<br>HTS:6402914061 | 220.5 | 2.164 |
| | 80 | CTNS | YB RUE 3 DIGITAL GRNREBUY<br>CORE PK 1<br>PO:B2YDS<br>ITEM:060096109798<br>REF:101<br>DEPT:035<br>HTS:6402914061 | 464 | 4.677 |



UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.

Authorized Signatures

Attachment No:  2

ATTACHMENT
FOR    7183423610

\*\*\*  UPS SUPPLY CHAIN SOLUTIONS,INC.  \*\*\*
\*\*\*  FORWARDER'S CARGO RECEIPT  \*\*\*

| | | | | | |
|---|---|---|---|---|---|
| 75 | CTNS | YG RUE 3 DOTS BLK F1REBUY CORE PK 1<br>PO:B2YC3<br>ITEM:060096125950<br>REF:101<br>DEPT:035<br>HTS:6402914061, 6402914050 | 435 | 4.385 |
| 75 | CTNS | YG RUE 3 STARS PNK FDESERVING PK 1<br>PO:B2YC6<br>ITEM:060096271549<br>REF:101<br>DEPT:035<br>HTS:6402914061 | 435 | 4.385 |
| 75 | CTNS | YG RUE 3 STARS PNK FREBUY CORE PK 1<br>PO:B2YC6<br>ITEM:060096278007<br>REF:101<br>DEPT:035<br>HTS:6402914061, 6402914050 | 435 | 4.385 |
| 75 | CTNS | TB RUE 3 DIGITAL GRNDESERVING PK 2<br>PO:B2YC9<br>ITEM:050096111851<br>REF:101<br>DEPT:035<br>HTS:6402914061 | 262.5 | 2.577 |



UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.

Authorized Signatures

| | | | | |
|---|---|---|---|---|
| Attachment No: | 1 | *** UPS SUPPLY CHAIN SOLUTIONS,INC. *** | | |
| ATTACHMENT FOR | 7183423610 | *** FORWARDER'S CARGO RECEIPT *** | | |

| Packages: | | Description: | Kgs: | Cbm: |
|---|---|---|---|---|
| 63 | CTNS | TG RUE 3 STARS PNK FREBUY SML PK 1<br>PO:B2YBH<br>ITEM:050096099536<br>REF:101<br>DEPT:035<br>HTS:6402914061 | 220.5 | 2.164 |
| 75 | CTNS | YB RUE 3 SKULLS BLK DESERVING PK 1<br>PO:B2YC0<br>ITEM:060096118328<br>REF:101<br>DEPT:035<br>HTS:6402914061 | 435 | 4.385 |
| 75 | CTNS | YB RUE 3 SKULLS BLK REBUY CORE PK 1<br>PO:B2YC0<br>ITEM:060096120811<br>REF:101<br>DEPT:035<br>HTS:6402914061 | 435 | 4.385 |
| 75 | CTNS | YG RUE 3 DOTS BLK F1DESERVING PK 1<br>PO:B2YC3<br>ITEM:060096125877<br>REF:101<br>DEPT:035<br>HTS:6402914061 | 435 | 4.385 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.

Authorized Signatures

# UPS Supply Chain Solutions™ 

OTI License No. 275F

## UPS SUPPLY CHAIN SOLUTIONS, INC.
## FORWARDER'S CARGO RECEIPT

**SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)**
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN FUJIAN CHINA

**BOOKING NO.** E228030151
**CARGO RECEIPT NO.** 7183423621

**EXPORT REFERENCES**
TomS 8-270SR
2018 20773943

**DATE OF RECEIPT OF CARGO**
08/18/2018

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is:

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
PHONE:(310) 404-2792   FAX: (310) 404 2962
ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER XIAMEN,CN | EXPORT LICENSE NO. |
| --- | --- | --- |
| EXPORT CARRIER (VESSEL/VOY/FLAG) MOL BEAUTY V.024E | PORT OF LOADING XIAMEN,CN | |
| PORT OF DISCHARGE NEW YORK,NY | PLACE OF DELIVERY BY ON CARRIER CHAMBERSBURG,PA | NUMBER OF ORIGINALS 1 |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
| --- | --- | --- | --- | --- |
| KMART PO#: ITEM NO: MADE IN :CHINA(MAINLAND) CONTENTS: BMOUS719616/YMACS54632/40HQ | 99CTNS | FCR DATE:8/18/2018 SHIP MODE:CFS/CY SAILING DATE:8/31/2018 FREIGHT:COLLECT THE ABOVE SHIPMENT CONTAINS NO (SOLID) WOOD PACKING MATERIAL AS PER ATTACHMENT | 263.34KGS. | 5.152CBM |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List | Original | Copy |
| --- | --- | --- |
| COMMERCIAL INVOICE | 1 | 1 |
| PACKINGLIST | 1 | 1 |
| INTERIM FOOTWEAR INVOICE | 1 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

Issued by ____ XIAMEN

Month ____ 9 ____ Day ____ 5 ____ Year ____ 2018

Attachment No:     1

ATTACHMENT
FOR              7183423621

\*\*\*   UPS SUPPLY CHAIN SOLUTIONS,INC.   \*\*\*
\*\*\*   FORWARDER'S CARGO RECEIPT        \*\*\*

| Packages: | | Description: | Kgs: | Cbm: |
|---|---|---|---|---|
| 74 | CTNS | MCFADDEN REBUY SML PK 10<br>PO:B2YNQ<br>ITEM:520090633504<br>REF:102<br>DEPT:035<br>HTS:6402992730 | 196.84 | 3.851 |
| 25 | CTNS | MCFADDEN REBUY LRG PK 2<br>PO:B2YNQ<br>ITEM:520090627548<br>REF:102<br>DEPT:035<br>HTS:6402992730 | 66.5 | 1.301 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

**UPS Supply Chain Solutions™** [ups]

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| | |
|---|---|
| BOOKING NO. MATS1907765000 | CARGO RECEIPT NO. 718342360T |

SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN FUJIAN CHINA

EXPORT REFERENCES

TUMS18-2719R

2018207714080

DATE OF RECEIPT OF CARGO
08/22/2018

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory on this receipt and the extra charge paid, liability is limited higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
PHONE:(310) 404-2792  FAX: (310) 404 2962
ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER XIAMEN,CN | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG) JI HAI ZHI XING 286N | PORT OF LOADING XIAMEN,CN | |
| PORT OF DISCHARGE LONG BEACH,CA. | PLACE OF DELIVERY BY ON CARRIER MIRA LOMA,CA. | NUMBER OF ORIGINALS 1 |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| KMART PO#: ITEM NO: MADE IN :CHINA(MAINLAND) CONTENTS: MATU4579180/MATU721383/45HC MATU4536002/MATU721384/45HC | 68CTNS | FCR DATE:8/22/2018 SHIP MODE:CFS/CY SAILING DATE:8/25/2018 FREIGHT:COLLECT THE ABOVE SHIPMENT CONTAINS NO (SOLID) WOOD PACKING MATERIAL | 180.88KGS | 3.539CBM |

ORIGINAL

AS PER ATTACHMENT

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 1 | 1 |
| PACKINGLIST | 1 | 1 |
| INTERIM FOOTWEAR INVOICE | 1 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
Issued by  UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

Month ___8___ Day ___29___ Year ___2018___

Document                                                                                    Page 1 of 1

Attachment No:    1                        ***   UPS SUPPLY CHAIN SOLUTIONS,INC.   ***
                                           ***   FORWARDER'S CARGO RECEIPT         ***

ATTACHMENT        7183423601
FOR

| | Packages: | | Description: | Kgs: | Cbm: |
|---|---|---|---|---|---|
| | 51 | CTNS | MCFADDEN REBUY SML PK 10<br>PO:B2YNQ<br>ITEM:520090633504<br>REF:101<br>DEPT:035<br>HTS:6402992730 | 135.66 | 2.654 |
| | 17 | CTNS | MCFADDEN REBUY LRG PK 2<br>PO:B2YNQ<br>ITEM:520090627548<br>REF:101<br>DEPT:035<br>HTS:6402992730 | 45.22 | 0.885 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

# UPS Supply Chain Solutions™ 

OTI License No. 275F

## UPS SUPPLY CHAIN SOLUTIONS, INC.
## FORWARDER'S CARGO RECEIPT

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| XIAMEN LUXINJIA IMP & EXP CO LTD<br>NO. 496, 821 STREET<br>XIADIAN ROAD, LICHENG<br>PUTIAN FUJIAN CHINA | E228030017 | 7183424047 |

EXPORT REFERENCES

Tams18-2765R
2018 20957509

DATE OF RECEIPT OF CARGO
08/04/2018

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is:

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
PHONE:(310) 404-2792   FAX: (310) 404 2962
ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | XIAMEN,CN | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| JI HAI ZHI XING 285N | XIAMEN,CN | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| NEW YORK,NY | CHAMBERSBURG,PA | 1 |

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| KMART PO#:<br>ITEM NO:<br>MADE IN :CHINA(MAINLAND)<br>CONTENTS:<br><br>YMLU8993828/YMAB456077/40HQ | 90Carton | FCR DATE:8/4/2018<br>SHIP MODE:CFS/CY<br>SAILING DATE:8/18/2018<br>BAYLEE GREY    REBUY CORE PK 1<br>PO:B2PC6<br>ITEM:870012496790<br>REF:101<br>DEPT:035<br>HTS:6404198760<br>FREIGHT:COLLECT<br>THE ABOVE SHIPMENT CONTAINS<br>NO (SOLID) WOOD PACKING MATERIAL | 846KGS | 7.583CBM |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 1 | 1 |
| PACKINGLIST | 1 | 1 |
| INTERIM FOOTWEAR INVOICE | 1 | 1 |

This shipment will be handled subject to the terms set forth her and on the reverse of this document which are incorporated her by reference. These Terms limit or exclude UPS Supply Chai Solutions liability and include certain indemnities to UPS Suppl Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Issued by ___XIAMEN___   Authorized Signatures

Month ___8___ Day ___23___ Year ___2018___

**UPS Supply Chain Solutions**  **℠**

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| XIAMEN LUXINJIA IMP & EXP CO LTD<br>NO. 496, 821 STREET<br>XIADIAN ROAD, LICHENG<br>PUTIAN FUJIAN CHINA | E228029959 | 7183424270 |

EXPORT REFERENCES

19-2745R

2008 21092217

DATE OF RECEIPT OF CARGO

08/11/2018

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
PHONE:(310) 404-2792  FAX: (310) 404 2962
ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>XIAMEN,CN | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>MOL BRIGHTNESS V.024E | PORT OF LOADING<br>XIAMEN,CN | |
| PORT OF DISCHARGE<br>NEW YORK,NY | PLACE OF DELIVERY BY ON CARRIER<br>CHAMBERSBURG.PA | NUMBER OF ORIGINALS<br>1 |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| KMART PO#:<br>ITEM NO:<br>MADE IN :CHINA(MAINLAND)<br>CONTENTS:<br><br>BMOU5694816/YMAB462729/40HQ | 609CTNS | FCR DATE:8/11/2018<br>SHIP MODE:CY/CY<br>SAILING DATE:8/17/2018<br>FREIGHT:COLLECT<br>THE ABOVE SHIPMENT CONTAINS<br>NO (SOLID) WOOD PACKING MATERIAL<br><br>~~ORIGINAL~~<br><br>AS PER ATTACHMENT | 4666.1KGS | 65.01CBM |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

| In accordance with instruction from Buyer, we have received the following documents from shipper on: | This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit. |
|---|---|

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 1 | 1 |
| PACKINGLIST | 1 | 1 |
| INTERIM FOOTWEAR INVOICE | 1 | 1 |

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
Issued by ___XIAMEN___ UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

Month ___8___ Day ___23___ Year ___2018___

Attachment No:    2                    ***  UPS SUPPLY CHAIN SOLUTIONS,INC.  ***
                                       ***  FORWARDER'S CARGO RECEIPT        ***

ATTACHMENT    7183424270
FOR

| | | | | | |
|---|---|---|---|---|---|
| 92 | CTNS | SHILOH BLACK REBUY SML PK 2 PO:B2QXW ITEM:870031343684 REF:102 DEPT:035 HTS:6402914050 | 809.6 | 9.469 |
| 115 | CTNS | SHILOH PLUM MEDIUM PACK 1 PO:B2YLU ITEM:870012314142 REF:102 DEPT:035 HTS:6404193760 | 770.5 | 11.836 |
| 56 | CTNS | DAWN DARK TAUPE REBUY CORE PK 1 PO:B2PC4 ITEM:870011854031 REF:101 DEPT:035 HTS:6404198760 | 571.2 | 7.929 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

| Attachment No: | 1 | | *** UPS SUPPLY CHAIN SOLUTIONS,INC. | *** |
|---|---|---|---|---|
| | | | *** FORWARDER'S CARGO RECEIPT | *** |

ATTACHMENT FOR    7183424270

| Packages: | | Description: | Kgs: | Cbm: |
|---|---|---|---|---|
| 47 | CTNS | DAWN DARK TAUPE REBUY LRG PK 1 PO:B2PC4 ITEM:870011855970 REF:101 DEPT:035 HTS:6404198760 | 366.6 | 5.003 |
| 100 | CTNS | SHILOH CHARCOAL REBUY LRG PK 2 PO:B2QAF ITEM:870031350309 REF:102 DEPT:035 HTS:6404193760 | 670 | 10.292 |
| 69 | CTNS | SHILOH CHARCOAL REBUY SML PK 2 PO:B2QAF ITEM:870031350432 REF:102 DEPT:035 HTS:6404193760 | 607.2 | 7.101 |
| 130 | CTNS | SHILOH BLACK REBUY LRG PK 2 PO:B2QXW ITEM:870031343643 REF:102 DEPT:035 HTS:6402914050 | 871 | 13.38 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.

Authorized Signatures

**UPS Supply Chain Solutions™** (ups)

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| | | |
|---|---|---|
| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)<br>XIAMEN LUXINJIA IMP & EXP CO LTD<br>NO. 496, 821 STREET<br>XIADIAN ROAD, LICHENG<br>PUTIAN FUJIAN CHINA | BOOKING NO.<br>MATS1907765000 | CARGO RECEIPT NO.<br>7183424622 |
| | EXPORT REFERENCES<br>ToMS18-2725R<br>20182124/367 | DATE OF RECEIPT OF CARGO<br>08/16/2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is:

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
PHONE:(310) 404-2792  FAX: (310) 404 2962
ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>XIAMEN,CN | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>JI HAI ZHI XING 286N | PORT OF LOADING<br>XIAMEN,CN | |
| PORT OF DISCHARGE<br>LONG BEACH,CA. | PLACE OF DELIVERY BY ON CARRIER<br>MIRA LOMA,CA. | NUMBER OF ORIGINALS<br>1 |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| KMART PO#:<br>ITEM NO:<br>MADE IN :CHINA(MAINLAND)<br>CONTENTS:<br><br>MATU4579180/MATU721343/4SHC<br>MATU4536002/MATU721384/4SHC | 120CTNS | FCR DATE:8/16/2018<br>SHIP MODE:CFS/CY<br>SAILING DATE:8/24/2018<br>FREIGHT COLLECT<br>THE ABOVE SHIPMENT CONTAINS<br>NO (SOLID) WOOD PACKING MATERIAL<br><br>ORIGINAL<br><br>AS PER ATTACHMENT | 906.9KGS | 12.522CBM |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 1 | 1 |
| PACKINGLIST | 1 | 1 |
| INTERIM FOOTWEAR INVOICE | 1 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
Issued by UPS SUPPLY CHAIN SOLUTIONS INC.
XIAMEN
Authorized Signatures

Month _____ 8 Day _____ 29 Year _____ 2018

# Document

Page 1 of 1

| Attachment No: | 1 | *** | UPS SUPPLY CHAIN SOLUTIONS,INC. | *** |
|---|---|---|---|---|
| | | *** | FORWARDER'S CARGO RECEIPT | *** |

ATTACHMENT FOR    7183424622

| Packages: | | Description: | Kgs: | Cbm: |
|---|---|---|---|---|
| 49 | CTNS | SHILOH BROWN REBUY SML<br>PK 2<br>PO:B2R2M<br>ITEM:870031349558<br>REF:101<br>DEPT:035<br>HTS:6402914050 | 431.2 | 5.113 |
| 71 | CTNS | SHILOH BROWN REBUY LRG<br>PK 2<br>PO:B2R2M<br>ITEM:870031349533<br>REF:101<br>DEPT:035<br>HTS:6402914050 | 475.7 | 7.409 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

 **UPS** Supply Chain Solutions ™

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| | |
|---|---|
| **SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)**<br>XIAMEN LUXINJIA IMP & EXP CO LTD<br>NO. 496, 821 STREET<br>XIADIAN ROAD, LICHENG<br>PUTIAN FUJIAN CHINA | **BOOKING NO.** F228030151    **CARGO RECEIPT NO.** 7183424611 |
| | **EXPORT REFERENCES**<br>Toms18 -2735R<br>2018 71 2417612    **DATE OF RECEIPT OF CARGO** 08/16/2018 |

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
PHONE:(310) 404-2792   FAX: (310) 404 2962
ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>XIAMEN,CN | EXPORT LICENSE NO. |
|---|---|---|
| **EXPORT CARRIER (VESSEL/VOY/FLAG)**<br>MOL BEAUTY V.024E | **PORT OF LOADING**<br>XIAMEN,CN | |
| **PORT OF DISCHARGE**<br>NEW YORK,NY | **PLACE OF DELIVERY BY ON CARRIER**<br>CHAMBERSBURG,PA | **NUMBER OF ORIGINALS**<br>1 |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| KMART PO#:<br>ITEM NO:<br>MADE IN :CHINA(MAINLAND)<br>CONTENTS:<br><br>CAIU7280250/YMAC554631/40HQ | 181CTNS | FCR DATE:8/16/2018<br>SHIP MODE:CFS/CY<br>SAILING DATE:8/31/2018<br>FREIGHT:COLLECT<br>THE ABOVE SHIPMENT CONTAINS<br>NO (SOLID) WOOD PACKING MATERIAL<br><br><br>AS PER ATTACHMENT | 1368.1KGS | 18.887CBM |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 1 | 1 |
| PACKING LIST | 1 | 1 |
| INTERIM FOOTWEAR INVOICE | 1 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS, INC.

Issued by ___ XIAMEN _____ Authorized Signatures

Month ___9___ Day ___5___ Year ___2018___

Attachment No:    1              ***   UPS SUPPLY CHAIN SOLUTIONS, INC.   ***
                                 ***   FORWARDER'S CARGO RECEIPT         ***

ATTACHMENT       7183424611
FOR

| Packages: | | Description: | Kgs: | Cbm: |
|---|---|---|---|---|
| 74 | CTNS | SHILOH BROWN REBUY SML<br>PK:2<br>PO:B2R2M<br>ITEM:870031349558<br>REF:102<br>DEPT:035<br>HTS:6402914050 | 651.2 | 7.722 |
| 107 | CTNS | SHILOH BROWN REBUY LRG<br>PK:2<br>PO:B2R2M<br>ITEM:870031349533<br>REF:102<br>DEPT:035<br>HTS:6402914050 | 716.9 | 11.165 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

# UPS Supply Chain Solutions℠

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| | |
|---|---|
| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. E228030251 |
| XIAMEN LUXINJIA IMP & EXP CO LTD | CARGO RECEIPT NO. 7183424866 |
| NO. 496, 821 STREET | EXPORT REFERENCES |
| XIADIAN ROAD, LICHENG | DATE OF RECEIPT OF CARGO |
| PUTIAN FUJIAN CHINA | Toms18 - 2935R |
| | 20182125<del></del>996 |
| | 08/29/2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good
order and condition from Shipper, the package(s) listed below are said to contain
the goods hereinafter described. This receipt is not valid unless verified and
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a
higher value is declared on this receipt and the extra charge paid, liability is limited
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of
law, its limitation, described in paragraph 3 on the reverse hereof, controls unless
a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
PHONE:(310) 404-2792  FAX: (310) 404 2962
ATTN: MARY ELLEN WRATSCHKO

| | | |
|---|---|---|
| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER XIAMEN,CN | EXPORT LICENSE NO: |
| EXPORT CARRIER (VESSEL/VOY/FLAG) ONE COMPETENCE V.062E | PORT OF LOADING XIAMEN,CN | |
| PORT OF DISCHARGE NEW YORK,NY | PLACE OF DELIVERY BY ON CARRIER CHAMBERSBURG,PA. | NUMBER OF ORIGINALS 1 |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| KMART PO#: | 509CTNS | FCR DATE 8/29/2018 | 2581KGS | 26.894CBM |
| ITEM NO: | | SHIP MODE:CFS/CY | | |
| MADE IN CHINA(MAINLAND) | | SAILING DATE:9/7/2018 | | |
| CONTENTS: | | FREIGHT COLLECT | | |
| | | THE ABOVE SHIPMENT CONTAINS | | |
| BEAU4302731/YMAC554626/40HC | | NO (SOLID) WOOD PACKING MATERIAL | | |
| | | | | |
| | | AS PER ATTACHMENT | | |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have
received the following documents from shipper
on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 1 | 1 |
| PACKINGLIST | 1 | 1 |
| INTERIM FOOTWEAR INVOICE | 1 | |
| CPSIA GENERAL CONFORMITY CONFORMITY CERTIFICATE | 1 | 1 |

This shipment will be handled subject to the terms set forth
and on the reverse of this document which are incorporated here
by reference. These Terms limit or exclude UPS Supply Chain
Solutions liability and include certain indemnities to UPS Supply
Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

XIAMEN

Issued by _____ AS AGENT FOR _____
UPS SUPPLY CHAIN SOLUTIONS, INC.

Authorized Signatures

Month _____ Day _____ Year _____ 2018

CHEANG PRINTING COMPANY TEL:8657723558664  CP 160322

| Attachment No: | 1 | *** | UPS SUPPLY CHAIN SOLUTIONS,INC. | *** |
|---|---|---|---|---|
| | | *** | FORWARDER'S CARGO RECEIPT | *** |

ATTACHMENT FOR    7183424666

| Packages: | | Description: | Kgs: | Cbm: |
|---|---|---|---|---|
| 175 | CTNS | YB RUE 3 SKULLS BLK DESERVING PK 1 PO:B2YC1 ITEM:060096118328 REF:102 DEPT:035 HTS:6402914061 | 1015 | 10.693 |
| 79 | CTNS | TB RUE 3 DIGITAL GRNREBUY SML PK 2 PO:B2YCA ITEM:050096115373 REF:102 DEPT:035 HTS:6402914061 | 276.5 | 2.754 |
| 79 | CTNS | TB RUE 3 DIGITAL GRNDESERVING PK 2 PO:B2YCA ITEM:050096111851 REF:102 DEPT:035 HTS:6402914061 | 276.5 | 2.754 |
| 175 | CTNS | YB RUE 3 SKULLS BLK REBUY CORE PK 1 PO:B2YC1 ITEM:060096120811 REF:102 DEPT:035 HTS:6402914061 | 1015 | 10.693 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

# UPS Supply Chain Solutions™ [ups]

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| | |
|---|---|
| BOOKING NO. E228030252 | CARGO RECEIPT NO. 7181424899 |

**SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)**
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN FUJIAN CHINA

EXPORT REFERENCES
7M58-2955R
2018 2125 4325

DATE OF RECEIPT OF CARGO
09/01/2018

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
PHONE:(310) 404-2792  FAX: (310) 404 2962
ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | XIAMEN,CN | |
| EXPORT CARRIER (VESSEL/VOY./FLAG) | PORT OF LOADING | |
| ONE COMPETENCE V.062E | XIAMEN,CN | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| NEW YORK,NY | CHAMBERSBURG,PA | |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| KMART POS | 1287CTNS | PO# DATE:9/1/2018 | 6491.7KGS | 65.218CBM |
| ITEM NO: | | SHIP MODE:CY/CY | | |
| MADE IN :CHINA(MAINLAND) | | SAILING DATE:9/7/2018 | | |
| CONTENTS: | | FREIGHT:COLLECT | | |
| | | THE ABOVE SHIPMENT CONTAINS | | |
| OCEU8053396/YMACS53943/40HQ | | NO (SOLID) WOOD PACKING MATERIAL | | |
| | | *ORIGINAL* | | |
| | | AS PER ATTACHMENT | | |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 1 | 1 |
| PACKINGLIST | 1 | 1 |
| INTERIM FOOTWEAR INVOICE | 1 | 1 |
| CPSIA GENERAL CONFORMITY CONFORMITY CERTIFICATE | 1 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
Issued by  SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

Month _____9_____ Day _____12_____ Year _____2018_____

| Attachment No: | 1 | | *** UPS SUPPLY CHAIN SOLUTIONS, INC. *** |
| | | | *** FORWARDER'S CARGO RECEIPT *** |

ATTACHMENT FOR: 7183424699

| Packages: | | Description: | Kgs: | Cbm: |
|---|---|---|---|---|
| 82 | CTNS | TG RUE 3 STARS PNK FDESERVING PK 2<br>PO:B2YBJ<br>ITEM:050096099486<br>REF:102<br>DEPT:035<br>HTS:6402914061 | 287 | 2.793 |
| 150 | CTNS | YG RUE 3 DOTS BLK F1REBUY CORE PK 1<br>PO:B2YC4<br>ITEM:060096125950<br>REF:102<br>DEPT:035<br>HTS:6402914061, 6402914050 | 870 | 8.83 |
| 150 | CTNS | YG RUE 3 DOTS BLK F1DESERVING PK 1<br>PO:B2YC4<br>ITEM:060096125877<br>REF:102<br>DEPT:035<br>HTS:6402914061 | 870 | 8.83 |
| 125 | CTNS | YG RUE 3 STARS PNK FREBUY CORE PK 1<br>PO:B2YC7<br>ITEM:060096278007<br>REF:102<br>DEPT:035<br>HTS:6402914061, 6402914050 | 725 | 7.358 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS, INC.

Authorized Signatures

| Attachment No: | 2 | *** | UPS SUPPLY CHAIN SOLUTIONS,INC. | *** |
| | | *** | FORWARDER'S CARGO RECEIPT | *** |
| ATTACHMENT FOR | 7183424699 | | | |

| | | | | |
|---|---|---|---|---|
| 125 | CTNS | YG RUE 3 STARS PNK FDESERVING PK 1<br>PO:B2YC7<br>ITEM:060096271549<br>REF:102<br>DEPT:035<br>HTS:6402914061 | 725 | 7.358 |
| 67 | CTNS | TB RUE 3 SKULLS BLK REBUY SML PK 2<br>PO:B2YD9<br>ITEM:050095907093<br>REF:102<br>DEPT:035<br>HTS:6402914061 | 234.5 | 2.282 |
| 82 | CTNS | TB RUE 3 SKULLS BLK DESERVING PK 2<br>PO:B2YD9<br>ITEM:050095876884<br>REF:102<br>DEPT:035<br>HTS:6402914061 | 287 | 2.793 |
| 157 | CTNS | YB RUE 3 DIGITAL GRNREBUY CORE PK 2<br>PO:B2YDR<br>ITEM:060099158263<br>REF:102<br>DEPT:035<br>HTS:6402914061 | 910.6 | 9.242 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.

Authorized Signatures

| Attachment No: | 3 | *** | UPS SUPPLY CHAIN SOLUTIONS,INC. | *** |
| | | *** | FORWARDER'S CARGO RECEIPT | *** |

ATTACHMENT FOR   7183424699

| | | | | | |
|---|---|---|---|---|---|
| 157 | CTNS | YB RUE 3 DIGITAL GRNREBUY SML PK 1 PO:B2YDR ITEM:060096109947 REF:102 DEPT:035 HTS:6402914061 | 910.6 | 9.242 |
| 56 | CTNS | TG RUE 3 DOTS BLK F1REBUY SML PK 2 PO:B2YEL ITEM:050096093166 REF:102 DEPT:035 HTS:6402914061 | 196 | 1.908 |
| 69 | CTNS | TG RUE 3 DOTS BLK F1DESERVING PK 2 PO:B2YEL ITEM:050096089016 REF:102 DEPT:035 HTS:6402914061 | 241.5 | 2.35 |
| 67 | CTNS | TG RUE 3 STARS PNK FREBUY SML PK 2 PO:B2YBJ ITEM:050096099957 REF:102 DEPT:035 HTS:6402914061 | 234.5 | 2.282 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.

Authorized Signatures

# UPS Supply Chain Solutions™ (ups)

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| | | |
|---|---|---|
| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)<br>XIAMEN LUXINJIA IMP & EXP CO LTD<br>NO. 496, 821 STREET<br>XIADIAN ROAD, LICHENG<br>PUTIAN FUJIAN CHINA | BOOKING NO.<br>MATS1753732000 | CARGO RECEIPT NO.<br>7183424974 |
| | EXPORT REFERENCES<br><br>TOMS18-2795R<br><br>2018 21330297 | DATE OF RECEIPT OF CARGO<br>09/03/2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
PHONE:(310) 404-2792   FAX: (310) 404 2962
ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>XIAMEN.CN | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>JI HAI ZHI XING 288N | PORT OF LOADING<br>XIAMEN.CN | |
| PORT OF DISCHARGE<br>LONG BEACH,CA | PLACE OF DELIVERY BY ON CARRIER<br>MIRA LOMA,CA. | NUMBER OF ORIGINALS<br>1 |

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| KMART FOR<br>ITEM NO.<br>MADE IN CHINA(MAIN AND)<br>CONTENTS:<br><br>MATU4571626/MATU721327/45HC<br>HJI21U3U22488/MATU721346/45HC | 120CTNS | FCR DATE:9/3/2018<br>SHIP MODE:CFS/CY<br>SAILING DATE:9/7/2018<br>FREIGHT:COLLECT<br>THE ABOVE SHIPMENT CONTAINS<br>NO (SOLID) WOOD PACKING MATERIAL<br><br>ORIGINAL<br><br>AS PER ATTACHMENT | 3438KGS | 4.047CBM |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 1 | 1 |
| PACKING LIST | 1 | 1 |
| INTERIM FOOTWEAR INVOICE | 1 | 1 |
| CPSIA GENERAL CONFORMITY<br>CONFORMITY CERTIFICATE | 1 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS-SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS, INC.

Issued by _____ XIAMEN _____ Authorized Signature

Month ___9___ Day ___12___ Year ___2018___

Document                                                                                    Page 1 of 1

| Attachment No: | 1 | | *** UPS SUPPLY CHAIN SOLUTIONS,INC. *** |
| | | | *** FORWARDER'S CARGO RECEIPT *** |

ATTACHMENT FOR     7183424974

| Packages: | | Description: | Kgs: | Cbm: |
|---|---|---|---|---|
| 78 | CTNS | YG KALI 2 DRESS HEELREBUY SML PK 1 PO:B2YNX ITEM:150021358049 REF:101 DEPT:035 HTS:6404193790 | 226.2 | 2.537 |
| 42 | CTNS | YG KALI 2 DRESS HEELREBUY CORE PK 1 PO:B2YNX ITEM:150021358031 REF:101 DEPT:035 HTS:6404193790, 6404193760 | 121.8 | 1.505 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures



# UPS Supply Chain Solutions™

OTI License No. 275F

## UPS SUPPLY CHAIN SOLUTIONS, INC.
## FORWARDER'S CARGO RECEIPT

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. 146800749922 | CARGO RECEIPT NO. 7183424952 |
|---|---|---|
| XIAMEN LUXINJIA IMP & EXP CO LTD<br>NO. 496, 821 STREET<br>XIADIAN ROAD, LICHENG<br>PUTIAN FUJIAN CHINA | EXPORT REFERENCES<br><br>TOMS8 - 2805R<br>2018 21330684 | DATE OF RECEIPT OF CARGO<br><br>09/03/2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
### UPS SUPPLY CHAIN SOLUTIONS, INC.

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
PHONE:(310) 404-2792   FAX: (310) 404 2962
ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>XIAMEN,CN | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>COSCO GLORY 045E | PORT OF LOADING<br>XIAMEN,CN | |
| PORT OF DISCHARGE<br>NEW YORK,NY | PLACE OF DELIVERY BY ON CARRIER<br>CHAMBERSBURG,PA | NUMBER OF ORIGINALS |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| KMART PO#:<br>ITEM NO:<br>MADE IN: CHINA(MAINLAND)<br>CONTENTS:<br><br>TCLU1609290/EMCPCG0508/40HQ | 180CTNS | FCR DATE:9/3/2018<br>SHIP MODE CFS/CY<br>SAILING DATE 9/17/2018<br>FREIGHT COLLECT<br>THE ABOVE SHIPMENT CONTAINS<br>NO (SOLID) WOOD PACKING MATERIAL<br><br>ORIGINAL<br><br>AS PER ATTACHMENT | 522KGS | 6 063CBM |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 1 | 1 |
| PACKING LIST | 1 | 1 |
| INTERIM FOOTWEAR INVOICE | 1 | 1 |
| CPSIA GENERAL CONFORMITY<br>CONFORMITY CERTIFICATE | 1 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
XIAMEN                    Authorized Signatures

Issued by _____

Month ____9____ Day ____20____ Year ____2018____

| Attachment No: | 1 | | *** | UPS SUPPLY CHAIN SOLUTIONS, INC. | *** |
| | | | *** | FORWARDER'S CARGO RECEIPT | *** |

ATTACHMENT FOR    7183424952

| Packages: | | Description: | Kgs: | Cbm: |
|---|---|---|---|---|
| 63 | CTNS | YG KALI 2 DRESS HEELREBUY CORE PK 1 PO:B2YNX ITEM:150021358031 REF:102 DEPT:035 HTS:6404193790, 6404193760 | 182.7 | 2.258 |
| 117 | CTNS | YG KALI 2 DRESS HEELREBUY SML PK 1 PO:B2YNX ITEM:150021358049 REF:102 DEPT:035 HTS:6404193790 | 339.3 | 3.805 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

**UPS Supply Chain Solutions™** (ups)

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| XIAMEN LUXINJIA IMP & EXP CO LTD<br>NO. 486, 821 STREET<br>XIADIAN ROAD, LICHENG<br>PUTIAN FUJIAN CHINA | MATS46 44207000<br>EXPORT REFERENCES<br>TOMS18-2815R<br>2018 21331025 | 7183424983<br>DATE OF RECEIPT OF CARGO<br>09/05/2018 |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) |
|---|
| KMART CORPORATION<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES,IL 60179 USA |

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is: _____

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) |
|---|
| UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE<br>TORRANCE, CA 90502<br>PHONE:(310) 404-2792  FAX: (310) 404 2962<br>ATTN: MARY ELLEN WRATSCHKO |

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | XIAMEN, CN | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| JJ HAI ZHI XING 2 88N | XIAMEN, CN | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| LONG BEACH, CA | MIRA LOMA CA | |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| KMART FOR:<br>ITEM NO.:<br>MADE IN :CHINA(MAINLAND)<br>CONTENTS:<br><br>MATU4836105/MATU742949/45HC<br>MATU4609855/MATU742948/45HC | 2406CTNS | FCR DATE:9/5/2018<br>SHIP MODE:CY/CY<br>SAILING DATE:9/7/2018<br>FREIGHT:COLLECT<br>THE ABOVE SHIPMENT CONTAINS<br>NO (SOLID) WOOD PACKING MATERIAL<br><br>ORIGINAL<br><br>AS PER ATTACHMENT | 15147KGS | 144.162CBM |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

| In accordance with instruction from Buyer, we have received the following documents from shipper on: | | | This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chai Solutions liability and include certain indemnities to UPS Suppl Chain Solutions' benefit. |
|---|---|---|---|
| **Document List** | Original | Copy | As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC. |
| COMMERCIAL INVOICE | 1 | 1 | UPS SCS (CHINA) LIMITED XIAMEN BRANCH |
| PACKING LIST | 1 | 1 | |
| INTERIM FOOTWEAR INVOICE | 1 | 1 | AS AGENT FOR |
| CPSIA GENERAL CONFORMITY CONFORMITY CERTIFICATE | 1 | 1 | UPS SUPPLY CHAIN SOLUTIONS INC. |

Issued by _____ XIAMEN _____ Authorized Signatures

Month ___ 9 ___ Day ___ 12 ___ Year ___ 2018

| Attachment No: | 1 | *** UPS SUPPLY CHAIN SOLUTIONS,INC. *** |
|---|---|---|
| | | *** FORWARDER'S CARGO RECEIPT *** |

ATTACHMENT FOR   7183424963

| Packages: | | Description: | Kgs: | Cbm: |
|---|---|---|---|---|
| 83 | CTNS | TG RUE 3 STARS PNK FDESERVING PK 2 PO:B2YBJ ITEM:050096099486 REF:101 DEPT:035 HTS:6402914061 | 290.5 | 2.937 |
| 175 | CTNS | YB RUE 3 SKULLS BLK REBUY CORE PK 1 PO:B2YC1 ITEM:060096120811 REF:101 DEPT:035 HTS:6402914061 | 1015 | 10.69 |
| 175 | CTNS | YB RUE 3 SKULLS BLK DESERVING PK 1 PO:B2YC1 ITEM:060096118328 REF:101 DEPT:035 HTS:6402914061 | 1015 | 10.69 |
| 150 | CTNS | YG RUE 3 DOTS BLK F1REBUY CORE PK 1 PO:B2YC4 ITEM:060096125950 REF:101 DEPT:035 HTS:6402914061, 6402914050 | 870 | 9.163 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.

Authorized Signatures

| Attachment No: | 2 | *** | UPS SUPPLY CHAIN SOLUTIONS, INC. | *** |
| | | *** | FORWARDER'S CARGO RECEIPT | *** |

ATTACHMENT FOR     7183424963

| | | | |
|---|---|---|---|
| 150 | CTNS | YG RUE 3 DOTS BLK FIDESERVING PK 1<br>PO:B2YC4<br>ITEM:060096125877<br>REF:101<br>DEPT:035<br>HTS:6402914061 | 870      9.163 |
| 125 | CTNS | YG RUE 3 STARS PNK FREBUY CORE PK 1<br>PO:B2YC7<br>ITEM:060096278007<br>REF:101<br>DEPT:035<br>HTS:6402914061, 6402914050 | 725      7.636 |
| 125 | CTNS | YG RUE 3 STARS PNK FDESERVING PK 1<br>PO:B2YC7<br>ITEM:060096271549<br>REF:101<br>DEPT:035<br>HTS:6402914061 | 725      7.636 |
| 79 | CTNS | TB RUE 3 DIGITAL GRNREBUY SML PK 2<br>PO:B2YCA<br>ITEM:050096115373<br>REF:101<br>DEPT:035<br>HTS:6402914061 | 276.5      2.795 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.

Authorized Signatures

Attachment No:    3                    ***  UPS SUPPLY CHAIN SOLUTIONS,INC.  ***
                                       ***  FORWARDER'S CARGO RECEIPT        ***
ATTACHMENT    7183424963
FOR

| | | | | |
|---|---|---|---|---|
| 79 | CTNS | TB RUE 3 DIGITAL GRNDESERVING PK 2<br>PO:B2YCA<br>ITEM:050096111851<br>REF:101<br>DEPT:035<br>HTS:6402914061 | 276.5 | 2.795 |
| 300 | CTNS | YB HALFPIPE BLACK F1NONDES PK 2<br>PO:B2YCC<br>ITEM:060096283080<br>REF:101<br>DEPT:035<br>HTS:6402914061 | 2010 | 26.451 |
| 300 | CTNS | YB HALFPIPE BLACK F1NONDES PK 1<br>PO:B2YCC<br>ITEM:060096283072<br>REF:101<br>DEPT:035<br>HTS:6402914061 | 2010 | 26.451 |
| 68 | CTNS | TB RUE 3 SKULLS BLK REBUY SML PK 2<br>PO:B2YD9<br>ITEM:050095907093<br>REF:101<br>DEPT:035<br>HTS:6402914061 | 238 | 2.406 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.

Authorized Signatures

| Attachment No: | 4 | | *** | UPS SUPPLY CHAIN SOLUTIONS,INC. | *** | |
| | | | *** | FORWARDER'S CARGO RECEIPT | *** | |
| ATTACHMENT FOR | 7183424963 | | | | | |

| | 83 | CTNS | TB RUE 3 SKULLS BLK DESERVING PK 2 PO:B2YD9 ITEM:050095876884 REF:101 DEPT:035 HTS:6402914061 | 290.5 | 2.937 |
| | 160 | CTNS | YB RUE 3 DIGITAL GRNREBUY CORE PK 2 PO:B2YDR ITEM:060099158263 REF:101 DEPT:035 HTS:6402914061 | 928 | 9.774 |
| | 160 | CTNS | YB RUE 3 DIGITAL GRNREBUY SML PK 1 PO:B2YDR ITEM:060096109947 REF:101 DEPT:035 HTS:6402914061 | 928 | 9.774 |
| | 57 | CTNS | TG RUE 3 DOTS BLK F1REBUY SML PK 2 PO:B2YEL ITEM:050096093166 REF:101 DEPT:035 HTS:6402914061 | 199.5 | 2.017 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.

Authorized Signatures

| Attachment No: | 5 | | *** | UPS SUPPLY CHAIN SOLUTIONS,INC. | *** |
| | | | *** | FORWARDER'S CARGO RECEIPT | *** |
| ATTACHMENT FOR | 7183424963 | | | | |

| 69 | CTNS | TG RUE 3 DOTS BLK F1DESERVING PK 2 PO:B2YEL ITEM:050096089016 REF:101 DEPT:035 HTS:6402914061 | 241.5 | 2.441 |
| 68 | CTNS | TG RUE 3 STARS PNK FREBUY SML PK 2 PO:B2YBJ ITEM:050096099957 REF:101 DEPT:035 HTS:6402914061 | 238 | 2.406 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

*[signature]*

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

**UPS Supply Chain Solutions™**  **UPS**

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| XIAMEN LUXINJIA IMP & EXP CO LTD<br>NO. 496, 821 STREET<br>XIADIAN ROAD, LICHENG<br>PUTIAN FUJIAN CHINA | E228030381 | 7183424778 |

| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
|---|---|---|
| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)<br>KMART CORPORATION<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES,IL 60179 USA | TOMS18-284SR<br>2018213702291 | 09/05/2018 |

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
PHONE:(310) 404-2792  FAX: (310) 404 2962
ATTN: MARY ELLEN WRATSCHKO

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is: _____

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>XIAMEN,CN | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>MOL BEACON V.024E | PORT OF LOADING<br>XIAMEN,CN | |
| PORT OF DISCHARGE<br>NEW YORK,NY | PLACE OF DELIVERY BY ON CARRIER<br>CHAMBERSBURG,PA | NUMBER OF ORIGINALS |

| PARTICULARS FURNISHED BY SHIPPER | | | | |
|---|---|---|---|---|
| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
| KMART PO#:<br>ITEM NO.:<br>MADE IN CHINA(MAINLAND)<br>CONTENTS:<br><br>TEMU8504981/YMA846 3811/40HQ | 126CTNS | FCR DATE:9/5/2018<br>SHIP MODE:CFS/CY<br>SAILING DATE:9/14/2018<br>FREIGHT COLLECT<br>THE ABOVE SHIPMENT CONTAINS<br>NO (SOLID) WOOD PACKING MATERIAL<br><br><br>AS PER ATTACHMENT | 974.97KGS | 8.573CBM |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

| In accordance with instruction from Buyer, we have received the following documents from shipper on: | | |
|---|---|---|
| Document List | Original | Copy |
| COMMERCIAL INVOICE | 1 | 1 |
| PACKING LIST | 1 | 1 |
| INTERIM FOOTWEAR INVOICE | 1 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
Issued by UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

Month ___9___ Day ___20___ Year ___2018___

Document

| Attachment No: | 1 | *** | UPS SUPPLY CHAIN SOLUTIONS,INC. | *** |
|---|---|---|---|---|
| | | *** | FORWARDER'S CARGO RECEIPT | *** |

ATTACHMENT FOR  7183424776

| Packages: | | Description: | Kgs: | Cbm: |
|---|---|---|---|---|
| 31 | CTNS | MADDIE REBUY SML PK 1<br>PO:B2YM9<br>ITEM:890012131041<br>REF:101<br>DEPT:035<br>HTS:6402914050 | 385.02 | 3.089 |
| 95 | CTNS | MADDIE REBUY CORE PK 1<br>PO:B2YM9<br>ITEM:890012129557<br>REF:101<br>DEPT:035<br>HTS:6402914050 | 589.95 | 5.484 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures



**UPS Supply Chain Solutions** ℠

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| | |
|---|---|
| **SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)** | **BOOKING NO.** 146300749922 |
| XIAMEN LUXINJIA IMP & EXP CO LTD | **CARGO RECEIPT NO.** 7185275153 |
| NO. 496, 821 STREET | |
| XIADIAN ROAD, LICHENG | **EXPORT REFERENCES** |
| PUTIAN FUJIAN CHINA | 70WS18-2865R |

**DATE OF RECEIPT OF CARGO** 09/04/2018

2018214 29840

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,IL 60179 USA

### THIS IS NOT A DOCUMENT OF TITLE.
### UPS SUPPLY CHAIN SOLUTIONS, INC.

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is: _____

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
PHONE:(310) 404-2792   FAX: (310) 404 2962
ATTN: MARY ELLEN WRATSCHKO

| **PRE-CARRIAGE BY** | **PLACE OF RECEIPT BY PRE-CARRIER** XIAMEN,CN | **EXPORT LICENSE NO.** |
|---|---|---|
| **EXPORT CARRIER (VESSEL/VOY/FLAG)** COSCO GLORY 045E | **PORT OF LOADING** XIAMEN,CN | |
| **PORT OF DISCHARGE** NEW YORK,NY | **PLACE OF DELIVERY BY ON CARRIER** CHAMBERSBURG,PA | **NUMBER OF ORIGINALS** |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| KMART PO#: ITEM NO: MADE IN :CHINA(MAINLAND) CONTENTS: | 120CTNS | FCR DATE:9/4/2018 SHIP MODE:CFS/CY SAILING DATE:9/17/2018 FREIGHT COLLECT THE ABOVE SHIPMENT CONTAINS NO (SOLID) WOOD PACKING MATERIAL | 909KGS | 17.111CBM |
| TCLU1609250/EMCPCG050H/40HQ | | | | |

ORIGINAL

AS PER ATTACHMENT

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 1 | 1 |
| PACKING LIST | 1 | 1 |
| INTERIM FOOTWEAR INVOICE | 1 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
Issued by UPS SUPPLY CHAIN SOLUTIONS, INC.

Authorized Signatures

Month ____9____ Day ____10____ Year ____2018____

| Attachment No: | 1 | | *** | UPS SUPPLY CHAIN SOLUTIONS,INC. | *** | | |
|---|---|---|---|---|---|---|---|
| | | | *** | FORWARDER'S CARGO RECEIPT | *** | | |

ATTACHMENT
FOR    7185275152

| Packages: | | Description: | Kgs: | Cbm: |
|---|---|---|---|---|
| 70 | CTNS | SHILOH PLUM REBUY SML PK 1 <br> PO:B2YMA <br> ITEM:870012267274 <br> REF:101 <br> DEPT:035 <br> HTS:6404193760 | 469 | 7.123 |
| 50 | CTNS | SHILOH PLUM REBUY LRG PK 1 <br> PO:B2YMA <br> ITEM:870012267217 <br> REF:101 <br> DEPT:035 <br> HTS:6404193760 | 440 | 5.088 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

# UPS Supply Chain Solutions™    ups

## UPS SUPPLY CHAIN SOLUTIONS, INC.
## FORWARDER'S CARGO RECEIPT

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO | CARGO RECEIPT NO |
|---|---|---|
| XIAMEN LUXINJIA IMP & EXP CO LTD<br>NO. 496, 821 STREET<br>XIADIAN ROAD, LICHENG<br>PUTIAN FUJIAN CHINA | E228029859 | 7183424039 |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
|---|---|---|
| KMART CORPORATION<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES,IL 60179 USA | TOMS19 - 2HSR<br>2018709546965 | 08/11/2018 |

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
PHONE:(310) 404-2792   FAX: (310) 404 2962
ATTN: MARY ELLEN WRATSCHKO

## THIS IS NOT A DOCUMENT OF TITLE.

### UPS SUPPLY CHAIN SOLUTIONS, INC.
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is:

| PRE CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>XIAMEN,CN | EXPORT LICENSE NO |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>MOL BRIGHTNESS V.024E | PORT OF LOADING<br>XIAMEN,CN | |
| PORT OF DISCHARGE<br>NEW YORK,NY | PLACE OF DELIVERY BY ON CARRIER<br>CHAMBERSBURG,PA | NUMBER OF ORIGINALS<br>1 |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| KMART POH:<br>ITEM NO:<br>MADE IN CHINA(MAINLAND)<br>CONTENTS<br><br>SEGU4585654/YMAB017266/40HQ<br>SEGU5317960/YMAB017264/40HQ<br>YMLU8990834/YMAB017263/40HQ | 2018CTNS | FCR DATE:8/11/2018<br>SHIP MODE:CY/CY<br>SAILING DATE:8/17/2018<br>FREIGHT COLLECT<br>THE ABOVE SHIPMENT CONTAINS<br>NO (SOLID) WOOD PACKING MATERIAL<br><br>ORIGINAL<br><br>AS PER ATTACHMENT | 20851.75KGS | 195.650BM |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 1 | 1 |
| PACKINGLIST | 1 | 1 |
| INTERIM FOOTWEAR INVOICE | 1 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.

Issued by    XIAMEN    Authorized Signatures

Month  8  Day  23  Year  2018

...ent

Attachment No:     1

ATTACHMENT FOR     7183424039

*** UPS SUPPLY CHAIN SOLUTIONS,INC. ***
*** FORWARDER'S CARGO RECEIPT ***

| Packages: | | Description: | Kgs: | Cbm: |
|---|---|---|---|---|
| 300 | CTNS | BAYLEE BLACK REBUY LRG<br>PK 2<br>PO:B2QUY<br>ITEM:870020876405<br>REF:101<br>DEPT:035<br>HTS:6404198760 | 2160 | 24.407 |
| 250 | CTNS | BAYLEE BLACK REBUY SML<br>PK 2<br>PO:B2QUY<br>ITEM:870020876611<br>REF:101<br>DEPT:035<br>HTS:6404198760 | 2350 | 21.564 |
| 200 | CTNS | BAYLEE TAUPE REBUY LRG<br>PK 2<br>PO:B2QV5<br>ITEM:870020893947<br>REF:101<br>DEPT:035<br>HTS:6404198760 | 1440 | 16.271 |
| 140 | CTNS | BAYLEE TAUPE REBUY SML<br>PK 2<br>PO:B2QV5<br>ITEM:870020894788<br>REF:101<br>DEPT:035<br>HTS:6404198760 | 1316 | 12.076 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

ient

| Attachment No: | 2 | *** | UPS SUPPLY CHAIN SOLUTIONS,INC. | *** |
| | | *** | FORWARDER'S CARGO RECEIPT | *** |

ATTACHMENT
FOR          7183424039

| | | | | | |
|---|---|---|---|---|---|
| 112 | CTNS | MADDIE DESERVING PACK<br>PO:B2YEF<br>ITEM:890070908140<br>REF:102<br>DEPT:035<br>HTS:6402914050 | 1391.04 | 13.322 |
| 81 | CTNS | MADDIE NONDESERVING<br>PACK 1<br>PO:B2YEF<br>ITEM:890070908157<br>REF:102<br>DEPT:035<br>HTS:6402914050 | 503.01 | 4.817 |
| 81 | CTNS | MADDIE WIDE<br>NONDESERVING PACK 1<br>PO:B2YJP<br>ITEM:890059228890<br>REF:102<br>DEPT:035<br>HTS:6402914050 | 503.01 | 4.817 |
| 112 | CTNS | MADDIE WIDE DESERVING<br>PACK<br>PO:B2YJP<br>ITEM:890059228916<br>REF:102<br>DEPT:035<br>HTS:6402914050 | 1391.04 | 13.11 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

...ient

| Attachment No: | 3 |
| --- | --- |
| ATTACHMENT FOR | 7183424039 |

\*\*\*   UPS SUPPLY CHAIN SOLUTIONS,INC.   \*\*\*
\*\*\*   FORWARDER'S CARGO RECEIPT   \*\*\*

| | | | | |
| --- | --- | --- | --- | --- |
| 112 | CTNS | MADDIE DESERVING PACK<br>PO:B2YLT<br>ITEM:890012059101<br>REF:102<br>DEPT:035<br>HTS:6402914050 | 1391.04 | 13.322 |
| 81 | CTNS | MADDIE NONDESERVING<br>PACK 1<br>PO:B2YLT<br>ITEM:890012128831<br>REF:102<br>DEPT:035<br>HTS:6402914050 | 503.01 | 4.817 |
| 130 | CTNS | FANNI WHITE MEDIUM PACK<br>1<br>PO:B2YLV<br>ITEM:760012848032<br>REF:102<br>DEPT:035<br>HTS:6404193760 | 2015 | 16.657 |
| 142 | CTNS | FANNI SILVER MEDIUM PACK<br>1<br>PO:B2YLW<br>ITEM:760012849873<br>REF:102<br>DEPT:035<br>HTS:6404193760 | 2201 | 18.194 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

| Attachment No: | 4 | *** | UPS SUPPLY CHAIN SOLUTIONS, INC. | *** |
| | | *** | FORWARDER'S CARGO RECEIPT | *** |

ATTACHMENT FOR    7183424039

| | | | | | |
|---|---|---|---|---|---|
| 204 | CTNS | FANNI BLACK MEDIUM PACK 1 PO:B2YLX ITEM:760012862843 REF:102 DEPT:035 HTS:6404193760 | 3162 | | 26.138 |
| 73 | CTNS | BAYLEE GREY REBUY LRG PK 1 PO:B2PC6 ITEM:870012499166 REF:101 DEPT:035 HTS:6404198760 | 525.6 | | 5.939 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS, INC.
Authorized Signatures

# UPS Supply Chain Solutions℠ (ups)

## UPS SUPPLY CHAIN SOLUTIONS, INC.
## FORWARDER'S CARGO RECEIPT

OTI License No. 275F

| | |
|---|---|
| BOOKING NO. | CARGO RECEIPT NO. |
| MATS5073514000 | |

SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN FUJIAN CHINA

EXPORT REFERENCES
Toms 18- 299SR
2018 21429125

DATE OF RECEIPT OF CARGO
04/05/2018

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
PHONE:(310) 404-2792  FAX: (310) 404-2962
ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | XIAMEN,CN | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| JI HAI ZHI XING 289N | XIAMEN,CN | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| LONG BEACH,CA | MIRA LOMA,CA. | |

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| KMART POB | 97CTNS | FCR DATE 9/5/2018 | 342.210 S | 10.121CBM |
| ITEM NO. | | SHIP MODE CY/CY | | |
| MADE IN CHINA(MAINLAND) | | SAILING DATE 9/14/2018 | | |
| CONTENTS | | FREIGHT COLLECT | | |
| | | THE ABOVE SHIPMENT CONTAINS | | |
| FBUX8073664)/MATU0731769/45HC | | NO (SOLID) WOOD PACKING MATERIAL | | |
| MATU4589677/MATU0731708/45HC | | | | |
| | | AS PER ATTACHMENT | | |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 1 | 1 |
| PACKING LIST | 1 | 1 |
| INTERIM FOOTWEAR INVOICE | 1 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
Issued by UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

Month ___9___ Day ___10___ Year ___2018___

CHANG PRINTING COMPANY TEL:6617220338464 CF 16032

Document

Attachment No:    1

\*\*\*  UPS SUPPLY CHAIN SOLUTIONS,INC.  \*\*\*
\*\*\*  FORWARDER'S CARGO RECEIPT  \*\*\*

ATTACHMENT    7185275163
END

| Packages: | | Description: | Kgs: | Cbm: |
|---|---|---|---|---|
| 54 | CTNS | SHILOH PLUM REBUY SML PK 1 PO:B2YMA ITEM:870012267274 REF:102 DEPT:035 HTS:6404193760 | 361.8 | 5.635 |
| 43 | CTNS | SHILOH PLUM REBUY LRG PK 1 PO:B2YMA ITEM:870012267217 REF:102 DEPT:035 HTS:6404193760 | 378.4 | 4.487 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS, INC.
Authorized Signatures

# UPS Supply Chain Solutions™ 

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| XIAMEN LUXINJIA IMP & EXP CO LTD<br>NO. 496, 821 STREET<br>XIADIAN ROAD, LICHENG<br>PUTIAN FUJIAN CHINA | E228030380 | 7185275262 |
| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| | TOMS18 - 285 SR<br>201821431296 | 09/04/2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is:

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
PHONE:(310) 404-2792  FAX: (310) 404 2962
ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | XIAMEN,CN | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| MOL BEACON V.024E | XIAMEN,CN | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| NEW YORK,NY | CHAMBERSBURG,PA | 1 |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS /CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| KMART PO#:<br>ITEM NO:<br>MADE IN:CHINA(MAINLAND)<br>CONTENTS:<br><br>YMLU8964408/YMAB463855/40HQ | 600CTNS | FCR DATE:9/4/2018<br>SHIP MODE:CES/CY<br>SAILING DATE:9/14/2018<br>FREIGHT COLLECT<br>THE ABOVE SHIPMENT CONTAINS<br>NO (SOLID) WOOD PACKING MATERIAL<br><br><br>AS PER ATTACHMENT | 4020KGS | 51.516CBM |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 1 | 1 |
| PACKINGLIST | 1 | 1 |
| INTERIM FOOTWEAR INVOICE | 1 | 1 |
| CPSIA GENERAL CONFORMITY<br>CONFORMITY CERTIFICATE | 1 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
Issued by UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

Month ____9____ Day ____20____ Year ____2018____

CHEANG PRINTING COMPANY

ocument

Attachment No:      1                    ***    UPS SUPPLY CHAIN SOLUTIONS, INC.    ***
                                         ***    FORWARDER'S CARGO RECEIPT           ***

ATTACHMENT          7185275262
FOR

| Packages: | | Description: | Kgs: | Cbm: |
|---|---|---|---|---|
| 300 | CTNS | YB HALFPIPE BLACK<br>F1NONDES PK 2<br>PO:B2YCC<br>ITEM:060096283080<br>REF:102<br>DEPT:035<br>HTS:6402914061 | 2010 | 25.758 |
| 300 | CTNS | YB HALFPIPE BLACK<br>F1NONDES PK 1<br>PO:B2YCC<br>ITEM:060096283072<br>REF:102<br>DEPT:035<br>HTS:6402914061 | 2010 | 25.758 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.

Authorized Signatures

**UPS Supply Chain Solutions** ™  (ups)

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

SHIPPER/EXPORTER /COMPLETE NAME AND ADDRESS
XIAMEN LUXINGDA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN FUJIAN CHINA

BOOKING NO  MATS3146129000

CARGO RECEIPT NO  5275526

EXPORT REFERENCES

DATE OF RECEIPT OF CARGO

Tom518-2905R

201821591347

09/15/2018

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS, INC. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
KMART IMPORT OPERATIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
PHONE:(310) 404-2792   FAX: (310) 404 2962
ATTN: MARY ELLEN WRATSCHKO

PRE-CARRIAGE BY

PLACE OF RECEIPT BY PRE-CARRIER

EXPORT LICENSE NO.

EXPORT CARRIER (VESSEL/VOYAGE)
MAERSK XIAN 829N

PORT OF LOADING
XIAMEN.CN

PORT OF DISCHARGE
LONG BEACH,CA.

PLACE OF DELIVERY BY ON CARRIER

NUMBER OF ORIGINALS 1

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| KMART POR<br>ITEM NO:<br>MADE IN :CHINA(MAINLAND)<br>CONTENTS:<br><br>MATU4584280/MATU7721402/45HC | 58CTNS | FCIL DATE:9/15/2018<br>SHIP MODE:CFS/CY<br>SAILING DATE:9/22/2018<br>FRDGHT:COLLECT<br>THE ABOVE SHIPMENT CONTAINS<br>NO (SOLID) WOOD PACKING MATERIAL<br><br><br>AS PER ATTACHMENT | | |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 1 | |
| PACKING LIST | 1 | 1 |
| INTERIM FOOTWEAR INVOICE | 1 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

**AS AGENT FOR**
**UPS SUPPLY CHAIN SOLUTIONS INC.**
XIAMEN Authorized Signatures

Issued by _____

Month ____9____ Day ____27____ Year ____2018____

CHANG PRINTING COMPANY TEL. 86773249846 ET 10035

Document

Attachment No:      1                    ***   UPS SUPPLY CHAIN SOLUTIONS,INC.   ***
                                         ***   FORWARDER'S CARGO RECEIPT          ***

ATTACHMENT      7185275526
FOR

| Packages: | | Description: | Kgs: | Cbm: |
|---|---|---|---|---|
| 24 | CTNS | BAYLEE BLACK REBUY SML<br>PK 3<br>PO:B2YHV<br>ITEM:870034634410<br>REF:101<br>DEPT:035<br>HTS:6404198760 | 225.6 | 2.034 |
| 34 | CTNS | BAYLEE BLACK REBUY LRG<br>PK 3<br>PO:B2YHV<br>ITEM:870034634402<br>REF:101<br>DEPT:035<br>HTS:6404198760 | 244.8 | 2.653 |



UPS SCS (CHINA) LIMITED XIAMEN BRANCH
AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

9/27/2018

**UPS Supply Chain Solutions™** 

OTI License No. 27SF

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| | |
|---|---|
| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)<br>XIAMEN LUXINJIA IMP & EXP CO LTD<br>NO. 496, 821 STREET<br>XIADIAN ROAD, LICHENG<br>PUTIAN FUJIAN CHINA | BOOKING NO. E228030422 |
| | CARGO RECEIPT NO. 785275515 |
| | EXPORT REFERENCES<br>Toms 18- 291SR<br>2018 2159 1404 | DATE OF RECEIPT OF CARGO<br>09/15/2018 |
| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)<br>KMART CORPORATION<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES,IL 60179 USA | |

THIS IS NOT A DOCUMENT OF TITLE.

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
PHONE:(310) 404-2792   FAX: (310) 404 2962
ATTN: MARY ELLEN WRATSCHKO

EXPORT LICENSE NO.

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>XIAMEN,CN | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY FLAG)<br>MOL BRILLIANCE 026E | PORT OF LOADING<br>XIAMEN,CN | |
| PORT OF DISCHARGE<br>NEW YORK,NY | PLACE OF DELIVERY BY ON CARRIER<br>CHAMBERSBURG,PA. | NUMBER OF ORIGINALS |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| KMART FOR<br>ITEM NO:<br>MADE IN CHINA(MAINLAND)<br>CONTENTS:<br>YMMU6100561/YMAB463503/40HQ) | 87CTNS | FOR DATE:9/15/2018<br>SHIP MODE:CFS/CY<br>SAILING DATE:9/21/2018<br>FREIGHT COLLECT<br>THE ABOVE SHIPMENT CONTAINS<br>NO (SOLID) WOOD PACKING MATERIAL | 703.580KG | 7.072CBM |

ORIGINAL

AS PER ATTACHMENT

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 1 | 1 |
| PACKING LIST | 1 | 1 |
| INTERIM FOOTWEAR INVOICE | 1 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

**UPS SCS (CHINA) LIMITED XIAMEN BRANCH**

AS AGENT FOR
Issued by **UPS SUPPLY CHAIN SOLUTIONS INC.**
Authorized Signatures

Month ___9___ Day ___28___ Year ___2018___

CHANG PRINTING COMPANY TEL 86533358008 CF 140412

# Document

Attachment No:      1

*** UPS SUPPLY CHAIN SOLUTIONS,INC. ***
*** FORWARDER'S CARGO RECEIPT ***

ATTACHMENT      7185275526
FOR

| Packages: | | Description: | Kgs: | Cbm: |
|---|---|---|---|---|
| 24 | CTNS | BAYLEE BLACK REBUY SML PK 3<br>PO:B2YHV<br>ITEM:870034634410<br>REF:101<br>DEPT:035<br>HTS:6404198760 | 225.6 | 2.034 |
| 34 | CTNS | BAYLEE BLACK REBUY LRG PK 3<br>PO:B2YHV<br>ITEM:870034634402<br>REF:101<br>DEPT:035<br>HTS:6404198760 | 244.8 | 2.653 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH
AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS, INC.
Authorized Signatures

# UPS Supply Chain Solutions ™

**FORWARDER'S CARGO RECEIPT**
LEHMAN SOLUTIONS, INC.

OTI License No. 275F

| | |
|---|---|
| BOOKING NO. 1488007499708 | CARGO RECEIPT NO. 7185275724 |

SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN FUJIAN CHINA

EXPORT REFERENCES
7ms8-2985R
2018 21645740

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,IL 60179 USA

DATE OF RECEIPT OF CARGO 09/08/2018

**THIS IS NOT A DOCUMENT OF TITLE.**
## UPS SUPPLY CHAIN SOLUTIONS, INC.
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is:

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
PHONE:(310) 404-2792  FAX: (310) 404 2962
ATTN: MARY ELLEN WRATSCHKO

EXPORT LICENSE NO.

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER XIAMEN,CN |
|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG) COSCO GLORY 045E | PORT OF LOADING XIAMEN,CN |
| PORT OF DISCHARGE NEW YORK,NY | PLACE OF DELIVERY BY ON CARRIER CHAMBERSBURG,PA |

NUMBER OF ORIGINALS
1

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| KMART PO# ITEM NO: MADE IN :CHINA(MAINLAND) CONTENTS: BMOU4630210/EMCPC0328/40HQ | 869CTNS | FCR DATE:9/8/2018 SHIP MODE:CY/CY SAILING DATE:9/17/2018 FREIGHT COLLECT THE ABOVE SHIPMENT CONTAINS NO (SOLID) WOOD PACKING MATERIAL AS PER ATTACHMENT | 7324.9KGS | 61.186CBM |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

---

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 1 | 1 |
| PACKINGLIST | 1 | 1 |
| INTERIM FOOTWEAR INVOICE | 1 | 1 |

This shipment will be handled subject to the terms set forth her and on the reverse of this document which are incorporated her by reference. These Terms limit or exclude UPS Supply Cha Solutions liability and include certain indemnities to UPS Supp Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
Issued by UPS SUPPLY CHAIN SOLUTIONS INC.

Authorized Signatures

Month ___9___ Day ___20___ Year ___2018___

ument

| Attachment No: | I |
|---|---|

*** UPS SUPPLY CHAIN SOLUTIONS, INC. ***
*** FORWARDER'S CARGO RECEIPT ***

ATTACHMENT FOR    7185275724

| Packages: | | Description: | Kgs: | Cbm: |
|---|---|---|---|---|
| 40 | CTNS | FANNI BLACK REBUY CORE PK 1 PO:B2YE9 ITEM:760012855847 REF:102 DEPT:035 HTS:6404193760 | 372 | 3.494 |
| 52 | CTNS | FANNI SILVER REBUY SML PK 1 PO:B2YEA ITEM:760012850228 REF:102 DEPT:035 HTS:6404193760 | 483.6 | 4.018 |
| 35 | CTNS | FANNI SILVER REBUY CORE PK 1 PO:B2YEA ITEM:760012849915 REF:102 DEPT:035 HTS:6404193760 | 325.5 | 3.058 |
| 26 | CTNS | FANNI WHITE REBUY SML PK 1 PO:B2YEB ITEM:760012848016 REF:102 DEPT:035 HTS:6404193760 | 241.8 | 2.009 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC

Authorized Signatures

| Attachment No: | 2 | | *** | UPS SUPPLY CHAIN SOLUTIONS,INC. | *** | |
| | | | *** | FORWARDER'S CARGO RECEIPT | *** | |
| ATTACHMENT FOR | 7185275724 | | | | | |

| 17 | CTNS | FANNI WHITE REBUY CORE PK 1<br>PO:B2YEB<br>ITEM:760012847737<br>REF:102<br>DEPT:035<br>HTS:6404193760 | 158.1 | 1.485 |
| 20 | CTNS | MADDIE WIDE REBUY SML PK 1<br>PO:B2YMB<br>ITEM:890047136783<br>REF:101<br>DEPT:035<br>HTS:6402914050 | 248.4 | 2.085 |
| 59 | CTNS | MADDIE WIDE REBUY CORE PK 1<br>PO:B2YMB<br>ITEM:890047136742<br>REF:101<br>DEPT:035<br>HTS:6402914050 | 366.39 | 3.565 |
| 160 | CTNS | MADDIE REBUY SML PK 1<br>PO:B2YMC<br>ITEM:890047239116<br>REF:101<br>DEPT:035<br>HTS:6402914050 | 1987.2 | 16.68 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.

Authorized Signatures

| Attachment No: | 3 | | *** | UPS SUPPLY CHAIN SOLUTIONS,INC. | *** |
| | | | *** | FORWARDER'S CARGO RECEIPT | *** |

ATTACHMENT
FOR          7185275724

| | 400 | CTNS | MADDIE REBUY CORE PK 1 | 2484 | 24.166 |
| | | | PO:B2YMC | | |
| | | | ITEM:890047233655 | | |
| | | | REF:101 | | |
| | | | DEPT:035 | | |
| | | | HTS:6402914050 | | |
| | 60 | CTNS | FANNI BLACK REBUY SML PK 1 | 558 | 4.636 |
| | | | PO:B2YE9 | | |
| | | | ITEM:760012862439 | | |
| | | | REF:102 | | |
| | | | DEPT:035 | | |
| | | | HTS:6404193760 | | |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.

Authorized Signatures

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

**UPS Supply Chain Solutions™**

OTI License No. 275F

| | |
|---|---|
| BOOKING NO. MATS1009ET3000 | CARGO RECEIPT NO. |
| EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |

SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 498, 521 STREET
XIADIAN ROAD, LICHENG
PUTIAN FUJIAN CHINA

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,IL 60179 USA

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90501
PHONE:(310) 404 2792  FAX: (310) 404 2982
ATTN: MARY ELLEN WRATSCHKO

Export references handwritten:
TOMS8 – 300 SR
2018216457 68

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS, INC. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is:

| | | |
|---|---|---|
| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER XIAMEN,CN | EXPORT LICENSE NO. |
| EXPORT CARRIER (VESSEL/VOY/FLAG) JI HAI ZHI XING 289N | PORT OF LOADING XIAMEN,CN | |
| PORT OF DISCHARGE LONG BEACH,CA | PLACE OF DELIVERY BY ON CARRIER MIRA LOMA,CA | NUMBER OF ORIGINALS |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| KMART FOR ITEM NO MADE IN CHINA/MAINLAND CONTENTS HIZEHS 5655/MAF/074/0010/45KC | 770CTNS | FCR DATE 9/9/2018 SHIP MODE DXCY SAILING DATE 9/14/2018 FREIGHT COLLECT THE ABOVE SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIAL. AS PER ATTACHMENT | | |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 1 | 1 |
| PACKING LIST | 1 | 1 |
| INTERIM FOOTWEAR INVOICE | 1 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.

Issued by _____ Authorized Signatures

Month _____  Day _____  Year _____

Document                                                                      Page 1 of 3

Attachment No:        1                    ***   UPS SUPPLY CHAIN SOLUTIONS,INC.   ***
                                           ***   FORWARDER'S CARGO RECEIPT         ***

ATTACHMENT        7185275713
FOR

| Packages: | | Description: | Kgs: | Cbm: |
|---|---|---|---|---|
| 27 | CTNS | FANNI BLACK REBUY CORE PK 1<br>PO:B2YE9<br>ITEM:760012855847<br>REF:101<br>DEPT:035<br>HTS:6404193760 | 251.1 | 2.404 |
| 35 | CTNS | FANNI SILVER REBUY SML PK 1<br>PO:B2YEA<br>ITEM:760012850228<br>REF:101<br>DEPT:035<br>HTS:6404193760 | 325.5 | 2.758 |
| 23 | CTNS | FANNI SILVER REBUY CORE PK 1<br>PO:B2YEA<br>ITEM:760012849915<br>REF:101<br>DEPT:035<br>HTS:6404193760 | 213.9 | 2.048 |
| 17 | CTNS | FANNI WHITE REBUY SML PK 1<br>PO:B2YEB<br>ITEM:760012848016<br>REF:101<br>DEPT:035<br>HTS:6404193760 | 158.1 | 1.34 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

| Attachment No: | 2 | | *** UPS SUPPLY CHAIN SOLUTIONS,INC. *** |
| | | | *** FORWARDER'S CARGO RECEIPT *** |

ATTACHMENT FOR   7185275713

| 12 | CTNS | FANNI WHITE REBUY CORE PK 1<br>PO:B2YEB<br>ITEM:760012847737<br>REF:101<br>DEPT:035<br>HTS:6404193760 | 111.6 | 1.068 |
| 21 | CTNS | MADDIE REBUY SML PK 1<br>PO:B2YM9<br>ITEM:890012131041<br>REF:102<br>DEPT:035<br>HTS:6402914050 | 260.82 | 2.196 |
| 62 | CTNS | MADDIE REBUY CORE PK 1<br>PO:B2YM9<br>ITEM:890012129557<br>REF:102<br>DEPT:035<br>HTS:6402914050 | 385.02 | 3.769 |
| 13 | CTNS | MADDIE WIDE REBUY SML PK 1<br>PO:B2YMB<br>ITEM:890047136783<br>REF:102<br>DEPT:035<br>HTS:6402914050 | 161.46 | 1.36 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

Attachment No:      3          *** UPS SUPPLY CHAIN SOLUTIONS,INC.  ***
                               *** FORWARDER'S CARGO RECEIPT       ***

ATTACHMENT      7185275713
FOR

| | | | | | |
|---|---|---|---|---|---|
| 39 | CTNS | MADDIE WIDE REBUY CORE PK 1<br>PO:B2YMB<br>ITEM:890047136742<br>REF:102<br>DEPT:035<br>HTS:6402914050 | 242.19 | 2.371 |
| 100 | CTNS | MADDIE REBUY SML PK 1<br>PO:B2YMC<br>ITEM:890047239116<br>REF:102<br>DEPT:035<br>HTS:6402914050 | 1242 | 10.459 |
| 381 | CTNS | MADDIE REBUY CORE PK 1<br>PO:B2YMC<br>ITEM:890047233655<br>REF:102<br>DEPT:035<br>HTS:6402914050 | 2366.01 | 23.162 |
| 40 | CTNS | FANNI BLACK REBUY SML PK 1<br>PO:B2YE9<br>ITEM:760012862439<br>REF:101<br>DEPT:035<br>HTS:6404193760 | 372 | 3.152 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

# COMMERCIAL INVOICE

Page 4 of 8

**DATE:** September 10, 2018

**INVOICE NO.:** 201821645768

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

OUTER SOLE MATERIAL IN PERCENT:51% NON-WOVEN+49% PHYLON
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:YES
SIZE RANGE:6-11 Whole sizes only
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YEB | **REFERENCE NO.** | 101 | |
| **DC CODE** | MIR | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 41093 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**          061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**          CNDEHPUTPUT

| KMART | B2YM9 | MADDIE REBUY CORE PK 1 | | 62 | 62 | 49.860  USD | 3,091.32  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:**          890012129557

**MADE IN**          CHINA (MAINLAND)

**CONTENTS**          1  ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: MADDIE - SHORT ZIP WINTER BOOT
GENDER: WOMENS
UPPER MATERIAL IN PERCENT: 93.5%PU+6.5%FUR
OUTER SOLE MATERIAL IN PERCENT: 100%TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE (YES OR NO): YES
SIZE RANGE: 6-11 ( WHOLE SIZES ONLY )
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT?: 1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YM9 | **REFERENCE NO.** | 102 | |
| **DC CODE** | MIR | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 30752 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**          061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**          CNDEHPUTPUT

# COMMERCIAL INVOICE

Page 5 of 8

**DATE:** September 10, 2018

**INVOICE NO.:** 201821645768

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| KMART | B2YM9 | MADDIE REBUY SML PK 1 | | | 21 | 21 | 99.720 USD | 2,094.12 USD |
|-------|-------|----------------------|---|---|----|----|-----------|--------------|
| | | | | | CARTONS | AST | AST | |

| | | |
|-------|------|---|
| **ITEM:** | 890012131041 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 1 ASSORTMENT | |

DESCRIPTION OF TYPE OF SHOE: MADDIE - SHORT ZIP WINTER BOOT
GENDER: WOMENS
UPPER MATERIAL IN PERCENT: 93.5%PU+6.5%FUR
OUTER SOLE MATERIAL IN PERCENT: 100%TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE (YES OR NO): YES
SIZE RANGE: 6-11 ( WHOLE SIZES ONLY )
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT?: 1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YM9 | **REFERENCE NO.** | 102 | |
| **DC CODE** | MIR | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 30752 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

| | |
|---|---|
| **FACTORY NO.** | 061306 |
| DEHE (PUTIAN) FOOTWEAR CO LTD | |
| LOUTOU VILLAGE WUTANG TOWN | |
| HANJIANG DISTRICT | |
| PUTIAN | |
| FUJIAN | |
| China | |
| **FTY MID NO.** | CNDEHPUTPUT |

| KMART | B2YMB | MADDIE WIDE REBUY CORE PK 1 | | | 39 | 39 | 49.860 USD | 1,944.54 USD |
|-------|-------|----------------------------|---|---|----|----|-----------|--------------|
| | | | | | CARTONS | AST | AST | |

| | | |
|-------|------|---|
| **ITEM:** | 890047136742 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 1 ASSORTMENT | |

DESCRIPTION OF TYPE OF SHOE: MADDIE - SHORT ZIP WINTER BOOT
GENDER: WOMENS
UPPER MATERIAL IN PERCENT: 93.5%PU+6.5%FUR
OUTER SOLE MATERIAL IN PERCENT : 100%TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: YES
SIZE RANGE: 6-11 (WHOLE SIZES ONLY )
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YMB | **REFERENCE NO.** | 102 | |
| **DC CODE** | MIR | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 | |
| **VENDOR ITEM CODE** | 30752 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

| | |
|---|---|
| **FACTORY NO.** | 061306 |
| DEHE (PUTIAN) FOOTWEAR CO LTD | |
| LOUTOU VILLAGE WUTANG TOWN | |
| HANJIANG DISTRICT | |
| PUTIAN | |

# COMMERCIAL INVOICE

Page 6 of 8

**DATE:** September 10, 2018

**INVOICE NO.:** 201821645768

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China       **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

FUJIAN

China

**FTY MID NO.**       CNDEHPUTPUT

| KMART | B2YMB | MADDIE WIDE REBUY SML PK 1 | | 13 | 13 | 99.720 USD | 1,296.36 USD |
|-------|-------|----------------------------|---|----|----|------------|--------------|
| | | | | CARTONS | AST | AST | |

**ITEM:** 890047136783

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: MADDIE - SHORT ZIP WINTER BOOT
GENDER: WOMENS
UPPER MATERIAL IN PERCENT: 93.5%PU+6.5%FUR
OUTER SOLE MATERIAL IN PERCENT : 100%TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: YES
SIZE RANGE: 6-11 (WHOLE SIZES ONLY )
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

| | | | |
|--|--|--|--|
| **CONTRACT NO.** | B2YMB | **REFERENCE NO.** | 102 |
| **DC CODE** | MIR | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 30752 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.** 061306

DEHE (PUTIAN) FOOTWEAR CO LTD

LOUTOU VILLAGE WUTANG TOWN

HANJIANG DISTRICT

PUTIAN

FUJIAN

China

**FTY MID NO.**       CNDEHPUTPUT

| KMART | B2YMC | MADDIE REBUY CORE PK 1 | | 381 | 381 | 49.860 USD | 18,996.66 USD |
|-------|-------|------------------------|---|-----|-----|------------|---------------|
| | | | | CARTONS | AST | AST | |

**ITEM:** 890047233655

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE:MADDIE - SHORT ZIP WINTER BOOT
GENDER :WOMENS
UPPER MATERIAL IN PERCENT: 93.5%PU+6.5%FUR
OUTER SOLE MATERIAL IN PERCENT :100%TPR
TYPE OF CONSTRUCTION:CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: YES
SIZE RANGE: 6-11 (WHOLE SIZES ONLY )
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

| | | | |
|--|--|--|--|
| **CONTRACT NO.** | B2YMC | **REFERENCE NO.** | 102 |
| **DC CODE** | MIR | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 30752 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

# COMMERCIAL INVOICE

Page 7 of 8

**DATE:** September 10, 2018

**INVOICE NO.:** 201821645768

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **FACTORY NO.** | 061306 | | |
| DEHE (PUTIAN) FOOTWEAR CO LTD | | | |
| LOUTOU VILLAGE WUTANG TOWN | | | |
| HANJIANG DISTRICT | | | |
| PUTIAN | | | |
| FUJIAN | | | |
| China | | | |
| **FTY MID NO.** | CNDEHPUTPUT | | |

| KMART | B2YMC | MADDIE REBUY SML PK 1 | 100 | 100 | 99.720 USD | 9,972.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:** 890047239116
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE:MADDIE - SHORT ZIP WINTER BOOT
GENDER :WOMENS
UPPER MATERIAL IN PERCENT: 93.5%PU+6.5%FUR
OUTER SOLE MATERIAL IN PERCENT :100%TPR
TYPE OF CONSTRUCTION:CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE: YES
SIZE RANGE: 6-11 (WHOLE SIZES ONLY )
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YMC | **REFERENCE NO.** | 102 |
| **DC CODE** | MIR | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5294 |
| **VENDOR ITEM CODE** | 30752 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

| | | | |
|---|---|---|---|
| **FACTORY NO.** | 061306 | | |
| DEHE (PUTIAN) FOOTWEAR CO LTD | | | |
| LOUTOU VILLAGE WUTANG TOWN | | | |
| HANJIANG DISTRICT | | | |
| PUTIAN | | | |
| FUJIAN | | | |
| China | | | |
| **FTY MID NO.** | CNDEHPUTPUT | | |

| | |
|---|---|
| **PAYMENT TERM** | Open Acct |
| **ORDER PAYMENT TERMS** | |
| **DRAWN UNDER** | OPEN ACCOUNT |
| **LC#** | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 770 | 770 | ASSORTMENTS | 48,455.28 USD |

**TOTAL US DOLLARS FORTY-EIGHT THOUSAND FOUR HUNDRED FIFTY-FIVE DOLLARS AND TWENTY-EIGHT CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

# COMMERCIAL INVOICE

Page 8 of 8

**DATE:** September 10, 2018

**INVOICE NO.:** 201821645768

5294
XIAMEN LUXINJIA IMP & EXP CO LTD
NO. 496, 821 STREET
XIADIAN ROAD, LICHENG
PUTIAN
FUJIAN
China
351100

**TO:**      KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China       **SHIPPED TO:**   Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| XIAMEN LUXINJIA IMP & EXP CO LTD | |
|---|---|
| **EMPLOYEE NAME** | |
| **EMPLOYEE TITLE** | |