# **Exhibit B**

| PO# | cust | ship date | DELIVERY DATE | INVOICE NO | QTY | INVOICE(USD) | PAYMENT DUE DATE | TERMS | Received by Sears |
|---|---|---|---|---|---|---|---|---|---|
| SH7274 | SEARS | 2018-08-07 | 2018-08-13 | 201820675427 | 1728 | 11,577.600 | 2018-09-12 | NET 30 DAYS FROM ETD | 2018-09-05 |
| SM4918 | SEARS | 2018-08-06 | 2018-08-13 | 201820771573 | 2172 | 22,355.400 | 2018-09-12 | NET 30 DAYS FROM ETD | 2018-09-05 |
| SM4921 | SEARS | 2018-08-06 | 2018-08-13 | 201820771573 | 1008 | | 2018-09-12 | NET 30 DAYS FROM ETD | 2018-09-05 |
| SL4855 | SEARS | 2018-08-07 | 2018-08-15 | 201820672158 | 2508 | 117,896.640 | 2018-09-14 | NET 30 DAYS FROM ETD | 2018-09-07 |
| SL4791 | SEARS | 2018-08-07 | 2018-08-15 | 201820672158 | 2004 | | 2018-09-14 | NET 30 DAYS FROM ETD | 2018-09-07 |
| SK4962 | SEARS | 2018-08-07 | 2018-08-15 | 201820672158 | 2232 | | 2018-09-14 | NET 30 DAYS FROM ETD | 2018-09-07 |
| SK4781 | SEARS | 2018-08-07 | 2018-08-15 | 201820672158 | 8004 | | 2018-09-14 | NET 30 DAYS FROM ETD | 2018-09-07 |
| SM4898 | SEARS | 2018-08-07 | 2018-08-15 | 201820672158 | 996 | | 2018-09-14 | NET 30 DAYS FROM ETD | 2018-09-07 |
| SI7279 | SEARS | 2018-08-09 | 2018-08-15 | 201820676073 | 2604 | 163,971.300 | 2018-09-14 | NET 30 DAYS FROM ETD | 2018-09-07 |
| SH7287 | SEARS | 2018-08-09 | 2018-08-15 | 201820676073 | 3786 | | 2018-09-14 | NET 30 DAYS FROM ETD | 2018-09-07 |
| SH7289 | SEARS | 2018-08-09 | 2018-08-15 | 201820676073 | 2604 | | 2018-09-14 | NET 30 DAYS FROM ETD | 2018-09-07 |
| SH7285 | SEARS | 2018-08-09 | 2018-08-15 | 201820676073 | 3828 | | 2018-09-14 | NET 30 DAYS FROM ETD | 2018-09-07 |
| SH7274 | SEARS | 2018-08-09 | 2018-08-15 | 201820676073 | 2088 | | 2018-09-14 | NET 30 DAYS FROM ETD | 2018-09-07 |
| SH7275 | SEARS | 2018-08-09 | 2018-08-15 | 201820676073 | 3840 | | 2018-09-14 | NET 30 DAYS FROM ETD | 2018-09-07 |
| SH7264 | SEARS | 2018-08-09 | 2018-08-15 | 201820676073 | 4812 | | 2018-09-14 | NET 30 DAYS FROM ETD | 2018-09-07 |
| SH7281 | SEARS | 2018-09-04 | 2018-09-05 | 201821334815 | 1356 | 18,492.000 | 2018-10-05 | NET 30 DAYS FROM ETD | 2018-09-28 |
| SH7286 | SEARS | 2018-09-04 | 2018-09-05 | 201821334815 | 1404 | | 2018-10-05 | NET 30 DAYS FROM ETD | 2018-09-28 |
| SH7265 | SEARS | 2018-09-04 | 2018-09-09 | 201821335146 | 908 | 43,614.640 | 2018-10-09 | NET 30 DAYS FROM ETD | 2018-10-02 |
| SH7277 | SEARS | 2018-09-04 | 2018-09-09 | 201821335146 | 1500 | | 2018-10-09 | NET 30 DAYS FROM ETD | 2018-10-02 |
| SH7273 | SEARS | 2018-09-04 | 2018-09-09 | 201821335146 | 342 | | 2018-10-09 | NET 30 DAYS FROM ETD | 2018-10-02 |
| SH7278 | SEARS | 2018-09-04 | 2018-09-09 | 201821335146 | 300 | | 2018-10-09 | NET 30 DAYS FROM ETD | 2018-10-02 |
| SH7276 | SEARS | 2018-09-04 | 2018-09-09 | 201821335146 | 1001 | | 2018-10-09 | NET 30 DAYS FROM ETD | 2018-10-02 |
| SH7288 | SEARS | 2018-09-04 | 2018-09-09 | 201821335146 | 1707 | | 2018-10-09 | NET 30 DAYS FROM ETD | 2018-10-02 |
| SH7280 | SEARS | 2018-09-04 | 2018-09-09 | 201821335146 | 600 | | 2018-10-09 | NET 30 DAYS FROM ETD | 2018-10-02 |
| SM4859 | SEARS | 2018-09-10 | 2018-09-19 | 201821430286 | 1296 | 45,619.560 | 2018-10-19 | NET 30 DAYS FROM ETD | 2018-10-11 |
| SK4782 | SEARS | 2018-09-10 | 2018-09-19 | 201821430286 | 5004 | | 2018-10-19 | NET 30 DAYS FROM ETD | 2018-10-11 |
| SM4922 | SEARS | 2018-09-13 | 2018-09-19 | 201821431046 | 1344 | 41,083.320 | 2018-10-19 | NET 30 DAYS FROM ETD | 2018-10-11 |
| SM4919 | SEARS | 2018-09-13 | 2018-09-19 | 201821431046 | 4500 | | 2018-10-19 | NET 30 DAYS FROM ETD | 2018-10-11 |

**TOTAL($)    464,610.460**

| PO# | cust | ship date | DELIVERY DATE | INVOICE NO | QTY | INVOICE FOB(USD) | PAYMENT DUE DATE | TERMS | Received by Kmart |
|---|---|---|---|---|---|---|---|---|---|
| B2PCE | KMART | 2018-08-06 | 2018-08-13 | 201820677436 | 486 | 2449.440 | 2018-09-12 | NET 30 DAYS FROM ETD | 2018-09-05 |
| B2YNW | KMART | 2018-08-03 | 2018-08-15 | 201820671425 | 2394 | 17859.240 | 2018-09-14 | NET 30 DAYS FROM ETD | 2018-09-27 |
| B2YE4 | KMART | 2018-07-31 | 2018-08-15 | 201820678489 | 603 | 1748.700 | 2018-09-14 | NET 30 DAYS FROM ETD | 2018-09-27 |
| B2PC6 | KMART | 2018-08-03 | 2018-08-16 | 201820957509 | 1080 | 7495.200 | 2018-09-15 | NET 30 DAYS FROM ETD | 2018-09-28 |
| B2PC6 | KMART | 2018-08-13 | 2018-08-17 | 201820954945 | 657 | 172567.680 | 2018-09-16 | NET 30 DAYS FROM ETD | 2018-09-29 |
| B2QV5 | KMART | 2018-08-13 | 2018-08-17 | 201820954945 | 3480 | | 2018-09-16 | NET 30 DAYS FROM ETD | 2018-09-29 |
| B2YLV | KMART | 2018-08-13 | 2018-08-17 | 201820954945 | 1950 | | 2018-09-16 | NET 30 DAYS FROM ETD | 2018-09-29 |
| B2YJP | KMART | 2018-08-13 | 2018-08-17 | 201820954945 | 1830 | | 2018-09-16 | NET 30 DAYS FROM ETD | 2018-09-29 |
| B2YLT | KMART | 2018-08-13 | 2018-08-17 | 201820954945 | 1830 | | 2018-09-16 | NET 30 DAYS FROM ETD | 2018-09-29 |
| B2YLX | KMART | 2018-08-13 | 2018-08-17 | 201820954945 | 3060 | | 2018-09-16 | NET 30 DAYS FROM ETD | 2018-09-29 |
| B2QUY | KMART | 2018-08-13 | 2018-08-17 | 201820954945 | 5700 | | 2018-09-16 | NET 30 DAYS FROM ETD | 2018-09-29 |
| B2YLW | KMART | 2018-08-13 | 2018-08-17 | 201820954945 | 2130 | | 2018-09-16 | NET 30 DAYS FROM ETD | 2018-09-29 |
| B2YEF | KMART | 2018-08-13 | 2018-08-17 | 201820954945 | 1830 | | 2018-09-16 | NET 30 DAYS FROM ETD | 2018-09-29 |
| B2YLU | KMART | 2018-08-13 | 2018-08-17 | 201821092217 | 1035 | 42001.440 | 2018-09-16 | NET 30 DAYS FROM ETD | 2018-09-29 |
| B2QXW | KMART | 2018-08-13 | 2018-08-17 | 201821092217 | 2274 | | 2018-09-16 | NET 30 DAYS FROM ETD | 2018-09-29 |
| B2PC4 | KMART | 2018-08-13 | 2018-08-17 | 201821092217 | 1095 | | 2018-09-16 | NET 30 DAYS FROM ETD | 2018-09-29 |
| B2QAF | KMART | 2018-08-13 | 2018-08-17 | 201821092217 | 1728 | | 2018-09-16 | NET 30 DAYS FROM ETD | 2018-09-29 |
| B2YC9 | KMART | 2018-08-20 | 2018-08-25 | 201820772788 | 900 | 45083.400 | 2018-09-24 | NET 30 DAYS FROM ETD | 2018-10-07 |
| B2YC6 | KMART | 2018-08-20 | 2018-08-25 | 201820772788 | 900 | | 2018-09-24 | NET 30 DAYS FROM ETD | 2018-10-07 |
| B2YD8 | KMART | 2018-08-20 | 2018-08-25 | 201820772788 | 900 | | 2018-09-24 | NET 30 DAYS FROM ETD | 2018-10-07 |
| B2YBH | KMART | 2018-08-20 | 2018-08-25 | 201820772788 | 900 | | 2018-09-24 | NET 30 DAYS FROM ETD | 2018-10-07 |
| B2YC0 | KMART | 2018-08-20 | 2018-08-25 | 201820772788 | 900 | | 2018-09-24 | NET 30 DAYS FROM ETD | 2018-10-07 |
| B2YC3 | KMART | 2018-08-20 | 2018-08-25 | 201820772788 | 900 | | 2018-09-24 | NET 30 DAYS FROM ETD | 2018-10-07 |
| B2YEK | KMART | 2018-08-20 | 2018-08-25 | 201820772788 | 900 | | 2018-09-24 | NET 30 DAYS FROM ETD | 2018-10-07 |
| B2YDS | KMART | 2018-08-20 | 2018-08-25 | 201820772788 | 840 | | 2018-09-24 | NET 30 DAYS FROM ETD | 2018-10-07 |
| B2YDS | KMART | 2018-08-20 | 2018-08-25 | 201820773553 | 960 | 45852.600 | 2018-09-24 | NET 30 DAYS FROM ETD | 2018-09-17 |
| B2YC0 | KMART | 2018-08-20 | 2018-08-25 | 201820773553 | 900 | | 2018-09-24 | NET 30 DAYS FROM ETD | 2018-09-17 |
| B2YC6 | KMART | 2018-08-20 | 2018-08-25 | 201820773553 | 900 | | 2018-09-24 | NET 30 DAYS FROM ETD | 2018-09-17 |
| B2YC9 | KMART | 2018-08-20 | 2018-08-25 | 201820773553 | 900 | | 2018-09-24 | NET 30 DAYS FROM ETD | 2018-09-17 |
| B2YEK | KMART | 2018-08-20 | 2018-08-25 | 201820773553 | 900 | | 2018-09-24 | NET 30 DAYS FROM ETD | 2018-09-17 |
| B2YC3 | KMART | 2018-08-20 | 2018-08-25 | 201820773553 | 900 | | 2018-09-24 | NET 30 DAYS FROM ETD | 2018-09-17 |
| B2YBH | KMART | 2018-08-20 | 2018-08-25 | 201820773553 | 900 | | 2018-09-24 | NET 30 DAYS FROM ETD | 2018-09-17 |
| B2YD8 | KMART | 2018-08-20 | 2018-08-25 | 201820773553 | 900 | | 2018-09-24 | NET 30 DAYS FROM ETD | 2018-09-17 |
| B2YNQ | KMART | 2018-08-21 | 2018-08-26 | 201820774000 | 408 | 795.600 | 2018-09-25 | NET 30 DAYS FROM ETD | 2018-09-18 |
| B2YNQ | KMART | 2018-08-20 | 2018-08-27 | 201820773943 | 594 | 1158.300 | 2018-09-26 | NET 30 DAYS FROM ETD | 2018-10-09 |
| B2R2M | KMART | 2018-08-15 | 2018-08-27 | 201821241367 | 1227 | 8392.680 | 2018-09-26 | NET 30 DAYS FROM ETD | 2018-09-18 |
| B2R2M | KMART | 2018-08-15 | 2018-08-27 | 201821241742 | 1851 | 12660.840 | 2018-09-26 | NET 30 DAYS FROM ETD | 2018-10-09 |
| B2YNX | KMART | 2018-08-31 | 2018-09-03 | 201821330297 | 720 | 5371.200 | 2018-10-03 | NET 30 DAYS FROM ETD | 2018-09-26 |
| B2YNX | KMART | 2018-08-31 | 2018-09-04 | 201821330684 | 1080 | 8056.800 | 2018-10-04 | NET 30 DAYS FROM ETD | 2018-10-17 |
| B2YM9 | KMART | 2018-09-04 | 2018-09-06 | 201821370239 | 942 | 7828.020 | 2018-10-06 | NET 30 DAYS FROM ETD | 2018-10-19 |
| B2YMA | KMART | 2018-09-03 | 2018-09-06 | 201821429840 | 1230 | 8068.800 | 2018-10-06 | NET 30 DAYS FROM ETD | 2018-10-19 |
| B2YCC | KMART | 2018-09-03 | 2018-09-06 | 201821431296 | 3600 | 28728.000 | 2018-10-06 | NET 30 DAYS FROM ETD | 2018-10-19 |
| B2YC1 | KMART | 2018-08-28 | 2018-09-07 | 201821253996 | 2100 | 19357.560 | 2018-10-07 | NET 30 DAYS FROM ETD | 2018-10-20 |
| B2YCA | KMART | 2018-08-28 | 2018-09-07 | 201821253996 | 948 | | 2018-10-07 | NET 30 DAYS FROM ETD | 2018-10-20 |
| B2YEL | KMART | 2018-09-01 | 2018-09-07 | 201821254325 | 750 | 49015.800 | 2018-10-07 | NET 30 DAYS FROM ETD | 2018-10-20 |
| B2YC7 | KMART | 2018-09-01 | 2018-09-07 | 201821254325 | 1500 | | 2018-10-07 | NET 30 DAYS FROM ETD | 2018-10-20 |
| B2YC4 | KMART | 2018-09-01 | 2018-09-07 | 201821254325 | 1800 | | 2018-10-07 | NET 30 DAYS FROM ETD | 2018-10-20 |
| B2YD9 | KMART | 2018-09-01 | 2018-09-07 | 201821254325 | 894 | | 2018-10-07 | NET 30 DAYS FROM ETD | 2018-10-20 |
| B2YBJ | KMART | 2018-09-01 | 2018-09-07 | 201821254325 | 894 | | 2018-10-07 | NET 30 DAYS FROM ETD | 2018-10-20 |
| B2YDR | KMART | 2018-09-01 | 2018-09-07 | 201821254325 | 1884 | | 2018-10-07 | NET 30 DAYS FROM ETD | 2018-10-20 |
| B2YD9 | KMART | 2018-09-05 | 2018-09-08 | 201821331025 | 906 | 97518.720 | 2018-10-08 | NET 30 DAYS FROM ETD | 2018-10-01 |
| B2YDR | KMART | 2018-09-05 | 2018-09-08 | 201821331025 | 1920 | | 2018-10-08 | NET 30 DAYS FROM ETD | 2018-10-01 |
| B2YC1 | KMART | 2018-09-05 | 2018-09-08 | 201821331025 | 2100 | | 2018-10-08 | NET 30 DAYS FROM ETD | 2018-10-01 |
| B2YBJ | KMART | 2018-09-05 | 2018-09-08 | 201821331025 | 906 | | 2018-10-08 | NET 30 DAYS FROM ETD | 2018-10-01 |
| B2YEL | KMART | 2018-09-05 | 2018-09-08 | 201821331025 | 756 | | 2018-10-08 | NET 30 DAYS FROM ETD | 2018-10-01 |
| B2YCC | KMART | 2018-09-05 | 2018-09-08 | 201821331025 | 3600 | | 2018-10-08 | NET 30 DAYS FROM ETD | 2018-10-01 |
| B2YC4 | KMART | 2018-09-05 | 2018-09-08 | 201821331025 | 1800 | | 2018-10-08 | NET 30 DAYS FROM ETD | 2018-10-01 |
| B2YC7 | KMART | 2018-09-05 | 2018-09-08 | 201821331025 | 1500 | | 2018-10-08 | NET 30 DAYS FROM ETD | 2018-10-01 |
| B2YCA | KMART | 2018-09-05 | 2018-09-08 | 201821331025 | 948 | | 2018-10-08 | NET 30 DAYS FROM ETD | 2018-10-01 |
| B2YMB | KMART | 2018-09-08 | 2018-09-12 | 201821645740 | 594 | 57353.940 | 2018-10-12 | NET 30 DAYS FROM ETD | 2018-10-25 |
| B2YE9 | KMART | 2018-09-08 | 2018-09-12 | 201821645740 | 900 | | 2018-10-12 | NET 30 DAYS FROM ETD | 2018-10-25 |
| B2YEB | KMART | 2018-09-08 | 2018-09-12 | 201821645740 | 387 | | 2018-10-12 | NET 30 DAYS FROM ETD | 2018-10-25 |
| B2YEA | KMART | 2018-09-08 | 2018-09-12 | 201821645740 | 783 | | 2018-10-12 | NET 30 DAYS FROM ETD | 2018-10-25 |
| B2YMC | KMART | 2018-09-08 | 2018-09-12 | 201821645740 | 4320 | | 2018-10-12 | NET 30 DAYS FROM ETD | 2018-10-25 |
| B2YEB | KMART | 2018-09-09 | 2018-09-15 | 201821645768 | 261 | 48455.280 | 2018-10-15 | NET 30 DAYS FROM ETD | 2018-10-07 |
| B2YMC | KMART | 2018-09-09 | 2018-09-15 | 201821645768 | 3486 | | 2018-10-15 | NET 30 DAYS FROM ETD | 2018-10-07 |
| B2YMB | KMART | 2018-09-09 | 2018-09-15 | 201821645768 | 390 | | 2018-10-15 | NET 30 DAYS FROM ETD | 2018-10-07 |
| B2YE9 | KMART | 2018-09-09 | 2018-09-15 | 201821645768 | 603 | | 2018-10-15 | NET 30 DAYS FROM ETD | 2018-10-07 |
| B2YEA | KMART | 2018-09-09 | 2018-09-15 | 201821645768 | 522 | | 2018-10-15 | NET 30 DAYS FROM ETD | 2018-10-07 |
| B2YM9 | KMART | 2018-09-09 | 2018-09-15 | 201821645768 | 624 | | 2018-10-15 | NET 30 DAYS FROM ETD | 2018-10-07 |
| B2YMA | KMART | 2018-09-04 | 2018-09-17 | 201821429929 | 1002 | 6573.120 | 2018-10-17 | NET 30 DAYS FROM ETD | 2018-10-09 |
| B2YHV | KMART | 2018-09-14 | 2018-09-24 | 201821591347 | 594 | 4122.360 | 2018-10-24 | NET 30 DAYS FROM ETD | 2018-10-16 |
| B2YHV | KMART | 2018-09-14 | 2018-09-27 | 201821591404 | 888 | 6162.720 | 2018-10-27 | NET 30 DAYS FROM ETD | 2018-11-09 |

**TOTAL($)    704,677.440**