Jawlakian Law Group APC
16130 Ventura Boulevard, Suite 500
Encino, CA 91436
Telephone: (213) 805-6500
Facsimile: (844) 633-2467
George K. Jawlakian, Esq.

*Attorney for Xiamen Luxinjia Imp & Exp Co. Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **SEARS HOLDINGS CORPORATION, et al.,** | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors.₁ | : | (Jointly Administered) |

----------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

    I, George K. Jawlakian, hereby certify that on March 3, 2020, I caused a true and correct

copy of the response of Xiamen Luxinjia Imp & Exp Co. Ltd. in Opposition to The Debtors'

Eleventh Omnibus Objection to Proofs of Claim [Dkt No. 7372] and the Declaration of Benny

Wang in Support of Response of Xiamen Luxinjia Imp & Exp Co. Ltd. in Opposition to The

Debtors' Eleventh Omnibus Objection to Proofs of Claim [Dkt No. 7373] filed electronically

---

₁The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

using the ECF system, which will send notification of such filing to all CM/ECF Participants in this case by operation of the Court's electronic systems. On the same date, I also served the same documents, via electronic mail upon the individuals listed below at the email addresses set forth below.

| | |
|---|---|
| Paul Schwartzberg, Esq.<br>Office of the United States Trustee | paul.schwartzberg@usdoj.gov |
| Ray C. Schrock, P.C.<br>Jacqueline Marcus, Esq.<br>Garret A. Fail, Esq.<br>Sunny Singh, Esq.<br>Weil, Gotshal & Manges LLP | ray.schrock@weil.com<br>jacqueline.marcus@weil.com<br>garrett.fail@weil.com<br>sunny.singh@weil.com |

Dated: March 3, 2020

Respectfully Submitted,

*/s/ George K. Jawlakian*
George K. Jawlakian