Luiz Felipe de Oliveira
(New York Bar No. 5349923 and Maryland Bar No. 2001220079 )
STEIN IP, LLC
1990 M St NW #610, Washington, DC 20036
Telephone: (202) 216-9505 Direct (202) 594-2055
Email: loliveira@steinip.com
Counsel for KG Denim Limited

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, et al., | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------X

## CERTIFICATE OF SERVICE

---

[1] The debtors (the "Debtors") in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation(3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLiveInc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC(0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537);Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); SearsDevelopment Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises,Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); SearsProcurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861);Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico,Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver ofFlorida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc.(9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC(8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); SearsBrands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears ProtectionCompany (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STIMerchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C.(4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365);and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road,Hoffman Estates, Illinois 60179.

I, Luiz Felipe de Oliveira, hereby certify that on March 3, 2020, I electronic filed the annexed Response of KG Denim Limited in Opposition to Debtors' Eleventh Omnibus Objection to Proof of Claims (To Reclassify Claims), and its exhibits A-C, using the ECF system, which will sned notification of such filing to all CM/ECF Participants in this case by operation of the Court's electronic systems. On said date I also caused copied of the Response of KG Denim Limited in Opposition to Debtors' Eleventh Omnibus Objection to Proof of Claims (To Reclassify Claims), and its exhibits A-C, to be served upon the persons designated below by placing a true copy thereof enclosed in a sealed envelope with postage prepaid, for collection and mailing at an official depository of the United States Postal Service, at Washington, D.C., addressed as follows:

The Honorable Judge Robert D. Drain ("Chambers")
United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Room 248
White Plains, New York 10601

Sears Holdings Corporation
3333 Beverly Road,
Hoffman Estates IL 60179
Attn: Stephen Sitley Esq.
Luke J. Valentino, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue, New York, New York, 10153
Attn: Ray C. Schrock, P.C.
Jacqueline Marcus, Esq.
Garret A. Fail, Esq.
Sunny Singh, Esq.

The Office of the United States Trustee for Region 2 (the "U.S. Trustee")
201 Varick Street, Suite 1006,
New York, New York 10014
Attn: Paul Schwartzberg, Esq.

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>4 Times Square<br>New York, NY 10036<br>Attn: Shana A. Elberg, Esq.<br>George R. Howard, Esq.<br>Attorneys for Bank of America, N.A. | Davis Polk & Wardell LLP<br>450 Lexington Avenue<br>New York, NY, 10017<br>Attn: Marshall S. Huebner, Esq.<br>Eli J. Vonnegut, Esq.<br>Attorneys for Citibank, N.A. |
| Cleary, Gottlieb<br>One Liberty Plaza<br>New York, NY, 10006<br>Attn: Sean A. O'Neal, Esq.)<br>Attorneys for JPP, LLC | Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>Attn: Eric R. Wilson, Esq.<br>Benjamin D. Feder, Esq.<br>T. Charlie Liu, Esq.<br>Attorneys for Computershare Trust Company, N.A. |
| Seyfarth Shaw LLP<br>620 Eighth Avenue<br>New York, NY 10018<br>Attn: Edward M. Fox, Esq.<br>Attorneys for Wilmington Trust, National Association | Carter Ledyard & Milburn LLP<br>2 Wall Street, New York, NY 10015<br>Attn: James Gadsden, Esq.<br>Attorneys for The Bank of New York Mellon Trust Company |
| Locke Lord LLP<br>111 South Wacker Drive<br>Chicago, IL 60606<br>Attn: Brian A. Raynor, Esq.)<br>Attorneys for the Pension Benefit Guaranty Corporation | Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY, 10036<br>Attn: Philip C. Dublin, Esq.<br>Ira Dizengoff, Esq.<br>Sara Lynne Brauner, Esq.<br>Attorneys for the Official Committee of Unsecured Creditors |
| Counsel to Eastview Mall, LLC<br>Greece Ridge, LLC & The Marketplace<br>Wilmorite Management Group, LLC<br>Attn: Donald C. Cowan, Jr.<br>1265 Scottsville Road<br>Rochester, NY 14624 | Counsel to Hudson Concourse, LLC<br>Montee & Associates<br>Attn: Kevin P Montee<br>1250-I Newell Ave., Suite 149<br>Walnut Creek, CA 94596 |

| | |
|---|---|
| Frenkel, Lambert, Weiss, Weisman & Gordon<br>Attn: Michelle C. Marans<br>53 Gibson Street<br>Bay Shore, NY 11706 | Successor Trustee for the SRAC<br>Unsecured PIK Notes, SRAC Unsecured<br>Notes, and the SRAC Medium Term Notes<br>The Bank of New York Mellon Trust, Co.<br>Attn: Corporate Trust Administrator<br>101 Barclay St., Floor 8W<br>New York, NY, 10286 |
| Counsel to the Ohio Departmetn of Taxation<br>Victoria Garry Victoria Garry<br>Assistant Attorney General<br>1660 Carew Tower<br>441 Vine Street<br>Cincinnati, Ohio, 45202 | Counsel to Amanda Gonzales<br>Borah, Goldstein, Altschuler, Nahins &<br>Goidel, P.C.<br>377 Broadway<br>New York, NY, 10013<br>Attn: Jeffrey C. Chancas |
| Counsel to Brookfield Property REIT Inc.<br>Attn: Kristen N. Pate<br>350 N. Orleans St., Suite 300<br>Chicago, IL 60654-1607 | Counsel to Aransas County, Bee County, Jim Wells CAD, Nueces County, City of Harlingen,<br>Hidalgo County, Victoria County, Blanco CAD, Harlingen CISD, Cameron County<br>Linebarger Goggan Blair & Sampson, LLP<br>Attn: Diane Wade Sanders<br>P.O. Box 17428<br>Austin, TX, 78760 |

Dated: March 3, 2020

/s/ Luiz Felipe de Oliveira
Luiz Felipe de Oliveira
Email: loliveira@steinip.com
STEIN IP, LLC
1990 M St NW #610, Washington, DC 20036
Telephone: (202) 216-9505 Direct (202) 594-2055
Email: loliveira@steinip.com
Counsel for KG Denim Limited