UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
**White Plains**

In re: SEARS HOLDING CORPORATION     Chapter 11

.     Debtor(s)#     /     Case No. 18-23538 (RDD)

(Jointly Administered)

CERTIFICATE OF SERVICE

---

# The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of Debtors' headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

1. I. Don D,G. James, hereby certify that I am over the age of eighteen years old and that I am an attorney at law, licensed by the State of Florida and that I was duly admitted by order of this Court to appear and practice pro hac vice, representing my client Samantha Parchment.

2. That on 3/2/2020, I filed herein with the Clerk of the Court, an <u>Amended Notice of Hearing</u> on my Motion for Relief from Stay, utilizing the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case and noticed by email and U.S. mail all other parties of interest in this matter.

Respectfully submitted

*Don D.G. James, Esq.*
Law Office of Don James, P.A., Attorney for Movant
Florida Bar No. 140661
2655 Lejeune Road, Suite 516
Coral Gables, Florida 33134
Telephone: (305) 441-6666