UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re: SEARS HOLDING CORPORATION

　　　　　　　　　　　　　　　　　Debtor

Case No.: 18-23538-rdd

Chapter 11

-------------------------------------------------------------x

SEARS HOME IMPROVEMENT PRODUCTS, INC.

　　　　　　　　　　　　　　　　　Plaintiff

v.

US AIR COMFORT A/K/A UNION EXPRESS, INC.

　　　　　　　　　　　　　　　　　Defendant

Adversary Proceeding No.: 20-08937-rdd

-------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Sergey Joseph Litvak, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent US Air Comfort, a Defendant in the above-referenced ☐ case ☑ adversary proceeding.

***I certify that I am a member in good standing*** of the bar in the State of Pennsylvania and, if applicable, the bar of the U.S. District Court for the Eastern District of Pennsylvania.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 3/3/2020
New York, New York

/s/ Sergey Joseph Litvak

*Mailing Address*:

Litvak Legal Group, PLLC.
3070 Bristol Pike, Ste. 1-204
Bensalem, PA 19020

*E-mail address*: joelitvakesq@gmail.coM

*Telephone number*: (215) 515.7113