**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

In re: SEARS HOLDING CORPORATION

                                              Debtor

Case No.: 18-23538-rdd

Chapter 11

-----------------------------------------------------------------x

SEARS HOME IMPROVEMENT PRODUCTS, INC.

                                              Plaintiff

v.

US AIR COMFORT A/K/A UNION EXPRESS, INC.

                                              Defendant

Adversary Proceeding No.: 20-08937-rdd

-----------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

      Upon the motion of  Sergey Joseph Litvak Esquire , to be admitted, *pro hac vice*, to represent  US Air Comfort , (the "Client") a  Defendant  in the above referenced ☐ case ☑ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  Pennsylvnia  and, if applicable, the bar of the U.S. District Court for the  Eastern  District of  Pennsylvania , it is hereby

      **ORDERED**, that  Sergey Joseph Litvak , Esq., is admitted to practice, *pro hac vice*, in the above referenced ☐ case ☑ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York

/s/ _____

                                                 UNITED STATES BANKRUPTCY JUDGE