**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re: Sears Holdings Corporation, et al            Case No.: 18-23538
                                                    Chapter 11

                    Debtor

---------------------------------------------------------------x

                                                    Adversary Proceeding No.: _____

                    Plaintiff

            v.

                    Defendant

---------------------------------------------------------------x


**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***


I, Jayson M. Macyda, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Koolatron Corporation, a creditor in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Michigan and, if applicable, the bar of the U.S. District Court for the Eastern District of Michigan.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.


Dated: 3/4/2020
White Plains, New York

/s/ Jayson M. Macyda
*Mailing Address*:
P.O. Box 87491 Canton, MI 48187

generalcounsel@kykoglobal.com
*E-mail address*:
*Telephone number*: (248) 243-6685