**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re: Sears Holdings Corporation, et al        Case No.: 18-23538
                                                Chapter 11

                               Debtor

------------------------------------------------------------x

                                          Adversary Proceeding No.: _____

                             Plaintiff

                       v.

                             Defendant

------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

      Upon the motion of  Jayson M. Macyda , to be admitted, ***pro hac vice***, to represent  Koolatron Corporation , (the "Client") a  creditor  in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  Michigan  and, if applicable, the bar of the U.S. District Court for the  Eastern  District of  Michigan , it is hereby

      **ORDERED**, that  Jayson M. Macyda , Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York        /s/ _____

                                               UNITED STATES BANKRUPTCY JUDGE