**DANIEL LAW PLLC**
*Attorneys for Peterson Technology Partners, Inc.*
305 Broadway, 7th Floor
New York, NY 10007
(212) 721-0902
Al J. Daniel, Jr., Esq.
ajd@daniellawpllc.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In Re                                                                                     Chapter 11
                                                                                              Btcy. Case No. 18-23538-RDD
SEARS HOLDING CORPORATION, *et al.*,

                                      *Debtors*.
------------------------------------------------------------x
KMART HOLDING CORPORATION,

                                      *Plaintiff*,
vs.                                                                                        Adv. Proc. No. 20-08457-RDD

PETERSON TECHNOLOGY PARTNERS, INC.,

                                      *Defendant*.
------------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
OF ALL NOTICES, PLEADINGS, AND ORDERS**

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enters his appearance on behalf of **PETERSON TECHNOLOGY PARTNERS, INC.** in the above-captioned cases, and demands that all notices given or required to be given in these cases and all papers served in theses case be given to and served upon the undersigned counsel at the address, telephone number, and/or email address set forth below, including all notices, orders, and services required through the Court's electronic case filing system.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim or suit shall waive any rights of Peterson Technology Partners, Inc. to: (1) challenge the jurisdiction of the Court to adjudicate any matter, including, without limitation, any

non-core matters; (2) have final orders in non-core matters entered only after *de novo* review by the District Court; (3) trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases; (4) have the District Court withdraw that reference in any matter subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, setoffs, or recoupment to which Peterson Technology Partners, Inc., is or may be entitled in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  March 4, 2020
        New York, New York

                                               Respectfully submitted,

                                               **DANIEL LAW PLLC**

                                               By: /s/ Al J. Daniel, Jr.
                                                   Al J. Daniel, Jr.
                                               305 Broadway, 7th Floor
                                             New York, NY 10007
                                             (212) 721-0902
                                             ajd@daniellawpllc.com

                                             *Attorneys for*
                                             *Peterson Technology Partners, Inc.*