**Debtors' Eleventh Omnibus Objection to Proofs of Claim**  
Exhibit 1

In re: Sears Holdings Corporation, et al.  
Case No. 18-23538 (RDD)

| | | | | Reclassified Claims [1] | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | Asserted & Surviving Claim Amounts [2] | 503(b)(9) Administrative Priority Claim | Administrative Priority Claim | Secured Claim | Priority Claim | General Unsecured Claim | Total Claim |
| 1. | CALZADO LOBO, S.A. DE C.V. | 1287 | 182353801043174 | Asserted | $59,778.54 | | | | $0.00 | $59,778.54 |
| | | | | Surviving | $0.00 | | | | $59,778.54 | $59,778.54 |
| 2. | CARDSAN EXPORTADORA DE CALZADO | 3829 | 182353801043175 | Asserted | $166,261.86 | | | | $0.00 | $166,261.86 |
| | | | | Surviving | $10,070.10 | | | | $156,191.76 | $166,261.86 |
| 3. | Dileep Industries Pvt Ltd | 1663 | 182353801043081 | Asserted | $33,218.20 | | | | $0.00 | $33,218.20 |
| | | | | Surviving | $0.00 | | | | $33,218.20 | $33,218.20 |
| 4. | GRAND LUCK FUJIAN FOOTWEAR CO LTD | * | 182353801013815 | Asserted | $280,790.58 | | | | | $280,790.58 |
| | | | | Surviving | $0.00 | | | | | $0.00 |
| 5. | HSM (FAR EAST) CO LIMITED | * | 182353801039850 | Asserted | $85,463.94 | | | | | $85,463.94 |
| | | | | Surviving | $0.00 | | | | | $0.00 |
| 6. | HSM (FAR EAST) CO LIMITED | 1844 | 182353801039850 | Asserted | $67,420.80 | | | | $884,837.52 | $952,258.32 |
| | | | | Surviving | $67,420.80 | | | | $884,837.52 | $952,258.32 |
| 7. | JET COLLECTION CORP. | 462 | 182353801043018 | Asserted | $592,276.78 | | | | $0.00 | $592,276.78 |
| | | | | Surviving | $0.00 | | | | $592,276.78 | $592,276.78 |
| 8. | JET COLLECTION CORP. | 5310 | 182353801043018 | Asserted | $42,876.38 | | | | $0.00 | $42,876.38 |
| | | | | Surviving | $0.00 | | | | $42,876.38 | $42,876.38 |
| 9. | KIDDIELAND TOYS LIMITED | * | 182353801017591 | Asserted | $41,777.20 | | | | | $41,777.20 |
| | | | | Surviving | $0.00 | | | | | $0.00 |
| 10. | KIDZTECH TOYS MANUFACTURING LIMITED | 4359 | 182353801017595 | Asserted | $136,806.00 | | | | $0.00 | $136,806.00 |
| | | | | Surviving | $0.00 | | | | $136,806.00 | $136,806.00 |
| 11. | KIDZTECH TOYS MANUFACTURING LIMITED | 9566 | 182353801017595 | Asserted | $125,099.00 | | | | $0.00 | $125,099.00 |
| | | | | Surviving | $0.00 | | | | $125,099.00 | $125,099.00 |
| 12. | MOHAMMADI GROUP LTD | * | 182353801013781 | Asserted | $49,531.00 | | | | | $49,531.00 |
| | | | | Surviving | $0.00 | | | | | $0.00 |
| 13. | MOHAMMADI GROUP LTD | * | 182353801013780 | Asserted | $216,331.10 | | | | | $216,331.10 |
| | | | | Surviving | $0.00 | | | | | $0.00 |
| 14. | NAVYSTAR COMPANY LIMITED | 9442 | 182353801017607 | Asserted | $27,714.90 | | | | $0.00 | $27,714.90 |
| | | | | Surviving | $9,804.90 | | | | $17,910.00 | $27,714.90 |
| 15. | NINGBO JUSHENG HATS INDUSTRY CO., LTD. | 2626 | 182353801043029 | Asserted | $151,017.00 | | | | $0.00 | $151,017.00 |
| | | | | Surviving | $0.00 | | | | $151,017.00 | $151,017.00 |
| 16. | NINGBO JUSHENG HATS INDUSTRY CO., LTD. | 2692 | 182353801043029 | Asserted | $237,235.20 | | | | $0.00 | $237,235.20 |
| | | | | Surviving | $0.00 | | | | $237,235.20 | $237,235.20 |
| 17. | PRIMACY INDUSTRIES LIMITED | 2737 | 182353801017022 | Asserted | $36,564.78 | | | | $0.00 | $36,564.78 |
| | | | | Surviving | $0.00 | | | | $36,564.78 | $36,564.78 |
| 18. | RMS INTERNATIONAL USA | * | 182353801018685 | Asserted | $175,880.58 | | | | | $175,880.58 |
| | | | | Surviving | $0.00 | | | | | $0.00 |
| 19. | RUYI DESIGN & MANUFACTURE INC | * | 182353801020148 | Asserted | $114,095.52 | | | | | $114,095.52 |
| | | | | Surviving | $0.00 | | | | | $0.00 |
| 20. | RUYI DESIGN & MANUFACTURE INC | * | 182353801020148 | Asserted | $107,859.84 | | | | | $107,859.84 |
| | | | | Surviving | $0.00 | | | | | $0.00 |
| 21. | SAMD LIMITED | 43 | 182353801043033 | Asserted | $159,708.24 | | | | $0.00 | $159,708.24 |
| | | | | Surviving | $0.00 | | | | $159,708.24 | $159,708.24 |
| 22. | SAMD LIMITED | 125 | 182353801043033 | Asserted | $214,835.34 | | | | $0.00 | $214,835.34 |
| | | | | Surviving | $0.00 | | | | $214,835.34 | $214,835.34 |
| 23. | STIG JIANGSU LIGHT & TEXTILE | 2473 | 182353801017472 | Asserted | $182,494.20 | | | | $247,421.14 | $429,915.34 |
| | | | | Surviving | $0.00 | | | | $429,915.34 | $429,915.34 |
| 24. | STIG JIANGSU LIGHT & TEXTILE | 6877 | 182353801017472 | Asserted | $316,169.02 | | | | $0.00 | $316,169.02 |
| | | | | Surviving | $0.00 | | | | $316,169.02 | $316,169.02 |
| 25. | STIG JIANGSU LIGHT & TEXTILE | 6907 | 182353801017472 | Asserted | $841,321.08 | | | | $0.00 | $841,321.08 |
| | | | | Surviving | $350,724.98 | | | | $490,596.10 | $841,321.08 |
| 26. | SUZHOU KAILAI TRADING CO., LTD | 770 | 182353801043103 | Asserted | $348,467.60 | | | | $0.00 | $348,467.60 |
| | | | | Surviving | $147,383.76 | | | | $201,083.84 | $348,467.60 |
| 27. | TATA INTERNATIONAL LIMITED | 18480 | 182353801043127 | Asserted | $26,488.00 | | | | $28,288.00 | $54,776.00 |
| | | | | Surviving | $0.00 | | | | $54,776.00 | $54,776.00 |

| # | Name | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 28. | TORIN INC | 15881 | 182353801041452 | Asserted | $335,450.34 | | | | $438,500.37 | $773,950.71 |
| | | | | Surviving | $119,584.30 | | | | $654,366.41 | $773,950.71 |
| 29. | TOY2U MANUFACTORY COMPANY LIMITED | 4077 | 182353801043069 | Asserted | $173,384.48 | | | | $280,302.30 | $453,686.78 |
| | | | | Surviving | $140,264.48 | | | | $313,422.30 | $453,686.78 |
| 30. | TREND HIVE PARTNERS (CHINA) LTD | 5977 | 182353801017483 | Asserted | $123,626.32 | | | | $752,391.04 | $876,017.36 |
| | | | | Surviving | $77,966.88 | | | | $798,050.48 | $876,017.36 |
| 31. | TREND HIVE PARTNERS (CHINA) LTD | 6018 | 182353801017483 | Asserted | $125,440.76 | | | | $556,097.73 | $681,538.49 |
| | | | | Surviving | $26,980.80 | | | | $654,557.69 | $681,538.49 |
| 32. | TULIP HOME MANUFACTURE CO.,LTD | 783 | 182353801043467 | Asserted | $527,995.48 | | | $527,995.48 | $0.00 | $1,055,990.96 |
| | | | | Surviving | $166,913.46 | | | $0.00 | $889,077.50 | $1,055,990.96 |
| 33. | WHITMOR INC | 9327 | 182353801041058 | Asserted | $58,449.30 | | | | $437,409.17 | $495,858.47 |
| | | | | Surviving | $38,066.37 | | | | $457,792.10 | $495,858.47 |
| 34. | VARIETY INTERNATIONAL ENTERPRISES | 15613 | 182353801040962 | Asserted | $18,372.19 | | | | $35,193.15 | $53,565.34 |
| | | | | Surviving | $16,412.49 | | | | $37,152.85 | $53,565.34 |
| 35. | YONGKANG SOLAMEX HOUSEWARE CO., LTD | 1720 | 182353801043146 | Asserted | $186,762.24 | | | | $0.00 | $186,762.24 |
| | | | | Surviving | $0.00 | | | | $186,762.24 | $186,762.24 |

\* Amount asserted to be disallowed subject to Bankruptcy Court Order [ECF No. 2676]

[1] Asserted Claim amounts include any asserted unliquidated amounts.

[2] As set forth in the Objection, the Debtors seek to reclassify all Claims listed herein on the basis that the Claims relate to goods received by the Debtors outside the 503(b)(9) Window (as defined in the Objection).