# Exhibit A

| Defendant Name | Adversary Number |
|---|---|
| 361 Fujian Sports Goods Co. Ltd. dba Fujian Sports Goods Co. Ltd. | 20-08988 |
| ABC Hosiery Corp. | 20-08952 |
| ABC Hosiery Corp. | 20-08952 |
| Accurate Background, LLC | 20-08989 |
| Accutime Watch Corp. | 20-08953 |
| Accutime Watch Corp. | 20-08953 |
| Admiral Beverage Corporation dba Pepsi-Cola Bottling Company of Black Hills | 20-08990 |
| Advanced Merchandising Industries Co., Ltd. | 20-08991 |
| Alex Toys LLC | 20-08954 |
| Alex Toys LLC | 20-08954 |
| Alliance Wholesale Corp. | 20-08992 |
| Bektrom Foods Inc. | 20-08955 |
| Bektrom Foods Inc. | 20-08955 |
| Bektrom Foods Inc. | 20-08955 |
| Berkshire Fashions Inc. | 20-08956 |
| Berkshire Fashions Inc. | 20-08956 |
| Berwick Offray (Hong Kong) Ltd. | 20-08993 |
| Best Corporation (P) Limited aka Best Corporation Private Limited | 20-08994 |
| Calvin Davenport | 20-08957 |
| Calzado Mi Lord, S.A. De C.V. | 20-08995 |
| Chris Dounelis | 20-08958 |
| Cormin Air LLC | 20-08959 |
| Cormin Air LLC | 20-08959 |
| Daniel Beineke | 20-08960 |
| David L. Poulter | 20-08961 |
| Dewayne L. Holbrook | 20-08962 |
| Dileep Industries Pvt. Ltd. | 20-08996 |
| Edward Don & Company, LLC | 20-08997 |
| Elliott Auto Supply Co., Inc. dba Splash Products Inc. | 20-08998 |
| Entrematic | 20-08963 |
| Evenflo Feeding Inc. | 20-08964 |
| Evenflo Feeding Inc. | 20-08964 |
| Everlast Sports Mfg. Corp. | 20-08999 |
| Exchange Inc. | 20-08965 |
| Exchange Inc. | 20-08965 |
| F & P Mechanical | 20-08966 |
| Forum Analytics, L.L.C. | 20-09000 |
| Gaia Group USA, LLC | 20-09001 |

| | |
|---|---|
| Gannett Co., Inc. dba El Paso Times Inc. | 20-09002 |
| Gannett Co., Inc. dba Knoxville News Sentinel | 20-09003 |
| Genesis Jewellery Co. | 20-09020 |
| Henkel Consumer Adhesives | 20-08967 |
| Herbert Goldstein | 20-08968 |
| Hylands Inc. | 20-08969 |
| Hylands Inc. | 20-08969 |
| Jacob Carrasquillo | 20-08970 |
| Jmh Home Improvement Inc. | 20-08971 |
| Kierston Motley | 20-08972 |
| KIK International Inc. | 20-09004 |
| LG Electronics Alabama, Inc. | 20-09005 |
| Liting Universal (HK) Co., Ltd. | 20-09006 |
| Luxor Capital Group, LP | 20-09007 |
| Metro Plumbing | 20-08973 |
| Metro Plumbing | 20-08973 |
| Metro Plumbing | 20-08973 |
| Metro Puerto Rico LLC | 20-08974 |
| Metro Puerto Rico LLC | 20-08974 |
| MHI Ohio Commerce Center | 20-08975 |
| Mindsinsync Inc. | 20-08976 |
| Mindsinsync Inc. | 20-08976 |
| Nautilus, Inc. | 20-09008 |
| Neopost | 20-08977 |
| Nestle USA, Inc. | 20-09009 |
| Orchid Recycling Services | 20-08978 |
| Peggs Co. | 20-08979 |
| Peggs Co. | 20-08979 |
| Pepsi-Cola Bottling Company of the Dalles, Inc. | 20-09010 |
| Promociones Coqui | 20-08980 |
| Promociones Coqui | 20-08980 |
| Promociones Coqui | 20-08980 |
| Protokulture LLC | 20-08981 |
| S L Distribution Company Inc. | 20-08982 |
| S L Distribution Company Inc. | 20-08982 |
| Sanitary Trashmoval Services Inc. | 20-08983 |
| Sanitary Trashmoval Services Inc. | 20-08983 |
| Shin Crest Pte., Ltd. | 20-09011 |
| Smart Zone (HK) Limited | 20-09012 |

| Sumxing Co., Ltd. | 20-09013 |
|---|---|
| Sutton Home Fashions LLC | 20-08984 |
| Sutton Home Fashions LLC | 20-08984 |
| Suzanne Anderson | 20-08985 |
| Technical Rubber Company, Inc. dba Tech International | 20-09014 |
| Tian Yu International Trading Co., Ltd. | 20-09015 |
| Tianjin Panyam Garden & Horticultural Products Co. Ltd. | 20-09016 |
| Verdis Crane | 20-08986 |
| Verizon Communications Inc. | 20-09017 |
| VMI LLC | 20-08987 |
| Westrend, LLC | 20-09018 |
| WowWee USA, Inc. | 20-09019 |

\* 89 Adversary Proceedings