**ASK LLP**
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Brigette G. McGrath, Esq. NY SBN 4962379
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: 651-289-3845
Fax: (651) 406-9676
Email: bmcgrath@askllp.com

*-and-*

Edward E. Neiger, Esq.
151 West 46th Street, 4th Fl.
New York, NY  10036
Telephone: (212) 267-7342
Fax: (212) 918-3427
E-Mail: eneiger@askllp.com

*-and-*

**KATTEN MUCHIN ROSENMAN LLP**
Steven J. Reisman, Esq.
Theresa A. Foudy, Esq.
Karen B. Dine, Esq.
575 Madison Avenue
New York, NY 10022-2585
Telephone: (212) 940-8800
Fax: (212) 940-8776

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.,* | Case No. 18-23538 (RDD) |
| | (Jointly Administered) |
| Debtors.[1] | |

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home

1

## AFFIDAVIT OF SERVICE

I, Brigette G. McGrath, and Steven J. Reisman, hereby certify that on March 4, 2020 a

copy of the *Third Motion For An Order Establishing Streamlined Procedures Governing*

*Adversary Proceedings Brought By The Debtors Pursuant To Sections 502, 547, 548 And 550 Of*

*The Bankruptcy Code* was caused to be served via first class mail to those parties listed on the

attached service list.

Dated: March 4, 2020                    ASK LLP

                                        By: */s/ Brigette G. McGrath*
                                        Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
                                        Brigette G. McGrath, Esq. NY SBN 4962379
                                        2600 Eagan Woods Drive, Suite 400
                                        St. Paul, MN  55121
                                        Telephone: 651-289-3845
                                        Fax: (651) 406-9676
                                        Email: bmcgrath@askllp.com

                                        -and-

                                        Edward E. Neiger, Esq.
                                        151 West 46th Street, 4th Fl.
                                        New York, NY  10036
                                        Telephone: (212) 267-7342
                                        Fax: (212) 918-3427
                                        E-Mail: eneiger@askllp.com

                                        -and-

---

Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

KATTEN MUCHIN ROSENMAN LLP

By: */s/ Steven J. Reisman*
Steven J. Reisman, Esq.
Theresa A. Foudy, Esq.
Karen B. Dine, Esq.
575 Madison Avenue
New York, NY 10022-2585
Telephone: (212) 940-8800
Fax: (212) 940-8776

Attorneys for Debtors
and Debtors in Possession

# Exhibit A

| Defendant Name | Adversary Number |
|---|---|
| 361 Fujian Sports Goods Co. Ltd. dba Fujian Sports Goods Co. Ltd. | 20-08988 |
| ABC Hosiery Corp. | 20-08952 |
| ABC Hosiery Corp. | 20-08952 |
| Accurate Background, LLC | 20-08989 |
| Accutime Watch Corp. | 20-08953 |
| Accutime Watch Corp. | 20-08953 |
| Admiral Beverage Corporation dba Pepsi-Cola Bottling Company of Black Hills | 20-08990 |
| Advanced Merchandising Industries Co., Ltd. | 20-08991 |
| Alex Toys LLC | 20-08954 |
| Alex Toys LLC | 20-08954 |
| Alliance Wholesale Corp. | 20-08992 |
| Bektrom Foods Inc. | 20-08955 |
| Bektrom Foods Inc. | 20-08955 |
| Bektrom Foods Inc. | 20-08955 |
| Berkshire Fashions Inc. | 20-08956 |
| Berkshire Fashions Inc. | 20-08956 |
| Berwick Offray (Hong Kong) Ltd. | 20-08993 |
| Best Corporation (P) Limited aka Best Corporation Private Limited | 20-08994 |
| Calvin Davenport | 20-08957 |
| Calzado Mi Lord, S.A. De C.V. | 20-08995 |
| Chris Dounelis | 20-08958 |
| Cormin Air LLC | 20-08959 |
| Cormin Air LLC | 20-08959 |
| Daniel Beineke | 20-08960 |
| David L. Poulter | 20-08961 |
| Dewayne L. Holbrook | 20-08962 |
| Dileep Industries Pvt. Ltd. | 20-08996 |
| Edward Don & Company, LLC | 20-08997 |
| Elliott Auto Supply Co., Inc. dba Splash Products Inc. | 20-08998 |
| Entrematic | 20-08963 |
| Evenflo Feeding Inc. | 20-08964 |
| Evenflo Feeding Inc. | 20-08964 |
| Everlast Sports Mfg. Corp. | 20-08999 |
| Exchange Inc. | 20-08965 |
| Exchange Inc. | 20-08965 |
| F & P Mechanical | 20-08966 |
| Forum Analytics, L.L.C. | 20-09000 |
| Gaia Group USA, LLC | 20-09001 |

| | |
|---|---|
| Gannett Co., Inc. dba El Paso Times Inc. | 20-09002 |
| Gannett Co., Inc. dba Knoxville News Sentinel | 20-09003 |
| Genesis Jewellery Co. | 20-09020 |
| Henkel Consumer Adhesives | 20-08967 |
| Herbert Goldstein | 20-08968 |
| Hylands Inc. | 20-08969 |
| Hylands Inc. | 20-08969 |
| Jacob Carrasquillo | 20-08970 |
| Jmh Home Improvement Inc. | 20-08971 |
| Kierston Motley | 20-08972 |
| KIK International Inc. | 20-09004 |
| LG Electronics Alabama, Inc. | 20-09005 |
| Liting Universal (HK) Co., Ltd. | 20-09006 |
| Luxor Capital Group, LP | 20-09007 |
| Metro Plumbing | 20-08973 |
| Metro Plumbing | 20-08973 |
| Metro Plumbing | 20-08973 |
| Metro Puerto Rico LLC | 20-08974 |
| Metro Puerto Rico LLC | 20-08974 |
| MHI Ohio Commerce Center | 20-08975 |
| Mindsinsync Inc. | 20-08976 |
| Mindsinsync Inc. | 20-08976 |
| Nautilus, Inc. | 20-09008 |
| Neopost | 20-08977 |
| Nestle USA, Inc. | 20-09009 |
| Orchid Recycling Services | 20-08978 |
| Peggs Co. | 20-08979 |
| Peggs Co. | 20-08979 |
| Pepsi-Cola Bottling Company of the Dalles, Inc. | 20-09010 |
| Promociones Coqui | 20-08980 |
| Promociones Coqui | 20-08980 |
| Promociones Coqui | 20-08980 |
| Protokulture LLC | 20-08981 |
| S L Distribution Company Inc. | 20-08982 |
| S L Distribution Company Inc. | 20-08982 |
| Sanitary Trashmoval Services Inc. | 20-08983 |
| Sanitary Trashmoval Services Inc. | 20-08983 |
| Shin Crest Pte., Ltd. | 20-09011 |
| Smart Zone (HK) Limited | 20-09012 |

| | |
|---|---|
| Sumxing Co., Ltd. | 20-09013 |
| Sutton Home Fashions LLC | 20-08984 |
| Sutton Home Fashions LLC | 20-08984 |
| Suzanne Anderson | 20-08985 |
| Technical Rubber Company, Inc. dba Tech International | 20-09014 |
| Tian Yu International Trading Co., Ltd. | 20-09015 |
| Tianjin Panyam Garden & Horticultural Products Co. Ltd. | 20-09016 |
| Verdis Crane | 20-08986 |
| Verizon Communications Inc. | 20-09017 |
| VMI LLC | 20-08987 |
| Westrend, LLC | 20-09018 |
| WowWee USA, Inc. | 20-09019 |

* 89 Adversary Proceedings

Officer, Managing or General Agent
361 Fujian Sports Goods Co. Ltd. dba
Fujian Sports Goods Co. Ltd.
Jiangtou Industrial Zone
Chendai Town
Jinjiang City, Quangzhou,  362211

Meghan J. Wells, Esq.
Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta, Georgia 30363

Forrest Kelly Clay, President
Admiral Beverage Corporation dba Pepsi-
Cola Bottling Company of Black Hills
821 Pulliam Avenue
Worland, Wyoming 82401

Officer, Managing or General Agent
Advanced Merchandising Industries Co.,
Ltd.
Flat C, 23/F, Lucky Plaza
315-321 Lockhart Road
Wanchai,

Rick Bosch, President
Alliance Wholesale Corp.
10 West 33rd Street
Suite 1002
New York, New York 10001

Michael A. Santivasci, Esq.
CSS Industries, Inc.
Associate General Counsel
450 Plymouth Road, Suite 300
Plymouth Meeting, Pennsylvania 19462

Officer, Managing or General Agent
Best Corporation (P) Limited aka Best
Corporation Private Limited
89/2, Avinashi Road
Padmavathipuram
Tirupur - 641 603 - Tamil Nadu,

Officer, Managing or General Agent
Calzado Mi Lord, S.A. De C.V.
Av. De La Juventud, #149-B
Col Guanajuatito
Purisima Del Rincon, Guanajuato,  36400

Dileep Baid, Owner
Dileep Industries Pvt. Ltd.
Village - Chirota, Post, Ajayrajpura Road
Near Dileep Potteries Pvt. Ltd.
Bagru, Rajasthan,  303007

Officer, Managing or General Agent
Edward Don & Company, LLC
9801 Adam Don Parkway
Woodridge, Illinois 60517

Elliott Badzin, CEO
Elliott Auto Supply Co., Inc. dba Splash
Products Inc.
1380 Corporate Center Curve
Suite 200
Eagan, Minnesota 55121

Theodore Cohen, Esq.
Sheppard, Mullin, Richter & Hampton, LLP
333 South Hope Street, 43rd Floor
Los Angeles, California 90071

Paul Sill, Officer
Forum Analytics, L.L.C.
770 N. Halsted
Suite 503
Chicago, Illinois 60642

Lema Khorshid, Registered Agent/Officer
Gaia Group USA, LLC
70 W. Erie Street
Floor 2
Chicago, Illinois 60654

Paul J. Bascobert, President
Gannett Co., Inc. dba Knoxville News
Sentinel
7950 Jones Branch Drive
McLean, Virginia 22107

Officer, Managing or General Agent
Genesis Jewellery Co.
E2-7, 11/F, Phase 2, Hang Fung Ind. Bldg.
2G HOk Yuen Street
Hung Holm, Kowloon,

Officer, Managing or General Agent
KIK International Inc.
780 West Army Trial Road 209
Carol Stream, Illinois 60188

Eric Chafetz, Esq.
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, New York 10020

Officer, Managing or General Agent
Liting Universal (HK) Co., Ltd.
3 Fl., No. 1525
Caoan Road
Shanghai,

Christian A. Leone, CEO
Luxor Capital Group, LP
1114 Avenue of the Americas
28th Floor
New York, New York 10036

Wayne Bolio, Officer
Nautilus, Inc.
17750 SE 6th Way
Vancouver, Washington 98683-7565

Steven Presley, CEO
Nestle USA, Inc.
1812 N. Moore Street
Arlington, Virginia 22209

Rodger D. Noel, President
Pepsi-Cola Bottling Company of the Dalles,
Inc.
1001 S. First Street
Yakima, Washington 98901

Officer, Managing or General Agent
Shin Crest Pte., Ltd.
Flat/Rm A, 20/F, Wing Yee Commercial
Bldg.
No. 3-7 Wing Kut STreet
Sheung Wan,

Officer, Managing or General Agent
Smart Zone (HK) Limited
Block E, 19/F, Koon Wo Industrial Building
63-75 Ta Chuen Ping Street
Kwai Chung, N.T.,

Officer, Managing or General Agent
Sumxing Co., Ltd.
Flat/Rm 1405, 14/F, Lucky Centre
165-171 Wanchai Road
Wanchai,

Dan Layne, RegAgt/President
Technical Rubber Company, Inc. dba Tech
International
200 E. Coshocton Street
Johnstown, Ohio 43031

Officer, Managing or General Agent
Tian Yu International Trading Co., Ltd.
No. 494, Corner of Padauk Street & U Aung
Thu Street
Shwe Lin Pan Industrial Zone
Yangon,  95-1685129

Lowell C. McAdam, CEO
Verizon Communications Inc.
One Verizon Way
Basking Ridge, New Jersey 7920

Officer, Managing or General Agent
Westrend, LLC
1896 East 4th Street
Brooklyn, New York 11223

Jeannette Litos, Esq.
Reitler Kailas & Rosenblatt LLC
885 Third Avenue, 20th Floor
New York, New York 10022

| Defendant | Address | City | State | Zip | Contact Name |
|---|---|---|---|---|---|
| ABC Hosiery Corp. | 640 Park Avenue | Youngsville | NC | 27596 | ATTN: CHIEF LEGAL OFFICER OR CHIEF FINANCIAL OFFICER |
| ABC Hosiery Corp. | PO Box 218, 404 S. Cross Street | Youngsville | NC | 27596 | ATTN: CHIEF LEGAL OFFICER OR CHIEF FINANCIAL OFFICER |
| Accutime Watch Corp. | 1001 Avenue Of The Americas 6th Fl. | New York | NY | 10018 | ATTN: CHIEF LEGAL OFFICER OR CHIEF FINANCIAL OFFICER |
| Accutime Watch Corp. | C/O King & Spalding LLP, 1180 Peachtree Street NE, Suite 1600 | Atlanta | GA | 30309 | ATTN: JON JORDAN |
| Alex Toys LLC | 40 Lane Road | Fairfield | NJ | 07004 | ATTN: CHIEF LEGAL OFFICER OR CHIEF FINANCIAL OFFICER |
| Alex Toys LLC | C/O Corporation Service Company, 251 Little Falls Drive | Wilmington | DE | 19808 | ATTN: REGISTERED OR AUTHORIZED AGENT |
| Bektrom Foods Inc. | 15610 S Telegraph Road | Monroe | MI | 48161 | ATTN: CHIEF LEGAL OFFICER OR CHIEF FINANCIAL OFFICER |
| Bektrom Foods Inc. | C/O Law Office Of Dean J. Despotovich, 328 Clifton Ave. | Clifton | NJ | 07011 | ATTN: DEAN DESPOTOVICH |
| Bektrom Foods Inc. | C/O Silver State Legal, 4625 West Nevso Drive, Suite 2 & 3 | Las Vegas | NV | 89103 | ATTN: REGISTERED OR AUTHORIZED AGENT |
| Berkshire Fashions Inc. | 10 Woodbridge Center Dr. | Woodbridge | NJ | 07095 | ATTN: REGISTERED OR AUTHORIZED AGENT |
| Berkshire Fashions Inc. | 420 5th Avenue | New York | NY | 10018 | ATTN: CHIEF LEGAL OFFICER OR CHIEF FINANCIAL OFFICER |
| Calvin Davenport | 3540 Hunter Hill Rd. | Rocky Mount | NC | 27804 | ATTN: CHIEF LEGAL OFFICER OR CHIEF FINANCIAL OFFICER |
| Chris Dounelis | PO Box 6196 | North Babylon | NY | 11703 | ATTN: CHIEF LEGAL OFFICER OR CHIEF FINANCIAL OFFICER |
| Cormin Air LLC | PO Box 20535 | Mesa | AZ | 85277 | ATTN: CHIEF LEGAL OFFICER OR CHIEF FINANCIAL OFFICER |
| Cormin Air LLC | 1443 E Hearne Way | Gilbert | AZ | 85234 | ATTN: CHIEF LEGAL OFFICER OR CHIEF FINANCIAL OFFICER |
| Daniel Beineke | PO Box 193 | Hazleton | IA | 50641 | ATTN: CHIEF LEGAL OFFICER OR CHIEF FINANCIAL OFFICER |
| David L. Poulter | PO Box 31 | Jennings | OK | 74038 | ATTN: CHIEF LEGAL OFFICER OR CHIEF FINANCIAL OFFICER |
| Dewayne L. Holbrook | 216 Chapman St. | Wiggins | CO | 80654 | ATTN: CHIEF LEGAL OFFICER OR CHIEF FINANCIAL OFFICER |
| Entrematic | 165 Carriage Ct. | Winston-Salem | NC | 27105 | ATTN: CHIEF LEGAL OFFICER OR CHIEF FINANCIAL OFFICER |
| Evenflo Feeding Inc. | 9277 Centre Pointe Drive, Suite 160 | West Chester | OH | 45069 | ATTN: CHIEF LEGAL OFFICER OR CHIEF FINANCIAL OFFICER |
| Evenflo Feeding Inc. | 7411 Solution Center | Chicago | IL | 60677 | ATTN: CHIEF LEGAL OFFICER OR CHIEF FINANCIAL OFFICER |

| | | | | | |
|---|---|---|---|---|---|
| Exchange Inc. | 408 South Main, PO Box 490 | Fayetteville | TN | 37334 | ATTN: CHIEF LEGAL OFFICER OR CHIEF FINANCIAL OFFICER |
| Exchange Inc. | 1201 Main St. 22nd Floor | Columbia | SC | 29201 | ATTN: WILLIAM JOHNSON |
| F & P Mechanical | 2559 Seymour Ave | Bronx | NY | 10469 | ATTN: CHIEF LEGAL OFFICER OR CHIEF FINANCIAL OFFICER |
| Henkel Consumer Adhesives | PO Box 752112 | Charlotte | NC | 28275 | ATTN: CHIEF LEGAL OFFICER OR CHIEF FINANCIAL OFFICER |
| Herbert Goldstein | 11594 Briarwood Circle #1 | Boynton Beach | FL | 33437 | ATTN: CHIEF LEGAL OFFICER OR CHIEF FINANCIAL OFFICER |
| Hylands Inc. | PO Box 61067 | Los Angeles | CA | 90061 | ATTN: CHIEF LEGAL OFFICER OR CHIEF FINANCIAL OFFICER |
| Hylands Inc. | 108 W  Walnut Street | Gardena | CA | 90248 | ATTN: REGISTERED OR AUTHORIZED AGENT |
| Jacob Carrasquillo | PO Box 926 | Juncos | PR | 00777 | ATTN: CHIEF LEGAL OFFICER OR CHIEF FINANCIAL OFFICER |
| Jmh Home Improvement Inc. | 6240 E Waltann Ln. | Scottsdale | AZ | 85254 | ATTN: CHIEF LEGAL OFFICER OR CHIEF FINANCIAL OFFICER |
| Kierston Motley | 3268 Mission Dr. Apt C | Santa Cruz | CA | 95065 | ATTN: CHIEF LEGAL OFFICER OR CHIEF FINANCIAL OFFICER |
| Metro Plumbing | Cii 21, Urb. Magnolia Gardens | Bayamon | PR | 00956 | ATTN: CHIEF LEGAL OFFICER OR CHIEF FINANCIAL OFFICER |
| Metro Plumbing | Pmb 123, PO Box 607071 | Bayamon | PR | 00960-7071 | ATTN: CHIEF LEGAL OFFICER OR CHIEF FINANCIAL OFFICER |
| Metro Plumbing | C/O Gratacos Law Firm, PSC, PO Box 7571 | Caguas | PR | 00726 | ATTN: VICTOR GRATACOS DIAZ |
| Metro Puerto Rico LLC | PO Box 1187 | Guaynabo | PR | 00970 | ATTN: CHIEF LEGAL OFFICER OR CHIEF FINANCIAL OFFICER |
| Metro Puerto Rico LLC | PO Box 363135 | San Juan | PR | 00936 | ATTN: CHIEF LEGAL OFFICER OR CHIEF FINANCIAL OFFICER |
| MHI Ohio Commerce Center | C/O Colliers International, PO Box 181300 - Dept. 8502-36 | Fairfield | OH | 45018 | ATTN: CHIEF LEGAL OFFICER OR CHIEF FINANCIAL OFFICER |
| Mindsinsync Inc. | 261 Fifth Avenue, Suite 1414 | New York | NY | 10016 | ATTN: CHIEF LEGAL OFFICER OR CHIEF FINANCIAL OFFICER |
| Mindsinsync Inc. | 276 Fifth Avenue, Suite 505 | New York City | NY | 10001 | ATTN: CHIEF LEGAL OFFICER OR CHIEF FINANCIAL OFFICER |
| Neopost | 120 N Lasalle Street | Chicago | IL | 60602 | ATTN: CHIEF LEGAL OFFICER OR CHIEF FINANCIAL OFFICER |
| Orchid Recycling Services | 48 West 48th Street, Suite 304 | New York | NY | 10036 | ATTN: CHIEF LEGAL OFFICER OR CHIEF FINANCIAL OFFICER |
| Peggs Co. | PO Box 907 | Mira Loma | CA | 91752 | ATTN: CHIEF LEGAL OFFICER OR CHIEF FINANCIAL OFFICER |
| Peggs Co. | 4851 Felspar St. | Riverside | CA | 92509 | ATTN: CHIEF LEGAL OFFICER OR CHIEF FINANCIAL OFFICER |

| | | | | |
|---|---|---|---|---|
| Promociones Coqui | C/O Santiago Quinones & Asociados, Carr 102 KM 38.5, Barrio Minillas | San German | PR | 00683 | ATTN: PETER ANTHONY SANTIAGO GONZALEZ |
| Promociones Coqui | PO Box 719 | Mayaguez | PR | 00681 | ATTN: CHIEF LEGAL OFFICER OR CHIEF FINANCIAL OFFICER |
| Promociones Coqui | 20 Oeste Calle De La Candelaria, Ste. 201 | Mayaguez | PR | 00680 | ATTN: CHIEF LEGAL OFFICER OR CHIEF FINANCIAL OFFICER |
| Protokulture LLC | 70 W Erie, Floor 4 | Chicago | IL | 60654 | ATTN: CHIEF LEGAL OFFICER OR CHIEF FINANCIAL OFFICER |
| S L Distribution Company Inc. | PO Box 6917 | Hanover | PA | 17331 | ATTN: CHIEF LEGAL OFFICER OR CHIEF FINANCIAL OFFICER |
| S L Distribution Company Inc. | C/O Campbell Soup Company , 1 Campbell Place | Camden | NJ | 08103 | ATTN: CHIEF LEGAL OFFICER OR CHIEF FINANCIAL OFFICER |
| Sanitary Trashmoval Services Inc. | PO Box 1523 | St Thomas | VI | 00804 | ATTN: CHIEF LEGAL OFFICER OR CHIEF FINANCIAL OFFICER |
| Sanitary Trashmoval Services Inc. | 3 Lower John Dunkoe | Charlotte Amalie | VI | 00804 | ATTN: CHIEF LEGAL OFFICER OR CHIEF FINANCIAL OFFICER |
| Sutton Home Fashions LLC | 295 5th Avenue, Suite 1514 | New York | NY | 10016 | ATTN: CHIEF LEGAL OFFICER OR CHIEF FINANCIAL OFFICER |
| Sutton Home Fashions LLC | 295 5th Ave., Suite 1019 | New York | NY | 10016 | ATTN: CHIEF LEGAL OFFICER OR CHIEF FINANCIAL OFFICER |
| Suzanne Anderson | 6301 Nw Loop 410 | San Antonio | TX | 78238 | ATTN: CHIEF LEGAL OFFICER OR CHIEF FINANCIAL OFFICER |
| Verdis Crane | 16 Taylor Ave. | Bethel | CT | 06801 | ATTN: CHIEF LEGAL OFFICER OR CHIEF FINANCIAL OFFICER |
| VMI LLC | E 5944 Railroad Grade Road | Weyauwega | WI | 54983 | ATTN: CHIEF LEGAL OFFICER OR CHIEF FINANCIAL OFFICER |