UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SAM DOUGLAS,<br><br>Debtor. | Chapter 7<br><br>Case No.: 08-23258 (RDD) |
| MARK S. TULIS, CHAPTER 7 TRUSTEE OF THE ESTATE OF SAM DOUGLAS,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | Adv. Proc. No.: 18-08266 (RDD) |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Mark S. Tulis, Chapter 7 Trustee of the Estate of Sam Douglas ("Plaintiff"), and Defendant JPMorgan Chase Bank, N.A. ("Defendant"), by and through their respective undersigned counsel, that the above-captioned Adversary Proceeding is hereby **DISMISSED WITH PREJUDICE**, with each party bearing its own costs.

1

| | |
|---|---|
| **STARR & STARR, PLLC** | **PARKER IBRAHIM & BERG LLP** |
| By: /s/ Stephen Z Starr | By: /s/ James P. Berg |
|     Stephen Z. Starr, Esq. |     James P. Berg, Esq. |
|     260 Madison Ave., 17th Fl. |     5 Penn Plaza, Suite 2371 |
|     New York, NY 10016 |     New York, New York 10001 |
|     Tel.: (212) 867-8165 |     Tel.: (212) 596-7037 |
|     Fax: (212) 867-8139 |     Fax: (212) 596-7036 |
|     E-mail: sstarr@starrandstarr.com |     E-mail: james.berg@piblaw.com |
|     Counsel for Plaintiff, |     Counsel for Defendant, |
|     Mark S. Tulis, Chapter 7 Trustee |     JPMorgan Chase Bank, N.A. |
|     of the Estate of Sam Douglas | |
| Dated: March 2, 2020 | Dated: February 25, 2020 |

 

                                                                       **SO ORDERED.**

Dated: White Plains, New York
       March 3, 2020                                         */s/Robert D. Drain*
                                                              Hon. Robert D. Drain
                                                              United States Bankruptcy Judge