**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re: SEARS HOLDINGS CORPORATION, et al.,
    (Jointly Administered)

                         Debtor

Case No.: 18-23538

Chapter 11

-------------------------------------------------------------x

                        Plaintiff

                v.

                        Defendant

Adversary Proceeding No.: _____

-------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, James S. Yan, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent WNR Industries Ltd., a creditor in the above-referenced ☑ case ☐ adversary proceeding.

***I certify that I am a member in good standing*** of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Central District of California.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 3/5/20
Pasadena, CA, New York

/s/ James S. Yan
*Mailing Address*:

Law Offices of James S. Yan
980 S. Arroyo Parkway, Suite 250
Pasadena, CA 91105
*E-mail address*: jsyan@msn.com
*Telephone number*: (626) 405-0872