# Exhibit "A"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, et al,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

## ORDER GRANTING MOTION BY WNR INDUSTRIES LTD. FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM

Upon the Motion by WNR Industries Ltd. ("WNR") for Allowance of Administrative Expense Claim (the "Motion")[2]; and the Court having jurisdiction to decide the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and such notice having been adequate under the circumstances; and it appearing that no other or further notice need be provided; and the Court having determined that

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Capitalized terms used but not defined herein shall have the same meaning as such terms in the Motion.

the legal and factual bases set forth in the Motion establish just cause for the relief granted herein:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. WNR shall have an allowed administrative expense claim in the above-captioned case pursuant to 11 U.S.C. § 503(b)(1)(A) in the amount of $64,971.96 (the "Allowed Administrative Claim").

3. Payment of the Allowed Administrative Claim shall be consistent with an Order of this Court on this Motion, the Confirmation Order, the Plan, or such other Order of the Court.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: _____
White Plains, New York

_____
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

Exhibit "B"

## § 503(b)(1) ADMINISTRATIVE EXPENSE CLAIM
## FOR POST-PETITION GOODS SHIPPED
## BY CREDITOR: WNR INDUSTRIES LTD.

| INVOICE DATE | INVOICE NO. | AMOUNT | BALANCE |
|---|---|---|---|
| 08/29/19 | 2019 29100101 | 53,899.92 | 53,899.92 |
| 08/29/19 | 2019 29918070 | 11,072.04 | 64,971.96 |
| | TOTAL OUTSTANDING BALANCE: | | 64,971.96 |

# COMMERCIAL INVOICE

Page 1 of 7
DATE: August 29, 2019
INVOICE NO.: 201929100101

6030
WNR INDUSTRIES LTD.
RM 701-6,TWR B,NEW MANDARIN PLAZA
4 SCIENCE MUSEUM RD, TST EAST
KOWLOON
Hong Kong

TO: Transform KM LLC
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Yantian, China
MODE OF TRANSPORTATION: Ocean
SHIPPED TO: Chino, CA
FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2T1T | LEARNING FOOD BUCKET | 256 CARTONS | 1,024 PIECES | 5.560 USD PIECES | 5,693.44 USD |
| ITEM: | 740079534434 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 4 PIECES | | | | | |

ITEM #: 37575-01
MODEL NAME/ITEM DESC: FOOD BUCKET SET
FEATURES: LEARNING FOOD BUCKET SET INCLUDES 5 FOOD BUCKET, 25 PCS PLAY FOOD AND
5 PAPER BAG
AGE GRADING: 3+
PRODUCT UPC# 742293375754
MATERIAL BREAKDOWN:
BUCKET X5: 41.65%
PAPER BAG X 5: 7.34%
EGGPLANT X 1: 2.02%
GRAPE (PURPLE) X 1: 2.02%
PLUM (PURPLE) X 1: 2.57%
BLUEBERRY (PURPLE) X 1: 2.57%
ONION (PURPLE) X 1: 2.57%
ORANGE (ORANGE) X1: 1.28%
CARROT (ORANGE) X 1: 1.28%
PUMPKIN (ORANGE) X 1: 2.75%
ONION (ORANGE) X 1: 2.75%
CARROT CHIP (ORANGE) X 1: 1.47%
BANANA (YELLOW) X 1: 1.47%
LEMON (YELLOW) X 1: 1.47%
CORN (YELLOW) X 1: 2.39%
PEAR (YELLOW) X 1: 1.65%
PEPPER (YELLOW) X 1: 2.20%
CUCUMBER (GREEN) X1: 1.47%
LEMON (GREEN) X 1: 1.47%
BROCOLI (GREEN) X 1: 2.57%
GRAP (GREEN) X1: 2.02%
PEAR (GREEN) X 1: 1.65%
STRAWBERRY (RED) X1: 2.75%
TOMATO (RED) X1: 2.57%
APPLE (RED) X1: 1.65%
WILD BURRY (RED) X 1: 2.57%
LONG PEPPER (RED) X1: 1.83%
TOTAL: 100%

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2T1T | REFERENCE NO. | 801 | |
| DC CODE | WCD | DEPARTMENT NO. | 004 | |
| DIVISION NO. | Division 1 | VENDOR NO. | 6030 | |
| VENDOR ITEM CODE | 37575-01 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

FACTORY NO. 002725
DONGGUAN HUAYUAN TOY COMPANY LTD
CHU FA INDUSTRIAL ESTATE
CHU KENG VILLAGE, DONG KENG TOWN
DONGGUAN / DONGKENG
GUANGDONG
China
FTY MID NO. CNDONHUADON

| KMART | B2T1U | COFFEE MAKER JUICE MIXED | 344 CARTONS | 1,376 PIECES | 4.390 USD PIECES | 6,040.64 USD |
|---|---|---|---|---|---|---|
| ITEM: | 890046412383 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 4 PIECES | | | | | |

# COMMERCIAL INVOICE

Page 2 of 7
DATE: August 29, 2019
INVOICE NO.: 201929100101

6030
WNR INDUSTRIES LTD.
RM 701-6,TWR B,NEW MANDARIN PLAZA
4 SCIENCE MUSEUM RD, TST EAST
KOWLOON
Hong Kong

TO: Transform KM LLC
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Yantian, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chino, CA

FOB China

ITEM NUMBER: 37045 / 37065
ITEM NAME : COFFEE MAKER / JUICE BLENDER SET, 2 ASSTD
FEATURES :
COFFEE MAKER X 1, CUP X 1, SPOON X 1, PRINTED BOX X 1
JUICE BLENDER X 1, GLASS X 1, PLASTC APPLE X 1, PLASTIC ORANGE X 1
BATTERY OPERATED
FOR AGE 3 YEARS OR UP
BATTERY OPERATED: 2 X AA BATTERIES INCLUDED (PER STYLE)
ASSORTMENT DETAILS:
COFFEE MAKER, UPC#742293370452 X 1
JUICE BLENDER, UPC#742293370650 X 1
COMPONENTS BREAKDOWN:
JUICE BLENDER X 1 : 92.48%
GLASS X 1 : 3.18%
PLASTIC RED APPLE/ ORANGE X 2 : 4.34%
TOTAL: 100%
COFFEE MAKER X 1 : 96.12%
CUP X 1 : 1.82%
SPOON X 1 : 1.14%
PRINTED BOX X 1 : 0.92%
TOTAL: 100%
MATERIAL BREAKDOWN :
JUICE BLENDER
PLASTIC 100%
COFFEE MAKER
PLASTIC 99.08%
PAPER 0.92%
TOTAL: 100%

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2T1U | REFERENCE NO. | 801 | |
| DC CODE | WCD | DEPARTMENT NO. | 004 | |
| DIVISION NO. | Division 1 | VENDOR NO. | 6030 | |
| VENDOR ITEM CODE | 37045 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

FACTORY NO.       002725
DONGGUAN HUAYUAN TOY COMPANY LTD
CHU FA INDUSTRIAL ESTATE
CHU KENG VILLAGE, DONG KENG TOWN
DONGGUAN / DONGKENG
GUANGDONG
China
FTY MID NO.       CNDONHUADON

| KMART | B2T1W | JK SHOPPING CART PLAYSET | 338 CARTONS | 1,352 PIECES | 4.940 USD PIECES | 6,678.88 USD |
|---|---|---|---|---|---|---|
| ITEM: | 820034635466 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 4 PIECES | | | | | |

ITEM#25330
ITEM DESC: JK SHOPPING CART
ITEM FEATURES:
LOT OF ACCESSORIES
WITH SHOPPING BASKET
AGE GRADING: 3+
PRODUCT UPC#
742293253304 - PINK X 3
742293253359 - RED X 1
CARTON UPC# 20742293253308
COMPONENT BREAKDOWN:
SHOPPING CART  : 59.86% / USD 3.11
EGG X 6         : 3.16% / USD 0.16
EGG TRAY        : 1.71% / USD0.09
BREAD           : 2.89% / USD 0.15
PRINTED BOX     : 19.16% / USD 0.99
LETTUCE         : 1.01% / USD 0.05
BANANA          : 1.14% / USD 0.06
BAKSET          : 7.78% / USD0.40

# COMMERCIAL INVOICE

Page 3 of 7
DATE: August 29, 2019
INVOICE NO.: 201929100101

6030
WNR INDUSTRIES LTD.
RM 701-6,TWR B,NEW MANDARIN PLAZA
4 SCIENCE MUSEUM RD, TST EAST
KOWLOON
Hong Kong

TO: Transform KM LLC
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Yantian, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chino, CA

FOB China

CARROT    : 0.92% / USD 0.05
LEMON     : 0.99% / USD 0.05
NET BAG   : 1.38% / USD 0.07
TOTAL     : 100% / USD5.19

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2T1W | REFERENCE NO. | 801 |
| DC CODE | WCD | DEPARTMENT NO. | 004 |
| DIVISION NO. | Division 1 | VENDOR NO. | 6030 |
| VENDOR ITEM CODE | 25330 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.    002725
DONGGUAN HUAYUAN TOY COMPANY LTD
CHU FA INDUSTRIAL ESTATE
CHU KENG VILLAGE, DONG KENG TOWN
DONGGUAN / DONGKENG
GUANGDONG
China
FTY MID NO.    CNDONHUADON

| KMART | B2T1Y | JUNIOR BASKETBALL JK | 203 CARTONS | 812 PIECES | 8.890 USD PIECES | 7,218.68 USD |
|---|---|---|---|---|---|---|
| ITEM: | 750048886311 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 4 PIECES | | | | | |

ITEM#18536
ITEM DESC: JUNIOR BASKETBALL
ITEM FEATURES:
INCLUDE 5.5 INCH BASKETBALL
HEIGHT CHART UP TO 105CM ON POLE
WATER FILLED BASED FOR ADDED STABILITY
PRODUCT UPC#742293185360
AGE GRADING: 3+
COMPONENTS BREAKDOWN:
BASKETBALL STAND: 83% USD$7.24
BASKETBALL: 17% USD$1.481
TOTAL: 100% USD$8.721

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2T1Y | REFERENCE NO. | 802 |
| DC CODE | WCD | DEPARTMENT NO. | 004 |
| DIVISION NO. | Division 1 | VENDOR NO. | 6030 |
| VENDOR ITEM CODE | 18536 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.    002725
DONGGUAN HUAYUAN TOY COMPANY LTD
CHU FA INDUSTRIAL ESTATE
CHU KENG VILLAGE, DONG KENG TOWN
DONGGUAN / DONGKENG
GUANGDONG
China
FTY MID NO.    CNDONHUADON

# COMMERCIAL INVOICE

Page 4 of 7
DATE: August 29, 2019
INVOICE NO.: 201929100101

6030
WNR INDUSTRIES LTD.
RM 701-6,TWR B,NEW MANDARIN PLAZA
4 SCIENCE MUSEUM RD, TST EAST
KOWLOON
Hong Kong

TO: Transform KM LLC
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Yantian, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chino, CA

FOB China

| KMART | B2T21 | BOWLING SET ACTION ALLEY | | 100 CARTONS | 400 PIECES | 1.480 USD PIECES | 592.00 USD |
|---|---|---|---|---|---|---|---|

ITEM: 720051690279
MADE IN: CHINA (MAINLAND)
CONTENTS: 4 PIECES

ITEM #: 14015
MODEL NAME/ITEM DESC: BOWLING SET
FEATURES: 6 BOWLING PIN WITH 1 BALL
AGE GRADING:12M+
PRODUCT UPC# 742293140154
MATERIAL BREAK DOWN
BOWLING PIN 87%
BALL 13%
TOTAL 100%

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2T21 | REFERENCE NO. | 801 | |
| DC CODE | WCD | DEPARTMENT NO. | 004 | |
| DIVISION NO. | Division 1 | VENDOR NO. | 6030 | |
| VENDOR ITEM CODE | 14015 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

FACTORY NO.    002725
DONGGUAN HUAYUAN TOY COMPANY LTD
CHU FA INDUSTRIAL ESTATE
CHU KENG VILLAGE, DONG KENG TOWN
DONGGUAN / DONGKENG
GUANGDONG
China
FTY MID NO.    CNDONHUADON

| KMART | B2T23 | MIXER SET | | 369 CARTONS | 1,476 PIECES | 4.360 USD PIECES | 6,435.36 USD |
|---|---|---|---|---|---|---|---|

ITEM: 890036295202
MADE IN: CHINA (MAINLAND)
CONTENTS: 4 PIECES

Item number : 37035
Item Name : MIXER SET
Features : Battey Opterated Kitchen Appliance
Product UPC : 7 42293 37035 3
For ages 3y+
2 x AA Batteries Required
1 x AA Batteries Included
Brand : KENMORE
COMPONT & MATERIAL BREAKDOWN : 31% ABS, 25% PP, 44% GPPS + HIPS

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2T23 | REFERENCE NO. | 802 | |
| DC CODE | WCD | DEPARTMENT NO. | 004 | |
| DIVISION NO. | Division 1 | VENDOR NO. | 6030 | |
| VENDOR ITEM CODE | 37035 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

FACTORY NO.    002725

# COMMERCIAL INVOICE

Page 5 of 7
DATE: August 29, 2019
INVOICE NO.: 201929100101

6030
WNR INDUSTRIES LTD.
RM 701-6,TWR B,NEW MANDARIN PLAZA
4 SCIENCE MUSEUM RD, TST EAST
KOWLOON
Hong Kong

TO: Transform KM LLC
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Yantian, China
MODE OF TRANSPORTATION: Ocean
SHIPPED TO: Chino, CA
FOB China

DONGGUAN HUAYUAN TOY COMPANY LTD
CHU FA INDUSTRIAL ESTATE
CHU KENG VILLAGE, DONG KENG TOWN
DONGGUAN / DONGKENG
GUANGDONG
China
FTY MID NO.    CNDONHUADON

| KMART | B2T25 | TOASTER SET | 573 CARTONS | 2,292 PIECES | 4.060 USD PIECES | 9,305.52 USD |
|---|---|---|---|---|---|---|
| ITEM: | 890036295269 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 4 PIECES | | | | | |

Item number : 37075
Item Name : TOASTER SET
Features : Battey Opterated Kitchen Appliance
Product UPC : 7 42293 37075 9
For ages 3y+
2 x AA Batteries Required
1 x AA Battery Included
Brand : KENMORE
COMPONT & MATERIAL BREAKDOWN : 61% ABS, 39% GPPS + HIPS

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2T25 | REFERENCE NO. | 801 | |
| DC CODE | WCD | DEPARTMENT NO. | 004 | |
| DIVISION NO. | Division 1 | VENDOR NO. | 6030 | |
| VENDOR ITEM CODE | 37075 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

FACTORY NO.    002725
DONGGUAN HUAYUAN TOY COMPANY LTD
CHU FA INDUSTRIAL ESTATE
CHU KENG VILLAGE, DONG KENG TOWN
DONGGUAN / DONGKENG
GUANGDONG
China
FTY MID NO.    CNDONHUADON

| KMART | B2TRV | BABY DOLL BATHTUB | 1,001 CARTONS | 4,004 PIECES | 2.650 USD PIECES | 10,610.60 USD |
|---|---|---|---|---|---|---|
| ITEM: | 040080355910 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 4 PIECES | | | | | |

TOYS / GIRLS - LARGE DOLL
ITEM # 29541
DESCRIPTION : BABY DOLL BATHTUB
FEATURES: BATHTUB FOR BABY DOLL UP TO 16IN, WITH 5 PCS ROLEPLAY ACCESSORIES.
SOAP, DUCK, BABY POWDER, BABY SHAMPOO BOTTLE, BABY CONDITIONER BOTTLE.
TARGET FOR CHILDREN AGE 3 YEARS OLD AND ABOVE
UPC# : 742293295410
COST AND MATERIAL BREAKDOWN:
BATHTUB 58.86% $1.55
SOAP 3.59% $0.10
DUCK 8.67% $0.23
BABY POWDER 14.14% $0.37
BABY SHAMPOO 7.37% $0.20
BABY CONDITIONER 7.37% $0.20

# COMMERCIAL INVOICE

Page 6 of 7
DATE: August 29, 2019
INVOICE NO.: 201929100101

6030
WNR INDUSTRIES LTD.
RM 701-6,TWR B,NEW MANDARIN PLAZA
4 SCIENCE MUSEUM RD, TST EAST
KOWLOON
Hong Kong

TO:
Transform KM LLC
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Yantian, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chino, CA

FOB China

TOTAL 100% $2.65

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2TRV | REFERENCE NO. | 801 |
| DC CODE | WCD | DEPARTMENT NO. | 004 |
| DIVISION NO. | Division 1 | VENDOR NO. | 6030 |
| VENDOR ITEM CODE | 29541 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.    002725
DONGGUAN HUAYUAN TOY COMPANY LTD
CHU FA INDUSTRIAL ESTATE
CHU KENG VILLAGE, DONG KENG TOWN
DONGGUAN / DONGKENG
GUANGDONG
China
FTY MID NO.    CNDONHUADON

| KMART | B2TRW | BABY DOLL MILK/JUICEMAGIC 2 PACK | 80 CARTONS | 960 PIECES | 1.380 USD PIECES | 1,324.80 USD |
|---|---|---|---|---|---|---|
| ITEM: | 040097217657 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 12 PIECES | | | | | |

Item Number : 60382
Item name : BABY DOLL MILK/JUICE MAGIC 2 PACK
Feature : Magic Bottle
Product UPC no. 742293603826
For ages 2Y+
The product is non-battery operated.
Brand : Baby Basiczz
Component & Material Breakdown : 72% ABS, 28% GPPS

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2TRW | REFERENCE NO. | 801 |
| DC CODE | WCD | DEPARTMENT NO. | 004 |
| DIVISION NO. | Division 1 | VENDOR NO. | 6030 |
| VENDOR ITEM CODE | 60382 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.    002725
DONGGUAN HUAYUAN TOY COMPANY LTD
CHU FA INDUSTRIAL ESTATE
CHU KENG VILLAGE, DONG KENG TOWN
DONGGUAN / DONGKENG
GUANGDONG
China
FTY MID NO.    CNDONHUADON

PAYMENT TERM    Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER    OPEN ACCOUNT
LC#    NO LC

# COMMERCIAL INVOICE

Page 7 of 7
DATE: August 29, 2019
INVOICE NO.: 201929100101

6030
WNR INDUSTRIES LTD.
RM 701-6,TWR B,NEW MANDARIN PLAZA
4 SCIENCE MUSEUM RD, TST EAST
KOWLOON
Hong Kong

TO:
Transform KM LLC
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Yantian, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chino, CA

FOB China

| TOTAL INVOICE | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| | 3,264 | 13,696 | PIECES | 53,899.92 USD |

TOTAL US DOLLARS FIFTY-THREE THOUSAND EIGHT HUNDRED NINETY-NINE DOLLARS AND NINETY-TWO CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| WNR INDUSTRIES LTD. | |
|---|---|
| EMPLOYEE NAME | Isabella Ho |
| EMPLOYEE TITLE | Shipping Dept. |

# COMMERCIAL INVOICE

Page 1 of 2
DATE: August 29, 2019
INVOICE NO.: 201929918070

6030
WNR INDUSTRIES LTD.
RM 701-6,TWR B,NEW MANDARIN PLAZA
4 SCIENCE MUSEUM RD, TST EAST
KOWLOON
Hong Kong

TO:
Transform KM LLC
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Yantian, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chino, CA

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2T26 | CHROME TEA POT PLAYSET | 343 CARTONS | 2,058 PIECES | 5.380 USD PIECES | 11,072.04 USD |

ITEM: 890036227924
MADE IN CHINA (MAINLAND)
CONTENTS 6 PIECES

Item Number : 37010
Item Name : CHROME TEA POT PLAYSET
Features : Serve For 4
          Lot of Accessories
Product UPC no. : 7 42293 37010 0
For ages 3Y+
Brand : KENMORE
Component & material breakdown : 5% ABS, 39% GPPS + HIPS, 24% PET, 32% PP

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2T26 | REFERENCE NO. | 802 | |
| DC CODE | WCD | DEPARTMENT NO. | 004 | |
| DIVISION NO. | Division 1 | VENDOR NO. | 6030 | |
| VENDOR ITEM CODE | 37010 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

FACTORY NO.        002725
DONGGUAN HUAYUAN TOY COMPANY LTD
CHU FA INDUSTRIAL ESTATE
CHU KENG VILLAGE, DONG KENG TOWN
DONGGUAN / DONGKENG
GUANGDONG
China
FTY MID NO.        CNDONHUADON

PAYMENT TERM       Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER        OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 343 | 2,058 | PIECES | 11,072.04 USD |

TOTAL US DOLLARS ELEVEN THOUSAND SEVENTY-TWO DOLLARS AND FOUR CENTS ONLY.

# COMMERCIAL INVOICE

Page 2 of 2
DATE: August 29, 2019
INVOICE NO.: 201929918070

6030
WNR INDUSTRIES LTD.
RM 701-6,TWR B,NEW MANDARIN PLAZA
4 SCIENCE MUSEUM RD, TST EAST
KOWLOON
Hong Kong

TO: Transform KM LLC
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Yantian, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chino , CA

FOB China

| WNR INDUSTRIES LTD. | |
|---|---|
| EMPLOYEE NAME | Isabella Ho |
| EMPLOYEE TITLE | Shipping Dept. |

# Exhibit "C"

**jsyan@msn.com**

---

**From:** Liu, Stone (HK) <Stone.Liu@searshc.com>
**Sent:** Thursday, October 17, 2019 11:54 PM
**To:** John Pavelek; Chan, Gary (HK)
**Cc:** WNR Janet; sales@winnertoys.com; victor@winnertoys.com; Lau, Sunny (HK); Mak, Jackie (HK); Fleming, Tom; Pitchford, Sara N
**Subject:** RE: WNR/ Toy Buying Trip (Private label - Just Kidz, My First Craftsman and My First Kenmore) on October 2019

John,

Below updated payment schedule. thanks.

| Duns | Partner Name | 11/4/2019 | Grand Total |
|---|---|---|---|
| 694017 | WNR INDUSTRIES LTD. | 64,971.96 | 64,971.96 |
| **Grand Total** | | **64,971.96** | **64,971.96** |

Senior Sourcing Manager – KCD & Hardline
17/F, Tower 1 Grand Century Place (MOKO),
193 Prince Edward Road W, Mongkok, Kowloon.
Tel: (852) 2733 6245
Email: Stone.Liu@Searshc.com

---

**From:** John Pavelek [mailto:johnpavelek@gmail.com]
**Sent:** Friday, October 18, 2019 11:06 AM
**To:** Chan, Gary (HK) <Gary.Chan@searshc.com>
**Cc:** WNR Janet <janet@winnertoys.com>; sales@winnertoys.com; victor@winnertoys.com; Liu, Stone (HK) <Stone.Liu@searshc.com>; Lau, Sunny (HK) <Sunny.Lau@searshc.com>; Mak, Jackie (HK) <Jackie.Mak@searshc.com>
**Subject:** Re: WNR/ Toy Buying Trip (Private label - Just Kidz, My First Craftsman and My First Kenmore) on October 2019

**Enterprise Security Team Alert:** This email originated from outside of the organization. Please use caution when opening messages from external sources.

---

Thanks Gary, we'll be sure to use the attached for all new & existing products.

Can you check on payment schedule? We have more merchandise we'd like to ship you as soon as possible. Thanks!

Regards,
John