**LAW OFFICES OF JAMES S. YAN**
James S. Yan, Esq.
980 S. Arroyo Parkway, Suite 250
Pasadena, CA 91105
Tel: (626) 405-0872
Fax: (626) 405-0970
Email: jsyan@msn.com

*Counsel for WNR Industries Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al, | Case No. 18-23538 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**PROOF OF SERVICE
OF
MOTION BY WNR INDUSTRIES LTD.
FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

I, James S. Yan, hereby certify that on February 25, 2020 a copy of the <u>Motion by WNR Industries Ltd. for Allowance of Administrative Expense Claim</u> was caused to be served via first class mail to those parties listed on the attached service list.

Dated:  March 5, 2020                                     Respectfully submitted,
        Pasadena, California

                                                  LAW OFFICES OF JAMES S. YAN

                                                  /s/ James S. Yan
                                                  By:  James S. Yan
                                                  *Counsel for WNR Industries Ltd.*

# SERVICE LIST

Chambers Copy:
The Honorable Judge Robert D. Drain
300 Quarropas Street
Room 248
White Plains, NY 10601

Debtors:
c/o Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179
(Attn: Stephen Sitley Esq., and Luke J. Valentino, Esq.)

Debtors' subsidiary:
Transform KM LLC
3333 Beverly Road
Hoffman Estates, IL 60179

Attorney for Debtors:
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Esq.,
Garret A. Fail, Esq., and Sunny Singh, Esq.)

U.S. Trustee:
The Office of the US Trustee for Region 2
201 Varick Street, Suite 1006
New York, NY 10014
(Attn: Paul Schwartzberg, Esq.)

Claims Agent:
Sears Holdings Corporation Claims Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

Other Parties Entitled to Service [Doc 405]:
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
(Attn: Paul D. Leake, Esq., Shana A. Elberg, Esq., and George R. Howard, Esq.), attorneys for Bank of America, N.A., administrative agent under the First Lien Credit Facility and the DIP ABL Agent

Other Parties Entitled to Service [Doc 405]:
Davis Polk & Wardell LLP
450 Lexington Avenue
New York, NY 10017
(Attn: Marshall S. Huebner, Esq. and Eli J. Vonnegut, Esq.), attorneys for Citibank, N.A., as administrative agent under the Stand-Alone L/C Facility

Other Parties Entitled to Service [Doc 405]:
Cleary, Gottlieb,
One Liberty Plaza
New York, NY 10006
(Attn: Sean A. O'Neal, Esq.), attorneys for JPP, LLC, as agent under the Second Lien Credit Facility, IP/Ground Lease Term Loan Facility, and the Consolidated Secured Loan Facility

Other Parties Entitled to Service [Doc 405]:
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
(Attn:Eric R. Wilson, Esq., Benjamin D. Feder, Esq., and T. Charlie Liu, Esq.),
attorneys for Computershare Trust Company, N.A., as trustee for the Second
Lien PIK Notes, the Holdings Unsecured PIK Notes, and the Holdings
Unsecured Notes;

Other Parties Entitled to Service [Doc 405]:
Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018
(Attn: Edward M. Fox, Esq.), attorneys for Wilmington Trust, National
Association, as indenture trustee for the Second Lien Notes;

Other Parties Entitled to Service [Doc 405]:
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10015
(Attn: James Gadsden, Esq.), attorneys for The Bank of New York Mellon Trust
Company, as successor trustee for the SRAC Unsecured PIK Notes, SRAC
Unsecured Notes, and the SRAC Medium Term Notes

Other Parties Entitled to Service [Doc 405]:
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
(Attn: Brian A. Raynor, Esq.), attorneys for the Pension Benefit Guaranty Corporation


Other Parties Entitled to Service [Doc 405]:
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(Attn: Philip C. Dublin, Esq., Ira Dizengoff, Esq., and Sara Lynne
Brauner, Esq.), attorneys for the Official Committee of Unsecured Creditors