Salene R.M. Kraemer, Esquire
NY ID No. 5228580
skraemer@bernsteinlaw.com
BERNSTEIN-BURKLEY, P.C.
707 Grant Street
Suite 2200 Gulf Tower
Pittsburgh, PA  15219
(412) 456-8100 Telephone
(412) 456-8135 Facsimile
*Counsel for VIR Ventures, Inc. and*
*AMI Ventures, Inc.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: SEARS HOLDING CORPORATION, et al., Debtors. | Bankruptcy No. 18-23538 (RDD) |
| VIR VENTURES, INC. AND AMI VENTURES, INC., <br><br> Movants, <br><br> v. <br> SEARS HOLDING CORPORATION, <br><br> Respondent. | Related Document: <br><br> Document No. _____ |

**NOTICE OF WITHDRAWAL [CM/ECF# 7331] OF MOTION TO APPROVE EXPEDITED JOINT MOTION OF E- MARKET PLACE SELLERS VIR VENTURES, INC. AND AMI VENTURES, INC. TO SET-ASIDE A $885,896 RESERVE FROM THE SECOND DISTRIBUTION UNDER THE ADMINISTRATIVE EXPENSE CLAIMS CONSENT PROGRAM**

PLEASE TAKE NOTICE Vir Ventures, Inc. and AMI Ventures Inc., hereby withdraw, without prejudice, their [CM/ECF #7331] Motion Approve Expedited Joint Motion of E-Market Place Sellers Vir Ventures, Inc. and AMI Ventures, Inc. to Set-Aside a $885,896 Reserve from the Second Distribution Under the Administrative Expense Claims Consent Program against

representative(s) of Sears Holding Corporation ("Sears") [Docket No. 7331]. The Motion was filed on February 24, 2020 and has been ascribed Docket No. 7331

Dated: March 5, 2020

Vir Ventures, Inc. and AMI Ventures, Inc.

By Counsel:

*/s/ Salene Mazur Kraemer* _____
Salene R.M. Kraemer, Esquire
NY ID No. 5228580
skraemer@bernsteinlaw.com

BERNSTEIN-BURKLEY, P.C.
707 Grant Street
Suite 2200 Gulf Tower
Pittsburgh, PA  15219
(412) 456-8100 Telephone
(412) 456-8135 Facsimile

**ATTORNEY FOR THE MOVANTS**