Salene R.M. Kraemer, Esquire
NY ID No. 5228580
skraemer@bernsteinlaw.com
BERNSTEIN-BURKLEY, P.C.
707 Grant Street
Suite 2200 Gulf Tower
Pittsburgh, PA  15219
(412) 456-8100 Telephone
(412) 456-8135 Facsimile
*Counsel for VIR Ventures, Inc. and*
*AMI Ventures, Inc.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: SEARS HOLDING CORPORATION, et al., Debtors. | Bankruptcy No. 18-23538 (RDD) |
| VIR VENTURES, INC. AND AMI VENTURES, INC., <br><br> Movants, <br><br> v. <br> SEARS HOLDING CORPORATION, <br><br> Respondent. | Related Document: <br><br> Document No. _____ |

## **CERTIFICATE OF SERVICE**

The undersigned herby certifies that on March 5, 2020 a true and correct copy of the foregoing document was served upon all parties attached on the list via e-mail upon the parties that receive electronic notice in these cases pursuant to the Court's ECF filing system:


　　　　　　　　　　　　　　　　　*/s/ Salene Mazur Kraemer*　 _____
　　　　　　　　　　　　　　　　　Salene R.M. Kraemer, Esquire