**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re: Sears Holdings Corporation, et al.         Case No.: 18-23538 (RDD)

                                                                             Chapter 11

                        Debtors         (Jointly Administered)

-------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Jayson M. Macyda to be admitted, pro hac vice, to represent Koolatron Corporation (the "Client") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Michigan and the bar of the U.S. District Court for the Eastern District of Michigan, it is hereby

**ORDERED**, that Jayson M. Macyda, Esq, is admitted to practice, pro hac vice, in the above referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: March 5, 2020
      White Plains, New York                    */s/Robert D. Drain*
                                              UNITED STATES BANKRUPTCY JUDGE