**Brower Law Group, APC**
Steven Brower (Pro Hac Vice Pending)
23601 Moulton Pkwy, Suite 220
Laguna Hills, California 92653
Phone: (714) 549-5150
Email: Steve@BrowerLawGroup.com

**Heimerl Law Firm**
Wolfgang Heimerl
30 Wall Street, 8th Floor
New York, New York  10005
Phone: (908) 470-0200
Email: wolfgang@heimerllawfirm.com

*Attorneys for Avoidance Defendant
Select Systems Technology, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 18-23538 (RDD) |
| SEARS HOLDINGS CORPORATION, et. al., | (Jointly Administered) |
| Debtors. | |
| Kmart Holdings Corporation, | Adversary No. 20-08785 |
| Plaintiff | |
| v. | |
| Select Systems Technology, Inc. | |
| Defendant. | |

**WITHDRAWAL OF OBJECTION (Docket No. 7295)
BY DEFENDANT SELECT SYSTEMS TECHNOLOGY, INC.
TO SECOND MOTION FOR ORDERS ESTABLISHING
STREAMLINED PROCEDURES GOVERNING ADVERSARY
PROCEEDINGS BROUGHT BY DEBTORS**

**PLEASE TAKE NOTICE THAT,** Defendant Select Systems Technology, Inc. hereby withdraws, with prejudice, its Objection (Docket No. 7295) to Debtors' Second Motion For Orders Establishing Streamlined Procedures Governing Adversary Proceedings Inc.

Dated: March 5, 2020

HEIMERL LAW FIRM

By: Wolfgang Heimerl

30 Wall Street, 8th Floor
New York, New York 10005
Phone: (908) 470-0200
Email: wolfgang@heimerllawfirm.com

*Attorneys for Avoidance Defendant
Select Systems Technology, Inc.*