UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

**In re** :	**Chapter 11**

**SEARS HOLDINGS CORPORATION**, *et al.*,	**Case No. 18-23538 (RDD)**

**(Jointly Administered)**

**Debtors**

------------------------------------------------------------ x

## CERTIFICATE OF SERVICE

I, Jayson M. Macyda, am admitted *pro hac vice* in this matter and certify that on March 9, 2020, I electronically filed Koolatron Corporation's Response In Opposition to Debtors' Thirteenth Omnibus Objection to Proofs of Claim (Reclassify or Disallow Claims) ("Response") using this Court's ECF filing system, which will send notification of such filing to all CM/ECF participants in this case.

I also certify that, on March 9, 2020, I mailed, via Fed Ex overnight delivery, a copy of the Response to the following:

(i) The Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601.

(ii) Weil, Gotshal,& Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Ray C. Schrock, Esq., Jacqueline Marcus, Esq., Garrett A. Fail, Esq., and Sunny Singh, Esq.)

(iii) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036 (Attn: Philip C. Dublin, Esq., Ira Dizengoff, Esq., and Sara Lynne Brauner, Esq.)

Respectfully submitted,

*/s/* Jayson M. Macyda
(admitted *pro hac vice* for Koolatron Corporation)
Kyko Global, Inc. and Affiliates
P.O. Box 87491
Canton, MI 48187
(248) 243-6685
generalcounsel@kykoglobal.com