UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In re: SEARS HOLDINGS CORPORATION, et al,

                              Debtor

Case No.: 18-23538

Chapter 11

-----------------------------------------------------------------x
Kmart Holding Corporation

                              Plaintiff

                           v.

Financial-Information-Technologies, LLC dba Fintech

                              Defendant

-----------------------------------------------------------------x

Adversary Proceeding No.: 20-08295

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    I, Lauren Baio, Esq., request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Fintech, a Defendant in the above-referenced ☐ case ☑ adversary proceeding.

    *I certify that I am a member in good standing* of the bar in the State of Florida and, if applicable, the bar of the U.S. District Court for the _____ District of _____.

    I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 03/10/20

_____, New York

*Mailing Address*:

GrayRobinson, P.A., 401 E. Jackson St.
Suite 2700, Tampa, FL 33602

lauren.baio@gray-robinson.com

*E-mail address*: _____

*Telephone number*: (813) 273-5000