Vivek Suri, Esq.
Attorney for Weavetex Overseas
20 Vesey Street
Suite 300
New York, NY 10007
T: 212.537.6936
E: lawyer@surilawoffice.com

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT | Case No. 18-23538 (RDD) |
| SOUTHERN DISTRICT OF NEW YORK | Case No. 18-23537 (RDD) |
| ---------------------------------------------------------------X | Case No. 18-23549 (RDD) |
| In re: | |
| | **NOTICE OF** |
| SEARS HOLDINGS CORPORATION Et. Al., | **APPEARANCE** |
| Debtors. | |
| ---------------------------------------------------------------X | |

**PLEASE TAKE NOTICE** that creditor Weavetex Overseas appears in this action by

Vivek Suri, Esq., who has been retained as attorney by the defendant.

**PLEASE TAKE FURTHER NOTICE** that creditor Weavetex demands pursuant to the

Bankruptcy Code and Rules that all papers in this action should be served upon Vivek Suri, Esq.

at the address set forth below.

Dated:  New York, New York
        March 10, 2020

/s/ Vivek Suri
Vivek Suri, Esq.

To:    All Counsel of Record              via ECF

CERTIFICATE OF SERVICE

I, Vivek Suri, hereby certify that on the 10th of March, 2020, I caused a true and correct copy of the foregoing Notice of Appearance and Request for Notice and Service of Papers to be served via the Court's Cm/ECF system on those parties receiving Notice of Electronic Filing generated by the Court's CM/ECF system.

/s/ Vivek Suri
Vivek Suri, Esq.