# EXHIBIT B

# Schedule of Post-Petition Invoices

| INVOICE NO. | DATE | AMOUNT |
|---|---|---|
| 1400270299 | 7/12/2019 | 190.80 |
| 1600138090 | 7/11/2019 | 1,908.00 |
| 1600142471 | 7/23/2019 | 190.80 |
| 1600142892 | 7/24/2019 | 126.72 |
| 1600142892 | 7/24/2019 | 318.00 |
| 1600151541 | 8/12/2019 | -1,737.00 |
| 1600170491 | 9/20/2019 | 190.80 |
| 9405357024 | 9/4/2019 | 2,568.34 |
| 9405362616 | 9/5/2019 | 293.88 |
| 9405362639 | 9/5/2019 | 475.72 |
| 9405362568 | 9/5/2019 | 4,063.59 |
| 9405376704 | 9/6/2019 | 24.72 |
| 9405376730 | 9/6/2019 | 57.60 |
| 9405376723 | 9/6/2019 | 802.53 |
| 9405376751 | 9/6/2019 | 1,437.26 |
| 9405376691 | 9/6/2019 | 2,060.18 |
| 9405389598 | 9/9/2019 | 399.60 |
| 9405389736 | 9/9/2019 | 435.52 |
| 9405389743 | 9/9/2019 | 667.44 |
| 9405389703 | 9/9/2019 | 22,197.42 |
| 9405389647 | 9/9/2019 | 32,615.92 |
| 9405401915 | 9/10/2019 | 430.18 |
| 9405401909 | 9/10/2019 | 724.68 |

| INVOICE NO. | DATE | AMOUNT |
|---|---|---|
| 9405401875 | 9/10/2019 | 8,162.16 |
| 9405447172 | 9/13/2019 | 1,206.64 |
| 9405470901 | 9/17/2019 | 4,896.24 |
| 9405486202 | 9/18/2019 | 631.08 |
| 9405488844 | 9/18/2019 | 1,669.04 |
| 9405488837 | 9/18/2019 | 3,686.40 |
| 9405488851 | 9/18/2019 | 3,755.34 |
| 9405488859 | 9/18/2019 | 8,954.76 |
| 1600181353 | 10/15/2019 | 127.20 |
| 1600183321 | 10/16/2019 | 2,289.60 |
| 9405532984 | 9/23/2019 | 1,250.12 |
| 9405530523 | 9/23/2019 | 3,334.68 |
| 9405544867 | 9/24/2019 | 592.56 |
| 9405560749 | 9/25/2019 | 848.80 |
| 9405560766 | 9/25/2019 | 1,645.92 |
| 9405571077 | 9/26/2019 | 181.00 |
| 9405571055 | 9/26/2019 | 482.94 |
| 9405579276 | 9/26/2019 | 758.08 |
| 9405571071 | 9/26/2019 | 1,337.28 |
| 9405571062 | 9/26/2019 | 4,307.52 |
| 9405571102 | 9/26/2019 | 6,336.94 |
| 9405589975 | 9/27/2019 | 19,867.56 |
| 9405599449 | 9/29/2019 | 1,234.37 |

| INVOICE NO. | DATE | AMOUNT |
|---|---|---|
| 9405606891 | 9/30/2019 | 722.76 |
| 9405606902 | 9/30/2019 | 757.68 |
| 9405606877 | 9/30/2019 | 804.13 |
| 9405606858 | 9/30/2019 | 1,016.07 |
| 9405607005 | 9/30/2019 | 1,555.68 |
| 9405606920 | 9/30/2019 | 2,596.32 |
| 9405606951 | 9/30/2019 | 18,245.40 |
| 9405631358 | 10/2/2019 | 898.82 |
| 9405645272 | 10/3/2019 | 2,052.86 |
| 9405645265 | 10/3/2019 | 2,493.04 |
| 9405667781 | 10/7/2019 | 869.47 |
| 9405667630 | 10/7/2019 | 3,302.52 |
| 9405667713 | 10/7/2019 | 3,935.36 |
| 9405667582 | 10/7/2019 | 4,515.36 |
| 9405667549 | 10/7/2019 | 4,975.41 |
| 9405683697 | 10/8/2019 | 123.60 |
| 9405683745 | 10/8/2019 | 764.66 |
| 9405683735 | 10/8/2019 | 7,001.92 |
| 9405683713 | 10/8/2019 | 9,239.63 |
| 9405695083 | 10/9/2019 | 994.96 |
| 9405695124 | 10/9/2019 | 1,088.24 |
| 9405695107 | 10/9/2019 | 1,920.95 |
| 9405695095 | 10/9/2019 | 3,903.84 |

| INVOICE NO. | DATE | AMOUNT |
|---|---|---|
| 9405708613 | 10/10/2019 | 24.72 |
| 9405708559 | 10/10/2019 | 197.76 |
| 9405713738 | 10/10/2019 | 1,043.00 |
| 9405713737 | 10/10/2019 | 1,526.40 |
| 9405708553 | 10/10/2019 | 1,715.04 |
| 9405708598 | 10/10/2019 | 33,208.66 |
| 9405717395 | 10/11/2019 | 95.40 |
| 9405717510 | 10/11/2019 | 717.52 |
| 9405717457 | 10/11/2019 | 723.88 |
| 9405717479 | 10/11/2019 | 1,609.94 |
| 9405717406 | 10/11/2019 | 1,815.00 |
| 9405717434 | 10/11/2019 | 6,027.00 |
| 9405725650 | 10/12/2019 | 1,451.16 |
| 9405725671 | 10/12/2019 | 17,436.96 |
| 9405731947 | 10/14/2019 | 14.34 |
| 9405731951 | 10/14/2019 | 24.72 |
| 9405732016 | 10/14/2019 | 921.34 |
| 9405731937 | 10/14/2019 | 1,040.64 |
| 9405731957 | 10/14/2019 | 1,063.62 |
| 9405732031 | 10/14/2019 | 2,691.06 |
| 9405731996 | 10/14/2019 | 2,874.72 |
| 9405731977 | 10/14/2019 | 3,534.00 |
| 9405732051 | 10/14/2019 | 8,908.80 |

| INVOICE NO. | DATE | AMOUNT |
|---|---|---|
| 9405746640 | 10/15/2019 | 371.07 |
| 9405748382 | 10/15/2019 | 781.16 |
| 9405746639 | 10/15/2019 | 2,616.00 |
| 9405746636 | 10/15/2019 | 3,686.40 |
| 9405748370 | 10/15/2019 | 12,595.20 |
| 9405756133 | 10/16/2019 | 49.44 |
| 9405760255 | 10/16/2019 | 735.76 |
| 9405760268 | 10/16/2019 | 774.40 |
| 9405756198 | 10/16/2019 | 788.67 |
| 9405756187 | 10/16/2019 | 803.08 |
| 9405760236 | 10/16/2019 | 833.64 |
| 9405756162 | 10/16/2019 | 2,024.18 |
| 9405769440 | 10/17/2019 | 4,185.89 |
| 9405769422 | 10/17/2019 | 9,442.88 |
| 9405782990 | 10/18/2019 | 949.51 |
| 9405792318 | 10/21/2019 | 179.52 |
| 9405792344 | 10/21/2019 | 1,187.72 |
| 9405792292 | 10/21/2019 | 4,304.70 |
| 9405792328 | 10/21/2019 | 4,964.16 |
| 9405809213 | 10/22/2019 | 546.00 |
| 9405809212 | 10/22/2019 | 645.36 |
| 9405833568 | 10/23/2019 | 826.94 |
| 9405833558 | 10/23/2019 | 2,970.48 |

| INVOICE NO. | DATE | AMOUNT |
|---|---|---|
| 9405837830 | 10/24/2019 | 828.32 |
| 9405833576 | 10/24/2019 | 858.18 |
| 9405845897 | 10/25/2019 | 7,565.82 |
| 9405859266 | 10/28/2019 | 196.80 |
| 9405867901 | 10/29/2019 | 49.44 |
| 9405867907 | 10/29/2019 | 203.04 |
| 9405868121 | 10/29/2019 | 203.04 |
| 9405868048 | 10/29/2019 | 1,083.06 |
| 9405867894 | 10/29/2019 | 1,749.60 |
| 9405867933 | 10/29/2019 | 2,959.83 |
| 9405867978 | 10/29/2019 | 3,325.86 |
| 9405868026 | 10/29/2019 | 4,840.44 |
| 9405868086 | 10/29/2019 | 6,668.71 |
| 9405868112 | 10/29/2019 | 8,922.96 |
| 9405884438 | 10/30/2019 | 49.44 |
| 9405884485 | 10/30/2019 | 10,802.51 |
| 9405903710 | 10/31/2019 | 2,533.32 |
| 9405923848 | 11/4/2019 | 196.80 |
| 9405933657 | 11/5/2019 | 24.72 |
| 9405933671 | 11/5/2019 | 647.19 |
| 9405937509 | 11/5/2019 | 1,086.03 |
| 9405933687 | 11/5/2019 | 2,102.58 |
| 9405949263 | 11/6/2019 | 74.16 |

| INVOICE NO. | DATE | AMOUNT |
|---|---|---|
| 9405949258 | 11/6/2019 | 79.92 |
| 9405949304 | 11/6/2019 | 10,183.68 |

## TOTAL: $433,940.90