Vivek Suri, Esq.
Attorney for Weavetex Overseas
20 Vesey Street
Suite 300
New York, NY 10007
T: 212.537.6936
E: lawyer@surilawoffice.com

UNITED STATES BANKRUPTCY COURT  Case No. 18-23549 (RDD)
SOUTHERN DISTRICT OF NEW YORK  Case No. 18-23537 (RDD)
-------------------------------------------------------------X
In re:

SEARS HOLDINGS CORPORATION Et. Al.,   **NOTICE OF APPEARANCE**

                              Debtors.
-------------------------------------------------------------X

**PLEASE TAKE NOTICE** that creditor WEAVETEX OVERSEAS appears in this action by Vivek Suri, Esq., who has been retained as attorney by the creditor.

**PLEASE TAKE FURTHER NOTICE** that creditor demands that all papers in this action should be served upon Vivek Suri, Esq. at the address set forth above.

Dated: New York, New York
        November 18, 2019

/s/ Vivek Suri
Vivek Suri, Esq.

To:    All Counsel of Record                via ECF