# Prime Clerk

MENU



## Sears Holdings Corporation

Case No. 18-23538

case info  /  **claims**

- **Case Navigation**

  Case Info

  Docket

  **Claims**

  Submit a Claim

  Submit E-Ballot

- **Quick Links**

  Voluntary Petitions

  Admin Exp. Claims Consent
  Program documents

  First Day Orders

Schedules & SOFA

Plan & Disclosure Statement

Bar Date Notice

Solicitation Materials

Filing Press Release

First Day Motions Press Release

Procedures for Modification of the Automatic Stay

Adv. Proc. Case No. 19-08250, Sears Holdings Corporation et al. v. Lampert et al.

Adv. Proc. Case No. 19-08262, Transform Holdco LLC v. Sears Holdings Corporation, et al.

Adv. Proc. Case No. 19-08269, Brian Coke Ng v. Sears Holdings Corporation, et al.

Adv. Proc. Case No. 19-08266, Santa Rosa Mall, LLC v. Sears Holdings Corporation et al

Adv. Proc. Case No. 19-08286, Sayville Menlo LLC v.

Transform Holdco LLC

Adv. Proc. Case No. 19-
08700, Vir Ventures, Inc. and
Ami Ventures, Inc. v. Sears
Holdings Corporation et al

Master Service List as of
02/25/2020

| weavetex | | advanced ⇥ | 🔍 |

« ‹ Page 1 of 1 » ›

| 1739 | 10/22/2018 | WEAVETEX OVERSEAS | Kmart Corporation | $0.00 |
| 795 | 10/19/2018 | WEAVETEX OVERSEAS | Kmart Corporation | $114,090.26 |
| 758 | 10/19/2018 | WEAVETEX OVERSEAS | Sears, Roebuck and Co. | $9,139.00 |
| 797 | 10/19/2018 | WEAVETEX OVERSEAS | Kmart Corporation | $175,626.42 |
| 1697 | 10/22/2018 | WEAVETEX OVERSEAS | Kmart Corporation | $0.00 |
| 658 | 10/19/2018 | WEAVETEX OVERSEAS | Kmart Corporation | $159,502.54 |
| 1258 | 10/22/2018 | WEAVETEX OVERSEAS | Sears, Roebuck and Co. | $0.00 |
| 1520 | 10/22/2018 | WEAVETEX OVERSEAS | Kmart Corporation | $0.00 |



« ‹ Page 1 of 1 » ›

terms of use        privacy notice        team        © 2019 Prime Clerk. All rights reserved.