# EXHIBIT B

# Schedule of Post-Petition Invoices

| INVOICE | AMOUNT |
|---|---|
| 691882 | $1,645.62 |
| 711909 | $1,726.32 |
| 708023 | $2,667.00 |
| 708061 | $1,218.30 |

## Total: $7,257.24