# EXHIBIT B

# Schedule of Post-Petition Invoices

| Obl. Date | Trn | Obligation ID | Due Date | Open Amount | P. O. Number |
|---|---|---|---|---|---|
| 09/26/19 | INV | IN00591848 | 10/26/2019 | 460.84 | 939932633 |
| 10/02/19 | INV | IN00592059 | 11/1/2019 | 452.25 | 974196257 |
| 10/03/19 | INV | IN00592058 | 11/2/2019 | 690.03 | 94844-9574 |
| 10/04/19 | INV | IN00592070 | 11/3/2019 | 234.62 | 97570-8622 |
| 10/10/19 | INV | IN00592125 | 11/9/2019 | 727.02 | 97768-4427 |
| 10/10/19 | INV | IN00592126 | 11/9/2019 | 906.26 | 97783-2050 |
| 10/14/19 | INV | IN00592238 | 11/13/2019 | 415.58 | 97788-9990 |
| 10/16/19 | INV | IN00592307 | 11/15/2019 | 854.86 | 977415871 |
| 10/16/19 | INV | IN00592308 | 11/15/2019 | 517.35 | 97566-5576 |
| 10/16/19 | INV | IN00592310 | 11/15/2019 | 319.76 | 974196312 |
| 10/17/19 | INV | IN00592340 | 11/16/2019 | 358.97 | 97784-7999 |
| 10/21/19 | INV | IN00592413 | 11/20/2019 | 575.36 | 938821395 |
| 10/21/19 | INV | IN00592414 | 11/20/2019 | 1225.36 | 94844-9692 |
| 10/24/19 | INV | IN00592520 | 11/23/2019 | 381.31 | 993946919 |
| 10/24/19 | INV | IN00592521 | 11/23/2019 | 542.77 | 97783-2123 |
| 10/26/19 | INV | IN00592595 | 11/25/2019 | 753.27 | 939932753 |
| 11/06/19 | INV | IN00592918 | 12/6/2019 | 389.13 | 97570-8747 |
| 11/06/19 | INV | IN00592945 | 12/6/2019 | 170.03 | 974196366 |

**Total: $9,974.77**