**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re:                                                                     Case No.: _____

                                                                                 Chapter ___

                         Debtor

-------------------------------------------------------------x

                                                                                 Adversary Proceeding No.: _____

                         Plaintiff

                 v.

                         Defendant

-------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

I, _____, request admission, ***pro hac vice***, before the Honorable _____, to represent _____, a _____ in the above-referenced    case    adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of _____ and, if applicable, the bar of the U.S. District Court for the _____ District of _____.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: _____
_____, Florida                           _____
                                                                         *Mailing Address*:

                                                                         _____
                                                                         _____
                                                                         _____
                                                                         *E-mail address*: _____m.com
                                                                         *Telephone number*: (_____)_____