WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | : | **Case No. 18-23538 (RDD)** |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |

-----------------------------------------------------------x

## CERTIFICATE OF NO OBJECTION PURSUANT TO 28 U.S.C. § 1746 REGARDING DEBTORS' THIRTEENTH OMNIBUS OBJECTION TO PROOFS OF CLAIM (RECLASSIFY OR DISALLOW CLAIMS)

TO THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case management procedures set forth in the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405) (the "**Amended Case Management Order**"), the undersigned hereby certifies as follows:

1.    On February 18, 2020, Sears Holdings Corporation and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Debtors' Thirteenth Omnibus Objection to Proofs of Claim (Reclassify or Disallow Claims)* (ECF No. 7302) (the "**Omnibus Objection**").

2.    In accordance with the Amended Case Management Order, the Debtors established a deadline for parties to file responses to the Omnibus Objection (the "**Response Deadline**"). The Response Deadline was set for March 10, 2020, at 4:00 p.m. (Prevailing Eastern Time. The Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections or other responsive pleadings have been filed on, or prior to, the relevant response deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

3.    The Response Deadline has now passed and, to the best of my knowledge, with respect to the claims identified on **Exhibit 1** (the "**Reclassified or Disallowed Claims**") to the proposed order granting the relief requested in the Omnibus Objection (the "**Proposed Order**"), a copy of which is annexed hereto as **Exhibit A**, no responsive pleadings have been filed with the Court on the docket of the above-referenced cases in accordance with the procedures set forth in the Amended Case Management Order or served on counsel to the Debtors.

4.    Additionally, the Debtors have consensually resolved or continue to seek a consensual resolution of certain claims that were originally objected to in the Omnibus Objection.

5.    Furthermore, the Debtors will be withdrawing the Omnibus Objection without prejudice with respect to the claim listed on **Exhibit B** annexed hereto.

2

6.      Accordingly, the Debtors respectfully request that the Proposed Order be

entered in accordance with the procedures described in the Amended Case Management Order.

I declare that the foregoing is true and correct.


Dated:  March 10, 2020
        New York, New York

                                    */s/ Garrett A. Fail*
                                    Ray C. Schrock, P.C.
                                    Jacqueline Marcus
                                    Garrett A. Fail
                                    Sunny Singh
                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York  10153
                                    Telephone:  (212) 310-8000
                                    Facsimile:  (212) 310-8007

                                    *Attorneys for Debtors*
                                    *and Debtors in Possession*

**<u>Exhibit A</u>**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re                                        :          **Chapter 11**
                                             :
**SEARS HOLDINGS CORPORATION**, *et al.*,    :          **Case No. 18-23538 (RDD)**
                                             :
        **Debtors.**[1]                      :          **(Jointly Administered)**
-------------------------------------------------------------x

## ORDER GRANTING DEBTORS' THIRTEENTH OMNIBUS OBJECTION TO PROOFS OF CLAIM (RECLASSIFY OR DISALLOW CLAIMS)

Upon the *Debtors' Thirteenth Omnibus Objection to Proofs of Claim (Reclassify or Disallow Claims)*, filed February 11, 2020 (the "**Objection**"),[2] of Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), pursuant to section 502 under title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 3007 of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**"), for an order (i) reclassifying or disallowing the Asserted Priority Claims and the Asserted Ballot Claims, and (ii) granting related relief, as more fully set forth in the Objection; and the Court having jurisdiction to consider the Objection and the relief requested

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Objection.

therein in accordance with 28 U.S.C. §§ 157(a)-(b) and 1334 and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Bankruptcy Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having entered the *Order Approving (I) Claims Objection Procedures, (II) Claims Settlement Procedures, and (III) Claims Hearing Procedures* (ECF No. 3014) (the "**Claims Procedures Order**"); and due and proper notice of the relief requested in the Objection having been provided in accordance with the Claims Procedures Order, and it appearing that no other or further notice need be provided in accordance with the Amended Case Management Order; and it appearing that other or further notice need be provided; and upon the record of all of the proceedings had before the Court; and the Court having found and determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and that the relief sought in the Objection is in the best interests of the Debtors, their estates, their creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor,

## IT IS HEREBY ORDERED THAT:

1.      The Objection is granted to the extent set forth herein.

2.      Each of the amounts asserted on Ballots identified on **Exhibit 1** hereto with an asterisk in the column entitled "Affected Claim Number" is hereby disallowed.

3.      Pursuant to section 502 and 503(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3007, each of the remaining claims listed on **Exhibit 1** hereto in the column as an "Asserted" "503(b)(9) Administrative Priority Claim" is reclassified as a general unsecured claim to the extent set forth on **Exhibit 1**.

4.      Nothing herein shall otherwise constitute an admission or finding concerning the amount or validity of any of the claims.

5.      The rights of the Debtors to object to all of the Asserted Priority Claims and Asserted Ballot Claims, in whole or in part, and on any basis, are specifically preserved.

6.      The Debtors, the Debtors' claims and noticing agent, Prime Clerk, and the Clerk of this Bankruptcy Court are authorized to take all actions necessary or appropriate to give effect to this Order.

7.      The terms and conditions of this Order are effective immediately upon entry.


Dated:    _____, 2020
          White Plains, New York


                    _____
                    HONORABLE ROBERT D. DRAIN
                    UNITED STATES BANKRUPTCY JUDGE

WEIL:\97410662\3\73217.0004

**<u>Exhibit 1</u>**

**Debtors' Thirteenth Omnibus Objection**                              In re: Sears Holdings Corporation, *et al.*
**Exhibit 1 - Claims Reclassified or Disallowed**                                    Case No. 18-23538 (RDD)

| | | | | Reclassified Claims | |
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | 503(b)(9) Administrative Priority Claim | Amount Reclassified as General Unsecured Claim |
| 1. | Action Packaged, Inc. | 5807 | N/A | $60,415.90 | $60,415.90 |
| 2. | Action Packaged, Inc. | 13469 | N/A | $8,714.57 | $8,714.57 |
| 3. | ALLIANCE GROUPS INTL LLC | * | 182353801017236 | $2,475.00 | $2,475.00 |
| 4. | ALS GROUP INC | 10844 | 182353801043225 | $3,051.13 | $3,051.13 |
| 5. | ALS GROUP INC | 12417 | 182353801043225 | $3,051.13 | $3,051.13 |
| 6. | AMAZONLOT | 836 | 182353801017280 | $107,779.27 | $107,779.27 |
| 7. | AMAZONLOT | 12451 | 182353801017280 | $107,779.27 | $107,779.27 |
| 8. | Amber Limited | 12437 | N/A | $34,236.76 | $34,236.76 |
| 9. | ARROW GLOBAL ASSET DISPOSITION, INC. | 8679 | 182353801039939 | $18,378.76 | $18,378.76 |
| 10. | BARLEY GRAINS LLC | 12629 | N/A | $25,193.88 | $25,193.88 |
| 11. | BBW BRANDS INC | 10725 | 182353801014049 | $1,286.95 | $1,286.95 |

**Debtors' Thirteenth Omnibus Objection**

**Exhibit 1 - Claims Reclassified or Disallowed**

In re: Sears Holdings Corporation, *et al.*

Case No. 18-23538 (RDD)

| | | | Reclassified Claims | | |
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | 503(b)(9) Administrative Priority Claim | Amount Reclassified as General Unsecured Claim |
| 12. | BEACH TRADING CO | * | 182353801016913 | $67,129.81 | $67,129.81 |
| 13. | BEYOND TONIGHT LLC | * | 182353801016972 | $9,394.69 | $9,394.69 |
| 14. | BROWNS LINEN INC | * | 182353801014116 | $6,400.00 | $6,400.00 |
| 15. | CHAINSCROLL LIMITED | 12197 | N/A | $11,500.01 | $11,500.01 |
| 16. | CHECKING | * | 182353801014158 | $1,504.00 | $1,504.00 |
| 19. | CHIGANT LIMITED | 12518 | N/A | $17,971.60 | $17,971.60 |
| 20. | Clemons Business Group, LLC | 11508 | 182353801040066 | $24,531.84 | $24,531.84 |
| 21. | Clemons Business Group, LLC dba 2Shop | 4286 | 182353801040067 | $48,725.96 | $48,725.96 |
| 22. | CPO Commerce, Inc. | 13925 | 182353801042639 | $363,904.36 | $363,904.36 |
| 23. | Debra Barrett Jones on behalf of C&D Floor Care, LLC DBA Tidy Vacuums, LLC | 16777 | 182353801040129 | $44,989.44 | $44,989.44 |
| 24. | Debra Barrett Jones on behalf of C&D Floor Care, LLC DBA Tidy Vacuums, LLC | 17425 | 182353801040129 | $44,989.44 | $44,989.44 |

**Debtors' Thirteenth Omnibus Objection**
**Exhibit 1 - Claims Reclassified or Disallowed**

*In re: Sears Holdings Corporation, et al.*
**Case No. 18-23538 (RDD)**

| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | 503(b)(9) Administrative Priority Claim | Amount Reclassified as General Unsecured Claim |
|---|---|---|---|---|---|
| | | | **Reclassified Claims** | | |
| 25. | Delta Canopies | 11684 | N/A | $27,586.94 | $27,586.94 |
| 26. | DESIGN INTERNATIONAL GROUP INC | * | 182353801016576 | $85,709.11 | $85,709.11 |
| 27. | DREAMWAY TRADING LLC | 14725 | 182353801015765 | $1,391.17 | $1,391.17 |
| 28. | EDEALSZONE INC | 1375 | 182353801042152 | $123,420.18 | $123,420.18 |
| 29. | EDEALSZONE INC | 12459 | 182353801042152 | $123,420.18 | $123,420.18 |
| 30. | ELGEO CORP | 4009 | 182353801015930 | $4,835.43 | $4,835.43 |
| 31. | Enumber Inc | * | 182353801015981 | $194,242.42 | $194,242.42 |
| 32. | Exacme | 12227 | 182353801042224 | $132,000.00 | $132,000.00 |
| 33. | Factory Outlet Stores LLC | 8632 | 182353801042251 | $35,589.02 | $35,589.02 |
| 34. | FASHION ELITE LIMITED | 12449 | N/A | $13,517.48 | $13,517.48 |
| 35. | Find Import Corporation c/o Blue Lake Inc | 10174 | N/A | $50,138.93 | $50,138.93 |

**Debtors' Thirteenth Omnibus Objection**
**Exhibit 1 - Claims Reclassified or Disallowed**

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| | | | | Reclassified Claims | |
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | 503(b)(9) Administrative Priority Claim | Amount Reclassified as General Unsecured Claim |
| 36. | FUNFASH INC | * | 182353801015586 | $11,432.00 | $11,432.00 |
| 37. | FzMerchandise LLC | 4262 | N/A | $7,653.44 | $7,653.44 |
| 38. | GENESCO INC | 12209 | 182353801014467 | $28,758.90 | $28,758.90 |
| 39. | GIVE 5 TO CANCER | 3464 | 182353801015700 | $1,200.00 | $1,200.00 |
| 40. | GOLDEN VANTAGE LLC | 7990 | N/A | $37,594.55 | $37,594.55 |
| 41. | IBRAHIM KHWAJA | 16462 | 182353801014568 | $16,145.00 | $16,145.00 |
| 42. | IMPERIAL INDUSTRIAL SUPPLY CO | 1618 | N/A | $10,479.22 | $10,479.22 |
| 43. | IMPERIAL INDUSTRIAL SUPPLY CO | 1887 | N/A | $41,578.95 | $41,578.95 |
| 44. | INVENTORY ADJUSTERS | 1758 | 182353801040333 | $9,932.05 | $9,932.05 |
| 45. | INVENTORY ADJUSTERS | 1879 | 182353801040333 | $9,932.05 | $9,932.05 |
| 46. | INVENTORY ADJUSTERS | 8499 | 182353801040333 | $9,932.05 | $9,932.05 |

**Debtors' Thirteenth Omnibus Objection**

In re: Sears Holdings Corporation, *et al.*

**Exhibit 1 - Claims Reclassified or Disallowed**

Case No. 18-23538 (RDD)

| | | Reclassified Claims | | | |
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | 503(b)(9) Administrative Priority Claim | Amount Reclassified as General Unsecured Claim |
| 47. | IPARIS LLC | 2673 | 182353801015645 | $9,856.06 | $9,856.06 |
| 48. | ISABELLAS FATE CYNTHIA L NAPOLITAN | 5531 | 182353801015655 | $4,860.63 | $4,860.63 |
| 49. | ISAVE ONLINE STORES LLC | 8520 | 182353801015659 | $45,919.01 | $45,919.01 |
| 50. | IVGSTORES LLC | 10592 | 182353801015857 | $45,113.01 | $45,113.01 |
| 51. | JACQUELINE KRAEHE | * | 182353801014870 | $6,229.78 | $6,229.78 |
| 52. | JODIEMAHER | * | 182353801014923 | $17,396.00 | $17,396.00 |
| 53. | JODIEMAHER | * | 182353801014924 | $23,298.00 | $23,298.00 |
| 54. | K2 MOTOR CORP | * | 182353801014986 | $8,106.63 | $8,106.63 |
| 55. | Kapscomoto Inc. | 8560 | 182353801039822 | $24,125.70 | $24,125.70 |
| 56. | KC TOOL | 2962 | 182353801014656 | $6,743.02 | $6,743.02 |
| 62. | KTM Ventures LLC dba USAetail | 10568 | 182353801040402 | $7,913.75 | $7,913.75 |

**Debtors' Thirteenth Omnibus Objection**
**Exhibit 1 - Claims Reclassified or Disallowed**

In re: Sears Holdings Corporation, *et al.*
**Case No. 18-23538 (RDD)**

| | Reclassified Claims | | | |
|---|---|---|---|---|
| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | 503(b)(9) Administrative Priority Claim | Amount Reclassified as General Unsecured Claim |
| 63. | LEG AVENUE INC | * | 182353801043323 | $12,200.00 | $12,200.00 |
| 64. | LIMITLESS USA INC. | 16336 | 182353801041575 | $37,211.34 | $37,211.34 |
| 65. | LIMITLESS USA INC. | 16615 | 182353801041575 | $37,211.34 | $37,211.34 |
| 66. | LUXURY DIVAS CORPORATION | * | 182353801014814 | $2,397.82 | $2,397.82 |
| 67. | MANUS, JASON | 9071 | 182353801041641 | $822.88 | $822.88 |
| 68. | MARKET PARTNER SR INC | 9034 | 182353801019093 | $249,874.71 | $249,874.71 |
| 69. | MAXI-AIDS INC | 8109 | 182353801019149 | $3,949.56 | $3,949.56 |
| 70. | MELISSA RADNER | 14202 | 182353801019213 | $15,003.64 | $15,003.64 |
| 71. | NILIMA ONLINE SERVICES INC | 6589 | 182353801043478 | $10,768.00 | $10,768.00 |
| 72. | NSF SERVICES INC | 1560 | 182353801019543 | $18,173.02 | $18,173.02 |
| 73. | Pagacat Inc | 12435 | N/A | $14,397.53 | $14,397.53 |

6

**Debtors' Thirteenth Omnibus Objection**
**Exhibit 1 - Claims Reclassified or Disallowed**

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| | | | | Reclassified Claims | |
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | 503(b)(9) Administrative Priority Claim | Amount Reclassified as General Unsecured Claim |
| 74. | PREMIER PRODUCTS LLC | * | 182353801019881 | $342.99 | $342.99 |
| 75. | PURE GLOBAL BRANDS INC | 6121 | 182353801019963 | $55,059.07 | $55,059.07 |
| 76. | Quality Photo | 12394 | N/A | $8,045.58 | $8,045.58 |
| 77. | R&M GROUP | 1424 | 182353801020006 | $10,775.00 | $10,775.00 |
| 78. | RAC ENTERPRISES INC | 12157 | N/A | $13,802.66 | $13,802.66 |
| 79. | Reynolds Building Systems | 6275 | 182353801040656 | $5,601.00 | $5,601.00 |
| 80. | RICHARD COFFEY | * | 182353801018633 | $9,388.98 | $9,388.98 |
| 81. | RLB WORLDWIDE LLC | 13513 | 182353801018678 | $482.68 | $482.68 |
| 84. | SoftwareCW LLC | * | 182353801018813 | $3,782.95 | $3,782.95 |
| 85. | Soteer Limited | 12475 | N/A | $13,650.38 | $13,650.38 |
| 86. | Spohn Global Enterprises, LLC | 19964 | 182353801041202 | $4,203.81 | $4,203.81 |

**Debtors' Thirteenth Omnibus Objection**                                    In re: Sears Holdings Corporation, *et al.*
**Exhibit 1 - Claims Reclassified or Disallowed**                            **Case No. 18-23538 (RDD)**

| | | | Reclassified Claims | |
|---|---|---|---|---|
| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | 503(b)(9) Administrative Priority Claim | Amount Reclassified as General Unsecured Claim |
| 87. | SUN-MART INTL CO LTD | * | 182353801020509 | $6,157.60 | $6,157.60 |
| 88. | TECHSPRES LLC | * | 182353801020620 | $18,921.56 | $18,921.56 |
| 89. | THE COUNTRY BUTLER | * | 182353801020677 | $4,613.10 | $4,613.10 |
| 90. | The Twister Group, Inc. | 1482 | 182353801041304 | $941.00 | $941.00 |
| 91. | TOOLS PLUS | 19878 | 182353801020771 | $20,506.94 | $20,506.94 |
| 92. | Travel Accessories Inc | 7691 | N/A | $22,596.36 | $22,596.36 |
| 93. | TREND LAB LLC | 20448 | 182353801020831 | $10,484.35 | $10,484.35 |
| 94. | UnbeatableSale.com, Inc. | 13535 | N/A | $213,192.33 | $213,192.33 |
| 95. | VBN SALES | * | 182353801021021 | $7,604.29 | $7,604.29 |
| 96. | Wearwolf Limited | 12487 | N/A | $94,148.11 | $94,148.11 |
| 97. | WEB RIVER GROUP INC | * | 182353801021181 | $5,451.60 | $5,451.60 |

**Debtors' Thirteenth Omnibus Objection**
**Exhibit 1 - Claims Reclassified or Disallowed**

**In re: Sears Holdings Corporation,** *et al.*
**Case No. 18-23538 (RDD)**

| Reclassified Claims | | | | |
|---|---|---|---|---|
| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | 503(b)(9) Administrative Priority Claim | Amount Reclassified as General Unsecured Claim |
| 98. | WESOKY LIMITED | 12439 | N/A | $183,327.73 | $183,327.73 |
| 99. | XI TAN | * | 182353801021352 | $5,000.00 | $5,000.00 |
| 100. | Yaheetech | 15994 | N/A | $11,532.65 | $11,532.65 |

* Amount asserted to be disallowed subject to Bankruptcy Court Order [ECF No. 2676 ]

**Exhibit B**

**Withdrawn Objection Claims**

| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | 503(b)(9) Administrative Priority Claim | Amount Reclassified as General Unsecured Claim |
|---|---|---|---|---|---|
| 83. | Sky Billiards, Inc. dba Best Choice Products | 7592 | 182353801040734 | $136,538.98 | $136,538.98 |