WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re                                            :    Chapter 11
                                                 :
**SEARS HOLDINGS CORPORATION**, *et al.*,        :    Case No. 18-23538 (RDD)
                                                 :
             Debtors.[1]                         :    (Jointly Administered)
------------------------------------------------------------ x

**CERTIFICATE OF NO OBJECTION PURSUANT TO 28 U.S.C. § 1746**
**REGARDING DEBTORS' TWELFTH OMNIBUS OBJECTION**
**TO PROOFS OF CLAIM AND BALLOTS (NO LIABILITY CLAIMS)**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

TO THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case management procedures set forth in the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405) (the "**Amended Case Management Order**"), the undersigned hereby certifies as follows:

1. On February 18, 2020, Sears Holdings Corporation and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Debtors' Twelfth Omnibus Objection to Proofs of Claim and Ballots (No Liability Claims)* (ECF No. 7301) (the "**Omnibus Objection**").

2. In accordance with the Amended Case Management Order, the Debtors established a deadline for parties to file responses to the Omnibus Objection (the "**Response Deadline**"). The Response Deadline was set for March 10, 2020, at 4:00 p.m. (Prevailing Eastern Time). The Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections or other responsive pleadings have been filed on, or prior to, the relevant response deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

3. The Response Deadline has now passed and, to the best of my knowledge, with respect to the claims identified on **Exhibit 1** to the proposed order granting the relief requested in the Omnibus Objection (the "**Proposed Order**") annexed to the Omnibus Objection (the "**No Liability Claims**"), no responsive pleadings to have been filed with the Court on the docket of the above-referenced cases in accordance with the procedures set forth in the Amended Case Management Order or served on counsel to the Debtors.

4. A revised proposed order granting the relief requested in the Omnibus Objection is annexed hereto as **Exhibit A** (the "**Revised Proposed Order**"). A redline of the Proposed Order against the Revised Proposed Order is attached hereto as **Exhibit B**.

5. Accordingly, the Debtors respectfully request that the Proposed Order be entered in accordance with the procedures described in the Amended Case Management Order.

I declare that the foregoing is true and correct.

Dated:  March 10, 2020
       New York, New York

                                    */s/ Garrett A. Fail*
                                    Ray C. Schrock, P.C.
                                    Jacqueline Marcus
                                    Garrett A. Fail
                                    Sunny Singh
                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York  10153
                                    Telephone:  (212) 310-8000
                                    Facsimile:  (212) 310-8007

                                    *Attorneys for Debtors*
                                    *and Debtors in Possession*

**Exhibit A**

**Revised Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |

------------------------------------------------------------ x

## ORDER GRANTING DEBTORS' TWELFTH OMNIBUS OBJECTION TO PROOFS OF CLAIM AND BALLOTS (NO LIABILITY CLAIMS)

Upon the *Debtors' Twelfth Omnibus Objection to Proofs of Claim and Ballots (No Liability Claims)*, filed February 18, 2020 (the "**Objection**"),[2] of Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), pursuant to section 502 under title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 3007 of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**"), for an order (i) disallowing and expunging the No Liability Claims (as defined below), and (ii) granting related relief , as more fully set forth in the Objection; and the Court having jurisdiction to consider the Objection and the relief requested therein in accordance

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Objection.

with 28 U.S.C. §§ 157(a)-(b) and 1334 and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Bankruptcy Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having entered the *Order Approving (I) Claims Objection Procedures, (II) Claims Settlement Procedures, and (III) Claims Hearing Procedures* (ECF No. 3014) (the "**Claims Procedures Order**"); and due and proper notice of the relief requested in the Objection having been provided in accordance with the Claims Procedures Order, and it appearing that no other or further notice need be provided in accordance with the Amended Case Management Order; and it appearing that other or further notice need be provided; and upon the record of all of the proceedings had before the Court; and the Court having found and determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and that the relief sought in the Objection is in the best interests of the Debtors, their estates, their creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The relief requested in the Objection is granted.

2. Pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, each claim and ballot listed on **Exhibit 1** annexed hereto, under the heading "*Amount Disallowed and Expunged*" (the "**No Liability Claims**"), is disallowed and expunged in its entirety from the Debtors' claims register.

3. Nothing herein shall constitute an admission or finding concerning the amount or validity of any of the claims or ballots not disallowed or expunged on **Exhibit 1**.

4. The Debtors, the Debtors' claims and noticing agent, Prime Clerk, and the Clerk of this Bankruptcy Court are authorized to take all actions necessary or appropriate to give effect to this Order.

2

5. This Court shall retain jurisdiction over the Debtors and the claimants whose claims are subject to the Objection with respect to any matters related to or arising from the Objection or the implementation of this Order.

6. The terms and conditions of this Order are effective immediately upon entry.

Dated: _____, 2020
       White Plains, New York

                                       HONORABLE ROBERT D. DRAIN
                                       UNITED STATES BANKRUPTCY JUDGE

**Exhibit 1**

**Debtors' Twelfth Omnibus Objection**  
**Exhibit 1 - Disallowed and Expunged Claims**

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

| | | | | | |
|---|---|---|---|---|---|
| | | | Schedule of Administrative Expense Claims to be Disallowed and Expunged* | | |
| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | Ballot Amount | Amount Disallowed and Expunged | Reason for Proposed Disallowance and Expungement |
| 1. | 10 MANAGEMENT INCORPORATED, INC | 4521 | 182353801039878 | $38,985.00 | $38,985.00 | The Ballot is rejected because it was previously reclassified to general unsecured claim in Second Omnibus Objection approved in the Court Order (ECF No. 5997) |
| 2. | 3M PUERTO RICO INC | N/A | 182353801017088 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim for Admin Claims associated |
| 3. | 8 TO 20 PARTNERS LLC | N/A | 182353801013897 | $984,745.50 | $984,745.50 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 4. | AGILENCE, INC | N/A | 182353801039909 | $27,500.00 | $27,500.00 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 5. | ALEXANDER, FELICIA | 10570 | 182353801042747 | Unliquidated | Entire Claim | The Ballot is rejected because it was previously reclassified to general unsecured claim in Fifth Omnibus Objection approved in the Court Order (ECF No. 5994) |
| 6. | AMERICAN PRIDE MECHANICAL INC | N/A | 182353801039920 | $30,210.93 | $30,210.93 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 7. | AMERICAN TELECAST PRODUCTS LLC | N/A | 182353801013953 | $9,237.20 | $9,237.20 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 8. | Amscan Inc | N/A | 182353801017523 | $13,039.56 | $13,039.56 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 9. | ANILTA CORPORATION | N/A | 182353801017730 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim associated |
| 10. | AVANTI, LOUISA | 14313 | 182353801042893 | Unliquidated | Entire Claim | The Ballot is rejected because it was previously reclassified to general unsecured claim in Second Omnibus Objection approved in the Court Order (ECF No. 5997) |
| 11. | AVANTI, LOUISA | 18374 | 182353801042893 | Unliquidated | Entire Claim | The Ballot is rejected because it was previously reclassified to general unsecured claim in Second Omnibus Objection approved in the Court Order (ECF No. 5997) |
| 12. | BARNES, ROSEMARY | 18870 | 182353801042837 | Unliquidated | Entire Claim | The Ballot is rejected because it was previously reclassified to general unsecured claim in Second Omnibus Objection approved in the Court Order (ECF No. 5997) |
| 13. | BAUZELLE, VIRGINIA | 10809 | 182353801043272 | Unliquidated | Entire Claim | The Ballot is rejected because it was previously reclassified to general unsecured claim in Second Omnibus Objection approved in the Court Order (ECF No. 5997) |
| 14. | BEAUMONT PRODUCTS INC | N/A | 182353801016921 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim for Admin Claims associated |
| 15. | Benitez Hermanos, Inc. | 1688 | 182353801043287 | $625,555.18 | $625,555.18 | The Ballot is rejected because it was previously reclassified to general unsecured claim in Fifth Omnibus Objection approved in the Court Order (ECF No. 5994) |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

1

**Debtors' Twelfth Omnibus Objection**  
Exhibit 1 - Disallowed and Expunged Claims

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **Schedule of Administrative Expense Claims to be Disallowed and Expunged*** | | | |
| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | Ballot Amount | Amount Disallowed and Expunged | Reason for Proposed Disallowance and Expungement |
| 16. | Birchwood Snow & Landscaping Contractors | N/A | 182353801039976 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim for Admin Claims associated |
| 17. | Blue Heron Restaurant Operations, Inc. | N/A | 182353801043501 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim for Admin Claims associated |
| 18. | BME Inc | N/A | 182353801042972 | $69,534.96 | $69,534.96 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 19. | BOSH ENTERPRISES INC | 18766 | 182353801042934 | Unliquidated | Entire Claim | The Ballot is rejected because it was previously reclassified to general unsecured claim in Second Omnibus Objection approved in the Court Order (ECF No. 5997) |
| 20. | Braga, Stephen | 13432 | 182353801042957 | $110.00 | $110.00 | The Ballot is rejected because it was previously reclassified to general unsecured claim in Second Omnibus Objection approved in the Court Order (ECF No. 5997) |
| 21. | BRAXTON, LORI | 11616 | 182353801043296 | $173,500,000.00 | $173,500,000.00 | The Claim provides no basis and no support for the asserted Administrative Expense Claim amount. |
| 22. | BROOKE GRAPHICS LLC | N/A | 182353801014106 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim for Admin Claims associated |
| 23. | BROOKS, DONALD R | 19432 | 182353801043320 | Unliquidated | Entire Claim | The Ballot is rejected because it was previously reclassified to general unsecured claim in Second Omnibus Objection approved in the Court Order (ECF No. 5997) |
| 24. | CALCULATED INDUSTRIES INC | N/A | 182353801016534 | $1,462.73 | $1,462.73 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 25. | CALTAGIRONE, REGINA | 18898 | 182353801042383 | $5,000.00 | $5,000.00 | The Claim provides no basis and no support for the asserted Administrative Expense Claim amount. |
| 26. | CAPE ELECTRICAL SUPPLY LLC | N/A | 182353801016560 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim associated |
| 27. | CHEUNG TAI PLASTIC FACTORY LTD | N/A | 182353801017553 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim associated |
| 28. | Daily News | N/A | 182353801042857 | $0.00 | Entire Claim | The asserted amount of Administrative Expense Claim is $0 |
| 29. | DAVID M FAGAN OD PA | N/A | 182353801016317 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim associated |
| 30. | DIALOGTECH INC | N/A | 182353801043037 | $3,130.33 | $3,130.33 | Post-petition AP balance is not the Debtors' liability due to contracts assumed by Transform Holdco LLC |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

**Debtors' Twelfth Omnibus Objection**  
Exhibit 1 - Disallowed and Expunged Claims

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | Ballot Amount | Amount Disallowed and Expunged | Reason for Proposed Disallowance and Expungement |
|---|---|---|---|---|---|---|
| | | | **Schedule of Administrative Expense Claims to be Disallowed and Expunged*** | | | |
| 31. | DUARTE, RICARDO A | 18202 | 182353801040149 | Unliquidated | Entire Claim | The Ballot is rejected because it was previously reclassified to general unsecured claim in Second Omnibus Objection approved in the Court Order (ECF No. 5997) |
| 32. | E GLUCK CORPORATION | N/A | 182353801015834 | $330,964.51 | $330,964.51 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 33. | EASTRIDGE OPTOMETRY INC | N/A | 182353801014329 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim associated |
| 34. | EZ Maintenance Services, LLC | N/A | 182353801042242 | $148,400.79 | $148,400.79 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 35. | FASHION M INC | N/A | 182353801015463 | $13,431.71 | $13,431.71 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 36. | FAUX, BRENDA | 14994 | 182353801040212 | $20,000.00 | $20,000.00 | The Claim provides no basis and no support for the asserted Administrative Expense Claim amount. |
| 37. | FERGUSON, JASMINE K | 11203 | 182353801040214 | $278.00 | $278.00 | The Claim provides no basis and no support for the asserted Administrative Expense Claim amount. |
| 38. | Foster, Paula & Kenneth | 12037 | 182353801042311 | Unliquidated | Entire Claim | The Ballot is rejected because it was previously reclassified to general unsecured claim in Fifth Omnibus Objection approved in the Court Order (ECF No. 5994) |
| 39. | GABYS BAGS LLC | 11576 | 182353801015613 | $9,269.67 | $9,269.67 | The Ballot is rejected because it was previously reclassified to general unsecured claim in Second Omnibus Objection approved in the Court Order (ECF No. 5997) |
| 40. | GABYS BAGS LLC | 15252 | 182353801015613 | $9,269.67 | $9,269.67 | The Ballot is rejected because it was previously reclassified to general unsecured claim in Second Omnibus Objection approved in the Court Order (ECF No. 5997) |
| 41. | GABYS BAGS LLC | 16631 | 182353801015613 | $9,269.67 | $9,269.67 | The Ballot is rejected because it was previously reclassified to general unsecured claim in Second Omnibus Objection approved in the Court Order (ECF No. 5997) |
| 42. | GAMBLE, FAITH | 18820 | 182353801040229 | $250,000.00 | $250,000.00 | The Claim provides no basis and no support for the asserted Administrative Expense Claim amount. |
| 43. | Glover, Warren | 9005 | 182353801042434 | Unliquidated | Entire Claim | The Ballot is rejected because it was previously reclassified to general unsecured claim in Second Omnibus Objection approved in the Court Order (ECF No. 5997) |
| 44. | GOLD WING TRADING INC | 3462 | 182353801014470 | $3,881.69 | $3,881.69 | The Ballot is rejected because it was previously reclassified to general unsecured claim in Second Omnibus Objection approved in the Court Order (ECF No. 5997) |
| 45. | GOLD WING TRADING INC | 11134 | 182353801014470 | $3,881.69 | $3,881.69 | The Ballot is rejected because it was previously reclassified to general unsecured claim in Second Omnibus Objection approved in the Court Order (ECF No. 5997) |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

3

**Debtors' Twelfth Omnibus Objection**  
**Exhibit 1 - Disallowed and Expunged Claims**

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

### Schedule of Administrative Expense Claims to be Disallowed and Expunged*

| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | Ballot Amount | Amount Disallowed and Expunged | Reason for Proposed Disallowance and Expungement |
|---|---|---|---|---|---|---|
| 46. | GROUP O MARKETING SOLUTIONS | N/A | 182353801040263 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim associated |
| 47. | HARRISON, LILLE | 18868 | 182353801042987 | Unliquidated | Entire Claim | The Ballot is rejected because it was previously reclassified to general unsecured claim in Second Omnibus Objection approved in the Court Order (ECF No. 5997) |
| 48. | HAYGOOD, PEGGY | 12764 | 182353801042995 | Unliquidated | Entire Claim | The Ballot is rejected because it was previously reclassified to general unsecured claim in Second Omnibus Objection approved in the Court Order (ECF No. 5997) |
| 49. | Hongkong Mingyuan Trading Co Ltd | N/A | 182353801015304 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim for Admin Claims associated |
| 50. | Infinite Peripherals, Inc. | 1900 | 182353801040328 | Unliquidated | Entire Claim | The Ballot is rejected because it was previously expunged in First Omnibus Objection approved in the Court Order (ECF No. 6019) |
| 51. | Infinite Peripherals, Inc. | 1979 | 182353801040328 | Unliquidated | Entire Claim | The Ballot is rejected because it was previously expunged in First Omnibus Objection approved in the Court Order (ECF No. 6019) |
| 52. | JEWELRYAFFAIRS | N/A | 182353801014902 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim for Admin Claims associated |
| 53. | KIDDIELAND TOYS LIMITED | N/A | 182353801017591 | $41,777.20 | $41,777.20 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 54. | King, William | 12761 | 182353801042099 | $5,951.90 | $5,951.90 | The Ballot is rejected because it was previously reclassified to general unsecured claim in Second Omnibus Objection approved in the Court Order (ECF No. 5997) |
| 55. | KRISAR ENTERPRISES | N/A | 182353801014696 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim associated |
| 56. | Loftin, Linda | 11904 | 182353801041587 | Unliquidated | Entire Claim | The Ballot is rejected because it was previously reclassified to general unsecured claim in Second Omnibus Objection approved in the Court Order (ECF No. 5997) |
| 57. | LOZADA, EDWIN | 10855 | 182353801041603 | $13,041.01 | $13,041.01 | The Claim provides no basis and no support for the asserted Administrative Expense Claim amount. |
| 58. | LUCKETT, LIMITEE | 12533 | 182353801040439 | $5,000.00 | $5,000.00 | The Claim provides no basis and no support for the asserted Administrative Expense Claim amount. |
| 59. | MARIAM ABRAR | N/A | 182353801019079 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim for Admin Claims associated |
| 60. | MARK H LTD | N/A | 182353801017057 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim for Admin Claims associated |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

4

**Debtors' Twelfth Omnibus Objection**  
Exhibit 1 - Disallowed and Expunged Claims

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

**Schedule of Administrative Expense Claims to be Disallowed and Expunged***

| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | Ballot Amount | Amount Disallowed and Expunged | Reason for Proposed Disallowance and Expungement |
|---|---|---|---|---|---|---|
| 61. | Martinez, Sarah | 10269 | 182353801041659 | Unliquidated | Entire Claim | The Ballot is rejected because it was previously reclassified to general unsecured claim in Second Omnibus Objection approved in the Court Order (ECF No. 5997) |
| 62. | MATARAZZI CONTRACTING LLC | N/A | 182353801041662 | $110,139.97 | $110,139.97 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 63. | McDonald's Corporation | N/A | 182353801043499 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim for Admin Claims associated |
| 64. | McDonald's Restaurants of Florida, Inc. | N/A | 182353801043496 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim for Admin Claims associated |
| 65. | McDonald's Restaurants of Hawaii, Inc. | N/A | 182353801043497 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim for Admin Claims associated |
| 66. | McDonald's USA, LLC | N/A | 182353801043498 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim for Admin Claims associated |
| 67. | MCGRAW, THEDORE & MARJORIE | 10305 | 182353801040466 | Unliquidated | Entire Claim | The Ballot is rejected because it was previously reclassified to general unsecured claim in Ninth Omnibus Objection approved in the Court Order (ECF No. 6043) |
| 68. | Mechanical Tech Group, Inc. | N/A | 182353801019179 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim for Admin Claims associated |
| 69. | MELISSA MCDONALD | N/A | 182353801019210 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim associated |
| 70. | MIKES CLEAN SWEEP | N/A | 182353801040489 | $0.00 | Entire Claim | The asserted amount of Administrative Expense Claim is $0 |
| 71. | MODELOGIC MIDWEST LLC | N/A | 182353801041773 | $15,250.42 | $15,250.42 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 72. | Morris Costumes Inc. | N/A | 182353801019367 | $35,354.82 | $35,354.82 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 73. | Morrow Meadows Corporation | N/A | 182353801041789 | $42,580.57 | $42,580.57 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 74. | NATIONAL CHRISTMAS PRODUCTS INC | N/A | 182353801019433 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim for Admin Claims associated |
| 75. | Net Health Shops LLC | N/A | 182353801019474 | $13,459.41 | $13,459.41 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

5

**Debtors' Twelfth Omnibus Objection**      In re: Sears Holdings Corporation, *et al.*
**Exhibit 1 - Disallowed and Expunged Claims**      Case No. 18-23538 (RDD)

| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | Ballot Amount | Amount Disallowed and Expunged | Reason for Proposed Disallowance and Expungement |
|---|---|---|---|---|---|---|
| 76. | NEW PIONEER INDUSTRIAL LIMITED | N/A | 182353801017451 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim for Admin Claims associated |
| 77. | Norwood, Starla | 18698 | 182353801042034 | Unliquidated | Entire Claim | The Ballot is rejected because it was previously reclassified to general unsecured claim in Fifth Omnibus Objection approved in the Court Order (ECF No. 5994) |
| 78. | NOVA GENESIS INTL CO LTD | N/A | 182353801017010 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim for Admin Claims associated |
| 79. | NVE INC | N/A | 182353801019554 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim associated |
| 80. | ONYX CORPORATION | N/A | 182353801043344 | $0.00 | Entire Claim | The asserted amount of Administrative Expense Claim is $0 |
| 81. | PACE Claims Services LLC | N/A | 182353801019690 | $27,800.00 | $27,800.00 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 82. | PERINE LOWE INC | N/A | 182353801019780 | $18,437.25 | $18,437.25 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 83. | PJ CHONBURI PARAWOOD CO., LTD. | N/A | 182353801017052 | $112,289.49 | $112,289.49 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 84. | PlusOne Solutions, Inc. | N/A | 182353801041378 | $0.00 | Entire Claim | The asserted amount of Administrative Expense Claim is $0 |
| 85. | POKE, SABRINA J. | 13230 | 182353801041384 | Unliquidated | Entire Claim | The Ballot is rejected because it was previously reclassified to general unsecured claim in Ninth Omnibus Objection approved in the Court Order (ECF No. 6043) |
| 86. | PREMIER HORTICULTURE INC | N/A | 182353801019878 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim for Admin Claims associated |
| 87. | PRIME GLOBAL PRODUCTS INC | N/A | 182353801019896 | $9,040.57 | $9,040.57 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 88. | QUALITY BREWING INC | N/A | 182353801019980 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim for Admin Claims associated |
| 89. | RASMUSSEN, CAROLYN | 19795 | 182353801041491 | $9,761.92 | $9,761.92 | The support provided for the claim indicates no liability of the Debtors |
| 90. | Resurs2 Corporation | 8533 | 182353801018603 | $10,958.00 | $10,958.00 | The Ballot is rejected because it was previously reclassified to general unsecured claim in Second Omnibus Objection approved in the Court Order (ECF No. 5997) |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.     6

**Debtors' Twelfth Omnibus Objection**  
**Exhibit 1 - Disallowed and Expunged Claims**

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

| | | | | | |
|---|---|---|---|---|---|
| **Schedule of Administrative Expense Claims to be Disallowed and Expunged*** | | | | | |
| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | Ballot Amount | Amount Disallowed and Expunged | Reason for Proposed Disallowance and Expungement |
| 91. | Rightline Gear, Inc. | N/A | 182353801041614 | $21,711.50 | $21,711.50 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 92. | RMS INTERNATIONAL USA INC | N/A | 182353801018685 | $175,880.58 | $175,880.58 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 93. | RUYI DESIGN & MANUFACTURE INC | N/A | 182353801020148 | $221,955.36 | $221,955.36 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 94. | SAKUTORI DESIGNS LLC | N/A | 182353801020181 | $21,388.50 | $21,388.50 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 95. | SAMUEL K AMEYAW | N/A | 182353801033155 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim for Admin Claims associated |
| 96. | SELECT EXPRESS & LOGISTICS LLC | N/A | 182353801020284 | $1,920.20 | $1,920.20 | Post-petition AP balance is not the Debtors' liability due to contracts assumed by Transform Holdco LLC |
| 97. | SMOKY MOUNTAIN BOOTS INC | N/A | 182353801020464 | $20,436.00 | $20,436.00 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 98. | SOHO DESIGNS LLP | N/A | 182353801018817 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim associated |
| 99. | SOUTH PACIFIC FASHIONS LTD | N/A | 182353801013857 | $1,221,732.99 | $1,221,732.99 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 100. | STOREX INDUSTRIES CORPORATION | N/A | 182353801017395 | $8,796.26 | $8,796.26 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 101. | SUMMER RIO CORP | N/A | 182353801020495 | $16,601.56 | $16,601.56 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 102. | TEE ZED PRODUCTS LLC | N/A | 182353801020624 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim for Admin Claims associated |
| 103. | THREE STARS FASHION | N/A | 182353801039835 | $154,883.07 | $154,883.07 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 104. | TRENDS INTERNATIONAL INC | N/A | 182353801020833 | $28,832.11 | $28,832.11 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 105. | VILLAS SERVICES | N/A | 182353801040861 | $13,052.05 | $13,052.05 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |

\* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

7

**Debtors' Twelfth Omnibus Objection**  
Exhibit 1 - Disallowed and Expunged Claims

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

### Schedule of Administrative Expense Claims to be Disallowed and Expunged*

| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | Ballot Amount | Amount Disallowed and Expunged | Reason for Proposed Disallowance and Expungement |
|---|---|---|---|---|---|---|
| 106. | WASHINGTON, MARY | 9904 | 182353801040992 | $14,282.31 | $14,282.31 | The support provided for the claim indicates no liability of the Debtors |
| 107. | WEST JUNCTION INC | N/A | 182353801021222 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim for Admin Claims associated |
| 108. | WILLERT HOME PRODUCTS INC | N/A | 182353801021274 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim associated |
| 109. | WILLIAMS, KENYA | 19120 | 182353801041070 | $13,011.64 | $13,011.64 | The support provided for the claim indicates no liability of the Debtors |
| 110. | WILLIAMS, LINDA | 16868 | 182353801041071 | $1,280.00 | $1,280.00 | The Claim provides no basis and no support for the asserted Administrative Expense Claim amount. |
| 111. | WILLIAMS, RHONDA | 16940 | 182353801041072 | $10,282.58 | $10,282.58 | The support provided for the claim indicates no liability of the Debtors |
| 112. | Zircon Corporation | N/A | 182353801021421 | $36,789.25 | $36,789.25 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |

\* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

8

# Exhibit B

**Redline**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------------x

ORDER GRANTING DEBTORS' TWELFTH OMNIBUS OBJECTION ~~TO~~
TO PROOFS OF CLAIM AND BALLOTS (NO LIABILITY CLAIMS)

1. Upon the *Debtors' Twelfth Omnibus Objection to Proofs of Claim and Ballots (No Liability Claims)*, filed February 18, 2020 (the "**Objection**"),[2] of Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), pursuant to section 502 under title 11 of the United States Code (the "**Bankruptcy Code**")~~,~~ and Rule 3007 of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**"), for an order (i) disallowing and expunging

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Objection.

~~WEIL:\97228144\1\73217.0004~~

the No Liability Claims (as defined below), and (ii) granting related relief, ~~all~~ as more fully set forth in the Objection; and the Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157(a)-(b) and 1334 and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Bankruptcy Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having entered the *Order Approving (I) Claims Objection Procedures, (II) Claims Settlement Procedures, and (III) Claims Hearing Procedures* (ECF No. 3014) (the "**Claims Procedures Order**"); and due and proper notice of the relief requested in the Objection having been provided in accordance with the Claims Procedures Order, and it appearing that no other or further notice need be provided in accordance with the Amended Case Management Order; ~~such notice having been adequate and appropriate under the circumstances,~~ and it appearing that other or further notice need be provided; and ~~the Court having held a hearing to consider the relief requested in the Objection on March 25, 2020 (the "**Hearing**"); and~~ upon the record of ~~the Hearing, and upon~~ all of the proceedings had before the Court; and the Court having found and determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and that the relief sought in the Objection is in the best interests of the Debtors, their estates, their creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor,

      **2.**    **IT IS HEREBY ORDERED THAT:**

      3.    ~~1.~~ The relief requested in the Objection is granted ~~to the extent set forth herein~~.

4. ~~2.~~ Pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, each claim and ballot listed on **Exhibit 1** annexed hereto, under the heading "*Amount Disallowed and Expunged*" (the "**No Liability Claims**"), is disallowed and expunged in its entirety from the Debtors' claims register.

5. Nothing herein shall constitute an admission or finding concerning the amount or validity of any of the claims or ballots not disallowed or expunged on **Exhibit 1**.

6. ~~3.~~ The Debtors, the Debtors' claims and noticing agent, Prime Clerk, and the Clerk of this Bankruptcy Court are authorized to take all actions necessary or appropriate to give effect to this Order.

7. This Court shall retain jurisdiction over the Debtors and the claimants whose claims are subject to the Objection with respect to any matters related to or arising from the Objection or the implementation of this Order.

8. ~~4.~~ The terms and conditions of this Order are effective immediately upon entry.

Dated: _____, 2020
       White Plains, New York

                                              _____
                                              HONORABLE ROBERT D. DRAIN
                                              UNITED STATES BANKRUPTCY JUDGE