**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

In re: SEARS HOLDINGS CORPORATION, et al,        Case No.:18-23538 (RDD)

                               Chapter: 11

                    Debtors        (Jointly Administered)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Kmart Holding Corporation               Adversary Proceeding No.: 20-08295

                    Plaintiff

             v .

Financial-Information-Technologies, LLC dba Fintech

                  Defendant

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Lauren Baio to be admitted, ***pro hac vice***, to represent Financial-Information-Technologies, LLC dba Fintech (the "Client") in the above referenced cases and adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Florida, it is hereby

      **ORDERED**, that Lauren Baio, Esq., is admitted to practice, ***pro hac vice***, in the above referenced cases and adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
     March 11, 2020

                    /s/Robert D. Drain
               UNITED STATES BANKRUPTCY JUDGE