Jason M. Katz, Esq. (jkatz@ccsb.com)
Texas SBN: 24038990
CARRINGTON, COLEMAN,
SLOMAN & BLUMENTHAL, L.L.P.
901 Main Street, Suite 5500
Dallas, Texas 75202
(214) 855-3077 – Telephone
(214) 855-1333 – Facsimile
*Attorney for Naterra International, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| IN RE: | Chapter 11 |
|---|---|
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538-rdd |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICE AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Jason M. Katz files this Notice of Appearance and Request for Notice and Service of Papers on behalf of Naterra International, Inc., pursuant to Section 1109(b) of the Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this bankruptcy case be given and served on Naterra International, Inc. by serving:

**Jason M. Katz (jkatz@ccsb.com)**
**CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL L.L.P.**
**901 Main Street, Suite 5500**
**Dallas, Texas 75202**
**(214) 855-3077 – direct**
**(214) 855-1333 – fax**

Please take further notice that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or information, written or oral, and whether transmitted or conveyed by mail, messenger delivery,

telephone, facsimile, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings herein.

This Notice of Appearance and Request for Notice and Service of Papers shall not deemed or construed to be a waiver of the rights of Naterra International, Inc. (i) to have final orders in noncore matters entered only after de novo review by a district judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to assert or exercise any other rights, claims, actions, setoffs or recoupments to which Naterra International, Inc. is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: March 11, 2020.  
Dallas, Texas

Respectfully submitted,

By: *Jason M. Katz*  
Jason M. Katz (jkatz@ccsb.com)  
Texas SBN: 24038990  
CARRINGTON, COLEMAN,  
SLOMAN & BLUMENTHAL, L.L.P.  
900 Main Street, Suite 5500  
Dallas, Texas 75202  
(214) 855-3077 – Telephone  
(214) 855-1333 – Facsimile

**ATTORNEY FOR NATERRA INTERNATIONAL, INC.**

### CERTIFICATE OF SERVICE

This is to certify that on March 11, 2020, a true and correct copy of the above and foregoing *Notice of Appearance and Request for Notice and Service of Papers* was filed with the court via CM/ECF and served on all parties requesting electronic notification

*/s/ Jason M. Katz*  
Jason M. Katz