**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re: Sears Holding Corporation, et al.

                                  Debtor

---------------------------------------------------------------x

                                 Plaintiff

                                   v.

                                 Defendant

---------------------------------------------------------------x

Case No.: 18-23538-rdd

Chapter 11

Adversary Proceeding No.: _____

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

     I, Jason M. Katz, Esq., request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Naterra International, Inc., a creditor in the above-referenced ☑ case ☐ adversary proceeding.

     *I certify that I am a member in good standing* of the bar in the State of Texas and, if applicable, the bar of the U.S. District Court for the Northern District of Texas.

     I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 3/11/2020
Dallas, Texas

/s/ Jason M. Katz, Esq.
*Mailing Address*:
Carrington, Coleman, et al.
901 Main Street, Suite 5500
Dallas, Texas 75202
*E-mail address*: jkatz@ccsb.com
*Telephone number*: (214) 855-3000