**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

In re: Sears Holding Corporation, et al.,                    Case No.: 18-23538-rdd

                                                             Chapter 11

                                    Debtor

------------------------------------------------------------------x

                                                             Adversary Proceeding No.: _____

                                    Plaintiff

                    v.

                                    Defendant

------------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

        Upon the motion of Jason M. Katz, Esq._____, to be admitted, ***pro hac vice***, to represent Naterra International, Inc._____, (the "Client") a creditor_____ in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas_____ and, if applicable, the bar of the U.S. District Court for the Northern District of Texas_____,  it is hereby

        **ORDERED**, that Jason M. Katz_____, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York              /s/ _____

                                                             UNITED STATES BANKRUPTCY JUDGE