**Presentment Date and Time: March 20, 2020 at 10:00 a.m. (Eastern Time)**
**Objection Deadline: March 19, 2020 at 10:00 a.m. (Eastern Time)**
**Hearing Date and Time (Only if Objections Filed): March 23, 2020 at 10:00 a.m. (Eastern Time)**

CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Sean A. O'Neal, Esq.
Luke A. Barefoot, Esq.

*Attorneys for the Buyer*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
In re                                                      :
                                                           :    **Chapter 11**
**SEARS HOLDINGS CORPORATION,** *et al.*,                  :
                                                           :    **Case No. 18-23538 (RDD)**
                                                           :
             Debtors.[1]                                   :    **(Jointly Administered)**
---------------------------------------------------------- x

**NOTICE OF PRESENTMENT OF ORDER SUPPLEMENTING THE SALE ORDER (DOCKET NO. 2507) WITH RESPECT TO THE RELEASE OF LIENS ON THE PROPERTIES KNOWN AS RIO PIEDRAS (LOCATION 8975) IN PUERTO RICO**

**PLEASE TAKE NOTICE** that Transform Holdco LLC and certain of its affiliated entities (collectively, the "Buyer") will present the *Order Supplementing the Sale Order (Docket No. 2507) With Respect to the Release of Liens on the Properties Known as Rio Piedras (Location 8975)*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

*In Puerto Rico* (the "Proposed Supplemental Order") to the Honorable Robert D. Drain, United States Bankruptcy Judge, for signature on **March 20, 2020 at 10:00 a.m. (Eastern Time)**. A copy of the Proposed Supplemental Order is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that any objection to the Proposed Supplemental Order shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (Docket No. 405) (the "Amended Case Management Order").

**PLEASE TAKE FURTHER NOTICE** pursuant to the *Order (I) Approving the Asset Purchase Agreement Among Sellers and Buyer, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts, and Leases in Connection Therewith and (IV) Granting Related Relief* (Docket No. 2507) (the "Sale Order"), the Buyer purchased substantially all of the Debtors' assets, including the properties known as Rio Piedras, Cupey Bajo, San Juan, Puerto Rico (known as Sears location 8975) (the "Properties"), free and clear of all liens, claims and encumbrances (the "Sale Transaction"). See Sale Order ¶ 3.

**PLEASE TAKE FURTHER NOTICE** that the Sale Order expressly provides that it "(i) shall be effective as a determination that, as of the Closing, all Claims against the Debtors have been unconditionally released, discharged and terminated as to the Acquired Assets, and that the conveyances and transfers described herein have been effected; and (ii) is and shall be binding upon

and govern the acts of all persons, including all filing agents, filing officers, title agents, title companies, recorders of mortgages, recorders of deeds, registrars of deeds, administrative agencies, governmental departments, secretaries of state, federal, state, county and local officials and all other persons who may be required by operation of law, the duties of their office, or contract, to accept, file, register or otherwise record or release any documents or instruments that reflect that the Buyer is the assignee and owner of the Acquired Assets free and clear of all Claims, or who may be required to report or insure any title or state of title in or to any lease (all such entities being referred to as "Recording Officers"). All Recording Officers are authorized and specifically directed to strike recorded Claims against the Acquired Assets owned by the Debtors recorded prior to the date of this Sale Order." Id. ¶ 20.

**PLEASE TAKE FURTHER NOTICE** that the Sale Order provides that "each of the Debtors' creditors and the holders of any Claims are authorized and directed to execute such documents and take all other actions as may be necessary to terminate, discharge or release their Claims in the Acquired Assets, if any, as such Claims may otherwise exist." Id. ¶ 16.

**PLEASE TAKE FURTHER NOTICE** that Buyer understands that the Property Registrar, San Juan Property Registries III and IV (the "Property Registrar") is unlikely to record or otherwise recognize the release and discharge of liens on the Properties as provided under the Sale Order unless the Property Registrar receives either (i) a release and endorsement executed by Carl Ireland, as guardian for James Garbe and his estate, and the United States of America (together the "Prior Mortgagees"), which assert that they held perfected, first-priority liens on the Properties as of October 15, 2018, and thereafter, including as of the date of the entry of the Sale Order, or (ii) a supplemental order of this Court expressly acknowledging that the liens on the Properties previously held by the Prior Mortgagees have been released by virtue of the Sale Order.

**PLEASE TAKE FURTHER NOTICE** that although Buyer has requested that the Prior Mortgagees each execute, release, and endorse to Transform Distribution Center Holdco LLC, a Delaware limited liability company, the original mortgage note in favor of the Prior Mortgagees, as

joint and several creditors (*acreedores solidarios*), in the principal amount of $17,400,000.00 (the "Requested Endorsements"), the Prior Mortgagees expressed concerns that signing over the mortgage note to Transform Distribution Center Holdco LLC might not just release the Prior Mortgagees' liens as against the Properties but might also impact the Prior Mortgagees' ability to pursue their claims against the Debtors (which claims are unresolved) stemming from the mortgage note, and to satisfy those claims through any replacement liens, adequate protection liens or superpriority administrative expense claims granted to the Prior Mortgagees.

**PLEASE TAKE FURTHER NOTICE** that to avoid further disputes with the Property Registrar and the Prior Mortgagees, the Buyer hereby requests entry of the attached Proposed Supplemental Order to supplement the Sale Order to specifically refer to the Properties for the sake of administrative convenience and judicial efficiency.

**PLEASE TAKE FURTHER NOTICE** that the Prior Mortgagees do not object to the entry of the Proposed Supplemental Order in the form attached to this Notice.

**PLEASE TAKE FURTHER NOTICE** that unless an objection is served and filed with proof of service with the Clerk of the Court, and a courtesy copy is delivered to the undersigned and to the chambers of the Honorable Robert D. Drain, so as to be received by **March 19, 2020 at 10:00 a.m. (Eastern Time)**, there will not be a hearing to consider the Proposed Supplemental Order, and the Proposed Supplemental Order may be signed and entered by the Court.

**PLEASE TAKE FURTHER NOTICE** that, if an objection is timely filed and served with respect to the Proposed Supplemental Order, a hearing (the "Hearing") will be held on **March 23, 2020 at 10:00 a.m. (Eastern Time)** to consider such objection before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601.

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted upon default.

Dated: March 11, 2020

New York, New York

/s/     Sean A. O'Neal
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Sean A. O'Neal, Esq.
Luke A. Barefoot, Esq.

*Attorneys for the Buyer*

**Exhibit A**

**Proposed Order**

Presentment Date and Time: March 20, 2020 at 10:00 a.m. (Eastern Time)
Objection Deadline: March 19, 2020 at 10:00 a.m. (Eastern Time)
Hearing Date and Time (Only if Objections Filed): March 23, 2020 at 10:00 a.m. (Eastern Time)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
In re                                                            :
                                                                 :    Chapter 11
SEARS HOLDINGS CORPORATION, *et al.*,                            :
                                                                 :    Case No. 18-23538 (RDD)
                                                                 :
Debtors.[1]                                                      :
                                                                 :
                                                                 :    (Jointly Administered)
---------------------------------------------------------------- x

**[PROPOSED] ORDER SUPPLEMENTING THE SALE ORDER (DOCKET NO. 2507) WITH RESPECT TO THE RELEASE OF LIENS ON THE PROPERTIES KNOWN AS RIO PIEDRAS (LOCATION 8975) IN PUERTO RICO**

Upon filing of the *Notice of Presentment of Order Supplementing the Sale Order (Docket No. 2507) With Respect to the Release of Liens on the Properties Known as Rio Piedres (Location 8975) in Puerto Rico* (the "Notice of Presentment"); and upon entry of the *Order (I) Approving the Asset Purchase Agreement Among Sellers and Buyer, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts, and Leases in Connection Therewith and (IV) Granting Related Relief* (Docket No. 2507) (the "Sale Order"), under

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

which the Buyer purchased substantially all of the Debtors' assets, including the properties known as Rio Piedras, Cupey Bajo, San Juan, Puerto Rico (location 8975), as further described in Exhibit A attached hereto, and whose contents are incorporated as if fully transcribed at length herein, and made a part of this Supplemental Order (the "Properties"), free and clear of all liens, claims and encumbrances (the "Sale Transaction"); and due and proper notice of the relief requested in the Notice of Presentment having been provided in accordance with the *Amended Order Implementing Certain Notice and Case Management Procedures* (Docket No. 405) (the "Amended Case Management Order"); and there being no objections to the relief granted herein; and it appearing that no other or further notice need be provided in accordance with the Amended Case Management Order or otherwise and no hearing is required with respect to the Notice of Presentment's request for the relief granted herein; and, after due deliberation, the Court having determined that the legal and factual bases set forth in the Notice of Presentment establish sufficient cause for the relief granted herein, and it appearing that a request for cancellation of liens in the records of the Puerto Rico Property Registry ("Property Registry") is necessary and proper for the implementation of the Supplemental Order; now, therefore,

**IT IS HEREBY ORDERED THAT**:

1. Pursuant to the Sale Order, and this Order, the Puerto Rico Property Registrar, San Juan Registries III and IV (the "Property Registrar") is authorized and directed to perform all operations necessary in the system and records of the Property Registry to cancel, eliminate, and/or extinguish any and all claims, interests, and encumbrances over the Properties, including the liens of the Prior Mortgagees (defined below); and

2. A Writ of Cancellation of Liens (substantially in the form attached hereto as Schedule I) may be issued by the Clerk of this Court, whereby the Property Registrar shall be instructed to cancel any liens, claims, interests or encumbrances assessed over the Properties, as fully identified and described hereto, whose extinguishment, cancellation or elimination shall take place upon any party submitting and presenting a certified copy of the Writ of Cancellation of Liens, upon

the Property Registry.

3. Nothing in this Order or in the Writ of Cancellation of Liens or related to the implementation of either shall: (i) prejudice, alter or limit the rights of Carl Ireland, as guardian for James Garbe and his estate, and the United States of America (together the "Prior Mortgagees"), to pursue any claims against the Debtors, including any claims preserved in their proofs of claims, and any claims against the Debtors and their property stemming from the mortgage note between the Debtors and the Prior Mortgagees; or (ii) prejudice, alter or limit the rights of the Prior Mortgagees with respect to the existence, value and priority of any replacement liens, adequate protection liens or superpriority administrative expense claims provided to the Prior Mortgagees pursuant to paragraph 71 of the Sale Order, paragraph 65 of the Confirmation Order or any other order of this Court.

Dated: White Plains, New York
       March __, 2020

                                                    _____
                                                    UNITED STATES BANKRUPTCY JUDGE

**Exhibit A to the Order**

**PROPERTY DESCRIPTIONS**

1. "RUSTICA: Predio de terreno radicado en el Barrio Monacillos del término municipal de Río Piedras, compuesto de siete punto seis mil quinientos setenta y cinco (7.6575) cuerdas, equivalentes a treinta mil noventa y seis punto nueve mil trescientos ochenta y siete metros cuadrados (30,096.9387), marcada parcela "A" en el Plano de Inscripción aprobado y certificado por la junta de planificación, caso número sesenta raya dieciocho veinte (60-1820). En colindancia por el NORTE, con la parcela "C" y "E" de la finca principal de la cual se segrega; por el SUR, con franja de terreno del Estado Libre Asociado de Puerto Rico y por la carretera estatal número ciento setenta y seis (176), por el ESTE, colinda con franja libre de dedicarse al Gobierno de Estado Libre Asociado de Puerto Rico, cuya franja se denomina Parcela "B" en el plano de inscripción, la cual colinda con la orilla Oeste, del Río Piedras y es de diez (10) metros de ancho; por el OESTE, con la carretera estatal número ciento setenta y seis (176) y la Parcela "E" de la finca principal de la cual se hace segregación."

Property number 17328 recorded at page 221 of volume 466 in Monacillos, Registry of Property of Puerto Rico, Section of San Juan III is affected by the following liens and encumbrances:

(a) By itself, it is subject to a mortgage securing a mortgage note in favor of the United States of America and Carl Ireland Curtis, as guardian for James Garbe and his estate, as joint and several creditors (*acreedores solidarios*), in the principal amount Seventeen Million Four Hundred Thousand Dollars ($17,400,000.00), for which the property secures Fifteen Million Four Hundred Eighty Thousand Dollars ($15,480,000.00), with interest at the rate of one point five percent (1.5%) per annum and constituted pursuant to Deed Number Two (2) executed on January twelve (12), two thousand eighteen (2018) before Notary Miguel A. Blanco Fuertes, recorded in the Registry at the Karibe volume of the Third (III) Section of San Juan, property number seventeen thousand three hundred twenty-eight (17,328) of Monacillos, third (3rd) inscription.

2. "RUSTICA: Parcela de terreno sito en el barrio Cupey del término de Río Piedras, compuesta de veintiocho mil ochocientos treinta y uno punto setenta (28,831.70) metros cuadrados, equivalentes a siete punto tres mil trescientos cincuenta y cuatro (7.3354) cuerdas. En lindes por el NORTE, en una línea quebrada de ciento veintiocho punto veintinueve (128.29) metros de longitud, con el Río Piedras y en otra distancia de doscientos veinte punto veinticuatro (220.24) metros de longitud, siguiendo el eje de la Quebrada Guaracanal ya canalizada, con la finca Mariana de la Universidad de Puerto Rico, ESTE, en una línea quebrada de 194.37 metros de longitud, con el remanente de la finca principal de la Sucesión de Guillermo S. Pierluisi; SUR, en una distancia de sesenta y ocho punto treinta y nueve (68.39) metros, con una franja de terreno que se segregó de la misma finca principal y se dedicó a uso público para el ensanche de la carretera estatal PR 176; OESTE, en una distancia quebrada de trescientos veintitrés punto setenta y dos (323.72) metros, con el Río Piedras."

Property number 9717 is recorded at page 181 of volume 302 in Río Piedras Sur, Registry of Property of Puerto Rico, Section of San Juan IV is affected by the following liens and encumbrances:

(a) By itself, it is subject to a mortgage securing a mortgage note in favor of the United States of America and Carl Ireland Curtiss, as guardian for James Garbe and his estate, as joint and several creditors (*acreedores solidarios*), in the principal amount Seventeen

Million Four Hundred Thousand Dollars ($17,400,000.00), for which the property secures One Million Nine Hundred Twenty Thousand Dollars ($1,920,000.00), with interest at the rate of one point five percent (1.5%) per annum and constituted pursuant to Deed Number Two (2) executed on January twelve (12), two thousand eighteen (2018) before Notary Miguel A. Blanco Fuertes, recorded in the Registry at the Karibe volume of the Fourth (IV) Section of San Juan, property number nine thousand seven hundred seventeen (9,717) of Río Piedras South, second (2nd) inscription.

# SCHEDULE I to the Order

## Form of Writ of Cancellation of Liens

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re                                                                          :
                                                                                    :    **Chapter 11**
**SEARS HOLDINGS CORPORATION,** *et al.,*    :
                                                                                    :    Case No. 18-23538 (RDD)
                                                                                    :
        Debtors.[1]                                                     :    (Jointly Administered)
------------------------------------------------------------ x

## WRIT OF CANCELLATION OF LIENS

THE PRESIDENT OF THE UNITED STATES OF AMERICA
THE UNITED STATES OF AMERICA
THE COMMONWEALTH OF PUERTO RICO

**TO: THE HONORABLE PROPERTY REGISTRAR, SAN JUAN PROPERTY REGISTRIES III AND IV**

WHEREAS, the Honorable U.S. Bankruptcy Judge, Robert D. Drain, entered an order (Docket No. 2507) on February 8, 2019 (the "Sale Order"), approving the sale of substantially all of the assets of Sears Holdings Corporation and its subsidiaries, including without limitation, the parcels of land located in San Juan, Puerto Rico known as Rio Piedras (location 8975) (the "Properties") to Transform Holdco LLC and certain of its affiliated entities (the "Buyer");

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

WHEREAS, pursuant to the Sale Order, the Properties have been transferred to Buyer, free and clear of all liens and encumbrances including free and clear of any and all liens held by Carl Ireland, as guardian for James Garbe and his estate, and the United States of America (together, the "Prior Mortgagees");

WHEREAS, the Honorable U.S. Bankruptcy Judge, Robert D. Drain, has issued an order suplementing the Sale Order regading the Properties (the "Supplemental Order"), which includes the following provisions:

1.      Pursuant to the Sale Order, and this Order, the Puerto Rico Property Registrar, San Juan Registries III and IV (the "Property Registrar") is authorized and directed to perform all operations necessary in the system and records of the Property Registry to cancel, eliminate, and/or extinguish any and all claims, interests, and encumbrances over the Properties; and

2.      A Writ of Cancellation of Liens (substantially in the form attached hereto as Schedule I) may be issued by the Clerk of this Court, whereby the Property Registrar shall be instructed to cancel any liens, claims, interests or encumbrances assessed over the Properties, as fully identified and described hereto, whose extinguishment, cancellation or elimination shall take place upon any party submitting and presenting a certified copy of the Writ of Cancellation of Liens, upon the Property Registry.

SO ORDERED.

In New York, New York, this [  ] day of [     ], 2020

[SIGNATURE]

WHEREOF, by way of the present Writ of Cancellation of Liens, you, as the Puerto Rico Property Registrar and in compliance with the Sale Order and the Supplemental Order described above, are hereby ORDERED to proceed with the cancellation of liens described in the Supplemental Order transcribed above and which may encumber the Properties described in its Exhibit A.

IN TESTIMONY OF WHICH, I issue the present writ under my signature and the seal of this Court.

In New York, New York, this [  ] day of [      ], 2020

[CLERK SIGNATURE]