UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re:

    Sears Holdings Corporation, et al.,

                         Debtor

Case No.: 18-23538

Chapter 11

-------------------------------------------------------------x

Kmart Holding Corporation,

                         Plaintiff

                         v.

B. Fernandez & Hnos., Inc.,

                         Defendant

Adversary Proceeding No.: 20-08251

-------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    I, Alfredo Fernández-Martínez, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent B. Fernández & Hnos., Inc., a Defendant in the above-referenced ☐ case ☑ adversary proceeding.

    ***I certify that I am a member in good standing*** of the bar in the Commonwealth of Puerto Rico and, if applicable, the bar of the U.S. District Court for the District of Puerto Rico.

    I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 3/12/2020
San Juan, Puerto Rico

/s/ Alfredo Fernández-Martínez
*Mailing Address*:
PO Box 11750
Fernández Juncos Station
San Juan, Puerto Rico 00910-1750
*E-mail*: afernandez@delgadofernandez.com
*Telephone number*: (787) 274-1414

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re:

    Sears Holdings Corporation, et al.,
                              Debtor

-------------------------------------------------------------x

    Kmart Holding Corporation,

                              Plaintiff

                        v.

    B. Fernandez & Hnos., Inc.,
                              Defendant

-------------------------------------------------------------x

Case No.: 18-23538

Chapter 11

Adversary Proceeding No.: 20-08251

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

       Upon the motion of Alfredo Fernández-Martínez, to be admitted, *pro hac vice*, to represent B. Fernández & Hnos., Inc., (the "Client") a Defendant in the above referenced ☐ case ☑ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the Commonwealth of Puerto Rico and, if applicable, the bar of the U.S. District Court for the District of Puerto Rico, it is hereby

       **ORDERED**, that Alfredo Fernández-Martínez, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☐ case ☑ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York       /s/ _____

                                                              UNITED STATES BANKRUPTCY JUDGE