**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re: Sears Holding Corporation, et al.,

                             Debtors

Case No.: 18-23538-rdd

Chapter 11

(Jointly Administered)

---------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of  Jason M. Katz  to be admitted, *pro hac vice*, to represent  Naterra International, Inc.  (the "Client") in the above referenced ☑ cases ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  Texas  and the bar of the U.S. District Court for the  Northern  District of  Texas , it is hereby

**ORDERED**, that  Jason M. Katz , Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ cases ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
       March 12, 2020

                                               /s/Robert D. Drain
                                               UNITED STATES BANKRUPTCY JUDGE