**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------ x

In re: Sears Holdings Corporation

Debtor

Case No.: 18−23538−rdd

Chapter 11

------------------------------------------------------ x

Sears Home Improvement Products, Inc. and

Kmart Holding Corporation

Plaintiffs

v.

Archon Energy Solutions and

Field Manufacturing Corporation

Defendants

Adversary Proceeding Nos.:
20−08861−rdd; 20−08289−rdd

x

x

------------------------------------------------------ x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Magdalena Izabela Zalewski, to be admitted, *pro hac vice*, to represent Archon Energy Solutions and Field Manufacturing Corporation, (the "Clients") defendants in the above referenced adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bar in the State of New York, it is hereby

**ORDERED**, that Magdalena Izabela Zalewski, Esq., is admitted to practice, *pro hac vice*, in the above referenced cases and adversary proceedings to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: March 12, 2020
White Plains, New York

/s/ Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE

18-23538-shl    Doc 7441    Filed 03/12/20    Entered 03/12/20 15:32:06    Main Document
Pg 2 of 2