# Exhibit 1

WEIL:\97412362\1\73217.0004

**Debtors' Thirteenth Omnibus Objection**
**Exhibit 1 - Claims Reclassified or Disallowed**

*In re: Sears Holdings Corporation, et al.*
Case No. 18-23538 (RDD)

| Ref # | Name of Claimant | Reclassified Claims ||| 503(b)(9) Administrative Priority Claim | Amount Reclassified as General Unsecured Claim |
|---|---|---|---|---|---|---|
| | | Affected Claim No. | Affected Ballot No. | | | |
| 1. | Action Packaged, Inc. | 5807 | N/A | $60,415.90 | $60,415.90 |
| 2. | Action Packaged, Inc. | 13469 | N/A | $8,714.57 | $8,714.57 |
| 3. | ALLIANCE GROUPS INTL LLC | * | 18235380101236 | | $2,475.00 | $2,475.00 |
| 4. | ALS GROUP INC | 10844 | 18235380104225 | $3,051.13 | $3,051.13 |
| 5. | ALS GROUP INC | 12417 | 18235380104225 | $3,051.13 | $3,051.13 |
| 6. | AMAZONLOT | 836 | 18235380101280 | $107,779.27 | $107,779.27 |
| 7. | AMAZONLOT | 12451 | 18235380101280 | $107,779.27 | $107,779.27 |
| 8. | Amber Limited | 12437 | N/A | $34,236.76 | $34,236.76 |
| 9. | ARROW GLOBAL ASSET DISPOSITION, INC. | 8679 | 18235380103939 | $18,378.76 | $18,378.76 |
| 10. | BARLEY GRAINS LLC | 12629 | N/A | $25,193.88 | $25,193.88 |
| 11. | BBW BRANDS INC | 10725 | 18235380104049 | $1,286.95 | $1,286.95 |

**Debtors' Thirteenth Omnibus Objection**
**Exhibit 1 - Claims Reclassified or Disallowed**

*In re: Sears Holdings Corporation, et al.*
*Case No. 18-23538 (RDD)*

| Ref # | Name of Claimant | Reclassified Claims ||| 503(b)(9) Administrative Priority Claim | Amount Reclassified as General Unsecured Claim |
| | | Affected Claim No. | Affected Ballot No. | | | |
|---|---|---|---|---|---|
| 12. | BEACH TRADING CO | * | 18235380101016913 | $67,129.81 | $67,129.81 |
| 13. | BEYOND TONIGHT LLC | * | 18235380101016972 | $9,394.69 | $9,394.69 |
| 14. | BROWNS LINEN INC | * | 18235380101014116 | $6,400.00 | $6,400.00 |
| 15. | CHAINSCROLL LIMITED | 12197 | N/A | $11,500.01 | $11,500.01 |
| 16. | CHECKING | * | 18235380101014158 | $1,504.00 | $1,504.00 |
| 19. | CHIGANT LIMITED | 12518 | N/A | $17,971.60 | $17,971.60 |
| 20. | Clemons Business Group, LLC | 11508 | 18235380101040066 | $24,531.84 | $24,531.84 |
| 21. | Clemons Business Group, LLC dba 2Shop | 4286 | 18235380101040067 | $48,725.96 | $48,725.96 |
| 22. | CPO Commerce, Inc. | 13925 | 18235380101042639 | $363,904.36 | $363,904.36 |
| 23. | Debra Barrett Jones on behalf of C&D Floor Care, LLC DBA Tidy Vacuums, LLC | 16777 | 18235380101040129 | $44,989.44 | $44,989.44 |
| 24. | Debra Barrett Jones on behalf of C&D Floor Care, LLC DBA Tidy Vacuums, LLC | 17425 | 18235380101040129 | $44,989.44 | $44,989.44 |

2

**Debtors' Thirteenth Omnibus Objection**
**Exhibit 1 - Claims Reclassified or Disallowed**

*In re: Sears Holdings Corporation, et al.*
*Case No. 18-23538 (RDD)*

| Ref # | Name of Claimant | Reclassified Claims | | | Amount Reclassified as General Unsecured Claim |
|---|---|---|---|---|---|
| | | Affected Claim No. | Affected Ballot No. | 503(b)(9) Administrative Priority Claim | |
| 25. | Delta Canopies | 11684 | N/A | $27,586.94 | $27,586.94 |
| 26. | DESIGN INTERNATIONAL GROUP INC | * | 18235380101016576 | $85,709.11 | $85,709.11 |
| 27. | DREAMWAY TRADING LLC | 14725 | 18235380101015765 | $1,391.17 | $1,391.17 |
| 28. | EDEALSZONE INC | 1375 | 18235380101042152 | $123,420.18 | $123,420.18 |
| 29. | EDEALSZONE INC | 12459 | 18235380101042152 | $123,420.18 | $123,420.18 |
| 30. | ELGEO CORP | 4009 | 18235380101015930 | $4,835.43 | $4,835.43 |
| 31. | Enumber Inc | * | 18235380101015981 | $194,242.42 | $194,242.42 |
| 33. | Factory Outlet Stores LLC | 8632 | 18235380101042251 | $35,589.02 | $35,589.02 |
| 34. | FASHION ELITE LIMITED | 12449 | N/A | $13,517.48 | $13,517.48 |
| 35. | Find Import Corporation c/o Blue Lake Inc | 10174 | N/A | $50,138.93 | $50,138.93 |
| 36. | FUNFASH INC | * | 18235380101015586 | $11,432.00 | $11,432.00 |

**Debtors' Thirteenth Omnibus Objection**
**Exhibit 1 - Claims Reclassified or Disallowed**

*In re: Sears Holdings Corporation, et al.*
*Case No. 18-23538 (RDD)*

| Ref # | Name of Claimant | Reclassified Claims | | | Amount Reclassified as General Unsecured Claim |
|---|---|---|---|---|---|
| | | Affected Claim No. | Affected Ballot No. | 503(b)(9) Administrative Priority Claim | |
| 37. | FzMerchandise LLC | 4262 | N/A | $7,653.44 | $7,653.44 |
| 38. | GENESCO INC | 12209 | 18235380101014467 | $28,758.90 | $28,758.90 |
| 39. | GIVE 5 TO CANCER | 3464 | 18235380101015700 | $1,200.00 | $1,200.00 |
| 40. | GOLDEN VANTAGE LLC | 7990 | N/A | $37,594.55 | $37,594.55 |
| 41. | IBRAHIM KHWAJA | 16462 | 18235380101014568 | $16,145.00 | $16,145.00 |
| 42. | IMPERIAL INDUSTRIAL SUPPLY CO | 1618 | N/A | $10,479.22 | $10,479.22 |
| 43. | IMPERIAL INDUSTRIAL SUPPLY CO | 1887 | N/A | $41,578.95 | $41,578.95 |
| 44. | INVENTORY ADJUSTERS | 1758 | 18235380101040333 | $9,932.05 | $9,932.05 |
| 45. | INVENTORY ADJUSTERS | 1879 | 18235380101040333 | $9,932.05 | $9,932.05 |
| 46. | INVENTORY ADJUSTERS | 8499 | 18235380101040333 | $9,932.05 | $9,932.05 |
| 47. | IPARIS LLC | 2673 | 18235380101015645 | $9,856.06 | $9,856.06 |

**Debtors' Thirteenth Omnibus Objection**
**Exhibit 1 - Claims Reclassified or Disallowed**

*In re: Sears Holdings Corporation, et al.*
*Case No. 18-23538 (RDD)*

| Ref # | Name of Claimant | Reclassified Claims ||| Amount Reclassified as General Unsecured Claim |
|---|---|---|---|---|---|
| | | Affected Claim No. | Affected Ballot No. | 503(b)(9) Administrative Priority Claim | |
| 48. | ISABELLAS FATE CYNTHIA L NAPOLITAN | 5531 | 18235380101565 | $4,860.63 | $4,860.63 |
| 49. | ISAVE ONLINE STORES LLC | 8520 | 18235380101565 | $45,919.01 | $45,919.01 |
| 50. | IVGSTORES LLC | 10592 | 18235380101585 | $45,113.01 | $45,113.01 |
| 51. | JACQUELINE KRAEHE | * | 18235380101487 | $6,229.78 | $6,229.78 |
| 52. | JODIEMAHER | * | 18235380101492 | $17,396.00 | $17,396.00 |
| 53. | JODIEMAHER | * | 18235380101492 | $23,298.00 | $23,298.00 |
| 54. | K2 MOTOR CORP | * | 18235380101498 | $8,106.63 | $8,106.63 |
| 55. | Kapscomoto Inc. | 8560 | 18235380103982 | $24,125.70 | $24,125.70 |
| 56. | KC TOOL | 2962 | 18235380101465 | $6,743.02 | $6,743.02 |
| 62. | KTM Ventures LLC dba USAetail | 10568 | 18235380104040 | $7,913.75 | $7,913.75 |
| 63. | LEG AVENUE INC | * | 18235380104332 | $12,200.00 | $12,200.00 |

**Debtors' Thirteenth Omnibus Objection**
**Exhibit 1 - Claims Reclassified or Disallowed**

*In re: Sears Holdings Corporation, et al.*
*Case No. 18-23538 (RDD)*

| Ref # | Name of Claimant | Reclassified Claims | | 503(b)(9) Administrative Priority Claim | Amount Reclassified as General Unsecured Claim |
|---|---|---|---|---|---|
| | | Affected Claim No. | Affected Ballot No. | | |
| 64. | LIMITLESS USA INC. | 16336 | 18235380101041575 | $37,211.34 | $37,211.34 |
| 65. | LIMITLESS USA INC. | 16615 | 18235380101041575 | $37,211.34 | $37,211.34 |
| 66. | LUXURY DIVAS CORPORATION | * | 18235380101014814 | $2,397.82 | $2,397.82 |
| 67. | MANUS, JASON | 9071 | 18235380101041641 | $822.88 | $822.88 |
| 68. | MARKET PARTNER SR INC | 9034 | 18235380101019093 | $249,874.71 | $249,874.71 |
| 69. | MAXI-AIDS INC | 8109 | 18235380101019149 | $3,949.56 | $3,949.56 |
| 70. | MELISSA RADNER | 14202 | 18235380101019213 | $15,003.64 | $15,003.64 |
| 71. | NILIMA ONLINE SERVICES INC | 6589 | 18235380101043478 | $10,768.00 | $10,768.00 |
| 72. | NSF SERVICES INC | 1560 | 18235380101019543 | $18,173.02 | $18,173.02 |
| 73. | Pagacat Inc | 12435 | N/A | $14,397.53 | $14,397.53 |
| 74. | PREMIER PRODUCTS LLC | * | 18235380101019881 | $342.99 | $342.99 |

**Debtors' Thirteenth Omnibus Objection**
**Exhibit 1 - Claims Reclassified or Disallowed**

*In re: Sears Holdings Corporation, et al.*
*Case No. 18-23538 (RDD)*

| Ref # | Name of Claimant | Reclassified Claims ||| Amount Reclassified as General Unsecured Claim |
|---|---|---|---|---|---|
| | | Affected Claim No. | Affected Ballot No. | 503(b)(9) Administrative Priority Claim | |
| 75. | PURE GLOBAL BRANDS INC | 6121 | 18235380101019963 | $55,059.07 | $55,059.07 |
| 76. | Quality Photo | 12394 | N/A | $8,045.58 | $8,045.58 |
| 77. | R&M GROUP | 1424 | 18235380101020006 | $10,775.00 | $10,775.00 |
| 78. | RAC ENTERPRISES INC | 12157 | N/A | $13,802.66 | $13,802.66 |
| 79. | Reynolds Building Systems | 6275 | 18235380101040656 | $5,601.00 | $5,601.00 |
| 80. | RICHARD COFFEY | * | 18235380101018633 | $9,388.98 | $9,388.98 |
| 81. | RLB WORLDWIDE LLC | 13513 | 18235380101018678 | $482.68 | $482.68 |
| 84. | SoftwareCW LLC | * | 18235380101018813 | $3,782.95 | $3,782.95 |
| 85. | Soteer Limited | 12475 | N/A | $13,650.38 | $13,650.38 |
| 86. | Spohn Global Enterprises, LLC | 19964 | 18235380101041202 | $4,203.81 | $4,203.81 |
| 87. | SUN-MART INTL CO LTD | * | 18235380101020509 | $6,157.60 | $6,157.60 |

**Debtors' Thirteenth Omnibus Objection**
**Exhibit 1 - Claims Reclassified or Disallowed**

*In re: Sears Holdings Corporation, et al.*
*Case No. 18-23538 (RDD)*

| Ref # | Name of Claimant | Reclassified Claims | | | Amount Reclassified as General Unsecured Claim |
|---|---|---|---|---|---|
| | | Affected Claim No. | Affected Ballot No. | 503(b)(9) Administrative Priority Claim | |
| 88. | TECHSPRES LLC | * | 1823538801020620 | $18,921.56 | $18,921.56 |
| 89. | THE COUNTRY BUTLER | * | 1823538801020677 | $4,613.10 | $4,613.10 |
| 90. | The Twister Group, Inc. | 1482 | 1823538801041304 | $941.00 | $941.00 |
| 91. | TOOLS PLUS | 19878 | 1823538801020771 | $20,506.94 | $20,506.94 |
| 92. | Travel Accessories Inc | 7691 | N/A | $22,596.36 | $22,596.36 |
| 93. | TREND LAB LLC | 20448 | 1823538801020831 | $10,484.35 | $10,484.35 |
| 94. | UnbeatableSale.com, Inc. | 13535 | N/A | $213,192.33 | $213,192.33 |
| 95. | VBN SALES | * | 1823538801021021 | $7,604.29 | $7,604.29 |
| 96. | Wearwolf Limited | 12487 | N/A | $94,148.11 | $94,148.11 |
| 97. | WEB RIVER GROUP INC | * | 1823538801021181 | $5,451.60 | $5,451.60 |
| 98. | WESOKY LIMITED | 12439 | N/A | $183,327.73 | $183,327.73 |

**Debtors' Thirteenth Omnibus Objection** *In re: Sears Holdings Corporation, et al.*
**Exhibit 1 - Claims Reclassified or Disallowed** Case No. 18-23538 (RDD)

| Ref # | Name of Claimant | Reclassified Claims | | | Amount Reclassified as General Unsecured Claim |
|---|---|---|---|---|---|
| | | Affected Claim No. | Affected Ballot No. | 503(b)(9) Administrative Priority Claim | |
| 99. | XI TAN | * | 182353801021352 | $5,000.00 | $5,000.00 |
| 100. | Yaheetech | 15994 | N/A | $11,532.65 | $11,532.65 |

* Amount asserted to be disallowed subject to Bankruptcy Court Order [ECF No. 2676]