**Exhibit 1**

Debtors' Twelfth Omnibus Objection
Exhibit 1 - Disallowed and Expunged Claims

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

### Schedule of Administrative Expense Claims to be Disallowed and Expunged*

| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | Ballot Amount | Amount Disallowed and Expunged | Reason for Proposed Disallowance and Expungement |
|---|---|---|---|---|---|---|
| 1. | 10 MANAGEMENT INCORPORATED, INC | 4521 | 18235380103987B | $38,985.00 | $38,985.00 | The Ballot is rejected because it was previously reclassified to general unsecured claim in Second Omnibus Objection approved in the Court Order (ECF No. 5997) |
| 2. | 3M PUERTO RICO INC | N/A | 18235380101708B | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim for Admin Claims associated |
| 3. | 8 TO 20 PARTNERS LLC | N/A | 18235380101389Z | $984,745.50 | $984,745.50 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 4. | AGILENCE, INC | N/A | 18235380103990Q | $27,500.00 | $27,500.00 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 5. | ALEXANDER, FELICIA | 10570 | 18235380104274Z | Unliquidated | Entire Claim | The Ballot is rejected because it was previously reclassified to general unsecured claim in Fifth Omnibus Objection approved in the Court Order (ECF No. 5994) |
| 6. | AMERICAN PRIDE MECHANICAL INC | N/A | 18235380103992Q | $30,210.93 | $30,210.93 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 7. | AMERICAN TELECAST PRODUCTS LLC | N/A | 18235380101395Z | $9,237.20 | $9,237.20 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 8. | Amscan Inc | N/A | 18235380101752Z | $13,039.56 | $13,039.56 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 9. | ANILTA CORPORATION | N/A | 18235380101773O | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim associated |
| 10. | AVANTI, LOUISA | 14313 | 18235380104289J | Unliquidated | Entire Claim | The Ballot is rejected because it was previously reclassified to general unsecured claim in Second Omnibus Objection approved in the Court Order (ECF No. 5997) |
| 11. | AVANTI, LOUISA | 18374 | 18235380104289J | Unliquidated | Entire Claim | The Ballot is rejected because it was previously reclassified to general unsecured claim in Second Omnibus Objection approved in the Court Order (ECF No. 5997) |
| 12. | BARNES, ROSEMARY | 18870 | 18235380104283Z | Unliquidated | Entire Claim | The Ballot is rejected because it was previously reclassified to general unsecured claim in Second Omnibus Objection approved in the Court Order (ECF No. 5997) |
| 13. | BAUZELLE, VIRGINIA | 10809 | 18235380104327Z | Unliquidated | Entire Claim | The Ballot is rejected because it was previously reclassified to general unsecured claim in Second Omnibus Objection approved in the Court Order (ECF No. 5997) |
| 14. | BEAUMONT PRODUCTS INC | N/A | 18235380101692J | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim for Admin Claims associated |
| 15. | Benitez Hermanos, Inc. | 1688 | 18235380104328Z | $625,555.18 | $625,555.18 | The Ballot is rejected because it was previously reclassified to general unsecured claim in Fifth Omnibus Objection approved in the Court Order (ECF No. 5994) |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

Debtors' Twelfth Omnibus Objection
Exhibit 1 - Disallowed and Expunged Claims

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

### Schedule of Administrative Expense Claims to be Disallowed and Expunged*

| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | Ballot Amount | Amount Disallowed and Expunged | Reason for Proposed Disallowance and Expungement |
|---|---|---|---|---|---|---|
| 16. | Birchwood Snow & Landscaping Contractors | N/A | 18235380103976 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim for Admin Claims associated |
| 17. | Blue Heron Restaurant Operations, Inc. | N/A | 18235380104501 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim for Admin Claims associated |
| 18. | BME Inc | N/A | 18235380104972 | $69,534.96 | $69,534.96 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 19. | BOSH ENTERPRISES INC | 18766 | 18235380104934 | Unliquidated | Entire Claim | The Ballot is rejected because it was previously reclassified to general unsecured claim in Second Omnibus Objection approved in the Court Order (ECF No. 5997) |
| 20. | Braga, Stephen | 13432 | 18235380104957 | $110.00 | $110.00 | The Ballot is rejected because it was previously reclassified to general unsecured claim in Second Omnibus Objection approved in the Court Order (ECF No. 5997) |
| 21. | BRAXTON, LORI | 11616 | 18235380104296 | $173,500,000.00 | $173,500,000.00 | The Claim provides no basis and no support for the asserted Administrative Expense Claim amount. |
| 22. | BROOKE GRAPHICS LLC | N/A | 18235380101406 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim for Admin Claims associated |
| 23. | BROOKS, DONALD R | 19432 | 18235380104320 | Unliquidated | Entire Claim | The Ballot is rejected because it was previously reclassified to general unsecured claim in Second Omnibus Objection approved in the Court Order (ECF No. 5997) |
| 24. | CALCULATED INDUSTRIES INC | N/A | 18235380101634 | $1,462.73 | $1,462.73 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 25. | CALTAGIRONE, REGINA | 18898 | 18235380104383 | $5,000.00 | $5,000.00 | The Claim provides no basis and no support for the asserted Administrative Expense Claim amount. |
| 26. | CAPE ELECTRICAL SUPPLY LLC | N/A | 18235380101660 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim associated |
| 27. | CHEUNG TAI PLASTIC FACTORY LTD | N/A | 18235380101753 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim associated |
| 28. | Daily News | N/A | 18235380104857 | $0.00 | Entire Claim | The asserted amount of Administrative Expense Claim is $0 |
| 29. | DAVID M FAGAN OD PA | N/A | 18235380101317 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim associated |
| 30. | DIALOGTECH INC | N/A | 18235380104037 | $3,130.33 | $3,130.33 | Post-petition AP balance is not the Debtors' liability due to contracts assumed by Transform Holdco LLC |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

Debtors' Twelfth Omnibus Objection
Exhibit 1 - Disallowed and Expunged Claims

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

**Schedule of Administrative Expense Claims to be Disallowed and Expunged[*]**

| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | Ballot Amount | Amount Disallowed and Expunged | Reason for Proposed Disallowance and Expungement |
|---|---|---|---|---|---|---|
| 31. | DUARTE, RICARDO A | 18202 | 18235380104049 | Unliquidated | Entire Claim | The Ballot is rejected because it was previously reclassified to general unsecured claim in Second Omnibus Objection approved in the Court Order (ECF No. 5997) |
| 32. | E GLUCK CORPORATION | N/A | 18235380101584 | $330,964.51 | $330,964.51 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 33. | EASTRIDGE OPTOMETRY INC | N/A | 18235380101432 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim associated |
| 34. | EZ Maintenance Services, LLC | N/A | 18235380104224 | $148,400.79 | $148,400.79 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 35. | FASHION M INC | N/A | 18235380101546 | $13,431.71 | $13,431.71 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 36. | FAUX, BRENDA | 14994 | 18235380104021 | $20,000.00 | $20,000.00 | The Claim provides no basis and no support for the asserted Administrative Expense Claim amount. |
| 37. | FERGUSON, JASMINE K | 11203 | 18235380104021 | $278.00 | $278.00 | The Claim provides no basis and no support for the asserted Administrative Expense Claim amount. |
| 38. | Foster, Paula & Kenneth | 12037 | 18235380104231 | Unliquidated | Entire Claim | The Ballot is rejected because it was previously reclassified to general unsecured claim in Fifth Omnibus Objection approved in Court Order (ECF No. 5994) |
| 39. | GABYS BAGS LLC | 11576 | 18235380101561 | $9,269.67 | $9,269.67 | The Ballot is rejected because it was previously reclassified to general unsecured claim in Second Omnibus Objection approved in the Court Order (ECF No. 5997) |
| 40. | GABYS BAGS LLC | 15252 | 18235380101561 | $9,269.67 | $9,269.67 | The Ballot is rejected because it was previously reclassified to general unsecured claim in Second Omnibus Objection approved in the Court Order (ECF No. 5997) |
| 41. | GABYS BAGS LLC | 16631 | 18235380101561 | $9,269.67 | $9,269.67 | The Ballot is rejected because it was previously reclassified to general unsecured claim in Second Omnibus Objection approved in the Court Order (ECF No. 5997) |
| 42. | GAMBLE, FAITH | 18820 | 18235380104022 | $250,000.00 | $250,000.00 | The Claim provides no basis and no support for the asserted Administrative Expense Claim amount. |
| 43. | Glover, Warren | 9005 | 18235380104243 | Unliquidated | Entire Claim | The Ballot is rejected because it was previously reclassified to general unsecured claim in Second Omnibus Objection approved in the Court Order (ECF No. 5997) |
| 44. | GOLD WING TRADING INC | 3462 | 18235380101447 | $3,881.69 | $3,881.69 | The Ballot is rejected because it was previously reclassified to general unsecured claim in Second Omnibus Objection approved in the Court Order (ECF No. 5997) |
| 45. | GOLD WING TRADING INC | 11134 | 18235380101447 | $3,881.69 | $3,881.69 | The Ballot is rejected because it was previously reclassified to general unsecured claim in Second Omnibus Objection approved in the Court Order (ECF No. 5997) |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

**Debtors' Twelfth Omnibus Objection**
**Exhibit 1 - Disallowed and Expunged Claims**

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

**Schedule of Administrative Expense Claims to be Disallowed and Expunged***

| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | Ballot Amount | Amount Disallowed and Expunged | Reason for Proposed Disallowance and Expungement |
|---|---|---|---|---|---|---|
| 46. | GROUP O MARKETING SOLUTIONS | N/A | 1823538010040263 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim associated |
| 47. | HARRISON, LILLE | 18868 | 1823538010042987 | Unliquidated | Entire Claim | The Ballot is rejected because it was previously reclassified to general unsecured claim in Second Omnibus Objection approved in the Court Order (ECF No. 5997) |
| 48. | HAYGOOD, PEGGY | 12764 | 1823538010042995 | Unliquidated | Entire Claim | The Ballot is rejected because it was previously reclassified to general unsecured claim in Second Omnibus Objection approved in the Court Order (ECF No. 5997) |
| 49. | Hongkong Mingyuan Trading Co Ltd | N/A | 1823538010015304 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim for Admin Claims associated |
| 50. | Infinite Peripherals, Inc. | 1900 | 1823538010040328 | Unliquidated | Entire Claim | The Ballot is rejected because it was previously expunged in First Omnibus Objection approved in the Court Order (ECF No. 6019) |
| 51. | Infinite Peripherals, Inc. | 1979 | 1823538010040328 | Unliquidated | Entire Claim | The Ballot is rejected because it was previously expunged in First Omnibus Objection approved in the Court Order (ECF No. 6019) |
| 52. | JEWELRYAFFAIRS | N/A | 1823538010014902 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim for Admin Claims associated |
| 53. | KIDDIELAND TOYS LIMITED | N/A | 1823538010017591 | $41,777.20 | $41,777.20 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 54. | King, William | 12761 | 1823538010042099 | $5,951.90 | $5,951.90 | The Ballot is rejected because it was previously reclassified to general unsecured claim in Second Omnibus Objection approved in the Court Order (ECF No. 5997) |
| 55. | KRISAR ENTERPRISES | N/A | 1823538010014696 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim associated |
| 56. | Loftin, Linda | 11904 | 1823538010041587 | Unliquidated | Entire Claim | The Ballot is rejected because it was previously reclassified to general unsecured claim in Second Omnibus Objection approved in the Court Order (ECF No. 5997) |
| 57. | LOZADA, EDWIN | 10855 | 1823538010041603 | $13,041.01 | $13,041.01 | The Claim provides no basis and no support for the asserted Administrative Expense Claim amount. |
| 58. | LUCKETT, LIMITEE | 12533 | 1823538010040439 | $5,000.00 | $5,000.00 | The Claim provides no basis and no support for the asserted Administrative Expense Claim amount. |
| 59. | MARIAM ABRAR | N/A | 1823538010019079 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim for Admin Claims associated |
| 60. | MARK H LTD | N/A | 1823538010017057 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim for Admin Claims associated |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

**Debtors' Twelfth Omnibus Objection**
**Exhibit 1 - Disallowed and Expunged Claims**

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

**Schedule of Administrative Expense Claims to be Disallowed and Expunged***

| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | Ballot Amount | Amount Disallowed and Expunged | Reason for Proposed Disallowance and Expungement |
|---|---|---|---|---|---|---|
| 61. | Martinez, Sarah | 10269 | 182353801041659 | Unliquidated | Entire Claim | The Ballot is rejected because it was previously reclassified to general unsecured claim in Second Omnibus Objection approved in the Court Order (ECF No. 5997) |
| 62. | MATARAZZI CONTRACTING LLC | N/A | 182353801041662 | $110,139.97 | $110,139.97 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 63. | McDonald's Corporation | N/A | 182353801043499 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim for Admin Claims associated |
| 64. | McDonald's Restaurants of Florida, Inc. | N/A | 182353801043496 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim for Admin Claims associated |
| 65. | McDonald's Restaurants of Hawaii, Inc. | N/A | 182353801043497 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim for Admin Claims associated |
| 66. | McDonald's USA, LLC | N/A | 182353801043498 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim for Admin Claims associated |
| 67. | MCGRAW, THEDORE & MARJORIE | 10305 | 182353801040466 | Unliquidated | Entire Claim | The Ballot is rejected because it was previously reclassified to general unsecured claim in Ninth Omnibus Objection approved in the Court Order (ECF No. 6043) |
| 68. | Mechanical Tech Group, Inc. | N/A | 182353801019179 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim for Admin Claims associated |
| 69. | MELISSA MCDONALD | N/A | 182353801019210 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim associated |
| 70. | MIKE'S CLEAN SWEEP | N/A | 182353801040489 | $0.00 | Entire Claim | The asserted amount of Administrative Expense Claim is $0 |
| 71. | MODELOGIC MIDWEST LLC | N/A | 182353801041773 | $15,250.42 | $15,250.42 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 72. | Morris Costumes Inc. | N/A | 182353801019367 | $35,354.82 | $35,354.82 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 73. | Morrow Meadows Corporation | N/A | 182353801041789 | $42,580.57 | $42,580.57 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 74. | NATIONAL CHRISTMAS PRODUCTS INC | N/A | 182353801019433 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim for Admin Claims associated |
| 75. | Net Health Shops LLC | N/A | 182353801019474 | $13,459.41 | $13,459.41 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

**Debtors' Twelfth Omnibus Objection**
**Exhibit 1 - Disallowed and Expunged Claims**

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

**Schedule of Administrative Expense Claims to be Disallowed and Expunged\***

| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | Ballot Amount | Amount Disallowed and Expunged | Reason for Proposed Disallowance and Expungement |
|---|---|---|---|---|---|---|
| 76. | NEW PIONEER INDUSTRIAL LIMITED | N/A | 18235380101745 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim for Admin Claims associated |
| 77. | Norwood, Starla | 18698 | 18235380101042034 | Unliquidated | Entire Claim | The Ballot is rejected because it was previously reclassified to general unsecured claim in Fifth Omnibus Objection approved in the Court Order (ECF No. 5994) |
| 78. | NOVA GENESIS INTL CO LTD | N/A | 18235380101017010 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim for Admin Claims associated |
| 79. | NVE INC | N/A | 18235380101019554 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim associated |
| 80. | ONYX CORPORATION | N/A | 18235380101043344 | $0.00 | Entire Claim | The asserted amount of Administrative Expense Claim is $0 |
| 81. | PACE Claims Services LLC | N/A | 18235380101019690 | $27,800.00 | $27,800.00 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 82. | PERINE LOWE INC | N/A | 18235380101019780 | $18,437.25 | $18,437.25 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 83. | PJ CHONBURI PARAWOOD CO., LTD. | N/A | 18235380101017052 | $112,289.49 | $112,289.49 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 84. | PlusOne Solutions, Inc. | N/A | 18235380101041378 | $0.00 | Entire Claim | The asserted amount of Administrative Expense Claim is $0 |
| 85. | POKE, SABRINA J. | 13230 | 18235380101041384 | Unliquidated | Entire Claim | The Ballot is rejected because it was previously reclassified to general unsecured claim in Ninth Omnibus Objection approved in the Court Order (ECF No. 6043) |
| 86. | PREMIER HORTICULTURE INC | N/A | 18235380101019878 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim for Admin Claims associated |
| 87. | PRIME GLOBAL PRODUCTS INC | N/A | 18235380101019896 | $9,040.57 | $9,040.57 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 88. | QUALITY BREWING INC | N/A | 18235380101019980 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim for Admin Claims associated |
| 89. | RASMUSSEN, CAROLYN | 19795 | 18235380101041491 | $9,761.92 | $9,761.92 | The support provided for the claim indicates no liability of the Debtors |
| 90. | Resurs2 Corporation | 8533 | 18235380101018603 | $10,958.00 | $10,958.00 | The Ballot is rejected because it was previously reclassified to general unsecured claim in Second Omnibus Objection approved in the Court Order (ECF No. 5997) |

\* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

Debtors' Twelfth Omnibus Objection
Exhibit 1 - Disallowed and Expunged Claims

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

**Schedule of Administrative Expense Claims to be Disallowed and Expunged[*]**

| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | Ballot Amount | Amount Disallowed and Expunged | Reason for Proposed Disallowance and Expungement |
|---|---|---|---|---|---|---|
| 91. | Rightline Gear, Inc. | N/A | 182353801041614 | $21,711.50 | $21,711.50 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 92. | RMS INTERNATIONAL USA INC | N/A | 182353801018685 | $175,880.58 | $175,880.58 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 93. | RUYI DESIGN & MANUFACTURE INC | N/A | 182353801020148 | $221,955.36 | $221,955.36 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 94. | SAKUTORI DESIGNS LLC | N/A | 182353801020181 | $21,388.50 | $21,388.50 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 95. | SAMUEL K AMEYAW | N/A | 182353801033155 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim for Admin Claims associated |
| 96. | SELECT EXPRESS & LOGISTICS LLC | N/A | 182353801020284 | $1,920.20 | $1,920.20 | Post-petition AP balance is not the Debtors' liability due to contracts assumed by Transform Holdco LLC |
| 97. | SMOKY MOUNTAIN BOOTS INC | N/A | 182353801020464 | $20,436.00 | $20,436.00 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 98. | SOHO DESIGNS LLP | N/A | 182353801018817 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim associated |
| 99. | SOUTH PACIFIC FASHIONS LTD | N/A | 182353801013857 | $1,221,732.99 | $1,221,732.99 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 100. | STOREX INDUSTRIES CORPORATION | N/A | 182353801017395 | $8,796.26 | $8,796.26 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 101. | SUMMER RIO CORP | N/A | 182353801020495 | $16,601.56 | $16,601.56 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 102. | TEE ZED PRODUCTS LLC | N/A | 182353801020624 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim for Admin Claims associated |
| 103. | THREE STARS FASHION | N/A | 182353801039835 | $154,883.07 | $154,883.07 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 104. | TRENDS INTERNATIONAL INC | N/A | 182353801020833 | $28,832.11 | $28,832.11 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |
| 105. | VILLAS SERVICES | N/A | 182353801040861 | $13,052.05 | $13,052.05 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

**Debtors' Twelfth Omnibus Objection**
**Exhibit 1 - Disallowed and Expunged Claims**

**In re: Sears Holdings Corporation, *et al.***
**Case No. 18-23538 (RDD)**

### Schedule of Administrative Expense Claims to be Disallowed and Expunged*

| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | Ballot Amount | Amount Disallowed and Expunged | Reason for Proposed Disallowance and Expungement |
|---|---|---|---|---|---|---|
| 106. | WASHINGTON, MARY | 9904 | 18235380104092 | $14,282.31 | $14,282.31 | The support provided for the claim indicates no liability of the Debtors |
| 107. | WEST JUNCTION INC | N/A | 18235380102122 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim for Admin Claims associated |
| 108. | WILLERT HOME PRODUCTS INC | N/A | 18235380102174 | Unliquidated | Entire Claim | The Claim relates to the Ballot with unspecified amount and without any Proof of Claim associated |
| 109. | WILLIAMS, KENYA | 19120 | 18235380104070 | $13,011.64 | $13,011.64 | The support provided for the claim indicates no liability of the Debtors |
| 110. | WILLIAMS, LINDA | 16868 | 18235380104071 | $1,280.00 | $1,280.00 | The Claim provides no basis and no support for the asserted Administrative Expense Claim amount. |
| 111. | WILLIAMS, RHONDA | 16940 | 18235380104072 | $10,282.58 | $10,282.58 | The support provided for the claim indicates no liability of the Debtors |
| 112. | Zircon Corporation | N/A | 18235380102421 | $36,789.25 | $36,789.25 | The total Administrative Expense Claim amount asserted in the Ballot submitted is equal to the total amount of previously filed general unsecured claim(s) |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.