FERRAIUOLI LLC
390 N. Orange Avenue
Suite 2300
Orlando, Florida 32801
Telephone: (407) 982-7310
Facsimile: (787) 766-7001
Email: scolon@ferraiuoli.com
Email: gchico@ferraiuoli.com

Attorneys for *Santa Rosa Mall, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**MOTION FOR EXTENSION OF TIME TO FILE**
**MEMORANDUM OF LAW IN COMPLIANCE WITH COURT ORDER**
(Related Docket Nos. 6317, 7211, 7311)

TO THE HONORABLE COURT:

COMES NOW Santa Rosa Mall, LLC ("Santa Rosa"), by and through its undersigned counsel, and respectfully states and prays as follows:

1. On January 7, 2019, Santa Rosa filed a *Motion for [] an Order Finding the Automatic Stay Inapplicable or, in the Alternative, for Relief from the Automatic Stay and Memorandum in Support Thereof* (the "*Motion for Relief from Stay*", Docket No. 6317).

2. On February 10, 2019, the Debtors filed an *Objection to Motion for an Order Finding the Automatic Stay Inapplicable or, in the Alternative, for Relief from the Automatic Stay and Memorandum in Support Thereof* (the "*Objection*", Docket No. 7211).

3. On February 20, 2020, Santa Rosa filed a *Reply to Debtors' Objection to Motion for an Order Finding the Automatic Stay Inapplicable or, in the Alternative, for Relief from the Automatic Stay and Memorandum in Support Thereof* ("Reply", Docket No. 7311).

4. At the hearing held on February 24, 2020, the Court ordered Santa Rosa to file a memorandum of law on Puerto Rico's insurance law and scheduled a final hearing on the *Motion for Relief from Stay* for March 23, 2020 (the "*Order*"). See February 24, 2020, Hr'g. Tr. 72:17-19.

5. The deadline to file and serve the memorandum of law expires today, March 13, 2020 at 11:59 PM (EST). Id.

6. While Santa Rosa has been diligently preparing the memorandum of law, it hereby requests additional time to finalize its research and file the final draft.

7. Accordingly, pursuant to the *Amended Case Management Order* (Docket No. 405, ¶ 25), Santa Rosa respectfully requests a fourteen (14) das extension to file the memorandum, that is, until Friday, **March 27, 2020 at 4:00 PM (EST)**.

8. The Debtors will not be prejudiced by the forgoing extension.

WHEREFORE, Santa Rosa respectfully requests the Court grant fourteen (14) days, that is, until March 27, 2020 at 4:00 PM (EST), to file the memorandum of law,

Respectfully submitted.
Dated: March 13, 2020.

**Ferraiuoli** LLC
390 N. Orange Avenue
Suite 2300
Orlando, Florida 32801
Telephone: (407) 982-7310
Facsimile: (787) 766-7001

*/s/ Sonia E. Colón Colón*
Sonia E. Colón Colón
Admitted *Pro Hac Vice*
USDC-PR No. 213809
scolon@ferraiuoli.com

*/s/ Gustavo A. Chico-Barris*
Gustavo A. Chico-Barris
NY State Bar No. 929147
USDC-PR No. 224205
gchico@ferraiuoli.com

-and-

**Ríos Gautier & Cestero C.S.P.**
27 González Giusti Street, Suite 300
Guaynabo, PR 00968-3076
Telephone: (787) 753-7750

- 3 -

Facsimile: (787) 759-6768

/s/Carlos Ríos Gautier
Carlos Ríos Gautier
USDC-PR No. 112606
*Pro Hac Vice*
riosgautierlaw@yahoo.com

Attorneys for
*Santa Rosa Mall, LLC*