FERRAIUOLI LLC
390 N. Orange Avenue
Suite 2300
Orlando, Florida 32801
Telephone: (407) 982-7310
Facsimile: (787) 766-7001
Email: scolon@ferraiuoli.com
Email: gchico@ferraiuoli.com

Attorneys for *Santa Rosa Mall, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF ADJOURNMENT OF HEARING ON *MOTION FOR AN ORDER FINDING THE AUTOMATIC STAY INAPPLICABLE OR, IN THE ALTERNATIVE, FOR RELIEF FROM THE AUTOMATIC STAY AND MEMORANDUM IN SUPPORT THEREOF***
(Related Docket Nos. 6317, 7211, 7311)

**PLEASE TAKE NOTICE** that on February 24, 2020, the Court held a hearing to consider the *Motion for [] an Order Finding the Automatic Stay Inapplicable or, in the Alternative, for Relief from the Automatic Stay and Memorandum in Support Thereof* (the "*Motion for Relief from Stay*", Docket No. 6317), scheduled a final hearing to consider the forgoing, and ordered Santa Rosa Mall, LLC ("Santa Rosa"), to file a memorandum of law on Puerto Rico's insurance law.

**PLEASE TAKE FURTHER NOTICE** that on March 13, 2020, Santa Rosa filed a *Motion for Extension of Time to File Memorandum of Law in Compliance with Court Order* (the "*Motion for Extension of Time*", Docket No. 7448) requesting the Court grant fourteen (14) days, that is, until March 27, 2020 at 4:00 PM (EST), to file the memorandum of law on Puerto Rico's insurance law pursuant to the *Amended Case Management Order* (Docket No. 405, ¶ 25).

**PLEASE TAKE FURTHER NOTICE** that, accordingly, the final hearing to consider the *Motion for Relief from Stay* scheduled for March 23, 2020 at 10:00 AM (EST) (the "Hearing"), **has been adjourned to April 29, 2020 at 10:00 AM (EST)**.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 118, 300 Quarropas Street, White Plains, New York, 10601-4140.

Respectfully submitted.
Dated: March 13, 2020.

**Ferraiuoli** LLC
390 N. Orange Avenue
Suite 2300
Orlando, Florida 32801
Telephone: (407) 982-7310
Facsimile: (787) 766-7001

*/s/ Sonia E. Colón Colón*
Sonia E. Colón Colón
Admitted *Pro Hac Vice*
USDC-PR No. 213809
scolon@ferraiuoli.com

*/s/ Gustavo A. Chico-Barris*
Gustavo A. Chico-Barris
NY State Bar No. 929147
USDC-PR No. 224205
gchico@ferraiuoli.com

-and-

**Ríos Gautier & Cestero C.S.P.**
27 González Giusti Street, Suite 300
Guaynabo, PR 00968-3076
Telephone: (787) 753-7750
Facsimile: (787) 759-6768

/s/Carlos Ríos Gautier
Carlos Ríos Gautier
USDC-PR No. 112606
*Pro Hac Vice*
riosgautierlaw@yahoo.com

Attorneys for
*Santa Rosa Mall, LLC*