Hearing Date and Time:  April 29, 2020 at 10:00 a.m. (Eastern Time)
Response Deadline:  April 3, 2020 at 4:00 p.m. (Eastern Time)

> **THIS OBJECTION SEEKS TO REDUCE CERTAIN FILED OR SUBMITTED BALLOTS. PARTIES RECEIVING THIS NOTICE OF THE DEBTORS' FOURTEENTH OMNIBUS OBJECTION TO BALLOTS SHOULD REVIEW THE OMNIBUS OBJECTION TO DETERMINE IF THEIR NAME(S) AND/OR BALLOT(S) ARE LOCATED IN THE OMNIBUS OBJECTION, AND/OR THE EXHIBIT ATTACHED THERETO, TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR BALLOT(S).**
>
> **IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, NEECKAUN IRANI, ESQ., AT (650) 802 3019.**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                                   :         **Chapter 11**
                                                        :
**SEARS HOLDINGS CORPORATION**, *et al.*,      :         **Case No. 18-23538 (RDD)**
                                                        :
**Debtors.**[1]                                         :         **(Jointly Administered)**
------------------------------------------------------------x

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**NOTICE OF HEARING ON DEBTORS' FOURTEENTH OMNIBUS OBJECTION TO
BALLOTS (NO LIABILTY BALLOTS)**

       **PLEASE TAKE NOTICE** that, on March 13, 2020, Sears Holdings Corporation and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") filed the *Debtors' Fourteenth Omnibus Objection to Ballots (No Liability Ballots)* (the "**Objection**") with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

       **PLEASE TAKE FURTHER NOTICE** that the Objection requests that the Bankruptcy Court reduce one or more ballots (the "**Ballots**") listed on <u>**Exhibit A**</u> annexed hereto, on the ground(s) that the Debtors have no liability under such Ballot because for such Ballot: The Debtors' books and records do not indicate liability for the amount set forth on the Ballot, and Debtors believe each Claimant (as defined herein) only holds a valid administrative expense claim for the amount set forth on <u>**Exhibit A**</u>.

       **ANY BALLOT THAT THE BANKRUPTCY COURT REDUCES
WILL BE TREATED AS IF IT HAD NOT BEEN FILED OR
SUBMITTED AND YOU WILL NOT BE ENTITLED TO ANY
DISTRIBUTION ON ACCOUNT THEREOF**.

       **PLEASE TAKE FURTHER NOTICE** that the *Court-Ordered Claims Hearing Procedures* (the "**Claims Hearing Procedures**"), annexed hereto as <u>**Exhibit B**</u>, shall apply and govern the Objection to the Ballots.  The Claims Hearing Procedures provide for certain mandatory actions by claimants (each, a "**Claimant**" and collectively, the "**Claimants**") within certain time periods.  Therefore, please review the Claims Hearing Procedures carefully.  Failure to comply with the Claims Hearing Procedures may result in the disallowance and expungement of a Ballot without further notice to the respective Claimant(s).

       **PLEASE TAKE FURTHER NOTICE** that, if Claimant does NOT oppose the reduction of its applicable Ballot(s), as listed on <u>**Exhibit A**</u> annexed hereto, then Claimant does NOT need to file a written response (the "**Response**") to the Objection and Claimant does NOT need to appear at the Hearing (as defined herein).

       **PLEASE TAKE FURTHER NOTICE** that, if Claimant DOES oppose the reduction of its applicable Ballot(s), as listed on <u>**Exhibit A**</u> annexed hereto, then Claimant MUST file with the Bankruptcy Court and serve on the parties listed below a Response to the Objection, so as to be filed and received by no later than **April 3, 2020, at 4:00 p.m.  (Prevailing Eastern Time)** (the "**Response Deadline**").

       **PLEASE TAKE FURTHER NOTICE** that Response(s) to the Objection, if any, must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, and shall be filed with the Bankruptcy Court (i) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at <u>www.nysb.uscourts.gov</u>), and (ii) by all other parties-in-interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405) (the "**Amended**

**Case Management Order**"), so as to be filed with the Bankruptcy Court and received by the parties listed below by or before the Response Deadline.

   **PLEASE TAKE FURTHER NOTICE** that Response(s) to the Objection, if any, must contain, at a minimum, the following:  (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the Response is directed; (ii) the name of the Claimant and description of the basis for the amount of the Claim; (iii) a concise statement setting forth the reasons why the Ballot should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which Claimant will rely in opposing the Objection; (iv) all documentation or other evidence of the Ballot, to the extent not included with the Ballot previously filed with the Bankruptcy Court, upon which Claimant will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to Claimant's Response, if different from that presented in the applicable Ballot; and (vi) the name, address, and telephone number of the person (which may be Claimant or Claimant's designated legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the Ballot on Claimant's behalf.

   **CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR BALLOTS.**

   **PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court will consider a Response only if the Response is timely filed, served, and received in accordance with the *Amended Case Management Order* and the procedures set forth herein.  A Response will be deemed timely filed, served, and received only if the original Response is actually received on or before the Response Deadline by (i) the chambers of the Honorable Robert D.  Drain, United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601; (ii) Weil, Gotshal, & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Ray C. Schrock, Esq., Jacqueline Marcus, Esq., Garrett A. Fail, Esq., and Sunny Singh, Esq.), attorneys for the Debtors; and (iii) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036 (Attn: Philip C. Dublin, Esq., Ira Dizengoff, Esq., and Sara Lynne Brauner, Esq.), attorneys for the Official Committee of Unsecured Creditors appointed in these cases.

   **PLEASE TAKE FURTHER NOTICE** that, except as otherwise permitted under the Claims Hearing Procedures, a hearing to consider the Objection will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, on **April 29, 2020, at 10:00 a.m. (Prevailing Eastern Time)** (the "**Hearing**").  If Claimant files a Response to the Objection, Claimant should plan to appear at the Hearing.  The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to the Ballot(s) that are the subject of such Response.  If the Debtors do continue the Hearing with respect to such Ballot(s), then the Hearing on the Objection with respect to such Ballot(s) will be held at a later date.  If the Debtors do not continue the Hearing with respect to such Ballot(s), then a Hearing on the Objection will be conducted on the above date.

   **PLEASE TAKE FURTHER NOTICE** that if Claimant does not timely file and serve a Response to the Objection with respect to the Ballots listed on **Exhibit A** hereto, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed as **Exhibit B** to the Objection, which order may be entered without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that, if the Bankruptcy Court does NOT reduce the Ballots listed on **Exhibit A** hereto, the Debtors retain the right to object on other grounds to the Ballot(s) (or to any other claim(s) Claimant may have filed or submitted) at a later date. Claimant will receive a separate notice of any such objection(s).

**PLEASE TAKE FURTHER NOTICE** that Claimant may participate in the Hearing telephonically, provided Claimant complies with the Bankruptcy Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committee), which can be found on the Bankruptcy Court's website at www.nysb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that any responding parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

**PLEASE TAKE FURTHER NOTICE** that, if any Claimant wishes to view the complete Objection, such Claimant can do so for free at https://restructuring.primeclerk.com/sears.

Dated:  March 13, 2020
       New York, New York

                */s/ Garrett A. Fail*
                Ray C. Schrock, P.C.
                Jacqueline Marcus
                Garrett A. Fail
                Sunny Singh
                WEIL, GOTSHAL & MANGES LLP
                767 Fifth Avenue
                New York, New York  10153
                Telephone:  (212) 310-8000
                Facsimile:  (212) 310-8007

                *Attorneys for Debtors*
                *and Debtors in Possession*

## Exhibit A

**No Liability Ballots**

**Debtors' Fourteenth Omnibus Objection**                        In re: Sears Holdings Corporation, *et al.*
**Exhibit 1 - Reduced Claims**                                                Case No. 18-23538 (RDD)

| | | | | | |
|---|---|---|---|---|---|
| | | **Claims to be Reduced*** | | | |
| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
| 1. | A. Gareleck & Sons, Inc. | 182353801042659 | $16,037.36 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 2. | Acustrip Company | 182353801043194 | $732.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 3. | A-IPOWER CORPORATION | 182353801017193 | $42,150.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 4. | AIRECO SUPPLY INC | 182353801042735 | $10,322.00 | $4,704.63 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 5. | AJ Manufacturing Co Inc | 182353801042738 | $21,235.44 | $1,234.24 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 6. | All American Building Products | 182353801042749 | $14,647.75 | $3,751.18 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 7. | Almo Distributing New York, Inc | 182353801043220 | $64,229.00 | $35,139.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 8. | AMERICAN DE ROSA LAMPARTS LLC | 182353801017288 | $60,075.94 | $2,342.04 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 9. | ANTILLAS SHOE CORP | 182353801016716 | $38,478.79 | $33,546.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 10. | ARCHWAY INC | 182353801043250 | $45,950.07 | $12,358.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.                1

**Debtors' Fourteenth Omnibus Objection**

*In re: Sears Holdings Corporation, et al.*

**Exhibit 1 - Reduced Claims**

**Case No. 18-23538 (RDD)**

| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
|---|---|---|---|---|---|
| | | | **Claims to be Reduced*** | | |
| 11. | Armacost Trane Service Company | 182353801043264 | $6,732.29 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 12. | ASPAC DISTRIBUTORS | 182353801039944 | $11,509.59 | $5,949.97 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 13. | ATKINS KROLL INC | 182353801042881 | $25,120.00 | $5,162.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 14. | ATTENDS HEALTHCARE PRODUCTS INC | 182353801014021 | $17,488.00 | $15,264.55 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 15. | AUTHENTIC WAREHOUSE LLC | 182353801016821 | $14,305.59 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 16. | Avery Products Corp | 182353801016829 | $6,195.30 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 17. | BALLESTER HERMANOS INC | 182353801042828 | $74,882.18 | $56,208.98 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 18. | BASIC FUN INC | 182353801014034 | $36,363.84 | $2,624.72 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 19. | BIOFILM INC | 182353801014077 | $11,599.20 | $5,769.12 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 20. | BISCAYNE CONSTRUCTION CO., INC | 182353801039980 | $94,429.75 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.    2

**Debtors' Fourteenth Omnibus Objection**  
**Exhibit 1 - Reduced Claims**

**In re: Sears Holdings Corporation,** *et al.*  
**Case No. 18-23538 (RDD)**

| | | | | | |
|---|---|---|---|---|---|
| | | | **Claims to be Reduced\*** | | |
| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
| 21. | BODY SOLID | 182353801016413 | $17,835.73 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 22. | BRIGHT STAR MANUFACTURING CO | 182353801043309 | $15,678.00 | $804.89 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 23. | Buxton Acquisition Co., LLC | 182353801016506 | $84,314.30 | $66,570.55 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 24. | CALERES INC | 182353801016536 | $115,364.30 | $89,888.52 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 25. | CCP NEWCO LLC | 182353801016608 | $21,161.12 | $8,003.24 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 26. | CEDAR LAKE PRODUCTS INC | 182353801016619 | $22,017.60 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 27. | CENTURY FROZEN FOODS LLC | 182353801042449 | $6,616.98 | $5,550.49 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 28. | CERCE CAPITAL LLC | 182353801016645 | $16,719.98 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 29. | CISCO SYSTEMS, INC. | 182353801018085 | $326,392.77 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 30. | COMBINE INTERNATIONAL | 182353801016075 | $179,533.98 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

\* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.    3

**Debtors' Fourteenth Omnibus Objection**
**Exhibit 1 - Reduced Claims**

**In re: Sears Holdings Corporation,** *et al.*
**Case No. 18-23538 (RDD)**

| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
|---|---|---|---|---|---|
| | | | **Claims to be Reduced\*** | | |
| 31. | CONAIR CORPORATION | 182353801016136 | $64,713.13 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 32. | COOKWARE COMPANY USA LLC THE | 182353801014209 | $28,367.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 33. | CORDELL, DALE | 182353801042627 | $14,640.25 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 34. | COSIMINI, RUTH | 182353801042632 | $10,999.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 35. | Coyote | 182353801016192 | $634,592.67 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 36. | CRISTALIA ACQUISITION CORP | 182353801042761 | $126,913.35 | $8,580.65 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 37. | Crown Metal Manufacturing Co | 182353801042764 | $12,342.24 | $9,079.64 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 38. | CS Packaging, Inc. | 182353801040099 | $65,952.23 | $29,945.71 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 39. | Daisy Manufacturing Company | 182353801014256 | $6,911.63 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 40. | Dal Tile Distribution, Inc. | 182353801042863 | $35,060.18 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

**Debtors' Fourteenth Omnibus Objection**
**Exhibit 1 - Reduced Claims**

**In re: Sears Holdings Corporation,** *et al.*
**Case No. 18-23538 (RDD)**

| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
|---|---|---|---|---|---|
| | | | **Claims to be Reduced\*** | | |
| 41. | DANKEN BLDG MATERIALS DIST INC | 182353801042873 | $19,686.78 | $5,177.32 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 42. | Demar Logistics, Inc. | 182353801040144 | $52,514.15 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 43. | DV International | 182353801040162 | $28,024.14 | $7,137.16 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 44. | DYNASTY CARPET AND RUG CO INC | 182353801015821 | $11,194.20 | $7,778.86 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 45. | E FORMELLA & SONS INC | 182353801015831 | $135,636.72 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 46. | Empire Distributors | 182353801042174 | $21,394.95 | $83.51 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 47. | Engineered Comfort Systems | 182353801040174 | $20,414.98 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 48. | Engineered Comfort Systems | 182353801040175 | $712.50 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 49. | ENTECH SALES & SERVICE INC | 182353801040181 | $29,639.79 | $970.83 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 50. | EOS PRODUCTS LLC | 182353801015984 | $15,846.12 | $6,750.91 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

\* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.    5

**Debtors' Fourteenth Omnibus Objection**
**Exhibit 1 - Reduced Claims**

**In re: Sears Holdings Corporation,** *et al.*
**Case No. 18-23538 (RDD)**

| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
|---|---|---|---|---|---|
| | | | Claims to be Reduced* | | |
| 51. | EXCEL BUILDING SERVICES LLC | 182353801042227 | $925,443.64 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 52. | EXCEL BUILDING SERVICES LLC | 182353801042226 | $750,000.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 53. | Exquisite Apparel Corp. | 182353801042233 | $85,512.50 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 54. | FOLSOM SERVICES INC | 182353801042304 | $64,297.56 | $12,449.39 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 55. | Fox Appliance Parts of Augusta, Inc | 182353801042315 | $14,891.91 | $2,926.37 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 56. | Fragrance Acquisitions LLC | 182353801042318 | $26,812.40 | $17,057.20 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 57. | FRANCISCO VEGA OTERO INC | 182353801015533 | $50,724.16 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 58. | FRIEND SMITH & CO INC | 182353801015564 | $50,199.29 | $29,722.93 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 59. | FULL POWER ELECTRICAL CORP. | 182353801042325 | $53,309.79 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 60. | GARY MONDS | 182353801015632 | $22,287.41 | $2,897.59 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.    6

**Debtors' Fourteenth Omnibus Objection**
**Exhibit 1 - Reduced Claims**

**In re: Sears Holdings Corporation,** *et al.*
**Case No. 18-23538 (RDD)**

| | | | | | |
|---|---|---|---|---|---|
| | | | **Claims to be Reduced\*** | | |
| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
| 61. | GHANIMIAN ENTERPRISES INC | 182353801015682 | $146,347.20 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 62. | GI SPORTZ DIRECT LLC | 182353801015687 | $23,894.38 | $9,914.40 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 63. | GLAMOUR CORPORATION | 182353801042429 | $141,698.44 | $108,539.46 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 64. | GOSSI INC | 182353801014494 | $36,388.20 | $14,110.39 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 65. | Harmony Enterprises, Inc | 182353801042800 | $64,785.45 | $19,347.66 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 66. | HARRIS, GARY | 182353801042986 | $12,165.97 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 67. | HARTZ MOUNTAIN CORP | 182353801015175 | $31,613.89 | $25,842.38 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 68. | HENDERSON, CAROL ANN | 182353801040277 | $45,342.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 69. | Hershey Caribe, Inc. | 182353801040282 | $10,988.90 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 70. | HG TRADING INC | 182353801014533 | $8,041.42 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

\* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

**Debtors' Fourteenth Omnibus Objection**
**Exhibit 1 - Reduced Claims**

**In re: Sears Holdings Corporation,** *et al.*
**Case No. 18-23538 (RDD)**

| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
|---|---|---|---|---|---|
| | | | Claims to be Reduced* | | |
| 71. | HIGH RIDGE BRANDS | 182353801014539 | $42,094.92 | $31,388.33 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 72. | HYPARD TRADING CORP | 182353801014563 | $11,249.70 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 73. | IDELLE LABS LTD | 182353801015370 | $14,349.48 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 74. | INNOCOR INC | 182353801043471 | $95,714.88 | $51,306.69 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 75. | INNOVA PRODUCTS INC | 182353801041907 | $6,422.00 | $1,337.30 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 76. | INTERNATIONAL PACKAGING SUPPLIES | 182353801040330 | $42,984.51 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 77. | IOLANI SPORTSWEAR LTD | 182353801040334 | $27,083.00 | $8,333.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 78. | ISLAND WINES & SPIRITS DISTRIBUTORS | 182353801040351 | $12,373.32 | $9,290.60 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 79. | iStar Jewelry LLC | 182353801040354 | $134,165.91 | $23,884.45 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 80. | Jabtec, LLC | 182353801041981 | $8,302.50 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

**Debtors' Fourteenth Omnibus Objection**
**Exhibit 1 - Reduced Claims**

**In re: Sears Holdings Corporation,** *et al.*
**Case No. 18-23538 (RDD)**

| | | | Claims to be Reduced* | | |
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
| 81. | JAMES BEHRENS | 182353801014878 | $18,100.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 82. | JASON MACLAUGHLIN OD | 182353801014622 | $5,360.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 83. | JOHNSON HEALTH TECH NORTH AMERICA INC. | 182353801040363 | $8,872.65 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 84. | Johnston, Phillippa L | 182353801013674 | $17,000.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 85. | JUMP DESIGN GROUP INC | 182353801014971 | $206,692.00 | $127,216.86 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 86. | KATHY KAYE FOODS LLC | 182353801015013 | $28,325.28 | $8,263.01 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 87. | KID GALAXY INC | 182353801042087 | $269,414.88 | $35,155.60 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 88. | KOMELON USA CORP | 182353801040392 | $23,729.52 | $4,213.92 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 89. | LANCO MANUFACTURING CORPORATION | 182353801015544 | $32,821.99 | $11,538.32 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 90. | LIMBACH COMPANY LLC | 182353801041571 | $63,338.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

**Debtors' Fourteenth Omnibus Objection**
**Exhibit 1 - Reduced Claims**

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| | | | | | |
|---|---|---|---|---|---|
| | | | **Claims to be Reduced*** | | |
| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
| 91. | LVMH Fragrance Brands | 182353801014815 | $21,313.80 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 92. | MAJESTIQUE CORPORATION | 182353801043474 | $20,725.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 93. | MAREY HEATER CORP | 182353801019072 | $92,466.84 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 94. | MAYHEW STEEL PRODUCTS INC | 182353801019161 | $5,308.74 | $4,734.56 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 95. | MEAD JOHNSON NUTRITION INC PR | 182353801040480 | $85,739.84 | $12,419.03 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 96. | MEASUREMENT LIMITED INC | 182353801019175 | $57,162.51 | $2,329.48 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 97. | MEIER SUPPLY CO INC | 182353801041718 | $9,868.46 | $4,799.24 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 98. | MENDEZ & CO INC | 182353801041723 | $151,080.19 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 99. | MENS FASHION CORPORATION | 182353801019218 | $61,895.60 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 100. | METRO PLUMBING | 182353801041733 | $6,132.53 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

**Debtors' Fourteenth Omnibus Objection**

**Exhibit 1 - Reduced Claims**

In re: Sears Holdings Corporation, *et al.*

Case No. 18-23538 (RDD)

| | Claims to be Reduced* | | | |
|---|---|---|---|---|
| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
| 101. | MICHAEL A SIMMONDS CO | 182353801041742 | $29,813.00 | $1,538.25 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 102. | MID PACIFIC DISTRIBUTORS, INC. | 182353801041751 | $8,779.20 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 103. | MIKEN SALES INC | 182353801019277 | $57,599.00 | $4,173.46 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 104. | MILBERG FACTORS INC | 182353801019279 | $104,360.84 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 105. | MJC INTERNATIONAL GROUP LLC | 182353801019326 | $297,214.00 | $135,526.15 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 106. | Montage INT IMP INC | 182353801041781 | $15,606.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 107. | MORTON SALT INC | 182353801019368 | $21,484.26 | $13,527.84 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 108. | MR SOLUTIONS INC | 182353801019385 | $38,526.00 | $1,440.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 109. | MSM Outdoor LLC | 182353801019389 | $21,445.40 | $771.53 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 110. | N G HEIMOS GREENHOUSES INC | 182353801019410 | $104,526.23 | $4,699.71 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

**Debtors' Fourteenth Omnibus Objection**
**Exhibit 1 - Reduced Claims**

**In re: Sears Holdings Corporation,** *et al.*
**Case No. 18-23538 (RDD)**

| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
|---|---|---|---|---|---|
| | | | Claims to be Reduced* | | |
| 111. | Nalco Company LLC | 182353801040512 | $67,612.44 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 112. | NATI LLC | 182353801019427 | $12,133.56 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 113. | NEILMED PHARMACEUTICALS INC | 182353801019461 | $4,838.88 | $4,256.72 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 114. | NEUCO INC | 182353801041947 | $81,713.58 | $61,245.82 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 115. | NEW PORT SALES INC | 182353801041957 | $13,035.18 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 116. | NOVA WILDCAT BULLDOG LLC | 182353801019537 | $71,752.21 | $29,372.65 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 117. | OLD WORLD INDUSTRIES LLC | 182353801019590 | $33,119.47 | $21,655.34 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 118. | OLDE THOMPSON | 182353801019591 | $5,031.70 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 119. | OLLA BEAUTY SUPPLY INC DC & JIT | 182353801019600 | $49,057.13 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 120. | PACIFIC WORLD CORP | 182353801043398 | $116,806.80 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

**Debtors' Fourteenth Omnibus Objection**
**Exhibit 1 - Reduced Claims**

**In re: Sears Holdings Corporation**, *et al.*
**Case No. 18-23538 (RDD)**

| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
|---|---|---|---|---|---|
| | | | Claims to be Reduced* | | |
| 121. | PEPSI COLA BOTTLING CO GUAM | 182353801040570 | $112,821.99 | $46,332.83 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 122. | PEPSICO CARIBBEAN INC | 182353801040576 | $143,579.04 | $22,283.25 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 123. | Perrigo Company | 182353801040583 | $20,368.80 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 124. | PHELPS INDUSTRIES LLC | 182353801019798 | $100,000.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 125. | PINNACLE EXPRESS INC. | 182353801041364 | $8,739.52 | $6,040.52 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 126. | PLAYMONSTER LLC | 182353801019834 | $75,286.18 | $25,108.19 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 127. | PNY TECHNOLOGIES INC | 182353801019844 | $27,506.33 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 128. | PRESSMAN TOY CORP | 182353801019889 | $32,415.40 | $19,750.66 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 129. | Prestige Maintenance USA LTD | 182353801040590 | $82,831.10 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 130. | PRESTO PRODUCTS COMPANY | 182353801019890 | $50,530.26 | $18,700.55 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

**Debtors' Fourteenth Omnibus Objection**
**Exhibit 1 - Reduced Claims**

**In re: Sears Holdings Corporation,** *et al.*
**Case No. 18-23538 (RDD)**

| | | | Claims to be Reduced* | | |
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
| 131. | PRINCE OF PEACE ENTERPRISES INC | 182353801019909 | $12,946.08 | $3,362.16 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 132. | PRIZER PAINTER STOVE WORKS | 182353801040598 | $98,356.57 | $61,321.83 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 133. | Promociones Coqui | 182353801041403 | $15,369.00 | $12,807.50 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 134. | PRS on Time Distributors, LLC | 182353801041416 | $9,091.37 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 135. | PUERTO RICO SUPPLIES GROUP | 182353801019951 | $196,578.73 | $101,625.26 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 136. | Quest Resource Management Group, LLC | 182353801040621 | $28,257.09 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 137. | R2P GROUP INC | 182353801020009 | $421,463.96 | $119,939.85 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 138. | RANDA ACCESSORIES LEATHER GOODS LLC | 182353801020025 | $18,880.45 | $3,261.57 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 139. | RANIR LLC | 182353801020037 | $24,362.64 | $16,924.32 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 140. | REGAL MANUFACTURING COMPANY | 182353801041512 | $29,279.62 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

**Debtors' Fourteenth Omnibus Objection**
**Exhibit 1 - Reduced Claims**

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
|---|---|---|---|---|---|
| | | | Claims to be Reduced* | | |
| 141. | Residential Builders Association (RBA) | 182353801040643 | $8,500.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 142. | REYNOLDS CONSUMER PRODUCTS INC | 182353801018616 | $77,774.35 | $5,488.16 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 143. | RIDGE TOOL COMPANY | 182353801018649 | $7,680.00 | $6,769.80 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 144. | ROSENTHAL & ROSENTHAL | 182353801020071 | $278,042.86 | $27,340.72 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 145. | Salesmaster Corporation | 182353801043444 | $22,182.35 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 146. | SDC DESIGNS LLC | 182353801020260 | $151,857.85 | $132,504.54 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 147. | Southwest Sign Group, Inc. | 182353801041184 | $371,576.16 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 148. | Stabella Inc | 182353801041207 | $18,194.73 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 149. | STORK CRAFT MFG USA INC | 182353801019011 | $15,925.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 150. | STORK CRAFT MFG USA INC | 182353801019012 | $12,894.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.    15

**Debtors' Fourteenth Omnibus Objection**
**Exhibit 1 - Reduced Claims**

**In re: Sears Holdings Corporation, *et al.***
**Case No. 18-23538 (RDD)**

| | | | | | |
|---|---|---|---|---|---|
| **Claims to be Reduced*** | | | | | |
| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
| 151. | Studio Eluceo Ltd | 182353801039869 | $31,348.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 152. | SUIZA DAIRY | 182353801020490 | $28,352.99 | $24,212.67 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 153. | SUNJOY GROUP INTERNATIONAL PTE LTD | 182353801013893 | $14,092.56 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 154. | SUNNY DISTRIBUTOR INC | 182353801020517 | $6,412.37 | $5,479.10 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 155. | SUNSHINE MILLS INC | 182353801020524 | $196,625.10 | $156,333.08 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 156. | SWB LDG | 182353801041251 | $100,000.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 157. | Synergetic Staffing, LLC | 182353801047332 | $112,247.67 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 158. | TANYA CREATIONS LLC | 182353801020586 | $184,906.90 | $60,450.98 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 159. | The Core Organization | 182353801041288 | $282,795.99 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 160. | The Marfo Company | 182353801041295 | $15,043.57 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

**Debtors' Fourteenth Omnibus Objection**
**Exhibit 1 - Reduced Claims**

**In re: Sears Holdings Corporation,** *et al.*
**Case No. 18-23538 (RDD)**

| | | | | | |
|---|---|---|---|---|---|
| | | | **Claims to be Reduced*** | | |
| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
| 161. | The Nature's Bounty Co. (USA) | 182353801041297 | $101,857.72 | $30,051.84 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 162. | Tobey-Karg Service Agency, Inc. | 182353801040814 | $93,248.59 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 163. | Top Apex Enterprises, Ltd | 182353801013866 | $5,799.24 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 164. | U.S. Alliance, Corp. | 182353801018177 | $63,441.41 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 165. | Unique Home Designs, Inc. | 182353801040846 | $6,106.31 | $3,902.14 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 166. | WELCOME INDUSTRIAL CORP | 182353801021190 | $133,379.11 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 167. | Westport Corporation | 182353801041028 | $160,923.39 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 168. | Westport Corporation | 182353801021232 | $156,769.08 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 169. | WICKED AUDIO INC | 182353801021266 | $111,840.00 | $6,284.50 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 170. | Wow Gear LLC | 182353801021342 | $32,043.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.      17

**Debtors' Fourteenth Omnibus Objection**
**Exhibit 1 - Reduced Claims**

**In re: Sears Holdings Corporation, *et al.***
**Case No. 18-23538 (RDD)**

| | | | | | |
|---|---|---|---|---|---|
| **Claims to be Reduced\*** | | | | | |
| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
| 171. | YPM, Inc. | 182353801041095 | $1,330,797.83 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

## **Exhibit B**

### **Claims Hearing Procedures**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                  :

In re                             :        **Chapter 11**
                                    :

**SEARS HOLDINGS CORPORATION**, *et al.*,  :    **Case No. 18-23538 (RDD)**
                                    :

            **Debtors.**[1]             :    **(Jointly Administered)**
                                    :
-------------------------------------------------------------x

## COURT-ORDERED CLAIMS HEARING PROCEDURES

        The claims hearing procedures (the "**Claims Hearing Procedures**") described herein have been ordered by the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") to apply to the Chapter 11 cases of the Sears Holdings Corporation and its affiliated debtors (collectively, the "**Debtors**").

## Claims Hearing Procedures

1.      Pursuant to the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405) (the "**Amended Case Management Order**"), the Bankruptcy Court established periodic omnibus hearings (the "**Omnibus Hearings**") in these Chapter 11 cases. The Debtors shall schedule the return date for claims objections, omnibus or otherwise, for hearing at Omnibus Hearings or other hearings the Debtors may schedule with the Bankruptcy Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

2.      The Bankruptcy Court may enter an order at the scheduled hearing sustaining an objection to proofs of claim (each, a "**Proof of Claim**") with respect to which no response (a "**Response**")[2] is properly filed and served.

3.      The hearing to consider an objection to Proofs of Claim as to which a Response is properly filed and served (each, a "**Contested Claim**") shall be set for a contested hearing (each, a "**Claims Hearing**") to be scheduled by the Debtors, in their sole discretion, as set forth herein. The Debtors may request that the Bankruptcy Court schedule Claims Hearings on the date and/or time of the Omnibus Hearings or at another date and time.

4.      The Debtors shall schedule a Claims Hearing for a Contested Claim as follows:

   (i)     For a non-evidentiary hearing to address whether the Contested Claim has failed to state a claim against the Debtors which can be allowed and should be dismissed pursuant to Bankruptcy Rule 7012 (a "**Sufficiency Hearing**"), unless the Debtors serve the applicable claimant (the "**Claimant**") with a Notice of Merits Hearing (as defined herein), the Sufficiency Hearing shall go forward at the return date set in accordance with paragraph 1 of these Claims Hearing Procedures. The legal standard of review that will be applied by the Bankruptcy Court at a Sufficiency Hearing will be equivalent to the standard applied by the Bankruptcy Court upon a motion to dismiss for failure to state a claim upon which relief can be granted.

   (ii)    For an evidentiary hearing on the merits of a Contested Claim (a "**Merits Hearing**"), the Debtors may, in their sole discretion, serve upon the relevant Claimant, by email or overnight delivery, with a copy to the Creditors' Committee, and file with the Bankruptcy Court, a notice substantially in the form attached to the *Order Approving (I) Claims Objection Procedures, (II) Claims Settlement Procedures, and (III) Claims Hearing Procedures* (ECF No. 3014) as __Exhibit 2__ (a "**Notice of Merits Hearing**") at least thirty (30) calendar days prior to the date of such Merits Hearing. The rules and procedures applicable to such Merits Hearing will be set forth in any scheduling order issued by the Bankruptcy Court in connection therewith.

5.      Discovery with respect to a Contested Claim will not be permitted until either:  (i) the Bankruptcy Court has held a Sufficiency Hearing and determined that the Contested Claim states a claim that could be allowed and should not be dismissed pursuant to Bankruptcy Rule 7012; or (ii) the Debtors have served on the relevant Claimant a Notice of Merits Hearing with respect to the Contested Claim.

6.      The Debtors may file and serve a reply (a "**Reply**") to a Response no later than 4:00 p.m. (Prevailing Eastern Time) on the day that is at least two (2) business days prior to the date of the applicable hearing.

7.      The Debtors, in their sole discretion, are authorized to further adjourn a hearing scheduled in accordance herewith at any time by providing notice to the Bankruptcy Court and the Claimant.

---

[2] Any information submitted in connection with a Proof of Claim shall be part of the record with respect to the relevant Claim, and any such information already submitted need not be resubmitted in connection with the Claims Hearing Procedures.

8.     **Sanctions**.  The Bankruptcy Court will consider appropriate sanctions, including allowance or disallowance of the Contested Claim, if either party does not follow the Claims Hearing Procedures.

BY ORDER OF THE BANKRUPTCY COURT

**Hearing Date and Time:  April 29, 2020 at 10:00 a.m. (Eastern Time)**
**Response Deadline:  April 3, 2020 at 4:00 p.m. (Eastern Time)**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | CHAPTER 11 |
| | : | |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |

-----------------------------------------------------------------x

## DEBTORS' FOURTEENTH OMNIBUS OBJECTION TO
## BALLOTS (NO LIABILITY BALLOTS)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

> **THIS OBJECTION SEEKS TO REDUCE CERTAIN FILED BALLOTS. CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND BALLOTS ON THE EXHIBIT ATTACHED TO THIS OBJECTION.**
>
> **IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, NEECKAUN IRANI, ESQ., AT (650) 802 3019.**

TO THE HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE:

Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), respectfully represent as follows in support of this omnibus objection (the "**Objection**"):

**Background**

1.      Beginning on October 15, 2018 (the "**Commencement Date**") and continuing thereafter, each of the Debtors commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"). The Debtors are authorized to continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.      On October 24, 2018, the United States Trustee for Region 2 appointed an official committee of unsecured creditors (the "**Creditors' Committee**"). No trustee or examiner has been appointed in these chapter 11 cases.

3.      The Debtors' chapter 11 cases are being jointly administered for procedural purposes only pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

4.      On February 8, 2019, the Bankruptcy Court entered the *Order (I) Approving the Asset Purchase Agreement Among Sellers and Buyer, (II) Authorizing the Sale of Certain of*

the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts, and Leases in Connection Therewith and (IV) Granting Related Relief (ECF No. 2507), pursuant to which the Debtors sold substantially all their assets to Transform Holdco LLC.

5.        On September 13, 2019, the Debtors filed the *Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors* (ECF No. 5139), which was confirmed by order entered on October 15, 2019 (ECF No. 5370) (the "**Confirmation Order**").

## Jurisdiction

6.        This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## Relief Requested

7.        The Debtors file this Objection pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, seeking entry of an order reducing and allowing  certain administrative consent claim ballots listed on **Exhibit A** annexed hereto (the "**No Liability Ballots**") that were submitted as part of the Administrative Expense Claims Consent Program (as defined in the Confirmation Order).[2]

8.        The Debtors have examined each No Liability Ballot, all documentation provided with respect to each No Liability Ballot, and the Debtors' respective books and records,

---

[2] Prior to filing this Objection, and in an attempt to consensually reconcile the Ballots in accordance with the Administrative Expense Claims Consent Program, the Debtors reached out to each of the Claimants listed on Exhibit A using the contact information provided on the applicable Ballot.  The Debtors did not receive a response from the Claimants.

and have determined in each case the No Liability Ballots assert claims against the Debtors, for which the Debtors have no liability.  Each of the No Liability Ballots should be reduced and allowed in accordance with Exhibit A on the basis that the Debtors' books and records do not indicate liability for the amount set forth on the Ballot, and Debtors believe claimant only holds a valid administrative expense claim for the amount set forth on Exhibit A.

9.      The Debtors, therefore, request that the No Liability Ballots be reduced and allowed to the extent set forth on Exhibit A.  A proposed form of order granting the relief requested herein is annexed hereto as **Exhibit B** (the "**Proposed Order**").

### The No Liability Ballots Should Be Disallowed

10.      A claim is "deemed allowed, unless a party in interest . . . objects."  11 U.S.C. § 502(a).  Upon an objection, the claimant has the burden to demonstrate the validity of the claim.  *See Residential Capital, LLC*, 2016 WL 796860, at *9 (S.D.N.Y. 2016); *In re Arcapita Bank B.S.C.(c)*, 2013 WL 6141616, at *1 (Bankr. S.D.N.Y. 2013), *aff'd sub nom. In re Arcapita Bank B.S.C.(c),* 508 B.R. 814 (S.D.N.Y. 2014); *In re Motors Liquidation Co.*, 2012 WL 1886755, at *3 (S.D.N.Y. 2012); *In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd*, No. 09 Civ. 2229 (DC), 2010 WL 234827, at *5 (S.D.N.Y. Jan. 22, 2010).

11.      Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a claim may not be allowed to the extent that "such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law."  11 U.S.C. § 502(b)(1).  Further, Bankruptcy Rule 3007(d) permits a debtor to file objections to more than one claim on the basis that, among other things, such claims "have been amended by subsequently filed proofs of claim." Fed. R. Bankr. P. 3007(d)(3).

12.      As set forth above, the No Liability Ballots assert recovery for amounts for which the Debtors are not liable, and such claims are routinely disallowed and expunged.  *See, e.g.*,

4

*In re RDA Holding Co.*, Case No. 13-22233 (RDD) (Sep. 18, 2013) (ECF No. 699) (ECF No. 10331) (disallowing and expunging entirely No Liability Ballots); *In re The Great Atl. & Pac. Tea Co., Inc.*, Case No. 15-23007 (RDD) (Aug. 26, 2016) (ECF No. 3132) (same); *In re Tops Holding II Corp.*, Case No. 18-22279 (RDD) (Apr. 26, 2019) (ECF No. 911) (same).    Further, this Bankruptcy Court routinely disallows and expunges claims for which no supporting documentation has been submitted by the claimant.  *See, e.g.*, *In re Breitburn Energy Partners LP*, Case No. 16-11390 (SMB) (Apr. 11, 2017) (ECF No. 1164) (disallowing and expunging claims without sufficient documentation); *In re Chassix Holdings, Inc.*, Case No. 15-10578 (MEW) (Apr. 21, 2016) (ECF No. 478) (same).

13.    The Debtors have reviewed the No Liability Ballots, all documents furnished by the claimants with respect to the No Liability Ballots, and the Debtors' books and records, and have determined that each No Liability Ballot, asserts a claim for which the Debtors have no liability.

14.    Therefore, the Debtors are not liable for the No Liability Ballots.  To ensure that the claims register is accurate, and to avoid the possibility of improper recovery against the Debtors' estates, the Debtors request that the Court reduce and allow the No Liability Ballots as set forth in Exhibit A.

## **Reservation of Rights**

15.    The Debtors hereby reserve the right to object, as applicable, in the future to any No Liability Ballot subject to this Objection on any ground, and to amend, modify, or supplement this Objection to the extent an objection to a No Liability Ballot is not granted.  A separate notice and hearing will be scheduled for any such objection.

## Notice

16.    Notice of this Objection has been provided in accordance with the procedures set forth in the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405) (the "**Amended Case Management Order**").  The Debtors respectfully submit that no further notice is required.

17.    No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of the Proposed Order granting the relief requested herein and such other and further relief as is just.

Dated: March 13, 2020
         New York, New York

*/s/ Garrett A. Fail*
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

*Attorneys for Debtors
and Reorganized Debtors*

6

**<u>Exhibit A</u>**

**No Liability Ballots**

**Debtors' Fourteenth Omnibus Objection**                                   In re: Sears Holdings Corporation, *et al.*
**Exhibit 1 - Reduced Claims**                                              Case No. 18-23538 (RDD)

| | | | | | |
|---|---|---|---|---|---|
| | | **Claims to be Reduced*** | | | |
| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
| 1. | A. Gareleck & Sons, Inc. | 182353801042659 | $16,037.36 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 2. | Acustrip Company | 182353801043194 | $732.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 3. | A-IPOWER CORPORATION | 182353801017193 | $42,150.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 4. | AIRECO SUPPLY INC | 182353801042735 | $10,322.00 | $4,704.63 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 5. | AJ Manufacturing Co Inc | 182353801042738 | $21,235.44 | $1,234.24 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 6. | All American Building Products | 182353801042749 | $14,647.75 | $3,751.18 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 7. | Almo Distributing New York, Inc | 182353801043220 | $64,229.00 | $35,139.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 8. | AMERICAN DE ROSA LAMPARTS LLC | 182353801017288 | $60,075.94 | $2,342.04 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 9. | ANTILLAS SHOE CORP | 182353801016716 | $38,478.79 | $33,546.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 10. | ARCHWAY INC | 182353801043250 | $45,950.07 | $12,358.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.     1

**Debtors' Fourteenth Omnibus Objection**

**Exhibit 1 - Reduced Claims**

In re: Sears Holdings Corporation, *et al.*

Case No. 18-23538 (RDD)

| | | | Claims to be Reduced* | | |
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
| 11. | Armacost Trane Service Company | 182353801043264 | $6,732.29 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 12. | ASPAC DISTRIBUTORS | 182353801039944 | $11,509.59 | $5,949.97 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 13. | ATKINS KROLL INC | 182353801042881 | $25,120.00 | $5,162.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 14. | ATTENDS HEALTHCARE PRODUCTS INC | 182353801014021 | $17,488.00 | $15,264.55 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 15. | AUTHENTIC WAREHOUSE LLC | 182353801016821 | $14,305.59 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 16. | Avery Products Corp | 182353801016829 | $6,195.30 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 17. | BALLESTER HERMANOS INC | 182353801042828 | $74,882.18 | $56,208.98 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 18. | BASIC FUN INC | 182353801014034 | $36,363.84 | $2,624.72 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 19. | BIOFILM INC | 182353801014077 | $11,599.20 | $5,769.12 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 20. | BISCAYNE CONSTRUCTION CO., INC | 182353801039980 | $94,429.75 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.    2

**Debtors' Fourteenth Omnibus Objection**

**Exhibit 1 - Reduced Claims**

In re: Sears Holdings Corporation, *et al.*

Case No. 18-23538 (RDD)

| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
|---|---|---|---|---|---|
| | | | Claims to be Reduced* | | |
| 21. | BODY SOLID | 182353801016413 | $17,835.73 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 22. | BRIGHT STAR MANUFACTURING CO | 182353801043309 | $15,678.00 | $804.89 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 23. | Buxton Acquisition Co., LLC | 182353801016506 | $84,314.30 | $66,570.55 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 24. | CALERES INC | 182353801016536 | $115,364.30 | $89,888.52 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 25. | CCP NEWCO LLC | 182353801016608 | $21,161.12 | $8,003.24 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 26. | CEDAR LAKE PRODUCTS INC | 182353801016619 | $22,017.60 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 27. | CENTURY FROZEN FOODS LLC | 182353801042449 | $6,616.98 | $5,550.49 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 28. | CERCE CAPITAL LLC | 182353801016645 | $16,719.98 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 29. | CISCO SYSTEMS, INC. | 182353801018085 | $326,392.77 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 30. | COMBINE INTERNATIONAL | 182353801016075 | $179,533.98 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.    3

**Debtors' Fourteenth Omnibus Objection**
**Exhibit 1 - Reduced Claims**

**In re: Sears Holdings Corporation, *et al.***
**Case No. 18-23538 (RDD)**

| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
|---|---|---|---|---|---|
| | | | **Claims to be Reduced*** | | |
| 31. | CONAIR CORPORATION | 182353801016136 | $64,713.13 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 32. | COOKWARE COMPANY USA LLC THE | 182353801014209 | $28,367.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 33. | CORDELL, DALE | 182353801042627 | $14,640.25 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 34. | COSIMINI, RUTH | 182353801042632 | $10,999.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 35. | Coyote | 182353801016192 | $634,592.67 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 36. | CRISTALIA ACQUISITION CORP | 182353801042761 | $126,913.35 | $8,580.65 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 37. | Crown Metal Manufacturing Co | 182353801042764 | $12,342.24 | $9,079.64 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 38. | CS Packaging, Inc. | 182353801040099 | $65,952.23 | $29,945.71 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 39. | Daisy Manufacturing Company | 182353801014256 | $6,911.63 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 40. | Dal Tile Distribution, Inc. | 182353801042863 | $35,060.18 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.          4

**Debtors' Fourteenth Omnibus Objection**
**Exhibit 1 - Reduced Claims**

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
|---|---|---|---|---|---|
| | | | Claims to be Reduced* | | |
| 41. | DANKEN BLDG MATERIALS DIST INC | 182353801042873 | $19,686.78 | $5,177.32 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 42. | Demar Logistics, Inc. | 182353801040144 | $52,514.15 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 43. | DV International | 182353801040162 | $28,024.14 | $7,137.16 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 44. | DYNASTY CARPET AND RUG CO INC | 182353801015821 | $11,194.20 | $7,778.86 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 45. | E FORMELLA & SONS INC | 182353801015831 | $135,636.72 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 46. | Empire Distributors | 182353801042174 | $21,394.95 | $83.51 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 47. | Engineered Comfort Systems | 182353801040174 | $20,414.98 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 48. | Engineered Comfort Systems | 182353801040175 | $712.50 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 49. | ENTECH SALES & SERVICE INC | 182353801040181 | $29,639.79 | $970.83 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 50. | EOS PRODUCTS LLC | 182353801015984 | $15,846.12 | $6,750.91 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

**Debtors' Fourteenth Omnibus Objection**
**Exhibit 1 - Reduced Claims**

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| | | | Claims to be Reduced* | | |
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
| 51. | EXCEL BUILDING SERVICES LLC | 182353801042227 | $925,443.64 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 52. | EXCEL BUILDING SERVICES LLC | 182353801042226 | $750,000.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 53. | Exquisite Apparel Corp. | 182353801042233 | $85,512.50 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 54. | FOLSOM SERVICES INC | 182353801042304 | $64,297.56 | $12,449.39 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 55. | Fox Appliance Parts of Augusta, Inc | 182353801042315 | $14,891.91 | $2,926.37 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 56. | Fragrance Acquisitions LLC | 182353801042318 | $26,812.40 | $17,057.20 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 57. | FRANCISCO VEGA OTERO INC | 182353801015533 | $50,724.16 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 58. | FRIEND SMITH & CO INC | 182353801015564 | $50,199.29 | $29,722.93 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 59. | FULL POWER ELECTRICAL CORP. | 182353801042325 | $53,309.79 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 60. | GARY MONDS | 182353801015632 | $22,287.41 | $2,897.59 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

**Debtors' Fourteenth Omnibus Objection**
**Exhibit 1 - Reduced Claims**

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| | | | Claims to be Reduced* | | |
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
| 61. | GHANIMIAN ENTERPRISES INC | 182353801015682 | $146,347.20 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 62. | GI SPORTZ DIRECT LLC | 182353801015687 | $23,894.38 | $9,914.40 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 63. | GLAMOUR CORPORATION | 182353801042429 | $141,698.44 | $108,539.46 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 64. | GOSSI INC | 182353801014494 | $36,388.20 | $14,110.39 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 65. | Harmony Enterprises, Inc | 182353801042800 | $64,785.45 | $19,347.66 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 66. | HARRIS, GARY | 182353801042986 | $12,165.97 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 67. | HARTZ MOUNTAIN CORP | 182353801015175 | $31,613.89 | $25,842.38 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 68. | HENDERSON, CAROL ANN | 182353801040277 | $45,342.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 69. | Hershey Caribe, Inc. | 182353801040282 | $10,988.90 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 70. | HG TRADING INC | 182353801014533 | $8,041.42 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

**Debtors' Fourteenth Omnibus Objection**
**Exhibit 1 - Reduced Claims**

**In re: Sears Holdings Corporation,** *et al.*
**Case No. 18-23538 (RDD)**

| | | | Claims to be Reduced* | | |
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
| 71. | HIGH RIDGE BRANDS | 182353801014539 | $42,094.92 | $31,388.33 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 72. | HYPARD TRADING CORP | 182353801014563 | $11,249.70 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 73. | IDELLE LABS LTD | 182353801015370 | $14,349.48 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 74. | INNOCOR INC | 182353801043471 | $95,714.88 | $51,306.69 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 75. | INNOVA PRODUCTS INC | 182353801041907 | $6,422.00 | $1,337.30 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 76. | INTERNATIONAL PACKAGING SUPPLIES | 182353801040330 | $42,984.51 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 77. | IOLANI SPORTSWEAR LTD | 182353801040334 | $27,083.00 | $8,333.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 78. | ISLAND WINES & SPIRITS DISTRIBUTORS | 182353801040351 | $12,373.32 | $9,290.60 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 79. | iStar Jewelry LLC | 182353801040354 | $134,165.91 | $23,884.45 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 80. | Jabtec, LLC | 182353801041981 | $8,302.50 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.    8

**Debtors' Fourteenth Omnibus Objection**
**Exhibit 1 - Reduced Claims**

**In re: Sears Holdings Corporation,** *et al.*
**Case No. 18-23538 (RDD)**

| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
|---|---|---|---|---|---|
| | | | Claims to be Reduced* | | |
| 81. | JAMES BEHRENS | 182353801014878 | $18,100.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 82. | JASON MACLAUGHLIN OD | 182353801014622 | $5,360.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 83. | JOHNSON HEALTH TECH NORTH AMERICA INC. | 182353801040363 | $8,872.65 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 84. | Johnston, Phillippa L | 182353801013674 | $17,000.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 85. | JUMP DESIGN GROUP INC | 182353801014971 | $206,692.00 | $127,216.86 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 86. | KATHY KAYE FOODS LLC | 182353801015013 | $28,325.28 | $8,263.01 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 87. | KID GALAXY INC | 182353801042087 | $269,414.88 | $35,155.60 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 88. | KOMELON USA CORP | 182353801040392 | $23,729.52 | $4,213.92 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 89. | LANCO MANUFACTURING CORPORATION | 182353801015544 | $32,821.99 | $11,538.32 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 90. | LIMBACH COMPANY LLC | 182353801041571 | $63,338.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

**Debtors' Fourteenth Omnibus Objection**
**Exhibit 1 - Reduced Claims**

**In re: Sears Holdings Corporation, _et al._**
**Case No. 18-23538 (RDD)**

| | | | Claims to be Reduced* | | |
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
| 91. | LVMH Fragrance Brands | 182353801014815 | $21,313.80 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 92. | MAJESTIQUE CORPORATION | 182353801043474 | $20,725.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 93. | MAREY HEATER CORP | 182353801019072 | $92,466.84 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 94. | MAYHEW STEEL PRODUCTS INC | 182353801019161 | $5,308.74 | $4,734.56 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 95. | MEAD JOHNSON NUTRITION INC PR | 182353801040480 | $85,739.84 | $12,419.03 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 96. | MEASUREMENT LIMITED INC | 182353801019175 | $57,162.51 | $2,329.48 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 97. | MEIER SUPPLY CO INC | 182353801041718 | $9,868.46 | $4,799.24 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 98. | MENDEZ & CO INC | 182353801041723 | $151,080.19 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 99. | MENS FASHION CORPORATION | 182353801019218 | $61,895.60 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 100. | METRO PLUMBING | 182353801041733 | $6,132.53 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

**Debtors' Fourteenth Omnibus Objection**
**Exhibit 1 - Reduced Claims**

In re: **Sears Holdings Corporation**, *et al.*
Case No. 18-23538 (RDD)

| | | | Claims to be Reduced* | | |
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
| 101. | MICHAEL A SIMMONDS CO | 182353801041742 | $29,813.00 | $1,538.25 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 102. | MID PACIFIC DISTRIBUTORS, INC. | 182353801041751 | $8,779.20 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 103. | MIKEN SALES INC | 182353801019277 | $57,599.00 | $4,173.46 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 104. | MILBERG FACTORS INC | 182353801019279 | $104,360.84 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 105. | MJC INTERNATIONAL GROUP LLC | 182353801019326 | $297,214.00 | $135,526.15 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 106. | Montage INT IMP INC | 182353801041781 | $15,606.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 107. | MORTON SALT INC | 182353801019368 | $21,484.26 | $13,527.84 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 108. | MR SOLUTIONS INC | 182353801019385 | $38,526.00 | $1,440.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 109. | MSM Outdoor LLC | 182353801019389 | $21,445.40 | $771.53 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 110. | N G HEIMOS GREENHOUSES INC | 182353801019410 | $104,526.23 | $4,699.71 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

**Debtors' Fourteenth Omnibus Objection**
**Exhibit 1 - Reduced Claims**

**In re: Sears Holdings Corporation,** *et al.*
**Case No. 18-23538 (RDD)**

| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
|---|---|---|---|---|---|
| | | | Claims to be Reduced* | | |
| 111. | Nalco Company LLC | 182353801040512 | $67,612.44 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 112. | NATI LLC | 182353801019427 | $12,133.56 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 113. | NEILMED PHARMACEUTICALS INC | 182353801019461 | $4,838.88 | $4,256.72 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 114. | NEUCO INC | 182353801041947 | $81,713.58 | $61,245.82 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 115. | NEW PORT SALES INC | 182353801041957 | $13,035.18 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 116. | NOVA WILDCAT BULLDOG LLC | 182353801019537 | $71,752.21 | $29,372.65 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 117. | OLD WORLD INDUSTRIES LLC | 182353801019590 | $33,119.47 | $21,655.34 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 118. | OLDE THOMPSON | 182353801019591 | $5,031.70 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 119. | OLLA BEAUTY SUPPLY INC DC & JIT | 182353801019600 | $49,057.13 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 120. | PACIFIC WORLD CORP | 182353801043398 | $116,806.80 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

**Debtors' Fourteenth Omnibus Objection**
**Exhibit 1 - Reduced Claims**

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| | | | | | |
|---|---|---|---|---|---|
| | | | Claims to be Reduced* | | |
| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
| 121. | PEPSI COLA BOTTLING CO GUAM | 182353801040570 | $112,821.99 | $46,332.83 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 122. | PEPSICO CARIBBEAN INC | 182353801040576 | $143,579.04 | $22,283.25 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 123. | Perrigo Company | 182353801040583 | $20,368.80 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 124. | PHELPS INDUSTRIES LLC | 182353801019798 | $100,000.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 125. | PINNACLE EXPRESS INC. | 182353801041364 | $8,739.52 | $6,040.52 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 126. | PLAYMONSTER LLC | 182353801019834 | $75,286.18 | $25,108.19 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 127. | PNY TECHNOLOGIES INC | 182353801019844 | $27,506.33 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 128. | PRESSMAN TOY CORP | 182353801019889 | $32,415.40 | $19,750.66 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 129. | Prestige Maintenance USA LTD | 182353801040590 | $82,831.10 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 130. | PRESTO PRODUCTS COMPANY | 182353801019890 | $50,530.26 | $18,700.55 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.    13

**Debtors' Fourteenth Omnibus Objection**
**Exhibit 1 - Reduced Claims**

**In re: Sears Holdings Corporation,** *et al.*
**Case No. 18-23538 (RDD)**

| | | | Claims to be Reduced* | | |
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
| 131. | PRINCE OF PEACE ENTERPRISES INC | 182353801019909 | $12,946.08 | $3,362.16 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 132. | PRIZER PAINTER STOVE WORKS | 182353801040598 | $98,356.57 | $61,321.83 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 133. | Promociones Coqui | 182353801041403 | $15,369.00 | $12,807.50 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 134. | PRS on Time Distributors, LLC | 182353801041416 | $9,091.37 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 135. | PUERTO RICO SUPPLIES GROUP | 182353801019951 | $196,578.73 | $101,625.26 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 136. | Quest Resource Management Group, LLC | 182353801040621 | $28,257.09 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 137. | R2P GROUP INC | 182353801020009 | $421,463.96 | $119,939.85 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 138. | RANDA ACCESSORIES LEATHER GOODS LLC | 182353801020025 | $18,880.45 | $3,261.57 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 139. | RANIR LLC | 182353801020037 | $24,362.64 | $16,924.32 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 140. | REGAL MANUFACTURING COMPANY | 182353801041512 | $29,279.62 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.    14

**Debtors' Fourteenth Omnibus Objection**
**Exhibit 1 - Reduced Claims**

**In re: Sears Holdings Corporation, *et al.***
**Case No. 18-23538 (RDD)**

| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
|---|---|---|---|---|---|
| | | | **Claims to be Reduced\*** | | |
| 141. | Residential Builders Association (RBA) | 182353801040643 | $8,500.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 142. | REYNOLDS CONSUMER PRODUCTS INC | 182353801018616 | $77,774.35 | $5,488.16 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 143. | RIDGE TOOL COMPANY | 182353801018649 | $7,680.00 | $6,769.80 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 144. | ROSENTHAL & ROSENTHAL | 182353801020071 | $278,042.86 | $27,340.72 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 145. | Salesmaster Corporation | 182353801043444 | $22,182.35 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 146. | SDC DESIGNS LLC | 182353801020260 | $151,857.85 | $132,504.54 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 147. | Southwest Sign Group, Inc. | 182353801041184 | $371,576.16 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 148. | Stabella Inc | 182353801041207 | $18,194.73 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 149. | STORK CRAFT MFG USA INC | 182353801019011 | $15,925.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 150. | STORK CRAFT MFG USA INC | 182353801019012 | $12,894.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

\* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.    15

**Debtors' Fourteenth Omnibus Objection**
**Exhibit 1 - Reduced Claims**

**In re: Sears Holdings Corporation, *et al.***
**Case No. 18-23538 (RDD)**

| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
|---|---|---|---|---|---|
| | | | Claims to be Reduced* | | |
| 151. | Studio Eluceo Ltd | 182353801039869 | $31,348.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 152. | SUIZA DAIRY | 182353801020490 | $28,352.99 | $24,212.67 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 153. | SUNJOY GROUP INTERNATIONAL PTE LTD | 182353801013893 | $14,092.56 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 154. | SUNNY DISTRIBUTOR INC | 182353801020517 | $6,412.37 | $5,479.10 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 155. | SUNSHINE MILLS INC | 182353801020524 | $196,625.10 | $156,333.08 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 156. | SWB LDG | 182353801041251 | $100,000.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 157. | Synergetic Staffing, LLC | 182353801047332 | $112,247.67 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 158. | TANYA CREATIONS LLC | 182353801020586 | $184,906.90 | $60,450.98 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 159. | The Core Organization | 182353801041288 | $282,795.99 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 160. | The Marfo Company | 182353801041295 | $15,043.57 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

**Debtors' Fourteenth Omnibus Objection**

**Exhibit 1 - Reduced Claims**

In re: Sears Holdings Corporation, *et al.*

Case No. 18-23538 (RDD)

| | | | | | |
|---|---|---|---|---|---|
| | | | **Claims to be Reduced*** | | |
| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
| 161. | The Nature's Bounty Co. (USA) | 182353801041297 | $101,857.72 | $30,051.84 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 162. | Tobey-Karg Service Agency, Inc. | 182353801040814 | $93,248.59 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 163. | Top Apex Enterprises, Ltd | 182353801013866 | $5,799.24 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 164. | U.S. Alliance, Corp. | 182353801018177 | $63,441.41 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 165. | Unique Home Designs, Inc. | 182353801040846 | $6,106.31 | $3,902.14 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 166. | WELCOME INDUSTRIAL CORP | 182353801021190 | $133,379.11 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 167. | Westport Corporation | 182353801041028 | $160,923.39 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 168. | Westport Corporation | 182353801021232 | $156,769.08 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 169. | WICKED AUDIO INC | 182353801021266 | $111,840.00 | $6,284.50 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 170. | Wow Gear LLC | 182353801021342 | $32,043.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.    17

**Debtors' Fourteenth Omnibus Objection**
**Exhibit 1 - Reduced Claims**

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| | | | | | |
|---|---|---|---|---|---|
| | | | Claims to be Reduced* | | |
| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
| 171. | YPM, Inc. | 182353801041095 | $1,330,797.83 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

**Exhibit B**

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                              :        CHAPTER 11
                                                   :
SEARS HOLDINGS CORPORATION, *et al*.,              :        Case No. 18-23538 (RDD)
                                                   :
         Debtors.[1]                               :        (Jointly Administered)
------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' FOURTEENTH
### OMNIBUS OBJECTION TO BALLOTS
### (NO LIABILITY BALLOTS)

Upon the *Debtors' Fourteenth Omnibus Objection to Ballots (No Liability Ballots)*,

filed March 13, 2020 (the "**Objection**"),[2] of Sears Holdings Corporation and its debtor affiliates,

as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively,

the "**Debtors**"), pursuant to section 502 under title 11 of the United States Code (the "**Bankruptcy**

**Code**"), and Rule 3007 of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**"),

for an order (i) reducing and allowing the No Liability Ballots (as defined below), and (ii) granting

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Objection.

related relief, all as more fully set forth in the Objection; and the Court having jurisdiction to

consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157(a)-(b)

and 1334 and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska,

C.J.); and consideration of the Objection and the relief requested therein being a core proceeding

pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C.

§§ 1408 and 1409; and due and proper notice of the relief requested in the Objection having been

provided, and it appearing that no other or further notice need be provided in accordance with the

Amended Case Management Order; such notice having been adequate and appropriate under the

circumstances, and it appearing that other or further notice need be provided; and the Court having

held a hearing to consider the relief requested in the Objection on April 29, 2020 (the "**Hearing**");

and upon the record of the Hearing, and upon all of the proceedings had before the Court; and the

Court having determined that the legal and factual bases set forth in the Objection establish just

cause for the relief granted herein; and is in the best interests of the Debtors, their estates, their

creditors, and all parties in interest; and after due deliberation and sufficient cause appearing

therefor,

## IT IS HEREBY ORDERED THAT

1. The Objection is granted to the extent set forth herein.

2. Pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007,

each ballot listed on **Exhibit 1** (the "**No Liability Ballots**") is reduced and allowed in the amount

set forth on Exhibit 1.

3. Each Ballot shall be allowed in the amount set forth under the column

"*Final Allowed Amount*" on Exhibit A as a Non Opt-Out Settled Admin Claim pursuant to

Confirmation Order and the recovery of such claims shall be capped at 80% of the allowed amount.

4.     Each Ballot on Exhibit 1 that lists $0.00 under the column "*Final Allowed Amount*" shall be disallowed and expunged in its entirety.

5.     This Order shall not be deemed to waive, impair, release, or effect on any claims, causes of action the Debtors may hold against the Claimants, including but not limited to, claims under chapter 5 of the Bankruptcy Code, and all claims and causes of action against such Claimants shall be expressly preserved.

6.     The Debtors, the Debtors' claims and noticing agent, Prime Clerk, and the Clerk of this Court are authorized to take all actions necessary or appropriate to give effect to this Order.

7.     Nothing in this Order or in the Objection (i) constitutes any finding or determination concerning the identification of the agreements that were assumed and assigned to Transform Holdco LLC or any of its affiliates (collectively, "**Transform**") or the liabilities, if any, associated therewith, or (ii) imposes any obligation on Transform to satisfy any of the No Liability Ballots listed on Exhibit 1 hereto, as to which all of Transform's rights and defenses are expressly reserved.

8.     The terms and conditions of this Order are effective immediately upon entry.

Dated:  _____, 2020
        White Plains, New York

                                  _____
                                  HONORABLE ROBERT D. DRAIN
                                  UNITED STATES BANKRUPTCY JUDGE

## Exhibit 1

**No Liability Ballots**