# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Bankruptcy No. 18-23538 (RDD) |
| SEARS HOLDING CORPORATION, et al., | ADV. PROC. 19-0877- RDD |
| Debtors . | Chapter 11 (Jt. Admin.)<br>Document No.<br>Related Docket no: 7457<br>**Hearing Date: March 23, 2020 10:00am** |
| _____<br>VIR VENTURES, INC. and AMI VENTURES, INC., | **Response Deadline: March 16, 2020** |
| Plaintiffs. | |
| -against- | |
| SEARS HOLDINGS CORPORATION, et al., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I served the foregoing documents upon the

addresses listed below, via electronic mail, via electronic mail for those registered with the court

CM-ECF system and United States Mail on March 17, 2020.

---

[1] Response deadline extended pursuant to email agreement with Debtor's counsel.

1

Joint Response in Opposition to Debtors'[2] **PLAINTIFF'S RESPONSE IN OPPOSITION TO DEBTORS MOTION TO DISMMIS THE ADVERSARY COMPLAINT**

SERVICE LIST:
Judge Robert D. Drain
300 Quarropas Street
White Plains, NY 10601-4140
**VIA UPS OVERNIGHT**


Jennifer Brooks Crozier
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153-0119
jennifer.crozier@weil.com
**VIA UPS OVERNIGHT**

---

[2] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

2

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: March 17, 2020 | BERNSTEIN-BURKLEY, P.C. |
|  | By: /s/ Salene Mazur Kraemer<br>Salene Mazur Kraemer, Esq.<br>Bernstein-Burkley, P.C.<br>707 Grant Street<br>Suite 2200 Gulf Tower<br>Pittsburgh, PA 15219<br>skraemer@bernsteinlaw.com<br>thudkins@bernsteinlaw.com<br>Telephone: (412) 456-8100<br>Attorneys for Beckman Coulter, Inc. |