# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re:  Sears Holdings Corporation                    Case No. 18-23538

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| TRC MASTER FUND LLC | Agri-Fab, Inc. |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 14828 |
| | Ballot ID: 182353801039912 |
| TRC MASTER FUND LLC | **Administrative Claim** |
| Attn: Terrel Ross | **Amount being transferred:** USD$27,313.28 |
| PO Box 633 | Allowed Admin Amount Per Docket 6280: |
| Woodmere, NY 11598 | USD$24,593.26 |
| | Date Original Claim Filed: 04/08/2019 |
| | Phone: (217) 728-3317 |
| Phone: 516-255-1801 | Last four digits of Acct.#: N/A |
| Last four digits of Acct#: N/A | |
| | Name and Current Address of Transferor: |
| Name and address where transferee payments should be sent (if different from above): | Agri-Fab, Inc. |
| | Vedder Price, P.C. |
| Phone: N/A | Attn: Douglas Lipke |
| Last four digits of Acct#: N/A | 222 N. LaSalle Street |
| | Chicago, IL 60601 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/Terrel Ross                              Date: March 17, 2020
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

### Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
Southern District of New Yok
Attention: Clerk

AND TO: Sears Holdings Management Corporation (Debtor)
Case No. 18-23553
(Jointly Administered under Sears Holding Corporation, et al. Case No. 18-23538)

Claim #14828

**Agri-Fab, Inc.**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its **Administrative Claim in the amount of USD $27,313.28 and Allowed in the Amount of USD$24,593.26** ("Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS __17__ DAY OF __March__, 2020.

ASSIGNOR: Agri-Fab, Inc.

_____
(Signature)

__GARY HARVEY__
(Print Name)

__VP Finance__
(Title)

ASSIGNEE: TRC MASTER FUND LLC

_____
(Signature)

__Terrel Ross__
(Print Name)

__Managing Member__
(Title)

**Exhibit A - Opt-in Ballots Allowed for 1st Disbursement**    In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| Ballot ID | Claimant | Allowed Amount | Cash Distribution |
|---|---|---|---|
| 182353801043388 | 24 7 AI INC | $997,898.00 | $286,382.01 |
| 182353801039883 | 24 7 FIRE PROTECTION SERVICES INC | $17,328.00 | $4,972.88 |
| 182353801042646 | 3M Company | $4,548.95 | $1,305.48 |
| 182353801017310 | 4207602 CANADA INC | $371,972.12 | $106,750.51 |
| 182353801042671 | AAA Pharmaceutical, Inc. | $24,003.60 | $6,888.68 |
| 182353801043204 | Adams, Patricia | $7,350.00 | $2,109.34 |
| 182353801039912 | Agri-Fab, Inc. | $24,593.26 | $7,057.90 |
| 182353801017192 | Ainsworth Pet Nutrition LLC | $151,692.25 | $43,528.44 |
| 182353801042734 | Air Temp Mechanical Inc. | $5,252.30 | $1,507.33 |
| 182353801042742 | AKITAS LANDSCAPE AND MAINTENANCE | $1,220.00 | $350.12 |
| 182353801042745 / 182353801042744 | ALASKA NORTH STAR BUILDERS | $16,554.13 | $4,750.79 |
| 182353801013948 | ALIZAI ENTERPRISE INC | $12,000.00 | $3,443.82 |
| 182353801042572 | ALL AMERICAN TREE & LAWN | $11,495.00 | $3,298.90 |
| 182353801042578 | ALLIANCE COMFORT SYSTEMS INC | $4,157.50 | $1,193.14 |
| 182353801017240 | ALLIANCE PHARMA INC | $798.85 | $229.26 |
| 182353801043224 | Alpine Creations Ltd | $600,000.00 | $172,191.15 |
| 182353801039933 | AMO Sales & Service Inc | $2,093.28 | $600.74 |
| 182353801043484 | Amstore Corporation | $34,977.00 | $10,037.88 |
| 182353801042805 | ANGLESHELF OF PUERTO RICO | $3,134.35 | $899.51 |
| 182353801042807 | Anglo American Enterprises Corp. | $9,658.94 | $2,771.97 |
| 182353801042818 | APEX SYSTEMS INC | $35,784.04 | $10,269.49 |
| 182353801013976 | APEX TOOL GROUP LLC | $250,000.00 | $71,746.31 |
| 182353801042824 | Apollo Retail Specialist, LLC | $9,575.49 | $2,748.02 |

1

# Prime Clerk — A Division of DUFF & PHELPS

Proof of Claim PDF   Email PDF

## Creditor Data Details - Claim # 14828

**Creditor**
Agri-Fab, Inc.
Vedder Price, P.C.
Attn: Douglas Lipke
222 N. LaSalle Street
Chicago, IL 60601

**Debtor Name**
Sears Holdings Management Corporation

**Date Filed**
04/08/2019

**Claim Number**
14828

**Schedule Number**
n/a

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U* F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | $483,584.95 | U | $483,584.95 | Asserted |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | $27,313.28 | U | $27,313.28 | Asserted |
| Admin Priority | | | | | | |
| Total | $0.00 | | $510,898.23 | | $510,898.23 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign