

March 9, 2020

United States Bankruptcy Court
Southern District of New York
c/o Mimi Correa
300 Quarropas Street
White Plains, NY 10601

RE: Sears Holding Corporation, et al
Case: 18-23538

Dear Judge Robert D. Drain,

Please be advised this letter to serve as Infinite Energy's request to withdraw our Application for Payment on the Adequate Assurance deposit with prejudice.

Should you have any questions please call our office at 352-313-3328.

Sincerely,

Andrea McHenry
Legal Department

cc: Angeline Hwang: Angeline.hwang@weil.com

