**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

In re: Sears Holdings Corporation, Inc., et al.　　　　Case No.: 18-23538 (rdd)

　　　　　　　　　　　　　　　　　　　　　　　　Chapter 11
　　　　　　　　　　　　　　　　　　　　　　　　(Jointly Administered)
　　　　　　　　　　　　Debtors

-----------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

　　　　Upon the motion of <u>Jose-Trelles Herrera</u> to be admitted, ***pro hac vice***, to represent <u>Leonora Gonzalez　　　　　　　　　　　</u> (the "Client") in the above referenced ☑ cases ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of <u> Florida　　　　　</u> and the bar of the U.S. District Court for the <u> Southern　　　　　</u> District of <u> Florida　　　　　</u>, it is hereby

　　　　**ORDERED**, that <u>Jose-Trelles Herrera　　　　　</u>, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ cases ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: March 18, 2020
　　　　White Plains, New York　　　　　　　*/s/Robert D. Drain*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE