HERRERA LAW FIRM, P.A.
P.O. Box 442968
Miami, Florida 33144
(305) 445-1100
Jose-Trelles Herrera, Esq.

*Attorney for Leonora Gonzalez*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x

**In re**                                                       :

**SEARS HOLDINGS CORPORATION, INC.,** *et. al.,*    :

                                                                :        **Case No.: 18-23538(rdd)**

                                                                :        **Chapter 11**

                                        **Debtor**        :        **(Jointly Administered)**

---------------------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney hereby appears as counsel for

LEONORA GONZALEZ, and pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules

of Bankruptcy Procedure, demands that all notices given or required to be given in this case and

all papers served in this case be given to and served upon the undersigned at the following

address:

**HERRERA LAW FIRM, P.A.**
**P.O. BOX 442968**
**Miami, Florida 33145**
**Tel: (305) 445-1100 / Fax: (305) 221-8805**
**JTHerrera@Herreralawfirm.com**
**VTarajano@Herreralawfirm.com**

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only

notices and papers referred to in the rules specified above but also includes, without limitation,

notices and papers with respect to any application, motion, petition, pleading, disclosure

statement, plan of reorganization, request, complaint or demand, whether formal or informal,

whether written or oral, whether transmitted or conveyed by mail, hand delivery, telephone,

-1-

telegraph, telex or otherwise, and whether sent by the Court, the Debtor, or any other party,

which affects the Debtor or the property of the Debtor.

PLEASE TAKE FURTHER NOTICE that the undersigned requests to be added to the

Court's master mailing matrix.

**HERRERA LAW FIRM, P.A.**
**P.O. Box 442968**
**Miami, Florida 33144**
**Tel: (305) 445-1100 / Fax: (305) 221-8805**
**E-mail: JTHerrera@Herreralawfirm.com**
      **VTarajano@Herreralawfirm.com**

**By */s/ Jose-Trelles Herrera*_____**
      **JOSE-TRELLES HERRERA, ESQ.**
      **Florida Bar No.: 113685**
      *Attorney for Leonora Gonzalez*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and served

via the CM/ECF system on this ___19th___ day of March, 2020.

      */s/ Jose-Trelles Herrera*_____
      **JOSE-TRELLES HERRERA, ESQ.**