WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
|   |   |   |
|---|---|---|
| **In re** | : | **Chapter 11** |
|   | : |   |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | : | **Case No. 18-23538 (RDD)** |
|   | : |   |
| **Debtors.**[1] | : | **(Jointly Administered)** |
-------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS' SECOND OMNIBUS OBJECTION TO PROOFS OF CLAIM (RECLASSIFICATION AS GENERAL UNSECURED CLAIMS)

      **PLEASE TAKE NOTICE** that that pursuant to paragraph 7(vii) of the *Order*

*Approving (I) Claims Objection Procedures, (II) Claims Settlement Procedures, and (III) Claims*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

*Hearing Procedures* (ECF No. 3014) (the "**Claims Procedures Order**") the hearing (the "**Hearing**") to consider the *Debtors' Second Omnibus Objection to Proofs of Claim (Reclassification as General Unsecured Claims)* (ECF No. 4776) solely with respect to the claims and to the extent listed on **Exhibit 1** annexed hereto, previously scheduled for March 25, 2020 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to April 29, 2020 at 10:00 a.m. (Prevailing Eastern Time)**.  The Hearing may be rescheduled further by the Debtors on notice to the affected claimant(s) pursuant to the Claims Procedures Order.

Dated:  March 20, 2020
          New York, New York

/s/ Garrett A. Fail
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

*Attorneys for Debtors*
*and Debtors in Possession*

WEIL:\97350248\5\73217.0004

## Exhibit 1 - Adjourned Claims

**In re: Sears Holdings Corporation, et al.**
**Case No. 18-23538 (RDD)**

| Ref # | Name of Claimant | Proof of Claim No. |
|---|---|---|
| 23. | AMI Ventures Inc ** | 8513 ** |
| 24. | AMI Ventures Inc ** | 8514 ** |
| 26. | AMI Ventures Inc ** | 8556 ** |
| 27. | AMI Ventures Inc ** | 8644 ** |
| 52. | BHFO, Inc. | 7810 |
| 110. | Cymax Stores USA LLC | 15631 |
| 149. | El-Habre, Suzanne | 5063 |
| 177. | Georgia Watersports, LLC | 5472 |
| 305. | seaofdiamonds.com | 15554 |
| 307. | Shopchimney.com inc | 11540 |
| 314. | Sky Billiards, Inc. dba Best Choice Products | 7592 |
| 319. | Stolaas Company | 11880 |
| 320. | Stolaas Company DBSA Tic-Tok | 4280 |
| 321. | Stolaas Company Inc, DBA Tic-Tok | 1389 |
| 327. | Tri-State Camera Exchange, Inc. | 7929 |
| 332. | Vir Ventures Inc | 8539 |
| 333. | VM Innovations, Inc. | 10914 |

\*\* The hearing to consider the Debtors' motion to dismiss counts in the adversary complaint commenced by AMI Ventures Inc. (ECF No. 7367) will not be adjourned and will go forward as scheduled at the hearing on March 25, 2020, at 10:00 a.m.