WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |

---------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS' ELEVENTH OMNIBUS OBJECTION TO PROOFS OF CLAIM (TO RECLASSIFY CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that pursuant to paragraph 7(vii) of the *Order Approving (I) Claims Objection Procedures, (II) Claims Settlement Procedures, and (III) Claims*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

*Hearing Procedures* (ECF No. 3014) (the "**Claims Procedures Order**") the hearing (the "**Hearing**") to consider the *Debtors' Eleventh Omnibus Objection to Proofs of Claim (To Reclassify Claims)* (ECF No. 7213) solely with respect to the claims listed on **Exhibit 1** annexed hereto, previously scheduled for March 25, 2020 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to April 29, 2020 at 10:00 a.m. (Prevailing Eastern Time)**. The Hearing may be rescheduled further by the Debtors on notice to the affected claimant(s) pursuant to the Claims Procedures Order.

Dated: March 20, 2020
      New York, New York

                                                        */s/ Garrett A. Fail*
                                                        Ray C. Schrock, P.C.
                                                        Jacqueline Marcus
                                                        Garrett A. Fail
                                                        Sunny Singh
                                                        WEIL, GOTSHAL & MANGES LLP
                                                        767 Fifth Avenue
                                                        New York, New York 10153
                                                        Telephone: (212) 310-8000
                                                        Facsimile: (212) 310-8007

                                                        *Attorneys for Debtors*
                                                        *and Debtors in Possession*

# Exhibit 1

**In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)**

| Ref # | Name of Claimant | Proof of Claim No. |
|---|---|---|
| 1. | BH North America Corporation | 14685 |
| 6. | City Choice Limited | 16486 |
| 10. | Great Lake Technologies | 14801 |
| 11. | GTM Corporation USA | 20354 |
| 14. | Icon Health & Fitness Inc. | 11857 |
| 15. | Icon Health & Fitness Inc. | 11860 |
| 18. | K G Denim Limited | 1314 |
| 19. | K G Denim Limited | 1362 |
| 20. | K G Denim Limited | 1363 |
| 38. | South Pacific Fashion Ltd. | |
| 54. | Xiamen Luxinjia Imp & Exp Co Ltd. | 5932 |
| 55. | Xiamen Luxinjia Imp & Exp Co Ltd. | 5968 |