WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re                                              :        Chapter 11
                                                   :
**SEARS HOLDINGS CORPORATION**, *et al.*,          :        Case No. 18-23538 (RDD)
                                                   :
                    Debtors.[1]                    :        (Jointly Administered)
------------------------------------------------------------ x

### NOTICE WITH RESPECT TO DEBTORS' TWELFTH OMNIBUS OBJECTION TO BALLOTS AND PROOFS OF CLAIM (NO LIABILITY CLAIMS)

Reference is made to the *Debtors' Twelfth Omnibus Objection to Ballots and Proofs of Claim (No Liability Claims)* (ECF No. 7301) (the "**Objection**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Please take notice that the hearing (the "**Hearing**") to consider the Objection solely with respect to the claim listed on **Exhibit 1** hereto, previously scheduled for March 25, 2020 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to April 29, 2020 at 10:00 a.m. (Prevailing Eastern Time)**.  The Hearing may be rescheduled further by the Debtors on notice to the affected claimant(s).

Dated: March 20, 2020
      New York, New York

      */s/ Garrett A. Fail*
      Ray C. Schrock, P.C.
      Jacqueline Marcus
      Garrett A. Fail
      Sunny Singh
      WEIL, GOTSHAL & MANGES LLP
      767 Fifth Avenue
      New York, New York  10153
      Telephone: (212) 310-8000
      Facsimile: (212) 310-8007

      *Attorneys for Debtors*
      *and Debtors in Possession*

## **Exhibit 1- Adjourned Claims**

| ECF No. | Ref # | Name of Claimant | Ballot No. |
|---|---|---|---|
| 7301 | 107 | Weavetex Overseas | 182353801043128 |