**Debtors' Second Omnibus Objection to Non-Opt-Out Claims**  
**Exhibit 1 - Claims Reclassified as General Unsecured Claims**

**In re: Sears Holdings Corporation,** *et al.*  
**Case No. 18-23538 (RDD)**

| | | | | Reclassified Claims | | |
|---|---|---|---|---|---|---|
| **Ref #** | **Name of Claimant** | **Affected Claim No.** | **Affected Ballot No.** | **503(b)(9) Administrative Priority Claim** | **Amount Reclassified as General Unsecured Claim** | **Reason for Proposed Reclassification** |
| 17. | CHIC HOME DESIGN LLC | 4880 | N/A | $4,646.50 | $4,646.50 | The Claim does not relate to goods received "by the Debtors". |
| 18. | CHIC HOME DESIGN LLC | 4919 | N/A | $11,256.90 | $11,256.90 | The Claim does not relate to goods received "by the Debtors". |
| 82. | Sheobuy, Inc. (dba Shoes.com) | 5745 | N/A | $60,382.28 | $60,382.28 | The Claim does not relate to goods received "by the Debtors". |