PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Tel: 212-373-3000
Fax: 212-757-3990
Paul M. Basta
Kelley A. Cornish
Lewis R. Clayton

*Counsel for the Debtors, Acting at the
Direction of the Restructuring Sub-Committee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **SEARS HOLDINGS CORPORATION, *et al.*,** | : | **Case No. 18-23538 (RDD)** |
| | : | |
| **Debtors.** [1] | : | **(Jointly Administered)** |
| | : | |

---------------------------------------------------------------x

**SEVENTEENTH MONTHLY FEE STATEMENT OF
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS ATTORNEYS FOR DEBTORS
FOR PERIOD FROM FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); Sears Brands Management Corporation (5365), and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Name of Applicant: | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | November 16, 2018, *nunc pro tunc* to November 15, 2018 |
| Period for which compensation and reimbursement is sought: | February 1, 2020 through February 29, 2020 |
| Monthly Fees Incurred: | $11,281.00 |
| 20% Holdback: | $2,256.20 |
| Total Compensation Less 20% Holdback: | $9,024.80 |
| Monthly Expenses Incurred: | $37,563.84 |
| Total Fees and Expenses Due: | $46,588.64 |

This is a:  __X__ monthly ____interim _____final application

In accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 796] (the "Interim Compensation Order"),[2] Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss") hereby submits this Seventeenth Monthly Fee Statement (the "Seventeenth Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as counsel to the Debtors, for the period from February 1, 2020 through February 29, 2020 (the "Seventeenth Monthly Fee Period"). By this Seventeenth Monthly Fee Statement, and after taking into account certain voluntary reductions, Paul, Weiss seeks payment in the amount of $46,588.64, which comprises (i) $9,024.80 representing eighty percent (80%) of the total amount of compensation

---

[2]    Capitalized terms used herein but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Order.

sought for actual and necessary services rendered during the Seventeenth Monthly Fee Period, subject to certain voluntary reductions, and (ii) reimbursement of $37,563.84 representing one hundred percent (100%) of actual and necessary expenses incurred in connection with such services.

## Services Rendered and Expenses Incurred

1.      Attached as <u>Exhibit A</u> is a summary of Paul, Weiss's professionals by individual, setting forth the (i) name, title, and department of each individual who provided services in connection with the Chapter 11 Cases during the Seventeenth Monthly Fee Period, (ii) aggregate hours spent by each individual, (iii) hourly billing rate for each such individual at Paul, Weiss's current billing rates, (iv) amount of fees earned by each Paul, Weiss professional, and (v) the year of bar admission for each attorney. The blended hourly billing rate of Paul, Weiss attorneys during the Seventeenth Monthly Fee Period is approximately $865.10. The blended hourly rate of staff attorneys, paralegals, and other non-legal staff during the Seventeenth Monthly Fee Period is approximately $341.74.

2.      Attached as <u>Exhibit B</u> is a summary of the services rendered and compensation sought, by project category, for the Seventeenth Monthly Fee Period.

3.      Attached as <u>Exhibit C</u> is a summary of expenses incurred and reimbursement sought, by expense type, for the Seventeenth Monthly Fee Period.

4.      Attached as <u>Exhibit D</u> is itemized time detail of Paul, Weiss professionals for the Seventeenth Monthly Fee Period and summary materials related thereto.

## Notice and Objection Procedures

Notice of this Seventeenth Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly

Road, Hoffman Estates, Illinois 60179, <u>Attention</u>: Rob Riecker (email: Rob.Riecker@searshc.com) and Luke Valentino (email: Luke.Valentino@searshc.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email: 4eorge44ne.marcus@weil.com), Garrett A. Fail (email: garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, <u>Attention</u>: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: 4eorge4.morrissey@usdoj.gov); (iv) Paul E. Harner, Ballard Spahr LLP, the independent fee examiner, 1675 Broadway 19th Floor, New York, NY 10019 (email: harnerp@ballardspahr.com); (v) counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York, 10036, <u>Attention</u>: Philip C. Dublin (email: pdublin@akingump.com), Ira Dizengoff (email: idizengoff@akingump.com), and Sara Lynne Brauner (email: sbrauner@akingump.com); and (vi) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, <u>Attention</u>: Paul D. Leake (email: paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: 4eorge.howard@skadden.com) (collectively, the "<u>Notice Parties</u>").

Objections to this Seventeenth Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **April 8, 2020** (the "<u>Objection Deadline</u>"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "<u>Objection</u>").

If no objections to this Seventeenth Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

If an objection to this Seventeenth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of Seventeenth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: March 24, 2020            */s/ Paul M. Basta*
New York, New York               PAUL, WEISS, RIFKIND, WHARTON &
                                 GARRISON LLP
                                 1285 Avenue of the Americas
                                 New York, New York 10019
                                 Tel: 212-373-3000
                                 Fax: 212-757-3990
                                 Paul M. Basta
                                 Kelley A. Cornish
                                 Lewis R. Clayton

                                 *Counsel for the Debtors, Acting at the*
                                 *Direction of the Restructuring Sub-Committee*

5

## Exhibit A

**Compensation by Professional**

**SUMMARY OF MONTHLY FEE STATEMENT OF**
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP FOR**
**SERVICES RENDERED FOR THE PERIOD**
**FROM FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020**

| Name of Professional Partners and Counsel | Title | Department | Year Admitted | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|---|
| Kelley Cornish | Partner | Bankruptcy | 1984 | 1,650.00 | 0.6 | 990.00 |
| **Total Partners and Counsel:** | | | | | **0.6** | **990.00** |

| Name of Associates | Department | Year Admitted | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|
| Patricia A. Walsh | Bankruptcy | Not admitted | 665.00 | 3.2 | 2,128.00 |
| Teresa Lii | Bankruptcy | 2014 | 980.00 | 0.8 | 784.00 |
| Jonathan Silberstein-Loeb | Litigation | 2014 | 1,020.00 | 0.5 | 510.00 |
| **Total Associates:** | | | | **4.5** | **3,422.00** |

| Name of Staff Attorneys, Paralegals and Other Non-Legal Staff | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|
| Joseph Monzione | 380 | 1.6 | 608.00 |
| Alan D. Wilbur | 360 | 5.2 | 1,872.00 |
| Jennifer Kellner | 330 | 13.3 | 4,389.00 |
| **Total Staff Attorneys, Paralegals and Other Non-Legal Staff:** | | **20.1** | **6,869.00** |

| PROFESSIONALS | BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|
| Partners and Counsel | 1,650.00 | 0.6 | 990.00 |
| Associates | 760.44 | 4.5 | 3,422.00 |
| Staff Attorneys/Paralegals/ Non-Legal Staff | 341.74 | 20.1 | 6,869.00 |
| Blended Attorney Rate | 865.10 | | |
| **Total Fees Incurred** | | **25.2** | **11,281.00** |

**<u>Exhibit B</u>**

**Compensation by Task Code**

**AGGREGATE TIME SUMMARY BY TASK CODE**
**FOR THE PERIOD FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020**

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Case Administration | 2.1 | 972.00 |
| Conflict Matters: Investigations & Discovery | 4.6 | 1,986.00 |
| Fee/Employment Applications (Paul, Weiss) | 18.3 | 8,127.00 |
| Creditor Inquiries | 0.2 | 196.00 |
| **TOTAL** | **25.2** | **11,281.00** |

**<u>Exhibit C</u>**

**Expense Summary**

**AGGREGATE ITEMIZED DISBURSEMENTS**
**FOR THE PERIOD FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020**

| Expenses Category | Total Expenses ($) |
|---|---|
| Information Retrieval Services | 241.84 |
| Duplicating Expenses | 14.50 |
| Professional Services | 37,707.50 |
| **TOTAL** | **37,563.84** |

## **Exhibit D**

**Time Detail**

Client: 022429 Sears Holdings Corporation                    Resp Prtnrs: PMB SMB LRC          Proforma: 7505755                    (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

U N B I L L E D   T I M E                ----- Input since 02/01/2020 ----   -------------------- Total Unbilled --------------------

| Emp Id | Employee Name | Off | Dp | Group | Hours | Amount | Oldest | Latest | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 00079 | Cornish, Kelley A | NY | Bkcy | PARTNER | 0.60 | 990.00 | 02/25/20 | 02/25/20 | 0.60 | 990.00 |
| 07220 | Silberstein-Loeb, Jo | NY | Lit | ASSOCIATE | 0.50 | 510.00 | 02/04/20 | 02/10/20 | 0.50 | 510.00 |
| 07797 | Walsh, Patricia A. | NY | Bkcy | ASSOCIATE | 3.20 | 2,128.00 | 02/04/20 | 02/28/20 | 3.20 | 2,128.00 |
| 08075 | Lii, Teresa | NY | Bkcy | ASSOCIATE | 0.80 | 784.00 | 02/03/20 | 02/28/20 | 0.80 | 784.00 |
| 02444 | Monzione, Joseph | NY | Bkcy | PARALEGAL | 1.60 | 608.00 | 02/04/20 | 02/18/20 | 1.60 | 608.00 |
| 54722 | Kellner, Jennifer | NY | Corp | PARALEGAL | 13.30 | 4,389.00 | 02/11/20 | 02/28/20 | 13.30 | 4,389.00 |
| 54217 | Wilbur, Alan D. | DC | EDP | PARALGL | 5.20 | 1,872.00 | 02/04/20 | 02/26/20 | 5.20 | 1,872.00 |
| | Total: | | | | 25.20 | 11,281.00 | | | 25.20 | 11,281.00 |

Sub-Total Hours  :      0.60 Partners;      0.00 Counsels;      4.50 Assocs;      14.90 Paralgls;      5.20 Others

U N B I L L E D   D I S B U R S E M E N T S        Input since 02/01/2020    -------------------- Total Unbilled --------------------

| Code | Disbursement Name | Amount | Oldest Entry | Latest Entry | Amount |
|---|---|---|---|---|---|
| | Professional Services | | | | |
| 1114 | Electronic Discovery | 37,307.50 | 01/16/20 | 01/16/20 | 37,307.50 |
| | Total Professional Services | | | | 37,307.50 |
| | Information Retrieval Services | | | | |
| 1418 | Docketing Retrieval | 37.17 | 01/09/20 | 02/28/20 | 323.98 |
| 1422 | General Info Databases | 204.67 | 06/28/19 | 06/28/19 | 204.67 |
| | Total Information Retrieval Services | | | | 528.65 |
| | Duplicating Expenses | | | | |
| 1801 | Reproduction Exp | 13.70 | 02/04/20 | 02/24/20 | 13.70 |
| 1805 | Color Copies | 0.80 | 02/24/20 | 02/24/20 | 0.80 |
| | Total Duplicating Expenses | | | | 14.50 |
| | Total | 37,563.84 | | | 37,850.65 |

Client: 022429 Sears Holdings Corporation
  Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corp

Run Date & Time: 03/18/20 11:44:56                                    Worked thru: 02/29/20

Client: 022429 Sears Holdings Corporation                    Resp Prtnrs: PMB SMB LRC          Proforma:  7505755                      (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

U N B I L L E D   T I M E   S U M M A R Y
| Employee Name | Off | Dp | Position | Oldest Entry | Latest Entry | Hours |
|---|---|---|---|---|---|---|
| Cornish, Kelley A | NY | Bkcy | PARTNER | 02/25/20 | 02/25/20 | 0.60 |
| Silberstein-Loeb, Jo | NY | Lit | ASSOCIATE | 02/04/20 | 02/10/20 | 0.50 |
| Walsh, Patricia A. | NY | Bkcy | ASSOCIATE | 02/04/20 | 02/28/20 | 3.20 |
| Lii, Teresa | NY | Bkcy | ASSOCIATE | 02/03/20 | 02/28/20 | 0.80 |
| NON-LEGAL SUPPORT | | | | 02/04/20 | 02/28/20 | 20.10 |
| | | | | | | --------- |
| | | Total: | | | | 25.20 |

U N B I L L E D   T I M E   D E T A I L
| Employee Name | Dept | Position | Work Date | Description | Hours | Code |
|---|---|---|---|---|---|---|
| Lii, Teresa | Bkcy | ASSOCIATE | 02/03/20 | Correspond with P. Walsh re hearings. | 0.10 | 701 |
| Walsh, Patricia A. | Bkcy | ASSOCIATE | 02/04/20 | Email correspondence with PW team re: upcoming hearings | 0.40 | 701 |
| Monzione, Joseph | Bkcy | PARALEGAL | 02/04/20 | Review of court docket and Judge Drain list of hearings; and preparation / distribution of memo regarding upcoming hearing dates requested by Ms. Walsh. | 1.20 | 701 |
| | | | 02/18/20 | Preparation and distribution of memo regarding attendance at hearing scheduled on 02/24/20 requested by Ms. Lii and Ms. Walsh. | 0.40 | 701 |
| | | | | Total | 2.10 | |

Client: 022429 Sears Holdings Corporation
  Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corp

alp_212: Matter Analysis Sheet 18-23538-shl   Doc 7508   Filed 03/24/20   Entered 03/24/20 15:27:19   Main Document

PAUL WEISS RIFKIND WHARTON GARRISON LLP

Pg 16 of 18

PAGE   3
LEAF   3

Run Date & Time: 03/18/20 11:44:57                    Worked thru: 02/29/20

Client: 022429 Sears Holdings Corporation                    Resp Prtnrs: PMB SMB LRC          Proforma:  7505755                    (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours | Code |
|---|---|---|---|---|---|---|
| Silberstein-Loeb, Jon | Lit | ASSOCIATE | 02/04/20 | Review document database issues. | 0.10 | 703 |
| Wilbur, Alan D. | EDP | PARALGL | 02/04/20 | Review archival and deletion options (0.9); communicate with vendor regarding costs associated with archival and deletion (0.6) | 1.50 | 703 |
| Silberstein-Loeb, Jon | Lit | ASSOCIATE | 02/05/20 | Review document database issues. | 0.30 | 703 |
| Wilbur, Alan D. | EDP | PARALGL | 02/05/20 | Discuss additional questions related to export and archive of vendor-hosted materials with PW Working Group | 0.50 | 703 |
| | | | 02/06/20 | Analyze export and archival options for vendor-hosted databases. | 0.60 | 703 |
| Silberstein-Loeb, Jon | Lit | ASSOCIATE | 02/10/20 | telephone conference with J. Kane (Akin) to discuss archiving of Relativity database | 0.10 | 703 |
| Wilbur, Alan D. | EDP | PARALGL | 02/18/20 | Review issues re data exports and archival. | 0.40 | 703 |
| | | | 02/21/20 | Work with vendor to reset password to vendor FTP site (0.1); review export of Weil withheld documents (0.1); advise case team regarding treatment of Weil export (0.2); coordinate load of documents to internal database for future review (0.3) | 0.70 | 703 |
| | | | 02/26/20 | Discuss archival process with vendor (0.4). | 0.40 | 703 |

                                        Total                4.60

Client: 022429 Sears Holdings Corporation
  Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corp

Client: 022429 Sears Holdings Corporation          Resp Prtnrs: PMB SMB LRC          Proforma:  7505755          (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

U N B I L L E D    T I M E    D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours | Code |
|---|---|---|---|---|---|---|
| Wilbur, Alan D. | EDP | PARALGL | 02/04/20 | Inquiry into unpaid vendor invoices | 0.20 | 705 |
| | | | 02/05/20 | Investigate unpaid vendor invoices | 0.50 | 705 |
| Walsh, Patricia A. | Bkcy | ASSOCIATE | 02/10/20 | Reviewing diary entries for January fee statement | 1.00 | 705 |
| Kellner, Jennifer | Corp | PARALEGAL | 02/11/20 | Drafting January fee statement per P. Walsh | 2.50 | 705 |
| | | | 02/11/20 | Incorporated edits to January monthly fee statement per P. Walsh | 1.00 | 705 |
| | | | 02/12/20 | Continued drafting monthly fee statement | 1.50 | 705 |
| Walsh, Patricia A. | Bkcy | ASSOCIATE | 02/19/20 | Email correspondence re: weekly estimate (.2) reviewing January fee statement (.7); email correspondence requesting payment of December invoice (.2) | 1.10 | 705 |
| Kellner, Jennifer | Corp | PARALEGAL | 02/19/20 | Preparing excel summary of detailed information on time and expenses as required by court appointed fee examiner per P. Walsh | 2.70 | 705 |
| | | | 02/20/20 | Prepared excel summary of detailed information on time and expenses as required by court appointed fee examiner per P. Walsh | 0.80 | 705 |
| | | | 02/21/20 | Correspondence w/ P. Walsh re: comments to monthly fee statement (0.2), revised monthly fee statement (1.1) | 1.30 | 705 |
| Lii, Teresa | Bkcy | ASSOCIATE | 02/24/20 | Review revised fee statement and correspond with R. Britton, P. Walsh re same. | 0.30 | 705 |
| Kellner, Jennifer | Corp | PARALEGAL | 02/24/20 | Revised monthly fee statement per P. Walsh | 1.00 | 705 |
| | | | 02/24/20 | Revised excel summary of detailed information on time and expenses as required by court appointed fee examiner per P. Walsh | 1.50 | 705 |
| Cornish, Kelley A | Bkcy | PARTNER | 02/25/20 | Review January Fee Application (.5) e-mail correspondence with P. Walsh re: same (.1) | 0.60 | 705 |
| Walsh, Patricia A. | Bkcy | ASSOCIATE | 02/25/20 | Email correspondence with PW team re: monthly fee statement | 0.30 | 705 |
| Wilbur, Alan D. | EDP | PARALGL | 02/25/20 | Review vendor invoices (.2) and advise PW Working Group re: same (0.2) | 0.40 | 705 |
| Walsh, Patricia A. | Bkcy | ASSOCIATE | 02/28/20 | Final revisions to monthly fee statement | 0.40 | 705 |
| Lii, Teresa | Bkcy | ASSOCIATE | 02/28/20 | Correspond with P. Walsh re: monthly fee statement | 0.20 | 705 |
| Kellner, Jennifer | Corp | PARALEGAL | 02/28/20 | Revised monthly fee statement for filing per P. Walsh | 0.50 | 705 |
| | | | 02/28/20 | Filed monthly fee statement per P. Walsh | 0.50 | 705 |
| | | | | Total | 18.30 | |

Client: 022429 Sears Holdings Corporation
  Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corp

Client: 022429 Sears Holdings Corporation       Resp Prtnrs: PMB SMB LRC      Proforma: 7505755       (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours | Code |
|---|---|---|---|---|---|---|
| Lii, Teresa | Bkcy | ASSOCIATE | 02/21/20 | Telephone conference with J. Lopez re creditor inquiry. | 0.20 | 715 |

Total      0.20

Matter Total      25.20

Client: 022429 Sears Holdings Corporation
  Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corp