SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Paul D. Leake
Shana A. Elberg
George R. Howard
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Fax: (212) 735-2000

*Counsel for Bank of America, N.A.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | : | **Case No. 18-23538 (RDD)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |
| | : | |

## NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that the New York offices of Skadden, Arps, Slate, Meagher & Flom LLP have relocated. Notices and pleadings given or filed in these cases should now be given and served upon each of the following:

>Paul D. Leake, Esq.
>Shana A. Elberg, Esq.
>George R. Howard, Esq.
>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
>One Manhattan West
>New York, New York 10001
>Telephone: (212) 735-3000
>Paul.Leake@skadden.com
>Shana.Elberg@skadden.com
>George.Howard@skadden.com

Dated: New York, New York
March 25, 2020

                        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                        By: */s/ Shana A. Elberg*
                              Paul D. Leake
                              Shana A. Elberg
                              George R. Howard
                              One Manhattan West
                              New York, New York 10001
                              Telephone: (212) 735-3000
                              Fax: (212) 735-2000

                        *Counsel for Bank of America, N.A.*