Thomas R. Slome
Michael Kwiatkowski
CULLEN AND DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
Telephone: (516) 296-9165
Facsimile: (516) 357-3792
Email: tslome@cullenllp.com
         mkwiatkowski@cullenllp.com

         and

Russell R. Johnson III (VSB No. 31468)
John M. Craig (VSB No. 32977)
Law Firm Of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Telephone: (804) 749-8861
Facsimile: (804) 749-8862
Email: russell@russelljohnsonlawfirm.com
         john@russelljohnsonlawfirm.com

*Co-Counsel for Appalachian Power Company, Indiana Michigan Power Company, Kentucky Power Company, Kingsport Power Company, Ohio Power Company, Public Service Company of Oklahoma and Southwestern Electric Power Company (collectively, "AEP"), Arizona Public Service Company, Baltimore Gas and Electric Company, Commonwealth Edison Company, PECO Energy Company, The Potomac Electric Power Company, Delmarva Power & Light Company, Atlantic City Electric Company, City of Ocala, Florida, Consolidated Edison Company of New York, Inc., Orange & Rockland Utilities, Virginia Electric and Power Company d/b/a Dominion Energy Virginia, The Dominion East Ohio Gas Company d/b/a Dominion East Ohio, Connecticut Light & Power Company, Public Service Company of New Hampshire, Yankee Gas Services Company, NStar Electric Company, Eastern Massachusetts and NStar Electric Company, Western Massachusetts, West Penn Power Company, Monongahela Power Company, Potomac Edison Company, Toledo Edison Company, Metropolitan Edison Company, Jersey Central Power & Light Company, Pennsylvania Electric Company, The Cleveland Electric Illuminating Company, Ohio Edison Company, Pennsylvania Power Company, Florida Power & Light Company, Georgia Power Company, Boston Gas Company, Colonial Gas Company, KeySpan Energy Delivery Long Island, KeySpan Energy Delivery New York, Massachusetts Electric Company, Narragansett Electric Company, Niagara Mohawk Power Corporation, New York State Electric and Gas Corporation, Rochester Gas & Electric Corporation, Salt River Project, San Diego Gas and Electric Company, Southern California Gas Company, Sacramento Municipal Utility District, Southern California Edison Company, Tucson Electric Power Company, UNS Electric, Inc., UNS Gas, Inc., and Public Service Electric and Gas Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| | ) |
| **In re:** | ) **Chapter 11** |
| | ) |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | ) **Case No. 18-23538 (RDD)** |
| | ) |
| Debtors. | ) **(Jointly Administered)** |
| | ) |

## CERTIFICATE OF SERVICE

I, Michael Kwiatkowski, hereby certify that on March 25, 2020, I caused a true and correct copy of *Notice of Withdrawal of Motion of Certain Utility Companies to Determine Adequate Assurance of Payment Pursuant to Section 366(c) of the Bankruptcy Code* [ECF No. 7511] to be served (i) via the Court's CM/ECF system on all parties receiving notice through that system, and (ii) via electronic mail (email) upon the individuals listed below at the email addresses set forth below.

| | |
|---|---|
| Paul Schwartzberg, Esq. | paul.schwartzberg@usdoj.gov |
| Office of the United States Trustee | |
| | |
| Ray C. Schrock, P.C. | ray.schrock@weil.com |
| Jacqueline Marcus, Esq. | jacqueline.marcus@weil.com |
| Garret A. Fail, Esq. | garrett.fail@weil.com |
| Sunny Singh, Esq. | sunny.singh@weil.com |
| Weil, Gotshal & Manges LLP | |

> */s/ Michael Kwiatkowski*
> Michael Kwiatkowski

2