WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                                       :
                                                            :   **Chapter 11**
**SEARS HOLDINGS CORPORATION,** *et al.*,                   :
                                                            :   **Case No. 18-23538 (RDD)**
                                                            :
             Debtors.[1]                                    :   **(Jointly Administered)**
------------------------------------------------------------x

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

### NOTICE OF EXTENSION OF BAR DATE FOR
### PARTICIPANTS OF THE SEARS RETIREE GROUP LIFE INSURANCE PLAN

**PLEASE TAKE NOTICE** that on October 9, 2019, the Court in the above-captioned chapter 11 cases entered the *Order Authorizing Modification of Retiree Benefits* (ECF No. 5342), which authorized the termination of the Sears Retiree Group Life Insurance Plan (the "**Retiree Plan**").

**PLEASE TAKE FURTHER NOTICE** that on February 27, 2020, the Debtors posted a notice of bar date for filing proofs of claim based on the Retiree Plan (the "**Bar Date Notice**") on the website of the Debtors' claims agent, and served the same on the participants of the Retiree Plan and/or their beneficiaries.  *See* Affidavit of Service (ECF No. 7363).   The Bar Date Notice established April 13, 2020 at 5:00 p.m. (Eastern Time) as the deadline for filing a proof of claim in accordance with the Bar Date Notice (the "**Bar Date**").

**PLEASE TAKE FURTHER NOTICE** that, in light of the Covid-19 pandemic, the Debtors have agreed to extend the Bar Date to May 13, 2020 at 5:00 p.m. (Eastern Time).

Dated:  March 26, 2020
        New York, New York

　　　　　　　　　　　　　　　　　　　　　　　/s/  *Jacqueline Marcus*
　　　　　　　　　　　　　　　　　　　　　　　WEIL, GOTSHAL & MANGES LLP
　　　　　　　　　　　　　　　　　　　　　　　767 Fifth Avenue
　　　　　　　　　　　　　　　　　　　　　　　New York, New York  10153
　　　　　　　　　　　　　　　　　　　　　　　Telephone:  (212) 310-8000
　　　　　　　　　　　　　　　　　　　　　　　Facsimile:   (212) 310-8007
　　　　　　　　　　　　　　　　　　　　　　　Ray C. Schrock, P.C.
　　　　　　　　　　　　　　　　　　　　　　　Jacqueline Marcus
　　　　　　　　　　　　　　　　　　　　　　　Garrett A. Fail
　　　　　　　　　　　　　　　　　　　　　　　Sunny Singh

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Debtors*
　　　　　　　　　　　　　　　　　　　　　　　*and Debtors in Possession*