# EXHIBIT B

# Schedule of Post-Petition Invoices

Townley, Inc. - Schedule of Unpaid Invoices for Post-Petition Goods (K-Mart Corporation)

| Customer Name | Doc. Type | Doc. Date | Due Date | Townley Inv. No. | PO # | A/R Net Amt |
|---|---|---|---|---|---|---|
| K-MART CORPORATION | INVCE | 09/19/19 | 10/04/19 | 227048 | 08292304110 | 2,512.08 |
| K-MART CORPORATION | INVCE | 09/19/19 | 10/04/19 | 227049 | 08275348405 | 2,534.40 |
| K-MART CORPORATION | INVCE | 09/19/19 | 10/04/19 | 227050 | 08289286403 | 1,125.36 |
| K-MART CORPORATION | INVCE | 09/19/19 | 10/04/19 | 227051 | 08275348787 | 1,848.00 |
| K-MART CORPORATION | INVCE | 09/19/19 | 10/04/19 | 227052 | 08289286826 | 330.00 |
| K-MART CORPORATION | INVCE | 09/19/19 | 10/04/19 | 227053 | 08292304483 | 1,980.00 |
| K-MART CORPORATION | INVCE | 09/19/19 | 10/04/19 | 227054 | 08275348777 | 12,960.00 |
| K-MART CORPORATION | INVCE | 09/19/19 | 10/04/19 | 227055 | 08289286808 | 3,782.40 |
| K-MART CORPORATION | INVCE | 09/19/19 | 10/04/19 | 227056 | 08292304474 | 11,164.80 |
| K-MART CORPORATION | INVCE | 09/19/19 | 10/04/19 | 227057 | 08275350024 | 3,866.40 |
| K-MART CORPORATION | INVCE | 09/19/19 | 10/04/19 | 227058 | 08289288185 | 955.20 |
| K-MART CORPORATION | INVCE | 09/19/19 | 10/04/19 | 227059 | 08292305698 | 5,072.40 |
| K-MART CORPORATION | INVCE | 09/19/19 | 10/04/19 | 227060 | 08275350412 | 950.40 |
| K-MART CORPORATION | INVCE | 09/19/19 | 10/04/19 | 227061 | 08289288592 | 172.80 |
| K-MART CORPORATION | INVCE | 09/19/19 | 10/04/19 | 227062 | 08292306082 | 993.60 |
| K-MART CORPORATION | INVCE | 09/24/19 | 10/09/19 | 227323 | 08287293212 | 2,293.92 |
| K-MART CORPORATION | INVCE | 09/24/19 | 10/09/19 | 227324 | 08287293624 | 990.00 |
| K-MART CORPORATION | INVCE | 09/24/19 | 10/09/19 | 227325 | 08287293610 | 10,929.60 |
| K-MART CORPORATION | INVCE | 09/24/19 | 10/09/19 | 227326 | 08287295004 | 3,850.80 |
| K-MART CORPORATION | INVCE | 09/24/19 | 10/09/19 | 227327 | 08287295432 | 475.20 |
| K-MART CORPORATION | INVCE | 10/14/19 | 10/29/19 | 228235 | 08780055319 | 90,216.00 |
| K-MART CORPORATION | INVCE | 10/18/19 | 11/02/19 | 228510 | 08780055804 | 115,383.60 |
| K-MART CORPORATION | INVCE | 10/18/19 | 11/02/19 | 228511 | 08780055805 | 12,405.60 |
| K-MART CORPORATION | INVCE | 10/18/19 | 11/02/19 | 228512 | 08780055915 | 16,575.00 |
| K-MART CORPORATION | INVCE | 10/18/19 | 11/02/19 | 228513 | 08780056086 | 8,985.60 |

TOTAL: 312,353.16