**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MAR 0 9 2020

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al., | Case No. 18-23538 (RDD) |
| Debtors | |

## NOTICE OF APPEARANCE

The Estate of Bernardino B. Pellegrino hereby enters the appearance of Simon B. Mann as counsel for The Estate of Bernardino B. Pellegrino, et al.

Respectfully submitted
THE ESTATE OF
BERNARDINO B. PELLEGRINO
By its attorney


/s/ Simon B. Mann
_____
Simon B. Mann
MANN LAW FIRM, PC
200 Highland Ave, Ste 300
Needham, MA 02494
617.690.7379
BBO # 665301
simon@sbmannlaw.com

Dated:  March 5, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a true copy of the attached Notice was served via regular mail, postage pre-paid, upon counsel of record as follows:

Sunny Singh, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Telephone (212) 310-0800
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

Holly M. Ploglase, Esq.
Hermes, Netburn, O'Connor & Spearing, P.C.
265 Franklin Street, 7th Floor
Boston, MA 02110

Dated:  March 5, 2020                    /s/ Simon B. Mann
                                         _____
                                         Simon B. Mann