UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

SEARS HOLDINGS
CORPORATION, et al.,

    Debtors

Chapter 11
Case No. 18-23538 (RDD)

### MOVANT, THE ESTATE OF BERNARDINO B. PELLEGRINO'S MOTION FOR RELIEF FROM AUTOMATIC STAY

Now comes the movant, the Estate of Bernardino B. Pellegrino ("Pellegrino Estate") by and though its personal representative Donna Pellegrino, and by and through undersigned counsel, and hereby files this Motion for Relief from Automatic Stay pursuant to 11 U.S.C. 362 (A). As grounds for this Motion, the Movant states as follows:

1. Movant is a plaintiff in an underling tort suit, The Estate of Bernardino B. Pellegrino, et al. v. Husqvarna and Kohler et al., the Complaint, yet to be filed, is attached.
2. The Pellegrino Estate alleges in this suit that debtor sold to it a defective riding lawnmower that caught fire and caused Pellegrino to catch fire and burn to the ground, perishing on April 24, 2017.
3. The lawnmower did not have appropriate warning signs as to how to store the lawnmower in the offseason so that gas vapor did not release in the spring so that the ignition caused it to catch fire.
4. The manual to the lawnmower was silent as to outdoor storage saying simply do not cover it in plastic. §The manual should have had conspicuous warning and hazard signs to use appropriate cover.



RECEIVED
MAR -9 2020
U.S. B[...]
SO D[...]

5. The manual should have instructed alcohol-free gas like leaded gas so as not to release gas vapors that could catch fire and create a serious danger.
6. The Pellegrino Estate has been informed that the Defendants have adequate liability insurance. The Pellegrino Estate has claims for triple damages, they are willing to limit their claim to the base amount of $2,500,000.00.
7. To the extent that the claim against Debtors is covered by liability insurance, Pellegrino respectfully requests relief from the automatic stay pursuant to 11 U.S.C. §362 to permit the Pellegrino Estate to proceed with the tort lawsuit.

WHEREFORE, the Movant, the Estate of Pellegrino, respectfully requests that this Court enter an order granting relief form the automatic stay, to the extent that the claim against Sears is covered by Liability Insurance.

Respectfully submitted
THE ESTATE OF
BERNARDINO B. PELLEGRINO
By its attorney

/s/ Simon B. Mann

Simon B. Mann
MANN LAW FIRM, PC
200 Highland Ave, Ste 300
Needham, MA 02494
617.690.7379
BBO # 665301
simon@sbmannlaw.com

Dated: March 5, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a true copy of the attached Notice was served via regular mail, postage pre-paid, upon counsel of record as follows:

Sunny Singh, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Telephone (212) 310-0800
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

Holly M. Ploglase, Esq.
Hermes, Netburn, O'Connor & Spearing, P.C.
265 Franklin Street, 7th Floor
Boston, MA 02110

Dated: March 5, 2020                    /s/ Simon B. Mann
                                        _____
                                        Simon B. Mann