# AFFIDAVIT

The undersigned, Alicia Larson, signs this affidavit attesting that to the best of her knowledge the following facts are known by her to be true:

1. Alicia Larson, in her position as office manager at Synergetic Staffing, LLC, has intimate knowledge of the contracting, work performed for, and invoicing done between Synergetic Staffing, LLC and Sears, and all Sears affiliates.
2. All invoicing done for work performed by Synergetic Staffing, LLC, were submitted on invoices via ARA, Inc. who was the billing agent for Synergetic Staffing, LLC.
3. ARA Inc. has charged back all Sears invoices directly to Synergetic Staffing, LLC. As a result, ARA, Inc. has no further interest in the resolution of these invoices. Any money paid on these invoices should be paid to Synergetic Staffing, LLC.
4. The account number assigned to the Sears invoices by Synergetic Staffing, LLC, via ARA, Inc. was 157085.
5. There were two departments at Sears where invoices were submitted.
6. The first department was the warehouse department. Those invoices are submitted as Exhibit A, and total the amount of $78,868.17.
7. There are invoices submitted to the warehouse division for work performed prior to October 2018 and for work performed after February 11, 2019. All of those invoices are settled.
8. The only remaining invoices for the warehouse division are the invoices that are included in Exhibit A. Those invoices were submitted to Bob Lundquist and Dave McTiernan and approved by Bob Lundquist and Dave McTiernan.
9. The account number for which those invoices were submitted to the warehouse division was 169926.
10. The second department was the maintenance division. Those invoices are submitted as Exhibit B, and total the amount of $19,736.81.
11. There are invoices submitted for the maintenance division for work performed prior to October 2018 and for work performed after February 11, 2019. All of those invoices are settled.
12. The only remaining invoices for the maintenance division are the invoices that are included in Exhibit B. Those invoices were submitted to Robert Taylor and approved by Robert Taylor.
13. The account number for which those invoices were submitted to the maintenance division was 169146.

14. There are invoices submitted as Exhibit C.
15. These invoices are for interest as per the contract under which work was performed by Synergetic Staffing, LLC for Sears.
16. The contract states that any invoices not paid within 30 days of their receipt by Sears are to be charged an annual interest rate of 18% or a monthly interest rate of 1.5%.
17. The interest invoices in Exhibit C total $19,622.16.
18. There are emails attached as Exhibit D which establish the parameters of the work performed by Synergetic Staffing, LLC for Sears.
19. The mailing address for the check should be Synergetic Staffing, LLC, 109 E. Bridge Street, Brighton, Colorado 80601.

By: Alicia Larson

STATE OF _Colorado_ )
                                    ) ss
COUNTY OF _Adams_ )

Signed and sworn to before me this _2nd_ day of _March_ , 2020.
My Commission expires:

Notary Public

JESSICA CRUZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20184031891
MY COMMISSION EXPIRES AUGUST 9, 2022

Exhibit A

**ARA, Inc.**
**P.O. Box 52584**
**Phoenix, AZ 85072-2584**

| | |
|---|---|
| Statement Date: | **2/20/2019** |
| Your Account Number: | **169926** |

# Statement



**Bruce Honnibal**
**Sears Holdings**
**18875 Bromley Lane, Suite A**
**Brighton, CO   80601**

| | | | Total Due: | $78,868.17 |
|---|---|---|---|---|
| **Invoice Date** | **Invoice Number** | **Invoice Amount** | **Amount Paid** | **Balance Due** |
| 12/19/2018 | 31601280 | $6,965.37 | $0.00 | $6,965.37 |
| 12/26/2018 | 31601288 | $9,237.87 | $0.00 | $9,237.87 |
| 1/2/2019 | 31601297 | $5,097.60 | $0.00 | $5,097.60 |
| 1/2/2019 | 31601299 | $432.90 | $0.00 | $432.90 |
| 1/9/2019 | 31601306 | $9,852.66 | $0.00 | $9,852.66 |
| 1/16/2019 | 31601314 | $15,515.91 | $0.00 | $15,515.91 |
| 1/23/2019 | 31601321 | $15,776.91 | $0.00 | $15,776.91 |
| 1/30/2019 | 31601328 | $15,988.95 | $0.00 | $15,988.95 |
| | **Totals:** | **$78,868.17** | **$0.00** | **$78,868.17** |



Synergetic Staffing LLC
3140 Nell Armstrong Blvd. Suite 203
Eagan, MN 55121
Phone: 303-647-9496

| Invoice Date | Invoice # |
|---|---|
| 12/19/2018 | 31601280 |
| **Customer #** | **Invoice Amt** |
| 169926 | $6,965.37 |

David McTiernan
Sears Holdings
18875 Bromley Lane, Suite A
Brighton, CO    80601

Please remit payment to:
ARA, Inc.
P.O. Box 52584
Phoenix, AZ 85072-2584

| Invoice # | 31601280 | Sears Holdings | |
|---|---|---|---|
| Invoice Date | 12/19/2018 | | **Please Pay** |
| Customer # | 169926 | Net 60 Days From Date of Invoice 1.5% Late Fee | **$6,965.37** |

| Employee | Description | Reg Hrs | Rate | OT Hrs | OT Rate | Total |
|---|---|---|---|---|---|---|
| | **WeekendDate: 12/9/2018** | | | | | |
| Vigil, Jorge | Warehouse Person | 8.00 | $18.00 | 0.00 | $27.00 | $144.00 |
| | **WeekendDate: 12/16/2018** | | | | | |
| Alvarez, Georgina | Warehouse Person | 9.05 | $18.00 | 0.00 | $27.00 | $162.90 |
| Aragon, Elexis | Warehouse Person | 38.41 | $18.00 | 0.00 | $27.00 | $691.38 |
| Barros, Shaelynn | Warehouse Person | 39.38 | $18.00 | 0.00 | $27.00 | $708.84 |
| Berry, Ryan | Warehouse Person | 21.55 | $18.00 | 0.00 | $27.00 | $387.90 |
| Dvorak, Benjamin | Warehouse Person | 29.96 | $18.00 | 0.00 | $27.00 | $539.28 |
| Garza, Louie | Warehouse Person | 37.41 | $18.00 | 0.00 | $27.00 | $673.38 |
| Lacota, Anthony | Warehouse Person | 11.58 | $18.00 | 0.00 | $27.00 | $208.44 |
| Martinez, Brooke | Warehouse Person | 33.80 | $18.00 | 0.00 | $27.00 | $608.40 |
| Ramirez, Guadalupe | Warehouse Person | 40.00 | $18.00 | 1.41 | $27.00 | $758.07 |
| Rangel, Shirley | Warehouse Person | 24.95 | $18.00 | 0.00 | $27.00 | $449.10 |
| Torres, Raelynne | Warehouse Person | 30.63 | $18.00 | 0.00 | $27.00 | $551.34 |
| Velasquez, Desirae | Warehouse Person | 33.23 | $18.00 | 0.00 | $27.00 | $598.14 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Venzor, Rafael | Warehouse Person | | | 0.00 | $27.00 | $261.90 |
| Vigil, Jorge | Warehouse Person | | 12.35 | $18.00 | 0.00 | $27.00 | $222.30 |

**Please Pay** $6,965.37

This invoice has been sold and assigned to ARA, Inc. dba Lone Oak Payroll, and is payable only in United States dollars. All payments must be made to ARA, Inc. dba Lone Oak Payroll c/o Wells Fargo Bank, N.A. and sent to: Post Office Box 52584 Phoenix, AZ 85072-2584.

Synergetic Staffing LLC
3140 Neil Armstrong Blvd. Suite 203
Eagan, MN 55121
Phone: 303-647-9496

| Invoice Date | Invoice # |
|---|---|
| 12/26/2018 | 31601288 |
| **Customer #** | **Invoice Amt** |
| 169926 | $9,237.87 |

| Please remit payment to: |
|---|
| ARA, Inc.
P.O. Box 52584
Phoenix, AZ 85072-2584 |

David McTiernan
Sears Holdings
18875 Bromley Lane, Suite A
Brighton, CO    80601

| Invoice # | 31601288 | Sears Holdings | |
|---|---|---|---|
| Invoice Date | 12/26/2018 | | **Please Pay** |
| Customer # | 169926 | Net 60 Days From Date of Invoice 1.5% Late Fee | **$9,237.87** |

| Employee | Description | Reg Hrs | Rate | OT Hrs | OT Rate | Total |
|---|---|---|---|---|---|---|
| | **WeekendDate: 12/16/2018** | | | | | |
| Venzor, Rafael | Warehouse Person | 8.00 | $18.00 | 0.00 | $27.00 | $144.00 |
| | **WeekendDate: 12/23/2018** | | | | | |
| Aragon, Elexis | Warehouse Person | 40.00 | $18.00 | 0.40 | $27.00 | $730.80 |
| Barros, Shaelynn | Warehouse Person | 18.43 | $18.00 | 0.00 | $27.00 | $331.74 |
| Berry, Ryan | Warehouse Person | 28.81 | $18.00 | 0.00 | $27.00 | $518.58 |
| Dvorak, Benjamin | Warehouse Person | 40.00 | $18.00 | 2.01 | $27.00 | $774.27 |
| Garza, Louie | Warehouse Person | 40.00 | $18.00 | 4.56 | $27.00 | $843.12 |
| Holguin, LaNiece | Warehouse Person | 28.43 | $18.00 | 0.00 | $27.00 | $511.74 |
| Martinez, Brooke | Warehouse Person | 40.00 | $18.00 | 4.85 | $27.00 | $850.95 |
| Martinez, Louis | Warehouse Person | 20.03 | $18.00 | 0.00 | $27.00 | $360.54 |
| Mejia, Jacqueline | Warehouse Person | 37.85 | $18.00 | 0.00 | $27.00 | $681.30 |
| Ramirez, Guadalupe | Warehouse Person | 40.00 | $18.00 | 5.81 | $27.00 | $876.87 |
| Rangel, Shirley | Warehouse Person | 33.85 | $18.00 | 0.00 | $27.00 | $609.30 |
| Torres, Raelynne | Warehouse Person | 26.16 | $18.00 | 0.00 | $27.00 | $470.88 |
| Velasquez, Desirae | Warehouse Person | 34.78 | $18.00 | 0.00 | $27.00 | $626.04 |

| Venzor, Rafael | Warehouse Person | | | 0.00 | $27.00 | $689.94 |
| Vigil, Jorge | Warehouse Person | 12.10 | $18.00 | 0.00 | $27.00 | $217.80 |

**Please Pay**      **$9,237.87**

This invoice has been sold and assigned to ARA, Inc. dba Lone Oak Payroll, and is payable only in United States dollars. All payments must be made to ARA, Inc. dba Lone Oak Payroll c/o Wells Fargo Bank, N.A. and sent to: Post Office Box 52584 Phoenix, AZ 85072-2584.

Synergetic Staffing LLC
3140 Neil Armstrong Blvd. Suite 203
Eagan, MN 55121
Phone: 303-647-9496

| Invoice Date | Invoice # |
|---|---|
| 1/2/2019 | 31601297 |
| **Customer #** | **Invoice Amt** |
| 169926 | $5,097.60 |

| Please remit payment to: |
|---|
| ARA, Inc. |
| P.O. Box 52584 |
| Phoenix, AZ 85072-2584 |

David McTiernan
Sears Holdings
18875 Bromley Lane, Suite A
Brighton, CO     80601

| Invoice # | 31601297 | Sears Holdings | |
|---|---|---|---|
| Invoice Date | 1/2/2019 | | **Please Pay** |
| Customer # | 169926 | Net 60 Days From Date of Invoice 1.5% Late Fee | **$5,097.60** |

| Employee | Description | Reg Hrs | Rate | OT Hrs | OT Rate | Total |
|---|---|---|---|---|---|---|
| | **WeekendDate: 12/30/2018** | | | | | |
| Aragon, Elexis | Warehouse Person | 37.85 | $18.00 | 0.00 | $27.00 | $681.30 |
| Garza, Louie | Warehouse Person | 25.41 | $18.00 | 0.00 | $27.00 | $457.38 |
| Martinez, Brooke | Warehouse Person | 31.95 | $18.00 | 0.00 | $27.00 | $575.10 |
| Martinez, Louis | Warehouse Person | 23.88 | $18.00 | 0.00 | $27.00 | $429.84 |
| Mejia, Jacqueline | Warehouse Person | 32.11 | $18.00 | 0.00 | $27.00 | $577.98 |
| Ramirez, Guadalupe | Warehouse Person | 29.48 | $18.00 | 0.00 | $27.00 | $530.64 |
| Rangel, Shirley | Warehouse Person | 38.70 | $18.00 | 0.00 | $27.00 | $696.60 |
| Torres, Raelynne | Warehouse Person | 26.53 | $18.00 | 0.00 | $27.00 | $477.54 |
| Velasquez, Desirae | Warehouse Person | 14.61 | $18.00 | 0.00 | $27.00 | $262.98 |
| Venzor, Rafael | Warehouse Person | 22.68 | $18.00 | 0.00 | $27.00 | $408.24 |

| | **Please Pay** | **$5,097.60** |
|---|---|---|

This invoice has been sold and assigned to ARA, Inc. dba Lone Oak Payroll, and is payable only in United States dollars.
All payments must be made to ARA, Inc. dba Lone Oak Payroll c/o Wells Fargo Bank, N.A. and sent to:
Post Office Box 52584 Phoenix, AZ 85072-2584.

Synergetic Staffing LLC
3140 Neil Armstrong Blvd. Suite 203
Eagan, MN 55121
Phone: 303-647-9496

| Invoice Date | Invoice # |
|---|---|
| 1/2/2019 | 31601299 |
| **Customer #** | **Invoice Amt** |
| 169926 | $432.90 |

David McTiernan
Sears Holdings
18875 Bromley Lane, Suite A
Brighton, CO   80601

| Please remit payment to: |
|---|
| ARA, Inc.
P.O. Box 52584
Phoenix, AZ 85072-2584 |

| Invoice # | 31601299 | Sears Holdings | |
|---|---|---|---|
| Invoice Date | 1/2/2019 | | **Please Pay** |
| Customer # | 169926 | Net 60 Days From Date of Invoice 1.5% Late Fee | **$432.90** |

| Employee | Description | Reg Hrs | Rate | OT Hrs | OT Rate | Total |
|---|---|---|---|---|---|---|
| | **WeekendDate: 12/30/2018** | | | | | |
| Thompson, Ronnie | Warehouse Person | 24.05 | $18.00 | 0.00 | $27.00 | $432.90 |

| | |
|---|---|
| **Please Pay** | **$432.90** |

This invoice has been sold and assigned to ARA, Inc. dba Lone Oak Payroll, and is payable only in United States dollars.
All payments must be made to ARA, Inc. dba Lone Oak Payroll c/o Wells Fargo Bank, N.A. and sent to:
Post Office Box 52584 Phoenix, AZ 85072-2584.

**Synergetic Staffing LLC**
3140 Neil Armstrong Blvd. Suite 203
Eagan, MN 55121
Phone: 303-647-9496

| Invoice Date | Invoice # |
| --- | --- |
| 1/9/2019 | 31601306 |
| **Customer #** | **Invoice Amt** |
| 169926 | $9,852.66 |

Please remit payment to:

ARA, Inc.
P.O. Box 52584
Phoenix, AZ 85072-2584

David McTiernan
Sears Holdings
18875 Bromley Lane, Suite A
Brighton, CO    80601

| Invoice # | 31601306 | Sears Holdings | |
| --- | --- | --- | --- |
| Invoice Date | 1/9/2019 | | **Please Pay** |
| Customer # | 169926 | Net 60 Days From Date of Invoice 1.5% Late Fee | **$9,852.66** |

| Employee | Description | Reg Hrs | Rate | OT Hrs | OT Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| | **WeekendDate: 1/6/2019** | | | | | |
| Aragon, Elexis | Warehouse Person | 38.23 | $18.00 | 0.00 | $27.00 | $688.14 |
| Bermudez, Brianda | Warehouse Person | 16.16 | $18.00 | 0.00 | $27.00 | $290.88 |
| Berry, Ryan | Warehouse Person | 26.63 | $18.00 | 0.00 | $27.00 | $479.34 |
| Christopher, Eric | Warehouse Person | 28.21 | $18.00 | 0.00 | $27.00 | $507.78 |
| Garza, Louie | Warehouse Person | 33.68 | $18.00 | 0.00 | $27.00 | $606.24 |
| Lamb, Ronnie | Warehouse Person | 38.96 | $18.00 | 0.00 | $27.00 | $701.28 |
| Martinez, Brooke | Warehouse Person | 29.45 | $18.00 | 0.00 | $27.00 | $530.10 |
| Martinez, Louis | Warehouse Person | 30.21 | $18.00 | 0.00 | $27.00 | $543.78 |
| McAlister, Miranda | Warehouse Person | 35.43 | $18.00 | 0.00 | $27.00 | $637.74 |
| Mejia, Jacqueline | Warehouse Person | 27.71 | $18.00 | 0.00 | $27.00 | $498.78 |
| Quintana, Toby | Warehouse Person | 37.28 | $18.00 | 0.00 | $27.00 | $671.04 |
| Ramirez, Guadalupe | Warehouse Person | 23.18 | $18.00 | 0.00 | $27.00 | $417.24 |
| Rangel, Shirley | Warehouse Person | 33.91 | $18.00 | 0.00 | $27.00 | $610.38 |
| Redding Jr, Evan | Warehouse Person | 19.56 | $18.00 | 0.00 | $27.00 | $352.08 |

| Name | Title | | Hours | Rate | | | | Total |
|---|---|---|---|---|---|---|---|---|
| Thompson, Ronnie | Warehouse Person | | 10.40 | $18.00 | 0.00 | $27.00 | | $280.80 |
| Torres, Raelynne | Warehouse Person | | 37.36 | $18.00 | 0.00 | $27.00 | | $672.48 |
| Velasquez, Desirae | Warehouse Person | | 37.33 | $18.00 | 0.00 | $27.00 | | $671.94 |
| Venzor, Rafael | Warehouse Person | | 38.48 | $18.00 | 0.00 | $27.00 | | $692.64 |

**Please Pay**    **$9,852.66**

This invoice has been sold and assigned to ARA, Inc. dba Lone Oak Payroll, and is payable only in United States dollars.
All payments must be made to ARA, Inc. dba Lone Oak Payroll c/o Wells Fargo Bank, N.A. and sent to:
Post Office Box 52584 Phoenix, AZ 85072-2584.

Synergetic Staffing LLC
3140 Neil Armstrong Blvd. Suite 203
Eagan, MN 55121
Phone: 303-647-9496

| Invoice Date | Invoice # |
|---|---|
| 1/16/2019 | 31601314 |
| **Customer #** | **Invoice Amt** |
| 169926 | $15,515.91 |

Please remit payment to:

ARA, Inc.
P.O. Box 52584
Phoenix, AZ 85072-2584

David McTiernan
Sears Holdings
18875 Bromley Lane, Suite A
Brighton, CO    80601

| Invoice # | 31601314 | Sears Holdings | |
|---|---|---|---|
| **Invoice Date** | 1/16/2019 | | **Please Pay** |
| **Customer #** | 169926 | Net 60 Days From Date of Invoice 1.5% Late Fee | **$15,515.91** |

| Employee | Description | Reg Hrs | Rate | OT Hrs | OT Rate | Total |
|---|---|---|---|---|---|---|
| | WeekendDate: 1/13/2019 | | | | | |
| Aragon, Elexis | Warehouse Person | 40.00 | $18.00 | 5.20 | $27.00 | $860.40 |
| Bermudez, Brianda | Warehouse Person | 38.05 | $18.00 | 0.00 | $27.00 | $684.90 |
| Carvajal Grajales, Raul | Warehouse Person | 16.10 | $18.00 | 0.00 | $27.00 | $289.80 |
| Christopher, Eric | Warehouse Person | 40.00 | $18.00 | 3.78 | $27.00 | $822.06 |
| Davis, Chrissean | Warehouse Person | 40.00 | $18.00 | 0.55 | $27.00 | $734.85 |
| Garza, Louie | Warehouse Person | 40.00 | $18.00 | 4.38 | $27.00 | $838.26 |
| Herman, Zacharey | Warehouse Person | 28.25 | $18.00 | 0.00 | $27.00 | $508.50 |
| Johnson, Blake | Warehouse Person | 21.20 | $18.00 | 0.00 | $27.00 | $381.60 |
| Lamb, Ronnie | Warehouse Person | 33.21 | $18.00 | 0.00 | $27.00 | $597.78 |
| Martinez, Brooke | Warehouse Person | 40.00 | $18.00 | 8.81 | $27.00 | $957.87 |
| Martinez, Louis | Warehouse Person | 37.41 | $18.00 | 0.00 | $27.00 | $673.38 |
| McAlister, Miranda | Warehouse Person | 32.18 | $18.00 | 0.00 | $27.00 | $579.24 |
| Mejia, Jacqueline | Warehouse Person | 30.43 | $18.00 | 0.00 | $27.00 | $547.74 |
| Norton, Johnathan | Warehouse Person | 28.70 | $18.00 | 0.00 | $27.00 | $516.60 |

| Name | Title | Hours | Rate | | Rate | Total |
|---|---|---|---|---|---|---|
| Ortiz, Catarina | Warehouse Person | | | 0.00 | $27.00 | $535.50 |
| Pilotti, Louis | Warehouse Person | 24.18 | $18.00 | 0.00 | $27.00 | $435.24 |
| Quintana, Toby | Warehouse Person | 28.85 | $18.00 | 0.00 | $27.00 | $519.30 |
| Ramirez, Guadalupe | Warehouse Person | 40.00 | $18.00 | 2.06 | $27.00 | $775.62 |
| Rangel, Shirley | Warehouse Person | 40.00 | $18.00 | 2.11 | $27.00 | $776.97 |
| Redding Jr, Evan | Warehouse Person | 40.00 | $18.00 | 8.61 | $27.00 | $952.47 |
| Torres, Raelynne | Warehouse Person | 40.00 | $18.00 | 7.85 | $27.00 | $931.95 |
| Velasquez, Desirae | Warehouse Person | 32.76 | $18.00 | 0.00 | $27.00 | $589.68 |
| Venzor, Rafael | Warehouse Person | 40.00 | $18.00 | 10.60 | $27.00 | $1,006.20 |

**Please Pay**          **$15,515.91**

This invoice has been sold and assigned to ARA, Inc. dba Lone Oak Payroll, and is payable only in United States dollars.
All payments must be made to ARA, Inc. dba Lone Oak Payroll c/o Wells Fargo Bank, N.A. and sent to:
Post Office Box 52584 Phoenix, AZ 85072-2584.

Synergetic Staffing LLC
3140 Neil Armstrong Blvd. Suite 203
Eagan, MN 55121
Phone: 303-647-9496

| Invoice Date | Invoice # |
|---|---|
| 1/23/2019 | 31601321 |
| Customer # | Invoice Amt |
| 169926 | $15,776.91 |

David McTiernan
Sears Holdings
18875 Bromley Lane, Suite A
Brighton, CO   80601

| Please remit payment to: |
|---|
| ARA, Inc. |
| P.O. Box 52584 |
| Phoenix, AZ 85072-2584 |

| Invoice # | 31601321 | Sears Holdings | |
|---|---|---|---|
| Invoice Date | 1/23/2019 | | **Please Pay** |
| Customer # | 169926 | Net 60 Days From Date of Invoice 1.5% Late Fee | **$15,776.91** |

| Employee | Description | Reg Hrs | Rate | OT Hrs | OT Rate | Total |
|---|---|---|---|---|---|---|
| | **WeekendDate: 1/20/2019** | | | | | |
| Aragon, Elexis | Warehouse Person | 40.00 | $18.00 | 0.43 | $27.00 | $731.61 |
| Bermudez, Brianda | Warehouse Person | 35.31 | $18.00 | 0.00 | $27.00 | $635.58 |
| Davis, Chrissean | Warehouse Person | 28.91 | $18.00 | 0.00 | $27.00 | $520.38 |
| Garza, Louie | Warehouse Person | 34.66 | $18.00 | 0.00 | $27.00 | $623.88 |
| Herman, Zacharey | Warehouse Person | 32.20 | $18.00 | 0.00 | $27.00 | $579.60 |
| Johnson, Blake | Warehouse Person | 20.83 | $18.00 | 0.00 | $27.00 | $374.94 |
| Lamb, Ronnie | Warehouse Person | 8.63 | $18.00 | 0.00 | $27.00 | $155.34 |
| Maldonado, Maria | Warehouse Person | 40.00 | $18.00 | 11.98 | $27.00 | $1,043.46 |
| Martinez, Brooke | Warehouse Person | 28.25 | $18.00 | 0.00 | $27.00 | $508.50 |
| Martinez, Louis | Warehouse Person | 10.76 | $18.00 | 0.00 | $27.00 | $193.68 |
| McAlister, Amanda | Warehouse Person | 36.51 | $18.00 | 0.00 | $27.00 | $657.18 |
| McAlister, Miranda | Warehouse Person | 36.83 | $18.00 | 0.00 | $27.00 | $662.94 |
| Mejia, Jacqueline | Warehouse Person | 28.90 | $18.00 | 0.00 | $27.00 | $520.20 |
| Ortiz, Catarina | Warehouse Person | 40.00 | $18.00 | 1.53 | $27.00 | $761.31 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Pilotti, Louis | Warehouse Person | | | | 0.55 | $27.00 | $734.85 |
| Quintana, Toby | Warehouse Person | 40.00 | $18.00 | 5.16 | $27.00 | $859.32 |
| Ramirez, Guadalupe | Warehouse Person | 40.00 | $18.00 | 3.10 | $27.00 | $803.70 |
| Rangel, Shirley | Warehouse Person | 38.10 | $18.00 | 0.00 | $27.00 | $685.80 |
| Redding Jr, Evan | Warehouse Person | 40.00 | $18.00 | 7.50 | $27.00 | $922.50 |
| Sanchez, Jose | Warehouse Person | 16.75 | $18.00 | 0.00 | $27.00 | $301.50 |
| Simental, Sonia | Warehouse Person | 40.00 | $18.00 | 3.83 | $27.00 | $823.41 |
| Smart, Emily | Warehouse Person | 40.00 | $18.00 | 12.25 | $27.00 | $1,050.75 |
| Torres, Raelynne | Warehouse Person | 33.15 | $18.00 | 0.00 | $27.00 | $596.70 |
| Velasquez, Desirae | Warehouse Person | 24.83 | $18.00 | 0.00 | $27.00 | $446.94 |
| Venzor, Rafael | Warehouse Person | 32.38 | $18.00 | 0.00 | $27.00 | $582.84 |

**Please Pay**   **$15,776.91**

This invoice has been sold and assigned to ARA, Inc. dba Lone Oak Payroll, and is payable only in United States dollars. All payments must be made to ARA, Inc. dba Lone Oak Payroll c/o Wells Fargo Bank, N.A. and sent to: Post Office Box 52584 Phoenix, AZ 85072-2584.

Synergetic Staffing LLC
3140 Neil Armstrong Blvd. Suite 203
Eagan, MN 55121
Phone: 303-647-9496

| Invoice Date | Invoice # |
|---|---|
| 1/30/2019 | 31601328 |
| **Customer #** | **Invoice Amt** |
| 169926 | $15,988.95 |

Please remit payment to:

ARA, Inc.
P.O. Box 52584
Phoenix, AZ 85072-2584

David McTiernan
Sears Holdings
18875 Bromley Lane, Suite A
Brighton, CO    80601

| Invoice # | 31601328 | Sears Holdings | |
|---|---|---|---|
| Invoice Date | 1/30/2019 | | **Please Pay** |
| Customer # | 169926 | Net 60 Days From Date of Invoice 1.5% Late Fee | **$15,988.95** |

| Employee | Description | Reg Hrs | Rate | OT Hrs | OT Rate | Total |
|---|---|---|---|---|---|---|
| | WeekendDate: 1/27/2019 | | | | | |
| Aragon, Elexis | Warehouse Person | 25.83 | $18.00 | 0.00 | $27.00 | $464.94 |
| Bermudez, Brianda | Warehouse Person | 33.06 | $18.00 | 0.00 | $27.00 | $595.08 |
| Davis, Chrissean | Warehouse Person | 40.00 | $18.00 | 3.43 | $27.00 | $812.61 |
| Garza, Louie | Warehouse Person | 40.00 | $18.00 | 1.63 | $27.00 | $764.01 |
| Gutierrez, Elena | Warehouse Person | 14.23 | $18.00 | 0.00 | $27.00 | $256.14 |
| Herman, Zacharey | Warehouse Person | 29.50 | $18.00 | 0.00 | $27.00 | $531.00 |
| Loving, Mone | Warehouse Person | 8.05 | $18.00 | 0.00 | $27.00 | $144.90 |
| Maldonado, Maria | Warehouse Person | 40.00 | $18.00 | 1.68 | $27.00 | $765.36 |
| Martinez, Brooke | Warehouse Person | 39.53 | $18.00 | 0.00 | $27.00 | $711.54 |
| McAlister, Amanda | Warehouse Person | 33.03 | $18.00 | 0.00 | $27.00 | $594.54 |
| McAlister, Miranda | Warehouse Person | 27.68 | $18.00 | 0.00 | $27.00 | $498.24 |
| Ortiz, Catarina | Warehouse Person | 40.00 | $18.00 | 0.71 | $27.00 | $739.17 |
| Pilotti, Louis | Warehouse Person | 39.15 | $18.00 | 0.00 | $27.00 | $704.70 |
| Quintana, Toby | Warehouse Person | 31.98 | $18.00 | 0.00 | $27.00 | $575.64 |

| Name | Title | Hours | Rate | OT | OT Rate | Total |
|---|---|---|---|---|---|---|
| Ramirez, Guadalupe | Warehouse Person | | | 0.48 | $27.00 | $732.96 |
| Rangel, Shirley | Warehouse Person | 33.18 | $18.00 | 0.00 | $27.00 | $597.24 |
| Redding Jr, Evan | Warehouse Person | 40.00 | $18.00 | 3.96 | $27.00 | $826.92 |
| Sanchez, Joe Anthony | Warehouse Person | 15.10 | $18.00 | 0.00 | $27.00 | $271.80 |
| Sanchez, Jose | Warehouse Person | 40.00 | $18.00 | 5.08 | $27.00 | $857.16 |
| Simental, Sonia | Warehouse Person | 40.00 | $18.00 | 1.71 | $27.00 | $766.17 |
| Smart, Emily | Warehouse Person | 23.30 | $18.00 | 0.00 | $27.00 | $419.40 |
| Torres, Raelynne | Warehouse Person | 37.73 | $18.00 | 0.00 | $27.00 | $679.14 |
| Velasquez, Desirae | Warehouse Person | 40.00 | $18.00 | 6.03 | $27.00 | $882.81 |
| Venzor, Rafael | Warehouse Person | 40.00 | $18.00 | 5.81 | $27.00 | $876.87 |
| Zarabia, Adoracion | Warehouse Person | 40.00 | $18.00 | 7.43 | $27.00 | $920.61 |

**Please Pay**          **$15,988.95**

This invoice has been sold and assigned to ARA, Inc. dba Lone Oak Payroll, and is payable only in United States dollars.
All payments must be made to ARA, Inc. dba Lone Oak Payroll c/o Wells Fargo Bank, N.A. and sent to:
Post Office Box 52584 Phoenix, AZ 85072-2584.

ARA, Inc.
P.O. Box 52584
Phoenix, AZ 85072-2584

**Statement Date:**    5/15/2019

**Your Account Number:**    169146

# Statement

Robert Taylor
Sears Holdings
18875 Bromley Lane, Suite A
Brighton, CO   80601

|  |  | **Total Due:** | $19,736.81 |
| --- | --- | --- | --- |

| Invoice Date | Invoice Number | Invoice Amount | Amount Paid | Balance Due |
| --- | --- | --- | --- | --- |
| 12/19/2018 | 31601279 | $2,510.64 | $0.00 | $2,510.64 |
| 12/26/2018 | 31601287 | $2,789.60 | $0.00 | $2,789.60 |
| 1/2/2019 | 31601296 | $1,673.76 | $0.00 | $1,673.76 |
| 1/9/2019 | 31601305 | $1,673.76 | $0.00 | $1,673.76 |
| 1/16/2019 | 31601313 | $2,894.60 | $0.00 | $2,894.60 |
| 1/23/2019 | 31601320 | $2,719.86 | $0.00 | $2,719.86 |
| 1/30/2019 | 31601327 | $2,754.73 | $0.00 | $2,754.73 |
| 2/6/2019 | 31601333 | $2,719.86 | $0.00 | $2,719.86 |
| | Totals: | $19,736.81 | $0.00 | $19,736.81 |



Synergetic Staffing LLC
3140 Neil Armstrong Blvd, Suite 203
Eagan, MN 55121
Phone: 303-647-9496

| Invoice Date | Invoice # |
|---|---|
| 12/19/2018 | 31601279 |
| **Customer #** | **Invoice Amt** |
| 169146 | $2,510.64 |

| Please remit payment to: |
|---|
| ARA, Inc. |
| P.O. Box 52584 |
| Phoenix, AZ 85072-2584 |

Robert Taylor
Sears Holdings
18875 Bromley Lane, Suite A
Brighton, CO    80601

| Invoice # | 31601279 | Sears Holdings | | **Please Pay** |
|---|---|---|---|---|
| **Invoice Date** | 12/19/2018 | | | |
| **Customer #** | 169146 | Net 60 Days From Date of Invoice 1.5% Late Fee | | **$2,510.64** |

| Employee | Description | Reg Hrs | Rate | OT Hrs | OT Rate | Total |
|---|---|---|---|---|---|---|
| | **WeekendDate: 12/9/2018** | | | | | |
| Guerra, Joel | Maintenance Technician | 32.00 | $34.87 | 0.00 | $52.31 | $1,115.84 |
| | **WeekendDate: 12/16/2018** | | | | | |
| Rau, Martin | Maintenance Technician | 40.00 | $34.87 | 0.00 | $52.31 | $1,394.80 |
| | | | | | **Please Pay** | **$2,510.64** |

This invoice has been sold and assigned to ARA, Inc. dba Lone Oak Payroll, and is payable only in United States dollars.
All payments must be made to ARA, Inc. dba Lone Oak Payroll c/o Wells Fargo Bank, N.A. and sent to:
Post Office Box 52584 Phoenix, AZ 85072-2584.

Synergetic Staffing LLC
3140 Neil Armstrong Blvd. Suite 203
Eagan, MN 55121
Phone: 303-647-9496

| Invoice Date | Invoice # |
|---|---|
| 12/26/2018 | 31601287 |
| Customer # | Invoice Amt |
| 169146 | $2,789.60 |

Robert Taylor
Sears Holdings
18875 Bromley Lane, Suite A
Brighton, CO    80601

| Please remit payment to: |
|---|
| ARA, Inc.<br>P.O. Box 52584<br>Phoenix, AZ 85072-2584 |

| Invoice # | 31601287 | Sears Holdings | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice Date | 12/26/2018 | | | | | | **Please Pay** |
| Customer # | 169146 | Net 60 Days From Date of Invoice 1.5% Late Fee | | | | | **$2,789.60** |

| Employee | Description | Reg Hrs | Rate | OT Hrs | OT Rate | Total |
|---|---|---|---|---|---|---|
| | WeekendDate: 12/23/2018 | | | | | |
| Kochevar, Christopher | Maintenance Technician | 40.00 | $34.87 | 0.00 | $52.31 | $1,394.80 |
| Rau, Martin | Maintenance Technician | 40.00 | $34.87 | 0.00 | $52.31 | $1,394.80 |
| | | | | | **Please Pay** | **$2,789.60** |

This invoice has been sold and assigned to ARA, Inc. dba Lone Oak Payroll, and is payable only in United States dollars.
All payments must be made to ARA, Inc. dba Lone Oak Payroll c/o Wells Fargo Bank, N.A. and sent to:
Post Office Box 52584 Phoenix, AZ 85072-2584.

Synergetic Staffing LLC
3140 Neil Armstrong Blvd. Suite 203
Eagan, MN 55121
Phone: 303-647-9496

| Invoice Date | Invoice # |
|---|---|
| 1/2/2019 | 31601296 |
| Customer # | Invoice Amt |
| 169146 | $1,673.76 |

Robert Taylor
Sears Holdings
18875 Bromley Lane, Suite A
Brighton, CO    80601

| Please remit payment to: |
|---|
| ARA, Inc.
P.O. Box 52584
Phoenix, AZ 85072-2584 |

| Invoice # | 31601296 | Sears Holdings | |
|---|---|---|---|
| Invoice Date | 1/2/2019 | | **Please Pay** |
| Customer # | 169146 | Net 60 Days From Date of Invoice 1.5% Late Fee | **$1,673.76** |

| Employee | Description | Reg Hrs | Rate | OT Hrs | OT Rate | Total |
|---|---|---|---|---|---|---|
| | **WeekendDate: 12/30/2018** | | | | | |
| Kochevar, Christopher | Maintenance Technician | 24.00 | $34.87 | 0.00 | $52.31 | $836.88 |
| Rau, Martin | Maintenance Technician | 24.00 | $34.87 | 0.00 | $52.31 | $836.88 |
| | | | **Please Pay** | | | **$1,673.76** |

This invoice has been sold and assigned to ARA, Inc. dba Lone Oak Payroll, and is payable only in United States dollars. All payments must be made to ARA, Inc. dba Lone Oak Payroll c/o Wells Fargo Bank, N.A. and sent to:
Post Office Box 52584 Phoenix, AZ 85072-2584.

Synergetic Staffing LLC
3140 Neil Armstrong Blvd. Suite 203
Eagan, MN 55121
Phone: 303-647-9496

| Invoice Date | Invoice # |
|---|---|
| 1/9/2019 | 31601305 |
| **Customer #** | **Invoice Amt** |
| 169146 | $1,673.76 |

Robert Taylor
Sears Holdings
18875 Bromley Lane, Suite A
Brighton, CO   80601

| Please remit payment to: |
|---|
| ARA, Inc. |
| P.O. Box 52584 |
| Phoenix, AZ 85072-2584 |

| Invoice # | 31601305 | Sears Holdings | |
|---|---|---|---|
| **Invoice Date** | 1/9/2019 | | **Please Pay** |
| **Customer #** | 169146 | Net 60 Days From Date of Invoice 1.5% Late Fee | **$1,673.76** |

| Employee | Description | Reg Hrs | Rate | OT Hrs | OT Rate | Total |
|---|---|---|---|---|---|---|
| | **WeekendDate: 1/6/2019** | | | | | |
| Kochevar, Christopher | Maintenance Technician | 24.00 | $34.87 | 0.00 | $52.31 | $836.88 |
| Rau, Martin | Maintenance Technician | 24.00 | $34.87 | 0.00 | $52.31 | $836.88 |
| | | | **Please Pay** | | | $1,673.76 |

This invoice has been sold and assigned to ARA, Inc. dba Lone Oak Payroll, and is payable only in United States dollars.
All payments must be made to ARA, Inc. dba Lone Oak Payroll c/o Wells Fargo Bank, N.A. and sent to:
Post Office Box 52584 Phoenix, AZ 85072-2584.

Synergetic Staffing LLC
3140 Neil Armstrong Blvd. Suite 203
Eagan, MN 55121
Phone: 303-647-9496

| Invoice Date | Invoice # |
|---|---|
| 1/16/2019 | 31601313 |
| **Customer #** | **Invoice Amt** |
| 169146 | $2,894.60 |

Please remit payment to:

ARA, Inc.
P.O. Box 52584
Phoenix, AZ 85072-2584

Robert Taylor
Sears Holdings
18875 Bromley Lane, Suite A
Brighton, CO    80601

| Invoice # | 31601313 | Sears Holdings | |
|---|---|---|---|
| Invoice Date | 1/16/2019 | | **Please Pay** |
| Customer # | 169146 | Net 60 Days From Date of Invoice 1.5% Late Fee | **$2,894.60** |

| Employee | Description | Reg Hrs | Rate | OT Hrs | OT Rate | Total |
|---|---|---|---|---|---|---|
| | **WeekendDate: 1/13/2019** | | | | | |
| Kochevar, Christopher | Maintenance Technician | 40.00 | $34.87 | 0.00 | $52.31 | $1,394.80 |
| Kochevar, Christopher | DrugScreen - | 0.00 | $0.00 | 0.00 | $0.00 | $60.00 |
| Kochevar, Christopher | BGR - | 0.00 | $0.00 | 0.00 | $0.00 | $45.00 |
| Rau, Martin | Maintenance Technician | 40.00 | $34.87 | 0.00 | $52.31 | $1,394.80 |

| | | |
|---|---|---|
| | **Please Pay** | **$2,894.60** |

This invoice has been sold and assigned to ARA, Inc. dba Lone Oak Payroll, and is payable only in United States dollars.
All payments must be made to ARA, Inc. dba Lone Oak Payroll c/o Wells Fargo Bank, N.A. and sent to:
Post Office Box 52584 Phoenix, AZ 85072-2584.

Synergetic Staffing LLC
3140 Neil Armstrong Blvd. Suite 203
Eagan, MN 55121
Phone: 303-647-9496

| Invoice Date | Invoice # |
|---|---|
| 1/23/2019 | 31601320 |
| **Customer #** | **Invoice Amt** |
| 169146 | $2,719.86 |

Robert Taylor
Sears Holdings
18875 Bromley Lane, Suite A
Brighton, CO    80601

| Please remit payment to: |
|---|
| ARA, Inc.
P.O. Box 52584
Phoenix, AZ 85072-2584 |

| Invoice # | 31601320 | Sears Holdings | |
|---|---|---|---|
| **Invoice Date** | 1/23/2019 | | **Please Pay** |
| **Customer #** | 169146 | Net 60 Days From Date of Invoice 1.5% Late Fee | **$2,719.86** |

| Employee | Description | Reg Hrs | Rate | OT Hrs | OT Rate | Total |
|---|---|---|---|---|---|---|
| | **WeekendDate: 1/20/2019** | | | | | |
| Kochevar, Christopher | Maintenance Technician | 38.00 | $34.87 | 0.00 | $52.31 | $1,325.06 |
| Rau, Martin | Maintenance Technician | 40.00 | $34.87 | 0.00 | $52.31 | $1,394.80 |
| | | | | | **Please Pay** | **$2,719.86** |

This invoice has been sold and assigned to ARA, Inc. dba Lone Oak Payroll, and is payable only in United States dollars.
All payments must be made to ARA, Inc. dba Lone Oak Payroll c/o Wells Fargo Bank, N.A. and sent to:
Post Office Box 52584 Phoenix, AZ 85072-2584.

Synergetic Staffing LLC
3140 Neil Armstrong Blvd, Suite 203
Eagan, MN 55121
Phone: 303-647-9496

| Invoice Date | Invoice # |
|---|---|
| 1/30/2019 | 31601327 |
| Customer # | Invoice Amt |
| 169146 | $2,754.73 |

Robert Taylor
Sears Holdings
18875 Bromley Lane, Suite A
Brighton, CO    80601

| Please remit payment to: |
|---|
| ARA, Inc.
P.O. Box 52584
Phoenix, AZ 85072-2584 |

| Invoice # | 31601327 | Sears Holdings | |
|---|---|---|---|
| Invoice Date | 1/30/2019 | | **Please Pay** |
| Customer # | 169146 | Net 60 Days From Date of Invoice 1.5% Late Fee | **$2,754.73** |

| Employee | Description | Reg Hrs | Rate | OT Hrs | OT Rate | Total |
|---|---|---|---|---|---|---|
| | WeekendDate: 1/27/2019 | | | | | |
| Kochevar, Christopher | Maintenance Technician | 39.00 | $34.87 | 0.00 | $52.31 | $1,359.93 |
| Rau, Martin | Maintenance Technician | 40.00 | $34.87 | 0.00 | $52.31 | $1,394.80 |

| | Please Pay | $2,754.73 |
|---|---|---|

This invoice has been sold and assigned to ARA, Inc. dba Lone Oak Payroll, and is payable only in United States dollars. All payments must be made to ARA, Inc. dba Lone Oak Payroll c/o Wells Fargo Bank, N.A. and sent to:
Post Office Box 52584 Phoenix, AZ 85072-2584.

Synergetic Staffing LLC
3140 Neil Armstrong Blvd. Suite 203
Eagan, MN 55121
Phone: 303-647-9496

| Invoice Date | Invoice # |
|---|---|
| 2/6/2019 | 31601333 |
| Customer # | Invoice Amt |
| 169146 | $2,719.86 |

Please remit payment to:

ARA, Inc.
P.O. Box 52584
Phoenix, AZ 85072-2584

Robert Taylor
Sears Holdings
18875 Bromley Lane, Suite A
Brighton, CO     80601

| | | | |
|---|---|---|---|
| Invoice # | 31601333 | Sears Holdings | |
| Invoice Date | 2/6/2019 | | Please Pay |
| Customer # | 169146 | Net 60 Days From Date of Invoice 1.5% Late Fee | $2,719.86 |

| Employee | Description | Reg Hrs | Rate | OT Hrs | OT Rate | Total |
|---|---|---|---|---|---|---|
| | WeekendDate: 2/3/2019 | | | | | |
| Kochevar, Christopher | Maintenance Technician | 38.00 | $34.87 | 0.00 | $52.31 | $1,325.06 |
| Rau, Martin | Maintenance Technician | 40.00 | $34.87 | 0.00 | $52.31 | $1,394.80 |
| | | | | | Please Pay | $2,719.86 |

This invoice has been sold and assigned to ARA, Inc. dba Lone Oak Payroll, and is payable only in United States dollars.
All payments must be made to ARA, Inc. dba Lone Oak Payroll c/o Wells Fargo Bank, N.A. and sent to:
Post Office Box 52584 Phoenix, AZ 85072-2584.

11:08 AM

03/23/20

Accrual Basis

## Synergetic Staffing, LLC
## Customer Open Balance
### All Transactions

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|------|------|-----|------|----------|--------------|--------|
| **Sears Holding** | | | | | | |
| Invoice | 01/31/2019 | 31601... | | 01/31/2019 | 322.52 | 322.52 |
| Invoice | 02/28/2019 | 31601... | | 02/28/2019 | 1,443.11 | 1,443.11 |
| Invoice | 03/31/2019 | 31601... | | 03/31/2019 | 1,505.56 | 1,505.56 |
| Invoice | 04/30/2019 | 31601... | | 04/30/2019 | 1,528.14 | 1,528.14 |
| Invoice | 05/31/2019 | 31601... | | 05/31/2019 | 1,550.61 | 1,550.61 |
| Invoice | 06/30/2019 | 31601... | | 03/31/2019 | 1,573.87 | 1,573.87 |
| Invoice | 07/31/2019 | 31601... | | 07/30/2019 | 1,597.48 | 1,597.48 |
| Invoice | 08/31/2019 | 31601... | | 08/31/2019 | 1,621.44 | 1,621.44 |
| Invoice | 09/30/2019 | 31601... | | 08/31/2019 | 1,645.77 | 1,645.77 |
| Invoice | 10/31/2019 | 31601... | | 10/31/2019 | 1,670.45 | 1,670.45 |
| Invoice | 11/30/2019 | 31601... | | 11/30/2019 | 1,695.51 | 1,695.51 |
| Invoice | 12/31/2019 | 31601... | | 12/31/2019 | 1,720.94 | 1,720.94 |
| Invoice | 01/31/2020 | 31601... | | 12/31/2019 | 1,746.76 | 1,746.76 |
| Invoice | 02/29/2020 | 31601... | | 02/29/2020 | 1,773.41 | 1,773.41 |
| Invoice | 03/31/2020 | 31601... | | 03/31/2020 | 1,800.01 | 1,800.01 |
| Total Sears Holding | | | | | 23,195.58 | 23,195.58 |
| **TOTAL** | | | | | **23,195.58** | **23,195.58** |



# SYNERGETIC STAFFING, LLC
### W o r k i n g   T o g e t h e r

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/31/2019 | 31601377 |

109 E Bridge Street
Brighton, CO 80601

| Bill To |
|---------|
| Sears Holding<br>18875 Bromley Lane, Suite A<br>Brighton, CO 80601 |

| Ship To |
|---------|
| Synergetic Staffing, LLC<br>109 E. Bridge Street<br>Brighton, CO 80601 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | | | | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | Finance Charge | | 322.52 | 322.52 |

| | Total | $322.52 |
|---|-------|---------|



# SYNERGETIC STAFFING, LLC
## Working Together

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/28/2019 | 31601378 |

109 E Bridge Street
Brighton, CO 80601

| Bill To |
|---------|
| Sears Holding
18875 Bromley Lane, Suite A
Brighton, CO 80601 |

| Ship To |
|---------|
| Synergetic Staffing, LLC
109 E. Bridge Street
Brighton, CO 80601 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | | | | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | Finance Charge | | 1,443.11 | 1,443.11 |

| | Total | $1,443.11 |
|--|-------|-----------|

# SYNERGETIC STAFFING, LLC
### Working Together

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/31/2019 | 31601383 |

109 E Bridge Street
Brighton, CO 80601

**Bill To**

Sears Holding
18875 Bromley Lane, Suite A
Brighton, CO 80601

**Ship To**

Synergetic Staffing, LLC
109 E. Bridge Street
Brighton, CO 80601

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  |  |  |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
|  | Finance Charge |  | 1,505.56 | 1,505.56 |

| | Total | $1,505.56 |
|--|-------|-----------|

# Invoice



## SYNERGETIC STAFFING, LLC
Working Together

109 E Bridge Street
Brighton, CO 80601

| Date | Invoice # |
|---|---|
| 4/30/2019 | 31601384 |

**Bill To**

Sears Holding
18875 Bromley Lane, Suite A
Brighton, CO 80601

**Ship To**

Synergetic Staffing, LLC
109 E. Bridge Street
Brighton, CO 80601

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | Finance Charge | | 1,528.14 | 1,528.14 |

| | **Total** | **$1,528.14** |
|---|---|---|



# SYNERGETIC STAFFING, LLC
Working Together

**Invoice**

| Date | Invoice # |
|------|-----------|
| 5/31/2019 | 31601385 |

109 E Bridge Street
Brighton, CO 80601

**Bill To**

Sears Holding
18875 Bromley Lane, Suite A
Brighton, CO 80601

**Ship To**

Synergetic Staffing, LLC
109 E. Bridge Street
Brighton, CO 80601

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | | | | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | Finance Charge | | 1,550.61 | 1,550.61 |

| | **Total** | **$1,550.61** |
|--|-----------|---------------|



# SYNERGETIC STAFFING, LLC
## Working Together

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/30/2019 | 31601379 |

109 E Bridge Street
Brighton, CO 80601

| Bill To |
|---------|
| Sears Holding
18875 Bromley Lane, Suite A
Brighton, CO 80601 |

| Ship To |
|---------|
| Synergetic Staffing, LLC
109 E. Bridge Street
Brighton, CO 80601 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  |  |  |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
|  | Finance Charge |  | 1,573.87 | 1,573.87 |

| | **Total** | **$1,573.87** |
|--|-----------|---------------|



# SYNERGETIC STAFFING, LLC
### W o r k i n g   T o g e t h e r

**Invoice**

| Date | Invoice # |
|------|-----------|
| 7/31/2019 | 31601380 |

109 E Bridge Street
Brighton, CO 80601

| Bill To |
|---------|
| Sears Holding
18875 Bromley Lane, Suite A
Brighton, CO 80601 |

| Ship To |
|---------|
| Synergetic Staffing, LLC
109 E. Bridge Street
Brighton, CO 80601 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | | | | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | Finance Charge | | 1,597.48 | 1,597.48 |

| | **Total** | **$1,597.48** |
|--|-----------|---------------|



# SYNERGETIC STAFFING, LLC
W o r k i n g   T o g e t h e r

# Invoice

| Date | Invoice # |
|---|---|
| 8/31/2019 | 31601386 |

109 E Bridge Street
Brighton, CO 80601

**Bill To**

Sears Holding
18875 Bromley Lane, Suite A
Brighton, CO 80601

**Ship To**

Synergetic Staffing, LLC
109 E. Bridge Street
Brighton, CO 80601

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | Finance Charge | | 1,621.44 | 1,621.44 |

| | Total | $1,621.44 |
|---|---|---|



# SYNERGETIC STAFFING, LLC
### Working Together

**Invoice**

| Date | Invoice # |
|---|---|
| 9/30/2019 | 31601381 |

109 E Bridge Street
Brighton, CO 80601

**Bill To**

Sears Holding
18875 Bromley Lane, Suite A
Brighton, CO 80601

**Ship To**

Synergetic Staffing, LLC
109 E. Bridge Street
Brighton, CO 80601

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | Finance Charge | | 1,645.77 | 1,645.77 |

**Total**     $1,645.77

# SYNERGETIC STAFFING, LLC
## Working Together

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/31/2019 | 31601387 |

109 E Bridge Street
Brighton, CO 80601

| Bill To | Ship To |
|---------|---------|
| Sears Holding<br>18875 Bromley Lane, Suite A<br>Brighton, CO 80601 | Synergetic Staffing, LLC<br>109 E. Bridge Street<br>Brighton, CO 80601 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  |  |  |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
|  | Finance Charge |  | 1,670.45 | 1,670.45 |

| | **Total** | $1,670.45 |
|---|---|---|



# SYNERGETIC
# STAFFING, LLC
W o r k i n g   T o g e t h e r

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/30/2019 | 31601388 |

109 E Bridge Street
Brighton, CO 80601

| Bill To |
|---------|
| Sears Holding<br>18875 Bromley Lane, Suite A<br>Brighton, CO 80601 |

| Ship To |
|---------|
| Synergetic Staffing, LLC<br>109 E. Bridge Street<br>Brighton, CO 80601 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|             |       |     |      |     |        |         |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
|          | Finance Charge |        | 1,695.51 | 1,695.51 |

| | Total | $1,695.51 |
|--|-------|-----------|

# SYNERGETIC
# STAFFING, LLC
Working Together

# Invoice

109 E Bridge Street
Brighton, CO 80601

| Date | Invoice # |
|---|---|
| 12/31/2019 | 31601390 |

**Bill To**

Sears Holding
18875 Bromley Lane, Suite A
Brighton, CO 80601

**Ship To**

Synergetic Staffing, LLC
109 E. Bridge Street
Brighton, CO 80601

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | Finance Charge | | 1,720.94 | 1,720.94 |

| | Total | $1,720.94 |
|---|---|---|

# SYNERGETIC STAFFING, LLC
Working Together

**Invoice**

109 E Bridge Street
Brighton, CO 80601

| Date | Invoice # |
|------|-----------|
| 1/31/2020 | 31601391 |

**Bill To**

Sears Holding
18875 Bromley Lane, Suite A
Brighton, CO 80601

**Ship To**

Synergetic Staffing, LLC
109 E. Bridge Street
Brighton, CO 80601

| P.O. Number | Terms | Rep | Shlp | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  |  |  |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
|  | Finance Charge |  | 1,746.76 | 1,746.76 |

| | Total | $1,746.76 |
|--|-------|-----------|

# SYNERGETIC STAFFING, LLC
Working Together

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/29/2020 | 31601395 |

109 E Bridge Street
Brighton, CO 80601

**Bill To**

Sears Holding
18875 Bromley Lane, Suite A
Brighton, CO 80601

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | | | 2/29/2020 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | Finance Charge | | 1,773.41 | 1,773.41 |

| | **Total** | $1,773.41 |
|--|-----------|-----------|

# Invoice



# SYNERGETIC
# STAFFING, LLC
W o r k i n g   T o g e t h e r

| Date | Invoice # |
|------|-----------|
| 3/31/2020 | 31601396 |

109 E Bridge Street
Brighton, CO 80601

| Bill To | Ship To |
|---------|---------|
| Sears Holding<br>18875 Bromley Lane, Suite A<br>Brighton, CO 80601 | Synergetic Staffing, LLC<br>109 E. Bridge Street<br>Brighton, CO 80601 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  |  | 3/31/2020 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
|  | Finance Charge |  | 1,800.01 | 1,800.01 |

| | Total | $1,800.01 |
|--|-------|-----------|