RJB LAWYER, LLC.  
Robert J. Bruce, Esq.  
1543 Champa Street Suite 400  
Denver, Colorado 80202  
(303) 573-5498  
(303) 571-1001 Facsimile  
*Attorney for Synergetic Staffing, LLC*

Hearing Date: April 29, 2020

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

_____

|  |  |
|---|---|
| In re: | : Chapter 11 |
|  | : |
|  | : Case No. 18-23538 (RDD) |
| SEARS HOLDINGS CORPORATION, et al., | : |
|  | : (Jointly Administered) |
| Debtors.[1] | : |
|  | : |

_____

**AFFIDAVIT OF SERVICE**

      I, Robert J. Bruce, depose and say that I am employed by RJB Lawyer, LLC ("**RJB**"), the attorney for Claimant Synergetic Staffing, LLC, in the above-captioned chapter 11 cases.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

On March 27, 2020, I caused the following document to be Efiled to all counsel of record and served via First Class Mail on 3 parties, as follows:

- **Response to Objection to Claim of Synergetic Staffing, LLC, attached hereto as <u>Exhibit A</u>**

Chambers of Honorable John D. Drain
United States Bankruptcy Court
300 Quarropas Street
White Plains, NY 10601

Weil, Gotshal & Manges, LLP
Attn:  Ray C. Schrock, Esq.
          Jaqueline Norcus, Esq.
          Garrett A. Fail, Esq.
          Sunny Singh, Esq.
767 Fifth Avenue, 9th Floor
New York, NY 10153

Akin Gump Strauss Hauer & Feld
Attn:  Philip C. Dublin, Esq.
Ira S. Dizengoff, Esq.
Sara Lynn Brauner, Esq.
One Bryant Park
Bank of America Tower
New York, NY 10036-6745

Dated: March 27, 2020 at Denver, Colorado.

RJB LAWYER, LLC,
Attorney for Synergetic Staffing, LLC

By: /s/ *Robert J. Bruce*
    Robert J. Bruce, Esq.
    1543 Champa Street, Suite 400
    Denver, CO 80202
    E-mail: bobbruce@rjblawyerllc.com
    (303) 573-5498
    (303) 571-1001 Facsimile