# Exhibit A

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

Invoice Date: March 24, 2020
Invoice No.: 20200306004

Paul E. Harner
Harner, Paul E., Fee Examiner in Sears Chapter II Cases
1675 Broadway, 19th Floor
New York, NY  10019

Client:   Harner, Paul E., Fee Examiner in Sears Chapter II Cases  (071820.02)
Matter:   Fee Examiner Activities  (00315861)

FOR PROFESSIONAL SERVICES RENDERED through February 29, 2020

**INVOICE SUMMARY**

FEES

| | |
|---|---:|
| Fee Examiner Activities (00315861) | $29,364.50 |
| Total Current Charges | $29,364.50 |
| **TOTAL AMOUNT DUE** | **$29,364.50** |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| **B170 - Fee/Employment Objections** | | | | | |
| Harner,P.E. | 02/03/20 | Telephone conferences and correspondence with B. Griffith, V. Marriott, T. Daluz, and Weil re: ongoing discussions with respect to settlement of prospective fee objections (.60); review and prepare comments on draft preliminary report re: interim Alvarez fee and expense application, and comprehensive review and analysis of related objections exhibits (2.30); correspondence with T. Daluz and V. Marriott re: same (.20) | 1,405.00 | 3.10 | 4,355.50 |
| Harner,P.E. | 02/04/20 | Extended telephone conference with B. Griffith re: ongoing fee objection settlement negotiations (.50); follow-up telephone conferences and correspondence with V. Marriott and L. Roglen re: same and preparation of formal fee application objections (.50); draft and revise preliminary outline of same (.70); further review and revision of draft preliminary report re: Alvarez interim application (.60) | 1,405.00 | 2.30 | 3,231.50 |
| Harner,P.E. | 02/05/20 | Further review and revision of draft preliminary report re: Alvarez interim application (.80); telephone conferences and correspondence with V. Marriott and T. Daluz re: same (.20); preliminary review, analysis and revision of draft formal objection to interim fee and expense applications, and correspondence with V. Marriott and L. Roglen re: same (.90) | 1,405.00 | 1.90 | 2,669.50 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| Harner,P.E. | 02/06/20 | Review, revise and prepare comments on draft preliminary report re: Alvarez interim fee and expense application (1.20); telephone conferences and correspondence with V. Marriott, T. Daluz and C. McClamb re: same (.30); review, analyze and prepare comments on draft objection to first interim fee and expense application (.90); extended telephone conferences with V. Marriott re: same (.40); review V. Marriott comments on same (.30); draft and revise memorandum to L. Roglen re: same and next steps (.30); review and analyze recently filed monthly fee and expense statements of case professionals (1.70) | 1,405.00 | 5.10 | 7,165.50 |
| Harner,P.E. | 02/07/20 | Review, revise and finalize draft preliminary report re: Alvarez interim fee and expense application and related exhibits (1.00); telephone conferences and correspondence with V. Marriott and T. Daluz re: same (.40); multiple extended telephone conferences and correspondence with V. Marriott, T. Daluz and fee applicants re: ongoing preliminary report settlement negotiations (.90) | 1,405.00 | 3.10 | 4,355.50 |
| Harner,P.E. | 02/11/20 | Finalize preliminary report and exhibits re: Alvarez fee and expense application (.80); telephone conferences and correspondence with T. Daluz and C. McClamb re: same (.30) | 1,405.00 | 1.10 | 1,545.50 |
| Harner,P.E. | 02/12/20 | Review and analyze Deloitte response to preliminary report re: interim fee and expense application (.40); correspondence with V. Marriott and T. Daluz re: same (.20) | 1,405.00 | 0.60 | 843.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Harner,P.E. | 02/13/20 | Further review and analysis of Deloitte response to preliminary report re: interim fee and expense application, including related preliminary objections and related fee and expense detail and other background materials (1.10); telephone conferences and correspondence with V. Marriott, T. Daluz, and C. McClamb re: same and formulation of response (.60) | 1,405.00 | 1.70 | 2,388.50 |
| Harner,P.E. | 02/24/20 | Prepare for and participate in extended telephone conference with R. Schrock re: potential settlement of preliminary report objections to interim fee and expense applications (.60); extended follow-up telephone conference with V. Marriott re: same (.30); review and analyze related background materials, including fee and expense detail and corresponding fee examiner analysis (1.10) | 1,405.00 | 2.00 | 2,810.00 |

| | | | | | |
|---|---|---|---|---|---|
| **Total B170** | | | | **20.90** | **$29,364.50** |
| | | **Total Fees** | | **20.90** | **29,364.50** |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| **Task: B170 - Fee/Employment Objections** | | | |
| Harner,P.E. | 1,405.00 | 20.90 | 29,364.50 |
| **Total Task: B170** | | **20.90** | **$29,364.50** |
| **Total Fees** | | **20.90** | **$29,364.50** |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Harner,P.E. | 1,405.00 | 20.90 | 29,364.50 |

| | | |
|---|---|---|
| 071820.02 - 00315861 | | 20200306004 |
| Vincent J. Marriott, III | 4 | March 24, 2020 |

|  | | |
|---|---:|---:|
| **Total Fees** | **20.90** | **$29,364.50** |

| | |
|---|---:|
| **Total Current Charges:** | **$29,364.50** |

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

## REMITTANCE ADVICE

| | | |
|---|---|---|
| Client: | 071820.02 | Harner, Paul E., Fee Examiner in Sears Chapter II Cases |
| Matter: | 00315861 | Fee Examiner Activities |
| Invoice No.: | 20200306004 | |
| Date: | March 24, 2020 | |

| | |
|---|---:|
| Fee Amount | $29,364.50 |
| **TOTAL AMOUNT DUE** | **$29,364.50** |

**Please return this page with your remittance to the above address.
Payment may also be made by wire transfer to our account.**

| | |
|---|---|
| **Bank:** | **PNC Bank, NA** |
| **ABA No.:** | **031 0000 53** |
| **Account No.:** | **85-3131-7345** |
| **Account Name:** | **Ballard Spahr LLP** |

**Please indicate on wire transfer the invoice number stated above.**