# Exhibit B

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

Invoice Date: March 24, 2020
Invoice No.: 20200306005

Paul E. Harner
1675 Broadway
New York, NY  10019

Client:   Sears Fee Examiner  (071820.03)
Matter:   Fee and Expense Review and Reporting  (00317415)

FOR PROFESSIONAL SERVICES RENDERED through February 29, 2020

**INVOICE SUMMARY**

FEES

| | |
|---|---:|
| Fee and Expense Review and Reporting (00317415) | $57,201.50 |
| Total Current Charges | $57,201.50 |
| **TOTAL AMOUNT DUE** | **$57,201.50** |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **B160 - Fee/Employment Applications** | | | | | |
| Daluz,T.M. | 02/26/20 | Attend to Ballard fee application issues | 940.00 | 1.00 | 940.00 |
| Ambrose,S.M. | 02/28/20 | E-mail from T. Daluz (.1); review invoices (.3); draft monthly fee application (.8) | 270.00 | 1.20 | 324.00 |
| Daluz,T.M. | 02/28/20 | Review bills for fee application (.5); attend to Ballard's ninth monthly application (.5) | 940.00 | 1.00 | 940.00 |
| **Total B160** | | | | **3.20** | **$2,204.00** |
| **B170 - Fee/Employment Objections** | | | | | |
| McClamb,C.D. | 02/03/20 | Confer with T. Daluz re: Alvarez preliminary report | 495.00 | 0.30 | 148.50 |
| Daluz,T.M. | 02/03/20 | Review and revise A&M report exhibits | 940.00 | 3.50 | 3,290.00 |
| Marriott, III,V.J. | 02/03/20 | Review revised A&M preliminary report | 1,035.00 | 0.80 | 828.00 |
| McClamb,C.D. | 02/04/20 | Conference call with T. Daluz and M. Salah re: Alvarez preliminary report | 495.00 | 0.60 | 297.00 |
| Roglen,L.D. | 02/04/20 | Continue draft of final report and objection to Weil Gotshal first interim fee application | 540.00 | 3.20 | 1,728.00 |
| McClamb,C.D. | 02/04/20 | E-mails with T. Daluz and M. Salah re: Alvarez and Marsal preliminary report | 495.00 | 0.30 | 148.50 |
| Salah,M. | 02/04/20 | Prepare and participate in conference call with T. Daluz and C. McClamb regarding A&M report and exhibits. | 465.00 | 0.50 | 232.50 |
| Daluz,T.M. | 02/04/20 | Work on exhibits | 940.00 | 2.50 | 2,350.00 |
| Daluz,T.M. | 02/04/20 | Conference call with C. McClamb and M. Salah re: Alvarez exhibits | 940.00 | 1.00 | 940.00 |
| Marriott, III,V.J. | 02/04/20 | Consider objection to Weil first fee application | 1,035.00 | 0.60 | 621.00 |
| Marriott, III,V.J. | 02/04/20 | Review Alvarez first preliminary report | 1,035.00 | 0.40 | 414.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Roglen,L.D. | 02/05/20 | Complete draft of final report and objection to Weil Gotshal first interim fee application | 540.00 | 7.20 | 3,888.00 |
| Marriott, III,V.J. | 02/05/20 | Consider issues re: objection to Weil first fee application | 1,035.00 | 0.60 | 621.00 |
| Daluz,T.M. | 02/05/20 | Correspondence with V. Marriott, P. Harner, and L. Roglen re: same | 940.00 | 0.50 | 470.00 |
| Daluz,T.M. | 02/05/20 | Review and comments on draft Weil objection to preliminary report | 940.00 | 1.50 | 1,410.00 |
| Marriott, III,V.J. | 02/06/20 | Review and revise Weil fee objection | 1,035.00 | 1.00 | 1,035.00 |
| Roglen,L.D. | 02/06/20 | Research re: case law supporting fee objections | 540.00 | 3.80 | 2,052.00 |
| Salah,M. | 02/06/20 | Review A&M records and update tags for four reports | 465.00 | 3.10 | 1,441.50 |
| McClamb,C.D. | 02/06/20 | E-mails with T. Daluz and M. Salah re: Alvarez preliminary report exhibits | 495.00 | 0.50 | 247.50 |
| McClamb,C.D. | 02/06/20 | E-mails with P. Harner, V. Marriott, and T. Daluz re: Alvarez preliminary report | 495.00 | 0.40 | 198.00 |
| Daluz,T.M. | 02/06/20 | Analyze issues and make revisions to draft A&M preliminary report | 940.00 | 3.50 | 3,290.00 |
| Pollard,C.P. | 02/06/20 | Identified Weil Gotshal timekeepers who billed less than 20 hours during first fee petition period; prepare and exported report for L. Roglen | 320.00 | 1.00 | 320.00 |
| McClamb,C.D. | 02/07/20 | Edits to Alvarez and Marsal Preliminary Report | 495.00 | 2.30 | 1,138.50 |
| McClamb,C.D. | 02/07/20 | Edit and finalize exhibits to Alvarez and Marsal Preliminary Report | 495.00 | 2.40 | 1,188.00 |
| Roglen,L.D. | 02/07/20 | Research re: case law supporting fee objections and revise draft Weil Gotshal fee objection re: same | 540.00 | 7.80 | 4,212.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| Salah,M. | 02/07/20 | Create reports with new tags on the A&M records (2.0); draft correspondence to T. Daluz (0.2) | 465.00 | 2.20 | 1,023.00 |
| McClamb,C.D. | 02/07/20 | E-mails with P. Harner, V. Marriott and T. Daluz re: Alvarez preliminary report | 495.00 | 0.30 | 148.50 |
| Daluz,T.M. | 02/07/20 | Complete revisions to A&M preliminary report | 940.00 | 3.50 | 3,290.00 |
| Marriott, III,V.J. | 02/07/20 | Review Alvarez first preliminary report | 1,035.00 | 0.20 | 207.00 |
| Roglen,L.D. | 02/10/20 | Review and revise draft objection to Weil's first interim fee application | 540.00 | 1.10 | 594.00 |
| Daluz,T.M. | 02/10/20 | Revise A&M report | 940.00 | 2.00 | 1,880.00 |
| Pollard,C.P. | 02/10/20 | Revise Weil Gotshall transient timekeeper report | 320.00 | 0.30 | 96.00 |
| McClamb,C.D. | 02/11/20 | Draft letter transmitting Alvarez and Marsal preliminary report and exhibits | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 02/11/20 | Edit and finalize Alvarez and Marsal preliminary report and exhibits for transmission | 495.00 | 1.80 | 891.00 |
| McClamb,C.D. | 02/11/20 | Conference call with V. Marriott and T. Daluz re: Alvarez and Marsal preliminary report and exhibits | 495.00 | 0.30 | 148.50 |
| McClamb,C.D. | 02/11/20 | E-mails transmitting Alvarez preliminary report | 495.00 | 0.20 | 99.00 |
| Daluz,T.M. | 02/11/20 | Conference call with V. Marriott, P. Harner, and C. McClamb re: A&M report | 940.00 | 0.70 | 658.00 |
| Daluz,T.M. | 02/11/20 | Follow-up correspondence with same | 940.00 | 0.30 | 282.00 |
| Marriott, III,V.J. | 02/11/20 | Review A&M preliminary report | 1,035.00 | 0.30 | 310.50 |
| Marriott, III,V.J. | 02/11/20 | Conference with T. Daluz and C. McClaim re: A&M preliminary report | 1,035.00 | 0.30 | 310.50 |
| Daluz,T.M. | 02/11/20 | Finalize A&M report | 940.00 | 2.00 | 1,880.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Daluz,T.M. | 02/12/20 | Attend to Ballard fee application issues | 940.00 | 1.00 | 940.00 |
| McClamb,C.D. | 02/13/20 | Review Deloitte and Touche response to preliminary report | 495.00 | 0.60 | 297.00 |
| McClamb,C.D. | 02/13/20 | E-mails with P. Harner, V. Marriott and T. Daluz re: Deloitte and Touche response to preliminary report | 495.00 | 0.70 | 346.50 |
| Daluz,T.M. | 02/13/20 | Review Deloitte's response to preliminary report and compare with points of objection | 940.00 | 1.50 | 1,410.00 |
| Marriott, III,V.J. | 02/13/20 | Review status of response to Deloitte first preliminary report | 1,035.00 | 0.50 | 517.50 |
| Daluz,T.M. | 02/13/20 | Correspondence with P. Harner and V. Marriott re: same | 940.00 | 0.30 | 282.00 |
| McClamb,C.D. | 02/14/20 | Attention to arranging conference call with Deloitte & Touche | 495.00 | 0.50 | 247.50 |
| McClamb,C.D. | 02/14/20 | E-mails with P. Harner re: contingency fee applications | 495.00 | 0.20 | 99.00 |
| Marriott, III,V.J. | 02/14/20 | Review Deloitte response to first report | 1,035.00 | 0.80 | 828.00 |
| Daluz,T.M. | 02/17/20 | Review and attend to Stout response | 940.00 | 1.50 | 1,410.00 |
| Marriott, III,V.J. | 02/18/20 | Review correspondence re: FTI fees | 1,035.00 | 0.40 | 414.00 |
| Marriott, III,V.J. | 02/20/20 | Attend to objections to Weil fees | 1,035.00 | 0.20 | 207.00 |
| Roglen,L.D. | 02/21/20 | Review and revise Weil Gotschal objection to first interim fee application per V. Marriott's comments | 540.00 | 2.40 | 1,296.00 |
| Marriott, III,V.J. | 02/21/20 | Review correspondence re: Weil response to first report | 1,035.00 | 0.20 | 207.00 |
| Marriott, III,V.J. | 02/24/20 | Conference with P. Harner re: Weil fee application | 1,035.00 | 0.30 | 310.50 |
| McClamb,C.D. | 02/25/20 | Attention to arranging conference with Deloitte & Touche | 495.00 | 0.20 | 99.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| McClamb,C.D. | 02/25/20 | E-mails with C. Jimenez re: status of fee review | 495.00 | 0.30 | 148.50 |
| Roglen,L.D. | 02/29/20 | Review and revise Weil Gotschal objection to first interim fee application with additional data points | 540.00 | 2.80 | 1,512.00 |
| **Total B170** | | | | **79.40** | **$54,997.50** |
| | | **Total Fees** | | **82.60** | **57,201.50** |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---:|---:|---:|
| **Task: B160 - Fee/Employment Applications** | | | |
| Ambrose,S.M. | 270.00 | 1.20 | 324.00 |
| Daluz,T.M. | 940.00 | 2.00 | 1,880.00 |
| **Total Task: B160** | | **3.20** | **$2,204.00** |
| **Task: B170 - Fee/Employment Objections** | | | |
| McClamb,C.D. | 495.00 | 12.10 | 5,989.50 |
| Pollard,C.P. | 320.00 | 1.30 | 416.00 |
| Roglen,L.D. | 540.00 | 28.30 | 15,282.00 |
| Salah,M. | 465.00 | 5.80 | 2,697.00 |
| Daluz,T.M. | 940.00 | 25.30 | 23,782.00 |
| Marriott, III,V.J. | 1,035.00 | 6.60 | 6,831.00 |
| **Total Task: B170** | | **79.40** | **$54,997.50** |
| **Total Fees** | | **82.60** | **$57,201.50** |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---:|---:|---:|
| Daluz,T.M. | 940.00 | 27.30 | 25,662.00 |
| Marriott, III,V.J. | 1,035.00 | 6.60 | 6,831.00 |
| McClamb,C.D. | 495.00 | 12.10 | 5,989.50 |
| Roglen,L.D. | 540.00 | 28.30 | 15,282.00 |
| Salah,M. | 465.00 | 5.80 | 2,697.00 |

| Name | Rate | Hours | Amount |
|---|---:|---:|---:|
| Pollard,C.P. | 320.00 | 1.30 | 416.00 |
| Ambrose,S.M. | 270.00 | 1.20 | 324.00 |
| **Total Fees** | | **82.60** | **$57,201.50** |

|  |  |
|---|---:|
| **Total Current Charges:** | **$57,201.50** |

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

## REMITTANCE ADVICE

| | | |
|---|---|---|
| Client: | 071820.03 | Sears Fee Examiner |
| Matter: | 00317415 | Fee and Expense Review and Reporting |
| Invoice No.: | 20200306005 | |
| Date: | March 24, 2020 | |

| | |
|---|---:|
| Fee Amount | $57,201.50 |
| **TOTAL AMOUNT DUE** | **$57,201.50** |

**Please return this page with your remittance to the above address.**
**Payment may also be made by wire transfer to our account.**

| | |
|---|---|
| **Bank:** | **PNC Bank, NA** |
| **ABA No.:** | **031 0000 53** |
| **Account No.:** | **85-3131-7345** |
| **Account Name:** | **Ballard Spahr LLP** |

**Please indicate on wire transfer the invoice number stated above.**