Exhibit C

# Ballard Spahr
### LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

Invoice Date: March 24, 2020
Invoice No.: 20200306007

Paul E. Harner
Harner, Paul E., Fee Examiner in Sears Chapter II Cases
1675 Broadway, 19th Floor
New York, NY  10019

Client:     Harner, Paul E., Fee Examiner in Sears Chapter II Cases  (071820.02)

Matter:     Fee Examiner Activities  (00315861)

FOR PROFESSIONAL SERVICES RENDERED through February 29, 2020

## INVOICE SUMMARY

FEES

DISBURSEMENTS

| | | |
|---|---:|---:|
| Professional Services | $44.00 | |
| Total Disbursements | | $44.00 |
| Total Current Charges | | $44.00 |
| **TOTAL AMOUNT DUE** | | **$44.00** |

**DISBURSEMENT DETAILS**

| Date | Description | Amount |
|------|-------------|--------|
| 01/30/20 | Professional Services VISA_0120_9166_06 - COURTCALL *10335977: Telecourt Appearance | 44.00 |
| | **Total Disbursements** | **$44.00** |

**DISBURSEMENT SUMMARY**

| Description | Amount |
|-------------|--------|
| Professional Services | 44.00 |
| **Total Disbursements** | **$44.00** |

| | |
|---|---|
| **Total Current Charges:** | **$44.00** |

# Ballard Spahr
### LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

## REMITTANCE ADVICE

Client:          071820.02
Matter:          00315861
Invoice No.:     20200306007
Date:            March 24, 2020

Harner, Paul E., Fee Examiner in Sears Chapter II Cases
Fee Examiner Activities

Disbursement Amount                                              $44.00

**TOTAL AMOUNT DUE**                                            **$44.00**

**Please return this page with your remittance to the above address.**
**Payment may also be made by wire transfer to our account.**

| | |
|---|---|
| **Bank:** | **PNC Bank, NA** |
| **ABA No.:** | **031 0000 53** |
| **Account No.:** | **85-3131-7345** |
| **Account Name:** | **Ballard Spahr LLP** |

**Please indicate on wire transfer the invoice number stated above.**