# Exhibit D

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

Invoice Date: March 24, 2020
Invoice No.: 20200306006

Paul E. Harner
1675 Broadway
New York, NY  10019

Client:   Sears Fee Examiner  (071820.03)
Matter:   Fee and Expense Review and Reporting  (00317415)

FOR PROFESSIONAL SERVICES RENDERED through February 29, 2020

**INVOICE SUMMARY**

FEES

DISBURSEMENTS
    Lexis Research                                                  $24.75
    Professional Services                                           $37.00

        Total Disbursements                                         $61.75

        Total Current Charges                                       $61.75

    **TOTAL AMOUNT DUE**                                            **$61.75**

**DISBURSEMENT DETAILS**

| Date | Description | Amount |
|---|---|---|
| 01/09/20 | Lexis Research | 24.75 |
| 01/30/20 | Professional Services VISA_0120_9166_06 - COURTCALL *10335945: Telecourt Appearance | 37.00 |
| | **Total Disbursements** | **$61.75** |

**DISBURSEMENT SUMMARY**

| Description | Amount |
|---|---|
| Lexis Research | 24.75 |
| Professional Services | 37.00 |
| **Total Disbursements** | **$61.75** |

| | |
|---|---|
| **Total Current Charges:** | **$61.75** |

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

## REMITTANCE ADVICE

| | | |
|---|---|---|
| Client: | 071820.03 | Sears Fee Examiner |
| Matter: | 00317415 | Fee and Expense Review and Reporting |
| Invoice No.: | 20200306006 | |
| Date: | March 24, 2020 | |

| | |
|---|---:|
| Disbursement Amount | $61.75 |
| **TOTAL AMOUNT DUE** | **$61.75** |

**Please return this page with your remittance to the above address.
Payment may also be made by wire transfer to our account.**

| | |
|---|---|
| **Bank:** | **PNC Bank, NA** |
| **ABA No.:** | **031 0000 53** |
| **Account No.:** | **85-3131-7345** |
| **Account Name:** | **Ballard Spahr LLP** |

**Please indicate on wire transfer the invoice number stated above.**