**ASK LLP**
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Brigette G. McGrath, Esq. NY SBN 4962379
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: 651-289-3845
Fax: (651) 406-9676
Email: bmcgrath@askllp.com

-and-

Edward E. Neiger, Esq.
151 West 46th Street, 4th Fl.
New York, NY  10036
Telephone: (212) 267-7342
Fax: (212) 918-3427
E-Mail: eneiger@askllp.com

-and-

**KATTEN MUCHIN ROSENMAN LLP**
Steven J. Reisman, Esq.
Theresa A. Foudy, Esq.
Karen B. Dine, Esq.
575 Madison Avenue
New York, NY 10022-2585
Telephone: (212) 940-8800
Fax: (212) 940-8776

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.,* | Case No. 18-23538 (RDD) |
| Debtors.[1] | (Jointly Administered) |

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home

## **AFFIDAVIT OF SERVICE**

I, Brigette G. McGrath, and Steven J. Reisman, hereby certify that on March 30, 2020 a copy of the *Motion To Move Defendants Governed By Procedures Order Entered On December 26, 2019 To Procedures Order Governing Adversary Proceedings With Total In Controversy Less Than Or Equal To $500,000 Entered On March 19, 2020* was caused to be served via first class mail to those parties listed on the attached service list.

Dated: March 30, 2020

ASK LLP

By: */s/ Brigette G. McGrath*
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Brigette G. McGrath Esq. NY SBN 4962379
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: 651-289-3845
Fax: (651) 406-9676
Email: bmcgrath@askllp.com

-and-

Edward E. Neiger, Esq.
151 West 46th Street, 4th Fl.
New York, NY  10036
Telephone: (212) 267-7342
Fax: (212) 918-3427
E-Mail: eneiger@askllp.com

-and-

---

Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

KATTEN MUCHIN ROSENMAN LLP

By: */s/ Steven J. Reisman*
Steven J. Reisman, Esq.
Theresa A. Foudy, Esq.
Karen B. Dine, Esq.
575 Madison Avenue
New York, NY 10022-2585
Telephone: (212) 940-8800
Fax: (212) 940-8776

Attorneys for Debtors
and Debtors in Possession

# Exhibit A

| Defendant Name | Adversary Number |
| --- | --- |
| 7Up RC Bottling Co. of Southern California, Inc. | 19-08606 |
| A.G. & G. Inc. dba Vieste Creations | 19-08303 |
| AAA Pharmaceutical, Inc. | 19-08304 |
| Abdul Kareem Kabba dba Worldwide Sneakers aka Unlocked Sneakers | 19-08461 |
| ACF Group LLC | 19-08426 |
| Ad Art Company | 19-08556 |
| A-Ipower Corporation | 19-08642 |
| Air Temp Mechanical, Inc. | 19-08312 |
| Albaad USA, Inc. | 19-08314 |
| All in One PR Multiservices | 19-08316 |
| American Color Inc. | 19-08559 |
| American De Rosa Lamparts LLC | 19-08557 |
| American Gasket Technologies Inc. | 19-08653 |
| American Plush Textile Mills, LLC | 19-08323 |
| Archer Air Conditioning Service Company | 19-08329 |
| Arizona Republic Phoenix Gazette | 19-08681 |
| Arkanoff Painting Inc. | 19-08331 |
| Armouth International Inc. | 19-08333 |
| Attends Healthcare Products Inc. | 19-08499 |
| Avangard Innovative LP | 19-08336 |
| BCI Technologies Inc. | 19-08501 |
| Belco Distributors | 19-08682 |
| Belkin International Inc. | 19-08605 |
| Berkshire Hathaway Inc. dba Roanoke Times | 19-08341 |
| Bicycle Doctor of Broward, Inc. | 19-08346 |
| Blast Analytics & Marketing, Inc. | 19-08349 |
| Boyd Flotation Inc. | 19-08676 |
| Bravado International Group Merchandising Services Inc. | 19-08367 |
| Breezeware | 19-08502 |
| Brightview Landscapes, LLC | 19-08369 |
| Brisas Del Caribe Corp. | 19-08607 |
| Brookfield Equinox LLC | 19-08373 |
| Bully Tools Inc. | 19-08677 |
| Cal Pure Produce Inc. dba Cal Pure Pistachios Inc. | 19-08380 |
| Calidad Auto Tech Inc. | 19-08561 |
| Camco Manufacturing Inc. | 19-08609 |
| CCP Newco LLC | 19-08610 |
| Centrescapes Inc. | 19-08655 |

| | |
|---|---|
| Centro Inc. | 19-08562 |
| Chinex Apparel Inc. | 19-08563 |
| Cliffstar LLC | 19-08558 |
| CMC Mechanical LLC | 19-08383 |
| Commerical Plumbing Inc. | 19-08709 |
| Concept One Accessories | 19-08504 |
| Crius Construction LLC | 19-08656 |
| Cryopak Industries (2007) ULC | 19-08395 |
| CS Group Inc. | 19-08611 |
| Cudlie Accessories LLC | 19-08400 |
| Custom Lawn Service Inc. | 19-08505 |
| Cycle Force Group LLC | 19-08591 |
| D V International Inc. | 19-08506 |
| Daily Press Inc. | 19-08566 |
| Dalessio Group, Inc. | 19-08402 |
| Damao Luggage International Inc. | 19-08404 |
| DAS, LLC | 19-08406 |
| Detergent 2.0 LLC | 19-08583 |
| DeVore Lighting, Inc. dba De Vore Industries Inc. | 19-08421 |
| Dicarlo Distributing Inc. | 19-08508 |
| Diversified Global Technologies LLC | 19-08612 |
| DocuSign, Inc. | 19-08422 |
| Dominion Mechanical Contractors, Inc. | 19-08356 |
| Dorman Products Inc. | 19-08613 |
| Doskocil Mfg. Company | 19-08584 |
| Dover Grease Trap Inc. | 19-08567 |
| DP Media Network LLC | 19-08358 |
| Duraflame Inc. | 19-08614 |
| E.J.D. Enterprises, Inc. dba Empire Distributors | 19-08360 |
| Easy Gardener Products, Inc. | 19-08363 |
| El Vocero De Puerto Rico | 19-08683 |
| Elevate, LLC | 19-08365 |
| eMarketer Inc. | 19-08374 |
| Embarcadero Technologies, Inc. | 19-08378 |
| European Home Designs LLC | 19-08568 |
| Everest Group USA Inc. | 19-08603 |
| Ex-Cell Home Fashions, Inc. | 19-08387 |
| Facilities Solutions LLC | 19-08615 |
| Fashion Accents LLC | 19-08511 |

| | |
|---|---|
| Fashion Accessory Bazaar LLC | 19-08391 |
| Fiesta Jewelry Corporation | 19-08512 |
| Final Touch Delivery Service Inc. | 19-08711 |
| FlexPrint, LLC | 19-08403 |
| Folsom Services, Inc. | 19-08407 |
| Forman Industries, Inc. dba FI Companies | 19-08409 |
| Founding Fathers Products LLC | 19-08513 |
| Funderburk Roofing Inc. | 19-08514 |
| Gage Roofing & Constructors, Inc. | 19-08414 |
| Garland Sales, Inc. | 19-08419 |
| Gatehouse Media Ohio Holdings II, Inc. dba Columbus Dispatch | 19-08424 |
| Gatehouse Media Oklahoma Holdings, Inc. dba Daily Oklahoman | 19-08427 |
| Golf Gifts & Gallery, Inc. | 19-08431 |
| Gossi Inc. | 19-08515 |
| Grace and Son Construction Company of Greenville, Inc. | 19-08432 |
| Green Room Productions, Inc. | 19-08433 |
| Gretchen International Inc. | 19-08494 |
| Handcraft Mfg. Corp. | 19-08658 |
| Harmony Enterprises Inc. | 19-08569 |
| Hawaiian Host, Inc. dba Hawaiian Host Chocolates Inc. | 19-08443 |
| Healthtex Caribbean LLC | 19-08445 |
| Heritage Travelware, Ltd. | 19-08451 |
| Hi Tech Pharmaceuticals Inc. | 19-08570 |
| Hi-Tech Air Conditioning Service, Inc. | 19-08457 |
| Holmberg Farms, Inc. | 19-08459 |
| Hypard Trading Corp | 19-08645 |
| IDM, Inc. | 19-08466 |
| Infomercials, Inc. | 19-08487 |
| Innova Products Inc. | 19-08495 |
| Inter County Mechanical Corp. | 19-08573 |
| Interstate Trailer Sales Inc. | 19-08574 |
| J.P. Morgan Chase Commercial Mortgage Securities Corp. dba JPMCC | 19-08496 |
| Johnson United, Inc. dba United Sign Systems | 19-08491 |
| June A. Grothe Construction, Inc. dba J G Construction | 19-08492 |
| JVC Americas Corp. dba JVC Company of America | 19-08497 |
| JVCKENWOOD USA Corporation | 19-08493 |
| K7 Design Group Inc. | 19-08517 |
| Kahena Digital Marketing Ltd. dba JVP Media Quarter | 19-08306 |
| Killer Bee Inc. | 19-08659 |

| | |
|---|---|
| La Crosse Brush Inc. | 19-08646 |
| Landmark Community Newspapers, LLC | 19-08619 |
| Larsen Products Inc. | 19-08660 |
| Leadgenius | 19-08518 |
| Leisure Products Inc. | 19-08696 |
| Liaison Technologies, Inc. | 19-08308 |
| Life Wear Technologies | 19-08519 |
| Lil Anglers LLC | 19-08520 |
| Limbach Company LLC | 19-08309 |
| M&S Accessory Network Corp. | 19-08313 |
| Manhattan Beer Distributors LLC | 19-08577 |
| Manifold, LLC | 19-08315 |
| Markwins Beauty Products Inc. | 19-08521 |
| Masterpieces Puzzle Co., Inc. | 19-08319 |
| MaxColor, LLC | 19-08578 |
| MC Builders, LLC | 19-08322 |
| MCI Communications Services, Inc. dba MCI Comm. Service | 19-08326 |
| Mckinney Trailer Rentals | 19-08522 |
| MediaNews Group, Inc. dba The Mercury News fka San Jose Mercury News | 19-08328 |
| Micro World Corporation | 19-08622 |
| Mid America Tile Inc. | 19-08662 |
| Mister D S Construction Inc. | 19-08623 |
| Mr Hawaii Inc. | 19-08523 |
| MSM Outdoor, LLC | 19-08330 |
| Multiple Solutions Inc. | 19-08525 |
| Nakoma Products LLC | 19-08579 |
| Naterra International Inc. | 19-08586 |
| Netsuite Inc. | 19-08334 |
| News Times | 19-08686 |
| NIN Group, Inc. | 19-08337 |
| Northern International Inc. dba NII | 19-08340 |
| Nova Wildcat Bulldog, LLC dba Bulldog Hardware | 19-08342 |
| NW Springs Holdings LLC | 19-08647 |
| One Step Up Ltd. | 19-08587 |
| OpenText Corporation | 19-08345 |
| Orlando Sentinel | 19-08687 |
| O'Shea Inc. | 19-08595 |
| Ottaway Newspapers Inc. | 19-08663 |
| Outdoor Cap Co., Inc. | 19-08347 |

| | |
|---|---|
| Pacific Charlie Co. Inc. | 19-08588 |
| Pacific Market International LLC | 19-08526 |
| Packsize LLC | 19-08527 |
| Paradigm Fitness Equipment Inc. | 19-08596 |
| Park Greenhouse | 19-08528 |
| Perfect Fit Industries, LLC | 19-08348 |
| Pet Partners Inc. | 19-08529 |
| Picnic Time Inc. | 19-08649 |
| Pineae Greenhouses Inc. | 19-08580 |
| PlayMonster LLC | 19-08350 |
| Post Gardens of Battle Creek, Inc. | 19-08351 |
| Preferred Display, Inc. | 19-08352 |
| Prestone Products Corporation | 19-08531 |
| Push Digital, LLC | 19-08357 |
| Qcoefficient Inc. | 19-08532 |
| R E Daigle & Son Electrical, Inc. | 19-08688 |
| Razor USA LLC | 19-08359 |
| Reedy Maintenance and Repairs LLC | 19-08624 |
| Rely Services Inc. | 19-08664 |
| Renzo Excavating LLC | 19-08533 |
| Repair Palace Inc. | 19-08689 |
| Retail Contracting Service, Inc. | 19-08364 |
| Ricoh Production Print Solutions | 19-08534 |
| Ricoh USA, Inc. fka Ricoh Americas Corporation | 19-08375 |
| Robert J. Clancey, Ltd. | 19-08379 |
| Rolling & Sliding Doors Of Dayton Ltd. | 19-08535 |
| Romy's Plumbing Inc. dba AA Plumbing | 19-08381 |
| Royal Animals Ltd. | 19-08625 |
| RTA Products, LLC | 19-08384 |
| Rugs America Corporation | 19-08536 |
| Rushmore Photo & Gifts Inc. | 19-08665 |
| Ruyi Design & Manufacture Inc. | 19-08537 |
| Sakutori Designs LLC | 19-08666 |
| Salland Industries, Limited | 19-08386 |
| San Diego Union Tribune LLC | 19-08626 |
| Sandy Inc. | 19-08388 |
| Scott Shoe Co. Ltd. | 19-08589 |
| SCS Direct, Inc. | 19-08390 |
| Securitas Security Services Inc. | 19-08667 |

| | |
|---|---|
| Security Fire Protection Co. Inc. | 19-08668 |
| Segerdahl Corporation | 19-08538 |
| Shaker Hill Landscape & Nursery Co. | 19-08539 |
| Shalom International Corp. | 19-08627 |
| Sign Outlet, Inc. | 19-08630 |
| Six Nines IT LLC | 19-08669 |
| Skagit Horticulture LLC | 19-08396 |
| Slince Inc. | 19-08631 |
| Smith & Vandiver Corp. | 19-08540 |
| Softeon Inc. | 19-08541 |
| South / Win, LLC | 19-08362 |
| Southern Atlantic Electric Co. Inc. | 19-08670 |
| Southern Technologies, LLC | 19-08480 |
| Space Center Mira Loma Inc. | 19-08650 |
| Stauffer Family LLC | 19-08543 |
| Steven Rockwell Sanders, LLC dba S R Sanders LLC | 19-08408 |
| Stork Craft Mfg. (USA) Inc. | 19-08678 |
| Sun Sentinel | 19-08690 |
| Sunny Distributor Inc. | 19-08598 |
| Supplylogix LLC | 19-08410 |
| Swatow Puerto Rico Corporation | 19-08483 |
| The American Bottling Company fdba Mr. Natural Inc. | 19-08415 |
| The Greystone Tea Company Inc | 19-08418 |
| The Journal News | 19-08691 |
| The Madden Corporation | 19-08425 |
| Tiger Capital Group LLC | 19-08671 |
| TJD Holdings Inc. | 19-08545 |
| TL Perez Residential Services | 19-08692 |
| TMM Investments Ltd. | 19-08599 |
| TNP Sites LLC | 19-08600 |
| Toll Global Forwarding SCS (USA) Inc. fdba FMI Inc. | 19-08434 |
| Tory's Roofing & Waterproofing Inc. | 19-08632 |
| TouchPoint 360, LLC | 19-08438 |
| Transporte Bairoa Inc. | 19-08546 |
| Triangle Fire Protection Inc. | 19-08633 |
| Troutman Sanders LLP | 19-08446 |
| Umarex USA Inc. | 19-08634 |
| Unitex Incorporado | 19-08484 |
| Universal Apparel Inc. | 19-08450 |

| | |
|---|---|
| Universal Building Services dba UBS | 19-08452 |
| Universal Enterprises Inc. | 19-08601 |
| Universal Service Agency LLC | 19-08454 |
| US Neighbors Construction Inc. | 19-08455 |
| Value Smart Products Inc. | 19-08635 |
| Vanderbilt Home Products LLC | 19-08547 |
| Vazquez Polar Air Conditioner Corp. | 19-08636 |
| Vento Distributors Corp. | 19-08460 |
| VFP Fire Systems | 19-08693 |
| Virginian Pilot | 19-08694 |
| Visser Greenhouses Inc. | 19-08548 |
| Vogue LLC dba Vogue International LLC | 19-08469 |
| W E Bassett Company | 19-08549 |
| Warren Business Services Inc | 19-08471 |
| Weathervane Service, Inc. | 19-08472 |
| West Chester Holdings, LLC | 19-08473 |
| Weveel LLC | 19-08673 |
| White Mark Universal Inc. | 19-08485 |
| Whitmore, Inc. | 19-08474 |
| Whynter, LLC | 19-08486 |
| Wick Communications Company | 19-08551 |
| Wilhelmina West Inc. | 19-08637 |
| Wilmar Corporation | 19-08638 |
| Wipfli LLP | 19-08475 |
| Woeber Mustard Manufacturing Co. | 19-08674 |
| Wolters Kluwer ELM Solutions, Inc. dba Tymetrix Inc. | 19-08477 |
| Wolters Kluwer Health, Inc. | 19-08478 |
| Wolters Kluwer United States Inc. dba CT Corporation Systems | 19-08479 |
| Wolverton Inc. | 19-08675 |
| WTS Contracting Corp. | 19-08639 |
| YM Trading Inc. | 19-08552 |
| Yoyo Lip Gloss Inc. | 19-08553 |
| Yunker Industries Inc. | 19-08640 |

* 266 Adversary Proceedings

Patrick W. Carothers, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 28th Floor
Pittsburgh, Pennsylvania 15219

Patrick W. Carothers, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 28th Floor
Pittsburgh, Pennsylvania 15219

Abdul Kareem Kabba, Owner
Abdul Kareem Kabba dba Worldwide
Sneakers aka Unlocked Sneakers
10201 Grand Central Avenue
Apartment 206
Owings Mills, Maryland 21117-3996

Dave Rodney, Reg Agt/President
ACF Group LLC
B48 Calle Poppy
San Juan,  926

Brian A. Cook, Esq.
Waldheger Coyne
1991 Crocker Road, Suite 550
Cleveland, Ohio 44145

Gidi Tenne, President
Albaad USA, Inc.
129 Technology Drive South
Reidsville, North Carolina 27320-1563

Victor Gratacos Diaz, Esq.
Gratacos Law Firm, P.S.C.
PO Box 7571
Caguas, PR,  726

Patrick W. Carothers, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 28th Floor
Pittsburgh, Pennsylvania 15219

Stacy Warwick, Officer
Archer Air Conditioning Service Company
2503 West Beaver Creek Drive
Powell, Tennessee 37849-4835

Meredith R. Theisen, Esq.
Rubin Levin
135 North Pennsylvania Street
Suite 1400
Indianapolis, Indiana 46204

Paul J. Labov, Esq.
Foley & Lardner LLP
90 Park Avenue
New York, New York 10016-1314

Rick Perez, President/CEO
Avangard Innovative LP
11906 Brittmoore Park Drive
Houston, Texas 77041

Kerby S. Ham, Officer
Berkshire Hathaway Inc. dba Roanoke
Times
3555 Farnam Street, Suite 1440
Omaha, Nebraska 68131

Phillipe C. Klipfel, President
Bicycle Doctor of Broward, Inc.
21644 Magdalena Terrace
Boca Raton, Florida 33433-3036

Mark L. Radtke, Esq.
Fox Rothschild LLP
321 North Clark Street,
Suite 1600
Chicago, Illinois 60654

John Mills, Esq.
Taylor English Duma LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339

Drazen Ivanovic, President/CEO
Brookfield Equinox LLC
9045 East Pima Center Parkway
Suite 3
Scottsdale, Arizona 85258

Stewart A. Resnick, President
Cal Pure Produce Inc. dba Cal Pure
Pistachios Inc.
13646 Highway 33
Lost Hills, California 93249

Stephan Milo, Esq.
Wharton Aldhizer & Weaver, PLC
100 South Mason Street
P.O. Box 20028
Harrisonburg, Virginia 22801-7528

Robert E. Nies, Esq.
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, New Jersey 7052

Harlan M. Lazarus, Esq.
Lazarus & Lazarus, P.C.
240 Madison Avenue
8th Floor
New York, New York 10016

Karen Dalessio, President
Dalessio Group, Inc.
20 Industrial Lane
Johnston, Rhode Island 2919

Brian A. Sullivan, Esq.
Werb & Sullivan
1225 North King Street, Suite 600
Wilmington, Delaware 19801

Jacob Silverstein, Officer
DAS, LLC
2321 NW Thurman Street
Portland, Florida 97210

Katharine Lau, Esq.
Law Offices of Katharine B.K. Lau
445 South Figueroa Street
Suite 3166
Los Angeles, California 90071

Mark E. Porter, Esq.
Fenwich & West LLP
555 California Street
12th Floor
San Francisco, California 94104

Will McAteer, President
Dominion Mechanical Contractors, Inc.
5265 Port Royal Road
Suite 100
Springfield, Virginia 22151

Brian T. Harvey, Esq.
Buchalter
1000 Wilshire Blvd., Suite 1500
Los Angeles, California 90017

Tara J. Schellhorn, Esq.
Riker Danzig Scherer Hyland & Perretti LLP
One Speedwell Avenue
Morristown, New Jersey 07962-1981

Thomas J. Lasater, Esq.
Fleeson, Gooing, Coulson & Kitch L.L.C.
1900 Epic Center
301 North Main
Wichita, Kansas 67202

Terry Chabrowe, CEO
eMarketer Inc.
11 Times Square
14th Floor
New York, New York 10036

Randall Jacops, CEO
Embarcadero Technologies, Inc.
10801 North Mopac Expressway
Building 1, Suite 100
Austin, Texas 78759

Joe Granger, CEO
Ex-Cell Home Fashions, Inc.
1500 North Carolina Street
Goldsboro, North Carolina 27530

Harlan M. Lazarus, Esq.
Lazarus & Lazarus, P.C.
240 Madison Avenue
8th Floor
New York, New York 10016

Frank Gaspari, Officer
FlexPrint, LLC
2845 North Omaha Street
Mesa, Arizona 85215

Christopher R. Thompson, Esq.
Burr & Forman LLP
200 South Orange Avenue
Suite 800
Orlando, Florida 32801

Daniel C. Stark, Esq.
Newman, Simpson & Cohen LLP
32 Mercer Street
Hackensack, New Jersey 7601

Andrew P. McCormick, Esq.
Landry Munoz, PLLC
4950 Bissonnet Street, Suite A
Bellaire, Texas 77401

Edward L. Schnitzer, Esq.
Montgomery McCracken Walker & Rhoads LLP
437 Madison Avenue
New York, New York 10022

Lynn Rowe Larsen, Esq.
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302

Lynn Rowe Larsen, Esq.
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302

Dean Chudy, President
Golf Gifts & Gallery, Inc.
N1675 Powers Lake Road
Genoa City, Wisconsin 53128

Patrick W. Carothers, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 28th Floor
Pittsburgh, Pennsylvania 15219

Stephan Milo, Esq.
Wharton Aldhizer & Weaver, PLC
100 South Mason Street
P.O. Box 20028
Harrisonburg, Virginia 22801-7528

Keith Sakamoto, CEO
Hawaiian Host, Inc. dba Hawaiian Host
Chocolates Inc.
500 Alakawa Street, Suite 111
Honolulu, Hawaii 96817-4576

Myrna L. Ruiz-Olmo, Esq.
MRO Attorneys at Law, LLC
PO Box 367819
San Juan, PR,  00936-7819

Samuel G. Harrod, IV, Esq.
Meltzer, Purtill & Stelle LLC
1515 East Woodfield Road
2nd Floor
Schaumburg, Illinois 60173

Joseph Siano, Officer
Hi-Tech Air Conditioning Service, Inc.
60 Otis Street
West Babylon, New York 11704

Douglas A. Holmberg, RegAgt/Officer
Holmberg Farms, Inc.
13430 Hobson Simmons Road
Lithia, Florida 33547

Omidreza Khorsandi, RegAgt/President
IDM, Inc.
33152 Irongate Drive
Leesburg, Florida 34788

Officer/Managing Agent

Infomercials, Inc.
2115 West 1150 North
Springville, Utah 84663

Jay Yacker, Esq.
Yacker Glatt, LLC
648 Newark Ave
Jersey City, New York 7306

Jay Teitelbaum, Esq.
Teitelbaum Law Group, LLC
1 Barker Avenue, Third Floor
White Plains, New York 10601

Steven Milo, Esq.
Wharton Aldhizer & Weaver PLC
100 South Mason Street
Harrisonburg, Virginia 22501

Patrick W. Carothers, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 28th Floor
Pittsburgh, Pennsylvania 15219

Michael S. Weinstein, Esq.
Golenbock Eiseman Assor Bell & Peskoe
LLP
711 Third Avenue
New York, New York 10017

Patrick W. Carothers, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 28th Floor
Pittsburgh, Pennsylvania 15219

Alison D. Welles, Esq.
OpenText
Enterprise Solutions - Assistant General
Counsel
9711 Washingtonian Boulevard
Gaithersburg, Maryland 20878

D. Matthew Jameson, III, Esq.
Babst, Calland, Clements and Zomnir, P.C.
Two Gateway Center
Pittsburgh, Pennsylvania 15222

Patrick W. Carothers, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 28th Floor
Pittsburgh, Pennsylvania 15219

Kenneth A. Rosen, Esq.
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York,  10020

Jonathan M. Saffer, Esq.
Rusing Lopez & Lizardi, P.L.L.C.
6363 North Swan Road, Suite 151
Tucson, Arizona 85718

Eric J. Monzo, Esq.
Morris James LLP
PO Box 2306
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19899

Tracey M. Ohm, Esq.
Stinson LLP
1775 Pennsylvania Avenue NW, Suite 800
Washington, District of Columbia 20006

Brian Harvey, Esq.
Buchalter
1000 Wilshire Blvd., Suite 1500
Los Angeles, California 90017

Ho Soon Choi, President
MSM Outdoor, LLC
2440 Ravenhurst Drive
Plano, Texas 75025

Valerie Bantner Peo, Esq.
Buchalter
55 Second Street, Suite 1700
San Francisco, California 94105-3493

Igor Valiaev, RegAgt/President
NIN Group, Inc.
3326 North Ottawa Avenue
Chicago, Illinois 60634

Andrea Sanche, Esq.
Ricketts Harris LLP
181 University Avenue
Suite 800
Toronto, ON,  M5H 2X7

Lauren S. Zabel, Esq.
Reed Smith LLP
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, Pennsylvania 19103

Steven W. Soule, Esq.
Hall Estill, Attorneys at Law
320 S. Boston Avenue
Suite 200
Tulsa, Oklahoma 74103

Stephan Milo, Esq.
Wharton Aldhizer & Weaver, PLC
100 South Mason Street
P.O. Box 20028
Harrisonburg, Virginia 22801-7528

Bob Wann, CEO
PlayMonster LLC
1400 East Inman Parkway
Beloit, Wisconsin 53511

Nancy Tuinier, President
Post Gardens of Battle Creek, Inc.
3055 West Michigan Avenue
Battle Creek, Michigan 49017

Robert Rousseau, CEO
Preferred Display, Inc.
78 Edwin Road
South Windsor, Connecticut 06074-2475

Jonathan A. Grasso, Esq.
Pierce McCoy, PLLC
85 Broad Street, Suite 17-063
New York, New York 10004

Christine A. Walsh, Esq.
Mayer Brown LLP
1221 Avenue of the Americas
New York, New York 10020

Lance Calvert, CEO
Retail Contracting Service, Inc.
224 Brown Industrial Parkway, Suite 105
Canton, Georgia 30114

J. Cory Falgowski, Esq.
Burr & Forman LLP
1201 North Market Street, Suite 1407
Wilmington, Delaware 19801

Johnathan C. Bolton, Esq.
Goodsill Attorney LLC
999 Bishop Street, Suite 1600
Honolulu, Hawaii 96813

Stephen C. Lane, Esq.
Attorney at Law
7419 Kingsgate Way, Suite A
West Chester, Ohio 45069

Gabriel Dickstein, RegAgt/Officer
RTA Products, LLC
2500 SW 32nd Avenue
Pembroke Park, Florida 33023

Albert D. Lichy, Esq.
Stearns Weaver Miller Weissler Alhadeff &
Sitterson, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130

Patrick W. Carothers, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 28th Floor
Pittsburgh, Pennsylvania 15219

Scott Crownover, President/CEO
Skagit Horticulture LLC
14113 Riverbend Road
Mount Vernon, Washington 98273

William H. Dubose, RegAgt/President
South / Win, LLC
112 Maxfield Road
Greensboro, North Carolina 27405

Huichuan Liao, RegAgt/Officer
Southern Technologies, LLC
3816 Hawthorn Court
Waukegan, Illinois 60087

Steven R. Sanders, Officer
Steven Rockwell Sanders, LLC dba S R
Sanders LLC
5445 Lake LeClare
Lutz, Florida 33558

Brian T. Harvey, Esq.
Buchalter
1000 Wilshire Blvd., Suite 1500
Los Angeles, California 90017

Saul Suarez Flores, Esq.
Limonta & Suarez
PO Box 361686
San Juan, PR,  00936-1686

Richard W. Ward, Esq.
Law Offices of Richard W. Ward
6860 North Dallas Parkway, Suite 200
Plano, Texas 75024

Ravi Joshi, CEO
The Greystone Tea Company Inc
213 Lbrosse Avenue
Pointe-Claire, QC,  H9R 1A3

E. Lynn Madden, RegAgt/CEO/President
The Madden Corporation
94-800 Ukee Street
Suite 301
Waipahu, Hawaii 96797

Mick Fountain, President
Toll Global Forwarding SCS (USA) Inc.
fdba FMI Inc.
800 Federal Boulvard
Carteret, New Jersey 7008

Gregg Morrison, Officer
TouchPoint 360, LLC
1250 Feehanville Drive
Suite 100
Mt. Prospect, Illinois 60056

Stephen G. Rinehart, Esq.
Troutman Sanders LLP
875 Third Avenue
New York, New York 10022

David Santamaria, RegAgt/President
Unitex Incorporado
211 O'neill Street
San Juan,  918

Sea Ben-Menaham, President
Universal Apparel Inc.
23875 Ventura Boulevard
Suite 204
Calabasas, California 91302

David Noyce, Esq.
Marinosci Law Group, P.C.
11111 Nall Avenue, Suite 104
Leawood, Kansas 66211

Marcin Kostrzewa, RegAgt/President
US Neighbors Construction Inc.
648 Oswego Drive
Carol Stream, Illinois 60188

Myrna L. Ruiz-Olmo, Esq.
MRO Attorneys at Law, LLC
PO Box 367819
San Juan, PR,  00936-7819

Officer, Managing or General Agent
Vogue LLC dba Vogue International LLC
311 Park Place Boulevard
#500
Clearwater, Florida 33759

Donna M. Cusimano, Esq.
Rosenberg Feldman Smith, LLP
551 Fifth Avenue, 24th Floor
New York, New York 10176

Michele K. Jaspan, Esq.
Weltman & Moskowitz, LLP
270 Madison Avenue
Suite 1400
New York, New York 10016-0603

Officer/Managing Agent
West Chester Holdings, LLC
11500 Canal Road
Cincinnati, Ohio 45241

Doron Hazut, CEO
White Mark Universal Inc.
1220 Maple Avenue, Suite 911
Los Angeles, California 90015

Erika R. Barnes, Esq.
Stites & Harbison PLLC
401 Commerce Street, Suite 800
Nashville, Tennessee 37219

Patrick W. Carothers, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 28th Floor
Pittsburgh, Pennsylvania 15219

Timothy Nixon, Esq.
Godfrey & Kahn S.C.
200 South Washington Street
Suite 100
Green Bay, Wisconsin 54301-4298

Richard F. Flynn, President
Wolters Kluwer ELM Solutions, Inc. dba
Tymetrix Inc.
3009 Post Oak Bouelvard
Suite 1100
Houston, Texas 77056

Diana L. Nole, CEO
Wolters Kluwer Health, Inc.
Two Commerce Square
2001 Market Street
Philadelphia, Pennsylvania 19103

Elizabeth Satin, CEO
Wolters Kluwer United States Inc. dba CT
Corporation Systems
111 Eighth Avenue
13th Floor
New York, New York 10011

| Company Name | Address_1 | Address_2 | Address_3 | City | State | Zip |
|---|---|---|---|---|---|---|
| 7Up RC Bottling Co. of Southern California, Inc. | 3220 East 26th Street | | | Vernon | CA | 90023 |
| 7Up RC Bottling Co. of Southern California, Inc. | c/o The Corporation Trust Company | Corporation Trust Center | 1209 Orange Street | Wilmington | DE | 19801 |
| 7Up RC Bottling Co. of Southern California, Inc. | 7598 Trade Street | | | San Diego | CA | 92121 |
| Ad Art Company | 3260 E 26th Street | | | Vernon | CA | 90058 |
| A-Ipower Corporation | c/o United States Corporation Agents, Inc. | 300 Delaware Avenue | Suite 210-A | Wilmington | DE | 19801 |
| A-Ipower Corporation | 10887 Commerce Way | Unit A | | Fontana | CA | 92337 |
| A-Ipower Corporation aka A-Ipower, inc. | c/o United States Corporation Agents, Inc. | 300 Delaware Avenue | Suite 210-A | Wilmington | DE | 19801 |
| American Color Inc. | 22495 Thornhill Road | | | Orange | VA | 22960 |
| American Color Inc. | 115 Chapman Street | | | Orange | VA | 22960 |
| American De Rosa Lamparts LLC | 1945 S Tubeway Avenue | | | Commerce | CA | 90040 |
| American De Rosa Lamparts LLC | c/o Corporation Service Company | 251 Little Falls Drive | | Wilmington | DE | 19808 |
| American De Rosa Lamparts LLC | 2845 Westwood Boulevard | | | Los Angeles | CA | 90064 |
| American Gasket Technologies Inc. | 10 Laura Drive | | | Addison | IL | 60101 |
| Arizona Republic Phoenix Gazette, a/k/a The Arizona Republic, a/k/a AZCentral.com, a/k/a Gannett Company, Inc. | 200 East Van Buren | | | Phoenix | AZ | 85004 |
| Arizona Republic Phoenix Gazette, a/k/a The Arizona Republic, a/k/a AZCentral.com, a/k/a Gannett Company, Inc. | PO Box 677595 | | | Dallas | TX | 75267 |
| Arizona Republic Phoenix Gazette, a/k/a The Arizona Republic, a/k/a AZCentral.com, a/k/a Gannett Company, Inc. | 22600 N 19th Avenue | | | Phoenix | AZ | 85027 |
| Arizona Republic Phoenix Gazette, a/k/a The Arizona Republic, a/k/a AZCentral.com, a/k/a Gannett Company, Inc. | 21975 North 103Rd Lane | Center House 442 | | Peoria | AZ | 85383 |
| Attends Healthcare Products Inc. | 1029 Old Creek Road | | | Greenville | NC | 28734 |
| Attends Healthcare Products Inc. | c/o National Registered Agents, Inc. | 160 Greentree Drive | Suite 101 | Dover | DE | 19904 |
| BCI Technologies Inc. | 1202 N Great Southwest Pkwy | | | Grand Prairie | TX | 75050 |
| BCI Technologies Inc. | c/o National Registered Agents, Inc. | 160 Greentree Drive | Suite 101 | Dover | DE | 19904 |
| Belco Distributors Dba Belco Industries | 100 Adams Boulevard | | | Farmingdale | NY | 11735 |
| Belkin International Inc. | 12045 E. Waterfront Drive | | | Playa Vista | CA | 90094 |
| Belkin International Inc. | c/o The Corporation Trust Company | Corporation Trust Center | 1209 Orange Street | Wilmington | DE | 19801 |
| Belkin International Inc. | PO Box 200195 | | | Dallas | TX | 75320 |
| Boyd Flotation Inc. | 2440 Adie Road | | | St. Louis | MO | 63043 |
| Boyd Flotation Inc. | PO Box 840001 | | | Kansas City | MO | 64184-0001 |
| Breezeware | 2451 Cumberland Pkwy | Suite 3551 | | Atlanta | GA | 30339 |
| Brisas Del Caribe Corp. | Carr 188 Km 7 | San Sidirio Ind Park | | Canovanas | PR | 00729 |
| Brisas Del Caribe Corp. | Box 367042 | | | San Juan | PR | 00936 |
| Bully Tools Inc. | 14 Technology Drive | | | Steubenville | OH | 43952 |
| Calidad Auto Tech Inc. | 103 Gypsum Road | | | Stroudsburg | PA | 18360 |
| Camco Manufacturing Inc. | 121 Landmark Drive | | | Greensboro | NC | 27409 |
| CCP Newco LLC | 11840 Westline Ind Drive | | | St Louis | MO | 63146 |
| CCP Newco LLC | c/o CSC-Lawyers Incorporating Service Company | 221 Bolivar Street | | Jefferson City | MO | 65101 |
| Centrescapes Inc. | 6148 Mount Angelus Drive | Suite 303 | | Los Angeles | CA | 90042 |
| Centrescapes Inc. | 165 Gentry Street | | | POMONA | CA | 91767 |
| Centro Inc. | 11 E. Madison | | | Chicago | IL | 60602 |
| Centro Inc. | 222 S Riverside | #2100 | | Chicago | IL | 60606 |
| Centro Inc. | Dept Ch 10762 | | | Palatine | IL | 60055 |
| Centro Inc. | 11 E. Madison | | | Chicago | IL | 60602 |
| Chinex Apparel Inc. | 58 West 40th Street | 12th Floor | | New York | NY | 10018 |
| Chinex Apparel Inc. | 209 W 40th Street | 7th Floor | | New York | NY | 10018 |
| Cliffstar LLC | 5519 W Idlewild Avenue | | | Tampa | FL | 33634 |
| Cliffstar LLC | c/o Cogency Global Inc. | 850 New Burton Road | Suite 201 | Dover | DE | 19904 |
| Cliffstar LLC | c/o Registered Agent Solutions Inc. | 9 E Loockerman Avenue | Suite 311 | Dover | DE | 19901 |
| Commerical Plumbing Inc. | 3711 Long Beach Blvd. | Suite 815 | | Long Beach | CA | 90807 |
| Commerical Plumbing Inc. | 467 S Market St. | | | Inglewood | CA | 90301 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Concept One Accessories | 1411 Broadway | 7th Floor | | New York | NY | 10018 |
| Crius Construction LLC | 1350 Budd Avenue North | | | Maple Plain | MN | 55359 |
| CS Group Inc. | 2889 S. Shoshone Street | | | Littleton | CO | 80110 |
| CS Group Inc. | PO Box 2071 | | | Littleton | CO | 80161 |
| CS Group Inc. | PO Box 2017 | | | Littleton | CO | 80161 |
| Custom Lawn Service Inc. | 9801 East Us Highway 40 | | | Terra Haute | IN | 47803 |
| Custom Lawn Service Inc. | 9012 South Sullivan Place | | | Terre Haute | IN | 47802 |
| Cycle Force Group LLC | 2105 SE 5th Street | | | Ames | IA | 50010 |
| Cycle Force Group LLC | 1601 Golden Aspen Drive | Suite 107 | | Ames | IA | 50010 |
| D V International Inc. | 2288 University Ave | Suite 201 | | St Paul | MN | 55114 |
| D V International Inc. | 1000 University Avenue | #220 | | St Paul | MN | 55104 |
| D V International Inc. | c/o The Company Corporation | 251 Little Falls Drive | | Wilmington | DE | 19808 |
| D V International Inc. | 1000 University Avenue | #220 | | St. Paul | MN | 55104 |
| Daily Press Inc. | 703 Mariners Row | | | Newport News | VA | 23606 |
| Daily Press Inc. | c/o Corporation Service Company | 251 Little Falls Drive | | Wilmington | DE | 19808 |
| Daily Press Inc. | 7505 Warwick Boulevard | | | Newport News | VA | 23607 |
| Daily Press Inc. | c/o Corporation Service Company | 100 Shockoe Slip | 2nd Floor | Richmond | VA | 23219 |
| Detergent 2.0 LLC | 594 Jersey Ave | | | New Brunswick | NJ | 08901 |
| Detergent 2.0 LLC | c/o Corporation Sales Company | 251 Little Falls Drive | | Wilmington | DE | 19808 |
| Dicarlo Distributing Inc. | 1630 North Ocean Avenue | | | Holtsville | NY | 11742 |
| Diversified Global Technologies LLC | One Financial Plaza | Suite 800 | | Providence | RI | 2903 |
| Diversified Global Technologies LLC | 128 Singleton Street | | | Woonsocket | RI | 02895 |
| Diversified Global Technologies LLC | c/o Corporation Service Company | 251 Little Falls Drive | | Wilmington | DE | 19808 |
| Dorman Products Inc. | 3400 Walnut Street | | | Colmar | PA | 18915 |
| Dorman Products Inc. | c/o The Corporation Trust Company | Corporation Trust Center | 1209 Orange Street | Wilmington | DE | 19801 |
| Dorman Products Inc. | PO Box 8500 S-4595 | | | Philadelphia | PA | 19178 |
| Doskocil Mfg Company Dba Petmate | 2300 E Randol Mill Road | | | Arlington | TX | 76011 |
| Doskocil Mfg Company Dba Petmate | c/o CT Corporation System | 1999 Bryan Street | Suite 900 | Dallas | TX | 75201 |
| Dover Grease Trap Inc. | 16585 Thirteen Mile Road | | | Fraser | MI | 48026 |
| Duraflame Inc. | 2894 Monte Diablo Avenue | | | Stockton | CA | 95203 |
| Duraflame Inc. | PO Box 49252 | | | San Jose | CA | 95161 |
| El Vocero De Puerto Rico, a/k/a Publi-Inversiones Puerto Rico Inc. | 1064 Ave Ponce de Leon | 2do | | San Juan | PR | 00902 |
| El Vocero De Puerto Rico, a/k/a Publi-Inversiones Puerto Rico Inc. | PO Box 15074 | | | San Juan | PR | 00902 |
| European Home Designs LLC | 347 5th Avenue | Floor 2 | | New York | NY | 10016 |
| Everest Group USA Inc. | 1885 S Vineyard Avenue | Suite 3 | | Ontario | CA | 91761 |
| Facilities Solutions LLC | 3510 Black Road | PO Box 639 | | Santa Maria | CA | 19808 |
| Facilities Solutions LLC | 927 Dodecanese Blvd | | | Tarpon Springs | FL | 34689 |
| Facilities Solutions LLC | c/o Corporation Service Company | 251 Little Falls Drive | | Wilmington | DE | 19808 |
| Facilities Solutions LLC | 1120 Lancer Lane | | | Tarpon Springs | FL | 34689 |
| Fashion Accents LLC | 100 Nashua Street | | | Providence | RI | 02940 |
| Fiesta Jewelry Corporation | 250 Esten Avenue | Unit A1 | | Pawtucket | RI | 02860 |
| Fiesta Jewelry Corporation | c/o National Registered Agents, Inc. | 160 Greentree Drive | Suite 101 | Dover | DE | 19904 |
| Final Touch Delivery Service Inc. | 328 Greenbay Road | | | Highwood | IL | 60040 |
| Final Touch Delivery Service Inc. | 580 Roger Williams | Suite 26 | | Highland | IL | 60035 |
| Founding Fathers Products LLC | 1844  W Wayzata Blvd | | | Long Lake | MN | 55356 |
| Founding Fathers Products LLC | 2170 Shevlin Drive | | | Orono | MN | 55391 |
| Funderburk Roofing Inc. | 1987 Quincy Court | | | Glendale Heights | IL | 60139 |
| Funderburk Roofing Inc. | 195 Hiawatha Drive | | | Carol Stream | IL | 60188 |
| Gossi Inc. | 30255 Solon Industrial Parkway | | | Solon | OH | 44139 |
| Gossi Inc. | 195 Sterncrest | | | Moreland Hills | OH | 44022 |
| Handcraft Mfg. Corp. | 10 East 34th Street | | | New York | NY | 10016 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Harmony Enterprises Inc. | 704 Main Avenue N | | | Harmony | MN | 55939 |
| Harmony Enterprises Inc. | c/o Cogency Global Inc. | 850 New Burton Road | Suite 201 | Dover | DE | 19904 |
| Hi Tech Pharmaceuticals Inc. | 6015 B Unity Drive | | | Norcross | GA | 30071 |
| Hi Tech Pharmaceuticals Inc. | c/o Corporation Service Company | 251 Little Falls Drive | | Wilmington | DE | 19808 |
| Hypard Trading Corp | 14218 Nelson Ave | | | City Of Industry | CA | 91746 |
| Inter County Mechanical Corp. | 1600 Ocean Ave | | | Bohemia | NY | 11716 |
| Interstate Trailer Sales Inc. | 14001 Valley Boulevard | | | Fontana | CA | 92335 |
| K7 Design Group Inc. | 155 Girard Street | | | Brooklyn | NY | 11235 |
| K7 Design Group Inc. | 3266 Bedford Avenue | | | Brooklyn | NY | 11210 |
| Killer Bee Inc. | 555 Bayview Avenue | | | Biloxi | MS | 39530 |
| Killer Bee Inc. | PO Box 1456 | | | Biloxi | MS | 39533 |
| La Crosse Brush Inc. | 3235 George Street | | | La Crosse | WI | 54603 |
| Landmark Community Newspapers, LLC | 601 Taylorsville Road | | | Shelbyville | KY | 40065 |
| Landmark Community Newspapers, LLC | PO Box 1118 | | | Shelbyville | KY | 40066 |
| Larsen Products Inc. | Borinquen KM 40 | Point A Street Borinquen | | Caguas | PR | 00726 |
| Larsen Products Inc. | PO Box 5308 | | | Caguas | PR | 00626 |
| Leadgenius | 2054 University Avenue | Suite 400 | | Berkeley | CA | 94704 |
| Leisure Products Inc. | 1044 Fordtown Road | | | Kingsport | TN | 37663 |
| Leisure Products Inc. | 506 Twin Oaks Dr. | | | Johnson City | TN | 37601 |
| Leisure Products Inc. | c/o Corporation Service Company | 251 Little Falls Drive | | Wilmington | DE | 19808 |
| Life Wear Technologies | 935 Roger Williams Way | | | North Kingston | RI | 02852 |
| Life Wear Technologies | 1620 SW 5th Court | | | Pompano Beach | FL | 33069 |
| Life Wear Technologies | 5700 Post Road | Suite 11 | | East Greenwich | RI | 02818 |
| Life Wear Technologies | 4130 NE 24th Avenue | | | Lighthouse Point | FL | 33064 |
| Lil Anglers LLC | 1314 N Nias Avenue | | | Springfield | MO | 65802 |
| Lil Anglers LLC | 1624 W Jackson Street | | | Ozark | MO | 65721 |
| Manhattan Beer Distributors LLC | 955 E 149th Street | | | Bronx | NY | 10455 |
| Manhattan Beer Distributors LLC | c/o Tannebaum Helpern Syracuse & Hirsctritt LLP | 900 Third Avenue | Suite 1200 | New York | NY | 10022 |
| Markwins Beauty Products Inc. | 75 Remittance Drive | Suite 6578 | | Chicago | IL | 60675 |
| Markwins Beauty Products Inc. | 22067 Ferrero Parkway | | | City Of Industry | CA | 91789 |
| MaxColor, LLC | 5 South Wabash Ave. | #1810 | | Chicago | IL | 60603 |
| MaxColor, LLC | c/o Incorp Services, Inc. | 919 North Market Street | Suite 650 | Wilmington | DE | 19801 |
| MaxColor, LLC | c/o Wactel Missry LLP | 1 Dag Hammarskjold Plaza | 885 Second Avenue, 47th F | New York | NY | 10017 |
| Mckinney Trailer Rentals | 8400 East Slauson Avenue | | | Pico Rivera | CA | 90660 |
| Mckinney Trailer Rentals | 2601 Saturn Street | | | Brea | CA | 92821 |
| Mckinney Trailer Rentals | 1021 S Stockton Street | | | Stockton | CA | 95206 |
| Mckinney Trailer Rentals | 3600 Port Of Tacoma Road | | | Tacoma | WA | 98424 |
| Micro World Corporation Dba Barska | 855 Towne Center Drive | | | Pomona | CA | 91767 |
| Micro World Corporation Dba Barska | 713 W Duerte Road | | | Arcadia | CA | 91007 |
| Micro World Corporation Dba Barska | 8955 Towne Center Drive | | | Pomona | CA | 91007 |
| Mid America Tile Inc. | 1650 Howard Street | | | Elk Grove Village | IL | 60007 |
| Mister D S Construction Inc. | 488 Burke Drive | | | Carol Stream | IL | 60188 |
| Mister D S Construction Inc. | 1200 Roosevelt Road | #150 | | Glen Ellyn | IL | 60137 |
| Mr Hawaii Inc. | 16817 S Western Avenue | | | Gardena | CA | 90247 |
| Mr Hawaii Inc. | PO Box F | 16817 S Western Avenue | | Gardena | CA | 90247 |
| Multiple Solutions Inc. | Urb Estancias de Mountain View | Calle Cerro Punta # 94 | | Coamo | PR | 00769 |
| Multiple Solutions Inc. | 48 Calle Dr Veve | | | Juana Diaz | PR | 00795 |
| Nakoma Products LLC | 1300 E North Street | | | Coal City | IL | 60416 |
| Nakoma Products LLC | 8407 S 77th Avenue | | | Bridgeview | IL | 60445 |
| Nakoma Products LLC | PO Box 3103 | | | Carol Stream | IL | 60132 |
| Naterra International Inc. | 1250 Freeport Parkway | | | Coppell | TX | 75019 |
| News Times, a/k/a Phoenix News Times | 201 E. Jefferson | | | Phoenix | AZ | 85034 |
| News Times, a/k/a Phoenix News Times | PO Box 80064 | | | Prescott | AZ | 86304 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NW Springs Holdings LLC | 1819 Wazee Street | 2nd Floor | | Denver | CO | 80202 |
| NW Springs Holdings LLC | c/o Corporation Service Company | 251 Little Falls Drive | | Wilmington | DE | 19808 |
| NW Springs Holdings LLC | dba NW Springs LLC | 8080 Park Lane, Suite 770 | Northwood Retail - Tyler Jo | Dallas | TX | 75231 |
| NW Springs Holdings LLC | c/o Law Offices Of Kevin S. Neiman, Pc | 999 18th Street | Suite 1230 S | Denver | CO | 80202 |
| One Step Up Ltd. | 1412 Broadway | 3rd Floor | | New York | NY | 10018 |
| Orlando Sentinel, a/k/a Sentinel Communications News Ventures Inc., a/k/a Orlando Sentinel Media Group, a/k/a Sentinel Publishing | PO Box 100630 | | | Atlanta | GA | 30384 |
| Orlando Sentinel, a/k/a Sentinel Communications News Ventures Inc., a/k/a Orlando Sentinel Media Group, a/k/a Sentinel Publishing | 633 N Orange Street | | | Orlando | FL | 32801 |
| Orlando Sentinel, a/k/a Sentinel Communications News Ventures Inc., a/k/a Orlando Sentinel Media Group, a/k/a Sentinel Publishing | c/o Corporation Service Company | 251 Little Falls Drive | | Wilmington | DE | 19808 |
| Orlando Sentinel, a/k/a Sentinel Communications News Ventures Inc., a/k/a Orlando Sentinel Media Group, a/k/a Sentinel Publishing | c/o Corporation Service Company | 1201 Hayes Street | | Talahassee | FL | 32301-2525 |
| O'Shea Inc. | 330 West 47th Steet | #203 | | Kansas City | MO | 64112 |
| Ottaway Newspapers Inc. | Route 416 | PO Box 401 | | Campbell Hall | NY | 10916 |
| Ottaway Newspapers Inc. | 40 Mulberry Street | | | Middletown | NY | 10940 |
| Ottaway Newspapers Inc. | PO Box 223532 | | | Pittsburgh | PA | 15251 |
| Pacific Charlie Co. Inc. | 167 Edward T Calvo Memorial Parkway | Suite B | | Tamuning | GU | 96931 |
| Pacific Market International LLC | 2000 Sierra Point Parkway | 3rd Floor | | Brisbane | CA | 94005 |
| Pacific Market International LLC | 2401 Elliott Avenue | 4th Floor | | Seattle | WA | 98121 |
| Packsize LLC | 3760 W Smart Pack Way | | | Salt Lake City | UT | 84104 |
| Packsize LLC | c/o Corp1, Inc. | 28 Old Rudnick Lane | | Dover | DE | 19901 |
| Packsize LLC | 9350 S 150 E | Suite 820 | | Sandy | UT | 84070 |
| Paradigm Fitness Equipment Inc. | 1189 Jellick Avenue | | | City Of Industry | CA | 91748 |
| Park Greenhouse | 12813 West Ripon Road | | | Ripon | CA | 95366 |
| Pet Partners Inc. | 450 North Sheridan Street | | | Corona | CA | 92880 |
| Picnic Time Inc. | 5131 Maureen Ln | | | Moorpark | CA | 93021-1783 |
| Picnic Time Inc. | 4131 Maureen Lane | | | Moorpark | CA | 93021 |
| Pineae Greenhouses Inc. | 1901 S. 5100 W. | | | Ogden | UT | 84401 |
| Prestone Products Corporation | 6250 North River Road | Suite 6000 | | Rosemont | IL | 60018 |
| Prestone Products Corporation | c/o The Corporation Trust Company | Corporation Trust Center | 1209 Orange Street | Wilmington | DE | 19801 |
| Prestone Products Corporation | PO Box 198467 | | | Atlanta | GA | 30384 |
| Prestone Products Corporation | 250 Halls Mill Road | | | Freehold | NJ | 00728 |
| Prestone Products Corporation | 1900 West Field Court | | | Lake Forest | IL | 60045 |
| Prestone Products Corporation | c/o CT Corporation System | 1201 Peachtree Street NE | | Atlanta | GA | 30361 |
| Qcoefficient Inc. | c/o Corp1, Inc. | 28 Old Rudnick Lane | | Dover | DE | 19901 |
| Qcoefficient Inc. | 310 South Michigan Avenue | Unit 903 | | Chicago | IL | 60604 |
| R E Daigle & Son Electrical, Inc. | 412 US Route 1 | | | Frenchville | ME | 04745 |
| R E Daigle & Son Electrical, Inc. | PO Box 412 | | | Frenchville | ME | 04745 |
| Reedy Maintenance and Repairs LLC | 5881 South Prospect Street | | | Ravenna | OH | 44266 |
| Reedy Maintenance and Repairs LLC | 4887 S. Prospect Street | | | Ravenna | OH | 44266 |
| Reedy Maintenance and Repairs LLC | PO Box 270 | | | Ravenna | OH | 44266 |
| Rely Services Inc. | 2354 Hassell Road | Suite B | | Hoffman Estates | IL | 60159 |
| Rely Services Inc. | 957 N Plum Grove Road | Suite B | | Schaumburg | IL | 60173 |
| Renzo Excavating LLC | 420 W Dixie Hwy | | | Grant Park | IL | 60940 |
| Renzo Excavating LLC | 3221 Fiday Road | | | Joliet | IL | 60431 |
| Repair Palace Inc. Dba Atwood Jewelers | 240 N. Broadway | | | Salem | NH | 03079 |
| Ricoh Production Print Solutions | PO Box 644225 | | | Pittsburgh | PA | 15264 |
| Ricoh Production Print Solutions | 6300 Diagonal Highway | Building 1 | | Boulder | CO | 80301 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Ricoh Production Print Solutions | c/o The Corporation Trust Company | Corporation Trust Center | 1209 Orange Street | Wilmington | DE | 19801 |
| Ricoh Production Print Solutions | 601 Holiday Drive | | | Pittsburgh | PA | 15220 |
| Rolling & Sliding Doors Of Dayton Ltd. | 8755  State Route 201 | | | Tipp City | OH | 45371 |
| Royal Animals Ltd. | 4129 N Port Washington | | | Milwaukee | WI | 53212 |
| Royal Animals Ltd. | 1040 First Avenue | | | New York | NY | 10022 |
| Royal Animals Ltd. | 400 East 57th Street | | | New York | NY | 10022 |
| Rugs America Corporation | 242 Route 110 | | | Farmingdale | NY | 11735 |
| Rugs America Corporation | 10 Daniel Street | | | Farmingdale | NY | 11735 |
| Rushmore Photo & Gifts Inc. | 3305 Campbell Street | | | RAPID CITY | SD | 57701 |
| Rushmore Photo & Gifts Inc. | 11993 US Hwy. 16 | | | Custer | SD | 57730 |
| Ruyi Design & Manufacture Inc. | 1410 Broadway | Suite 1206 | | New York | NY | 10018 |
| Sakutori Designs LLC | 728 Emily Street | | | Honolulu | HI | 96813 |
| San Diego Union Tribune LLC | 600 B Street | Suite 1201 | | San Diego | CA | 92101 |
| San Diego Union Tribune LLC | c/o National Registered Agents, Inc. | 160 Greentree Drive | Suite 101 | Dover | DE | 19904 |
| San Diego Union Tribune LLC | PO Box 740665 | | | Los Angeles | CA | 90074 |
| San Diego Union Tribune LLC | c/o National Registered Agents, Inc. | 818 West Sevnth Street | Suite 930 | Los Angeles | CA | 90017 |
| Scott Shoe Co. Ltd. | 1212 Kona Street | | | Honolulu | HI | 96814 |
| Securitas Security Services inc. | 1412 Broadway | 17th Floor | | New York | NY | 10018 |
| Securitas Security Services inc. | c/o National Registered Agents, Inc. | 1601 Greentree Drive | | Dover | DE | 19904 |
| Securitas Security Services inc. | File 57220 | | | Los Angeles | CA | 90074 |
| Security Fire Protecton Co. Inc. | 4495 S Mendenhall Rd. | | | Memphis | TN | 38141 |
| Security Fire Protecton Co. Inc. | 80 Monroe Avenue | Suite 650 | | Memphis | TN | 38103 |
| Segerdahl Corporation | 1351 South Wheeling Road | | | Wheeling | IL | 60090 |
| Segerdahl Corporation | 222 N Lasalle Street | Suite 2600 | | Chicago | IL | 60601 |
| Shaker Hill Landscape & Nursery Co. | 271 Maine Street | | | Poland Spring | ME | 04274 |
| Shalom International Corp. | 1050 Amboy Avenue | | | Perth Amboy | NJ | 08861 |
| Shalom International Corp. | c/o The Company Corporation | 251 Little Falls Drive | | Wilmington | DE | 19808 |
| Shalom International Corp. | 3 West 35th Street | | | New York | NY | 10001 |
| Shalom International Corp. | 700 Milk Street | | | Carteret | NJ | 07008 |
| Sign Outlet, Inc. | 5516 Cal Sag Road | | | Alsip | IL | 60803 |
| Sign Outlet, Inc. | 5153 W 111th Street | | | Alsip | IL | 60803 |
| SIX NINES IT LLC | 4931 PARK ROAD | | | BENICIA | CA | 94510 |
| SIX NINES IT LLC | 8528 Paradise Lagoon Drive | | | Benicia | CA | 94590 |
| Six Nines IT LLC | 344 20th Street | | | Oakland | CA | 94612 |
| Six Nines IT LLC | PO Box 91624 | | | Austin | TX | 78709 |
| Six Nines IT LLC | 8528 Paradise Lagoon Drive | | | Benicia | CA | 94590 |
| Slince Inc. | 51 Kingsbury Road | | | New Rochelle | NY | 10804 |
| Slince Inc. | 7 Pebbleway Road | | | New Rochelle | NY | 10804 |
| Smith & Vandiver Corp. | 480 Airport Blvd | | | Watsonville | CA | 95076 |
| Softeon Inc. | 11700 Plaza America Drive | Suite 910 | | Reston | VA | 20190 |
| Southern Atlantic Electric Co. Inc. | 11618 Columbia Park Dr East | | | Jacksonville | FL | 32258 |
| Southern Atlantic Electric Co. Inc. | 12800 Edenbridge Ct. | | | Jacksonville | FL | 32223 |
| Space Center Mira Loma Inc. | 3401 Etiwanda Avenue | | | Mira Loma | CA | 91752-1128 |
| Space Center Mira Loma Inc. | c/o CT Corporation System | 818 West Seventh Street | Suite 900 | Los Angeles | CA | 90017 |
| Space Center Mira Loma Inc. | c/o Space Center MI-Venture A | PO Box 840718 | | Los Angeles | CA | 90084 |
| Space Center Mira Loma Inc. | 2501 Rosegate | | | St Paul | MN | 55113 |
| Space Center Mira Loma Inc. | 90 Park Avenue | 32nd Flor | | New York | NY | 10016 |
| Stauffer Family LLC | 36 Glade Circle East | | | Rehoboth Beach | DE | 19971 |
| Stauffer Family LLC | 1201-B Savannah Road | | | Lewes | DE | 19958 |
| Stork Craft Mfg. (Usa) Inc. | 3993 Howard Hughes Pkwy Suite 250 | | | LAS VEGAS | NV | 89169 |
| Stork Craft Mfg. (Usa) Inc. | c/o Wilmington Trust SP Services, Inc. | 1105 North Market Street | | Wilmington | DE | 19801 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Sun Sentinel, a/k/a Sun-Sentinel Company Inc; a/k/a News & Sun Sentinel Company, a/k/a sun-sentinel.com, a/k/a Tribune Publishing Company | PO Box 100621 | | | Atlanta | GA | 30384 |
| Sun Sentinel, a/k/a Sun-Sentinel Company Inc; a/k/a News & Sun Sentinel Company, a/k/a sun-sentinel.com, a/k/a Tribune Publishing Company | 333 SW 12th Avenue | | | Deerfield Beach | FL | 33442 |
| Sun Sentinel, a/k/a Sun-Sentinel Company Inc; a/k/a News & Sun Sentinel Company, a/k/a sun-sentinel.com, a/k/a Tribune Publishing Company | c/o Corporation Service Company | 251 Little Falls Drive | | Wilmington | DE | 19808 |
| Sun Sentinel, a/k/a Sun-Sentinel Company Inc; a/k/a News & Sun Sentinel Company, a/k/a sun-sentinel.com, a/k/a Tribune Publishing Company | 500 E. Broward Blvd. | | | Fort Lauderdale | FL | 32301 |
| Sun Sentinel, a/k/a Sun-Sentinel Company Inc; a/k/a News & Sun Sentinel Company, a/k/a sun-sentinel.com, a/k/a Tribune Publishing Company | c/o Corporation Service Company | 1201 Hayes Street | | Talahassee | FL | 32301-2525 |
| Sunny Distributor Inc. | 218 Turnbull Canyon Road | | | City Of Industry | CA | 91745 |
| The Journal News, a/k/a LoHud.com, a/k/a Gannett Company, Inc. | 1133 Westchester Avenue | Suite N 110 | | White Plains | NY | 10604 |
| The Journal News, a/k/a LoHud.com, a/k/a Gannett Company, Inc. | PO Box 822883 | | | Philadephia | PA | 19182 |
| The Journal News, a/k/a LoHud.com, a/k/a Gannett Company, Inc. | c/o Corporation Service Company | 251 Little Falls Drive | | Wilmington | DE | 19808 |
| The Journal News, a/k/a LoHud.com, a/k/a Gannett Company, Inc. | c/o Gannett Co Law Dept | 7950 Jones Branch Drive | | Mclean | VA | 22107 |
| Tiger Capital Group Llc | 99 PARK AVE SUITE 1930 | | | NEW YORK | NY | 10016 |
| TJD Holdings Inc. | 2299 Traversefield Drive | | | Traverse City | MI | 49686 |
| TL Perez Residential Services | 609 Old Country Road | | | Wahington | ME | 04574 |
| Tmm Investments Ltd. | 212 Old Grande Blvd | Suite C 100 | | Tyler | TX | 75703 |
| Tmm Investments Ltd. | 7005 Chiswick Drive | | | Corpus Christi | TX | 78413 |
| TNP Sites LLC | 184 New Egypt Road | | | Lakewood | NJ | 08701 |
| Tory's Roofing & Waterproofing Inc. | 500 96 1382 Waihona St | | | Pearl City | HI | 96782 |
| Tory's Roofing & Waterproofing Inc. | 96-1382 Waihona Street | | | Pearl City | HI | 96782 |
| Transporte Bairoa Inc. | Mirador Bairoa 29 2u 25 | | | Caguas | PR | 00727 |
| Triangle Fire Protection Inc. | 20 Roadway Drive | | | Carlisle | PA | 17013 |
| Umarex USA Inc. | 777 Chad Colley Boulevard | | | Fort Smith | AR | 72916 |
| Umarex USA Inc. | 315 N. 7th Street | | | Fort Smith | AR | 72901 |
| Umarex USA Inc. | Dept 5565, PO Box 11407 | | | Birmingham | AL | 35246 |
| Universal Enterprises Inc. | 8030 SW Nimbus Avenue | #7 | | Beaverton | OR | 97008 |
| Universal Enterprises Inc. | c/o The Company Corporation | 251 Little Falls Drive | | Wilmington | DE | 19808 |
| Universal Enterprises Inc. | 8625 SW Cascade Avenue | | | Beaverton | OR | 97008 |
| Value Smart Products Inc. | 3651 Peachtree Parkway | Suite E-317 | | Suwanee | GA | 30024 |
| Vanderbilt Home Products LLC | 4100 West Side Avenue | | | North Bergen | NJ | 07047 |
| Vanderbilt Home Products LLC | 261 5Th Avenue | Suite 512 | | New York | NY | 10016 |
| Vazquez Polar Air Conditioner Corp. | Carr 842 | | | San Juan | PR | 00926 |
| Vazquez Polar Air Conditioner Corp. | URB Ciudad #120 Calle Oviedo | | | Cagus | PR | 00727 |
| Vazquez Polar Air Conditioner Corp. | Cuidad Jardin | 120 Calle Oviedo | | Caguas | PR | 00727 |
| VFP Fire Systems, a/k/a VFP Fire Systems Inc. | 2835 Charter Street | | | Columbus | OH | 43228 |
| VFP Fire Systems, a/k/a VFP Fire Systems Inc. | c/o CT Corporation System | 208 South Lasalle Street | Suite 814 | Chicago | IL | 60634 |
| VFP Fire Systems, a/k/a VFP Fire Systems Inc. | PO Box 74008409 | | | Chicago | IL | 60674 |
| Virginian Pilot, a/k/a Virginian-Pilot Media Companies LLC, a/k/a Tribune Publishing Company | 150 W. Brambleton Ave. | | | Norfolk | VA | 23510 |
| Virginian Pilot, a/k/a Virginian-Pilot Media Companies LLC, a/k/a Tribune Publishing Company | c/o Corporation Service Company | 100 Shockhoe Slip | | Richmond City | VA | 23219 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Virginian Pilot, a/k/a Virginian-Pilot Media Companies LLC, a/k/a Tribune Publishing Company | PO Box 100611 | | | Atlanta | GA | 30384 |
| Visser Greenhouses Inc. | 12557 Little Holland Rd | | | Manhattan | MT | 59741 |
| W E Bassett Company | 65 Trap Falls Road | | | Shelton | CT | 06484 |
| W E Bassett Company | 100 Trap Falls Road Extension | | | Shelton | CT | 06484 |
| W E Bassett Company | 25800 Commercentre Drive | | | Lake Forest | CA | 92630 |
| W E Bassett Company | 75 Enterprise | Suite 300 | | Aliso Viejo | CA | 92656 |
| W E Bassett Company | c/o CT Corporation System | 67 Burnside Avenue | | East Hartford | CT | 06108-3408 |
| Weveel Llc | c/o Agents and Corporations Inc. | 1201 Orange Street | One Commerce Center | Wilmington | DE | 19801 |
| Weveel Llc | 20 N Pennsylvania Avenue | | | MORRISVILLE | PA | 19067 |
| Wick Communications Company | 333 W Wilcox Drive | Ste 302 | | Sierra Vista | AZ | 85635 |
| Wick Communications Company | c/o Corporation Service Company | 8825 N 23rd Avenue | Suite 100 | Phoenix | AZ | 85021 |
| Wilhelmina West Inc. | c/o National Registered Agents, Inc. | 1601 Greentree Drive | | Dover | DE | 19904 |
| Wilhelmina West Inc. | c/o Vcorp Services, Inc. | 5670 Wilshire Boulevard | | Los Angeles | CA | 90036 |
| Wilhelmina West Inc. | 300 Park Avenue South | | | New York | NY | 10010 |
| Wilhelmina West Inc. | 9378 Wilshire Boulevard | Suite 310 | | Beverly Hills | CA | 90212 |
| Wilhelmina West Inc. | c/o Wilhelmina West International, Inc. | 300 Park Avenue South | | New York | NY | 10010 |
| Wilmar Corporation | 350 Midland Drive | | | Tukwila | WA | 98138 |
| Wilmar Corporation | 801 SW 16th Street | Suite 115 | | Renton | WA | 98057 |
| Wilmar Corporation | PO Box 88259 | | | Tukwila | WA | 98138 |
| Woeber Mustard Manufacturing Co. | 1966 Commerce Circle | | | Springfield | OH | 45504 |
| Wolverton Inc. | 5542 W Grand River | | | Lansing | MI | 48906 |
| WTS Contracting Corp. | PO Box 1135 | | | Commack | NY | 11725 |
| YM Trading Inc. | 9 Steel Court | | | Roseland | NJ | 07068 |
| Yoyo Lip Gloss Inc. | 2438 47th Street | | | Astoria | NY | 11103 |
| Yunker Industries Inc. | 310 O'Connor Drive | P.O. Box 917 | | Elkhorn | WI | 53121 |
| Yunker Industries Inc. | 114 N Church Street | | | Elkhorn | WI | 53121 |