```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re                                          :    Case No. 18-23538 (RDD)
                                               :
Sears Holdings Corporation, et al.,            :    Jointly Administered
                                               :
                                   Debtors.    :
----------------------------------------------------------------x
```

## AMENDED NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, United States Trustee for Region 2, pursuant to Section 1102(a) of title 11, United States Code, hereby appoints the following unsecured creditors that are willing to serve on the Official Committee of Unsecured Creditors of the Sears Holdings Corporation, and its affiliated debtors-in-possession.

1. Pension Benefit Guaranty Corporation
   1200 K Street N.W.
   Washington, D.C. 20005-4026
   Attention: Adi Berger, Director
   Telephone: (202) 326-4000

2. Oswaldo Cruz
   23002 Dolores Street
   Carson, California 90747
   (310) 809-6610

3. Winiadaewoo Electronics America, Inc.
   65 Challenger Road, #360
   Ridgefield Park, New Jersey 07660
   Attention: Minje Kim, President
   Telephone: (201) 552-4950

4. Computershare Trust Company, N.A.
2950 Express Drive South, Suite 210
Islandia, New York 11749
Attention: Michael A. Smith, Vice President
Telephone: (631) 233-6330

5. The Bank of New York Mellon Trust Company
601 Travis – 16th Floor
Houston, Texas 77002
Attention: Dennis Roemlein, Vice President
Telephone: (713) 483-6531

6. Simon Property Group, L.P.
225 W. Washington Street
Indianapolis, Indiana 46204
Attention: Ronald M. Tucker, Vice President/Bankruptcy Counsel
Telephone: (317) 263-2346

7. Brixmor Operating Partnership, L.P.
450 Lexington Avenue – 13th Floor
New York, New York 10017
Attention: Patrick Bennison, Vice President
Telephone: (212) 869-3000

Dated: New York, New York
March 31, 2020

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE

By:   /s/ Paul K. Schwartzberg
Paul K. Schwartzberg, Trial Attorney
Office of the United States Trustee
201 Varick Street, Room 1006
New York, NY 10014
Tel. (212) 510-0500

2