**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Aramark Management Services Limited Partnership** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008701 | $81,086.38 | 9/18/2018 | 450000157 | 7/1/2018 | $80,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008701 | $81,086.38 | 9/18/2018 | 450000154 | 6/29/2018 | $1,086.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007937 | $77,666.46 | 9/17/2018 | 450000155 | 6/20/2018 | $77,666.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994307 | $80,173.19 | 8/17/2018 | 450000151 | 6/1/2018 | $80,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994307 | $80,173.19 | 8/17/2018 | 450000140 | 4/16/2018 | $173.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987111 | $84,757.43 | 8/1/2018 | 450000150 | 5/20/2018 | $84,455.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987111 | $84,757.43 | 8/1/2018 | 450000149 | 5/20/2018 | $301.53 |

Totals:    4 transfer(s),    $323,683.46

Aramark Management Services Limited Partnership (2219460)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                Exhibit A                                P. 1