**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Aramark Services, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989097 | $25,002.13 | 8/8/2018 | 110000700002039 | 5/23/2018 | $507.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989097 | $25,002.13 | 8/8/2018 | 7052318-1048 | 5/23/2018 | $192.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989097 | $25,002.13 | 8/8/2018 | 7052318-1047 | 5/23/2018 | $23.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989097 | $25,002.13 | 8/8/2018 | 7052318-1046 | 5/23/2018 | $60.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989097 | $25,002.13 | 8/8/2018 | 7052318-1045 | 5/23/2018 | $23.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989097 | $25,002.13 | 8/8/2018 | 110000700002045 | 5/23/2018 | $14,418.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989097 | $25,002.13 | 8/8/2018 | 110000700002042 | 5/23/2018 | $8.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985660 | $5,400.37 | 7/30/2018 | 7051618-1041 | 5/16/2018 | $147.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989097 | $25,002.13 | 8/8/2018 | 110000700002040 | 5/23/2018 | $22.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989097 | $25,002.13 | 8/8/2018 | 7052318-1051 | 5/23/2018 | $240.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989097 | $25,002.13 | 8/8/2018 | 110000700002036 | 5/23/2018 | $200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989097 | $25,002.13 | 8/8/2018 | 110000700002035 | 5/23/2018 | $640.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989097 | $25,002.13 | 8/8/2018 | 110000700002034 | 5/23/2018 | $400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985660 | $5,400.37 | 7/30/2018 | 7051618-1044 | 5/16/2018 | $89.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985660 | $5,400.37 | 7/30/2018 | 7051618-1043 | 5/16/2018 | $728.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981150 | $5,483.85 | 7/19/2018 | 110000700002029 | 5/7/2018 | $4,203.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989097 | $25,002.13 | 8/8/2018 | 110000700002041 | 5/23/2018 | $156.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989097 | $25,002.13 | 8/8/2018 | 7052318-1058 | 5/23/2018 | $23.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992637 | $1,185.74 | 8/15/2018 | 7053018-1064 | 5/30/2018 | $90.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992637 | $1,185.74 | 8/15/2018 | 110000700002046 | 5/30/2018 | $400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989097 | $25,002.13 | 8/8/2018 | KC00917246 | 5/23/2018 | $4,310.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989097 | $25,002.13 | 8/8/2018 | 7052318-1063 | 5/23/2018 | $148.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989097 | $25,002.13 | 8/8/2018 | 7052318-1062 | 5/23/2018 | $156.95 |

Aramark Services, Inc. (2219945)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                              Exhibit A                              P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989097 | $25,002.13 | 8/8/2018 | 7052318-1061 | 5/23/2018 | $44.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989097 | $25,002.13 | 8/8/2018 | 7052318-1049 | 5/23/2018 | $40.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989097 | $25,002.13 | 8/8/2018 | 7052318-1059 | 5/23/2018 | $23.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989097 | $25,002.13 | 8/8/2018 | 7052318-1050 | 5/23/2018 | $280.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989097 | $25,002.13 | 8/8/2018 | 7052318-1057 | 5/23/2018 | $49.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989097 | $25,002.13 | 8/8/2018 | 7052318-1056 | 5/23/2018 | $68.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989097 | $25,002.13 | 8/8/2018 | 7052318-1055 | 5/23/2018 | $23.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989097 | $25,002.13 | 8/8/2018 | 7052318-1054 | 5/23/2018 | $84.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989097 | $25,002.13 | 8/8/2018 | 7052318-1053 | 5/23/2018 | $252.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989097 | $25,002.13 | 8/8/2018 | 7052318-1052 | 5/23/2018 | $1,280.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985660 | $5,400.37 | 7/30/2018 | 7051618-1040 | 5/16/2018 | $75.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989097 | $25,002.13 | 8/8/2018 | 7052318-1060 | 5/23/2018 | $1,317.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982294 | $11,139.26 | 7/23/2018 | 7050918-1017 | 5/9/2018 | $518.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982294 | $11,139.26 | 7/23/2018 | 7050918-1025 | 5/9/2018 | $633.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982294 | $11,139.26 | 7/23/2018 | 7050918-1024 | 5/9/2018 | $31.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982294 | $11,139.26 | 7/23/2018 | 7050918-1023 | 5/9/2018 | $3,221.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982294 | $11,139.26 | 7/23/2018 | 7050918-1022 | 5/9/2018 | $138.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982294 | $11,139.26 | 7/23/2018 | 7050918-1021 | 5/9/2018 | $7.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982294 | $11,139.26 | 7/23/2018 | 7050918-1020 | 5/9/2018 | $369.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985660 | $5,400.37 | 7/30/2018 | 7051618-1042 | 5/16/2018 | $44.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982294 | $11,139.26 | 7/23/2018 | 7050918-1018 | 5/9/2018 | $252.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982294 | $11,139.26 | 7/23/2018 | 7050918-1028 | 5/9/2018 | $643.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982294 | $11,139.26 | 7/23/2018 | 7050918-1016 | 5/9/2018 | $190.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982294 | $11,139.26 | 7/23/2018 | 7050918-1015 | 5/9/2018 | $1,074.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982294 | $11,139.26 | 7/23/2018 | 7050918-1014 | 5/9/2018 | $1,607.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982294 | $11,139.26 | 7/23/2018 | 7050918-1013 | 5/9/2018 | $1,451.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982294 | $11,139.26 | 7/23/2018 | 110000700002030 | 5/9/2018 | $400.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981150 | $5,483.85 | 7/19/2018 | KC00915213 | 5/7/2018 | $1,280.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982294 | $11,139.26 | 7/23/2018 | 7050918-1019 | 5/9/2018 | $120.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985660 | $5,400.37 | 7/30/2018 | 7051618-1031 | 5/16/2018 | $507.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985660 | $5,400.37 | 7/30/2018 | 7051618-1039 | 5/16/2018 | $170.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985660 | $5,400.37 | 7/30/2018 | 7051618-1038 | 5/16/2018 | $87.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985660 | $5,400.37 | 7/30/2018 | 7051618-1037 | 5/16/2018 | $907.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985660 | $5,400.37 | 7/30/2018 | 7051618-1036 | 5/16/2018 | $181.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985660 | $5,400.37 | 7/30/2018 | 7051618-1035 | 5/16/2018 | $6.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985660 | $5,400.37 | 7/30/2018 | 7051618-1034 | 5/16/2018 | $592.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982294 | $11,139.26 | 7/23/2018 | 7050918-1026 | 5/9/2018 | $99.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985660 | $5,400.37 | 7/30/2018 | 7051618-1032 | 5/16/2018 | $309.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982294 | $11,139.26 | 7/23/2018 | 7050918-1027 | 5/9/2018 | $334.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985660 | $5,400.37 | 7/30/2018 | 7051618-1030 | 5/16/2018 | $1,041.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985660 | $5,400.37 | 7/30/2018 | 110000700002033 | 5/16/2018 | $400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982980 | $511.75 | 7/24/2018 | 110000700002064 | 6/27/2018 | $508.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982980 | $511.75 | 7/24/2018 | 110000700002062 | 6/27/2018 | $1.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982980 | $511.75 | 7/24/2018 | 110000700002060 | 6/27/2018 | $1.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982294 | $11,139.26 | 7/23/2018 | 7050918-1029 | 5/9/2018 | $46.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992637 | $1,185.74 | 8/15/2018 | 7053018-1067 | 5/30/2018 | $44.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985660 | $5,400.37 | 7/30/2018 | 7051618-1033 | 5/16/2018 | $111.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003682 | $2,880.65 | 9/7/2018 | 7062018-5397 | 6/20/2018 | $44.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007134 | $15,347.27 | 9/14/2018 | 110000700002065 | 6/27/2018 | $768.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007134 | $15,347.27 | 9/14/2018 | 110000700002063 | 6/27/2018 | $3.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007134 | $15,347.27 | 9/14/2018 | 110000700002061 | 6/27/2018 | $371.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007134 | $15,347.27 | 9/14/2018 | 110000700002059 | 6/27/2018 | $452.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007134 | $15,347.27 | 9/14/2018 | 110000700002058 | 6/27/2018 | $34.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007134 | $15,347.27 | 9/14/2018 | 110000700002057 | 6/27/2018 | $70.21 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780992637 | $1,185.74 | 8/15/2018 | 7053018-1065 | 5/30/2018 | $24.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003682 | $2,880.65 | 9/7/2018 | 7062018-5398 | 6/20/2018 | $477.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007134 | $15,347.27 | 9/14/2018 | 7062718-5400 | 6/27/2018 | $44.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003682 | $2,880.65 | 9/7/2018 | 7062018-5396 | 6/20/2018 | $24.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003682 | $2,880.65 | 9/7/2018 | 7062018-5395 | 6/20/2018 | $24.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003682 | $2,880.65 | 9/7/2018 | 7062018-5394 | 6/20/2018 | $74.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003682 | $2,880.65 | 9/7/2018 | 7062018-5393 | 6/20/2018 | $22.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003682 | $2,880.65 | 9/7/2018 | 7062018-5392 | 6/20/2018 | $40.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003682 | $2,880.65 | 9/7/2018 | 7062018-5391 | 6/20/2018 | $612.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007134 | $15,347.27 | 9/14/2018 | 110000700002055 | 6/27/2018 | $400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007134 | $15,347.27 | 9/14/2018 | 7062718-5407 | 6/27/2018 | $138.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011374 | $872.52 | 9/21/2018 | 7070418-5413 | 7/4/2018 | $31.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011374 | $872.52 | 9/21/2018 | 7070418-5412 | 7/4/2018 | $219.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011374 | $872.52 | 9/21/2018 | 110000700002067 | 7/4/2018 | $400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007134 | $15,347.27 | 9/14/2018 | KC00919056 | 6/27/2018 | $10,364.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007134 | $15,347.27 | 9/14/2018 | 7062718-5411 | 6/27/2018 | $72.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007134 | $15,347.27 | 9/14/2018 | 7062718-5410 | 6/27/2018 | $291.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007134 | $15,347.27 | 9/14/2018 | 110000700002066 | 6/27/2018 | $240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007134 | $15,347.27 | 9/14/2018 | 7062718-5408 | 6/27/2018 | $29.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007134 | $15,347.27 | 9/14/2018 | 7062718-5399 | 6/27/2018 | $28.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007134 | $15,347.27 | 9/14/2018 | 7062718-5406 | 6/27/2018 | $949.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007134 | $15,347.27 | 9/14/2018 | 7062718-5405 | 6/27/2018 | $185.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007134 | $15,347.27 | 9/14/2018 | 7062718-5404 | 6/27/2018 | $334.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007134 | $15,347.27 | 9/14/2018 | 7062718-5403 | 6/27/2018 | $88.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007134 | $15,347.27 | 9/14/2018 | 7062718-5402 | 6/27/2018 | $109.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007134 | $15,347.27 | 9/14/2018 | 7062718-5401 | 6/27/2018 | $295.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003682 | $2,880.65 | 9/7/2018 | 7062018-5388 | 6/20/2018 | $39.48 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781007134 | $15,347.27 | 9/14/2018 | 7062718-5409 | 6/27/2018 | $74.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996862 | $1,936.71 | 8/22/2018 | 7060618-1072 | 6/6/2018 | $109.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003682 | $2,880.65 | 9/7/2018 | 7062018-5390 | 6/20/2018 | $24.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000200 | $4,620.72 | 8/31/2018 | 7061318-1078 | 6/13/2018 | $46.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000200 | $4,620.72 | 8/31/2018 | 110000700002052 | 6/13/2018 | $400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996862 | $1,936.71 | 8/22/2018 | 7060618-1077 | 6/6/2018 | $236.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996862 | $1,936.71 | 8/22/2018 | 7060618-1076 | 6/6/2018 | $124.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996862 | $1,936.71 | 8/22/2018 | 7060618-1075 | 6/6/2018 | $16.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000200 | $4,620.72 | 8/31/2018 | 7061318-1080 | 6/13/2018 | $365.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996862 | $1,936.71 | 8/22/2018 | 7060618-1073 | 6/6/2018 | $177.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000200 | $4,620.72 | 8/31/2018 | 7061318-1081 | 6/13/2018 | $137.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996862 | $1,936.71 | 8/22/2018 | 7060618-1071 | 6/6/2018 | $423.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996862 | $1,936.71 | 8/22/2018 | 7060618-1070 | 6/6/2018 | $220.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996862 | $1,936.71 | 8/22/2018 | 7060618-1069 | 6/6/2018 | $183.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996862 | $1,936.71 | 8/22/2018 | 110000700002048 | 6/6/2018 | $400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994308 | $524.00 | 8/17/2018 | 110000700002076 | 7/25/2018 | $524.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992637 | $1,185.74 | 8/15/2018 | 7053018-1068 | 5/30/2018 | $236.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011374 | $872.52 | 9/21/2018 | 7070418-5414 | 7/4/2018 | $220.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996862 | $1,936.71 | 8/22/2018 | 7060618-1074 | 6/6/2018 | $45.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003682 | $2,880.65 | 9/7/2018 | 110000700002053 | 6/20/2018 | $400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992637 | $1,185.74 | 8/15/2018 | 7053018-1066 | 5/30/2018 | $389.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003682 | $2,880.65 | 9/7/2018 | 7062018-5387 | 6/20/2018 | $206.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003682 | $2,880.65 | 9/7/2018 | 7062018-5386 | 6/20/2018 | $354.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003682 | $2,880.65 | 9/7/2018 | 7062018-5385 | 6/20/2018 | $110.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003682 | $2,880.65 | 9/7/2018 | 7062018-5384 | 6/20/2018 | $24.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003682 | $2,880.65 | 9/7/2018 | 7062018-5383 | 6/20/2018 | $106.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000200 | $4,620.72 | 8/31/2018 | 7061318-1079 | 6/13/2018 | $132.18 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003682 | $2,880.65 | 9/7/2018 | 7062018-5381 | 6/20/2018 | $92.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003682 | $2,880.65 | 9/7/2018 | 7062018-5389 | 6/20/2018 | $24.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000200 | $4,620.72 | 8/31/2018 | 7061318-1088 | 6/13/2018 | $100.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000200 | $4,620.72 | 8/31/2018 | 7061318-1087 | 6/13/2018 | $600.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000200 | $4,620.72 | 8/31/2018 | 7061318-1086 | 6/13/2018 | $383.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000200 | $4,620.72 | 8/31/2018 | 7061318-1085 | 6/13/2018 | $85.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000200 | $4,620.72 | 8/31/2018 | 7061318-1084 | 6/13/2018 | $933.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000200 | $4,620.72 | 8/31/2018 | 7061318-1083 | 6/13/2018 | $41.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000200 | $4,620.72 | 8/31/2018 | 7061318-1082 | 6/13/2018 | $1,393.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003682 | $2,880.65 | 9/7/2018 | 7062018-5382 | 6/20/2018 | $175.75 |

**Totals:**    12 transfer(s),    $74,904.97