

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **AT&T Global Network Services LLC** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62085171 | $63,859.30 | 8/28/2018 | GE17637 | 7/1/2018 | $7,501.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083361 | $526,410.82 | 7/27/2018 | GD97304 | 6/1/2018 | $3,129.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083361 | $526,410.82 | 7/27/2018 | GE01625 | 6/1/2018 | $7,514.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083361 | $526,410.82 | 7/27/2018 | GE05848 | 6/1/2018 | $27,855.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083361 | $526,410.82 | 7/27/2018 | GE09566 | 6/1/2018 | $1,382.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083361 | $526,410.82 | 7/27/2018 | GE09652 | 6/1/2018 | $468,456.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083616 | $2,088.50 | 7/31/2018 | GE10678 | 6/1/2018 | $2,088.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083361 | $526,410.82 | 7/27/2018 | GD96925 | 6/1/2018 | $25,586.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085171 | $63,859.30 | 8/28/2018 | GE13335 | 7/1/2018 | $3,129.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087305 | $10,691.21 | 10/10/2018 | GE49055 | 9/1/2018 | $7,561.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085171 | $63,859.30 | 8/28/2018 | GE21861 | 7/1/2018 | $27,642.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085736 | $26,745.07 | 9/13/2018 | GE29045 | 8/1/2018 | $3,129.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085736 | $26,745.07 | 9/13/2018 | GE37560 | 8/1/2018 | $23,615.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086982 | $33,116.95 | 10/4/2018 | EVU44VC | 8/1/2018 | $7,530.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086982 | $33,116.95 | 10/4/2018 | GE28667 | 8/1/2018 | $25,586.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087305 | $10,691.21 | 10/10/2018 | GE44760 | 9/1/2018 | $3,129.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085171 | $63,859.30 | 8/28/2018 | GE12955 | 7/1/2018 | $25,586.37 |

**Totals:**    6 transfer(s),    $662,911.85

AT&T Global Network Services LLC (2219988)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                             Exhibit A                             P. 1