**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **AT&T Mobility LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003694 | $183,403.28 | 9/7/2018 | 24572330718 | 7/15/2018 | $183,403.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999550 | $185,041.24 | 8/30/2018 | 24572330618 | 6/27/2018 | $185,041.24 |
| Totals: | 2 transfer(s), | $368,444.52 | | | | | |