**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Centerview Partners LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/24/2018-3 | $256,568.86 | 9/24/2018 | 96601.08.15.2018 | 8/15/2018 | $256,568.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/24/2018-2 | $255,004.34 | 9/24/2018 | 96601.09.15.2018 | 9/15/2018 | $255,004.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/24/2018-1 | $252,599.90 | 9/24/2018 | 96601.07.15.2018 | 7/15/2018 | $252,599.90 |

Totals:    3 transfer(s),    $764,173.10