

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **Clorox Manufacturing Company of Puerto Rico, Inc. fdba The Clorox Company of Puerto Ric** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988109 | $26,311.63 | 8/2/2018 | 125470IN-1015 | 7/13/2018 | $3,507.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981322 | $21,003.18 | 7/19/2018 | 123658 | 6/4/2018 | $2,273.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003765 | $1,834.88 | 9/7/2018 | 126161-3961 | 8/9/2018 | $1,957.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001755 | $13,063.16 | 9/4/2018 | 126162-3959 | 8/9/2018 | $2,920.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001755 | $13,063.16 | 9/4/2018 | 126147 | 8/9/2018 | $2,395.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001755 | $13,063.16 | 9/4/2018 | 126145IN-3956 | 8/9/2018 | $2,916.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001755 | $13,063.16 | 9/4/2018 | 126141IN-3953 | 8/8/2018 | $3,103.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001755 | $13,063.16 | 9/4/2018 | 126127IN-3952 | 8/8/2018 | $2,151.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995915 | $595.37 | 8/20/2018 | CD3102958ED | 8/1/2018 | $130.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995915 | $595.37 | 8/20/2018 | CD3102933ED | 7/31/2018 | $465.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991620 | $6,373.83 | 8/13/2018 | 125557IN | 7/17/2018 | $2,962.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005193 | $11,072.39 | 9/11/2018 | 126253 | 8/13/2018 | $2,634.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988109 | $26,311.63 | 8/2/2018 | 125487 | 7/16/2018 | $3,343.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005193 | $11,072.39 | 9/11/2018 | 126256 | 8/13/2018 | $2,909.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988109 | $26,311.63 | 8/2/2018 | 125453 | 7/13/2018 | $2,552.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988109 | $26,311.63 | 8/2/2018 | 125446 | 7/13/2018 | $5,038.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988109 | $26,311.63 | 8/2/2018 | 125445 | 7/13/2018 | $4,682.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988109 | $26,311.63 | 8/2/2018 | 125444IN | 7/13/2018 | $3,675.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988109 | $26,311.63 | 8/2/2018 | 124758IN | 6/18/2018 | $3,625.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984711 | $5,338.48 | 7/26/2018 | 123952 | 6/14/2018 | $5,338.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981322 | $21,003.18 | 7/19/2018 | 123678-1014 | 6/4/2018 | $8,128.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981322 | $21,003.18 | 7/19/2018 | 123667IN | 6/4/2018 | $2,723.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981322 | $21,003.18 | 7/19/2018 | 123664-1013 | 6/4/2018 | $2,502.87 |

Clorox Manufacturing Company of Puerto Rico, Inc. fdba The Clorox Company of Puerto Rico (2219318)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                              Exhibit A                                              P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981322 | $21,003.18 | 7/19/2018 | 123661IN | 6/4/2018 | $2,522.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981322 | $21,003.18 | 7/19/2018 | 123660IN-1012 | 6/4/2018 | $2,852.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991620 | $6,373.83 | 8/13/2018 | 125493IN | 7/16/2018 | $3,410.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016164 | $33,428.42 | 10/2/2018 | 127061 | 9/7/2018 | $574.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020597 | $1,693.19 | 9/26/2018 | 127114 | 9/10/2018 | $1,693.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017110 | $3,245.88 | 10/3/2018 | 127067 | 9/7/2018 | $1,486.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017110 | $3,245.88 | 10/3/2018 | 127056IN | 9/7/2018 | $1,759.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016164 | $33,428.42 | 10/2/2018 | 127079-3970 | 9/7/2018 | $1,992.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016164 | $33,428.42 | 10/2/2018 | 127078IN | 9/7/2018 | $2,062.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016164 | $33,428.42 | 10/2/2018 | 127077 | 9/7/2018 | $1,853.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016164 | $33,428.42 | 10/2/2018 | 127076 | 9/7/2018 | $2,113.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016164 | $33,428.42 | 10/2/2018 | 127075 | 9/7/2018 | $2,237.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016164 | $33,428.42 | 10/2/2018 | 127070 | 9/7/2018 | $7,346.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016164 | $33,428.42 | 10/2/2018 | 127068-3969 | 9/7/2018 | $1,719.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005193 | $11,072.39 | 9/11/2018 | 126245-3963 | 8/11/2018 | $2,635.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016164 | $33,428.42 | 10/2/2018 | 127062 | 9/7/2018 | $845.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023225 | $1,957.20 | 10/2/2018 | 127088IN | 9/7/2018 | $1,957.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016164 | $33,428.42 | 10/2/2018 | 127060IN | 9/7/2018 | $2,031.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016164 | $33,428.42 | 10/2/2018 | 127058 | 9/7/2018 | $1,594.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016164 | $33,428.42 | 10/2/2018 | 127054 | 9/7/2018 | $1,639.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016164 | $33,428.42 | 10/2/2018 | 127047-3968 | 9/6/2018 | $1,643.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016164 | $33,428.42 | 10/2/2018 | 127045IN | 9/6/2018 | $1,722.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016164 | $33,428.42 | 10/2/2018 | 127037IN | 9/6/2018 | $1,898.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014771 | $1,422.05 | 9/28/2018 | 127059IN | 9/4/2018 | $1,693.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006114 | $7,950.11 | 9/12/2018 | 126291 | 8/14/2018 | $2,556.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006114 | $7,950.11 | 9/12/2018 | 126288IN | 8/14/2018 | $2,897.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006114 | $7,950.11 | 9/12/2018 | 126287 | 8/14/2018 | $2,496.49 |

Clorox Manufacturing Company of Puerto Rico, Inc. fdba The Clorox Company of Puerto Rico (2219318)
Bankruptcy Case: Sears Holdings Corporation, et al.
Mar 27, 2020                                                                                          Exhibit A                                                                                          P. 2

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005193 | $11,072.39 | 9/11/2018 | 126268-3964 | 8/13/2018 | $2,893.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016164 | $33,428.42 | 10/2/2018 | 127065 | 9/7/2018 | $2,152.38 |

Totals:    14 transfer(s),    $135,289.77

Clorox Manufacturing Company of Puerto Rico, Inc. fdba The Clorox Company of Puerto Rico (2219318)
Bankruptcy Case: Sears Holdings Corporation, et al.
Mar 27, 2020                             Exhibit A                              P. 3