

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Coca-Cola Beverages Florida, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780994433 | $5,813.66 | 8/7/2018 | 3044493417 | 7/6/2018 | $549.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990679 | $4,647.62 | 7/31/2018 | 3044035043 | 6/29/2018 | $957.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997641 | $802.22 | 8/13/2018 | 3044940861 | 7/12/2018 | $332.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997641 | $802.22 | 8/13/2018 | 3044931430-2987 | 7/12/2018 | $523.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996934 | $3,463.32 | 8/10/2018 | 3044936412-2990 | 7/11/2018 | $1,792.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996934 | $3,463.32 | 8/10/2018 | 3044895054 | 7/11/2018 | $785.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996934 | $3,463.32 | 8/10/2018 | 3044861362-2986 | 7/11/2018 | $761.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998296 | $7,846.33 | 8/14/2018 | 3045106164-2991 | 7/13/2018 | $1,327.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994433 | $5,813.66 | 8/7/2018 | 3044500123 | 7/6/2018 | $2,539.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998296 | $7,846.33 | 8/14/2018 | 3045139127 | 7/13/2018 | $1,287.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994433 | $5,813.66 | 8/7/2018 | 3044460102 | 7/6/2018 | $380.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994433 | $5,813.66 | 8/7/2018 | 3044457204-2982 | 7/6/2018 | $641.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994433 | $5,813.66 | 8/7/2018 | 3044428893-2979 | 7/6/2018 | $1,349.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994433 | $5,813.66 | 8/7/2018 | 3044384634 | 7/6/2018 | $649.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993537 | $1,234.83 | 8/6/2018 | 3044358966-2977 | 7/5/2018 | $850.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993537 | $1,234.83 | 8/6/2018 | 3044318686 | 7/5/2018 | $411.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003769 | $5,696.41 | 8/24/2018 | 3046238119 | 7/25/2018 | $831.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996934 | $3,463.32 | 8/10/2018 | 3044860039-2983 | 7/11/2018 | $1,152.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001064 | $1,543.29 | 8/20/2018 | 3045636993 | 7/19/2018 | $577.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983718 | $4,587.99 | 7/17/2018 | 3042497991 | 6/15/2018 | $473.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003769 | $5,696.41 | 8/24/2018 | 3046138953-2999 | 7/25/2018 | $2,064.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003769 | $5,696.41 | 8/24/2018 | 3046136926 | 7/25/2018 | $1,890.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001760 | $2,672.63 | 8/21/2018 | 3045836633 | 7/20/2018 | $1,518.62 |

Coca-Cola Beverages Florida, LLC (2220010)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                       Exhibit A                                       P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781001760 | $2,672.63 | 8/21/2018 | 3045769087 | 7/20/2018 | $588.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001760 | $2,672.63 | 8/21/2018 | 3045701668 | 7/20/2018 | $749.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998296 | $7,846.33 | 8/14/2018 | 3043208758 | 7/13/2018 | $914.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001064 | $1,543.29 | 8/20/2018 | 3045718010 | 7/19/2018 | $341.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990679 | $4,647.62 | 7/31/2018 | 3044013208 | 6/29/2018 | $315.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000271 | $1,746.33 | 8/17/2018 | 3045564766 | 7/18/2018 | $1,746.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999216 | $2,981.83 | 8/15/2018 | 3045301093 | 7/16/2018 | $2,969.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999216 | $2,981.83 | 8/15/2018 | 3045296167 | 7/16/2018 | $199.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998296 | $7,846.33 | 8/14/2018 | 3045295057 | 7/13/2018 | $751.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998296 | $7,846.33 | 8/14/2018 | 3045249433-2995 | 7/13/2018 | $1,170.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998296 | $7,846.33 | 8/14/2018 | 3045229823 | 7/13/2018 | $1,896.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998296 | $7,846.33 | 8/14/2018 | 3045141100-2993 | 7/13/2018 | $605.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001064 | $1,543.29 | 8/20/2018 | 3045762170-2997 | 7/19/2018 | $629.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985734 | $5,358.92 | 7/20/2018 | 3042873124-2958 | 6/20/2018 | $2,099.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991993 | $103.02 | 8/2/2018 | 3044181886-2975 | 7/3/2018 | $432.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986467 | $6,320.22 | 7/23/2018 | 3043072525 | 6/21/2018 | $1,912.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986467 | $6,320.22 | 7/23/2018 | 3042966994-2963 | 6/21/2018 | $590.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986467 | $6,320.22 | 7/23/2018 | 3042917322 | 6/21/2018 | $2,800.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986467 | $6,320.22 | 7/23/2018 | 3042896793-2960 | 6/21/2018 | $1,049.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985734 | $5,358.92 | 7/20/2018 | 3043000395 | 6/20/2018 | $1,624.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987183 | $6,826.94 | 7/24/2018 | 3043152926 | 6/22/2018 | $222.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985734 | $5,358.92 | 7/20/2018 | 3042891309 | 6/20/2018 | $900.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987183 | $6,826.94 | 7/24/2018 | 3043187425-2965 | 6/22/2018 | $537.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985116 | $1,392.95 | 7/19/2018 | 3042762931 | 6/19/2018 | $1,474.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984715 | $170.11 | 7/18/2018 | 3042667529 | 6/18/2018 | $551.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983718 | $4,587.99 | 7/17/2018 | 3042658120-2956 | 6/15/2018 | $835.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983718 | $4,587.99 | 7/17/2018 | 3042654437-2953 | 6/15/2018 | $676.15 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983718 | $4,587.99 | 7/17/2018 | 3042576407 | 6/15/2018 | $1,232.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983718 | $4,587.99 | 7/17/2018 | 3042551638-2951 | 6/15/2018 | $663.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983718 | $4,587.99 | 7/17/2018 | 3042542496 | 6/15/2018 | $833.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985734 | $5,358.92 | 7/20/2018 | 3042924392-2961 | 6/20/2018 | $915.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989169 | $3,466.70 | 7/27/2018 | 3043653624 | 6/27/2018 | $2,053.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990679 | $4,647.62 | 7/31/2018 | 3043925557 | 6/29/2018 | $1,489.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990679 | $4,647.62 | 7/31/2018 | 3043893562 | 6/29/2018 | $1,132.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990679 | $4,647.62 | 7/31/2018 | 3043881867-2973 | 6/29/2018 | $581.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990679 | $4,647.62 | 7/31/2018 | 3043812684 | 6/29/2018 | $304.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989919 | $2,728.27 | 7/30/2018 | 3043811753-2971 | 6/28/2018 | $713.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989919 | $2,728.27 | 7/30/2018 | 3043745207 | 6/28/2018 | $483.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987183 | $6,826.94 | 7/24/2018 | 3043090528 | 6/22/2018 | $1,233.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989919 | $2,728.27 | 7/30/2018 | 3043712953 | 6/28/2018 | $350.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004515 | $2,809.51 | 8/27/2018 | 3046219782 | 7/26/2018 | $706.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989169 | $3,466.70 | 7/27/2018 | 3043607470 | 6/27/2018 | $315.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989169 | $3,466.70 | 7/27/2018 | 3043597507-2969 | 6/27/2018 | $1,127.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988523 | $730.28 | 7/26/2018 | 3043545605 | 6/26/2018 | $730.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988113 | $501.59 | 7/25/2018 | 3043447907-2968 | 6/25/2018 | $688.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987183 | $6,826.94 | 7/24/2018 | 3043322791 | 6/22/2018 | $1,022.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987183 | $6,826.94 | 7/24/2018 | 3043267459 | 6/22/2018 | $2,666.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987183 | $6,826.94 | 7/24/2018 | 3043193558 | 6/22/2018 | $1,157.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989919 | $2,728.27 | 7/30/2018 | 3043719945 | 6/28/2018 | $1,209.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016168 | $1,609.99 | 9/18/2018 | 3048488402 | 8/17/2018 | $1,038.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014116 | $686.77 | 9/13/2018 | 3048107819 | 8/14/2018 | $975.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018936 | $4,475.03 | 9/24/2018 | 3048999188 | 8/23/2018 | $341.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018936 | $4,475.03 | 9/24/2018 | 3048910667 | 8/23/2018 | $815.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018936 | $4,475.03 | 9/24/2018 | 3048909113-4856 | 8/23/2018 | $692.93 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781018936 | $4,475.03 | 9/24/2018 | 3048831035 | 8/23/2018 | $1,174.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018215 | $2,311.81 | 9/21/2018 | 3048864015 | 8/22/2018 | $860.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019630 | $6,107.16 | 9/25/2018 | 3048798228 | 8/24/2018 | $1,442.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016168 | $1,609.99 | 9/18/2018 | 3048509066 | 8/17/2018 | $1,161.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019630 | $6,107.16 | 9/25/2018 | 3049020165 | 8/24/2018 | $319.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015491 | $2,956.90 | 9/17/2018 | 3048378049 | 8/16/2018 | $930.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015491 | $2,956.90 | 9/17/2018 | 3048335932 | 8/16/2018 | $717.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015491 | $2,956.90 | 9/17/2018 | 3048318282 | 8/16/2018 | $801.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015491 | $2,956.90 | 9/17/2018 | 3048233889 | 8/16/2018 | $507.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014774 | $3,334.84 | 9/14/2018 | 3048249462 | 8/15/2018 | $1,066.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014774 | $3,334.84 | 9/14/2018 | 3048184556 | 8/15/2018 | $781.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003769 | $5,696.41 | 8/24/2018 | 3046193334 | 7/25/2018 | $1,206.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018215 | $2,311.81 | 9/21/2018 | 3048846790 | 8/22/2018 | $1,667.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021692 | $1,624.43 | 9/28/2018 | 3049536748 | 8/29/2018 | $1,379.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023230 | $5,409.67 | 10/2/2018 | 3049833794 | 8/31/2018 | $1,038.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023230 | $5,409.67 | 10/2/2018 | 3049800111 | 8/31/2018 | $1,106.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023230 | $5,409.67 | 10/2/2018 | 3049717814 | 8/31/2018 | $452.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023230 | $5,409.67 | 10/2/2018 | 3049660359 | 8/31/2018 | $1,138.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023230 | $5,409.67 | 10/2/2018 | 3049646659 | 8/31/2018 | $337.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022431 | $2,801.72 | 10/1/2018 | 3049787622 | 8/30/2018 | $476.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018936 | $4,475.03 | 9/24/2018 | 33077005 | 8/23/2018 | $1,494.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022431 | $2,801.72 | 10/1/2018 | 3049561969 | 8/30/2018 | $713.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012774 | $4,745.93 | 9/11/2018 | 3047831414 | 8/10/2018 | $2,485.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021692 | $1,624.43 | 9/28/2018 | 3049529534 | 8/29/2018 | $503.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019630 | $6,107.16 | 9/25/2018 | 8413749489 | 8/24/2018 | $212.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019630 | $6,107.16 | 9/25/2018 | 3149082577 | 8/24/2018 | $76.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019630 | $6,107.16 | 9/25/2018 | 3049263600 | 8/24/2018 | $1,360.61 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781019630 | $6,107.16 | 9/25/2018 | 3049129601 | 8/24/2018 | $693.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019630 | $6,107.16 | 9/25/2018 | 3049109318 | 8/24/2018 | $1,130.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019630 | $6,107.16 | 9/25/2018 | 3049105499 | 8/24/2018 | $973.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022431 | $2,801.72 | 10/1/2018 | 3049727008 | 8/30/2018 | $1,611.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005198 | $7,594.26 | 8/28/2018 | 3046585489 | 7/28/2018 | $2,840.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014774 | $3,334.84 | 9/14/2018 | 3048147272-4855 | 8/15/2018 | $1,498.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007995 | $1,707.99 | 9/3/2018 | 3047003766 | 8/2/2018 | $579.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007995 | $1,707.99 | 9/3/2018 | 3046997008 | 8/2/2018 | $447.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007995 | $1,707.99 | 9/3/2018 | 3046893188 | 8/2/2018 | $680.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007207 | $3,844.52 | 8/31/2018 | 3046855933 | 8/1/2018 | $2,590.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007207 | $3,844.52 | 8/31/2018 | 3046843741 | 8/1/2018 | $1,085.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008791 | $2,711.88 | 9/4/2018 | 3047045042 | 8/3/2018 | $471.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005198 | $7,594.26 | 8/28/2018 | 8413047970-3004 | 7/27/2018 | $127.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008791 | $2,711.88 | 9/4/2018 | 3047124621 | 8/3/2018 | $853.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005198 | $7,594.26 | 8/28/2018 | 3046583043 | 7/27/2018 | $950.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005198 | $7,594.26 | 8/28/2018 | 3046537092 | 7/27/2018 | $1,199.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005198 | $7,594.26 | 8/28/2018 | 3046489295 | 7/27/2018 | $843.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005198 | $7,594.26 | 8/28/2018 | 3046473082 | 7/27/2018 | $1,632.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004515 | $2,809.51 | 8/27/2018 | 3046433820 | 7/26/2018 | $434.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004515 | $2,809.51 | 8/27/2018 | 3046285705 | 7/26/2018 | $572.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004515 | $2,809.51 | 8/27/2018 | 3046249347 | 7/26/2018 | $1,096.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007207 | $3,844.52 | 8/31/2018 | 3046829075-3002 | 8/1/2018 | $414.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012022 | $6,575.39 | 9/10/2018 | 5539200567 | 6/4/2018 | $639.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012774 | $4,745.93 | 9/11/2018 | 3047791821 | 8/10/2018 | $412.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012774 | $4,745.93 | 9/11/2018 | 3047763324 | 8/10/2018 | $1,848.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012022 | $6,575.39 | 9/10/2018 | 5568202102 | 5/21/2018 | $639.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012022 | $6,575.39 | 9/10/2018 | 5567202485 | 5/29/2018 | $639.12 |

Coca-Cola Beverages Florida, LLC (2220010)
Bankruptcy Case: Sears Holdings Corporation, et al.
Mar 27, 2020                                    Exhibit A                                    P. 5

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781012022 | $6,575.39 | 9/10/2018 | 5565202805 | 6/11/2018 | $639.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012022 | $6,575.39 | 9/10/2018 | 5565202598 | 5/7/2018 | $639.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008791 | $2,711.88 | 9/4/2018 | 3046963967 | 8/3/2018 | $1,430.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012022 | $6,575.39 | 9/10/2018 | 5560202993 | 7/2/2018 | $302.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023230 | $5,409.67 | 10/2/2018 | 3049964288 | 8/31/2018 | $1,372.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012022 | $6,575.39 | 9/10/2018 | 5539200522 | 5/14/2018 | $639.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012022 | $6,575.39 | 9/10/2018 | 3047826285 | 8/9/2018 | $299.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012022 | $6,575.39 | 9/10/2018 | 3047615210 | 8/9/2018 | $899.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012022 | $6,575.39 | 9/10/2018 | 3036609296 | 4/10/2018 | $604.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011416 | $3,571.52 | 9/7/2018 | 3047538415 | 8/8/2018 | $1,423.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011416 | $3,571.52 | 9/7/2018 | 3047517154 | 8/8/2018 | $1,034.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011416 | $3,571.52 | 9/7/2018 | 3047512570 | 8/8/2018 | $1,276.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012022 | $6,575.39 | 9/10/2018 | 5562202891 | 4/30/2018 | $644.40 |

Totals:    40 transfer(s),    $135,514.78