**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Colgate-Palmolive Company** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998307 | $4,634.59 | 8/14/2018 | 562997 | 7/23/2018 | $2,817.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005208 | $51,930.28 | 8/28/2018 | 580705 | 8/2/2018 | $2,502.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998307 | $4,634.59 | 8/14/2018 | 550405 | 7/13/2018 | $1,203.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998307 | $4,634.59 | 8/14/2018 | 558589 | 7/19/2018 | $3,949.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998307 | $4,634.59 | 8/14/2018 | 558590 | 7/19/2018 | $1,399.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998307 | $4,634.59 | 8/14/2018 | 561584 | 7/21/2018 | $4,253.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998307 | $4,634.59 | 8/14/2018 | 561585 | 7/21/2018 | $918.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998307 | $4,634.59 | 8/14/2018 | 561586 | 7/21/2018 | $6,288.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998307 | $4,634.59 | 8/14/2018 | 562995 | 7/23/2018 | $4,889.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994445 | $33,899.96 | 8/7/2018 | 558623 | 7/19/2018 | $1,334.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998307 | $4,634.59 | 8/14/2018 | 562996-20773 | 7/23/2018 | $7,831.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994445 | $33,899.96 | 8/7/2018 | 554978-20770 | 7/17/2018 | $8,927.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998307 | $4,634.59 | 8/14/2018 | 562998 | 7/23/2018 | $2,505.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999225 | $2,176.65 | 8/15/2018 | 558904 | 7/19/2018 | $1,123.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999225 | $2,176.65 | 8/15/2018 | 558905 | 7/19/2018 | $2,042.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999225 | $2,176.65 | 8/15/2018 | 558906 | 7/19/2018 | $1,619.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999225 | $2,176.65 | 8/15/2018 | 565553 | 7/24/2018 | $2,190.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001074 | $9,125.93 | 8/20/2018 | 462012-20774 | 5/16/2018 | $171.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001074 | $9,125.93 | 8/20/2018 | 552776-20776 | 7/17/2018 | $4,955.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001074 | $9,125.93 | 8/20/2018 | 552776-20778 | 7/17/2018 | $287.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001074 | $9,125.93 | 8/20/2018 | 573963 | 7/30/2018 | $2,417.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998307 | $4,634.59 | 8/14/2018 | 562996-20771 | 7/23/2018 | $1,661.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994445 | $33,899.96 | 8/7/2018 | 549704-20761 | 7/13/2018 | $2,694.73 |

Colgate-Palmolive Company (2219676)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                   Exhibit A                                   P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780993548 | $17,969.39 | 8/6/2018 | 547147 | 7/12/2018 | $7,995.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993548 | $17,969.39 | 8/6/2018 | 547148 | 7/12/2018 | $316.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993548 | $17,969.39 | 8/6/2018 | 547149 | 7/12/2018 | $1,616.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994445 | $33,899.96 | 8/7/2018 | 547725 | 7/12/2018 | $493.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994445 | $33,899.96 | 8/7/2018 | 547726 | 7/12/2018 | $530.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994445 | $33,899.96 | 8/7/2018 | 549025 | 7/13/2018 | $2,450.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994445 | $33,899.96 | 8/7/2018 | 549026 | 7/13/2018 | $499.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994445 | $33,899.96 | 8/7/2018 | 549027 | 7/13/2018 | $1,020.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998307 | $4,634.59 | 8/14/2018 | 550404 | 7/13/2018 | $1,750.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994445 | $33,899.96 | 8/7/2018 | 549704-20759 | 7/13/2018 | $340.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001770 | $37,444.31 | 8/21/2018 | 559064 | 7/20/2018 | $4,039.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994445 | $33,899.96 | 8/7/2018 | 549705 | 7/13/2018 | $3,469.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994445 | $33,899.96 | 8/7/2018 | 549706 | 7/13/2018 | $2,290.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994445 | $33,899.96 | 8/7/2018 | 550403 | 7/13/2018 | $2,563.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994445 | $33,899.96 | 8/7/2018 | 551735-20762 | 7/16/2018 | $55.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994445 | $33,899.96 | 8/7/2018 | 551735-20764 | 7/16/2018 | $2,308.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994445 | $33,899.96 | 8/7/2018 | 551736-20765 | 7/16/2018 | $91.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994445 | $33,899.96 | 8/7/2018 | 551736-20767 | 7/16/2018 | $2,100.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994445 | $33,899.96 | 8/7/2018 | 554977 | 7/17/2018 | $2,392.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994445 | $33,899.96 | 8/7/2018 | 554978-20768 | 7/17/2018 | $132.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994445 | $33,899.96 | 8/7/2018 | 549554 | 7/13/2018 | $822.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004526 | $16,195.25 | 8/27/2018 | 580980 | 8/2/2018 | $8,896.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001770 | $37,444.31 | 8/21/2018 | 573722 | 7/29/2018 | $656.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001770 | $37,444.31 | 8/21/2018 | 573723 | 7/29/2018 | $1,276.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001770 | $37,444.31 | 8/21/2018 | 573724 | 7/29/2018 | $328.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001770 | $37,444.31 | 8/21/2018 | 573725 | 7/29/2018 | $218.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001770 | $37,444.31 | 8/21/2018 | 573726 | 7/29/2018 | $2,269.24 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002742 | $8,744.81 | 8/22/2018 | 574722-20785 | 7/30/2018 | $429.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002742 | $8,744.81 | 8/22/2018 | 574722-20787 | 7/30/2018 | $962.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002742 | $8,744.81 | 8/22/2018 | 574724 | 7/30/2018 | $3,699.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001074 | $9,125.93 | 8/20/2018 | 573964 | 7/30/2018 | $5,101.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004526 | $16,195.25 | 8/27/2018 | 580979 | 8/2/2018 | $67.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001770 | $37,444.31 | 8/21/2018 | 570582 | 7/26/2018 | $1,866.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004526 | $16,195.25 | 8/27/2018 | 580981 | 8/2/2018 | $4,978.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004526 | $16,195.25 | 8/27/2018 | 580982 | 8/2/2018 | $332.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004526 | $16,195.25 | 8/27/2018 | 581365 | 8/3/2018 | $216.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004526 | $16,195.25 | 8/27/2018 | 581366 | 8/3/2018 | $520.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004526 | $16,195.25 | 8/27/2018 | 581367 | 8/3/2018 | $1,236.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005208 | $51,930.28 | 8/28/2018 | 478632-20788 | 5/25/2018 | $491.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005208 | $51,930.28 | 8/28/2018 | 580702 | 8/2/2018 | $149.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005208 | $51,930.28 | 8/28/2018 | 580703 | 8/2/2018 | $6.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983729 | $27,002.60 | 7/17/2018 | 515061 | 6/19/2018 | $6,418.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002742 | $8,744.81 | 8/22/2018 | 574725 | 7/30/2018 | $6,710.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001770 | $37,444.31 | 8/21/2018 | 569149 | 7/26/2018 | $65.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993548 | $17,969.39 | 8/6/2018 | 545923-20756 | 7/11/2018 | $1,542.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001770 | $37,444.31 | 8/21/2018 | 559065 | 7/20/2018 | $1,292.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001770 | $37,444.31 | 8/21/2018 | 566113 | 7/24/2018 | $3,619.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001770 | $37,444.31 | 8/21/2018 | 566114 | 7/24/2018 | $1,207.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001770 | $37,444.31 | 8/21/2018 | 566569 | 7/25/2018 | $360.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001770 | $37,444.31 | 8/21/2018 | 566570 | 7/25/2018 | $250.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001770 | $37,444.31 | 8/21/2018 | 566571 | 7/25/2018 | $1,855.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001770 | $37,444.31 | 8/21/2018 | 566572 | 7/25/2018 | $1,090.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001770 | $37,444.31 | 8/21/2018 | 566864 | 7/25/2018 | $3,230.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001770 | $37,444.31 | 8/21/2018 | 570583-20784 | 7/26/2018 | $1,566.12 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781001770 | $37,444.31 | 8/21/2018 | 569148 | 7/26/2018 | $400.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001770 | $37,444.31 | 8/21/2018 | 570583-20782 | 7/26/2018 | $110.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001770 | $37,444.31 | 8/21/2018 | 569150-20780 | 7/26/2018 | $38.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001770 | $37,444.31 | 8/21/2018 | 569150-20781 | 7/26/2018 | $403.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001770 | $37,444.31 | 8/21/2018 | 569151 | 7/26/2018 | $673.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001770 | $37,444.31 | 8/21/2018 | 570003 | 7/26/2018 | $1,744.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001770 | $37,444.31 | 8/21/2018 | 570004 | 7/26/2018 | $2,832.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001770 | $37,444.31 | 8/21/2018 | 570005 | 7/26/2018 | $1,257.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001770 | $37,444.31 | 8/21/2018 | 570006 | 7/26/2018 | $2,780.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001770 | $37,444.31 | 8/21/2018 | 570581 | 7/26/2018 | $1,392.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001074 | $9,125.93 | 8/20/2018 | 573965 | 7/30/2018 | $1,384.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001770 | $37,444.31 | 8/21/2018 | 569147 | 7/26/2018 | $765.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986476 | $9,207.75 | 7/23/2018 | 525859 | 6/26/2018 | $429.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983729 | $27,002.60 | 7/17/2018 | 525585-20737 | 6/25/2018 | $1,068.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983729 | $27,002.60 | 7/17/2018 | 525586 | 6/25/2018 | $565.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983729 | $27,002.60 | 7/17/2018 | 525587 | 6/25/2018 | $8,454.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983729 | $27,002.60 | 7/17/2018 | 525588 | 6/25/2018 | $833.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983729 | $27,002.60 | 7/17/2018 | 527608-20739 | 6/27/2018 | $648.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983729 | $27,002.60 | 7/17/2018 | 527608-20740 | 6/27/2018 | $1,996.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983729 | $27,002.60 | 7/17/2018 | 527609 | 6/27/2018 | $19,493.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983729 | $27,002.60 | 7/17/2018 | 527610 | 6/27/2018 | $1,798.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987193 | $32,555.40 | 7/24/2018 | 533390 | 6/29/2018 | $37.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984724 | $14,856.33 | 7/18/2018 | 528210 | 6/27/2018 | $8,128.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983729 | $27,002.60 | 7/17/2018 | 525203 | 6/26/2018 | $2,585.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986476 | $9,207.75 | 7/23/2018 | 525860 | 6/26/2018 | $538.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986476 | $9,207.75 | 7/23/2018 | 526604 | 6/26/2018 | $1,206.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986476 | $9,207.75 | 7/23/2018 | 526605 | 6/26/2018 | $7,076.45 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987193 | $32,555.40 | 7/24/2018 | 532888 | 6/29/2018 | $2,072.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987193 | $32,555.40 | 7/24/2018 | 532889 | 6/29/2018 | $4,490.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987193 | $32,555.40 | 7/24/2018 | 532890 | 6/29/2018 | $2,068.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987193 | $32,555.40 | 7/24/2018 | 532891 | 6/29/2018 | $3,932.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987193 | $32,555.40 | 7/24/2018 | 533388 | 6/29/2018 | $375.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993548 | $17,969.39 | 8/6/2018 | 545924 | 7/11/2018 | $1,486.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984724 | $14,856.33 | 7/18/2018 | 528209 | 6/27/2018 | $6,727.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983729 | $27,002.60 | 7/17/2018 | 519533 | 6/21/2018 | $5,542.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983729 | $27,002.60 | 7/17/2018 | 515062 | 6/19/2018 | $3,785.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983729 | $27,002.60 | 7/17/2018 | 515611-20726 | 6/19/2018 | $85.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983729 | $27,002.60 | 7/17/2018 | 515611-20728 | 6/19/2018 | $1,727.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983729 | $27,002.60 | 7/17/2018 | 515893 | 6/19/2018 | $537.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983729 | $27,002.60 | 7/17/2018 | 518869 | 6/21/2018 | $336.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983729 | $27,002.60 | 7/17/2018 | 518871 | 6/21/2018 | $1,701.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983729 | $27,002.60 | 7/17/2018 | 519529 | 6/21/2018 | $824.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983729 | $27,002.60 | 7/17/2018 | 519530 | 6/21/2018 | $387.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983729 | $27,002.60 | 7/17/2018 | 519531 | 6/21/2018 | $279.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983729 | $27,002.60 | 7/17/2018 | 525585-20736 | 6/25/2018 | $347.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983729 | $27,002.60 | 7/17/2018 | 519532-20731 | 6/21/2018 | $718.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983729 | $27,002.60 | 7/17/2018 | 525204 | 6/26/2018 | $9,819.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983729 | $27,002.60 | 7/17/2018 | 520185 | 6/21/2018 | $2,320.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983729 | $27,002.60 | 7/17/2018 | 522919 | 6/24/2018 | $4,913.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983729 | $27,002.60 | 7/17/2018 | 522920 | 6/24/2018 | $17,994.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983729 | $27,002.60 | 7/17/2018 | 522921 | 6/24/2018 | $6,462.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983729 | $27,002.60 | 7/17/2018 | 522922 | 6/24/2018 | $2,325.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983729 | $27,002.60 | 7/17/2018 | 522923 | 6/24/2018 | $2,027.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983729 | $27,002.60 | 7/17/2018 | 525202-20732 | 6/26/2018 | $369.85 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983729 | $27,002.60 | 7/17/2018 | 525202-20734 | 6/26/2018 | $1,138.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987193 | $32,555.40 | 7/24/2018 | 533391 | 6/29/2018 | $610.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983729 | $27,002.60 | 7/17/2018 | 519532-20730 | 6/21/2018 | $233.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990689 | $22,011.86 | 7/31/2018 | 548629 | 7/12/2018 | $2,391.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990689 | $22,011.86 | 7/31/2018 | 544266 | 7/10/2018 | $639.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990689 | $22,011.86 | 7/31/2018 | 544267 | 7/10/2018 | $515.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990689 | $22,011.86 | 7/31/2018 | 544268 | 7/10/2018 | $965.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990689 | $22,011.86 | 7/31/2018 | 544269 | 7/10/2018 | $106.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990689 | $22,011.86 | 7/31/2018 | 545479 | 7/10/2018 | $233.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990689 | $22,011.86 | 7/31/2018 | 545480 | 7/10/2018 | $173.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990689 | $22,011.86 | 7/31/2018 | 545481-20750 | 7/10/2018 | $33.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990689 | $22,011.86 | 7/31/2018 | 545481-20752 | 7/10/2018 | $419.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987193 | $32,555.40 | 7/24/2018 | 533389 | 6/29/2018 | $447.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990689 | $22,011.86 | 7/31/2018 | 548628 | 7/12/2018 | $1,114.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990689 | $22,011.86 | 7/31/2018 | 544069 | 7/10/2018 | $508.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990689 | $22,011.86 | 7/31/2018 | 549212-20754 | 7/12/2018 | $3,137.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990689 | $22,011.86 | 7/31/2018 | 549212-20755 | 7/12/2018 | $3,909.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993548 | $17,969.39 | 8/6/2018 | 545388 | 7/10/2018 | $605.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993548 | $17,969.39 | 8/6/2018 | 545389 | 7/10/2018 | $258.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993548 | $17,969.39 | 8/6/2018 | 545390 | 7/10/2018 | $769.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993548 | $17,969.39 | 8/6/2018 | 545391 | 7/10/2018 | $2,141.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993548 | $17,969.39 | 8/6/2018 | 545921 | 7/11/2018 | $775.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993548 | $17,969.39 | 8/6/2018 | 545922 | 7/11/2018 | $5,171.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005208 | $51,930.28 | 8/28/2018 | 580706 | 8/2/2018 | $757.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990689 | $22,011.86 | 7/31/2018 | 548627 | 7/12/2018 | $8,112.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989929 | $2,186.58 | 7/30/2018 | 535449 | 7/2/2018 | $1,095.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987193 | $32,555.40 | 7/24/2018 | 535931 | 7/3/2018 | $5,363.80 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987193 | $32,555.40 | 7/24/2018 | 535932 | 7/3/2018 | $10,254.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987193 | $32,555.40 | 7/24/2018 | 535933 | 7/3/2018 | $2,132.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987193 | $32,555.40 | 7/24/2018 | 535934 | 7/3/2018 | $769.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988122 | $7,599.68 | 7/25/2018 | 534922 | 7/2/2018 | $1,520.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988122 | $7,599.68 | 7/25/2018 | 535895 | 7/2/2018 | $1,867.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988122 | $7,599.68 | 7/25/2018 | 535896 | 7/2/2018 | $4,212.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989929 | $2,186.58 | 7/30/2018 | 503562 | 6/13/2018 | $3,666.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989929 | $2,186.58 | 7/30/2018 | 533311 | 6/29/2018 | $411.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990689 | $22,011.86 | 7/31/2018 | 544071 | 7/10/2018 | $1,313.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989929 | $2,186.58 | 7/30/2018 | 533313 | 6/29/2018 | $1,147.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990689 | $22,011.86 | 7/31/2018 | 544070 | 7/10/2018 | $567.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989929 | $2,186.58 | 7/30/2018 | 535833 | 7/2/2018 | $347.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989929 | $2,186.58 | 7/30/2018 | 535834 | 7/2/2018 | $1,216.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989929 | $2,186.58 | 7/30/2018 | 535835 | 7/2/2018 | $2,388.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990689 | $22,011.86 | 7/31/2018 | 433395-20741 | 4/27/2018 | $546.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990689 | $22,011.86 | 7/31/2018 | 433398-20743 | 4/27/2018 | $317.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990689 | $22,011.86 | 7/31/2018 | 433541-20745 | 4/27/2018 | $19.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990689 | $22,011.86 | 7/31/2018 | 544068-20747 | 7/10/2018 | $968.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990689 | $22,011.86 | 7/31/2018 | 544068-20749 | 7/10/2018 | $1,177.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993548 | $17,969.39 | 8/6/2018 | 545923-20758 | 7/11/2018 | $1,716.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989929 | $2,186.58 | 7/30/2018 | 533312 | 6/29/2018 | $1,889.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019640 | $124,948.46 | 9/25/2018 | 631639 | 9/4/2018 | $12,255.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005208 | $51,930.28 | 8/28/2018 | 580704 | 8/2/2018 | $1,831.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019640 | $124,948.46 | 9/25/2018 | 626660 | 8/30/2018 | $1,824.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019640 | $124,948.46 | 9/25/2018 | 631389-20825 | 9/3/2018 | $381.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019640 | $124,948.46 | 9/25/2018 | 631389-20827 | 9/3/2018 | $960.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019640 | $124,948.46 | 9/25/2018 | 631390 | 9/3/2018 | $3,139.74 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781019640 | $124,948.46 | 9/25/2018 | 631391 | 9/3/2018 | $3,054.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019640 | $124,948.46 | 9/25/2018 | 631635 | 9/4/2018 | $1,168.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019640 | $124,948.46 | 9/25/2018 | 631636 | 9/4/2018 | $599.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019640 | $124,948.46 | 9/25/2018 | 625629 | 8/30/2018 | $8,345.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019640 | $124,948.46 | 9/25/2018 | 631638 | 9/4/2018 | $2,198.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019640 | $124,948.46 | 9/25/2018 | 624706 | 8/29/2018 | $7,479.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019640 | $124,948.46 | 9/25/2018 | 631640 | 9/4/2018 | $5,930.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019640 | $124,948.46 | 9/25/2018 | 631641 | 9/4/2018 | $370.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019640 | $124,948.46 | 9/25/2018 | 631642 | 9/4/2018 | $1,599.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019640 | $124,948.46 | 9/25/2018 | 631643 | 9/4/2018 | $4,184.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019640 | $124,948.46 | 9/25/2018 | 635380 | 9/6/2018 | $350.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020607 | $10,375.58 | 9/26/2018 | 626526 | 8/30/2018 | $775.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020607 | $10,375.58 | 9/26/2018 | 626527 | 8/30/2018 | $268.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020607 | $10,375.58 | 9/26/2018 | 626528 | 8/30/2018 | $470.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020607 | $10,375.58 | 9/26/2018 | 630534-20828 | 9/2/2018 | $256.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019640 | $124,948.46 | 9/25/2018 | 631637 | 9/4/2018 | $12,505.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019640 | $124,948.46 | 9/25/2018 | 621210 | 8/28/2018 | $316.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019640 | $124,948.46 | 9/25/2018 | 518868-20815 | 6/21/2018 | $563.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019640 | $124,948.46 | 9/25/2018 | 518870-20817 | 6/21/2018 | $222.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019640 | $124,948.46 | 9/25/2018 | 603110 | 8/16/2018 | $13.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019640 | $124,948.46 | 9/25/2018 | 603112 | 8/16/2018 | $2,123.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019640 | $124,948.46 | 9/25/2018 | 603113-20819 | 8/16/2018 | $140.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019640 | $124,948.46 | 9/25/2018 | 603113-20821 | 8/16/2018 | $4,159.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019640 | $124,948.46 | 9/25/2018 | 603285 | 8/16/2018 | $4,360.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019640 | $124,948.46 | 9/25/2018 | 603286-20822 | 8/16/2018 | $464.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019640 | $124,948.46 | 9/25/2018 | 625630 | 8/30/2018 | $10,549.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019640 | $124,948.46 | 9/25/2018 | 621209 | 8/28/2018 | $1,739.52 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781020607 | $10,375.58 | 9/26/2018 | 630536 | 9/2/2018 | $2,766.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019640 | $124,948.46 | 9/25/2018 | 621211 | 8/28/2018 | $1,194.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019640 | $124,948.46 | 9/25/2018 | 621212 | 8/28/2018 | $4,074.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019640 | $124,948.46 | 9/25/2018 | 621736 | 8/28/2018 | $493.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019640 | $124,948.46 | 9/25/2018 | 621738 | 8/28/2018 | $888.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019640 | $124,948.46 | 9/25/2018 | 621739 | 8/28/2018 | $5,418.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019640 | $124,948.46 | 9/25/2018 | 621740 | 8/28/2018 | $6,297.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019640 | $124,948.46 | 9/25/2018 | 624703 | 8/29/2018 | $675.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019640 | $124,948.46 | 9/25/2018 | 624704 | 8/29/2018 | $15,074.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019640 | $124,948.46 | 9/25/2018 | 624705 | 8/29/2018 | $1,263.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019640 | $124,948.46 | 9/25/2018 | 603286-20824 | 8/16/2018 | $3,955.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023240 | $136,344.18 | 10/2/2018 | 638568 | 9/10/2018 | $1,438.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023240 | $136,344.18 | 10/2/2018 | 636746-20839 | 9/7/2018 | $565.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023240 | $136,344.18 | 10/2/2018 | 636747 | 9/7/2018 | $2,057.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023240 | $136,344.18 | 10/2/2018 | 636748 | 9/7/2018 | $571.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023240 | $136,344.18 | 10/2/2018 | 637125 | 9/7/2018 | $9,285.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023240 | $136,344.18 | 10/2/2018 | 637713-20840 | 9/7/2018 | $39.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023240 | $136,344.18 | 10/2/2018 | 637713-20842 | 9/7/2018 | $396.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023240 | $136,344.18 | 10/2/2018 | 637778-20843 | 9/7/2018 | $381.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023240 | $136,344.18 | 10/2/2018 | 637778-20845 | 9/7/2018 | $729.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020607 | $10,375.58 | 9/26/2018 | 630534-20830 | 9/2/2018 | $765.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023240 | $136,344.18 | 10/2/2018 | 637827 | 9/7/2018 | $930.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023240 | $136,344.18 | 10/2/2018 | 636548-20835 | 9/7/2018 | $102.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023240 | $136,344.18 | 10/2/2018 | 640334 | 9/10/2018 | $1,469.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023240 | $136,344.18 | 10/2/2018 | 640335 | 9/10/2018 | $2,391.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023240 | $136,344.18 | 10/2/2018 | 640432 | 9/11/2018 | $698.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023240 | $136,344.18 | 10/2/2018 | 640433-20846 | 9/11/2018 | $334.05 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781023240 | $136,344.18 | 10/2/2018 | 640433-20848 | 9/11/2018 | $22,541.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023240 | $136,344.18 | 10/2/2018 | 640434 | 9/11/2018 | $2,266.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023240 | $136,344.18 | 10/2/2018 | 640838 | 9/11/2018 | $1,107.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023240 | $136,344.18 | 10/2/2018 | 640839 | 9/11/2018 | $3,123.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023240 | $136,344.18 | 10/2/2018 | 640840 | 9/11/2018 | $1,908.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023240 | $136,344.18 | 10/2/2018 | 637826 | 9/7/2018 | $9,447.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023240 | $136,344.18 | 10/2/2018 | 634545 | 9/6/2018 | $370.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017121 | $25,907.61 | 9/19/2018 | 620784 | 8/28/2018 | $1,333.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020607 | $10,375.58 | 9/26/2018 | 630537 | 9/2/2018 | $993.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020607 | $10,375.58 | 9/26/2018 | 630934 | 9/4/2018 | $40.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020607 | $10,375.58 | 9/26/2018 | 630935 | 9/4/2018 | $1,243.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020607 | $10,375.58 | 9/26/2018 | 630936 | 9/4/2018 | $1,551.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020607 | $10,375.58 | 9/26/2018 | 630937 | 9/4/2018 | $586.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022442 | $1,632.00 | 10/1/2018 | 630463-20831 | 9/2/2018 | $6.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022442 | $1,632.00 | 10/1/2018 | 630463-20833 | 9/2/2018 | $46.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022442 | $1,632.00 | 10/1/2018 | 630540 | 9/2/2018 | $1,194.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023240 | $136,344.18 | 10/2/2018 | 636746-20837 | 9/7/2018 | $45.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022442 | $1,632.00 | 10/1/2018 | 630542 | 9/2/2018 | $343.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023240 | $136,344.18 | 10/2/2018 | 636548-20836 | 9/7/2018 | $838.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023240 | $136,344.18 | 10/2/2018 | 634546 | 9/6/2018 | $15,667.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023240 | $136,344.18 | 10/2/2018 | 635381 | 9/6/2018 | $14,596.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023240 | $136,344.18 | 10/2/2018 | 635558 | 9/6/2018 | $1,012.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023240 | $136,344.18 | 10/2/2018 | 635559 | 9/6/2018 | $2,405.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023240 | $136,344.18 | 10/2/2018 | 635560 | 9/6/2018 | $8,962.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023240 | $136,344.18 | 10/2/2018 | 635751 | 9/6/2018 | $356.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023240 | $136,344.18 | 10/2/2018 | 635752 | 9/6/2018 | $1,789.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023240 | $136,344.18 | 10/2/2018 | 635753 | 9/6/2018 | $13,111.50 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781020607 | $10,375.58 | 9/26/2018 | 630535 | 9/2/2018 | $1,062.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022442 | $1,632.00 | 10/1/2018 | 630541 | 9/2/2018 | $382.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008802 | $31,196.78 | 9/4/2018 | 594211 | 8/10/2018 | $499.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008802 | $31,196.78 | 9/4/2018 | 589075 | 8/9/2018 | $87.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008802 | $31,196.78 | 9/4/2018 | 589076 | 8/9/2018 | $2,163.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008802 | $31,196.78 | 9/4/2018 | 590777 | 8/9/2018 | $619.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008802 | $31,196.78 | 9/4/2018 | 590778 | 8/9/2018 | $1,894.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008802 | $31,196.78 | 9/4/2018 | 590836 | 8/9/2018 | $13.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008802 | $31,196.78 | 9/4/2018 | 590837 | 8/9/2018 | $336.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008802 | $31,196.78 | 9/4/2018 | 590838 | 8/9/2018 | $1,025.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008802 | $31,196.78 | 9/4/2018 | 590839 | 8/9/2018 | $722.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015502 | $2,703.72 | 9/17/2018 | 603617 | 8/16/2018 | $843.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008802 | $31,196.78 | 9/4/2018 | 594210-20803 | 8/10/2018 | $661.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008008 | $1,422.13 | 9/3/2018 | 591605 | 8/9/2018 | $1,103.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008802 | $31,196.78 | 9/4/2018 | 599190 | 8/14/2018 | $10,817.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008802 | $31,196.78 | 9/4/2018 | 599191 | 8/14/2018 | $4,565.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008802 | $31,196.78 | 9/4/2018 | 599192 | 8/14/2018 | $4,615.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008802 | $31,196.78 | 9/4/2018 | 599193 | 8/14/2018 | $1,950.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015502 | $2,703.72 | 9/17/2018 | 602736 | 8/16/2018 | $80.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015502 | $2,703.72 | 9/17/2018 | 602737 | 8/16/2018 | $1,858.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015502 | $2,703.72 | 9/17/2018 | 602738 | 8/16/2018 | $623.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015502 | $2,703.72 | 9/17/2018 | 603615 | 8/16/2018 | $407.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019640 | $124,948.46 | 9/25/2018 | 518867-20813 | 6/21/2018 | $34.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008802 | $31,196.78 | 9/4/2018 | 594210-20801 | 8/10/2018 | $48.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005208 | $51,930.28 | 8/28/2018 | 594209-20793 | 8/10/2018 | $341.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005208 | $51,930.28 | 8/28/2018 | 583338 | 8/3/2018 | $234.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005208 | $51,930.28 | 8/28/2018 | 583339 | 8/3/2018 | $3,212.15 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005208 | $51,930.28 | 8/28/2018 | 584279 | 8/3/2018 | $6,888.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005208 | $51,930.28 | 8/28/2018 | 584291-20790 | 8/4/2018 | $182.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005208 | $51,930.28 | 8/28/2018 | 584291-20792 | 8/4/2018 | $2,254.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005208 | $51,930.28 | 8/28/2018 | 584292 | 8/4/2018 | $3,066.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005208 | $51,930.28 | 8/28/2018 | 584293 | 8/4/2018 | $5,433.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005208 | $51,930.28 | 8/28/2018 | 584294 | 8/4/2018 | $1,717.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005208 | $51,930.28 | 8/28/2018 | 588927 | 8/8/2018 | $2,343.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008802 | $31,196.78 | 9/4/2018 | 574723-20800 | 7/30/2018 | $1,224.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005208 | $51,930.28 | 8/28/2018 | 588929 | 8/8/2018 | $11,783.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008802 | $31,196.78 | 9/4/2018 | 574723-20798 | 7/30/2018 | $163.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005208 | $51,930.28 | 8/28/2018 | 594209-20795 | 8/10/2018 | $944.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006126 | $23,675.14 | 8/29/2018 | 591521 | 8/9/2018 | $1,658.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006126 | $23,675.14 | 8/29/2018 | 591522 | 8/9/2018 | $9,538.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006126 | $23,675.14 | 8/29/2018 | 591523 | 8/9/2018 | $12,478.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008008 | $1,422.13 | 9/3/2018 | 485875-20796 | 5/31/2018 | $451.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008008 | $1,422.13 | 9/3/2018 | 591602 | 8/9/2018 | $927.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008008 | $1,422.13 | 9/3/2018 | 591603 | 8/9/2018 | $3,796.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008008 | $1,422.13 | 9/3/2018 | 591604 | 8/9/2018 | $1,777.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015502 | $2,703.72 | 9/17/2018 | 605311 | 8/17/2018 | $1,050.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005208 | $51,930.28 | 8/28/2018 | 588928 | 8/8/2018 | $8,815.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016178 | $61,939.98 | 9/18/2018 | 618480 | 8/26/2018 | $6,108.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016178 | $61,939.98 | 9/18/2018 | 616805 | 8/24/2018 | $141.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016178 | $61,939.98 | 9/18/2018 | 616806 | 8/24/2018 | $5,973.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016178 | $61,939.98 | 9/18/2018 | 616807 | 8/24/2018 | $3,227.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016178 | $61,939.98 | 9/18/2018 | 616830 | 8/24/2018 | $462.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016178 | $61,939.98 | 9/18/2018 | 616831 | 8/24/2018 | $398.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016178 | $61,939.98 | 9/18/2018 | 616832 | 8/24/2018 | $2,929.39 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781016178 | $61,939.98 | 9/18/2018 | 617943 | 8/26/2018 | $2,274.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016178 | $61,939.98 | 9/18/2018 | 617944 | 8/26/2018 | $2,515.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015502 | $2,703.72 | 9/17/2018 | 603616 | 8/16/2018 | $158.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016178 | $61,939.98 | 9/18/2018 | 618086-20812 | 8/25/2018 | $3,387.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016178 | $61,939.98 | 9/18/2018 | 615612 | 8/24/2018 | $1,230.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016178 | $61,939.98 | 9/18/2018 | 621191 | 8/28/2018 | $8,391.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016178 | $61,939.98 | 9/18/2018 | 622191 | 8/28/2018 | $701.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016178 | $61,939.98 | 9/18/2018 | 622192 | 8/28/2018 | $7,028.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016178 | $61,939.98 | 9/18/2018 | 622193 | 8/28/2018 | $1,286.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016178 | $61,939.98 | 9/18/2018 | 622194 | 8/28/2018 | $7,344.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017121 | $25,907.61 | 9/19/2018 | 615469 | 8/24/2018 | $464.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017121 | $25,907.61 | 9/19/2018 | 620782 | 8/28/2018 | $778.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017121 | $25,907.61 | 9/19/2018 | 620783 | 8/28/2018 | $15,459.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023240 | $136,344.18 | 10/2/2018 | 640841 | 9/11/2018 | $16,302.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016178 | $61,939.98 | 9/18/2018 | 618086-20810 | 8/25/2018 | $96.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015502 | $2,703.72 | 9/17/2018 | 613654 | 8/23/2018 | $74.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015502 | $2,703.72 | 9/17/2018 | 605312-20804 | 8/17/2018 | $243.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015502 | $2,703.72 | 9/17/2018 | 605312-20806 | 8/17/2018 | $1,328.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015502 | $2,703.72 | 9/17/2018 | 605313-20807 | 8/17/2018 | $99.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015502 | $2,703.72 | 9/17/2018 | 605313-20809 | 8/17/2018 | $1,123.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015502 | $2,703.72 | 9/17/2018 | 607500 | 8/19/2018 | $1,369.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015502 | $2,703.72 | 9/17/2018 | 607501 | 8/19/2018 | $33.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015502 | $2,703.72 | 9/17/2018 | 607502 | 8/19/2018 | $331.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015502 | $2,703.72 | 9/17/2018 | 607503 | 8/19/2018 | $519.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015502 | $2,703.72 | 9/17/2018 | 609583 | 8/20/2018 | $874.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016178 | $61,939.98 | 9/18/2018 | 616804 | 8/24/2018 | $626.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015502 | $2,703.72 | 9/17/2018 | 609585 | 8/20/2018 | $3,262.84 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781016178 | $61,939.98 | 9/18/2018 | 616479 | 8/24/2018 | $3,151.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015502 | $2,703.72 | 9/17/2018 | 613655 | 8/23/2018 | $3,002.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015502 | $2,703.72 | 9/17/2018 | 613939 | 8/23/2018 | $1,569.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015502 | $2,703.72 | 9/17/2018 | 613940 | 8/23/2018 | $2,254.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016178 | $61,939.98 | 9/18/2018 | 614163 | 8/23/2018 | $67.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016178 | $61,939.98 | 9/18/2018 | 614164 | 8/23/2018 | $1,325.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016178 | $61,939.98 | 9/18/2018 | 614973 | 8/24/2018 | $2,281.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016178 | $61,939.98 | 9/18/2018 | 614974 | 8/24/2018 | $188.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016178 | $61,939.98 | 9/18/2018 | 615611 | 8/24/2018 | $897.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017121 | $25,907.61 | 9/19/2018 | 620785 | 8/28/2018 | $7,875.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015502 | $2,703.72 | 9/17/2018 | 609584 | 8/20/2018 | $7,249.38 |

**Totals:** 26 transfer(s), $717,686.95