**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **CSC Covansys Corporation** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781010838 | $31,495.00 | 9/20/2018 | 70095101 | 7/4/2018 | $31,495.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996339 | $47,583.00 | 8/21/2018 | 70091394 | 6/8/2018 | $31,495.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996339 | $47,583.00 | 8/21/2018 | 70088767 | 5/29/2018 | $16,088.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988576 | $31,495.00 | 8/7/2018 | 70089665 | 5/25/2018 | $31,495.00 |

**Totals:** 3 transfer(s), $110,573.00

CSC Covansys Corporation (2191219)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020

Exhibit A

P. 1