**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Cushman & Wakefield, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/12/2018 | $264,955.47 | 10/12/2018 | 18-15001-9151 | 9/13/2018 | $96,445.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/12/2018 | $264,955.47 | 10/12/2018 | 18-12001-9900 | 8/30/2018 | $99,500.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/12/2018 | $264,955.47 | 10/12/2018 | 18-12001-9822 | 8/27/2018 | $69,000.00 |

Totals:    1 transfer(s),    $264,955.47