

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Experian PLC dba Experian Consumer Direct**  
Bankruptcy Case: **Sears Holdings Corporation, et al.**  
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62084397 | $18,177.51 | 8/15/2018 | CD1811005599 | 2/23/2018 | $202.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084397 | $18,177.51 | 8/15/2018 | 1527707 | 2/27/2018 | $3,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084397 | $18,177.51 | 8/15/2018 | 1542283 | 4/27/2018 | $3,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084397 | $18,177.51 | 8/15/2018 | CD1805005638 | 8/25/2017 | $202.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084397 | $18,177.51 | 8/15/2018 | CD1805016746 | 8/25/2017 | $958.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084397 | $18,177.51 | 8/15/2018 | CD1806005761 | 9/29/2017 | $202.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084397 | $18,177.51 | 8/15/2018 | CD1806017062 | 9/29/2017 | $958.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084397 | $18,177.51 | 8/15/2018 | CD1807005566 | 10/27/2017 | $202.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084397 | $18,177.51 | 8/15/2018 | CD1808005461 | 11/24/2017 | $202.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084397 | $18,177.51 | 8/15/2018 | CD1808016244 | 11/24/2017 | $958.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084397 | $18,177.51 | 8/15/2018 | CD1809005824 | 12/29/2017 | $552.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084397 | $18,177.51 | 8/15/2018 | 1508074 | 12/27/2017 | $3,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084397 | $18,177.51 | 8/15/2018 | CD1810016260 | 1/26/2018 | $958.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008876 | $3,100.00 | 9/18/2018 | 1563246 | 7/31/2018 | $3,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084397 | $18,177.51 | 8/15/2018 | CD1811016440 | 2/23/2018 | $958.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084397 | $18,177.51 | 8/15/2018 | CD1812005905 | 3/30/2018 | $202.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084397 | $18,177.51 | 8/15/2018 | CD1812017277 | 3/30/2018 | $958.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084397 | $18,177.51 | 8/15/2018 | CD1901005995 | 4/27/2018 | $202.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084397 | $18,177.51 | 8/15/2018 | CD1901017059 | 4/27/2018 | $958.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990752 | $202.48 | 8/10/2018 | CD1902005437 | 5/25/2018 | $202.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991674 | $3,100.00 | 8/13/2018 | 1550596 | 6/27/2018 | $3,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001845 | $10,887.50 | 9/4/2018 | 708189 | 7/17/2018 | $10,887.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006721 | $97,853.41 | 9/13/2018 | 1902040012 | 5/11/2018 | $97,853.41 |

Experian PLC dba Experian Consumer Direct (2229534)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020

Exhibit A

P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008875 | $2,118.90 | 9/18/2018 | CD1903005709 | 6/29/2018 | $202.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008875 | $2,118.90 | 9/18/2018 | CD1903016806 | 6/29/2018 | $1,916.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084397 | $18,177.51 | 8/15/2018 | CD1810005490 | 1/26/2018 | $202.00 |

**Totals:**   7 transfer(s),   $135,439.80