**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Ferrara Candy Company** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/28/2018 | $357,686.28 | 8/28/2018 | 91192988 | 9/4/2018 | $21,429.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/28/2018 | $357,686.28 | 8/28/2018 | 91192321 | 8/31/2018 | $12,006.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/28/2018 | $357,686.28 | 8/28/2018 | 91192322 | 8/31/2018 | $10,656.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/28/2018 | $357,686.28 | 8/28/2018 | 91192336 | 8/31/2018 | $45,864.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/28/2018 | $357,686.28 | 8/28/2018 | 91192666 | 9/1/2018 | $25,206.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/28/2018 | $357,686.28 | 8/28/2018 | 91192667 | 9/1/2018 | $4,926.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/28/2018 | $357,686.28 | 8/28/2018 | 91192764 | 9/2/2018 | $20,842.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/28/2018 | $357,686.28 | 8/28/2018 | 91192765 | 9/2/2018 | $6,375.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/28/2018 | $357,686.28 | 8/28/2018 | 91192766 | 9/2/2018 | $54,756.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/28/2018 | $357,686.28 | 8/28/2018 | 91192228 | 8/31/2018 | $3,341.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/28/2018 | $357,686.28 | 8/28/2018 | 91192987 | 9/4/2018 | $34,783.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/28/2018 | $357,686.28 | 8/28/2018 | O/A:Wire:8/28/2018 | | $53,267.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/28/2018 | $357,686.28 | 8/28/2018 | 91192989 | 9/4/2018 | $8,487.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/28/2018 | $357,686.28 | 8/28/2018 | 91192990 | 9/4/2018 | $7,534.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/28/2018 | $357,686.28 | 8/28/2018 | 91194259 | 9/6/2018 | $15,483.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/28/2018 | $357,686.28 | 8/28/2018 | 91194260 | 9/6/2018 | $7,990.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/28/2018 | $357,686.28 | 8/28/2018 | 91195408 | 9/7/2018 | $14,400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/28/2018 | $357,686.28 | 8/28/2018 | 91195409 | 9/7/2018 | $1,296.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/28/2018 | $357,686.28 | 8/28/2018 | 91195410 | 9/7/2018 | $2,011.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/28/2018 | $357,686.28 | 8/28/2018 | 91197224 | 9/12/2018 | $1,707.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/28/2018 | $357,686.28 | 8/28/2018 | 91192986 | 9/4/2018 | $5,319.60 |

Totals:    1 transfer(s),    $357,686.28

Ferrara Candy Company (2220076)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                    Exhibit A                                    P. 1