**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Fidelity Information Services, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/10/2018 | $108,222.72 | 9/10/2018 | 65121972 | 8/31/2018 | $108,222.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/6/2018 | $99,260.70 | 8/6/2018 | 65083345 | 7/31/2018 | $99,260.70 |
| **Totals:** | **2 transfer(s),** | **$207,483.42** | | | | | |