**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Great Lakes Coca-Cola Distribution, L.L.C.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998412 | $4,431.48 | 8/14/2018 | 3045132006-3384 | 7/13/2018 | $71.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983824 | $2,248.39 | 7/17/2018 | 3042391756 | 6/15/2018 | $809.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001168 | $4,530.12 | 8/20/2018 | 3045560198 | 7/19/2018 | $991.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001168 | $4,530.12 | 8/20/2018 | 3045524410 | 7/19/2018 | $1,366.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000375 | $2,381.41 | 8/17/2018 | 3045570349 | 7/18/2018 | $1,803.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000375 | $2,381.41 | 8/17/2018 | 3045532234 | 7/18/2018 | $1,118.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000375 | $2,381.41 | 8/17/2018 | 19104075-3362 | 7/16/2018 | $157.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001168 | $4,530.12 | 8/20/2018 | 3045772256 | 7/19/2018 | $571.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998412 | $4,431.48 | 8/14/2018 | 3045132006-3385 | 7/13/2018 | $1,337.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001880 | $4,136.93 | 8/21/2018 | 3045650633-3389 | 7/20/2018 | $56.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998412 | $4,431.48 | 8/14/2018 | 3045128974-3383 | 7/13/2018 | $1,054.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997725 | $3,942.70 | 8/13/2018 | 3045169570 | 7/12/2018 | $1,140.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997725 | $3,942.70 | 8/13/2018 | 3045038420-3380 | 7/12/2018 | $1,244.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997725 | $3,942.70 | 8/13/2018 | 3045038420-3379 | 7/12/2018 | $122.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997725 | $3,942.70 | 8/13/2018 | 3044853003 | 7/12/2018 | $1,446.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997035 | $837.56 | 8/10/2018 | 3044980290 | 7/11/2018 | $1,130.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998412 | $4,431.48 | 8/14/2018 | 3045133814-3388 | 7/13/2018 | $2,022.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003866 | $1,225.64 | 8/24/2018 | 3046231138 | 7/25/2018 | $1,225.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007322 | $1,468.13 | 8/31/2018 | 9508197918 | 8/1/2018 | $15.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007322 | $1,468.13 | 8/31/2018 | 9507787777 | 7/1/2018 | $26.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007322 | $1,468.13 | 8/31/2018 | 3046920781 | 8/1/2018 | $1,446.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005304 | $2,244.24 | 8/28/2018 | 3046460299 | 7/27/2018 | $892.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005304 | $2,244.24 | 8/28/2018 | 3046417025-3399 | 7/27/2018 | $1,364.94 |

Great Lakes Coca-Cola Distribution, L.L.C. (2219959)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                    Exhibit A                    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004598 | $3,354.46 | 8/27/2018 | 46370307A | 7/26/2018 | $1,193.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001168 | $4,530.12 | 8/20/2018 | 3045761570 | 7/19/2018 | $1,600.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004598 | $3,354.46 | 8/27/2018 | 3046144200-3397 | 7/26/2018 | $1,125.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995995 | $1,964.42 | 8/8/2018 | 3044697290-3377 | 7/9/2018 | $65.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002815 | $179.97 | 8/22/2018 | 3045990269-3395 | 7/23/2018 | $365.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002815 | $179.97 | 8/22/2018 | 3045990269-3394 | 7/23/2018 | $43.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001880 | $4,136.93 | 8/21/2018 | 3055844101 | 7/20/2018 | $1,074.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001880 | $4,136.93 | 8/21/2018 | 3045770204 | 7/20/2018 | $1,245.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001880 | $4,136.93 | 8/21/2018 | 3045720485-3392 | 7/20/2018 | $1,236.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001880 | $4,136.93 | 8/21/2018 | 3045650633-3391 | 7/20/2018 | $567.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004598 | $3,354.46 | 8/27/2018 | 3046469441-3400 | 7/26/2018 | $1,207.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986560 | $5,191.87 | 7/23/2018 | 3043139176 | 6/21/2018 | $1,277.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988196 | $697.90 | 7/25/2018 | 3043460592 | 6/25/2018 | $1,053.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987282 | $4,220.25 | 7/24/2018 | 3043243827-3366 | 6/22/2018 | $1,843.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987282 | $4,220.25 | 7/24/2018 | 3043243827-3365 | 6/22/2018 | $185.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987282 | $4,220.25 | 7/24/2018 | 3043223342 | 6/22/2018 | $1,035.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987282 | $4,220.25 | 7/24/2018 | 3043208655 | 6/22/2018 | $462.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987282 | $4,220.25 | 7/24/2018 | 304319105 | 6/22/2018 | $693.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995995 | $1,964.42 | 8/8/2018 | 3044756611 | 7/9/2018 | $1,411.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986560 | $5,191.87 | 7/23/2018 | 3043160141 | 6/21/2018 | $356.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990008 | $3,753.83 | 7/30/2018 | 3043665774 | 6/28/2018 | $819.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986560 | $5,191.87 | 7/23/2018 | 3043129330 | 6/21/2018 | $1,140.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986560 | $5,191.87 | 7/23/2018 | 3043081440-3363 | 6/21/2018 | $338.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986560 | $5,191.87 | 7/23/2018 | 3042910274 | 6/21/2018 | $1,116.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985842 | $1,176.83 | 7/20/2018 | 3042939431 | 6/20/2018 | $1,134.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985842 | $1,176.83 | 7/20/2018 | 3042938295 | 6/20/2018 | $1,536.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983824 | $2,248.39 | 7/17/2018 | 3042508042 | 6/15/2018 | $1,438.97 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986560 | $5,191.87 | 7/23/2018 | 3043180121 | 6/21/2018 | $967.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990783 | $2,908.16 | 7/31/2018 | 9507787885 | 7/1/2018 | $67.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008102 | $5,484.40 | 9/3/2018 | 3046876968 | 8/2/2018 | $1,266.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994666 | $489.03 | 8/7/2018 | 3044311509-3376 | 7/7/2018 | $438.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994666 | $489.03 | 8/7/2018 | 3044311509-3375 | 7/7/2018 | $50.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993645 | $2,481.20 | 8/6/2018 | 3044382040 | 7/5/2018 | $700.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993645 | $2,481.20 | 8/6/2018 | 3044342700 | 7/5/2018 | $1,355.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993645 | $2,481.20 | 8/6/2018 | 3044141090 | 7/5/2018 | $424.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988812 | $2,483.80 | 7/26/2018 | 3043490648 | 6/26/2018 | $2,483.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991696 | $671.55 | 8/1/2018 | 3044113579-3373 | 7/2/2018 | $46.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989273 | $947.62 | 7/27/2018 | 3043663648 | 6/27/2018 | $1,164.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990783 | $2,908.16 | 7/31/2018 | 9507786381 | 7/1/2018 | $15.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990783 | $2,908.16 | 7/31/2018 | 3043894764 | 6/29/2018 | $862.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990783 | $2,908.16 | 7/31/2018 | 3043892080-3372 | 6/29/2018 | $1,969.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990008 | $3,753.83 | 7/30/2018 | 3043823564-3369 | 6/28/2018 | $1,370.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990008 | $3,753.83 | 7/30/2018 | 3043698236-3368 | 6/28/2018 | $1,388.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990008 | $3,753.83 | 7/30/2018 | 3043698236-3367 | 6/28/2018 | $184.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995995 | $1,964.42 | 8/8/2018 | 3044697290-3378 | 7/9/2018 | $671.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991696 | $671.55 | 8/1/2018 | 3044113579-3374 | 7/2/2018 | $779.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016276 | $8,637.43 | 9/18/2018 | 3048339199 | 8/17/2018 | $813.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017198 | $644.95 | 9/19/2018 | 3048682070-10215 | 8/20/2018 | $911.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017198 | $644.95 | 9/19/2018 | 3048682070-10214 | 8/20/2018 | $36.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016276 | $8,637.43 | 9/18/2018 | 3048515031 | 8/17/2018 | $1,123.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016276 | $8,637.43 | 9/18/2018 | 3048473907-10213 | 8/18/2018 | $1,646.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016276 | $8,637.43 | 9/18/2018 | 3048473907-10212 | 8/18/2018 | $190.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016276 | $8,637.43 | 9/18/2018 | 3048455947-10210 | 8/17/2018 | $1,157.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015581 | $4,710.69 | 9/17/2018 | 3048288928-10202 | 8/16/2018 | $1,347.63 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781016276 | $8,637.43 | 9/18/2018 | 3048356348 | 8/17/2018 | $1,735.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019031 | $4,371.77 | 9/24/2018 | 3048772784-10219 | 8/23/2018 | $1,320.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016276 | $8,637.43 | 9/18/2018 | 3048310705-10209 | 8/17/2018 | $419.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016276 | $8,637.43 | 9/18/2018 | 3048310705-10208 | 8/17/2018 | $37.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015581 | $4,710.69 | 9/17/2018 | 3048481078 | 8/16/2018 | $734.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015581 | $4,710.69 | 9/17/2018 | 3048418537-10204 | 8/16/2018 | $356.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015581 | $4,710.69 | 9/17/2018 | 3048388883 | 8/16/2018 | $488.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007322 | $1,468.13 | 8/31/2018 | 9508199356 | 8/1/2018 | $26.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016276 | $8,637.43 | 9/18/2018 | 3048421938 | 8/17/2018 | $1,534.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022540 | $3,128.67 | 10/1/2018 | 3049528057 | 8/30/2018 | $960.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023365 | $2,775.68 | 10/2/2018 | 9508653168 | 9/1/2018 | $15.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023365 | $2,775.68 | 10/2/2018 | 3049811264-10238 | 8/31/2018 | $1,230.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023365 | $2,775.68 | 10/2/2018 | 3049802762-10237 | 8/31/2018 | $1,484.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022540 | $3,128.67 | 10/1/2018 | 3049844743-10234 | 8/30/2018 | $862.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022540 | $3,128.67 | 10/1/2018 | 3049844743-10233 | 8/30/2018 | $34.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022540 | $3,128.67 | 10/1/2018 | 3049724685-10232 | 8/30/2018 | $562.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017820 | $976.60 | 9/20/2018 | 3048729109-10217 | 8/21/2018 | $982.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022540 | $3,128.67 | 10/1/2018 | 3049619035-10228 | 8/30/2018 | $83.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018319 | $1,718.70 | 9/21/2018 | 3048863227 | 8/22/2018 | $1,718.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021795 | $1,136.93 | 9/28/2018 | 3049564478-10224 | 8/29/2018 | $1,461.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019740 | $3,156.23 | 9/25/2018 | 3049090269 | 8/24/2018 | $1,758.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019740 | $3,156.23 | 9/25/2018 | 3048991558-10222 | 8/24/2018 | $1,403.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019031 | $4,371.77 | 9/24/2018 | 3049138970 | 8/23/2018 | $1,835.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019031 | $4,371.77 | 9/24/2018 | 3049108606 | 8/23/2018 | $576.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019031 | $4,371.77 | 9/24/2018 | 3048999680-10221 | 8/23/2018 | $652.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015581 | $4,710.69 | 9/17/2018 | 3048288928-10201 | 8/16/2018 | $99.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022540 | $3,128.67 | 10/1/2018 | 3049619035-10229 | 8/30/2018 | $667.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008918 | $3,552.65 | 9/4/2018 | 3047076653-10189 | 8/3/2018 | $1,636.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012127 | $11,611.61 | 9/10/2018 | 1295202081 | 6/27/2018 | $457.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012127 | $11,611.61 | 9/10/2018 | 1295202044 | 6/20/2018 | $403.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011485 | $2,578.99 | 9/7/2018 | 3047578197-10197 | 8/8/2018 | $2,587.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010134 | $1,069.18 | 9/5/2018 | 3047400061 | 8/6/2018 | $493.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010134 | $1,069.18 | 9/5/2018 | 3047331175-10194 | 8/6/2018 | $617.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010134 | $1,069.18 | 9/5/2018 | 3047331175-10193 | 8/6/2018 | $66.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015581 | $4,710.69 | 9/17/2018 | 3048386950 | 8/16/2018 | $1,444.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008918 | $3,552.65 | 9/4/2018 | 3047131941 | 8/3/2018 | $506.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012127 | $11,611.61 | 9/10/2018 | 1296202230 | 7/11/2018 | $1,252.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008102 | $5,484.40 | 9/3/2018 | 3047118090-10187 | 8/2/2018 | $1,621.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008102 | $5,484.40 | 9/3/2018 | 3047079140 | 8/2/2018 | $364.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008102 | $5,484.40 | 9/3/2018 | 3047073199-10185 | 8/2/2018 | $744.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008102 | $5,484.40 | 9/3/2018 | 3046982955-10184 | 8/2/2018 | $1,374.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008102 | $5,484.40 | 9/3/2018 | 3046982955-10183 | 8/2/2018 | $135.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023365 | $2,775.68 | 10/2/2018 | 9508654702 | 9/1/2018 | $67.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008918 | $3,552.65 | 9/4/2018 | 3047223832-10191 | 8/3/2018 | $1,423.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012127 | $11,611.61 | 9/10/2018 | 3046370307 | 7/26/2018 | $1,193.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015581 | $4,710.69 | 9/17/2018 | 3048210734 | 8/15/2018 | $1,394.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015581 | $4,710.69 | 9/17/2018 | 3048165895 | 8/16/2018 | $1,407.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015581 | $4,710.69 | 9/17/2018 | 3047774477-10199 | 8/10/2018 | $1,505.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015581 | $4,710.69 | 9/17/2018 | 3047551250 | 8/10/2018 | $951.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012127 | $11,611.61 | 9/10/2018 | 819210863 | 5/31/2018 | $554.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012127 | $11,611.61 | 9/10/2018 | 819210779 | 5/17/2018 | $572.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012127 | $11,611.61 | 9/10/2018 | 1295202148 | 7/11/2018 | $357.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012127 | $11,611.61 | 9/10/2018 | 3047405758 | 8/9/2018 | $1,021.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012127 | $11,611.61 | 9/10/2018 | 1295202225 | 7/25/2018 | $349.20 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781012127 | $11,611.61 | 9/10/2018 | 3046303793 | 7/26/2018 | $858.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012127 | $11,611.61 | 9/10/2018 | 3045844101 | 7/20/2018 | $1,092.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012127 | $11,611.61 | 9/10/2018 | 3045008979 | 7/13/2018 | $2,086.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012127 | $11,611.61 | 9/10/2018 | 3043191015 | 6/22/2018 | $693.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012127 | $11,611.61 | 9/10/2018 | 3041831745 | 6/7/2018 | $498.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012127 | $11,611.61 | 9/10/2018 | 3040135408 | 5/21/2018 | $212.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007322 | $1,468.13 | 8/31/2018 | 9508199463 | 8/1/2018 | $67.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012127 | $11,611.61 | 9/10/2018 | 819210676 | 5/3/2018 | $543.36 |

**Totals:**    39 transfer(s),    $113,521.97