**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **HFC Prestige International Puerto Rico LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024011959-7833 | 8/22/2018 | $45.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024011969-7839 | 8/22/2018 | $493.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024011969-7838 | 8/22/2018 | $51.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024011968-7837 | 8/22/2018 | $606.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024011968-7836 | 8/22/2018 | $63.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024011964 | 8/21/2018 | $285.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024011890-7827 | 8/22/2018 | $17.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024011959-7834 | 8/22/2018 | $436.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024011971-7842 | 8/22/2018 | $385.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024011958 | 8/21/2018 | $1,637.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024011922-7832 | 8/22/2018 | $262.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024011922-7831 | 8/22/2018 | $27.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024011906-7830 | 8/22/2018 | $2,182.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024011906-7829 | 8/22/2018 | $229.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024012073-7854 | 8/24/2018 | $80.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024011960-7835 | 8/21/2018 | $285.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024011976-7847 | 8/22/2018 | $321.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989306 | $21.44 | 7/27/2018 | 7024009070-3789 | 6/14/2018 | $21.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024012064-7852 | 8/23/2018 | $3,239.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024012064-7851 | 8/23/2018 | $340.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024012059 | 8/22/2018 | $819.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024012052-7850 | 8/22/2018 | $462.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024012009-7849 | 8/23/2018 | $234.45 |

HFC Prestige International Puerto Rico LLC (2219120)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                    Exhibit A                                    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024011970-7840 | 8/22/2018 | $79.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024011996 | 8/22/2018 | $366.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024011970-7841 | 8/22/2018 | $759.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024011976-7846 | 8/22/2018 | $33.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024011975-7845 | 8/22/2018 | $435.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024011975-7844 | 8/22/2018 | $45.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024011973 | 8/21/2018 | $150.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024011971-7843 | 8/22/2018 | $3,669.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024011888-7826 | 8/20/2018 | $270.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024012009-7848 | 8/23/2018 | $24.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011522 | $268.47 | 9/7/2018 | 7024009203 | 6/19/2018 | $399.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011522 | $268.47 | 9/7/2018 | 7024011760-7803 | 8/17/2018 | $7.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011522 | $268.47 | 9/7/2018 | 7024011755 | 8/16/2018 | $407.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011522 | $268.47 | 9/7/2018 | 7024011724-7802 | 8/17/2018 | $914.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011522 | $268.47 | 9/7/2018 | 7024011724-7801 | 8/17/2018 | $96.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011522 | $268.47 | 9/7/2018 | 7024011722 | 8/16/2018 | $411.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024011890-7828 | 8/22/2018 | $167.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011522 | $268.47 | 9/7/2018 | 7024011721-7799 | 8/17/2018 | $108.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011522 | $268.47 | 9/7/2018 | 80201703A-7813 | 8/17/2018 | $1,026.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011522 | $268.47 | 9/7/2018 | 7024009199 | 6/18/2018 | $342.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011522 | $268.47 | 9/7/2018 | 7024009129-7798 | 6/18/2018 | $196.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011522 | $268.47 | 9/7/2018 | 7024009129-7797 | 6/18/2018 | $20.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011522 | $268.47 | 9/7/2018 | 7024009092-7796 | 6/18/2018 | $952.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011522 | $268.47 | 9/7/2018 | 7024009092-7795 | 6/18/2018 | $100.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011522 | $268.47 | 9/7/2018 | 1056855065 | 8/25/2017 | $996.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011522 | $268.47 | 9/7/2018 | 7024011721-7800 | 8/17/2018 | $1,034.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024011766-7818 | 8/20/2018 | $82.32 |

HFC Prestige International Puerto Rico LLC (2219120)
Bankruptcy Case: Sears Holdings Corporation, et al.
Mar 27, 2020                                  Exhibit A                                  P. 2

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024011887 | 8/20/2018 | $191.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024011885-7825 | 8/22/2018 | $196.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024011885-7824 | 8/22/2018 | $20.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024011884-7823 | 8/22/2018 | $101.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024011884-7822 | 8/22/2018 | $10.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024011777-7821 | 8/20/2018 | $887.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011522 | $268.47 | 9/7/2018 | 7024011760-7805 | 8/17/2018 | $70.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024011766-7819 | 8/20/2018 | $783.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011522 | $268.47 | 9/7/2018 | 80201703A-7812 | 8/17/2018 | $107.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024011725-7817 | 8/20/2018 | $914.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024011725-7816 | 8/20/2018 | $96.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024011720-7815 | 8/20/2018 | $1,029.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024011720-7814 | 8/20/2018 | $108.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024009070A | 6/14/2018 | $21.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024012082-7855 | 8/24/2018 | $42.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024011777-7820 | 8/20/2018 | $93.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018361 | $15,284.36 | 9/21/2018 | 7024012388-7890 | 8/31/2018 | $32.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018361 | $15,284.36 | 9/21/2018 | 7024012394-7897 | 8/31/2018 | $206.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018361 | $15,284.36 | 9/21/2018 | 7024012394-7896 | 8/31/2018 | $21.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018361 | $15,284.36 | 9/21/2018 | 7024012393-7895 | 8/31/2018 | $142.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018361 | $15,284.36 | 9/21/2018 | 7024012393-7894 | 8/31/2018 | $14.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018361 | $15,284.36 | 9/21/2018 | 7024012390-7893 | 8/31/2018 | $324.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018361 | $15,284.36 | 9/21/2018 | 7024012246 | 8/28/2018 | $201.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018361 | $15,284.36 | 9/21/2018 | 7024012388-7891 | 8/31/2018 | $306.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018361 | $15,284.36 | 9/21/2018 | 7024012482-7898 | 8/31/2018 | $1,133.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018361 | $15,284.36 | 9/21/2018 | 7024012385-7889 | 8/31/2018 | $102.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018361 | $15,284.36 | 9/21/2018 | 7024012385-7888 | 8/31/2018 | $10.80 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781018361 | $15,284.36 | 9/21/2018 | 7024012278 | 8/28/2018 | $146.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018361 | $15,284.36 | 9/21/2018 | 7024012277 | 8/28/2018 | $449.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018361 | $15,284.36 | 9/21/2018 | 7024012248-7887 | 8/30/2018 | $209.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024012073-7853 | 8/24/2018 | $8.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018361 | $15,284.36 | 9/21/2018 | 7024012390-7892 | 8/31/2018 | $34.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021834 | $6,456.76 | 9/28/2018 | 7024012484 | 9/4/2018 | $128.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021834 | $6,456.76 | 9/28/2018 | 7024012603-7905 | 9/7/2018 | $989.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021834 | $6,456.76 | 9/28/2018 | 7024012603-7904 | 9/7/2018 | $103.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021834 | $6,456.76 | 9/28/2018 | 7024012599 | 9/5/2018 | $42.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021834 | $6,456.76 | 9/28/2018 | 7024012555 | 9/5/2018 | $21.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021834 | $6,456.76 | 9/28/2018 | 7024012554 | 9/5/2018 | $71.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021834 | $6,456.76 | 9/28/2018 | 7024012550-7903 | 9/5/2018 | $64.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018361 | $15,284.36 | 9/21/2018 | 7024012395 | 8/30/2018 | $1,121.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021834 | $6,456.76 | 9/28/2018 | 7024012536-7901 | 9/6/2018 | $117.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018361 | $15,284.36 | 9/21/2018 | 7024012400 | 8/30/2018 | $1,930.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021834 | $6,456.76 | 9/28/2018 | 7024012421-7900 | 9/4/2018 | $1,663.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021834 | $6,456.76 | 9/28/2018 | 7024012421-7899 | 9/4/2018 | $174.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021834 | $6,456.76 | 9/28/2018 | 7024012419 | 9/4/2018 | $103.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021834 | $6,456.76 | 9/28/2018 | 7024012417 | 9/4/2018 | $258.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021834 | $6,456.76 | 9/28/2018 | 24012405A | 9/6/2018 | $1,411.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018361 | $15,284.36 | 9/21/2018 | 7024012245-7885 | 8/30/2018 | $104.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021834 | $6,456.76 | 9/28/2018 | 7024012536-7902 | 9/6/2018 | $1,121.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024012125-7861 | 8/24/2018 | $225.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024012175 | 8/24/2018 | $533.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024012154-7867 | 8/24/2018 | $1,040.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024012135-7866 | 8/24/2018 | $444.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024012135-7865 | 8/24/2018 | $46.76 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024012133-7864 | 8/24/2018 | $154.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018361 | $15,284.36 | 9/21/2018 | 7024012248-7886 | 8/30/2018 | $22.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024012125-7862 | 8/24/2018 | $2,143.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 702411997-7872 | 8/23/2018 | $307.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024012099-7860 | 8/24/2018 | $919.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024012099-7859 | 8/24/2018 | $96.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024012097 | 8/23/2018 | $896.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024012096-7858 | 8/24/2018 | $1,460.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024012096-7857 | 8/24/2018 | $153.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024012082-7856 | 8/24/2018 | $404.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 7024012133-7863 | 8/24/2018 | $16.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018361 | $15,284.36 | 9/21/2018 | 7024012170-7876 | 8/27/2018 | $173.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018361 | $15,284.36 | 9/21/2018 | 7024012245-7884 | 8/30/2018 | $10.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018361 | $15,284.36 | 9/21/2018 | 7024012202-7883 | 8/28/2018 | $1,240.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018361 | $15,284.36 | 9/21/2018 | 7024012202-7882 | 8/28/2018 | $130.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018361 | $15,284.36 | 9/21/2018 | 7024012179-7881 | 8/27/2018 | $1,861.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018361 | $15,284.36 | 9/21/2018 | 7024012179-7880 | 8/27/2018 | $195.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018361 | $15,284.36 | 9/21/2018 | 7024012173-7879 | 8/28/2018 | $977.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 702411907-7870 | 8/21/2018 | $211.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018361 | $15,284.36 | 9/21/2018 | 7024012170-7877 | 8/27/2018 | $1,639.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 702411907-7871 | 8/21/2018 | $2,015.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018361 | $15,284.36 | 9/21/2018 | 7024012169 | 8/27/2018 | $830.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018361 | $15,284.36 | 9/21/2018 | 7024012167-7875 | 8/28/2018 | $104.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018361 | $15,284.36 | 9/21/2018 | 7024012167-7874 | 8/28/2018 | $10.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018361 | $15,284.36 | 9/21/2018 | 7024012155 | 8/24/2018 | $1,492.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014898 | $37,059.32 | 9/14/2018 | 702411997-7873 | 8/23/2018 | $2,928.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021834 | $6,456.76 | 9/28/2018 | 7024012609 | 9/5/2018 | $184.26 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781018361 | $15,284.36 | 9/21/2018 | 7024012173-7878 | 8/28/2018 | $102.59 |
| **Totals:** | | **5 transfer(s),** | **$59,090.35** | | | | |