

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **HFC Prestige International U.S. LLC**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999922 | $27,237.22 | 8/16/2018 | 7036068718 | 7/17/2018 | $27,237.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985409 | $76,250.00 | 7/19/2018 | 7036064524 | 6/19/2018 | $17,835.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985409 | $76,250.00 | 7/19/2018 | 7036064623 | 6/19/2018 | $58,482.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988833 | $54,120.40 | 7/26/2018 | 7036065879 | 6/26/2018 | $46,781.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988833 | $54,120.40 | 7/26/2018 | 7036065880 | 6/26/2018 | $7,653.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992356 | $49,176.15 | 8/2/2018 | 7036066934 | 7/3/2018 | $51,849.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992855 | $266,369.51 | 8/3/2018 | 7036067282 | 7/5/2018 | $3,206.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992855 | $266,369.51 | 8/3/2018 | 7036067283 | 7/5/2018 | $137,205.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992855 | $266,369.51 | 8/3/2018 | 7036067284 | 7/5/2018 | $119,483.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992855 | $266,369.51 | 8/3/2018 | 7036068361-196071 | 7/13/2018 | $3,790.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992855 | $266,369.51 | 8/3/2018 | 7036068361-196073 | 7/13/2018 | $6,496.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993672 | $16,385.60 | 8/6/2018 | 7036067451 | 7/6/2018 | $16,385.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996579 | $140,947.67 | 8/9/2018 | 7036067453 | 7/6/2018 | $100,677.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983837 | $37,309.45 | 7/17/2018 | 7036064691 | 6/20/2018 | $37,319.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998430 | $41,126.39 | 8/14/2018 | 7036068447 | 7/16/2018 | $41,228.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021833 | $121,863.41 | 9/28/2018 | 7036074403 | 8/29/2018 | $13,112.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003424 | $27,330.67 | 8/23/2018 | 7036069596 | 7/24/2018 | $27,485.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006836 | $58,675.07 | 8/30/2018 | 7036070487 | 7/31/2018 | $58,521.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006836 | $58,675.07 | 8/30/2018 | 7036070569 | 8/1/2018 | $1,485.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011119 | $36,442.03 | 9/6/2018 | 7036071439 | 8/7/2018 | $37,575.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011521 | $16,603.62 | 9/7/2018 | 7036071605 | 8/8/2018 | $16,657.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014409 | $62,904.68 | 9/13/2018 | 7036072462 | 8/14/2018 | $54,475.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014409 | $62,904.68 | 9/13/2018 | 7036072555 | 8/15/2018 | $8,441.09 |

HFC Prestige International U.S. LLC (2219861)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                   Exhibit A                                   P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781016292 | $1,145.70 | 9/18/2018 | 7036058372-196074 | 5/8/2018 | $1,170.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017210 | $13,519.73 | 9/19/2018 | KM160255A | 9/13/2018 | $4,694.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017210 | $13,519.73 | 9/19/2018 | KM160427A | 9/13/2018 | $8,825.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017849 | $51,622.67 | 9/20/2018 | 7036073369 | 8/21/2018 | $41,068.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017849 | $51,622.67 | 9/20/2018 | 7036073419 | 8/22/2018 | $10,564.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021833 | $121,863.41 | 9/28/2018 | 7036074306 | 8/28/2018 | $108,900.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996579 | $140,947.67 | 8/9/2018 | 7036067861 | 7/10/2018 | $40,372.67 |

**Totals:**    **18 transfer(s),**    **$1,099,029.97**