**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant: **Johnson Controls Security Solutions LLC fdba Tyco Integrated Security**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991210 | $3,695.53 | 8/10/2018 | SRV110972 | 5/26/2018 | $390.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994216 | $9,706.57 | 8/16/2018 | SLS2544824 | 5/31/2018 | $277.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993374 | $178.28 | 8/15/2018 | SLS2543079 | 5/30/2018 | $178.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992579 | $1,566.38 | 8/14/2018 | SRV111001 | 5/29/2018 | $278.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992579 | $1,566.38 | 8/14/2018 | SRV110998 | 5/29/2018 | $1,288.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991211 | $1,187.72 | 8/10/2018 | 30555770 | 5/30/2018 | $277.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991211 | $1,187.72 | 8/10/2018 | 30555769 | 5/30/2018 | $180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991211 | $1,187.72 | 8/10/2018 | 30555593 | 5/30/2018 | $147.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991211 | $1,187.72 | 8/10/2018 | 30554054 | 5/28/2018 | $318.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980300 | $1,746.11 | 7/17/2018 | SRV108267 | 5/3/2018 | $1,359.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991211 | $1,187.72 | 8/10/2018 | 30551569 | 5/24/2018 | $105.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994216 | $9,706.57 | 8/16/2018 | SLS2544851 | 5/31/2018 | $14.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991210 | $3,695.53 | 8/10/2018 | SRV110848 | 5/26/2018 | $296.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991210 | $3,695.53 | 8/10/2018 | SRV110847 | 5/26/2018 | $530.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991210 | $3,695.53 | 8/10/2018 | SRV110742 | 5/25/2018 | $858.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991210 | $3,695.53 | 8/10/2018 | SRV110740 | 5/25/2018 | $929.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991210 | $3,695.53 | 8/10/2018 | SRV110736 | 5/25/2018 | $341.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991210 | $3,695.53 | 8/10/2018 | SRV110735 | 5/25/2018 | $350.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990535 | $180.37 | 8/9/2018 | SLS2541823 | 5/24/2018 | $180.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989029 | $809.75 | 8/7/2018 | SRV110398 | 5/22/2018 | $278.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991211 | $1,187.72 | 8/10/2018 | 30554053 | 5/28/2018 | $159.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996789 | $597.64 | 8/21/2018 | SRV111497 | 6/5/2018 | $597.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998828 | $2,375.84 | 8/28/2018 | 30715621 | 6/11/2018 | $147.00 |

Johnson Controls Security Solutions LLC fdba Tyco Integrated Security (2229537)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                    Exhibit A                    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998828 | $2,375.84 | 8/28/2018 | 30715127 | 6/11/2018 | $180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998828 | $2,375.84 | 8/28/2018 | 30561721 | 6/7/2018 | $147.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998828 | $2,375.84 | 8/28/2018 | 30561720 | 6/7/2018 | $183.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998828 | $2,375.84 | 8/28/2018 | 30561719 | 6/7/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998828 | $2,375.84 | 8/28/2018 | 30561718 | 6/7/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998828 | $2,375.84 | 8/28/2018 | 30561717 | 6/7/2018 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998827 | $1,732.33 | 8/28/2018 | SRV111774 | 6/8/2018 | $1,732.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994216 | $9,706.57 | 8/16/2018 | SLS2544834 | 5/31/2018 | $23.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997524 | $2,350.42 | 8/22/2018 | SRV111635 | 6/6/2018 | $2,350.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994216 | $9,706.57 | 8/16/2018 | SLS2544850 | 5/31/2018 | $66.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995428 | $4,477.09 | 8/17/2018 | 10422757 | 6/1/2018 | $1,720.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995428 | $4,477.09 | 8/17/2018 | 10422606 | 6/1/2018 | $2,757.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995427 | $423.00 | 8/17/2018 | SRV111387 | 6/2/2018 | $423.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994216 | $9,706.57 | 8/16/2018 | SRV111231 | 5/31/2018 | $278.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994216 | $9,706.57 | 8/16/2018 | SRV111136 | 5/31/2018 | $1,891.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994216 | $9,706.57 | 8/16/2018 | SLS2544986 | 5/31/2018 | $180.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994216 | $9,706.57 | 8/16/2018 | SLS2544985 | 5/31/2018 | $6,941.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994216 | $9,706.57 | 8/16/2018 | SLS2544861 | 5/31/2018 | $33.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987697 | $1,280.48 | 8/1/2018 | 30548926 | 5/22/2018 | $419.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998177 | $177.44 | 8/23/2018 | SLS2546032 | 6/7/2018 | $177.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980937 | $2,195.98 | 7/18/2018 | 30426103 | 5/7/2018 | $85.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989029 | $809.75 | 8/7/2018 | SRV106574 | 5/22/2018 | $531.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983579 | $7,674.41 | 7/24/2018 | SRV109475 | 5/10/2018 | $2,335.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983579 | $7,674.41 | 7/24/2018 | SRV109474 | 5/10/2018 | $391.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983579 | $7,674.41 | 7/24/2018 | SLS2539005 | 5/10/2018 | $573.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983579 | $7,674.41 | 7/24/2018 | SLS2539004 | 5/10/2018 | $177.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980937 | $2,195.98 | 7/18/2018 | 30428185 | 5/9/2018 | $160.00 |

Johnson Controls Security Solutions LLC fdba Tyco Integrated Security (2229537)
Bankruptcy Case: Sears Holdings Corporation, et al.
Mar 27, 2020

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980937 | $2,195.98 | 7/18/2018 | 30428184 | 5/9/2018 | $319.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980937 | $2,195.98 | 7/18/2018 | 30428183 | 5/9/2018 | $402.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983579 | $7,674.41 | 7/24/2018 | SRV109477 | 5/10/2018 | $736.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980937 | $2,195.98 | 7/18/2018 | 30427323 | 5/8/2018 | $330.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983579 | $7,674.41 | 7/24/2018 | SRV109484 | 5/10/2018 | $1,717.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980937 | $2,195.98 | 7/18/2018 | 30425791 | 5/7/2018 | $551.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980936 | $3,682.61 | 7/18/2018 | SRV109179 | 5/5/2018 | $423.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980936 | $3,682.61 | 7/18/2018 | SRV109178 | 5/5/2018 | $1,852.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980936 | $3,682.61 | 7/18/2018 | SRV109177 | 5/5/2018 | $278.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980936 | $3,682.61 | 7/18/2018 | SRV109163 | 5/5/2018 | $568.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980936 | $3,682.61 | 7/18/2018 | SRV109161 | 5/5/2018 | $278.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980936 | $3,682.61 | 7/18/2018 | SLS2538169 | 5/4/2018 | $177.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980936 | $3,682.61 | 7/18/2018 | SLS2538168 | 5/4/2018 | $106.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980300 | $1,746.11 | 7/17/2018 | SRV108283 | 5/3/2018 | $386.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980937 | $2,195.98 | 7/18/2018 | 30428182 | 5/9/2018 | $346.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986332 | $5,278.12 | 7/30/2018 | SRV109945 | 5/16/2018 | $568.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998828 | $2,375.84 | 8/28/2018 | 30717383 | 6/12/2018 | $104.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987697 | $1,280.48 | 8/1/2018 | 30547735 | 5/18/2018 | $147.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987697 | $1,280.48 | 8/1/2018 | 30545995 | 5/18/2018 | $147.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987697 | $1,280.48 | 8/1/2018 | 30545994 | 5/18/2018 | $240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987697 | $1,280.48 | 8/1/2018 | 30545993 | 5/18/2018 | $147.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987696 | $1,497.48 | 8/1/2018 | SRV110139 | 5/18/2018 | $930.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987696 | $1,497.48 | 8/1/2018 | SRV110138 | 5/18/2018 | $566.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987047 | $202.08 | 7/31/2018 | SLS2540670 | 5/17/2018 | $21.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983579 | $7,674.41 | 7/24/2018 | SRV109476 | 5/10/2018 | $278.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986332 | $5,278.12 | 7/30/2018 | SRV109953 | 5/16/2018 | $572.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987697 | $1,280.48 | 8/1/2018 | 30549171 | 5/22/2018 | $180.31 |

Johnson Controls Security Solutions LLC fdba Tyco Integrated Security (2229537)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                               Exhibit A                                P. 3

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986332 | $5,278.12 | 7/30/2018 | SRV109944 | 5/16/2018 | $386.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986332 | $5,278.12 | 7/30/2018 | SRV109942 | 5/16/2018 | $423.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986332 | $5,278.12 | 7/30/2018 | SRV109941 | 5/16/2018 | $3,328.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984291 | $552.35 | 7/25/2018 | 30542721 | 5/14/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984291 | $552.35 | 7/25/2018 | 30522281 | 5/12/2018 | $297.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984291 | $552.35 | 7/25/2018 | 30521532 | 5/12/2018 | $28.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984291 | $552.35 | 7/25/2018 | 30429454 | 5/10/2018 | $147.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983579 | $7,674.41 | 7/24/2018 | SRV109603 | 5/10/2018 | $334.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983579 | $7,674.41 | 7/24/2018 | SRV109487 | 5/10/2018 | $1,129.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987047 | $202.08 | 7/31/2018 | SLS2540669 | 5/17/2018 | $180.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009440 | $19,937.07 | 9/18/2018 | SLS2553253 | 6/30/2018 | $669.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007865 | $1,736.74 | 9/14/2018 | SLS2551730 | 6/27/2018 | $177.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009440 | $19,937.07 | 9/18/2018 | SRV113949 | 6/30/2018 | $604.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009440 | $19,937.07 | 9/18/2018 | SRV113945 | 6/30/2018 | $749.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009440 | $19,937.07 | 9/18/2018 | SRV113944 | 6/30/2018 | $530.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009440 | $19,937.07 | 9/18/2018 | SRV113837 | 6/30/2018 | $2,154.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009440 | $19,937.07 | 9/18/2018 | SRV113632 | 6/29/2018 | $278.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009440 | $19,937.07 | 9/18/2018 | SRV113630 | 6/29/2018 | $654.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009440 | $19,937.07 | 9/18/2018 | SRV113629 | 6/29/2018 | $640.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009440 | $19,937.07 | 9/18/2018 | SRV114016 | 6/30/2018 | $526.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009440 | $19,937.07 | 9/18/2018 | SLS2553335 | 6/30/2018 | $10,031.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009441 | $5,429.36 | 9/18/2018 | 10423835 | 7/1/2018 | $3,402.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009440 | $19,937.07 | 9/18/2018 | SLS2553252 | 6/30/2018 | $334.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009440 | $19,937.07 | 9/18/2018 | SLS2552785 | 6/29/2018 | $182.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009440 | $19,937.07 | 9/18/2018 | SLS2552783 | 6/29/2018 | $96.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008622 | $3,186.10 | 9/17/2018 | SRV113375 | 6/28/2018 | $2,501.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008622 | $3,186.10 | 9/17/2018 | SRV113367 | 6/28/2018 | $684.68 |

Johnson Controls Security Solutions LLC fdba Tyco Integrated Security (2229537)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                        Exhibit A                                        P. 4

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781007865 | $1,736.74 | 9/14/2018 | SRV113237 | 6/27/2018 | $851.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007865 | $1,736.74 | 9/14/2018 | SRV113236 | 6/27/2018 | $314.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007865 | $1,736.74 | 9/14/2018 | SLS2551732 | 6/27/2018 | $180.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998828 | $2,375.84 | 8/28/2018 | 30715622 | 6/11/2018 | $128.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009440 | $19,937.07 | 9/18/2018 | SRV113548 | 6/29/2018 | $1,990.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013303 | $2,090.75 | 9/25/2018 | SRV114153 | 7/7/2018 | $302.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014631 | $3,919.99 | 9/27/2018 | SRV114269 | 7/10/2018 | $341.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014631 | $3,919.99 | 9/27/2018 | SRV114261 | 7/10/2018 | $2,243.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014631 | $3,919.99 | 9/27/2018 | SRV114260 | 7/10/2018 | $302.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014631 | $3,919.99 | 9/27/2018 | SRV114259 | 7/10/2018 | $681.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013304 | $929.72 | 9/25/2018 | 30866134 | 7/11/2018 | $147.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013304 | $929.72 | 9/25/2018 | 30865930 | 7/11/2018 | $147.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013304 | $929.72 | 9/25/2018 | 30864722 | 7/10/2018 | $147.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013304 | $929.72 | 9/25/2018 | 30742842 | 7/9/2018 | $261.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009440 | $19,937.07 | 9/18/2018 | SRV113950 | 6/30/2018 | $494.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013304 | $929.72 | 9/25/2018 | 30742164 | 7/9/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007066 | $1,685.20 | 9/13/2018 | SRV113023 | 6/26/2018 | $1,153.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013303 | $2,090.75 | 9/25/2018 | SRV114150 | 7/7/2018 | $350.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013303 | $2,090.75 | 9/25/2018 | SRV114130 | 7/6/2018 | $223.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013303 | $2,090.75 | 9/25/2018 | SRV114068 | 7/6/2018 | $640.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013303 | $2,090.75 | 9/25/2018 | SRV114062 | 7/6/2018 | $296.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013303 | $2,090.75 | 9/25/2018 | SRV114061 | 7/6/2018 | $278.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009441 | $5,429.36 | 9/18/2018 | 30737711 | 6/30/2018 | $100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009441 | $5,429.36 | 9/18/2018 | 30736247 | 6/29/2018 | $147.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009441 | $5,429.36 | 9/18/2018 | 30735781 | 6/29/2018 | $86.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009441 | $5,429.36 | 9/18/2018 | 10424042 | 7/1/2018 | $1,693.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013304 | $929.72 | 9/25/2018 | 30742841 | 7/9/2018 | $147.00 |

Johnson Controls Security Solutions LLC fdba Tyco Integrated Security (2229537)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002326 | $4,090.01 | 9/4/2018 | SRV109162 | 6/15/2018 | $707.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007865 | $1,736.74 | 9/14/2018 | SLS2551731 | 6/27/2018 | $212.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002327 | $2,009.71 | 9/4/2018 | 30724753 | 6/20/2018 | $147.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002327 | $2,009.71 | 9/4/2018 | 30723618 | 6/18/2018 | $818.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002327 | $2,009.71 | 9/4/2018 | 30723347 | 6/19/2018 | $220.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002327 | $2,009.71 | 9/4/2018 | 30723346 | 6/19/2018 | $644.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002327 | $2,009.71 | 9/4/2018 | 30721371 | 6/18/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002326 | $4,090.01 | 9/4/2018 | SRV22398 | 6/16/2018 | $423.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002326 | $4,090.01 | 9/4/2018 | SRV112402 | 6/16/2018 | $1,428.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003025 | $423.00 | 9/5/2018 | SRV111580 | 6/18/2018 | $423.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002326 | $4,090.01 | 9/4/2018 | SRV112385 | 6/16/2018 | $483.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003612 | $750.84 | 9/6/2018 | SLS2549351 | 6/19/2018 | $181.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002326 | $4,090.01 | 9/4/2018 | SRV107600 | 6/15/2018 | $567.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002326 | $4,090.01 | 9/4/2018 | SLS2547945 | 6/15/2018 | $179.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001623 | $186.65 | 9/3/2018 | SLS2547653 | 6/14/2018 | $186.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000933 | $711.43 | 8/31/2018 | SRV110741 | 6/13/2018 | $711.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000133 | $576.15 | 8/30/2018 | SRV112054 | 6/12/2018 | $278.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000133 | $576.15 | 8/30/2018 | SRV110787 | 6/12/2018 | $298.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998828 | $2,375.84 | 8/28/2018 | SRV112059 | 6/12/2018 | $302.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998828 | $2,375.84 | 8/28/2018 | SRV111918 | 6/9/2018 | $531.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014631 | $3,919.99 | 9/27/2018 | SRV114270 | 7/10/2018 | $350.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002326 | $4,090.01 | 9/4/2018 | SRV112386 | 6/16/2018 | $300.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005722 | $842.05 | 9/11/2018 | SLS2550504 | 6/22/2018 | $95.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007066 | $1,685.20 | 9/13/2018 | SLS2551250 | 6/26/2018 | $351.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007066 | $1,685.20 | 9/13/2018 | SLS2551249 | 6/26/2018 | $179.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005723 | $1,220.28 | 9/11/2018 | 30732550 | 6/27/2018 | $486.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005723 | $1,220.28 | 9/11/2018 | 30732165 | 6/27/2018 | $254.80 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005723 | $1,220.28 | 9/11/2018 | 30731112 | 6/25/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005723 | $1,220.28 | 9/11/2018 | 30730832 | 6/25/2018 | $399.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005722 | $842.05 | 9/11/2018 | SLS2550724 | 6/23/2018 | $32.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005722 | $842.05 | 9/11/2018 | SLS2550723 | 6/23/2018 | $356.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002327 | $2,009.71 | 9/4/2018 | 30724754 | 6/20/2018 | $100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005722 | $842.05 | 9/11/2018 | SLS2550505 | 6/22/2018 | $179.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998828 | $2,375.84 | 8/28/2018 | 30717382 | 6/12/2018 | $330.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004384 | $1,903.93 | 9/7/2018 | SRV112676 | 6/20/2018 | $423.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004384 | $1,903.93 | 9/7/2018 | SRV110849 | 6/20/2018 | $297.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004384 | $1,903.93 | 9/7/2018 | SRV109485 | 6/20/2018 | $373.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004384 | $1,903.93 | 9/7/2018 | SRV106708 | 6/20/2018 | $531.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004384 | $1,903.93 | 9/7/2018 | SRV106566 | 6/20/2018 | $278.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003612 | $750.84 | 9/6/2018 | SRV112528 | 6/19/2018 | $278.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003612 | $750.84 | 9/6/2018 | SLS2549354 | 6/19/2018 | $54.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003612 | $750.84 | 9/6/2018 | SLS2549353 | 6/19/2018 | $182.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003612 | $750.84 | 9/6/2018 | SLS2549352 | 6/19/2018 | $54.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005722 | $842.05 | 9/11/2018 | SLS2550506 | 6/22/2018 | $177.44 |

Totals:    41 transfer(s),    $105,196.96