**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **JS Products, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12945 | $526.20 | 8/27/2018 | 00005566AA | 6/22/2018 | $14.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10650 | $31,139.00 | 8/22/2018 | 0000045420 | 6/18/2018 | $6,185.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10650 | $31,139.00 | 8/22/2018 | 0000045787 | 6/18/2018 | $5,325.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10650 | $31,139.00 | 8/22/2018 | 0000045790 | 6/18/2018 | $4,580.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12945 | $526.20 | 8/27/2018 | 00004914AA | 6/22/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12945 | $526.20 | 8/27/2018 | 00004971AA | 6/22/2018 | $10.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12945 | $526.20 | 8/27/2018 | 00004976AA | 6/22/2018 | $9.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12945 | $526.20 | 8/27/2018 | 00004982AA | 6/22/2018 | $18.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12945 | $526.20 | 8/27/2018 | 00005682AA | 6/22/2018 | $21.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12945 | $526.20 | 8/27/2018 | 00005564AA | 6/22/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08922 | $214.75 | 8/20/2018 | 00004605AA-5117 | 6/15/2018 | $3.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12945 | $526.20 | 8/27/2018 | 00005568AA-5119 | 6/22/2018 | $14.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12945 | $526.20 | 8/27/2018 | 00005634AA | 6/22/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12945 | $526.20 | 8/27/2018 | 00005670AA | 6/22/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12945 | $526.20 | 8/27/2018 | 00005677AA-5120 | 6/22/2018 | $9.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12945 | $526.20 | 8/27/2018 | 00005678AA | 6/22/2018 | $19.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12945 | $526.20 | 8/27/2018 | 00005680AA | 6/22/2018 | $19.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00000395AA | 7/3/2018 | $3.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12945 | $526.20 | 8/27/2018 | 00005557AA | 6/22/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08922 | $214.75 | 8/20/2018 | 00003804AA | 6/14/2018 | $3.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07430 | $189.50 | 8/16/2018 | 00002909AA | 6/12/2018 | $7.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08076 | $41.50 | 8/17/2018 | 00002975AA-5111 | 6/13/2018 | $2.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08076 | $41.50 | 8/17/2018 | 00002977AA | 6/13/2018 | $6.00 |

JS Products, Inc. (2219107)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                    Exhibit A                    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08076 | $41.50 | 8/17/2018 | 00003468AA-5112 | 6/13/2018 | $18.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08076 | $41.50 | 8/17/2018 | 00003470AA-5113 | 6/13/2018 | $12.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08076 | $41.50 | 8/17/2018 | 00003472AA-5114 | 6/13/2018 | $3.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08922 | $214.75 | 8/20/2018 | 0000044719 | 6/15/2018 | $6.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10650 | $31,139.00 | 8/22/2018 | 0000045357 | 6/18/2018 | $15,350.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08922 | $214.75 | 8/20/2018 | 00003603AA-5115 | 6/14/2018 | $9.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08922 | $214.75 | 8/20/2018 | 00004606AA-5118 | 6/15/2018 | $40.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08922 | $214.75 | 8/20/2018 | 00003805AA | 6/14/2018 | $15.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08922 | $214.75 | 8/20/2018 | 00003950AA-5116 | 6/14/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08922 | $214.75 | 8/20/2018 | 00004136AA | 6/15/2018 | $2.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08922 | $214.75 | 8/20/2018 | 00004504AA | 6/15/2018 | $38.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08922 | $214.75 | 8/20/2018 | 00004508AA | 6/15/2018 | $19.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08922 | $214.75 | 8/20/2018 | 00004511AA | 6/15/2018 | $7.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08922 | $214.75 | 8/20/2018 | 00004600AA | 6/15/2018 | $19.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12945 | $526.20 | 8/27/2018 | 00005684AA-5121 | 6/22/2018 | $6.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08922 | $214.75 | 8/20/2018 | 00003474AA | 6/14/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00000013AA | 7/3/2018 | $6.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12945 | $526.20 | 8/27/2018 | 00007628AA-5127 | 6/22/2018 | $9.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12945 | $526.20 | 8/27/2018 | 00007860AA | 6/22/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12945 | $526.20 | 8/27/2018 | 00007918AA | 6/22/2018 | $2.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12945 | $526.20 | 8/27/2018 | 00007945AA | 6/22/2018 | $3.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12945 | $526.20 | 8/27/2018 | 00007947AA | 6/22/2018 | $19.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14698 | $6.80 | 8/29/2018 | 0000048779 | 6/25/2018 | $6.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16938 | $13.35 | 9/4/2018 | 0000050370 | 6/28/2018 | $6.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12945 | $526.20 | 8/27/2018 | 00005681AA | 6/22/2018 | $9.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00000011AA | 7/3/2018 | $11.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12945 | $526.20 | 8/27/2018 | 00007403AA | 6/22/2018 | $9.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00000015AA | 7/3/2018 | $3.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00000016AA-6513 | 7/3/2018 | $6.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00000017AA | 7/3/2018 | $9.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00000018AA | 7/3/2018 | $9.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00000019AA-6514 | 7/3/2018 | $9.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00000186AA | 7/3/2018 | $8.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00239 | $160.35 | 8/3/2018 | 0000035969 | 5/30/2018 | $6.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16938 | $13.35 | 9/4/2018 | 0000050412 | 6/28/2018 | $6.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12945 | $526.20 | 8/27/2018 | 00006694AA | 6/22/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12945 | $526.20 | 8/27/2018 | 00005685AA | 6/22/2018 | $6.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12945 | $526.20 | 8/27/2018 | 00005692AA | 6/22/2018 | $9.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12945 | $526.20 | 8/27/2018 | 00005711AA-5122 | 6/22/2018 | $12.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12945 | $526.20 | 8/27/2018 | 00006035AA | 6/22/2018 | $3.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12945 | $526.20 | 8/27/2018 | 00006036AA | 6/22/2018 | $6.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12945 | $526.20 | 8/27/2018 | 00006037AA | 6/22/2018 | $2.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12945 | $526.20 | 8/27/2018 | 00006084AA | 6/22/2018 | $28.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12945 | $526.20 | 8/27/2018 | 00007429AA-5126 | 6/22/2018 | $6.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12945 | $526.20 | 8/27/2018 | 00006266AA | 6/22/2018 | $9.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12945 | $526.20 | 8/27/2018 | 00007404AA | 6/22/2018 | $9.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12945 | $526.20 | 8/27/2018 | 00007131AA | 6/22/2018 | $4.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12945 | $526.20 | 8/27/2018 | 00007134AA | 6/22/2018 | $2.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12945 | $526.20 | 8/27/2018 | 00007391AA | 6/22/2018 | $6.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12945 | $526.20 | 8/27/2018 | 00007396AA | 6/22/2018 | $9.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12945 | $526.20 | 8/27/2018 | 00007397AA-5124 | 6/22/2018 | $3.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12945 | $526.20 | 8/27/2018 | 00007399AA | 6/22/2018 | $9.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12945 | $526.20 | 8/27/2018 | 00007402AA-5125 | 6/22/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07430 | $189.50 | 8/16/2018 | 00002897AA | 6/12/2018 | $7.50 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12945 | $526.20 | 8/27/2018 | 00006091AA-5123 | 6/22/2018 | $7.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03456 | $189.25 | 8/9/2018 | 00009088AA | 6/5/2018 | $3.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01056 | $143.55 | 8/6/2018 | 00005977AA-5096 | 5/31/2018 | $9.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01056 | $143.55 | 8/6/2018 | 00006361AA-5097 | 5/31/2018 | $2.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01056 | $143.55 | 8/6/2018 | 00006529AA | 6/1/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01056 | $143.55 | 8/6/2018 | 00007958AA | 6/1/2018 | $19.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01056 | $143.55 | 8/6/2018 | 00007959AA-5098 | 6/1/2018 | $9.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01056 | $143.55 | 8/6/2018 | 00007960AA | 6/1/2018 | $6.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03456 | $189.25 | 8/9/2018 | 0000039883 | 6/5/2018 | $3.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07430 | $189.50 | 8/16/2018 | 00002907AA | 6/12/2018 | $5.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03456 | $189.25 | 8/9/2018 | 00008829AA | 6/5/2018 | $3.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01056 | $143.55 | 8/6/2018 | 00005846AA | 5/31/2018 | $9.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03456 | $189.25 | 8/9/2018 | 00009407AA | 6/5/2018 | $9.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03456 | $189.25 | 8/9/2018 | 00009434AA | 6/5/2018 | $6.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03456 | $189.25 | 8/9/2018 | 00009493AA | 6/5/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03456 | $189.25 | 8/9/2018 | 00009507AA | 6/5/2018 | $58.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03456 | $189.25 | 8/9/2018 | 00009518AA | 6/5/2018 | $24.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03456 | $189.25 | 8/9/2018 | 00009586AA | 6/5/2018 | $9.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03456 | $189.25 | 8/9/2018 | 00009587AA | 6/5/2018 | $9.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03456 | $189.25 | 8/9/2018 | 00008348AA | 6/5/2018 | $12.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00239 | $160.35 | 8/3/2018 | 00005516AA | 5/30/2018 | $5.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00239 | $160.35 | 8/3/2018 | 0000035970 | 5/30/2018 | $3.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00239 | $160.35 | 8/3/2018 | 0000035972 | 5/30/2018 | $3.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00239 | $160.35 | 8/3/2018 | 00004651AA | 5/30/2018 | $40.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00239 | $160.35 | 8/3/2018 | 00004988AA | 5/30/2018 | $25.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00239 | $160.35 | 8/3/2018 | 00004994AA | 5/30/2018 | $11.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00239 | $160.35 | 8/3/2018 | 00005002AA | 5/30/2018 | $15.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00239 | $160.35 | 8/3/2018 | 00005003AA | 5/30/2018 | $2.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01056 | $143.55 | 8/6/2018 | 00005882AA | 5/31/2018 | $6.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00239 | $160.35 | 8/3/2018 | 00005515AA | 5/30/2018 | $9.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01056 | $143.55 | 8/6/2018 | 00005880AA-5095 | 5/31/2018 | $9.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00239 | $160.35 | 8/3/2018 | 00005518AA | 5/30/2018 | $15.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00239 | $160.35 | 8/3/2018 | 00005524AA | 5/30/2018 | $9.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00239 | $160.35 | 8/3/2018 | 00005525AA | 5/30/2018 | $9.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01056 | $143.55 | 8/6/2018 | 0000037185 | 5/31/2018 | $10.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01056 | $143.55 | 8/6/2018 | 0000038721 | 6/1/2018 | $3.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01056 | $143.55 | 8/6/2018 | 00005829AA | 5/31/2018 | $26.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01056 | $143.55 | 8/6/2018 | 00005838AA | 5/31/2018 | $7.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03456 | $189.25 | 8/9/2018 | 00009612AA | 6/5/2018 | $4.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00239 | $160.35 | 8/3/2018 | 00005033AA-5094 | 5/30/2018 | $3.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07430 | $189.50 | 8/16/2018 | 00002873AA | 6/12/2018 | $26.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03456 | $189.25 | 8/9/2018 | 00009589AA | 6/5/2018 | $6.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06592 | $86.60 | 8/15/2018 | 00002002AA | 6/11/2018 | $28.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06592 | $86.60 | 8/15/2018 | 00002004AA | 6/11/2018 | $28.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06592 | $86.60 | 8/15/2018 | 00002011AA | 6/11/2018 | $5.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06592 | $86.60 | 8/15/2018 | 00002013AA | 6/11/2018 | $9.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06592 | $86.60 | 8/15/2018 | 00002179AA | 6/11/2018 | $6.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06592 | $86.60 | 8/15/2018 | 00002184AA | 6/11/2018 | $2.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04911 | $178.60 | 8/13/2018 | 00001560AA | 6/8/2018 | $9.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07430 | $189.50 | 8/16/2018 | 00002871AA-5104 | 6/12/2018 | $18.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04911 | $178.60 | 8/13/2018 | 00001555AA | 6/8/2018 | $55.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07430 | $189.50 | 8/16/2018 | 00002875AA-5105 | 6/12/2018 | $38.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07430 | $189.50 | 8/16/2018 | 00002877AA-5106 | 6/12/2018 | $11.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07430 | $189.50 | 8/16/2018 | 00002881AA | 6/12/2018 | $9.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07430 | $189.50 | 8/16/2018 | 00002882AA-5107 | 6/12/2018 | $7.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07430 | $189.50 | 8/16/2018 | 00002887AA-5108 | 6/12/2018 | $6.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07430 | $189.50 | 8/16/2018 | 00002891AA-5109 | 6/12/2018 | $9.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07430 | $189.50 | 8/16/2018 | 00002895AA-5110 | 6/12/2018 | $9.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00000403AA-6515 | 7/3/2018 | $21.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07430 | $189.50 | 8/16/2018 | 00002860AA-5103 | 6/12/2018 | $19.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04082 | $106.45 | 8/10/2018 | 00009954AA-5099 | 6/6/2018 | $9.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07430 | $189.50 | 8/16/2018 | 00002900AA | 6/12/2018 | $15.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03456 | $189.25 | 8/9/2018 | 00009614AA | 6/5/2018 | $3.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03456 | $189.25 | 8/9/2018 | 00009617AA | 6/5/2018 | $9.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04082 | $106.45 | 8/10/2018 | 00000008AA | 6/6/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04082 | $106.45 | 8/10/2018 | 00000074AA | 6/6/2018 | $9.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04082 | $106.45 | 8/10/2018 | 0000040573 | 6/6/2018 | $6.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04082 | $106.45 | 8/10/2018 | 00000468AA | 6/6/2018 | $36.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06592 | $86.60 | 8/15/2018 | 0000042968 | 6/11/2018 | $6.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04082 | $106.45 | 8/10/2018 | 00009951AA | 6/6/2018 | $10.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03456 | $189.25 | 8/9/2018 | 00009591AA | 6/5/2018 | $2.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04911 | $178.60 | 8/13/2018 | 00000739AA | 6/7/2018 | $33.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04911 | $178.60 | 8/13/2018 | 00000740AA-5100 | 6/7/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04911 | $178.60 | 8/13/2018 | 00000752AA | 6/7/2018 | $10.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04911 | $178.60 | 8/13/2018 | 00000754AA-5101 | 6/7/2018 | $9.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04911 | $178.60 | 8/13/2018 | 00000838AA | 6/7/2018 | $2.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04911 | $178.60 | 8/13/2018 | 00000858AA-5102 | 6/7/2018 | $23.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04911 | $178.60 | 8/13/2018 | 00001493AA | 6/8/2018 | $3.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04911 | $178.60 | 8/13/2018 | 00001494AA | 6/8/2018 | $7.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04082 | $106.45 | 8/10/2018 | 00009876AA | 6/6/2018 | $9.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94818 | $186.80 | 7/25/2018 | 00001056AA | 5/21/2018 | $19.05 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93072 | $98.75 | 7/23/2018 | 00000199AA-2611 | 5/18/2018 | $6.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93072 | $98.75 | 7/23/2018 | 00000201AA | 5/18/2018 | $9.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93072 | $98.75 | 7/23/2018 | 00000218AA | 5/18/2018 | $2.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93072 | $98.75 | 7/23/2018 | 00000674AA-2612 | 5/18/2018 | $3.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93072 | $98.75 | 7/23/2018 | 00000676AA-2613 | 5/18/2018 | $5.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93072 | $98.75 | 7/23/2018 | 00000677AA-2614 | 5/18/2018 | $19.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93072 | $98.75 | 7/23/2018 | 00009929AA-2615 | 5/18/2018 | $9.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95665 | $106.10 | 7/26/2018 | 00001805AA | 5/22/2018 | $6.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94818 | $186.80 | 7/25/2018 | 00001054AA | 5/21/2018 | $19.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93072 | $98.75 | 7/23/2018 | 00000185AA | 5/18/2018 | $19.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94818 | $186.80 | 7/25/2018 | 00001270AA | 5/21/2018 | $10.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94818 | $186.80 | 7/25/2018 | 00001271AA | 5/21/2018 | $40.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94818 | $186.80 | 7/25/2018 | 00001279AA | 5/21/2018 | $88.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95665 | $106.10 | 7/26/2018 | 0000032153 | 5/22/2018 | $17.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95665 | $106.10 | 7/26/2018 | 00001450AA | 5/22/2018 | $9.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95665 | $106.10 | 7/26/2018 | 00001733AA | 5/22/2018 | $2.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00000393AA | 7/3/2018 | $9.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94818 | $186.80 | 7/25/2018 | 00001052AA | 5/21/2018 | $10.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92203 | $73.65 | 7/20/2018 | 0000029934 | 5/16/2018 | $6.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91539 | $129.00 | 7/19/2018 | 00008927AA | 5/15/2018 | $7.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91539 | $129.00 | 7/19/2018 | 00008929AA-2605 | 5/15/2018 | $2.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91539 | $129.00 | 7/19/2018 | 00008932AA-2606 | 5/15/2018 | $16.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91539 | $129.00 | 7/19/2018 | 00008939AA | 5/15/2018 | $9.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91539 | $129.00 | 7/19/2018 | 00008942AA | 5/15/2018 | $12.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91539 | $129.00 | 7/19/2018 | 00008956AA | 5/15/2018 | $2.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91539 | $129.00 | 7/19/2018 | 00008971AA | 5/15/2018 | $9.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93072 | $98.75 | 7/23/2018 | 00000197AA | 5/18/2018 | $18.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91539 | $129.00 | 7/19/2018 | 00009020AA | 5/15/2018 | $9.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93072 | $98.75 | 7/23/2018 | 00000189AA-2610 | 5/18/2018 | $6.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92203 | $73.65 | 7/20/2018 | 0000030520 | 5/16/2018 | $8.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92203 | $73.65 | 7/20/2018 | 00009346AA | 5/16/2018 | $14.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92203 | $73.65 | 7/20/2018 | 00009441AA | 5/16/2018 | $6.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92203 | $73.65 | 7/20/2018 | 00009446AA-2607 | 5/16/2018 | $9.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92203 | $73.65 | 7/20/2018 | 00009447AA | 5/16/2018 | $9.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92203 | $73.65 | 7/20/2018 | 00009448AA-2608 | 5/16/2018 | $13.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92203 | $73.65 | 7/20/2018 | 00009477AA-2609 | 5/16/2018 | $6.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95665 | $106.10 | 7/26/2018 | 00001806AA | 5/22/2018 | $5.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91539 | $129.00 | 7/19/2018 | 00008983AA | 5/15/2018 | $6.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99598 | $129.15 | 8/2/2018 | 0000035054 | 5/29/2018 | $13.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97131 | $119,914.00 | 7/30/2018 | 0000033811 | 5/24/2018 | $1,215.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97131 | $119,914.00 | 7/30/2018 | 0000033812 | 5/24/2018 | $2,196.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97131 | $119,914.00 | 7/30/2018 | 0000033813 | 5/24/2018 | $17,519.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97131 | $119,914.00 | 7/30/2018 | 0000033814 | 5/24/2018 | $2,187.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97131 | $119,914.00 | 7/30/2018 | 0000033815 | 5/24/2018 | $3,398.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97131 | $119,914.00 | 7/30/2018 | 00003144AA-2620 | 5/24/2018 | $19.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97131 | $119,914.00 | 7/30/2018 | 00003147AA-2621 | 5/24/2018 | $6.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95665 | $106.10 | 7/26/2018 | 00001804AA | 5/22/2018 | $5.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97131 | $119,914.00 | 7/30/2018 | 00003152AA-2623 | 5/24/2018 | $5.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97131 | $119,914.00 | 7/30/2018 | 0000033808 | 5/24/2018 | $3,888.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99598 | $129.15 | 8/2/2018 | 0000035057 | 5/29/2018 | $3.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99598 | $129.15 | 8/2/2018 | 0000035213 | 5/29/2018 | $42.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99598 | $129.15 | 8/2/2018 | 00003860AA | 5/29/2018 | $18.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99598 | $129.15 | 8/2/2018 | 00003875AA | 5/29/2018 | $6.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99598 | $129.15 | 8/2/2018 | 00003999AA | 5/29/2018 | $9.55 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99598 | $129.15 | 8/2/2018 | 00004078AA | 5/29/2018 | $5.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99598 | $129.15 | 8/2/2018 | 00004165AA | 5/29/2018 | $6.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97131 | $119,914.00 | 7/30/2018 | 00003148AA-2622 | 5/24/2018 | $19.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96303 | $33.60 | 7/27/2018 | 00002419AA | 5/23/2018 | $9.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95665 | $106.10 | 7/26/2018 | 00001810AA | 5/22/2018 | $9.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95665 | $106.10 | 7/26/2018 | 00001811AA | 5/22/2018 | $6.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95665 | $106.10 | 7/26/2018 | 00001850AA | 5/22/2018 | $2.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95665 | $106.10 | 7/26/2018 | 00001854AA | 5/22/2018 | $6.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95665 | $106.10 | 7/26/2018 | 00001863AA-2616 | 5/22/2018 | $16.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95665 | $106.10 | 7/26/2018 | 00001889AA-2617 | 5/22/2018 | $3.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95665 | $106.10 | 7/26/2018 | 00001892AA-2618 | 5/22/2018 | $7.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97131 | $119,914.00 | 7/30/2018 | 0000033810 | 5/24/2018 | $10,745.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96303 | $33.60 | 7/27/2018 | 00002417AA | 5/23/2018 | $2.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97131 | $119,914.00 | 7/30/2018 | 0000033809 | 5/24/2018 | $4,345.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96303 | $33.60 | 7/27/2018 | 00002423AA | 5/23/2018 | $9.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96303 | $33.60 | 7/27/2018 | 00002427AA-2619 | 5/23/2018 | $2.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96303 | $33.60 | 7/27/2018 | 00002454AA | 5/23/2018 | $9.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97131 | $119,914.00 | 7/30/2018 | 0000033804 | 5/24/2018 | $32,328.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97131 | $119,914.00 | 7/30/2018 | 0000033805 | 5/24/2018 | $3,645.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97131 | $119,914.00 | 7/30/2018 | 0000033806 | 5/24/2018 | $3,100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97131 | $119,914.00 | 7/30/2018 | 0000033807 | 5/24/2018 | $35,782.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91539 | $129.00 | 7/19/2018 | 00008914AA-2603 | 5/15/2018 | $12.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95665 | $106.10 | 7/26/2018 | 00001898AA | 5/22/2018 | $9.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00002312AA | 7/3/2018 | $14.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00001716AA-6524 | 7/3/2018 | $3.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00001719AA | 7/3/2018 | $6.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00001720AA | 7/3/2018 | $4.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00001721AA | 7/3/2018 | $2.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00001727AA-6525 | 7/3/2018 | $3.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00001730AA-6526 | 7/3/2018 | $9.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00001731AA | 7/3/2018 | $19.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91539 | $129.00 | 7/19/2018 | 00008925AA-2604 | 5/15/2018 | $9.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00001735AA-6528 | 7/3/2018 | $2.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00001679AA | 7/3/2018 | $11.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00002314AA | 7/3/2018 | $38.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00002424AA | 7/3/2018 | $3.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00002425AA-6529 | 7/3/2018 | $2.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00002435AA | 7/3/2018 | $5.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00002436AA | 7/3/2018 | $5.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00002449AA | 7/3/2018 | $6.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00002455AA | 7/3/2018 | $7.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00001732AA-6527 | 7/3/2018 | $10.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00001165AA | 7/3/2018 | $3.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00000404AA | 7/3/2018 | $9.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00000405AA-6516 | 7/3/2018 | $51.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00000460AA | 7/3/2018 | $3.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00000461AA | 7/3/2018 | $2.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00001048AA | 7/3/2018 | $15.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00001057AA | 7/3/2018 | $9.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00001089AA | 7/3/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00001713AA-6523 | 7/3/2018 | $6.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00001104AA-6517 | 7/3/2018 | $9.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00001706AA-6522 | 7/3/2018 | $5.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00001168AA-6518 | 7/3/2018 | $6.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00001170AA | 7/3/2018 | $3.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00001203AA-6519 | 7/3/2018 | $18.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00001211AA | 7/3/2018 | $17.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00001659AA-6520 | 7/3/2018 | $14.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00001673AA | 7/3/2018 | $14.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00001678AA-6521 | 7/3/2018 | $17.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00008392AA | 7/3/2018 | $9.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00001102AA | 7/3/2018 | $9.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19915 | $139.25 | 9/10/2018 | 00003376AA-6539 | 7/6/2018 | $7.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00002959AA-6530 | 7/3/2018 | $9.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19915 | $139.25 | 9/10/2018 | 0000053694 | 7/6/2018 | $13.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19915 | $139.25 | 9/10/2018 | 00003148AA-6535 | 7/6/2018 | $12.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19915 | $139.25 | 9/10/2018 | 00003150AA | 7/6/2018 | $9.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19915 | $139.25 | 9/10/2018 | 00003151AA-6536 | 7/6/2018 | $9.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19915 | $139.25 | 9/10/2018 | 00003153AA | 7/6/2018 | $2.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19915 | $139.25 | 9/10/2018 | 00003154AA | 7/6/2018 | $9.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00009403AA | 7/3/2018 | $31.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19915 | $139.25 | 9/10/2018 | 00003242AA-6538 | 7/6/2018 | $50.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00009311AA-6534 | 7/3/2018 | $13.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90643 | $47.00 | 7/18/2018 | 00008058AA | 5/14/2018 | $14.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90643 | $47.00 | 7/18/2018 | 00008116AA | 5/14/2018 | $2.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90643 | $47.00 | 7/18/2018 | 00008121AA | 5/14/2018 | $5.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90643 | $47.00 | 7/18/2018 | 00008406AA | 5/14/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91539 | $129.00 | 7/19/2018 | 0000029305 | 5/15/2018 | $10.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91539 | $129.00 | 7/19/2018 | 00008910AA-2602 | 5/15/2018 | $9.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91539 | $129.00 | 7/19/2018 | 00008911AA | 5/15/2018 | $9.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99598 | $129.15 | 8/2/2018 | 00004272AA-5128 | 5/29/2018 | $25.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19915 | $139.25 | 9/10/2018 | 00003241AA-6537 | 7/6/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00008588AA | 7/3/2018 | $3.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91539 | $129.00 | 7/19/2018 | 00008924AA | 5/15/2018 | $3.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00008474AA | 7/3/2018 | $4.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00008546AA | 7/3/2018 | $19.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00008548AA-6531 | 7/3/2018 | $9.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00008577AA | 7/3/2018 | $4.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00008578AA | 7/3/2018 | $9.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00008582AA | 7/3/2018 | $6.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00009629AA | 7/3/2018 | $2.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00008586AA-6532 | 7/3/2018 | $6.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00002960AA | 7/3/2018 | $3.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00008589AA | 7/3/2018 | $6.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00008607AA-6533 | 7/3/2018 | $2.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00008608AA | 7/3/2018 | $24.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00008795AA | 7/3/2018 | $9.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00008796AA | 7/3/2018 | $9.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00008827AA | 7/3/2018 | $9.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00008947AA | 7/3/2018 | $19.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00009306AA | 7/3/2018 | $3.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18709 | $710.80 | 9/6/2018 | 00008583AA | 7/3/2018 | $6.00 |

**Totals:** 24 transfer(s), $154,564.00