**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant: **Kimberly-Clark Corporation**

Bankruptcy Case: **Sears Holdings Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780997777 | $105,389.86 | 8/13/2018 | 9110570966 | 7/24/2018 | $40,498.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990075 | $235,715.17 | 7/30/2018 | 9110505138 | 7/10/2018 | $40,498.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990833 | $77,249.62 | 7/31/2018 | 9110509023 | 7/10/2018 | $44,420.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990833 | $77,249.62 | 7/31/2018 | 9110509120-28741 | 7/10/2018 | $32,828.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993713 | $145,795.96 | 8/6/2018 | 9110536815 | 7/17/2018 | $40,498.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993713 | $145,795.96 | 8/6/2018 | 9110536960 | 7/17/2018 | $225.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993713 | $145,795.96 | 8/6/2018 | 9110536961-28744 | 7/17/2018 | $43,807.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993713 | $145,795.96 | 8/6/2018 | 9110536963-28747 | 7/17/2018 | $32,752.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993713 | $145,795.96 | 8/6/2018 | 9110537668 | 7/17/2018 | $41,250.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983888 | $133,494.76 | 7/17/2018 | 9110445601 | 6/27/2018 | $31,590.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994768 | $48,875.70 | 8/7/2018 | 9110551589-28753 | 7/19/2018 | $17,599.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990075 | $235,715.17 | 7/30/2018 | 9110504073-28735 | 7/10/2018 | $101,747.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997777 | $105,389.86 | 8/13/2018 | 9110571267 | 7/24/2018 | $43,114.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997777 | $105,389.86 | 8/13/2018 | 9300204535 | 7/25/2018 | $23,951.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000551 | $40,834.13 | 8/17/2018 | 9300204812-28756 | 7/31/2018 | $44,602.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001209 | $373,609.05 | 8/20/2018 | 9110607486 | 7/31/2018 | $57,905.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001209 | $373,609.05 | 8/20/2018 | 9110607532-28759 | 7/31/2018 | $25,268.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001209 | $373,609.05 | 8/20/2018 | 9110607533-28762 | 7/31/2018 | $38,867.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001209 | $373,609.05 | 8/20/2018 | 9110607535 | 7/31/2018 | $13,118.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001209 | $373,609.05 | 8/20/2018 | 9110607650 | 7/31/2018 | $44,761.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001209 | $373,609.05 | 8/20/2018 | 9110607652 | 7/31/2018 | $47,652.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994768 | $48,875.70 | 8/7/2018 | 9110551585-28750 | 7/19/2018 | $31,504.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986622 | $237,003.81 | 7/23/2018 | 9110474227-28728 | 7/3/2018 | $34,190.58 |

Kimberly-Clark Corporation (2219599)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020               Exhibit A                P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983888 | $133,494.76 | 7/17/2018 | 9110450378 | 6/28/2018 | $38,071.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983888 | $133,494.76 | 7/17/2018 | 9110450379 | 6/28/2018 | $6,754.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983888 | $133,494.76 | 7/17/2018 | 9110452890-28719 | 6/28/2018 | $57,078.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984835 | $37,042.14 | 7/18/2018 | 9110455948-28722 | 6/29/2018 | $37,042.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986006 | $70,748.38 | 7/20/2018 | 9110463502-28725 | 7/2/2018 | $30,590.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986006 | $70,748.38 | 7/20/2018 | 9110466512 | 7/2/2018 | $40,367.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986622 | $237,003.81 | 7/23/2018 | 9110468624 | 7/2/2018 | $36,187.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986622 | $237,003.81 | 7/23/2018 | 9110468626 | 7/2/2018 | $3,841.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986622 | $237,003.81 | 7/23/2018 | 9110473470 | 7/2/2018 | $29,482.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990075 | $235,715.17 | 7/30/2018 | 9110505003-28738 | 7/10/2018 | $5,195.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986622 | $237,003.81 | 7/23/2018 | 9110474226 | 7/3/2018 | $5,121.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990075 | $235,715.17 | 7/30/2018 | 9110505002 | 7/10/2018 | $33,748.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986622 | $237,003.81 | 7/23/2018 | 9110476230-28731 | 7/3/2018 | $10,228.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986622 | $237,003.81 | 7/23/2018 | 9110476231 | 7/3/2018 | $31,028.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986622 | $237,003.81 | 7/23/2018 | 9110479339 | 7/3/2018 | $16,005.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986622 | $237,003.81 | 7/23/2018 | 9110479340 | 7/3/2018 | $22,949.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987338 | $40,202.91 | 7/24/2018 | 9110473330 | 7/2/2018 | $640.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987338 | $40,202.91 | 7/24/2018 | 9110473332 | 7/2/2018 | $39,562.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990075 | $235,715.17 | 7/30/2018 | 9108764653-28732 | 5/24/2017 | $80.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990075 | $235,715.17 | 7/30/2018 | 9110500134 | 7/9/2018 | $64,050.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001209 | $373,609.05 | 8/20/2018 | 9110612251-28768 | 8/1/2018 | $32,078.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986622 | $237,003.81 | 7/23/2018 | 9110473471 | 7/2/2018 | $47,967.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019810 | $506,208.75 | 9/25/2018 | 9110749090-28795 | 9/4/2018 | $23,068.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001209 | $373,609.05 | 8/20/2018 | 9110607653 | 7/31/2018 | $28,675.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015631 | $155,397.36 | 9/17/2018 | 9110725253 | 8/28/2018 | $40,842.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016339 | $173,303.65 | 9/18/2018 | 9110724862-28786 | 8/28/2018 | $48,445.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016339 | $173,303.65 | 9/18/2018 | 9110724863-28789 | 8/28/2018 | $5,796.39 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781016339 | $173,303.65 | 9/18/2018 | 9110724868 | 8/28/2018 | $28,174.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016339 | $173,303.65 | 9/18/2018 | 9110730195 | 8/29/2018 | $85,820.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016339 | $173,303.65 | 9/18/2018 | 9110730197 | 8/29/2018 | $5,065.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019810 | $506,208.75 | 9/25/2018 | 9110745439 | 9/4/2018 | $18,841.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019810 | $506,208.75 | 9/25/2018 | 9110745440-28792 | 9/4/2018 | $45,016.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015631 | $155,397.36 | 9/17/2018 | 9110718092 | 8/27/2018 | $11,413.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019810 | $506,208.75 | 9/25/2018 | 9110749088 | 9/4/2018 | $43,287.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015631 | $155,397.36 | 9/17/2018 | 9110718091 | 8/27/2018 | $74,020.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019810 | $506,208.75 | 9/25/2018 | 9110755679-28798 | 9/5/2018 | $88,259.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019810 | $506,208.75 | 9/25/2018 | 9110756039-28801 | 9/5/2018 | $67,379.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019810 | $506,208.75 | 9/25/2018 | 9110756044-28804 | 9/5/2018 | $29,179.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019810 | $506,208.75 | 9/25/2018 | 9110756045 | 9/5/2018 | $4,198.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019810 | $506,208.75 | 9/25/2018 | 9110756117 | 9/5/2018 | $33,016.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019810 | $506,208.75 | 9/25/2018 | 9110756118-28807 | 9/5/2018 | $34,152.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019810 | $506,208.75 | 9/25/2018 | 9110756120-28810 | 9/5/2018 | $24,320.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019810 | $506,208.75 | 9/25/2018 | 9110757333 | 9/5/2018 | $72,508.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023440 | $62,962.61 | 10/2/2018 | 9110790000 | 9/11/2018 | $49,926.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019810 | $506,208.75 | 9/25/2018 | 9110749087 | 9/4/2018 | $29,034.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005364 | $304,712.49 | 8/28/2018 | 9110642538-28777 | 8/8/2018 | $21,264.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023440 | $62,962.61 | 10/2/2018 | 9110790001 | 9/11/2018 | $13,318.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001209 | $373,609.05 | 8/20/2018 | 9110612253-28771 | 8/1/2018 | $32,722.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004652 | $208,407.60 | 8/27/2018 | 9110636651 | 8/7/2018 | $31,519.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004652 | $208,407.60 | 8/27/2018 | 9110636652 | 8/7/2018 | $6,303.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004652 | $208,407.60 | 8/27/2018 | 9110636953-28774 | 8/7/2018 | $82,271.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004652 | $208,407.60 | 8/27/2018 | 9110637770 | 8/7/2018 | $69,357.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004652 | $208,407.60 | 8/27/2018 | 9300204878 | 8/8/2018 | $21,025.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005364 | $304,712.49 | 8/28/2018 | 9110640895 | 8/7/2018 | $21,893.16 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005364 | $304,712.49 | 8/28/2018 | 9110640896 | 8/7/2018 | $56,310.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015631 | $155,397.36 | 9/17/2018 | 9110725252 | 8/28/2018 | $29,146.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005364 | $304,712.49 | 8/28/2018 | 9110642536 | 8/8/2018 | $36,726.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001209 | $373,609.05 | 8/20/2018 | 9110607665-28765 | 7/31/2018 | $52,557.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005364 | $304,712.49 | 8/28/2018 | 9110646975 | 8/9/2018 | $39,382.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005364 | $304,712.49 | 8/28/2018 | 9110646976 | 8/9/2018 | $20,262.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005364 | $304,712.49 | 8/28/2018 | 9300204893 | 8/9/2018 | $48,762.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008154 | $193,082.13 | 9/3/2018 | 9110658036 | 8/13/2018 | $33,770.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008154 | $193,082.13 | 9/3/2018 | 9110666024-28780 | 8/14/2018 | $69,973.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008154 | $193,082.13 | 9/3/2018 | 9110666655 | 8/14/2018 | $67,208.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008154 | $193,082.13 | 9/3/2018 | 9110666657 | 8/14/2018 | $29,132.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012193 | $32,686.90 | 9/10/2018 | 9110694224 | 8/20/2018 | $38,183.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015029 | $72,705.98 | 9/14/2018 | 9110716880-28783 | 8/27/2018 | $74,391.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005364 | $304,712.49 | 8/28/2018 | 9110641337 | 8/7/2018 | $60,110.29 |

Totals:    21 transfer(s),    $3,255,428.96