**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant: **MKK Enterprises, Corp.**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005409 | $234.78 | 8/28/2018 | 8710K88470773A | 6/22/2018 | $11.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003496 | $153,213.89 | 8/23/2018 | 3500635 | 6/13/2018 | $16,065.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006925 | $246,219.26 | 8/30/2018 | 3500628 | 6/12/2018 | $34,656.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006925 | $246,219.26 | 8/30/2018 | 3500627 | 6/12/2018 | $6,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006925 | $246,219.26 | 8/30/2018 | 3500626 | 6/12/2018 | $46,320.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006925 | $246,219.26 | 8/30/2018 | 3500617 | 6/6/2018 | $15,834.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006925 | $246,219.26 | 8/30/2018 | 3500616 | 6/8/2018 | $17,472.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006925 | $246,219.26 | 8/30/2018 | 3500614 | 6/6/2018 | $15,351.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006271 | $58,212.09 | 8/29/2018 | 3500646 | 6/20/2018 | $48,817.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006271 | $58,212.09 | 8/29/2018 | 3500642 | 6/20/2018 | $9,579.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006925 | $246,219.26 | 8/30/2018 | 3500630 | 6/12/2018 | $43,901.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005409 | $234.78 | 8/28/2018 | 8710K88471547A | 6/22/2018 | $8.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006925 | $246,219.26 | 8/30/2018 | 3500631 | 6/12/2018 | $36,037.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005409 | $234.78 | 8/28/2018 | 8710K88467215A | 6/23/2018 | $3.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005409 | $234.78 | 8/28/2018 | 8710K88455050A | 6/23/2018 | $53.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005409 | $234.78 | 8/28/2018 | 8361AD62418A86A | 6/22/2018 | $8.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005409 | $234.78 | 8/28/2018 | 8361AD62418A85A | 6/22/2018 | $177.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004698 | $20.90 | 8/27/2018 | 8710K88469609A | 6/21/2018 | $20.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004199 | $144,520.95 | 8/24/2018 | 3500641 | 6/20/2018 | $81,056.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004199 | $144,520.95 | 8/24/2018 | 3500640-104706 | 6/19/2018 | $46,652.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004199 | $144,520.95 | 8/24/2018 | 3500640-104704 | 6/19/2018 | $372.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004199 | $144,520.95 | 8/24/2018 | 3500639 | 6/15/2018 | $16,821.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986170 | $27,950.40 | 7/20/2018 | 3500591 | 5/14/2018 | $42,763.50 |

MKK Enterprises, Corp. (2219491)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                    Exhibit A                                    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005409 | $234.78 | 8/28/2018 | 8710K88472090A | 6/23/2018 | $8.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008203 | $136.87 | 9/3/2018 | 20180781KPWA | 6/28/2018 | $202.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015676 | $6,542.56 | 9/17/2018 | 3500677 | 7/6/2018 | $4,599.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012983 | $357.19 | 9/11/2018 | 8361AD70818BA5A | 7/6/2018 | $59.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012983 | $357.19 | 9/11/2018 | 8361AD70818BA4A | 7/6/2018 | $333.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011792 | $57.20 | 9/7/2018 | 8710K88474921A | 7/4/2018 | $21.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011792 | $57.20 | 9/7/2018 | 8710K88474076A | 7/4/2018 | $22.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011792 | $57.20 | 9/7/2018 | 8710K88473877A | 7/4/2018 | $13.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011192 | $10.54 | 9/6/2018 | 8710K88474292A | 7/3/2018 | $3.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011192 | $10.54 | 9/6/2018 | 8710K88473969A | 7/3/2018 | $7.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010306 | $73,409.54 | 9/5/2018 | 3500645 | 6/11/2018 | $73,482.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006925 | $246,219.26 | 8/30/2018 | 3500629 | 6/12/2018 | $4,080.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009053 | $676.29 | 9/4/2018 | 8361AD70118BG5A | 6/29/2018 | $636.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003496 | $153,213.89 | 8/23/2018 | 3500610 | 6/6/2018 | $88,209.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007692 | $106,594.40 | 8/31/2018 | 3500651-104712 | 6/22/2018 | $38,019.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007692 | $106,594.40 | 8/31/2018 | 3500651-104710 | 6/22/2018 | $7,410.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007692 | $106,594.40 | 8/31/2018 | 3500632-104709 | 6/12/2018 | $38,412.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007692 | $106,594.40 | 8/31/2018 | 3500632-104707 | 6/12/2018 | $124.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007692 | $106,594.40 | 8/31/2018 | 3500620 | 6/11/2018 | $20,825.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007692 | $106,594.40 | 8/31/2018 | 3500619 | 6/11/2018 | $9,338.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006925 | $246,219.26 | 8/30/2018 | 8710K88469502A | 6/26/2018 | $3.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006925 | $246,219.26 | 8/30/2018 | 8361D006313215A | 6/26/2018 | $2,563.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006925 | $246,219.26 | 8/30/2018 | 8361D006262403A | 6/26/2018 | $2,195.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006925 | $246,219.26 | 8/30/2018 | 3500633 | 6/12/2018 | $21,805.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009053 | $676.29 | 9/4/2018 | 8361AD70118BG6A | 6/29/2018 | $51.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990128 | $112,155.00 | 7/30/2018 | 3500593-104698 | 5/22/2018 | $7.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003496 | $153,213.89 | 8/23/2018 | 3500636 | 6/13/2018 | $17,360.00 |

MKK Enterprises, Corp. (2219491)
Bankruptcy Case: Sears Holdings Corporation, et al.
Mar 27, 2020

Exhibit A

P. 2

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780993773 | $31,190.61 | 8/6/2018 | 60014162 | 6/7/2018 | $464.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993773 | $31,190.61 | 8/6/2018 | 60014159 | 6/6/2018 | $65.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993773 | $31,190.61 | 8/6/2018 | 60014105 | 5/14/2018 | $32.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993773 | $31,190.61 | 8/6/2018 | 60013809 | 1/8/2018 | $117.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993773 | $31,190.61 | 8/6/2018 | 3500597 | 5/17/2018 | $42,699.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991756 | $15,671.69 | 8/1/2018 | 3500590 | 5/11/2018 | $16,080.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990128 | $112,155.00 | 7/30/2018 | 3500640-104700 | 6/19/2018 | $372.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990128 | $112,155.00 | 7/30/2018 | 3500599 | 5/17/2018 | $63,858.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993773 | $31,190.61 | 8/6/2018 | 60014165 | 6/7/2018 | $357.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990128 | $112,155.00 | 7/30/2018 | 3500593-104699 | 5/15/2018 | $34,957.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993773 | $31,190.61 | 8/6/2018 | 60014167 | 6/7/2018 | $94.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990128 | $112,155.00 | 7/30/2018 | 3500593-104697 | 5/22/2018 | $34,950.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990128 | $112,155.00 | 7/30/2018 | 3500592 | 5/22/2018 | $7,320.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989609 | $19,016.84 | 7/27/2018 | 3500600 | 5/18/2018 | $19,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988904 | $40,416.47 | 7/26/2018 | 3500589 | 5/16/2018 | $40,540.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987385 | $153,275.98 | 7/24/2018 | 3500602-104695 | 5/18/2018 | $40,747.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987385 | $153,275.98 | 7/24/2018 | 3500602-104694 | 5/18/2018 | $16,940.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987385 | $153,275.98 | 7/24/2018 | 3500601 | 5/18/2018 | $63,814.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987385 | $153,275.98 | 7/24/2018 | 3500598 | 5/17/2018 | $40,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987385 | $153,275.98 | 7/24/2018 | 3500596 | 5/22/2018 | $8,400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986672 | $11,021.85 | 7/23/2018 | 3500595 | 5/16/2018 | $11,040.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990128 | $112,155.00 | 7/30/2018 | 3500594 | 5/15/2018 | $5,640.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000735 | $70,914.06 | 8/17/2018 | VPOT991484359A | 7/22/2018 | $0.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003496 | $153,213.89 | 8/23/2018 | 3500609 | 6/6/2018 | $31,668.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001996 | $160,013.00 | 8/21/2018 | 3500650 | 6/14/2018 | $81,891.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001996 | $160,013.00 | 8/21/2018 | 3500649 | 6/14/2018 | $12,614.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001996 | $160,013.00 | 8/21/2018 | 3500648 | 6/14/2018 | $10,680.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781001996 | $160,013.00 | 8/21/2018 | 3500647 | 6/14/2018 | $9,240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001996 | $160,013.00 | 8/21/2018 | 3500643 | 6/14/2018 | $45,588.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001249 | $153,988.12 | 8/20/2018 | 3500644 | 6/14/2018 | $61,182.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001249 | $153,988.12 | 8/20/2018 | 3500608 | 6/4/2018 | $42,940.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001249 | $153,988.12 | 8/20/2018 | 3500607 | 6/4/2018 | $19,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993773 | $31,190.61 | 8/6/2018 | 60014163 | 6/7/2018 | $521.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001249 | $153,988.12 | 8/20/2018 | 3500605 | 6/4/2018 | $15,262.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015676 | $6,542.56 | 9/17/2018 | 8710K88477294A | 7/12/2018 | $37.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000735 | $70,914.06 | 8/17/2018 | 3500625 | 6/11/2018 | $39,235.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000735 | $70,914.06 | 8/17/2018 | 3500624-104703 | 6/11/2018 | $18,962.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000735 | $70,914.06 | 8/17/2018 | 3500624-104701 | 6/11/2018 | $307.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000735 | $70,914.06 | 8/17/2018 | 3500623 | 6/11/2018 | $14,707.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000735 | $70,914.06 | 8/17/2018 | 3500622 | 6/11/2018 | $15,732.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000735 | $70,914.06 | 8/17/2018 | 3500621 | 6/11/2018 | $15,120.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994870 | $14,348.75 | 8/7/2018 | 60014109 | 5/29/2018 | $14,385.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993773 | $31,190.61 | 8/6/2018 | 60014181 | 6/19/2018 | $63.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993773 | $31,190.61 | 8/6/2018 | 60014170 | 6/7/2018 | $57.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993773 | $31,190.61 | 8/6/2018 | 60014169 | 6/7/2018 | $46.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001249 | $153,988.12 | 8/20/2018 | 3500606 | 6/4/2018 | $15,067.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021405 | $719,979.63 | 9/27/2018 | 3500803 | 7/23/2018 | $22,472.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015676 | $6,542.56 | 9/17/2018 | 8361D006346851A | 7/12/2018 | $2,155.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022122 | $262,355.64 | 9/28/2018 | 3500681 | 7/13/2018 | $90,340.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022122 | $262,355.64 | 9/28/2018 | 3500670 | 7/12/2018 | $15,048.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022122 | $262,355.64 | 9/28/2018 | 3500669 | 7/13/2018 | $46,878.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022122 | $262,355.64 | 9/28/2018 | 3500668 | 7/13/2018 | $16,604.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021405 | $719,979.63 | 9/27/2018 | 3500817 | 7/24/2018 | $28,098.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021405 | $719,979.63 | 9/27/2018 | 3500816 | 7/24/2018 | $72,852.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781021405 | $719,979.63 | 9/27/2018 | 3500815-104739 | 7/24/2018 | $54,454.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021405 | $719,979.63 | 9/27/2018 | 3500815-104738 | 7/24/2018 | $43.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022122 | $262,355.64 | 9/28/2018 | 3500683 | 7/13/2018 | $27,895.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021405 | $719,979.63 | 9/27/2018 | 3500804-104735 | 7/23/2018 | $54.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022122 | $262,355.64 | 9/28/2018 | 3500730 | 7/18/2018 | $63,367.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021405 | $719,979.63 | 9/27/2018 | 3500802 | 7/23/2018 | $15,378.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021405 | $719,979.63 | 9/27/2018 | 3500744 | 7/18/2018 | $70,775.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021405 | $719,979.63 | 9/27/2018 | 3500731 | 7/18/2018 | $78,822.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021405 | $719,979.63 | 9/27/2018 | 3500729 | 7/18/2018 | $83,038.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021405 | $719,979.63 | 9/27/2018 | 3500727 | 7/18/2018 | $96,931.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021405 | $719,979.63 | 9/27/2018 | 3500703 | 7/20/2018 | $126,438.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021405 | $719,979.63 | 9/27/2018 | 3500699 | 7/18/2018 | $16,384.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021405 | $719,979.63 | 9/27/2018 | 3500698 | 7/25/2018 | $22,402.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020780 | $192,115.54 | 9/26/2018 | 3500735 | 7/18/2018 | $42,692.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020780 | $192,115.54 | 9/26/2018 | 3500734 | 7/25/2018 | $31,707.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021405 | $719,979.63 | 9/27/2018 | 3500804-104736 | 7/23/2018 | $31,932.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022665 | $562,209.50 | 10/1/2018 | 3500807 | 7/23/2018 | $41,605.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023505 | $270.45 | 10/2/2018 | 8710K88489908A | 7/27/2018 | $7.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023505 | $270.45 | 10/2/2018 | 8710K88489782A | 7/27/2018 | $10.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023505 | $270.45 | 10/2/2018 | 8361AD72918A99A | 7/27/2018 | $30.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023505 | $270.45 | 10/2/2018 | 8361AD72918A98A | 7/27/2018 | $223.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022665 | $562,209.50 | 10/1/2018 | 3500825-104748 | 7/25/2018 | $57,720.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022665 | $562,209.50 | 10/1/2018 | 3500825-104746 | 7/25/2018 | $945.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022665 | $562,209.50 | 10/1/2018 | 3500814 | 7/18/2018 | $23,991.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022665 | $562,209.50 | 10/1/2018 | 3500813-104745 | 7/18/2018 | $68,926.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022665 | $562,209.50 | 10/1/2018 | 3500813-104743 | 7/18/2018 | $1,989.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022122 | $262,355.64 | 9/28/2018 | 3500682 | 7/13/2018 | $1,764.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781022665 | $562,209.50 | 10/1/2018 | 3500811 | 7/23/2018 | $30,848.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020780 | $192,115.54 | 9/26/2018 | 3500667 | 7/13/2018 | $39,931.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022665 | $562,209.50 | 10/1/2018 | 3500806 | 7/23/2018 | $40,590.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022665 | $562,209.50 | 10/1/2018 | 3500805 | 7/23/2018 | $28,275.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022665 | $562,209.50 | 10/1/2018 | 3500697-104742 | 7/12/2018 | $49,264.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022665 | $562,209.50 | 10/1/2018 | 3500697-104740 | 7/12/2018 | $533.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022665 | $562,209.50 | 10/1/2018 | 3500688 | 7/12/2018 | $39,159.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022665 | $562,209.50 | 10/1/2018 | 3500680 | 7/13/2018 | $59,466.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022665 | $562,209.50 | 10/1/2018 | 3500678 | 7/12/2018 | $94,339.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022122 | $262,355.64 | 9/28/2018 | 8710K88488530A | 7/25/2018 | $9.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022122 | $262,355.64 | 9/28/2018 | 8710K88487765A | 7/25/2018 | $1.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022122 | $262,355.64 | 9/28/2018 | 8710K88431374A | 7/25/2018 | $446.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022665 | $562,209.50 | 10/1/2018 | 3500812 | 7/23/2018 | $28,032.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017934 | $191,977.98 | 9/20/2018 | 3500693-104716 | 7/13/2018 | $520.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019145 | $43,418.88 | 9/24/2018 | 3500675 | 7/12/2018 | $3,480.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018655 | $456.35 | 9/21/2018 | 3500666 | 7/3/2018 | $360.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018655 | $456.35 | 9/21/2018 | 3500665 | 7/3/2018 | $120.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017934 | $191,977.98 | 9/20/2018 | 8710K88482964A | 7/17/2018 | $6.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017934 | $191,977.98 | 9/20/2018 | 8710K88479318A | 7/17/2018 | $7.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017934 | $191,977.98 | 9/20/2018 | 3500696 | 7/13/2018 | $380.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017934 | $191,977.98 | 9/20/2018 | 3500695-104724 | 7/13/2018 | $1,363.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017934 | $191,977.98 | 9/20/2018 | 3500695-104722 | 7/13/2018 | $174.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017934 | $191,977.98 | 9/20/2018 | 3500694-104721 | 7/13/2018 | $5,280.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020780 | $192,115.54 | 9/26/2018 | 3500733 | 7/18/2018 | $18,060.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017934 | $191,977.98 | 9/20/2018 | 3500693-104718 | 7/13/2018 | $12,960.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019145 | $43,418.88 | 9/24/2018 | 3500679-104727 | 7/13/2018 | $37,053.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017934 | $191,977.98 | 9/20/2018 | 3500692 | 7/13/2018 | $52,975.26 |

MKK Enterprises, Corp. (2219491)
Bankruptcy Case: Sears Holdings Corporation, et al.

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781017934 | $191,977.98 | 9/20/2018 | 3500691-104715 | 7/13/2018 | $19,140.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017934 | $191,977.98 | 9/20/2018 | 3500691-104714 | 7/13/2018 | $495.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017934 | $191,977.98 | 9/20/2018 | 3500690 | 7/13/2018 | $59,160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017934 | $191,977.98 | 9/20/2018 | 3500689 | 7/13/2018 | $627.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017934 | $191,977.98 | 9/20/2018 | 3500638 | 6/15/2018 | $54,423.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016389 | $234.89 | 9/18/2018 | 8710K88479907A | 7/13/2018 | $18.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016389 | $234.89 | 9/18/2018 | 8361AD71518A64A | 7/13/2018 | $28.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016389 | $234.89 | 9/18/2018 | 8361AD71518A63A | 7/13/2018 | $187.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023505 | $270.45 | 10/2/2018 | 8710K88492211A | 7/28/2018 | $8.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017934 | $191,977.98 | 9/20/2018 | 3500694-104719 | 7/13/2018 | $1,120.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019872 | $211,848.93 | 9/25/2018 | 3500706 | 7/25/2018 | $14,203.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015676 | $6,542.56 | 9/17/2018 | 8710K88477195A | 7/12/2018 | $25.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019872 | $211,848.93 | 9/25/2018 | 8361AD72218A86A | 7/20/2018 | $201.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019872 | $211,848.93 | 9/25/2018 | 8361AD02218A87A | 7/20/2018 | $25.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019872 | $211,848.93 | 9/25/2018 | 3500740-104733 | 7/18/2018 | $11,396.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019872 | $211,848.93 | 9/25/2018 | 3500740-104731 | 7/18/2018 | $184.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019872 | $211,848.93 | 9/25/2018 | 3500739 | 7/18/2018 | $69,027.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019872 | $211,848.93 | 9/25/2018 | 3500737 | 7/18/2018 | $17,745.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019872 | $211,848.93 | 9/25/2018 | 3500736 | 7/18/2018 | $11,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019872 | $211,848.93 | 9/25/2018 | 3500724 | 7/18/2018 | $420.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019872 | $211,848.93 | 9/25/2018 | 3500722 | 7/18/2018 | $496.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019145 | $43,418.88 | 9/24/2018 | 3500676 | 7/12/2018 | $2,880.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019872 | $211,848.93 | 9/25/2018 | 3500707 | 7/18/2018 | $2,158.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019145 | $43,418.88 | 9/24/2018 | 3500679-104725 | 7/13/2018 | $1,944.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019872 | $211,848.93 | 9/25/2018 | 3500704-104730 | 7/20/2018 | $4,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019872 | $211,848.93 | 9/25/2018 | 3500704-104728 | 7/20/2018 | $320.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019872 | $211,848.93 | 9/25/2018 | 3500702 | 7/20/2018 | $3,616.34 |

MKK Enterprises, Corp. (2219491)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781019872 | $211,848.93 | 9/25/2018 | 3500701 | 7/20/2018 | $5,220.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019872 | $211,848.93 | 9/25/2018 | 3500700 | 7/19/2018 | $18,176.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019872 | $211,848.93 | 9/25/2018 | 3500687 | 7/16/2018 | $9,641.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019872 | $211,848.93 | 9/25/2018 | 3500671 | 7/6/2018 | $32,463.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019145 | $43,418.88 | 9/24/2018 | 8710K88486049A | 7/19/2018 | $3.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019145 | $43,418.88 | 9/24/2018 | 8710K88486013A | 7/19/2018 | $11.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020780 | $192,115.54 | 9/26/2018 | 3500674 | 7/12/2018 | $59,884.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019872 | $211,848.93 | 9/25/2018 | 3500720 | 7/18/2018 | $10,659.00 |

**Totals:** 36 transfer(s), $3,785,037.02