**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Pepsi Bottling Ventures LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986806 | $4,652.07 | 7/31/2018 | 2030610371 | 6/25/2018 | $1,069.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980047 | $2,186.02 | 7/17/2018 | 1030115584-41323 | 6/12/2018 | $815.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993919 | $3,946.50 | 8/16/2018 | 2030714643 | 7/5/2018 | $372.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993919 | $3,946.50 | 8/16/2018 | 1030516985 | 7/5/2018 | $743.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993919 | $3,946.50 | 8/16/2018 | 1030414101 | 7/10/2018 | $369.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990263 | $4,098.32 | 8/9/2018 | 2450309154 | 6/29/2018 | $1,756.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990263 | $4,098.32 | 8/9/2018 | 2331617883 | 6/28/2018 | $689.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990263 | $4,098.32 | 8/9/2018 | 2030714613 | 7/2/2018 | $320.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990263 | $4,098.32 | 8/9/2018 | 1030714572 | 6/28/2018 | $455.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990263 | $4,098.32 | 8/9/2018 | 1030115817-41326 | 7/3/2018 | $973.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986806 | $4,652.07 | 7/31/2018 | 2450309125 | 6/26/2018 | $336.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993919 | $3,946.50 | 8/16/2018 | 2331617960-41329 | 7/5/2018 | $789.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986806 | $4,652.07 | 7/31/2018 | 2331617793 | 6/21/2018 | $959.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993919 | $3,946.50 | 8/16/2018 | 2450309209 | 7/9/2018 | $1,302.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986806 | $4,652.07 | 7/31/2018 | 1030516838 | 6/21/2018 | $508.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986806 | $4,652.07 | 7/31/2018 | 1030413965-41324 | 6/26/2018 | $876.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983341 | $4,706.76 | 7/24/2018 | 2631213526A | 10/24/2017 | $274.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983341 | $4,706.76 | 7/24/2018 | 2450309051 | 6/15/2018 | $1,695.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983341 | $4,706.76 | 7/24/2018 | 2331117526 | 6/14/2018 | $1,083.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983341 | $4,706.76 | 7/24/2018 | 2030714494 | 6/18/2018 | $407.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983341 | $4,706.76 | 7/24/2018 | 1032914506 | 6/14/2018 | $484.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983341 | $4,706.76 | 7/24/2018 | 1032825128 | 6/14/2018 | $390.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983341 | $4,706.76 | 7/24/2018 | 1030115670 | 6/19/2018 | $476.78 |

Pepsi Bottling Ventures LLC (2228433)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                    Exhibit A                                    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980047 | $2,186.02 | 7/17/2018 | 4503089999 | 6/8/2018 | $938.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980047 | $2,186.02 | 7/17/2018 | 2331617702 | 6/7/2018 | $743.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986806 | $4,652.07 | 7/31/2018 | 2450309099 | 6/22/2018 | $1,079.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004821 | $2,785.21 | 9/10/2018 | 1031914899 | 7/26/2018 | $654.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012375 | $2,669.52 | 9/24/2018 | 2331618302 | 8/9/2018 | $734.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012375 | $2,669.52 | 9/24/2018 | 2030714972 | 8/13/2018 | $601.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012375 | $2,669.52 | 9/24/2018 | 1030517456 | 8/9/2018 | $497.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008346 | $3,698.17 | 9/17/2018 | 2450309416 | 8/3/2018 | $1,732.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008346 | $3,698.17 | 9/17/2018 | 2331618229 | 8/2/2018 | $713.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008346 | $3,698.17 | 9/17/2018 | 2030610774 | 8/6/2018 | $42.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008346 | $3,698.17 | 9/17/2018 | 2030610773-41335 | 8/6/2018 | $820.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008346 | $3,698.17 | 9/17/2018 | 1032825677 | 8/2/2018 | $414.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008346 | $3,698.17 | 9/17/2018 | 1030116071 | 8/7/2018 | $359.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004821 | $2,785.21 | 9/10/2018 | 331617960B | 7/30/2018 | $31.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993919 | $3,946.50 | 8/16/2018 | 2030814440 | 7/9/2018 | $429.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004821 | $2,785.21 | 9/10/2018 | 2331618151 | 7/26/2018 | $942.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012375 | $2,669.52 | 9/24/2018 | 2450309472 | 8/10/2018 | $915.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004821 | $2,785.21 | 9/10/2018 | 1030414233-41333 | 7/31/2018 | $978.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001384 | $3,809.39 | 9/3/2018 | 2450309310 | 7/20/2018 | $1,613.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001384 | $3,809.39 | 9/3/2018 | 2331117958 | 7/19/2018 | $535.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001384 | $3,809.39 | 9/3/2018 | 2030610616-41330 | 7/23/2018 | $676.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001384 | $3,809.39 | 9/3/2018 | 1030517176 | 7/19/2018 | $265.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001384 | $3,809.39 | 9/3/2018 | 1030115915 | 7/24/2018 | $803.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997946 | $2,953.47 | 8/23/2018 | 2450309251 | 7/13/2018 | $1,096.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997946 | $2,953.47 | 8/23/2018 | 2331704722 | 7/12/2018 | $587.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997946 | $2,953.47 | 8/23/2018 | 2030610234A | 6/11/2018 | $581.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997946 | $2,953.47 | 8/23/2018 | 1030714767 | 7/17/2018 | $162.58 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780997946 | $2,953.47 | 8/23/2018 | 1030517072 | 7/12/2018 | $705.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004821 | $2,785.21 | 9/10/2018 | 2450108448 | 7/27/2018 | $306.27 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals: | 10 transfer(s), | $35,505.43 | | | | | |