**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant: **Pepsico Caribbean, Inc.**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990286 | $20,067.01 | 8/9/2018 | 8052424105 | 6/26/2018 | $552.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990286 | $20,067.01 | 8/9/2018 | 8052298235 | 6/22/2018 | $304.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990286 | $20,067.01 | 8/9/2018 | 8052305959 | 6/22/2018 | $839.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990286 | $20,067.01 | 8/9/2018 | 8052306322 | 6/22/2018 | $596.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990286 | $20,067.01 | 8/9/2018 | 8052409657 | 6/25/2018 | $372.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990286 | $20,067.01 | 8/9/2018 | 8052409819 | 6/25/2018 | $488.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990286 | $20,067.01 | 8/9/2018 | 8052409823 | 6/25/2018 | $641.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990286 | $20,067.01 | 8/9/2018 | 8052410084 | 6/25/2018 | $403.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990286 | $20,067.01 | 8/9/2018 | 8052494401-3528 | 6/27/2018 | $639.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990286 | $20,067.01 | 8/9/2018 | 8052410249 | 6/25/2018 | $676.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990286 | $20,067.01 | 8/9/2018 | 8052286028-3522 | 6/22/2018 | $488.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990286 | $20,067.01 | 8/9/2018 | 8052432808 | 6/26/2018 | $400.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990286 | $20,067.01 | 8/9/2018 | 8052433485 | 6/26/2018 | $537.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990286 | $20,067.01 | 8/9/2018 | 8052472468 | 6/27/2018 | $855.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990286 | $20,067.01 | 8/9/2018 | 8052475380 | 6/27/2018 | $134.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990286 | $20,067.01 | 8/9/2018 | 8052493373 | 6/27/2018 | $586.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990286 | $20,067.01 | 8/9/2018 | 8052493421 | 6/27/2018 | $349.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986830 | $18,704.33 | 7/31/2018 | 8052197617 | 6/20/2018 | $581.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990286 | $20,067.01 | 8/9/2018 | 8052410234-3526 | 6/25/2018 | $942.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986830 | $18,704.33 | 7/31/2018 | 8052250822 | 6/21/2018 | $576.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980069 | $14,826.93 | 7/17/2018 | 100000142-3474 | 6/5/2018 | $1,064.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986830 | $18,704.33 | 7/31/2018 | 8052197741 | 6/20/2018 | $724.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986830 | $18,704.33 | 7/31/2018 | 8052198105 | 6/20/2018 | $472.18 |

Pepsico Caribbean, Inc. (2228349)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020

Exhibit A

P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986830 | $18,704.33 | 7/31/2018 | 8052199151 | 6/20/2018 | $579.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986830 | $18,704.33 | 7/31/2018 | 8052199978 | 6/20/2018 | $298.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986830 | $18,704.33 | 7/31/2018 | 8052240009-3519 | 6/21/2018 | $291.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986830 | $18,704.33 | 7/31/2018 | 8052240017-3520 | 6/21/2018 | $155.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990286 | $20,067.01 | 8/9/2018 | 8052286203 | 6/22/2018 | $203.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986830 | $18,704.33 | 7/31/2018 | 8052250657 | 6/21/2018 | $433.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990286 | $20,067.01 | 8/9/2018 | 8052286202-3525 | 6/22/2018 | $699.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986830 | $18,704.33 | 7/31/2018 | 8052250823 | 6/21/2018 | $44.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986830 | $18,704.33 | 7/31/2018 | 8052286029 | 6/21/2018 | $37.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990286 | $20,067.01 | 8/9/2018 | 100000239-3482 | 6/28/2018 | $1,147.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990286 | $20,067.01 | 8/9/2018 | 100000452-3492 | 6/28/2018 | $1,125.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990286 | $20,067.01 | 8/9/2018 | 100000501-3496 | 6/27/2018 | $2,479.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990286 | $20,067.01 | 8/9/2018 | 8052178822-3518 | 6/22/2018 | $847.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990286 | $20,067.01 | 8/9/2018 | 8052239991 | 6/22/2018 | $1,184.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990286 | $20,067.01 | 8/9/2018 | 8052497446 | 6/27/2018 | $633.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986830 | $18,704.33 | 7/31/2018 | 8052244831 | 6/21/2018 | $669.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993945 | $22,196.23 | 8/16/2018 | 8052778997 | 7/4/2018 | $1,073.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993945 | $22,196.23 | 8/16/2018 | 8052737761 | 7/3/2018 | $853.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993945 | $22,196.23 | 8/16/2018 | 8052738147 | 7/3/2018 | $309.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993945 | $22,196.23 | 8/16/2018 | 8052744816 | 7/3/2018 | $670.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993945 | $22,196.23 | 8/16/2018 | 8052764757 | 7/4/2018 | $945.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993945 | $22,196.23 | 8/16/2018 | 8052768604 | 7/4/2018 | $268.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993945 | $22,196.23 | 8/16/2018 | 8052772714 | 7/4/2018 | $582.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993945 | $22,196.23 | 8/16/2018 | 8052773991 | 7/4/2018 | $514.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990286 | $20,067.01 | 8/9/2018 | 8052493444 | 6/27/2018 | $235.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993945 | $22,196.23 | 8/16/2018 | 8052777174 | 7/4/2018 | $261.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993945 | $22,196.23 | 8/16/2018 | 8052729673 | 7/2/2018 | $728.12 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780993945 | $22,196.23 | 8/16/2018 | 8052779062 | 7/4/2018 | $617.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993945 | $22,196.23 | 8/16/2018 | 8052779193 | 7/4/2018 | $392.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993945 | $22,196.23 | 8/16/2018 | 8052813073 | 7/5/2018 | $222.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993945 | $22,196.23 | 8/16/2018 | 8052813278 | 7/5/2018 | $404.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993945 | $22,196.23 | 8/16/2018 | 8052823753-3534 | 7/5/2018 | $699.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993945 | $22,196.23 | 8/16/2018 | 8052829703-3537 | 7/5/2018 | $407.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993945 | $22,196.23 | 8/16/2018 | 8052829853 | 7/5/2018 | $802.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993945 | $22,196.23 | 8/16/2018 | 8052777026 | 7/4/2018 | $472.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993945 | $22,196.23 | 8/16/2018 | 100000478-3495 | 7/5/2018 | $1,153.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990286 | $20,067.01 | 8/9/2018 | 8052498581 | 6/27/2018 | $475.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990286 | $20,067.01 | 8/9/2018 | 8052530165 | 6/28/2018 | $489.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990286 | $20,067.01 | 8/9/2018 | 8052530174 | 6/28/2018 | $219.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990286 | $20,067.01 | 8/9/2018 | 8052543654 | 6/28/2018 | $430.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990286 | $20,067.01 | 8/9/2018 | 8052548238 | 6/28/2018 | $154.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990286 | $20,067.01 | 8/9/2018 | 8052548281 | 6/28/2018 | $410.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993945 | $22,196.23 | 8/16/2018 | 100000164-3481 | 7/5/2018 | $3,022.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993945 | $22,196.23 | 8/16/2018 | 8052729843 | 7/2/2018 | $220.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993945 | $22,196.23 | 8/16/2018 | 100000248-3485 | 7/5/2018 | $1,926.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993945 | $22,196.23 | 8/16/2018 | 8052729797 | 7/2/2018 | $242.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993945 | $22,196.23 | 8/16/2018 | 100000527-3499 | 7/4/2018 | $2,290.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993945 | $22,196.23 | 8/16/2018 | 4037051329 | 7/2/2018 | $624.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993945 | $22,196.23 | 8/16/2018 | 8052530179 | 6/29/2018 | $834.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993945 | $22,196.23 | 8/16/2018 | 8052583299-3530 | 6/29/2018 | $466.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993945 | $22,196.23 | 8/16/2018 | 8052606564 | 6/29/2018 | $651.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993945 | $22,196.23 | 8/16/2018 | 8052606825-3532 | 6/29/2018 | $834.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993945 | $22,196.23 | 8/16/2018 | 8052729389 | 7/2/2018 | $335.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986830 | $18,704.33 | 7/31/2018 | 8052186359 | 6/20/2018 | $481.23 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780993945 | $22,196.23 | 8/16/2018 | 100000165 | 7/5/2018 | $65.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983364 | $20,918.09 | 7/24/2018 | 100000147-3477 | 6/12/2018 | $1,569.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980069 | $14,826.93 | 7/17/2018 | 8051607025-3511 | 6/6/2018 | $1,078.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980069 | $14,826.93 | 7/17/2018 | 8051607180 | 6/6/2018 | $352.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980069 | $14,826.93 | 7/17/2018 | 8051607208 | 6/6/2018 | $378.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980069 | $14,826.93 | 7/17/2018 | 8051648081 | 6/7/2018 | $199.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980069 | $14,826.93 | 7/17/2018 | 8051648086 | 6/7/2018 | $993.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980069 | $14,826.93 | 7/17/2018 | 8051654847 | 6/7/2018 | $471.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980069 | $14,826.93 | 7/17/2018 | 8051655940 | 6/7/2018 | $168.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983364 | $20,918.09 | 7/24/2018 | 8051823199-3515 | 6/11/2018 | $826.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980069 | $14,826.93 | 7/17/2018 | 8054524985-3545 | 6/4/2018 | $606.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980069 | $14,826.93 | 7/17/2018 | 8051599035 | 6/6/2018 | $255.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983364 | $20,918.09 | 7/24/2018 | 100000215 | 6/13/2018 | $1,074.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983364 | $20,918.09 | 7/24/2018 | 452-3506 | 6/14/2018 | $6,738.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983364 | $20,918.09 | 7/24/2018 | 8051698650 | 6/8/2018 | $272.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983364 | $20,918.09 | 7/24/2018 | 8051704373-3513 | 6/8/2018 | $564.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983364 | $20,918.09 | 7/24/2018 | 8051716265 | 6/8/2018 | $1,078.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983364 | $20,918.09 | 7/24/2018 | 8051716628 | 6/8/2018 | $525.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986830 | $18,704.33 | 7/31/2018 | 8052197723 | 6/20/2018 | $401.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980069 | $14,826.93 | 7/17/2018 | 8051657421 | 6/7/2018 | $647.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980069 | $14,826.93 | 7/17/2018 | 8051526616 | 6/4/2018 | $430.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980069 | $14,826.93 | 7/17/2018 | 100000207 | 6/6/2018 | $1,518.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980069 | $14,826.93 | 7/17/2018 | 100000392-3487 | 6/7/2018 | $1,645.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980069 | $14,826.93 | 7/17/2018 | 151524978 | 6/5/2018 | $282.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980069 | $14,826.93 | 7/17/2018 | 358557 | 6/6/2018 | $1.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980069 | $14,826.93 | 7/17/2018 | 8051445351 | 6/1/2018 | $53.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980069 | $14,826.93 | 7/17/2018 | 8051445395 | 6/1/2018 | $736.74 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980069 | $14,826.93 | 7/17/2018 | 8051446644 | 6/1/2018 | $864.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980069 | $14,826.93 | 7/17/2018 | 8051606905 | 6/6/2018 | $267.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980069 | $14,826.93 | 7/17/2018 | 8051525769 | 6/4/2018 | $961.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980069 | $14,826.93 | 7/17/2018 | 8051606864 | 6/6/2018 | $534.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980069 | $14,826.93 | 7/17/2018 | 8051526658 | 6/4/2018 | $474.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980069 | $14,826.93 | 7/17/2018 | 8051537764-3507 | 6/5/2018 | $851.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980069 | $14,826.93 | 7/17/2018 | 8051556556 | 6/5/2018 | $246.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980069 | $14,826.93 | 7/17/2018 | 8051557742 | 6/5/2018 | $641.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980069 | $14,826.93 | 7/17/2018 | 8051586998-3509 | 6/6/2018 | $866.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980069 | $14,826.93 | 7/17/2018 | 8051586999 | 6/6/2018 | $42.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980069 | $14,826.93 | 7/17/2018 | 8051587000 | 6/6/2018 | $148.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983364 | $20,918.09 | 7/24/2018 | 8051823230 | 6/11/2018 | $252.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980069 | $14,826.93 | 7/17/2018 | 8051460726 | 6/1/2018 | $477.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986830 | $18,704.33 | 7/31/2018 | 8052104747 | 6/18/2018 | $743.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986830 | $18,704.33 | 7/31/2018 | 100000431-3491 | 6/21/2018 | $1,281.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986830 | $18,704.33 | 7/31/2018 | 101000028-3503 | 6/21/2018 | $1,315.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986830 | $18,704.33 | 7/31/2018 | 8051989124 | 6/15/2018 | $751.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986830 | $18,704.33 | 7/31/2018 | 8051995199 | 6/15/2018 | $660.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986830 | $18,704.33 | 7/31/2018 | 8051995302 | 6/15/2018 | $1,014.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986830 | $18,704.33 | 7/31/2018 | 8052007144 | 6/15/2018 | $348.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986830 | $18,704.33 | 7/31/2018 | 8052007397 | 6/15/2018 | $661.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983364 | $20,918.09 | 7/24/2018 | 8051821044 | 6/11/2018 | $443.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986830 | $18,704.33 | 7/31/2018 | 8052102793 | 6/18/2018 | $460.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983364 | $20,918.09 | 7/24/2018 | 8051956007 | 6/14/2018 | $213.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986830 | $18,704.33 | 7/31/2018 | 8052104775 | 6/19/2018 | $424.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986830 | $18,704.33 | 7/31/2018 | 8052104832 | 6/18/2018 | $366.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986830 | $18,704.33 | 7/31/2018 | 8052105875 | 6/18/2018 | $524.38 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986830 | $18,704.33 | 7/31/2018 | 8052105892 | 6/18/2018 | $671.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986830 | $18,704.33 | 7/31/2018 | 8052132797 | 6/19/2018 | $1,130.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986830 | $18,704.33 | 7/31/2018 | 8052145030 | 6/19/2018 | $208.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986830 | $18,704.33 | 7/31/2018 | 8052145304 | 6/19/2018 | $470.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986830 | $18,704.33 | 7/31/2018 | 8052007864 | 6/15/2018 | $487.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983364 | $20,918.09 | 7/24/2018 | 8051903240 | 6/13/2018 | $303.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983364 | $20,918.09 | 7/24/2018 | 8051823698 | 6/11/2018 | $2,040.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983364 | $20,918.09 | 7/24/2018 | 8051823713 | 6/11/2018 | $582.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983364 | $20,918.09 | 7/24/2018 | 8051836654 | 6/12/2018 | $689.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983364 | $20,918.09 | 7/24/2018 | 8051845388 | 6/12/2018 | $140.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983364 | $20,918.09 | 7/24/2018 | 8051845392 | 6/12/2018 | $14.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983364 | $20,918.09 | 7/24/2018 | 8051852729 | 6/12/2018 | $310.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983364 | $20,918.09 | 7/24/2018 | 8051881801 | 6/13/2018 | $625.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986830 | $18,704.33 | 7/31/2018 | 100000415-3488 | 6/15/2018 | $1,588.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983364 | $20,918.09 | 7/24/2018 | 8051896805 | 6/13/2018 | $646.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986830 | $18,704.33 | 7/31/2018 | 100000157-3479 | 6/19/2018 | $1,298.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983364 | $20,918.09 | 7/24/2018 | 8051903260 | 6/13/2018 | $475.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983364 | $20,918.09 | 7/24/2018 | 8051903417 | 6/13/2018 | $284.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983364 | $20,918.09 | 7/24/2018 | 8051903669 | 6/13/2018 | $621.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983364 | $20,918.09 | 7/24/2018 | 8051903709 | 6/13/2018 | $413.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983364 | $20,918.09 | 7/24/2018 | 8051942902 | 6/14/2018 | $151.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983364 | $20,918.09 | 7/24/2018 | 8051950601 | 6/14/2018 | $514.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983364 | $20,918.09 | 7/24/2018 | 8051956006 | 6/14/2018 | $476.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997969 | $23,553.54 | 8/23/2018 | 100000552-3501 | 7/11/2018 | $3,199.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983364 | $20,918.09 | 7/24/2018 | 8051883172 | 6/13/2018 | $1,015.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008370 | $15,978.56 | 9/17/2018 | 8053870865 | 7/30/2018 | $606.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008370 | $15,978.56 | 9/17/2018 | 53882677A | 7/31/2018 | $853.24 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008370 | $15,978.56 | 9/17/2018 | 8043513157 | 11/15/2017 | $1,292.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008370 | $15,978.56 | 9/17/2018 | 804745514B | 2/21/2018 | $113.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008370 | $15,978.56 | 9/17/2018 | 8053735732 | 7/27/2018 | $103.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008370 | $15,978.56 | 9/17/2018 | 8053736485 | 7/27/2018 | $680.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008370 | $15,978.56 | 9/17/2018 | 8053751115 | 7/27/2018 | $217.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008370 | $15,978.56 | 9/17/2018 | 8053758136 | 7/27/2018 | $587.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008370 | $15,978.56 | 9/17/2018 | 8053934283-10536 | 8/1/2018 | $1,354.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008370 | $15,978.56 | 9/17/2018 | 8053870106 | 7/30/2018 | $271.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008370 | $15,978.56 | 9/17/2018 | 100000282-10529 | 8/2/2018 | $1,464.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008370 | $15,978.56 | 9/17/2018 | 8053870884 | 7/30/2018 | $522.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008370 | $15,978.56 | 9/17/2018 | 8053870903 | 7/30/2018 | $287.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008370 | $15,978.56 | 9/17/2018 | 8053870948-10534 | 7/30/2018 | $747.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008370 | $15,978.56 | 9/17/2018 | 8053870963 | 7/30/2018 | $404.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008370 | $15,978.56 | 9/17/2018 | 8053883562 | 7/31/2018 | $275.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008370 | $15,978.56 | 9/17/2018 | 8053901245 | 7/31/2018 | $170.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997969 | $23,553.54 | 8/23/2018 | 100000252 | 7/12/2018 | $1,526.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008370 | $15,978.56 | 9/17/2018 | 8053758208-10532 | 7/27/2018 | $772.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004844 | $17,295.62 | 9/10/2018 | 8053646067-10525 | 7/25/2018 | $621.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004844 | $17,295.62 | 9/10/2018 | 8053580283 | 7/24/2018 | $333.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004844 | $17,295.62 | 9/10/2018 | 8053580346 | 7/24/2018 | $706.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004844 | $17,295.62 | 9/10/2018 | 8053596144 | 7/24/2018 | $120.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004844 | $17,295.62 | 9/10/2018 | 8053596172 | 7/24/2018 | $215.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004844 | $17,295.62 | 9/10/2018 | 8053628642 | 7/25/2018 | $648.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004844 | $17,295.62 | 9/10/2018 | 8053644558 | 7/25/2018 | $416.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004844 | $17,295.62 | 9/10/2018 | 8053645613 | 7/25/2018 | $386.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008370 | $15,978.56 | 9/17/2018 | 100000606 | 7/31/2018 | $1,894.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004844 | $17,295.62 | 9/10/2018 | 8053646017 | 7/25/2018 | $284.40 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008370 | $15,978.56 | 9/17/2018 | 100000574-10530 | 8/2/2018 | $1,373.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004844 | $17,295.62 | 9/10/2018 | 8053646405 | 7/25/2018 | $362.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004844 | $17,295.62 | 9/10/2018 | 8053681068 | 7/26/2018 | $193.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004844 | $17,295.62 | 9/10/2018 | 8053681073 | 7/26/2018 | $884.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004844 | $17,295.62 | 9/10/2018 | 8053694459 | 7/26/2018 | $575.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004844 | $17,295.62 | 9/10/2018 | 8053698117 | 7/26/2018 | $227.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004844 | $17,295.62 | 9/10/2018 | 8053700069 | 7/26/2018 | $445.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008370 | $15,978.56 | 9/17/2018 | 100000187-10528 | 7/31/2018 | $1,227.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008370 | $15,978.56 | 9/17/2018 | 8053946677 | 8/1/2018 | $453.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004844 | $17,295.62 | 9/10/2018 | 8053645742 | 7/25/2018 | $586.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012397 | $17,376.43 | 9/24/2018 | 8054237989 | 8/8/2018 | $246.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012397 | $17,376.43 | 9/24/2018 | 8054164252 | 8/6/2018 | $256.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012397 | $17,376.43 | 9/24/2018 | 8054164337 | 8/6/2018 | $247.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012397 | $17,376.43 | 9/24/2018 | 8054164395-10545 | 8/8/2018 | $1,293.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012397 | $17,376.43 | 9/24/2018 | 8054164404 | 8/6/2018 | $391.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012397 | $17,376.43 | 9/24/2018 | 8054174778 | 8/7/2018 | $517.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012397 | $17,376.43 | 9/24/2018 | 8054187866 | 8/7/2018 | $141.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012397 | $17,376.43 | 9/24/2018 | 8054218481-10547 | 8/8/2018 | $851.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008370 | $15,978.56 | 9/17/2018 | 8053907615 | 7/31/2018 | $293.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012397 | $17,376.43 | 9/24/2018 | 8054237952 | 8/8/2018 | $254.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012397 | $17,376.43 | 9/24/2018 | 8054058597 | 8/3/2018 | $387.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012397 | $17,376.43 | 9/24/2018 | 8054241206 | 8/8/2018 | $499.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012397 | $17,376.43 | 9/24/2018 | 8054242952 | 8/8/2018 | $203.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012397 | $17,376.43 | 9/24/2018 | 8054270458 | 8/9/2018 | $148.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012397 | $17,376.43 | 9/24/2018 | 8054270463 | 8/9/2018 | $604.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012397 | $17,376.43 | 9/24/2018 | 8054290685 | 8/9/2018 | $462.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012397 | $17,376.43 | 9/24/2018 | 8054290725 | 8/9/2018 | $206.72 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781012397 | $17,376.43 | 9/24/2018 | 8054291508 | 8/9/2018 | $520.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012397 | $17,376.43 | 9/24/2018 | 8054237194 | 8/8/2018 | $392.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012397 | $17,376.43 | 9/24/2018 | 100000290 | 8/9/2018 | $613.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008370 | $15,978.56 | 9/17/2018 | 8053959149 | 8/1/2018 | $410.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008370 | $15,978.56 | 9/17/2018 | 8053959633 | 8/1/2018 | $600.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008370 | $15,978.56 | 9/17/2018 | 8053960114 | 8/1/2018 | $456.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008370 | $15,978.56 | 9/17/2018 | 8054000745 | 8/2/2018 | $136.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008370 | $15,978.56 | 9/17/2018 | 8054000750-10538 | 8/2/2018 | $540.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008370 | $15,978.56 | 9/17/2018 | 8054016132 | 8/2/2018 | $477.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008370 | $15,978.56 | 9/17/2018 | 8054016365 | 8/2/2018 | $115.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012397 | $17,376.43 | 9/24/2018 | 8054164239 | 8/6/2018 | $803.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012397 | $17,376.43 | 9/24/2018 | 100000196-10541 | 8/7/2018 | $1,961.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012397 | $17,376.43 | 9/24/2018 | 8054164016 | 8/6/2018 | $318.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012397 | $17,376.43 | 9/24/2018 | 100000598-10543 | 8/9/2018 | $1,983.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012397 | $17,376.43 | 9/24/2018 | 100000627 | 8/7/2018 | $3,257.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012397 | $17,376.43 | 9/24/2018 | 1010000019 | 8/7/2018 | $83.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012397 | $17,376.43 | 9/24/2018 | 8054040595 | 8/3/2018 | $287.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012397 | $17,376.43 | 9/24/2018 | 8054041138 | 8/3/2018 | $514.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012397 | $17,376.43 | 9/24/2018 | 8054058100 | 8/3/2018 | $613.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012397 | $17,376.43 | 9/24/2018 | 8054058478 | 8/3/2018 | $766.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004844 | $17,295.62 | 9/10/2018 | 8053570658 | 7/23/2018 | $154.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008370 | $15,978.56 | 9/17/2018 | 8054017036 | 8/2/2018 | $374.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997969 | $23,553.54 | 8/23/2018 | 8053113913 | 7/12/2018 | $406.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997969 | $23,553.54 | 8/23/2018 | 8053041870 | 7/11/2018 | $246.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997969 | $23,553.54 | 8/23/2018 | 8053059149 | 7/11/2018 | $951.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997969 | $23,553.54 | 8/23/2018 | 8053059324 | 7/11/2018 | $332.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997969 | $23,553.54 | 8/23/2018 | 8053059449 | 7/11/2018 | $1,205.29 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780997969 | $23,553.54 | 8/23/2018 | 8053059703 | 7/11/2018 | $811.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997969 | $23,553.54 | 8/23/2018 | 8053060331 | 7/11/2018 | $550.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997969 | $23,553.54 | 8/23/2018 | 8053101013 | 7/12/2018 | $298.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004844 | $17,295.62 | 9/10/2018 | 8053570737 | 7/23/2018 | $351.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997969 | $23,553.54 | 8/23/2018 | 8053113663 | 7/12/2018 | $321.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997969 | $23,553.54 | 8/23/2018 | 8053009466-3542 | 7/10/2018 | $918.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997969 | $23,553.54 | 8/23/2018 | 8053148124 | 7/12/2018 | $21.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997969 | $23,553.54 | 8/23/2018 | 805350794 | 7/11/2018 | $280.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001403 | $17,147.26 | 9/3/2018 | 100000171-10508 | 7/13/2018 | $2,125.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001403 | $17,147.26 | 9/3/2018 | 100000174-10509 | 7/17/2018 | $1,030.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001403 | $17,147.26 | 9/3/2018 | 100000259 | 7/18/2018 | $1,498.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001403 | $17,147.26 | 9/3/2018 | 100000524-10511 | 7/19/2018 | $1,376.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001403 | $17,147.26 | 9/3/2018 | 100000573-10513 | 7/18/2018 | $1,885.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997969 | $23,553.54 | 8/23/2018 | 8053113635 | 7/12/2018 | $397.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997969 | $23,553.54 | 8/23/2018 | 8052986247 | 7/9/2018 | $1,011.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012397 | $17,376.43 | 9/24/2018 | 8054333967 | 8/9/2018 | $47.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997969 | $23,553.54 | 8/23/2018 | 368027 | 7/11/2018 | $7.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997969 | $23,553.54 | 8/23/2018 | 4037378289 | 7/12/2018 | $933.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997969 | $23,553.54 | 8/23/2018 | 8052863811 | 7/6/2018 | $659.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997969 | $23,553.54 | 8/23/2018 | 8052864582 | 7/6/2018 | $678.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997969 | $23,553.54 | 8/23/2018 | 8052879075 | 7/6/2018 | $309.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997969 | $23,553.54 | 8/23/2018 | 8052883502 | 7/6/2018 | $929.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997969 | $23,553.54 | 8/23/2018 | 8053041443 | 7/11/2018 | $1,139.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997969 | $23,553.54 | 8/23/2018 | 8052986108 | 7/9/2018 | $651.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997969 | $23,553.54 | 8/23/2018 | 8053041342 | 7/10/2018 | $28.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997969 | $23,553.54 | 8/23/2018 | 8052986258 | 7/9/2018 | $352.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997969 | $23,553.54 | 8/23/2018 | 8052986335-3540 | 7/9/2018 | $627.08 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780997969 | $23,553.54 | 8/23/2018 | 8052986381 | 7/9/2018 | $781.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997969 | $23,553.54 | 8/23/2018 | 8053001362 | 7/11/2018 | $1,304.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997969 | $23,553.54 | 8/23/2018 | 8053001514 | 7/10/2018 | $295.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997969 | $23,553.54 | 8/23/2018 | 8053008898 | 7/10/2018 | $176.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997969 | $23,553.54 | 8/23/2018 | 8053009016 | 7/10/2018 | $453.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001403 | $17,147.26 | 9/3/2018 | 8053169434 | 7/13/2018 | $736.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997969 | $23,553.54 | 8/23/2018 | 8052883765-3538 | 7/6/2018 | $1,362.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004844 | $17,295.62 | 9/10/2018 | 8053442087 | 7/20/2018 | $228.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001403 | $17,147.26 | 9/3/2018 | 8053147737 | 7/13/2018 | $188.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001403 | $17,147.26 | 9/3/2018 | 8053407066 | 7/19/2018 | $490.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001403 | $17,147.26 | 9/3/2018 | 8053407104 | 7/19/2018 | $142.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001403 | $17,147.26 | 9/3/2018 | 8053407281 | 7/19/2018 | $489.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004844 | $17,295.62 | 9/10/2018 | 100000181-10520 | 7/24/2018 | $1,925.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004844 | $17,295.62 | 9/10/2018 | 100000267 | 7/23/2018 | $929.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004844 | $17,295.62 | 9/10/2018 | 100000272-10521 | 7/26/2018 | $359.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001403 | $17,147.26 | 9/3/2018 | 8053387478 | 7/19/2018 | $122.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004844 | $17,295.62 | 9/10/2018 | 100000579 | 7/24/2018 | $2,205.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001403 | $17,147.26 | 9/3/2018 | 8053355318 | 7/18/2018 | $272.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004844 | $17,295.62 | 9/10/2018 | 8053442643-10523 | 7/20/2018 | $624.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004844 | $17,295.62 | 9/10/2018 | 8053455320 | 7/20/2018 | $225.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004844 | $17,295.62 | 9/10/2018 | 8053461206 | 7/20/2018 | $719.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004844 | $17,295.62 | 9/10/2018 | 8053462472 | 7/20/2018 | $513.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004844 | $17,295.62 | 9/10/2018 | 8053570342 | 7/23/2018 | $202.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004844 | $17,295.62 | 9/10/2018 | 8053570601 | 7/23/2018 | $883.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004844 | $17,295.62 | 9/10/2018 | 8053570614 | 7/23/2018 | $308.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997969 | $23,553.54 | 8/23/2018 | 100000500 | 7/12/2018 | $988.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004844 | $17,295.62 | 9/10/2018 | 100000550 | 7/26/2018 | $1,209.53 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781001403 | $17,147.26 | 9/3/2018 | 8053293354 | 7/17/2018 | $151.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004844 | $17,295.62 | 9/10/2018 | 8053570725 | 7/23/2018 | $669.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001403 | $17,147.26 | 9/3/2018 | 8053169616 | 7/13/2018 | $875.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001403 | $17,147.26 | 9/3/2018 | 8053278514 | 7/16/2018 | $303.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001403 | $17,147.26 | 9/3/2018 | 8053278623 | 7/16/2018 | $841.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001403 | $17,147.26 | 9/3/2018 | 8053278633 | 7/16/2018 | $348.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001403 | $17,147.26 | 9/3/2018 | 8053278743 | 7/16/2018 | $508.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001403 | $17,147.26 | 9/3/2018 | 8053278795 | 7/16/2018 | $442.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001403 | $17,147.26 | 9/3/2018 | 8053387483 | 7/19/2018 | $419.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001403 | $17,147.26 | 9/3/2018 | 8053288459 | 7/17/2018 | $521.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001403 | $17,147.26 | 9/3/2018 | 8053148123 | 7/13/2018 | $557.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001403 | $17,147.26 | 9/3/2018 | 8053307936 | 7/17/2018 | $448.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001403 | $17,147.26 | 9/3/2018 | 8053332017 | 7/18/2018 | $595.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001403 | $17,147.26 | 9/3/2018 | 8053353964 | 7/18/2018 | $435.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001403 | $17,147.26 | 9/3/2018 | 8053354215 | 7/19/2018 | $145.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001403 | $17,147.26 | 9/3/2018 | 8053354331 | 7/18/2018 | $228.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001403 | $17,147.26 | 9/3/2018 | 8053354464-10515 | 7/18/2018 | $600.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001403 | $17,147.26 | 9/3/2018 | 8053354531-10518 | 7/18/2018 | $1,206.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001403 | $17,147.26 | 9/3/2018 | 8053354978 | 7/18/2018 | $326.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001403 | $17,147.26 | 9/3/2018 | 8053287972 | 7/17/2018 | $430.03 |

Totals:    10 transfer(s),    $188,064.00