

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Pepsi-Cola Bottling Company of New York, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990281 | $29,938.26 | 8/9/2018 | 58986122-2275 | 6/22/2018 | $1,246.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990281 | $29,938.26 | 8/9/2018 | 6423506-2318 | 6/27/2018 | $966.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990281 | $29,938.26 | 8/9/2018 | 46910194-2218 | 6/22/2018 | $63.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990281 | $29,938.26 | 8/9/2018 | 46910194-2219 | 6/22/2018 | $1,057.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990281 | $29,938.26 | 8/9/2018 | 46910206-2220 | 6/25/2018 | $19.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990281 | $29,938.26 | 8/9/2018 | 46910206-2221 | 6/25/2018 | $681.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990281 | $29,938.26 | 8/9/2018 | 46910277-2222 | 6/28/2018 | $52.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990281 | $29,938.26 | 8/9/2018 | 46910277-2223 | 6/28/2018 | $1,101.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990281 | $29,938.26 | 8/9/2018 | 58025368-2246 | 6/26/2018 | $28.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990281 | $29,938.26 | 8/9/2018 | 42808887-2198 | 6/28/2018 | $240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990281 | $29,938.26 | 8/9/2018 | 58986122-2274 | 6/22/2018 | $48.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990281 | $29,938.26 | 8/9/2018 | 42808882-2197 | 6/28/2018 | $1,704.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990281 | $29,938.26 | 8/9/2018 | 58986123-2277 | 6/25/2018 | $31.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990281 | $29,938.26 | 8/9/2018 | 58986123-2278 | 6/25/2018 | $696.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990281 | $29,938.26 | 8/9/2018 | 58986227-2279 | 6/28/2018 | $51.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990281 | $29,938.26 | 8/9/2018 | 58986227-2280 | 6/28/2018 | $1,189.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990281 | $29,938.26 | 8/9/2018 | 62104309-2295 | 6/28/2018 | $39.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990281 | $29,938.26 | 8/9/2018 | 62104309-2296 | 6/28/2018 | $614.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990281 | $29,938.26 | 8/9/2018 | 63734450-2311 | 6/28/2018 | $522.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993940 | $34,785.83 | 8/16/2018 | 6423617-2319 | 7/3/2018 | $55.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990281 | $29,938.26 | 8/9/2018 | 58025368-2247 | 6/26/2018 | $713.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990281 | $29,938.26 | 8/9/2018 | 21943084-2142 | 6/26/2018 | $24.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986825 | $14,635.15 | 7/31/2018 | 65857987-2335 | 6/20/2018 | $40.80 |

Pepsi-Cola Bottling Company of New York, Inc. (2228353)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020

Exhibit A

P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986825 | $14,635.15 | 7/31/2018 | 65857987-2336 | 6/20/2018 | $865.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986825 | $14,635.15 | 7/31/2018 | 8452331-2355 | 6/20/2018 | $65.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986825 | $14,635.15 | 7/31/2018 | 8452331-2357 | 6/20/2018 | $1,252.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986825 | $14,635.15 | 7/31/2018 | 92121911-2372 | 6/19/2018 | $81.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986825 | $14,635.15 | 7/31/2018 | 92121911-2374 | 6/19/2018 | $917.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986825 | $14,635.15 | 7/31/2018 | 92820899-2391 | 6/20/2018 | $47.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986825 | $14,635.15 | 7/31/2018 | 92820899-2392 | 6/20/2018 | $570.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990281 | $29,938.26 | 8/9/2018 | 42808887-2199 | 6/28/2018 | $2,299.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986825 | $14,635.15 | 7/31/2018 | 95601379-2413 | 6/19/2018 | $1,569.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990281 | $29,938.26 | 8/9/2018 | 65562906-2333 | 6/27/2018 | $78.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990281 | $29,938.26 | 8/9/2018 | 21943084-2143 | 6/26/2018 | $601.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990281 | $29,938.26 | 8/9/2018 | 35078034-2165 | 6/22/2018 | $48.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990281 | $29,938.26 | 8/9/2018 | 35078034-2166 | 6/22/2018 | $653.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990281 | $29,938.26 | 8/9/2018 | 42609683-2182 | 6/22/2018 | $220.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990281 | $29,938.26 | 8/9/2018 | 42609683-2183 | 6/22/2018 | $3,333.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990281 | $29,938.26 | 8/9/2018 | 42609711-2184 | 6/26/2018 | $254.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990281 | $29,938.26 | 8/9/2018 | 42609711-2185 | 6/26/2018 | $5,468.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990281 | $29,938.26 | 8/9/2018 | 42808882-2196 | 6/28/2018 | $54.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986825 | $14,635.15 | 7/31/2018 | 95601379-2412 | 6/19/2018 | $89.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993940 | $34,785.83 | 8/16/2018 | 58986276-2284 | 7/2/2018 | $1,215.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990281 | $29,938.26 | 8/9/2018 | 6423506-2317 | 6/27/2018 | $61.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993940 | $34,785.83 | 8/16/2018 | 42808895-2204 | 7/4/2018 | $313.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993940 | $34,785.83 | 8/16/2018 | 42808895-2205 | 7/4/2018 | $4,300.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993940 | $34,785.83 | 8/16/2018 | 46910287-2225 | 6/29/2018 | $20.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993940 | $34,785.83 | 8/16/2018 | 46910287-2226 | 6/29/2018 | $681.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993940 | $34,785.83 | 8/16/2018 | 46910302-2227 | 7/2/2018 | $19.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993940 | $34,785.83 | 8/16/2018 | 46910302-2228 | 7/2/2018 | $681.84 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780993940 | $34,785.83 | 8/16/2018 | 46910347-2229 | 7/5/2018 | $92.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993940 | $34,785.83 | 8/16/2018 | 42808890-2200 | 6/29/2018 | $349.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993940 | $34,785.83 | 8/16/2018 | 58986276-2282 | 7/2/2018 | $44.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993940 | $34,785.83 | 8/16/2018 | 42609799-2187 | 7/2/2018 | $4,655.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993940 | $34,785.83 | 8/16/2018 | 58986312-2285 | 7/3/2018 | $42.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993940 | $34,785.83 | 8/16/2018 | 58986312-2286 | 7/3/2018 | $1,080.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993940 | $34,785.83 | 8/16/2018 | 58986356-2287 | 7/5/2018 | $15.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993940 | $34,785.83 | 8/16/2018 | 58986356-2288 | 7/5/2018 | $458.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993940 | $34,785.83 | 8/16/2018 | 62104552-2297 | 7/5/2018 | $53.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993940 | $34,785.83 | 8/16/2018 | 62104552-2298 | 7/5/2018 | $1,214.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993940 | $34,785.83 | 8/16/2018 | 63633565-2301 | 7/5/2018 | $3.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980064 | $19,060.52 | 7/17/2018 | 21942374-2134 | 6/6/2018 | $84.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993940 | $34,785.83 | 8/16/2018 | 46910347-2230 | 7/5/2018 | $2,062.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990281 | $29,938.26 | 8/9/2018 | 95550947-2411 | 6/27/2018 | $1,499.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990281 | $29,938.26 | 8/9/2018 | 65562906-2334 | 6/27/2018 | $1,805.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990281 | $29,938.26 | 8/9/2018 | 65858052-2338 | 6/27/2018 | $22.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990281 | $29,938.26 | 8/9/2018 | 65858052-2339 | 6/27/2018 | $263.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990281 | $29,938.26 | 8/9/2018 | 8452357-2358 | 6/27/2018 | $85.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990281 | $29,938.26 | 8/9/2018 | 8452357-2359 | 6/27/2018 | $1,334.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990281 | $29,938.26 | 8/9/2018 | 92122419-2375 | 6/26/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990281 | $29,938.26 | 8/9/2018 | 92122419-2376 | 6/26/2018 | $834.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990281 | $29,938.26 | 8/9/2018 | 92821217-2393 | 6/27/2018 | $40.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993940 | $34,785.83 | 8/16/2018 | 42808890-2201 | 6/29/2018 | $3,535.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990281 | $29,938.26 | 8/9/2018 | 95550947-2410 | 6/27/2018 | $71.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986825 | $14,635.15 | 7/31/2018 | 62103943-2294 | 6/20/2018 | $633.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993940 | $34,785.83 | 8/16/2018 | 21943267-2146 | 7/3/2018 | $64.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993940 | $34,785.83 | 8/16/2018 | 21943267-2147 | 7/3/2018 | $1,292.48 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780993940 | $34,785.83 | 8/16/2018 | 25294008-2150 | 7/3/2018 | $269.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993940 | $34,785.83 | 8/16/2018 | 25294008-2151 | 7/3/2018 | $4,098.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993940 | $34,785.83 | 8/16/2018 | 33517235-2160 | 6/29/2018 | $359.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993940 | $34,785.83 | 8/16/2018 | 35078045-2167 | 6/29/2018 | $52.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993940 | $34,785.83 | 8/16/2018 | 35078045-2169 | 6/29/2018 | $1,509.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993940 | $34,785.83 | 8/16/2018 | 42609799-2186 | 7/2/2018 | $411.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990281 | $29,938.26 | 8/9/2018 | 92821217-2394 | 6/27/2018 | $403.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983359 | $14,129.70 | 7/24/2018 | 21942620-2136 | 6/12/2018 | $49.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986825 | $14,635.15 | 7/31/2018 | 6423392-2316 | 6/20/2018 | $757.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980064 | $19,060.52 | 7/17/2018 | 66603258-2349 | 6/6/2018 | $805.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980064 | $19,060.52 | 7/17/2018 | 8600202-2362 | 6/6/2018 | $66.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980064 | $19,060.52 | 7/17/2018 | 8600202-2363 | 6/6/2018 | $802.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980064 | $19,060.52 | 7/17/2018 | 92121438-2368 | 6/6/2018 | $88.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980064 | $19,060.52 | 7/17/2018 | 92121438-2369 | 6/6/2018 | $1,410.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980064 | $19,060.52 | 7/17/2018 | 92820005-2387 | 6/6/2018 | $28.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980064 | $19,060.52 | 7/17/2018 | 92820005-2388 | 6/6/2018 | $359.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980064 | $19,060.52 | 7/17/2018 | 6587784-2343 | 6/5/2018 | $907.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980064 | $19,060.52 | 7/17/2018 | 94894219-2398 | 6/6/2018 | $1,119.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980064 | $19,060.52 | 7/17/2018 | 6587784-2342 | 6/5/2018 | $83.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983359 | $14,129.70 | 7/24/2018 | 21942620-2137 | 6/12/2018 | $870.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983359 | $14,129.70 | 7/24/2018 | 26031672-2152 | 6/14/2018 | $45.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983359 | $14,129.70 | 7/24/2018 | 26031672-2153 | 6/14/2018 | $739.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983359 | $14,129.70 | 7/24/2018 | 33516972-2156 | 6/12/2018 | $16.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983359 | $14,129.70 | 7/24/2018 | 33516972-2157 | 6/12/2018 | $734.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983359 | $14,129.70 | 7/24/2018 | 33517008-2158 | 6/14/2018 | $8.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983359 | $14,129.70 | 7/24/2018 | 33517008-2159 | 6/14/2018 | $207.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983359 | $14,129.70 | 7/24/2018 | 42609260-2174 | 6/8/2018 | $14.40 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980064 | $19,060.52 | 7/17/2018 | 94894219-2397 | 6/6/2018 | $63.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980064 | $19,060.52 | 7/17/2018 | 58985788-2256 | 6/5/2018 | $1,149.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980064 | $19,060.52 | 7/17/2018 | 21942374-2135 | 6/6/2018 | $1,549.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980064 | $19,060.52 | 7/17/2018 | 35078012-2162 | 6/1/2018 | $75.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980064 | $19,060.52 | 7/17/2018 | 35078012-2164 | 6/1/2018 | $1,713.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980064 | $19,060.52 | 7/17/2018 | 42609205-2172 | 6/1/2018 | $289.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980064 | $19,060.52 | 7/17/2018 | 42609205-2173 | 6/1/2018 | $2,935.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980064 | $19,060.52 | 7/17/2018 | 46910002-2210 | 6/7/2018 | $41.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980064 | $19,060.52 | 7/17/2018 | 46910002-2212 | 6/7/2018 | $1,082.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980064 | $19,060.52 | 7/17/2018 | 58985739-2252 | 6/1/2018 | $39.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980064 | $19,060.52 | 7/17/2018 | 66603258-2348 | 6/6/2018 | $51.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980064 | $19,060.52 | 7/17/2018 | 58985788-2255 | 6/5/2018 | $41.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983359 | $14,129.70 | 7/24/2018 | 42609315-2177 | 6/8/2018 | $1,015.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980064 | $19,060.52 | 7/17/2018 | 58985832-2257 | 6/6/2018 | $45.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980064 | $19,060.52 | 7/17/2018 | 58985832-2258 | 6/6/2018 | $1,014.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980064 | $19,060.52 | 7/17/2018 | 58985851-2259 | 6/7/2018 | $16.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980064 | $19,060.52 | 7/17/2018 | 58985851-2260 | 6/7/2018 | $276.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980064 | $19,060.52 | 7/17/2018 | 62103193-2289 | 6/6/2018 | $58.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980064 | $19,060.52 | 7/17/2018 | 62103193-2290 | 6/6/2018 | $1,083.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980064 | $19,060.52 | 7/17/2018 | 65562393-2329 | 6/5/2018 | $66.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980064 | $19,060.52 | 7/17/2018 | 65562393-2330 | 6/5/2018 | $1,007.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980064 | $19,060.52 | 7/17/2018 | 58985739-2254 | 6/1/2018 | $858.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986825 | $14,635.15 | 7/31/2018 | 46910178-2217 | 6/21/2018 | $976.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983359 | $14,129.70 | 7/24/2018 | 94894598-2400 | 6/13/2018 | $1,061.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986825 | $14,635.15 | 7/31/2018 | 21942955-2138 | 6/20/2018 | $49.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986825 | $14,635.15 | 7/31/2018 | 21942955-2139 | 6/20/2018 | $1,038.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986825 | $14,635.15 | 7/31/2018 | 21942980-2140 | 6/21/2018 | $18.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986825 | $14,635.15 | 7/31/2018 | 21942980-2141 | 6/21/2018 | $420.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986825 | $14,635.15 | 7/31/2018 | 42609601-2180 | 6/15/2018 | $21.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986825 | $14,635.15 | 7/31/2018 | 42609601-2181 | 6/15/2018 | $501.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986825 | $14,635.15 | 7/31/2018 | 42808803-2194 | 6/19/2018 | $189.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983359 | $14,129.70 | 7/24/2018 | 42609260-2175 | 6/8/2018 | $435.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986825 | $14,635.15 | 7/31/2018 | 46910178-2216 | 6/21/2018 | $41.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983359 | $14,129.70 | 7/24/2018 | 92820473-2389 | 6/13/2018 | $52.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986825 | $14,635.15 | 7/31/2018 | 58986016-2266 | 6/15/2018 | $48.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986825 | $14,635.15 | 7/31/2018 | 58986016-2268 | 6/15/2018 | $1,198.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986825 | $14,635.15 | 7/31/2018 | 58986017-2269 | 6/18/2018 | $23.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986825 | $14,635.15 | 7/31/2018 | 58986017-2270 | 6/18/2018 | $510.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986825 | $14,635.15 | 7/31/2018 | 58986050-2271 | 6/19/2018 | $23.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986825 | $14,635.15 | 7/31/2018 | 58986050-2272 | 6/19/2018 | $441.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986825 | $14,635.15 | 7/31/2018 | 62103943-2293 | 6/20/2018 | $51.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993940 | $34,785.83 | 8/16/2018 | 6423617-2320 | 7/3/2018 | $503.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986825 | $14,635.15 | 7/31/2018 | 42808803-2195 | 6/19/2018 | $2,477.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983359 | $14,129.70 | 7/24/2018 | 62103568-2292 | 6/13/2018 | $823.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986825 | $14,635.15 | 7/31/2018 | 6423392-2315 | 6/20/2018 | $65.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983359 | $14,129.70 | 7/24/2018 | 42609320-2178 | 6/12/2018 | $166.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983359 | $14,129.70 | 7/24/2018 | 42609320-2179 | 6/12/2018 | $2,099.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983359 | $14,129.70 | 7/24/2018 | 46910081-2213 | 6/14/2018 | $47.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983359 | $14,129.70 | 7/24/2018 | 46910081-2214 | 6/14/2018 | $1,033.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983359 | $14,129.70 | 7/24/2018 | 58985903-2261 | 6/11/2018 | $20.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983359 | $14,129.70 | 7/24/2018 | 58985903-2262 | 6/11/2018 | $364.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983359 | $14,129.70 | 7/24/2018 | 58985928-2263 | 6/12/2018 | $39.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983359 | $14,129.70 | 7/24/2018 | 94894598-2399 | 6/13/2018 | $60.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983359 | $14,129.70 | 7/24/2018 | 62103568-2291 | 6/13/2018 | $46.80 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983359 | $14,129.70 | 7/24/2018 | 92820473-2390 | 6/13/2018 | $426.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983359 | $14,129.70 | 7/24/2018 | 65562584-2331 | 6/12/2018 | $32.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983359 | $14,129.70 | 7/24/2018 | 65562584-2332 | 6/12/2018 | $519.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983359 | $14,129.70 | 7/24/2018 | 8292251-2350 | 6/13/2018 | $56.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983359 | $14,129.70 | 7/24/2018 | 8292251-2352 | 6/13/2018 | $1,075.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983359 | $14,129.70 | 7/24/2018 | 8600383-2364 | 6/13/2018 | $37.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983359 | $14,129.70 | 7/24/2018 | 8600383-2365 | 6/13/2018 | $512.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983359 | $14,129.70 | 7/24/2018 | 92121597-2370 | 6/12/2018 | $56.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983359 | $14,129.70 | 7/24/2018 | 92121597-2371 | 6/12/2018 | $669.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983359 | $14,129.70 | 7/24/2018 | 42609315-2176 | 6/8/2018 | $39.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983359 | $14,129.70 | 7/24/2018 | 58985928-2264 | 6/12/2018 | $993.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008365 | $14,729.29 | 9/17/2018 | 46910762-9641 | 8/2/2018 | $25.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008365 | $14,729.29 | 9/17/2018 | 58986839-9654 | 7/31/2018 | $737.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008365 | $14,729.29 | 9/17/2018 | 21940689 | 4/12/2018 | $545.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008365 | $14,729.29 | 9/17/2018 | 21944182-9635 | 7/31/2018 | $61.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008365 | $14,729.29 | 9/17/2018 | 21944182-9636 | 7/31/2018 | $1,351.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008365 | $14,729.29 | 9/17/2018 | 33517470 | 7/19/2018 | $1,297.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008365 | $14,729.29 | 9/17/2018 | 35078082-9637 | 7/27/2018 | $62.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008365 | $14,729.29 | 9/17/2018 | 35078082-9638 | 7/27/2018 | $370.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008365 | $14,729.29 | 9/17/2018 | 42610147 | 7/27/2018 | $991.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004838 | $14,876.34 | 9/10/2018 | 94896895-9633 | 7/26/2018 | $91.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008365 | $14,729.29 | 9/17/2018 | 42610165-9640 | 7/31/2018 | $1,372.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004838 | $14,876.34 | 9/10/2018 | 92822647-9632 | 7/25/2018 | $572.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008365 | $14,729.29 | 9/17/2018 | 46910762-9642 | 8/2/2018 | $684.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008365 | $14,729.29 | 9/17/2018 | 46910764-9644 | 8/2/2018 | $13.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008365 | $14,729.29 | 9/17/2018 | 46910764-9646 | 8/2/2018 | $355.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008365 | $14,729.29 | 9/17/2018 | 57137090-9649 | 7/30/2018 | $14.70 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008365 | $14,729.29 | 9/17/2018 | 57137090-9650 | 7/30/2018 | $328.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008365 | $14,729.29 | 9/17/2018 | 58986779-9651 | 7/27/2018 | $7.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008365 | $14,729.29 | 9/17/2018 | 58986779-9652 | 7/27/2018 | $210.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993940 | $34,785.83 | 8/16/2018 | 63633565-2302 | 7/5/2018 | $94.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008365 | $14,729.29 | 9/17/2018 | 42610165-9639 | 7/31/2018 | $95.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004838 | $14,876.34 | 9/10/2018 | 8391886-9623 | 7/25/2018 | $57.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004838 | $14,876.34 | 9/10/2018 | 57836220-9610 | 7/26/2018 | $391.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004838 | $14,876.34 | 9/10/2018 | 58986671-9611 | 7/23/2018 | $32.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004838 | $14,876.34 | 9/10/2018 | 58986671-9612 | 7/23/2018 | $790.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004838 | $14,876.34 | 9/10/2018 | 58986741-9613 | 7/25/2018 | $11.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004838 | $14,876.34 | 9/10/2018 | 58986741-9614 | 7/25/2018 | $303.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004838 | $14,876.34 | 9/10/2018 | 58986742 | 7/25/2018 | $47.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004838 | $14,876.34 | 9/10/2018 | 62105666-9615 | 7/25/2018 | $50.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004838 | $14,876.34 | 9/10/2018 | 62105666-9616 | 7/25/2018 | $569.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004838 | $14,876.34 | 9/10/2018 | 94896895-9634 | 7/26/2018 | $1,446.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004838 | $14,876.34 | 9/10/2018 | 63870101-9618 | 7/24/2018 | $1,340.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008365 | $14,729.29 | 9/17/2018 | 58986869-9655 | 8/1/2018 | $20.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004838 | $14,876.34 | 9/10/2018 | 8391886-9624 | 7/25/2018 | $743.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004838 | $14,876.34 | 9/10/2018 | 8601292-9625 | 7/25/2018 | $22.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004838 | $14,876.34 | 9/10/2018 | 8601292-9626 | 7/25/2018 | $284.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004838 | $14,876.34 | 9/10/2018 | 92413580-9627 | 7/24/2018 | $67.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004838 | $14,876.34 | 9/10/2018 | 92413580-9628 | 7/24/2018 | $1,028.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004838 | $14,876.34 | 9/10/2018 | 92822276-9629 | 7/20/2018 | $39.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004838 | $14,876.34 | 9/10/2018 | 92822276-9630 | 7/20/2018 | $591.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004838 | $14,876.34 | 9/10/2018 | 92822647-9631 | 7/25/2018 | $41.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004838 | $14,876.34 | 9/10/2018 | 63870101-9617 | 7/24/2018 | $79.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012392 | $17,234.01 | 9/24/2018 | 62106343-9694 | 8/8/2018 | $81.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008365 | $14,729.29 | 9/17/2018 | 58986839-9653 | 7/31/2018 | $26.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012392 | $17,234.01 | 9/24/2018 | 42610255-9681 | 8/9/2018 | $2,874.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012392 | $17,234.01 | 9/24/2018 | 46864951-9682 | 8/9/2018 | $75.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012392 | $17,234.01 | 9/24/2018 | 46864951-9684 | 8/9/2018 | $1,787.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012392 | $17,234.01 | 9/24/2018 | 58986922-9687 | 8/6/2018 | $23.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012392 | $17,234.01 | 9/24/2018 | 58986922-9688 | 8/6/2018 | $575.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012392 | $17,234.01 | 9/24/2018 | 58986982-9689 | 8/7/2018 | $14.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012392 | $17,234.01 | 9/24/2018 | 58986982-9690 | 8/7/2018 | $482.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012392 | $17,234.01 | 9/24/2018 | 42610228-9679 | 8/3/2018 | $1,331.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012392 | $17,234.01 | 9/24/2018 | 58987058-9693 | 8/9/2018 | $860.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012392 | $17,234.01 | 9/24/2018 | 42610228-9678 | 8/3/2018 | $95.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012392 | $17,234.01 | 9/24/2018 | 62106343-9695 | 8/8/2018 | $1,347.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012392 | $17,234.01 | 9/24/2018 | 6424236-9696 | 8/8/2018 | $26.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012392 | $17,234.01 | 9/24/2018 | 6424236-9697 | 8/8/2018 | $472.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012392 | $17,234.01 | 9/24/2018 | 8302596-9698 | 8/6/2018 | $75.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012392 | $17,234.01 | 9/24/2018 | 8302596-9699 | 8/6/2018 | $1,043.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012392 | $17,234.01 | 9/24/2018 | 92124568-9702 | 8/7/2018 | $77.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012392 | $17,234.01 | 9/24/2018 | 92124568-9703 | 8/7/2018 | $1,111.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012392 | $17,234.01 | 9/24/2018 | 94897568-9704 | 8/8/2018 | $115.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012392 | $17,234.01 | 9/24/2018 | 58987058-9692 | 8/9/2018 | $31.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008365 | $14,729.29 | 9/17/2018 | 92124122-9668 | 7/31/2018 | $1,137.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008365 | $14,729.29 | 9/17/2018 | 58986869-9656 | 8/1/2018 | $737.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008365 | $14,729.29 | 9/17/2018 | 58986877-9658 | 8/1/2018 | $10.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008365 | $14,729.29 | 9/17/2018 | 58986877-9659 | 8/1/2018 | $223.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008365 | $14,729.29 | 9/17/2018 | 58986902-9660 | 8/2/2018 | $37.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008365 | $14,729.29 | 9/17/2018 | 58986902-9661 | 8/2/2018 | $818.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008365 | $14,729.29 | 9/17/2018 | 65563374-9663 | 7/31/2018 | $36.00 |

Pepsi-Cola Bottling Company of New York, Inc. (2228353)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008365 | $14,729.29 | 9/17/2018 | 65563374-9664 | 7/31/2018 | $918.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008365 | $14,729.29 | 9/17/2018 | 8453389-9665 | 8/1/2018 | $14.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012392 | $17,234.01 | 9/24/2018 | 42610255-9680 | 8/9/2018 | $153.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008365 | $14,729.29 | 9/17/2018 | 92124122-9667 | 7/31/2018 | $65.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004838 | $14,876.34 | 9/10/2018 | 57136866-9607 | 7/24/2018 | $9.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008365 | $14,729.29 | 9/17/2018 | 92822947-9669 | 8/1/2018 | $36.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008365 | $14,729.29 | 9/17/2018 | 92822947-9670 | 8/1/2018 | $386.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008365 | $14,729.29 | 9/17/2018 | 94897193-9671 | 8/1/2018 | $71.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008365 | $14,729.29 | 9/17/2018 | 94897193-9672 | 8/1/2018 | $1,095.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012392 | $17,234.01 | 9/24/2018 | 35078089-9673 | 8/3/2018 | $111.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012392 | $17,234.01 | 9/24/2018 | 35078089-9674 | 8/3/2018 | $1,712.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012392 | $17,234.01 | 9/24/2018 | 36061515-9676 | 8/9/2018 | $51.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012392 | $17,234.01 | 9/24/2018 | 36061515-9677 | 8/9/2018 | $737.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008365 | $14,729.29 | 9/17/2018 | 8453389-9666 | 8/1/2018 | $630.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997964 | $17,281.64 | 8/23/2018 | 65858147-2340 | 7/11/2018 | $6.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004838 | $14,876.34 | 9/10/2018 | 57836220-9609 | 7/26/2018 | $10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997964 | $17,281.64 | 8/23/2018 | 57835472-2245 | 7/12/2018 | $723.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997964 | $17,281.64 | 8/23/2018 | 58025668-2249 | 7/10/2018 | $52.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997964 | $17,281.64 | 8/23/2018 | 58025668-2250 | 7/10/2018 | $1,137.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997964 | $17,281.64 | 8/23/2018 | 62104918-2299 | 7/11/2018 | $37.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997964 | $17,281.64 | 8/23/2018 | 62104918-2300 | 7/11/2018 | $667.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997964 | $17,281.64 | 8/23/2018 | 63633718-2307 | 7/10/2018 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997964 | $17,281.64 | 8/23/2018 | 63633718-2308 | 7/10/2018 | $1,355.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997964 | $17,281.64 | 8/23/2018 | 46910451 | 7/12/2018 | $20.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997964 | $17,281.64 | 8/23/2018 | 6423755-2322 | 7/11/2018 | $729.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997964 | $17,281.64 | 8/23/2018 | 46910449-2233 | 7/12/2018 | $1,234.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997964 | $17,281.64 | 8/23/2018 | 65858147-2341 | 7/11/2018 | $214.53 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780997964 | $17,281.64 | 8/23/2018 | 6603463-2346 | 7/11/2018 | $66.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997964 | $17,281.64 | 8/23/2018 | 6603463-2347 | 7/11/2018 | $1,026.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997964 | $17,281.64 | 8/23/2018 | 92821884-2395 | 7/11/2018 | $51.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997964 | $17,281.64 | 8/23/2018 | 92821884-2396 | 7/11/2018 | $749.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997964 | $17,281.64 | 8/23/2018 | 94895923-2404 | 7/11/2018 | $140.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997964 | $17,281.64 | 8/23/2018 | 94895923-2405 | 7/11/2018 | $2,480.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001399 | $20,299.22 | 9/3/2018 | 21943591-9549 | 7/13/2018 | $57.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997964 | $17,281.64 | 8/23/2018 | 6423755-2321 | 7/11/2018 | $37.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997964 | $17,281.64 | 8/23/2018 | 35078059-2170 | 7/6/2018 | $37.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993940 | $34,785.83 | 8/16/2018 | 6603424-2344 | 7/5/2018 | $88.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993940 | $34,785.83 | 8/16/2018 | 6603424-2345 | 7/5/2018 | $1,156.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993940 | $34,785.83 | 8/16/2018 | 92122779-2377 | 7/3/2018 | $102.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993940 | $34,785.83 | 8/16/2018 | 92122779-2378 | 7/3/2018 | $1,398.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993940 | $34,785.83 | 8/16/2018 | 92689411-2381 | 7/5/2018 | $72.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993940 | $34,785.83 | 8/16/2018 | 92689411-2382 | 7/5/2018 | $654.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993940 | $34,785.83 | 8/16/2018 | 94895549-2402 | 7/5/2018 | $126.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993940 | $34,785.83 | 8/16/2018 | 94895549-2403 | 7/5/2018 | $1,941.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997964 | $17,281.64 | 8/23/2018 | 57835472-2243 | 7/12/2018 | $28.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997964 | $17,281.64 | 8/23/2018 | 26045371-2155 | 7/9/2018 | $731.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001399 | $20,299.22 | 9/3/2018 | 21943796-9552 | 7/17/2018 | $1,468.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997964 | $17,281.64 | 8/23/2018 | 35078059-2171 | 7/6/2018 | $376.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997964 | $17,281.64 | 8/23/2018 | 42609850-2188 | 7/6/2018 | $173.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997964 | $17,281.64 | 8/23/2018 | 42609850-2189 | 7/6/2018 | $2,718.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997964 | $17,281.64 | 8/23/2018 | 42609868-2190 | 7/10/2018 | $212.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997964 | $17,281.64 | 8/23/2018 | 42609868-2191 | 7/10/2018 | $2,228.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997964 | $17,281.64 | 8/23/2018 | 42609938-2192 | 7/11/2018 | $0.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997964 | $17,281.64 | 8/23/2018 | 42609938-2193 | 7/11/2018 | $21.78 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780997964 | $17,281.64 | 8/23/2018 | 46910449-2232 | 7/12/2018 | $68.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997964 | $17,281.64 | 8/23/2018 | 26045371-2154 | 7/9/2018 | $22.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004838 | $14,876.34 | 9/10/2018 | 35078073-9595 | 7/20/2018 | $22.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001399 | $20,299.22 | 9/3/2018 | 6603500-9578 | 7/18/2018 | $58.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001399 | $20,299.22 | 9/3/2018 | 6603500-9579 | 7/18/2018 | $905.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001399 | $20,299.22 | 9/3/2018 | 92123229-9582 | 7/13/2018 | $74.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001399 | $20,299.22 | 9/3/2018 | 92123229-9584 | 7/13/2018 | $1,007.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001399 | $20,299.22 | 9/3/2018 | 92123447-9585 | 7/17/2018 | $42.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001399 | $20,299.22 | 9/3/2018 | 92123447-9586 | 7/17/2018 | $938.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001399 | $20,299.22 | 9/3/2018 | 94896294-9589 | 7/18/2018 | $77.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001399 | $20,299.22 | 9/3/2018 | 94896294-9590 | 7/18/2018 | $1,210.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001399 | $20,299.22 | 9/3/2018 | 21943591-9550 | 7/13/2018 | $1,242.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004838 | $14,876.34 | 9/10/2018 | 21943991-9592 | 7/24/2018 | $1,148.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001399 | $20,299.22 | 9/3/2018 | 6423883-9575 | 7/18/2018 | $1,004.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004838 | $14,876.34 | 9/10/2018 | 35078073-9596 | 7/20/2018 | $124.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004838 | $14,876.34 | 9/10/2018 | 42610061-9597 | 7/20/2018 | $84.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004838 | $14,876.34 | 9/10/2018 | 42610061-9598 | 7/20/2018 | $1,156.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004838 | $14,876.34 | 9/10/2018 | 42809358-9599 | 7/24/2018 | $157.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004838 | $14,876.34 | 9/10/2018 | 42809358-9600 | 7/24/2018 | $2,100.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004838 | $14,876.34 | 9/10/2018 | 46910630-9605 | 7/26/2018 | $106.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004838 | $14,876.34 | 9/10/2018 | 46910630-9606 | 7/26/2018 | $1,500.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012392 | $17,234.01 | 9/24/2018 | 94897568-9705 | 8/8/2018 | $2,089.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004838 | $14,876.34 | 9/10/2018 | 21943991-9591 | 7/24/2018 | $58.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001399 | $20,299.22 | 9/3/2018 | 46910535-9561 | 7/19/2018 | $78.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004838 | $14,876.34 | 9/10/2018 | 57136866-9608 | 7/24/2018 | $183.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001399 | $20,299.22 | 9/3/2018 | 21943892-9553 | 7/19/2018 | $12.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001399 | $20,299.22 | 9/3/2018 | 21943892-9554 | 7/19/2018 | $280.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781001399 | $20,299.22 | 9/3/2018 | 42609966-9555 | 7/13/2018 | $16.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001399 | $20,299.22 | 9/3/2018 | 42609966-9556 | 7/13/2018 | $107.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001399 | $20,299.22 | 9/3/2018 | 42609985-9557 | 7/16/2018 | $16.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001399 | $20,299.22 | 9/3/2018 | 42609985-9558 | 7/16/2018 | $445.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001399 | $20,299.22 | 9/3/2018 | 42609987 | 7/17/2018 | $3,027.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001399 | $20,299.22 | 9/3/2018 | 64272112-9577 | 7/18/2018 | $754.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001399 | $20,299.22 | 9/3/2018 | 42809276-9560 | 7/13/2018 | $2,170.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001399 | $20,299.22 | 9/3/2018 | 64272112-9576 | 7/18/2018 | $45.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001399 | $20,299.22 | 9/3/2018 | 46910535-9563 | 7/19/2018 | $1,730.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001399 | $20,299.22 | 9/3/2018 | 57136639-9564 | 7/19/2018 | $46.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001399 | $20,299.22 | 9/3/2018 | 57136639-9566 | 7/19/2018 | $1,174.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001399 | $20,299.22 | 9/3/2018 | 58986502-9569 | 7/16/2018 | $24.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001399 | $20,299.22 | 9/3/2018 | 58986502-9570 | 7/16/2018 | $562.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001399 | $20,299.22 | 9/3/2018 | 58986559-9571 | 7/17/2018 | $52.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001399 | $20,299.22 | 9/3/2018 | 58986559-9572 | 7/17/2018 | $1,494.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001399 | $20,299.22 | 9/3/2018 | 6423883-9574 | 7/18/2018 | $61.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001399 | $20,299.22 | 9/3/2018 | 21943796-9551 | 7/17/2018 | $60.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001399 | $20,299.22 | 9/3/2018 | 42809276-9559 | 7/13/2018 | $168.00 |

Totals:    10 transfer(s),    $196,969.96