**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **SBC Global Services, Inc. dba AT & T Global Services** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62087144 | $1,650.51 | 10/4/2018 | SB090767 | 8/27/2018 | $1,650.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086528 | $21,705.61 | 9/24/2018 | MI689634 | 8/27/2018 | $21,705.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085930 | $1,650.51 | 9/14/2018 | SB081575 | 7/9/2018 | $1,650.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085801 | $94,582.98 | 9/11/2018 | SB085689 | 7/26/2018 | $27,236.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085801 | $94,582.98 | 9/11/2018 | SB081574 | 7/9/2018 | $27,236.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085801 | $94,582.98 | 9/11/2018 | MI689559 | 7/26/2018 | $20,055.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085801 | $94,582.98 | 9/11/2018 | MI689467 | 7/9/2018 | $20,055.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083801 | $3,848.04 | 8/3/2018 | SB072791-3623 | 6/1/2018 | $427.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083801 | $3,848.04 | 8/3/2018 | SB072791-3622 | 6/1/2018 | $2,802.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083801 | $3,848.04 | 8/3/2018 | SB072791-3621 | 6/1/2018 | $618.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083360 | $16,399.08 | 7/26/2018 | MI689349D | 6/6/2018 | $18,049.59 |

Totals:    6 transfer(s),    $139,836.73

SBC Global Services, Inc. dba AT & T Global Services (2219227)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                    Exhibit A                                    P. 1