**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Swimways Corp.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91572627 | 4/5/2018 | $2,500.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91578289-1 | 4/13/2018 | $291.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91387099-1 | 9/28/2017 | $483.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91387099-3 | 9/28/2017 | $7,958.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91387100-1 | 9/28/2017 | $307.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91387100-3 | 9/28/2017 | $5,457.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91387101 | 9/28/2017 | $4,325.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91387102-1 | 9/28/2017 | $397.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91387102-3 | 9/28/2017 | $4,344.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91388570-1 | 9/28/2017 | $378.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91388570-3 | 9/28/2017 | $6,458.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91572624 | 4/5/2018 | $1,875.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91387098-2 | 9/28/2017 | $200.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91572626 | 4/5/2018 | $4,375.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 888825 | 6/30/2017 | $6,834.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91573429 | 4/6/2018 | $6,500.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91577116 | 4/12/2018 | $11,345.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91577117 | 4/12/2018 | $13,062.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91577353 | 4/12/2018 | $10,501.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91577354 | 4/12/2018 | $13,341.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91577355 | 4/12/2018 | $5,142.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91578023 | 4/13/2018 | $2,392.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91578024 | 4/13/2018 | $3,079.94 |

Swimways Corp. (2228395)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                             Exhibit A                             P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91578025 | 4/13/2018 | $5,197.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91578287 | 4/13/2018 | $13,309.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 878693 | 4/21/2017 | $115.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91572625 | 4/5/2018 | $1,750.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 880462 | 5/5/2017 | $325.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 878703 | 4/21/2017 | $476.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 878707 | 4/21/2017 | $4,085.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 879523 | 4/28/2017 | $892.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 879539 | 4/28/2017 | $57.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 879540 | 4/28/2017 | $288.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 879541 | 4/28/2017 | $687.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 879542 | 4/28/2017 | $662.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 879543 | 4/28/2017 | $490.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 879544 | 4/28/2017 | $717.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 879545-1 | 4/28/2017 | $54.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 879545-3 | 4/28/2017 | $697.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91387098-3 | 9/28/2017 | $2,902.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 879547 | 4/28/2017 | $799.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91578289-3 | 4/13/2018 | $13,152.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 880470 | 5/5/2017 | $344.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 880471 | 5/5/2017 | $159.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 880472 | 5/5/2017 | $201.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 881339 | 5/12/2017 | $129.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 881340 | 5/12/2017 | $1,506.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 881341 | 5/12/2017 | $622.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 881342 | 5/12/2017 | $40.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 881343 | 5/12/2017 | $317.58 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 881344 | 5/12/2017 | $520.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 881345 | 5/12/2017 | $462.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 881563 | 5/15/2017 | $80.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 879546 | 4/28/2017 | $317.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91598766-3 | 5/11/2018 | $399.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91578288 | 4/13/2018 | $13,367.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91598138-1 | 5/10/2018 | $403.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91598138-3 | 5/10/2018 | $4,744.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91598139 | 5/10/2018 | $6,862.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91598140 | 5/10/2018 | $880.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91598141-1 | 5/10/2018 | $100.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91598141-3 | 5/10/2018 | $3,225.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91598761 | 5/11/2018 | $456.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91598762 | 5/11/2018 | $570.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91598763 | 5/11/2018 | $285.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91598764 | 5/11/2018 | $456.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91598136 | 5/10/2018 | $456.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91598766-1 | 5/11/2018 | $294.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91598134 | 5/10/2018 | $1,654.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91598767 | 5/11/2018 | $629.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91603148 | 5/18/2018 | $570.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91603149 | 5/18/2018 | $684.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91603150 | 5/18/2018 | $627.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91603151 | 5/18/2018 | $741.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91603152 | 5/18/2018 | $228.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91616186 | 6/1/2018 | $510.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91616187 | 6/1/2018 | $606.48 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91616188 | 6/1/2018 | $285.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91641099 | 6/29/2018 | $1,386.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91641100 | 6/29/2018 | $1,097.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91598765 | 5/11/2018 | $228.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91593526 | 5/3/2018 | $564.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91579152 | 4/16/2018 | $13,435.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91579153 | 4/16/2018 | $6,599.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91579154 | 4/16/2018 | $13,062.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91580627 | 4/17/2018 | $13,228.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91580628 | 4/17/2018 | $13,435.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91581444 | 4/18/2018 | $13,226.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91584305 | 4/21/2018 | $13,062.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91587951 | 4/26/2018 | $134.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91587952 | 4/26/2018 | $806.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91587953 | 4/26/2018 | $403.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91587954 | 4/26/2018 | $224.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91598137 | 5/10/2018 | $6,144.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91589147 | 4/27/2018 | $268.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91642220 | 6/30/2018 | $145.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91593527 | 5/3/2018 | $165.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91593528 | 5/3/2018 | $94.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91593529 | 5/3/2018 | $1,768.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91593530 | 5/3/2018 | $5,558.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91593531 | 5/3/2018 | $801.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91593532 | 5/3/2018 | $9,639.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91598129 | 5/10/2018 | $583.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91598130 | 5/10/2018 | $72.90 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91598131 | 5/10/2018 | $1,539.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91598132 | 5/10/2018 | $1,083.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91598133 | 5/10/2018 | $513.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $261,875.01 | 7/24/2018 | 91589146 | 4/27/2018 | $761.84 |

**Totals:**     1 transfer(s),     $261,875.01