**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **The Clorox Sales Company** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780993534 | $106,160.71 | 8/6/2018 | 2507853129 | 7/26/2018 | $834.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999213 | $374.68 | 8/15/2018 | 2507855076-68944 | 7/26/2018 | $300.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999213 | $374.68 | 8/15/2018 | 2507855076-68943 | 7/26/2018 | $130.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999213 | $374.68 | 8/15/2018 | 2507855027-68941 | 7/27/2018 | $389.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999213 | $374.68 | 8/15/2018 | 2507855027-68940 | 7/27/2018 | $52.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994429 | $34,251.31 | 8/7/2018 | 2507857136 | 7/27/2018 | $1,155.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994429 | $34,251.31 | 8/7/2018 | 2507855580 | 7/27/2018 | $569.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994429 | $34,251.31 | 8/7/2018 | 2507854977 | 7/27/2018 | $155.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994429 | $34,251.31 | 8/7/2018 | 2507848848-68938 | 7/24/2018 | $32,376.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994429 | $34,251.31 | 8/7/2018 | 2507848848-68936 | 7/24/2018 | $878.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991621 | $8,871.17 | 8/1/2018 | 2507852090 | 7/25/2018 | $18,917.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993534 | $106,160.71 | 8/6/2018 | 2507853130 | 7/26/2018 | $401.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999213 | $374.68 | 8/15/2018 | 2507855709-68949 | 7/25/2018 | $264.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993534 | $106,160.71 | 8/6/2018 | 2507852434 | 7/26/2018 | $517.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993534 | $106,160.71 | 8/6/2018 | 2507852031 | 7/25/2018 | $2,311.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993534 | $106,160.71 | 8/6/2018 | 2507852028 | 7/25/2018 | $12,897.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993534 | $106,160.71 | 8/6/2018 | 2507852026 | 7/25/2018 | $510.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993534 | $106,160.71 | 8/6/2018 | 2507851153 | 7/25/2018 | $899.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993534 | $106,160.71 | 8/6/2018 | 2507848437-68935 | 7/23/2018 | $31,812.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993534 | $106,160.71 | 8/6/2018 | 2507848437-68933 | 7/23/2018 | $629.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993534 | $106,160.71 | 8/6/2018 | 2507843820 | 7/20/2018 | $572.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993534 | $106,160.71 | 8/6/2018 | 2507811327 | 6/28/2018 | $715.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001756 | $3,330.34 | 8/21/2018 | 2507880374 | 8/10/2018 | $596.00 |

The Clorox Sales Company (2219938)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                               Exhibit A                                P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780993534 | $106,160.71 | 8/6/2018 | KM152122A | 7/27/2018 | $72,038.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999213 | $374.68 | 8/15/2018 | 2507865385 | 8/1/2018 | $129.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983715 | $1,653.78 | 7/17/2018 | 2507823192 | 7/6/2018 | $985.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001756 | $3,330.34 | 8/21/2018 | 2507863494 | 8/1/2018 | $1,942.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000267 | $3,043.59 | 8/17/2018 | 2507875759 | 8/8/2018 | $426.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000267 | $3,043.59 | 8/17/2018 | 2507870795 | 8/6/2018 | $1,008.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000267 | $3,043.59 | 8/17/2018 | 2507870735 | 8/6/2018 | $294.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000267 | $3,043.59 | 8/17/2018 | 2507868612 | 8/3/2018 | $1,410.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999213 | $374.68 | 8/15/2018 | 2507876613 | 8/8/2018 | $1,138.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999213 | $374.68 | 8/15/2018 | 2507874403 | 8/7/2018 | $834.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999213 | $374.68 | 8/15/2018 | 2507871973 | 8/6/2018 | $664.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999213 | $374.68 | 8/15/2018 | 2507867908 | 8/3/2018 | $129.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999213 | $374.68 | 8/15/2018 | 2507855077-68945 | 7/27/2018 | $247.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999213 | $374.68 | 8/15/2018 | 2507867843 | 8/3/2018 | $708.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999213 | $374.68 | 8/15/2018 | 2507855077-68947 | 7/27/2018 | $84.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999213 | $374.68 | 8/15/2018 | 2507863488-68953 | 8/1/2018 | $3,594.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999213 | $374.68 | 8/15/2018 | 2507863488-68951 | 8/1/2018 | $3,281.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999213 | $374.68 | 8/15/2018 | 2507861413 | 7/31/2018 | $3,003.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999213 | $374.68 | 8/15/2018 | 2507861179 | 7/31/2018 | $2,143.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999213 | $374.68 | 8/15/2018 | 2507860110 | 7/31/2018 | $2,317.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999213 | $374.68 | 8/15/2018 | 2507859075 | 7/30/2018 | $1,408.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999213 | $374.68 | 8/15/2018 | 2507857518 | 7/30/2018 | $77.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999213 | $374.68 | 8/15/2018 | 2507857510 | 7/30/2018 | $782.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999213 | $374.68 | 8/15/2018 | 2507855709-68950 | 7/25/2018 | $618.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990674 | $93,971.17 | 7/31/2018 | 2507848850 | 7/24/2018 | $3,306.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999213 | $374.68 | 8/15/2018 | 2507867875 | 8/2/2018 | $294.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984712 | $221,758.60 | 7/18/2018 | 2507829393 | 7/11/2018 | $361.58 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986465 | $494.92 | 7/23/2018 | 2507831468 | 7/12/2018 | $504.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985729 | $2,009.88 | 7/20/2018 | 2507825342 | 7/9/2018 | $1,070.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985729 | $2,009.88 | 7/20/2018 | 2507823267 | 7/6/2018 | $211.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985729 | $2,009.88 | 7/20/2018 | 2507822937 | 7/6/2018 | $883.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985113 | $1,220.47 | 7/19/2018 | 2507811536 | 6/28/2018 | $1,252.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984712 | $221,758.60 | 7/18/2018 | 2507829818 | 7/11/2018 | $834.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984712 | $221,758.60 | 7/18/2018 | 2507829817 | 7/11/2018 | $564.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984712 | $221,758.60 | 7/18/2018 | 2507829814 | 7/11/2018 | $48,571.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984712 | $221,758.60 | 7/18/2018 | 2507829813 | 7/11/2018 | $40,779.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991621 | $8,871.17 | 8/1/2018 | 2507852091 | 7/25/2018 | $1,251.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984712 | $221,758.60 | 7/18/2018 | 2507829811 | 7/11/2018 | $47,321.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987180 | $3,511.82 | 7/24/2018 | 2507829124-68915 | 7/11/2018 | $102.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984712 | $221,758.60 | 7/18/2018 | 2507829122 | 7/11/2018 | $3,656.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984712 | $221,758.60 | 7/18/2018 | 2507827289 | 7/10/2018 | $596.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984712 | $221,758.60 | 7/18/2018 | 2507827286 | 7/10/2018 | $45,231.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984712 | $221,758.60 | 7/18/2018 | 2507826764 | 7/9/2018 | $238.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984712 | $221,758.60 | 7/18/2018 | 2507825967 | 7/9/2018 | $320.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984712 | $221,758.60 | 7/18/2018 | 2507825914 | 7/9/2018 | $77.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984712 | $221,758.60 | 7/18/2018 | 2507822979-68911 | 7/6/2018 | $32,457.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984712 | $221,758.60 | 7/18/2018 | 2507822979-68909 | 7/6/2018 | $357.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983715 | $1,653.78 | 7/17/2018 | 2507825341 | 7/6/2018 | $543.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983715 | $1,653.78 | 7/17/2018 | 2507823265 | 7/6/2018 | $155.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984712 | $221,758.60 | 7/18/2018 | 2507829812 | 7/11/2018 | $802.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989167 | $25,958.54 | 7/27/2018 | 2507830496 | 7/11/2018 | $621.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990674 | $93,971.17 | 7/31/2018 | 2507848849 | 7/24/2018 | $2,983.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990674 | $93,971.17 | 7/31/2018 | 2507847970 | 7/23/2018 | $4,344.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990674 | $93,971.17 | 7/31/2018 | 2507846089 | 7/23/2018 | $2,643.18 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990674 | $93,971.17 | 7/31/2018 | 2507846087 | 7/23/2018 | $56,511.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990674 | $93,971.17 | 7/31/2018 | 2507839278-68932 | 7/17/2018 | $25,945.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990674 | $93,971.17 | 7/31/2018 | 2507839278-68930 | 7/17/2018 | $138.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989167 | $25,958.54 | 7/27/2018 | 2507843819 | 7/20/2018 | $1,407.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989167 | $25,958.54 | 7/27/2018 | 2507843818 | 7/20/2018 | $22,636.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989167 | $25,958.54 | 7/27/2018 | 2507832838 | 7/13/2018 | $409.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989167 | $25,958.54 | 7/27/2018 | 2507830687 | 7/11/2018 | $7,685.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987180 | $3,511.82 | 7/24/2018 | 2507829010-68912 | 7/10/2018 | $72.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989167 | $25,958.54 | 7/27/2018 | 2507830497-68927 | 7/11/2018 | $58.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987180 | $3,511.82 | 7/24/2018 | 2507829010-68914 | 7/10/2018 | $949.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988110 | $56,333.62 | 7/25/2018 | 2507835165 | 7/16/2018 | $181.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988110 | $56,333.62 | 7/25/2018 | 2507830736 | 7/11/2018 | $1,971.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988110 | $56,333.62 | 7/25/2018 | 2507829815-68926 | 7/11/2018 | $4,785.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988110 | $56,333.62 | 7/25/2018 | 2507829815-68924 | 7/11/2018 | $510.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988110 | $56,333.62 | 7/25/2018 | 2507829806-68923 | 7/11/2018 | $3,811.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988110 | $56,333.62 | 7/25/2018 | 2507829806-68921 | 7/11/2018 | $102.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988110 | $56,333.62 | 7/25/2018 | 2507829391-68920 | 7/11/2018 | $45,647.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988110 | $56,333.62 | 7/25/2018 | 2507829391-68918 | 7/11/2018 | $486.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987180 | $3,511.82 | 7/24/2018 | 2507829124-68917 | 7/11/2018 | $2,577.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001756 | $3,330.34 | 8/21/2018 | 2507881795 | 8/11/2018 | $392.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989167 | $25,958.54 | 7/27/2018 | 2507830497-68929 | 7/11/2018 | $1,311.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021030 | $3,756.30 | 9/27/2018 | 2507926543 | 9/11/2018 | $2,091.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021030 | $3,756.30 | 9/27/2018 | 2507938884 | 9/20/2018 | $1,818.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021030 | $3,756.30 | 9/27/2018 | 2507938883 | 9/20/2018 | $1,909.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021030 | $3,756.30 | 9/27/2018 | 2507938882 | 9/20/2018 | $29,097.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021030 | $3,756.30 | 9/27/2018 | 2507938880 | 9/20/2018 | $2,142.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021030 | $3,756.30 | 9/27/2018 | 2507938879 | 9/20/2018 | $3,285.23 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781021030 | $3,756.30 | 9/27/2018 | 2507938878 | 9/20/2018 | $4,834.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021030 | $3,756.30 | 9/27/2018 | 2507938877 | 9/20/2018 | $3,041.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021030 | $3,756.30 | 9/27/2018 | 2507935431 | 9/18/2018 | $583.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021030 | $3,756.30 | 9/27/2018 | 2507933335 | 9/17/2018 | $205.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011412 | $1,844.07 | 9/7/2018 | 2507901344-68978 | 8/24/2018 | $1,102.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021030 | $3,756.30 | 9/27/2018 | 2507928798 | 9/13/2018 | $394.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022429 | $326.93 | 10/1/2018 | 2507809756-68979 | 6/28/2018 | $357.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021030 | $3,756.30 | 9/27/2018 | 2507924935 | 9/11/2018 | $84.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021030 | $3,756.30 | 9/27/2018 | 2507917495 | 9/5/2018 | $447.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014112 | $20,651.63 | 9/13/2018 | 2507919187 | 9/6/2018 | $20,303.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014112 | $20,651.63 | 9/13/2018 | 2507911774 | 8/31/2018 | $371.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013686 | $63,878.46 | 9/12/2018 | 2507916482 | 9/5/2018 | $18,571.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013686 | $63,878.46 | 9/12/2018 | 2507915952 | 9/5/2018 | $61,980.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012770 | $517.54 | 9/11/2018 | 2507911836 | 8/31/2018 | $229.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012770 | $517.54 | 9/11/2018 | 2507911829 | 8/31/2018 | $97.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012770 | $517.54 | 9/11/2018 | 2507911285 | 8/31/2018 | $205.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001756 | $3,330.34 | 8/21/2018 | 2507880189 | 8/10/2018 | $179.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021030 | $3,756.30 | 9/27/2018 | 2507933323 | 9/17/2018 | $155.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023226 | $92,091.97 | 10/2/2018 | 2507942161 | 9/24/2018 | $18,028.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023226 | $92,091.97 | 10/2/2018 | 2507945954 | 9/25/2018 | $2,939.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023226 | $92,091.97 | 10/2/2018 | 2507945953 | 9/25/2018 | $35,685.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023226 | $92,091.97 | 10/2/2018 | 2507945951 | 9/25/2018 | $258.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023226 | $92,091.97 | 10/2/2018 | 2507945950 | 9/25/2018 | $238.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023226 | $92,091.97 | 10/2/2018 | 2507945949 | 9/25/2018 | $634.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023226 | $92,091.97 | 10/2/2018 | 2507945030 | 9/24/2018 | $675.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023226 | $92,091.97 | 10/2/2018 | 2507945028 | 9/24/2018 | $9,716.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023226 | $92,091.97 | 10/2/2018 | 2507945026 | 9/24/2018 | $816.18 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781023226 | $92,091.97 | 10/2/2018 | 2507945025 | 9/24/2018 | $50.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023226 | $92,091.97 | 10/2/2018 | 2507945024 | 9/24/2018 | $728.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021690 | $1,280.96 | 9/28/2018 | 2507933336 | 9/17/2018 | $127.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023226 | $92,091.97 | 10/2/2018 | 2507942163 | 9/24/2018 | $882.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021690 | $1,280.96 | 9/28/2018 | 2507934240 | 9/17/2018 | $1,325.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023226 | $92,091.97 | 10/2/2018 | 2507942159 | 9/23/2018 | $2,760.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023226 | $92,091.97 | 10/2/2018 | 2507942157 | 9/23/2018 | $16,597.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023226 | $92,091.97 | 10/2/2018 | 2507942155 | 9/23/2018 | $357.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023226 | $92,091.97 | 10/2/2018 | 2507942149 | 9/23/2018 | $50.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023226 | $92,091.97 | 10/2/2018 | 2507942148 | 9/23/2018 | $488.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023226 | $92,091.97 | 10/2/2018 | 2507941882 | 9/21/2018 | $174.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023226 | $92,091.97 | 10/2/2018 | 2507941330 | 9/21/2018 | $211.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023226 | $92,091.97 | 10/2/2018 | 2507941329 | 9/21/2018 | $127.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022429 | $326.93 | 10/1/2018 | 2507937702 | 9/19/2018 | $349.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011412 | $1,844.07 | 9/7/2018 | 2507901344-68976 | 8/24/2018 | $79.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023226 | $92,091.97 | 10/2/2018 | 2507943783 | 9/21/2018 | $161.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005194 | $39,210.21 | 8/28/2018 | 2507892733 | 8/18/2018 | $294.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006115 | $58,976.77 | 8/29/2018 | 2507897159 | 8/22/2018 | $564.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006115 | $58,976.77 | 8/29/2018 | 2507896915 | 8/22/2018 | $13,772.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006115 | $58,976.77 | 8/29/2018 | 2507896909 | 8/22/2018 | $5,721.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006115 | $58,976.77 | 8/29/2018 | 2507896907 | 8/22/2018 | $30,868.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006115 | $58,976.77 | 8/29/2018 | 2507896666 | 8/21/2018 | $1,812.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006115 | $58,976.77 | 8/29/2018 | 2507893339 | 8/20/2018 | $77.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005194 | $39,210.21 | 8/28/2018 | 2507896488 | 8/21/2018 | $631.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005194 | $39,210.21 | 8/28/2018 | 2507895745 | 8/21/2018 | $18,829.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005194 | $39,210.21 | 8/28/2018 | 2507895047 | 8/20/2018 | $18,487.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011412 | $1,844.07 | 9/7/2018 | 2507903972 | 8/27/2018 | $1,155.30 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005194 | $39,210.21 | 8/28/2018 | 2507892747 | 8/20/2018 | $311.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007993 | $1,210.35 | 9/3/2018 | 2507792110-68960 | 6/19/2018 | $1,124.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005194 | $39,210.21 | 8/28/2018 | 2507888960 | 8/16/2018 | $257.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005194 | $39,210.21 | 8/28/2018 | 2507888959 | 8/16/2018 | $215.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005194 | $39,210.21 | 8/28/2018 | 2507886445 | 8/15/2018 | $320.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005194 | $39,210.21 | 8/28/2018 | 2507883997 | 8/14/2018 | $1,703.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005194 | $39,210.21 | 8/28/2018 | 2507882228 | 8/13/2018 | $467.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005194 | $39,210.21 | 8/28/2018 | 2507867873 | 8/3/2018 | $271.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005194 | $39,210.21 | 8/28/2018 | 2507863488-68957 | 8/1/2018 | $3,281.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005194 | $39,210.21 | 8/28/2018 | 2507853126-68956 | 7/26/2018 | $558.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005194 | $39,210.21 | 8/28/2018 | 2507853126-68954 | 7/26/2018 | $1,069.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001756 | $3,330.34 | 8/21/2018 | 2507883082 | 8/13/2018 | $224.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005194 | $39,210.21 | 8/28/2018 | 2507894250 | 8/20/2018 | $17,435.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008788 | $14,833.98 | 9/4/2018 | 2507894246 | 8/20/2018 | $1,240.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010771 | $120.35 | 9/6/2018 | 2507907715 | 8/28/2018 | $126.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009951 | $77,155.63 | 9/5/2018 | 2507904026 | 8/27/2018 | $360.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009951 | $77,155.63 | 9/5/2018 | 2507899631-68975 | 8/23/2018 | $16,994.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009951 | $77,155.63 | 9/5/2018 | 2507899631-68973 | 8/23/2018 | $734.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009951 | $77,155.63 | 9/5/2018 | 2507898519-68972 | 8/22/2018 | $2,895.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009951 | $77,155.63 | 9/5/2018 | 2507898519-68970 | 8/22/2018 | $651.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009951 | $77,155.63 | 9/5/2018 | 2507897158-68969 | 8/22/2018 | $60,031.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009951 | $77,155.63 | 9/5/2018 | 2507897158-68967 | 8/22/2018 | $282.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008788 | $14,833.98 | 9/4/2018 | 2507903485 | 8/27/2018 | $10,274.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008788 | $14,833.98 | 9/4/2018 | 2507901389 | 8/24/2018 | $318.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006115 | $58,976.77 | 8/29/2018 | 2507897160 | 8/22/2018 | $6,218.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008788 | $14,833.98 | 9/4/2018 | 2507896905-68964 | 8/18/2018 | $354.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007993 | $1,210.35 | 9/3/2018 | 2507792110-68958 | 6/19/2018 | $58.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008788 | $14,833.98 | 9/4/2018 | 2507890715 | 8/17/2018 | $2,912.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007993 | $1,210.35 | 9/3/2018 | 2507899636 | 8/23/2018 | $205.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007993 | $1,210.35 | 9/3/2018 | 2507895755 | 8/21/2018 | $232.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007993 | $1,210.35 | 9/3/2018 | 2507892734-68963 | 8/18/2018 | $232.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007993 | $1,210.35 | 9/3/2018 | 2507892734-68961 | 8/18/2018 | $105.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007993 | $1,210.35 | 9/3/2018 | 2507892705 | 8/18/2018 | $462.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007993 | $1,210.35 | 9/3/2018 | 2507880377 | 8/10/2018 | $865.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007993 | $1,210.35 | 9/3/2018 | 2507878733 | 8/9/2018 | $258.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007993 | $1,210.35 | 9/3/2018 | 2507808103 | 6/27/2018 | $1,655.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023226 | $92,091.97 | 10/2/2018 | 2507945955 | 9/25/2018 | $513.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008788 | $14,833.98 | 9/4/2018 | 2507896905-68966 | 8/18/2018 | $87.32 |

**Totals:** **29 transfer(s),** **$938,799.75**