**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **The Kraft Heinz Company fdba Kraft General Foods Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781001212 | $108,124.72 | 8/20/2018 | 1927668195-10952 | 8/3/2018 | $1,358.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986625 | $4,780.83 | 7/23/2018 | 1927491800-10936 | 7/6/2018 | $7,413.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001953 | $148,904.31 | 8/21/2018 | 1927683369 | 8/6/2018 | $2,151.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001953 | $148,904.31 | 8/21/2018 | 1927678542-10972 | 8/5/2018 | $17,384.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001953 | $148,904.31 | 8/21/2018 | 1927678541-10971 | 8/5/2018 | $23,617.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001953 | $148,904.31 | 8/21/2018 | 1927678540-10970 | 8/5/2018 | $9,887.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001953 | $148,904.31 | 8/21/2018 | 1927678539-10969 | 8/5/2018 | $6,610.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001953 | $148,904.31 | 8/21/2018 | 1927678538-10968 | 8/6/2018 | $5,854.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001212 | $108,124.72 | 8/20/2018 | 1927668198-10957 | 8/3/2018 | $9,126.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001953 | $148,904.31 | 8/21/2018 | 1927683371-10974 | 8/6/2018 | $5,466.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001212 | $108,124.72 | 8/20/2018 | 1927668196-10953 | 8/3/2018 | $33,715.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001953 | $148,904.31 | 8/21/2018 | 1927683372 | 8/6/2018 | $4,681.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001212 | $108,124.72 | 8/20/2018 | 1927668194-10949 | 8/3/2018 | $2,203.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001212 | $108,124.72 | 8/20/2018 | 1927663325-10948 | 8/3/2018 | $47,483.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001212 | $108,124.72 | 8/20/2018 | 1927660097-10945 | 8/3/2018 | $5,775.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001212 | $108,124.72 | 8/20/2018 | 1927660096-10944 | 8/3/2018 | $15,991.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001212 | $108,124.72 | 8/20/2018 | 1927660095-10942 | 8/3/2018 | $4,586.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993717 | $700.85 | 8/6/2018 | 1924907332B | 1/4/2017 | $737.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989446 | $13,458.03 | 7/27/2018 | 1927500405-10940 | 7/12/2018 | $13,758.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988239 | $14,496.99 | 7/25/2018 | 1927499101-10939 | 7/10/2018 | $14,496.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001212 | $108,124.72 | 8/20/2018 | 1927668197-10956 | 8/3/2018 | $9,473.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016343 | $114,560.92 | 9/18/2018 | 1927827228-10993 | 9/1/2018 | $198.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017901 | $76,281.57 | 9/20/2018 | 1927846563-11006 | 9/5/2018 | $8,513.19 |

The Kraft Heinz Company fdba Kraft General Foods Inc. (2228447)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                                Exhibit A                                                P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781017901 | $76,281.57 | 9/20/2018 | 1927846562-11005 | 9/5/2018 | $3,170.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017901 | $76,281.57 | 9/20/2018 | 1927846561-11004 | 9/5/2018 | $34,418.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016343 | $114,560.92 | 9/18/2018 | 1927833714-10999 | 9/1/2018 | $7,888.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016343 | $114,560.92 | 9/18/2018 | 1927833713-10998 | 9/1/2018 | $2,203.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016343 | $114,560.92 | 9/18/2018 | 1927833712 | 9/1/2018 | $13,194.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016343 | $114,560.92 | 9/18/2018 | 1927827232-10997 | 9/1/2018 | $12,515.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016343 | $114,560.92 | 9/18/2018 | 1927827231-10996 | 9/1/2018 | $29,386.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001953 | $148,904.31 | 8/21/2018 | 1927683370-10973 | 8/6/2018 | $10,108.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016343 | $114,560.92 | 9/18/2018 | 1927827229-10994 | 9/1/2018 | $22,230.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017901 | $76,281.57 | 9/20/2018 | 1927846564-11007 | 9/5/2018 | $30,178.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016343 | $114,560.92 | 9/18/2018 | 1927827227-10992 | 9/1/2018 | $6,945.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016343 | $114,560.92 | 9/18/2018 | 1927827226-10991 | 9/1/2018 | $6,155.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016343 | $114,560.92 | 9/18/2018 | 1927827225 | 9/1/2018 | $2,927.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015635 | $16,965.99 | 9/17/2018 | 1927833711-10988 | 8/31/2018 | $30,410.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015635 | $16,965.99 | 9/17/2018 | 1927833710-10985 | 8/31/2018 | $13,587.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001953 | $148,904.31 | 8/21/2018 | 1927683375-10976 | 8/6/2018 | $42,830.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001953 | $148,904.31 | 8/21/2018 | 1927683374 | 8/6/2018 | $13,846.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001953 | $148,904.31 | 8/21/2018 | 1927683373-10975 | 8/6/2018 | $6,463.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016343 | $114,560.92 | 9/18/2018 | 1927827230-10995 | 9/1/2018 | $14,640.75 |

**Totals:    9 transfer(s),    $498,274.21**