**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **The Nature's Bounty Co. fdba NBTY, Inc.** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986702 | $52,311.34 | 7/31/2018 | 374268 | 6/4/2018 | $2,894.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979933 | $68,235.48 | 7/17/2018 | 373469 | 5/24/2018 | $8,893.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986702 | $52,311.34 | 7/31/2018 | 926892-6574 | 6/4/2018 | $19,981.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986702 | $52,311.34 | 7/31/2018 | 926892-6573 | 6/4/2018 | $159.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986702 | $52,311.34 | 7/31/2018 | 926891 | 6/4/2018 | $26,547.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986702 | $52,311.34 | 7/31/2018 | 926355 | 6/1/2018 | $63,227.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986702 | $52,311.34 | 7/31/2018 | 926205 | 5/31/2018 | $11,633.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986702 | $52,311.34 | 7/31/2018 | 374797-6571 | 6/8/2018 | $3,109.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986702 | $52,311.34 | 7/31/2018 | 374797-6569 | 6/8/2018 | $102.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986702 | $52,311.34 | 7/31/2018 | 374567 | 6/5/2018 | $457.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986702 | $52,311.34 | 7/31/2018 | 926894 | 6/4/2018 | $25,884.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986702 | $52,311.34 | 7/31/2018 | 374269 | 6/4/2018 | $4,388.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986702 | $52,311.34 | 7/31/2018 | 926895 | 6/4/2018 | $25,274.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986702 | $52,311.34 | 7/31/2018 | 373992 | 6/1/2018 | $1,462.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986702 | $52,311.34 | 7/31/2018 | 373991 | 6/1/2018 | $2,377.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979933 | $68,235.48 | 7/17/2018 | 925424 | 5/29/2018 | $4,170.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979933 | $68,235.48 | 7/17/2018 | 925423 | 5/29/2018 | $8,862.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979933 | $68,235.48 | 7/17/2018 | 925422 | 5/29/2018 | $5,387.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979933 | $68,235.48 | 7/17/2018 | 924642 | 5/22/2018 | $10,600.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979933 | $68,235.48 | 7/17/2018 | 924641 | 5/22/2018 | $4,170.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979933 | $68,235.48 | 7/17/2018 | 374565 | 6/5/2018 | $548.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979933 | $68,235.48 | 7/17/2018 | 373884 | 5/30/2018 | $26,073.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986702 | $52,311.34 | 7/31/2018 | 374566 | 6/5/2018 | $822.82 |

The Nature's Bounty Co. fdba NBTY, Inc. (2228416)
Bankruptcy Case: Sears Holdings Corporation, et al.

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780993807 | $49,949.70 | 8/16/2018 | 930379 | 6/28/2018 | $45,188.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012285 | $39,449.90 | 9/24/2018 | 934762 | 7/26/2018 | $31,470.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012285 | $39,449.90 | 9/24/2018 | 380160 | 7/26/2018 | $1,172.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008237 | $14,070.69 | 9/17/2018 | 934421 | 7/24/2018 | $3,726.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008237 | $14,070.69 | 9/17/2018 | 931577 | 7/6/2018 | $8,536.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008237 | $14,070.69 | 9/17/2018 | 379471 | 7/19/2018 | $1,824.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004727 | $10,915.34 | 9/10/2018 | 933389 | 7/18/2018 | $8,730.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004727 | $10,915.34 | 9/10/2018 | 378493 | 7/11/2018 | $2,778.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001279 | $8,484.19 | 9/3/2018 | 932353 | 7/12/2018 | $6,232.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001279 | $8,484.19 | 9/3/2018 | 377967 | 7/6/2018 | $2,251.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986702 | $52,311.34 | 7/31/2018 | 926893 | 6/4/2018 | $12,276.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997860 | $81,296.52 | 8/23/2018 | 376926 | 6/27/2018 | $3,487.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012285 | $39,449.90 | 9/24/2018 | 935584 | 8/1/2018 | $14,259.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993807 | $49,949.70 | 8/16/2018 | 375937 | 6/20/2018 | $4,761.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990157 | $93,438.69 | 8/9/2018 | 929303 | 6/20/2018 | $93,790.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990157 | $93,438.69 | 8/9/2018 | 375296 | 6/14/2018 | $3,825.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986702 | $52,311.34 | 7/31/2018 | 928208 | 6/12/2018 | $13,574.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986702 | $52,311.34 | 7/31/2018 | 927731 | 6/11/2018 | $12,515.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986702 | $52,311.34 | 7/31/2018 | 927730-6577 | 6/11/2018 | $20,599.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986702 | $52,311.34 | 7/31/2018 | 927730-6575 | 6/11/2018 | $180.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986702 | $52,311.34 | 7/31/2018 | 927133 | 6/6/2018 | $25,838.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986702 | $52,311.34 | 7/31/2018 | 926896 | 6/4/2018 | $27,116.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997860 | $81,296.52 | 8/23/2018 | 931411 | 7/5/2018 | $89,979.99 |

Totals:     9 transfer(s),   $418,151.85

The Nature's Bounty Co. fdba NBTY, Inc. (2228416)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                         Exhibit A                                    P. 2