

ask LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **The Ohio Bell Telephone Company dba AT & T Ohio** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985668 | $4,097.47 | 7/30/2018 | 216520788101920 | 7/7/2018 | $170.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988467 | $316.87 | 8/7/2018 | 708429942816907 | 7/1/2018 | $316.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987118 | $1,740.78 | 8/1/2018 | 815468348846620 | 6/28/2018 | $1,740.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986411 | $3,303.25 | 7/31/2018 | 248R41094841120 | 7/1/2018 | $3,303.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985668 | $4,097.47 | 7/30/2018 | 92073315260012D | 6/28/2018 | $918.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985668 | $4,097.47 | 7/30/2018 | 920733152600120 | 6/28/2018 | $9.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985668 | $4,097.47 | 7/30/2018 | 815226949045020 | 7/7/2018 | $49.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985668 | $4,097.47 | 7/30/2018 | 708633730052220-4096 | 7/10/2018 | $739.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985668 | $4,097.47 | 7/30/2018 | 517327095402120-4084 | 7/10/2018 | $830.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985668 | $4,097.47 | 7/30/2018 | 440942809262920 | 7/7/2018 | $229.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985668 | $4,097.47 | 7/30/2018 | 440942789104620-4082 | 7/7/2018 | $124.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985668 | $4,097.47 | 7/30/2018 | 440234930303820-4077 | 7/10/2018 | $363.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985668 | $4,097.47 | 7/30/2018 | 419867822449120 | 7/7/2018 | $243.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991440 | $946.05 | 8/13/2018 | 906863446107 | 7/7/2018 | $305.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985668 | $4,097.47 | 7/30/2018 | 219864898730506 | 6/25/2018 | $177.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989858 | $7,984.74 | 8/9/2018 | 317248244507-4073 | 7/19/2018 | $171.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985062 | $107.07 | 7/27/2018 | 630554281792220 | 6/25/2018 | $107.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983655 | $1,523.93 | 7/25/2018 | 61483650004762D | 6/28/2018 | $1,337.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983655 | $1,523.93 | 7/25/2018 | 614836500047620 | 6/28/2018 | $148.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983655 | $1,523.93 | 7/25/2018 | 614836207063420 | 6/28/2018 | $37.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982989 | $187.05 | 7/24/2018 | 765552334833620 | 6/25/2018 | $187.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982301 | $49,135.97 | 7/23/2018 | 989684325977720 | 7/1/2018 | $83.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982301 | $49,135.97 | 7/23/2018 | 937299721128220 | 7/4/2018 | $40.58 |

The Ohio Bell Telephone Company dba AT & T Ohio (2219794)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                    Exhibit A                                    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982301 | $49,135.97 | 7/23/2018 | 937299593689820 | 7/4/2018 | $269.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982301 | $49,135.97 | 7/23/2018 | 920380180253420 | 7/1/2018 | $219.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982301 | $49,135.97 | 7/23/2018 | 815455296148820 | 7/1/2018 | $516.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982301 | $49,135.97 | 7/23/2018 | 740446101353120 | 7/4/2018 | $38.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982301 | $49,135.97 | 7/23/2018 | 734513219123920 | 7/1/2018 | $43.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985668 | $4,097.47 | 7/30/2018 | 330745442642620 | 7/7/2018 | $239.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989858 | $7,984.74 | 8/9/2018 | 708496933207 | 7/1/2018 | $720.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981167 | $5,682.14 | 7/19/2018 | 216662059411520 | 6/19/2018 | $3.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991440 | $946.05 | 8/13/2018 | 614751697507-4086 | 7/13/2018 | $195.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991440 | $946.05 | 8/13/2018 | 614751682007-4085 | 7/13/2018 | $243.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991440 | $946.05 | 8/13/2018 | 216662352388807 | 7/19/2018 | $76.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991440 | $946.05 | 8/13/2018 | 216662059411507 | 7/19/2018 | $38.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990615 | $157.62 | 8/10/2018 | 937237522007-4103 | 7/13/2018 | $157.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989858 | $7,984.74 | 8/9/2018 | 989249433707-4104 | 7/13/2018 | $92.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989858 | $7,984.74 | 8/9/2018 | 937237972807 | 7/13/2018 | $244.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989858 | $7,984.74 | 8/9/2018 | 847816107707 | 7/16/2018 | $94.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989858 | $7,984.74 | 8/9/2018 | 815Z36117607 | 7/16/2018 | $740.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989858 | $7,984.74 | 8/9/2018 | 708865894107 | 7/19/2018 | $171.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989858 | $7,984.74 | 8/9/2018 | 708681201207-4099 | 7/16/2018 | $47.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989858 | $7,984.74 | 8/9/2018 | 248344145207-4066 | 7/16/2018 | $811.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989858 | $7,984.74 | 8/9/2018 | 708681147507-4097 | 7/16/2018 | $175.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989858 | $7,984.74 | 8/9/2018 | 269329256007-4070 | 7/19/2018 | $212.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989858 | $7,984.74 | 8/9/2018 | 630833229438407 | 7/16/2018 | $50.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989858 | $7,984.74 | 8/9/2018 | 630434896507-4094 | 7/13/2018 | $47.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989858 | $7,984.74 | 8/9/2018 | 630372274307-4093 | 7/16/2018 | $831.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989858 | $7,984.74 | 8/9/2018 | 630372229807-4092 | 7/16/2018 | $47.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989858 | $7,984.74 | 8/9/2018 | 614275449107 | 7/16/2018 | $119.36 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989858 | $7,984.74 | 8/9/2018 | 512A14601707 | 7/19/2018 | $114.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989858 | $7,984.74 | 8/9/2018 | 440777512707-4080 | 7/19/2018 | $40.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989858 | $7,984.74 | 8/9/2018 | 440734330307-4079 | 7/19/2018 | $277.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989858 | $7,984.74 | 8/9/2018 | 440734308607-4078 | 7/19/2018 | $120.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989858 | $7,984.74 | 8/9/2018 | 419435185607 | 7/16/2018 | $2,422.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989858 | $7,984.74 | 8/9/2018 | 414294051907-4075 | 7/13/2018 | $303.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989858 | $7,984.74 | 8/9/2018 | 317248245007-4074 | 7/19/2018 | $38.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982301 | $49,135.97 | 7/23/2018 | 708345886956320 | 7/4/2018 | $107.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989858 | $7,984.74 | 8/9/2018 | 708681196807-4098 | 7/16/2018 | $90.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981167 | $5,682.14 | 7/19/2018 | 419865000963420 | 6/22/2018 | $187.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982301 | $49,135.97 | 7/23/2018 | 734242518922220 | 7/4/2018 | $82.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981167 | $5,682.14 | 7/19/2018 | 630434896515720 | 6/13/2018 | $46.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981167 | $5,682.14 | 7/19/2018 | 630372229869420 | 6/16/2018 | $46.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981167 | $5,682.14 | 7/19/2018 | 618398985637220 | 6/28/2018 | $162.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981167 | $5,682.14 | 7/19/2018 | 618398408045820 | 6/28/2018 | $207.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981167 | $5,682.14 | 7/19/2018 | 614R9417504532D | 6/22/2018 | $451.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981167 | $5,682.14 | 7/19/2018 | 614R94175045320 | 6/22/2018 | $50.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981167 | $5,682.14 | 7/19/2018 | 614851991256920 | 6/22/2018 | $42.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981167 | $5,682.14 | 7/19/2018 | 614751697548720 | 6/13/2018 | $192.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981167 | $5,682.14 | 7/19/2018 | 614751682009020 | 6/13/2018 | $241.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981167 | $5,682.14 | 7/19/2018 | 614326101353120 | 6/25/2018 | $264.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981167 | $5,682.14 | 7/19/2018 | 440777512745720 | 6/19/2018 | $42.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981167 | $5,682.14 | 7/19/2018 | 630548273634520 | 6/28/2018 | $364.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981167 | $5,682.14 | 7/19/2018 | 440734308672520 | 6/19/2018 | $118.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981167 | $5,682.14 | 7/19/2018 | 630554229680420 | 6/25/2018 | $44.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981167 | $5,682.14 | 7/19/2018 | 414465115031720 | 6/25/2018 | $463.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981167 | $5,682.14 | 7/19/2018 | 317248245056920 | 6/19/2018 | $38.49 |

18-23538-shl   Doc 7583-1   Filed 04/01/20   Entered 04/01/20 06:52:36   Exhibit A
Pg 4 of 9

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981167 | $5,682.14 | 7/19/2018 | 317248244561020 | 6/19/2018 | $168.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981167 | $5,682.14 | 7/19/2018 | 269329256057020-4072 | 6/19/2018 | $188.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981167 | $5,682.14 | 7/19/2018 | 269329256057020-4071 | 6/19/2018 | $20.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981167 | $5,682.14 | 7/19/2018 | 269327063014320 | 6/22/2018 | $718.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981167 | $5,682.14 | 7/19/2018 | 262639451583420 | 6/22/2018 | $52.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981167 | $5,682.14 | 7/19/2018 | 24881658058052D | 6/22/2018 | $1,363.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981167 | $5,682.14 | 7/19/2018 | 248816580580520 | 6/22/2018 | $13.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981167 | $5,682.14 | 7/19/2018 | 248643211289620 | 6/22/2018 | $258.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981167 | $5,682.14 | 7/19/2018 | 248443134146620 | 6/25/2018 | $121.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981167 | $5,682.14 | 7/19/2018 | 216662352388820 | 6/19/2018 | $79.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981167 | $5,682.14 | 7/19/2018 | 21666205941152D | 6/19/2018 | $34.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981167 | $5,682.14 | 7/19/2018 | 440734330378220 | 6/19/2018 | $278.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981167 | $5,682.14 | 7/19/2018 | 815385452244620 | 6/13/2018 | $43.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991931 | $1,900.67 | 8/14/2018 | 708594307127607 | 7/19/2018 | $89.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982301 | $49,135.97 | 7/23/2018 | 517321360301720 | 7/4/2018 | $209.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982301 | $49,135.97 | 7/23/2018 | 419473144287820 | 7/1/2018 | $410.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982301 | $49,135.97 | 7/23/2018 | 414607963241520 | 7/1/2018 | $171.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982301 | $49,135.97 | 7/23/2018 | 262502074502920 | 7/1/2018 | $180.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982301 | $49,135.97 | 7/23/2018 | 248R21707495020 | 7/1/2018 | $28,041.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982301 | $49,135.97 | 7/23/2018 | 248R01841013320 | 7/1/2018 | $16,128.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982301 | $49,135.97 | 7/23/2018 | 248R01217717720 | 7/1/2018 | $2,467.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982301 | $49,135.97 | 7/23/2018 | 248886180095907-4068 | 7/4/2018 | $37.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981702 | $1,488.95 | 7/20/2018 | 614870446845420 | 6/25/2018 | $320.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981702 | $1,488.95 | 7/20/2018 | 614760581286620 | 6/25/2018 | $1,168.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981167 | $5,682.14 | 7/19/2018 | 989249433786920 | 6/13/2018 | $91.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981167 | $5,682.14 | 7/19/2018 | 630434989049320 | 6/13/2018 | $169.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981167 | $5,682.14 | 7/19/2018 | 815385518630820 | 6/13/2018 | $144.61 |

The Ohio Bell Telephone Company dba AT & T Ohio (2219794)
Bankruptcy Case: Sears Holdings Corporation, et al.
Mar 27, 2020                                                            Exhibit A                                                            P. 4

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982301 | $49,135.97 | 7/23/2018 | 708496931455120 | 7/1/2018 | $89.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981167 | $5,682.14 | 7/19/2018 | 765472399139420 | 6/28/2018 | $2,441.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981167 | $5,682.14 | 7/19/2018 | 734425926052020 | 6/19/2018 | $84.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981167 | $5,682.14 | 7/19/2018 | 734422570088620 | 6/22/2018 | $531.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981167 | $5,682.14 | 7/19/2018 | 734266011606 | 6/13/2018 | $284.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981167 | $5,682.14 | 7/19/2018 | 708865894172320 | 6/19/2018 | $168.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981167 | $5,682.14 | 7/19/2018 | 708681201255420 | 6/16/2018 | $46.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981167 | $5,682.14 | 7/19/2018 | 70868119686772D | 6/16/2018 | $88.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981167 | $5,682.14 | 7/19/2018 | 708681196867720 | 6/16/2018 | $0.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981167 | $5,682.14 | 7/19/2018 | 708594307127606 | 6/19/2018 | $85.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981167 | $5,682.14 | 7/19/2018 | 708422868232020 | 6/13/2018 | $48.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981167 | $5,682.14 | 7/19/2018 | 708410111906 | 6/13/2018 | $303.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981167 | $5,682.14 | 7/19/2018 | 630R07022222206 | 6/28/2018 | $426.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981167 | $5,682.14 | 7/19/2018 | 630833229438406 | 6/16/2018 | $49.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981167 | $5,682.14 | 7/19/2018 | 847816107741120 | 6/16/2018 | $93.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004461 | $7,043.37 | 9/10/2018 | 708681147508-11294 | 8/16/2018 | $174.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007141 | $2,537.07 | 9/14/2018 | 269327063008-11301 | 8/22/2018 | $852.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007141 | $2,537.07 | 9/14/2018 | 262639451508 | 8/22/2018 | $53.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007141 | $2,537.07 | 9/14/2018 | 248643211208 | 8/22/2018 | $259.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007141 | $2,537.07 | 9/14/2018 | 216662352308 | 8/19/2018 | $76.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007141 | $2,537.07 | 9/14/2018 | 216662059408-11300 | 8/19/2018 | $38.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006464 | $482.03 | 9/13/2018 | 937237522008-11299 | 8/13/2018 | $157.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006464 | $482.03 | 9/13/2018 | 906863446108 | 8/7/2018 | $324.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005946 | $50.64 | 9/12/2018 | 630833229438408 | 8/16/2018 | $50.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005137 | $170.15 | 9/11/2018 | 317248244508-11298 | 8/19/2018 | $170.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004461 | $7,043.37 | 9/10/2018 | 847816107708 | 8/16/2018 | $94.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004461 | $7,043.37 | 9/10/2018 | 815Z36117608 | 8/16/2018 | $740.16 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004461 | $7,043.37 | 9/10/2018 | 708865894108-11297 | 8/19/2018 | $170.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991440 | $946.05 | 8/13/2018 | 734425926052007 | 7/19/2018 | $86.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004461 | $7,043.37 | 9/10/2018 | 708681196808-11295 | 8/16/2018 | $89.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007141 | $2,537.07 | 9/14/2018 | 614751697508-11304 | 8/13/2018 | $194.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004461 | $7,043.37 | 9/10/2018 | 708429942816908 | 8/1/2018 | $314.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004461 | $7,043.37 | 9/10/2018 | 708410111918508 | 8/13/2018 | $270.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004461 | $7,043.37 | 9/10/2018 | 708410111918507 | 7/13/2018 | $278.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004461 | $7,043.37 | 9/10/2018 | 630372274300308 | 8/16/2018 | $790.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004461 | $7,043.37 | 9/10/2018 | 630372229869408 | 8/16/2018 | $46.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004461 | $7,043.37 | 9/10/2018 | 630372229808-11293 | 8/16/2018 | $46.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004461 | $7,043.37 | 9/10/2018 | 614275449108 | 8/16/2018 | $118.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004461 | $7,043.37 | 9/10/2018 | 440777512708-11292 | 8/19/2018 | $40.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004461 | $7,043.37 | 9/10/2018 | 440734330308-11291 | 8/19/2018 | $277.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004461 | $7,043.37 | 9/10/2018 | 440734308608-11290 | 8/19/2018 | $119.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004461 | $7,043.37 | 9/10/2018 | 419435185608-11289 | 8/16/2018 | $2,421.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004461 | $7,043.37 | 9/10/2018 | 317248245008-11288 | 8/19/2018 | $38.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004461 | $7,043.37 | 9/10/2018 | 708681201208-11296 | 8/16/2018 | $47.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012714 | $4,430.73 | 9/25/2018 | 614760581208 | 8/25/2018 | $1,173.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013521 | $52,040.29 | 9/26/2018 | 815455296109-11317 | 9/1/2018 | $579.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013521 | $52,040.29 | 9/26/2018 | 765472399108 | 8/28/2018 | $2,465.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013521 | $52,040.29 | 9/26/2018 | 734513219109-11316 | 9/1/2018 | $43.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013521 | $52,040.29 | 9/26/2018 | 708496931409-11315 | 9/1/2018 | $90.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013521 | $52,040.29 | 9/26/2018 | 630R07022222208 | 8/28/2018 | $445.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013521 | $52,040.29 | 9/26/2018 | 618398985608 | 8/28/2018 | $164.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013521 | $52,040.29 | 9/26/2018 | 618398408008 | 8/28/2018 | $210.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013521 | $52,040.29 | 9/26/2018 | 419473144209 | 9/1/2018 | $405.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013521 | $52,040.29 | 9/26/2018 | 414607963209-11314 | 9/1/2018 | $173.10 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013521 | $52,040.29 | 9/26/2018 | 262502074509-11313 | 9/1/2018 | $179.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013521 | $52,040.29 | 9/26/2018 | 248R21707409-11312 | 9/1/2018 | $28,041.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013521 | $52,040.29 | 9/26/2018 | 248R01841009-11311 | 9/1/2018 | $16,128.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007141 | $2,537.07 | 9/14/2018 | 419865000908-11302 | 8/22/2018 | $190.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012714 | $4,430.73 | 9/25/2018 | 614870446808 | 8/25/2018 | $3,257.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007141 | $2,537.07 | 9/14/2018 | 614751682008-11303 | 8/13/2018 | $242.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011379 | $1,095.70 | 9/21/2018 | 708422868208-11309 | 8/13/2018 | $48.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011379 | $1,095.70 | 9/21/2018 | 630554229608 | 8/25/2018 | $45.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011379 | $1,095.70 | 9/21/2018 | 630434989008-11308 | 8/13/2018 | $171.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011379 | $1,095.70 | 9/21/2018 | 614326101308 | 8/25/2018 | $268.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011379 | $1,095.70 | 9/21/2018 | 414465115008 | 8/25/2018 | $439.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011379 | $1,095.70 | 9/21/2018 | 248443134108 | 8/25/2018 | $122.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010726 | $45.20 | 9/20/2018 | 815385452208-11307 | 8/13/2018 | $45.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008710 | $1,754.75 | 9/18/2018 | 847296613608 | 8/7/2018 | $1,754.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007944 | $88.51 | 9/17/2018 | 708594307127608 | 8/19/2018 | $88.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007141 | $2,537.07 | 9/14/2018 | 734425926008-11306 | 8/19/2018 | $85.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007141 | $2,537.07 | 9/14/2018 | 614R94175008 | 8/22/2018 | $502.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007141 | $2,537.07 | 9/14/2018 | 614851991208-11305 | 8/22/2018 | $40.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003687 | $7,484.12 | 9/7/2018 | 989684325908 | 8/1/2018 | $85.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013521 | $52,040.29 | 9/26/2018 | 248R01217709-11310 | 9/1/2018 | $2,891.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994315 | $3,217.05 | 8/17/2018 | 630434989007-4095 | 7/13/2018 | $171.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004461 | $7,043.37 | 9/10/2018 | 269329256008-11287 | 8/19/2018 | $211.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001691 | $20,764.84 | 9/4/2018 | 248R01841008 | 8/1/2018 | $16,128.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001691 | $20,764.84 | 9/4/2018 | 248R01217708 | 8/1/2018 | $2,467.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001014 | $107.74 | 9/3/2018 | 630554281707 | 7/25/2018 | $107.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000208 | $2,805.44 | 8/31/2018 | 920733152607-4102 | 7/28/2018 | $932.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000208 | $2,805.44 | 8/31/2018 | 765552334807 | 7/25/2018 | $1,872.75 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998238 | $1,546.45 | 8/28/2018 | 614836500007 | 7/28/2018 | $1,508.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998238 | $1,546.45 | 8/28/2018 | 614836207007-4087 | 7/28/2018 | $38.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997595 | $4,409.03 | 8/23/2018 | 614870446807 | 7/25/2018 | $3,232.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997595 | $4,409.03 | 8/23/2018 | 614760581207 | 7/25/2018 | $1,176.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995724 | $47.51 | 8/20/2018 | 708422868207 | 7/13/2018 | $47.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994315 | $3,217.05 | 8/17/2018 | 815385518607-4101 | 7/13/2018 | $140.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003076 | $3,446.89 | 9/6/2018 | 248R41094808 | 8/1/2018 | $3,446.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994315 | $3,217.05 | 8/17/2018 | 765472399107 | 7/28/2018 | $2,486.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003687 | $7,484.12 | 9/7/2018 | 216520788108-11269 | 8/7/2018 | $161.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994315 | $3,217.05 | 8/17/2018 | 618398985607-4091 | 7/28/2018 | $164.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994315 | $3,217.05 | 8/17/2018 | 618398408007-4090 | 7/28/2018 | $209.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992643 | $2,785.76 | 8/15/2018 | 630554229607 | 7/25/2018 | $45.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992643 | $2,785.76 | 8/15/2018 | 614R94175007-4089 | 7/22/2018 | $502.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992643 | $2,785.76 | 8/15/2018 | 614851991207-4088 | 7/22/2018 | $39.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992643 | $2,785.76 | 8/15/2018 | 614326101307 | 7/25/2018 | $275.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992643 | $2,785.76 | 8/15/2018 | 419865000907-4076 | 7/22/2018 | $191.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992643 | $2,785.76 | 8/15/2018 | 414465115007 | 7/25/2018 | $416.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992643 | $2,785.76 | 8/15/2018 | 269327063007-4069 | 7/22/2018 | $875.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992643 | $2,785.76 | 8/15/2018 | 262639451507 | 7/22/2018 | $53.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992643 | $2,785.76 | 8/15/2018 | 248643211207-4067 | 7/22/2018 | $260.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992643 | $2,785.76 | 8/15/2018 | 248443134107 | 7/25/2018 | $123.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991931 | $1,900.67 | 8/14/2018 | 847296613679920 | 7/7/2018 | $1,811.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994315 | $3,217.05 | 8/17/2018 | 815385452207-4100 | 7/13/2018 | $44.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003687 | $7,484.12 | 9/7/2018 | 630R07022222207 | 7/28/2018 | $441.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013521 | $52,040.29 | 9/26/2018 | 920380180209-11318 | 9/1/2018 | $221.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003687 | $7,484.12 | 9/7/2018 | 989249433708-11285 | 8/13/2018 | $92.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003687 | $7,484.12 | 9/7/2018 | 937299721108-11284 | 8/4/2018 | $40.64 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003687 | $7,484.12 | 9/7/2018 | 937299593608-11283 | 8/4/2018 | $269.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003687 | $7,484.12 | 9/7/2018 | 937237972808 | 8/13/2018 | $244.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003687 | $7,484.12 | 9/7/2018 | 920380180208-11282 | 8/1/2018 | $222.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003687 | $7,484.12 | 9/7/2018 | 815455296108 | 8/1/2018 | $518.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003687 | $7,484.12 | 9/7/2018 | 740446101308 | 8/4/2018 | $37.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003687 | $7,484.12 | 9/7/2018 | 734513219108-11281 | 8/1/2018 | $43.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003687 | $7,484.12 | 9/7/2018 | 734242518908 | 8/4/2018 | $82.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003687 | $7,484.12 | 9/7/2018 | 708633730008 | 8/10/2018 | $704.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003687 | $7,484.12 | 9/7/2018 | 708496933208-11280 | 8/1/2018 | $900.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001691 | $20,764.84 | 9/4/2018 | 815468348807 | 7/28/2018 | $2,169.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003687 | $7,484.12 | 9/7/2018 | 708345886908 | 8/4/2018 | $107.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004461 | $7,043.37 | 9/10/2018 | 248344145208-11286 | 8/16/2018 | $751.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003687 | $7,484.12 | 9/7/2018 | 630434896508-11278 | 8/13/2018 | $47.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003687 | $7,484.12 | 9/7/2018 | 517327095408-11277 | 8/10/2018 | $826.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003687 | $7,484.12 | 9/7/2018 | 517321360308-11276 | 8/4/2018 | $235.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003687 | $7,484.12 | 9/7/2018 | 440942809208-11275 | 8/7/2018 | $229.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003687 | $7,484.12 | 9/7/2018 | 440234930308 | 8/10/2018 | $344.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003687 | $7,484.12 | 9/7/2018 | 419867822408-11274 | 8/7/2018 | $243.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003687 | $7,484.12 | 9/7/2018 | 419473144208 | 8/1/2018 | $406.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003687 | $7,484.12 | 9/7/2018 | 414607963208-11273 | 8/1/2018 | $177.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003687 | $7,484.12 | 9/7/2018 | 414294051908-11272 | 8/13/2018 | $302.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003687 | $7,484.12 | 9/7/2018 | 330745442608 | 8/7/2018 | $227.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003687 | $7,484.12 | 9/7/2018 | 262502074508-11271 | 8/1/2018 | $181.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003687 | $7,484.12 | 9/7/2018 | 248886180095908-11270 | 8/4/2018 | $37.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003687 | $7,484.12 | 9/7/2018 | 219864898730507 | 7/25/2018 | $180.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003687 | $7,484.12 | 9/7/2018 | 708496931408-11279 | 8/1/2018 | $91.40 |

Totals:    35 transfer(s),    $194,925.83