**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **The Quaker Oats Company** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986885 | $22,138.82 | 7/23/2018 | 7239795389 | 7/6/2018 | $10,068.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002057 | $104,121.29 | 8/21/2018 | 7243217239 | 8/5/2018 | $3,003.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002057 | $104,121.29 | 8/21/2018 | 7243206556 | 8/6/2018 | $3,316.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002057 | $104,121.29 | 8/21/2018 | 7242090010 | 8/6/2018 | $17,032.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990356 | $5,838.33 | 7/30/2018 | 7239985024 | 7/13/2018 | $2,809.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990356 | $5,838.33 | 7/30/2018 | 7239985023 | 7/13/2018 | $3,028.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988957 | $11,404.02 | 7/26/2018 | 7240137571 | 7/11/2018 | $7,143.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988957 | $11,404.02 | 7/26/2018 | 7240137570 | 7/11/2018 | $4,545.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988323 | $5,341.96 | 7/25/2018 | 7239712729 | 7/10/2018 | $5,342.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987439 | $15,630.74 | 7/24/2018 | 7239983946 | 7/7/2018 | $7,595.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986232 | $11,363.87 | 7/20/2018 | 7239701760 | 7/5/2018 | $4,070.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987439 | $15,630.74 | 7/24/2018 | 7239712730 | 7/9/2018 | $3,924.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002057 | $104,121.29 | 8/21/2018 | 7243369672 | 8/2/2018 | $4,697.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986885 | $22,138.82 | 7/23/2018 | 7239696528 | 7/6/2018 | $4,517.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986885 | $22,138.82 | 7/23/2018 | 7239696527 | 7/6/2018 | $5,732.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986885 | $22,138.82 | 7/23/2018 | 7235840557-3918 | 6/12/2018 | $1,820.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986232 | $11,363.87 | 7/20/2018 | 7239720214-3916 | 7/5/2018 | $4,409.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986232 | $11,363.87 | 7/20/2018 | 7239720213 | 7/5/2018 | $5,985.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986232 | $11,363.87 | 7/20/2018 | 7239707966 | 7/5/2018 | $5,673.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986232 | $11,363.87 | 7/20/2018 | 7239707965 | 7/5/2018 | $7,620.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986232 | $11,363.87 | 7/20/2018 | 7239707964 | 7/5/2018 | $3,768.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986232 | $11,363.87 | 7/20/2018 | 7239701761-3915 | 7/5/2018 | $6,430.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987439 | $15,630.74 | 7/24/2018 | 7239963936 | 7/8/2018 | $4,110.54 |

The Quaker Oats Company (2228446)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                Exhibit A                                P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002939 | $18,109.11 | 8/22/2018 | 7243920307 | 8/7/2018 | $7,727.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022182 | $1,431.53 | 9/28/2018 | 7115939183 | 8/12/2018 | $4,983.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009135 | $27,578.71 | 9/4/2018 | 7245108160 | 8/20/2018 | $7,044.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009135 | $27,578.71 | 9/4/2018 | 7244971094 | 8/20/2018 | $4,694.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009135 | $27,578.71 | 9/4/2018 | 7244958577 | 8/20/2018 | $4,261.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009135 | $27,578.71 | 9/4/2018 | 7244934762 | 8/19/2018 | $4,562.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009135 | $27,578.71 | 9/4/2018 | 7244500852 | 8/18/2018 | $7,170.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006307 | $19,303.29 | 8/29/2018 | 7244594272 | 8/14/2018 | $19,303.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005465 | $14,676.28 | 8/28/2018 | 7244469342 | 8/13/2018 | $14,676.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004259 | $13,061.02 | 8/24/2018 | 7244183912 | 8/9/2018 | $6,392.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002057 | $104,121.29 | 8/21/2018 | 7243321355-3920 | 8/5/2018 | $5,954.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002939 | $18,109.11 | 8/22/2018 | 7243920308 | 8/7/2018 | $5,175.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002057 | $104,121.29 | 8/21/2018 | 7243369671 | 8/6/2018 | $3,736.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002939 | $18,109.11 | 8/22/2018 | 7243861046 | 8/7/2018 | $5,206.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002057 | $104,121.29 | 8/21/2018 | 7243672970 | 8/6/2018 | $20,849.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002057 | $104,121.29 | 8/21/2018 | 7243672969 | 8/6/2018 | $9,353.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002057 | $104,121.29 | 8/21/2018 | 7243579101 | 8/6/2018 | $14,031.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002057 | $104,121.29 | 8/21/2018 | 7243579100 | 8/6/2018 | $3,556.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002057 | $104,121.29 | 8/21/2018 | 7243570655 | 8/4/2018 | $5,087.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002057 | $104,121.29 | 8/21/2018 | 7243570654 | 8/4/2018 | $5,454.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002057 | $104,121.29 | 8/21/2018 | 7243502559 | 8/6/2018 | $10,558.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002057 | $104,121.29 | 8/21/2018 | 7243487990 | 8/5/2018 | $11,974.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022182 | $1,431.53 | 9/28/2018 | CD3103091ED | 9/6/2018 | $762.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004259 | $13,061.02 | 8/24/2018 | 7244183911 | 8/9/2018 | $7,048.07 |

**Totals:** 13 transfer(s),  $269,998.97

The Quaker Oats Company (2228446)
Bankruptcy Case: Sears Holdings Corporation, et al.
Mar 27, 2020

Exhibit A

P. 2