**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Workiva Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/12/2018 | $102,224.06 | 10/12/2018 | 113929:8/1/18-10/12/18 | 8/31/2018 | $3,967.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/12/2018 | $102,224.06 | 10/12/2018 | 113929:10/16/18-10/31/18 | 8/31/2018 | $869.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/12/2018 | $102,224.06 | 10/12/2018 | 113929:10/13/18-10/15/18 | 8/31/2018 | $163.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/12/2018 | $102,224.06 | 10/12/2018 | 112313:9/12/18-10/12/18 | 7/23/2018 | $4,908.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/12/2018 | $102,224.06 | 10/12/2018 | 112313:10/16/18-9/11/19 | 7/23/2018 | $52,408.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/12/2018 | $102,224.06 | 10/12/2018 | 112313:10/13/18-10/15/18 | 7/23/2018 | $475.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/12/2018 | $102,224.06 | 10/12/2018 | 112107:9/12/18-10/12/18 | 7/15/2018 | $3,349.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/12/2018 | $102,224.06 | 10/12/2018 | 112107:10/16/18-9/11/19 | 7/15/2018 | $35,758.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/12/2018 | $102,224.06 | 10/12/2018 | 112107:10/13/18-10/15/18 | 7/15/2018 | $324.10 |

**Totals:**    1 transfer(s),    $102,224.06