**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **3M Company** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998957 | $18,244.29 | 8/14/2018 | PT21716 | 7/11/2018 | $10,253.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996824 | $25,866.47 | 8/9/2018 | PT20909-32033 | 7/10/2018 | $663.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996824 | $25,866.47 | 8/9/2018 | PT20912 | 7/9/2018 | $1,032.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996824 | $25,866.47 | 8/9/2018 | PT20974 | 7/9/2018 | $1,632.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997561 | $7,354.86 | 8/10/2018 | PT17006 | 7/9/2018 | $1,392.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997561 | $7,354.86 | 8/10/2018 | PT20972 | 7/10/2018 | $2,470.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997561 | $7,354.86 | 8/10/2018 | PT20973 | 7/10/2018 | $3,491.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998957 | $18,244.29 | 8/14/2018 | PT18827 | 7/3/2018 | $2,642.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998957 | $18,244.29 | 8/14/2018 | PT20913 | 7/10/2018 | $1,300.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984420 | $28,598.75 | 7/17/2018 | PT13842 | 6/15/2018 | $6,886.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998957 | $18,244.29 | 8/14/2018 | PT20960 | 7/10/2018 | $2,231.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996824 | $25,866.47 | 8/9/2018 | PT20883 | 7/10/2018 | $7,909.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998957 | $18,244.29 | 8/14/2018 | UK45970 | 7/11/2018 | $182.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999520 | $11,006.91 | 8/15/2018 | PT22468 | 7/17/2018 | $212.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999520 | $11,006.91 | 8/15/2018 | PT22470 | 7/17/2018 | $2,793.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999520 | $11,006.91 | 8/15/2018 | PT22473 | 7/16/2018 | $751.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999520 | $11,006.91 | 8/15/2018 | PT22475 | 7/15/2018 | $212.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999520 | $11,006.91 | 8/15/2018 | PT22477 | 7/15/2018 | $1,874.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999520 | $11,006.91 | 8/15/2018 | PT22478 | 7/15/2018 | $2,821.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999520 | $11,006.91 | 8/15/2018 | PT22483 | 7/18/2018 | $715.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998957 | $18,244.29 | 8/14/2018 | PT20914 | 7/10/2018 | $1,643.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996206 | $37,578.09 | 8/8/2018 | PT20966 | 7/11/2018 | $1,778.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996206 | $37,578.09 | 8/8/2018 | PT20907 | 7/10/2018 | $615.84 |

3M Company (2230474)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                    Exhibit A                                    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780996206 | $37,578.09 | 8/8/2018 | PT20908 | 7/10/2018 | $1,976.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996206 | $37,578.09 | 8/8/2018 | PT20911 | 7/10/2018 | $3,506.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996206 | $37,578.09 | 8/8/2018 | PT20959 | 7/11/2018 | $709.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996206 | $37,578.09 | 8/8/2018 | PT20961 | 7/11/2018 | $203.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996206 | $37,578.09 | 8/8/2018 | PT20962 | 7/11/2018 | $212.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996206 | $37,578.09 | 8/8/2018 | PT20963 | 7/11/2018 | $705.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996206 | $37,578.09 | 8/8/2018 | PT20964-32026 | 7/11/2018 | $293.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996824 | $25,866.47 | 8/9/2018 | PT20909-32031 | 7/10/2018 | $57.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996206 | $37,578.09 | 8/8/2018 | PT20965 | 7/11/2018 | $4,457.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996824 | $25,866.47 | 8/9/2018 | PT20884 | 7/10/2018 | $10,553.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996206 | $37,578.09 | 8/8/2018 | PT20970 | 7/11/2018 | $5,544.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996206 | $37,578.09 | 8/8/2018 | PT20978 | 7/10/2018 | $2,561.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996206 | $37,578.09 | 8/8/2018 | PT20983 | 7/10/2018 | $3,224.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996206 | $37,578.09 | 8/8/2018 | PT21717 | 7/10/2018 | $5,801.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996824 | $25,866.47 | 8/9/2018 | PT18839-32028 | 7/3/2018 | $598.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996824 | $25,866.47 | 8/9/2018 | PT18839-32030 | 7/3/2018 | $1,036.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996824 | $25,866.47 | 8/9/2018 | PT20880 | 7/10/2018 | $981.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996824 | $25,866.47 | 8/9/2018 | PT20882 | 7/10/2018 | $2,055.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000170 | $18,781.78 | 8/16/2018 | PT22457 | 7/17/2018 | $1,964.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996206 | $37,578.09 | 8/8/2018 | PT20964-32027 | 7/11/2018 | $3,184.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003644 | $17,584.94 | 8/23/2018 | PT22469 | 7/26/2018 | $572.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999520 | $11,006.91 | 8/15/2018 | PT22484 | 7/18/2018 | $2,596.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003054 | $15,882.57 | 8/22/2018 | PT24429 | 7/25/2018 | $857.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003054 | $15,882.57 | 8/22/2018 | PT25122-32036 | 7/23/2018 | $43.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003054 | $15,882.57 | 8/22/2018 | PT25122-32038 | 7/23/2018 | $1,063.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003054 | $15,882.57 | 8/22/2018 | PT25132 | 7/24/2018 | $2,389.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003054 | $15,882.57 | 8/22/2018 | PT26378 | 7/25/2018 | $2,385.06 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003054 | $15,882.57 | 8/22/2018 | PT26380 | 7/25/2018 | $235.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003054 | $15,882.57 | 8/22/2018 | PT26384 | 7/25/2018 | $2,283.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003054 | $15,882.57 | 8/22/2018 | PT24396 | 7/23/2018 | $722.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003644 | $17,584.94 | 8/23/2018 | PT19312 | 7/23/2018 | $120.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003054 | $15,882.57 | 8/22/2018 | PT24395 | 7/23/2018 | $514.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003644 | $17,584.94 | 8/23/2018 | PT22474 | 7/23/2018 | $203.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003644 | $17,584.94 | 8/23/2018 | PT23820 | 7/23/2018 | $1,217.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003644 | $17,584.94 | 8/23/2018 | PT23822 | 7/23/2018 | $2,152.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003644 | $17,584.94 | 8/23/2018 | PT24401 | 7/23/2018 | $6,594.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003644 | $17,584.94 | 8/23/2018 | PT24428 | 7/23/2018 | $1,922.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003644 | $17,584.94 | 8/23/2018 | PT25130 | 7/23/2018 | $3,794.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003644 | $17,584.94 | 8/23/2018 | PT25133 | 7/24/2018 | $826.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004429 | $2,067.78 | 8/24/2018 | PT23821 | 7/24/2018 | $834.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004429 | $2,067.78 | 8/24/2018 | PT24432-32040 | 7/26/2018 | $48.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003644 | $17,584.94 | 8/23/2018 | PT19304 | 7/23/2018 | $180.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002456 | $13,529.56 | 8/21/2018 | PT24399 | 7/19/2018 | $1,021.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995598 | $41,134.05 | 8/7/2018 | PT19303 | 6/30/2018 | $4,385.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000170 | $18,781.78 | 8/16/2018 | PT22463 | 7/17/2018 | $7,336.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000170 | $18,781.78 | 8/16/2018 | PT22464 | 7/17/2018 | $7,524.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000170 | $18,781.78 | 8/16/2018 | PT22476 | 7/19/2018 | $754.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000978 | $619.89 | 8/17/2018 | PT22456 | 7/19/2018 | $625.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002456 | $13,529.56 | 8/21/2018 | PT03660-32034 | 5/16/2018 | $149.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002456 | $13,529.56 | 8/21/2018 | PT22467 | 7/24/2018 | $203.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002456 | $13,529.56 | 8/21/2018 | PT22471 | 7/19/2018 | $2,846.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003054 | $15,882.57 | 8/22/2018 | PT24397 | 7/23/2018 | $1,742.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002456 | $13,529.56 | 8/21/2018 | PT22481 | 7/19/2018 | $2,466.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000170 | $18,781.78 | 8/16/2018 | PT22455 | 7/17/2018 | $1,205.62 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002456 | $13,529.56 | 8/21/2018 | PT24403 | 7/23/2018 | $2,439.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002456 | $13,529.56 | 8/21/2018 | PT24405 | 7/23/2018 | $1,427.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002456 | $13,529.56 | 8/21/2018 | PT24433 | 7/23/2018 | $726.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002456 | $13,529.56 | 8/21/2018 | PT25124 | 7/20/2018 | $212.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003054 | $15,882.57 | 8/22/2018 | PT19302 | 7/23/2018 | $45.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003054 | $15,882.57 | 8/22/2018 | PT19309 | 7/24/2018 | $120.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003054 | $15,882.57 | 8/22/2018 | PT19316 | 7/24/2018 | $120.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003054 | $15,882.57 | 8/22/2018 | PT22485 | 7/25/2018 | $2,893.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003054 | $15,882.57 | 8/22/2018 | PT22486 | 7/25/2018 | $4,541.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002456 | $13,529.56 | 8/21/2018 | PT22479 | 7/19/2018 | $2,185.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988439 | $22,926.72 | 7/25/2018 | PT16985 | 6/26/2018 | $653.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989058 | $15,201.16 | 7/26/2018 | PT13841 | 6/26/2018 | $4,189.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987821 | $12,649.08 | 7/24/2018 | PT14267 | 6/22/2018 | $1,539.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987821 | $12,649.08 | 7/24/2018 | PT14270-32020 | 6/22/2018 | $61.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987821 | $12,649.08 | 7/24/2018 | PT14270-32021 | 6/22/2018 | $2,041.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987821 | $12,649.08 | 7/24/2018 | PT14272 | 6/22/2018 | $836.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987821 | $12,649.08 | 7/24/2018 | PT14273 | 6/22/2018 | $3,488.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987821 | $12,649.08 | 7/24/2018 | PT14274 | 6/22/2018 | $4,742.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988439 | $22,926.72 | 7/25/2018 | PT07925 | 6/21/2018 | $203.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986372 | $4,495.43 | 7/20/2018 | PT14262 | 6/19/2018 | $2,637.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988439 | $22,926.72 | 7/25/2018 | PT14251 | 6/23/2018 | $7,002.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985620 | $16,060.61 | 7/19/2018 | PT14261 | 6/19/2018 | $2,239.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988439 | $22,926.72 | 7/25/2018 | PT16987 | 6/26/2018 | $868.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988439 | $22,926.72 | 7/25/2018 | PT16988 | 6/26/2018 | $2,054.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988439 | $22,926.72 | 7/25/2018 | PT16990 | 6/25/2018 | $1,324.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988439 | $22,926.72 | 7/25/2018 | PT16993 | 6/26/2018 | $738.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988439 | $22,926.72 | 7/25/2018 | PT16994 | 6/26/2018 | $2,653.82 |

3M Company (2230474)
Bankruptcy Case: Sears Holdings Corporation, et al.
Mar 27, 2020                                    Exhibit A                                    P. 4

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988439 | $22,926.72 | 7/25/2018 | PT16995 | 6/26/2018 | $3,288.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988439 | $22,926.72 | 7/25/2018 | PT16999 | 6/25/2018 | $545.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988439 | $22,926.72 | 7/25/2018 | PT17325 | 6/26/2018 | $608.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996206 | $37,578.09 | 8/8/2018 | PT20881 | 7/9/2018 | $3,313.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988439 | $22,926.72 | 7/25/2018 | PT13832 | 6/26/2018 | $3,117.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985030 | $32,494.67 | 7/18/2018 | PT14264 | 6/19/2018 | $2,498.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984420 | $28,598.75 | 7/17/2018 | PT13843 | 6/15/2018 | $18,580.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984420 | $28,598.75 | 7/17/2018 | PT13847 | 6/15/2018 | $3,099.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984420 | $28,598.75 | 7/17/2018 | PT14247 | 6/18/2018 | $37.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985030 | $32,494.67 | 7/18/2018 | PT12044 | 6/18/2018 | $228.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985030 | $32,494.67 | 7/18/2018 | PT12100-32016 | 6/14/2018 | $37.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985030 | $32,494.67 | 7/18/2018 | PT12100-32018 | 6/14/2018 | $670.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985030 | $32,494.67 | 7/18/2018 | PT13845 | 6/15/2018 | $10,410.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985030 | $32,494.67 | 7/18/2018 | PT13846 | 6/15/2018 | $12,821.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986372 | $4,495.43 | 7/20/2018 | PT14263 | 6/19/2018 | $1,857.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985030 | $32,494.67 | 7/18/2018 | PT14254 | 6/18/2018 | $866.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989058 | $15,201.16 | 7/26/2018 | PT16996 | 6/25/2018 | $1,221.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985030 | $32,494.67 | 7/18/2018 | PT14265 | 6/19/2018 | $2,874.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985030 | $32,494.67 | 7/18/2018 | PT14266 | 6/20/2018 | $800.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985030 | $32,494.67 | 7/18/2018 | PT14269 | 6/20/2018 | $203.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985620 | $16,060.61 | 7/19/2018 | PT14232 | 6/19/2018 | $2,252.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985620 | $16,060.61 | 7/19/2018 | PT14252 | 6/19/2018 | $6,185.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985620 | $16,060.61 | 7/19/2018 | PT14257 | 6/19/2018 | $1,942.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985620 | $16,060.61 | 7/19/2018 | PT14258 | 6/19/2018 | $1,472.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985620 | $16,060.61 | 7/19/2018 | PT14259 | 6/18/2018 | $212.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985620 | $16,060.61 | 7/19/2018 | PT14260 | 6/19/2018 | $1,756.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985030 | $32,494.67 | 7/18/2018 | PT14231 | 6/18/2018 | $1,663.90 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995598 | $41,134.05 | 8/7/2018 | PT12157 | 6/12/2018 | $1,686.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989058 | $15,201.16 | 7/26/2018 | PT13833 | 6/26/2018 | $8,378.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992608 | $14,525.30 | 8/2/2018 | PT18836 | 7/3/2018 | $1,908.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992608 | $14,525.30 | 8/2/2018 | PT18837 | 7/3/2018 | $1,697.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993416 | $7,837.22 | 8/3/2018 | PT18810-32023 | 7/3/2018 | $194.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993416 | $7,837.22 | 8/3/2018 | PT18810-32024 | 7/3/2018 | $595.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993416 | $7,837.22 | 8/3/2018 | PT18811 | 7/3/2018 | $1,764.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993416 | $7,837.22 | 8/3/2018 | PT18812 | 7/3/2018 | $1,599.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993416 | $7,837.22 | 8/3/2018 | PT18814 | 7/3/2018 | $1,845.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992608 | $14,525.30 | 8/2/2018 | PT13838 | 6/23/2018 | $7,403.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993416 | $7,837.22 | 8/3/2018 | PT18825 | 7/3/2018 | $1,300.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991893 | $19,060.60 | 8/1/2018 | PT19305 | 7/3/2018 | $934.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995598 | $41,134.05 | 8/7/2018 | PT16989 | 6/30/2018 | $483.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995598 | $41,134.05 | 8/7/2018 | PT17015 | 6/29/2018 | $4,780.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995598 | $41,134.05 | 8/7/2018 | PT18815 | 6/30/2018 | $233.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995598 | $41,134.05 | 8/7/2018 | PT18816 | 7/3/2018 | $7,597.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995598 | $41,134.05 | 8/7/2018 | PT18817 | 7/3/2018 | $13,914.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995598 | $41,134.05 | 8/7/2018 | PT18819 | 7/4/2018 | $2,680.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995598 | $41,134.05 | 8/7/2018 | PT18821 | 7/4/2018 | $3,474.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995598 | $41,134.05 | 8/7/2018 | PT18835 | 7/3/2018 | $703.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005847 | $14,801.08 | 8/28/2018 | PT19307 | 7/25/2018 | $752.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993416 | $7,837.22 | 8/3/2018 | PT18818 | 7/2/2018 | $731.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991332 | $21,018.10 | 7/31/2018 | PT19308 | 7/2/2018 | $836.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989058 | $15,201.16 | 7/26/2018 | PT17001 | 6/26/2018 | $1,997.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989058 | $15,201.16 | 7/26/2018 | PT17003 | 6/26/2018 | $1,980.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989822 | $10,724.49 | 7/27/2018 | PT13840 | 6/26/2018 | $6,234.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989822 | $10,724.49 | 7/27/2018 | PT16997 | 6/26/2018 | $1,793.80 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989822 | $10,724.49 | 7/27/2018 | PT16998 | 6/26/2018 | $2,695.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991332 | $21,018.10 | 7/31/2018 | PT13839 | 6/29/2018 | $4,676.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991332 | $21,018.10 | 7/31/2018 | PT14268 | 6/26/2018 | $896.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991332 | $21,018.10 | 7/31/2018 | PT16991 | 6/26/2018 | $6,939.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992608 | $14,525.30 | 8/2/2018 | PT18826 | 7/3/2018 | $3,520.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991332 | $21,018.10 | 7/31/2018 | PT18820 | 6/29/2018 | $37.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995598 | $41,134.05 | 8/7/2018 | PT20982 | 7/9/2018 | $2,071.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991893 | $19,060.60 | 8/1/2018 | PT17004 | 7/3/2018 | $717.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991893 | $19,060.60 | 8/1/2018 | PT17005 | 7/3/2018 | $963.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991893 | $19,060.60 | 8/1/2018 | PT17007 | 7/3/2018 | $1,781.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991893 | $19,060.60 | 8/1/2018 | PT17011 | 7/3/2018 | $3,801.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991893 | $19,060.60 | 8/1/2018 | PT18841 | 7/3/2018 | $650.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991893 | $19,060.60 | 8/1/2018 | PT18842 | 7/3/2018 | $1,902.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991893 | $19,060.60 | 8/1/2018 | PT18843 | 7/3/2018 | $1,208.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991893 | $19,060.60 | 8/1/2018 | PT18844 | 7/3/2018 | $5,076.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991893 | $19,060.60 | 8/1/2018 | PT18903 | 7/3/2018 | $3,261.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991332 | $21,018.10 | 7/31/2018 | PT16992 | 6/26/2018 | $7,639.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016835 | $10,316.39 | 9/18/2018 | 9401847937 | 8/16/2018 | $180.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017439 | $17,867.07 | 9/19/2018 | 9401873924 | 8/19/2018 | $2,202.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014659 | $1,059.24 | 9/13/2018 | 9401821729 | 8/14/2018 | $205.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014659 | $1,059.24 | 9/13/2018 | 9401821736 | 8/14/2018 | $42.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014659 | $1,059.24 | 9/13/2018 | 9401821744 | 8/14/2018 | $203.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014659 | $1,059.24 | 9/13/2018 | 9401821749 | 8/14/2018 | $71.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015408 | $2,140.48 | 9/14/2018 | 9401805249 | 8/10/2018 | $1,799.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015408 | $2,140.48 | 9/14/2018 | 9401834527 | 8/15/2018 | $340.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016835 | $10,316.39 | 9/18/2018 | 9401821714 | 8/14/2018 | $395.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014659 | $1,059.24 | 9/13/2018 | 9401821721 | 8/14/2018 | $365.80 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781016835 | $10,316.39 | 9/18/2018 | 9401847927 | 8/16/2018 | $1,797.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014659 | $1,059.24 | 9/13/2018 | 9401821705 | 8/14/2018 | $21.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016835 | $10,316.39 | 9/18/2018 | 9401847952 | 8/16/2018 | $57.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016835 | $10,316.39 | 9/18/2018 | 9401873872 | 8/19/2018 | $2,894.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016835 | $10,316.39 | 9/18/2018 | 9401873883 | 8/19/2018 | $1,972.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016835 | $10,316.39 | 9/18/2018 | 9401873903 | 8/19/2018 | $715.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016835 | $10,316.39 | 9/18/2018 | 9401873908 | 8/19/2018 | $32.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016835 | $10,316.39 | 9/18/2018 | 9401874588 | 8/19/2018 | $877.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016835 | $10,316.39 | 9/18/2018 | 9401874590 | 8/19/2018 | $1,376.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017439 | $17,867.07 | 9/19/2018 | 9401869584 | 8/17/2018 | $621.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014026 | $22,208.26 | 9/12/2018 | 9401796862 | 8/10/2018 | $2,820.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016835 | $10,316.39 | 9/18/2018 | 9401831004 | 8/14/2018 | $21.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014026 | $22,208.26 | 9/12/2018 | 9401834558 | 8/15/2018 | $1,907.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004429 | $2,067.78 | 8/24/2018 | PT24432-32041 | 7/26/2018 | $660.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014026 | $22,208.26 | 9/12/2018 | 9401797049 | 8/10/2018 | $2,343.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014026 | $22,208.26 | 9/12/2018 | 9401806759 | 8/12/2018 | $2,592.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014026 | $22,208.26 | 9/12/2018 | 9401809510 | 8/13/2018 | $969.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014026 | $22,208.26 | 9/12/2018 | 9401816446 | 8/13/2018 | $1,434.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014026 | $22,208.26 | 9/12/2018 | 9401821701 | 8/14/2018 | $273.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014026 | $22,208.26 | 9/12/2018 | 9401821735 | 8/14/2018 | $21.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014026 | $22,208.26 | 9/12/2018 | 9401821741 | 8/14/2018 | $42.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014659 | $1,059.24 | 9/13/2018 | 9401821724 | 8/14/2018 | $127.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014026 | $22,208.26 | 9/12/2018 | 9401834549 | 8/15/2018 | $2,415.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017439 | $17,867.07 | 9/19/2018 | 9401874584 | 8/19/2018 | $6,218.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014026 | $22,208.26 | 9/12/2018 | 9401834569 | 8/15/2018 | $534.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014026 | $22,208.26 | 9/12/2018 | 9401834577 | 8/15/2018 | $224.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014026 | $22,208.26 | 9/12/2018 | 9401834581 | 8/15/2018 | $23.04 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781014026 | $22,208.26 | 9/12/2018 | 9401834586 | 8/15/2018 | $42.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014026 | $22,208.26 | 9/12/2018 | 9401834590 | 8/15/2018 | $67.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014026 | $22,208.26 | 9/12/2018 | 9401844482 | 8/15/2018 | $196.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014026 | $22,208.26 | 9/12/2018 | 9401844483 | 8/15/2018 | $42.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014026 | $22,208.26 | 9/12/2018 | 9401871626 | 8/14/2018 | $592.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014659 | $1,059.24 | 9/13/2018 | 9401821695 | 8/14/2018 | $21.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014026 | $22,208.26 | 9/12/2018 | 9401834540 | 8/15/2018 | $4,395.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022334 | $26,463.44 | 9/28/2018 | 9401944633 | 8/26/2018 | $2,577.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017439 | $17,867.07 | 9/19/2018 | 9401873916 | 8/19/2018 | $2,762.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020950 | $17,183.63 | 9/26/2018 | 9401975763 | 8/29/2018 | $1,720.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020950 | $17,183.63 | 9/26/2018 | 9401975786 | 8/29/2018 | $2,798.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020950 | $17,183.63 | 9/26/2018 | 9401975807 | 8/29/2018 | $3,326.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020950 | $17,183.63 | 9/26/2018 | 9401975818 | 8/29/2018 | $1,076.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021576 | $3,050.04 | 9/27/2018 | 9401958280 | 8/27/2018 | $1,003.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021576 | $3,050.04 | 9/27/2018 | 9401962073 | 8/28/2018 | $2,046.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022334 | $26,463.44 | 9/28/2018 | 9401944603 | 8/26/2018 | $633.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020950 | $17,183.63 | 9/26/2018 | 9401962015 | 8/28/2018 | $2,444.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022334 | $26,463.44 | 9/28/2018 | 9401944620 | 8/26/2018 | $564.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020950 | $17,183.63 | 9/26/2018 | 9401961992 | 8/28/2018 | $1,422.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022334 | $26,463.44 | 9/28/2018 | 9401944643 | 8/26/2018 | $8,473.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022334 | $26,463.44 | 9/28/2018 | 9401944650 | 8/26/2018 | $708.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022334 | $26,463.44 | 9/28/2018 | 9401960227 | 8/27/2018 | $350.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022334 | $26,463.44 | 9/28/2018 | 9401961947 | 8/28/2018 | $1,060.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022334 | $26,463.44 | 9/28/2018 | 9401961964 | 8/28/2018 | $2,171.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022334 | $26,463.44 | 9/28/2018 | 9401961977 | 8/28/2018 | $560.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022334 | $26,463.44 | 9/28/2018 | 9401961982 | 8/28/2018 | $723.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022334 | $26,463.44 | 9/28/2018 | 9401962042 | 8/28/2018 | $3,483.78 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781022334 | $26,463.44 | 9/28/2018 | 9401962063 | 8/28/2018 | $3,751.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022334 | $26,463.44 | 9/28/2018 | 9401944613 | 8/26/2018 | $1,260.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018102 | $8,655.53 | 9/20/2018 | 9401903624 | 8/22/2018 | $759.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017439 | $17,867.07 | 9/19/2018 | 9401874585 | 8/19/2018 | $276.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017439 | $17,867.07 | 9/19/2018 | 9401874586 | 8/19/2018 | $3,240.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017439 | $17,867.07 | 9/19/2018 | 9401874587 | 8/19/2018 | $1,671.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017439 | $17,867.07 | 9/19/2018 | 9401874589 | 8/19/2018 | $203.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017439 | $17,867.07 | 9/19/2018 | 9401874591 | 8/19/2018 | $734.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018102 | $8,655.53 | 9/20/2018 | 9401847945 | 8/16/2018 | $62.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018102 | $8,655.53 | 9/20/2018 | 9401903587 | 8/22/2018 | $2,856.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018102 | $8,655.53 | 9/20/2018 | 9401903601 | 8/22/2018 | $511.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020950 | $17,183.63 | 9/26/2018 | 9401975750 | 8/29/2018 | $784.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018102 | $8,655.53 | 9/20/2018 | 9401903617 | 8/22/2018 | $228.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013421 | $24,724.12 | 9/11/2018 | 9401806777 | 8/12/2018 | $1,514.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018102 | $8,655.53 | 9/20/2018 | 9401903637 | 8/22/2018 | $1,808.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018102 | $8,655.53 | 9/20/2018 | 9401903644 | 8/22/2018 | $58.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018102 | $8,655.53 | 9/20/2018 | 9401903649 | 8/22/2018 | $79.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018102 | $8,655.53 | 9/20/2018 | 9401903669 | 8/22/2018 | $2,679.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020950 | $17,183.63 | 9/26/2018 | 9401947067 | 8/27/2018 | $839.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020950 | $17,183.63 | 9/26/2018 | 9401960226 | 8/27/2018 | $332.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020950 | $17,183.63 | 9/26/2018 | 9401961937 | 8/27/2018 | $756.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020950 | $17,183.63 | 9/26/2018 | 9401961941 | 8/27/2018 | $315.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020950 | $17,183.63 | 9/26/2018 | 9401961972 | 8/28/2018 | $1,603.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018102 | $8,655.53 | 9/20/2018 | 9401903607 | 8/22/2018 | $784.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007908 | $27,826.74 | 8/31/2018 | PT25131 | 7/24/2018 | $2,686.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009579 | $24,885.50 | 9/4/2018 | 9401751562 | 8/3/2018 | $25.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007098 | $7,935.75 | 8/30/2018 | PT26386 | 7/27/2018 | $2,224.92 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781007098 | $7,935.75 | 8/30/2018 | PT26389 | 7/26/2018 | $2,517.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007098 | $7,935.75 | 8/30/2018 | PT26393 | 7/25/2018 | $2,839.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007908 | $27,826.74 | 8/31/2018 | 9401747065 | 8/3/2018 | $42.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007908 | $27,826.74 | 8/31/2018 | 9401747074 | 8/3/2018 | $169.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007908 | $27,826.74 | 8/31/2018 | 9401747120 | 8/3/2018 | $149.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007908 | $27,826.74 | 8/31/2018 | 9401747128 | 8/3/2018 | $747.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006430 | $4,007.59 | 8/29/2018 | PT26392 | 7/27/2018 | $4,162.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007908 | $27,826.74 | 8/31/2018 | PT25125 | 7/24/2018 | $1,407.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005847 | $14,801.08 | 8/28/2018 | PT26390 | 7/25/2018 | $1,347.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007908 | $27,826.74 | 8/31/2018 | PT26385-32052 | 7/26/2018 | $366.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007908 | $27,826.74 | 8/31/2018 | PT26385-32054 | 7/26/2018 | $4,769.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007908 | $27,826.74 | 8/31/2018 | PT26388-32055 | 7/26/2018 | $197.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007908 | $27,826.74 | 8/31/2018 | PT26388-32058 | 7/26/2018 | $8,030.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007908 | $27,826.74 | 8/31/2018 | PT26391 | 7/26/2018 | $2,910.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009579 | $24,885.50 | 9/4/2018 | 9401746913 | 8/3/2018 | $243.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009579 | $24,885.50 | 9/4/2018 | 9401746937 | 8/3/2018 | $320.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009579 | $24,885.50 | 9/4/2018 | 9401746977 | 8/3/2018 | $243.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014026 | $22,208.26 | 9/12/2018 | 9401797034 | 8/10/2018 | $2,754.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007908 | $27,826.74 | 8/31/2018 | PT10396 | 7/26/2018 | $7,992.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005847 | $14,801.08 | 8/28/2018 | PT26371 | 7/26/2018 | $212.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022334 | $26,463.44 | 9/28/2018 | 9401975823 | 8/29/2018 | $144.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005847 | $14,801.08 | 8/28/2018 | PT22462 | 7/26/2018 | $1,544.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005847 | $14,801.08 | 8/28/2018 | PT24400-32043 | 7/26/2018 | $83.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005847 | $14,801.08 | 8/28/2018 | PT24400-32044 | 7/26/2018 | $781.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005847 | $14,801.08 | 8/28/2018 | PT24431-32045 | 7/26/2018 | $46.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005847 | $14,801.08 | 8/28/2018 | PT24431-32047 | 7/26/2018 | $790.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005847 | $14,801.08 | 8/28/2018 | PT25134 | 7/25/2018 | $1,629.57 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005847 | $14,801.08 | 8/28/2018 | PT26366 | 7/25/2018 | $633.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007098 | $7,935.75 | 8/30/2018 | PT26374 | 7/27/2018 | $565.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005847 | $14,801.08 | 8/28/2018 | PT26370 | 7/25/2018 | $710.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009579 | $24,885.50 | 9/4/2018 | 9401751570 | 8/3/2018 | $42.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005847 | $14,801.08 | 8/28/2018 | PT26372-32048 | 7/26/2018 | $42.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005847 | $14,801.08 | 8/28/2018 | PT26372-32050 | 7/26/2018 | $580.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005847 | $14,801.08 | 8/28/2018 | PT26373 | 7/26/2018 | $1,149.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005847 | $14,801.08 | 8/28/2018 | PT26375 | 7/25/2018 | $715.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005847 | $14,801.08 | 8/28/2018 | PT26376 | 7/26/2018 | $456.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005847 | $14,801.08 | 8/28/2018 | PT26377 | 7/26/2018 | $678.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005847 | $14,801.08 | 8/28/2018 | PT26379 | 7/26/2018 | $191.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005847 | $14,801.08 | 8/28/2018 | PT26381 | 7/25/2018 | $955.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005847 | $14,801.08 | 8/28/2018 | PT26383 | 7/25/2018 | $1,528.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005847 | $14,801.08 | 8/28/2018 | PT26369 | 7/25/2018 | $148.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013421 | $24,724.12 | 9/11/2018 | 9401775996 | 8/8/2018 | $727.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009579 | $24,885.50 | 9/4/2018 | 9401746987 | 8/3/2018 | $676.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010693 | $24,812.79 | 9/5/2018 | 9401776049 | 8/8/2018 | $1,213.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010693 | $24,812.79 | 9/5/2018 | 9401776061 | 8/8/2018 | $1,484.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011347 | $9,365.74 | 9/6/2018 | 9401756196 | 8/6/2018 | $550.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011347 | $9,365.74 | 9/6/2018 | 9401756199 | 8/6/2018 | $3,711.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011347 | $9,365.74 | 9/6/2018 | 9401756246 | 8/6/2018 | $863.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011347 | $9,365.74 | 9/6/2018 | 9401756312 | 8/6/2018 | $2,187.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011347 | $9,365.74 | 9/6/2018 | 9401775980 | 8/8/2018 | $1,840.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010693 | $24,812.79 | 9/5/2018 | 9401776012 | 8/8/2018 | $639.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013421 | $24,724.12 | 9/11/2018 | 9401765651 | 8/6/2018 | $695.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010693 | $24,812.79 | 9/5/2018 | 9401762240 | 8/6/2018 | $1,354.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013421 | $24,724.12 | 9/11/2018 | 9401776080 | 8/8/2018 | $1,401.39 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013421 | $24,724.12 | 9/11/2018 | 9401796894 | 8/10/2018 | $2,971.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013421 | $24,724.12 | 9/11/2018 | 9401796938 | 8/10/2018 | $6,001.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013421 | $24,724.12 | 9/11/2018 | 9401796949 | 8/10/2018 | $734.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013421 | $24,724.12 | 9/11/2018 | 9401796974 | 8/10/2018 | $2,188.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013421 | $24,724.12 | 9/11/2018 | 9401796993 | 8/10/2018 | $1,142.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013421 | $24,724.12 | 9/11/2018 | 9401797006 | 8/10/2018 | $973.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013421 | $24,724.12 | 9/11/2018 | 9401797061 | 8/10/2018 | $6,950.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013421 | $24,724.12 | 9/11/2018 | 9401797067 | 8/10/2018 | $2,368.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011347 | $9,365.74 | 9/6/2018 | 9401776004 | 8/8/2018 | $212.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009579 | $24,885.50 | 9/4/2018 | PT24436 | 7/25/2018 | $3,526.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009579 | $24,885.50 | 9/4/2018 | 9401751579 | 8/3/2018 | $59.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009579 | $24,885.50 | 9/4/2018 | 9401751605 | 8/3/2018 | $116.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009579 | $24,885.50 | 9/4/2018 | 9401751620 | 8/3/2018 | $459.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009579 | $24,885.50 | 9/4/2018 | 9401756021 | 8/3/2018 | $6,238.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009579 | $24,885.50 | 9/4/2018 | 9401756029 | 8/5/2018 | $1,008.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009579 | $24,885.50 | 9/4/2018 | 9401756178 | 8/6/2018 | $1,627.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009579 | $24,885.50 | 9/4/2018 | 9401756224 | 8/6/2018 | $2,507.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009579 | $24,885.50 | 9/4/2018 | 9401756334 | 8/6/2018 | $3,245.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010693 | $24,812.79 | 9/5/2018 | 9401776033 | 8/8/2018 | $1,593.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009579 | $24,885.50 | 9/4/2018 | PT24430 | 7/25/2018 | $130.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004429 | $2,067.78 | 8/24/2018 | PT26382 | 7/26/2018 | $573.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009579 | $24,885.50 | 9/4/2018 | PT26387 | 7/26/2018 | $4,261.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010693 | $24,812.79 | 9/5/2018 | 9401751588 | 8/3/2018 | $59.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010693 | $24,812.79 | 9/5/2018 | 9401751597 | 8/3/2018 | $203.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010693 | $24,812.79 | 9/5/2018 | 9401751631 | 8/3/2018 | $216.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010693 | $24,812.79 | 9/5/2018 | 9401756057 | 8/6/2018 | $3,301.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010693 | $24,812.79 | 9/5/2018 | 9401756116 | 8/6/2018 | $6,190.24 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781010693 | $24,812.79 | 9/5/2018 | 9401756258 | 8/6/2018 | $544.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010693 | $24,812.79 | 9/5/2018 | 9401756263 | 8/6/2018 | $335.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010693 | $24,812.79 | 9/5/2018 | 9401756274 | 8/6/2018 | $7,783.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009579 | $24,885.50 | 9/4/2018 | 9401756342 | 8/6/2018 | $152.40 |

**Totals:**     41 transfer(s),     $662,546.71