**ask** | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **3M Company**  
Bankruptcy Case: **Sears Holdings Corporation, et al.**  
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05537 | $1,428.11 | 8/13/2018 | T12408 | 6/8/2018 | $523.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00013 | $617.94 | 8/2/2018 | T07839 | 5/29/2018 | $620.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13584 | $1,694.41 | 8/27/2018 | T16643 | 6/22/2018 | $764.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13584 | $1,694.41 | 8/27/2018 | T16642 | 6/22/2018 | $358.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09547 | $1,337.60 | 8/20/2018 | T14062 | 6/15/2018 | $391.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09547 | $1,337.60 | 8/20/2018 | T14061 | 6/15/2018 | $350.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09547 | $1,337.60 | 8/20/2018 | T14060 | 6/15/2018 | $261.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09547 | $1,337.60 | 8/20/2018 | T14059 | 6/15/2018 | $342.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13584 | $1,694.41 | 8/27/2018 | T16645 | 6/22/2018 | $504.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05537 | $1,428.11 | 8/13/2018 | T12409 | 6/8/2018 | $560.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17616 | $1,425.39 | 9/4/2018 | T18564 | 6/30/2018 | $331.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05537 | $1,428.11 | 8/13/2018 | T12402 | 6/8/2018 | $385.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03845 | $1,013.16 | 8/9/2018 | T24293 | 7/23/2018 | $1,013.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01683 | $1,911.88 | 8/6/2018 | T24292 | 7/20/2018 | $309.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01683 | $1,911.88 | 8/6/2018 | T10215 | 6/1/2018 | $552.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01683 | $1,911.88 | 8/6/2018 | T10214 | 6/1/2018 | $603.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01683 | $1,911.88 | 8/6/2018 | T10213 | 6/1/2018 | $273.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01683 | $1,911.88 | 8/6/2018 | T10212 | 6/1/2018 | $178.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00465 | $179.38 | 8/3/2018 | T24406 | 7/20/2018 | $179.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07034 | $1,336.83 | 8/15/2018 | T12406 | 6/11/2018 | $1,378.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20513 | $2,036.31 | 9/10/2018 | T20611 | 7/6/2018 | $692.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97765 | $707.13 | 7/30/2018 | T07777 | 5/25/2018 | $347.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97765 | $707.13 | 7/30/2018 | T07776 | 5/25/2018 | $39.90 |

3M Company (2230474)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97765 | $707.13 | 7/30/2018 | T07774 | 5/25/2018 | $292.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93732 | $2,043.44 | 7/23/2018 | T07779 | 5/25/2018 | $126.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93732 | $2,043.44 | 7/23/2018 | T05562 | 5/18/2018 | $456.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93732 | $2,043.44 | 7/23/2018 | T05561 | 5/18/2018 | $343.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93732 | $2,043.44 | 7/23/2018 | T05560 | 5/18/2018 | $833.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13584 | $1,694.41 | 8/27/2018 | T16644 | 6/22/2018 | $81.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91116 | $831.67 | 7/18/2018 | T03629 | 5/14/2018 | $1,079.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97765 | $707.13 | 7/30/2018 | T23069 | 7/13/2018 | $73.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20513 | $2,036.31 | 9/10/2018 | T20609 | 7/6/2018 | $544.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20513 | $2,036.31 | 9/10/2018 | T20608 | 7/6/2018 | $406.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20513 | $2,036.31 | 9/10/2018 | 0000941695 | 8/24/2018 | $392.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19346 | $1,917.26 | 9/7/2018 | T24802 | 7/24/2018 | $1,346.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19346 | $1,917.26 | 9/7/2018 | 0000937867 | 8/23/2018 | $570.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17616 | $1,425.39 | 9/4/2018 | T18613 | 6/29/2018 | $311.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17616 | $1,425.39 | 9/4/2018 | T18611 | 6/29/2018 | $580.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17616 | $1,425.39 | 9/4/2018 | T18609 | 6/30/2018 | $220.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93732 | $2,043.44 | 7/23/2018 | T05559 | 5/18/2018 | $290.46 |

Totals:    14 transfer(s),    $18,480.51