**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant: **American Exchange Time LLC**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991914 | $1,997.60 | 8/14/2018 | 382680 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991399 | $2,618.70 | 8/13/2018 | 382576 | 7/16/2018 | $101.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991914 | $1,997.60 | 8/14/2018 | 382658 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991914 | $1,997.60 | 8/14/2018 | 382666 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991914 | $1,997.60 | 8/14/2018 | 382671 | 7/16/2018 | $254.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991914 | $1,997.60 | 8/14/2018 | 382672 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991914 | $1,997.60 | 8/14/2018 | 382673 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991914 | $1,997.60 | 8/14/2018 | 382674 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991914 | $1,997.60 | 8/14/2018 | 382676 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991914 | $1,997.60 | 8/14/2018 | 382646 | 7/16/2018 | $101.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991914 | $1,997.60 | 8/14/2018 | 382679 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991914 | $1,997.60 | 8/14/2018 | 382641 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991914 | $1,997.60 | 8/14/2018 | 382681 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991914 | $1,997.60 | 8/14/2018 | 382695 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991914 | $1,997.60 | 8/14/2018 | 382701 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991914 | $1,997.60 | 8/14/2018 | 382709 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991914 | $1,997.60 | 8/14/2018 | 382725 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991914 | $1,997.60 | 8/14/2018 | 382763 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991914 | $1,997.60 | 8/14/2018 | 382780 | 7/16/2018 | $254.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991914 | $1,997.60 | 8/14/2018 | 382809 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991914 | $1,997.60 | 8/14/2018 | 382815 | 7/16/2018 | $4.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991914 | $1,997.60 | 8/14/2018 | 382678 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991399 | $2,618.70 | 8/13/2018 | 382731 | 7/16/2018 | $23.17 |

American Exchange Time LLC (2230508)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                      Exhibit A                      P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 354049-28189 | 1/30/2018 | $139.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991399 | $2,618.70 | 8/13/2018 | 382587 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991399 | $2,618.70 | 8/13/2018 | 382624 | 7/16/2018 | $101.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991399 | $2,618.70 | 8/13/2018 | 382640 | 7/16/2018 | $101.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991399 | $2,618.70 | 8/13/2018 | 382642 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991399 | $2,618.70 | 8/13/2018 | 382647 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991399 | $2,618.70 | 8/13/2018 | 382656 | 7/16/2018 | $101.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991399 | $2,618.70 | 8/13/2018 | 382662 | 7/16/2018 | $254.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991914 | $1,997.60 | 8/14/2018 | 382653 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991399 | $2,618.70 | 8/13/2018 | 382717 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382485 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991399 | $2,618.70 | 8/13/2018 | 382796 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991399 | $2,618.70 | 8/13/2018 | 382811 | 7/16/2018 | $254.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991914 | $1,997.60 | 8/14/2018 | 382495 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991914 | $1,997.60 | 8/14/2018 | 382523 | 7/16/2018 | $254.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991914 | $1,997.60 | 8/14/2018 | 382531 | 7/16/2018 | $101.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991914 | $1,997.60 | 8/14/2018 | 382577 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991914 | $1,997.60 | 8/14/2018 | 382586 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991914 | $1,997.60 | 8/14/2018 | 382613 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991914 | $1,997.60 | 8/14/2018 | 382615 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991399 | $2,618.70 | 8/13/2018 | 382713 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382568 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382533 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382536 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382543 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382549 | 7/16/2018 | $101.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382556 | 7/16/2018 | $23.17 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382559 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382561 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382563 | 7/16/2018 | $101.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382481 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382567 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382524 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382572 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382582 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382584 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382585 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382589 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382590 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382593 | 7/16/2018 | $101.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382594 | 7/16/2018 | $101.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382597 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382564 | 7/16/2018 | $254.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382509 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991399 | $2,618.70 | 8/13/2018 | 382554 | 7/16/2018 | $254.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382486 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382487 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382488 | 7/16/2018 | $254.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382496 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382497 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382498 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382499 | 7/16/2018 | $101.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382500 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382527 | 7/16/2018 | $46.35 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382508 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382526 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382510 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382512 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382514 | 7/16/2018 | $101.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382515 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382516 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382517 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382519 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382521 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382483 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382506 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 382522 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991399 | $2,618.70 | 8/13/2018 | 382579 | 7/16/2018 | $101.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 354352-28237 | 1/30/2018 | $241.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 354355-28239 | 1/30/2018 | $241.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 354358-28241 | 1/30/2018 | $311.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 354359-28243 | 1/30/2018 | $241.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 354360-28245 | 1/30/2018 | $241.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 354361-28247 | 1/30/2018 | $311.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 354362-28249 | 1/30/2018 | $241.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 354339-28233 | 1/30/2018 | $241.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 354402-28253 | 1/30/2018 | $176.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 354328-28231 | 1/30/2018 | $311.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 382537 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 382551 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 382553 | 7/16/2018 | $101.97 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 382558 | 7/16/2018 | $101.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 382574 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 382575 | 7/16/2018 | $254.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 382583 | 7/16/2018 | $101.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 382588 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 382591 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 354386-28251 | 1/30/2018 | $241.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 354230-28211 | 1/30/2018 | $209.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 354136-28191 | 1/30/2018 | $139.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 354143-28193 | 1/30/2018 | $139.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 354155-28195 | 1/30/2018 | $246.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 354161-28197 | 1/30/2018 | $246.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 354164-28199 | 1/30/2018 | $139.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 354169-28201 | 1/30/2018 | $311.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 354170-28203 | 1/30/2018 | $139.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 354173-28205 | 1/30/2018 | $209.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 354346-28235 | 1/30/2018 | $390.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 354228-28209 | 1/30/2018 | $139.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 382604 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 354231-28213 | 1/30/2018 | $246.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 354237-28215 | 1/30/2018 | $311.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 354250-28217 | 1/30/2018 | $246.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 354252-28219 | 1/30/2018 | $246.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 354291-28221 | 1/30/2018 | $139.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 354318-28223 | 1/30/2018 | $241.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 354320-28225 | 1/30/2018 | $241.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 354321-28227 | 1/30/2018 | $176.58 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 354327-28229 | 1/30/2018 | $241.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 354175-28207 | 1/30/2018 | $209.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991399 | $2,618.70 | 8/13/2018 | 382490 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 382759-28259 | 7/16/2018 | $211.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 382759-28260 | 7/16/2018 | $64.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 382760-28261 | 7/16/2018 | $15.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 382760-28263 | 7/16/2018 | $1,181.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 382774 | 7/16/2018 | $101.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 382782-28264 | 7/16/2018 | $10.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 382782-28266 | 7/16/2018 | $92.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 382812 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 382595 | 7/16/2018 | $1,195.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991399 | $2,618.70 | 8/13/2018 | 382489 | 7/16/2018 | $101.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 382757 | 7/16/2018 | $254.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991399 | $2,618.70 | 8/13/2018 | 382493 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991399 | $2,618.70 | 8/13/2018 | 382501 | 7/16/2018 | $101.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991399 | $2,618.70 | 8/13/2018 | 382507 | 7/16/2018 | $254.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991399 | $2,618.70 | 8/13/2018 | 382520 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991399 | $2,618.70 | 8/13/2018 | 382530 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991399 | $2,618.70 | 8/13/2018 | 382541 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991399 | $2,618.70 | 8/13/2018 | 382545 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991399 | $2,618.70 | 8/13/2018 | 382546-28268 | 7/16/2018 | $41.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991399 | $2,618.70 | 8/13/2018 | 382546-28269 | 7/16/2018 | $217.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 382814 | 7/16/2018 | $9.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 382719 | 7/16/2018 | $1,195.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382605 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 382628 | 7/16/2018 | $23.17 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 382634 | 7/16/2018 | $254.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 382652 | 7/16/2018 | $254.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 382655 | 7/16/2018 | $101.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 382663 | 7/16/2018 | $254.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 382665 | 7/16/2018 | $101.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 382688 | 7/16/2018 | $101.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 382693 | 7/16/2018 | $101.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 382758-28257 | 7/16/2018 | $55.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 382702 | 7/16/2018 | $254.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 382758-28256 | 7/16/2018 | $51.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 382721 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 382722 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 382727 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 382737 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 382739 | 7/16/2018 | $101.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 382744 | 7/16/2018 | $1,195.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 382752 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 382755 | 7/16/2018 | $101.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 382598 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990593 | $5,149.62 | 8/10/2018 | 382698 | 7/16/2018 | $101.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382611 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382599 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382569 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382570 | 7/16/2018 | $254.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382571 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382578 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382580 | 7/16/2018 | $46.35 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382581 | 7/16/2018 | $101.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382602 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382565 | 7/16/2018 | $101.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382610 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382555 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382625 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382635 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382639 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382643 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382645 | 7/16/2018 | $101.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382648 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382650 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382654 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382660 | 7/16/2018 | $101.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382608 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382525 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382808 | 7/16/2018 | $18.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382813 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382482 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382484 | 7/16/2018 | $254.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382492 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382494 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382502 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382503 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382566 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382513 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382683 | 7/16/2018 | $23.17 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382529 | 7/16/2018 | $101.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382532 | 7/16/2018 | $101.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382538 | 7/16/2018 | $101.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382539 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382540 | 7/16/2018 | $101.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382542 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382547 | 7/16/2018 | $101.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382548 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382552 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382504 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994295 | $903.77 | 8/17/2018 | 382603 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382807 | 7/16/2018 | $18.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382810 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994295 | $903.77 | 8/17/2018 | 382491 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994295 | $903.77 | 8/17/2018 | 382505 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994295 | $903.77 | 8/17/2018 | 382511 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994295 | $903.77 | 8/17/2018 | 382534 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994295 | $903.77 | 8/17/2018 | 382535 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994295 | $903.77 | 8/17/2018 | 382557 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382670 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994295 | $903.77 | 8/17/2018 | 382592 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382797 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994295 | $903.77 | 8/17/2018 | 382633 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994295 | $903.77 | 8/17/2018 | 382636 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994295 | $903.77 | 8/17/2018 | 382638 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994295 | $903.77 | 8/17/2018 | 382668 | 7/16/2018 | $254.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994295 | $903.77 | 8/17/2018 | 382735 | 7/16/2018 | $23.17 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780994295 | $903.77 | 8/17/2018 | 382742 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994295 | $903.77 | 8/17/2018 | 382766 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994295 | $903.77 | 8/17/2018 | 382781 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994295 | $903.77 | 8/17/2018 | 382786 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994295 | $903.77 | 8/17/2018 | 382560 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382741 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382802 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382685 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382690 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382691 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382694 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382697 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382710 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382716 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382720 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382799 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382734 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382798 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382746 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382747 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382748 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382749 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382770 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382771 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382789 | 7/16/2018 | $254.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382793 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382675 | 7/16/2018 | $46.35 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780993446 | $3,679.99 | 8/16/2018 | 382724 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382689 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382651 | 7/16/2018 | $254.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382657 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382659 | 7/16/2018 | $101.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382661 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382667 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382669 | 7/16/2018 | $101.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382682 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382684 | 7/16/2018 | $101.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382708 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382687 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382637 | 7/16/2018 | $101.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382692 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382696 | 7/16/2018 | $254.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382699 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382700 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382703 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382704 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382705 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382706 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382804 | 7/16/2018 | $18.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382686 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382622 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994295 | $903.77 | 8/17/2018 | 382806 | 7/16/2018 | $18.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382606 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382607 | 7/16/2018 | $60.25 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382609 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382612 | 7/16/2018 | $101.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382614 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382617 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382618 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382619 | 7/16/2018 | $101.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382649 | 7/16/2018 | $101.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382621 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382644 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382623 | 7/16/2018 | $254.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382626 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382627 | 7/16/2018 | $254.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382629 | 7/16/2018 | $101.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382630 | 7/16/2018 | $254.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382631 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382632-28271 | 7/16/2018 | $25.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382632-28272 | 7/16/2018 | $78.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382711 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382620 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382785 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382769 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382772 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382773 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382775 | 7/16/2018 | $101.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382776 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382777 | 7/16/2018 | $101.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382778 | 7/16/2018 | $60.25 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382779 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382707 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382784 | 7/16/2018 | $101.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382765 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382787 | 7/16/2018 | $101.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382788 | 7/16/2018 | $101.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382790 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382791 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382792 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382794 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382795 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382801 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382601 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382783 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382745 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382712 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382714 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382715 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382718 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382726 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382729 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382730 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382732 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382736 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382768 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382740 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382767 | 7/16/2018 | $23.17 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382750 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382751 | 7/16/2018 | $1,195.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382753 | 7/16/2018 | $60.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382754 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382756 | 7/16/2018 | $1,195.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382761 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382762 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382764 | 7/16/2018 | $23.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382803 | 7/16/2018 | $46.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992629 | $10,877.98 | 8/15/2018 | 382738 | 7/16/2018 | $254.92 |

**Totals:**    **6 transfer(s),**    **$25,227.66**