# ask LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Baby Trend, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991461 | $12,798.88 | 8/13/2018 | 210623 | 6/21/2018 | $942.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987951 | $19,723.50 | 8/2/2018 | 209811 | 6/13/2018 | $1,312.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987951 | $19,723.50 | 8/2/2018 | 209812 | 6/13/2018 | $602.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987951 | $19,723.50 | 8/2/2018 | 209900 | 6/14/2018 | $1,614.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987951 | $19,723.50 | 8/2/2018 | 210523 | 6/20/2018 | $4,179.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987951 | $19,723.50 | 8/2/2018 | 210524 | 6/20/2018 | $606.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987951 | $19,723.50 | 8/2/2018 | 210525 | 6/20/2018 | $4,314.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987951 | $19,723.50 | 8/2/2018 | 210567 | 6/21/2018 | $1,740.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991461 | $12,798.88 | 8/13/2018 | 209901 | 6/14/2018 | $1,070.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991461 | $12,798.88 | 8/13/2018 | 210233 | 6/18/2018 | $736.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991461 | $12,798.88 | 8/13/2018 | 210414 | 6/19/2018 | $1,348.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991461 | $12,798.88 | 8/13/2018 | 210415 | 6/19/2018 | $1,606.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991461 | $12,798.88 | 8/13/2018 | 210416 | 6/19/2018 | $401.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991461 | $12,798.88 | 8/13/2018 | 210526 | 6/20/2018 | $943.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995750 | $5,551.52 | 8/20/2018 | 211049 | 6/27/2018 | $1,617.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991461 | $12,798.88 | 8/13/2018 | 211053 | 6/27/2018 | $769.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981184 | $21,604.46 | 7/19/2018 | 208286 | 5/25/2018 | $269.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995750 | $5,551.52 | 8/20/2018 | 210895 | 6/22/2018 | $970.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995750 | $5,551.52 | 8/20/2018 | 210893 | 6/22/2018 | $3,297.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995750 | $5,551.52 | 8/20/2018 | 210892 | 6/22/2018 | $942.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995750 | $5,551.52 | 8/20/2018 | 208682-27113 | 5/31/2018 | $34.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991461 | $12,798.88 | 8/13/2018 | 210621 | 6/21/2018 | $202.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991461 | $12,798.88 | 8/13/2018 | 211054 | 6/27/2018 | $167.32 |

Baby Trend, Inc. (2230496)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991461 | $12,798.88 | 8/13/2018 | 210622 | 6/21/2018 | $2,157.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991461 | $12,798.88 | 8/13/2018 | 211052 | 6/27/2018 | $1,348.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991461 | $12,798.88 | 8/13/2018 | 210953 | 6/26/2018 | $167.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991461 | $12,798.88 | 8/13/2018 | 210900 | 6/25/2018 | $1,109.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991461 | $12,798.88 | 8/13/2018 | 210894 | 6/22/2018 | $404.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991461 | $12,798.88 | 8/13/2018 | 210699 | 6/22/2018 | $33.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987951 | $19,723.50 | 8/2/2018 | 209754 | 6/12/2018 | $3,465.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995750 | $5,551.52 | 8/20/2018 | 202385-27112 | 3/12/2018 | $278.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981184 | $21,604.46 | 7/19/2018 | 208682-27109 | 5/31/2018 | $34.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987951 | $19,723.50 | 8/2/2018 | 209810 | 6/13/2018 | $1,344.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984554 | $16,445.86 | 7/26/2018 | 208764 | 6/1/2018 | $437.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981184 | $21,604.46 | 7/19/2018 | 209327 | 6/6/2018 | $337.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981184 | $21,604.46 | 7/19/2018 | 208766 | 6/1/2018 | $909.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981184 | $21,604.46 | 7/19/2018 | 208763 | 6/1/2018 | $5,852.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984554 | $16,445.86 | 7/26/2018 | 209165 | 6/4/2018 | $1,483.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981184 | $21,604.46 | 7/19/2018 | 208682-27111 | 5/31/2018 | $836.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984554 | $16,445.86 | 7/26/2018 | 209319 | 6/6/2018 | $674.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981184 | $21,604.46 | 7/19/2018 | 208681 | 5/31/2018 | $2,354.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981184 | $21,604.46 | 7/19/2018 | 208612 | 5/29/2018 | $674.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981184 | $21,604.46 | 7/19/2018 | 208611 | 5/29/2018 | $134.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981184 | $21,604.46 | 7/19/2018 | 208610 | 5/29/2018 | $404.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981184 | $21,604.46 | 7/19/2018 | 208606 | 5/29/2018 | $9,826.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981184 | $21,604.46 | 7/19/2018 | 208605 | 5/29/2018 | $1,617.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981184 | $21,604.46 | 7/19/2018 | 208683 | 5/31/2018 | $702.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984554 | $16,445.86 | 7/26/2018 | 209347 | 6/7/2018 | $4,709.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995750 | $5,551.52 | 8/20/2018 | 211050 | 6/27/2018 | $202.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987951 | $19,723.50 | 8/2/2018 | 209753 | 6/12/2018 | $134.83 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987951 | $19,723.50 | 8/2/2018 | 209752 | 6/12/2018 | $134.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987951 | $19,723.50 | 8/2/2018 | 209322 | 6/6/2018 | $269.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984554 | $16,445.86 | 7/26/2018 | 209350 | 6/7/2018 | $937.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984554 | $16,445.86 | 7/26/2018 | 208765 | 6/1/2018 | $1,078.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984554 | $16,445.86 | 7/26/2018 | 209348 | 6/7/2018 | $807.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987951 | $19,723.50 | 8/2/2018 | 209809 | 6/13/2018 | $269.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984554 | $16,445.86 | 7/26/2018 | 209346 | 6/7/2018 | $3,397.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984554 | $16,445.86 | 7/26/2018 | 209326 | 6/6/2018 | $1,885.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984554 | $16,445.86 | 7/26/2018 | 209324 | 6/6/2018 | $836.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984554 | $16,445.86 | 7/26/2018 | 209323 | 6/6/2018 | $368.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984554 | $16,445.86 | 7/26/2018 | 209321 | 6/6/2018 | $134.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984554 | $16,445.86 | 7/26/2018 | 209320 | 6/6/2018 | $134.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984554 | $16,445.86 | 7/26/2018 | 209349 | 6/7/2018 | $769.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013541 | $39,439.86 | 9/26/2018 | 208607-27116 | 5/29/2018 | $468.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005965 | $52,971.58 | 9/12/2018 | 213797 | 7/30/2018 | $7,091.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005965 | $52,971.58 | 9/12/2018 | 213985 | 7/31/2018 | $33,543.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009737 | $72,740.69 | 9/19/2018 | 213004 | 7/19/2018 | $2,759.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009737 | $72,740.69 | 9/19/2018 | 213005 | 7/19/2018 | $3,970.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009737 | $72,740.69 | 9/19/2018 | 213007 | 7/19/2018 | $10,614.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009737 | $72,740.69 | 9/19/2018 | 213008 | 7/19/2018 | $10,999.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009737 | $72,740.69 | 9/19/2018 | 213143 | 7/20/2018 | $4,998.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009737 | $72,740.69 | 9/19/2018 | 213144 | 7/20/2018 | $876.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009737 | $72,740.69 | 9/19/2018 | 213145 | 7/20/2018 | $8,438.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009737 | $72,740.69 | 9/19/2018 | 213146 | 7/20/2018 | $27,816.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009737 | $72,740.69 | 9/19/2018 | 213494 | 7/30/2018 | $836.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009737 | $72,740.69 | 9/19/2018 | 213495 | 7/30/2018 | $133.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009737 | $72,740.69 | 9/19/2018 | 213573 | 7/27/2018 | $401.58 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995750 | $5,551.52 | 8/20/2018 | 210952 | 6/26/2018 | $334.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013541 | $39,439.86 | 9/26/2018 | 213921 | 7/31/2018 | $3,867.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013541 | $39,439.86 | 9/26/2018 | 214076 | 8/2/2018 | $1,880.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013541 | $39,439.86 | 9/26/2018 | 214006 | 8/1/2018 | $2,944.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013541 | $39,439.86 | 9/26/2018 | 214005 | 8/1/2018 | $133.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013541 | $39,439.86 | 9/26/2018 | 214004 | 8/1/2018 | $3,953.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013541 | $39,439.86 | 9/26/2018 | 214003 | 8/1/2018 | $964.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009737 | $72,740.69 | 9/19/2018 | 213923 | 7/31/2018 | $769.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013541 | $39,439.86 | 9/26/2018 | 213922 | 7/31/2018 | $1,715.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009737 | $72,740.69 | 9/19/2018 | 214074 | 8/2/2018 | $3,181.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013541 | $39,439.86 | 9/26/2018 | 213881 | 7/30/2018 | $1,590.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013541 | $39,439.86 | 9/26/2018 | 213795 | 7/30/2018 | $13,725.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013541 | $39,439.86 | 9/26/2018 | 213794 | 7/30/2018 | $1,244.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013541 | $39,439.86 | 9/26/2018 | 213525 | 7/27/2018 | $501.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013541 | $39,439.86 | 9/26/2018 | 213524 | 7/27/2018 | $736.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005965 | $52,971.58 | 9/12/2018 | 212939 | 7/18/2018 | $635.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013541 | $39,439.86 | 9/26/2018 | 213924 | 7/31/2018 | $2,309.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999068 | $8,591.84 | 8/29/2018 | 211170 | 6/28/2018 | $976.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005965 | $52,971.58 | 9/12/2018 | 213796 | 7/30/2018 | $943.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002579 | $8,505.20 | 9/5/2018 | 211243 | 6/29/2018 | $1,110.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999068 | $8,591.84 | 8/29/2018 | 211601 | 7/3/2018 | $334.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999068 | $8,591.84 | 8/29/2018 | 211600 | 7/3/2018 | $807.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999068 | $8,591.84 | 8/29/2018 | 211599 | 7/3/2018 | $269.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002579 | $8,505.20 | 9/5/2018 | 211890 | 7/6/2018 | $100.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999068 | $8,591.84 | 8/29/2018 | 211297 | 6/29/2018 | $4,340.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002579 | $8,505.20 | 9/5/2018 | 211891 | 7/6/2018 | $67.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999068 | $8,591.84 | 8/29/2018 | 211169 | 6/28/2018 | $168.25 |

Baby Trend, Inc. (2230496)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                          Exhibit A                                          P. 4

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999068 | $8,591.84 | 8/29/2018 | 206678-27114 | 5/7/2018 | $301.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995750 | $5,551.52 | 8/20/2018 | 211635 | 7/3/2018 | $134.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995750 | $5,551.52 | 8/20/2018 | 211634 | 7/3/2018 | $635.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995750 | $5,551.52 | 8/20/2018 | 211242 | 6/29/2018 | $334.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995750 | $5,551.52 | 8/20/2018 | 211051 | 6/27/2018 | $100.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999068 | $8,591.84 | 8/29/2018 | 211598 | 7/3/2018 | $2,221.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002579 | $8,505.20 | 9/5/2018 | 212345 | 7/12/2018 | $539.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013541 | $39,439.86 | 9/26/2018 | 214857 | 8/10/2018 | $4,607.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005965 | $52,971.58 | 9/12/2018 | 212649 | 7/16/2018 | $937.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005965 | $52,971.58 | 9/12/2018 | 212348 | 7/12/2018 | $4,580.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005965 | $52,971.58 | 9/12/2018 | 212347 | 7/12/2018 | $1,146.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005965 | $52,971.58 | 9/12/2018 | 212346 | 7/12/2018 | $1,171.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002579 | $8,505.20 | 9/5/2018 | 211886 | 7/6/2018 | $403.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002579 | $8,505.20 | 9/5/2018 | 212938 | 7/18/2018 | $1,211.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005965 | $52,971.58 | 9/12/2018 | 213142 | 7/20/2018 | $4,334.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002579 | $8,505.20 | 9/5/2018 | 212344 | 7/11/2018 | $638.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002579 | $8,505.20 | 9/5/2018 | 212343 | 7/11/2018 | $435.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002579 | $8,505.20 | 9/5/2018 | 212342 | 7/11/2018 | $133.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002579 | $8,505.20 | 9/5/2018 | 212166 | 7/10/2018 | $2,253.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002579 | $8,505.20 | 9/5/2018 | 212165 | 7/10/2018 | $538.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002579 | $8,505.20 | 9/5/2018 | 212164 | 7/10/2018 | $669.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002579 | $8,505.20 | 9/5/2018 | 212940 | 7/18/2018 | $403.33 |

**Totals:**    **10 transfer(s),**    **$258,373.39**