**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Baby Trend, Inc.**  
Bankruptcy Case: **Sears Holdings Corporation, et al.**  
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94475 | $614.41 | 7/25/2018 | 0000204389 | 4/6/2018 | $149.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94475 | $614.41 | 7/25/2018 | 0000204388 | 4/6/2018 | $125.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94475 | $614.41 | 7/25/2018 | 0000204387 | 4/6/2018 | $122.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94475 | $614.41 | 7/25/2018 | 0000204386 | 4/6/2018 | $217.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04405 | $28,145.52 | 8/13/2018 | 0000211915 | 7/9/2018 | $10,103.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04405 | $28,145.52 | 8/13/2018 | 0000211914 | 7/9/2018 | $3,608.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04405 | $28,145.52 | 8/13/2018 | 0000211913 | 7/9/2018 | $10,464.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04405 | $28,145.52 | 8/13/2018 | 0000211912 | 7/9/2018 | $360.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04405 | $28,145.52 | 8/13/2018 | 0000211911 | 7/9/2018 | $3,608.40 |

**Totals:** 2 transfer(s), $28,759.93

Baby Trend, Inc. (2230496)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                Exhibit B                                P. 1