**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Briggs & Stratton Power Products Group, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10346 | $777,057.40 | 8/22/2018 | 0000235729 | 6/18/2018 | $87,952.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16470 | $30.19 | 9/4/2018 | 0000010066 | 8/30/2018 | $30.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10346 | $777,057.40 | 8/22/2018 | 0000236358 | 6/18/2018 | $10,128.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10346 | $777,057.40 | 8/22/2018 | 0000235899 | 6/18/2018 | $119,658.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10346 | $777,057.40 | 8/22/2018 | 0000235859 | 6/18/2018 | $50,139.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10346 | $777,057.40 | 8/22/2018 | 0000235858 | 6/18/2018 | $53,596.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10346 | $777,057.40 | 8/22/2018 | 0000235769 | 6/18/2018 | $240.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11801 | $607,246.24 | 8/24/2018 | 0000240436 | 6/20/2018 | $38,240.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10346 | $777,057.40 | 8/22/2018 | 0000235767 | 6/18/2018 | $54,692.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11801 | $607,246.24 | 8/24/2018 | 0000240437 | 6/20/2018 | $38,240.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10346 | $777,057.40 | 8/22/2018 | 0000235723 | 6/18/2018 | $38,240.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10346 | $777,057.40 | 8/22/2018 | 0000235563 | 6/18/2018 | $93,758.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10346 | $777,057.40 | 8/22/2018 | 0000235523 | 6/18/2018 | $8,356.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10346 | $777,057.40 | 8/22/2018 | 0000235522 | 6/18/2018 | $22,435.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10346 | $777,057.40 | 8/22/2018 | 0000235521 | 6/18/2018 | $15,626.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10346 | $777,057.40 | 8/22/2018 | 0000235520 | 6/18/2018 | $24,928.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10346 | $777,057.40 | 8/22/2018 | 0000235359 | 6/18/2018 | $69,177.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10346 | $777,057.40 | 8/22/2018 | 0000235768 | 6/18/2018 | $50,139.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12513 | $30,207.60 | 8/27/2018 | 0000245428 | 6/22/2018 | $1,524.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03914 | $20,149.68 | 8/10/2018 | 00001690AA | 6/1/2018 | $390.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15938 | $159,890.50 | 8/31/2018 | 0000251688 | 6/27/2018 | $1,782.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15938 | $159,890.50 | 8/31/2018 | 0000251687 | 6/27/2018 | $31,120.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15938 | $159,890.50 | 8/31/2018 | 0000251343 | 6/27/2018 | $34,335.60 |

Briggs & Stratton Power Products Group, LLC (2230501)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                    Exhibit A                                    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15938 | $159,890.50 | 8/31/2018 | 0000251307 | 6/27/2018 | $39,588.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15938 | $159,890.50 | 8/31/2018 | 0000251306 | 6/27/2018 | $24,603.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11167 | $36,442.88 | 8/23/2018 | 0000237633 | 6/19/2018 | $38,240.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15938 | $159,890.50 | 8/31/2018 | 00000202AA | 6/27/2018 | $262.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09653 | $92,928.00 | 8/21/2018 | 0000748035-1494 | 5/30/2018 | $92,928.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12513 | $30,207.60 | 8/27/2018 | 0000245427 | 6/22/2018 | $1,371.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12513 | $30,207.60 | 8/27/2018 | 0000245426 | 6/22/2018 | $6,096.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12513 | $30,207.60 | 8/27/2018 | 0000244795 | 6/22/2018 | $21,216.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11801 | $607,246.24 | 8/24/2018 | 0000240631 | 6/20/2018 | $243,245.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11801 | $607,246.24 | 8/24/2018 | 0000240570 | 6/20/2018 | $38,240.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11801 | $607,246.24 | 8/24/2018 | 0000240465 | 6/20/2018 | $243,245.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11801 | $607,246.24 | 8/24/2018 | 0000240438 | 6/20/2018 | $6,035.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15938 | $159,890.50 | 8/31/2018 | 0000251300 | 6/27/2018 | $28,197.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04485 | $803,733.60 | 8/13/2018 | 0000223534 | 6/8/2018 | $52,580.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04485 | $803,733.60 | 8/13/2018 | 0000223796 | 6/8/2018 | $18,880.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04485 | $803,733.60 | 8/13/2018 | 0000223795 | 6/8/2018 | $44,928.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04485 | $803,733.60 | 8/13/2018 | 0000223794 | 6/8/2018 | $6,912.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04485 | $803,733.60 | 8/13/2018 | 0000223793 | 6/8/2018 | $2,361.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04485 | $803,733.60 | 8/13/2018 | 0000223609 | 6/8/2018 | $23,903.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04485 | $803,733.60 | 8/13/2018 | 0000223554 | 6/8/2018 | $5,920.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10346 | $777,057.40 | 8/22/2018 | 0000235358 | 6/18/2018 | $54,692.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04485 | $803,733.60 | 8/13/2018 | 0000223552 | 6/8/2018 | $6,912.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04485 | $803,733.60 | 8/13/2018 | 0000223809 | 6/8/2018 | $48,054.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04485 | $803,733.60 | 8/13/2018 | 0000223477 | 6/8/2018 | $9,688.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04485 | $803,733.60 | 8/13/2018 | 0000223476 | 6/8/2018 | $41,472.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04485 | $803,733.60 | 8/13/2018 | 0000223475 | 6/8/2018 | $92.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04485 | $803,733.60 | 8/13/2018 | 0000223474 | 6/8/2018 | $6,912.00 |

Briggs & Stratton Power Products Group, LLC (2230501)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04485 | $803,733.60 | 8/13/2018 | 0000223473 | 6/8/2018 | $10,575.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03914 | $20,149.68 | 8/10/2018 | 0000211999 | 5/31/2018 | $38,240.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03914 | $20,149.68 | 8/10/2018 | 0000209477 | 5/30/2018 | $92,928.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04485 | $803,733.60 | 8/13/2018 | 0000223553 | 6/8/2018 | $69,120.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06305 | $476,682.25 | 8/15/2018 | 0000225359 | 6/11/2018 | $228,000.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18442 | $3,594.24 | 9/6/2018 | 0000010006-2350 | 9/4/2018 | $1,797.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07900 | $30,444.84 | 8/17/2018 | 0000230429 | 6/13/2018 | $30,592.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06305 | $476,682.25 | 8/15/2018 | 0000226310 | 6/11/2018 | $38,240.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06305 | $476,682.25 | 8/15/2018 | 0000225573 | 6/11/2018 | $69,120.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06305 | $476,682.25 | 8/15/2018 | 0000225572 | 6/11/2018 | $6,912.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06305 | $476,682.25 | 8/15/2018 | 0000225571 | 6/11/2018 | $13,513.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06305 | $476,682.25 | 8/15/2018 | 0000225439 | 6/11/2018 | $51,989.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04485 | $803,733.60 | 8/13/2018 | 0000223807 | 6/8/2018 | $400.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06305 | $476,682.25 | 8/15/2018 | 0000225426 | 6/11/2018 | $38,240.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04485 | $803,733.60 | 8/13/2018 | 0000223808 | 6/8/2018 | $44,928.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06305 | $476,682.25 | 8/15/2018 | 0000009023 | 8/10/2018 | $1,869.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04485 | $803,733.60 | 8/13/2018 | 0000743254-1493 | 5/14/2018 | $3,824.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04485 | $803,733.60 | 8/13/2018 | 0000743253-1492 | 5/7/2018 | $128.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04485 | $803,733.60 | 8/13/2018 | 0000224086 | 6/8/2018 | $294,400.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04485 | $803,733.60 | 8/13/2018 | 0000224058 | 6/8/2018 | $104,831.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04485 | $803,733.60 | 8/13/2018 | 0000223810 | 6/8/2018 | $6,912.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10346 | $777,057.40 | 8/22/2018 | 0000010001 | 8/20/2018 | $23,296.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06305 | $476,682.25 | 8/15/2018 | 0000225429 | 6/11/2018 | $34,416.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95362 | $59,457.41 | 7/26/2018 | 0000198177 | 5/22/2018 | $972.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15938 | $159,890.50 | 8/31/2018 | 0000749123-1497 | 6/27/2018 | $380.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95362 | $59,457.41 | 7/26/2018 | 00002536AA-451 | 5/22/2018 | $197.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95362 | $59,457.41 | 7/26/2018 | 00002536AA-450 | 5/22/2018 | $39.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95362 | $59,457.41 | 7/26/2018 | 0000198208 | 5/22/2018 | $12,402.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95362 | $59,457.41 | 7/26/2018 | 0000198181 | 5/22/2018 | $5,424.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95362 | $59,457.41 | 7/26/2018 | 0000198180 | 5/22/2018 | $2,720.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95362 | $59,457.41 | 7/26/2018 | 00006813AA | 5/22/2018 | $260.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95362 | $59,457.41 | 7/26/2018 | 0000198178 | 5/22/2018 | $92.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95362 | $59,457.41 | 7/26/2018 | 00009256AA | 5/18/2018 | $390.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95362 | $59,457.41 | 7/26/2018 | 0000198176 | 5/22/2018 | $552.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95362 | $59,457.41 | 7/26/2018 | 0000198175 | 5/22/2018 | $7,232.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95362 | $59,457.41 | 7/26/2018 | 0000198174 | 5/22/2018 | $972.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95362 | $59,457.41 | 7/26/2018 | 0000198173 | 5/22/2018 | $552.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95362 | $59,457.41 | 7/26/2018 | 0000198172 | 5/22/2018 | $5,424.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95362 | $59,457.41 | 7/26/2018 | 0000198171 | 5/22/2018 | $2,720.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95362 | $59,457.41 | 7/26/2018 | 0000198170 | 5/22/2018 | $972.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95362 | $59,457.41 | 7/26/2018 | 0000198179 | 5/22/2018 | $18,880.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96708 | $94,575.22 | 7/30/2018 | 0000204830 | 5/25/2018 | $52,587.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96708 | $94,575.22 | 7/30/2018 | 0000205936 | 5/26/2018 | $92.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96708 | $94,575.22 | 7/30/2018 | 0000205928 | 5/26/2018 | $697.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96708 | $94,575.22 | 7/30/2018 | 0000205090 | 5/25/2018 | $581.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96708 | $94,575.22 | 7/30/2018 | 0000205089 | 5/25/2018 | $11,719.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96708 | $94,575.22 | 7/30/2018 | 0000205088 | 5/25/2018 | $465.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96708 | $94,575.22 | 7/30/2018 | 0000205087 | 5/25/2018 | $11,719.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95362 | $59,457.41 | 7/26/2018 | 00006808AA | 5/22/2018 | $197.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96708 | $94,575.22 | 7/30/2018 | 0000204973 | 5/25/2018 | $697.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95362 | $59,457.41 | 7/26/2018 | 0000196241 | 5/21/2018 | $552.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96708 | $94,575.22 | 7/30/2018 | 0000204627 | 5/25/2018 | $697.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96708 | $94,575.22 | 7/30/2018 | 0000204626 | 5/25/2018 | $27,346.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96127 | $1,248.00 | 7/27/2018 | 00009834AA | 5/23/2018 | $260.00 |

Briggs & Stratton Power Products Group, LLC (2230501)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                    Exhibit A                                    P. 4

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96127 | $1,248.00 | 7/27/2018 | 00009829AA-452 | 5/23/2018 | $197.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96127 | $1,248.00 | 7/27/2018 | 00009828AA | 5/23/2018 | $197.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96127 | $1,248.00 | 7/27/2018 | 00009826AA | 5/23/2018 | $197.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96127 | $1,248.00 | 7/27/2018 | 00009821AA | 5/23/2018 | $395.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96708 | $94,575.22 | 7/30/2018 | 0000204974 | 5/25/2018 | $14,221.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26808:9/24/2018 | $16,752.33 | 9/24/2018 | 0000004045 | 7/19/2018 | $42,382.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E29206 | $229,739.30 | 9/27/2018 | 00007026AA | 7/24/2018 | $197.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E29206 | $229,739.30 | 9/27/2018 | 00007025AA | 7/24/2018 | $197.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E29206 | $229,739.30 | 9/27/2018 | 0000008021 | 7/24/2018 | $228,000.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26808:9/24/2018 | $16,752.33 | 9/24/2018 | 0000109033 | 9/7/2018 | $2,492.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26808:9/24/2018 | $16,752.33 | 9/24/2018 | 0000109032 | 9/7/2018 | $1,597.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26808:9/24/2018 | $16,752.33 | 9/24/2018 | 0000005220 | 7/20/2018 | $11,472.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95362 | $59,457.41 | 7/26/2018 | 0000198169 | 5/22/2018 | $5,424.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26808:9/24/2018 | $16,752.33 | 9/24/2018 | 0000004046 | 7/19/2018 | $22,944.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E29206 | $229,739.30 | 9/27/2018 | 00007029AA | 7/24/2018 | $884.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26808:9/24/2018 | $16,752.33 | 9/24/2018 | 0000004009 | 7/19/2018 | $45,888.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26808:9/24/2018 | $16,752.33 | 9/24/2018 | 0000004008 | 7/19/2018 | $1,858.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26808:9/24/2018 | $16,752.33 | 9/24/2018 | 0000004007 | 7/19/2018 | $11,472.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26808:9/24/2018 | $16,752.33 | 9/24/2018 | 0000004006 | 7/19/2018 | $1,386.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26808:9/24/2018 | $16,752.33 | 9/24/2018 | 0000003953 | 7/19/2018 | $30,592.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26808:9/24/2018 | $16,752.33 | 9/24/2018 | 0000003952 | 7/19/2018 | $10,223.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18442 | $3,594.24 | 9/6/2018 | 0000010071 | 9/4/2018 | $1,797.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26808:9/24/2018 | $16,752.33 | 9/24/2018 | 0000005218 | 7/20/2018 | $7,565.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90318 | $51,220.19 | 7/18/2018 | 00005813AA | 5/14/2018 | $197.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99309 | $5,004.00 | 8/2/2018 | 0000967651-1498 | 9/14/2017 | $5,004.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95362 | $59,457.41 | 7/26/2018 | 0000196240 | 5/21/2018 | $2,720.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95362 | $59,457.41 | 7/26/2018 | 0000196239 | 5/21/2018 | $5,424.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95362 | $59,457.41 | 7/26/2018 | 00001135AA | 5/18/2018 | $847.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92030 | $81,900.00 | 7/20/2018 | 0000190117 | 5/16/2018 | $81,900.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91236 | $143.90 | 7/19/2018 | 00007648AA | 5/15/2018 | $197.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91236 | $143.90 | 7/19/2018 | 00007645AA | 5/15/2018 | $197.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E29206 | $229,739.30 | 9/27/2018 | 00007027AA | 7/24/2018 | $262.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90318 | $51,220.19 | 7/18/2018 | 00005814AA | 5/14/2018 | $197.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E29206 | $229,739.30 | 9/27/2018 | 00007028AA | 7/24/2018 | $197.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90318 | $51,220.19 | 7/18/2018 | 00005812AA | 5/14/2018 | $260.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90318 | $51,220.19 | 7/18/2018 | 0000186653-447 | 5/14/2018 | $6,453.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90318 | $51,220.19 | 7/18/2018 | 0000186652 | 5/14/2018 | $9,440.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90318 | $51,220.19 | 7/18/2018 | 0000186651 | 5/14/2018 | $6,035.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90318 | $51,220.19 | 7/18/2018 | 0000186624 | 5/14/2018 | $15,626.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90318 | $51,220.19 | 7/18/2018 | 0000186623 | 5/14/2018 | $32,526.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95362 | $59,457.41 | 7/26/2018 | 0000196242 | 5/21/2018 | $972.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91236 | $143.90 | 7/19/2018 | 00007644AA | 5/15/2018 | $197.60 |

**Totals:** 21 transfer(s), $3,578,447.77