**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Briggs & Stratton Power Products Group, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988022 | $2,774.00 | 8/2/2018 | 98197064-4558 | 5/21/2018 | $600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981245 | $233,100.00 | 7/19/2018 | 98185363 | 5/11/2018 | $29,247.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981245 | $233,100.00 | 7/19/2018 | 98185449 | 5/11/2018 | $93,825.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981245 | $233,100.00 | 7/19/2018 | 98186676 | 5/14/2018 | $89,136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984621 | $639.00 | 7/26/2018 | 98196804-4551 | 5/21/2018 | $29.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984621 | $639.00 | 7/26/2018 | 98196804-4552 | 5/21/2018 | $639.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988022 | $2,774.00 | 8/2/2018 | 98196802-4554 | 5/21/2018 | $203.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981245 | $233,100.00 | 7/19/2018 | 98185362 | 5/11/2018 | $20,891.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988022 | $2,774.00 | 8/2/2018 | 98197064-4556 | 5/21/2018 | $58.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009823 | $226.00 | 9/19/2018 | 98236324 | 6/18/2018 | $226.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988022 | $2,774.00 | 8/2/2018 | 98197091-4559 | 5/21/2018 | $29.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988022 | $2,774.00 | 8/2/2018 | 98197091-4561 | 5/21/2018 | $300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991533 | $263.00 | 8/13/2018 | 98197065-4562 | 5/21/2018 | $58.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991533 | $263.00 | 8/13/2018 | 98197065-4564 | 5/21/2018 | $713.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002648 | $606.00 | 9/5/2018 | 98236316 | 6/18/2018 | $226.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002648 | $606.00 | 9/5/2018 | 98236333 | 6/18/2018 | $452.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002648 | $606.00 | 9/5/2018 | 98236344 | 6/18/2018 | $678.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988022 | $2,774.00 | 8/2/2018 | 98196802-4555 | 5/21/2018 | $1,874.00 |

Totals:    6 transfer(s),    $237,608.00

Briggs & Stratton Power Products Group, LLC (2230501)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                     Exhibit B                                     P. 1