**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **CAP Barbell, Inc.** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988058 | $8,904.50 | 8/2/2018 | 6295275000-1 | 5/23/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981278 | $203.65 | 7/19/2018 | 6152555000-1 | 5/9/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981278 | $203.65 | 7/19/2018 | 6156555000-1 | 5/9/2018 | $10.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981278 | $203.65 | 7/19/2018 | 6158685000-1 | 5/10/2018 | $10.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981278 | $203.65 | 7/19/2018 | 6159405000-1 | 5/10/2018 | $13.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981278 | $203.65 | 7/19/2018 | 6161165000-1 | 5/10/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984659 | $506.62 | 7/26/2018 | 30668479 | 5/10/2018 | $476.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984659 | $506.62 | 7/26/2018 | 5529925000-1 | 4/9/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984659 | $506.62 | 7/26/2018 | 6173325000-1 | 5/14/2018 | $13.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984659 | $506.62 | 7/26/2018 | 6211765000-1 | 5/16/2018 | $20.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988058 | $8,904.50 | 8/2/2018 | 23428172 | 5/21/2018 | $3,046.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988058 | $8,904.50 | 8/2/2018 | 2758347 | 5/21/2018 | $2,171.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988058 | $8,904.50 | 8/2/2018 | 424340 | 5/18/2018 | $3,670.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981278 | $203.65 | 7/19/2018 | 5966585000-1 | 5/10/2018 | $10.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988058 | $8,904.50 | 8/2/2018 | 6284615000-1 | 5/24/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981278 | $203.65 | 7/19/2018 | 6141955000-3 | 5/8/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988058 | $8,904.50 | 8/2/2018 | 6302135000-1 | 5/24/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988058 | $8,904.50 | 8/2/2018 | 6302155000-1 | 5/24/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991574 | $3,686.48 | 8/13/2018 | 2748066 | 4/20/2018 | $1,749.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991574 | $3,686.48 | 8/13/2018 | 30669020 | 5/14/2018 | $919.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991574 | $3,686.48 | 8/13/2018 | 30669021 | 5/14/2018 | $889.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991574 | $3,686.48 | 8/13/2018 | 6298735000-1 | 5/25/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991574 | $3,686.48 | 8/13/2018 | 6299205000-1 | 5/25/2018 | $6.76 |

CAP Barbell, Inc. (2230484)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                Exhibit A                                P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991574 | $3,686.48 | 8/13/2018 | 6318865000-1 | 5/29/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991574 | $3,686.48 | 8/13/2018 | 6325925000-1 | 5/25/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991574 | $3,686.48 | 8/13/2018 | 6337425000-1 | 5/29/2018 | $13.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991574 | $3,686.48 | 8/13/2018 | 6365175000-1 | 5/30/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991574 | $3,686.48 | 8/13/2018 | 6373475000-1 | 5/31/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988058 | $8,904.50 | 8/2/2018 | 6236605000-1 | 5/21/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981278 | $203.65 | 7/19/2018 | 6119105000-1 | 5/8/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981278 | $203.65 | 7/19/2018 | 5968485000-1 | 5/10/2018 | $13.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981278 | $203.65 | 7/19/2018 | 6082375000-1 | 5/4/2018 | $13.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981278 | $203.65 | 7/19/2018 | 6089565000-1 | 5/4/2018 | $19.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981278 | $203.65 | 7/19/2018 | 6090785000-1 | 5/4/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981278 | $203.65 | 7/19/2018 | 6094565000-1 | 5/4/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981278 | $203.65 | 7/19/2018 | 6099665000-1 | 5/8/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981278 | $203.65 | 7/19/2018 | 6102845000-1 | 5/8/2018 | $13.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981278 | $203.65 | 7/19/2018 | 6103535000-1 | 5/7/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981278 | $203.65 | 7/19/2018 | 6107345000-1 | 5/7/2018 | $13.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981278 | $203.65 | 7/19/2018 | 6111165000-1 | 5/8/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981278 | $203.65 | 7/19/2018 | 6115015000-1 | 5/7/2018 | $10.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981278 | $203.65 | 7/19/2018 | 6115015000-2 | 5/7/2018 | $20.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981278 | $203.65 | 7/19/2018 | 6150095000-1 | 5/9/2018 | $13.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981278 | $203.65 | 7/19/2018 | 6116655000-1 | 5/7/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981278 | $203.65 | 7/19/2018 | 6144455000-1 | 5/8/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981278 | $203.65 | 7/19/2018 | 6120065000-1 | 5/7/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981278 | $203.65 | 7/19/2018 | 6121285000-1 | 5/8/2018 | $19.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981278 | $203.65 | 7/19/2018 | 6123225000-1 | 5/7/2018 | $13.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981278 | $203.65 | 7/19/2018 | 6124425000-1 | 5/7/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981278 | $203.65 | 7/19/2018 | 6124935000-1 | 5/7/2018 | $6.76 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981278 | $203.65 | 7/19/2018 | 6125905000-1 | 5/7/2018 | $10.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981278 | $203.65 | 7/19/2018 | 6134005000-1 | 5/8/2018 | $13.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981278 | $203.65 | 7/19/2018 | 6137525000-1 | 5/8/2018 | $19.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981278 | $203.65 | 7/19/2018 | 6139705000-1 | 5/8/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981278 | $203.65 | 7/19/2018 | 6141715000-1 | 5/8/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981278 | $203.65 | 7/19/2018 | 6141955000-1 | 5/8/2018 | $20.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981278 | $203.65 | 7/19/2018 | 6141955000-2 | 5/8/2018 | $10.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991574 | $3,686.48 | 8/13/2018 | 6375675000-1 | 5/31/2018 | $19.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981278 | $203.65 | 7/19/2018 | 6115015000-3 | 5/7/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006066 | $722.92 | 9/12/2018 | 6689085000-1 | 6/25/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991574 | $3,686.48 | 8/13/2018 | 6373995000-1 | 5/31/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006066 | $722.92 | 9/12/2018 | 6561115000-1 | 6/13/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006066 | $722.92 | 9/12/2018 | 6574685000-1 | 6/15/2018 | $20.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006066 | $722.92 | 9/12/2018 | 6580575000-1 | 6/15/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006066 | $722.92 | 9/12/2018 | 6587445000-1 | 6/19/2018 | $13.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006066 | $722.92 | 9/12/2018 | 6594285000-1 | 6/19/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006066 | $722.92 | 9/12/2018 | 6594445000-1 | 6/19/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006066 | $722.92 | 9/12/2018 | 6594755000-1 | 6/19/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006066 | $722.92 | 9/12/2018 | 6633385000-1 | 6/20/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006066 | $722.92 | 9/12/2018 | 6633445000-1 | 6/20/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006066 | $722.92 | 9/12/2018 | 6635055000-1 | 6/20/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006066 | $722.92 | 9/12/2018 | 6646515000-1 | 6/22/2018 | $10.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006066 | $722.92 | 9/12/2018 | 6548815000-1 | 6/14/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006066 | $722.92 | 9/12/2018 | 6684765000-1 | 6/26/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006066 | $722.92 | 9/12/2018 | 6548795000-1 | 6/13/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006066 | $722.92 | 9/12/2018 | 6722805000-1 | 6/28/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009878 | $4,349.48 | 9/19/2018 | 23442155 | 7/2/2018 | $1,760.44 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009878 | $4,349.48 | 9/19/2018 | 30675380 | 6/25/2018 | $674.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009878 | $4,349.48 | 9/19/2018 | 435311 | 6/29/2018 | $1,849.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009878 | $4,349.48 | 9/19/2018 | 6725795000-1 | 6/29/2018 | $13.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009878 | $4,349.48 | 9/19/2018 | 6760115000-1 | 7/3/2018 | $19.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009878 | $4,349.48 | 9/19/2018 | 6793545000-1 | 7/5/2018 | $19.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009878 | $4,349.48 | 9/19/2018 | 6806025000-1 | 7/5/2018 | $19.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013634 | $79.82 | 9/26/2018 | 6789265000-1 | 7/12/2018 | $13.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013634 | $79.82 | 9/26/2018 | 6789835000-1 | 7/12/2018 | $13.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013634 | $79.82 | 9/26/2018 | 6812325000-1 | 7/9/2018 | $19.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013634 | $79.82 | 9/26/2018 | 6852385000-1 | 7/10/2018 | $13.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013634 | $79.82 | 9/26/2018 | 6852385000-2 | 7/10/2018 | $13.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006066 | $722.92 | 9/12/2018 | 6648315000-1 | 6/22/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006066 | $722.92 | 9/12/2018 | 6454485000-1 | 6/5/2018 | $10.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013634 | $79.82 | 9/26/2018 | 6852385000-3 | 7/10/2018 | $20.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991574 | $3,686.48 | 8/13/2018 | 6380245000-1 | 5/30/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991574 | $3,686.48 | 8/13/2018 | 6380715000-1 | 5/30/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991574 | $3,686.48 | 8/13/2018 | 6385335000-1 | 5/31/2018 | $13.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991574 | $3,686.48 | 8/13/2018 | 6389795000-1 | 5/31/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006066 | $722.92 | 9/12/2018 | 30675365 | 6/22/2018 | $282.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006066 | $722.92 | 9/12/2018 | 30675381 | 6/25/2018 | $645.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006066 | $722.92 | 9/12/2018 | 6352045000-1 | 6/1/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006066 | $722.92 | 9/12/2018 | 6395475000-1 | 6/4/2018 | $13.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006066 | $722.92 | 9/12/2018 | 6401055000-1 | 6/1/2018 | $13.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006066 | $722.92 | 9/12/2018 | 6403505000-1 | 6/1/2018 | $13.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006066 | $722.92 | 9/12/2018 | 6410095000-1 | 6/4/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006066 | $722.92 | 9/12/2018 | 6550875000-1 | 6/14/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006066 | $722.92 | 9/12/2018 | 6435865000-1 | 6/5/2018 | $6.76 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991574 | $3,686.48 | 8/13/2018 | 6374755000-1 | 5/31/2018 | $13.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006066 | $722.92 | 9/12/2018 | 6467195000-1 | 6/6/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006066 | $722.92 | 9/12/2018 | 6472415000-1 | 6/7/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006066 | $722.92 | 9/12/2018 | 6475745000-1 | 6/7/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006066 | $722.92 | 9/12/2018 | 6477705000-1 | 6/8/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006066 | $722.92 | 9/12/2018 | 6486075000-1 | 6/8/2018 | $13.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006066 | $722.92 | 9/12/2018 | 6487675000-1 | 6/8/2018 | $13.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006066 | $722.92 | 9/12/2018 | 6509655000-1 | 6/11/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006066 | $722.92 | 9/12/2018 | 6519665000-1 | 6/11/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006066 | $722.92 | 9/12/2018 | 6522365000-1 | 6/11/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006066 | $722.92 | 9/12/2018 | 6531345000-1 | 6/11/2018 | $13.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006066 | $722.92 | 9/12/2018 | 6534045000-1 | 6/11/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006066 | $722.92 | 9/12/2018 | 6540335000-1 | 6/12/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006066 | $722.92 | 9/12/2018 | 6547895000-1 | 6/12/2018 | $6.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006066 | $722.92 | 9/12/2018 | 6423905000-1 | 6/4/2018 | $6.76 |

**Totals:** 7 transfer(s),    $18,453.47