**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **CAP Barbell, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11182 | $2,530.77 | 8/23/2018 | 0000437194 | 6/19/2018 | $822.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00084 | $81.12 | 8/3/2018 | 00007423AA-91345 | 5/30/2018 | $40.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15219 | $4,706.30 | 8/30/2018 | 0000675944 | 6/26/2018 | $388.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15219 | $4,706.30 | 8/30/2018 | 00004572AA | 6/26/2018 | $202.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15219 | $4,706.30 | 8/30/2018 | 0000439782 | 6/26/2018 | $1,402.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15219 | $4,706.30 | 8/30/2018 | 0000434571 | 6/26/2018 | $712.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15219 | $4,706.30 | 8/30/2018 | 00002064AA | 6/26/2018 | $33.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15219 | $4,706.30 | 8/30/2018 | 00002062AA | 6/26/2018 | $33.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15219 | $4,706.30 | 8/30/2018 | 00000119AA-91348 | 6/26/2018 | $84.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14441 | $13.52 | 8/29/2018 | 00001511AA-91347 | 6/25/2018 | $13.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11819 | $94.65 | 8/24/2018 | 00007999AA | 6/20/2018 | $50.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11819 | $94.65 | 8/24/2018 | 00003071AA | 6/20/2018 | $67.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11182 | $2,530.77 | 8/23/2018 | 0000769494 | 6/19/2018 | $667.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11182 | $2,530.77 | 8/23/2018 | 00007568AA | 6/19/2018 | $13.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16497 | $26.49 | 9/4/2018 | 00001945AA | 6/28/2018 | $13.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07915 | $1,351.46 | 8/17/2018 | 0000431327 | 6/13/2018 | $1,351.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00084 | $81.12 | 8/3/2018 | 00007424AA-91346 | 5/30/2018 | $40.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07167 | $4,346.35 | 8/16/2018 | 00001554AA | 5/31/2018 | $19.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07167 | $4,346.35 | 8/16/2018 | 0000435067 | 6/12/2018 | $1,757.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07167 | $4,346.35 | 8/16/2018 | 00004985AA | 6/5/2018 | $141.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07167 | $4,346.35 | 8/16/2018 | 0000673878 | 6/12/2018 | $1,540.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11182 | $2,530.77 | 8/23/2018 | 0000749362 | 6/19/2018 | $800.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07167 | $4,346.35 | 8/16/2018 | 0000767163 | 6/12/2018 | $1,349.92 |

CAP Barbell, Inc. (2230484)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                Exhibit B                                P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11182 | $2,530.77 | 8/23/2018 | 0000674886 | 6/19/2018 | $226.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08506 | $135.20 | 8/20/2018 | 00004423AA | 6/15/2018 | $121.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08506 | $135.20 | 8/20/2018 | 00005841AA | 6/14/2018 | $13.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10367 | $2,365.37 | 8/22/2018 | 0000432037 | 6/18/2018 | $1,304.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10367 | $2,365.37 | 8/22/2018 | 00008375AA | 6/18/2018 | $1,047.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10367 | $2,365.37 | 8/22/2018 | 00008541AA | 6/18/2018 | $13.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16497 | $26.49 | 9/4/2018 | 00005128AA | 6/28/2018 | $196.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07167 | $4,346.35 | 8/16/2018 | 0000747085 | 6/12/2018 | $531.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91256 | $2,369.20 | 7/19/2018 | 0000755603 | 5/15/2018 | $293.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99330 | $2,610.66 | 8/2/2018 | 0000671206 | 5/29/2018 | $169.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99330 | $2,610.66 | 8/2/2018 | 0000430542 | 5/29/2018 | $1,010.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99330 | $2,610.66 | 8/2/2018 | 0000426532 | 5/29/2018 | $1,024.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96139 | $114.40 | 7/27/2018 | 00009204AA | 5/23/2018 | $19.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96139 | $114.40 | 7/27/2018 | 00004596AA | 4/9/2018 | $94.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95384 | $2,866.14 | 7/26/2018 | 0000758935 | 5/22/2018 | $351.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95384 | $2,866.14 | 7/26/2018 | 0000758654 | 5/22/2018 | $234.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95384 | $2,866.14 | 7/26/2018 | 0000740366 | 5/22/2018 | $793.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95384 | $2,866.14 | 7/26/2018 | 0000740352 | 5/22/2018 | $117.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95384 | $2,866.14 | 7/26/2018 | 0000670451 | 5/22/2018 | $178.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95384 | $2,866.14 | 7/26/2018 | 0000428884 | 5/22/2018 | $679.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95384 | $2,866.14 | 7/26/2018 | 0000425484 | 5/22/2018 | $511.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94548 | $40.56 | 7/25/2018 | 00008212AA | 5/21/2018 | $40.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15219 | $4,706.30 | 8/30/2018 | 0000771902 | 6/26/2018 | $1,848.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18456 | $4,716.71 | 9/6/2018 | 0000774673 | 7/3/2018 | $199.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17725 | $451.16 | 9/5/2018 | 00003745AA | 7/2/2018 | $74.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17725 | $451.16 | 9/5/2018 | 0000752950 | 7/2/2018 | $376.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18456 | $4,716.71 | 9/6/2018 | 00003712AA-91349 | 7/3/2018 | $6.76 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18456 | $4,716.71 | 9/6/2018 | 0000436110 | 7/3/2018 | $1,563.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18456 | $4,716.71 | 9/6/2018 | 0000442757 | 7/3/2018 | $939.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92634 | $40.04 | 7/23/2018 | 00007379AA-91351 | 5/18/2018 | $19.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18456 | $4,716.71 | 9/6/2018 | 0000677217 | 7/3/2018 | $670.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92634 | $40.04 | 7/23/2018 | 00006762AA | 5/17/2018 | $20.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18456 | $4,716.71 | 9/6/2018 | 0000774728 | 7/3/2018 | $1,831.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91256 | $2,369.20 | 7/19/2018 | 00004042AA | 5/10/2018 | $6.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91256 | $2,369.20 | 7/19/2018 | 0000423486 | 5/15/2018 | $952.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91256 | $2,369.20 | 7/19/2018 | 0000426124 | 5/15/2018 | $956.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91256 | $2,369.20 | 7/19/2018 | 0000669041 | 5/15/2018 | $170.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99330 | $2,610.66 | 8/2/2018 | 0000741671 | 5/29/2018 | $406.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18456 | $4,716.71 | 9/6/2018 | 00004669AA-91350 | 7/3/2018 | $87.88 |

**Totals:**   18 transfer(s),   $28,860.10