**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **Carrier Corporation** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781010758 | $402.91 | 9/20/2018 | B002636079 | 7/3/2018 | $402.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008761 | $7,932.25 | 9/18/2018 | T001209503 | 7/1/2018 | $7,590.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008761 | $7,932.25 | 9/18/2018 | T001209489 | 7/1/2018 | $341.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002691 | $27,709.56 | 9/5/2018 | 96815478 | 6/18/2018 | $27,709.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001043 | $4,080.25 | 9/3/2018 | B002632236 | 6/14/2018 | $4,080.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995869 | $402.91 | 8/20/2018 | B002630832 | 6/4/2018 | $402.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994390 | $8,205.75 | 8/17/2018 | T001208533 | 6/1/2018 | $7,590.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994390 | $8,205.75 | 8/17/2018 | B002630692 | 6/1/2018 | $615.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989141 | $449.24 | 8/8/2018 | B002628739 | 5/23/2018 | $449.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988507 | $7,297.00 | 8/7/2018 | B002628381 | 5/22/2018 | $7,297.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988069 | $1,945.55 | 8/2/2018 | B002628010 | 5/21/2018 | $1,398.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988069 | $1,945.55 | 8/2/2018 | B002627987 | 5/21/2018 | $547.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981284 | $2,502.64 | 7/19/2018 | B002626235 | 5/7/2018 | $1,834.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981284 | $2,502.64 | 7/19/2018 | B002626139 | 5/7/2018 | $668.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979681 | $402.91 | 7/17/2018 | B002625839 | 5/3/2018 | $402.91 |

**Totals:**    11 transfer(s),    $61,330.97