**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Carrier Corporation** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242064 | $2,362.50 | 9/5/2018 | 97033658-IN | 8/8/2018 | $2,362.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240652 | $3,318.75 | 8/28/2018 | 96996803-IN | 7/30/2018 | $3,318.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238479 | $1,312.50 | 8/14/2018 | 96931974-IN | 7/16/2018 | $1,312.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238082 | $862.50 | 8/10/2018 | 96902693-IN | 7/9/2018 | $862.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238081 | $787.50 | 8/10/2018 | 96908654-IN | 7/10/2018 | $787.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234967 | $4,012.50 | 7/24/2018 | 96847290-IN | 6/25/2018 | $4,012.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233658 | $1,087.50 | 7/17/2018 | 96816437-IN | 6/18/2018 | $1,087.50 |

**Totals:**    7 transfer(s),    $13,743.75