**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Conair Corporation** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780994458 | $17,471.66 | 8/17/2018 | 9848517701-12939 | 6/25/2018 | $117.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995931 | $44,134.00 | 8/20/2018 | 9848511878 | 6/22/2018 | $10,442.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992717 | $29,169.25 | 8/15/2018 | 9848525660 | 6/26/2018 | $3,149.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992717 | $29,169.25 | 8/15/2018 | 9848525798 | 6/27/2018 | $737.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992717 | $29,169.25 | 8/15/2018 | 9848525799 | 6/27/2018 | $598.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992717 | $29,169.25 | 8/15/2018 | 9848525800 | 6/27/2018 | $857.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992717 | $29,169.25 | 8/15/2018 | 9848525801 | 6/27/2018 | $6,635.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994458 | $17,471.66 | 8/17/2018 | 9848403690-12934 | 5/21/2018 | $306.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994458 | $17,471.66 | 8/17/2018 | 9848431248-12936 | 5/29/2018 | $46.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994458 | $17,471.66 | 8/17/2018 | 9848431248-12938 | 5/29/2018 | $2,057.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992717 | $29,169.25 | 8/15/2018 | 9848525652 | 6/26/2018 | $918.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994458 | $17,471.66 | 8/17/2018 | 9848517697 | 6/25/2018 | $195.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992717 | $29,169.25 | 8/15/2018 | 9848525651 | 6/26/2018 | $164.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994458 | $17,471.66 | 8/17/2018 | 9848517701-12941 | 6/25/2018 | $429.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994458 | $17,471.66 | 8/17/2018 | 9848517703 | 6/25/2018 | $1,886.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994458 | $17,471.66 | 8/17/2018 | 9848518279 | 6/25/2018 | $624.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994458 | $17,471.66 | 8/17/2018 | 9848518280-12942 | 6/25/2018 | $39.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994458 | $17,471.66 | 8/17/2018 | 9848518280-12944 | 6/25/2018 | $39.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994458 | $17,471.66 | 8/17/2018 | 9848525691 | 6/26/2018 | $225.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994458 | $17,471.66 | 8/17/2018 | 9848525692 | 6/26/2018 | $1,034.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995931 | $44,134.00 | 8/20/2018 | 9848436955 | 5/30/2018 | $320.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995931 | $44,134.00 | 8/20/2018 | 9848511876 | 6/22/2018 | $27,189.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980450 | $19,280.21 | 7/18/2018 | 9846699562-12893 | 5/22/2017 | $264.96 |

Conair Corporation (2230517)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                Exhibit A                                P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780994458 | $17,471.66 | 8/17/2018 | 9848431250 | 5/29/2018 | $10,977.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992020 | $10,282.42 | 8/14/2018 | 9848523657 | 6/26/2018 | $335.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992020 | $10,282.42 | 8/14/2018 | 9847519290-12932 | 9/18/2017 | $211.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992020 | $10,282.42 | 8/14/2018 | 9847544808-12933 | 9/22/2017 | $371.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992020 | $10,282.42 | 8/14/2018 | 9848523626 | 6/26/2018 | $2,666.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992020 | $10,282.42 | 8/14/2018 | 9848523638 | 6/26/2018 | $173.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992020 | $10,282.42 | 8/14/2018 | 9848523640 | 6/26/2018 | $2,783.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992020 | $10,282.42 | 8/14/2018 | 9848523643 | 6/26/2018 | $377.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992020 | $10,282.42 | 8/14/2018 | 9848523644 | 6/26/2018 | $2,365.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992020 | $10,282.42 | 8/14/2018 | 9848523648 | 6/26/2018 | $2,801.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992020 | $10,282.42 | 8/14/2018 | 9848523653 | 6/26/2018 | $57.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992717 | $29,169.25 | 8/15/2018 | 9848525657 | 6/26/2018 | $11,226.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992020 | $10,282.42 | 8/14/2018 | 9848523656 | 6/26/2018 | $122.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995931 | $44,134.00 | 8/20/2018 | 9848517440 | 6/25/2018 | $5,987.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992020 | $10,282.42 | 8/14/2018 | 9848523658 | 6/26/2018 | $397.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992020 | $10,282.42 | 8/14/2018 | 9848523662 | 6/26/2018 | $106.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992020 | $10,282.42 | 8/14/2018 | 9848523663 | 6/26/2018 | $329.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992020 | $10,282.42 | 8/14/2018 | 9848523664 | 6/26/2018 | $274.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992020 | $10,282.42 | 8/14/2018 | 9848523665 | 6/26/2018 | $351.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992717 | $29,169.25 | 8/15/2018 | 9848523660 | 6/26/2018 | $137.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992717 | $29,169.25 | 8/15/2018 | 9848525640 | 6/26/2018 | $1,033.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992717 | $29,169.25 | 8/15/2018 | 9848525642 | 6/26/2018 | $1,241.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992717 | $29,169.25 | 8/15/2018 | 9848525646 | 6/26/2018 | $2,129.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992717 | $29,169.25 | 8/15/2018 | 9848525649 | 6/26/2018 | $339.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992020 | $10,282.42 | 8/14/2018 | 9848523655 | 6/26/2018 | $403.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996947 | $67,601.87 | 8/22/2018 | 9848436945 | 5/30/2018 | $1,947.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995931 | $44,134.00 | 8/20/2018 | 9848511877 | 6/22/2018 | $9,937.20 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780996307 | $66,050.29 | 8/21/2018 | 9848525687 | 6/26/2018 | $353.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996307 | $66,050.29 | 8/21/2018 | 9848525688 | 6/26/2018 | $35.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996307 | $66,050.29 | 8/21/2018 | 9848525689 | 6/26/2018 | $918.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996307 | $66,050.29 | 8/21/2018 | 9848525690 | 6/26/2018 | $1,009.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996947 | $67,601.87 | 8/22/2018 | 9847759108-12949 | 11/13/2017 | $863.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996947 | $67,601.87 | 8/22/2018 | 9847759108-12951 | 11/13/2017 | $4,394.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996947 | $67,601.87 | 8/22/2018 | 9848203413-12952 | 3/23/2018 | $169.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996947 | $67,601.87 | 8/22/2018 | 9848431251 | 5/29/2018 | $447.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996307 | $66,050.29 | 8/21/2018 | 9848525645-12946 | 6/26/2018 | $1,918.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996947 | $67,601.87 | 8/22/2018 | 9848436942 | 5/30/2018 | $663.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996307 | $66,050.29 | 8/21/2018 | 9848525638 | 6/26/2018 | $1,619.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996947 | $67,601.87 | 8/22/2018 | 9848436948-12953 | 5/30/2018 | $26.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996947 | $67,601.87 | 8/22/2018 | 9848436948-12955 | 5/30/2018 | $409.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996947 | $67,601.87 | 8/22/2018 | 9848436950 | 5/30/2018 | $639.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996947 | $67,601.87 | 8/22/2018 | 9848436957 | 5/30/2018 | $5,868.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996947 | $67,601.87 | 8/22/2018 | 9848517443 | 6/25/2018 | $11,383.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996947 | $67,601.87 | 8/22/2018 | 9848517690-12956 | 6/25/2018 | $44.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996947 | $67,601.87 | 8/22/2018 | 9848517690-12958 | 6/25/2018 | $1,023.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996947 | $67,601.87 | 8/22/2018 | 9848517692 | 6/25/2018 | $1,189.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996947 | $67,601.87 | 8/22/2018 | 9848517694 | 6/25/2018 | $312.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996947 | $67,601.87 | 8/22/2018 | 9848517707 | 6/25/2018 | $546.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996947 | $67,601.87 | 8/22/2018 | 9848431253 | 5/29/2018 | $961.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996307 | $66,050.29 | 8/21/2018 | 9848436938 | 5/30/2018 | $381.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995931 | $44,134.00 | 8/20/2018 | 9848517441 | 6/25/2018 | $8,231.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995931 | $44,134.00 | 8/20/2018 | 9848517442 | 6/25/2018 | $9,614.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995931 | $44,134.00 | 8/20/2018 | MA18216711595 | 8/4/2018 | $8.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996307 | $66,050.29 | 8/21/2018 | 9847957529-12945 | 1/12/2018 | $408.80 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780996307 | $66,050.29 | 8/21/2018 | 9848431240 | 5/29/2018 | $691.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996307 | $66,050.29 | 8/21/2018 | 9848431242 | 5/29/2018 | $961.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996307 | $66,050.29 | 8/21/2018 | 9848431244 | 5/29/2018 | $1,064.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996307 | $66,050.29 | 8/21/2018 | 9848431246 | 5/29/2018 | $6,778.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996307 | $66,050.29 | 8/21/2018 | 9848434665 | 5/30/2018 | $6,201.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996307 | $66,050.29 | 8/21/2018 | 9848525645-12948 | 6/26/2018 | $3,769.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996307 | $66,050.29 | 8/21/2018 | 9848436937 | 5/30/2018 | $910.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990695 | $2,505.99 | 8/10/2018 | 9848402601 | 5/21/2018 | $407.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996307 | $66,050.29 | 8/21/2018 | 9848517444 | 6/25/2018 | $14,194.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996307 | $66,050.29 | 8/21/2018 | 9848517445 | 6/25/2018 | $11,871.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996307 | $66,050.29 | 8/21/2018 | 9848519880 | 6/26/2018 | $378.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996307 | $66,050.29 | 8/21/2018 | 9848519881 | 6/26/2018 | $70.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996307 | $66,050.29 | 8/21/2018 | 9848519882 | 6/26/2018 | $3,597.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996307 | $66,050.29 | 8/21/2018 | 9848519883 | 6/26/2018 | $890.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996307 | $66,050.29 | 8/21/2018 | 9848523659 | 6/26/2018 | $335.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996307 | $66,050.29 | 8/21/2018 | 9848525633 | 6/26/2018 | $1,272.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996307 | $66,050.29 | 8/21/2018 | 9848525635 | 6/26/2018 | $836.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996307 | $66,050.29 | 8/21/2018 | 9848525636 | 6/26/2018 | $4,576.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996307 | $66,050.29 | 8/21/2018 | 9848434666 | 5/30/2018 | $2,922.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981339 | $8,761.83 | 7/19/2018 | 9848435709 | 5/30/2018 | $125.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992020 | $10,282.42 | 8/14/2018 | 9847411578-12931 | 8/28/2017 | $131.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981339 | $8,761.83 | 7/19/2018 | 9848242069-12903 | 4/4/2018 | $312.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981339 | $8,761.83 | 7/19/2018 | 9848324849 | 4/27/2018 | $578.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981339 | $8,761.83 | 7/19/2018 | 9848324852 | 4/27/2018 | $1,293.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981339 | $8,761.83 | 7/19/2018 | 9848324854 | 4/27/2018 | $1,301.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981339 | $8,761.83 | 7/19/2018 | 9848327382 | 4/28/2018 | $747.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981339 | $8,761.83 | 7/19/2018 | 9848327386-12904 | 4/28/2018 | $67.56 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981339 | $8,761.83 | 7/19/2018 | 9848327386-12906 | 4/28/2018 | $846.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981339 | $8,761.83 | 7/19/2018 | 9848327387 | 4/28/2018 | $1,068.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980450 | $19,280.21 | 7/18/2018 | 9848445566 | 6/1/2018 | $675.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981339 | $8,761.83 | 7/19/2018 | 9848434667 | 5/30/2018 | $241.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980450 | $19,280.21 | 7/18/2018 | 9848445565 | 6/1/2018 | $192.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981339 | $8,761.83 | 7/19/2018 | 9848436941 | 5/30/2018 | $76.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981339 | $8,761.83 | 7/19/2018 | 9848436943 | 5/30/2018 | $238.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981339 | $8,761.83 | 7/19/2018 | 9848436944 | 5/30/2018 | $4,833.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981339 | $8,761.83 | 7/19/2018 | 9848436946 | 5/30/2018 | $121.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981339 | $8,761.83 | 7/19/2018 | 9848436947 | 5/30/2018 | $3,631.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981339 | $8,761.83 | 7/19/2018 | 9848436949 | 5/30/2018 | $1,319.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981339 | $8,761.83 | 7/19/2018 | 9848436951 | 5/30/2018 | $1,351.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981339 | $8,761.83 | 7/19/2018 | 9848441077 | 5/31/2018 | $39.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981339 | $8,761.83 | 7/19/2018 | 9848448029 | 6/1/2018 | $2,692.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981339 | $8,761.83 | 7/19/2018 | 9848448030 | 6/1/2018 | $62.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981339 | $8,761.83 | 7/19/2018 | 9848431252 | 5/29/2018 | $1,857.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980450 | $19,280.21 | 7/18/2018 | 9848431245 | 5/29/2018 | $1,456.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980450 | $19,280.21 | 7/18/2018 | 9846699564-12894 | 5/22/2017 | $259.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980450 | $19,280.21 | 7/18/2018 | 9846714016-12895 | 5/23/2017 | $59.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980450 | $19,280.21 | 7/18/2018 | 9847944424-12896 | 1/9/2018 | $118.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980450 | $19,280.21 | 7/18/2018 | 9847944424-12898 | 1/9/2018 | $105.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980450 | $19,280.21 | 7/18/2018 | 9848262771-12899 | 4/10/2018 | $4,274.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980450 | $19,280.21 | 7/18/2018 | 9848324838 | 4/27/2018 | $267.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980450 | $19,280.21 | 7/18/2018 | 9848428413 | 5/29/2018 | $188.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980450 | $19,280.21 | 7/18/2018 | 9848428414 | 5/29/2018 | $62.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980450 | $19,280.21 | 7/18/2018 | 9848431239 | 5/29/2018 | $58.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981339 | $8,761.83 | 7/19/2018 | 9848242069-12901 | 4/4/2018 | $1,328.04 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980450 | $19,280.21 | 7/18/2018 | 9848431243 | 5/29/2018 | $82.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981775 | $32,351.45 | 7/20/2018 | 9847551164-12907 | 9/25/2017 | $377.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980450 | $19,280.21 | 7/18/2018 | 9848435708 | 5/30/2018 | $125.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980450 | $19,280.21 | 7/18/2018 | 9848436934 | 5/30/2018 | $7,702.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980450 | $19,280.21 | 7/18/2018 | 9848436935 | 5/30/2018 | $76.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980450 | $19,280.21 | 7/18/2018 | 9848436936 | 5/30/2018 | $58.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980450 | $19,280.21 | 7/18/2018 | 9848436939 | 5/30/2018 | $101.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980450 | $19,280.21 | 7/18/2018 | 9848436940 | 5/30/2018 | $2,120.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980450 | $19,280.21 | 7/18/2018 | 9848436956 | 5/30/2018 | $3,180.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980450 | $19,280.21 | 7/18/2018 | 9848437424 | 5/31/2018 | $274.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980450 | $19,280.21 | 7/18/2018 | 9848437425 | 5/31/2018 | $122.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980450 | $19,280.21 | 7/18/2018 | 9848437426 | 5/31/2018 | $805.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980450 | $19,280.21 | 7/18/2018 | 9848431241 | 5/29/2018 | $1,037.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989183 | $3,297.83 | 8/8/2018 | 9848399435-12928 | 5/18/2018 | $845.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983052 | $17,676.99 | 7/24/2018 | 9848437427-12916 | 5/31/2018 | $336.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983052 | $17,676.99 | 7/24/2018 | 9848437427-12918 | 5/31/2018 | $10,197.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983052 | $17,676.99 | 7/24/2018 | 9848437428 | 5/31/2018 | $7,479.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983734 | $20.00 | 7/25/2018 | 9848415013 | 5/23/2018 | $20.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989183 | $3,297.83 | 8/8/2018 | 9847944407-12919 | 1/9/2018 | $73.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989183 | $3,297.83 | 8/8/2018 | 9848242061 | 4/4/2018 | $1,283.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989183 | $3,297.83 | 8/8/2018 | 9848242073-12921 | 4/4/2018 | $86.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989183 | $3,297.83 | 8/8/2018 | 9848242073-12923 | 4/4/2018 | $114.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989183 | $3,297.83 | 8/8/2018 | 9848289666-12924 | 4/18/2018 | $608.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981339 | $8,761.83 | 7/19/2018 | 9848457954 | 6/5/2018 | $117.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989183 | $3,297.83 | 8/8/2018 | 9848399435-12927 | 5/18/2018 | $58.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982378 | $9,968.45 | 7/23/2018 | 9848441071 | 5/31/2018 | $52.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989183 | $3,297.83 | 8/8/2018 | 9848402597 | 5/21/2018 | $340.72 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989183 | $3,297.83 | 8/8/2018 | 9848402606 | 5/21/2018 | $540.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989183 | $3,297.83 | 8/8/2018 | 9848435728 | 5/30/2018 | $312.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989183 | $3,297.83 | 8/8/2018 | 9848513648 | 6/22/2018 | $13,800.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989936 | $2,139.62 | 8/9/2018 | 9848407049 | 5/21/2018 | $1,552.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989936 | $2,139.62 | 8/9/2018 | 9848407052 | 5/21/2018 | $586.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990695 | $2,505.99 | 8/10/2018 | 9847102811-12929 | 7/14/2017 | $232.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990695 | $2,505.99 | 8/10/2018 | 9848396259 | 5/17/2018 | $1,059.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990695 | $2,505.99 | 8/10/2018 | 9848396261 | 5/17/2018 | $805.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996947 | $67,601.87 | 8/22/2018 | 9848521090 | 6/25/2018 | $202.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989183 | $3,297.83 | 8/8/2018 | 9848399433 | 5/18/2018 | $1,053.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981775 | $32,351.45 | 7/20/2018 | 9848196891-12911 | 3/21/2018 | $627.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992020 | $10,282.42 | 8/14/2018 | 9847240070-12930 | 7/31/2017 | $193.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981775 | $32,351.45 | 7/20/2018 | 9847917080-12908 | 12/28/2017 | $841.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981775 | $32,351.45 | 7/20/2018 | 9848196882 | 3/21/2018 | $2,137.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981775 | $32,351.45 | 7/20/2018 | 9848196883 | 3/21/2018 | $411.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981775 | $32,351.45 | 7/20/2018 | 9848196884 | 3/21/2018 | $2,672.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981775 | $32,351.45 | 7/20/2018 | 9848196885 | 3/21/2018 | $490.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981775 | $32,351.45 | 7/20/2018 | 9848196886 | 3/21/2018 | $6,651.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981775 | $32,351.45 | 7/20/2018 | 9848196887 | 3/21/2018 | $1,176.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981775 | $32,351.45 | 7/20/2018 | 9848196888 | 3/21/2018 | $2,197.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981775 | $32,351.45 | 7/20/2018 | 9848196889 | 3/21/2018 | $215.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982378 | $9,968.45 | 7/23/2018 | 9848441078 | 5/31/2018 | $583.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981775 | $32,351.45 | 7/20/2018 | 9848196891-12910 | 3/21/2018 | $40.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982378 | $9,968.45 | 7/23/2018 | 9848441072 | 5/31/2018 | $59.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981775 | $32,351.45 | 7/20/2018 | 9848196958 | 3/21/2018 | $960.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981775 | $32,351.45 | 7/20/2018 | 9848448031 | 6/1/2018 | $570.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981775 | $32,351.45 | 7/20/2018 | 9848448032 | 6/1/2018 | $2,236.28 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981775 | $32,351.45 | 7/20/2018 | MA18125708612R | 7/10/2018 | $6,627.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982378 | $9,968.45 | 7/23/2018 | 9847701978-12912 | 10/27/2017 | $739.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982378 | $9,968.45 | 7/23/2018 | 9848196891-12913 | 3/21/2018 | $40.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982378 | $9,968.45 | 7/23/2018 | 9848196959 | 3/21/2018 | $5,820.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982378 | $9,968.45 | 7/23/2018 | 9848327791-12914 | 4/30/2018 | $3,824.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982378 | $9,968.45 | 7/23/2018 | 9848436954 | 5/30/2018 | $2,674.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981339 | $8,761.83 | 7/19/2018 | MA18188711595 | 7/7/2018 | $5.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981775 | $32,351.45 | 7/20/2018 | 9848196890 | 3/21/2018 | $4,157.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007221 | $1,566.60 | 9/14/2018 | 9848589989 | 7/17/2018 | $390.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848597477 | 7/19/2018 | $15,266.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848601504 | 7/20/2018 | $387.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848603865 | 7/20/2018 | $1,296.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848603866 | 7/20/2018 | $1,268.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848603867 | 7/20/2018 | $144.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848604035 | 7/20/2018 | $115.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848604036 | 7/20/2018 | $792.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848604037 | 7/20/2018 | $28.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848604038 | 7/20/2018 | $853.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848601502 | 7/20/2018 | $325.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007221 | $1,566.60 | 9/14/2018 | 9848434668-12986 | 5/30/2018 | $39.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848601501 | 7/20/2018 | $389.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007221 | $1,566.60 | 9/14/2018 | 9848606846 | 7/23/2018 | $1,176.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008015 | $11,752.25 | 9/17/2018 | 9848434668-12988 | 5/30/2018 | $39.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008015 | $11,752.25 | 9/17/2018 | 9848523625 | 6/26/2018 | $1,871.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008015 | $11,752.25 | 9/17/2018 | 9848523627 | 6/26/2018 | $1,504.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008015 | $11,752.25 | 9/17/2018 | 9848523628 | 6/26/2018 | $281.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008015 | $11,752.25 | 9/17/2018 | 9848523629 | 6/26/2018 | $725.77 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008015 | $11,752.25 | 9/17/2018 | 9848523631 | 6/26/2018 | $449.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008015 | $11,752.25 | 9/17/2018 | 9848523632 | 6/26/2018 | $2,175.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008015 | $11,752.25 | 9/17/2018 | 9848523633 | 6/26/2018 | $816.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008015 | $11,752.25 | 9/17/2018 | 9848523635 | 6/26/2018 | $1,173.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848606847 | 7/23/2018 | $3,763.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848598702 | 7/19/2018 | $4,354.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996947 | $67,601.87 | 8/22/2018 | 9848517708 | 6/25/2018 | $1,163.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848597483 | 7/19/2018 | $2,188.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848597484 | 7/19/2018 | $86.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848597485 | 7/19/2018 | $398.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848597486 | 7/19/2018 | $86.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848597487 | 7/19/2018 | $362.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848597488 | 7/19/2018 | $50.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848598032 | 7/19/2018 | $14,520.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848598650 | 7/19/2018 | $1,359.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848601503 | 7/20/2018 | $118.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848598701 | 7/19/2018 | $19.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008015 | $11,752.25 | 9/17/2018 | 9848523641 | 6/26/2018 | $441.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848598704 | 7/19/2018 | $3,751.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848598758 | 7/19/2018 | $230.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848598759 | 7/19/2018 | $818.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848598761 | 7/19/2018 | $482.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848600999 | 7/20/2018 | $607.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848601362 | 7/20/2018 | $2,868.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848601363 | 7/20/2018 | $1,922.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848601365 | 7/20/2018 | $5,059.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848601367 | 7/20/2018 | $2,281.69 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848601500 | 7/20/2018 | $309.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848598651 | 7/19/2018 | $1,094.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011429 | $6,229.46 | 9/21/2018 | 9848618891 | 7/26/2018 | $294.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011429 | $6,229.46 | 9/21/2018 | 9848570605-12991 | 7/11/2018 | $253.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011429 | $6,229.46 | 9/21/2018 | 9848597479-12992 | 7/19/2018 | $200.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011429 | $6,229.46 | 9/21/2018 | 9848597479-12994 | 7/19/2018 | $7,237.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011429 | $6,229.46 | 9/21/2018 | 9848598834 | 7/20/2018 | $201.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011429 | $6,229.46 | 9/21/2018 | 9848598836 | 7/20/2018 | $230.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011429 | $6,229.46 | 9/21/2018 | 9848598837 | 7/20/2018 | $636.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011429 | $6,229.46 | 9/21/2018 | 9848606842 | 7/23/2018 | $3,433.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011429 | $6,229.46 | 9/21/2018 | 9848618887 | 7/26/2018 | $4,015.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011429 | $6,229.46 | 9/21/2018 | 9848618888 | 7/26/2018 | $429.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008015 | $11,752.25 | 9/17/2018 | 9848523637 | 6/26/2018 | $505.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011429 | $6,229.46 | 9/21/2018 | 9848618890 | 7/26/2018 | $2,393.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009976 | $6,588.80 | 9/19/2018 | 9848618894 | 7/26/2018 | $3,387.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011429 | $6,229.46 | 9/21/2018 | 9848618892-12995 | 7/26/2018 | $118.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011429 | $6,229.46 | 9/21/2018 | 9848618892-12997 | 7/26/2018 | $10,345.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012035 | $9,959.63 | 9/24/2018 | 9848525632 | 6/26/2018 | $408.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012035 | $9,959.63 | 9/24/2018 | 9848525634-12998 | 6/26/2018 | $51.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012035 | $9,959.63 | 9/24/2018 | 9848525634-13000 | 6/26/2018 | $454.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012035 | $9,959.63 | 9/24/2018 | 9848525637 | 6/26/2018 | $198.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012035 | $9,959.63 | 9/24/2018 | 9848617184 | 7/26/2018 | $8,898.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012787 | $207.78 | 9/25/2018 | 9847944432-13001 | 1/9/2018 | $27.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012787 | $207.78 | 9/25/2018 | 9848618895-13002 | 7/26/2018 | $44.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012787 | $207.78 | 9/25/2018 | 9848618895-13004 | 7/26/2018 | $33.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011429 | $6,229.46 | 9/21/2018 | 9848618889 | 7/26/2018 | $4,455.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008810 | $11,907.27 | 9/18/2018 | 9848525653 | 6/26/2018 | $897.06 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848595467 | 7/19/2018 | $984.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008015 | $11,752.25 | 9/17/2018 | 9848523642 | 6/26/2018 | $404.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008015 | $11,752.25 | 9/17/2018 | 9848523645 | 6/26/2018 | $258.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008015 | $11,752.25 | 9/17/2018 | 9848523646 | 6/26/2018 | $101.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008015 | $11,752.25 | 9/17/2018 | 9848523649 | 6/26/2018 | $345.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008810 | $11,907.27 | 9/18/2018 | 8361D006206961B | 1/29/2018 | $650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008810 | $11,907.27 | 9/18/2018 | 9848525639 | 6/26/2018 | $400.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008810 | $11,907.27 | 9/18/2018 | 9848525643 | 6/26/2018 | $151.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008810 | $11,907.27 | 9/18/2018 | 9848525644 | 6/26/2018 | $365.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008810 | $11,907.27 | 9/18/2018 | 9848525647 | 6/26/2018 | $353.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011429 | $6,229.46 | 9/21/2018 | 9848570605-12989 | 7/11/2018 | $77.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008810 | $11,907.27 | 9/18/2018 | 9848525650 | 6/26/2018 | $4,198.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009976 | $6,588.80 | 9/19/2018 | MA18244711595 | 9/1/2018 | $6.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008810 | $11,907.27 | 9/18/2018 | 9848525654 | 6/26/2018 | $337.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008810 | $11,907.27 | 9/18/2018 | 9848525655 | 6/26/2018 | $2,630.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008810 | $11,907.27 | 9/18/2018 | 9848525656 | 6/26/2018 | $379.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008810 | $11,907.27 | 9/18/2018 | 9848525658 | 6/26/2018 | $202.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008810 | $11,907.27 | 9/18/2018 | 9848525659 | 6/26/2018 | $440.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008810 | $11,907.27 | 9/18/2018 | 9848570604 | 7/11/2018 | $273.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008810 | $11,907.27 | 9/18/2018 | 9848598760 | 7/19/2018 | $57.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009976 | $6,588.80 | 9/19/2018 | 9848606843 | 7/23/2018 | $1,458.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009976 | $6,588.80 | 9/19/2018 | 9848606844 | 7/23/2018 | $2,869.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008015 | $11,752.25 | 9/17/2018 | 9848523639 | 6/26/2018 | $657.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008810 | $11,907.27 | 9/18/2018 | 9848525648 | 6/26/2018 | $569.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999631 | $4,277.21 | 8/30/2018 | 9848546918-12961 | 7/3/2018 | $316.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848597481 | 7/19/2018 | $8,340.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998315 | $31,094.35 | 8/28/2018 | 9848517652 | 6/25/2018 | $7,929.83 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998315 | $31,094.35 | 8/28/2018 | 9848551143 | 7/5/2018 | $461.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998315 | $31,094.35 | 8/28/2018 | 9848551144 | 7/5/2018 | $1,093.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998315 | $31,094.35 | 8/28/2018 | 9848552957 | 7/6/2018 | $162.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998315 | $31,094.35 | 8/28/2018 | 9848552959 | 7/6/2018 | $259.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998315 | $31,094.35 | 8/28/2018 | 9848553386 | 7/6/2018 | $117.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998315 | $31,094.35 | 8/28/2018 | 9848553389 | 7/6/2018 | $3,141.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999631 | $4,277.21 | 8/30/2018 | 9847216219-12960 | 5/31/2018 | $733.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998315 | $31,094.35 | 8/28/2018 | 9848517646 | 6/25/2018 | $76.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999631 | $4,277.21 | 8/30/2018 | 9848519885 | 6/26/2018 | $5,268.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998315 | $31,094.35 | 8/28/2018 | 9848517643 | 6/25/2018 | $724.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999631 | $4,277.21 | 8/30/2018 | 9848546918-12963 | 7/3/2018 | $19,398.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999631 | $4,277.21 | 8/30/2018 | 9848550703 | 7/5/2018 | $431.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999631 | $4,277.21 | 8/30/2018 | 9848550705 | 7/5/2018 | $108.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999631 | $4,277.21 | 8/30/2018 | 9848550706 | 7/5/2018 | $195.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999631 | $4,277.21 | 8/30/2018 | 9848551140 | 7/5/2018 | $78.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999631 | $4,277.21 | 8/30/2018 | 9848551141 | 7/5/2018 | $2,537.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999631 | $4,277.21 | 8/30/2018 | 9848551142 | 7/5/2018 | $1,421.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999631 | $4,277.21 | 8/30/2018 | 9848552958 | 7/6/2018 | $206.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999631 | $4,277.21 | 8/30/2018 | 9848552960 | 7/6/2018 | $161.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999631 | $4,277.21 | 8/30/2018 | 9848553383 | 7/6/2018 | $7,881.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999631 | $4,277.21 | 8/30/2018 | 9848519884 | 6/26/2018 | $70.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997654 | $576.00 | 8/23/2018 | 9847544803-12959 | 9/22/2017 | $576.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012787 | $207.78 | 9/25/2018 | 9848656310 | 8/7/2018 | $147.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996947 | $67,601.87 | 8/22/2018 | 9848521091 | 6/25/2018 | $621.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996947 | $67,601.87 | 8/22/2018 | 9848521092 | 6/25/2018 | $9,467.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996947 | $67,601.87 | 8/22/2018 | 9848521093 | 6/25/2018 | $954.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996947 | $67,601.87 | 8/22/2018 | 9848523630 | 6/26/2018 | $3,192.96 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780996947 | $67,601.87 | 8/22/2018 | 9848523634 | 6/26/2018 | $14,412.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996947 | $67,601.87 | 8/22/2018 | 9848523636 | 6/26/2018 | $6,830.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996947 | $67,601.87 | 8/22/2018 | 9848523650 | 6/26/2018 | $201.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996947 | $67,601.87 | 8/22/2018 | 9848523651 | 6/26/2018 | $173.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998315 | $31,094.35 | 8/28/2018 | 9848517649 | 6/25/2018 | $5,871.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996947 | $67,601.87 | 8/22/2018 | 9848543872 | 7/2/2018 | $119.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999631 | $4,277.21 | 8/30/2018 | 9848553387 | 7/6/2018 | $156.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998315 | $31,094.35 | 8/28/2018 | 9848436952 | 5/30/2018 | $1,255.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998315 | $31,094.35 | 8/28/2018 | 9848436953 | 5/30/2018 | $337.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998315 | $31,094.35 | 8/28/2018 | 9848441073 | 5/31/2018 | $71.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998315 | $31,094.35 | 8/28/2018 | 9848441074 | 5/31/2018 | $71.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998315 | $31,094.35 | 8/28/2018 | 9848441075 | 5/31/2018 | $71.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998315 | $31,094.35 | 8/28/2018 | 9848441076 | 5/31/2018 | $71.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998315 | $31,094.35 | 8/28/2018 | 9848441079 | 5/31/2018 | $8,268.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998315 | $31,094.35 | 8/28/2018 | 9848517640 | 6/25/2018 | $1,842.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998315 | $31,094.35 | 8/28/2018 | 9848517641 | 6/25/2018 | $164.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998315 | $31,094.35 | 8/28/2018 | 9848517642 | 6/25/2018 | $152.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996947 | $67,601.87 | 8/22/2018 | 9848523652 | 6/26/2018 | $201.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848517706 | 6/25/2018 | $312.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848517688 | 6/25/2018 | $296.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848517689 | 6/25/2018 | $643.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848517691 | 6/25/2018 | $356.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848517696 | 6/25/2018 | $421.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848517698 | 6/25/2018 | $39.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848517699 | 6/25/2018 | $2,109.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848517700-12980 | 6/25/2018 | $78.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848517700-12982 | 6/25/2018 | $1,093.68 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848517702 | 6/25/2018 | $585.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999631 | $4,277.21 | 8/30/2018 | 9848553384-12964 | 7/6/2018 | $35.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848517705 | 6/25/2018 | $732.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848403692-12977 | 5/21/2018 | $2,365.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848517710 | 6/25/2018 | $273.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848569605 | 7/11/2018 | $117.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848569606 | 7/11/2018 | $1,019.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848569607 | 7/11/2018 | $77.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848588107 | 7/16/2018 | $294.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848589991 | 7/17/2018 | $1,978.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848593992-12983 | 7/18/2018 | $1,223.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848593992-12985 | 7/18/2018 | $15,424.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848593994 | 7/18/2018 | $5,934.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848595466 | 7/19/2018 | $5,515.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848517704 | 6/25/2018 | $126.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000284 | $52,207.22 | 8/31/2018 | 9848523647 | 6/26/2018 | $3,259.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996947 | $67,601.87 | 8/22/2018 | 9848518281 | 6/25/2018 | $103.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999631 | $4,277.21 | 8/30/2018 | 9848553477 | 7/6/2018 | $6,786.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999631 | $4,277.21 | 8/30/2018 | 9848553479 | 7/6/2018 | $76.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999631 | $4,277.21 | 8/30/2018 | 9848553480 | 7/6/2018 | $82.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999631 | $4,277.21 | 8/30/2018 | 9848555441 | 7/6/2018 | $132.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999631 | $4,277.21 | 8/30/2018 | 9848559751 | 7/9/2018 | $477.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000284 | $52,207.22 | 8/31/2018 | 9847187856-12967 | 7/25/2017 | $1,104.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000284 | $52,207.22 | 8/31/2018 | 9847958771-12968 | 1/12/2018 | $51.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000284 | $52,207.22 | 8/31/2018 | 9848521906 | 6/25/2018 | $543.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000284 | $52,207.22 | 8/31/2018 | 9848521907 | 6/25/2018 | $245.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848441080 | 5/31/2018 | $126.50 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781000284 | $52,207.22 | 8/31/2018 | 9848521909 | 6/25/2018 | $394.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848403692-12979 | 5/21/2018 | $665.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000284 | $52,207.22 | 8/31/2018 | 9848523654 | 6/26/2018 | $173.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000284 | $52,207.22 | 8/31/2018 | 9848556951 | 7/6/2018 | $43,672.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001082 | $675.48 | 9/3/2018 | 9848189568-12969 | 3/19/2018 | $675.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001779 | $386.27 | 9/4/2018 | 9848517695 | 6/25/2018 | $312.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001779 | $386.27 | 9/4/2018 | 9848550704 | 7/5/2018 | $36.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001779 | $386.27 | 9/4/2018 | 9848569864-12970 | 7/11/2018 | $79.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001779 | $386.27 | 9/4/2018 | 9848569864-12972 | 7/11/2018 | $37.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848403685-12973 | 5/21/2018 | $156.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006545 | $46,901.29 | 9/13/2018 | 9848403686-12975 | 5/21/2018 | $457.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999631 | $4,277.21 | 8/30/2018 | 9848553384-12966 | 7/6/2018 | $2,638.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000284 | $52,207.22 | 8/31/2018 | 9848521908 | 6/25/2018 | $2,762.86 |

Totals:    29 transfer(s),    $515,041.47