**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Conair Corporation** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08552 | $529.20 | 8/20/2018 | 0000576349 | 7/12/2018 | $294.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14469 | $4,480.12 | 8/29/2018 | 0000604727 | 7/23/2018 | $282.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14469 | $4,480.12 | 8/29/2018 | 0000604726 | 7/23/2018 | $1,431.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14469 | $4,480.12 | 8/29/2018 | 0000604725 | 7/23/2018 | $208.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14469 | $4,480.12 | 8/29/2018 | 0000604722 | 7/23/2018 | $1,225.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14469 | $4,480.12 | 8/29/2018 | 0000604721 | 7/23/2018 | $1,758.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07929 | $2,642.36 | 8/17/2018 | 0000568894 | 7/11/2018 | $282.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14469 | $4,480.12 | 8/29/2018 | 0000523084 | 6/26/2018 | $271.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14469 | $4,480.12 | 8/29/2018 | 0000604730 | 7/23/2018 | $137.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08552 | $529.20 | 8/20/2018 | 0000576348 | 7/12/2018 | $235.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07929 | $2,642.36 | 8/17/2018 | 0000569896 | 7/11/2018 | $176.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07929 | $2,642.36 | 8/17/2018 | 0000568898 | 7/11/2018 | $312.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07929 | $2,642.36 | 8/17/2018 | 0000568897 | 7/11/2018 | $228.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07929 | $2,642.36 | 8/17/2018 | 0000568896 | 7/11/2018 | $53.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15252 | $9,548.32 | 8/30/2018 | 0000611068 | 7/24/2018 | $282.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14469 | $4,480.12 | 8/29/2018 | 0000604720 | 7/23/2018 | $2,085.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15252 | $9,548.32 | 8/30/2018 | 0000608396 | 7/24/2018 | $576.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00699 | $30,844.33 | 8/6/2018 | 0000535963 | 6/29/2018 | $282.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15252 | $9,548.32 | 8/30/2018 | 0000611066 | 7/24/2018 | $1,122.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15252 | $9,548.32 | 8/30/2018 | 0000608402 | 7/24/2018 | $588.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15252 | $9,548.32 | 8/30/2018 | 0000608401 | 7/24/2018 | $263.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15252 | $9,548.32 | 8/30/2018 | 0000608400 | 7/24/2018 | $334.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15252 | $9,548.32 | 8/30/2018 | 0000608399 | 7/24/2018 | $738.21 |

Conair Corporation (2230517)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                Exhibit B                                P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14469 | $4,480.12 | 8/29/2018 | 0000604728 | 7/23/2018 | $188.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15252 | $9,548.32 | 8/30/2018 | 0000608397 | 7/24/2018 | $67.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14469 | $4,480.12 | 8/29/2018 | 0000604729 | 7/23/2018 | $329.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15252 | $9,548.32 | 8/30/2018 | 0000608395 | 7/24/2018 | $484.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15252 | $9,548.32 | 8/30/2018 | 0000608394 | 7/24/2018 | $78.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14469 | $4,480.12 | 8/29/2018 | 0000606656 | 7/23/2018 | $88.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14469 | $4,480.12 | 8/29/2018 | 0000606655 | 7/23/2018 | $176.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14469 | $4,480.12 | 8/29/2018 | 0000606654 | 7/23/2018 | $88.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07929 | $2,642.36 | 8/17/2018 | 0000535971 | 6/29/2018 | $1,558.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15252 | $9,548.32 | 8/30/2018 | 0000608398 | 7/24/2018 | $271.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00699 | $30,844.33 | 8/6/2018 | 0000535970 | 6/29/2018 | $3,721.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00699 | $30,844.33 | 8/6/2018 | 0000535978 | 6/29/2018 | $305.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00699 | $30,844.33 | 8/6/2018 | 0000535977 | 6/29/2018 | $2,704.41 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00699 | $30,844.33 | 8/6/2018 | 0000535976 | 6/29/2018 | $3,066.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00699 | $30,844.33 | 8/6/2018 | 0000535975 | 6/29/2018 | $7,810.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00699 | $30,844.33 | 8/6/2018 | 0000535974 | 6/29/2018 | $188.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07929 | $2,642.36 | 8/17/2018 | 0000568895 | 7/11/2018 | $159.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00699 | $30,844.33 | 8/6/2018 | 0000535972 | 6/29/2018 | $1,270.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00699 | $30,844.33 | 8/6/2018 | 0000535981 | 6/29/2018 | $886.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00699 | $30,844.33 | 8/6/2018 | 0000535969 | 6/29/2018 | $1,939.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00699 | $30,844.33 | 8/6/2018 | 0000535968 | 6/29/2018 | $568.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00699 | $30,844.33 | 8/6/2018 | 0000535967 | 6/29/2018 | $705.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00699 | $30,844.33 | 8/6/2018 | 0000535966 | 6/29/2018 | $376.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00699 | $30,844.33 | 8/6/2018 | 0000535965 | 6/29/2018 | $1,223.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00699 | $30,844.33 | 8/6/2018 | 0000535964 | 6/29/2018 | $3,550.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00699 | $30,844.33 | 8/6/2018 | 0000535973 | 6/29/2018 | $203.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03217 | $7,085.99 | 8/9/2018 | 0000548173 | 7/3/2018 | $393.67 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07198 | $2,827.93 | 8/16/2018 | 0000565358 | 7/10/2018 | $678.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07198 | $2,827.93 | 8/16/2018 | 0000565357 | 7/10/2018 | $662.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07198 | $2,827.93 | 8/16/2018 | 0000565356 | 7/10/2018 | $294.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07198 | $2,827.93 | 8/16/2018 | 0000565355 | 7/10/2018 | $76.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07198 | $2,827.93 | 8/16/2018 | 0000565354 | 7/10/2018 | $156.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07198 | $2,827.93 | 8/16/2018 | 0000518278 | 6/25/2018 | $958.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00699 | $30,844.33 | 8/6/2018 | 0000535979 | 6/29/2018 | $1,843.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03217 | $7,085.99 | 8/9/2018 | 0000548174 | 7/3/2018 | $78.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00699 | $30,844.33 | 8/6/2018 | 0000535980 | 6/29/2018 | $197.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03217 | $7,085.99 | 8/9/2018 | 0000548172 | 7/3/2018 | $1,102.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03217 | $7,085.99 | 8/9/2018 | 0000548171 | 7/3/2018 | $314.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03217 | $7,085.99 | 8/9/2018 | 0000548170 | 7/3/2018 | $2,598.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03217 | $7,085.99 | 8/9/2018 | 0000547086 | 7/3/2018 | $393.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03217 | $7,085.99 | 8/9/2018 | 0000547085 | 7/3/2018 | $708.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15252 | $9,548.32 | 8/30/2018 | 0000611069 | 7/24/2018 | $282.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03217 | $7,085.99 | 8/9/2018 | 0000548175 | 7/3/2018 | $1,495.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98635 | $45,524.17 | 8/1/2018 | 0000518273 | 6/25/2018 | $53.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98635 | $45,524.17 | 8/1/2018 | 0000518402 | 6/25/2018 | $294.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98635 | $45,524.17 | 8/1/2018 | 0000518401 | 6/25/2018 | $1,885.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98635 | $45,524.17 | 8/1/2018 | 0000518400 | 6/25/2018 | $235.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98635 | $45,524.17 | 8/1/2018 | 0000518277 | 6/25/2018 | $2,327.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98635 | $45,524.17 | 8/1/2018 | 0000518276 | 6/25/2018 | $4,885.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98635 | $45,524.17 | 8/1/2018 | 0000516924 | 6/25/2018 | $4,313.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98635 | $45,524.17 | 8/1/2018 | 0000518274 | 6/25/2018 | $274.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98635 | $45,524.17 | 8/1/2018 | 0000518405 | 6/25/2018 | $235.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98635 | $45,524.17 | 8/1/2018 | 0000518272 | 6/25/2018 | $188.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98635 | $45,524.17 | 8/1/2018 | 0000518271 | 6/25/2018 | $1,128.96 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98635 | $45,524.17 | 8/1/2018 | 0000518270 | 6/25/2018 | $6,617.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98635 | $45,524.17 | 8/1/2018 | 0000518269 | 6/25/2018 | $532.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98635 | $45,524.17 | 8/1/2018 | 0000518268 | 6/25/2018 | $205.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15252 | $9,548.32 | 8/30/2018 | 0000611067 | 7/24/2018 | $1,343.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98635 | $45,524.17 | 8/1/2018 | 0000518275 | 6/25/2018 | $319.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98635 | $45,524.17 | 8/1/2018 | 0000519844 | 6/25/2018 | $88.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99362 | $3,219.46 | 8/2/2018 | 0000523087 | 6/26/2018 | $714.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99362 | $3,219.46 | 8/2/2018 | 0000523086 | 6/26/2018 | $282.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99362 | $3,219.46 | 8/2/2018 | 0000523085 | 6/26/2018 | $568.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99362 | $3,219.46 | 8/2/2018 | 0000523083 | 6/26/2018 | $188.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99362 | $3,219.46 | 8/2/2018 | 0000523082 | 6/26/2018 | $1,219.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98635 | $45,524.17 | 8/1/2018 | 0000519847 | 6/25/2018 | $88.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98635 | $45,524.17 | 8/1/2018 | 0000518403 | 6/25/2018 | $235.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98635 | $45,524.17 | 8/1/2018 | 0000519845 | 6/25/2018 | $88.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98635 | $45,524.17 | 8/1/2018 | 0000518404 | 6/25/2018 | $470.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98635 | $45,524.17 | 8/1/2018 | 0000519843 | 6/25/2018 | $176.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98635 | $45,524.17 | 8/1/2018 | 0000518409 | 6/25/2018 | $235.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98635 | $45,524.17 | 8/1/2018 | 0000518408 | 6/25/2018 | $176.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98635 | $45,524.17 | 8/1/2018 | 0000518407 | 6/25/2018 | $1,234.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98635 | $45,524.17 | 8/1/2018 | 0000518406 | 6/25/2018 | $1,404.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98635 | $45,524.17 | 8/1/2018 | 0000516923 | 6/25/2018 | $752.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98635 | $45,524.17 | 8/1/2018 | 0000519846 | 6/25/2018 | $264.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15965 | $4,564.74 | 8/31/2018 | 0000616650 | 7/25/2018 | $58.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15965 | $4,564.74 | 8/31/2018 | 0000616657 | 7/25/2018 | $235.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15965 | $4,564.74 | 8/31/2018 | 0000616656 | 7/25/2018 | $1,668.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15965 | $4,564.74 | 8/31/2018 | 0000616655 | 7/25/2018 | $58.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15965 | $4,564.74 | 8/31/2018 | 0000616654 | 7/25/2018 | $294.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15965 | $4,564.74 | 8/31/2018 | 0000616653 | 7/25/2018 | $235.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98635 | $45,524.17 | 8/1/2018 | 0000516925 | 6/25/2018 | $106.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15965 | $4,564.74 | 8/31/2018 | 0000616651 | 7/25/2018 | $58.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15965 | $4,564.74 | 8/31/2018 | 0000616660 | 7/25/2018 | $58.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15965 | $4,564.74 | 8/31/2018 | 0000616649 | 7/25/2018 | $974.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15965 | $4,564.74 | 8/31/2018 | 0000616648 | 7/25/2018 | $235.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15965 | $4,564.74 | 8/31/2018 | 0000616647 | 7/25/2018 | $106.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15965 | $4,564.74 | 8/31/2018 | 0000616646 | 7/25/2018 | $235.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15252 | $9,548.32 | 8/30/2018 | 0000611071 | 7/24/2018 | $1,283.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15252 | $9,548.32 | 8/30/2018 | 0000611070 | 7/24/2018 | $1,830.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15965 | $4,564.74 | 8/31/2018 | 0000616652 | 7/25/2018 | $58.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96779 | $1,786.69 | 7/30/2018 | 0000516166 | 6/23/2018 | $160.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98635 | $45,524.17 | 8/1/2018 | 0000516922 | 6/25/2018 | $4,908.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98635 | $45,524.17 | 8/1/2018 | 0000516921 | 6/25/2018 | $10,930.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98635 | $45,524.17 | 8/1/2018 | 0000516920 | 6/25/2018 | $1,652.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98635 | $45,524.17 | 8/1/2018 | 0000516919 | 6/25/2018 | $1,411.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98635 | $45,524.17 | 8/1/2018 | 0000429520 | 5/29/2018 | $338.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96779 | $1,786.69 | 7/30/2018 | 0000740294-26672 | 4/10/2018 | $240.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15965 | $4,564.74 | 8/31/2018 | 0000616658 | 7/25/2018 | $117.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96779 | $1,786.69 | 7/30/2018 | 0000516167 | 6/23/2018 | $1,243.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15965 | $4,564.74 | 8/31/2018 | 0000616659 | 7/25/2018 | $176.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96779 | $1,786.69 | 7/30/2018 | 0000516165 | 6/23/2018 | $352.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96779 | $1,786.69 | 7/30/2018 | 0000516164 | 6/23/2018 | $1,725.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96779 | $1,786.69 | 7/30/2018 | 0000403365 | 5/21/2018 | $361.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19564 | $78.46 | 9/10/2018 | 0000180811-26670 | 9/6/2018 | $108.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16545 | $319.75 | 9/4/2018 | 0000625670 | 7/27/2018 | $319.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99362 | $3,219.46 | 8/2/2018 | 0000523088 | 6/26/2018 | $246.96 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96779 | $1,786.69 | 7/30/2018 | 0000740293-26671 | 4/4/2018 | $600.00 |
| **Totals:** | | **13 transfer(s),** | **$113,451.52** | | | | |