**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Ecolab Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781014249 | $29,931.02 | 9/27/2018 | VPASNR993117401 | 9/2/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981892 | $19,611.90 | 7/20/2018 | 9683289 | 5/25/2018 | $641.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981892 | $19,611.90 | 7/20/2018 | 9766000 | 6/4/2018 | $18,429.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981892 | $19,611.90 | 7/20/2018 | 9911822 | 6/14/2018 | $501.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999760 | $17,979.32 | 8/30/2018 | 210074 | 7/10/2018 | $24,461.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006682 | $32,859.43 | 9/13/2018 | 329689 | 7/23/2018 | $13,449.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006682 | $32,859.43 | 9/13/2018 | 329690 | 7/23/2018 | $9,634.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006682 | $32,859.43 | 9/13/2018 | 329693 | 7/23/2018 | $10,780.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010935 | $25,976.88 | 9/20/2018 | 367688 | 7/27/2018 | $25,976.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014249 | $29,931.02 | 9/27/2018 | 380864 | 7/30/2018 | $6,291.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014249 | $29,931.02 | 9/27/2018 | 516796 | 8/8/2018 | $17,157.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014249 | $29,931.02 | 9/27/2018 | VPASNR993117031 | 9/2/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014249 | $29,931.02 | 9/27/2018 | VPASNR993117032 | 9/2/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981892 | $19,611.90 | 7/20/2018 | 9610068 | 5/17/2018 | $190.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014249 | $29,931.02 | 9/27/2018 | VPASNR993117400 | 9/2/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014249 | $29,931.02 | 9/27/2018 | VPOTR991486104 | 9/2/2018 | $1,050.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014249 | $29,931.02 | 9/27/2018 | VPASNR993118231 | 9/2/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014249 | $29,931.02 | 9/27/2018 | VPASNR993118232 | 9/2/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014249 | $29,931.02 | 9/27/2018 | VPASNR993118233 | 9/2/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014249 | $29,931.02 | 9/27/2018 | VPASNR993118868 | 9/2/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014249 | $29,931.02 | 9/27/2018 | VPASNR993118869 | 9/2/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014249 | $29,931.02 | 9/27/2018 | VPASNR993119140 | 9/2/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014249 | $29,931.02 | 9/27/2018 | VPOTR991484258 | 9/2/2018 | $690.27 |

Ecolab Inc. (2230472)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                 Exhibit A                                 P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781014249 | $29,931.02 | 9/27/2018 | VPOTR991485169 | 9/2/2018 | $401.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014249 | $29,931.02 | 9/27/2018 | VPOTR991485170 | 9/2/2018 | $906.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014249 | $29,931.02 | 9/27/2018 | VPOTR991485549 | 9/2/2018 | $340.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014249 | $29,931.02 | 9/27/2018 | VPOTR991485838 | 9/2/2018 | $721.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014249 | $29,931.02 | 9/27/2018 | VPOTR991486103 | 9/2/2018 | $721.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014249 | $29,931.02 | 9/27/2018 | VPASNR993117033 | 9/2/2018 | $150.00 |

Totals:    5 transfer(s),    $126,358.55