**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Ecolab Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18547 | $5,034.04 | 9/6/2018 | 0000313441 | 7/23/2018 | $5,034.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12674 | $12,932.49 | 8/27/2018 | 0000311441 | 7/23/2018 | $12,932.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07972 | $2,644.01 | 8/17/2018 | 0000159197 | 7/9/2018 | $2,644.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04641 | $34,301.50 | 8/13/2018 | 0000191428 | 7/9/2018 | $17,747.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04641 | $34,301.50 | 8/13/2018 | 0000191427 | 7/9/2018 | $767.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04641 | $34,301.50 | 8/13/2018 | 0000161522 | 7/9/2018 | $4,952.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04641 | $34,301.50 | 8/13/2018 | 0000161521 | 7/9/2018 | $2,472.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04641 | $34,301.50 | 8/13/2018 | 0000159204 | 7/9/2018 | $1,337.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04641 | $34,301.50 | 8/13/2018 | 0000159196 | 7/9/2018 | $2,207.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04641 | $34,301.50 | 8/13/2018 | 0000159195 | 7/9/2018 | $2,625.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04641 | $34,301.50 | 8/13/2018 | 0000159194 | 7/9/2018 | $2,191.64 |

Totals:    4 transfer(s),    $54,912.04