**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **eScreen, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245076 | $4,226.90 | 9/27/2018 | 20180831-IN | 8/31/2018 | $4,226.90 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240926 | $4,803.15 | 8/29/2018 | 20180731-IN | 7/31/2018 | $4,803.15 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235416 | $5,415.85 | 7/26/2018 | 20180630-IN | 6/30/2018 | $5,415.85 |

| | | | |
|---|---|---|---|
| **Totals:** | 3 transfer(s), | $14,445.90 | |