**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Finsbury LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011007 | $138,305.22 | 9/20/2018 | 107717 | 6/30/2018 | $138,305.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085105 | $106,809.23 | 8/29/2018 | 107617 | 6/6/2018 | $106,809.23 |
| **Totals:** | | **2 transfer(s),** | **$245,114.45** | | | | |