**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Finsbury LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/4/2018-5 | $150,000.00 | 10/4/2018 | 108226 | 9/25/2018 | $150,000.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/4/2018-4 | $97,122.81 | 10/4/2018 | 108115 | 9/4/2018 | $97,122.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/4/2018-3 | $86,068.32 | 10/4/2018 | 107938 | 7/31/2018 | $86,068.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/4/2018-2 | $77,909.96 | 10/4/2018 | 108342 | 10/3/2018 | $77,909.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/4/2018-1 | $62,531.91 | 10/4/2018 | 10882 | 9/14/2018 | $62,531.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/11/2018 | $175,000.00 | 10/11/2018 | 10092018 | 10/9/2018 | $175,000.00 |

Totals: 6 transfer(s), $648,633.00