

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Gannett Co., Inc. dba USA Today Network** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 32035402 | $62,500.00 | 10/10/2018 | 1666902 | 6/14/2018 | $62,500.00 |
| **Totals:** | **1 transfer(s),** | **$62,500.00** | | | | | |

Gannett Co., Inc. dba USA Today Network (2230478)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                             Exhibit A                                             P. 1