

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |

**Defendant:** **Gannett Co., Inc. dba USA Today Network**
**Bankruptcy Case:** **Sears Holdings Corporation, et al.**
**Preference Period:** **Jul 17, 2018 - Oct 15, 2018**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| StarWest, LLC | StarWest, LLC | 914988 | $20,000.00 | 9/28/2018 | MONARK2018LV-R | 9/17/2018 | $20,000.00 |
| **Totals:** | **1 transfer(s),** | **$20,000.00** | | | | | |