**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **General Marketing Solutions, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15396 | $34,377.92 | 8/30/2018 | 0000089025 | 8/10/2018 | $9,174.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03358 | $7,723.49 | 8/9/2018 | 0000007676 | 7/20/2018 | $2,975.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03358 | $7,723.49 | 8/9/2018 | 0000007677 | 7/20/2018 | $3,223.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03358 | $7,723.49 | 8/9/2018 | 0000007678 | 7/20/2018 | $6,074.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03358 | $7,723.49 | 8/9/2018 | 0000007679 | 7/20/2018 | $12,645.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15396 | $34,377.92 | 8/30/2018 | 0000009004-109313 | 8/10/2018 | $339.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15396 | $34,377.92 | 8/30/2018 | 0000088995 | 8/10/2018 | $16,736.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03358 | $7,723.49 | 8/9/2018 | 0000007675 | 7/20/2018 | $6,074.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15396 | $34,377.92 | 8/30/2018 | 0000089024 | 8/10/2018 | $6,694.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95561 | $30,993.75 | 7/26/2018 | 0000941083 | 7/6/2018 | $10,413.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15396 | $34,377.92 | 8/30/2018 | 0000089199 | 8/10/2018 | $3,347.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93996 | $51,669.17 | 7/24/2018 | 0000792182 | 6/6/2018 | $60,764.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93996 | $51,669.17 | 7/24/2018 | 0000909032 | 7/13/2018 | $1,246.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95561 | $30,993.75 | 7/26/2018 | 0000941079 | 7/6/2018 | $3,719.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95561 | $30,993.75 | 7/26/2018 | 0000941080 | 7/6/2018 | $4,215.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95561 | $30,993.75 | 7/26/2018 | 0000941081 | 7/6/2018 | $8,430.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95561 | $30,993.75 | 7/26/2018 | 0000941082 | 7/6/2018 | $4,215.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15396 | $34,377.92 | 8/30/2018 | 0000089017 | 8/10/2018 | $1,239.75 |

Totals:    4 transfer(s),    $124,764.33

General Marketing Solutions, LLC (2230499)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                    Exhibit A                                    P. 1