**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **General Marketing Solutions, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990774 | $11,813.14 | 8/10/2018 | 6941410 | 7/9/2018 | $1,859.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980533 | $93,252.35 | 7/18/2018 | 6789399 | 6/7/2018 | $39,397.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980533 | $93,252.35 | 7/18/2018 | 6823663 | 6/13/2018 | $5,950.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980533 | $93,252.35 | 7/18/2018 | 6823664 | 6/7/2018 | $7,066.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990774 | $11,813.14 | 8/10/2018 | 6941406 | 7/6/2018 | $371.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990774 | $11,813.14 | 8/10/2018 | 6941407 | 7/6/2018 | $5,702.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980533 | $93,252.35 | 7/18/2018 | 6789398 | 6/13/2018 | $40,980.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990774 | $11,813.14 | 8/10/2018 | 6941409 | 7/6/2018 | $2,479.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001868 | $6,778.46 | 9/4/2018 | 7007885 | 7/20/2018 | $7,066.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991688 | $1,024.47 | 8/13/2018 | 6941411 | 7/6/2018 | $1,611.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998401 | $10,213.62 | 8/28/2018 | 7007871 | 7/20/2018 | $619.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998401 | $10,213.62 | 8/28/2018 | 7007883 | 7/20/2018 | $371.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998401 | $10,213.62 | 8/28/2018 | 7007884 | 7/20/2018 | $5,826.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998401 | $10,213.62 | 8/28/2018 | 7007886 | 7/20/2018 | $1,363.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998401 | $10,213.62 | 8/28/2018 | 7007887 | 7/23/2018 | $3,347.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990774 | $11,813.14 | 8/10/2018 | 6941408 | 7/6/2018 | $6,570.67 |

Totals:    5 transfer(s),    $123,082.04

General Marketing Solutions, LLC (2230499)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                        Exhibit B                                        P. 1