

**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **ICON Health & Fitness, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989332 | $30,789.78 | 8/8/2018 | 493055 | 5/15/2018 | $1,684.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985903 | $20,079.34 | 7/30/2018 | 494195 | 5/18/2018 | $2,876.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007390 | $30,969.09 | 9/14/2018 | 498029-13944 | 6/25/2018 | $778.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007390 | $30,969.09 | 9/14/2018 | 498029-13942 | 6/25/2018 | $48.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007390 | $30,969.09 | 9/14/2018 | 302360 | 6/30/2018 | $13,090.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992889 | $47,794.43 | 8/15/2018 | 494202 | 5/18/2018 | $1,475.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992889 | $47,794.43 | 8/15/2018 | 494201 | 5/18/2018 | $5,497.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992889 | $47,794.43 | 8/15/2018 | 494200 | 5/18/2018 | $1,124.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992889 | $47,794.43 | 8/15/2018 | 494199 | 5/18/2018 | $12,709.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992889 | $47,794.43 | 8/15/2018 | 494198 | 5/18/2018 | $4,444.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007390 | $30,969.09 | 9/14/2018 | 498323 | 6/29/2018 | $3,845.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989332 | $30,789.78 | 8/8/2018 | 494284 | 5/21/2018 | $20,013.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007390 | $30,969.09 | 9/14/2018 | 498324 | 6/29/2018 | $12,708.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989332 | $30,789.78 | 8/8/2018 | 493054 | 5/15/2018 | $4,510.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989332 | $30,789.78 | 8/8/2018 | 493053 | 5/15/2018 | $647.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989332 | $30,789.78 | 8/8/2018 | 493051 | 5/15/2018 | $538.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989332 | $30,789.78 | 8/8/2018 | 493050 | 5/15/2018 | $2,495.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989332 | $30,789.78 | 8/8/2018 | 493049 | 5/15/2018 | $197.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989332 | $30,789.78 | 8/8/2018 | 492132 | 5/11/2018 | $4,525.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989332 | $30,789.78 | 8/8/2018 | 492131 | 5/11/2018 | $9,549.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985903 | $20,079.34 | 7/30/2018 | 494197 | 5/18/2018 | $5,276.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985903 | $20,079.34 | 7/30/2018 | 494196 | 5/18/2018 | $12,979.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992889 | $47,794.43 | 8/15/2018 | 493052 | 5/15/2018 | $23,216.25 |

ICON Health & Fitness, Inc. (2232279)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020    Exhibit B    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $70,980.95 | 10/2/2018 | 201820817245 | 8/12/2018 | $31,332.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/20/2018 | $17,302.89 | 8/20/2018 | 201820154277 | 7/5/2018 | $17,302.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $26,700.00 | 7/26/2018 | 201819615080 | 6/14/2018 | $26,700.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $37,820.77 | 7/24/2018 | 201819526039 | 6/12/2018 | $37,820.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/23/2018 | $1,195.77 | 7/23/2018 | 201818996275 | 6/11/2018 | $1,195.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $70,980.95 | 10/2/2018 | 201821242328R-3 | 8/22/2018 | $1,003.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $70,980.95 | 10/2/2018 | 201821242328R-2 | 8/22/2018 | $1,067.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $70,980.95 | 10/2/2018 | 201821242328R-1 | 8/22/2018 | $2,246.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $70,980.95 | 10/2/2018 | 201820986716R-3 | 8/20/2018 | $936.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $70,980.95 | 10/2/2018 | 201820986716R-2 | 8/20/2018 | $3,202.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007390 | $30,969.09 | 9/14/2018 | 498322 | 6/29/2018 | $6,897.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $70,980.95 | 10/2/2018 | 201820962712 | 8/16/2018 | $26,700.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/24/2018 | $11,269.04 | 8/24/2018 | 201819663175 | 7/11/2018 | $11,269.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011549 | $43,834.78 | 9/21/2018 | 498030 | 6/25/2018 | $4,628.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011549 | $43,834.78 | 9/21/2018 | 498028 | 6/25/2018 | $2,653.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011549 | $43,834.78 | 9/21/2018 | 498027 | 6/25/2018 | $2,605.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011549 | $43,834.78 | 9/21/2018 | 498026 | 6/25/2018 | $409.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011549 | $43,834.78 | 9/21/2018 | 498025 | 6/25/2018 | $1,228.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011549 | $43,834.78 | 9/21/2018 | 498023 | 6/22/2018 | $16,206.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011549 | $43,834.78 | 9/21/2018 | 498022 | 6/22/2018 | $5,229.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011549 | $43,834.78 | 9/21/2018 | 498021 | 6/22/2018 | $10,960.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011549 | $43,834.78 | 9/21/2018 | 488071-13945 | 4/24/2018 | $377.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $70,980.95 | 10/2/2018 | 201820986716R-1 | 8/20/2018 | $4,492.80 |

**Totals:**    11 transfer(s),    $338,736.84