**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **iCrossing, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780992362 | $28,106.17 | 8/2/2018 | BILL067961 | 5/31/2018 | $18,043.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987311 | $291,003.58 | 7/24/2018 | BILL067782 | 5/18/2018 | $17,864.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994722 | $16,218.30 | 8/7/2018 | BILL067893 | 6/1/2018 | $8,333.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994722 | $16,218.30 | 8/7/2018 | BILL067892 | 6/1/2018 | $1,303.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994722 | $16,218.30 | 8/7/2018 | BILL067880 | 6/1/2018 | $6,582.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993679 | $2,326,435.23 | 8/6/2018 | BILL067964 | 5/31/2018 | $1,087,185.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993679 | $2,326,435.23 | 8/6/2018 | BILL067963 | 5/31/2018 | $16,001.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993679 | $2,326,435.23 | 8/6/2018 | BILL067962 | 5/31/2018 | $311,577.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993679 | $2,326,435.23 | 8/6/2018 | BILL067960 | 5/31/2018 | $911,671.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992362 | $28,106.17 | 8/2/2018 | BILL068350 | 6/30/2018 | $2,749.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992362 | $28,106.17 | 8/2/2018 | BILL068254 | 6/26/2018 | $3,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999927 | $20,607.46 | 8/16/2018 | BILL068093 | 6/12/2018 | $20,607.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992362 | $28,106.17 | 8/2/2018 | BILL068174 | 6/14/2018 | $1,016.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001186 | $139,331.84 | 8/20/2018 | BILL068173 | 6/14/2018 | $64,454.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992362 | $28,106.17 | 8/2/2018 | BILL067789 | 5/18/2018 | $293.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992362 | $28,106.17 | 8/2/2018 | BILL067788 | 5/18/2018 | $476.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988214 | $339,899.87 | 7/25/2018 | BILL067794 | 5/21/2018 | $55,289.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988214 | $339,899.87 | 7/25/2018 | BILL067793 | 5/21/2018 | $279,157.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988214 | $339,899.87 | 7/25/2018 | BILL067570 | 4/30/2018 | $5,452.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987311 | $291,003.58 | 7/24/2018 | BILL067791 | 5/18/2018 | $18,032.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987311 | $291,003.58 | 7/24/2018 | BILL067790 | 5/18/2018 | $12,700.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987311 | $291,003.58 | 7/24/2018 | BILL067787 | 5/18/2018 | $58,863.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987311 | $291,003.58 | 7/24/2018 | BILL067786 | 5/18/2018 | $181,967.15 |

iCrossing, Inc. (2230483)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                   Exhibit A                                   P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987311 | $291,003.58 | 7/24/2018 | BILL067783 | 5/18/2018 | $1,574.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992362 | $28,106.17 | 8/2/2018 | BILL068188 | 6/15/2018 | $2,527.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008954 | $2,166,258.80 | 9/4/2018 | BILL068347 | 6/30/2018 | $1,125,379.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022570 | $636,533.51 | 10/1/2018 | BILL068626 | 7/26/2018 | $15,069.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022570 | $636,533.51 | 10/1/2018 | BILL068623 | 7/26/2018 | $54,702.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022570 | $636,533.51 | 10/1/2018 | BILL068622 | 7/26/2018 | $236,694.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022570 | $636,533.51 | 10/1/2018 | BILL068618 | 7/26/2018 | $2,088.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022570 | $636,533.51 | 10/1/2018 | BILL068617 | 7/26/2018 | $67,504.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022570 | $636,533.51 | 10/1/2018 | BILL068616 | 7/26/2018 | $223,259.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022570 | $636,533.51 | 10/1/2018 | BILL068615 | 7/26/2018 | $24,511.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017215 | $8,333.30 | 9/19/2018 | BILL068277 | 7/16/2018 | $8,333.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010175 | $20,000.00 | 9/5/2018 | BILL068354 | 7/2/2018 | $20,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008954 | $2,166,258.80 | 9/4/2018 | BILL068352 | 6/30/2018 | $184,030.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996585 | $60.00 | 8/9/2018 | BILL067761 | 5/17/2018 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008954 | $2,166,258.80 | 9/4/2018 | BILL068349 | 6/30/2018 | $831,699.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022570 | $636,533.51 | 10/1/2018 | BILL068627 | 7/26/2018 | $12,700.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008954 | $2,166,258.80 | 9/4/2018 | BILL068275 | 7/1/2018 | $1,303.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008954 | $2,166,258.80 | 9/4/2018 | BILL068272 | 7/1/2018 | $6,582.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006841 | $1,809.80 | 8/30/2018 | BILL068170 | 6/14/2018 | $1,809.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003936 | $947.86 | 8/24/2018 | BILL068625 | 7/26/2018 | $176.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003936 | $947.86 | 8/24/2018 | BILL068624 | 7/26/2018 | $771.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001915 | $539,628.69 | 8/21/2018 | BILL068187 | 6/15/2018 | $304,091.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001915 | $539,628.69 | 8/21/2018 | BILL068186 | 6/15/2018 | $215,353.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001915 | $539,628.69 | 8/21/2018 | BILL068185 | 6/15/2018 | $20,183.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001186 | $139,331.84 | 8/20/2018 | BILL068177 | 6/14/2018 | $14,777.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001186 | $139,331.84 | 8/20/2018 | BILL068175 | 6/14/2018 | $60,100.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008954 | $2,166,258.80 | 9/4/2018 | BILL068351 | 6/30/2018 | $17,264.05 |

**Totals:**    15 transfer(s),    $6,535,174.41