**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **iCrossing, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246387 | $7,136.86 | 10/5/2018 | BILL068783-IN | 8/7/2018 | $7,136.86 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245749 | $11,781.37 | 10/2/2018 | BILL068768-IN | 8/6/2018 | $11,781.37 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244486 | $956,700.12 | 9/24/2018 | BILL068718-IN | 7/31/2018 | $956,700.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243922 | $8,687.51 | 9/19/2018 | BILL068621-IN | 7/26/2018 | $8,687.51 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243921 | $51,223.33 | 9/19/2018 | BILL068620-IN | 7/26/2018 | $51,223.33 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243920 | $149,929.07 | 9/19/2018 | BILL068619-IN | 7/26/2018 | $149,929.07 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240672 | $73.52 | 8/28/2018 | BILL068172-1-IN | 6/14/2018 | $73.52 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240671 | $9,406.75 | 8/28/2018 | BILL068146-1-IN | 6/13/2018 | $9,406.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239981 | $874,478.83 | 8/23/2018 | BILL068348-IN | 6/30/2018 | $874,478.83 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238098 | $52,252.16 | 8/10/2018 | BILL068172-IN | 6/14/2018 | $52,252.16 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237774 | $1,049,095.35 | 8/8/2018 | BILL068146-IN | 6/13/2018 | $1,049,095.35 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236684 | $7,133.87 | 8/2/2018 | BILL068016-IN | 6/7/2018 | $7,133.87 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236683 | $2,554.00 | 8/2/2018 | BILL067996-IN | 6/6/2018 | $2,554.00 |

**Totals:    13 transfer(s),    $3,180,452.74**