**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Imagination Publishing L.L.C.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781007399 | $91,818.33 | 9/14/2018 | INV016992 | 7/2/2018 | $38,999.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007399 | $91,818.33 | 9/14/2018 | INV016991 | 7/2/2018 | $52,819.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992899 | $91,818.34 | 8/15/2018 | INV016870 | 6/1/2018 | $38,999.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992899 | $91,818.34 | 8/15/2018 | INV016869 | 6/1/2018 | $52,819.34 |

Totals:    2 transfer(s),    $183,636.67