**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Imagination Publishing L.L.C.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743367 | $75,418.89 | 10/5/2018 | INV017119-IN | 8/1/2018 | $20,000.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743367 | $75,418.89 | 10/5/2018 | INV017118-IN | 8/1/2018 | $55,418.89 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742936 | $55,230.00 | 9/12/2018 | INV016686-IN | 4/17/2018 | $55,230.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742760 | $55,418.89 | 9/12/2018 | INV017013-IN | 7/2/2018 | $55,418.89 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742092 | $55,418.89 | 8/6/2018 | INV016880-IN | 6/1/2018 | $55,418.89 |

Totals:    4 transfer(s),    $241,486.67

Imagination Publishing L.L.C. (2230531)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                    Exhibit B                    P. 1