**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Kobi Katz, Inc. dba Baguette World** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008995 | $1,547.70 | 9/18/2018 | 7102115000-1 | 7/30/2018 | $410.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981445 | $506.50 | 7/19/2018 | 6467105000-1 | 6/6/2018 | $506.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982080 | $821.73 | 7/20/2018 | 6475315000-1 | 6/7/2018 | $821.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983890 | $599.00 | 7/25/2018 | 6500625000-1 | 6/11/2018 | $599.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986016 | $2,499.00 | 7/30/2018 | 6578705000-1 | 6/15/2018 | $599.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986016 | $2,499.00 | 7/30/2018 | 6581685000-1 | 6/15/2018 | $950.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986016 | $2,499.00 | 7/30/2018 | 6584285000-1 | 6/15/2018 | $950.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988236 | $1,829.03 | 8/2/2018 | 6640475000-1 | 6/20/2018 | $1,829.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988871 | $902.82 | 8/7/2018 | 6640535000-1 | 6/21/2018 | $902.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980594 | $950.00 | 7/18/2018 | 6463175000-1 | 6/5/2018 | $950.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001951 | $5.00 | 9/4/2018 | 6926415000-1 | 7/16/2018 | $270.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012196 | $3,099.27 | 9/24/2018 | 93000268961 | 8/4/2018 | $590.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008995 | $1,547.70 | 9/18/2018 | 7111755000-1 | 7/30/2018 | $265.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008995 | $1,547.70 | 9/18/2018 | 7131315000-1 | 7/31/2018 | $1,498.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008995 | $1,547.70 | 9/18/2018 | 93000062131 | 7/31/2018 | $593.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010220 | $1,152.28 | 9/19/2018 | 93000088987 | 8/1/2018 | $1,152.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011153 | $3,656.19 | 9/20/2018 | 93000157056 | 8/2/2018 | $3,656.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012196 | $3,099.27 | 9/24/2018 | 93000243155 | 8/3/2018 | $836.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012196 | $3,099.27 | 9/24/2018 | 93000252642 | 8/4/2018 | $1,445.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012196 | $3,099.27 | 9/24/2018 | 93000257552 | 8/4/2018 | $1,445.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994773 | $270.00 | 8/17/2018 | 6739565000-1 | 7/2/2018 | $270.00 |

Totals:    13 transfer(s),    $17,838.52

Kobi Katz, Inc. dba Baguette World (2230493)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                 Exhibit A                                                P. 1