**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Kobi Katz, Inc. dba Baguette World** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04408 | $2,616.54 | 8/13/2018 | 00001098AA | 7/9/2018 | $590.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10290 | $287.60 | 8/22/2018 | 00001342AA | 7/18/2018 | $287.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09611 | $588.17 | 8/21/2018 | 00001307AA | 7/17/2018 | $588.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07877 | $542.27 | 8/17/2018 | 00001227AA | 7/13/2018 | $542.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07105 | $280.00 | 8/16/2018 | 00001212AA | 7/12/2018 | $280.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06254 | $1,772.07 | 8/15/2018 | 00001174AA | 7/11/2018 | $1,772.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05601 | $1,441.57 | 8/14/2018 | 00001157AA | 7/10/2018 | $599.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05601 | $1,441.57 | 8/14/2018 | 00001137AA | 7/10/2018 | $842.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03888 | $3,177.19 | 8/10/2018 | 00000946AA | 7/2/2018 | $170.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04408 | $2,616.54 | 8/13/2018 | 00001103AA | 7/9/2018 | $386.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11126 | $2,855.09 | 8/23/2018 | 00001370AA | 7/19/2018 | $1,498.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04408 | $2,616.54 | 8/13/2018 | 00001097AA | 7/9/2018 | $739.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03888 | $3,177.19 | 8/10/2018 | 00001089AA | 7/6/2018 | $1,152.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03888 | $3,177.19 | 8/10/2018 | 00001086AA | 7/6/2018 | $287.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03888 | $3,177.19 | 8/10/2018 | 00001084AA | 7/6/2018 | $2,377.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03888 | $3,177.19 | 8/10/2018 | 00001049AA | 7/6/2018 | $512.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03888 | $3,177.19 | 8/10/2018 | 00001047AA | 7/6/2018 | $599.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03888 | $3,177.19 | 8/10/2018 | 00001020AA | 7/5/2018 | $750.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04408 | $2,616.54 | 8/13/2018 | 00001106AA | 7/9/2018 | $900.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16387 | $2,344.27 | 9/4/2018 | 00005734AA | 7/30/2018 | $280.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97834 | $599.27 | 7/31/2018 | 00003910AA | 6/26/2018 | $599.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94478 | $1,202.30 | 7/25/2018 | 00000654AA | 6/20/2018 | $1,202.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91190 | $1,215.13 | 7/19/2018 | 00000552AA | 6/14/2018 | $621.80 |

Kobi Katz, Inc. dba Baguette World (2230493)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                   Exhibit B                                   P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91190 | $1,215.13 | 7/19/2018 | 00000549AA | 6/14/2018 | $593.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90256 | $1,572.40 | 7/18/2018 | 00000522AA | 6/13/2018 | $900.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90256 | $1,572.40 | 7/18/2018 | 00000510AA | 6/13/2018 | $280.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90256 | $1,572.40 | 7/18/2018 | 00000504AA | 6/13/2018 | $392.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11126 | $2,855.09 | 8/23/2018 | 00001358AA | 7/19/2018 | $900.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16387 | $2,344.27 | 9/4/2018 | 00007374AA | 7/30/2018 | $619.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11126 | $2,855.09 | 8/23/2018 | 00001367AA | 7/19/2018 | $902.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16387 | $2,344.27 | 9/4/2018 | 00002852AA | 7/30/2018 | $1,445.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15911 | $719.42 | 8/31/2018 | 00001564AA | 7/27/2018 | $719.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15149 | $593.33 | 8/30/2018 | 00006036AA | 7/26/2018 | $593.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13645 | $846.58 | 8/28/2018 | 00001488AA | 7/24/2018 | $593.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13645 | $846.58 | 8/28/2018 | 00001379AA | 7/19/2018 | $506.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11764 | $1,196.45 | 8/24/2018 | 00001403AA | 7/20/2018 | $750.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11764 | $1,196.45 | 8/24/2018 | 00001388AA | 7/20/2018 | $445.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99262 | $621.80 | 8/2/2018 | 00000890AA | 6/28/2018 | $621.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89871 | $750.62 | 7/17/2018 | 00000472AA | 6/12/2018 | $750.62 |

**Totals:** 20 transfer(s), $25,222.07

Kobi Katz, Inc. dba Baguette World (2230493)
Bankruptcy Case: Sears Holdings Corporation, et al.
Mar 27, 2020

Exhibit B

P. 2