**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Koolatron, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10673 | $1,130.05 | 8/22/2018 | 00008751AA | 6/18/2018 | $119.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10673 | $1,130.05 | 8/22/2018 | 00008760AA | 6/18/2018 | $28.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08950 | $1,461.89 | 8/20/2018 | 00008605AA | 6/15/2018 | $315.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08950 | $1,461.89 | 8/20/2018 | 00008606AA | 6/15/2018 | $35.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10673 | $1,130.05 | 8/22/2018 | 0000001478-3410 | 8/8/2018 | $75.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10673 | $1,130.05 | 8/22/2018 | 00008746AA | 6/18/2018 | $114.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10673 | $1,130.05 | 8/22/2018 | 00008747AA | 6/18/2018 | $20.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10673 | $1,130.05 | 8/22/2018 | 00008748AA | 6/18/2018 | $44.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08950 | $1,461.89 | 8/20/2018 | 00008603AA | 6/15/2018 | $159.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10673 | $1,130.05 | 8/22/2018 | 00008750AA | 6/18/2018 | $114.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08950 | $1,461.89 | 8/20/2018 | 00008602AA | 6/15/2018 | $44.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10673 | $1,130.05 | 8/22/2018 | 00008752AA-3411 | 6/18/2018 | $105.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10673 | $1,130.05 | 8/22/2018 | 00008753AA-3412 | 6/18/2018 | $44.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10673 | $1,130.05 | 8/22/2018 | 00008754AA-3413 | 6/18/2018 | $14.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10673 | $1,130.05 | 8/22/2018 | 00008755AA | 6/18/2018 | $98.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10673 | $1,130.05 | 8/22/2018 | 00008756AA | 6/18/2018 | $112.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10673 | $1,130.05 | 8/22/2018 | 00008757AA | 6/18/2018 | $134.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10673 | $1,130.05 | 8/22/2018 | 00008758AA | 6/18/2018 | $98.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15504 | $921.58 | 8/30/2018 | 00009247AA | 6/26/2018 | $56.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10673 | $1,130.05 | 8/22/2018 | 00008749AA | 6/18/2018 | $159.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08088 | $607.36 | 8/17/2018 | 00008403AA | 6/13/2018 | $17.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07449 | $1,905.68 | 8/16/2018 | 00008340AA | 6/12/2018 | $37.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07449 | $1,905.68 | 8/16/2018 | 00008341AA | 6/12/2018 | $98.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07449 | $1,905.68 | 8/16/2018 | 00008342AA | 6/12/2018 | $134.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08088 | $607.36 | 8/17/2018 | 0000001169-3403 | 8/3/2018 | $75.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08088 | $607.36 | 8/17/2018 | 00008398AA | 6/13/2018 | $159.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08088 | $607.36 | 8/17/2018 | 00008399AA | 6/13/2018 | $112.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08088 | $607.36 | 8/17/2018 | 00008400AA | 6/13/2018 | $44.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08950 | $1,461.89 | 8/20/2018 | 00008604AA | 6/15/2018 | $139.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08088 | $607.36 | 8/17/2018 | 00008402AA | 6/13/2018 | $37.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10673 | $1,130.05 | 8/22/2018 | 00008761AA | 6/18/2018 | $98.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08950 | $1,461.89 | 8/20/2018 | 0000001074-3404 | 8/4/2018 | $126.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08950 | $1,461.89 | 8/20/2018 | 0000001287-3405 | 8/6/2018 | $126.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08950 | $1,461.89 | 8/20/2018 | 0000001368-3406 | 8/6/2018 | $35.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08950 | $1,461.89 | 8/20/2018 | 0000001410-3407 | 8/5/2018 | $75.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08950 | $1,461.89 | 8/20/2018 | 00008461AA | 6/14/2018 | $70.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08950 | $1,461.89 | 8/20/2018 | 00008462AA | 6/14/2018 | $134.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08950 | $1,461.89 | 8/20/2018 | 00008463AA | 6/14/2018 | $40.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08950 | $1,461.89 | 8/20/2018 | 00008601AA | 6/15/2018 | $159.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08088 | $607.36 | 8/17/2018 | 00008401AA | 6/13/2018 | $159.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12981 | $1,911.46 | 8/27/2018 | 00009081AA | 6/22/2018 | $44.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10673 | $1,130.05 | 8/22/2018 | 00008759AA | 6/18/2018 | $63.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12981 | $1,911.46 | 8/27/2018 | 00008983AA | 6/21/2018 | $44.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12981 | $1,911.46 | 8/27/2018 | 00008984AA-3424 | 6/21/2018 | $70.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12981 | $1,911.46 | 8/27/2018 | 00008985AA | 6/21/2018 | $37.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12981 | $1,911.46 | 8/27/2018 | 00008986AA | 6/21/2018 | $112.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12981 | $1,911.46 | 8/27/2018 | 00008987AA-3425 | 6/21/2018 | $125.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12981 | $1,911.46 | 8/27/2018 | 00009078AA | 6/22/2018 | $187.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12981 | $1,911.46 | 8/27/2018 | 0000002056-3423 | 8/11/2018 | $126.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12981 | $1,911.46 | 8/27/2018 | 00009080AA | 6/22/2018 | $112.46 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12981 | $1,911.46 | 8/27/2018 | 0000001944-3422 | 8/11/2018 | $75.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12981 | $1,911.46 | 8/27/2018 | 00009082AA | 6/22/2018 | $97.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12981 | $1,911.46 | 8/27/2018 | 00009083AA | 6/22/2018 | $172.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15504 | $921.58 | 8/30/2018 | 0000001377-3427 | 8/15/2018 | $35.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15504 | $921.58 | 8/30/2018 | 0000001404-3428 | 8/15/2018 | $63.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15504 | $921.58 | 8/30/2018 | 0000001854-3429 | 8/15/2018 | $63.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15504 | $921.58 | 8/30/2018 | 00009242AA | 6/26/2018 | $44.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15504 | $921.58 | 8/30/2018 | 00009243AA | 6/26/2018 | $134.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00252 | $502.23 | 8/3/2018 | 0000001758-3373 | 7/20/2018 | $75.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12981 | $1,911.46 | 8/27/2018 | 00009079AA | 6/22/2018 | $97.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12031 | $732.86 | 8/24/2018 | 00008910AA | 6/20/2018 | $114.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10673 | $1,130.05 | 8/22/2018 | 00008762AA | 6/18/2018 | $41.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11410 | $134.45 | 8/23/2018 | 0000001104-3414 | 8/9/2018 | $63.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11410 | $134.45 | 8/23/2018 | 00008827AA | 6/19/2018 | $37.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11410 | $134.45 | 8/23/2018 | 00008828AA | 6/19/2018 | $159.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12031 | $732.86 | 8/24/2018 | 00008905AA | 6/20/2018 | $114.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12031 | $732.86 | 8/24/2018 | 00008906AA | 6/20/2018 | $159.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12031 | $732.86 | 8/24/2018 | 00008907AA | 6/20/2018 | $27.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12981 | $1,911.46 | 8/27/2018 | 00008982AA | 6/21/2018 | $44.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12031 | $732.86 | 8/24/2018 | 00008909AA | 6/20/2018 | $119.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07449 | $1,905.68 | 8/16/2018 | 00008337AA | 6/12/2018 | $134.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12031 | $732.86 | 8/24/2018 | 00008911AA | 6/20/2018 | $37.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12981 | $1,911.46 | 8/27/2018 | 0000001169-3415 | 8/11/2018 | $126.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12981 | $1,911.46 | 8/27/2018 | 0000001170-3416 | 8/11/2018 | $35.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12981 | $1,911.46 | 8/27/2018 | 0000001221-3417 | 8/13/2018 | $63.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12981 | $1,911.46 | 8/27/2018 | 0000001277-3418 | 8/12/2018 | $75.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12981 | $1,911.46 | 8/27/2018 | 0000001364-3419 | 8/12/2018 | $63.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12981 | $1,911.46 | 8/27/2018 | 0000001404-3420 | 8/11/2018 | $75.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12981 | $1,911.46 | 8/27/2018 | 0000001518-3421 | 8/12/2018 | $126.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12031 | $732.86 | 8/24/2018 | 00008908AA | 6/20/2018 | $159.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02700 | $847.61 | 8/8/2018 | 00007733AA | 6/4/2018 | $20.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07449 | $1,905.68 | 8/16/2018 | 00008339AA | 6/12/2018 | $159.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01087 | $4,252.69 | 8/6/2018 | 00007647AA | 6/1/2018 | $159.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01087 | $4,252.69 | 8/6/2018 | 00007648AA | 6/1/2018 | $315.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01087 | $4,252.69 | 8/6/2018 | 00007649AA | 6/1/2018 | $159.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01087 | $4,252.69 | 8/6/2018 | 00007650AA | 6/1/2018 | $35.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01087 | $4,252.69 | 8/6/2018 | 00007651AA | 6/1/2018 | $262.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02700 | $847.61 | 8/8/2018 | 0000002034-3384 | 7/24/2018 | $75.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01087 | $4,252.69 | 8/6/2018 | 00007645AA | 6/1/2018 | $62.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02700 | $847.61 | 8/8/2018 | 00007732AA-3386 | 6/4/2018 | $28.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01087 | $4,252.69 | 8/6/2018 | 00007644AA | 6/1/2018 | $63.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02700 | $847.61 | 8/8/2018 | 00007736AA | 6/4/2018 | $35.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02700 | $847.61 | 8/8/2018 | 00007738AA-3387 | 6/4/2018 | $42.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02700 | $847.61 | 8/8/2018 | 00007739AA | 6/4/2018 | $27.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02700 | $847.61 | 8/8/2018 | 00007742AA | 6/4/2018 | $21.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02700 | $847.61 | 8/8/2018 | 00007747AA-3388 | 6/4/2018 | $114.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02700 | $847.61 | 8/8/2018 | 00007748AA | 6/4/2018 | $14.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02700 | $847.61 | 8/8/2018 | 00007750AA | 6/4/2018 | $134.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02700 | $847.61 | 8/8/2018 | 00007752AA | 6/4/2018 | $114.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02700 | $847.61 | 8/8/2018 | 00007728AA-3385 | 6/4/2018 | $35.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01087 | $4,252.69 | 8/6/2018 | 0000002034-3378 | 7/23/2018 | $126.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00252 | $502.23 | 8/3/2018 | 00007444AA | 5/30/2018 | $159.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00252 | $502.23 | 8/3/2018 | 00007445AA | 5/30/2018 | $91.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00252 | $502.23 | 8/3/2018 | 00007446AA | 5/30/2018 | $159.99 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00252 | $502.23 | 8/3/2018 | 00007448AA | 5/30/2018 | $114.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00252 | $502.23 | 8/3/2018 | 00007449AA | 5/30/2018 | $14.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01087 | $4,252.69 | 8/6/2018 | 0000001161-3374 | 7/22/2018 | $75.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01087 | $4,252.69 | 8/6/2018 | 0000001358-3375 | 7/21/2018 | $75.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01087 | $4,252.69 | 8/6/2018 | 00007646AA | 6/1/2018 | $114.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01087 | $4,252.69 | 8/6/2018 | 0000001924-3377 | 7/22/2018 | $75.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03473 | $644.97 | 8/9/2018 | 0000001277-3389 | 7/26/2018 | $126.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01087 | $4,252.69 | 8/6/2018 | 0000131561 | 5/31/2018 | $570.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01087 | $4,252.69 | 8/6/2018 | 00007509AA | 5/31/2018 | $159.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01087 | $4,252.69 | 8/6/2018 | 00007510AA-3379 | 5/31/2018 | $114.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01087 | $4,252.69 | 8/6/2018 | 00007511AA-3380 | 5/31/2018 | $159.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01087 | $4,252.69 | 8/6/2018 | 00007512AA-3381 | 5/31/2018 | $121.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01087 | $4,252.69 | 8/6/2018 | 00007513AA-3382 | 5/31/2018 | $41.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01087 | $4,252.69 | 8/6/2018 | 00007641AA | 6/1/2018 | $1,400.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01087 | $4,252.69 | 8/6/2018 | 00007642AA | 6/1/2018 | $97.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01087 | $4,252.69 | 8/6/2018 | 0000001798-3376 | 7/22/2018 | $63.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07449 | $1,905.68 | 8/16/2018 | 00008323AA-3402 | 6/12/2018 | $119.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04938 | $1,533.08 | 8/13/2018 | 00008133AA | 6/8/2018 | $112.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04938 | $1,533.08 | 8/13/2018 | 00008134AA | 6/8/2018 | $159.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04938 | $1,533.08 | 8/13/2018 | 00008135AA | 6/8/2018 | $70.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06610 | $150.00 | 8/15/2018 | 0000001654-3400 | 8/1/2018 | $75.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06610 | $150.00 | 8/15/2018 | 0000002323-3401 | 8/1/2018 | $75.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07449 | $1,905.68 | 8/16/2018 | 00008317AA | 6/12/2018 | $114.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07449 | $1,905.68 | 8/16/2018 | 00008319AA | 6/12/2018 | $112.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02700 | $847.61 | 8/8/2018 | 00007754AA | 6/4/2018 | $134.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07449 | $1,905.68 | 8/16/2018 | 00008322AA | 6/12/2018 | $112.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04938 | $1,533.08 | 8/13/2018 | 00008016AA | 6/7/2018 | $114.71 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07449 | $1,905.68 | 8/16/2018 | 00008324AA | 6/12/2018 | $44.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07449 | $1,905.68 | 8/16/2018 | 00008326AA | 6/12/2018 | $44.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07449 | $1,905.68 | 8/16/2018 | 00008329AA | 6/12/2018 | $125.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07449 | $1,905.68 | 8/16/2018 | 00008330AA | 6/12/2018 | $35.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07449 | $1,905.68 | 8/16/2018 | 00008331AA | 6/12/2018 | $112.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07449 | $1,905.68 | 8/16/2018 | 00008335AA | 6/12/2018 | $114.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07449 | $1,905.68 | 8/16/2018 | 00008336AA | 6/12/2018 | $125.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15504 | $921.58 | 8/30/2018 | 00009248AA | 6/26/2018 | $44.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07449 | $1,905.68 | 8/16/2018 | 00008320AA | 6/12/2018 | $119.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04938 | $1,533.08 | 8/13/2018 | 0000001355-3395 | 7/28/2018 | $75.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07449 | $1,905.68 | 8/16/2018 | 00008338AA | 6/12/2018 | $159.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03473 | $644.97 | 8/9/2018 | 00007744AA | 6/5/2018 | $159.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03473 | $644.97 | 8/9/2018 | 00007863AA-3390 | 6/5/2018 | $31.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03473 | $644.97 | 8/9/2018 | 00007864AA-3391 | 6/5/2018 | $159.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03473 | $644.97 | 8/9/2018 | 00007865AA-3392 | 6/5/2018 | $159.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03473 | $644.97 | 8/9/2018 | 00007866AA-3393 | 6/5/2018 | $105.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04092 | $489.45 | 8/10/2018 | 0000001287-3394 | 7/27/2018 | $98.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04092 | $489.45 | 8/10/2018 | 00007954AA | 6/6/2018 | $112.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04938 | $1,533.08 | 8/13/2018 | 00008018AA | 6/7/2018 | $125.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04092 | $489.45 | 8/10/2018 | 00007956AA | 6/6/2018 | $159.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04938 | $1,533.08 | 8/13/2018 | 00008017AA | 6/7/2018 | $119.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04938 | $1,533.08 | 8/13/2018 | 0000001554-3396 | 7/28/2018 | $75.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04938 | $1,533.08 | 8/13/2018 | 0000002247-3397 | 7/28/2018 | $63.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04938 | $1,533.08 | 8/13/2018 | 00008011AA-3398 | 6/7/2018 | $114.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04938 | $1,533.08 | 8/13/2018 | 00008012AA-3399 | 6/7/2018 | $119.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04938 | $1,533.08 | 8/13/2018 | 00008013AA | 6/7/2018 | $159.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04938 | $1,533.08 | 8/13/2018 | 00008014AA | 6/7/2018 | $112.46 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04938 | $1,533.08 | 8/13/2018 | 00008015AA | 6/7/2018 | $112.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02700 | $847.61 | 8/8/2018 | 00007756AA | 6/4/2018 | $125.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04092 | $489.45 | 8/10/2018 | 00007955AA | 6/6/2018 | $119.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95682 | $2,624.84 | 7/26/2018 | 00006752AA | 5/22/2018 | $114.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95682 | $2,624.84 | 7/26/2018 | 00006766AA | 5/22/2018 | $125.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95682 | $2,624.84 | 7/26/2018 | 00006743AA | 5/22/2018 | $187.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95682 | $2,624.84 | 7/26/2018 | 00006744AA | 5/22/2018 | $31.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95682 | $2,624.84 | 7/26/2018 | 00006745AA | 5/22/2018 | $159.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95682 | $2,624.84 | 7/26/2018 | 00006746AA | 5/22/2018 | $56.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95682 | $2,624.84 | 7/26/2018 | 00006747AA | 5/22/2018 | $187.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95682 | $2,624.84 | 7/26/2018 | 00006748AA | 5/22/2018 | $42.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95682 | $2,624.84 | 7/26/2018 | 0000130851 | 5/22/2018 | $427.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95682 | $2,624.84 | 7/26/2018 | 00006751AA | 5/22/2018 | $104.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95682 | $2,624.84 | 7/26/2018 | 0000001410-3473 | 7/12/2018 | $63.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95682 | $2,624.84 | 7/26/2018 | 00006753AA | 5/22/2018 | $91.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95682 | $2,624.84 | 7/26/2018 | 00006754AA | 5/22/2018 | $182.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95682 | $2,624.84 | 7/26/2018 | 00006758AA | 5/22/2018 | $139.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95682 | $2,624.84 | 7/26/2018 | 00006760AA | 5/22/2018 | $14.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95682 | $2,624.84 | 7/26/2018 | 00006761AA-3474 | 5/22/2018 | $63.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95682 | $2,624.84 | 7/26/2018 | 00006761AA-3475 | 5/22/2018 | $98.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95682 | $2,624.84 | 7/26/2018 | 00006763AA | 5/22/2018 | $182.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15504 | $921.58 | 8/30/2018 | 00009246AA | 6/26/2018 | $17.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95682 | $2,624.84 | 7/26/2018 | 00006750AA | 5/22/2018 | $159.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93100 | $1,025.17 | 7/23/2018 | 00006712AA | 5/18/2018 | $114.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92215 | $596.99 | 7/20/2018 | 00006586AA | 5/16/2018 | $159.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92215 | $596.99 | 7/20/2018 | 00006587AA | 5/16/2018 | $14.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93100 | $1,025.17 | 7/23/2018 | 0000001574-3464 | 7/8/2018 | $75.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93100 | $1,025.17 | 7/23/2018 | 00006644AA | 5/17/2018 | $35.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93100 | $1,025.17 | 7/23/2018 | 00006645AA | 5/17/2018 | $97.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93100 | $1,025.17 | 7/23/2018 | 00006646AA | 5/17/2018 | $159.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93100 | $1,025.17 | 7/23/2018 | 00006647AA | 5/17/2018 | $139.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95682 | $2,624.84 | 7/26/2018 | 00006742AA | 5/22/2018 | $199.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93100 | $1,025.17 | 7/23/2018 | 00006649AA | 5/17/2018 | $143.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96318 | $218.41 | 7/27/2018 | 0000001730-3476 | 7/13/2018 | $126.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93100 | $1,025.17 | 7/23/2018 | 00006713AA | 5/18/2018 | $126.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93100 | $1,025.17 | 7/23/2018 | 00006714AA | 5/18/2018 | $63.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93100 | $1,025.17 | 7/23/2018 | 00006715AA-3465 | 5/18/2018 | $35.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94097 | $75.00 | 7/24/2018 | 0000001146-3466 | 7/10/2018 | $35.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94097 | $75.00 | 7/24/2018 | 0000001193-3468 | 7/10/2018 | $126.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94097 | $75.00 | 7/24/2018 | 0000001263-3469 | 7/10/2018 | $150.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94097 | $75.00 | 7/24/2018 | 0000001924-3470 | 7/10/2018 | $63.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94836 | $75.00 | 7/25/2018 | 0000001831-3471 | 7/11/2018 | $75.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93100 | $1,025.17 | 7/23/2018 | 00006648AA | 5/17/2018 | $35.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99615 | $1,567.72 | 8/2/2018 | 00007345AA | 5/29/2018 | $114.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95682 | $2,624.84 | 7/26/2018 | 00006765AA | 5/22/2018 | $70.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97161 | $1,739.15 | 7/30/2018 | 00007124AA | 5/25/2018 | $159.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99615 | $1,567.72 | 8/2/2018 | 0000001733-3483 | 7/19/2018 | $63.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99615 | $1,567.72 | 8/2/2018 | 00007335AA | 5/29/2018 | $159.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99615 | $1,567.72 | 8/2/2018 | 00007337AA | 5/29/2018 | $315.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99615 | $1,567.72 | 8/2/2018 | 00007338AA | 5/29/2018 | $112.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99615 | $1,567.72 | 8/2/2018 | 00007340AA | 5/29/2018 | $112.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97161 | $1,739.15 | 7/30/2018 | 00007122AA | 5/25/2018 | $315.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99615 | $1,567.72 | 8/2/2018 | 00007344AA | 5/29/2018 | $139.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97161 | $1,739.15 | 7/30/2018 | 00007121AA | 5/25/2018 | $159.99 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99615 | $1,567.72 | 8/2/2018 | 00007346AA | 5/29/2018 | $35.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99615 | $1,567.72 | 8/2/2018 | 00007347AA | 5/29/2018 | $159.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99615 | $1,567.72 | 8/2/2018 | 00007348AA | 5/29/2018 | $114.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99615 | $1,567.72 | 8/2/2018 | 00007349AA | 5/29/2018 | $159.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99615 | $1,567.72 | 8/2/2018 | 00007350AA | 5/29/2018 | $14.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99615 | $1,567.72 | 8/2/2018 | 00007351AA | 5/29/2018 | $42.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99615 | $1,567.72 | 8/2/2018 | 00007365AA | 5/29/2018 | $114.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99615 | $1,567.72 | 8/2/2018 | 00007366AA | 5/29/2018 | $87.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99615 | $1,567.72 | 8/2/2018 | 00007342AA | 5/29/2018 | $44.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97161 | $1,739.15 | 7/30/2018 | 0000001644-3479 | 7/15/2018 | $126.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96318 | $218.41 | 7/27/2018 | 00006967AA | 5/23/2018 | $125.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96318 | $218.41 | 7/27/2018 | 00006968AA | 5/23/2018 | $14.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96318 | $218.41 | 7/27/2018 | 00006969AA | 5/23/2018 | $14.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96318 | $218.41 | 7/27/2018 | 00006970AA | 5/23/2018 | $322.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96318 | $218.41 | 7/27/2018 | 00006971AA | 5/23/2018 | $114.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96318 | $218.41 | 7/27/2018 | 00006972AA | 5/23/2018 | $134.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96318 | $218.41 | 7/27/2018 | 00006973AA | 5/23/2018 | $22.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97161 | $1,739.15 | 7/30/2018 | 00007123AA | 5/25/2018 | $114.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97161 | $1,739.15 | 7/30/2018 | 0000001478-3478 | 7/15/2018 | $126.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92215 | $596.99 | 7/20/2018 | 0000001317-3462 | 7/6/2018 | $63.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97161 | $1,739.15 | 7/30/2018 | 0000001684-3480 | 7/14/2018 | $126.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97161 | $1,739.15 | 7/30/2018 | 0000002247-3481 | 7/15/2018 | $63.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97161 | $1,739.15 | 7/30/2018 | 00007053AA | 5/24/2018 | $35.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97161 | $1,739.15 | 7/30/2018 | 00007054AA | 5/24/2018 | $70.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97161 | $1,739.15 | 7/30/2018 | 00007117AA | 5/25/2018 | $71.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97161 | $1,739.15 | 7/30/2018 | 00007118AA | 5/25/2018 | $70.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97161 | $1,739.15 | 7/30/2018 | 00007119AA | 5/25/2018 | $112.46 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97161 | $1,739.15 | 7/30/2018 | 00007120AA | 5/25/2018 | $114.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97161 | $1,739.15 | 7/30/2018 | 0000001074-3477 | 7/14/2018 | $75.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16973 | $1,177.98 | 9/4/2018 | 00009474AA | 6/29/2018 | $70.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92215 | $596.99 | 7/20/2018 | 0000130808 | 5/16/2018 | $162.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16973 | $1,177.98 | 9/4/2018 | 00009466AA | 6/29/2018 | $28.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16973 | $1,177.98 | 9/4/2018 | 00009467AA | 6/29/2018 | $28.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16973 | $1,177.98 | 9/4/2018 | 00009468AA | 6/29/2018 | $134.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16973 | $1,177.98 | 9/4/2018 | 00009469AA | 6/29/2018 | $44.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16973 | $1,177.98 | 9/4/2018 | 00009470AA | 6/29/2018 | $182.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16973 | $1,177.98 | 9/4/2018 | 00009471AA | 6/29/2018 | $97.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16973 | $1,177.98 | 9/4/2018 | 00009330AA | 6/27/2018 | $119.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16973 | $1,177.98 | 9/4/2018 | 00009473AA | 6/29/2018 | $44.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16973 | $1,177.98 | 9/4/2018 | 00009328AA | 6/27/2018 | $49.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17993 | $63.00 | 9/5/2018 | 0000001748-3440 | 8/22/2018 | $63.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18730 | $3,128.95 | 9/6/2018 | 0000001888-3441 | 8/23/2018 | $126.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18730 | $3,128.95 | 9/6/2018 | 00009578AA | 7/3/2018 | $70.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18730 | $3,128.95 | 9/6/2018 | 00009579AA | 7/3/2018 | $159.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18730 | $3,128.95 | 9/6/2018 | 00009580AA | 7/3/2018 | $126.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18730 | $3,128.95 | 9/6/2018 | 00009581AA | 7/3/2018 | $97.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18730 | $3,128.95 | 9/6/2018 | 00009582AA | 7/3/2018 | $97.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18730 | $3,128.95 | 9/6/2018 | 00009583AA | 7/3/2018 | $159.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16973 | $1,177.98 | 9/4/2018 | 00009472AA | 6/29/2018 | $125.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15504 | $921.58 | 8/30/2018 | 00009258AA | 6/26/2018 | $119.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15504 | $921.58 | 8/30/2018 | 00009249AA | 6/26/2018 | $91.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15504 | $921.58 | 8/30/2018 | 00009250AA | 6/26/2018 | $37.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15504 | $921.58 | 8/30/2018 | 00009251AA | 6/26/2018 | $91.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15504 | $921.58 | 8/30/2018 | 00009252AA | 6/26/2018 | $97.46 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15504 | $921.58 | 8/30/2018 | 00009253AA | 6/26/2018 | $159.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15504 | $921.58 | 8/30/2018 | 00009254AA | 6/26/2018 | $44.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15504 | $921.58 | 8/30/2018 | 00009255AA | 6/26/2018 | $125.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16973 | $1,177.98 | 9/4/2018 | 00009390AA | 6/28/2018 | $125.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15504 | $921.58 | 8/30/2018 | 00009257AA | 6/26/2018 | $159.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18730 | $3,128.95 | 9/6/2018 | 00009586AA | 7/3/2018 | $119.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15504 | $921.58 | 8/30/2018 | 00009259AA | 6/26/2018 | $14.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16973 | $1,177.98 | 9/4/2018 | 0000001221-3432 | 8/18/2018 | $63.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16973 | $1,177.98 | 9/4/2018 | 0000001278-3433 | 8/18/2018 | $63.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16973 | $1,177.98 | 9/4/2018 | 0000001773-3434 | 8/18/2018 | $63.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16973 | $1,177.98 | 9/4/2018 | 0000001814-3435 | 8/17/2018 | $63.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16973 | $1,177.98 | 9/4/2018 | 0000001814-3436 | 8/19/2018 | $75.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16973 | $1,177.98 | 9/4/2018 | 0000001974-3438 | 8/20/2018 | $75.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16973 | $1,177.98 | 9/4/2018 | 0000002056-3439 | 8/21/2018 | $252.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15504 | $921.58 | 8/30/2018 | 00009256AA | 6/26/2018 | $35.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90666 | $946.39 | 7/18/2018 | 00006478AA-3458 | 5/14/2018 | $262.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90666 | $946.39 | 7/18/2018 | 0000001490-3454 | 7/4/2018 | $126.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90666 | $946.39 | 7/18/2018 | 0000001574-3455 | 7/3/2018 | $35.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90666 | $946.39 | 7/18/2018 | 00006471AA | 5/14/2018 | $98.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90666 | $946.39 | 7/18/2018 | 00006472AA | 5/14/2018 | $98.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90666 | $946.39 | 7/18/2018 | 00006473AA | 5/14/2018 | $70.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90666 | $946.39 | 7/18/2018 | 00006474AA | 5/14/2018 | $44.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90666 | $946.39 | 7/18/2018 | 00006475AA | 5/14/2018 | $182.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18730 | $3,128.95 | 9/6/2018 | 00009584AA | 7/3/2018 | $20.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90666 | $946.39 | 7/18/2018 | 00006477AA-3457 | 5/14/2018 | $17.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19239 | $201.00 | 9/7/2018 | 0000001684-3450 | 8/24/2018 | $126.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90666 | $946.39 | 7/18/2018 | 00006479AA-3459 | 5/14/2018 | $42.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90666 | $946.39 | 7/18/2018 | 00006480AA-3460 | 5/14/2018 | $21.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90666 | $946.39 | 7/18/2018 | 00006481AA-3461 | 5/14/2018 | $52.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90666 | $946.39 | 7/18/2018 | 00006482AA | 5/14/2018 | $14.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91555 | $147.00 | 7/19/2018 | 00006527AA | 5/15/2018 | $14.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91555 | $147.00 | 7/19/2018 | 00006528AA | 5/15/2018 | $14.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91555 | $147.00 | 7/19/2018 | 00006529AA | 5/15/2018 | $119.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99615 | $1,567.72 | 8/2/2018 | 00007367AA | 5/29/2018 | $134.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90666 | $946.39 | 7/18/2018 | 00006476AA-3456 | 5/14/2018 | $18.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18730 | $3,128.95 | 9/6/2018 | 00009623AA-3446 | 7/3/2018 | $159.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92215 | $596.99 | 7/20/2018 | 0000130806 | 5/16/2018 | $324.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18730 | $3,128.95 | 9/6/2018 | 00009587AA | 7/3/2018 | $97.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18730 | $3,128.95 | 9/6/2018 | 00009588AA | 7/3/2018 | $449.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18730 | $3,128.95 | 9/6/2018 | 00009616AA | 7/3/2018 | $97.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18730 | $3,128.95 | 9/6/2018 | 00009617AA | 7/3/2018 | $21.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18730 | $3,128.95 | 9/6/2018 | 00009618AA | 7/3/2018 | $70.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18730 | $3,128.95 | 9/6/2018 | 00009619AA-3442 | 7/3/2018 | $119.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18730 | $3,128.95 | 9/6/2018 | 00009620AA-3443 | 7/3/2018 | $97.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90666 | $946.39 | 7/18/2018 | 0000001263-3453 | 7/4/2018 | $63.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18730 | $3,128.95 | 9/6/2018 | 00009622AA-3445 | 7/3/2018 | $14.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19239 | $201.00 | 9/7/2018 | 0000001888-3451 | 8/24/2018 | $75.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18730 | $3,128.95 | 9/6/2018 | 00009624AA-3447 | 7/3/2018 | $112.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18730 | $3,128.95 | 9/6/2018 | 00009625AA-3448 | 7/3/2018 | $35.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18730 | $3,128.95 | 9/6/2018 | 00009626AA-3449 | 7/3/2018 | $97.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18730 | $3,128.95 | 9/6/2018 | 00009627AA | 7/3/2018 | $119.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18730 | $3,128.95 | 9/6/2018 | 00009628AA | 7/3/2018 | $238.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18730 | $3,128.95 | 9/6/2018 | 00009629AA | 7/3/2018 | $159.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18730 | $3,128.95 | 9/6/2018 | 00009630AA | 7/3/2018 | $139.99 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18730 | $3,128.95 | 9/6/2018 | 00009585AA | 7/3/2018 | $27.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18730 | $3,128.95 | 9/6/2018 | 00009621AA-3444 | 7/3/2018 | $97.49 |

**Totals:** **29 transfer(s),** **$30,811.96**