**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **ManpowerGroup Inc. fdba Manpower Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009022 | $13,595.93 | 9/18/2018 | 32194123 | 12/10/2017 | $1,996.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034002 | $28,063.24 | 8/6/2018 | 40013686 | 5/3/2018 | $3,336.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034002 | $28,063.24 | 8/6/2018 | 40013701 | 5/4/2018 | $714.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034002 | $28,063.24 | 8/6/2018 | 40013928 | 5/10/2018 | $4,370.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034002 | $28,063.24 | 8/6/2018 | 40013941 | 5/16/2018 | $651.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034002 | $28,063.24 | 8/6/2018 | 40014146 | 5/17/2018 | $6,074.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034002 | $28,063.24 | 8/6/2018 | 40014394 | 5/24/2018 | $9,343.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034671 | $25,504.99 | 9/6/2018 | 40014582 | 5/31/2018 | $9,106.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034671 | $25,504.99 | 9/6/2018 | 40014613 | 6/4/2018 | $714.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034671 | $25,504.99 | 9/6/2018 | 40015113 | 6/7/2018 | $8,936.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034671 | $25,504.99 | 9/6/2018 | 40015140 | 6/12/2018 | $571.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034671 | $25,504.99 | 9/6/2018 | 40015504 | 6/21/2018 | $6,176.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983918 | $1,176.47 | 7/25/2018 | 32868939 | 6/17/2018 | $1,176.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034002 | $28,063.24 | 8/6/2018 | 40013190 | 4/26/2018 | $3,572.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009022 | $13,595.93 | 9/18/2018 | 32163866 | 12/3/2017 | $1,877.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009022 | $13,595.93 | 9/18/2018 | 32579218 | 3/25/2018 | $778.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009022 | $13,595.93 | 9/18/2018 | 32223250 | 12/17/2017 | $1,385.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009022 | $13,595.93 | 9/18/2018 | 32249140 | 12/24/2017 | $831.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009022 | $13,595.93 | 9/18/2018 | 32272703 | 12/31/2017 | $2,022.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009022 | $13,595.93 | 9/18/2018 | 32342018 | 1/21/2018 | $674.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009022 | $13,595.93 | 9/18/2018 | 32374397 | 1/28/2018 | $203.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009022 | $13,595.93 | 9/18/2018 | 32405595 | 2/4/2018 | $19.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009022 | $13,595.93 | 9/18/2018 | 32449588 | 2/18/2018 | $1,371.79 |

ManpowerGroup Inc. fdba Manpower Inc. (2230519)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                    Exhibit A                                    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009022 | $13,595.93 | 9/18/2018 | 32479614 | 2/25/2018 | $825.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009022 | $13,595.93 | 9/18/2018 | 32506751 | 3/4/2018 | $575.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009022 | $13,595.93 | 9/18/2018 | 32506755 | 3/4/2018 | $11.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009022 | $13,595.93 | 9/18/2018 | 32532472 | 3/11/2018 | $523.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009022 | $13,595.93 | 9/18/2018 | 32555370 | 3/18/2018 | $499.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990107 | $1,045.93 | 8/9/2018 | 32135845 | 11/26/2017 | $1,045.93 |

Totals:    5 transfer(s),    $69,386.56

ManpowerGroup Inc. fdba Manpower Inc. (2230519)
Bankruptcy Case: Sears Holdings Corporation, et al.
Mar 27, 2020

Exhibit A

P. 2