**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **ManpowerGroup Inc. fdba Manpower Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742098 | $23,447.53 | 8/2/2018 | 32851010-IN | 6/10/2018 | $866.80 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741853 | $2,190.80 | 7/23/2018 | 32774464-IN | 5/20/2018 | $994.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742098 | $23,447.53 | 8/2/2018 | 32968861-IN | 7/15/2018 | $598.40 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742098 | $23,447.53 | 8/2/2018 | 32946258-IN | 7/8/2018 | $769.29 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742098 | $23,447.53 | 8/2/2018 | 32946027-IN | 7/8/2018 | $478.72 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742098 | $23,447.53 | 8/2/2018 | 32923236-IN | 7/1/2018 | $715.11 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742098 | $23,447.53 | 8/2/2018 | 32923022-IN | 7/1/2018 | $598.40 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742098 | $23,447.53 | 8/2/2018 | 32897657-IN | 6/24/2018 | $693.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742098 | $23,447.53 | 8/2/2018 | 32897363-IN | 6/24/2018 | $448.80 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742098 | $23,447.53 | 8/2/2018 | 32989733-IN | 7/22/2018 | $478.72 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742098 | $23,447.53 | 8/2/2018 | 32870951-IN | 6/17/2018 | $598.40 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742098 | $23,447.53 | 8/2/2018 | 32989885-IN | 7/22/2018 | $866.80 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742098 | $23,447.53 | 8/2/2018 | 32850609-IN | 6/10/2018 | $598.40 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742098 | $23,447.53 | 8/2/2018 | 32827041-IN | 6/7/2018 | $12,382.01 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742098 | $23,447.53 | 8/2/2018 | 32825355-IN | 6/3/2018 | $795.20 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742098 | $23,447.53 | 8/2/2018 | 32824841-IN | 6/3/2018 | $693.44 |

ManpowerGroup Inc. fdba Manpower Inc. (2230519)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                        Exhibit B                                        P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742098 | $23,447.53 | 8/2/2018 | 32824437-IN | 6/3/2018 | $478.72 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742034 | $2,285.84 | 7/31/2018 | 32803227-IN | 5/27/2018 | $994.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742034 | $2,285.84 | 7/31/2018 | 32801790-IN | 5/27/2018 | $693.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742034 | $2,285.84 | 7/31/2018 | 32801399-IN | 5/27/2018 | $598.40 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741853 | $2,190.80 | 7/23/2018 | 32774795-IN | 5/20/2018 | $1,196.80 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742098 | $23,447.53 | 8/2/2018 | 32871248-IN | 6/17/2018 | $520.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743326 | $2,260.89 | 10/1/2018 | 33014799-IN | 7/29/2018 | $866.80 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743421 | $2,424.80 | 10/9/2018 | 33037741-IN | 8/5/2018 | $892.82 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743421 | $2,424.80 | 10/9/2018 | 33037229-IN | 8/5/2018 | $736.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743371 | $6,196.30 | 10/3/2018 | 33016427-IN | 7/29/2018 | $907.03 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743371 | $6,196.30 | 10/3/2018 | 32991993-IN | 7/22/2018 | $795.20 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743371 | $6,196.30 | 10/3/2018 | 32970978-IN | 7/15/2018 | $925.67 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743371 | $6,196.30 | 10/3/2018 | 32946092-IN | 7/8/2018 | $702.40 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743371 | $6,196.30 | 10/3/2018 | 32923945-IN | 7/1/2018 | $878.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743371 | $6,196.30 | 10/3/2018 | 32870909-IN | 6/17/2018 | $994.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742098 | $23,447.53 | 8/2/2018 | 32969481-IN | 7/15/2018 | $866.80 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743326 | $2,260.89 | 10/1/2018 | 33016011-IN | 7/29/2018 | $795.69 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743421 | $2,424.80 | 10/9/2018 | 33038060-IN | 8/5/2018 | $795.20 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743326 | $2,260.89 | 10/1/2018 | 33014471-IN | 7/29/2018 | $598.40 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743143 | $823.13 | 9/24/2018 | 32987133-IN | 7/22/2018 | $823.13 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743043 | $812.15 | 9/18/2018 | 32965629-IN | 7/15/2018 | $812.15 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742765 | $11,187.64 | 9/6/2018 | 32927125-IN | 7/5/2018 | $9,958.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742765 | $11,187.64 | 9/6/2018 | 32893157-IN | 6/24/2018 | $1,229.20 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742735 | $13,236.73 | 9/4/2018 | 32827067-IN | 6/7/2018 | $3,912.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742735 | $13,236.73 | 9/4/2018 | 32707677-IN | 5/3/2018 | $3,216.30 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742735 | $13,236.73 | 9/4/2018 | 32608350-IN | 4/5/2018 | $3,209.68 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742735 | $13,236.73 | 9/4/2018 | 32484104-IN | 3/1/2018 | $2,898.63 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743371 | $6,196.30 | 10/3/2018 | 32849184-IN | 6/10/2018 | $994.00 |

**Totals:    10 transfer(s),    $64,865.81**