**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Mode Distributing, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132807 | $17,417.58 | 8/13/2018 | 5055196 | 7/20/2018 | $444.88 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132854 | $5,244.47 | 8/28/2018 | 5055692 | 8/8/2016 | $759.11 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132807 | $17,417.58 | 8/13/2018 | 5054997 | 7/16/2018 | $2,433.44 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132807 | $17,417.58 | 8/13/2018 | 5054998 | 7/16/2018 | $3,744.30 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132807 | $17,417.58 | 8/13/2018 | 5055137 | 7/19/2018 | $1,079.81 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132807 | $17,417.58 | 8/13/2018 | 5055192 | 7/20/2018 | $5,922.23 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132807 | $17,417.58 | 8/13/2018 | 5055193 | 7/20/2018 | $2,312.84 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132706 | $9,619.24 | 8/7/2018 | 5054837 | 7/9/2018 | $2,529.27 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132807 | $17,417.58 | 8/13/2018 | 5055195 | 7/20/2018 | $940.68 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132706 | $9,619.24 | 8/7/2018 | 5054836 | 7/9/2018 | $2,203.60 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132854 | $5,244.47 | 8/28/2018 | 5055232 | 7/23/2018 | $69.30 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132854 | $5,244.47 | 8/28/2018 | 5055233 | 7/24/2018 | $2,901.06 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132854 | $5,244.47 | 8/28/2018 | 5055377 | 7/30/2018 | $2,068.96 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132854 | $5,244.47 | 8/28/2018 | 5055378 | 7/30/2018 | $593.64 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132854 | $5,244.47 | 8/28/2018 | 5055379 | 7/30/2018 | $1,036.10 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132854 | $5,244.47 | 8/28/2018 | 5055380 | 7/30/2018 | $2,332.20 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132648 | $178.50 | 7/23/2018 | 5054157-1 | 6/5/2018 | $128.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132807 | $17,417.58 | 8/13/2018 | 5055194 | 7/20/2018 | $64.86 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132671 | $29,313.28 | 7/30/2018 | 5054691 | 7/3/2018 | $333.58 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132648 | $178.50 | 7/23/2018 | 5054157-2 | 6/5/2018 | $128.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132671 | $29,313.28 | 7/30/2018 | 5054667 | 7/3/2018 | $4,629.30 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132671 | $29,313.28 | 7/30/2018 | 5054683 | 7/3/2018 | $3,648.15 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132671 | $29,313.28 | 7/30/2018 | 5054684 | 7/3/2018 | $2,256.56 |

Mode Distributing, LLC (2230530)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                                    Exhibit A                                                    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132671 | $29,313.28 | 7/30/2018 | 5054685 | 7/3/2018 | $2,945.72 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132671 | $29,313.28 | 7/30/2018 | 5054686 | 7/3/2018 | $1,168.48 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132807 | $17,417.58 | 8/13/2018 | 5054996 | 7/16/2018 | $474.54 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132671 | $29,313.28 | 7/30/2018 | 5054688 | 7/3/2018 | $2,288.64 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132891 | $10,830.26 | 9/10/2018 | 5055683 | 8/8/2018 | $208.44 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132671 | $29,313.28 | 7/30/2018 | 5054692 | 7/3/2018 | $1,342.70 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132671 | $29,313.28 | 7/30/2018 | 5054693 | 7/3/2018 | $1,273.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132671 | $29,313.28 | 7/30/2018 | 5054694 | 7/3/2018 | $1,078.05 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132671 | $29,313.28 | 7/30/2018 | 5054695 | 7/3/2018 | $3,847.14 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132706 | $9,619.24 | 8/7/2018 | 5054833 | 7/9/2018 | $1,860.04 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132706 | $9,619.24 | 8/7/2018 | 5054834 | 7/9/2018 | $1,096.12 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132706 | $9,619.24 | 8/7/2018 | 5054835 | 7/9/2018 | $1,930.21 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132671 | $29,313.28 | 7/30/2018 | 5054687 | 7/3/2018 | $4,759.30 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132945 | $26,489.93 | 10/1/2018 | 5056286 | 9/4/2018 | $963.90 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132854 | $5,244.47 | 8/28/2018 | 5055381 | 7/30/2018 | $683.40 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132927 | $7,491.21 | 9/24/2018 | 5056136 | 8/28/2018 | $1,832.50 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132945 | $26,489.93 | 10/1/2018 | 5056280 | 9/4/2018 | $1,499.90 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132945 | $26,489.93 | 10/1/2018 | 5056281 | 9/4/2018 | $6,890.01 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132945 | $26,489.93 | 10/1/2018 | 5056282 | 9/4/2018 | $2,686.03 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132945 | $26,489.93 | 10/1/2018 | 5056283 | 9/4/2018 | $3,481.80 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132927 | $7,491.21 | 9/24/2018 | 5056132 | 8/28/2018 | $2,696.60 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132945 | $26,489.93 | 10/1/2018 | 5056285 | 9/4/2018 | $7,068.60 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132915 | $19,984.14 | 9/19/2018 | 5055967 | 8/21/2018 | $1,402.98 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132945 | $26,489.93 | 10/1/2018 | 5056287 | 9/4/2018 | $2,626.69 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132970 | $9,479.60 | 10/10/2018 | 5056490 | 9/11/2018 | $1,069.76 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132970 | $9,479.60 | 10/10/2018 | 5056497 | 9/11/2018 | $2,273.31 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132970 | $9,479.60 | 10/10/2018 | 5056498 | 9/11/2018 | $1,385.56 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132970 | $9,479.60 | 10/10/2018 | 5056499 | 9/11/2018 | $1,273.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132970 | $9,479.60 | 10/10/2018 | 5056500 | 9/11/2018 | $734.30 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132970 | $9,479.60 | 10/10/2018 | 5056501 | 9/11/2018 | $1,096.12 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132945 | $26,489.93 | 10/1/2018 | 5056284 | 9/4/2018 | $1,273.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132915 | $19,984.14 | 9/19/2018 | 5055945 | 8/21/2018 | $3,470.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132891 | $10,830.26 | 9/10/2018 | 5055684 | 8/8/2018 | $69.70 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132891 | $10,830.26 | 9/10/2018 | 5055685 | 8/8/2018 | $940.68 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132891 | $10,830.26 | 9/10/2018 | 5055693 | 8/8/2018 | $930.63 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132891 | $10,830.26 | 9/10/2018 | 5055694 | 8/8/2018 | $2,322.89 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132891 | $10,830.26 | 9/10/2018 | 5055754 | 8/13/2018 | $1,025.82 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132891 | $10,830.26 | 9/10/2018 | 5055790 | 8/14/2018 | $1,388.24 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132927 | $7,491.21 | 9/24/2018 | 5056133 | 8/28/2018 | $2,962.11 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132891 | $10,830.26 | 9/10/2018 | 5055792 | 8/14/2018 | $689.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132970 | $9,479.60 | 10/10/2018 | 5056502 | 9/11/2018 | $1,647.55 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132915 | $19,984.14 | 9/19/2018 | 5055948 | 8/21/2018 | $1,008.35 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132915 | $19,984.14 | 9/19/2018 | 5055955 | 8/21/2018 | $2,955.37 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132915 | $19,984.14 | 9/19/2018 | 5055957 | 8/21/2018 | $26.22 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132915 | $19,984.14 | 9/19/2018 | 5055959 | 8/21/2018 | $291.47 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132915 | $19,984.14 | 9/19/2018 | 5055961 | 8/21/2018 | $54.60 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132915 | $19,984.14 | 9/19/2018 | 5055963 | 8/21/2018 | $3,139.55 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132915 | $19,984.14 | 9/19/2018 | 5055965 | 8/21/2018 | $7,635.60 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132891 | $10,830.26 | 9/10/2018 | 5055791 | 8/14/2018 | $3,254.86 |

Totals:    10 transfer(s),    $136,048.21