**ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Mode Distributing, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| StarWest, LLC | StarWest, LLC | 63719 | $1,525.38 | 8/20/2018 | 5055249 | 7/24/2018 | $1,525.38 |
| StarWest, LLC | StarWest, LLC | 63596 | $9,469.64 | 7/30/2018 | 5054652 | 7/3/2018 | $2,964.02 |
| StarWest, LLC | StarWest, LLC | 63596 | $9,469.64 | 7/30/2018 | 5054653 | 7/3/2018 | $48.30 |
| StarWest, LLC | StarWest, LLC | 63596 | $9,469.64 | 7/30/2018 | 5054661 | 7/3/2018 | $5,746.43 |
| StarWest, LLC | StarWest, LLC | 63596 | $9,469.64 | 7/30/2018 | 5054704 | 7/2/2018 | $1,460.89 |
| StarWest, LLC | StarWest, LLC | 63623 | $3,269.66 | 8/7/2018 | 5054853 | 7/10/2018 | $854.58 |
| StarWest, LLC | StarWest, LLC | 63623 | $3,269.66 | 8/7/2018 | 5054855 | 7/10/2018 | $1,292.68 |
| StarWest, LLC | StarWest, LLC | 63623 | $3,269.66 | 8/7/2018 | 5054942 | 7/12/2018 | $1,122.40 |
| StarWest, LLC | StarWest, LLC | 63698 | $6,862.76 | 8/13/2018 | 5055068 | 7/18/2018 | $741.00 |
| StarWest, LLC | StarWest, LLC | 63698 | $6,862.76 | 8/13/2018 | 5055069 | 7/18/2018 | $836.09 |
| StarWest, LLC | StarWest, LLC | 63698 | $6,862.76 | 8/13/2018 | 5055076 | 7/18/2018 | $912.60 |
| StarWest, LLC | StarWest, LLC | 63570 | $835.24 | 7/23/2018 | 5054447 | 6/25/2018 | $835.24 |
| StarWest, LLC | StarWest, LLC | 63698 | $6,862.76 | 8/13/2018 | 5055154 | 7/19/2018 | $2,126.02 |
| StarWest, LLC | StarWest, LLC | 63905 | $4,921.15 | 10/10/2018 | 5056479 | 9/11/2018 | $1,487.20 |
| StarWest, LLC | StarWest, LLC | 63738 | $3,647.84 | 8/27/2018 | 5055371 | 7/30/2018 | $3,647.84 |
| StarWest, LLC | StarWest, LLC | 63765 | $4,037.10 | 9/4/2018 | 5055512 | 8/3/2018 | $3,064.05 |
| StarWest, LLC | StarWest, LLC | 63765 | $4,037.10 | 9/4/2018 | 5055513 | 8/3/2018 | $928.20 |
| StarWest, LLC | StarWest, LLC | 63765 | $4,037.10 | 9/4/2018 | 5055634 | 8/7/2018 | $44.85 |
| StarWest, LLC | StarWest, LLC | 63824 | $1,211.17 | 9/19/2018 | 5055974 | 8/21/2018 | $1,211.17 |
| StarWest, LLC | StarWest, LLC | 63845 | $3,936.67 | 9/26/2018 | 5055990 | 8/22/2018 | $206.50 |
| StarWest, LLC | StarWest, LLC | 63845 | $3,936.67 | 9/26/2018 | 5056015 | 8/22/2018 | $1,392.40 |
| StarWest, LLC | StarWest, LLC | 63845 | $3,936.67 | 9/26/2018 | 5056106 | 8/27/2018 | $637.87 |
| StarWest, LLC | StarWest, LLC | 63845 | $3,936.67 | 9/26/2018 | 5056135 | 8/28/2018 | $1,699.90 |
| StarWest, LLC | StarWest, LLC | 63905 | $4,921.15 | 10/10/2018 | 5056478 | 9/11/2018 | $3,433.95 |
| StarWest, LLC | StarWest, LLC | 63698 | $6,862.76 | 8/13/2018 | 5055077 | 7/18/2018 | $2,247.05 |

**Totals:**    **10 transfer(s),**    **$39,716.61**

Mode Distributing, LLC (2230530)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                    Exhibit B                                    P. 1