**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **Ontel Products Corporation** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990208 | $6,733.39 | 8/9/2018 | 2019557 | 6/25/2018 | $4,497.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993864 | $311.42 | 8/16/2018 | 2019564 | 6/25/2018 | $1,250.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983294 | $33,955.69 | 7/24/2018 | 2020983-4268 | 6/27/2018 | $1,147.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983294 | $33,955.69 | 7/24/2018 | 2020984 | 6/27/2018 | $2,314.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986748 | $5,792.09 | 7/31/2018 | 1979911-4264 | 3/21/2018 | $10,615.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986748 | $5,792.09 | 7/31/2018 | 2010659 | 5/31/2018 | $4,656.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986748 | $5,792.09 | 7/31/2018 | 2022229 | 7/3/2018 | $698.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986748 | $5,792.09 | 7/31/2018 | 2022232 | 7/3/2018 | $838.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983294 | $33,955.69 | 7/24/2018 | 2014338 | 6/11/2018 | $840.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986748 | $5,792.09 | 7/31/2018 | 2022247 | 7/3/2018 | $698.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983294 | $33,955.69 | 7/24/2018 | 2014337 | 6/11/2018 | $991.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990208 | $6,733.39 | 8/9/2018 | 2019563 | 6/25/2018 | $3,645.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990208 | $6,733.39 | 8/9/2018 | 2023946 | 7/5/2018 | $558.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993864 | $311.42 | 8/16/2018 | 2019555 | 6/25/2018 | $1,855.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993864 | $311.42 | 8/16/2018 | 2019556 | 6/25/2018 | $754.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993864 | $311.42 | 8/16/2018 | 2019558 | 6/25/2018 | $1,303.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993864 | $311.42 | 8/16/2018 | 2019559 | 6/25/2018 | $2,670.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993864 | $311.42 | 8/16/2018 | 2019560 | 6/25/2018 | $1,599.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979985 | $19,006.44 | 7/17/2018 | 2004627 | 5/21/2018 | $3,757.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986748 | $5,792.09 | 7/31/2018 | 2022246 | 7/3/2018 | $384.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983294 | $33,955.69 | 7/24/2018 | 2013808 | 6/11/2018 | $2,563.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979985 | $19,006.44 | 7/17/2018 | 2011606 | 6/4/2018 | $2,130.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979985 | $19,006.44 | 7/17/2018 | 2011608 | 6/4/2018 | $1,229.18 |

Ontel Products Corporation (2230486)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                   Exhibit A                                   P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780979985 | $19,006.44 | 7/17/2018 | 2013807 | 6/11/2018 | $3,031.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979985 | $19,006.44 | 7/17/2018 | 2013815 | 6/11/2018 | $1,457.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979985 | $19,006.44 | 7/17/2018 | 2014331 | 6/11/2018 | $7,628.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979985 | $19,006.44 | 7/17/2018 | 2014334 | 6/11/2018 | $2,432.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983294 | $33,955.69 | 7/24/2018 | 2013804 | 6/11/2018 | $1,191.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983294 | $33,955.69 | 7/24/2018 | 2020983-4266 | 6/27/2018 | $432.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983294 | $33,955.69 | 7/24/2018 | 2013806 | 6/11/2018 | $3,529.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993864 | $311.42 | 8/16/2018 | 2019565 | 6/25/2018 | $2,367.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983294 | $33,955.69 | 7/24/2018 | 2013812 | 6/11/2018 | $623.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983294 | $33,955.69 | 7/24/2018 | 2013813 | 6/11/2018 | $3,512.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983294 | $33,955.69 | 7/24/2018 | 2013814 | 6/11/2018 | $1,948.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983294 | $33,955.69 | 7/24/2018 | 2014330 | 6/11/2018 | $4,246.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983294 | $33,955.69 | 7/24/2018 | 2014332 | 6/11/2018 | $2,758.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983294 | $33,955.69 | 7/24/2018 | 2014333 | 6/11/2018 | $349.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983294 | $33,955.69 | 7/24/2018 | 2014335 | 6/11/2018 | $3,426.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983294 | $33,955.69 | 7/24/2018 | 2014336 | 6/11/2018 | $1,578.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983294 | $33,955.69 | 7/24/2018 | 2013805 | 6/11/2018 | $5,594.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012325 | $5,401.26 | 9/24/2018 | 2038220 | 8/6/2018 | $768.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993864 | $311.42 | 8/16/2018 | 2019562 | 6/25/2018 | $1,718.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008290 | $1,104.52 | 9/17/2018 | 2038215 | 8/6/2018 | $1,396.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008290 | $1,104.52 | 9/17/2018 | 2038222 | 8/6/2018 | $1,187.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008290 | $1,104.52 | 9/17/2018 | 2038228 | 8/6/2018 | $384.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008290 | $1,104.52 | 9/17/2018 | 2038235 | 8/6/2018 | $209.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012325 | $5,401.26 | 9/24/2018 | 2038216 | 8/6/2018 | $209.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012325 | $5,401.26 | 9/24/2018 | 2038217 | 8/6/2018 | $768.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004772 | $496.37 | 9/10/2018 | 2038472 | 8/7/2018 | $209.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012325 | $5,401.26 | 9/24/2018 | 2038219 | 8/6/2018 | $139.68 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004772 | $496.37 | 9/10/2018 | 2038444 | 8/7/2018 | $69.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012325 | $5,401.26 | 9/24/2018 | 2038221 | 8/6/2018 | $139.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012325 | $5,401.26 | 9/24/2018 | 2038223 | 8/6/2018 | $314.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012325 | $5,401.26 | 9/24/2018 | 2038224 | 8/6/2018 | $419.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012325 | $5,401.26 | 9/24/2018 | 2038225 | 8/6/2018 | $209.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012325 | $5,401.26 | 9/24/2018 | 2038229 | 8/6/2018 | $349.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012325 | $5,401.26 | 9/24/2018 | 2038234 | 8/6/2018 | $69.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012325 | $5,401.26 | 9/24/2018 | 2038236 | 8/6/2018 | $488.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012325 | $5,401.26 | 9/24/2018 | 2038237 | 8/6/2018 | $209.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012325 | $5,401.26 | 9/24/2018 | 2038218 | 8/6/2018 | $558.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997899 | $2,025.45 | 8/23/2018 | 2028752 | 7/13/2018 | $628.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993864 | $311.42 | 8/16/2018 | 2019566 | 6/25/2018 | $733.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993864 | $311.42 | 8/16/2018 | 2019568 | 6/25/2018 | $209.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997899 | $2,025.45 | 8/23/2018 | 2024128 | 7/6/2018 | $558.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997899 | $2,025.45 | 8/23/2018 | 2028737 | 7/13/2018 | $1,836.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997899 | $2,025.45 | 8/23/2018 | 2028738 | 7/13/2018 | $935.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997899 | $2,025.45 | 8/23/2018 | 2028745 | 7/13/2018 | $104.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997899 | $2,025.45 | 8/23/2018 | 2028746 | 7/13/2018 | $977.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008290 | $1,104.52 | 9/17/2018 | 2038214 | 8/6/2018 | $663.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997899 | $2,025.45 | 8/23/2018 | 2028751 | 7/13/2018 | $907.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012325 | $5,401.26 | 9/24/2018 | 2040173 | 8/9/2018 | $3,701.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001331 | $1,209.33 | 9/3/2018 | 2028739 | 7/13/2018 | $1,047.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001331 | $1,209.33 | 9/3/2018 | 2028740 | 7/13/2018 | $1,247.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001331 | $1,209.33 | 9/3/2018 | 2028747 | 7/13/2018 | $419.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001331 | $1,209.33 | 9/3/2018 | 2028748 | 7/13/2018 | $69.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001331 | $1,209.33 | 9/3/2018 | 2028753 | 7/13/2018 | $279.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004772 | $496.37 | 9/10/2018 | 2038436 | 8/7/2018 | $488.88 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004772 | $496.37 | 9/10/2018 | 2038439 | 8/7/2018 | $139.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004772 | $496.37 | 9/10/2018 | 2038440 | 8/7/2018 | $209.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997899 | $2,025.45 | 8/23/2018 | 2028750 | 7/13/2018 | $349.20 |

**Totals:**   **10 transfer(s),**   **$76,035.96**