**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **Ontel Products Corporation** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11499 | $5,323.44 | 8/23/2018 | 0000037772 | 8/3/2018 | $1,257.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01261 | $693.72 | 8/6/2018 | 0000028757 | 7/13/2018 | $733.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12114 | $1,936.92 | 8/24/2018 | 0000038260 | 8/6/2018 | $139.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12114 | $1,936.92 | 8/24/2018 | 0000038241 | 8/6/2018 | $512.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12114 | $1,936.92 | 8/24/2018 | 0000038230 | 8/6/2018 | $1,024.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12114 | $1,936.92 | 8/24/2018 | 0000038226 | 8/6/2018 | $419.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12114 | $1,936.92 | 8/24/2018 | 0000019325 | 6/22/2018 | $209.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11499 | $5,323.44 | 8/23/2018 | 0000037835 | 8/3/2018 | $558.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11499 | $5,323.44 | 8/23/2018 | 0000037784 | 8/3/2018 | $1,164.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11499 | $5,323.44 | 8/23/2018 | 0000037783 | 8/3/2018 | $1,187.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13145 | $2,920.44 | 8/27/2018 | 0000038232 | 8/6/2018 | $791.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11499 | $5,323.44 | 8/23/2018 | 0000037781 | 8/3/2018 | $139.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13145 | $2,920.44 | 8/27/2018 | 0000038233 | 8/6/2018 | $419.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11499 | $5,323.44 | 8/23/2018 | 0000037771 | 8/3/2018 | $3,305.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11499 | $5,323.44 | 8/23/2018 | 0000037770 | 8/3/2018 | $838.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11499 | $5,323.44 | 8/23/2018 | 0000019326 | 6/22/2018 | $1,187.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05108 | $419.04 | 8/13/2018 | 0000024146 | 7/6/2018 | $419.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04169 | $150.12 | 8/10/2018 | 0000022234 | 7/3/2018 | $209.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03583 | $1,098.84 | 8/9/2018 | 0000028756 | 7/13/2018 | $1,292.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03583 | $1,098.84 | 8/9/2018 | 0000024145 | 7/6/2018 | $279.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03583 | $1,098.84 | 8/9/2018 | 0000012647 | 6/6/2018 | $2,444.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03583 | $1,098.84 | 8/9/2018 | 0000012642 | 6/6/2018 | $419.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11499 | $5,323.44 | 8/23/2018 | 0000037782 | 8/3/2018 | $279.36 |

Ontel Products Corporation (2230486)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                           Exhibit B                                           P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14043 | $4,353.36 | 8/28/2018 | 0000038468 | 8/7/2018 | $465.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99729 | $1,722.72 | 8/2/2018 | 0000010650 | 5/31/2018 | $523.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94179 | $2,310.78 | 7/24/2018 | 0000022233 | 7/3/2018 | $349.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94179 | $2,310.78 | 7/24/2018 | 0000019324 | 6/22/2018 | $838.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94179 | $2,310.78 | 7/24/2018 | 0000019262 | 6/22/2018 | $2,199.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94179 | $2,310.78 | 7/24/2018 | 0000019260 | 6/22/2018 | $419.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94179 | $2,310.78 | 7/24/2018 | 0000010647 | 5/31/2018 | $465.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19263 | $2,291.52 | 9/7/2018 | 0000042334 | 8/15/2018 | $2,304.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17152 | $22,959.96 | 9/4/2018 | 0000042346 | 8/15/2018 | $16,831.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17152 | $22,959.96 | 9/4/2018 | 0000042335 | 8/15/2018 | $4,330.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13145 | $2,920.44 | 8/27/2018 | 0000038227 | 8/6/2018 | $419.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15606 | $9,847.44 | 8/30/2018 | 0000040923 | 8/10/2018 | $9,847.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99729 | $1,722.72 | 8/2/2018 | 0000028758 | 7/13/2018 | $1,606.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14043 | $4,353.36 | 8/28/2018 | 0000038261 | 8/6/2018 | $279.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14043 | $4,353.36 | 8/28/2018 | 0000038243 | 8/6/2018 | $698.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14043 | $4,353.36 | 8/28/2018 | 0000038242 | 8/6/2018 | $488.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14043 | $4,353.36 | 8/28/2018 | 0000038231 | 8/6/2018 | $2,421.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13145 | $2,920.44 | 8/27/2018 | 0000038470 | 8/7/2018 | $372.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13145 | $2,920.44 | 8/27/2018 | 0000038469 | 8/7/2018 | $186.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13145 | $2,920.44 | 8/27/2018 | 0000038467 | 8/7/2018 | $139.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13145 | $2,920.44 | 8/27/2018 | 0000038245 | 8/6/2018 | $372.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13145 | $2,920.44 | 8/27/2018 | 0000038244 | 8/6/2018 | $279.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17152 | $22,959.96 | 9/4/2018 | 0000042331 | 8/15/2018 | $1,955.52 |

**Totals:**    13 transfer(s),    $56,028.30