**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Pilot Automotive, Inc.** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995009 | $16,955.05 | 8/17/2018 | SI-3885152 | 6/26/2018 | $4,256.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990931 | $22,602.67 | 8/10/2018 | SI-3846341 | 4/27/2018 | $2,334.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990931 | $22,602.67 | 8/10/2018 | SI-3846342 | 4/27/2018 | $3,274.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990931 | $22,602.67 | 8/10/2018 | SI-3885673 | 6/27/2018 | $8,557.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990931 | $22,602.67 | 8/10/2018 | SI-3886636 | 6/28/2018 | $3,812.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990931 | $22,602.67 | 8/10/2018 | SI-3891994 | 7/6/2018 | $5,697.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991782 | $872.40 | 8/13/2018 | SI-3882128 | 6/22/2018 | $2,265.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992482 | $4,136.78 | 8/14/2018 | SI-3886637 | 6/28/2018 | $4,136.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997982 | $6,147.29 | 8/23/2018 | SI-3895566 | 7/11/2018 | $6,116.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993964 | $9,481.13 | 8/16/2018 | SI-3890133 | 7/3/2018 | $5,554.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987429 | $25,268.94 | 8/1/2018 | SI-3881387 | 6/21/2018 | $5,825.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995009 | $16,955.05 | 8/17/2018 | SI-3891465 | 7/5/2018 | $3,197.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995009 | $16,955.05 | 8/17/2018 | SI-3897074 | 7/13/2018 | $9,501.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996710 | $4,419.13 | 8/21/2018 | SI-3891464 | 7/5/2018 | $2,075.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996710 | $4,419.13 | 8/21/2018 | SI-3891993-1386 | 7/6/2018 | $46.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996710 | $4,419.13 | 8/21/2018 | SI-3891993-1388 | 7/6/2018 | $2,142.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996710 | $4,419.13 | 8/21/2018 | SI-3891995 | 7/6/2018 | $2,171.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996710 | $4,419.13 | 8/21/2018 | SI-3894959 | 7/11/2018 | $1,767.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980683 | $6,630.43 | 7/18/2018 | SI-3877299 | 6/15/2018 | $6,684.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993964 | $9,481.13 | 8/16/2018 | SI-3887321 | 6/29/2018 | $3,950.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984910 | $6,079.76 | 7/26/2018 | SI-3876659 | 6/14/2018 | $2,249.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983378 | $2,091.20 | 7/24/2018 | SI-3869937 | 6/5/2018 | $172.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983378 | $2,091.20 | 7/24/2018 | SI-3871408 | 6/7/2018 | $2,975.90 |

Pilot Automotive, Inc. (2230525)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                          Exhibit A                                          P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983378 | $2,091.20 | 7/24/2018 | SI-3871411 | 6/7/2018 | $7,107.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983378 | $2,091.20 | 7/24/2018 | SI-3872292 | 6/8/2018 | $3,157.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983378 | $2,091.20 | 7/24/2018 | SI-3872293 | 6/8/2018 | $26.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983378 | $2,091.20 | 7/24/2018 | SI-3875683 | 6/13/2018 | $6,130.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983997 | $13,202.67 | 7/25/2018 | SI-3876661 | 6/14/2018 | $3,884.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983997 | $13,202.67 | 7/25/2018 | SI-3879117 | 6/18/2018 | $1,787.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990931 | $22,602.67 | 8/10/2018 | SI-3846340 | 4/27/2018 | $206.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983997 | $13,202.67 | 7/25/2018 | SI-3882127-1385 | 6/22/2018 | $7,530.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987429 | $25,268.94 | 8/1/2018 | SI-3887320 | 6/29/2018 | $11,256.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984910 | $6,079.76 | 7/26/2018 | SI-3876660 | 6/14/2018 | $2,563.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984910 | $6,079.76 | 7/26/2018 | SI-3877300 | 6/15/2018 | $1,992.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985519 | $4,741.19 | 7/27/2018 | SI-3872295 | 6/8/2018 | $4,741.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986214 | $1,594.94 | 7/30/2018 | SI-3879116 | 6/18/2018 | $1,594.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986847 | $2,563.91 | 7/31/2018 | SI-3881386 | 6/21/2018 | $2,563.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987429 | $25,268.94 | 8/1/2018 | SI-3880815 | 6/20/2018 | $6,144.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987429 | $25,268.94 | 8/1/2018 | SI-3881385 | 6/21/2018 | $2,042.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998559 | $7,119.13 | 8/28/2018 | SI-3902392 | 7/20/2018 | $7,139.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983997 | $13,202.67 | 7/25/2018 | SI-3882127-1383 | 6/22/2018 | $272.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013029 | $18,693.64 | 9/25/2018 | SI-3912048 | 8/3/2018 | $3,852.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009115 | $36,954.13 | 9/18/2018 | SI-3911201 | 8/2/2018 | $2,209.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009115 | $36,954.13 | 9/18/2018 | SI-3917223 | 8/10/2018 | $6,683.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010422 | $2,658.53 | 9/19/2018 | SI-3910307 | 8/1/2018 | $1,476.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010422 | $2,658.53 | 9/19/2018 | SI-3911200 | 8/2/2018 | $4,137.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010422 | $2,658.53 | 9/19/2018 | SI-3911202 | 8/2/2018 | $2,049.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011233 | $6,878.46 | 9/20/2018 | SI-3910305 | 8/1/2018 | $5,065.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011233 | $6,878.46 | 9/20/2018 | SI-3910306 | 8/1/2018 | $1,813.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997982 | $6,147.29 | 8/23/2018 | SI-3894960 | 7/11/2018 | $30.48 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013029 | $18,693.64 | 9/25/2018 | CD3103100EDA | 9/7/2018 | $518.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006973 | $50,992.68 | 9/13/2018 | SI-3916458 | 8/9/2018 | $1,228.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013029 | $18,693.64 | 9/25/2018 | SI-3914735 | 8/7/2018 | $1,335.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013029 | $18,693.64 | 9/25/2018 | SI-3922902-6318 | 8/17/2018 | $21.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013029 | $18,693.64 | 9/25/2018 | SI-3922902-6319 | 8/17/2018 | $4,251.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013889 | $12,749.45 | 9/26/2018 | KM143270A | 9/8/2018 | $1,918.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013889 | $12,749.45 | 9/26/2018 | KM153146A | 9/8/2018 | $7,731.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013889 | $12,749.45 | 9/26/2018 | SI-3916460 | 8/9/2018 | $1,685.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013889 | $12,749.45 | 9/26/2018 | SI-3920358 | 8/14/2018 | $2,388.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014537 | $3,658.72 | 9/27/2018 | SI-3916459 | 8/9/2018 | $1,453.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013029 | $18,693.64 | 9/25/2018 | CD3103100ED | 9/7/2018 | $8,885.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005455 | $1,934.26 | 9/11/2018 | SI-3903909-6311 | 7/23/2018 | $42.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999405 | $4,340.98 | 8/29/2018 | SI-3896027 | 7/12/2018 | $5,096.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000045 | $5,108.59 | 8/30/2018 | SI-3901533 | 7/19/2018 | $3,451.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000045 | $5,108.59 | 8/30/2018 | SI-3906242 | 7/26/2018 | $1,657.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000788 | $4,679.20 | 8/31/2018 | SI-3900651 | 7/18/2018 | $4,706.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002047 | $15,375.15 | 9/4/2018 | SI-3896028 | 7/12/2018 | $2,357.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002047 | $15,375.15 | 9/4/2018 | SI-3897075 | 7/13/2018 | $4,523.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002047 | $15,375.15 | 9/4/2018 | CD3897076 | 7/13/2018 | $2,157.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002047 | $15,375.15 | 9/4/2018 | SI-3901532 | 7/19/2018 | $1,749.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009115 | $36,954.13 | 9/18/2018 | SI-3907009-6316 | 7/27/2018 | $28,061.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003530 | $1,141.98 | 9/6/2018 | SI-3903910 | 7/23/2018 | $1,736.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009115 | $36,954.13 | 9/18/2018 | SI-3907009-6314 | 7/27/2018 | $135.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005455 | $1,934.26 | 9/11/2018 | SI-3903909-6313 | 7/23/2018 | $1,934.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006298 | $33,015.18 | 9/12/2018 | SI-3906352 | 7/26/2018 | $12,775.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006298 | $33,015.18 | 9/12/2018 | SI-3915641 | 8/8/2018 | $22,138.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006973 | $50,992.68 | 9/13/2018 | SI-3906350 | 7/26/2018 | $15,695.71 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006973 | $50,992.68 | 9/13/2018 | SI-3906351 | 7/26/2018 | $17,207.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006973 | $50,992.68 | 9/13/2018 | SI-3906353 | 7/26/2018 | $13,650.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006973 | $50,992.68 | 9/13/2018 | SI-3907011 | 7/27/2018 | $3,383.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014537 | $3,658.72 | 9/27/2018 | SI-3917224 | 8/10/2018 | $3,044.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002047 | $15,375.15 | 9/4/2018 | SI-3906880 | 7/27/2018 | $4,586.37 |

**Totals:** 30 transfer(s), $332,087.57