**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Pilot Automotive, Inc.**  
Bankruptcy Case: **Sears Holdings Corporation, et al.**  
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17199 | $5,496.84 | 9/4/2018 | 0000919099 | 8/13/2018 | $1,190.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01303 | $400.83 | 8/6/2018 | 0000899784 | 7/16/2018 | $360.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01303 | $400.83 | 8/6/2018 | 0000899785 | 7/16/2018 | $40.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02124 | $1,797.60 | 8/7/2018 | 0000977859-85456 | 9/21/2017 | $1,797.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05145 | $1,013.71 | 8/13/2018 | 0000897310 | 7/13/2018 | $650.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05145 | $1,013.71 | 8/13/2018 | 0000904285 | 7/23/2018 | $422.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10006 | $1,227.47 | 8/21/2018 | 0000908425 | 7/30/2018 | $1,087.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10006 | $1,227.47 | 8/21/2018 | 0000908426 | 7/30/2018 | $180.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10006 | $1,227.47 | 8/21/2018 | 0000908427 | 7/30/2018 | $2,585.41 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10006 | $1,227.47 | 8/21/2018 | 0000909272 | 7/31/2018 | $390.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10006 | $1,227.47 | 8/21/2018 | 0000981440-85457 | 10/24/2017 | $103.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00335 | $488.75 | 8/3/2018 | 0000879885 | 6/19/2018 | $595.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17199 | $5,496.84 | 9/4/2018 | 0000919097 | 8/13/2018 | $3,872.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96403 | $2,341.29 | 7/27/2018 | 0000889403 | 7/2/2018 | $2,341.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17199 | $5,496.84 | 9/4/2018 | 0000920110 | 8/14/2018 | $189.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19271 | $4,208.09 | 9/7/2018 | 0000972860-85458 | 9/13/2017 | $4,208.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93322 | $18,832.61 | 7/23/2018 | 0000879113 | 6/18/2018 | $300.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93322 | $18,832.61 | 7/23/2018 | 0000882129 | 6/22/2018 | $409.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93322 | $18,832.61 | 7/23/2018 | 0000885766 | 6/27/2018 | $120.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93322 | $18,832.61 | 7/23/2018 | 0000889404 | 7/2/2018 | $6,092.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93322 | $18,832.61 | 7/23/2018 | 0000889405 | 7/2/2018 | $5,571.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93322 | $18,832.61 | 7/23/2018 | 0000889406 | 7/2/2018 | $2,778.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93322 | $18,832.61 | 7/23/2018 | 0000889407 | 7/2/2018 | $4,164.21 |

Pilot Automotive, Inc. (2230525)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                                Exhibit B                                                P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94205 | $180.35 | 7/24/2018 | 0000885151 | 6/26/2018 | $180.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95814 | $52.33 | 7/26/2018 | 0000874726 | 6/12/2018 | $52.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17199 | $5,496.84 | 9/4/2018 | 0000908424 | 7/30/2018 | $275.56 |

**Totals:**   11 transfer(s),   $36,039.87