**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Positec USA, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93329 | $4,096.59 | 7/23/2018 | 00005086AA-114 | 7/3/2018 | $166.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94980 | $2,013.24 | 7/25/2018 | 00005716AA | 7/5/2018 | $22.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93329 | $4,096.59 | 7/23/2018 | 0000704520 | 7/3/2018 | $840.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93329 | $4,096.59 | 7/23/2018 | 0000704519 | 7/3/2018 | $420.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93329 | $4,096.59 | 7/23/2018 | 0000704518 | 7/3/2018 | $336.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93329 | $4,096.59 | 7/23/2018 | 00005089AA-117 | 7/3/2018 | $166.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93329 | $4,096.59 | 7/23/2018 | 00004474AA-109 | 7/2/2018 | $25.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93329 | $4,096.59 | 7/23/2018 | 00005087AA-115 | 7/3/2018 | $178.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94980 | $2,013.24 | 7/25/2018 | 00005719AA | 7/5/2018 | $166.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93329 | $4,096.59 | 7/23/2018 | 00005085AA-113 | 7/3/2018 | $178.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93329 | $4,096.59 | 7/23/2018 | 00005084AA-112 | 7/3/2018 | $178.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93329 | $4,096.59 | 7/23/2018 | 00005083AA-111 | 7/3/2018 | $37.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93329 | $4,096.59 | 7/23/2018 | 00005082AA | 7/3/2018 | $166.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93329 | $4,096.59 | 7/23/2018 | 00004476AA | 7/2/2018 | $113.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94980 | $2,013.24 | 7/25/2018 | 00005734AA | 7/5/2018 | $166.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93329 | $4,096.59 | 7/23/2018 | 00005088AA-116 | 7/3/2018 | $25.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94980 | $2,013.24 | 7/25/2018 | 00005725AA | 7/5/2018 | $166.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90820 | $264.37 | 7/18/2018 | 00001774AA | 6/27/2018 | $25.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94980 | $2,013.24 | 7/25/2018 | 00005732AA | 7/5/2018 | $37.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94980 | $2,013.24 | 7/25/2018 | 00005731AA | 7/5/2018 | $25.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94980 | $2,013.24 | 7/25/2018 | 00005730AA | 7/5/2018 | $166.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94980 | $2,013.24 | 7/25/2018 | 00005729AA | 7/5/2018 | $166.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94980 | $2,013.24 | 7/25/2018 | 00005728AA | 7/5/2018 | $166.77 |

Positec USA, Inc. (2230509)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                        Exhibit A                                        P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94980 | $2,013.24 | 7/25/2018 | 00005717AA-118 | 7/5/2018 | $166.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94980 | $2,013.24 | 7/25/2018 | 00005726AA | 7/5/2018 | $66.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94980 | $2,013.24 | 7/25/2018 | 00005718AA-119 | 7/5/2018 | $25.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94980 | $2,013.24 | 7/25/2018 | 00005724AA | 7/5/2018 | $166.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94980 | $2,013.24 | 7/25/2018 | 00005723AA | 7/5/2018 | $166.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94980 | $2,013.24 | 7/25/2018 | 00005722AA | 7/5/2018 | $32.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94980 | $2,013.24 | 7/25/2018 | 00005721AA | 7/5/2018 | $64.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94980 | $2,013.24 | 7/25/2018 | 00005720AA-120 | 7/5/2018 | $25.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93329 | $4,096.59 | 7/23/2018 | 00004473AA-108 | 7/2/2018 | $25.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94980 | $2,013.24 | 7/25/2018 | 00005727AA | 7/5/2018 | $56.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90820 | $264.37 | 7/18/2018 | 00002975AA-90 | 6/28/2018 | $37.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91698 | $698.53 | 7/19/2018 | 00003652AA-97 | 6/29/2018 | $156.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91698 | $698.53 | 7/19/2018 | 00003651AA-96 | 6/29/2018 | $22.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91698 | $698.53 | 7/19/2018 | 00003650AA-95 | 6/29/2018 | $2.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91698 | $698.53 | 7/19/2018 | 00003649AA-94 | 6/29/2018 | $131.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90820 | $264.37 | 7/18/2018 | 00002978AA-93 | 6/28/2018 | $125.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93329 | $4,096.59 | 7/23/2018 | 00004475AA-110 | 7/2/2018 | $166.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90820 | $264.37 | 7/18/2018 | 00002976AA-91 | 6/28/2018 | $166.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91698 | $698.53 | 7/19/2018 | 00003655AA-100 | 6/29/2018 | $25.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90820 | $264.37 | 7/18/2018 | 00002974AA-89 | 6/28/2018 | $38.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90820 | $264.37 | 7/18/2018 | 00002973AA-88 | 6/28/2018 | $131.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90820 | $264.37 | 7/18/2018 | 00001778AA | 6/27/2018 | $25.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90820 | $264.37 | 7/18/2018 | 00001777AA | 6/27/2018 | $113.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90820 | $264.37 | 7/18/2018 | 00001776AA | 6/27/2018 | $15.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90820 | $264.37 | 7/18/2018 | 00001775AA | 6/27/2018 | $22.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90820 | $264.37 | 7/18/2018 | 00002977AA-92 | 6/28/2018 | $25.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93329 | $4,096.59 | 7/23/2018 | 00004463AA | 7/2/2018 | $37.70 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93329 | $4,096.59 | 7/23/2018 | 00004472AA-107 | 7/2/2018 | $166.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93329 | $4,096.59 | 7/23/2018 | 00004471AA-106 | 7/2/2018 | $37.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93329 | $4,096.59 | 7/23/2018 | 00004470AA-105 | 7/2/2018 | $166.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93329 | $4,096.59 | 7/23/2018 | 00004469AA-104 | 7/2/2018 | $25.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93329 | $4,096.59 | 7/23/2018 | 00004468AA-103 | 7/2/2018 | $37.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93329 | $4,096.59 | 7/23/2018 | 00004467AA-102 | 7/2/2018 | $37.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91698 | $698.53 | 7/19/2018 | 00003653AA-98 | 6/29/2018 | $166.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93329 | $4,096.59 | 7/23/2018 | 00004464AA | 7/2/2018 | $162.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91698 | $698.53 | 7/19/2018 | 00003654AA-99 | 6/29/2018 | $25.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93329 | $4,096.59 | 7/23/2018 | 00004462AA | 7/2/2018 | $25.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93329 | $4,096.59 | 7/23/2018 | 00004461AA | 7/2/2018 | $178.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93329 | $4,096.59 | 7/23/2018 | 00004460AA | 7/2/2018 | $25.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92306 | $25.73 | 7/20/2018 | 00004465AA | 7/2/2018 | $25.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91698 | $698.53 | 7/19/2018 | 00003656AA-101 | 6/29/2018 | $166.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94980 | $2,013.24 | 7/25/2018 | 00005735AA | 7/5/2018 | $166.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93329 | $4,096.59 | 7/23/2018 | 00004466AA | 7/2/2018 | $166.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97366 | $4,425.05 | 7/30/2018 | 00006339AA | 7/9/2018 | $166.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97366 | $4,425.05 | 7/30/2018 | 00007493AA | 7/10/2018 | $166.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97366 | $4,425.05 | 7/30/2018 | 00007492AA | 7/10/2018 | $166.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97366 | $4,425.05 | 7/30/2018 | 0000706308 | 7/9/2018 | $336.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97366 | $4,425.05 | 7/30/2018 | 0000706307 | 7/9/2018 | $168.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97366 | $4,425.05 | 7/30/2018 | 00006733AA | 7/9/2018 | $37.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97366 | $4,425.05 | 7/30/2018 | 00006331AA | 7/9/2018 | $166.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97366 | $4,425.05 | 7/30/2018 | 00006340AA | 7/9/2018 | $156.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97366 | $4,425.05 | 7/30/2018 | 00007496AA | 7/10/2018 | $166.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97366 | $4,425.05 | 7/30/2018 | 00006338AA | 7/9/2018 | $166.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97366 | $4,425.05 | 7/30/2018 | 00006337AA | 7/9/2018 | $166.77 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97366 | $4,425.05 | 7/30/2018 | 00006336AA | 7/9/2018 | $25.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97366 | $4,425.05 | 7/30/2018 | 00006335AA | 7/9/2018 | $25.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97366 | $4,425.05 | 7/30/2018 | 00006333AA | 7/9/2018 | $166.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94980 | $2,013.24 | 7/25/2018 | 00005733AA | 7/5/2018 | $131.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97366 | $4,425.05 | 7/30/2018 | 00006732AA | 7/9/2018 | $60.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98269 | $157.06 | 7/31/2018 | 00007865AA | 7/11/2018 | $166.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99758 | $403.35 | 8/2/2018 | 00008420AA | 7/13/2018 | $178.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99758 | $403.35 | 8/2/2018 | 00008419AA | 7/13/2018 | $166.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99758 | $403.35 | 8/2/2018 | 00008418AA | 7/13/2018 | $57.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98953 | $166.77 | 8/1/2018 | 00008325AA-133 | 7/12/2018 | $166.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98269 | $157.06 | 7/31/2018 | 00007869AA | 7/11/2018 | $178.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98269 | $157.06 | 7/31/2018 | 00007868AA | 7/11/2018 | $166.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97366 | $4,425.05 | 7/30/2018 | 00007494AA | 7/10/2018 | $64.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98269 | $157.06 | 7/31/2018 | 00007866AA | 7/11/2018 | $166.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97366 | $4,425.05 | 7/30/2018 | 00007495AA | 7/10/2018 | $166.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98269 | $157.06 | 7/31/2018 | 00007864AA | 7/11/2018 | $178.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97366 | $4,425.05 | 7/30/2018 | 00007500AA | 7/10/2018 | $166.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97366 | $4,425.05 | 7/30/2018 | 00007499AA | 7/10/2018 | $60.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97366 | $4,425.05 | 7/30/2018 | 00007498AA | 7/10/2018 | $64.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97366 | $4,425.05 | 7/30/2018 | 00007497AA | 7/10/2018 | $166.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97366 | $4,425.05 | 7/30/2018 | 00006330AA | 7/9/2018 | $166.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98269 | $157.06 | 7/31/2018 | 00007867AA | 7/11/2018 | $166.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95818 | $1,075.09 | 7/26/2018 | 00006046AA | 7/6/2018 | $25.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96408 | $556.83 | 7/27/2018 | 00006318AA | 7/9/2018 | $166.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96408 | $556.83 | 7/27/2018 | 00006312AA | 7/9/2018 | $166.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95818 | $1,075.09 | 7/26/2018 | 00006051AA-123 | 7/6/2018 | $32.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95818 | $1,075.09 | 7/26/2018 | 00006050AA-122 | 7/6/2018 | $166.77 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95818 | $1,075.09 | 7/26/2018 | 00006049AA-121 | 7/6/2018 | $32.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97366 | $4,425.05 | 7/30/2018 | 00006332AA | 7/9/2018 | $32.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95818 | $1,075.09 | 7/26/2018 | 00006047AA | 7/6/2018 | $56.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97366 | $4,425.05 | 7/30/2018 | 00006313AA | 7/9/2018 | $166.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95818 | $1,075.09 | 7/26/2018 | 00006045AA | 7/6/2018 | $166.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95818 | $1,075.09 | 7/26/2018 | 00006044AA | 7/6/2018 | $166.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95818 | $1,075.09 | 7/26/2018 | 00006043AA | 7/6/2018 | $162.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95818 | $1,075.09 | 7/26/2018 | 00006042AA | 7/6/2018 | $166.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95818 | $1,075.09 | 7/26/2018 | 00006041AA | 7/6/2018 | $22.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94980 | $2,013.24 | 7/25/2018 | 00005736AA | 7/5/2018 | $166.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95818 | $1,075.09 | 7/26/2018 | 00006048AA | 7/6/2018 | $75.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97366 | $4,425.05 | 7/30/2018 | 00006320AA-126 | 7/9/2018 | $64.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97366 | $4,425.05 | 7/30/2018 | 00006329AA | 7/9/2018 | $37.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97366 | $4,425.05 | 7/30/2018 | 00006328AA | 7/9/2018 | $25.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97366 | $4,425.05 | 7/30/2018 | 00006327AA-132 | 7/9/2018 | $166.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97366 | $4,425.05 | 7/30/2018 | 00006326AA-131 | 7/9/2018 | $22.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97366 | $4,425.05 | 7/30/2018 | 00006325AA-130 | 7/9/2018 | $32.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97366 | $4,425.05 | 7/30/2018 | 00006324AA-129 | 7/9/2018 | $156.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96408 | $556.83 | 7/27/2018 | 00006321AA-124 | 7/9/2018 | $166.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97366 | $4,425.05 | 7/30/2018 | 00006322AA-127 | 7/9/2018 | $166.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96408 | $556.83 | 7/27/2018 | 00006334AA | 7/9/2018 | $56.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97366 | $4,425.05 | 7/30/2018 | 00006319AA-125 | 7/9/2018 | $66.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97366 | $4,425.05 | 7/30/2018 | 00006317AA | 7/9/2018 | $64.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97366 | $4,425.05 | 7/30/2018 | 00006316AA | 7/9/2018 | $64.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97366 | $4,425.05 | 7/30/2018 | 00006315AA | 7/9/2018 | $22.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97366 | $4,425.05 | 7/30/2018 | 00006314AA | 7/9/2018 | $166.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/2/2018 | $19,675.45 | 8/2/2018 | 1300712192 | 7/23/2018 | $19,675.45 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97366 | $4,425.05 | 7/30/2018 | 00006323AA-128 | 7/9/2018 | $166.77 |
| **Totals:** | | **12 transfer(s),** | **$33,558.06** | | | | |