# ask LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Positec USA, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998561 | $5,626.29 | 8/28/2018 | 93003151637-4685 | 7/21/2018 | $56.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998561 | $5,626.29 | 8/28/2018 | 93003263210-4692 | 7/24/2018 | $166.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998561 | $5,626.29 | 8/28/2018 | 93003042882-4678 | 7/20/2018 | $166.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998561 | $5,626.29 | 8/28/2018 | 93003048730-4679 | 7/20/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998561 | $5,626.29 | 8/28/2018 | 93003061137-4680 | 7/20/2018 | $41.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998561 | $5,626.29 | 8/28/2018 | 93003101403-4681 | 7/21/2018 | $37.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998561 | $5,626.29 | 8/28/2018 | 93003108750-4682 | 7/21/2018 | $38.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998561 | $5,626.29 | 8/28/2018 | 93003031560-4676 | 7/20/2018 | $32.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998561 | $5,626.29 | 8/28/2018 | 93003142753-4684 | 7/21/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998561 | $5,626.29 | 8/28/2018 | 93003029092-4675 | 7/20/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998561 | $5,626.29 | 8/28/2018 | 93003181541-4686 | 7/22/2018 | $60.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998561 | $5,626.29 | 8/28/2018 | 93003185863-4687 | 7/22/2018 | $41.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998561 | $5,626.29 | 8/28/2018 | 93003201836-4688 | 7/23/2018 | $166.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998561 | $5,626.29 | 8/28/2018 | 93003235957-4689 | 7/23/2018 | $166.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998561 | $5,626.29 | 8/28/2018 | 93003257087-4690 | 7/24/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006301 | $57.68 | 9/12/2018 | 93000024995 | 7/30/2018 | $32.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998561 | $5,626.29 | 8/28/2018 | 93003141538-4683 | 7/21/2018 | $64.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998561 | $5,626.29 | 8/28/2018 | 93002449353-4668 | 7/17/2018 | $51.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997996 | $811.94 | 8/23/2018 | 93120776985-4660 | 7/25/2018 | $64.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998561 | $5,626.29 | 8/28/2018 | 93002387573-4661 | 7/16/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998561 | $5,626.29 | 8/28/2018 | 93002407822-4662 | 7/17/2018 | $38.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998561 | $5,626.29 | 8/28/2018 | 93002408298-4663 | 7/17/2018 | $37.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998561 | $5,626.29 | 8/28/2018 | 93002417252-4664 | 7/17/2018 | $166.77 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998561 | $5,626.29 | 8/28/2018 | 93002430919-4665 | 7/17/2018 | $333.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998561 | $5,626.29 | 8/28/2018 | 93003035653-4677 | 7/20/2018 | $56.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998561 | $5,626.29 | 8/28/2018 | 93002440746-4667 | 7/17/2018 | $83.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998561 | $5,626.29 | 8/28/2018 | 93003263801-4693 | 7/24/2018 | $166.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998561 | $5,626.29 | 8/28/2018 | 93002455065-4669 | 7/17/2018 | $41.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998561 | $5,626.29 | 8/28/2018 | 93002463015-4670 | 7/17/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998561 | $5,626.29 | 8/28/2018 | 93002590247-4671 | 7/19/2018 | $22.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998561 | $5,626.29 | 8/28/2018 | 93002599015-4672 | 7/19/2018 | $166.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998561 | $5,626.29 | 8/28/2018 | 93003019829-4673 | 7/19/2018 | $32.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998561 | $5,626.29 | 8/28/2018 | 93003020021-4674 | 7/19/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998561 | $5,626.29 | 8/28/2018 | 93002440502-4666 | 7/17/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002049 | $907.12 | 9/4/2018 | 93120777416-4720 | 8/2/2018 | $56.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998561 | $5,626.29 | 8/28/2018 | 93003260850-4691 | 7/24/2018 | $166.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002049 | $907.12 | 9/4/2018 | 93000179928-4713 | 8/2/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002049 | $907.12 | 9/4/2018 | 93000180090-4714 | 8/2/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002049 | $907.12 | 9/4/2018 | 93000184129-4715 | 8/2/2018 | $60.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002049 | $907.12 | 9/4/2018 | 93000189173-4716 | 8/2/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002049 | $907.12 | 9/4/2018 | 93000221111-4717 | 8/3/2018 | $178.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002049 | $907.12 | 9/4/2018 | 93000166092-4711 | 8/2/2018 | $178.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002049 | $907.12 | 9/4/2018 | 93000288052-4719 | 8/4/2018 | $178.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001429 | $68.80 | 9/3/2018 | 93120778014-4710 | 8/1/2018 | $125.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002049 | $907.12 | 9/4/2018 | 93120778224-4721 | 8/3/2018 | $38.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002933 | $175.59 | 9/5/2018 | 93000294508 | 8/5/2018 | $85.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002933 | $175.59 | 9/5/2018 | 93000297477 | 8/5/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002933 | $175.59 | 9/5/2018 | 93000316020 | 8/5/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002933 | $175.59 | 9/5/2018 | 93000317288 | 8/5/2018 | $38.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992486 | $1,026.41 | 8/14/2018 | 93002221651 | 7/14/2018 | $166.77 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002049 | $907.12 | 9/4/2018 | 93000256475-4718 | 8/4/2018 | $113.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998561 | $5,626.29 | 8/28/2018 | 93003416248-4702 | 7/27/2018 | $129.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998561 | $5,626.29 | 8/28/2018 | 93003280597-4694 | 7/24/2018 | $64.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998561 | $5,626.29 | 8/28/2018 | 93003281279-4695 | 7/24/2018 | $169.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998561 | $5,626.29 | 8/28/2018 | 93003287098-4696 | 7/24/2018 | $37.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998561 | $5,626.29 | 8/28/2018 | 93003381497-4697 | 7/26/2018 | $166.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998561 | $5,626.29 | 8/28/2018 | 93003387637-4698 | 7/26/2018 | $166.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998561 | $5,626.29 | 8/28/2018 | 93003405310-4699 | 7/26/2018 | $15.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002049 | $907.12 | 9/4/2018 | 93000172475-4712 | 8/2/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998561 | $5,626.29 | 8/28/2018 | 93003412621-4701 | 7/27/2018 | $833.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997996 | $811.94 | 8/23/2018 | 93120776656-4657 | 7/23/2018 | $64.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998561 | $5,626.29 | 8/28/2018 | 93003419390-4703 | 7/27/2018 | $500.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998561 | $5,626.29 | 8/28/2018 | 93003420766-4704 | 7/27/2018 | $96.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998561 | $5,626.29 | 8/28/2018 | 93003424779-4705 | 7/27/2018 | $500.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998561 | $5,626.29 | 8/28/2018 | 93003444546-4706 | 7/27/2018 | $166.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000047 | $22.95 | 8/30/2018 | 93120777588-4707 | 7/30/2018 | $22.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001429 | $68.80 | 9/3/2018 | 93120778010-4709 | 8/1/2018 | $125.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998561 | $5,626.29 | 8/28/2018 | 93003407096-4700 | 7/26/2018 | $166.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992486 | $1,026.41 | 8/14/2018 | 93002361224 | 7/16/2018 | $37.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997996 | $811.94 | 8/23/2018 | 93120776964-4659 | 7/24/2018 | $64.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992486 | $1,026.41 | 8/14/2018 | 93002319180 | 7/16/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992486 | $1,026.41 | 8/14/2018 | 93002319289 | 7/16/2018 | $64.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992486 | $1,026.41 | 8/14/2018 | 93002350813 | 7/16/2018 | $166.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992486 | $1,026.41 | 8/14/2018 | 93002351028 | 7/16/2018 | $41.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992486 | $1,026.41 | 8/14/2018 | 93002354208 | 7/16/2018 | $41.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992486 | $1,026.41 | 8/14/2018 | 93002313969 | 7/16/2018 | $41.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992486 | $1,026.41 | 8/14/2018 | 93002355415 | 7/16/2018 | $41.75 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780992486 | $1,026.41 | 8/14/2018 | 93002308509 | 7/15/2018 | $41.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992486 | $1,026.41 | 8/14/2018 | 93002361523 | 7/16/2018 | $131.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992486 | $1,026.41 | 8/14/2018 | 93002364152 | 7/16/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992486 | $1,026.41 | 8/14/2018 | 93002368091 | 7/16/2018 | $38.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992486 | $1,026.41 | 8/14/2018 | 93002371116 | 7/16/2018 | $41.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992486 | $1,026.41 | 8/14/2018 | 93002371160 | 7/16/2018 | $14.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992486 | $1,026.41 | 8/14/2018 | 93002372731 | 7/16/2018 | $41.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992486 | $1,026.41 | 8/14/2018 | 93002354468 | 7/16/2018 | $56.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992486 | $1,026.41 | 8/14/2018 | 93002285223 | 7/15/2018 | $22.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992486 | $1,026.41 | 8/14/2018 | 93002231606 | 7/14/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992486 | $1,026.41 | 8/14/2018 | 93002234857 | 7/14/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992486 | $1,026.41 | 8/14/2018 | 93002244772 | 7/14/2018 | $56.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992486 | $1,026.41 | 8/14/2018 | 93002245157 | 7/14/2018 | $166.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992486 | $1,026.41 | 8/14/2018 | 93002263661 | 7/15/2018 | $166.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992486 | $1,026.41 | 8/14/2018 | 93002266768-4653 | 7/15/2018 | $51.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992486 | $1,026.41 | 8/14/2018 | 93002315386 | 7/16/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992486 | $1,026.41 | 8/14/2018 | 93002283685-4654 | 7/15/2018 | $51.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992486 | $1,026.41 | 8/14/2018 | 93002403220 | 7/16/2018 | $56.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992486 | $1,026.41 | 8/14/2018 | 93002288786 | 7/15/2018 | $41.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992486 | $1,026.41 | 8/14/2018 | 93002291011 | 7/15/2018 | $41.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992486 | $1,026.41 | 8/14/2018 | 93002293462 | 7/15/2018 | $131.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992486 | $1,026.41 | 8/14/2018 | 93002295511 | 7/15/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992486 | $1,026.41 | 8/14/2018 | 93002305593 | 7/15/2018 | $41.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992486 | $1,026.41 | 8/14/2018 | 93002307250 | 7/15/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992486 | $1,026.41 | 8/14/2018 | 93002282576 | 7/15/2018 | $64.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996712 | $188.58 | 8/21/2018 | 93120776125 | 7/19/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993979 | $499.08 | 8/16/2018 | 93002544017 | 7/18/2018 | $37.70 |

Pg 5 of 11

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995019 | $373.88 | 8/17/2018 | 93003047445 | 7/20/2018 | $166.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995019 | $373.88 | 8/17/2018 | 93003090770 | 7/21/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995019 | $373.88 | 8/17/2018 | 93003143350 | 7/21/2018 | $166.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995019 | $373.88 | 8/17/2018 | 93003146376 | 7/21/2018 | $8.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995019 | $373.88 | 8/17/2018 | 93003150756 | 7/21/2018 | $6.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992486 | $1,026.41 | 8/14/2018 | 93002377129 | 7/16/2018 | $166.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996712 | $188.58 | 8/21/2018 | 93120775896 | 7/18/2018 | $37.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993979 | $499.08 | 8/16/2018 | 93002496025 | 7/18/2018 | $166.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996712 | $188.58 | 8/21/2018 | 93120776902 | 7/23/2018 | $125.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997402 | $250.30 | 8/22/2018 | 93120776099 | 7/20/2018 | $125.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997402 | $250.30 | 8/22/2018 | 93120776482 | 7/23/2018 | $125.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997996 | $811.94 | 8/23/2018 | 93003304657-4655 | 7/25/2018 | $362.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997996 | $811.94 | 8/23/2018 | 93003310057-4656 | 7/25/2018 | $191.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006301 | $57.68 | 9/12/2018 | 93000028300 | 7/30/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996091 | $166.77 | 8/20/2018 | 93003163642 | 7/22/2018 | $166.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993243 | $660.04 | 8/15/2018 | 93002439889 | 7/17/2018 | $37.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997996 | $811.94 | 8/23/2018 | 93120776751-4658 | 7/24/2018 | $64.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993243 | $660.04 | 8/15/2018 | 93002408352 | 7/17/2018 | $56.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993243 | $660.04 | 8/15/2018 | 93002412625 | 7/17/2018 | $64.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993243 | $660.04 | 8/15/2018 | 93002413261 | 7/17/2018 | $56.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993243 | $660.04 | 8/15/2018 | 93002424410 | 7/17/2018 | $38.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993243 | $660.04 | 8/15/2018 | 93002424626 | 7/17/2018 | $60.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993979 | $499.08 | 8/16/2018 | 93002534586 | 7/18/2018 | $60.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993243 | $660.04 | 8/15/2018 | 93002438527 | 7/17/2018 | $41.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993979 | $499.08 | 8/16/2018 | 93002498974 | 7/18/2018 | $166.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993243 | $660.04 | 8/15/2018 | 93002444909 | 7/17/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993243 | $660.04 | 8/15/2018 | 93002453417 | 7/17/2018 | $25.73 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780993243 | $660.04 | 8/15/2018 | 93002457968 | 7/17/2018 | $60.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993243 | $660.04 | 8/15/2018 | 93002461212 | 7/17/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993979 | $499.08 | 8/16/2018 | 93002465225 | 7/18/2018 | $41.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993979 | $499.08 | 8/16/2018 | 93002492076 | 7/18/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992486 | $1,026.41 | 8/14/2018 | 93002389116 | 7/16/2018 | $125.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993243 | $660.04 | 8/15/2018 | 93002431269 | 7/17/2018 | $166.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009120 | $77.19 | 9/18/2018 | 93001382790 | 8/16/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011235 | $1,165.17 | 9/20/2018 | 93000179928-4794 | 8/2/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007743 | $541.66 | 9/14/2018 | 93001295413 | 8/14/2018 | $41.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007743 | $541.66 | 9/14/2018 | 93001297344 | 8/14/2018 | $37.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007743 | $541.66 | 9/14/2018 | 93001301496 | 8/14/2018 | $38.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008403 | $116.16 | 9/17/2018 | 93001364859 | 8/15/2018 | $41.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008403 | $116.16 | 9/17/2018 | 93001365296 | 8/15/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007743 | $541.66 | 9/14/2018 | 93001267976 | 8/14/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008403 | $116.16 | 9/17/2018 | 93120777588-4789 | 7/30/2018 | $22.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007743 | $541.66 | 9/14/2018 | 93001265433 | 8/14/2018 | $32.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009120 | $77.19 | 9/18/2018 | 93001416317 | 8/16/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009120 | $77.19 | 9/18/2018 | 93001430851 | 8/17/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010430 | $250.30 | 9/19/2018 | 93120778010-4790 | 8/1/2018 | $125.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010430 | $250.30 | 9/19/2018 | 93120778014-4791 | 8/1/2018 | $125.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011235 | $1,165.17 | 9/20/2018 | 93000166092-4792 | 8/2/2018 | $178.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006301 | $57.68 | 9/12/2018 | 93000010853 | 7/30/2018 | $166.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008403 | $116.16 | 9/17/2018 | 93001376700 | 8/15/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006974 | $5,774.53 | 9/13/2018 | 93003416248-4784 | 7/27/2018 | $129.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006974 | $5,774.53 | 9/13/2018 | 93003280597-4776 | 7/24/2018 | $64.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006974 | $5,774.53 | 9/13/2018 | 93003281279-4777 | 7/24/2018 | $169.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006974 | $5,774.53 | 9/13/2018 | 93003287098-4778 | 7/24/2018 | $37.70 |

Positec USA, Inc. (2230509)

Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020

Exhibit B

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006974 | $5,774.53 | 9/13/2018 | 93003381497-4779 | 7/26/2018 | $166.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006974 | $5,774.53 | 9/13/2018 | 93003387637-4780 | 7/26/2018 | $166.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006974 | $5,774.53 | 9/13/2018 | 93003405310-4781 | 7/26/2018 | $15.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007743 | $541.66 | 9/14/2018 | 93001287643 | 8/14/2018 | $166.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006974 | $5,774.53 | 9/13/2018 | 93003412621-4783 | 7/27/2018 | $833.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011235 | $1,165.17 | 9/20/2018 | 93000180090-4795 | 8/2/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006974 | $5,774.53 | 9/13/2018 | 93003419390-4785 | 7/27/2018 | $500.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006974 | $5,774.53 | 9/13/2018 | 93003420766-4786 | 7/27/2018 | $96.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006974 | $5,774.53 | 9/13/2018 | 93003424779-4787 | 7/27/2018 | $500.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006974 | $5,774.53 | 9/13/2018 | 93003444546-4788 | 7/27/2018 | $166.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007743 | $541.66 | 9/14/2018 | 93001252884 | 8/14/2018 | $32.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007743 | $541.66 | 9/14/2018 | 93001261846 | 8/14/2018 | $166.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006974 | $5,774.53 | 9/13/2018 | 93003407096-4782 | 7/26/2018 | $166.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013032 | $25.73 | 9/25/2018 | 93002205364 | 8/23/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011235 | $1,165.17 | 9/20/2018 | 93000172475-4793 | 8/2/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011828 | $685.76 | 9/21/2018 | 93002098910 | 8/21/2018 | $85.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011828 | $685.76 | 9/21/2018 | 93002141773 | 8/21/2018 | $37.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012424 | $251.35 | 9/24/2018 | 93002149296 | 8/22/2018 | $60.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012424 | $251.35 | 9/24/2018 | 93002160602 | 8/22/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012424 | $251.35 | 9/24/2018 | 93002163066 | 8/22/2018 | $56.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011828 | $685.76 | 9/21/2018 | 93002093803 | 8/21/2018 | $178.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012424 | $251.35 | 9/24/2018 | 93002169030 | 8/22/2018 | $85.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011828 | $685.76 | 9/21/2018 | 93002092390 | 8/21/2018 | $166.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014540 | $661.55 | 9/27/2018 | 93002454655 | 8/27/2018 | $37.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014540 | $661.55 | 9/27/2018 | 93002455985 | 8/27/2018 | $37.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014540 | $661.55 | 9/27/2018 | 93002460721 | 8/27/2018 | $166.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014540 | $661.55 | 9/27/2018 | 93002466538 | 8/27/2018 | $166.77 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781014540 | $661.55 | 9/27/2018 | 93002499223 | 8/27/2018 | $178.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014540 | $661.55 | 9/27/2018 | 93002532903 | 8/27/2018 | $41.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012424 | $251.35 | 9/24/2018 | 93002164738 | 8/22/2018 | $23.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011235 | $1,165.17 | 9/20/2018 | 93002074023 | 8/20/2018 | $41.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011235 | $1,165.17 | 9/20/2018 | 93000184129-4796 | 8/2/2018 | $60.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011235 | $1,165.17 | 9/20/2018 | 93000189173-4797 | 8/2/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011235 | $1,165.17 | 9/20/2018 | 93000221111-4798 | 8/3/2018 | $178.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011235 | $1,165.17 | 9/20/2018 | 93000256475-4799 | 8/4/2018 | $113.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011235 | $1,165.17 | 9/20/2018 | 93000288052-4800 | 8/4/2018 | $178.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011235 | $1,165.17 | 9/20/2018 | 93002040644 | 8/20/2018 | $11.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011828 | $685.76 | 9/21/2018 | 93002095292 | 8/21/2018 | $85.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011235 | $1,165.17 | 9/20/2018 | 93002071343 | 8/20/2018 | $166.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006974 | $5,774.53 | 9/13/2018 | 93003260850-4773 | 7/24/2018 | $166.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011235 | $1,165.17 | 9/20/2018 | 93120777416-4801 | 8/2/2018 | $56.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011235 | $1,165.17 | 9/20/2018 | 93120778224-4802 | 8/3/2018 | $38.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011828 | $685.76 | 9/21/2018 | 93002082760 | 8/21/2018 | $85.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011828 | $685.76 | 9/21/2018 | 93002085113 | 8/21/2018 | $32.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011828 | $685.76 | 9/21/2018 | 93002091392 | 8/21/2018 | $85.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011828 | $685.76 | 9/21/2018 | 93002091446 | 8/21/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011235 | $1,165.17 | 9/20/2018 | 93002066677 | 8/20/2018 | $38.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006301 | $57.68 | 9/12/2018 | 93003310057-4732 | 7/25/2018 | $191.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006974 | $5,774.53 | 9/13/2018 | 93003263801-4775 | 7/24/2018 | $166.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006301 | $57.68 | 9/12/2018 | 93001086267 | 8/11/2018 | $166.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006301 | $57.68 | 9/12/2018 | 93001089976 | 8/11/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006301 | $57.68 | 9/12/2018 | 93001091684 | 8/11/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006301 | $57.68 | 9/12/2018 | 93001099910 | 8/12/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006301 | $57.68 | 9/12/2018 | 93001145346 | 8/12/2018 | $178.60 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006301 | $57.68 | 9/12/2018 | 93001073859 | 8/11/2018 | $166.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006301 | $57.68 | 9/12/2018 | 93003304657-4730 | 7/25/2018 | $362.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006301 | $57.68 | 9/12/2018 | 93000586528 | 8/9/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006301 | $57.68 | 9/12/2018 | 93120776656-4739 | 7/23/2018 | $64.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006301 | $57.68 | 9/12/2018 | 93120776751-4740 | 7/24/2018 | $64.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006301 | $57.68 | 9/12/2018 | 93120776964-4741 | 7/24/2018 | $64.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006301 | $57.68 | 9/12/2018 | 93120776985-4742 | 7/25/2018 | $64.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006301 | $57.68 | 9/12/2018 | 93120778568 | 8/8/2018 | $125.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006974 | $5,774.53 | 9/13/2018 | 93001187083 | 8/13/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006301 | $57.68 | 9/12/2018 | 93001149139 | 8/12/2018 | $166.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006301 | $57.68 | 9/12/2018 | 93000406215 | 8/6/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006301 | $57.68 | 9/12/2018 | 93000028824 | 7/30/2018 | $15.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006301 | $57.68 | 9/12/2018 | 93000049760 | 7/31/2018 | $166.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006301 | $57.68 | 9/12/2018 | 93000071170 | 7/31/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006301 | $57.68 | 9/12/2018 | 93000095943 | 8/1/2018 | $166.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006301 | $57.68 | 9/12/2018 | 93000140200 | 8/1/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006301 | $57.68 | 9/12/2018 | 93000142713 | 8/1/2018 | $22.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006301 | $57.68 | 9/12/2018 | 93001074032 | 8/11/2018 | $32.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006301 | $57.68 | 9/12/2018 | 93000402703 | 8/6/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006974 | $5,774.53 | 9/13/2018 | 93001227498 | 8/13/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006301 | $57.68 | 9/12/2018 | 93000407939 | 8/7/2018 | $32.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006301 | $57.68 | 9/12/2018 | 93000408435 | 8/7/2018 | $41.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006301 | $57.68 | 9/12/2018 | 93000431182 | 8/7/2018 | $32.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006301 | $57.68 | 9/12/2018 | 93000432230 | 8/7/2018 | $60.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006301 | $57.68 | 9/12/2018 | 93000462644 | 8/8/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006301 | $57.68 | 9/12/2018 | 93000578342 | 8/9/2018 | $41.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006301 | $57.68 | 9/12/2018 | 93000384960 | 8/6/2018 | $11.11 |

Positec USA, Inc. (2230509)

Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006974 | $5,774.53 | 9/13/2018 | 93003151637-4767 | 7/21/2018 | $56.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006974 | $5,774.53 | 9/13/2018 | 93003035653-4759 | 7/20/2018 | $56.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006974 | $5,774.53 | 9/13/2018 | 93003042882-4760 | 7/20/2018 | $166.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006974 | $5,774.53 | 9/13/2018 | 93003048730-4761 | 7/20/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006974 | $5,774.53 | 9/13/2018 | 93003061137-4762 | 7/20/2018 | $41.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006974 | $5,774.53 | 9/13/2018 | 93003101403-4763 | 7/21/2018 | $37.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006974 | $5,774.53 | 9/13/2018 | 93003108750-4764 | 7/21/2018 | $38.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006974 | $5,774.53 | 9/13/2018 | 93001187363 | 8/13/2018 | $32.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006974 | $5,774.53 | 9/13/2018 | 93003142753-4766 | 7/21/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006974 | $5,774.53 | 9/13/2018 | 93003020021-4756 | 7/19/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006974 | $5,774.53 | 9/13/2018 | 93003181541-4768 | 7/22/2018 | $60.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006974 | $5,774.53 | 9/13/2018 | 93003185863-4769 | 7/22/2018 | $41.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006974 | $5,774.53 | 9/13/2018 | 93003201836-4770 | 7/23/2018 | $166.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006974 | $5,774.53 | 9/13/2018 | 93003235957-4771 | 7/23/2018 | $166.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006974 | $5,774.53 | 9/13/2018 | 93003257087-4772 | 7/24/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014540 | $661.55 | 9/27/2018 | 93002533821 | 8/27/2018 | $32.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006974 | $5,774.53 | 9/13/2018 | 93003141538-4765 | 7/21/2018 | $64.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006974 | $5,774.53 | 9/13/2018 | 93002440746-4749 | 7/17/2018 | $83.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006974 | $5,774.53 | 9/13/2018 | 93003263210-4774 | 7/24/2018 | $166.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006974 | $5,774.53 | 9/13/2018 | 93001231965 | 8/13/2018 | $32.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006974 | $5,774.53 | 9/13/2018 | 93002387573-4743 | 7/16/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006974 | $5,774.53 | 9/13/2018 | 93002407822-4744 | 7/17/2018 | $38.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006974 | $5,774.53 | 9/13/2018 | 93002408298-4745 | 7/17/2018 | $37.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006974 | $5,774.53 | 9/13/2018 | 93002417252-4746 | 7/17/2018 | $166.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006974 | $5,774.53 | 9/13/2018 | 93003031560-4758 | 7/20/2018 | $32.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006974 | $5,774.53 | 9/13/2018 | 93002440502-4748 | 7/17/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006974 | $5,774.53 | 9/13/2018 | 93003029092-4757 | 7/20/2018 | $25.73 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006974 | $5,774.53 | 9/13/2018 | 93002449353-4750 | 7/17/2018 | $51.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006974 | $5,774.53 | 9/13/2018 | 93002455065-4751 | 7/17/2018 | $41.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006974 | $5,774.53 | 9/13/2018 | 93002463015-4752 | 7/17/2018 | $25.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006974 | $5,774.53 | 9/13/2018 | 93002590247-4753 | 7/19/2018 | $22.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006974 | $5,774.53 | 9/13/2018 | 93002599015-4754 | 7/19/2018 | $166.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006974 | $5,774.53 | 9/13/2018 | 93003019829-4755 | 7/19/2018 | $32.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006974 | $5,774.53 | 9/13/2018 | 93001203597 | 8/13/2018 | $32.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006974 | $5,774.53 | 9/13/2018 | 93002430919-4747 | 7/17/2018 | $333.54 |

**Totals:**   **24 transfer(s),   $20,384.83**