**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Propel Trampolines LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995037 | $4,320.91 | 8/7/2018 | K-280519 | 5/10/2018 | $4,590.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990940 | $14,841.00 | 7/31/2018 | K-646262 | 5/10/2018 | $5,763.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990940 | $14,841.00 | 7/31/2018 | K-239143 | 5/10/2018 | $9,077.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990343 | $31,590.00 | 7/30/2018 | K-239156 | 5/9/2018 | $31,590.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989666 | $8,976.35 | 7/27/2018 | K-217920 | 5/10/2018 | $9,110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988321 | $31,279.85 | 7/25/2018 | K-280531 | 5/10/2018 | $31,590.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986876 | $7,632.50 | 7/23/2018 | K-203268 | 5/10/2018 | $7,632.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986228 | $26,852.28 | 7/20/2018 | K-203280 | 5/9/2018 | $31,590.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985522 | $63,046.35 | 7/19/2018 | K-646271 | 5/9/2018 | $31,590.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985522 | $63,046.35 | 7/19/2018 | K-223015 | 5/15/2018 | $31,590.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984918 | $68,613.85 | 7/18/2018 | K-223014 | 5/14/2018 | $31,590.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984918 | $68,613.85 | 7/18/2018 | K-223001 | 5/10/2018 | $7,417.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984918 | $68,613.85 | 7/18/2018 | K-217932 | 5/9/2018 | $31,590.00 |

**Totals:** 9 transfer(s), $257,153.09