**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Propel Trampolines LLC** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90837 | $2,047.00 | 7/18/2018 | 00003203AA-355 | 5/14/2018 | $42.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90837 | $2,047.00 | 7/18/2018 | 00001515AA | 5/14/2018 | $50.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90837 | $2,047.00 | 7/18/2018 | 00005769AA-357 | 5/14/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90837 | $2,047.00 | 7/18/2018 | 00005561AA | 5/14/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90837 | $2,047.00 | 7/18/2018 | 00005119AA | 5/14/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90837 | $2,047.00 | 7/18/2018 | 00004973AA | 5/14/2018 | $10.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90837 | $2,047.00 | 7/18/2018 | 00004919AA | 5/14/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90837 | $2,047.00 | 7/18/2018 | 00004470AA-356 | 5/14/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90837 | $2,047.00 | 7/18/2018 | 00003933AA | 5/14/2018 | $60.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90837 | $2,047.00 | 7/18/2018 | 00003883AA | 5/14/2018 | $10.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90837 | $2,047.00 | 7/18/2018 | 00006544AA | 5/14/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90837 | $2,047.00 | 7/18/2018 | 00003507AA | 5/14/2018 | $38.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90837 | $2,047.00 | 7/18/2018 | 00006585AA-358 | 5/14/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90837 | $2,047.00 | 7/18/2018 | 00003174AA | 5/14/2018 | $16.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90837 | $2,047.00 | 7/18/2018 | 00002856AA | 5/14/2018 | $66.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90837 | $2,047.00 | 7/18/2018 | 00002775AA | 5/14/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90837 | $2,047.00 | 7/18/2018 | 00002772AA | 5/14/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90837 | $2,047.00 | 7/18/2018 | 00002626AA-354 | 5/14/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90837 | $2,047.00 | 7/18/2018 | 00002488AA | 5/14/2018 | $10.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90837 | $2,047.00 | 7/18/2018 | 00002154AA | 5/14/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90837 | $2,047.00 | 7/18/2018 | 00001840AA | 5/14/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91717 | $217,991.70 | 7/19/2018 | 000038581A | 5/15/2018 | $6,116.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90837 | $2,047.00 | 7/18/2018 | 00003525AA | 5/14/2018 | $47.00 |

Propel Trampolines LLC (2230515)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                   Exhibit B                                    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90837 | $2,047.00 | 7/18/2018 | 00008329AA | 5/14/2018 | $56.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00340 | $73.00 | 8/3/2018 | 0000744507-6475 | 5/29/2018 | $73.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91717 | $217,991.70 | 7/19/2018 | 000038580B | 5/15/2018 | $24,044.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90837 | $2,047.00 | 7/18/2018 | 00009640AA | 5/14/2018 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90837 | $2,047.00 | 7/18/2018 | 00009256AA-363 | 5/14/2018 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90837 | $2,047.00 | 7/18/2018 | 00009120AA-362 | 5/14/2018 | $48.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90837 | $2,047.00 | 7/18/2018 | 00008932AA | 5/14/2018 | $16.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90837 | $2,047.00 | 7/18/2018 | 00008534AA | 5/14/2018 | $14.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90837 | $2,047.00 | 7/18/2018 | 00008513AA | 5/14/2018 | $28.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90837 | $2,047.00 | 7/18/2018 | 00008503AA | 5/14/2018 | $94.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90837 | $2,047.00 | 7/18/2018 | 00006149AA | 5/14/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90837 | $2,047.00 | 7/18/2018 | 00008335AA | 5/14/2018 | $61.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90837 | $2,047.00 | 7/18/2018 | 00001105AA | 5/14/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90837 | $2,047.00 | 7/18/2018 | 00008254AA-361 | 5/14/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90837 | $2,047.00 | 7/18/2018 | 00008113AA | 5/14/2018 | $104.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90837 | $2,047.00 | 7/18/2018 | 00007948AA | 5/14/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90837 | $2,047.00 | 7/18/2018 | 00007908AA-360 | 5/14/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90837 | $2,047.00 | 7/18/2018 | 00007829AA-359 | 5/14/2018 | $60.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90837 | $2,047.00 | 7/18/2018 | 00007599AA | 5/14/2018 | $40.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90837 | $2,047.00 | 7/18/2018 | 00007368AA | 5/14/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90837 | $2,047.00 | 7/18/2018 | 00006813AA | 5/14/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90837 | $2,047.00 | 7/18/2018 | 00006727AA | 5/14/2018 | $38.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90837 | $2,047.00 | 7/18/2018 | 00008412AA | 5/14/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02833 | $1,735.00 | 8/8/2018 | 00003128AA | 6/4/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90837 | $2,047.00 | 7/18/2018 | 00001663AA | 5/14/2018 | $14.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02833 | $1,735.00 | 8/8/2018 | 00005403AA | 6/4/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02833 | $1,735.00 | 8/8/2018 | 00004975AA-6477 | 6/4/2018 | $47.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02833 | $1,735.00 | 8/8/2018 | 00004643AA | 6/4/2018 | $10.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02833 | $1,735.00 | 8/8/2018 | 00004508AA | 6/4/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02833 | $1,735.00 | 8/8/2018 | 00004200AA-6476 | 6/4/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02833 | $1,735.00 | 8/8/2018 | 00004120AA | 6/4/2018 | $60.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02833 | $1,735.00 | 8/8/2018 | 00004002AA | 6/4/2018 | $40.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02833 | $1,735.00 | 8/8/2018 | 00003966AA | 6/4/2018 | $94.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02833 | $1,735.00 | 8/8/2018 | 00005824AA | 6/4/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02833 | $1,735.00 | 8/8/2018 | 00003440AA | 6/4/2018 | $57.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02833 | $1,735.00 | 8/8/2018 | 00005829AA | 6/4/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02833 | $1,735.00 | 8/8/2018 | 00002951AA | 6/4/2018 | $10.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02833 | $1,735.00 | 8/8/2018 | 00002656AA | 6/4/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02833 | $1,735.00 | 8/8/2018 | 00002586AA | 6/4/2018 | $94.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02833 | $1,735.00 | 8/8/2018 | 00002286AA | 6/4/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02833 | $1,735.00 | 8/8/2018 | 00001813AA | 6/4/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02833 | $1,735.00 | 8/8/2018 | 00001342AA | 6/4/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02833 | $1,735.00 | 8/8/2018 | 00001080AA | 6/4/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02833 | $1,735.00 | 8/8/2018 | 00000679AA | 6/4/2018 | $14.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02833 | $1,735.00 | 8/8/2018 | 00000483AA | 6/4/2018 | $10.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02833 | $1,735.00 | 8/8/2018 | 00003871AA | 6/4/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02833 | $1,735.00 | 8/8/2018 | 00008402AA | 6/4/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90837 | $2,047.00 | 7/18/2018 | 00000890AA | 5/14/2018 | $10.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90837 | $2,047.00 | 7/18/2018 | 00000788AA | 5/14/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90837 | $2,047.00 | 7/18/2018 | 00000619AA | 5/14/2018 | $16.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90837 | $2,047.00 | 7/18/2018 | 00000611AA | 5/14/2018 | $40.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90837 | $2,047.00 | 7/18/2018 | 00000591AA | 5/14/2018 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02833 | $1,735.00 | 8/8/2018 | 00009469AA | 6/4/2018 | $60.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02833 | $1,735.00 | 8/8/2018 | 00009137AA | 6/4/2018 | $47.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02833 | $1,735.00 | 8/8/2018 | 00008937AA | 6/4/2018 | $94.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02833 | $1,735.00 | 8/8/2018 | 00008885AA | 6/4/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02833 | $1,735.00 | 8/8/2018 | 00005761AA | 6/4/2018 | $57.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02833 | $1,735.00 | 8/8/2018 | 00008705AA | 6/4/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91717 | $217,991.70 | 7/19/2018 | 000038581B | 5/15/2018 | $41,371.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02833 | $1,735.00 | 8/8/2018 | 00008287AA | 6/4/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02833 | $1,735.00 | 8/8/2018 | 00008166AA-6480 | 6/4/2018 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02833 | $1,735.00 | 8/8/2018 | 00008119AA-6479 | 6/4/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02833 | $1,735.00 | 8/8/2018 | 00007571AA-6478 | 6/4/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02833 | $1,735.00 | 8/8/2018 | 00007382AA | 6/4/2018 | $16.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02833 | $1,735.00 | 8/8/2018 | 00007338AA | 6/4/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02833 | $1,735.00 | 8/8/2018 | 00006821AA | 6/4/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02833 | $1,735.00 | 8/8/2018 | 00006757AA | 6/4/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02833 | $1,735.00 | 8/8/2018 | 00006060AA | 6/4/2018 | $38.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02833 | $1,735.00 | 8/8/2018 | 00008706AA | 6/4/2018 | $10.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94990 | $1,866.00 | 7/25/2018 | 00009524AA | 5/21/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94990 | $1,866.00 | 7/25/2018 | 00006640AA | 5/21/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99771 | $1,374.00 | 8/2/2018 | 00003066AA | 5/29/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99771 | $1,374.00 | 8/2/2018 | 00003033AA | 5/29/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99771 | $1,374.00 | 8/2/2018 | 00002997AA | 5/29/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99771 | $1,374.00 | 8/2/2018 | 00002844AA-6481 | 5/29/2018 | $16.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99771 | $1,374.00 | 8/2/2018 | 00002323AA | 5/29/2018 | $57.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99771 | $1,374.00 | 8/2/2018 | 00000736AA | 5/29/2018 | $10.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99771 | $1,374.00 | 8/2/2018 | 00000276AA | 5/29/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94990 | $1,866.00 | 7/25/2018 | 00009965AA | 5/21/2018 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99771 | $1,374.00 | 8/2/2018 | 00003661AA | 5/29/2018 | $80.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94990 | $1,866.00 | 7/25/2018 | 00009564AA | 5/21/2018 | $47.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99771 | $1,374.00 | 8/2/2018 | 00004141AA | 5/29/2018 | $35.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94990 | $1,866.00 | 7/25/2018 | 00009521AA | 5/21/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94990 | $1,866.00 | 7/25/2018 | 00009416AA-372 | 5/21/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94990 | $1,866.00 | 7/25/2018 | 00009236AA | 5/21/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94990 | $1,866.00 | 7/25/2018 | 00008996AA | 5/21/2018 | $14.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94990 | $1,866.00 | 7/25/2018 | 00008728AA-371 | 5/21/2018 | $73.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94990 | $1,866.00 | 7/25/2018 | 00007512AA | 5/21/2018 | $57.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94990 | $1,866.00 | 7/25/2018 | 00007489AA | 5/21/2018 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94990 | $1,866.00 | 7/25/2018 | 00007366AA | 5/21/2018 | $16.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91717 | $217,991.70 | 7/19/2018 | 000038580H | 5/15/2018 | $12,870.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94990 | $1,866.00 | 7/25/2018 | 00009752AA | 5/21/2018 | $64.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99771 | $1,374.00 | 8/2/2018 | 00006768AA-6483 | 5/29/2018 | $57.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99771 | $1,374.00 | 8/2/2018 | 00009429AA-6488 | 5/29/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99771 | $1,374.00 | 8/2/2018 | 00009135AA | 5/29/2018 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99771 | $1,374.00 | 8/2/2018 | 00009022AA | 5/29/2018 | $10.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99771 | $1,374.00 | 8/2/2018 | 00008728AA-6487 | 5/29/2018 | $89.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99771 | $1,374.00 | 8/2/2018 | 00008164AA | 5/29/2018 | $94.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99771 | $1,374.00 | 8/2/2018 | 00007966AA-6486 | 5/29/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99771 | $1,374.00 | 8/2/2018 | 00007797AA | 5/29/2018 | $10.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99771 | $1,374.00 | 8/2/2018 | 00007656AA | 5/29/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99771 | $1,374.00 | 8/2/2018 | 00007083AA | 5/29/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99771 | $1,374.00 | 8/2/2018 | 00003224AA | 5/29/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99771 | $1,374.00 | 8/2/2018 | 00006811AA-6484 | 5/29/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94990 | $1,866.00 | 7/25/2018 | 00006279AA | 5/21/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99771 | $1,374.00 | 8/2/2018 | 00006635AA-6482 | 5/29/2018 | $60.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99771 | $1,374.00 | 8/2/2018 | 00006267AA | 5/29/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99771 | $1,374.00 | 8/2/2018 | 00005538AA | 5/29/2018 | $10.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99771 | $1,374.00 | 8/2/2018 | 00005497AA | 5/29/2018 | $94.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99771 | $1,374.00 | 8/2/2018 | 00005043AA | 5/29/2018 | $48.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99771 | $1,374.00 | 8/2/2018 | 00004937AA | 5/29/2018 | $57.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99771 | $1,374.00 | 8/2/2018 | 00004676AA | 5/29/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99771 | $1,374.00 | 8/2/2018 | 00004505AA | 5/29/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99771 | $1,374.00 | 8/2/2018 | 00004223AA | 5/29/2018 | $94.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99771 | $1,374.00 | 8/2/2018 | 00007020AA | 5/29/2018 | $28.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91717 | $217,991.70 | 7/19/2018 | 0000538584 | 5/15/2018 | $5,340.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94990 | $1,866.00 | 7/25/2018 | 00006703AA | 5/21/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94990 | $1,866.00 | 7/25/2018 | 00000980AA | 5/21/2018 | $16.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94990 | $1,866.00 | 7/25/2018 | 00000965AA | 5/21/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94990 | $1,866.00 | 7/25/2018 | 00000905AA-366 | 5/21/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94990 | $1,866.00 | 7/25/2018 | 00000523AA | 5/21/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94990 | $1,866.00 | 7/25/2018 | 00000100AA | 5/21/2018 | $10.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92312 | $115,231.00 | 7/20/2018 | 0000745242-365 | 5/15/2018 | $17,326.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92312 | $115,231.00 | 7/20/2018 | 000038584C | 5/16/2018 | $23,533.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92312 | $115,231.00 | 7/20/2018 | 000038583B | 5/16/2018 | $27,467.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94990 | $1,866.00 | 7/25/2018 | 00001231AA | 5/21/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92312 | $115,231.00 | 7/20/2018 | 000038580C | 5/16/2018 | $23,085.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94990 | $1,866.00 | 7/25/2018 | 00001280AA | 5/21/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91717 | $217,991.70 | 7/19/2018 | 0000538582 | 5/15/2018 | $41,371.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91717 | $217,991.70 | 7/19/2018 | 0000538580 | 5/15/2018 | $41,371.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91717 | $217,991.70 | 7/19/2018 | 0000535896 | 5/15/2018 | $456.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91717 | $217,991.70 | 7/19/2018 | 0000535895 | 5/15/2018 | $608.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91717 | $217,991.70 | 7/19/2018 | 0000535894 | 5/15/2018 | $608.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91717 | $217,991.70 | 7/19/2018 | 000038584B | 5/15/2018 | $41,371.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91717 | $217,991.70 | 7/19/2018 | 000038583A | 5/15/2018 | $5,779.80 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91717 | $217,991.70 | 7/19/2018 | 000038582H | 5/15/2018 | $4,805.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91717 | $217,991.70 | 7/19/2018 | 000038581C | 5/15/2018 | $11,995.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92312 | $115,231.00 | 7/20/2018 | 000038582B | 5/16/2018 | $23,818.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94990 | $1,866.00 | 7/25/2018 | 00004277AA | 5/21/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94990 | $1,866.00 | 7/25/2018 | 00006247AA-370 | 5/21/2018 | $16.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94990 | $1,866.00 | 7/25/2018 | 00006049AA | 5/21/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94990 | $1,866.00 | 7/25/2018 | 00005782AA | 5/21/2018 | $16.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94990 | $1,866.00 | 7/25/2018 | 00005684AA | 5/21/2018 | $40.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94990 | $1,866.00 | 7/25/2018 | 00005642AA | 5/21/2018 | $94.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94990 | $1,866.00 | 7/25/2018 | 00005486AA | 5/21/2018 | $38.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94990 | $1,866.00 | 7/25/2018 | 00005468AA-369 | 5/21/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94990 | $1,866.00 | 7/25/2018 | 00005382AA | 5/21/2018 | $57.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94990 | $1,866.00 | 7/25/2018 | 00004823AA | 5/21/2018 | $5.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94990 | $1,866.00 | 7/25/2018 | 00001174AA | 5/21/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94990 | $1,866.00 | 7/25/2018 | 00004365AA | 5/21/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99771 | $1,374.00 | 8/2/2018 | 00009957AA | 5/29/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94990 | $1,866.00 | 7/25/2018 | 00004063AA | 5/21/2018 | $71.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94990 | $1,866.00 | 7/25/2018 | 00003776AA | 5/21/2018 | $57.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94990 | $1,866.00 | 7/25/2018 | 00003408AA | 5/21/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94990 | $1,866.00 | 7/25/2018 | 00003370AA | 5/21/2018 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94990 | $1,866.00 | 7/25/2018 | 00003111AA | 5/21/2018 | $57.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94990 | $1,866.00 | 7/25/2018 | 00003109AA | 5/21/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94990 | $1,866.00 | 7/25/2018 | 00002671AA-368 | 5/21/2018 | $95.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94990 | $1,866.00 | 7/25/2018 | 00002655AA-367 | 5/21/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94990 | $1,866.00 | 7/25/2018 | 00001565AA | 5/21/2018 | $47.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94990 | $1,866.00 | 7/25/2018 | 00004572AA | 5/21/2018 | $47.00 |

Totals:    7 transfer(s),    $340,317.70