**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Pulsar Products, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78103550 | 3/19/2018 | $560.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78102455 | 3/14/2018 | $755.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78102456 | 3/14/2018 | $1,448.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78102458 | 3/14/2018 | $881.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78103213 | 3/14/2018 | $15,605.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78103214 | 3/14/2018 | $615.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78103285 | 3/15/2018 | $692.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78103286 | 3/15/2018 | $692.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 5096565000-1 | 3/20/2018 | $194.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78103288 | 3/15/2018 | $629.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78102290 | 3/6/2018 | $629.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78103808 | 3/22/2018 | $566.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78103809 | 3/22/2018 | $818.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78103810 | 3/22/2018 | $566.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78103812 | 3/22/2018 | $515.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78103816 | 3/23/2018 | $2,455.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78103817 | 3/23/2018 | $818.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78104026 | 3/27/2018 | $156.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78104027 | 3/27/2018 | $627.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78103287 | 3/15/2018 | $692.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78101081 | 2/2/2018 | $4,536.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 5341875000-1 | 3/28/2018 | $69.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 5343435000-1 | 3/28/2018 | $69.97 |

Pulsar Products, Inc. (2230498)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                                         Exhibit A                                                        P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 5866085000-1 | 4/19/2018 | $69.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 6017895000-1 | 4/30/2018 | $111.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 6107835000-1 | 5/7/2018 | $299.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 6549955000-1 | 6/14/2018 | $147.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 6609105000-1 | 6/18/2018 | $111.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 6671835000-1 | 6/25/2018 | $194.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78102416 | 3/8/2018 | $590.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78100865 | 1/26/2018 | $652.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78102291 | 3/6/2018 | $755.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78101082 | 2/2/2018 | $501.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78101368 | 2/12/2018 | $4,413.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78101572 | 2/16/2018 | $518.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78102071 | 3/1/2018 | $2,266.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78102072 | 3/1/2018 | $608.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78102288 | 3/6/2018 | $1,133.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78102289 | 3/6/2018 | $692.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78104101 | 3/28/2018 | $408.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 6727885000-1 | 6/29/2018 | $349.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78107295 | 5/29/2018 | $544.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78104099 | 3/28/2018 | $408.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78106599 | 5/14/2018 | $622.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78106600 | 5/14/2018 | $777.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78106861 | 5/21/2018 | $594.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78106867 | 5/21/2018 | $1,273.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78106870 | 5/22/2018 | $34,788.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78107141 | 5/24/2018 | $648.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78107142 | 5/24/2018 | $848.50 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78106300 | 5/8/2018 | $695.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78107144 | 5/24/2018 | $1,056.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78106140-10154 | 5/7/2018 | $926.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78107528 | 5/30/2018 | $645.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78107758 | 6/4/2018 | $589.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78108220 | 6/7/2018 | $1,248.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78108289 | 6/8/2018 | $589.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78108290 | 6/8/2018 | $1,366.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78108952 | 6/14/2018 | $581.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78109039 | 6/14/2018 | $603.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78109204 | 6/18/2018 | $1,660.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78107143 | 5/24/2018 | $1,327.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78104949 | 4/12/2018 | $559.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78109205 | 6/18/2018 | $557.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78104249 | 3/30/2018 | $903.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78104250 | 3/30/2018 | $525.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78104308 | 4/2/2018 | $818.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78104444 | 4/3/2018 | $874.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78104445 | 4/3/2018 | $375.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78104446 | 4/3/2018 | $2,610.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78104549 | 4/5/2018 | $1,302.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78106449 | 5/10/2018 | $577.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78104817 | 4/11/2018 | $692.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78104100 | 3/28/2018 | $909.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78104950 | 4/12/2018 | $741.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78105249 | 4/18/2018 | $2,015.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78105250 | 4/18/2018 | $3,104.48 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78105700 | 4/27/2018 | $518.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78105748 | 4/27/2018 | $741.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78105749 | 4/27/2018 | $521.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78106139 | 5/7/2018 | $926.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78106140-10153 | 5/8/2018 | $580.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008441 | $106,964.50 | 9/17/2018 | 78104816 | 4/11/2018 | $814.73 |

Totals:    1 transfer(s),    $106,964.50