**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **Sakar International, Inc.** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990446 | $89,042.45 | 8/9/2018 | BN1806190066 | 6/19/2018 | $2,450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990446 | $89,042.45 | 8/9/2018 | BN1806070152 | 6/7/2018 | $624.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990446 | $89,042.45 | 8/9/2018 | BN1806070153 | 6/7/2018 | $312.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990446 | $89,042.45 | 8/9/2018 | BN1806110393 | 6/11/2018 | $561.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990446 | $89,042.45 | 8/9/2018 | BN1806150042 | 6/15/2018 | $69.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990446 | $89,042.45 | 8/9/2018 | BN1806150043 | 6/15/2018 | $132.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990446 | $89,042.45 | 8/9/2018 | BN1806150045 | 6/15/2018 | $117.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990446 | $89,042.45 | 8/9/2018 | BN1805160308 | 5/16/2018 | $396.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990446 | $89,042.45 | 8/9/2018 | BN1806190065 | 6/19/2018 | $3,080.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990446 | $89,042.45 | 8/9/2018 | BN1806070149 | 6/7/2018 | $312.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990446 | $89,042.45 | 8/9/2018 | BN1806210101 | 6/21/2018 | $294.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990446 | $89,042.45 | 8/9/2018 | K20180708-3 | 7/8/2018 | $3,758.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990446 | $89,042.45 | 8/9/2018 | K20180709-2 | 7/9/2018 | $3,382.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990446 | $89,042.45 | 8/9/2018 | K20180710-2 | 7/1/2018 | $3,034.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990446 | $89,042.45 | 8/9/2018 | K20180711-2 | 7/11/2018 | $3,336.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990446 | $89,042.45 | 8/9/2018 | K20180712-2 | 7/12/2018 | $3,005.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990446 | $89,042.45 | 8/9/2018 | BN1806190064 | 6/19/2018 | $1,890.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990446 | $89,042.45 | 8/9/2018 | BN1806060052 | 6/6/2018 | $1,428.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998101 | $29,147.49 | 8/23/2018 | BN1806280112 | 6/28/2018 | $948.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990446 | $89,042.45 | 8/9/2018 | BN1806060043 | 6/6/2018 | $792.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990446 | $89,042.45 | 8/9/2018 | BN1806060044 | 6/6/2018 | $504.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990446 | $89,042.45 | 8/9/2018 | BN1806060045 | 6/6/2018 | $2,088.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990446 | $89,042.45 | 8/9/2018 | BN1806060046 | 6/6/2018 | $1,932.00 |

Sakar International, Inc. (2230488)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                Exhibit A                                P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990446 | $89,042.45 | 8/9/2018 | BN1806060048 | 6/6/2018 | $1,224.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990446 | $89,042.45 | 8/9/2018 | BN1806070151 | 6/7/2018 | $312.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990446 | $89,042.45 | 8/9/2018 | BN1806060051 | 6/6/2018 | $1,584.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990446 | $89,042.45 | 8/9/2018 | BN1806070150 | 6/7/2018 | $624.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990446 | $89,042.45 | 8/9/2018 | BN1806060054 | 6/6/2018 | $1,152.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990446 | $89,042.45 | 8/9/2018 | BN1806060055-1 | 6/6/2018 | $672.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990446 | $89,042.45 | 8/9/2018 | BN1806060055-3 | 6/6/2018 | $84.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990446 | $89,042.45 | 8/9/2018 | BN1806070146 | 6/7/2018 | $10,672.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990446 | $89,042.45 | 8/9/2018 | BN1806070147 | 6/7/2018 | $16,015.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990446 | $89,042.45 | 8/9/2018 | BN1806070148 | 6/7/2018 | $9,094.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994119 | $59,396.07 | 8/16/2018 | BN1805310504 | 5/31/2018 | $630.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990446 | $89,042.45 | 8/9/2018 | BN1806060049 | 6/6/2018 | $504.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998101 | $29,147.49 | 8/23/2018 | BN1806250585 | 6/25/2018 | $2,448.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990446 | $89,042.45 | 8/9/2018 | K20180713-2 | 7/13/2018 | $3,618.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994119 | $59,396.07 | 8/16/2018 | K20180718-2 | 7/18/2018 | $3,340.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994119 | $59,396.07 | 8/16/2018 | K20180719-2 | 7/19/2018 | $3,192.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994119 | $59,396.07 | 8/16/2018 | K20180720-2 | 7/2/2018 | $3,434.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994119 | $59,396.07 | 8/16/2018 | K20180721-2 | 7/21/2018 | $3,745.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998101 | $29,147.49 | 8/23/2018 | BN1806050233 | 6/5/2018 | $630.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994119 | $59,396.07 | 8/16/2018 | K20180716-2 | 7/16/2018 | $3,410.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998101 | $29,147.49 | 8/23/2018 | BN1806250583 | 6/25/2018 | $132.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994119 | $59,396.07 | 8/16/2018 | K20180715-2 | 7/15/2018 | $4,167.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998101 | $29,147.49 | 8/23/2018 | BN1806250593 | 6/25/2018 | $285.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998101 | $29,147.49 | 8/23/2018 | BN1806250596 | 6/25/2018 | $102.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998101 | $29,147.49 | 8/23/2018 | BN1806260130 | 6/26/2018 | $1,584.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998101 | $29,147.49 | 8/23/2018 | BN1806260158 | 6/26/2018 | $1,728.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998101 | $29,147.49 | 8/23/2018 | BN1806260159 | 6/26/2018 | $1,224.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998101 | $29,147.49 | 8/23/2018 | BN1806260176 | 6/26/2018 | $504.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980222 | $25,266.57 | 7/17/2018 | BN1805180374-2 | 5/18/2018 | $94.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998101 | $29,147.49 | 8/23/2018 | BN1806250582 | 6/25/2018 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994119 | $59,396.07 | 8/16/2018 | BN1806250579 | 6/25/2018 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990446 | $89,042.45 | 8/9/2018 | BN1805160307 | 5/16/2018 | $528.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994119 | $59,396.07 | 8/16/2018 | BN1806070145 | 6/7/2018 | $7,249.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994119 | $59,396.07 | 8/16/2018 | BN1806120173-1 | 6/12/2018 | $18,303.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994119 | $59,396.07 | 8/16/2018 | BN1806120173-3 | 6/12/2018 | $168.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994119 | $59,396.07 | 8/16/2018 | BN1806150044 | 6/15/2018 | $129.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994119 | $59,396.07 | 8/16/2018 | BN1806150046 | 6/15/2018 | $1,960.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994119 | $59,396.07 | 8/16/2018 | K20180717-2 | 7/17/2018 | $3,622.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994119 | $59,396.07 | 8/16/2018 | BN1806190101 | 6/19/2018 | $816.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990446 | $89,042.45 | 8/9/2018 | K20180714-2 | 7/14/2018 | $3,906.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994119 | $59,396.07 | 8/16/2018 | BN1806260129 | 6/26/2018 | $648.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994119 | $59,396.07 | 8/16/2018 | BN1806270256 | 6/27/2018 | $2,592.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994119 | $59,396.07 | 8/16/2018 | BN1806270258 | 6/27/2018 | $2,304.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994119 | $59,396.07 | 8/16/2018 | BN1806280066 | 6/28/2018 | $1,224.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994119 | $59,396.07 | 8/16/2018 | BN1806280127 | 6/28/2018 | $316.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994119 | $59,396.07 | 8/16/2018 | BN1806280208 | 6/28/2018 | $2,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994119 | $59,396.07 | 8/16/2018 | BN1807030204 | 7/3/2018 | $2,016.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994119 | $59,396.07 | 8/16/2018 | BN1806190063 | 6/19/2018 | $1,330.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983502 | $31,003.76 | 7/24/2018 | BN1806050232 | 6/5/2018 | $39.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983502 | $31,003.76 | 7/24/2018 | BN1806020005 | 6/2/2018 | $480.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983502 | $31,003.76 | 7/24/2018 | BN1806020040 | 6/2/2018 | $315.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983502 | $31,003.76 | 7/24/2018 | BN1806020041 | 6/2/2018 | $315.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983502 | $31,003.76 | 7/24/2018 | BN1806020042 | 6/2/2018 | $78.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983502 | $31,003.76 | 7/24/2018 | BN1806020043 | 6/2/2018 | $90.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983502 | $31,003.76 | 7/24/2018 | BN1806040008 | 6/4/2018 | $600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990446 | $89,042.45 | 8/9/2018 | BN1805220222 | 5/22/2018 | $594.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983502 | $31,003.76 | 7/24/2018 | BN1806050231 | 6/5/2018 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983502 | $31,003.76 | 7/24/2018 | BN1805030193 | 5/3/2018 | $787.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983502 | $31,003.76 | 7/24/2018 | BN1806080114 | 6/8/2018 | $1,620.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983502 | $31,003.76 | 7/24/2018 | BN1806110336 | 6/11/2018 | $1,188.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983502 | $31,003.76 | 7/24/2018 | BN1806110388 | 6/11/2018 | $157.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983502 | $31,003.76 | 7/24/2018 | BN1806110420 | 6/11/2018 | $765.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983502 | $31,003.76 | 7/24/2018 | BN1806120174 | 6/12/2018 | $1,872.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983502 | $31,003.76 | 7/24/2018 | BN1806120175 | 6/12/2018 | $1,176.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983502 | $31,003.76 | 7/24/2018 | BN1806050228 | 6/5/2018 | $1,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980222 | $25,266.57 | 7/17/2018 | K20180618-2 | 6/18/2018 | $3,329.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980222 | $25,266.57 | 7/17/2018 | BN1805240228 | 5/24/2018 | $31.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980222 | $25,266.57 | 7/17/2018 | BN1805240229 | 5/24/2018 | $39.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980222 | $25,266.57 | 7/17/2018 | BN1805240230 | 5/24/2018 | $63.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980222 | $25,266.57 | 7/17/2018 | BN1805240231 | 5/24/2018 | $109.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980222 | $25,266.57 | 7/17/2018 | BN1805300568 | 5/30/2018 | $2,880.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980222 | $25,266.57 | 7/17/2018 | BN1805310633 | 5/31/2018 | $63.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983502 | $31,003.76 | 7/24/2018 | BN1805100130 | 5/10/2018 | $900.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980222 | $25,266.57 | 7/17/2018 | K20180617-2 | 6/17/2018 | $3,980.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983502 | $31,003.76 | 7/24/2018 | BN1805080009 | 5/8/2018 | $630.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980222 | $25,266.57 | 7/17/2018 | K20180619-2 | 6/19/2018 | $2,988.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980222 | $25,266.57 | 7/17/2018 | K20180620-2 | 6/20/2018 | $2,538.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980222 | $25,266.57 | 7/17/2018 | K20180621-2 | 6/21/2018 | $2,899.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980222 | $25,266.57 | 7/17/2018 | K20180622-2 | 6/22/2018 | $3,205.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980222 | $25,266.57 | 7/17/2018 | K20180623-2 | 6/23/2018 | $3,384.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980222 | $25,266.57 | 7/17/2018 | K20180624-2 | 6/24/2018 | $6.50 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983502 | $31,003.76 | 7/24/2018 | K20180625-2 | 6/25/2018 | $2,904.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980222 | $25,266.57 | 7/17/2018 | InvDate:5/18/2018 | 5/18/2018 | $78.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990446 | $89,042.45 | 8/9/2018 | BN1805110092 | 5/11/2018 | $540.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983502 | $31,003.76 | 7/24/2018 | BN1806120176 | 6/12/2018 | $624.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986971 | $31,136.14 | 7/31/2018 | K20180703-2 | 7/3/2018 | $3,134.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986971 | $31,136.14 | 7/31/2018 | K20180704-2 | 7/4/2018 | $3,405.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986971 | $31,136.14 | 7/31/2018 | K20180705-2 | 7/5/2018 | $2,718.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986971 | $31,136.14 | 7/31/2018 | K20180706-2 | 7/6/2018 | $3,645.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986971 | $31,136.14 | 7/31/2018 | K20180707-2 | 7/7/2018 | $3,962.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986971 | $31,136.14 | 7/31/2018 | K20180701-3 | 7/1/2018 | $3,733.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990446 | $89,042.45 | 8/9/2018 | BN1805110091 | 5/11/2018 | $2,220.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986971 | $31,136.14 | 7/31/2018 | BN1806140071 | 6/14/2018 | $129.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990446 | $89,042.45 | 8/9/2018 | BN1805110093 | 5/11/2018 | $900.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990446 | $89,042.45 | 8/9/2018 | BN1805110094 | 5/11/2018 | $1,380.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990446 | $89,042.45 | 8/9/2018 | BN1805110095 | 5/11/2018 | $900.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990446 | $89,042.45 | 8/9/2018 | BN1805160303 | 5/16/2018 | $630.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990446 | $89,042.45 | 8/9/2018 | BN1805160304 | 5/16/2018 | $264.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990446 | $89,042.45 | 8/9/2018 | BN1805160305 | 5/16/2018 | $660.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990446 | $89,042.45 | 8/9/2018 | BN1805160306 | 5/16/2018 | $396.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986971 | $31,136.14 | 7/31/2018 | K20180708-2 | 7/8/2018 | $2.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986971 | $31,136.14 | 7/31/2018 | BN1806060100-1 | 6/6/2018 | $3,552.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998101 | $29,147.49 | 8/23/2018 | BN1806280113 | 6/28/2018 | $417.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983502 | $31,003.76 | 7/24/2018 | K20180626-2 | 6/26/2018 | $2,803.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983502 | $31,003.76 | 7/24/2018 | K20180627-2 | 6/27/2018 | $2,637.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983502 | $31,003.76 | 7/24/2018 | K20180628-2 | 6/28/2018 | $2,996.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983502 | $31,003.76 | 7/24/2018 | K20180629-2 | 6/29/2018 | $2,748.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983502 | $31,003.76 | 7/24/2018 | K20180630-2 | 6/30/2018 | $3,460.50 |

Sakar International, Inc. (2230488)
Bankruptcy Case: Sears Holdings Corporation, et al.
Mar 27, 2020

Exhibit A

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986971 | $31,136.14 | 7/31/2018 | K20180702-2 | 7/2/2018 | $3,426.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986971 | $31,136.14 | 7/31/2018 | BN1806040312 | 6/4/2018 | $288.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983502 | $31,003.76 | 7/24/2018 | K20180624-3 | 6/24/2018 | $3,682.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986971 | $31,136.14 | 7/31/2018 | BN1806060100-3 | 6/6/2018 | $408.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986971 | $31,136.14 | 7/31/2018 | BN1806080327 | 6/8/2018 | $1,440.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986971 | $31,136.14 | 7/31/2018 | BN1806110389 | 6/11/2018 | $159.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986971 | $31,136.14 | 7/31/2018 | BN1806110390 | 6/11/2018 | $90.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986971 | $31,136.14 | 7/31/2018 | BN1806110394 | 6/11/2018 | $1,056.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986971 | $31,136.14 | 7/31/2018 | BN1806120319 | 6/12/2018 | $363.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986971 | $31,136.14 | 7/31/2018 | BN1806120320 | 6/12/2018 | $330.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983502 | $31,003.76 | 7/24/2018 | K20180701-2 | 7/1/2018 | $23.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008541 | $47,432.36 | 9/17/2018 | BN1807250032 | 7/25/2018 | $2,089.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008541 | $47,432.36 | 9/17/2018 | BN1807190100 | 7/19/2018 | $207.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008541 | $47,432.36 | 9/17/2018 | BN1807190101 | 7/19/2018 | $149.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008541 | $47,432.36 | 9/17/2018 | BN1807230006 | 7/23/2018 | $663.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008541 | $47,432.36 | 9/17/2018 | BN1807230008 | 7/23/2018 | $39.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008541 | $47,432.36 | 9/17/2018 | BN1807240154 | 7/24/2018 | $1,683.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008541 | $47,432.36 | 9/17/2018 | BN1807240155 | 7/24/2018 | $1,044.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004988 | $74,489.42 | 9/10/2018 | K20180808-2 | 8/8/2018 | $2,810.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008541 | $47,432.36 | 9/17/2018 | BN1807240173 | 7/24/2018 | $1,587.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008541 | $47,432.36 | 9/17/2018 | BN1807190097 | 7/19/2018 | $1,224.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008541 | $47,432.36 | 9/17/2018 | BN1807250096 | 7/25/2018 | $544.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008541 | $47,432.36 | 9/17/2018 | BN1807250309 | 7/25/2018 | $99.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008541 | $47,432.36 | 9/17/2018 | BN1807250310 | 7/25/2018 | $49.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008541 | $47,432.36 | 9/17/2018 | BN1807250311 | 7/25/2018 | $82.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008541 | $47,432.36 | 9/17/2018 | BN1807250312 | 7/25/2018 | $49.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008541 | $47,432.36 | 9/17/2018 | BN1807260152 | 7/26/2018 | $245.88 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008541 | $47,432.36 | 9/17/2018 | BN1807240172 | 7/24/2018 | $1,546.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008541 | $47,432.36 | 9/17/2018 | BN1806250608 | 6/25/2018 | $560.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998101 | $29,147.49 | 8/23/2018 | BN1806280111 | 6/28/2018 | $69.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004988 | $74,489.42 | 9/10/2018 | K20180810-2 | 8/1/2018 | $2,891.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004988 | $74,489.42 | 9/10/2018 | K20180811-2 | 8/11/2018 | $3,419.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008541 | $47,432.36 | 9/17/2018 | BN1801170041-3 | 1/17/2018 | $354.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008541 | $47,432.36 | 9/17/2018 | BN1806190067 | 6/19/2018 | $1,372.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008541 | $47,432.36 | 9/17/2018 | BN1806190068 | 6/19/2018 | $224.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008541 | $47,432.36 | 9/17/2018 | BN1807190099 | 7/19/2018 | $737.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008541 | $47,432.36 | 9/17/2018 | BN1806250607 | 6/25/2018 | $224.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008541 | $47,432.36 | 9/17/2018 | BN1807190098 | 7/19/2018 | $108.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008541 | $47,432.36 | 9/17/2018 | BN1806280128 | 6/28/2018 | $1,256.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008541 | $47,432.36 | 9/17/2018 | BN1807120048 | 7/12/2018 | $99.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008541 | $47,432.36 | 9/17/2018 | BN1807120198 | 7/12/2018 | $120.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008541 | $47,432.36 | 9/17/2018 | BN1807190094 | 7/19/2018 | $1,683.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008541 | $47,432.36 | 9/17/2018 | BN1807190095 | 7/19/2018 | $1,428.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008541 | $47,432.36 | 9/17/2018 | BN1807190096 | 7/19/2018 | $1,479.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008541 | $47,432.36 | 9/17/2018 | K20180812-2 | 8/12/2018 | $3,292.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008541 | $47,432.36 | 9/17/2018 | BN1806210098 | 6/21/2018 | $560.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012541 | $33,203.60 | 9/24/2018 | K20180819-2 | 8/19/2018 | $3,401.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008541 | $47,432.36 | 9/17/2018 | BN1807270166 | 7/27/2018 | $693.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012541 | $33,203.60 | 9/24/2018 | BN1807310107 | 7/31/2018 | $711.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012541 | $33,203.60 | 9/24/2018 | BN1807310209 | 7/31/2018 | $99.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012541 | $33,203.60 | 9/24/2018 | BN1808010012 | 8/1/2018 | $1,048.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012541 | $33,203.60 | 9/24/2018 | BN1808010046 | 8/1/2018 | $1,278.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012541 | $33,203.60 | 9/24/2018 | BN1808020016 | 8/2/2018 | $1,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012541 | $33,203.60 | 9/24/2018 | BN1807300207 | 7/30/2018 | $2,827.62 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781012541 | $33,203.60 | 9/24/2018 | BN1808020117 | 8/2/2018 | $250.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012541 | $33,203.60 | 9/24/2018 | BN1807270033 | 7/27/2018 | $6,106.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012541 | $33,203.60 | 9/24/2018 | K20180820-2 | 8/2/2018 | $2,896.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012541 | $33,203.60 | 9/24/2018 | K20180821-2 | 8/21/2018 | $3,012.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012541 | $33,203.60 | 9/24/2018 | K20180822-2 | 8/22/2018 | $2,407.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012541 | $33,203.60 | 9/24/2018 | K20180823-2 | 8/23/2018 | $2,499.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012541 | $33,203.60 | 9/24/2018 | K20180824-2 | 8/24/2018 | $2,517.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012541 | $33,203.60 | 9/24/2018 | K20180825-2 | 8/25/2018 | $3,056.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012541 | $33,203.60 | 9/24/2018 | K20180826-2 | 8/26/2018 | $10.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012541 | $33,203.60 | 9/24/2018 | BN1808020017 | 8/2/2018 | $378.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012541 | $33,203.60 | 9/24/2018 | BN1806260133 | 6/26/2018 | $1,260.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004988 | $74,489.42 | 9/10/2018 | K20180807-2 | 8/7/2018 | $2,883.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008541 | $47,432.36 | 9/17/2018 | K20180813-2 | 8/13/2018 | $3,424.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008541 | $47,432.36 | 9/17/2018 | K20180814-2 | 8/14/2018 | $3,128.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008541 | $47,432.36 | 9/17/2018 | K20180815-2 | 8/15/2018 | $2,924.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008541 | $47,432.36 | 9/17/2018 | K20180816-2 | 8/16/2018 | $2,687.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008541 | $47,432.36 | 9/17/2018 | K20180817-2 | 8/17/2018 | $2,498.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012541 | $33,203.60 | 9/24/2018 | BN1807300208 | 7/30/2018 | $6,815.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012541 | $33,203.60 | 9/24/2018 | BN1806110421 | 6/11/2018 | $450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008541 | $47,432.36 | 9/17/2018 | BN1808020106 | 8/2/2018 | $4,876.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012541 | $33,203.60 | 9/24/2018 | BN1806260134 | 6/26/2018 | $112.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012541 | $33,203.60 | 9/24/2018 | BN1807030161 | 7/3/2018 | $1,890.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012541 | $33,203.60 | 9/24/2018 | BN1807030163 | 7/3/2018 | $180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012541 | $33,203.60 | 9/24/2018 | BN1807260049 | 7/26/2018 | $39.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012541 | $33,203.60 | 9/24/2018 | BN1807260050 | 7/26/2018 | $117.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012541 | $33,203.60 | 9/24/2018 | BN1807260051 | 7/26/2018 | $426.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012541 | $33,203.60 | 9/24/2018 | BN1807260052 | 7/26/2018 | $31.50 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008541 | $47,432.36 | 9/17/2018 | K20180818-2 | 8/18/2018 | $3,420.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001543 | $37,379.15 | 9/3/2018 | BN1807120199 | 7/12/2018 | $120.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001543 | $37,379.15 | 9/3/2018 | BN1807110163 | 7/11/2018 | $5,688.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001543 | $37,379.15 | 9/3/2018 | BN1807110411 | 7/11/2018 | $49.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001543 | $37,379.15 | 9/3/2018 | BN1807110413 | 7/11/2018 | $148.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001543 | $37,379.15 | 9/3/2018 | BN1807120193 | 7/12/2018 | $660.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001543 | $37,379.15 | 9/3/2018 | BN1807120194 | 7/12/2018 | $1,380.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001543 | $37,379.15 | 9/3/2018 | BN1807120195 | 7/12/2018 | $720.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004988 | $74,489.42 | 9/10/2018 | K20180809-2 | 8/9/2018 | $2,784.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001543 | $37,379.15 | 9/3/2018 | BN1807120197 | 7/12/2018 | $120.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001543 | $37,379.15 | 9/3/2018 | BN1806280065 | 6/28/2018 | $792.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001543 | $37,379.15 | 9/3/2018 | BN1807170116 | 7/17/2018 | $1,872.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001543 | $37,379.15 | 9/3/2018 | K20180729 | 7/29/2018 | $4,172.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001543 | $37,379.15 | 9/3/2018 | K20180730-2 | 7/3/2018 | $3,308.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001543 | $37,379.15 | 9/3/2018 | K20180731-2 | 7/31/2018 | $3,058.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001543 | $37,379.15 | 9/3/2018 | K20180801-2 | 8/1/2018 | $3,178.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001543 | $37,379.15 | 9/3/2018 | K20180802-2 | 8/2/2018 | $3,123.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001543 | $37,379.15 | 9/3/2018 | BN1807120196 | 7/12/2018 | $1,020.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998101 | $29,147.49 | 8/23/2018 | K20180724-2 | 7/24/2018 | $3,327.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998101 | $29,147.49 | 8/23/2018 | BN1807030094 | 7/3/2018 | $1,296.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998101 | $29,147.49 | 8/23/2018 | BN1807030162 | 7/3/2018 | $216.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998101 | $29,147.49 | 8/23/2018 | BN1807060188 | 7/6/2018 | $942.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998101 | $29,147.49 | 8/23/2018 | BN1807060189 | 7/6/2018 | $768.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998101 | $29,147.49 | 8/23/2018 | BN1807060190 | 7/6/2018 | $444.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998101 | $29,147.49 | 8/23/2018 | BN1807110410 | 7/11/2018 | $99.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001543 | $37,379.15 | 9/3/2018 | BN1806280114 | 6/28/2018 | $126.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998101 | $29,147.49 | 8/23/2018 | K20180723-2 | 7/23/2018 | $3,305.25 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781001543 | $37,379.15 | 9/3/2018 | BN1806280067 | 6/28/2018 | $720.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998101 | $29,147.49 | 8/23/2018 | K20180725-2 | 7/25/2018 | $2,909.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998101 | $29,147.49 | 8/23/2018 | K20180726-2 | 7/26/2018 | $3,052.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998101 | $29,147.49 | 8/23/2018 | K20180727-2 | 7/27/2018 | $3,271.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998101 | $29,147.49 | 8/23/2018 | K20180728-2 | 7/28/2018 | $3,664.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001543 | $37,379.15 | 9/3/2018 | BN1805220223 | 5/22/2018 | $945.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001543 | $37,379.15 | 9/3/2018 | BN1806110391 | 6/11/2018 | $1,400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004988 | $74,489.42 | 9/10/2018 | BN1806070039-1 | 6/7/2018 | $22,069.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998101 | $29,147.49 | 8/23/2018 | K20180722-2 | 7/22/2018 | $3,877.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004988 | $74,489.42 | 9/10/2018 | BN1807170090 | 7/17/2018 | $5,136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001543 | $37,379.15 | 9/3/2018 | K20180803-2 | 8/3/2018 | $3,166.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004988 | $74,489.42 | 9/10/2018 | BN1807120045 | 7/12/2018 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004988 | $74,489.42 | 9/10/2018 | BN1807120046 | 7/12/2018 | $309.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004988 | $74,489.42 | 9/10/2018 | BN1807120047 | 7/12/2018 | $138.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004988 | $74,489.42 | 9/10/2018 | BN1807120049 | 7/12/2018 | $148.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004988 | $74,489.42 | 9/10/2018 | BN1807120139 | 7/12/2018 | $499.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004988 | $74,489.42 | 9/10/2018 | BN1807100072 | 7/10/2018 | $2,160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004988 | $74,489.42 | 9/10/2018 | BN1807160227 | 7/16/2018 | $240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004988 | $74,489.42 | 9/10/2018 | BN1807100071 | 7/10/2018 | $2,448.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004988 | $74,489.42 | 9/10/2018 | BN1807170127 | 7/17/2018 | $2,040.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004988 | $74,489.42 | 9/10/2018 | BN1807170128 | 7/17/2018 | $240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004988 | $74,489.42 | 9/10/2018 | BN1807200123 | 7/20/2018 | $1,740.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004988 | $74,489.42 | 9/10/2018 | BN1807200124 | 7/20/2018 | $240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004988 | $74,489.42 | 9/10/2018 | BN1807230005 | 7/23/2018 | $154.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004988 | $74,489.42 | 9/10/2018 | K20180805-2 | 8/5/2018 | $3,706.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004988 | $74,489.42 | 9/10/2018 | K20180806-2 | 8/6/2018 | $3,128.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004988 | $74,489.42 | 9/10/2018 | BN1807160226 | 7/16/2018 | $2,820.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004988 | $74,489.42 | 9/10/2018 | BN1806270257 | 6/27/2018 | $2,952.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012541 | $33,203.60 | 9/24/2018 | K20180827-2 | 8/27/2018 | $6.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004988 | $74,489.42 | 9/10/2018 | BN1806070039-3 | 6/7/2018 | $210.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004988 | $74,489.42 | 9/10/2018 | BN1806080326 | 6/8/2018 | $1,845.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004988 | $74,489.42 | 9/10/2018 | BN1806110392-1 | 6/11/2018 | $1,336.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004988 | $74,489.42 | 9/10/2018 | BN1806110392-3 | 6/11/2018 | $16.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004988 | $74,489.42 | 9/10/2018 | BN1806190054 | 6/19/2018 | $224.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004988 | $74,489.42 | 9/10/2018 | BN1807100073 | 7/10/2018 | $2,304.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004988 | $74,489.42 | 9/10/2018 | BN1806190098 | 6/19/2018 | $336.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001543 | $37,379.15 | 9/3/2018 | K20180804-2 | 8/4/2018 | $3,894.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004988 | $74,489.42 | 9/10/2018 | BN1807060045 | 7/6/2018 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004988 | $74,489.42 | 9/10/2018 | BN1807060046 | 7/6/2018 | $156.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004988 | $74,489.42 | 9/10/2018 | BN1807060047 | 7/6/2018 | $751.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004988 | $74,489.42 | 9/10/2018 | BN1807060048 | 7/6/2018 | $235.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004988 | $74,489.42 | 9/10/2018 | BN1807060049 | 7/6/2018 | $69.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004988 | $74,489.42 | 9/10/2018 | BN1807100069 | 7/10/2018 | $864.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004988 | $74,489.42 | 9/10/2018 | BN1807100070 | 7/10/2018 | $2,736.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004988 | $74,489.42 | 9/10/2018 | BN1806190055 | 6/19/2018 | $112.00 |

Totals:    10 transfer(s),    $457,497.01