**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Snelling Employment, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995212 | $3,472.38 | 8/17/2018 | 5283071 | 6/1/2018 | $547.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980795 | $2,804.46 | 7/18/2018 | 5278603 | 5/4/2018 | $2,284.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984123 | $3,743.61 | 7/25/2018 | 5279803 | 5/11/2018 | $808.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984123 | $3,743.61 | 7/25/2018 | 5279809 | 5/11/2018 | $2,935.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987551 | $2,960.89 | 8/1/2018 | 5280878 | 5/18/2018 | $647.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987551 | $2,960.89 | 8/1/2018 | 5280886 | 5/18/2018 | $2,313.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991059 | $3,188.79 | 8/10/2018 | 5281970 | 5/25/2018 | $2,555.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991059 | $3,188.79 | 8/10/2018 | 5281978 | 5/25/2018 | $633.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980795 | $2,804.46 | 7/18/2018 | 5278594 | 5/4/2018 | $520.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995212 | $3,472.38 | 8/17/2018 | 5283056 | 6/1/2018 | $2,275.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013167 | $2,550.16 | 9/25/2018 | 5288479 | 7/6/2018 | $1,900.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998686 | $2,712.91 | 8/28/2018 | 5284067 | 6/8/2018 | $860.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998686 | $2,712.91 | 8/28/2018 | 5284077 | 6/8/2018 | $1,852.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002179 | $2,917.21 | 9/4/2018 | 5285151 | 6/15/2018 | $603.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002179 | $2,917.21 | 9/4/2018 | 5285155 | 6/15/2018 | $2,314.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005588 | $609.38 | 9/11/2018 | 5286237 | 6/22/2018 | $609.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009272 | $2,620.36 | 9/18/2018 | 5287369 | 6/29/2018 | $629.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009272 | $2,620.36 | 9/18/2018 | 5287383 | 6/29/2018 | $1,991.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013167 | $2,550.16 | 9/25/2018 | 5288469 | 7/6/2018 | $650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995212 | $3,472.38 | 8/17/2018 | 5277513 | 4/27/2018 | $650.00 |

Totals:    10 transfer(s),    $27,580.15

Snelling Employment, LLC (2230514)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                    Exhibit A                    P. 1