

2600 Eagan Woods Dr, Suite 400          151 West 46th Street, 4th Floor
St. Paul, MN 55121                                          New York, NY 10036
651-406-9665                                                     212-267-7342

| Defendant: | **Snelling Employment, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743518 | $1,306.07 | 10/11/2018 | 5294321-IN | 8/10/2018 | $1,306.07 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743378 | $2,006.90 | 10/3/2018 | 5293260-IN | 8/3/2018 | $2,006.90 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743223 | $1,831.96 | 9/28/2018 | 5292268-IN | 7/27/2018 | $1,831.96 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742114 | $9,224.37 | 8/3/2018 | 5291173-IN | 7/20/2018 | $2,044.31 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742114 | $9,224.37 | 8/3/2018 | 5290105-IN | 7/13/2018 | $1,469.15 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742114 | $9,224.37 | 8/3/2018 | 5289066-IN | 7/6/2018 | $857.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742114 | $9,224.37 | 8/3/2018 | 5288020-IN | 6/29/2018 | $1,090.13 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742114 | $9,224.37 | 8/3/2018 | 5286881-IN | 6/22/2018 | $864.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742114 | $9,224.37 | 8/3/2018 | 5285764-IN | 6/15/2018 | $1,124.55 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742114 | $9,224.37 | 8/3/2018 | 5284725-IN | 6/8/2018 | $863.73 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742114 | $9,224.37 | 8/3/2018 | 5283624-IN | 6/1/2018 | $911.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741917 | $580.50 | 7/26/2018 | 5282577-IN | 5/25/2018 | $580.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741791 | $881.82 | 7/20/2018 | 5281514-IN | 5/18/2018 | $881.82 |

**Totals:**    **6 transfer(s),    $15,831.62**

Snelling Employment, LLC (2230514)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                      Exhibit B                                      P. 1