**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Springs Global US, Inc.** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991848 | $17,865.40 | 8/13/2018 | 29866704 | 6/26/2018 | $1,069.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991086 | $65,768.11 | 8/10/2018 | 29872279-28287 | 7/6/2018 | $108.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991086 | $65,768.11 | 8/10/2018 | 29872279-28289 | 7/6/2018 | $2,565.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991086 | $65,768.11 | 8/10/2018 | 29872284 | 7/6/2018 | $2,545.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991086 | $65,768.11 | 8/10/2018 | 29872289 | 7/6/2018 | $2,586.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991086 | $65,768.11 | 8/10/2018 | 29873317 | 7/7/2018 | $8,748.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991086 | $65,768.11 | 8/10/2018 | 29873318 | 7/7/2018 | $1,204.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991086 | $65,768.11 | 8/10/2018 | 29873319 | 7/7/2018 | $672.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991086 | $65,768.11 | 8/10/2018 | 29873795 | 7/9/2018 | $9,870.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991086 | $65,768.11 | 8/10/2018 | 29874433 | 7/9/2018 | $16,942.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992554 | $44,725.03 | 8/14/2018 | 29874434 | 7/9/2018 | $26,936.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991848 | $17,865.40 | 8/13/2018 | 29866703 | 6/26/2018 | $207.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991086 | $65,768.11 | 8/10/2018 | 29871168 | 7/5/2018 | $279.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991848 | $17,865.40 | 8/13/2018 | 29874430 | 7/10/2018 | $172.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991848 | $17,865.40 | 8/13/2018 | 29875333 | 7/11/2018 | $1,178.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991848 | $17,865.40 | 8/13/2018 | 29875336 | 7/11/2018 | $13,895.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991848 | $17,865.40 | 8/13/2018 | 29875339 | 7/11/2018 | $1,755.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991848 | $17,865.40 | 8/13/2018 | 29876276-28291 | 7/11/2018 | $26.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991848 | $17,865.40 | 8/13/2018 | 29876276-28292 | 7/11/2018 | $51.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992554 | $44,725.03 | 8/14/2018 | 29870136 | 7/2/2018 | $5,110.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992554 | $44,725.03 | 8/14/2018 | 29870138 | 7/2/2018 | $1,075.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996770 | $7,741.39 | 8/21/2018 | 29879476 | 7/18/2018 | $9,443.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991086 | $65,768.11 | 8/10/2018 | 29875335 | 7/11/2018 | $3,272.15 |

Springs Global US, Inc. (2230523)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                           Exhibit A                           P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989747 | $50,444.84 | 8/8/2018 | 29873315 | 7/6/2018 | $3,973.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989002 | $21,432.85 | 8/7/2018 | 29866959 | 6/26/2018 | $3,308.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989002 | $21,432.85 | 8/7/2018 | 29868327 | 6/28/2018 | $3,118.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989002 | $21,432.85 | 8/7/2018 | 29868814 | 6/29/2018 | $53.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989002 | $21,432.85 | 8/7/2018 | 29872276 | 7/6/2018 | $14,951.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989747 | $50,444.84 | 8/8/2018 | 29866701 | 6/26/2018 | $38.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989747 | $50,444.84 | 8/8/2018 | 29866702 | 6/26/2018 | $106.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989747 | $50,444.84 | 8/8/2018 | 29870137 | 7/2/2018 | $255.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989747 | $50,444.84 | 8/8/2018 | 29872285 | 7/6/2018 | $2,129.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989747 | $50,444.84 | 8/8/2018 | 29872286 | 7/6/2018 | $4,056.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991086 | $65,768.11 | 8/10/2018 | 29871171 | 7/5/2018 | $8,676.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989747 | $50,444.84 | 8/8/2018 | 29873314 | 7/6/2018 | $5,693.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991086 | $65,768.11 | 8/10/2018 | 29871169 | 7/5/2018 | $1,166.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989747 | $50,444.84 | 8/8/2018 | 29873316 | 7/6/2018 | $120.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989747 | $50,444.84 | 8/8/2018 | 29873322 | 7/7/2018 | $24,376.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991086 | $65,768.11 | 8/10/2018 | 29866699 | 6/26/2018 | $69.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991086 | $65,768.11 | 8/10/2018 | 29866700 | 6/26/2018 | $154.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991086 | $65,768.11 | 8/10/2018 | 29866705 | 6/26/2018 | $129.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991086 | $65,768.11 | 8/10/2018 | 29866706 | 6/26/2018 | $208.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991086 | $65,768.11 | 8/10/2018 | 29868328 | 6/28/2018 | $2,592.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991086 | $65,768.11 | 8/10/2018 | 29870976 | 7/3/2018 | $2,437.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991086 | $65,768.11 | 8/10/2018 | 29871167 | 7/5/2018 | $1,642.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992554 | $44,725.03 | 8/14/2018 | 29874435 | 7/10/2018 | $2,129.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989747 | $50,444.84 | 8/8/2018 | 29872288 | 7/6/2018 | $9,695.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996770 | $7,741.39 | 8/21/2018 | 29864965 | 6/22/2018 | $75.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995248 | $116,460.58 | 8/17/2018 | 29874432 | 7/10/2018 | $17,793.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995248 | $116,460.58 | 8/17/2018 | 29874436 | 7/10/2018 | $3,699.62 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995248 | $116,460.58 | 8/17/2018 | 29875338 | 7/10/2018 | $17,793.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995248 | $116,460.58 | 8/17/2018 | 29876272 | 7/12/2018 | $639.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995248 | $116,460.58 | 8/17/2018 | 29876274 | 7/12/2018 | $2,364.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995248 | $116,460.58 | 8/17/2018 | 29876283 | 7/12/2018 | $4,721.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995248 | $116,460.58 | 8/17/2018 | 29876638 | 7/13/2018 | $4,498.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995248 | $116,460.58 | 8/17/2018 | 29876639 | 7/13/2018 | $1,537.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995248 | $116,460.58 | 8/17/2018 | 29878059 | 7/16/2018 | $18,169.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992554 | $44,725.03 | 8/14/2018 | 29871170 | 7/5/2018 | $226.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995248 | $116,460.58 | 8/17/2018 | 29879480 | 7/17/2018 | $14,061.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995248 | $116,460.58 | 8/17/2018 | 29870258 | 7/3/2018 | $103.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996770 | $7,741.39 | 8/21/2018 | 29870261 | 7/3/2018 | $310.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996770 | $7,741.39 | 8/21/2018 | 29870262 | 7/3/2018 | $1,051.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996770 | $7,741.39 | 8/21/2018 | 29870263 | 7/3/2018 | $5,053.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996770 | $7,741.39 | 8/21/2018 | 29870264 | 7/3/2018 | $568.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996770 | $7,741.39 | 8/21/2018 | 29873798 | 7/9/2018 | $2,178.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996770 | $7,741.39 | 8/21/2018 | 29874431 | 7/10/2018 | $8,869.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996770 | $7,741.39 | 8/21/2018 | 29878056 | 7/16/2018 | $1,010.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996770 | $7,741.39 | 8/21/2018 | 29878057 | 7/16/2018 | $247.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980261 | $2,879.20 | 7/17/2018 | 29855974-28268 | 6/5/2018 | $397.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995248 | $116,460.58 | 8/17/2018 | 29878564 | 7/16/2018 | $8,564.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995248 | $116,460.58 | 8/17/2018 | 29864967-28302 | 6/22/2018 | $68.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992554 | $44,725.03 | 8/14/2018 | 29875334 | 7/11/2018 | $552.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992554 | $44,725.03 | 8/14/2018 | 29876285 | 7/12/2018 | $6,171.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992554 | $44,725.03 | 8/14/2018 | 29876287 | 7/12/2018 | $2,524.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993332 | $6,219.59 | 8/15/2018 | 29866960-28293 | 6/26/2018 | $48.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993332 | $6,219.59 | 8/15/2018 | 29866960-28295 | 6/26/2018 | $296.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993332 | $6,219.59 | 8/15/2018 | 29870244-28296 | 7/3/2018 | $49.90 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780993332 | $6,219.59 | 8/15/2018 | 29870244-28298 | 7/3/2018 | $487.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993332 | $6,219.59 | 8/15/2018 | 29876633 | 7/13/2018 | $1,607.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993332 | $6,219.59 | 8/15/2018 | 29876636 | 7/13/2018 | $3,828.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995248 | $116,460.58 | 8/17/2018 | 29872277 | 7/6/2018 | $355.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994172 | $1,462.09 | 8/16/2018 | 29870260-28301 | 7/3/2018 | $1,462.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995248 | $116,460.58 | 8/17/2018 | 29870259 | 7/3/2018 | $465.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995248 | $116,460.58 | 8/17/2018 | 29864967-28304 | 6/22/2018 | $1,220.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995248 | $116,460.58 | 8/17/2018 | 29870243 | 7/3/2018 | $4,838.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995248 | $116,460.58 | 8/17/2018 | 29870245 | 7/3/2018 | $4,515.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995248 | $116,460.58 | 8/17/2018 | 29870246 | 7/3/2018 | $595.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995248 | $116,460.58 | 8/17/2018 | 29870247 | 7/3/2018 | $1,645.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995248 | $116,460.58 | 8/17/2018 | 29870254 | 7/3/2018 | $4,838.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995248 | $116,460.58 | 8/17/2018 | 29870255 | 7/3/2018 | $913.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995248 | $116,460.58 | 8/17/2018 | 29870256 | 7/3/2018 | $698.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995248 | $116,460.58 | 8/17/2018 | 29870257 | 7/3/2018 | $2,425.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988390 | $17,412.90 | 8/2/2018 | 29870139 | 7/2/2018 | $927.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994172 | $1,462.09 | 8/16/2018 | 29870260-28299 | 7/3/2018 | $32.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984149 | $77,778.74 | 7/25/2018 | 29861667 | 6/19/2018 | $129.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984149 | $77,778.74 | 7/25/2018 | 29859795-28275 | 6/14/2018 | $181.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984149 | $77,778.74 | 7/25/2018 | 29859795-28277 | 6/14/2018 | $225.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984149 | $77,778.74 | 7/25/2018 | 29859796 | 6/14/2018 | $240.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984149 | $77,778.74 | 7/25/2018 | 29859797 | 6/14/2018 | $2,905.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984149 | $77,778.74 | 7/25/2018 | 29859798 | 6/14/2018 | $1,336.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984149 | $77,778.74 | 7/25/2018 | 29859799 | 6/14/2018 | $992.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984149 | $77,778.74 | 7/25/2018 | 29861288 | 6/18/2018 | $1,973.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984149 | $77,778.74 | 7/25/2018 | 29861663 | 6/19/2018 | $103.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984149 | $77,778.74 | 7/25/2018 | 29861664 | 6/19/2018 | $93.06 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988390 | $17,412.90 | 8/2/2018 | 29870253 | 7/3/2018 | $8,639.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984149 | $77,778.74 | 7/25/2018 | 29861666 | 6/19/2018 | $530.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984149 | $77,778.74 | 7/25/2018 | 29858537 | 6/12/2018 | $415.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984149 | $77,778.74 | 7/25/2018 | 29861668 | 6/19/2018 | $45.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984149 | $77,778.74 | 7/25/2018 | 29861671-28279 | 6/19/2018 | $49.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984149 | $77,778.74 | 7/25/2018 | 29861671-28280 | 6/19/2018 | $2,156.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984149 | $77,778.74 | 7/25/2018 | 29861672 | 6/19/2018 | $17.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984149 | $77,778.74 | 7/25/2018 | 29861673 | 6/19/2018 | $4,784.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984149 | $77,778.74 | 7/25/2018 | 29862279 | 6/20/2018 | $4,110.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984149 | $77,778.74 | 7/25/2018 | 29862280 | 6/20/2018 | $10,658.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984149 | $77,778.74 | 7/25/2018 | 29863241 | 6/21/2018 | $142.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984149 | $77,778.74 | 7/25/2018 | 29863243 | 6/21/2018 | $856.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984149 | $77,778.74 | 7/25/2018 | 29861665 | 6/19/2018 | $181.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980817 | $18,457.85 | 7/18/2018 | 29859789-28270 | 6/14/2018 | $507.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980261 | $2,879.20 | 7/17/2018 | 29855974-28269 | 6/5/2018 | $97.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980261 | $2,879.20 | 7/17/2018 | 29855978 | 6/5/2018 | $362.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980261 | $2,879.20 | 7/17/2018 | 29855979 | 6/5/2018 | $2,419.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980817 | $18,457.85 | 7/18/2018 | 29851023 | 5/24/2018 | $642.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980817 | $18,457.85 | 7/18/2018 | 29857016 | 6/8/2018 | $582.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980817 | $18,457.85 | 7/18/2018 | 29857019 | 6/8/2018 | $11,711.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980817 | $18,457.85 | 7/18/2018 | 29857022 | 6/8/2018 | $485.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980817 | $18,457.85 | 7/18/2018 | 29857023 | 6/8/2018 | $1,522.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980817 | $18,457.85 | 7/18/2018 | 29858538 | 6/12/2018 | $232.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984149 | $77,778.74 | 7/25/2018 | 29858542 | 6/12/2018 | $441.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980817 | $18,457.85 | 7/18/2018 | 29859788 | 6/14/2018 | $505.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984149 | $77,778.74 | 7/25/2018 | 29858540 | 6/12/2018 | $150.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980817 | $18,457.85 | 7/18/2018 | 29859789-28272 | 6/14/2018 | $4,446.57 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980817 | $18,457.85 | 7/18/2018 | 29859790 | 6/14/2018 | $1,151.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980817 | $18,457.85 | 7/18/2018 | 29859791 | 6/14/2018 | $3,120.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980817 | $18,457.85 | 7/18/2018 | 29861662 | 6/19/2018 | $11,537.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984149 | $77,778.74 | 7/25/2018 | 29829124-28274 | 4/12/2018 | $209.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984149 | $77,778.74 | 7/25/2018 | 29855984 | 6/5/2018 | $617.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984149 | $77,778.74 | 7/25/2018 | 29858534 | 6/12/2018 | $51.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984149 | $77,778.74 | 7/25/2018 | 29858535 | 6/12/2018 | $112.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984149 | $77,778.74 | 7/25/2018 | 29858536 | 6/12/2018 | $192.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984149 | $77,778.74 | 7/25/2018 | 29863246 | 6/20/2018 | $311.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980817 | $18,457.85 | 7/18/2018 | 29858539 | 6/12/2018 | $610.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987574 | $60,596.03 | 8/1/2018 | 29868324 | 6/28/2018 | $856.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984149 | $77,778.74 | 7/25/2018 | 29863244 | 6/21/2018 | $2,145.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985567 | $25,875.53 | 7/27/2018 | 29868326 | 6/28/2018 | $7,005.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987013 | $11,801.91 | 7/31/2018 | 29868815 | 6/29/2018 | $13,049.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987574 | $60,596.03 | 8/1/2018 | 29859803 | 6/14/2018 | $679.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987574 | $60,596.03 | 8/1/2018 | 29859804 | 6/14/2018 | $1,796.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987574 | $60,596.03 | 8/1/2018 | 29861676-28281 | 6/19/2018 | $48.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987574 | $60,596.03 | 8/1/2018 | 29861676-28283 | 6/19/2018 | $542.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987574 | $60,596.03 | 8/1/2018 | 29861677 | 6/19/2018 | $860.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987574 | $60,596.03 | 8/1/2018 | 29861678 | 6/19/2018 | $1,935.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985567 | $25,875.53 | 7/27/2018 | 29866707 | 6/26/2018 | $17,793.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987574 | $60,596.03 | 8/1/2018 | 29868323 | 6/28/2018 | $950.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985567 | $25,875.53 | 7/27/2018 | 29855977 | 6/5/2018 | $494.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987574 | $60,596.03 | 8/1/2018 | 29868325 | 6/28/2018 | $1,158.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987574 | $60,596.03 | 8/1/2018 | 29869454 | 6/29/2018 | $5,888.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987574 | $60,596.03 | 8/1/2018 | 29869455 | 6/29/2018 | $450.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987574 | $60,596.03 | 8/1/2018 | 29870249 | 7/2/2018 | $13,369.56 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987574 | $60,596.03 | 8/1/2018 | 29870251 | 7/3/2018 | $9,716.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987574 | $60,596.03 | 8/1/2018 | 29870265-28284 | 7/3/2018 | $105.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987574 | $60,596.03 | 8/1/2018 | 29870265-28286 | 7/3/2018 | $4,597.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988390 | $17,412.90 | 8/2/2018 | 29863242 | 6/21/2018 | $3,821.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988390 | $17,412.90 | 8/2/2018 | 29863253 | 6/21/2018 | $2,062.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996770 | $7,741.39 | 8/21/2018 | 29879477 | 7/18/2018 | $4,450.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987574 | $60,596.03 | 8/1/2018 | 29863252 | 6/21/2018 | $17,793.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984149 | $77,778.74 | 7/25/2018 | 29866357 | 6/25/2018 | $451.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988390 | $17,412.90 | 8/2/2018 | 29870140 | 7/2/2018 | $2,296.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984149 | $77,778.74 | 7/25/2018 | 29863247 | 6/21/2018 | $11,556.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984149 | $77,778.74 | 7/25/2018 | 29863248 | 6/21/2018 | $484.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984149 | $77,778.74 | 7/25/2018 | 29863249 | 6/21/2018 | $2,181.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984149 | $77,778.74 | 7/25/2018 | 29864957 | 6/22/2018 | $12,935.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984149 | $77,778.74 | 7/25/2018 | 29864958 | 6/22/2018 | $15,437.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984149 | $77,778.74 | 7/25/2018 | 29864959 | 6/21/2018 | $9,305.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984149 | $77,778.74 | 7/25/2018 | 29864960 | 6/21/2018 | $2,480.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984149 | $77,778.74 | 7/25/2018 | 29864961 | 6/21/2018 | $3,991.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985567 | $25,875.53 | 7/27/2018 | 29866957 | 6/26/2018 | $503.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984149 | $77,778.74 | 7/25/2018 | 29866356 | 6/25/2018 | $6,748.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984149 | $77,778.74 | 7/25/2018 | 29863245 | 6/20/2018 | $1,153.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984149 | $77,778.74 | 7/25/2018 | 29866358 | 6/25/2018 | $14,369.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984149 | $77,778.74 | 7/25/2018 | 29866697 | 6/25/2018 | $11,773.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984149 | $77,778.74 | 7/25/2018 | 29866698 | 6/25/2018 | $13,216.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984979 | $29,733.49 | 7/26/2018 | 29859801 | 6/14/2018 | $3,346.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984979 | $29,733.49 | 7/26/2018 | 29859802 | 6/14/2018 | $1,665.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984979 | $29,733.49 | 7/26/2018 | 29861287 | 6/18/2018 | $2,493.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984979 | $29,733.49 | 7/26/2018 | 29866355 | 6/25/2018 | $9,855.25 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984979 | $29,733.49 | 7/26/2018 | 29866955 | 6/27/2018 | $10,521.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984979 | $29,733.49 | 7/26/2018 | 29866956 | 6/27/2018 | $2,122.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985567 | $25,875.53 | 7/27/2018 | 29855976 | 6/5/2018 | $77.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984149 | $77,778.74 | 7/25/2018 | 29866354 | 6/25/2018 | $6,581.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006366 | $16,010.06 | 9/12/2018 | 29885711 | 7/27/2018 | $32.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005608 | $31,569.43 | 9/11/2018 | 29889343-28328 | 8/2/2018 | $53.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005608 | $31,569.43 | 9/11/2018 | 29889343-28329 | 8/2/2018 | $298.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005608 | $31,569.43 | 9/11/2018 | 29889344 | 8/2/2018 | $772.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005608 | $31,569.43 | 9/11/2018 | 29889345 | 8/2/2018 | $528.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005608 | $31,569.43 | 9/11/2018 | 29889346 | 8/2/2018 | $2,744.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005608 | $31,569.43 | 9/11/2018 | 29890912 | 8/3/2018 | $8,680.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005608 | $31,569.43 | 9/11/2018 | 29894202-28330 | 8/6/2018 | $50.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005608 | $31,569.43 | 9/11/2018 | 29894202-28332 | 8/6/2018 | $574.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005608 | $31,569.43 | 9/11/2018 | 29894203-28333 | 8/6/2018 | $59.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009296 | $22,755.13 | 9/18/2018 | 29894200 | 8/6/2018 | $496.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005608 | $31,569.43 | 9/11/2018 | 29896724 | 8/7/2018 | $12,714.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005608 | $31,569.43 | 9/11/2018 | 29887738-28325 | 7/31/2018 | $55.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006366 | $16,010.06 | 9/12/2018 | 29885713 | 7/27/2018 | $1,297.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006366 | $16,010.06 | 9/12/2018 | 29898517 | 8/8/2018 | $5,313.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006366 | $16,010.06 | 9/12/2018 | 29898519 | 8/8/2018 | $1,505.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006366 | $16,010.06 | 9/12/2018 | 29898523 | 8/8/2018 | $8,279.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007036 | $1,371.18 | 9/13/2018 | 29883334 | 7/24/2018 | $244.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007036 | $1,371.18 | 9/13/2018 | 29898518 | 8/8/2018 | $996.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007036 | $1,371.18 | 9/13/2018 | 29898520 | 8/8/2018 | $130.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009296 | $22,755.13 | 9/18/2018 | 29889351 | 8/2/2018 | $221.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996770 | $7,741.39 | 8/21/2018 | 29878572 | 7/17/2018 | $132.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005608 | $31,569.43 | 9/11/2018 | 29894203-28335 | 8/6/2018 | $1,674.27 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004346 | $1,143.22 | 9/7/2018 | 29885709 | 7/27/2018 | $450.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003004 | $34,428.50 | 9/5/2018 | 29889347 | 8/1/2018 | $1,352.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003004 | $34,428.50 | 9/5/2018 | 29889348 | 8/1/2018 | $2,827.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003004 | $34,428.50 | 9/5/2018 | 29889349 | 8/1/2018 | $1,519.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003004 | $34,428.50 | 9/5/2018 | 29889350 | 8/1/2018 | $2,608.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003587 | $8,716.22 | 9/6/2018 | 29882314 | 7/24/2018 | $54.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003587 | $8,716.22 | 9/6/2018 | 29882317 | 7/24/2018 | $76.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003587 | $8,716.22 | 9/6/2018 | 29882318 | 7/24/2018 | $52.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003587 | $8,716.22 | 9/6/2018 | 29885704 | 7/26/2018 | $701.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003587 | $8,716.22 | 9/6/2018 | 29890907 | 8/3/2018 | $7,230.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005608 | $31,569.43 | 9/11/2018 | 29888387 | 8/1/2018 | $841.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004346 | $1,143.22 | 9/7/2018 | 29882319 | 7/24/2018 | $234.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005608 | $31,569.43 | 9/11/2018 | 29887738-28326 | 7/31/2018 | $166.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004346 | $1,143.22 | 9/7/2018 | 29889353-28319 | 8/2/2018 | $32.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004346 | $1,143.22 | 9/7/2018 | 29889353-28320 | 8/2/2018 | $461.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005608 | $31,569.43 | 9/11/2018 | 29878054-28321 | 7/16/2018 | $1,001.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005608 | $31,569.43 | 9/11/2018 | 29878054-28323 | 7/16/2018 | $187.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005608 | $31,569.43 | 9/11/2018 | 29882315 | 7/24/2018 | $247.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005608 | $31,569.43 | 9/11/2018 | 29882316 | 7/24/2018 | $298.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005608 | $31,569.43 | 9/11/2018 | 29887395 | 7/30/2018 | $51.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005608 | $31,569.43 | 9/11/2018 | 29887396 | 7/30/2018 | $465.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005608 | $31,569.43 | 9/11/2018 | 29887397 | 7/30/2018 | $1,322.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009296 | $22,755.13 | 9/18/2018 | 29898521 | 8/7/2018 | $400.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003587 | $8,716.22 | 9/6/2018 | 29890911 | 8/3/2018 | $601.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013958 | $9,405.15 | 9/26/2018 | 29901688 | 8/14/2018 | $767.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013187 | $13,758.29 | 9/25/2018 | 29904780 | 8/20/2018 | $6,676.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013187 | $13,758.29 | 9/25/2018 | 29904781-28339 | 8/20/2018 | $435.60 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013187 | $13,758.29 | 9/25/2018 | 29904781-28341 | 8/20/2018 | $12,836.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013187 | $13,758.29 | 9/25/2018 | 29905335 | 8/21/2018 | $9,107.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013187 | $13,758.29 | 9/25/2018 | 29905337 | 8/21/2018 | $4,001.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013187 | $13,758.29 | 9/25/2018 | 29905338 | 8/21/2018 | $5,560.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013187 | $13,758.29 | 9/25/2018 | 29905340 | 8/21/2018 | $665.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013187 | $13,758.29 | 9/25/2018 | 29905341 | 8/20/2018 | $14,704.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013187 | $13,758.29 | 9/25/2018 | 29905342 | 8/21/2018 | $10,641.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009296 | $22,755.13 | 9/18/2018 | 29894199 | 8/6/2018 | $1,024.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013958 | $9,405.15 | 9/26/2018 | 29896730 | 8/7/2018 | $339.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013187 | $13,758.29 | 9/25/2018 | 29903986 | 8/17/2018 | $3,299.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013958 | $9,405.15 | 9/26/2018 | 29901691 | 8/14/2018 | $49.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013958 | $9,405.15 | 9/26/2018 | 29901692 | 8/14/2018 | $1,113.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013958 | $9,405.15 | 9/26/2018 | 29903985 | 8/17/2018 | $252.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013958 | $9,405.15 | 9/26/2018 | 29905950 | 8/22/2018 | $3,432.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013958 | $9,405.15 | 9/26/2018 | 29905961 | 8/21/2018 | $1,149.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013958 | $9,405.15 | 9/26/2018 | 29905962 | 8/21/2018 | $2,489.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014598 | $38,115.56 | 9/27/2018 | 29904782 | 8/20/2018 | $12,996.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014598 | $38,115.56 | 9/27/2018 | 29906704 | 8/23/2018 | $8,950.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014598 | $38,115.56 | 9/27/2018 | 29906705 | 8/23/2018 | $3,679.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013958 | $9,405.15 | 9/26/2018 | 29896727 | 8/7/2018 | $684.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013187 | $13,758.29 | 9/25/2018 | 29896732 | 8/7/2018 | $1,332.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009296 | $22,755.13 | 9/18/2018 | 29901342 | 8/13/2018 | $1,796.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009296 | $22,755.13 | 9/18/2018 | 29901343 | 8/13/2018 | $1,936.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009296 | $22,755.13 | 9/18/2018 | 29901344 | 8/13/2018 | $13,306.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009296 | $22,755.13 | 9/18/2018 | 29901685 | 8/14/2018 | $3,573.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013187 | $13,758.29 | 9/25/2018 | 29889352 | 8/2/2018 | $51.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013187 | $13,758.29 | 9/25/2018 | 29889354 | 8/2/2018 | $95.17 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013187 | $13,758.29 | 9/25/2018 | 29889355 | 8/2/2018 | $859.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013187 | $13,758.29 | 9/25/2018 | 29892442-28336 | 8/4/2018 | $90.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013187 | $13,758.29 | 9/25/2018 | 29892442-28338 | 8/4/2018 | $1,235.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013187 | $13,758.29 | 9/25/2018 | 29903989 | 8/17/2018 | $216.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013187 | $13,758.29 | 9/25/2018 | 29896725 | 8/7/2018 | $83.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013187 | $13,758.29 | 9/25/2018 | 29903987 | 8/17/2018 | $3,037.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013187 | $13,758.29 | 9/25/2018 | 29898522 | 8/8/2018 | $276.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013187 | $13,758.29 | 9/25/2018 | 29902442 | 8/15/2018 | $6,666.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013187 | $13,758.29 | 9/25/2018 | 29902443 | 8/15/2018 | $1,632.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013187 | $13,758.29 | 9/25/2018 | 29903978 | 8/17/2018 | $1,537.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013187 | $13,758.29 | 9/25/2018 | 29903980 | 8/17/2018 | $744.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013187 | $13,758.29 | 9/25/2018 | 29903981 | 8/17/2018 | $1,414.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013187 | $13,758.29 | 9/25/2018 | 29903982 | 8/17/2018 | $747.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013187 | $13,758.29 | 9/25/2018 | 29903983 | 8/17/2018 | $2,983.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013187 | $13,758.29 | 9/25/2018 | 29903984 | 8/17/2018 | $1,269.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003004 | $34,428.50 | 9/5/2018 | 29887740 | 7/31/2018 | $11,445.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013187 | $13,758.29 | 9/25/2018 | 29894201 | 8/6/2018 | $5,071.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998710 | $96,722.55 | 8/28/2018 | 29880366 | 7/19/2018 | $1,781.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998710 | $96,722.55 | 8/28/2018 | 29876277 | 7/11/2018 | $518.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998710 | $96,722.55 | 8/28/2018 | 29876278 | 7/11/2018 | $1,275.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998710 | $96,722.55 | 8/28/2018 | 29876279 | 7/11/2018 | $207.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998710 | $96,722.55 | 8/28/2018 | 29876280 | 7/11/2018 | $739.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998710 | $96,722.55 | 8/28/2018 | 29876630 | 7/13/2018 | $2,029.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998710 | $96,722.55 | 8/28/2018 | 29878053 | 7/16/2018 | $364.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998710 | $96,722.55 | 8/28/2018 | 29878058 | 7/16/2018 | $675.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998710 | $96,722.55 | 8/28/2018 | 29878567 | 7/17/2018 | $129.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998710 | $96,722.55 | 8/28/2018 | 29878569 | 7/17/2018 | $472.88 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003004 | $34,428.50 | 9/5/2018 | 29888388 | 8/1/2018 | $1,250.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998710 | $96,722.55 | 8/28/2018 | 29880365 | 7/19/2018 | $767.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998710 | $96,722.55 | 8/28/2018 | 29874438 | 7/10/2018 | $634.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998710 | $96,722.55 | 8/28/2018 | 29882075 | 7/23/2018 | $13,532.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998710 | $96,722.55 | 8/28/2018 | 29882076 | 7/23/2018 | $7,656.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998710 | $96,722.55 | 8/28/2018 | 29882077 | 7/23/2018 | $7,361.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998710 | $96,722.55 | 8/28/2018 | 29882078 | 7/23/2018 | $15,461.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998710 | $96,722.55 | 8/28/2018 | 29882309 | 7/23/2018 | $10,237.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998710 | $96,722.55 | 8/28/2018 | 29882312 | 7/24/2018 | $1,137.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998710 | $96,722.55 | 8/28/2018 | 29882313 | 7/24/2018 | $2,499.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998710 | $96,722.55 | 8/28/2018 | 29883331 | 7/24/2018 | $16,133.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999472 | $70,523.32 | 8/29/2018 | 29878060 | 7/16/2018 | $291.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998710 | $96,722.55 | 8/28/2018 | 29880364 | 7/19/2018 | $2,052.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997489 | $46,954.82 | 8/22/2018 | 29880972 | 7/20/2018 | $3,980.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996770 | $7,741.39 | 8/21/2018 | 29879478 | 7/18/2018 | $3,746.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996770 | $7,741.39 | 8/21/2018 | 29879479 | 7/18/2018 | $2,190.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996770 | $7,741.39 | 8/21/2018 | 29879481 | 7/18/2018 | $15,661.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996770 | $7,741.39 | 8/21/2018 | 29879482 | 7/18/2018 | $14,144.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996770 | $7,741.39 | 8/21/2018 | 29880971 | 7/19/2018 | $6,989.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996770 | $7,741.39 | 8/21/2018 | 29880973 | 7/19/2018 | $11,670.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996770 | $7,741.39 | 8/21/2018 | VPFRR991678251 | 8/5/2018 | $647.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996770 | $7,741.39 | 8/21/2018 | VPFRR991678253 | 8/5/2018 | $276.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997489 | $46,954.82 | 8/22/2018 | 29864966 | 6/22/2018 | $355.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998710 | $96,722.55 | 8/28/2018 | 29876275 | 7/11/2018 | $11,557.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997489 | $46,954.82 | 8/22/2018 | 29868330 | 6/28/2018 | $452.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998710 | $96,722.55 | 8/28/2018 | 29876273 | 7/11/2018 | $207.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997489 | $46,954.82 | 8/22/2018 | 29880977 | 7/20/2018 | $13,185.78 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780997489 | $46,954.82 | 8/22/2018 | 29880978 | 7/20/2018 | $710.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997489 | $46,954.82 | 8/22/2018 | 29880979 | 7/20/2018 | $2,984.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997489 | $46,954.82 | 8/22/2018 | 29880981 | 7/20/2018 | $13,744.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997489 | $46,954.82 | 8/22/2018 | 29881558 | 7/21/2018 | $9,658.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997489 | $46,954.82 | 8/22/2018 | KM161300A | 8/6/2018 | $1,525.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997489 | $46,954.82 | 8/22/2018 | KM161371A | 8/6/2018 | $301.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998141 | $2,941.87 | 8/23/2018 | 29876281 | 7/11/2018 | $828.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998141 | $2,941.87 | 8/23/2018 | 29876282 | 7/11/2018 | $2,113.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999472 | $70,523.32 | 8/29/2018 | 29880974-28305 | 7/20/2018 | $106.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997489 | $46,954.82 | 8/22/2018 | 29868329 | 6/28/2018 | $56.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002201 | $52,405.22 | 9/4/2018 | 29887737 | 7/30/2018 | $13,334.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999472 | $70,523.32 | 8/29/2018 | 29878061 | 7/16/2018 | $1,414.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002201 | $52,405.22 | 9/4/2018 | 29878580 | 7/17/2018 | $600.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002201 | $52,405.22 | 9/4/2018 | 29880975 | 7/20/2018 | $2,424.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002201 | $52,405.22 | 9/4/2018 | 29880976 | 7/20/2018 | $2,611.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002201 | $52,405.22 | 9/4/2018 | 29880980 | 7/20/2018 | $2,695.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002201 | $52,405.22 | 9/4/2018 | 29882074-28312 | 7/23/2018 | $441.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002201 | $52,405.22 | 9/4/2018 | 29882074-28314 | 7/23/2018 | $1,091.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002201 | $52,405.22 | 9/4/2018 | 29885149 | 7/26/2018 | $1,589.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002201 | $52,405.22 | 9/4/2018 | 29885150 | 7/26/2018 | $454.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002201 | $52,405.22 | 9/4/2018 | 29878568 | 7/17/2018 | $441.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002201 | $52,405.22 | 9/4/2018 | 29887394 | 7/30/2018 | $9,328.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002201 | $52,405.22 | 9/4/2018 | 29878566 | 7/17/2018 | $510.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002201 | $52,405.22 | 9/4/2018 | 29887739 | 7/31/2018 | $13,021.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002201 | $52,405.22 | 9/4/2018 | 29887741-28315 | 7/31/2018 | $57.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002201 | $52,405.22 | 9/4/2018 | 29887741-28317 | 7/31/2018 | $568.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002201 | $52,405.22 | 9/4/2018 | 29890905 | 8/3/2018 | $2,939.73 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003004 | $34,428.50 | 9/5/2018 | 29878570 | 7/17/2018 | $388.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003004 | $34,428.50 | 9/5/2018 | 29878571 | 7/17/2018 | $1,219.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003004 | $34,428.50 | 9/5/2018 | 29883332 | 7/24/2018 | $5,170.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003004 | $34,428.50 | 9/5/2018 | 29883333 | 7/24/2018 | $1,050.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003004 | $34,428.50 | 9/5/2018 | 29885148 | 7/26/2018 | $70.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014598 | $38,115.56 | 9/27/2018 | 29907512 | 8/23/2018 | $12,489.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002201 | $52,405.22 | 9/4/2018 | 29885707 | 7/26/2018 | $367.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000106 | $29,366.05 | 8/30/2018 | 29876286 | 7/11/2018 | $2,453.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003004 | $34,428.50 | 9/5/2018 | 29888386 | 8/1/2018 | $5,609.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999472 | $70,523.32 | 8/29/2018 | 29880974-28307 | 7/20/2018 | $3,967.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999472 | $70,523.32 | 8/29/2018 | 29882073 | 7/23/2018 | $11,202.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999472 | $70,523.32 | 8/29/2018 | 29882311 | 7/24/2018 | $8,551.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999472 | $70,523.32 | 8/29/2018 | 29883328 | 7/25/2018 | $5,289.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999472 | $70,523.32 | 8/29/2018 | 29883329 | 7/25/2018 | $4,182.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999472 | $70,523.32 | 8/29/2018 | 29883330 | 7/25/2018 | $2,188.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999472 | $70,523.32 | 8/29/2018 | 29885151 | 7/25/2018 | $9,080.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999472 | $70,523.32 | 8/29/2018 | 29885152 | 7/26/2018 | $16,664.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002201 | $52,405.22 | 9/4/2018 | 29878579 | 7/17/2018 | $271.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000106 | $29,366.05 | 8/30/2018 | 29876284 | 7/11/2018 | $776.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999472 | $70,523.32 | 8/29/2018 | 29880363 | 7/19/2018 | $395.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000106 | $29,366.05 | 8/30/2018 | 29882310 | 7/24/2018 | $13,174.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000106 | $29,366.05 | 8/30/2018 | 29882320 | 7/24/2018 | $13,029.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000889 | $9,542.94 | 8/31/2018 | 29886849 | 7/28/2018 | $9,542.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001589 | $2,480.76 | 9/3/2018 | 29825029-28308 | 4/5/2018 | $1,155.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001589 | $2,480.76 | 9/3/2018 | 29825031-28309 | 4/5/2018 | $775.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001589 | $2,480.76 | 9/3/2018 | 29836116-28310 | 4/26/2018 | $148.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001589 | $2,480.76 | 9/3/2018 | 29851010-28311 | 5/24/2018 | $33.06 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781001589 | $2,480.76 | 9/3/2018 | 29878574 | 7/17/2018 | $103.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001589 | $2,480.76 | 9/3/2018 | 29878576 | 7/17/2018 | $265.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002201 | $52,405.22 | 9/4/2018 | 29878565 | 7/17/2018 | $152.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999472 | $70,523.32 | 8/29/2018 | 29885153 | 7/25/2018 | $7,545.39 |

**Totals:** 35 transfer(s), $1,064,865.80