**ask** | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Springs Global US, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02208 | $3,491.85 | 8/7/2018 | 0000880373 | 7/19/2018 | $835.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00392 | $367.65 | 8/3/2018 | 0000878577 | 7/17/2018 | $214.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10929 | $1,848.51 | 8/22/2018 | 0000890909 | 8/3/2018 | $112.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10929 | $1,848.51 | 8/22/2018 | 0000890908 | 8/3/2018 | $193.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10929 | $1,848.51 | 8/22/2018 | 0000890906 | 8/3/2018 | $902.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10099 | $3,535.43 | 8/21/2018 | 0000889357 | 8/2/2018 | $2,441.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10099 | $3,535.43 | 8/21/2018 | 0000889356 | 8/2/2018 | $1,094.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06877 | $2,394.27 | 8/15/2018 | 0000885712 | 7/27/2018 | $668.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06877 | $2,394.27 | 8/15/2018 | 0000885710 | 7/27/2018 | $350.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06877 | $2,394.27 | 8/15/2018 | 0000885708 | 7/27/2018 | $423.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11613 | $2,039.35 | 8/23/2018 | 0000872287 | 7/6/2018 | $2,039.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06877 | $2,394.27 | 8/15/2018 | 0000885705 | 7/27/2018 | $839.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13362 | $4,432.12 | 8/27/2018 | 0000896729 | 8/7/2018 | $1,523.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02208 | $3,491.85 | 8/7/2018 | 0000880372 | 7/19/2018 | $606.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02208 | $3,491.85 | 8/7/2018 | 0000880371 | 7/19/2018 | $1,154.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02208 | $3,491.85 | 8/7/2018 | 0000880370 | 7/19/2018 | $358.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02208 | $3,491.85 | 8/7/2018 | 0000880369 | 7/19/2018 | $232.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02208 | $3,491.85 | 8/7/2018 | 0000880368 | 7/19/2018 | $304.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01469 | $6,329.49 | 8/6/2018 | 0000878575 | 7/17/2018 | $870.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01469 | $6,329.49 | 8/6/2018 | 0000878573 | 7/17/2018 | $376.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01469 | $6,329.49 | 8/6/2018 | 0000876289 | 7/12/2018 | $4,013.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01469 | $6,329.49 | 8/6/2018 | 0000876288 | 7/12/2018 | $1,069.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00392 | $367.65 | 8/3/2018 | 0000878578 | 7/17/2018 | $152.73 |

Springs Global US, Inc. (2230523)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                    Exhibit B                    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06877 | $2,394.27 | 8/15/2018 | 0000885706 | 7/27/2018 | $112.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95930 | $8,216.50 | 7/26/2018 | 0000873320 | 7/7/2018 | $936.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99059 | $6,863.31 | 8/1/2018 | 0000876635 | 7/13/2018 | $3,690.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99059 | $6,863.31 | 8/1/2018 | 0000876634 | 7/13/2018 | $254.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99059 | $6,863.31 | 8/1/2018 | 0000876632 | 7/13/2018 | $1,504.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99059 | $6,863.31 | 8/1/2018 | 0000876631 | 7/13/2018 | $501.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98366 | $9,640.75 | 7/31/2018 | 0000876291 | 7/12/2018 | $7,009.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98366 | $9,640.75 | 7/31/2018 | 0000876290 | 7/12/2018 | $1,103.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98366 | $9,640.75 | 7/31/2018 | 0000859805 | 6/14/2018 | $1,527.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97537 | $17,745.83 | 7/30/2018 | 0000875337 | 7/11/2018 | $12,365.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97537 | $17,745.83 | 7/30/2018 | 0000873797 | 7/9/2018 | $4,277.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10929 | $1,848.51 | 8/22/2018 | 0000890910 | 8/3/2018 | $640.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95930 | $8,216.50 | 7/26/2018 | 0000873321 | 7/7/2018 | $6,762.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99059 | $6,863.31 | 8/1/2018 | 0000876637 | 7/13/2018 | $911.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95930 | $8,216.50 | 7/26/2018 | 0000859800 | 6/14/2018 | $3,903.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93501 | $10,103.63 | 7/23/2018 | 0000870252 | 7/3/2018 | $2,106.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93501 | $10,103.63 | 7/23/2018 | 0000870242 | 7/3/2018 | $7,997.41 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92364 | $7,188.48 | 7/20/2018 | 0000870250 | 7/3/2018 | $5,182.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92364 | $7,188.48 | 7/20/2018 | 0000870248 | 7/3/2018 | $2,005.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20297 | $1,312.96 | 9/10/2018 | 0000905968 | 8/21/2018 | $1,312.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19298 | $2,425.96 | 9/7/2018 | 0000905966 | 8/21/2018 | $862.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19298 | $2,425.96 | 9/7/2018 | 0000905965 | 8/21/2018 | $1,563.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14180 | $4,155.12 | 8/28/2018 | 0000896728 | 8/7/2018 | $4,155.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13362 | $4,432.12 | 8/27/2018 | 0000896731 | 8/7/2018 | $2,908.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97537 | $17,745.83 | 7/30/2018 | 0000873796 | 7/9/2018 | $1,103.26 |

Totals:    17 transfer(s),    $92,091.21