

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Timex Group USA, Inc fbda Timex Corporation**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780992572 | $2,676.45 | 8/14/2018 | 1024779-386 | 3/28/2018 | $100.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992572 | $2,676.45 | 8/14/2018 | 1050444-409 | 6/13/2018 | $75.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991165 | $452.62 | 8/10/2018 | 1050597 | 6/13/2018 | $75.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991165 | $452.62 | 8/10/2018 | 1052051 | 6/19/2018 | $74.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991165 | $452.62 | 8/10/2018 | 1052076 | 6/19/2018 | $78.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991165 | $452.62 | 8/10/2018 | 1052120 | 6/19/2018 | $144.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991165 | $452.62 | 8/10/2018 | 1052122 | 6/19/2018 | $79.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992572 | $2,676.45 | 8/14/2018 | 1024483-380 | 3/28/2018 | $99.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992572 | $2,676.45 | 8/14/2018 | 1024529-381 | 3/28/2018 | $126.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992572 | $2,676.45 | 8/14/2018 | 1024615-382 | 3/28/2018 | $100.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992572 | $2,676.45 | 8/14/2018 | 1024623-383 | 3/28/2018 | $99.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989769 | $714.94 | 8/8/2018 | 1052121 | 6/19/2018 | $70.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992572 | $2,676.45 | 8/14/2018 | 1024718-385 | 3/28/2018 | $284.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989769 | $714.94 | 8/8/2018 | 1052109 | 6/19/2018 | $29.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992572 | $2,676.45 | 8/14/2018 | 1024780-387 | 3/28/2018 | $289.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992572 | $2,676.45 | 8/14/2018 | 1024990-388 | 3/28/2018 | $158.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992572 | $2,676.45 | 8/14/2018 | 1024993-389 | 3/28/2018 | $210.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992572 | $2,676.45 | 8/14/2018 | 1025116-390 | 3/28/2018 | $208.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992572 | $2,676.45 | 8/14/2018 | 1025263-391 | 3/28/2018 | $128.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992572 | $2,676.45 | 8/14/2018 | 1025271-392 | 3/28/2018 | $213.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992572 | $2,676.45 | 8/14/2018 | 1025306-393 | 3/28/2018 | $104.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992572 | $2,676.45 | 8/14/2018 | 1025351-394 | 3/28/2018 | $104.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992572 | $2,676.45 | 8/14/2018 | 1025459-395 | 3/28/2018 | $97.96 |

Timex Group USA, Inc fbda Timex Corporation (2230482)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020    Exhibit B    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780992572 | $2,676.45 | 8/14/2018 | 1025462-396 | 3/28/2018 | $137.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988402 | $1,027.72 | 8/2/2018 | 1052091 | 6/19/2018 | $75.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992572 | $2,676.45 | 8/14/2018 | 1024667-384 | 3/28/2018 | $212.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989019 | $547.41 | 8/7/2018 | 1052077 | 6/19/2018 | $53.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980290 | $2,320.76 | 7/17/2018 | 1048735 | 6/2/2018 | $2,320.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988402 | $1,027.72 | 8/2/2018 | 1052116 | 6/19/2018 | $51.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988402 | $1,027.72 | 8/2/2018 | 1052117 | 6/19/2018 | $81.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988402 | $1,027.72 | 8/2/2018 | 1052118 | 6/19/2018 | $83.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988402 | $1,027.72 | 8/2/2018 | 1052123 | 6/19/2018 | $47.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988402 | $1,027.72 | 8/2/2018 | 1052124 | 6/19/2018 | $29.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988402 | $1,027.72 | 8/2/2018 | 1052125 | 6/19/2018 | $74.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988402 | $1,027.72 | 8/2/2018 | 1052126 | 6/19/2018 | $29.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988402 | $1,027.72 | 8/2/2018 | 1052127 | 6/19/2018 | $51.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988402 | $1,027.72 | 8/2/2018 | 1052128 | 6/19/2018 | $80.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990521 | $74.37 | 8/9/2018 | 1052119 | 6/19/2018 | $74.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989019 | $547.41 | 8/7/2018 | 1052064 | 6/19/2018 | $29.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992572 | $2,676.45 | 8/14/2018 | 1050450-411 | 6/13/2018 | $76.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989019 | $547.41 | 8/7/2018 | 1052099 | 6/19/2018 | $152.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989019 | $547.41 | 8/7/2018 | 1052107 | 6/19/2018 | $77.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989019 | $547.41 | 8/7/2018 | 1052129 | 6/19/2018 | $79.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989769 | $714.94 | 8/8/2018 | 1050577 | 6/13/2018 | $83.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989769 | $714.94 | 8/8/2018 | 1052054 | 6/19/2018 | $81.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989769 | $714.94 | 8/8/2018 | 1052055 | 6/19/2018 | $51.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989769 | $714.94 | 8/8/2018 | 1052072 | 6/19/2018 | $83.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989769 | $714.94 | 8/8/2018 | 1052074 | 6/19/2018 | $72.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989769 | $714.94 | 8/8/2018 | 1052081 | 6/19/2018 | $69.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989769 | $714.94 | 8/8/2018 | 1052084 | 6/19/2018 | $96.96 |

Timex Group USA, Inc fbda Timex Corporation (2230482)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                      Exhibit B                                      P. 2

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989769 | $714.94 | 8/8/2018 | 1052101 | 6/19/2018 | $75.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989019 | $547.41 | 8/7/2018 | 1044675 | 5/22/2018 | $154.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009394 | $7,641.02 | 9/18/2018 | 1062288 | 7/31/2018 | $83.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992572 | $2,676.45 | 8/14/2018 | 1050442-407 | 6/13/2018 | $76.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009394 | $7,641.02 | 9/18/2018 | 1062169 | 7/31/2018 | $131.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009394 | $7,641.02 | 9/18/2018 | 1062177 | 7/31/2018 | $218.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009394 | $7,641.02 | 9/18/2018 | 1062189 | 7/31/2018 | $175.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009394 | $7,641.02 | 9/18/2018 | 1062203 | 7/31/2018 | $82.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009394 | $7,641.02 | 9/18/2018 | 1062214 | 7/31/2018 | $109.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009394 | $7,641.02 | 9/18/2018 | 1062219 | 7/31/2018 | $107.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009394 | $7,641.02 | 9/18/2018 | 1062228 | 7/31/2018 | $75.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009394 | $7,641.02 | 9/18/2018 | 1062245 | 7/31/2018 | $80.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009394 | $7,641.02 | 9/18/2018 | 1062260 | 7/31/2018 | $100.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009394 | $7,641.02 | 9/18/2018 | 1062163 | 7/31/2018 | $84.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009394 | $7,641.02 | 9/18/2018 | 1062280 | 7/31/2018 | $132.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009394 | $7,641.02 | 9/18/2018 | 1062110 | 7/28/2018 | $130.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009394 | $7,641.02 | 9/18/2018 | 1062290 | 7/31/2018 | $170.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009394 | $7,641.02 | 9/18/2018 | 1062291 | 7/31/2018 | $264.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009394 | $7,641.02 | 9/18/2018 | 1062296 | 7/31/2018 | $108.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009394 | $7,641.02 | 9/18/2018 | 1062302 | 7/31/2018 | $206.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009394 | $7,641.02 | 9/18/2018 | 1062308 | 7/31/2018 | $154.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009394 | $7,641.02 | 9/18/2018 | 1062309 | 7/31/2018 | $518.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009394 | $7,641.02 | 9/18/2018 | 1062310 | 7/31/2018 | $231.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009394 | $7,641.02 | 9/18/2018 | 1062311 | 7/31/2018 | $359.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009394 | $7,641.02 | 9/18/2018 | 1062313 | 7/31/2018 | $294.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009394 | $7,641.02 | 9/18/2018 | 1062314 | 7/31/2018 | $124.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009394 | $7,641.02 | 9/18/2018 | 1062315 | 7/31/2018 | $136.95 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009394 | $7,641.02 | 9/18/2018 | 1062267 | 7/31/2018 | $94.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009394 | $7,641.02 | 9/18/2018 | 1061971 | 7/28/2018 | $102.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005676 | $84.57 | 9/11/2018 | 1052059 | 6/19/2018 | $54.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005676 | $84.57 | 9/11/2018 | 1052062-1864 | 6/19/2018 | $30.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005676 | $84.57 | 9/11/2018 | 1052089 | 6/19/2018 | $29.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005676 | $84.57 | 9/11/2018 | 1052130-1866 | 6/19/2018 | $29.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005676 | $84.57 | 9/11/2018 | 1052134-1868 | 6/19/2018 | $29.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008608 | $267.52 | 9/17/2018 | 1061879 | 7/28/2018 | $156.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008608 | $267.52 | 9/17/2018 | 1062005 | 7/28/2018 | $110.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009394 | $7,641.02 | 9/18/2018 | 1061868 | 7/28/2018 | $125.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009394 | $7,641.02 | 9/18/2018 | 1061869 | 7/28/2018 | $152.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009394 | $7,641.02 | 9/18/2018 | 1061929 | 7/28/2018 | $164.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009394 | $7,641.02 | 9/18/2018 | 1062166 | 7/31/2018 | $110.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009394 | $7,641.02 | 9/18/2018 | 1061959 | 7/28/2018 | $107.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988402 | $1,027.72 | 8/2/2018 | 1052090 | 6/19/2018 | $29.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009394 | $7,641.02 | 9/18/2018 | 1061993 | 7/28/2018 | $100.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009394 | $7,641.02 | 9/18/2018 | 1062006 | 7/28/2018 | $109.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009394 | $7,641.02 | 9/18/2018 | 1062021 | 7/28/2018 | $126.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009394 | $7,641.02 | 9/18/2018 | 1062070 | 7/28/2018 | $157.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009394 | $7,641.02 | 9/18/2018 | 1062072 | 7/28/2018 | $129.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009394 | $7,641.02 | 9/18/2018 | 1062073 | 7/28/2018 | $130.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009394 | $7,641.02 | 9/18/2018 | 1062076 | 7/28/2018 | $120.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009394 | $7,641.02 | 9/18/2018 | 1062079 | 7/28/2018 | $124.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009394 | $7,641.02 | 9/18/2018 | 1062081 | 7/28/2018 | $121.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009394 | $7,641.02 | 9/18/2018 | 1062100 | 7/28/2018 | $125.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009394 | $7,641.02 | 9/18/2018 | 1062107 | 7/28/2018 | $105.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009394 | $7,641.02 | 9/18/2018 | 1061931 | 7/28/2018 | $157.54 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984993 | $823.70 | 7/26/2018 | 1050352 | 6/9/2018 | $77.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985583 | $2,010.83 | 7/27/2018 | 1050480 | 6/13/2018 | $102.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984245 | $2,735.41 | 7/25/2018 | 1050270 | 6/9/2018 | $97.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984245 | $2,735.41 | 7/25/2018 | 1050301 | 6/9/2018 | $106.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984245 | $2,735.41 | 7/25/2018 | 1050302 | 6/9/2018 | $102.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984245 | $2,735.41 | 7/25/2018 | 1050308 | 6/9/2018 | $77.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984245 | $2,735.41 | 7/25/2018 | 1050353 | 6/9/2018 | $104.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984245 | $2,735.41 | 7/25/2018 | 1050377 | 6/9/2018 | $180.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984993 | $823.70 | 7/26/2018 | 1050143 | 6/9/2018 | $113.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984993 | $823.70 | 7/26/2018 | 1050145 | 6/9/2018 | $73.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984993 | $823.70 | 7/26/2018 | 1050150 | 6/9/2018 | $59.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984245 | $2,735.41 | 7/25/2018 | 1050264 | 6/9/2018 | $156.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984993 | $823.70 | 7/26/2018 | 1050269 | 6/9/2018 | $132.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984245 | $2,735.41 | 7/25/2018 | 1050263 | 6/9/2018 | $161.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984993 | $823.70 | 7/26/2018 | 1050484 | 6/13/2018 | $84.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984993 | $823.70 | 7/26/2018 | 1050586 | 6/13/2018 | $76.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984993 | $823.70 | 7/26/2018 | 1050599 | 6/13/2018 | $126.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985583 | $2,010.83 | 7/27/2018 | 1050105 | 6/9/2018 | $132.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985583 | $2,010.83 | 7/27/2018 | 1050265 | 6/9/2018 | $75.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985583 | $2,010.83 | 7/27/2018 | 1050266 | 6/9/2018 | $80.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985583 | $2,010.83 | 7/27/2018 | 1050268 | 6/9/2018 | $83.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985583 | $2,010.83 | 7/27/2018 | 1050303 | 6/9/2018 | $82.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985583 | $2,010.83 | 7/27/2018 | 1050445 | 6/13/2018 | $106.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985583 | $2,010.83 | 7/27/2018 | 1050446 | 6/13/2018 | $75.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988402 | $1,027.72 | 8/2/2018 | 1052111 | 6/19/2018 | $29.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984993 | $823.70 | 7/26/2018 | 1050230 | 6/9/2018 | $78.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984245 | $2,735.41 | 7/25/2018 | 1050110 | 6/9/2018 | $96.96 |

Timex Group USA, Inc fbda Timex Corporation (2230482)
Bankruptcy Case: Sears Holdings Corporation, et al.

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983568 | $168.53 | 7/24/2018 | 1044638-397 | 5/22/2018 | $76.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983568 | $168.53 | 7/24/2018 | 1044665-399 | 5/22/2018 | $81.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983568 | $168.53 | 7/24/2018 | 1044678-401 | 5/22/2018 | $77.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983568 | $168.53 | 7/24/2018 | 1044681-403 | 5/22/2018 | $100.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983568 | $168.53 | 7/24/2018 | 1044704-405 | 5/22/2018 | $109.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983568 | $168.53 | 7/24/2018 | 1050200 | 6/9/2018 | $94.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983568 | $168.53 | 7/24/2018 | 1050256 | 6/9/2018 | $73.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984245 | $2,735.41 | 7/25/2018 | 1050103 | 6/9/2018 | $101.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984245 | $2,735.41 | 7/25/2018 | 1050104 | 6/9/2018 | $81.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984245 | $2,735.41 | 7/25/2018 | 1050106 | 6/9/2018 | $79.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984245 | $2,735.41 | 7/25/2018 | 1050267 | 6/9/2018 | $187.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984245 | $2,735.41 | 7/25/2018 | 1050109 | 6/9/2018 | $83.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985583 | $2,010.83 | 7/27/2018 | 1050481 | 6/13/2018 | $73.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984245 | $2,735.41 | 7/25/2018 | 1050111 | 6/9/2018 | $105.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984245 | $2,735.41 | 7/25/2018 | 1050112 | 6/9/2018 | $82.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984245 | $2,735.41 | 7/25/2018 | 1050113 | 6/9/2018 | $83.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984245 | $2,735.41 | 7/25/2018 | 1050114 | 6/9/2018 | $76.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984245 | $2,735.41 | 7/25/2018 | 1050141 | 6/9/2018 | $130.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984245 | $2,735.41 | 7/25/2018 | 1050144 | 6/9/2018 | $107.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984245 | $2,735.41 | 7/25/2018 | 1050146 | 6/9/2018 | $82.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984245 | $2,735.41 | 7/25/2018 | 1050147 | 6/9/2018 | $82.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984245 | $2,735.41 | 7/25/2018 | 1050227 | 6/9/2018 | $75.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984245 | $2,735.41 | 7/25/2018 | 1050229 | 6/9/2018 | $77.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984245 | $2,735.41 | 7/25/2018 | 1050231 | 6/9/2018 | $78.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984245 | $2,735.41 | 7/25/2018 | 1050107 | 6/9/2018 | $135.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987652 | $2,025.44 | 8/1/2018 | 1050598 | 6/13/2018 | $101.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985583 | $2,010.83 | 7/27/2018 | 1050447 | 6/13/2018 | $123.35 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987652 | $2,025.44 | 8/1/2018 | 1050448 | 6/13/2018 | $70.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987652 | $2,025.44 | 8/1/2018 | 1050449 | 6/13/2018 | $78.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987652 | $2,025.44 | 8/1/2018 | 1050483 | 6/13/2018 | $81.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987652 | $2,025.44 | 8/1/2018 | 1050486 | 6/13/2018 | $70.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987652 | $2,025.44 | 8/1/2018 | 1050501 | 6/13/2018 | $77.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987652 | $2,025.44 | 8/1/2018 | 1050502 | 6/13/2018 | $78.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987652 | $2,025.44 | 8/1/2018 | 1050519 | 6/13/2018 | $172.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987652 | $2,025.44 | 8/1/2018 | 1050520 | 6/13/2018 | $76.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987652 | $2,025.44 | 8/1/2018 | 1050522 | 6/13/2018 | $75.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987652 | $2,025.44 | 8/1/2018 | 1050441 | 6/13/2018 | $72.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987652 | $2,025.44 | 8/1/2018 | 1050596 | 6/13/2018 | $78.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987652 | $2,025.44 | 8/1/2018 | 1050438 | 6/13/2018 | $83.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987652 | $2,025.44 | 8/1/2018 | 1050600 | 6/13/2018 | $81.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987652 | $2,025.44 | 8/1/2018 | 1052053 | 6/19/2018 | $80.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987652 | $2,025.44 | 8/1/2018 | 1052132 | 6/19/2018 | $102.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987652 | $2,025.44 | 8/1/2018 | 1052133 | 6/19/2018 | $158.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987652 | $2,025.44 | 8/1/2018 | 1052135 | 6/19/2018 | $81.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988402 | $1,027.72 | 8/2/2018 | 1052052 | 6/19/2018 | $78.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988402 | $1,027.72 | 8/2/2018 | 1052073 | 6/19/2018 | $96.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988402 | $1,027.72 | 8/2/2018 | 1052078 | 6/19/2018 | $29.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988402 | $1,027.72 | 8/2/2018 | 1052079 | 6/19/2018 | $29.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988402 | $1,027.72 | 8/2/2018 | 1052083 | 6/19/2018 | $51.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988402 | $1,027.72 | 8/2/2018 | 1052086 | 6/19/2018 | $76.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987652 | $2,025.44 | 8/1/2018 | 1050582 | 6/13/2018 | $109.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986319 | $764.51 | 7/30/2018 | 1050108 | 6/9/2018 | $77.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985583 | $2,010.83 | 7/27/2018 | 1050485 | 6/13/2018 | $81.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985583 | $2,010.83 | 7/27/2018 | 1050518 | 6/13/2018 | $77.77 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985583 | $2,010.83 | 7/27/2018 | 1050539 | 6/13/2018 | $154.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985583 | $2,010.83 | 7/27/2018 | 1050541 | 6/13/2018 | $80.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985583 | $2,010.83 | 7/27/2018 | 1050573 | 6/13/2018 | $81.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985583 | $2,010.83 | 7/27/2018 | 1050578 | 6/13/2018 | $102.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985583 | $2,010.83 | 7/27/2018 | 1050584 | 6/13/2018 | $74.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985583 | $2,010.83 | 7/27/2018 | 1050585 | 6/13/2018 | $79.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985583 | $2,010.83 | 7/27/2018 | 1050587 | 6/13/2018 | $80.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985583 | $2,010.83 | 7/27/2018 | 1050588 | 6/13/2018 | $64.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987652 | $2,025.44 | 8/1/2018 | 1050443 | 6/13/2018 | $75.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985583 | $2,010.83 | 7/27/2018 | 1050595 | 6/13/2018 | $72.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009394 | $7,641.02 | 9/18/2018 | 1062623 | 7/31/2018 | $189.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986319 | $764.51 | 7/30/2018 | 1050262 | 6/9/2018 | $83.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986319 | $764.51 | 7/30/2018 | 1050440 | 6/13/2018 | $83.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986319 | $764.51 | 7/30/2018 | 1050478 | 6/13/2018 | $108.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986319 | $764.51 | 7/30/2018 | 1050482 | 6/13/2018 | $69.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986319 | $764.51 | 7/30/2018 | 1050507 | 6/13/2018 | $78.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986319 | $764.51 | 7/30/2018 | 1050535 | 6/13/2018 | $75.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986319 | $764.51 | 7/30/2018 | 1050590 | 6/13/2018 | $108.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986319 | $764.51 | 7/30/2018 | 1050594 | 6/13/2018 | $78.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987037 | $181.54 | 7/31/2018 | 1050312 | 6/9/2018 | $181.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987652 | $2,025.44 | 8/1/2018 | 1050140 | 6/9/2018 | $113.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987652 | $2,025.44 | 8/1/2018 | 1050272 | 6/9/2018 | $104.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985583 | $2,010.83 | 7/27/2018 | 1050589 | 6/13/2018 | $125.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011891 | $6,165.21 | 9/21/2018 | 1062156 | 7/31/2018 | $105.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011891 | $6,165.21 | 9/21/2018 | 1062243 | 7/31/2018 | $75.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011891 | $6,165.21 | 9/21/2018 | 1061873 | 7/28/2018 | $156.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011891 | $6,165.21 | 9/21/2018 | 1062059 | 7/28/2018 | $159.95 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011891 | $6,165.21 | 9/21/2018 | 1062071 | 7/28/2018 | $119.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011891 | $6,165.21 | 9/21/2018 | 1062093 | 7/28/2018 | $132.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011891 | $6,165.21 | 9/21/2018 | 1062097 | 7/28/2018 | $127.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011891 | $6,165.21 | 9/21/2018 | 1062142 | 7/31/2018 | $77.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011891 | $6,165.21 | 9/21/2018 | 1062146 | 7/31/2018 | $253.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011891 | $6,165.21 | 9/21/2018 | 1062147 | 7/31/2018 | $109.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011891 | $6,165.21 | 9/21/2018 | 1062148 | 7/31/2018 | $454.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011304 | $6,838.34 | 9/20/2018 | 1062680 | 7/31/2018 | $84.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011891 | $6,165.21 | 9/21/2018 | 1062154 | 7/31/2018 | $107.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011304 | $6,838.34 | 9/20/2018 | 1062650 | 7/31/2018 | $97.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011891 | $6,165.21 | 9/21/2018 | 1062157 | 7/31/2018 | $194.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011891 | $6,165.21 | 9/21/2018 | 1062162 | 7/31/2018 | $153.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011891 | $6,165.21 | 9/21/2018 | 1062173 | 7/31/2018 | $181.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011891 | $6,165.21 | 9/21/2018 | 1062176 | 7/31/2018 | $74.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011891 | $6,165.21 | 9/21/2018 | 1062192 | 7/31/2018 | $134.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011891 | $6,165.21 | 9/21/2018 | 1062193 | 7/31/2018 | $259.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011891 | $6,165.21 | 9/21/2018 | 1062211 | 7/31/2018 | $308.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011891 | $6,165.21 | 9/21/2018 | 1062215 | 7/31/2018 | $80.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011891 | $6,165.21 | 9/21/2018 | 1062226 | 7/31/2018 | $122.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011891 | $6,165.21 | 9/21/2018 | 1062227 | 7/31/2018 | $131.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009394 | $7,641.02 | 9/18/2018 | 1062327 | 7/31/2018 | $205.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011891 | $6,165.21 | 9/21/2018 | 1062151 | 7/31/2018 | $154.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011304 | $6,838.34 | 9/20/2018 | 1062262 | 7/31/2018 | $82.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011304 | $6,838.34 | 9/20/2018 | 1062195 | 7/31/2018 | $186.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011304 | $6,838.34 | 9/20/2018 | 1062201 | 7/31/2018 | $75.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011304 | $6,838.34 | 9/20/2018 | 1062202 | 7/31/2018 | $81.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011304 | $6,838.34 | 9/20/2018 | 1062205 | 7/31/2018 | $209.33 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011304 | $6,838.34 | 9/20/2018 | 1062220 | 7/31/2018 | $182.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011304 | $6,838.34 | 9/20/2018 | 1062230 | 7/31/2018 | $84.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011304 | $6,838.34 | 9/20/2018 | 1062231 | 7/31/2018 | $106.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011304 | $6,838.34 | 9/20/2018 | 1062237 | 7/31/2018 | $154.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011304 | $6,838.34 | 9/20/2018 | 1062247 | 7/31/2018 | $169.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011304 | $6,838.34 | 9/20/2018 | 1062252 | 7/31/2018 | $186.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011304 | $6,838.34 | 9/20/2018 | 1062682 | 7/31/2018 | $286.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011304 | $6,838.34 | 9/20/2018 | 1062254 | 7/31/2018 | $187.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011891 | $6,165.21 | 9/21/2018 | 1062256 | 7/31/2018 | $206.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011304 | $6,838.34 | 9/20/2018 | 1062265 | 7/31/2018 | $211.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011304 | $6,838.34 | 9/20/2018 | 1062272 | 7/31/2018 | $178.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011304 | $6,838.34 | 9/20/2018 | 1062282 | 7/31/2018 | $81.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011304 | $6,838.34 | 9/20/2018 | 1062295 | 7/31/2018 | $173.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011304 | $6,838.34 | 9/20/2018 | 1062298 | 7/31/2018 | $100.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011304 | $6,838.34 | 9/20/2018 | 1062301 | 7/31/2018 | $253.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011304 | $6,838.34 | 9/20/2018 | 1062305 | 7/31/2018 | $232.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011304 | $6,838.34 | 9/20/2018 | 1062312 | 7/31/2018 | $230.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011304 | $6,838.34 | 9/20/2018 | 1062625 | 7/31/2018 | $254.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011304 | $6,838.34 | 9/20/2018 | 1062639 | 7/31/2018 | $132.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011304 | $6,838.34 | 9/20/2018 | 1062649 | 7/31/2018 | $164.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011304 | $6,838.34 | 9/20/2018 | 1062253 | 7/31/2018 | $109.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013975 | $1,277.73 | 9/26/2018 | 1062210 | 7/31/2018 | $442.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011891 | $6,165.21 | 9/21/2018 | 1062241 | 7/31/2018 | $213.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013265 | $3,218.82 | 9/25/2018 | 1062249 | 7/31/2018 | $175.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013265 | $3,218.82 | 9/25/2018 | 1062263 | 7/31/2018 | $78.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013265 | $3,218.82 | 9/25/2018 | 1062274 | 7/31/2018 | $106.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013265 | $3,218.82 | 9/25/2018 | 1062284 | 7/31/2018 | $108.56 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013265 | $3,218.82 | 9/25/2018 | 1062307 | 7/31/2018 | $227.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013265 | $3,218.82 | 9/25/2018 | 1062701 | 7/31/2018 | $236.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013265 | $3,218.82 | 9/25/2018 | 1064487 | 8/7/2018 | $157.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013265 | $3,218.82 | 9/25/2018 | 1064490 | 8/7/2018 | $77.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013265 | $3,218.82 | 9/25/2018 | 1064529 | 8/7/2018 | $96.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013265 | $3,218.82 | 9/25/2018 | 1062225 | 7/31/2018 | $113.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013265 | $3,218.82 | 9/25/2018 | 1064535 | 8/7/2018 | $106.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013265 | $3,218.82 | 9/25/2018 | 1062223 | 7/31/2018 | $307.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013975 | $1,277.73 | 9/26/2018 | 1062233 | 7/31/2018 | $76.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013975 | $1,277.73 | 9/26/2018 | 1064491 | 8/7/2018 | $80.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013975 | $1,277.73 | 9/26/2018 | 1064494 | 8/7/2018 | $78.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013975 | $1,277.73 | 9/26/2018 | 1064496 | 8/7/2018 | $75.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013975 | $1,277.73 | 9/26/2018 | 1064500 | 8/7/2018 | $72.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013975 | $1,277.73 | 9/26/2018 | 1064507 | 8/7/2018 | $80.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013975 | $1,277.73 | 9/26/2018 | 1064508 | 8/7/2018 | $104.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013975 | $1,277.73 | 9/26/2018 | 1064530 | 8/7/2018 | $78.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013975 | $1,277.73 | 9/26/2018 | 1064532 | 8/7/2018 | $77.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013975 | $1,277.73 | 9/26/2018 | 1064534 | 8/7/2018 | $110.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014618 | $191.14 | 9/27/2018 | 1062292 | 7/31/2018 | $81.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013265 | $3,218.82 | 9/25/2018 | 1064533 | 8/7/2018 | $59.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012623 | $926.30 | 9/24/2018 | 1062212 | 7/31/2018 | $109.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011891 | $6,165.21 | 9/21/2018 | 1062258 | 7/31/2018 | $203.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011891 | $6,165.21 | 9/21/2018 | 1062268 | 7/31/2018 | $205.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011891 | $6,165.21 | 9/21/2018 | 1062270 | 7/31/2018 | $86.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011891 | $6,165.21 | 9/21/2018 | 1062277 | 7/31/2018 | $129.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011891 | $6,165.21 | 9/21/2018 | 1062281 | 7/31/2018 | $85.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011891 | $6,165.21 | 9/21/2018 | 1062286 | 7/31/2018 | $303.89 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011891 | $6,165.21 | 9/21/2018 | 1062297 | 7/31/2018 | $180.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011891 | $6,165.21 | 9/21/2018 | 1062328 | 7/31/2018 | $210.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011891 | $6,165.21 | 9/21/2018 | 1062620 | 7/31/2018 | $225.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011891 | $6,165.21 | 9/21/2018 | 1062624 | 7/31/2018 | $237.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013265 | $3,218.82 | 9/25/2018 | 1062246 | 7/31/2018 | $256.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012623 | $926.30 | 9/24/2018 | 1062187 | 7/31/2018 | $192.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011304 | $6,838.34 | 9/20/2018 | 1062186 | 7/31/2018 | $178.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012623 | $926.30 | 9/24/2018 | 1062240 | 7/31/2018 | $130.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012623 | $926.30 | 9/24/2018 | 1062276 | 7/31/2018 | $260.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012623 | $926.30 | 9/24/2018 | 1062642 | 7/31/2018 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013265 | $3,218.82 | 9/25/2018 | 1062159 | 7/31/2018 | $213.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013265 | $3,218.82 | 9/25/2018 | 1062167 | 7/31/2018 | $78.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013265 | $3,218.82 | 9/25/2018 | 1062184 | 7/31/2018 | $81.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013265 | $3,218.82 | 9/25/2018 | 1062200 | 7/31/2018 | $70.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013265 | $3,218.82 | 9/25/2018 | 1062207 | 7/31/2018 | $338.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013265 | $3,218.82 | 9/25/2018 | 1062209 | 7/31/2018 | $144.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013265 | $3,218.82 | 9/25/2018 | 1062213 | 7/31/2018 | $108.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013265 | $3,218.82 | 9/25/2018 | 1062216 | 7/31/2018 | $74.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011891 | $6,165.21 | 9/21/2018 | 1062678 | 7/31/2018 | $202.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062182 | 7/31/2018 | $105.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011304 | $6,838.34 | 9/20/2018 | 1062191 | 7/31/2018 | $102.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062149 | 7/31/2018 | $179.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062150 | 7/31/2018 | $129.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062158 | 7/31/2018 | $284.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062160 | 7/31/2018 | $124.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062161 | 7/31/2018 | $315.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062164 | 7/31/2018 | $293.90 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062165 | 7/31/2018 | $130.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062168 | 7/31/2018 | $124.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062170 | 7/31/2018 | $387.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062141 | 7/31/2018 | $96.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062179 | 7/31/2018 | $416.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062140 | 7/31/2018 | $81.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062194 | 7/31/2018 | $123.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062204 | 7/31/2018 | $158.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062206 | 7/31/2018 | $84.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062208 | 7/31/2018 | $292.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062217 | 7/31/2018 | $110.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062218 | 7/31/2018 | $105.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062222 | 7/31/2018 | $109.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062224 | 7/31/2018 | $152.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062229 | 7/31/2018 | $159.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062232 | 7/31/2018 | $68.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062234 | 7/31/2018 | $185.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062174 | 7/31/2018 | $186.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062075 | 7/28/2018 | $111.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014618 | $191.14 | 9/27/2018 | 1064495 | 8/7/2018 | $109.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009394 | $7,641.02 | 9/18/2018 | 1062640 | 7/31/2018 | $97.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009394 | $7,641.02 | 9/18/2018 | 1062677 | 7/31/2018 | $70.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009394 | $7,641.02 | 9/18/2018 | 1062681 | 7/31/2018 | $192.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009394 | $7,641.02 | 9/18/2018 | 1062702 | 7/31/2018 | $145.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1061919 | 7/28/2018 | $125.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1061938 | 7/28/2018 | $152.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1061942 | 7/28/2018 | $105.16 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062007 | 7/28/2018 | $128.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062046 | 7/28/2018 | $156.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062143 | 7/31/2018 | $184.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062074 | 7/28/2018 | $156.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062238 | 7/31/2018 | $212.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062094 | 7/28/2018 | $96.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062099 | 7/28/2018 | $107.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062104 | 7/28/2018 | $107.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062105 | 7/28/2018 | $110.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062131 | 7/31/2018 | $268.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062132 | 7/31/2018 | $132.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062134 | 7/31/2018 | $205.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062135 | 7/31/2018 | $199.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062136 | 7/31/2018 | $159.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062137 | 7/31/2018 | $138.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062139 | 7/31/2018 | $102.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062048 | 7/28/2018 | $106.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011304 | $6,838.34 | 9/20/2018 | 1062049 | 7/28/2018 | $149.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062329 | 7/31/2018 | $213.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062648 | 7/31/2018 | $179.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062651 | 7/31/2018 | $109.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062676 | 7/31/2018 | $183.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062679 | 7/31/2018 | $202.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062683 | 7/31/2018 | $127.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062686 | 7/31/2018 | $229.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011304 | $6,838.34 | 9/20/2018 | 1061862 | 7/28/2018 | $153.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011304 | $6,838.34 | 9/20/2018 | 1061863 | 7/28/2018 | $150.74 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011304 | $6,838.34 | 9/20/2018 | 1061930 | 7/28/2018 | $129.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062235 | 7/31/2018 | $69.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011304 | $6,838.34 | 9/20/2018 | 1061960 | 7/28/2018 | $152.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062299 | 7/31/2018 | $130.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011304 | $6,838.34 | 9/20/2018 | 1062056 | 7/28/2018 | $106.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011304 | $6,838.34 | 9/20/2018 | 1062078 | 7/28/2018 | $96.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011304 | $6,838.34 | 9/20/2018 | 1062082 | 7/28/2018 | $107.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011304 | $6,838.34 | 9/20/2018 | 1062153 | 7/31/2018 | $129.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011304 | $6,838.34 | 9/20/2018 | 1062155 | 7/31/2018 | $179.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011304 | $6,838.34 | 9/20/2018 | 1062171 | 7/31/2018 | $137.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011304 | $6,838.34 | 9/20/2018 | 1062172 | 7/31/2018 | $190.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011304 | $6,838.34 | 9/20/2018 | 1062175 | 7/31/2018 | $137.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011304 | $6,838.34 | 9/20/2018 | 1062181 | 7/31/2018 | $101.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011304 | $6,838.34 | 9/20/2018 | 1062185 | 7/31/2018 | $132.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009394 | $7,641.02 | 9/18/2018 | 1062622 | 7/31/2018 | $288.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011304 | $6,838.34 | 9/20/2018 | 1061939 | 7/28/2018 | $126.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062271 | 7/31/2018 | $78.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011304 | $6,838.34 | 9/20/2018 | 1062190 | 7/31/2018 | $78.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062239 | 7/31/2018 | $151.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062242 | 7/31/2018 | $162.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062244 | 7/31/2018 | $83.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062248 | 7/31/2018 | $127.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062250 | 7/31/2018 | $154.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062251 | 7/31/2018 | $104.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062255 | 7/31/2018 | $184.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062257 | 7/31/2018 | $125.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062261 | 7/31/2018 | $79.77 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062264 | 7/31/2018 | $316.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062326 | 7/31/2018 | $231.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062269 | 7/31/2018 | $110.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062300 | 7/31/2018 | $308.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062273 | 7/31/2018 | $125.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062275 | 7/31/2018 | $150.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062278 | 7/31/2018 | $107.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062279 | 7/31/2018 | $79.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062283 | 7/31/2018 | $174.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062285 | 7/31/2018 | $153.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062287 | 7/31/2018 | $293.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062289 | 7/31/2018 | $107.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062293 | 7/31/2018 | $211.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062294 | 7/31/2018 | $83.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062236 | 7/31/2018 | $77.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010611 | $12,977.17 | 9/19/2018 | 1062266 | 7/31/2018 | $266.51 |

**Totals:**    24 transfer(s),    $56,112.05