**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Totes Isotoner Corporation** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15792 | $162,268.09 | 8/30/2018 | 0000970611-5142 | 8/31/2017 | $29.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15792 | $162,268.09 | 8/30/2018 | 0000158670 | 11/2/2017 | $9.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15792 | $162,268.09 | 8/30/2018 | 0000158671 | 11/2/2017 | $9.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15792 | $162,268.09 | 8/30/2018 | 0000158672 | 11/2/2017 | $9.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15792 | $162,268.09 | 8/30/2018 | 0000354601-5138 | 1/19/2018 | $69.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15792 | $162,268.09 | 8/30/2018 | 0000366386 | 7/26/2018 | $34,560.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15792 | $162,268.09 | 8/30/2018 | 0000366387 | 7/26/2018 | $46,886.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15792 | $162,268.09 | 8/30/2018 | 0000366388 | 7/26/2018 | $46,886.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15792 | $162,268.09 | 8/30/2018 | 0000366389 | 7/26/2018 | $34,560.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15792 | $162,268.09 | 8/30/2018 | 0000968839-5139 | 8/24/2017 | $29.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15792 | $162,268.09 | 8/30/2018 | 0000158667 | 11/2/2017 | $9.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15792 | $162,268.09 | 8/30/2018 | 0000968841-5141 | 8/24/2017 | $22.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15792 | $162,268.09 | 8/30/2018 | 0000970656-5152 | 8/31/2017 | $19.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15792 | $162,268.09 | 8/30/2018 | 0000970612-5143 | 8/31/2017 | $29.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15792 | $162,268.09 | 8/30/2018 | 0000970613-5144 | 8/31/2017 | $7.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15792 | $162,268.09 | 8/30/2018 | 0000970614-5145 | 8/31/2017 | $7.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15792 | $162,268.09 | 8/30/2018 | 0000970615-5146 | 8/31/2017 | $29.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15792 | $162,268.09 | 8/30/2018 | 0000970622-5147 | 8/31/2017 | $29.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15792 | $162,268.09 | 8/30/2018 | 0000970623-5148 | 8/31/2017 | $22.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15792 | $162,268.09 | 8/30/2018 | 0000970651-5149 | 8/31/2017 | $22.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15792 | $162,268.09 | 8/30/2018 | 0000970655-5150 | 8/31/2017 | $36.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15792 | $162,268.09 | 8/30/2018 | 0000970656-5151 | 6/15/2018 | $1,255.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15792 | $162,268.09 | 8/30/2018 | 0000968840-5140 | 8/24/2017 | $7.35 |

Totes Isotoner Corporation (2230481)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                    Exhibit A                                    P. 1

**Totals:** **1 transfer(s),** **$162,268.09**

Totes Isotoner Corporation (2230481)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                                          Exhibit A                                                          P. 2