**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Totes Isotoner Corporation** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991176 | $2,052.91 | 8/10/2018 | 2343711-29196 | 6/14/2018 | $69.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980910 | $2,037.82 | 7/18/2018 | 2337714-29191 | 6/1/2018 | $22.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998797 | $55,243.76 | 8/28/2018 | 2355029 | 7/6/2018 | $535.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998797 | $55,243.76 | 8/28/2018 | 2355028 | 7/6/2018 | $568.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998797 | $55,243.76 | 8/28/2018 | 2354860 | 7/6/2018 | $14,497.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998797 | $55,243.76 | 8/28/2018 | 2351437 | 6/28/2018 | $133.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998797 | $55,243.76 | 8/28/2018 | 2351436 | 6/28/2018 | $55,728.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995386 | $115,751.36 | 8/17/2018 | 2353856 | 7/3/2018 | $35,262.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995386 | $115,751.36 | 8/17/2018 | 2353309 | 7/2/2018 | $39,690.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995386 | $115,751.36 | 8/17/2018 | 2353226 | 7/2/2018 | $38,556.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995386 | $115,751.36 | 8/17/2018 | 2351488 | 6/28/2018 | $1,493.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995386 | $115,751.36 | 8/17/2018 | 2351443 | 6/28/2018 | $688.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995386 | $115,751.36 | 8/17/2018 | 2347344 | 6/21/2018 | $282.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998797 | $55,243.76 | 8/28/2018 | 2355031 | 7/6/2018 | $1,281.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991176 | $2,052.91 | 8/10/2018 | 2343711-29198 | 6/14/2018 | $731.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998797 | $55,243.76 | 8/28/2018 | 2355062 | 7/6/2018 | $1,067.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991176 | $2,052.91 | 8/10/2018 | 2340965 | 6/7/2018 | $340.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987663 | $2,185.76 | 8/1/2018 | 2343710 | 6/14/2018 | $1,554.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987663 | $2,185.76 | 8/1/2018 | 2343663 | 6/14/2018 | $256.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987663 | $2,185.76 | 8/1/2018 | 2332692 | 5/24/2018 | $515.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984255 | $6,763.72 | 7/25/2018 | 2343662 | 6/14/2018 | $336.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984255 | $6,763.72 | 7/25/2018 | 2340918 | 6/7/2018 | $4,983.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984255 | $6,763.72 | 7/25/2018 | 2340917 | 6/7/2018 | $112.08 |

Totes Isotoner Corporation (2230481)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                            Exhibit B                                            P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984255 | $6,763.72 | 7/25/2018 | 2340916 | 6/7/2018 | $4,137.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984255 | $6,763.72 | 7/25/2018 | 2337715 | 6/1/2018 | $110.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984255 | $6,763.72 | 7/25/2018 | 2332691-29195 | 5/24/2018 | $375.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984255 | $6,763.72 | 7/25/2018 | 2332691-29193 | 5/24/2018 | $39.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980910 | $2,037.82 | 7/18/2018 | 2340964 | 6/7/2018 | $1,363.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980910 | $2,037.82 | 7/18/2018 | 2337714-29192 | 6/1/2018 | $920.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991176 | $2,052.91 | 8/10/2018 | 2347343 | 6/21/2018 | $1,137.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005687 | $165,121.75 | 9/11/2018 | 2361026 | 7/19/2018 | $9,873.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013275 | $12,263.39 | 9/25/2018 | 2371581-29204 | 8/2/2018 | $331.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013275 | $12,263.39 | 9/25/2018 | 2371581-29202 | 8/2/2018 | $15.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013275 | $12,263.39 | 9/25/2018 | 2371580 | 8/2/2018 | $522.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013275 | $12,263.39 | 9/25/2018 | 2367643 | 7/27/2018 | $448.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013275 | $12,263.39 | 9/25/2018 | 2361020-29201 | 7/19/2018 | $13,782.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013275 | $12,263.39 | 9/25/2018 | 2361020-29199 | 7/19/2018 | $2,054.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009401 | $286,551.59 | 9/18/2018 | 2369091 | 7/31/2018 | $150,485.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009401 | $286,551.59 | 9/18/2018 | 2367799 | 7/30/2018 | $135,630.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009401 | $286,551.59 | 9/18/2018 | 2367642 | 7/27/2018 | $665.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005687 | $165,121.75 | 9/11/2018 | 2362441 | 7/20/2018 | $827.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005687 | $165,121.75 | 9/11/2018 | 2362440 | 7/20/2018 | $31,320.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005687 | $165,121.75 | 9/11/2018 | 2362167 | 7/19/2018 | $5,068.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998797 | $55,243.76 | 8/28/2018 | 2355030 | 7/6/2018 | $5,083.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005687 | $165,121.75 | 9/11/2018 | 2361028 | 7/19/2018 | $28,836.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013275 | $12,263.39 | 9/25/2018 | 2374900 | 8/9/2018 | $440.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005687 | $165,121.75 | 9/11/2018 | 2361025 | 7/19/2018 | $738.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005687 | $165,121.75 | 9/11/2018 | 2361024 | 7/19/2018 | $513.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005687 | $165,121.75 | 9/11/2018 | 2361023 | 7/19/2018 | $30,275.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005687 | $165,121.75 | 9/11/2018 | 2361022 | 7/19/2018 | $11,918.40 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005687 | $165,121.75 | 9/11/2018 | 2361021 | 7/19/2018 | $1,049.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005687 | $165,121.75 | 9/11/2018 | 2361019 | 7/19/2018 | $44,454.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002294 | $18,148.22 | 9/4/2018 | 2357883 | 7/12/2018 | $422.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002294 | $18,148.22 | 9/4/2018 | 2357882 | 7/12/2018 | $760.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002294 | $18,148.22 | 9/4/2018 | 2357849 | 7/12/2018 | $1,907.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002294 | $18,148.22 | 9/4/2018 | 2357848 | 7/12/2018 | $1,540.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002294 | $18,148.22 | 9/4/2018 | 2357847 | 7/12/2018 | $336.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002294 | $18,148.22 | 9/4/2018 | 2357728 | 7/12/2018 | $13,425.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998797 | $55,243.76 | 8/28/2018 | 2355063 | 7/6/2018 | $471.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005687 | $165,121.75 | 9/11/2018 | 2361029 | 7/19/2018 | $308.93 |

**Totals:** 10 transfer(s), $666,120.28