**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Tri-Coastal Design Services, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987677 | $128.93 | 8/1/2018 | 30106439 | 5/25/2018 | $116.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987677 | $128.93 | 8/1/2018 | 30106239 | 4/26/2018 | $186.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987677 | $128.93 | 8/1/2018 | 30106240 | 4/26/2018 | $117.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987677 | $128.93 | 8/1/2018 | 30106241 | 4/26/2018 | $132.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987677 | $128.93 | 8/1/2018 | 30106242 | 4/26/2018 | $78.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987677 | $128.93 | 8/1/2018 | 30106382 | 5/11/2018 | $39.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987677 | $128.93 | 8/1/2018 | 30106383 | 5/17/2018 | $39.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987677 | $128.93 | 8/1/2018 | 30106384 | 5/11/2018 | $105.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987677 | $128.93 | 8/1/2018 | 30106385 | 5/11/2018 | $8.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987677 | $128.93 | 8/1/2018 | 30106434 | 5/21/2018 | $159.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987677 | $128.93 | 8/1/2018 | 30106435 | 5/25/2018 | $498.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987677 | $128.93 | 8/1/2018 | 30106436 | 5/21/2018 | $519.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987677 | $128.93 | 8/1/2018 | 30106238 | 4/26/2018 | $134.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987677 | $128.93 | 8/1/2018 | 30106438 | 5/21/2018 | $263.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013287 | $24,061.39 | 9/25/2018 | 70010658 | 7/13/2018 | $6,042.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987677 | $128.93 | 8/1/2018 | MA18188702168 | 7/7/2018 | $1.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005703 | $30,926.49 | 9/11/2018 | 10514314 | 6/29/2018 | $13,575.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005703 | $30,926.49 | 9/11/2018 | 10514315 | 6/26/2018 | $10,724.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005703 | $30,926.49 | 9/11/2018 | 10514689 | 6/26/2018 | $3,596.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005703 | $30,926.49 | 9/11/2018 | 10517448 | 6/29/2018 | $4,503.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005703 | $30,926.49 | 9/11/2018 | 30108662 | 6/29/2018 | $117.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005703 | $30,926.49 | 9/11/2018 | 30108663 | 6/29/2018 | $39.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005703 | $30,926.49 | 9/11/2018 | 30109072 | 6/29/2018 | $117.62 |

Tri-Coastal Design Services, LLC (2230518)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                    Exhibit B                    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005703 | $30,926.49 | 9/11/2018 | 30109073 | 6/29/2018 | $39.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013287 | $24,061.39 | 9/25/2018 | 70010655 | 7/13/2018 | $7,256.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013287 | $24,061.39 | 9/25/2018 | 70010656 | 7/13/2018 | $6,058.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013287 | $24,061.39 | 9/25/2018 | 70010657 | 7/12/2018 | $4,754.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987677 | $128.93 | 8/1/2018 | 30106437 | 5/21/2018 | $267.19 |

**Totals:**    **3 transfer(s),**   **$55,116.81**

Tri-Coastal Design Services, LLC (2230518)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020         Exhibit B         P. 2