**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **True Value Company dba General Paint & Manufacturing** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76483 | 6/21/2018 | $3,638.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76421 | 6/18/2018 | $21.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76422 | 6/18/2018 | $1,347.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76424 | 6/18/2018 | $7,025.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76425 | 6/18/2018 | $425.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76429 | 6/19/2018 | $3,004.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76430 | 6/19/2018 | $64.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76431 | 6/19/2018 | $426.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76445 | 6/19/2018 | $2,501.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76463 | 6/20/2018 | $28.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76464 | 6/20/2018 | $180.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76465 | 6/20/2018 | $3,023.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76466 | 6/20/2018 | $254.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76467 | 6/20/2018 | $317.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76593 | 6/28/2018 | $14.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76534 | 6/26/2018 | $14.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980534 | $7,374.02 | 7/18/2018 | 76194 | 6/4/2018 | $753.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76547 | 6/26/2018 | $1,921.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76546 | 6/26/2018 | $57.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76545 | 6/26/2018 | $50.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76537 | 6/26/2018 | $1,156.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76468 | 6/20/2018 | $978.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76535 | 6/26/2018 | $7.22 |

True Value Company dba General Paint & Manufacturing (2230503)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                          Exhibit A                                          P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76469 | 6/20/2018 | $1,208.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76529 | 6/25/2018 | $569.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76528 | 6/25/2018 | $28.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76492 | 6/21/2018 | $796.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76491 | 6/21/2018 | $50.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76484 | 6/21/2018 | $517.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76400 | 6/15/2018 | $323.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76536 | 6/26/2018 | $191.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980534 | $7,374.02 | 7/18/2018 | 76260 | 6/8/2018 | $1,404.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76416 | 6/18/2018 | $1,990.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76282 | 6/11/2018 | $1,324.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76281 | 6/11/2018 | $151.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 75802 | 5/7/2018 | $93.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980534 | $7,374.02 | 7/18/2018 | 76270 | 6/8/2018 | $360.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76292 | 6/11/2018 | $3,123.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980534 | $7,374.02 | 7/18/2018 | 76268 | 6/8/2018 | $122.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76299 | 6/12/2018 | $86.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980534 | $7,374.02 | 7/18/2018 | 76259 | 6/8/2018 | $28.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980534 | $7,374.02 | 7/18/2018 | 76226 | 6/6/2018 | $1,855.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980534 | $7,374.02 | 7/18/2018 | 76225 | 6/6/2018 | $14.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980534 | $7,374.02 | 7/18/2018 | 76224 | 6/6/2018 | $1,465.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980534 | $7,374.02 | 7/18/2018 | 76221 | 6/6/2018 | $1,258.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980534 | $7,374.02 | 7/18/2018 | 76195 | 6/4/2018 | $21.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980534 | $7,374.02 | 7/18/2018 | 76269 | 6/8/2018 | $964.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76391 | 6/15/2018 | $28.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76594 | 6/28/2018 | $1,074.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76398 | 6/15/2018 | $194.85 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76397 | 6/15/2018 | $93.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76396 | 6/15/2018 | $2,505.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76395 | 6/15/2018 | $1,102.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76291 | 6/11/2018 | $2,774.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76393 | 6/15/2018 | $936.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76415 | 6/18/2018 | $79.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76372 | 6/14/2018 | $494.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76330 | 6/14/2018 | $478.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76309 | 6/13/2018 | $1,296.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76308 | 6/13/2018 | $1,259.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76302 | 6/12/2018 | $175.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76300 | 6/12/2018 | $333.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76394 | 6/15/2018 | $50.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008094 | $12,764.11 | 9/17/2018 | 77027 | 7/31/2018 | $794.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005294 | $9,038.13 | 9/11/2018 | 76940 | 7/25/2018 | $1,460.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005294 | $9,038.13 | 9/11/2018 | 76970 | 7/27/2018 | $2,151.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005294 | $9,038.13 | 9/11/2018 | 76971 | 7/27/2018 | $266.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005294 | $9,038.13 | 9/11/2018 | 76972 | 7/27/2018 | $704.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005294 | $9,038.13 | 9/11/2018 | 76987 | 7/27/2018 | $1,007.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005294 | $9,038.13 | 9/11/2018 | 76988 | 7/27/2018 | $914.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005294 | $9,038.13 | 9/11/2018 | 76989 | 7/27/2018 | $7.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005294 | $9,038.13 | 9/11/2018 | 76990 | 7/27/2018 | $511.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005294 | $9,038.13 | 9/11/2018 | 76991 | 7/27/2018 | $7.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005294 | $9,038.13 | 9/11/2018 | 76992 | 7/27/2018 | $43.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005294 | $9,038.13 | 9/11/2018 | 76993 | 7/27/2018 | $864.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008094 | $12,764.11 | 9/17/2018 | 77023 | 7/31/2018 | $4,391.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008094 | $12,764.11 | 9/17/2018 | 77024 | 7/31/2018 | $2,091.32 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76548 | 6/26/2018 | $1,074.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008908 | $4,653.30 | 9/18/2018 | 77058 | 8/2/2018 | $1,239.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012873 | $1,672.86 | 9/25/2018 | 77155 | 8/9/2018 | $21.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012873 | $1,672.86 | 9/25/2018 | 77154 | 8/9/2018 | $1,290.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011479 | $3,072.26 | 9/21/2018 | 77102 | 8/6/2018 | $14.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011479 | $3,072.26 | 9/21/2018 | 77101 | 8/6/2018 | $982.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011479 | $3,072.26 | 9/21/2018 | 77100 | 8/6/2018 | $450.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008094 | $12,764.11 | 9/17/2018 | 77025 | 7/31/2018 | $2,237.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008908 | $4,653.30 | 9/18/2018 | 77059 | 8/2/2018 | $1,158.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008094 | $12,764.11 | 9/17/2018 | 77026 | 7/31/2018 | $3,492.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008908 | $4,653.30 | 9/18/2018 | 77057 | 8/2/2018 | $1,209.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008908 | $4,653.30 | 9/18/2018 | 77056 | 8/2/2018 | $21.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008908 | $4,653.30 | 9/18/2018 | 77048 | 8/1/2018 | $1,074.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008908 | $4,653.30 | 9/18/2018 | 77047 | 8/1/2018 | $43.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008908 | $4,653.30 | 9/18/2018 | 76969 | 7/27/2018 | $44.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003854 | $1,067.30 | 9/7/2018 | 76891 | 7/23/2018 | $43.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011479 | $3,072.26 | 9/21/2018 | 77099 | 8/6/2018 | $1,735.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998402 | $6,656.02 | 8/28/2018 | 76707 | 7/11/2018 | $3,040.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005294 | $9,038.13 | 9/11/2018 | 76423 | 6/18/2018 | $1,277.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998402 | $6,656.02 | 8/28/2018 | 76765 | 7/13/2018 | $79.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998402 | $6,656.02 | 8/28/2018 | 76764 | 7/13/2018 | $1,240.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998402 | $6,656.02 | 8/28/2018 | 76737 | 7/12/2018 | $938.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998402 | $6,656.02 | 8/28/2018 | 76728 | 7/12/2018 | $28.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001869 | $7,933.68 | 9/4/2018 | 76788 | 7/18/2018 | $7.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998402 | $6,656.02 | 8/28/2018 | 76708 | 7/11/2018 | $57.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001869 | $7,933.68 | 9/4/2018 | 76789 | 7/18/2018 | $987.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76684 | 7/6/2018 | $1,166.75 |

18-23538-shl    Doc 7624-1    Filed 04/01/20    Entered 04/01/20 08:37:38    Exhibit A
Pg 5 of 5
Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76683 | 7/6/2018 | $50.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76651 | 7/3/2018 | $1,052.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76650 | 7/3/2018 | $79.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76649 | 7/3/2018 | $323.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997022 | $53,023.83 | 8/22/2018 | 76648 | 7/3/2018 | $7.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998402 | $6,656.02 | 8/28/2018 | 76727 | 7/12/2018 | $521.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001869 | $7,933.68 | 9/4/2018 | 76848 | 7/20/2018 | $165.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012873 | $1,672.86 | 9/25/2018 | 77178 | 8/9/2018 | $376.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003854 | $1,067.30 | 9/7/2018 | 76890 | 7/23/2018 | $1,067.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003854 | $1,067.30 | 9/7/2018 | 76371 | 6/14/2018 | $21.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001869 | $7,933.68 | 9/4/2018 | 76852 | 7/20/2018 | $1,209.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001869 | $7,933.68 | 9/4/2018 | 76851 | 7/20/2018 | $1,987.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998402 | $6,656.02 | 8/28/2018 | 76766 | 7/13/2018 | $766.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001869 | $7,933.68 | 9/4/2018 | 76849 | 7/20/2018 | $799.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004589 | $85.50 | 9/10/2018 | 76392 | 6/15/2018 | $115.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001869 | $7,933.68 | 9/4/2018 | 76847 | 7/20/2018 | $21.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001869 | $7,933.68 | 9/4/2018 | 76846 | 7/20/2018 | $69.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001869 | $7,933.68 | 9/4/2018 | 76845 | 7/20/2018 | $532.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001869 | $7,933.68 | 9/4/2018 | 76844 | 7/20/2018 | $1,712.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001869 | $7,933.68 | 9/4/2018 | 76791 | 7/18/2018 | $451.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001869 | $7,933.68 | 9/4/2018 | 76790 | 7/18/2018 | $93.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001869 | $7,933.68 | 9/4/2018 | 76850 | 7/20/2018 | $36.08 |

Totals:    11 transfer(s),    $107,341.01

True Value Company dba General Paint & Manufacturing (2230503)
Bankruptcy Case: Sears Holdings Corporation, et al.
Mar 27, 2020                                                   Exhibit A                                                   P. 5