**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **True Value Company dba General Paint & Manufacturing** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11945 | $1,144.80 | 9/12/2018 | 76475 | 6/20/2018 | $167.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18628 | $1,600.88 | 9/28/2018 | 76652 | 7/3/2018 | $137.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08773 | $8,847.00 | 9/10/2018 | 76345 | 6/14/2018 | $454.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08773 | $8,847.00 | 9/10/2018 | 76346 | 6/14/2018 | $73.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08773 | $8,847.00 | 9/10/2018 | 76347 | 6/14/2018 | $90.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08773 | $8,847.00 | 9/10/2018 | 76348 | 6/14/2018 | $202.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08773 | $8,847.00 | 9/10/2018 | 76382 | 6/15/2018 | $46.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11945 | $1,144.80 | 9/12/2018 | 76470 | 6/20/2018 | $92.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11945 | $1,144.80 | 9/12/2018 | 76471 | 6/20/2018 | $127.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11945 | $1,144.80 | 9/12/2018 | 76472 | 6/20/2018 | $214.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08773 | $8,847.00 | 9/10/2018 | 76343 | 6/14/2018 | $69.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11945 | $1,144.80 | 9/12/2018 | 76474 | 6/20/2018 | $298.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08773 | $8,847.00 | 9/10/2018 | 76342 | 6/14/2018 | $85.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11945 | $1,144.80 | 9/12/2018 | 76476 | 6/20/2018 | $78.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11945 | $1,144.80 | 9/12/2018 | 76477 | 6/20/2018 | $80.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12802 | $158.66 | 9/17/2018 | 76493 | 6/21/2018 | $158.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15397 | $457.04 | 9/18/2018 | 76549 | 6/26/2018 | $154.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15397 | $457.04 | 9/18/2018 | 76550 | 6/26/2018 | $166.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15397 | $457.04 | 9/18/2018 | 76551 | 6/26/2018 | $34.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15397 | $457.04 | 9/18/2018 | 76552 | 6/26/2018 | $101.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16769 | $317.76 | 9/24/2018 | 76581 | 6/28/2018 | $54.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00183 | $1,455.40 | 8/22/2018 | 76151 | 5/30/2018 | $78.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11945 | $1,144.80 | 9/12/2018 | 76473 | 6/20/2018 | $86.20 |

True Value Company dba General Paint & Manufacturing (2230503)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                    Exhibit B                                    P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08773 | $8,847.00 | 9/10/2018 | 76332 | 6/14/2018 | $61.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00183 | $1,455.40 | 8/22/2018 | 76152 | 5/30/2018 | $81.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00183 | $1,455.40 | 8/22/2018 | 76153 | 5/30/2018 | $78.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00183 | $1,455.40 | 8/22/2018 | 76154 | 5/30/2018 | $854.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00183 | $1,455.40 | 8/22/2018 | 76155 | 5/30/2018 | $177.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00183 | $1,455.40 | 8/22/2018 | 76156 | 5/30/2018 | $104.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00183 | $1,455.40 | 8/22/2018 | 76157 | 5/30/2018 | $80.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04018 | $450.96 | 8/29/2018 | 76227 | 6/6/2018 | $131.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04018 | $450.96 | 8/29/2018 | 76228 | 6/6/2018 | $127.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04018 | $450.96 | 8/29/2018 | 76229 | 6/6/2018 | $110.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08773 | $8,847.00 | 9/10/2018 | 76344 | 6/14/2018 | $179.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08773 | $8,847.00 | 9/10/2018 | 76331 | 6/14/2018 | $457.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18628 | $1,600.88 | 9/28/2018 | 76653 | 7/3/2018 | $125.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08773 | $8,847.00 | 9/10/2018 | 76333 | 6/14/2018 | $297.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08773 | $8,847.00 | 9/10/2018 | 76334 | 6/14/2018 | $402.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08773 | $8,847.00 | 9/10/2018 | 76335 | 6/14/2018 | $1,642.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08773 | $8,847.00 | 9/10/2018 | 76336 | 6/14/2018 | $974.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08773 | $8,847.00 | 9/10/2018 | 76337 | 6/14/2018 | $585.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08773 | $8,847.00 | 9/10/2018 | 76338 | 6/14/2018 | $2,464.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08773 | $8,847.00 | 9/10/2018 | 76339 | 6/14/2018 | $511.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08773 | $8,847.00 | 9/10/2018 | 76340 | 6/14/2018 | $168.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08773 | $8,847.00 | 9/10/2018 | 76341 | 6/14/2018 | $78.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04018 | $450.96 | 8/29/2018 | 76230 | 6/6/2018 | $82.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95562 | $1,295.46 | 8/10/2018 | 76055 | 5/22/2018 | $145.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16769 | $317.76 | 9/24/2018 | 76582 | 6/28/2018 | $263.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92149 | $3,242.14 | 8/6/2018 | 75966 | 5/16/2018 | $90.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92149 | $3,242.14 | 8/6/2018 | 75967 | 5/16/2018 | $221.10 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92149 | $3,242.14 | 8/6/2018 | 75968 | 5/16/2018 | $560.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92149 | $3,242.14 | 8/6/2018 | 75969 | 5/16/2018 | $170.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92149 | $3,242.14 | 8/6/2018 | 75970 | 5/16/2018 | $140.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92149 | $3,242.14 | 8/6/2018 | 75971 | 5/16/2018 | $151.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95562 | $1,295.46 | 8/10/2018 | 76051 | 5/22/2018 | $79.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95562 | $1,295.46 | 8/10/2018 | 76052 | 5/22/2018 | $93.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92149 | $3,242.14 | 8/6/2018 | 75964 | 5/16/2018 | $29.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95562 | $1,295.46 | 8/10/2018 | 76054 | 5/22/2018 | $39.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92149 | $3,242.14 | 8/6/2018 | 75963 | 5/16/2018 | $230.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95562 | $1,295.46 | 8/10/2018 | 76056 | 5/22/2018 | $100.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95562 | $1,295.46 | 8/10/2018 | 76057 | 5/22/2018 | $741.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96241 | $6,794.22 | 8/14/2018 | 76066 | 5/23/2018 | $85.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96241 | $6,794.22 | 8/14/2018 | 76067 | 5/23/2018 | $508.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96241 | $6,794.22 | 8/14/2018 | 76068 | 5/23/2018 | $622.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96241 | $6,794.22 | 8/14/2018 | 76069 | 5/23/2018 | $1,952.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96241 | $6,794.22 | 8/14/2018 | 76070 | 5/23/2018 | $1,981.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96241 | $6,794.22 | 8/14/2018 | 76071 | 5/23/2018 | $763.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96241 | $6,794.22 | 8/14/2018 | 76072 | 5/23/2018 | $333.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95562 | $1,295.46 | 8/10/2018 | 76053 | 5/22/2018 | $93.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92149 | $3,242.14 | 8/6/2018 | 75953 | 5/16/2018 | $602.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18628 | $1,600.88 | 9/28/2018 | 76654 | 7/3/2018 | $756.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18628 | $1,600.88 | 9/28/2018 | 76655 | 7/3/2018 | $268.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18628 | $1,600.88 | 9/28/2018 | 76656 | 7/3/2018 | $207.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18628 | $1,600.88 | 9/28/2018 | 76657 | 7/3/2018 | $105.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E81474 | $621.76 | 7/17/2018 | 75701 | 4/26/2018 | $621.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89075 | $550.92 | 8/2/2018 | 75862 | 5/10/2018 | $61.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89075 | $550.92 | 8/2/2018 | 75863 | 5/10/2018 | $309.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89075 | $550.92 | 8/2/2018 | 75880 | 5/10/2018 | $105.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89075 | $550.92 | 8/2/2018 | 75881 | 5/10/2018 | $74.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92149 | $3,242.14 | 8/6/2018 | 75965 | 5/16/2018 | $97.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92149 | $3,242.14 | 8/6/2018 | 75952 | 5/16/2018 | $69.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96241 | $6,794.22 | 8/14/2018 | 76073 | 5/23/2018 | $546.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92149 | $3,242.14 | 8/6/2018 | 75954 | 5/16/2018 | $77.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92149 | $3,242.14 | 8/6/2018 | 75955 | 5/16/2018 | $77.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92149 | $3,242.14 | 8/6/2018 | 75956 | 5/16/2018 | $70.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92149 | $3,242.14 | 8/6/2018 | 75957 | 5/16/2018 | $75.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92149 | $3,242.14 | 8/6/2018 | 75958 | 5/16/2018 | $117.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92149 | $3,242.14 | 8/6/2018 | 75959 | 5/16/2018 | $113.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92149 | $3,242.14 | 8/6/2018 | 75960 | 5/16/2018 | $133.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92149 | $3,242.14 | 8/6/2018 | 75961 | 5/16/2018 | $90.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92149 | $3,242.14 | 8/6/2018 | 75962 | 5/16/2018 | $119.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89979 | $552.03 | 8/2/2018 | 76832 | 7/19/2018 | $552.03 |

**Totals:** 14 transfer(s), $27,489.03