**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **U.S. Metro Group, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62083333 | $27,108.30 | 8/8/2018 | 95774 | 2/28/2018 | $1,364.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083333 | $27,108.30 | 8/8/2018 | 95927 | 3/31/2018 | $1,099.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083333 | $27,108.30 | 8/8/2018 | 95923 | 3/31/2018 | $485.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083333 | $27,108.30 | 8/8/2018 | 95922 | 3/31/2018 | $1,083.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083333 | $27,108.30 | 8/8/2018 | 95919 | 3/31/2018 | $1,364.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083333 | $27,108.30 | 8/8/2018 | 95916 | 3/31/2018 | $650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083333 | $27,108.30 | 8/8/2018 | 95915 | 3/31/2018 | $825.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083333 | $27,108.30 | 8/8/2018 | 95914 | 3/31/2018 | $1,625.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082910 | $2,507.02 | 8/8/2018 | 96393 | 4/30/2018 | $2,507.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083333 | $27,108.30 | 8/8/2018 | 95775 | 2/28/2018 | $999.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083333 | $27,108.30 | 8/8/2018 | 96386 | 4/30/2018 | $1,625.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083333 | $27,108.30 | 8/8/2018 | 95773 | 2/28/2018 | $1,083.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083333 | $27,108.30 | 8/8/2018 | 95768 | 2/28/2018 | $650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083333 | $27,108.30 | 8/8/2018 | 95767 | 2/28/2018 | $478.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083333 | $27,108.30 | 8/8/2018 | 95766 | 2/28/2018 | $485.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083333 | $27,108.30 | 8/8/2018 | 95765 | 2/28/2018 | $1,215.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083333 | $27,108.30 | 8/8/2018 | 95092 | 12/31/2017 | $825.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083333 | $27,108.30 | 8/8/2018 | 95091 | 12/1/2017 | $300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083333 | $27,108.30 | 8/8/2018 | 95776 | 2/28/2018 | $1,625.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083333 | $27,108.30 | 8/8/2018 | 96403 | 4/30/2018 | $1,430.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084468 | $9,040.91 | 9/24/2018 | 96710 | 5/31/2018 | $1,083.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084468 | $9,040.91 | 9/24/2018 | 96708 | 5/31/2018 | $650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084468 | $9,040.91 | 9/24/2018 | 96706 | 5/31/2018 | $825.00 |

U.S. Metro Group, Inc. (2230475)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                  Exhibit A                                    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62084468 | $9,040.91 | 9/24/2018 | 96702 | 5/31/2018 | $1,099.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084468 | $9,040.91 | 9/24/2018 | 96700 | 5/31/2018 | $1,625.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084468 | $9,040.91 | 9/24/2018 | 96698 | 5/31/2018 | $478.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084468 | $9,040.91 | 9/24/2018 | 96696 | 5/31/2018 | $485.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083333 | $27,108.30 | 8/8/2018 | 95928 | 3/31/2018 | $478.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084113 | $2,507.02 | 9/24/2018 | 96423 | 5/24/2018 | $2,507.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083333 | $27,108.30 | 8/8/2018 | 95930 | 3/31/2018 | $1,430.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083333 | $27,108.30 | 8/8/2018 | 96401 | 4/30/2018 | $478.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083333 | $27,108.30 | 8/8/2018 | 96400 | 4/30/2018 | $1,099.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083333 | $27,108.30 | 8/8/2018 | 96396 | 4/30/2018 | $485.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083333 | $27,108.30 | 8/8/2018 | 96395 | 4/30/2018 | $1,083.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083333 | $27,108.30 | 8/8/2018 | 96391 | 4/30/2018 | $1,364.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083333 | $27,108.30 | 8/8/2018 | 96388 | 4/30/2018 | $650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083333 | $27,108.30 | 8/8/2018 | 96387 | 4/30/2018 | $825.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084468 | $9,040.91 | 9/24/2018 | 96712 | 5/31/2018 | $1,364.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084468 | $9,040.91 | 9/24/2018 | 96694 | 5/31/2018 | $1,430.00 |

Totals:    4 transfer(s),    $41,163.25