

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |

| | |
|---|---|
| Defendant: | **U.S. Metro Group, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743051 | $3,010.60 | 9/18/2018 | 97271-IN | 8/31/2018 | $1,400.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743051 | $3,010.60 | 9/18/2018 | 97270-IN | 8/31/2018 | $1,400.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743051 | $3,010.60 | 9/18/2018 | 97265-IN | 8/31/2018 | $210.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742594 | $3,010.60 | 8/28/2018 | 97044-IN | 7/31/2018 | $1,400.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742594 | $3,010.60 | 8/28/2018 | 97043-IN | 7/31/2018 | $1,400.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742594 | $3,010.60 | 8/28/2018 | 97039-IN | 7/31/2018 | $210.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742338 | $5,100.00 | 8/14/2018 | 96976-IN | 6/30/2018 | $5,100.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742040 | $2,800.00 | 8/1/2018 | 96863-IN | 6/30/2018 | $1,400.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742040 | $2,800.00 | 8/1/2018 | 96862-IN | 6/30/2018 | $1,400.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741697 | $1,053.00 | 7/17/2018 | 96705-IN | 6/30/2018 | $210.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741697 | $1,053.00 | 7/17/2018 | 96704-IN | 5/31/2018 | $210.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741697 | $1,053.00 | 7/17/2018 | 96390-IN | 4/30/2018 | $210.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741697 | $1,053.00 | 7/17/2018 | 95918-IN | 3/31/2018 | $210.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741697 | $1,053.00 | 7/17/2018 | 95772-IN | 2/28/2018 | $210.60 |

**Totals:**    5 transfer(s),    $14,974.20

U.S. Metro Group, Inc. (2230475)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                              Exhibit B                                              P. 1