

2600 Eagan Woods Dr, Suite 400          151 West 46th Street, 4th Floor
St. Paul, MN 55121                      New York, NY 10036
651-406-9665                            212-267-7342

| | |
|---|---|
| Defendant: | **Xiamen Luxinjia Import & Export Co. Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $390,558.35 | 8/10/2018 | 201819849010-2 | 6/29/2018 | $15,834.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $209,333.44 | 10/2/2018 | 201820548512 | 8/10/2018 | $2,026.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $390,558.35 | 8/10/2018 | 201819924091-2 | 6/30/2018 | $15,768.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $390,558.35 | 8/10/2018 | 201819924091-1 | 6/30/2018 | $13,566.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $390,558.35 | 8/10/2018 | 201819888888-4 | 6/29/2018 | $6,854.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $390,558.35 | 8/10/2018 | 201819888888-3 | 6/29/2018 | $17,760.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $390,558.35 | 8/10/2018 | 201819888888-2 | 6/29/2018 | $21,571.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $390,558.35 | 8/10/2018 | 201819888888-1 | 6/29/2018 | $11,372.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $390,558.35 | 8/10/2018 | 201819888532-6 | 6/30/2018 | $2,419.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $390,558.35 | 8/10/2018 | 201819888532-5 | 6/30/2018 | $8,904.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $390,558.35 | 8/10/2018 | 201819888532-4 | 6/30/2018 | $5,510.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $390,558.35 | 8/10/2018 | 201819888532-3 | 6/30/2018 | $14,519.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $390,558.35 | 8/10/2018 | 201819924091-4 | 6/30/2018 | $7,560.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $390,558.35 | 8/10/2018 | 201819888532-1 | 6/30/2018 | $12,927.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $390,558.35 | 8/10/2018 | 201819924091-5 | 6/30/2018 | $4,762.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $390,558.35 | 8/10/2018 | 201819849010-1 | 6/29/2018 | $6,486.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $390,558.35 | 8/10/2018 | 201819516059-2 | 6/29/2018 | $2,797.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $390,558.35 | 8/10/2018 | 201819516059-1 | 6/29/2018 | $4,762.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $390,558.35 | 8/10/2018 | 201819515798-4 | 6/29/2018 | $2,163.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $390,558.35 | 8/10/2018 | 201819515798-3 | 6/29/2018 | $1,915.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $390,558.35 | 8/10/2018 | 201819515798-2 | 6/29/2018 | $2,046.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $390,558.35 | 8/10/2018 | 201819515798-1 | 6/29/2018 | $2,739.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $390,558.35 | 8/10/2018 | 201818216876 | 5/17/2018 | $3,853.20 |

Xiamen Luxinjia Import & Export Co. Ltd. (2230417)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                          Exhibit A                          P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $390,558.35 | 8/10/2018 | 201818156190-3 | 5/17/2018 | $8,563.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $390,558.35 | 8/10/2018 | 201818156190-2 | 5/17/2018 | $6,121.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $390,558.35 | 8/10/2018 | 201818156190-1 | 5/17/2018 | $3,783.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $144,898.52 | 7/27/2018 | 201819369273 | 6/16/2018 | $12,723.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $390,558.35 | 8/10/2018 | 201819888532-2 | 6/30/2018 | $18,615.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $95,190.97 | 8/21/2018 | 201819888437 | 7/6/2018 | $13,221.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $95,190.97 | 8/21/2018 | 201820060303-1 | 7/7/2018 | $2,013.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $95,190.97 | 8/21/2018 | 201820060185 | 7/7/2018 | $4,744.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $95,190.97 | 8/21/2018 | 201820059891 | 7/7/2018 | $2,154.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $95,190.97 | 8/21/2018 | 201820059806-2 | 7/7/2018 | $2,653.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $95,190.97 | 8/21/2018 | 201820059806-1 | 7/7/2018 | $2,927.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $95,190.97 | 8/21/2018 | 201820029178-2 | 7/6/2018 | $17,452.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $95,190.97 | 8/21/2018 | 201820029178-1 | 7/6/2018 | $6,868.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $95,190.97 | 8/21/2018 | 201820028390 | 7/7/2018 | $15,561.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $95,190.97 | 8/21/2018 | 201819923867 | 7/7/2018 | $2,797.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $95,190.97 | 8/21/2018 | 201819922584-4 | 7/7/2018 | $2,997.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $95,190.97 | 8/21/2018 | 201819922584-3 | 7/7/2018 | $2,719.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $390,558.35 | 8/10/2018 | 201819924091-3 | 6/30/2018 | $33,397.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $95,190.97 | 8/21/2018 | 201819922584-1 | 7/7/2018 | $3,861.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $144,898.52 | 7/27/2018 | 201819282314-4 | 6/15/2018 | $2,147.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $95,190.97 | 8/21/2018 | 201818832649-2 | 5/24/2018 | $3,163.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $95,190.97 | 8/21/2018 | 201818832649-1 | 5/24/2018 | $4,120.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $390,558.35 | 8/10/2018 | 201820029414-5 | 6/29/2018 | $6,048.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $390,558.35 | 8/10/2018 | 201820029414-4 | 6/29/2018 | $24,504.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $390,558.35 | 8/10/2018 | 201820029414-3 | 6/29/2018 | $21,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $390,558.35 | 8/10/2018 | 201820029414-2 | 6/29/2018 | $5,796.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $390,558.35 | 8/10/2018 | 201820029414-1 | 6/29/2018 | $6,582.60 |

Xiamen Luxinjia Import & Export Co. Ltd. (2230417)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020

Exhibit A

P. 2

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $390,558.35 | 8/10/2018 | 201820028661-5 | 6/30/2018 | $14,234.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $390,558.35 | 8/10/2018 | 201820028661-4 | 6/30/2018 | $10,843.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $390,558.35 | 8/10/2018 | 201820028661-3 | 6/30/2018 | $17,904.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $390,558.35 | 8/10/2018 | 201820028661-2 | 6/30/2018 | $16,080.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $390,558.35 | 8/10/2018 | 201820028661-1 | 6/30/2018 | $10,391.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $95,190.97 | 8/21/2018 | 201819922584-2 | 7/7/2018 | $2,904.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $209,333.44 | 10/2/2018 | 201820648901-3 | 8/10/2018 | $2,587.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/18/2018 | $90,546.99 | 7/18/2018 | 201819216745-2 | 6/9/2018 | $3,326.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/18/2018 | $90,546.99 | 7/18/2018 | 201819216745-1 | 6/9/2018 | $2,853.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/18/2018 | $90,546.99 | 7/18/2018 | 201817897399-2 | 4/26/2018 | $8,001.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/18/2018 | $90,546.99 | 7/18/2018 | 201817897399-1 | 4/26/2018 | $1,424.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/18/2018 | $90,546.99 | 7/18/2018 | 201817896999-3 | 4/26/2018 | $6,047.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/18/2018 | $90,546.99 | 7/18/2018 | 201817896999-2 | 4/26/2018 | $8,569.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/18/2018 | $90,546.99 | 7/18/2018 | 201817896999-1 | 4/26/2018 | $11,821.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/18/2018 | $90,546.99 | 7/18/2018 | 201817896688 | 4/26/2018 | $3,737.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $209,333.44 | 10/2/2018 | 201821014785-4 | 8/10/2018 | $6,317.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $209,333.44 | 10/2/2018 | 201821014785-3 | 8/10/2018 | $17,257.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $209,333.44 | 10/2/2018 | 201821014785-2 | 8/10/2018 | $8,186.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $144,898.52 | 7/27/2018 | 201819367976-2 | 6/16/2018 | $2,745.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $209,333.44 | 10/2/2018 | 201820649478 | 8/10/2018 | $28,416.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/18/2018 | $90,546.99 | 7/18/2018 | 201819216745-5 | 6/9/2018 | $7,416.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $209,333.44 | 10/2/2018 | 201820648901-2 | 8/10/2018 | $1,732.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $209,333.44 | 10/2/2018 | 201820648901-1 | 8/10/2018 | $1,722.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $209,333.44 | 10/2/2018 | 201820645093-9 | 8/10/2018 | $19,511.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $209,333.44 | 10/2/2018 | 201820645093-8 | 8/10/2018 | $15,750.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $209,333.44 | 10/2/2018 | 201820645093-7 | 8/10/2018 | $5,745.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $209,333.44 | 10/2/2018 | 201820645093-6 | 8/10/2018 | $7,080.12 |

Xiamen Luxinjia Import & Export Co. Ltd. (2230417)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020

Exhibit A

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $209,333.44 | 10/2/2018 | 201820645093-5 | 8/10/2018 | $7,455.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $209,333.44 | 10/2/2018 | 201820645093-4 | 8/10/2018 | $7,080.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $209,333.44 | 10/2/2018 | 201820645093-3 | 8/10/2018 | $17,447.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $209,333.44 | 10/2/2018 | 201820645093-2 | 8/10/2018 | $30,001.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $209,333.44 | 10/2/2018 | 201820645093-10 | 8/10/2018 | $15,600.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $209,333.44 | 10/2/2018 | 201820645093-1 | 8/10/2018 | $8,119.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $209,333.44 | 10/2/2018 | 201821014785-1 | 8/10/2018 | $7,296.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $144,898.52 | 7/27/2018 | 201817983093 | 5/3/2018 | $35,571.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/23/2018 | $1,563.25 | 8/23/2018 | 201818431177-3 | 5/26/2018 | $1,500.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $144,898.52 | 7/27/2018 | 201819282314-3 | 6/15/2018 | $2,141.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $144,898.52 | 7/27/2018 | 201819282314-2 | 6/15/2018 | $3,231.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $144,898.52 | 7/27/2018 | 201819282314-1 | 6/15/2018 | $5,418.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $144,898.52 | 7/27/2018 | 201819246020-4 | 6/15/2018 | $5,083.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $144,898.52 | 7/27/2018 | 201819246020-3 | 6/15/2018 | $5,083.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $144,898.52 | 7/27/2018 | 201819246020-2 | 6/15/2018 | $5,775.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $144,898.52 | 7/27/2018 | 201819246020-1 | 6/15/2018 | $10,065.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $144,898.52 | 7/27/2018 | 201818012527-2 | 5/3/2018 | $18,386.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $144,898.52 | 7/27/2018 | 201818012527-1 | 5/3/2018 | $10,716.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $144,898.52 | 7/27/2018 | 201817983556 | 5/3/2018 | $4,534.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $144,898.52 | 7/27/2018 | 201817983354-3 | 5/3/2018 | $8,375.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/18/2018 | $90,546.99 | 7/18/2018 | 201819216745-3 | 6/9/2018 | $9,735.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $144,898.52 | 7/27/2018 | 201817983354-1 | 5/3/2018 | $7,755.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/18/2018 | $90,546.99 | 7/18/2018 | 201819216745-4 | 6/9/2018 | $7,342.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $51,720.35 | 7/24/2018 | 201818012380-3 | 4/28/2018 | $3,045.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $51,720.35 | 7/24/2018 | 201818012380-2 | 4/28/2018 | $9,122.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $51,720.35 | 7/24/2018 | 201818012380-1 | 4/28/2018 | $8,093.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $51,720.35 | 7/24/2018 | 201817982443 | 4/28/2018 | $17,223.15 |

Xiamen Luxinjia Import & Export Co. Ltd. (2230417)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $51,720.35 | 7/24/2018 | 201817980778-2 | 4/28/2018 | $8,553.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $51,720.35 | 7/24/2018 | 201817980778-1 | 4/28/2018 | $5,681.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/18/2018 | $90,546.99 | 7/18/2018 | 201819283510-4 | 6/9/2018 | $2,147.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/18/2018 | $90,546.99 | 7/18/2018 | 201819283510-3 | 6/9/2018 | $2,154.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/18/2018 | $90,546.99 | 7/18/2018 | 201819283510-2 | 6/9/2018 | $3,212.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/18/2018 | $90,546.99 | 7/18/2018 | 201819283510-1 | 6/9/2018 | $5,340.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/18/2018 | $90,546.99 | 7/18/2018 | 201819216745-6 | 6/9/2018 | $7,416.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $144,898.52 | 7/27/2018 | 201819367976-1 | 6/16/2018 | $3,669.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $144,898.52 | 7/27/2018 | 201817983354-2 | 5/3/2018 | $1,476.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $130,642.44 | 9/18/2018 | 201820541066-4 | 8/3/2018 | $7,015.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/21/2018 | $67,086.21 | 9/21/2018 | 201820548442-1 | 8/8/2018 | $10,650.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $130,642.44 | 9/18/2018 | 201820542363-9 | 8/4/2018 | $1,003.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $130,642.44 | 9/18/2018 | 201820542363-8 | 8/4/2018 | $10,287.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $130,642.44 | 9/18/2018 | 201820542363-7 | 8/4/2018 | $4,912.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $130,642.44 | 9/18/2018 | 201820542363-6 | 8/4/2018 | $6,277.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $130,642.44 | 9/18/2018 | 201820542363-5 | 8/4/2018 | $10,355.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $130,642.44 | 9/18/2018 | 201820542363-4 | 8/4/2018 | $4,912.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $130,642.44 | 9/18/2018 | 201820542363-3 | 8/4/2018 | $10,287.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $130,642.44 | 9/18/2018 | 201820542363-2 | 8/4/2018 | $5,022.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $130,642.44 | 9/18/2018 | 201820542363-1 | 8/4/2018 | $10,355.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $130,642.44 | 9/18/2018 | 201820541703-2 | 8/4/2018 | $2,007.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $69,328.59 | 9/11/2018 | 201820474944 | 7/28/2018 | $7,614.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $130,642.44 | 9/18/2018 | 201820541066-5 | 8/3/2018 | $11,421.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/21/2018 | $67,086.21 | 9/21/2018 | 201820548442-4 | 8/8/2018 | $10,650.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $130,642.44 | 9/18/2018 | 201820541066-3 | 8/3/2018 | $7,290.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $130,642.44 | 9/18/2018 | 201820541066-2 | 8/3/2018 | $7,015.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $130,642.44 | 9/18/2018 | 201820541066-1 | 8/3/2018 | $5,913.00 |

Xiamen Luxinjia Import & Export Co. Ltd. (2230417)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020

Exhibit A

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $130,642.44 | 9/18/2018 | 201820539230-3 | 8/3/2018 | $1,230.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $130,642.44 | 9/18/2018 | 201820539230-2 | 8/3/2018 | $2,448.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $130,642.44 | 9/18/2018 | 201820539230-1 | 8/3/2018 | $2,448.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $130,642.44 | 9/18/2018 | 201820475256-2 | 8/4/2018 | $1,326.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $130,642.44 | 9/18/2018 | 201820475256-1 | 8/4/2018 | $1,254.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $130,642.44 | 9/18/2018 | 201820475208 | 8/3/2018 | $6,171.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $130,642.44 | 9/18/2018 | 201820475128-2 | 8/3/2018 | $1,980.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $130,642.44 | 9/18/2018 | 201820475128-1 | 8/3/2018 | $1,820.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $95,190.97 | 8/21/2018 | 201820060303-2 | 7/7/2018 | $5,030.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $130,642.44 | 9/18/2018 | 201820541703-1 | 8/4/2018 | $2,007.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $93,703.33 | 9/4/2018 | 201820433238 | 7/20/2018 | $13,338.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/6/2018 | $37,474.80 | 9/6/2018 | 201819283585-1 | 6/9/2018 | $9,475.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/6/2018 | $37,474.80 | 9/6/2018 | 201819245029-5 | 6/9/2018 | $1,500.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/6/2018 | $37,474.80 | 9/6/2018 | 201819245029-4 | 6/9/2018 | $1,509.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/6/2018 | $37,474.80 | 9/6/2018 | 201819245029-3 | 6/9/2018 | $1,509.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/6/2018 | $37,474.80 | 9/6/2018 | 201819245029-2 | 6/9/2018 | $12,398.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/6/2018 | $37,474.80 | 9/6/2018 | 201819245029-1 | 6/9/2018 | $10,035.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/5/2018 | $34,725.53 | 9/5/2018 | 201819247394-5 | 6/8/2018 | $1,537.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/5/2018 | $34,725.53 | 9/5/2018 | 201819247394-4 | 6/8/2018 | $1,537.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/5/2018 | $34,725.53 | 9/5/2018 | 201819247394-3 | 6/8/2018 | $1,537.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/5/2018 | $34,725.53 | 9/5/2018 | 201819247394-2 | 6/8/2018 | $17,715.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/5/2018 | $34,725.53 | 9/5/2018 | 201819247394-1 | 6/8/2018 | $12,398.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $93,703.33 | 9/4/2018 | 201820433285-3 | 7/20/2018 | $11,469.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/21/2018 | $67,086.21 | 9/21/2018 | 201820548442-2 | 8/8/2018 | $11,421.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $93,703.33 | 9/4/2018 | 201820433285-1 | 7/20/2018 | $14,788.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/21/2018 | $67,086.21 | 9/21/2018 | 201820548442-3 | 8/8/2018 | $16,638.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $93,703.33 | 9/4/2018 | 201820335984 | 7/20/2018 | $17,082.00 |

Xiamen Luxinjia Import & Export Co. Ltd. (2230417)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                        Exhibit A                        P. 6

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $93,703.33 | 9/4/2018 | 201820311277-3 | 7/20/2018 | $4,149.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $93,703.33 | 9/4/2018 | 201820311277-2 | 7/20/2018 | $4,149.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $93,703.33 | 9/4/2018 | 201820311277-1 | 7/20/2018 | $7,950.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $93,703.33 | 9/4/2018 | 201820224088-3 | 7/20/2018 | $3,353.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $93,703.33 | 9/4/2018 | 201820224088-2 | 7/20/2018 | $3,329.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $93,703.33 | 9/4/2018 | 201820224088-1 | 7/20/2018 | $3,329.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $93,703.33 | 9/4/2018 | 201820223816 | 7/20/2018 | $5,241.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/21/2018 | $67,086.21 | 9/21/2018 | 201820959639 | 8/8/2018 | $12,424.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/21/2018 | $67,086.21 | 9/21/2018 | 201820649318-2 | 8/8/2018 | $3,187.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/21/2018 | $67,086.21 | 9/21/2018 | 201820649318-1 | 8/8/2018 | $2,113.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $69,328.59 | 9/11/2018 | 201820474881 | 7/28/2018 | $4,029.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $93,703.33 | 9/4/2018 | 201820433285-2 | 7/20/2018 | $5,522.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $267,544.14 | 8/30/2018 | 201820060047 | 7/13/2018 | $2,141.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $267,544.14 | 8/30/2018 | 201820224611-5 | 7/14/2018 | $9,979.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $267,544.14 | 8/30/2018 | 201820224611-4 | 7/14/2018 | $11,923.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $267,544.14 | 8/30/2018 | 201820224611-3 | 7/14/2018 | $5,922.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $267,544.14 | 8/30/2018 | 201820224611-2 | 7/14/2018 | $11,232.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $267,544.14 | 8/30/2018 | 201820224611-1 | 7/14/2018 | $15,360.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $267,544.14 | 8/30/2018 | 201820224320-4 | 7/13/2018 | $15,228.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $267,544.14 | 8/30/2018 | 201820224320-3 | 7/13/2018 | $12,916.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $267,544.14 | 8/30/2018 | 201820224320-2 | 7/13/2018 | $1,440.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $267,544.14 | 8/30/2018 | 201820224320-1 | 7/13/2018 | $20,040.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $267,544.14 | 8/30/2018 | 201820224174 | 7/14/2018 | $1,692.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $267,544.14 | 8/30/2018 | 201820082754 | 7/13/2018 | $6,486.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $130,642.44 | 9/18/2018 | 201820475026 | 8/3/2018 | $5,880.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $267,544.14 | 8/30/2018 | 201820082672-1 | 7/13/2018 | $2,455.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $267,544.14 | 8/30/2018 | 201820224812-3 | 7/14/2018 | $2,733.75 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $267,544.14 | 8/30/2018 | 201819397493 | 5/31/2018 | $9,598.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/3/2018 | $97,295.16 | 8/3/2018 | 201819516557-4 | 6/22/2018 | $7,560.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/3/2018 | $97,295.16 | 8/3/2018 | 201819516557-3 | 6/22/2018 | $32,543.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/3/2018 | $97,295.16 | 8/3/2018 | 201819516557-2 | 6/22/2018 | $14,935.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/3/2018 | $97,295.16 | 8/3/2018 | 201819516557-1 | 6/22/2018 | $11,934.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/3/2018 | $97,295.16 | 8/3/2018 | 201819369634 | 6/22/2018 | $7,007.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/3/2018 | $97,295.16 | 8/3/2018 | 201819369517 | 6/22/2018 | $10,846.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/3/2018 | $97,295.16 | 8/3/2018 | 201819369114-2 | 6/22/2018 | $3,940.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/3/2018 | $97,295.16 | 8/3/2018 | 201819369114-1 | 6/22/2018 | $4,255.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/3/2018 | $97,295.16 | 8/3/2018 | 201819368727-2 | 6/22/2018 | $1,166.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/3/2018 | $97,295.16 | 8/3/2018 | 201819368727-1 | 6/22/2018 | $3,105.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/6/2018 | $37,474.80 | 9/6/2018 | 201819283585-2 | 6/9/2018 | $1,045.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $267,544.14 | 8/30/2018 | 201820082672-2 | 7/13/2018 | $6,128.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/6/2018 | $97,610.55 | 8/6/2018 | 201818154496-3 | 5/11/2018 | $5,546.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $69,328.59 | 9/11/2018 | 201820474758 | 7/28/2018 | $3,839.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $69,328.59 | 9/11/2018 | 201820433379-3 | 7/27/2018 | $17,301.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $69,328.59 | 9/11/2018 | 201820433379-2 | 7/27/2018 | $7,655.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $69,328.59 | 9/11/2018 | 201820433379-1 | 7/27/2018 | $19,434.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $69,328.59 | 9/11/2018 | 201820433337 | 7/27/2018 | $9,455.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/6/2018 | $97,610.55 | 8/6/2018 | 201818216711-2 | 5/11/2018 | $2,605.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/6/2018 | $97,610.55 | 8/6/2018 | 201818216711-1 | 5/11/2018 | $35,285.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/6/2018 | $97,610.55 | 8/6/2018 | 201818216258-2 | 5/11/2018 | $3,946.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/6/2018 | $97,610.55 | 8/6/2018 | 201818216258-1 | 5/11/2018 | $21,135.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/6/2018 | $97,610.55 | 8/6/2018 | 201818216165 | 5/11/2018 | $2,340.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/6/2018 | $97,610.55 | 8/6/2018 | 201818155591-3 | 5/11/2018 | $7,037.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/6/2018 | $97,610.55 | 8/6/2018 | 201818155591-2 | 5/11/2018 | $5,037.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $267,544.14 | 8/30/2018 | 201820224812-1 | 7/14/2018 | $2,745.90 |

Xiamen Luxinjia Import & Export Co. Ltd. (2230417)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                      Exhibit A                                      P. 8

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/6/2018 | $97,610.55 | 8/6/2018 | 201818154496-4 | 5/11/2018 | $5,546.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $267,544.14 | 8/30/2018 | 201820224812-2 | 7/14/2018 | $2,745.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/6/2018 | $97,610.55 | 8/6/2018 | 201818154496-2 | 5/11/2018 | $2,748.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/6/2018 | $97,610.55 | 8/6/2018 | 201818154496-1 | 5/11/2018 | $1,865.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $267,544.14 | 8/30/2018 | 201820336114-3 | 7/13/2018 | $9,855.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $267,544.14 | 8/30/2018 | 201820336114-2 | 7/13/2018 | $36,135.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $267,544.14 | 8/30/2018 | 201820336114-1 | 7/13/2018 | $9,198.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $267,544.14 | 8/30/2018 | 201820226001-3 | 7/14/2018 | $20,564.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $267,544.14 | 8/30/2018 | 201820226001-2 | 7/14/2018 | $29,565.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $267,544.14 | 8/30/2018 | 201820226001-1 | 7/14/2018 | $10,249.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $267,544.14 | 8/30/2018 | 201820225174-3 | 7/14/2018 | $2,750.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $267,544.14 | 8/30/2018 | 201820225174-2 | 7/14/2018 | $2,353.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $267,544.14 | 8/30/2018 | 201820225174-1 | 7/14/2018 | $6,105.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/23/2018 | $1,563.25 | 8/23/2018 | 201818431177-2 | 5/26/2018 | $62.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/6/2018 | $97,610.55 | 8/6/2018 | 201818155591-1 | 5/11/2018 | $4,515.75 |

**Totals:**     **16 transfer(s),**    **$1,879,222.62**

Xiamen Luxinjia Import & Export Co. Ltd. (2230417)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                          Exhibit A                                          P. 9