**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Xiamen Luxinjia Import & Export Co. Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/17/2018 | $325,713.57 | 8/17/2018 | 201820009958-2 | 7/4/2018 | $114.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/18/2018 | $49,022.68 | 7/18/2018 | 201817921803 | 4/25/2018 | $2,600.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $318,277.49 | 8/27/2018 | 201820187812-2 | 7/12/2018 | $47,685.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $318,277.49 | 8/27/2018 | 201820187812-1 | 7/12/2018 | $43,423.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $318,277.49 | 8/27/2018 | 201820187736 | 7/12/2018 | $12,076.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $318,277.49 | 8/27/2018 | 201820187469-5 | 7/12/2018 | $24,300.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $318,277.49 | 8/27/2018 | 201820187469-4 | 7/12/2018 | $7,669.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $318,277.49 | 8/27/2018 | 201820187469-3 | 7/12/2018 | $15,030.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $318,277.49 | 8/27/2018 | 201820187469-2 | 7/12/2018 | $7,986.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $318,277.49 | 8/27/2018 | 201820187469-1 | 7/12/2018 | $9,180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $318,277.49 | 8/27/2018 | 201820187244 | 7/12/2018 | $43,696.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $318,277.49 | 8/27/2018 | 201820082981-3 | 7/12/2018 | $7,560.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $318,277.49 | 8/27/2018 | 201820082981-2 | 7/12/2018 | $61,322.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/3/2018 | $10,391.80 | 8/3/2018 | 201818217961-1 | 5/9/2018 | $2,593.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/17/2018 | $325,713.57 | 8/17/2018 | 201820009958-3 | 7/4/2018 | $57,000.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/3/2018 | $10,391.80 | 8/3/2018 | 201818218082 | 5/9/2018 | $7,798.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/17/2018 | $325,713.57 | 8/17/2018 | 201820009958-1 | 7/4/2018 | $57,114.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/17/2018 | $325,713.57 | 8/17/2018 | 201819890284 | 7/4/2018 | $31,050.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/17/2018 | $325,713.57 | 8/17/2018 | 201819889612-4 | 7/4/2018 | $28,921.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/17/2018 | $325,713.57 | 8/17/2018 | 201819889612-3 | 7/4/2018 | $56,250.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/17/2018 | $325,713.57 | 8/17/2018 | 201819889612-2 | 7/4/2018 | $45,900.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/17/2018 | $325,713.57 | 8/17/2018 | 201819889612-1 | 7/4/2018 | $49,364.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/18/2018 | $49,022.68 | 7/18/2018 | 201817922416-5 | 4/25/2018 | $1,852.20 |

Xiamen Luxinjia Import & Export Co. Ltd. (2230417)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                  Exhibit B                                     P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/18/2018 | $49,022.68 | 7/18/2018 | 201817922416-4 | 4/25/2018 | $11,695.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/18/2018 | $49,022.68 | 7/18/2018 | 201817922416-3 | 4/25/2018 | $4,963.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/18/2018 | $49,022.68 | 7/18/2018 | 201817922416-2 | 4/25/2018 | $10,584.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/18/2018 | $49,022.68 | 7/18/2018 | 201817922416-1 | 4/25/2018 | $10,603.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/18/2018 | $49,022.68 | 7/18/2018 | 201817922135 | 4/25/2018 | $2,804.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/18/2018 | $49,022.68 | 7/18/2018 | 201817922002 | 4/25/2018 | $3,920.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $318,277.49 | 8/27/2018 | 201820082981-1 | 7/12/2018 | $34,173.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $3,870.00 | 9/11/2018 | 201819246402-2 | 6/14/2018 | $1,935.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $148,603.00 | 9/6/2018 | 201819365356-3 | 6/9/2018 | $17,304.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $148,603.00 | 9/6/2018 | 201819365356-2 | 6/9/2018 | $35,875.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $148,603.00 | 9/6/2018 | 201819365356-1 | 6/9/2018 | $25,708.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $148,603.00 | 9/6/2018 | 201819364773 | 6/9/2018 | $2,966.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $148,603.00 | 9/6/2018 | 201819149211 | 6/9/2018 | $34,322.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $148,603.00 | 9/6/2018 | 201818833299-2 | 6/9/2018 | $4,680.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $148,603.00 | 9/6/2018 | 201818833299-1 | 6/9/2018 | $4,900.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $15,285.60 | 9/4/2018 | 201820225873-2 | 7/19/2018 | $7,920.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $15,285.60 | 9/4/2018 | 201820225873-1 | 7/19/2018 | $7,365.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/21/2018 | $18,388.80 | 9/21/2018 | 201820548102 | 8/8/2018 | $5,644.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/21/2018 | $18,388.80 | 9/21/2018 | 201820526017-2 | 8/8/2018 | $6,470.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/21/2018 | $18,388.80 | 9/21/2018 | 201820526017-1 | 8/8/2018 | $6,273.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $318,277.49 | 8/27/2018 | 201820187812-3 | 7/12/2018 | $4,173.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $6,980.00 | 9/14/2018 | 201820539558-1 | 8/1/2018 | $4,900.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $148,603.00 | 9/6/2018 | 201819365356-4 | 6/9/2018 | $22,845.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $3,870.00 | 9/11/2018 | 201819246402-1 | 6/14/2018 | $1,935.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/2018 | $24,868.05 | 9/10/2018 | 201820433551 | 7/26/2018 | $5,820.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/2018 | $24,868.05 | 9/10/2018 | 201820433503-2 | 7/26/2018 | $10,488.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/2018 | $24,868.05 | 9/10/2018 | 201820433503-1 | 7/26/2018 | $8,560.05 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/8/2018 | $111,839.54 | 8/8/2018 | 201819745713 | 6/27/2018 | $1,840.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/8/2018 | $111,839.54 | 8/8/2018 | 201819689439-3 | 6/27/2018 | $35,935.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/8/2018 | $111,839.54 | 8/8/2018 | 201819689439-2 | 6/27/2018 | $2,281.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/8/2018 | $111,839.54 | 8/8/2018 | 201819689439-1 | 6/27/2018 | $23,543.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/8/2018 | $111,839.54 | 8/8/2018 | 201819686240 | 6/27/2018 | $11,340.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/8/2018 | $111,839.54 | 8/8/2018 | 201819685770-2 | 6/27/2018 | $5,107.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/8/2018 | $111,839.54 | 8/8/2018 | 201819685770-1 | 6/27/2018 | $10,807.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/8/2018 | $111,839.54 | 8/8/2018 | 201819685314-2 | 6/27/2018 | $16,863.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/8/2018 | $111,839.54 | 8/8/2018 | 201819685314-1 | 6/27/2018 | $4,121.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $6,980.00 | 9/14/2018 | 201820539558-2 | 8/1/2018 | $2,080.00 |

Totals:    11 transfer(s),    $1,033,240.53