**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **YPM, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780997556 | $846.85 | 8/22/2018 | 104113 | 5/23/2018 | $846.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983605 | $167,264.20 | 7/24/2018 | 103937 | 6/1/2018 | $128,971.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983605 | $167,264.20 | 7/24/2018 | 104116 | 6/1/2018 | $24,156.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984412 | $1,728.00 | 7/25/2018 | 103892 | 5/16/2018 | $1,728.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990558 | $92,369.35 | 8/9/2018 | 104124 | 6/15/2018 | $2,371.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990558 | $92,369.35 | 8/9/2018 | 104125 | 6/15/2018 | $2,708.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990558 | $92,369.35 | 8/9/2018 | 104126 | 6/15/2018 | $909.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990558 | $92,369.35 | 8/9/2018 | 104127 | 6/15/2018 | $2,576.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990558 | $92,369.35 | 8/9/2018 | IYP11702 | 6/15/2018 | $83,804.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991326 | $5,645.83 | 8/10/2018 | 103249 | 3/1/2018 | $1,704.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983605 | $167,264.20 | 7/24/2018 | 103933 | 6/1/2018 | $14,136.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991326 | $5,645.83 | 8/10/2018 | 103699 | 5/1/2018 | $2,355.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009569 | $17,683.19 | 9/18/2018 | 104173 | 7/1/2018 | $345.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009569 | $17,683.19 | 9/18/2018 | 103925 | 6/1/2018 | $579.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009569 | $17,683.19 | 9/18/2018 | 103934 | 6/1/2018 | $2,309.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009569 | $17,683.19 | 9/18/2018 | 103935 | 6/1/2018 | $3,481.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009569 | $17,683.19 | 9/18/2018 | 103936 | 6/1/2018 | $1,757.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009569 | $17,683.19 | 9/18/2018 | 103938 | 6/1/2018 | $345.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009569 | $17,683.19 | 9/18/2018 | 104160 | 7/1/2018 | $579.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009569 | $17,683.19 | 9/18/2018 | 104169 | 7/1/2018 | $2,627.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009569 | $17,683.19 | 9/18/2018 | 104170 | 7/1/2018 | $3,568.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009569 | $17,683.19 | 9/18/2018 | 104171 | 7/1/2018 | $2,087.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991326 | $5,645.83 | 8/10/2018 | 103471 | 4/1/2018 | $1,585.70 |

YPM, Inc. (2230520)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                  Exhibit A                                  P. 1

**Totals:** 6 transfer(s), $285,537.42