**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **YPM, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236211 | $120,365.48 | 7/31/2018 | 103940-IN | 6/1/2018 | $13,888.35 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240969 | $108,391.30 | 8/29/2018 | 104162-IN | 7/1/2018 | $30,623.90 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238123 | $48,993.90 | 8/10/2018 | 104132-IN | 6/15/2018 | $1,908.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238123 | $48,993.90 | 8/10/2018 | 104131-IN | 6/15/2018 | $558.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238123 | $48,993.90 | 8/10/2018 | 104130-IN | 6/15/2018 | $2,711.50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238123 | $48,993.90 | 8/10/2018 | 104129-IN | 6/15/2018 | $19,752.70 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238123 | $48,993.90 | 8/10/2018 | 104128-IN | 6/15/2018 | $24,063.70 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236211 | $120,365.48 | 7/31/2018 | 104115-IN | 6/1/2018 | $31,726.24 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236211 | $120,365.48 | 7/31/2018 | 103926-IN | 6/1/2018 | $12,472.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236211 | $120,365.48 | 7/31/2018 | 103941-IN | 6/1/2018 | $8,589.62 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240969 | $108,391.30 | 8/29/2018 | 104165-IN | 7/1/2018 | $220.10 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236211 | $120,365.48 | 7/31/2018 | 103939-IN | 6/1/2018 | $508.15 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236211 | $120,365.48 | 7/31/2018 | 103932-IN | 6/1/2018 | $9,074.30 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236211 | $120,365.48 | 7/31/2018 | 103931-IN | 6/1/2018 | $14,332.82 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236211 | $120,365.48 | 7/31/2018 | 103930-IN | 6/1/2018 | $533.35 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236211 | $120,365.48 | 7/31/2018 | 103929-IN | 6/1/2018 | $77.35 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236211 | $120,365.48 | 7/31/2018 | 103928-IN | 6/1/2018 | $6,612.90 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236211 | $120,365.48 | 7/31/2018 | 103927-IN | 6/1/2018 | $19,771.70 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236211 | $120,365.48 | 7/31/2018 | 103942-IN | 6/1/2018 | $2,778.45 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245783 | $89,004.40 | 10/2/2018 | 104387-IN | 8/1/2018 | $7,989.35 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246786 | $35,240.25 | 10/8/2018 | 104166-IN | 7/1/2018 | $14,154.04 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246786 | $35,240.25 | 10/8/2018 | 104161-IN | 7/1/2018 | $12,574.02 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245783 | $89,004.40 | 10/2/2018 | 104401-IN | 8/1/2018 | $3,259.11 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245783 | $89,004.40 | 10/2/2018 | 104400-IN | 8/1/2018 | $9,587.86 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245783 | $89,004.40 | 10/2/2018 | 104399-IN | 8/1/2018 | $16,412.86 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245783 | $89,004.40 | 10/2/2018 | 104391-IN | 8/1/2018 | $8,242.13 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245783 | $89,004.40 | 10/2/2018 | 104390-IN | 8/1/2018 | $15,134.11 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240969 | $108,391.30 | 8/29/2018 | 104163-IN | 7/1/2018 | $16,390.20 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245783 | $89,004.40 | 10/2/2018 | 104388-IN | 8/1/2018 | $263.20 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240969 | $108,391.30 | 8/29/2018 | 104164-IN | 7/1/2018 | $174.15 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245783 | $89,004.40 | 10/2/2018 | 104386-IN | 8/1/2018 | $15,410.90 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245783 | $89,004.40 | 10/2/2018 | 104385-IN | 8/1/2018 | $11,996.68 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240969 | $108,391.30 | 8/29/2018 | 104334-IN | 7/1/2018 | $32,014.95 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240969 | $108,391.30 | 8/29/2018 | 104177-IN | 7/1/2018 | $3,207.30 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240969 | $108,391.30 | 8/29/2018 | 104176-IN | 7/1/2018 | $9,776.45 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240969 | $108,391.30 | 8/29/2018 | 104175-IN | 7/1/2018 | $15,840.70 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240969 | $108,391.30 | 8/29/2018 | 104174-IN | 7/1/2018 | $143.55 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246786 | $35,240.25 | 10/8/2018 | 104167-IN | 7/1/2018 | $8,512.19 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245783 | $89,004.40 | 10/2/2018 | 104389-IN | 8/1/2018 | $708.20 |

**Totals:** 5 transfer(s),    $401,995.33