**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **Zephyr Corporation** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914365 | $9,951.28 | 8/17/2018 | PSI0051430 | 8/8/2018 | $299.59 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914243 | $32,152.39 | 8/10/2018 | PSI0050403 | 8/1/2018 | $2,141.30 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914243 | $32,152.39 | 8/10/2018 | PSI0050412 | 8/1/2018 | $1,127.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914243 | $32,152.39 | 8/10/2018 | PSI0050414 | 8/1/2018 | $1,239.60 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914243 | $32,152.39 | 8/10/2018 | PSI0050415 | 8/1/2018 | $1,571.52 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914243 | $32,152.39 | 8/10/2018 | PSI0050419 | 8/1/2018 | $1,071.92 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914243 | $32,152.39 | 8/10/2018 | PSI0050456 | 8/1/2018 | $1,128.18 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914243 | $32,152.39 | 8/10/2018 | PSI0050460 | 8/1/2018 | $4,085.42 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914243 | $32,152.39 | 8/10/2018 | PSI0050461 | 8/1/2018 | $5,504.16 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914243 | $32,152.39 | 8/10/2018 | PSI0050730 | 8/3/2018 | $839.76 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914365 | $9,951.28 | 8/17/2018 | PSI0027277 | 3/13/2018 | $802.62 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914365 | $9,951.28 | 8/17/2018 | PSI0030938 | 4/4/2018 | $178.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914365 | $9,951.28 | 8/17/2018 | PSI0042366 | 6/12/2018 | $1,332.80 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914365 | $9,951.28 | 8/17/2018 | PSI0051024 | 8/6/2018 | $351.92 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914581 | $7,508.20 | 8/31/2018 | PSI0048716-2 | 7/24/2018 | $2,000.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914473 | $21,005.89 | 8/24/2018 | PSI0050275 | 7/31/2018 | $3,125.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913899 | $2,292.95 | 7/20/2018 | PSI0046446 | 7/10/2018 | $165.62 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914473 | $21,005.89 | 8/24/2018 | PSI0052307 | 8/14/2018 | $672.28 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914473 | $21,005.89 | 8/24/2018 | PSI0052305 | 8/14/2018 | $5,283.38 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914473 | $21,005.89 | 8/24/2018 | PSI0052302 | 8/14/2018 | $5,488.58 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914473 | $21,005.89 | 8/24/2018 | PSI0052299 | 8/14/2018 | $1,284.78 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914365 | $9,951.28 | 8/17/2018 | PSI0051420 | 8/8/2018 | $996.17 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914473 | $21,005.89 | 8/24/2018 | PSI0052249 | 8/14/2018 | $1,295.02 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914365 | $9,951.28 | 8/17/2018 | PSI0051429 | 8/8/2018 | $926.34 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914473 | $21,005.89 | 8/24/2018 | PSI0049392 | 7/26/2018 | $891.10 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914473 | $21,005.89 | 8/24/2018 | PSI0044170 | 6/25/2018 | $405.92 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914365 | $9,951.28 | 8/17/2018 | PSI0051496 | 8/8/2018 | $3,278.92 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914365 | $9,951.28 | 8/17/2018 | PSI0051475 | 8/8/2018 | $784.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914365 | $9,951.28 | 8/17/2018 | PSI0051474 | 8/8/2018 | $3,136.34 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914243 | $32,152.39 | 8/10/2018 | PSI0050196 | 7/31/2018 | $798.70 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914473 | $21,005.89 | 8/24/2018 | PSI0052298 | 8/14/2018 | $1,948.51 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914015 | $4,825.98 | 7/27/2018 | PSI0048008 | 7/18/2018 | $1,025.03 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914243 | $32,152.39 | 8/10/2018 | PSI0050277 | 7/31/2018 | $763.42 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914129 | $30,237.14 | 8/3/2018 | PSI0048739 | 7/24/2018 | $798.70 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914129 | $30,237.14 | 8/3/2018 | PSI0048716-1 | 7/24/2018 | $3,940.58 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914129 | $30,237.14 | 8/3/2018 | PSI0048649 | 7/24/2018 | $2,692.44 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914129 | $30,237.14 | 8/3/2018 | PSI0047164 | 7/13/2018 | $219.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914129 | $30,237.14 | 8/3/2018 | PSI0048761 | 7/26/2018 | $3,286.92 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914129 | $30,237.14 | 8/3/2018 | PSI0045446 | 7/12/2018 | $3,419.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914129 | $30,237.14 | 8/3/2018 | PSI0048910 | 7/24/2018 | $627.20 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914015 | $4,825.98 | 7/27/2018 | PSI0047960 | 7/18/2018 | $918.89 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914015 | $4,825.98 | 7/27/2018 | PSI0047736 | 7/17/2018 | $604.32 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914015 | $4,825.98 | 7/27/2018 | PSI0047735 | 7/17/2018 | $424.54 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914015 | $4,825.98 | 7/27/2018 | PSI0045687 | 7/5/2018 | $257.45 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914015 | $4,825.98 | 7/27/2018 | PSI0038564 | 5/18/2018 | $1,595.75 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913899 | $2,292.95 | 7/20/2018 | PSI0046786 | 7/11/2018 | $2,127.33 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914129 | $30,237.14 | 8/3/2018 | PSI0045447 | 7/2/2018 | $1,184.55 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914243 | $32,152.39 | 8/10/2018 | PSI0047966 | 7/18/2018 | $534.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914581 | $7,508.20 | 8/31/2018 | PSI0053211 | 8/20/2018 | $5,508.20 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914243 | $32,152.39 | 8/10/2018 | PSI0050195 | 7/31/2018 | $839.76 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914243 | $32,152.39 | 8/10/2018 | PSI0050194 | 7/31/2018 | $205.80 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914243 | $32,152.39 | 8/10/2018 | PSI0048406 | 7/20/2018 | $1,545.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914243 | $32,152.39 | 8/10/2018 | PSI0048394 | 7/20/2018 | $2,619.15 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914129 | $30,237.14 | 8/3/2018 | PSI0048740 | 7/24/2018 | $862.40 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914243 | $32,152.39 | 8/10/2018 | PSI0048227 | 7/19/2018 | $1,157.10 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914243 | $32,152.39 | 8/10/2018 | PSI0050276 | 7/31/2018 | $1,749.35 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914243 | $32,152.39 | 8/10/2018 | PSI0047965 | 7/18/2018 | $990.25 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914129 | $30,237.14 | 8/3/2018 | PSI0049391 | 7/26/2018 | $873.28 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914129 | $30,237.14 | 8/3/2018 | PSI0048934 | 7/24/2018 | $942.48 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914129 | $30,237.14 | 8/3/2018 | PSI0048914 | 7/24/2018 | $3,311.52 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914129 | $30,237.14 | 8/3/2018 | PSI0048913 | 7/24/2018 | $308.70 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914129 | $30,237.14 | 8/3/2018 | PSI0048912 | 7/24/2018 | $7,770.37 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914243 | $32,152.39 | 8/10/2018 | PSI0048382` | 7/20/2018 | $2,241.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915015 | $23,954.80 | 9/28/2018 | PSI0058346 | 8/18/2018 | $438.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914907 | $41,829.72 | 9/21/2018 | PSI0057299 | 9/12/2018 | $1,243.82 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914907 | $41,829.72 | 9/21/2018 | PSI0057300 | 9/12/2018 | $996.17 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914907 | $41,829.72 | 9/21/2018 | PSI0057301 | 9/12/2018 | $621.91 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914907 | $41,829.72 | 9/21/2018 | PSI0057319 | 9/12/2018 | $870.48 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914907 | $41,829.72 | 9/21/2018 | PSI0057350 | 9/12/2018 | $2,174.81 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914907 | $41,829.72 | 9/21/2018 | PSI0057351 | 9/12/2018 | $3,769.81 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914907 | $41,829.72 | 9/21/2018 | PSI0057356 | 9/12/2018 | $684.28 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914907 | $41,829.72 | 9/21/2018 | PSI0057505 | 9/13/2018 | $6,914.88 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914907 | $41,829.72 | 9/21/2018 | PSI0057512 | 9/13/2018 | $4,129.91 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915015 | $23,954.80 | 9/28/2018 | PSI0054774` | 8/28/2018 | $1,916.75 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915015 | $23,954.80 | 9/28/2018 | PSI0055507 | 8/31/2018 | $2,639.45 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915015 | $23,954.80 | 9/28/2018 | PSI0055508 | 8/31/2018 | $6,858.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915015 | $23,954.80 | 9/28/2018 | PSI0055533 | 8/31/2018 | $218.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914473 | $21,005.89 | 8/24/2018 | PSI0052716 | 8/16/2018 | $1,017.24 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915124 | $14,355.13 | 10/9/2018 | PSI0059715 | 9/26/2018 | $6,914.88 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915185 | $15,017.72 | 10/12/2018 | PSI0060910 | 10/3/2018 | $30.47 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915185 | $15,017.72 | 10/12/2018 | PSI0060683 | 10/2/2018 | $9,574.19 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915185 | $15,017.72 | 10/12/2018 | PSI0060682 | 10/2/2018 | $1,571.84 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915185 | $15,017.72 | 10/12/2018 | PSI0060681 | 10/2/2018 | $902.40 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915185 | $15,017.72 | 10/12/2018 | PSI0059962 | 9/27/2018 | $1,584.60 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915015 | $23,954.80 | 9/28/2018 | PSI0055557 | 8/31/2018 | $304.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915124 | $14,355.13 | 10/9/2018 | PSI0059740 | 9/26/2018 | $5,059.83 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915015 | $23,954.80 | 9/28/2018 | PSI0056812 | 9/10/2018 | $26.46 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915124 | $14,355.13 | 10/9/2018 | PSI0059531 | 9/25/2018 | $2,380.42 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915015 | $23,954.80 | 9/28/2018 | PSI0058526 | 9/19/2018 | $1,546.68 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915015 | $23,954.80 | 9/28/2018 | PSI0058349 | 9/18/2018 | $3,985.91 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915015 | $23,954.80 | 9/28/2018 | PSI0058348 | 9/18/2018 | $846.72 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915015 | $23,954.80 | 9/28/2018 | PSI0058347 | 9/18/2018 | $5,201.29 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914907 | $41,829.72 | 9/21/2018 | PSI0054773 | 8/28/2018 | $815.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915185 | $15,017.72 | 10/12/2018 | PSI0059954 | 9/27/2018 | $399.95 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914671 | $15,171.87 | 9/7/2018 | PSI0055288 | 8/30/2018 | $1,470.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914907 | $41,829.72 | 9/21/2018 | PSI0057154 | 9/11/2018 | $1,465.10 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914774 | $21,706.39 | 9/14/2018 | PSI0055800 | 9/4/2018 | $589.32 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914774 | $21,706.39 | 9/14/2018 | PSI0055506 | 8/20/2018 | $6,268.30 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914774 | $21,706.39 | 9/14/2018 | PSI0055044 | 8/29/2018 | $144.06 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914774 | $21,706.39 | 9/14/2018 | PSI0053551 | 8/21/2018 | $880.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914774 | $21,706.39 | 9/14/2018 | PSI0055841 | 9/4/2018 | $2,244.64 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914671 | $15,171.87 | 9/7/2018 | PSI0055336 | 8/30/2018 | $1,836.27 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914774 | $21,706.39 | 9/14/2018 | PSI0055843 | 9/4/2018 | $4,783.47 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914671 | $15,171.87 | 9/7/2018 | PSI0055039 | 8/29/2018 | $112.70 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914671 | $15,171.87 | 9/7/2018 | PSI0055022 | 8/29/2018 | $621.91 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914671 | $15,171.87 | 9/7/2018 | PSI0055004 | 8/29/2018 | $6,423.90 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914671 | $15,171.87 | 9/7/2018 | PSI0054803 | 8/28/2018 | $1,095.64 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914671 | $15,171.87 | 9/7/2018 | PSI0051889 | 8/10/2018 | $3,354.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914671 | $15,171.87 | 9/7/2018 | PSI0051606 | 8/9/2018 | $257.45 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914774 | $21,706.39 | 9/14/2018 | PSI0044509 | 6/26/2018 | $806.55 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914907 | $41,829.72 | 9/21/2018 | PSI0054167 | 8/24/2018 | $750.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915185 | $15,017.72 | 10/12/2018 | PSI0061126 | 10/4/2018 | $954.27 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914907 | $41,829.72 | 9/21/2018 | PSI0054562 | 8/27/2018 | $2,040.60 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914907 | $41,829.72 | 9/21/2018 | PSI0054561 | 8/27/2018 | $219.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914907 | $41,829.72 | 9/21/2018 | PSI0054560 | 8/27/2018 | $4,800.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914907 | $41,829.72 | 9/21/2018 | PSI0054559 | 8/27/2018 | $2,651.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914774 | $21,706.39 | 9/14/2018 | PSI0055837 | 9/4/2018 | $1,573.58 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914907 | $41,829.72 | 9/21/2018 | PSI0054531 | 8/27/2018 | $983.25 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914907 | $41,829.72 | 9/21/2018 | PSI0057153 | 9/11/2018 | $1,597.40 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914907 | $41,829.72 | 9/21/2018 | PSI0053751 | 8/22/2018 | $4,152.70 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914907 | $41,829.72 | 9/21/2018 | PSI0042127 | 6/11/2018 | $634.60 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914774 | $21,706.39 | 9/14/2018 | PSI0056731 | 9/10/2018 | $621.91 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914774 | $21,706.39 | 9/14/2018 | PSI0056436 | 9/6/2018 | $47.04 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914774 | $21,706.39 | 9/14/2018 | PSI0056348 | 9/6/2018 | $1,483.72 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914774 | $21,706.39 | 9/14/2018 | PSI0056119 | 9/5/2018 | $2,263.80 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914907 | $41,829.72 | 9/21/2018 | PSI0054558 | 8/27/2018 | $315.00 |

Totals:    13 transfer(s),    $240,009.46