**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **Zephyr Corporation** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| StarWest, LLC | StarWest, LLC | 914355 | $7,000.85 | 8/17/2018 | PSI0050214 | 7/31/2018 | $15.00 |
| StarWest, LLC | StarWest, LLC | 914355 | $7,000.85 | 8/17/2018 | PSI0051471 | 8/8/2018 | $1,138.10 |
| StarWest, LLC | StarWest, LLC | 914114 | $16,922.95 | 8/3/2018 | PSI0047165 | 7/13/2018 | $936.70 |
| StarWest, LLC | StarWest, LLC | 914231 | $15,050.05 | 8/10/2018 | PSI0047676 | 7/17/2018 | $10,820.00 |
| StarWest, LLC | StarWest, LLC | 914231 | $15,050.05 | 8/10/2018 | PSI0047738 | 7/17/2018 | $604.00 |
| StarWest, LLC | StarWest, LLC | 914231 | $15,050.05 | 8/10/2018 | PSI0048010 | 7/18/2018 | $604.00 |
| StarWest, LLC | StarWest, LLC | 914231 | $15,050.05 | 8/10/2018 | PSI0048013 | 7/18/2018 | $780.30 |
| StarWest, LLC | StarWest, LLC | 914114 | $16,922.95 | 8/3/2018 | PSI0046832 | 7/11/2018 | $680.55 |
| StarWest, LLC | StarWest, LLC | 914231 | $15,050.05 | 8/10/2018 | PSI0048386 | 7/20/2018 | $1,204.00 |
| StarWest, LLC | StarWest, LLC | 914114 | $16,922.95 | 8/3/2018 | PSI0046788 | 7/11/2018 | $1,573.20 |
| StarWest, LLC | StarWest, LLC | 914355 | $7,000.85 | 8/17/2018 | PSI0050273 | 7/31/2018 | $855.00 |
| StarWest, LLC | StarWest, LLC | 914355 | $7,000.85 | 8/17/2018 | PSI0050274 | 7/31/2018 | $1,752.00 |
| StarWest, LLC | StarWest, LLC | 914355 | $7,000.85 | 8/17/2018 | PSI0050420 | 8/1/2018 | $175.00 |
| StarWest, LLC | StarWest, LLC | 914355 | $7,000.85 | 8/17/2018 | PSI0050454 | 8/1/2018 | $383.95 |
| StarWest, LLC | StarWest, LLC | 914355 | $7,000.85 | 8/17/2018 | PSI0051052 | 8/6/2018 | $256.00 |
| StarWest, LLC | StarWest, LLC | 914355 | $7,000.85 | 8/17/2018 | PSI0051208 | 8/7/2018 | $431.30 |
| StarWest, LLC | StarWest, LLC | 913919 | $25,596.25 | 7/20/2018 | PSI0044176 | 6/25/2018 | $414.20 |
| StarWest, LLC | StarWest, LLC | 914231 | $15,050.05 | 8/10/2018 | PSI0048026 | 7/18/2018 | $1,037.75 |
| StarWest, LLC | StarWest, LLC | 914004 | $29,185.60 | 7/27/2018 | PSI0045333 | 7/2/2018 | $10,820.00 |
| StarWest, LLC | StarWest, LLC | 913919 | $25,596.25 | 7/20/2018 | PSI0044366 | 6/26/2018 | $10,820.00 |
| StarWest, LLC | StarWest, LLC | 913919 | $25,596.25 | 7/20/2018 | PSI0044374 | 6/26/2018 | $10,990.00 |
| StarWest, LLC | StarWest, LLC | 913919 | $25,596.25 | 7/20/2018 | PSI0044642 | 6/27/2018 | $604.00 |
| StarWest, LLC | StarWest, LLC | 913919 | $25,596.25 | 7/20/2018 | PSI10044616 | 6/27/2018 | $1,701.00 |
| StarWest, LLC | StarWest, LLC | 913919 | $25,596.25 | 7/20/2018 | PSI10044777 | 6/28/2018 | $1,067.05 |
| StarWest, LLC | StarWest, LLC | 914004 | $29,185.60 | 7/27/2018 | PSI0044985 | 6/29/2018 | $1,204.00 |
| StarWest, LLC | StarWest, LLC | 914114 | $16,922.95 | 8/3/2018 | PSI0046975 | 7/12/2018 | $801.80 |
| StarWest, LLC | StarWest, LLC | 914004 | $29,185.60 | 7/27/2018 | PSI0045300 | 7/2/2018 | $2,203.00 |
| StarWest, LLC | StarWest, LLC | 914380 | $7,733.15 | 8/22/2018 | PSI0043436 | 6/19/2018 | $945.25 |
| StarWest, LLC | StarWest, LLC | 914004 | $29,185.60 | 7/27/2018 | PSI0045450 | 7/2/2018 | $2,041.30 |
| StarWest, LLC | StarWest, LLC | 914004 | $29,185.60 | 7/27/2018 | PSI045271 | 7/2/2018 | $289.00 |
| StarWest, LLC | StarWest, LLC | 914004 | $29,185.60 | 7/27/2018 | PSI10044373 | 7/6/2018 | $10,990.00 |
| StarWest, LLC | StarWest, LLC | 914114 | $16,922.95 | 8/3/2018 | PSI0046477 | 7/10/2018 | $10,820.00 |
| StarWest, LLC | StarWest, LLC | 914114 | $16,922.95 | 8/3/2018 | PSI0046538 | 7/10/2018 | $272.45 |
| StarWest, LLC | StarWest, LLC | 914114 | $16,922.95 | 8/3/2018 | PSI0046724 | 7/11/2018 | $945.25 |
| StarWest, LLC | StarWest, LLC | 914114 | $16,922.95 | 8/3/2018 | PSI0046741 | 7/11/2018 | $893.00 |
| StarWest, LLC | StarWest, LLC | 914004 | $29,185.60 | 7/27/2018 | PSI0045299 | 7/2/2018 | $1,638.30 |
| StarWest, LLC | StarWest, LLC | 914894 | $44,904.45 | 9/21/2018 | PSI0054190 | 8/24/2018 | $3,006.25 |
| StarWest, LLC | StarWest, LLC | 914355 | $7,000.85 | 8/17/2018 | PSI0051295 | 8/7/2018 | $1,994.50 |
| StarWest, LLC | StarWest, LLC | 914894 | $44,904.45 | 9/21/2018 | PSI0052524 | 8/15/2018 | $960.80 |

Zephyr Corporation (2230521)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                    Exhibit B                    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| StarWest, LLC | StarWest, LLC | 914894 | $44,904.45 | 9/21/2018 | PSI0053547 | 8/21/2018 | $2,189.10 |
| StarWest, LLC | StarWest, LLC | 914894 | $44,904.45 | 9/21/2018 | PSI0053548 | 8/21/2018 | $162.00 |
| StarWest, LLC | StarWest, LLC | 914894 | $44,904.45 | 9/21/2018 | PSI0053767 | 8/22/2018 | $977.90 |
| StarWest, LLC | StarWest, LLC | 914894 | $44,904.45 | 9/21/2018 | PSI0053793 | 8/22/2018 | $7,735.00 |
| StarWest, LLC | StarWest, LLC | 914894 | $44,904.45 | 9/21/2018 | PSI0050422 | 8/1/2018 | $11,550.00 |
| StarWest, LLC | StarWest, LLC | 914894 | $44,904.45 | 9/21/2018 | PSI0053937 | 8/23/2018 | $1,068.75 |
| StarWest, LLC | StarWest, LLC | 914894 | $44,904.45 | 9/21/2018 | PSI0048334 | 7/17/2018 | $2,620.00 |
| StarWest, LLC | StarWest, LLC | 914894 | $44,904.45 | 9/21/2018 | PSI0054213 | 8/24/2018 | $2,319.05 |
| StarWest, LLC | StarWest, LLC | 914894 | $44,904.45 | 9/21/2018 | PSI0054563 | 8/27/2018 | $482.60 |
| StarWest, LLC | StarWest, LLC | 914894 | $44,904.45 | 9/21/2018 | PSI54197 | 8/24/2018 | $3,975.00 |
| StarWest, LLC | StarWest, LLC | 915001 | $968.40 | 9/28/2018 | PSI0055328 | 8/30/2018 | $968.40 |
| StarWest, LLC | StarWest, LLC | 915170 | $4,163.50 | 10/12/2018 | PSI0052523 | 8/15/2018 | $335.00 |
| StarWest, LLC | StarWest, LLC | 915170 | $4,163.50 | 10/12/2018 | PSI0058342 | 9/18/2018 | $920.00 |
| StarWest, LLC | StarWest, LLC | 915170 | $4,163.50 | 10/12/2018 | PSI0058344 | 9/18/2018 | $2,579.05 |
| StarWest, LLC | StarWest, LLC | 914894 | $44,904.45 | 9/21/2018 | PSI0053794 | 8/22/2018 | $480.00 |
| StarWest, LLC | StarWest, LLC | 914593 | $3,344.85 | 8/31/2018 | PSI0052296 | 8/14/2018 | $241.00 |
| StarWest, LLC | StarWest, LLC | 914380 | $7,733.15 | 8/22/2018 | PSI0049415 | 7/23/2018 | $2,911.95 |
| StarWest, LLC | StarWest, LLC | 914380 | $7,733.15 | 8/22/2018 | PSI0049416 | 7/23/2018 | $1,169.00 |
| StarWest, LLC | StarWest, LLC | 914380 | $7,733.15 | 8/22/2018 | PSI0051472 | 8/8/2018 | $1,406.95 |
| StarWest, LLC | StarWest, LLC | 914380 | $7,733.15 | 8/22/2018 | PSI0051672 | 8/9/2018 | $195.00 |
| StarWest, LLC | StarWest, LLC | 914380 | $7,733.15 | 8/22/2018 | PSI0052197 | 8/13/2018 | $1,105.00 |
| StarWest, LLC | StarWest, LLC | 914460 | $3,013.20 | 8/24/2018 | PSI0049123 | 7/25/2018 | $1,216.00 |
| StarWest, LLC | StarWest, LLC | 914894 | $44,904.45 | 9/21/2018 | PSI0052413 | 8/14/2018 | $11,900.00 |
| StarWest, LLC | StarWest, LLC | 914460 | $3,013.20 | 8/24/2018 | PSI0049468 | 7/25/2018 | $353.20 |
| StarWest, LLC | StarWest, LLC | 915170 | $4,163.50 | 10/12/2018 | PSI0058345 | 9/18/2018 | $570.45 |
| StarWest, LLC | StarWest, LLC | 914593 | $3,344.85 | 8/31/2018 | PSI0052535 | 8/15/2018 | $679.60 |
| StarWest, LLC | StarWest, LLC | 914593 | $3,344.85 | 8/31/2018 | PSI0052595 | 8/15/2018 | $186.05 |
| StarWest, LLC | StarWest, LLC | 914593 | $3,344.85 | 8/31/2018 | PSI0052705 | 8/16/2018 | $589.00 |
| StarWest, LLC | StarWest, LLC | 914593 | $3,344.85 | 8/31/2018 | PSI0052970 | 8/17/2018 | $257.45 |
| StarWest, LLC | StarWest, LLC | 914593 | $3,344.85 | 8/31/2018 | PSI0053237 | 8/20/2018 | $190.00 |
| StarWest, LLC | StarWest, LLC | 914593 | $3,344.85 | 8/31/2018 | PSI0053246 | 8/20/2018 | $1,201.75 |
| StarWest, LLC | StarWest, LLC | 914700 | $679.05 | 9/7/2018 | PSI0052108 | 8/13/2018 | $679.05 |
| StarWest, LLC | StarWest, LLC | 914460 | $3,013.20 | 8/24/2018 | PSI0049355 | 7/26/2018 | $1,444.00 |

Totals:    12 transfer(s),    $158,562.30