

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Prizer-Painter Stove Works, Inc.**

Bankruptcy Case: **Sears Holdings Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914078 | $19,317.41 | 8/3/2018 | 136484 | 7/20/2018 | $4,734.25 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914421 | $28,859.00 | 8/24/2018 | 136941 | 7/27/2018 | $3,009.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914421 | $28,859.00 | 8/24/2018 | 136937 | 7/27/2018 | $3,231.25 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914421 | $28,859.00 | 8/24/2018 | 136934 | 7/27/2018 | $3,609.25 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914421 | $28,859.00 | 8/24/2018 | 136296 | 7/27/2018 | $9,328.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914421 | $28,859.00 | 8/24/2018 | 134747 | 6/21/2018 | $4,092.25 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914190 | $19,187.52 | 8/10/2018 | 135988 | 7/13/2018 | $4,293.82 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914190 | $19,187.52 | 8/10/2018 | 135342 | 7/1/2018 | $3,249.32 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913864 | $9,707.50 | 7/20/2018 | 130195 | 4/9/2018 | $6,146.25 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914190 | $19,187.52 | 8/10/2018 | 133310 | 5/27/2018 | $10.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914546 | $5,950.25 | 8/31/2018 | 137475 | 8/6/2018 | $2,389.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914078 | $19,317.41 | 8/3/2018 | 136481 | 7/20/2018 | $2,486.41 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914078 | $19,317.41 | 8/3/2018 | 135751 | 7/12/2018 | $3,320.25 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914078 | $19,317.41 | 8/3/2018 | 135748 | 7/12/2018 | $2,701.75 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914078 | $19,317.41 | 8/3/2018 | 135618 | 7/11/2018 | $2,465.50 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914078 | $19,317.41 | 8/3/2018 | 135477 | 7/9/2018 | $3,609.25 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913966 | $3,064.00 | 7/27/2018 | 135433 | 7/6/2018 | $3,064.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913864 | $9,707.50 | 7/20/2018 | 134973 | 6/27/2018 | $3,561.25 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914190 | $19,187.52 | 8/10/2018 | 135211 | 7/1/2018 | $11,634.38 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914878 | $19,699.50 | 9/21/2018 | 139028 | 8/26/2018 | $4,731.25 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915084 | $8,542.50 | 10/9/2018 | 139668 | 9/7/2018 | $5,256.25 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915084 | $8,542.50 | 10/9/2018 | 139632 | 9/7/2018 | $3,286.25 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914967 | $18,353.00 | 9/28/2018 | 139348 | 8/31/2018 | $1,026.25 |

Prizer-Painter Stove Works, Inc. (2230506)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                     Exhibit A                                     P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914967 | $18,353.00 | 9/28/2018 | 139290 | 8/31/2018 | $1,019.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914967 | $18,353.00 | 9/28/2018 | 138481 | 8/21/2018 | $5,561.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914967 | $18,353.00 | 9/28/2018 | 138475 | 8/21/2018 | $9,986.75 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914967 | $18,353.00 | 9/28/2018 | 138459 | 8/20/2018 | $440.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914421 | $28,859.00 | 8/24/2018 | 137077 | 7/29/2018 | $5,589.25 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914967 | $18,353.00 | 9/28/2018 | 135709 | 7/12/2018 | $172.50 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914546 | $5,950.25 | 8/31/2018 | 137463 | 8/6/2018 | $3,561.25 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914878 | $19,699.50 | 9/21/2018 | 138675 | 8/22/2018 | $8,853.50 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914878 | $19,699.50 | 9/21/2018 | 137894 | 8/10/2018 | $6,114.75 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914754 | $15,247.49 | 9/14/2018 | 138328 | 8/16/2018 | $3,231.25 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914754 | $15,247.49 | 9/14/2018 | 138327 | 8/16/2018 | $3,231.25 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914754 | $15,247.49 | 9/14/2018 | 138326 | 8/16/2018 | $3,850.74 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914754 | $15,247.49 | 9/14/2018 | 138324 | 8/16/2018 | $2,668.75 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914754 | $15,247.49 | 9/14/2018 | 138322 | 8/16/2018 | $2,765.50 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915180 | $2,192.50 | 10/12/2018 | 140191 | 9/14/2018 | $2,192.50 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914967 | $18,353.00 | 9/28/2018 | 136074 | 7/13/2018 | $147.50 |

**Totals:** 11 transfer(s), $150,120.67