**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Prizer-Painter Stove Works, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915198 | $3,506.25 | 10/12/2018 | 139981 | 9/12/2018 | $3,506.25 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915062 | $6,296.25 | 10/9/2018 | 139540 | 9/6/2018 | $6,296.25 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914946 | $31,293.00 | 9/28/2018 | 139372 | 9/4/2018 | $6,742.50 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914946 | $31,293.00 | 9/28/2018 | 139132 | 8/30/2018 | $4,863.75 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914946 | $31,293.00 | 9/28/2018 | 139124 | 8/30/2018 | $19,686.75 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914865 | $7,462.50 | 9/21/2018 | 138775 | 8/23/2018 | $7,462.50 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914527 | $7,056.75 | 8/31/2018 | 137293 | 8/3/2018 | $7,056.75 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914406 | $12,473.22 | 8/24/2018 | 137059 | 7/29/2018 | $8,213.22 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914406 | $12,473.22 | 8/24/2018 | 135463 | 7/9/2018 | $4,260.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914327 | $483.75 | 8/17/2018 | 136585 | 7/24/2018 | $483.75 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914173 | $30,736.25 | 8/10/2018 | 136501 | 7/20/2018 | $30,736.25 |

**Totals:**    **8 transfer(s),**    **$99,307.97**