

2600 Eagan Woods Dr, Suite 400   151 West 46th Street, 4th Floor
St. Paul, MN 55121   New York, NY 10036
651-406-9665   212-267-7342

| | |
|---|---|
| Defendant: | **Prizer-Painter Stove Works, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| StarWest, LLC | StarWest, LLC | 914853 | $25,009.47 | 9/21/2018 | 138884 | 8/24/2018 | $8,555.00 |
| StarWest, LLC | StarWest, LLC | 914853 | $25,009.47 | 9/21/2018 | 138740 | 8/23/2018 | $8,921.25 |
| StarWest, LLC | StarWest, LLC | 914853 | $25,009.47 | 9/21/2018 | 138674 | 8/22/2018 | $3,906.97 |
| StarWest, LLC | StarWest, LLC | 914853 | $25,009.47 | 9/21/2018 | 136485 | 7/20/2018 | $3,626.25 |
| StarWest, LLC | StarWest, LLC | 914792 | $15,968.00 | 9/14/2018 | 138332 | 8/16/2018 | $15,968.00 |
| StarWest, LLC | StarWest, LLC | 914687 | $9,450.02 | 9/7/2018 | 138002 | 8/14/2018 | $14,252.75 |
| StarWest, LLC | StarWest, LLC | 914687 | $9,450.02 | 9/7/2018 | 136126 | 7/16/2018 | $5,246.25 |

**Totals:**   3 transfer(s),   $50,427.49