# ask LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Viking Range, LLC dba Viking Distributing East** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914242 | $141,919.00 | 8/10/2018 | 946749 | 7/31/2018 | $6,275.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914242 | $141,919.00 | 8/10/2018 | 943963 | 7/24/2018 | $778.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914364 | $115,743.00 | 8/17/2018 | 933836 | 6/28/2018 | $1,923.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914364 | $115,743.00 | 8/17/2018 | 43616 | 6/29/2018 | $406.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914242 | $141,919.00 | 8/10/2018 | 948745 | 8/3/2018 | $14.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914242 | $141,919.00 | 8/10/2018 | 947590 | 8/1/2018 | $6,374.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914242 | $141,919.00 | 8/10/2018 | 947589 | 8/1/2018 | $135.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914242 | $141,919.00 | 8/10/2018 | 947588 | 8/1/2018 | $101.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914242 | $141,919.00 | 8/10/2018 | 947418 | 8/1/2018 | $155.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914364 | $115,743.00 | 8/17/2018 | 949962 | 8/7/2018 | $3,729.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914242 | $141,919.00 | 8/10/2018 | 946763 | 7/31/2018 | $389.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914364 | $115,743.00 | 8/17/2018 | 949963 | 8/7/2018 | $7,077.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914242 | $141,919.00 | 8/10/2018 | 946748 | 7/31/2018 | $3,638.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914242 | $141,919.00 | 8/10/2018 | 946747 | 7/31/2018 | $6,763.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914242 | $141,919.00 | 8/10/2018 | 946746 | 7/31/2018 | $1,536.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914242 | $141,919.00 | 8/10/2018 | 946745 | 7/31/2018 | $1,716.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914242 | $141,919.00 | 8/10/2018 | 946744 | 7/31/2018 | $9,186.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914242 | $141,919.00 | 8/10/2018 | 946743 | 7/31/2018 | $15,898.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914242 | $141,919.00 | 8/10/2018 | 946169 | 7/30/2018 | $5,286.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914472 | $21,713.00 | 8/24/2018 | 952966 | 8/14/2018 | $2,788.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914242 | $141,919.00 | 8/10/2018 | 946764 | 7/31/2018 | $2,119.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914364 | $115,743.00 | 8/17/2018 | 950294 | 8/8/2018 | $3,053.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913898 | $6,028.00 | 7/20/2018 | 936173 | 7/5/2018 | $1,925.00 |

Viking Range, LLC dba Viking Distributing East (2230504)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914472 | $21,713.00 | 8/24/2018 | 951891 | 8/10/2018 | $164.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914472 | $21,713.00 | 8/24/2018 | 43708 | 8/16/2018 | $1,184.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914364 | $115,743.00 | 8/17/2018 | 950320 | 8/8/2018 | $1,692.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914364 | $115,743.00 | 8/17/2018 | 950319 | 8/8/2018 | $4,499.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914364 | $115,743.00 | 8/17/2018 | 950317 | 8/8/2018 | $16,360.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914364 | $115,743.00 | 8/17/2018 | 950309 | 8/8/2018 | $15,379.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914364 | $115,743.00 | 8/17/2018 | 950304 | 8/8/2018 | $17,034.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914364 | $115,743.00 | 8/17/2018 | 948225 | 8/2/2018 | $6,412.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914364 | $115,743.00 | 8/17/2018 | 950295 | 8/8/2018 | $3,846.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914242 | $141,919.00 | 8/10/2018 | 943962 | 7/24/2018 | $4,325.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914364 | $115,743.00 | 8/17/2018 | 950293 | 8/8/2018 | $1,923.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914364 | $115,743.00 | 8/17/2018 | 950292 | 8/8/2018 | $494.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914364 | $115,743.00 | 8/17/2018 | 950291 | 8/8/2018 | $11,398.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914364 | $115,743.00 | 8/17/2018 | 950290 | 8/8/2018 | $65.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914364 | $115,743.00 | 8/17/2018 | 950289 | 8/8/2018 | $65.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914364 | $115,743.00 | 8/17/2018 | 950288 | 8/8/2018 | $74.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914364 | $115,743.00 | 8/17/2018 | 950287 | 8/8/2018 | $1,348.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914364 | $115,743.00 | 8/17/2018 | 949964 | 8/7/2018 | $2,234.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914364 | $115,743.00 | 8/17/2018 | 950299 | 8/8/2018 | $18,655.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914014 | $41,186.00 | 7/27/2018 | 938341 | 7/11/2018 | $2,999.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914242 | $141,919.00 | 8/10/2018 | 945958 | 7/27/2018 | $10,516.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914128 | $59,357.00 | 8/3/2018 | 942702 | 7/20/2018 | $8,919.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914128 | $59,357.00 | 8/3/2018 | 942701 | 7/20/2018 | $1,329.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914128 | $59,357.00 | 8/3/2018 | 942700 | 7/20/2018 | $6,444.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914128 | $59,357.00 | 8/3/2018 | 942698 | 7/20/2018 | $63.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914128 | $59,357.00 | 8/3/2018 | 941660 | 7/18/2018 | $1,261.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914128 | $59,357.00 | 8/3/2018 | 937797 | 7/10/2018 | $1,424.00 |

Viking Range, LLC dba Viking Distributing East (2230504)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020

Exhibit A

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914014 | $41,186.00 | 7/27/2018 | 940924 | 7/17/2018 | $4,278.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914128 | $59,357.00 | 8/3/2018 | 942704 | 7/20/2018 | $802.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914014 | $41,186.00 | 7/27/2018 | 938342 | 7/11/2018 | $5,998.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914128 | $59,357.00 | 8/3/2018 | 942705 | 7/20/2018 | $974.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914014 | $41,186.00 | 7/27/2018 | 937819 | 7/10/2018 | $1,774.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914014 | $41,186.00 | 7/27/2018 | 937800 | 7/10/2018 | $4,752.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914014 | $41,186.00 | 7/27/2018 | 937799 | 7/10/2018 | $5,322.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914014 | $41,186.00 | 7/27/2018 | 937798 | 7/10/2018 | $5,605.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914014 | $41,186.00 | 7/27/2018 | 937796 | 7/10/2018 | $1,956.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914014 | $41,186.00 | 7/27/2018 | 935627 | 7/3/2018 | $2,252.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914014 | $41,186.00 | 7/27/2018 | 935626 | 7/3/2018 | $2,046.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913898 | $6,028.00 | 7/20/2018 | 937375 | 7/9/2018 | $4,103.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914014 | $41,186.00 | 7/27/2018 | 940923 | 7/17/2018 | $4,204.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914242 | $141,919.00 | 8/10/2018 | 80118 | 8/1/2018 | $6,139.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914242 | $141,919.00 | 8/10/2018 | 943961 | 7/24/2018 | $5,249.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914242 | $141,919.00 | 8/10/2018 | 943960 | 7/24/2018 | $6,989.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914242 | $141,919.00 | 8/10/2018 | 943959 | 7/24/2018 | $4,385.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914242 | $141,919.00 | 8/10/2018 | 943958 | 7/24/2018 | $914.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914242 | $141,919.00 | 8/10/2018 | 943957 | 7/24/2018 | $566.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914242 | $141,919.00 | 8/10/2018 | 943956 | 7/24/2018 | $2,096.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914242 | $141,919.00 | 8/10/2018 | 942708 | 7/20/2018 | $3,889.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914242 | $141,919.00 | 8/10/2018 | 942699 | 7/20/2018 | $5,099.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914128 | $59,357.00 | 8/3/2018 | 942703 | 7/20/2018 | $9,967.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914242 | $141,919.00 | 8/10/2018 | 926569 | 6/12/2018 | $22,653.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914472 | $21,713.00 | 8/24/2018 | 952967 | 8/14/2018 | $4,266.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914128 | $59,357.00 | 8/3/2018 | 946742 | 7/31/2018 | $155.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914128 | $59,357.00 | 8/3/2018 | 945973 | 7/27/2018 | $1,754.00 |

Viking Range, LLC dba Viking Distributing East (2230504)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                    Exhibit A                    P. 3

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914128 | $59,357.00 | 8/3/2018 | 945949 | 7/27/2018 | $95.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914128 | $59,357.00 | 8/3/2018 | 943354 | 7/23/2018 | $2,276.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914128 | $59,357.00 | 8/3/2018 | 943353 | 7/23/2018 | $4,658.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914128 | $59,357.00 | 8/3/2018 | 942709 | 7/20/2018 | $11,023.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914128 | $59,357.00 | 8/3/2018 | 942707 | 7/20/2018 | $2,508.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914128 | $59,357.00 | 8/3/2018 | 942706 | 7/20/2018 | $5,705.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914242 | $141,919.00 | 8/10/2018 | 929643 | 6/19/2018 | $8,736.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914906 | $87,381.00 | 9/21/2018 | 962429 | 9/10/2018 | $242.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914773 | $47,719.00 | 9/14/2018 | 962222 | 9/7/2018 | $863.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915014 | $7,478.00 | 9/28/2018 | 963214 | 9/11/2018 | $5,362.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914906 | $87,381.00 | 9/21/2018 | 963241 | 9/11/2018 | $1,091.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914906 | $87,381.00 | 9/21/2018 | 963240 | 9/11/2018 | $1,904.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914906 | $87,381.00 | 9/21/2018 | 963239 | 9/11/2018 | $2,179.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914906 | $87,381.00 | 9/21/2018 | 963238 | 9/11/2018 | $82.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914906 | $87,381.00 | 9/21/2018 | 963237 | 9/11/2018 | $1,627.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914906 | $87,381.00 | 9/21/2018 | 963236 | 9/11/2018 | $3,732.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915123 | $27,907.00 | 10/9/2018 | 965706 | 9/18/2018 | $104.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914906 | $87,381.00 | 9/21/2018 | 962430 | 9/10/2018 | $87.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915123 | $27,907.00 | 10/9/2018 | 965710 | 9/18/2018 | $6,186.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914906 | $87,381.00 | 9/21/2018 | 962428 | 9/10/2018 | $94.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914906 | $87,381.00 | 9/21/2018 | 962427 | 9/10/2018 | $11,399.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914906 | $87,381.00 | 9/21/2018 | 962261 | 9/7/2018 | $830.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914906 | $87,381.00 | 9/21/2018 | 962260 | 9/7/2018 | $6,649.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914906 | $87,381.00 | 9/21/2018 | 962259 | 9/7/2018 | $5,167.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914906 | $87,381.00 | 9/21/2018 | 962258 | 9/7/2018 | $10,724.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914906 | $87,381.00 | 9/21/2018 | 961414 | 9/6/2018 | $7,049.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914472 | $21,713.00 | 8/24/2018 | 952965 | 8/14/2018 | $8,999.00 |

Viking Range, LLC dba Viking Distributing East (2230504)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020    Exhibit A    P. 4

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914906 | $87,381.00 | 9/21/2018 | 963235 | 9/11/2018 | $10,499.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915123 | $27,907.00 | 10/9/2018 | 969218 | 9/25/2018 | $6,386.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915184 | $58,450.00 | 10/12/2018 | 971997 | 10/2/2018 | $11,811.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915184 | $58,450.00 | 10/12/2018 | 971996 | 10/2/2018 | $1,447.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915184 | $58,450.00 | 10/12/2018 | 971995 | 10/2/2018 | $1,004.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915184 | $58,450.00 | 10/12/2018 | 971994 | 10/2/2018 | $1,004.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915184 | $58,450.00 | 10/12/2018 | 971954 | 10/2/2018 | $1,369.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915184 | $58,450.00 | 10/12/2018 | 971936 | 10/2/2018 | $6,965.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915184 | $58,450.00 | 10/12/2018 | 971112 | 9/28/2018 | $67.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915184 | $58,450.00 | 10/12/2018 | 970540 | 9/27/2018 | $11,774.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915014 | $7,478.00 | 9/28/2018 | 964011 | 9/13/2018 | $2,116.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915123 | $27,907.00 | 10/9/2018 | 969219 | 9/25/2018 | $2,096.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914773 | $47,719.00 | 9/14/2018 | 960816 | 9/4/2018 | $288.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915123 | $27,907.00 | 10/9/2018 | 968753 | 9/25/2018 | $2,229.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915123 | $27,907.00 | 10/9/2018 | 967985 | 9/21/2018 | $14.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915123 | $27,907.00 | 10/9/2018 | 966861 | 9/19/2018 | $2,897.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915123 | $27,907.00 | 10/9/2018 | 966858 | 9/19/2018 | $2,061.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915123 | $27,907.00 | 10/9/2018 | 965719 | 9/18/2018 | $2,981.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915123 | $27,907.00 | 10/9/2018 | 965718 | 9/18/2018 | $10,966.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915123 | $27,907.00 | 10/9/2018 | 965717 | 9/18/2018 | $3,206.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915123 | $27,907.00 | 10/9/2018 | 965715 | 9/18/2018 | $183.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915184 | $58,450.00 | 10/12/2018 | 969617 | 9/26/2018 | $6,965.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914580 | $90,112.00 | 8/31/2018 | 955778 | 8/21/2018 | $5,624.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914906 | $87,381.00 | 9/21/2018 | 956612 | 8/22/2018 | $28,525.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914580 | $90,112.00 | 8/31/2018 | 956618 | 8/22/2018 | $156.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914580 | $90,112.00 | 8/31/2018 | 956617 | 8/22/2018 | $6,172.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914580 | $90,112.00 | 8/31/2018 | 956615 | 8/22/2018 | $14,300.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914580 | $90,112.00 | 8/31/2018 | 956610 | 8/22/2018 | $74.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914580 | $90,112.00 | 8/31/2018 | 956608 | 8/22/2018 | $156.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914580 | $90,112.00 | 8/31/2018 | 956606 | 8/22/2018 | $13,034.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914580 | $90,112.00 | 8/31/2018 | 956605 | 5/22/2018 | $10,724.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914580 | $90,112.00 | 8/31/2018 | 956622 | 8/22/2018 | $11,197.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914580 | $90,112.00 | 8/31/2018 | 955779 | 8/21/2018 | $2,555.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914580 | $90,112.00 | 8/31/2018 | 956623 | 8/22/2018 | $1,444.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914580 | $90,112.00 | 8/31/2018 | 955429 | 8/20/2018 | $3,924.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914580 | $90,112.00 | 8/31/2018 | 955428 | 8/20/2018 | $3,143.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914580 | $90,112.00 | 8/31/2018 | 955422 | 8/20/2018 | $1,511.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914580 | $90,112.00 | 8/31/2018 | 954422 | 8/16/2018 | $4,105.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914580 | $90,112.00 | 8/31/2018 | 953429 | 8/15/2018 | $1,657.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914580 | $90,112.00 | 8/31/2018 | 951847 | 8/10/2018 | $1,442.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914472 | $21,713.00 | 8/24/2018 | 952969 | 8/14/2018 | $2,943.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914472 | $21,713.00 | 8/24/2018 | 952968 | 8/14/2018 | $1,369.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914580 | $90,112.00 | 8/31/2018 | 956604 | 8/22/2018 | $607.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914670 | $64,423.00 | 9/7/2018 | 958972 | 8/28/2018 | $5,107.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914773 | $47,719.00 | 9/14/2018 | 960815 | 9/4/2018 | $6,562.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914773 | $47,719.00 | 9/14/2018 | 960814 | 9/4/2018 | $2,058.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914773 | $47,719.00 | 9/14/2018 | 960813 | 9/4/2018 | $1,362.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914773 | $47,719.00 | 9/14/2018 | 960784 | 9/4/2018 | $5,058.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914773 | $47,719.00 | 9/14/2018 | 960364 | 8/31/2018 | $13,622.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914773 | $47,719.00 | 9/14/2018 | 960363 | 8/31/2018 | $13,858.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914773 | $47,719.00 | 9/14/2018 | 960362 | 8/31/2018 | $3,374.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914773 | $47,719.00 | 9/14/2018 | 960361 | 8/31/2018 | $674.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914580 | $90,112.00 | 8/31/2018 | 956619 | 8/22/2018 | $6,548.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914670 | $64,423.00 | 9/7/2018 | 958973 | 8/28/2018 | $6,412.00 |

Viking Range, LLC dba Viking Distributing East (2230504)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                               Exhibit A                               P. 6

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915184 | $58,450.00 | 10/12/2018 | 971998 | 10/2/2018 | $16,044.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914670 | $64,423.00 | 9/7/2018 | 958971 | 8/28/2018 | $18,046.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914670 | $64,423.00 | 9/7/2018 | 958970 | 8/28/2018 | $11,031.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914670 | $64,423.00 | 9/7/2018 | 958082 | 8/27/2018 | $9,967.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914670 | $64,423.00 | 9/7/2018 | 952971 | 8/14/2018 | $1,627.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914670 | $64,423.00 | 9/7/2018 | 952970 | 8/14/2018 | $12,374.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914670 | $64,423.00 | 9/7/2018 | 951895 | 8/10/2018 | $2,861.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914580 | $90,112.00 | 8/31/2018 | 956627 | 8/22/2018 | $295.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914580 | $90,112.00 | 8/31/2018 | 956625 | 8/22/2018 | $1,444.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914670 | $64,423.00 | 9/7/2018 | 959056 | 8/29/2018 | $6,965.00 |

**Totals:**    **13 transfer(s),    $769,416.00**

Viking Range, LLC dba Viking Distributing East (2230504)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                               Exhibit A                               P. 7