**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Viking Range, LLC dba Viking Distributing East** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914395 | $20,205.00 | 8/22/2018 | 952369 | 8/13/2018 | $1,405.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914395 | $20,205.00 | 8/22/2018 | 954826 | 8/17/2018 | $1,207.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914395 | $20,205.00 | 8/22/2018 | 953384 | 8/15/2018 | $352.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914395 | $20,205.00 | 8/22/2018 | 953383 | 8/15/2018 | $3,695.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914395 | $20,205.00 | 8/22/2018 | 953382 | 8/15/2018 | $2,871.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914395 | $20,205.00 | 8/22/2018 | 953381 | 8/15/2018 | $2,939.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914395 | $20,205.00 | 8/22/2018 | 953380 | 8/15/2018 | $3,190.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914395 | $20,205.00 | 8/22/2018 | 953379 | 8/15/2018 | $1,102.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913911 | $4,751.00 | 7/20/2018 | 938217 | 7/11/2018 | $50.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914395 | $20,205.00 | 8/22/2018 | 952370 | 8/13/2018 | $1,815.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914487 | $12,694.80 | 8/24/2018 | 953376 | 8/15/2018 | $108.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914343 | $60,975.00 | 8/17/2018 | 953234 | 8/15/2018 | $3,325.50 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914343 | $60,975.00 | 8/17/2018 | 952531 | 8/14/2018 | $7,665.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914343 | $60,975.00 | 8/17/2018 | 952371 | 8/13/2018 | $1,628.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914343 | $60,975.00 | 8/17/2018 | 952353 | 8/13/2018 | $138.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914343 | $60,975.00 | 8/17/2018 | 952352 | 8/13/2018 | $5,230.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914343 | $60,975.00 | 8/17/2018 | 952351 | 8/13/2018 | $104.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914343 | $60,975.00 | 8/17/2018 | 950648 | 8/8/2018 | $1,922.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914395 | $20,205.00 | 8/22/2018 | 953378 | 8/15/2018 | $479.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914611 | $61,568.66 | 8/31/2018 | 957552 | 8/24/2018 | $2,749.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914611 | $61,568.66 | 8/31/2018 | 958217 | 8/27/2018 | $10,464.50 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914611 | $61,568.66 | 8/31/2018 | 958216 | 8/27/2018 | $2,119.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914611 | $61,568.66 | 8/31/2018 | 958215 | 8/27/2018 | $2,452.00 |

Viking Range, LLC dba Viking Distributing East (2230504)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020                                    Exhibit B                                    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914611 | $61,568.66 | 8/31/2018 | 958213 | 8/27/2018 | $14,007.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914611 | $61,568.66 | 8/31/2018 | 958212 | 8/27/2018 | $2,437.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914611 | $61,568.66 | 8/31/2018 | 958211 | 8/27/2018 | $876.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914611 | $61,568.66 | 8/31/2018 | 958210 | 8/27/2018 | $5,098.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914395 | $20,205.00 | 8/22/2018 | 954827 | 8/17/2018 | $2,999.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914611 | $61,568.66 | 8/31/2018 | 958075 | 8/27/2018 | $87.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914487 | $12,694.80 | 8/24/2018 | 952863 | 8/14/2018 | $5,466.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914611 | $61,568.66 | 8/31/2018 | 956437 | 8/22/2018 | $203.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914611 | $61,568.66 | 8/31/2018 | 956434 | 8/22/2018 | $6,929.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914611 | $61,568.66 | 8/31/2018 | 956433 | 8/22/2018 | $1,331.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914611 | $61,568.66 | 8/31/2018 | 956432 | 8/22/2018 | $1,799.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914611 | $61,568.66 | 8/31/2018 | 939439 | 7/13/2018 | $27.16 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914487 | $12,694.80 | 8/24/2018 | 954146 | 8/16/2018 | $1,342.80 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914487 | $12,694.80 | 8/24/2018 | 953377 | 8/15/2018 | $5,778.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914343 | $60,975.00 | 8/17/2018 | 949279 | 8/6/2018 | $1,933.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914611 | $61,568.66 | 8/31/2018 | 958209 | 8/27/2018 | $389.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914030 | $24,472.00 | 7/27/2018 | 941393 | 7/18/2018 | $3,314.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914343 | $60,975.00 | 8/17/2018 | 950647 | 8/8/2018 | $3,288.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914144 | $20,653.00 | 8/3/2018 | 943283 | 7/23/2018 | $1,754.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914144 | $20,653.00 | 8/3/2018 | 943282 | 7/23/2018 | $1,183.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914144 | $20,653.00 | 8/3/2018 | 943281 | 7/23/2018 | $1,628.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914144 | $20,653.00 | 8/3/2018 | 943279 | 7/23/2018 | $8,999.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914144 | $20,653.00 | 8/3/2018 | 940397 | 7/16/2018 | $5,561.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914030 | $24,472.00 | 7/27/2018 | 943280 | 7/25/2018 | $1,652.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914144 | $20,653.00 | 8/3/2018 | 943285 | 7/23/2018 | $4,813.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914030 | $24,472.00 | 7/27/2018 | 941395 | 7/18/2018 | $2,119.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914144 | $20,653.00 | 8/3/2018 | 943286 | 7/23/2018 | $329.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914030 | $24,472.00 | 7/27/2018 | 941392 | 7/18/2018 | $496.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914030 | $24,472.00 | 7/27/2018 | 941389 | 7/18/2018 | $114.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914030 | $24,472.00 | 7/27/2018 | 941388 | 7/18/2018 | $1,209.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914030 | $24,472.00 | 7/27/2018 | 940396 | 7/16/2018 | $6,374.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914030 | $24,472.00 | 7/27/2018 | 940395 | 7/16/2018 | $285.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914030 | $24,472.00 | 7/27/2018 | 932996 | 6/27/2018 | $6,060.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913911 | $4,751.00 | 7/20/2018 | 939548 | 7/13/2018 | $4,448.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913911 | $4,751.00 | 7/20/2018 | 938218 | 7/11/2018 | $253.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914030 | $24,472.00 | 7/27/2018 | 941396 | 7/18/2018 | $2,849.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914262 | $28,530.00 | 8/10/2018 | 947493 | 8/1/2018 | $1,398.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914611 | $61,568.66 | 8/31/2018 | 958222 | 8/27/2018 | $1,338.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914343 | $60,975.00 | 8/17/2018 | 949277 | 8/6/2018 | $1,933.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914343 | $60,975.00 | 8/17/2018 | 949276 | 8/6/2018 | $1,184.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914343 | $60,975.00 | 8/17/2018 | 949275 | 8/6/2018 | $35,793.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914262 | $28,530.00 | 8/10/2018 | 949286 | 8/6/2018 | $2,637.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914262 | $28,530.00 | 8/10/2018 | 949285 | 8/6/2018 | $3,730.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914262 | $28,530.00 | 8/10/2018 | 948653 | 8/3/2018 | $1,409.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914144 | $20,653.00 | 8/3/2018 | 943284 | 7/23/2018 | $3,334.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914262 | $28,530.00 | 8/10/2018 | 947494 | 8/1/2018 | $2,169.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914343 | $60,975.00 | 8/17/2018 | 949280 | 8/6/2018 | $157.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914262 | $28,530.00 | 8/10/2018 | 944725 | 7/26/2018 | $8,999.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914144 | $20,653.00 | 8/3/2018 | 946133 | 7/30/2018 | $1,628.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914144 | $20,653.00 | 8/3/2018 | 946129 | 7/30/2018 | $547.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914144 | $20,653.00 | 8/3/2018 | 946128 | 7/30/2018 | $1,257.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914144 | $20,653.00 | 8/3/2018 | 946126 | 7/30/2018 | $1,256.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914144 | $20,653.00 | 8/3/2018 | 946125 | 7/30/2018 | $344.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914144 | $20,653.00 | 8/3/2018 | 944561 | 7/25/2018 | $1,289.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914144 | $20,653.00 | 8/3/2018 | 944560 | 7/25/2018 | $114.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914262 | $28,530.00 | 8/10/2018 | 947495 | 8/1/2018 | $8,188.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915033 | $34,750.61 | 9/28/2018 | 965313 | 9/17/2018 | $2,645.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914921 | $82,902.00 | 9/21/2018 | 964533 | 9/14/2018 | $121.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915033 | $34,750.61 | 9/28/2018 | 968139 | 9/27/2018 | $2,518.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915033 | $34,750.61 | 9/28/2018 | 968138 | 9/24/2018 | $438.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915033 | $34,750.61 | 9/28/2018 | 968137 | 9/24/2018 | $2,225.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915033 | $34,750.61 | 9/28/2018 | 968136 | 9/24/2018 | $4,334.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915033 | $34,750.61 | 9/28/2018 | 968135 | 9/24/2018 | $4,057.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915033 | $34,750.61 | 9/28/2018 | 968134 | 9/24/2018 | $13,071.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915033 | $34,750.61 | 9/28/2018 | 968141 | 9/24/2018 | $713.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915033 | $34,750.61 | 9/28/2018 | 966718 | 9/19/2018 | $1,523.50 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915145 | $31,400.00 | 10/9/2018 | 969673 | 9/26/2018 | $6,929.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914928 | $1,960.00 | 9/25/2018 | 0696271/31815452 | 9/24/2018 | $1,960.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914921 | $82,902.00 | 9/21/2018 | 965426 | 9/17/2018 | $23,313.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914921 | $82,902.00 | 9/21/2018 | 965425 | 9/17/2018 | $198.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914921 | $82,902.00 | 9/21/2018 | 965424 | 9/17/2018 | $1,842.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914921 | $82,902.00 | 9/21/2018 | 965423 | 9/17/2018 | $8,939.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914921 | $82,902.00 | 9/21/2018 | 965422 | 9/17/2018 | $3,887.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914921 | $82,902.00 | 9/21/2018 | 965421 | 9/17/2018 | $6,205.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914611 | $61,568.66 | 8/31/2018 | 958220 | 8/27/2018 | $3,186.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915033 | $34,750.61 | 9/28/2018 | 966720 | 9/19/2018 | $5,272.92 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915145 | $31,400.00 | 10/9/2018 | 971208 | 10/1/2018 | $2,335.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915200 | $23,880.00 | 10/12/2018 | 972322 | 10/3/2018 | $1,984.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915200 | $23,880.00 | 10/12/2018 | 972321 | 10/3/2018 | $945.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915200 | $23,880.00 | 10/12/2018 | 972320 | 10/3/2018 | $258.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915200 | $23,880.00 | 10/12/2018 | 972285 | 10/3/2018 | $9,204.00 |

Viking Range, LLC dba Viking Distributing East (2230504)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915200 | $23,880.00 | 10/12/2018 | 972183 | 10/3/2018 | $87.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915200 | $23,880.00 | 10/12/2018 | 971902 | 10/2/2018 | $1,948.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915200 | $23,880.00 | 10/12/2018 | 971697 | 10/2/2018 | $7,229.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915033 | $34,750.61 | 9/28/2018 | 968140 | 9/24/2018 | $2,063.19 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915145 | $31,400.00 | 10/9/2018 | 971209 | 10/1/2018 | $1,842.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914921 | $82,902.00 | 9/21/2018 | 963455 | 9/12/2018 | $1,043.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915145 | $31,400.00 | 10/9/2018 | 971207 | 10/1/2018 | $1,328.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915145 | $31,400.00 | 10/9/2018 | 971206 | 10/1/2018 | $5,273.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915145 | $31,400.00 | 10/9/2018 | 971205 | 10/1/2018 | $1,508.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915145 | $31,400.00 | 10/9/2018 | 971204 | 10/1/2018 | $1,400.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915145 | $31,400.00 | 10/9/2018 | 970913 | 9/28/2018 | $4,400.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915145 | $31,400.00 | 10/9/2018 | 970912 | 9/28/2018 | $1,468.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915145 | $31,400.00 | 10/9/2018 | 970495 | 9/27/2018 | $3,449.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915145 | $31,400.00 | 10/9/2018 | 969674 | 9/26/2018 | $86.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915145 | $31,400.00 | 10/9/2018 | 971210 | 10/1/2018 | $1,936.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914712 | $43,284.00 | 9/7/2018 | 959112 | 8/29/2018 | $3,299.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914921 | $82,902.00 | 9/21/2018 | 964917 | 9/14/2018 | $1,260.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914812 | $41,691.00 | 9/14/2018 | 961125 | 9/5/2018 | $1,315.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914812 | $41,691.00 | 9/14/2018 | 961124 | 9/5/2018 | $2,169.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914812 | $41,691.00 | 9/14/2018 | 961120 | 9/5/2018 | $1,256.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914812 | $41,691.00 | 9/14/2018 | 961119 | 9/5/2018 | $3,506.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914812 | $41,691.00 | 9/14/2018 | 961118 | 9/5/2018 | $11,478.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914712 | $43,284.00 | 9/7/2018 | 959115 | 8/29/2018 | $6,545.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914812 | $41,691.00 | 9/14/2018 | 961127 | 9/5/2018 | $10,527.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914712 | $43,284.00 | 9/7/2018 | 959113 | 8/29/2018 | $4,388.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914812 | $41,691.00 | 9/14/2018 | 961128 | 9/5/2018 | $1,557.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914712 | $43,284.00 | 9/7/2018 | 959111 | 8/29/2018 | $21,708.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914712 | $43,284.00 | 9/7/2018 | 959110 | 8/29/2018 | $3,076.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914712 | $43,284.00 | 9/7/2018 | 959109 | 8/29/2018 | $139.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914712 | $43,284.00 | 9/7/2018 | 959108 | 8/29/2018 | $2,024.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914712 | $43,284.00 | 9/7/2018 | 958214 | 8/27/2018 | $554.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914611 | $61,568.66 | 8/31/2018 | 958224 | 8/27/2018 | $3,890.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914611 | $61,568.66 | 8/31/2018 | 958223 | 8/27/2018 | $1,627.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915200 | $23,880.00 | 10/12/2018 | 972323 | 10/3/2018 | $2,225.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914712 | $43,284.00 | 9/7/2018 | 959114 | 8/29/2018 | $1,708.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914921 | $82,902.00 | 9/21/2018 | 963444 | 9/12/2018 | $1,532.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914921 | $82,902.00 | 9/21/2018 | 963454 | 9/12/2018 | $14.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914921 | $82,902.00 | 9/21/2018 | 963453 | 9/12/2018 | $2,862.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914921 | $82,902.00 | 9/21/2018 | 963452 | 9/12/2018 | $3,732.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914921 | $82,902.00 | 9/21/2018 | 963450 | 9/12/2018 | $292.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914921 | $82,902.00 | 9/21/2018 | 963449 | 9/12/2018 | $1,842.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914921 | $82,902.00 | 9/21/2018 | 963448 | 9/12/2018 | $1,921.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914921 | $82,902.00 | 9/21/2018 | 963447 | 9/12/2018 | $1,553.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914812 | $41,691.00 | 9/14/2018 | 961126 | 9/5/2018 | $2,628.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914921 | $82,902.00 | 9/21/2018 | 963445 | 9/12/2018 | $1,244.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914611 | $61,568.66 | 8/31/2018 | 958221 | 8/27/2018 | $560.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914921 | $82,902.00 | 9/21/2018 | 962364 | 9/10/2018 | $15,409.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914921 | $82,902.00 | 9/21/2018 | 962363 | 9/10/2018 | $1,455.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914921 | $82,902.00 | 9/21/2018 | 962362 | 9/10/2018 | $407.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914921 | $82,902.00 | 9/21/2018 | 962361 | 9/10/2018 | $1,933.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914921 | $82,902.00 | 9/21/2018 | 962360 | 9/10/2018 | $840.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914812 | $41,691.00 | 9/14/2018 | 961320 | 9/6/2018 | $4,110.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914812 | $41,691.00 | 9/14/2018 | 961132 | 9/5/2018 | $1,657.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914812 | $41,691.00 | 9/14/2018 | 961129 | 9/5/2018 | $1,827.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914921 | $82,902.00 | 9/21/2018 | 963446 | 9/12/2018 | $1,058.00 |
| **Totals:** | | **15 transfer(s),** | **$493,717.07** | | | | |