# ask LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Viking Range, LLC dba Viking Distributing East** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| StarWest, LLC | StarWest, LLC | 914113 | $37,570.00 | 8/3/2018 | 945199 | 7/26/2018 | $1,574.00 |
| StarWest, LLC | StarWest, LLC | 914230 | $11,906.00 | 8/10/2018 | 948222 | 8/2/2018 | $3,288.00 |
| StarWest, LLC | StarWest, LLC | 914003 | $16,245.00 | 7/27/2018 | 941663 | 7/18/2018 | $2,793.00 |
| StarWest, LLC | StarWest, LLC | 914003 | $16,245.00 | 7/27/2018 | 942229 | 7/19/2018 | $1,294.00 |
| StarWest, LLC | StarWest, LLC | 914113 | $37,570.00 | 8/3/2018 | 943336 | 7/23/2018 | $236.00 |
| StarWest, LLC | StarWest, LLC | 914113 | $37,570.00 | 8/3/2018 | 943371 | 7/23/2018 | $2,356.00 |
| StarWest, LLC | StarWest, LLC | 914113 | $37,570.00 | 8/3/2018 | 945183 | 7/26/2018 | $1,781.00 |
| StarWest, LLC | StarWest, LLC | 914003 | $16,245.00 | 7/27/2018 | 941627 | 7/18/2018 | $1,969.00 |
| StarWest, LLC | StarWest, LLC | 914113 | $37,570.00 | 8/3/2018 | 945198 | 7/26/2018 | $1,400.00 |
| StarWest, LLC | StarWest, LLC | 914003 | $16,245.00 | 7/27/2018 | 941616 | 7/18/2018 | $3,252.00 |
| StarWest, LLC | StarWest, LLC | 914113 | $37,570.00 | 8/3/2018 | 945201 | 7/26/2018 | $28,471.00 |
| StarWest, LLC | StarWest, LLC | 914230 | $11,906.00 | 8/10/2018 | 947416 | 8/1/2018 | $263.00 |
| StarWest, LLC | StarWest, LLC | 914230 | $11,906.00 | 8/10/2018 | 947606 | 8/1/2018 | $4,874.00 |
| StarWest, LLC | StarWest, LLC | 914230 | $11,906.00 | 8/10/2018 | 947607 | 8/1/2018 | $1,282.00 |
| StarWest, LLC | StarWest, LLC | 914230 | $11,906.00 | 8/10/2018 | 948190 | 8/2/2018 | $344.00 |
| StarWest, LLC | StarWest, LLC | 913892 | $13,775.00 | 7/20/2018 | 929645 | 6/19/2018 | $257.00 |
| StarWest, LLC | StarWest, LLC | 914113 | $37,570.00 | 8/3/2018 | 945188 | 7/26/2018 | $1,752.00 |
| StarWest, LLC | StarWest, LLC | 913892 | $13,775.00 | 7/20/2018 | 940441 | 7/16/2018 | $611.00 |
| StarWest, LLC | StarWest, LLC | 913892 | $13,775.00 | 7/20/2018 | 932031 | 6/25/2018 | $1,781.00 |
| StarWest, LLC | StarWest, LLC | 913892 | $13,775.00 | 7/20/2018 | 935070 | 7/2/2018 | $6,512.00 |
| StarWest, LLC | StarWest, LLC | 913892 | $13,775.00 | 7/20/2018 | 935071 | 7/2/2018 | $1,256.00 |
| StarWest, LLC | StarWest, LLC | 913892 | $13,775.00 | 7/20/2018 | 935072 | 7/2/2018 | $1,329.00 |
| StarWest, LLC | StarWest, LLC | 913892 | $13,775.00 | 7/20/2018 | 935073 | 7/2/2018 | $1,626.00 |
| StarWest, LLC | StarWest, LLC | 913892 | $13,775.00 | 7/20/2018 | 935074 | 7/2/2018 | $237.00 |
| StarWest, LLC | StarWest, LLC | 914003 | $16,245.00 | 7/27/2018 | 941661 | 7/18/2018 | $646.00 |
| StarWest, LLC | StarWest, LLC | 913892 | $13,775.00 | 7/20/2018 | 938294 | 7/11/2018 | $54.00 |
| StarWest, LLC | StarWest, LLC | 914354 | $15,365.00 | 8/17/2018 | 950216 | 8/8/2018 | $815.00 |
| StarWest, LLC | StarWest, LLC | 914003 | $16,245.00 | 7/27/2018 | 841612 | 7/18/2018 | $23.00 |
| StarWest, LLC | StarWest, LLC | 914003 | $16,245.00 | 7/27/2018 | 841662 | 7/18/2018 | $442.00 |
| StarWest, LLC | StarWest, LLC | 914003 | $16,245.00 | 7/27/2018 | 914626 | 7/18/2018 | $274.00 |
| StarWest, LLC | StarWest, LLC | 914003 | $16,245.00 | 7/27/2018 | 941613 | 7/18/2018 | $65.00 |
| StarWest, LLC | StarWest, LLC | 914003 | $16,245.00 | 7/27/2018 | 941614 | 7/18/2018 | $2,625.00 |
| StarWest, LLC | StarWest, LLC | 914003 | $16,245.00 | 7/27/2018 | 941615 | 7/18/2018 | $2,862.00 |
| StarWest, LLC | StarWest, LLC | 913892 | $13,775.00 | 7/20/2018 | 935075 | 7/2/2018 | $112.00 |
| StarWest, LLC | StarWest, LLC | 915000 | $13,910.00 | 9/28/2018 | 963198 | 9/11/2018 | $1,047.00 |
| StarWest, LLC | StarWest, LLC | 914230 | $11,906.00 | 8/10/2018 | 948221 | 8/2/2018 | $1,855.00 |
| StarWest, LLC | StarWest, LLC | 914727 | $20,869.00 | 9/12/2018 | 961220 | 9/5/2018 | $2,490.00 |
| StarWest, LLC | StarWest, LLC | 914834 | $23,914.00 | 9/19/2018 | 959358 | 8/29/2018 | $12,545.00 |
| StarWest, LLC | StarWest, LLC | 914834 | $23,914.00 | 9/19/2018 | 961400 | 9/6/2018 | $119.00 |

Viking Range, LLC dba Viking Distributing East (2230504)
Bankruptcy Case: Sears Holdings Corporation, et al.

Mar 27, 2020

Exhibit C

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| StarWest, LLC | StarWest, LLC | 914834 | $23,914.00 | 9/19/2018 | 961731 | 9/7/2018 | $3,504.00 |
| StarWest, LLC | StarWest, LLC | 914834 | $23,914.00 | 9/19/2018 | 963195 | 9/11/2018 | $134.00 |
| StarWest, LLC | StarWest, LLC | 914727 | $20,869.00 | 9/12/2018 | 959368 | 8/29/2018 | $10,169.00 |
| StarWest, LLC | StarWest, LLC | 914834 | $23,914.00 | 9/19/2018 | 963232 | 9/11/2018 | $1,218.00 |
| StarWest, LLC | StarWest, LLC | 914727 | $20,869.00 | 9/12/2018 | 959367 | 8/29/2018 | $8,123.00 |
| StarWest, LLC | StarWest, LLC | 915000 | $13,910.00 | 9/28/2018 | 964061 | 9/13/2018 | $1,496.00 |
| StarWest, LLC | StarWest, LLC | 915000 | $13,910.00 | 9/28/2018 | 966818 | 9/19/2018 | $1,593.00 |
| StarWest, LLC | StarWest, LLC | 915000 | $13,910.00 | 9/28/2018 | 966819 | 9/19/2018 | $1,904.00 |
| StarWest, LLC | StarWest, LLC | 915000 | $13,910.00 | 9/28/2018 | 966820 | 9/19/2018 | $978.00 |
| StarWest, LLC | StarWest, LLC | 915000 | $13,910.00 | 9/28/2018 | 966829 | 9/19/2018 | $2,284.00 |
| StarWest, LLC | StarWest, LLC | 915000 | $13,910.00 | 9/28/2018 | 966830 | 9/19/2018 | $4,608.00 |
| StarWest, LLC | StarWest, LLC | 914834 | $23,914.00 | 9/19/2018 | 963231 | 9/11/2018 | $6,394.00 |
| StarWest, LLC | StarWest, LLC | 914459 | $19,701.00 | 8/24/2018 | 952528 | 8/14/2018 | $7,515.00 |
| StarWest, LLC | StarWest, LLC | 914354 | $15,365.00 | 8/17/2018 | 950217 | 8/8/2018 | $2,730.00 |
| StarWest, LLC | StarWest, LLC | 914354 | $15,365.00 | 8/17/2018 | 950221 | 8/8/2018 | $255.00 |
| StarWest, LLC | StarWest, LLC | 914354 | $15,365.00 | 8/17/2018 | 950715 | 8/8/2018 | $607.00 |
| StarWest, LLC | StarWest, LLC | 914354 | $15,365.00 | 8/17/2018 | 950729 | 8/8/2018 | $7,578.00 |
| StarWest, LLC | StarWest, LLC | 914354 | $15,365.00 | 8/17/2018 | 950740 | 8/8/2018 | $3,380.00 |
| StarWest, LLC | StarWest, LLC | 914459 | $19,701.00 | 8/24/2018 | 947601 | 8/1/2018 | $1,849.00 |
| StarWest, LLC | StarWest, LLC | 914727 | $20,869.00 | 9/12/2018 | 959848 | 8/30/2018 | $229.00 |
| StarWest, LLC | StarWest, LLC | 914459 | $19,701.00 | 8/24/2018 | 950739 | 8/8/2018 | $2,970.00 |
| StarWest, LLC | StarWest, LLC | 915157 | $5,000.00 | 10/10/2018 | DEPOSIT-1 | 10/9/2018 | $5,000.00 |
| StarWest, LLC | StarWest, LLC | 914459 | $19,701.00 | 8/24/2018 | 952993 | 8/14/2018 | $1,146.00 |
| StarWest, LLC | StarWest, LLC | 914459 | $19,701.00 | 8/24/2018 | 955670 | 8/21/2018 | $390.00 |
| StarWest, LLC | StarWest, LLC | 914459 | $19,701.00 | 8/24/2018 | 955671 | 8/21/2018 | $390.00 |
| StarWest, LLC | StarWest, LLC | 914592 | $16,100.00 | 8/31/2018 | 956676 | 8/22/2018 | $1,593.00 |
| StarWest, LLC | StarWest, LLC | 914592 | $16,100.00 | 8/31/2018 | 956677 | 8/22/2018 | $1,004.00 |
| StarWest, LLC | StarWest, LLC | 914592 | $16,100.00 | 8/31/2018 | 957358 | 8/23/2018 | $15,033.00 |
| StarWest, LLC | StarWest, LLC | 914459 | $19,701.00 | 8/24/2018 | 950709 | 8/8/2018 | $5,441.00 |

**Totals:**     **11 transfer(s),    $194,355.00**