| | | |
|---|---|---|
| Defendant: | **6 Sigma Construction, LLC** | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980328 | $34,331.00 | 7/17/18 | 4494PHARMFINAL | 5/3/18 | $721.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980328 | $34,331.00 | 7/17/18 | 4494PHARMFINAL | 5/3/18 | $714.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980328 | $34,331.00 | 7/17/18 | 4494PHARMFINAL | 5/3/18 | $187.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980328 | $34,331.00 | 7/17/18 | GARDEN7665 | 6/4/18 | $24,153.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980328 | $34,331.00 | 7/17/18 | GARDEN7665 | 6/4/18 | $7,167.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980328 | $34,331.00 | 7/17/18 | GARDEN7665 | 6/4/18 | $5,305.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980328 | $34,331.00 | 7/17/18 | GARDEN7665 | 6/4/18 | -$3,919.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987076 | $165,401.07 | 7/23/18 | PHARM74190604 | 6/4/18 | $16,176.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987076 | $165,401.07 | 7/23/18 | PHARM74190604 | 6/4/18 | $9,011.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987076 | $165,401.07 | 7/23/18 | PHARM74190604 | 6/4/18 | $6,038.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987076 | $165,401.07 | 7/23/18 | PHARM74190604 | 6/4/18 | -$3,341.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987076 | $165,401.07 | 7/23/18 | 7783REBUILD2 | 6/14/18 | $143,125.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987076 | $165,401.07 | 7/23/18 | 7783REBUILD2 | 6/14/18 | $41,737.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987076 | $165,401.07 | 7/23/18 | 7783REBUILD2 | 6/14/18 | $28,172.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987076 | $165,401.07 | 7/23/18 | 7783REBUILD2 | 6/14/18 | -$24,489.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987076 | $165,401.07 | 7/23/18 | IN9394629 | 6/29/18 | -$2,981.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987076 | $165,401.07 | 7/23/18 | 1085629 | 6/29/18 | -$48,048.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990565 | $505,160.67 | 7/30/18 | 1085629 | 6/29/18 | $281,826.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990565 | $505,160.67 | 7/30/18 | 1085629 | 6/29/18 | $99,932.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990565 | $505,160.67 | 7/30/18 | 1085629 | 6/29/18 | $44,798.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990565 | $505,160.67 | 7/30/18 | 2085162018 | 6/29/18 | $35,801.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990565 | $505,160.67 | 7/30/18 | IN9394629 | 6/29/18 | $25,217.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990565 | $505,160.67 | 7/30/18 | 2085162018 | 6/29/18 | $10,002.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990565 | $505,160.67 | 7/30/18 | IN9394629 | 6/29/18 | $4,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990565 | $505,160.67 | 7/30/18 | 1085629 | 6/29/18 | $4,370.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990565 | $505,160.67 | 7/30/18 | 2085162018 | 6/29/18 | $4,133.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990565 | $505,160.67 | 7/30/18 | 2085162018 | 6/29/18 | $50.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990565 | $505,160.67 | 7/30/18 | 2085162018 | 6/29/18 | -$5,573.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001649 | $859,365.89 | 8/20/18 | 44942 | 6/15/18 | $17,096.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001649 | $859,365.89 | 8/20/18 | 44942 | 6/15/18 | $9,273.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001649 | $859,365.89 | 8/20/18 | 44942 | 6/15/18 | $235.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001649 | $859,365.89 | 8/20/18 | 44942 | 6/15/18 | -$2,770.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001649 | $859,365.89 | 8/20/18 | 1085630 | 7/18/18 | $281,826.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001649 | $859,365.89 | 8/20/18 | 9394431401 | 7/18/18 | $193,522.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001649 | $859,365.89 | 8/20/18 | 1085630 | 7/18/18 | $99,932.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001649 | $859,365.89 | 8/20/18 | 1905727181 | 7/18/18 | $83,005.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001649 | $859,365.89 | 8/20/18 | 7783REBUILD3 | 7/18/18 | $55,324.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001649 | $859,365.89 | 8/20/18 | 1085630 | 7/18/18 | $44,798.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001649 | $859,365.89 | 8/20/18 | 1905727181 | 7/18/18 | $39,682.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001649 | $859,365.89 | 8/20/18 | 2085162019 | 7/18/18 | $35,783.33 |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781001649 | $859,365.89 | 8/20/18 | 7783REBUILD3 | 7/18/18 | $25,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001649 | $859,365.89 | 8/20/18 | 1905727181 | 7/18/18 | $23,177.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001649 | $859,365.89 | 8/20/18 | GARDEN76653 | 7/18/18 | $16,102.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001649 | $859,365.89 | 8/20/18 | 7783REBUILD3 | 7/18/18 | $15,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001649 | $859,365.89 | 8/20/18 | 2085162019 | 7/18/18 | $10,019.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001649 | $859,365.89 | 8/20/18 | GARDEN76653 | 7/18/18 | $4,778.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001649 | $859,365.89 | 8/20/18 | 1085630 | 7/18/18 | $4,370.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001649 | $859,365.89 | 8/20/18 | 2085162019 | 7/18/18 | $4,131.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001649 | $859,365.89 | 8/20/18 | GARDEN76653 | 7/18/18 | $3,537.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001649 | $859,365.89 | 8/20/18 | 2085162019 | 7/18/18 | $50.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001649 | $859,365.89 | 8/20/18 | GARDEN76653 | 7/18/18 | -$2,612.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001649 | $859,365.89 | 8/20/18 | 2085162019 | 7/18/18 | -$5,570.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001649 | $859,365.89 | 8/20/18 | 7783REBUILD3 | 7/18/18 | -$9,532.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001649 | $859,365.89 | 8/20/18 | 1905727181 | 7/18/18 | -$16,788.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001649 | $859,365.89 | 8/20/18 | 9394431401 | 7/18/18 | -$21,959.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001649 | $859,365.89 | 8/20/18 | 1085630 | 7/18/18 | -$48,048.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005097 | $32,707.80 | 8/27/18 | GARDEN76652 | 6/14/18 | $24,153.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005097 | $32,707.80 | 8/27/18 | GARDEN76652 | 6/14/18 | $7,167.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005097 | $32,707.80 | 8/27/18 | GARDEN76652 | 6/14/18 | $5,305.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005097 | $32,707.80 | 8/27/18 | GARDEN76652 | 6/14/18 | -$3,919.01 |

Totals:    5 transfer(s),    $1,596,966.43