Defendant: **About Time Snow Removal**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62083644 | $61,374.76 | 7/26/18 | 2830 | 3/5/18 | $21,334.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083644 | $61,374.76 | 7/26/18 | 2832 | 3/5/18 | $11,377.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083644 | $61,374.76 | 7/26/18 | 2831 | 3/5/18 | $10,662.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083644 | $61,374.76 | 7/26/18 | 3136 | 4/30/18 | $5,765.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083644 | $61,374.76 | 7/26/18 | 3138 | 4/30/18 | $4,223.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083644 | $61,374.76 | 7/26/18 | 3139 | 4/30/18 | $4,133.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083644 | $61,374.76 | 7/26/18 | 3137 | 4/30/18 | $3,878.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085324 | $67,668.35 | 8/29/18 | 2827 | 3/5/18 | $24,856.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085324 | $67,668.35 | 8/29/18 | 2828 | 3/5/18 | $20,538.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085324 | $67,668.35 | 8/29/18 | 2829 | 3/5/18 | $14,300.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085324 | $67,668.35 | 8/29/18 | 2848 | 3/8/18 | $7,973.28 |

Totals:    2 transfer(s),  $129,043.11