Defendant: **Adaptly, Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984447 | $30,961.92 | 7/26/18 | 393961 | 5/14/18 | $15,564.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984447 | $30,961.92 | 7/26/18 | 393957 | 5/14/18 | $13,283.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984447 | $30,961.92 | 7/26/18 | 393959 | 5/14/18 | $11,569.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984447 | $30,961.92 | 7/26/18 | 393960 | 5/14/18 | $360.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984447 | $30,961.92 | 7/26/18 | 393958 | 5/14/18 | $184.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984447 | $30,961.92 | 7/26/18 | 393879KW | 6/29/18 | -$9,999.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991359 | $5,999.98 | 8/13/18 | 394150 | 5/31/18 | $5,999.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002477 | $35,322.84 | 9/5/18 | 395921 | 6/15/18 | $21,745.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002477 | $35,322.84 | 9/5/18 | 395920 | 6/15/18 | $9,920.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002477 | $35,322.84 | 9/5/18 | 395918 | 6/15/18 | $3,157.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002477 | $35,322.84 | 9/5/18 | 395919 | 6/15/18 | $499.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009599 | $5,999.99 | 9/19/18 | 396052 | 6/30/18 | $5,999.99 |

Totals:    4 transfer(s),  $78,284.73