Defendant: **Adsemble Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | ACH081718 | $97,869.08 | 8/13/18 | 30792 | 5/11/18 | $20,069.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | ACH081718 | $97,869.08 | 8/13/18 | 30803 | 5/30/18 | $77,799.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998978 | $97,869.08 | 8/29/18 | 30792 | 5/11/18 | $20,069.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998978 | $97,869.08 | 8/29/18 | 30803 | 5/30/18 | $77,799.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000992 | $31,123.60 | 9/3/18 | 30809 | 6/14/18 | $31,123.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008674 | $21,088.80 | 9/18/18 | 30818 | 7/1/18 | $21,088.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010700 | $38,899.74 | 9/20/18 | 30817 | 6/30/18 | $27,899.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010700 | $38,899.74 | 9/20/18 | 30817 | 6/30/18 | $11,000.40 |

Totals:    **5 transfer(s), $286,850.30**