Defendant: **Advanced Technology Services Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981091 | $35,295.00 | 7/19/18 | 1800343007 | 5/7/18 | $25,215.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981091 | $35,295.00 | 7/19/18 | 1800343008 | 5/7/18 | $10,080.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995632 | $39,325.00 | 8/20/18 | 1800345639 | 6/4/18 | $39,325.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998982 | $37,448.25 | 8/29/18 | 1800345969 | 6/11/18 | $30,112.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998982 | $37,448.25 | 8/29/18 | 1800345966 | 6/11/18 | $7,336.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013448 | $76,441.75 | 9/26/18 | 1800347983 | 7/10/18 | $39,325.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013448 | $76,441.75 | 9/26/18 | 1800348355 | 7/10/18 | $29,864.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013448 | $76,441.75 | 9/26/18 | 1800348354 | 7/10/18 | $7,252.00 |

Totals:    4 transfer(s),  $188,510.00