**Defendant:** Alcon Laboratories Inc.
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983628 | $47,114.48 | 7/25/18 | 9653700615 | 6/7/18 | $44,200.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983628 | $47,114.48 | 7/25/18 | 9653698947 | 6/7/18 | $3,214.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983628 | $47,114.48 | 7/25/18 | VPPS00000638690 | 7/8/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983628 | $47,114.48 | 7/25/18 | VPPS00000636935 | 7/8/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989078 | $33,907.83 | 8/8/18 | 9653760868 | 6/18/18 | $35,371.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989078 | $33,907.83 | 8/8/18 | 3059047619 | 7/16/18 | -$9.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989078 | $33,907.83 | 8/8/18 | VPFR991680752 | 7/22/18 | -$48.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989078 | $33,907.83 | 8/8/18 | VPOT991484103 | 7/22/18 | -$126.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989078 | $33,907.83 | 8/8/18 | VPPS00000642271 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989078 | $33,907.83 | 8/8/18 | VPFR991680751 | 7/22/18 | -$189.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989078 | $33,907.83 | 8/8/18 | VPOT991484480 | 7/22/18 | -$445.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989078 | $33,907.83 | 8/8/18 | 708807KW | 7/24/18 | -$235.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989078 | $33,907.83 | 8/8/18 | 706617KW | 7/24/18 | -$259.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989841 | $2,322.66 | 8/9/18 | 9653760197 | 6/18/18 | $2,322.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991908 | $46,014.81 | 8/14/18 | 9653816732 | 6/26/18 | $24,885.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991908 | $46,014.81 | 8/14/18 | 9653813947 | 6/26/18 | $21,279.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991908 | $46,014.81 | 8/14/18 | VPPS00000644029 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996845 | $4,645.01 | 8/22/18 | VPFR991684593 | 8/5/18 | -$20.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996845 | $4,645.01 | 8/22/18 | VPFR991684592 | 8/5/18 | -$39.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996845 | $4,645.01 | 8/22/18 | VPFR991684590 | 8/5/18 | -$56.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996845 | $4,645.01 | 8/22/18 | VPFR991684587 | 8/5/18 | -$62.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996845 | $4,645.01 | 8/22/18 | VPFR991684588 | 8/5/18 | -$80.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996845 | $4,645.01 | 8/22/18 | VPFR991684591 | 8/5/18 | -$94.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996845 | $4,645.01 | 8/22/18 | VPPS00000645725 | 8/5/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996845 | $4,645.01 | 8/22/18 | VPFR991684589 | 8/5/18 | -$189.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996845 | $4,645.01 | 8/22/18 | KM160962A | 8/6/18 | $5,338.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997578 | $23,791.45 | 8/23/18 | 9653859839 | 7/5/18 | $9,556.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997578 | $23,791.45 | 8/23/18 | 9653860410 | 7/5/18 | $7,040.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997578 | $23,791.45 | 8/23/18 | 9653860411 | 7/5/18 | $4,219.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997578 | $23,791.45 | 8/23/18 | 9653859188 | 7/5/18 | $2,975.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003062 | $9,237.61 | 9/6/18 | 9653930555 | 7/17/18 | $11,851.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003062 | $9,237.61 | 9/6/18 | VPPS00000647480 | 8/12/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003062 | $9,237.61 | 9/6/18 | VPPS00000635084 | 8/12/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003062 | $9,237.61 | 9/6/18 | VPPS00000629441 | 8/12/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003062 | $9,237.61 | 9/6/18 | VPOT991486465 | 8/19/18 | -$2,153.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003062 | $9,237.61 | 9/6/18 | 3040043442 | 8/20/18 | -$10.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005883 | $18,839.74 | 9/12/18 | 9653969921 | 7/23/18 | $18,839.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011358 | $9,955.20 | 9/21/18 | 9654027439 | 8/1/18 | $4,044.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011358 | $9,955.20 | 9/21/18 | 9654026429 | 8/1/18 | $3,712.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011358 | $9,955.20 | 9/21/18 | 9654027440 | 8/1/18 | $2,521.75 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011358 | $9,955.20 | 9/21/18 | VPOT991487076 | 8/26/18 | -$163.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011358 | $9,955.20 | 9/21/18 | VPPS00000653008 | 9/2/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011358 | $9,955.20 | 9/21/18 | 7065016769 | 9/3/18 | -$9.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013456 | $24,984.84 | 9/26/18 | 9654054055 | 8/6/18 | $25,186.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013456 | $24,984.84 | 9/26/18 | 9654054705 | 8/6/18 | $3,853.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013456 | $24,984.84 | 9/26/18 | MA18251716749 | 9/8/18 | -$4,054.90 |

Totals:    10 transfer(s),  $220,813.63