Defendant: **Alta-Dena Certified Dairy, LLC**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981113 | $4,586.34 | 7/19/18 | 16777985 | 6/14/18 | $353.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981113 | $4,586.34 | 7/19/18 | 16776485 | 6/14/18 | $233.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981113 | $4,586.34 | 7/19/18 | 16776436 | 6/14/18 | $221.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981113 | $4,586.34 | 7/19/18 | 16777501 | 6/14/18 | $149.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981113 | $4,586.34 | 7/19/18 | 16780220 | 6/14/18 | $111.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981113 | $4,586.34 | 7/19/18 | 16777033 | 6/14/18 | $86.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981113 | $4,586.34 | 7/19/18 | 16781969 | 6/14/18 | $49.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981113 | $4,586.34 | 7/19/18 | 16776485 | 6/14/18 | $1.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981113 | $4,586.34 | 7/19/18 | 16776436 | 6/14/18 | $0.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981113 | $4,586.34 | 7/19/18 | 16781961 | 6/15/18 | $160.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981113 | $4,586.34 | 7/19/18 | 16782111 | 6/18/18 | $246.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981113 | $4,586.34 | 7/19/18 | 16807968 | 6/18/18 | $240.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981113 | $4,586.34 | 7/19/18 | 16808448 | 6/18/18 | $224.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981113 | $4,586.34 | 7/19/18 | 16806949 | 6/18/18 | $210.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981113 | $4,586.34 | 7/19/18 | 16781942 | 6/18/18 | $160.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981113 | $4,586.34 | 7/19/18 | 16806901 | 6/18/18 | $125.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981113 | $4,586.34 | 7/19/18 | 16809191 | 6/18/18 | $116.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981113 | $4,586.34 | 7/19/18 | 16807498 | 6/18/18 | $104.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981113 | $4,586.34 | 7/19/18 | 16806922 | 6/18/18 | $99.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981113 | $4,586.34 | 7/19/18 | 16806901 | 6/18/18 | $0.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981113 | $4,586.34 | 7/19/18 | 16782111 | 6/18/18 | $0.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981113 | $4,586.34 | 7/19/18 | 16807851 | 6/19/18 | $241.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981113 | $4,586.34 | 7/19/18 | 16782033 | 6/19/18 | $166.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981113 | $4,586.34 | 7/19/18 | 16810600 | 6/19/18 | $148.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981113 | $4,586.34 | 7/19/18 | 16807751 | 6/19/18 | $125.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981113 | $4,586.34 | 7/19/18 | 16812027 | 6/20/18 | $605.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981113 | $4,586.34 | 7/19/18 | 16811900 | 6/20/18 | $232.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981113 | $4,586.34 | 7/19/18 | 16812042 | 6/20/18 | $127.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981113 | $4,586.34 | 7/19/18 | 16810648 | 6/20/18 | $37.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984480 | $3,230.61 | 7/26/18 | 16808449 | 6/21/18 | $296.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984480 | $3,230.61 | 7/26/18 | 16806950 | 6/21/18 | $251.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984480 | $3,230.61 | 7/26/18 | 16812384 | 6/21/18 | $228.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984480 | $3,230.61 | 7/26/18 | 16812451 | 6/21/18 | $225.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984480 | $3,230.61 | 7/26/18 | 16810864 | 6/21/18 | $173.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984480 | $3,230.61 | 7/26/18 | 16812391 | 6/21/18 | $105.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984480 | $3,230.61 | 7/26/18 | 16812384 | 6/21/18 | $0.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984480 | $3,230.61 | 7/26/18 | 16806950 | 6/21/18 | $0.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984480 | $3,230.61 | 7/26/18 | 16807499 | 6/22/18 | $105.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984480 | $3,230.61 | 7/26/18 | 2606500008 | 6/24/18 | $149.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984480 | $3,230.61 | 7/26/18 | 16838742 | 6/25/18 | $246.85 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984480 | $3,230.61 | 7/26/18 | 16846896 | 6/25/18 | $240.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984480 | $3,230.61 | 7/26/18 | 16837213 | 6/25/18 | $148.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984480 | $3,230.61 | 7/26/18 | 16837241 | 6/25/18 | $123.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984480 | $3,230.61 | 7/26/18 | 16839480 | 6/25/18 | $116.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984480 | $3,230.61 | 7/26/18 | 16837797 | 6/25/18 | $62.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984480 | $3,230.61 | 7/26/18 | 16840901 | 6/26/18 | $148.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984480 | $3,230.61 | 7/26/18 | 16838047 | 6/26/18 | $120.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984480 | $3,230.61 | 7/26/18 | 16838147 | 6/26/18 | $111.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984480 | $3,230.61 | 7/26/18 | 16842612 | 6/27/18 | $232.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984480 | $3,230.61 | 7/26/18 | 16842342 | 6/27/18 | $99.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984480 | $3,230.61 | 7/26/18 | 16840949 | 6/27/18 | $43.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987873 | $4,484.81 | 8/2/18 | 16838743 | 6/28/18 | $438.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987873 | $4,484.81 | 8/2/18 | 16842754 | 6/28/18 | $432.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987873 | $4,484.81 | 8/2/18 | 16842764 | 6/28/18 | $257.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987873 | $4,484.81 | 8/2/18 | 16837242 | 6/28/18 | $251.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987873 | $4,484.81 | 8/2/18 | 16838251 | 6/28/18 | $247.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987873 | $4,484.81 | 8/2/18 | 16837193 | 6/28/18 | $215.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987873 | $4,484.81 | 8/2/18 | 16842687 | 6/28/18 | $157.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987873 | $4,484.81 | 8/2/18 | 16837798 | 6/28/18 | $154.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987873 | $4,484.81 | 8/2/18 | 16842694 | 6/28/18 | $136.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987873 | $4,484.81 | 8/2/18 | 16840986 | 6/28/18 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987873 | $4,484.81 | 8/2/18 | 16838743 | 6/28/18 | $0.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987873 | $4,484.81 | 8/2/18 | 16842687 | 6/28/18 | $0.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987873 | $4,484.81 | 8/2/18 | 16837242 | 6/28/18 | $0.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987873 | $4,484.81 | 8/2/18 | 16837192 | 6/30/18 | $124.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987873 | $4,484.81 | 8/2/18 | 16862635 | 7/2/18 | $361.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987873 | $4,484.81 | 8/2/18 | 16864155 | 7/2/18 | $332.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987873 | $4,484.81 | 8/2/18 | 16863657 | 7/2/18 | $241.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987873 | $4,484.81 | 8/2/18 | 16864909 | 7/2/18 | $146.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987873 | $4,484.81 | 8/2/18 | 930102972 | 7/2/18 | $123.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987873 | $4,484.81 | 8/2/18 | 16867845 | 7/2/18 | $98.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987873 | $4,484.81 | 8/2/18 | 16863192 | 7/2/18 | $85.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987873 | $4,484.81 | 8/2/18 | 16862635 | 7/2/18 | $1.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987873 | $4,484.81 | 8/2/18 | 16866357 | 7/3/18 | $147.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987873 | $4,484.81 | 8/2/18 | 16863531 | 7/3/18 | $110.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987873 | $4,484.81 | 8/2/18 | 16863448 | 7/3/18 | $73.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987873 | $4,484.81 | 8/2/18 | 16868121 | 7/4/18 | $230.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987873 | $4,484.81 | 8/2/18 | 401819165 | 7/20/18 | -$2.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991390 | $4,658.44 | 8/13/18 | 16864156 | 7/5/18 | $351.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991390 | $4,658.44 | 8/13/18 | 16868264 | 7/5/18 | $265.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991390 | $4,658.44 | 8/13/18 | 16862636 | 7/5/18 | $260.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991390 | $4,658.44 | 8/13/18 | 1686641 | 7/5/18 | $171.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991390 | $4,658.44 | 8/13/18 | 16868196 | 7/5/18 | $154.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991390 | $4,658.44 | 8/13/18 | 16868203 | 7/5/18 | $135.18 |

Alta-Dena Certified Dairy, LLC

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991390 | $4,658.44 | 8/13/18 | 16867829 | 7/5/18 | $128.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991390 | $4,658.44 | 8/13/18 | 16863193 | 7/5/18 | $106.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991390 | $4,658.44 | 8/13/18 | 16862609 | 7/5/18 | $98.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991390 | $4,658.44 | 8/13/18 | 16868196 | 7/5/18 | $0.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991390 | $4,658.44 | 8/13/18 | 16862586 | 7/7/18 | $147.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991390 | $4,658.44 | 8/13/18 | 16862585 | 7/7/18 | $140.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991390 | $4,658.44 | 8/13/18 | 16899685 | 7/9/18 | $330.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991390 | $4,658.44 | 8/13/18 | 16898853 | 7/9/18 | $264.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991390 | $4,658.44 | 8/13/18 | 16842827 | 7/9/18 | $245.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991390 | $4,658.44 | 8/13/18 | 16897184 | 7/9/18 | $152.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991390 | $4,658.44 | 8/13/18 | 16897104 | 7/9/18 | $146.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991390 | $4,658.44 | 8/13/18 | 16868340 | 7/9/18 | $122.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991390 | $4,658.44 | 8/13/18 | 16897740 | 7/9/18 | $102.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991390 | $4,658.44 | 8/13/18 | 16897104 | 7/9/18 | $1.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991390 | $4,658.44 | 8/13/18 | 16842827 | 7/9/18 | $0.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991390 | $4,658.44 | 8/13/18 | 16897994 | 7/10/18 | $168.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991390 | $4,658.44 | 8/13/18 | 16901199 | 7/10/18 | $147.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991390 | $4,658.44 | 8/13/18 | 451230177 | 7/10/18 | $129.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991390 | $4,658.44 | 8/13/18 | 430131727 | 7/10/18 | $110.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991390 | $4,658.44 | 8/13/18 | 16897994 | 7/10/18 | $3.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991390 | $4,658.44 | 8/13/18 | 16902816 | 7/11/18 | $226.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991390 | $4,658.44 | 8/13/18 | 16903121 | 7/11/18 | $168.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991390 | $4,658.44 | 8/13/18 | 16903179 | 7/11/18 | $159.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991390 | $4,658.44 | 8/13/18 | 16902837 | 7/11/18 | $118.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991390 | $4,658.44 | 8/13/18 | 16901259 | 7/11/18 | $98.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995660 | $5,823.17 | 8/20/18 | 16472738A | 4/2/18 | $320.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995660 | $5,823.17 | 8/20/18 | 16536978 | 4/19/18 | $132.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995660 | $5,823.17 | 8/20/18 | 16567708 | 4/26/18 | $200.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995660 | $5,823.17 | 8/20/18 | 16598298 | 5/3/18 | $234.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995660 | $5,823.17 | 8/20/18 | 16623461 | 5/7/18 | $120.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995660 | $5,823.17 | 8/20/18 | 16624282 | 5/8/18 | $83.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995660 | $5,823.17 | 8/20/18 | 16628945 | 5/10/18 | $90.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995660 | $5,823.17 | 8/20/18 | 16659592 | 5/17/18 | $216.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995660 | $5,823.17 | 8/20/18 | 16897105 | 7/12/18 | $318.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995660 | $5,823.17 | 8/20/18 | 16898854 | 7/12/18 | $315.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995660 | $5,823.17 | 8/20/18 | 16898350 | 7/12/18 | $285.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995660 | $5,823.17 | 8/20/18 | 16903288 | 7/12/18 | $265.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995660 | $5,823.17 | 8/20/18 | 16897185 | 7/12/18 | $259.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995660 | $5,823.17 | 8/20/18 | 16903205 | 7/12/18 | $133.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995660 | $5,823.17 | 8/20/18 | 16897145 | 7/12/18 | $103.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995660 | $5,823.17 | 8/20/18 | 16901315 | 7/12/18 | $85.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995660 | $5,823.17 | 8/20/18 | 16897185 | 7/12/18 | $2.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995660 | $5,823.17 | 8/20/18 | 16897105 | 7/12/18 | $1.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995660 | $5,823.17 | 8/20/18 | 16903302 | 7/13/18 | $255.63 |

Alta-Dena Certified Dairy, LLC

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995660 | $5,823.17 | 8/20/18 | 16903196 | 7/13/18 | $237.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995660 | $5,823.17 | 8/20/18 | 16903196 | 7/13/18 | $1.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995660 | $5,823.17 | 8/20/18 | 16928991 | 7/16/18 | $338.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995660 | $5,823.17 | 8/20/18 | 16929812 | 7/16/18 | $330.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995660 | $5,823.17 | 8/20/18 | 16927307 | 7/16/18 | $282.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995660 | $5,823.17 | 8/20/18 | 16927228 | 7/16/18 | $183.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995660 | $5,823.17 | 8/20/18 | 16928488 | 7/16/18 | $182.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995660 | $5,823.17 | 8/20/18 | 16927877 | 7/16/18 | $61.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995660 | $5,823.17 | 8/20/18 | 16927307 | 7/16/18 | $2.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995660 | $5,823.17 | 8/20/18 | 16928991 | 7/16/18 | $0.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995660 | $5,823.17 | 8/20/18 | 16931316 | 7/17/18 | $147.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995660 | $5,823.17 | 8/20/18 | 16924719 | 7/17/18 | $73.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995660 | $5,823.17 | 8/20/18 | 16933247 | 7/18/18 | $214.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995660 | $5,823.17 | 8/20/18 | 16932957 | 7/18/18 | $126.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995660 | $5,823.17 | 8/20/18 | 16933309 | 7/18/18 | $122.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995660 | $5,823.17 | 8/20/18 | 16931375 | 7/18/18 | $93.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995660 | $5,823.17 | 8/20/18 | 451230413 | 7/30/18 | -$3.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999002 | $4,778.25 | 8/29/18 | 16928992 | 7/19/18 | $363.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999002 | $4,778.25 | 8/29/18 | 16927308 | 7/19/18 | $334.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999002 | $4,778.25 | 8/29/18 | 16933422 | 7/19/18 | $327.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999002 | $4,778.25 | 8/29/18 | 16928489 | 7/19/18 | $253.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999002 | $4,778.25 | 8/29/18 | 16927267 | 7/19/18 | $221.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999002 | $4,778.25 | 8/29/18 | 16931432 | 7/19/18 | $190.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999002 | $4,778.25 | 8/29/18 | 16933338 | 7/19/18 | $134.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999002 | $4,778.25 | 8/29/18 | 16933437 | 7/19/18 | $128.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999002 | $4,778.25 | 8/29/18 | 16927229 | 7/19/18 | $110.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999002 | $4,778.25 | 8/29/18 | 16927878 | 7/19/18 | $20.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999002 | $4,778.25 | 8/29/18 | 16927308 | 7/19/18 | $0.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999002 | $4,778.25 | 8/29/18 | 16932937 | 7/20/18 | $204.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999002 | $4,778.25 | 8/29/18 | 16933539 | 7/21/18 | $122.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999002 | $4,778.25 | 8/29/18 | 16924574 | 7/23/18 | $311.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999002 | $4,778.25 | 8/29/18 | 16957820 | 7/23/18 | $289.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999002 | $4,778.25 | 8/29/18 | 16959498 | 7/23/18 | $245.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999002 | $4,778.25 | 8/29/18 | 16958379 | 7/23/18 | $186.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999002 | $4,778.25 | 8/29/18 | 16924574 | 7/23/18 | $1.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999002 | $4,778.25 | 8/29/18 | 16958742 | 7/24/18 | $232.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999002 | $4,778.25 | 8/29/18 | 16961811 | 7/24/18 | $147.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999002 | $4,778.25 | 8/29/18 | 16953760 | 7/24/18 | $136.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999002 | $4,778.25 | 8/29/18 | 16953760 | 7/24/18 | $1.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999002 | $4,778.25 | 8/29/18 | 16963430 | 7/25/18 | $297.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999002 | $4,778.25 | 8/29/18 | 16963739 | 7/25/18 | $214.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999002 | $4,778.25 | 8/29/18 | 16963451 | 7/25/18 | $158.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999002 | $4,778.25 | 8/29/18 | 16963798 | 7/25/18 | $98.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999002 | $4,778.25 | 8/29/18 | 16961873 | 7/25/18 | $40.76 |

Alta-Dena Certified Dairy, LLC

Bankruptcy Case: Sears Holding Corporation, et al.

April 1, 2020    Exhibit A    P. 4

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999002 | $4,778.25 | 8/29/18 | 16963430 | 7/25/18 | $4.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999002 | $4,778.25 | 8/29/18 | 16963451 | 7/25/18 | $1.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002504 | $3,849.06 | 9/5/18 | 16963907 | 7/26/18 | $372.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002504 | $3,849.06 | 9/5/18 | 16957821 | 7/26/18 | $298.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002504 | $3,849.06 | 9/5/18 | 16959499 | 7/26/18 | $234.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002504 | $3,849.06 | 9/5/18 | 16963813 | 7/26/18 | $192.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002504 | $3,849.06 | 9/5/18 | 16961929 | 7/26/18 | $170.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002504 | $3,849.06 | 9/5/18 | 16963822 | 7/26/18 | $131.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002504 | $3,849.06 | 9/5/18 | 16957742 | 7/26/18 | $121.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002504 | $3,849.06 | 9/5/18 | 16958380 | 7/26/18 | $61.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002504 | $3,849.06 | 9/5/18 | 16963813 | 7/26/18 | $1.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002504 | $3,849.06 | 9/5/18 | 16989903 | 7/30/18 | $267.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002504 | $3,849.06 | 9/5/18 | 16985462 | 7/30/18 | $236.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002504 | $3,849.06 | 9/5/18 | 16988250 | 7/30/18 | $218.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002504 | $3,849.06 | 9/5/18 | 16988170 | 7/30/18 | $131.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002504 | $3,849.06 | 9/5/18 | 16990720 | 7/30/18 | $85.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002504 | $3,849.06 | 9/5/18 | 16988788 | 7/30/18 | $85.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002504 | $3,849.06 | 9/5/18 | 16988209 | 7/30/18 | $76.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002504 | $3,849.06 | 9/5/18 | 16989903 | 7/30/18 | $0.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002504 | $3,849.06 | 9/5/18 | 16989146 | 7/31/18 | $232.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002504 | $3,849.06 | 9/5/18 | 16989043 | 7/31/18 | $179.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002504 | $3,849.06 | 9/5/18 | 16992195 | 7/31/18 | $110.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002504 | $3,849.06 | 9/5/18 | 16989043 | 7/31/18 | $3.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002504 | $3,849.06 | 9/5/18 | 16994118 | 8/1/18 | $272.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002504 | $3,849.06 | 9/5/18 | 16993804 | 8/1/18 | $235.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002504 | $3,849.06 | 9/5/18 | 16993825 | 8/1/18 | $126.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002504 | $3,849.06 | 9/5/18 | 16993825 | 8/1/18 | $1.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005898 | $4,247.43 | 9/12/18 | 16994288 | 8/2/18 | $517.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005898 | $4,247.43 | 9/12/18 | 16989421 | 8/2/18 | $368.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005898 | $4,247.43 | 9/12/18 | 16989904 | 8/2/18 | $355.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005898 | $4,247.43 | 9/12/18 | 16988251 | 8/2/18 | $320.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005898 | $4,247.43 | 9/12/18 | 551792 | 8/2/18 | $156.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005898 | $4,247.43 | 9/12/18 | 16988171 | 8/2/18 | $72.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005898 | $4,247.43 | 9/12/18 | 16992308 | 8/2/18 | $66.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005898 | $4,247.43 | 9/12/18 | 16988789 | 8/2/18 | $30.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005898 | $4,247.43 | 9/12/18 | 16988251 | 8/2/18 | $1.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005898 | $4,247.43 | 9/12/18 | 16994302 | 8/3/18 | $216.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005898 | $4,247.43 | 9/12/18 | 16994195 | 8/3/18 | $167.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005898 | $4,247.43 | 9/12/18 | 17018806 | 8/6/18 | $438.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005898 | $4,247.43 | 9/12/18 | 17020459 | 8/6/18 | $337.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005898 | $4,247.43 | 9/12/18 | 17018727 | 8/6/18 | $306.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005898 | $4,247.43 | 9/12/18 | 17019360 | 8/6/18 | $217.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005898 | $4,247.43 | 9/12/18 | 16994403 | 8/6/18 | $98.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005898 | $4,247.43 | 9/12/18 | 17021275 | 8/6/18 | $42.28 |

Alta-Dena Certified Dairy, LLC

Bankruptcy Case: Sears Holding Corporation, et al.

April 1, 2020                                      Exhibit A                                      P. 5

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005898 | $4,247.43 | 9/12/18 | 17019956 | 8/6/18 | $36.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005898 | $4,247.43 | 9/12/18 | 17018806 | 8/6/18 | $4.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005898 | $4,247.43 | 9/12/18 | 17019616 | 8/7/18 | $129.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005898 | $4,247.43 | 9/12/18 | 17022769 | 8/7/18 | $108.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005898 | $4,247.43 | 9/12/18 | 17019616 | 8/7/18 | $2.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005898 | $4,247.43 | 9/12/18 | 17024378 | 8/8/18 | $151.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005898 | $4,247.43 | 9/12/18 | 17022829 | 8/8/18 | $101.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009648 | $4,839.38 | 9/19/18 | 17024862 | 8/9/18 | $454.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009648 | $4,839.38 | 9/19/18 | 17020460 | 8/9/18 | $332.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009648 | $4,839.38 | 9/19/18 | 17024692 | 8/9/18 | $306.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009648 | $4,839.38 | 9/19/18 | 17019957 | 8/9/18 | $301.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009648 | $4,839.38 | 9/19/18 | 17018807 | 8/9/18 | $258.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009648 | $4,839.38 | 9/19/18 | 17018728 | 8/9/18 | $236.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009648 | $4,839.38 | 9/19/18 | 17022882 | 8/9/18 | $193.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009648 | $4,839.38 | 9/19/18 | 17024876 | 8/9/18 | $90.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009648 | $4,839.38 | 9/19/18 | 17019361 | 8/9/18 | $80.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009648 | $4,839.38 | 9/19/18 | 17024398 | 8/9/18 | $60.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009648 | $4,839.38 | 9/19/18 | 17024781 | 8/9/18 | $58.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009648 | $4,839.38 | 9/19/18 | 17018728 | 8/9/18 | $1.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009648 | $4,839.38 | 9/19/18 | 17020460 | 8/9/18 | $0.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009648 | $4,839.38 | 9/19/18 | 17024753 | 8/10/18 | $100.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009648 | $4,839.38 | 9/19/18 | 17049515 | 8/13/18 | $437.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009648 | $4,839.38 | 9/19/18 | 17051179 | 8/13/18 | $297.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009648 | $4,839.38 | 9/19/18 | 17024769 | 8/13/18 | $263.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009648 | $4,839.38 | 9/19/18 | 17052018 | 8/13/18 | $217.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009648 | $4,839.38 | 9/19/18 | 17024977 | 8/13/18 | $150.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009648 | $4,839.38 | 9/19/18 | 17049468 | 8/13/18 | $121.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009648 | $4,839.38 | 9/19/18 | 1050073 | 8/13/18 | $120.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009648 | $4,839.38 | 9/19/18 | 17024769 | 8/13/18 | $1.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009648 | $4,839.38 | 9/19/18 | 17050430 | 8/14/18 | $229.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009648 | $4,839.38 | 9/19/18 | 17053510 | 8/14/18 | $175.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009648 | $4,839.38 | 9/19/18 | 17050328 | 8/14/18 | $103.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009648 | $4,839.38 | 9/19/18 | 17055495 | 8/15/18 | $193.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009648 | $4,839.38 | 9/19/18 | 17053571 | 8/15/18 | $52.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013469 | $3,836.71 | 9/26/18 | 17049516 | 8/16/18 | $343.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013469 | $3,836.71 | 9/26/18 | 17051180 | 8/16/18 | $294.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013469 | $3,836.71 | 9/26/18 | 17055511 | 8/16/18 | $222.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013469 | $3,836.71 | 9/26/18 | 17050675 | 8/16/18 | $207.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013469 | $3,836.71 | 9/26/18 | 17055434 | 8/16/18 | $175.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013469 | $3,836.71 | 9/26/18 | 17055140 | 8/16/18 | $136.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013469 | $3,836.71 | 9/26/18 | 17053626 | 8/16/18 | $96.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013469 | $3,836.71 | 9/26/18 | 17055521 | 8/16/18 | $84.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013469 | $3,836.71 | 9/26/18 | 17049469 | 8/16/18 | $84.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013469 | $3,836.71 | 9/26/18 | 17050074 | 8/16/18 | $70.47 |

Alta-Dena Certified Dairy, LLC

Bankruptcy Case: Sears Holding Corporation, et al.

April 1, 2020                                                                Exhibit A                                                                           P. 6

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013469 | $3,836.71 | 9/26/18 | 17055511 | 8/16/18 | $0.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013469 | $3,836.71 | 9/26/18 | 17055434 | 8/16/18 | $0.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013469 | $3,836.71 | 9/26/18 | 17080129 | 8/20/18 | $632.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013469 | $3,836.71 | 9/26/18 | 17081801 | 8/20/18 | $336.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013469 | $3,836.71 | 9/26/18 | 17082631 | 8/20/18 | $132.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013469 | $3,836.71 | 9/26/18 | 17081304 | 8/20/18 | $132.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013469 | $3,836.71 | 9/26/18 | 17080036 | 8/20/18 | $127.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013469 | $3,836.71 | 9/26/18 | 17080680 | 8/20/18 | $66.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013469 | $3,836.71 | 9/26/18 | 17082631 | 8/20/18 | $1.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013469 | $3,836.71 | 9/26/18 | 17081037 | 8/21/18 | $157.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013469 | $3,836.71 | 9/26/18 | 17080934 | 8/21/18 | $96.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013469 | $3,836.71 | 9/26/18 | 17085735 | 8/22/18 | $151.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013469 | $3,836.71 | 9/26/18 | 17086052 | 8/22/18 | $132.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013469 | $3,836.71 | 9/26/18 | 17085755 | 8/22/18 | $114.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013469 | $3,836.71 | 9/26/18 | 17084188 | 8/22/18 | $40.22 |

**Totals:**    10 transfer(s),  $44,334.20