Defendant: **AR North America Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7454 | $253,580.92 | 7/18/18 | 201819851719 | 7/1/18 | $253,580.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7455 | $61,753.55 | 8/3/18 | 201820031167 | 7/17/18 | $61,753.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7456 | $61,069.50 | 8/21/18 | 201820724661 | 7/31/18 | $61,069.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7457 | $62,711.21 | 9/5/18 | 201820757511 | 8/15/18 | $62,711.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7458 | $62,848.02 | 9/19/18 | 201821066377 | 8/29/18 | $62,848.02 |

Totals: 5 transfer(s), **$501,963.20**