Defendant: **Arizona Beverages USA LLC**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984530 | $11,391.01 | 7/26/18 | 90033286 | 5/23/18 | $8,095.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984530 | $11,391.01 | 7/26/18 | 90033285 | 5/23/18 | $3,306.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984530 | $11,391.01 | 7/26/18 | 90036904 | 6/6/18 | $1,607.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984530 | $11,391.01 | 7/26/18 | 90038487 | 6/13/18 | $12,965.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984530 | $11,391.01 | 7/26/18 | 90038486 | 6/13/18 | $2,125.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984530 | $11,391.01 | 7/26/18 | VPASN993116057 | 6/17/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984530 | $11,391.01 | 7/26/18 | VPASN993116059 | 6/17/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984530 | $11,391.01 | 7/26/18 | VPASN993116058 | 6/17/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984530 | $11,391.01 | 7/26/18 | VPASN993116056 | 6/17/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984530 | $11,391.01 | 7/26/18 | VPOT991482495 | 6/17/18 | -$233.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984530 | $11,391.01 | 7/26/18 | VPOT991482493 | 6/17/18 | -$443.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984530 | $11,391.01 | 7/26/18 | VPOT991482494 | 6/17/18 | -$4,124.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984530 | $11,391.01 | 7/26/18 | VPOT991482496 | 6/17/18 | -$8,050.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984530 | $11,391.01 | 7/26/18 | VPASN993116701 | 7/1/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984530 | $11,391.01 | 7/26/18 | VPASN993116700 | 7/1/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984530 | $11,391.01 | 7/26/18 | MA18188708498 | 7/7/18 | -$14.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984530 | $11,391.01 | 7/26/18 | MA18188708493 | 7/7/18 | -$176.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984530 | $11,391.01 | 7/26/18 | MA18188708504 | 7/7/18 | -$564.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984530 | $11,391.01 | 7/26/18 | MA18188708503 | 7/7/18 | -$1,511.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984530 | $11,391.01 | 7/26/18 | MA18195714431 | 7/14/18 | -$690.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987918 | $69,325.44 | 8/2/18 | 90039631 | 6/18/18 | $13,929.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987918 | $69,325.44 | 8/2/18 | 90039949 | 6/19/18 | $14,425.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987918 | $69,325.44 | 8/2/18 | 90039645 | 6/19/18 | $13,451.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987918 | $69,325.44 | 8/2/18 | 90039948 | 6/19/18 | $1,607.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987918 | $69,325.44 | 8/2/18 | 90039646 | 6/19/18 | $803.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987918 | $69,325.44 | 8/2/18 | 90040409 | 6/20/18 | $12,748.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987918 | $69,325.44 | 8/2/18 | 90040410 | 6/20/18 | $2,055.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987918 | $69,325.44 | 8/2/18 | 90040407 | 6/21/18 | $9,408.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987918 | $69,325.44 | 8/2/18 | 90040408 | 6/21/18 | $896.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991431 | $17,342.76 | 8/13/18 | 90042540 | 6/28/18 | $896.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991431 | $17,342.76 | 8/13/18 | 90042824 | 6/29/18 | $12,322.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991431 | $17,342.76 | 8/13/18 | VPOTR991482494 | 7/29/18 | $4,124.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995712 | $17,386.82 | 8/20/18 | 90051180 | 7/1/18 | $9,084.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995712 | $17,386.82 | 8/20/18 | 90051181 | 7/1/18 | $565.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995712 | $17,386.82 | 8/20/18 | VPOTR991482496 | 7/29/18 | $8,050.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995712 | $17,386.82 | 8/20/18 | MA18216708504 | 8/4/18 | -$85.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995712 | $17,386.82 | 8/20/18 | MA18216708503 | 8/4/18 | -$228.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999052 | $10,691.44 | 8/29/18 | 90046164 | 7/12/18 | $9,084.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999052 | $10,691.44 | 8/29/18 | 90046163 | 7/12/18 | $1,607.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013511 | $28,111.43 | 9/26/18 | 90036903 | 6/6/18 | $13,292.32 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013511 | $28,111.43 | 9/26/18 | 90040742 | 6/21/18 | $10,033.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013511 | $28,111.43 | 9/26/18 | 90040741 | 6/21/18 | $1,521.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013511 | $28,111.43 | 9/26/18 | 90051292 | 7/1/18 | $10,194.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013511 | $28,111.43 | 9/26/18 | VPASN993119519 | 8/19/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013511 | $28,111.43 | 9/26/18 | VPASN993119520 | 8/19/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013511 | $28,111.43 | 9/26/18 | VPOT991487289 | 8/26/18 | -$106.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013511 | $28,111.43 | 9/26/18 | VPOT991487288 | 8/26/18 | -$649.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013511 | $28,111.43 | 9/26/18 | MA18244708504 | 9/1/18 | -$103.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013511 | $28,111.43 | 9/26/18 | MA18244708503 | 9/1/18 | -$276.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013511 | $28,111.43 | 9/26/18 | VPOT991488045 | 9/2/18 | -$40.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013511 | $28,111.43 | 9/26/18 | VPOT991488044 | 9/2/18 | -$80.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013511 | $28,111.43 | 9/26/18 | VPOT991488046 | 9/2/18 | -$102.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013511 | $28,111.43 | 9/26/18 | VPASN993120424 | 9/2/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013511 | $28,111.43 | 9/26/18 | VPASN993120419 | 9/2/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013511 | $28,111.43 | 9/26/18 | VPASN993120423 | 9/2/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013511 | $28,111.43 | 9/26/18 | VPASN993120422 | 9/2/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013511 | $28,111.43 | 9/26/18 | VPASN993120421 | 9/2/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013511 | $28,111.43 | 9/26/18 | VPASN993120420 | 9/2/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013511 | $28,111.43 | 9/26/18 | VPOT991488043 | 9/2/18 | -$624.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013511 | $28,111.43 | 9/26/18 | VPOT991488040 | 9/2/18 | -$650.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013511 | $28,111.43 | 9/26/18 | VPOT991488042 | 9/2/18 | -$675.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013511 | $28,111.43 | 9/26/18 | VPOT991488041 | 9/2/18 | -$722.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013511 | $28,111.43 | 9/26/18 | KM170027 | 9/6/18 | -$1,399.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013511 | $28,111.43 | 9/26/18 | VPASN993120715 | 9/9/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013511 | $28,111.43 | 9/26/18 | VPASN993120714 | 9/9/18 | -$150.00 |

Totals:    6 transfer(s),  $154,248.90