Defendant: **Arundel Crossing II LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171283 | $63,366.46 | 8/6/18 | 0000072618 | 7/26/18 | $59,183.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171283 | $63,366.46 | 8/6/18 | 0000072618 | 7/26/18 | $4,182.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172163 | $1,005.71 | 8/8/18 | 0000073118 | 7/31/18 | $1,005.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172695 | $63,366.46 | 9/5/18 | 0000082618 | 8/26/18 | $59,183.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172695 | $63,366.46 | 9/5/18 | 0000082618 | 8/26/18 | $4,182.66 |

Totals: 3 transfer(s), $127,738.63