| Defendant: | Associated Hygienic Products |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780979646 | $10,595.21 | 7/17/18 | 1003719 | 6/21/18 | $6,150.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979646 | $10,595.21 | 7/17/18 | 1003718 | 6/21/18 | $4,444.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980369 | $49,820.02 | 7/18/18 | 1003722 | 6/21/18 | $15,900.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980369 | $49,820.02 | 7/18/18 | 1003866 | 6/27/18 | $33,919.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982988 | $3,525.59 | 7/24/18 | 1003664 | 6/19/18 | $7,407.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982988 | $3,525.59 | 7/24/18 | 8361AD070818BJ0 | 7/6/18 | -$529.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982988 | $3,525.59 | 7/24/18 | MA18188697775 | 7/7/18 | -$601.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982988 | $3,525.59 | 7/24/18 | VPOT991483879 | 7/8/18 | -$177.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982988 | $3,525.59 | 7/24/18 | VPOT991483878 | 7/8/18 | -$676.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982988 | $3,525.59 | 7/24/18 | VPOT991483877 | 7/8/18 | -$856.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982988 | $3,525.59 | 7/24/18 | VPOT991483880 | 7/8/18 | -$1,039.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985667 | $3,735.55 | 7/30/18 | 1003664 | 6/19/18 | $4,015.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985667 | $3,735.55 | 7/30/18 | 8361AD071518BE4 | 7/13/18 | -$279.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986410 | $5,607.76 | 7/31/18 | 1004038 | 7/5/18 | $5,607.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987117 | $22,086.06 | 8/1/18 | 1004115 | 7/9/18 | $22,086.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987931 | $6,584.38 | 8/2/18 | 1004120 | 7/9/18 | $7,002.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987931 | $6,584.38 | 8/2/18 | 8361AD072218BH9 | 7/20/18 | -$418.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988466 | $9,589.05 | 8/7/18 | AHPLLC0233416A | 12/19/17 | $12,656.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988466 | $9,589.05 | 8/7/18 | VPOT991484215 | 7/22/18 | -$69.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988466 | $9,589.05 | 8/7/18 | VPOT991484219 | 7/22/18 | -$94.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988466 | $9,589.05 | 8/7/18 | VPOT991484217 | 7/22/18 | -$179.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988466 | $9,589.05 | 8/7/18 | VPOT991484600 | 7/22/18 | -$305.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988466 | $9,589.05 | 8/7/18 | VPOT991484598 | 7/22/18 | -$386.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988466 | $9,589.05 | 8/7/18 | VPOT991484218 | 7/22/18 | -$420.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988466 | $9,589.05 | 8/7/18 | VPOT991484599 | 7/22/18 | -$796.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988466 | $9,589.05 | 8/7/18 | VPOT991484216 | 7/22/18 | -$815.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989857 | $9,175.31 | 8/9/18 | 1004141 | 7/10/18 | $9,175.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990614 | $5,772.44 | 8/10/18 | 1004037 | 7/5/18 | $5,772.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994314 | $6,212.07 | 8/17/18 | 1004325 | 7/17/18 | $6,666.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994314 | $6,212.07 | 8/17/18 | 8361AD072918BI6 | 7/27/18 | -$251.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994314 | $6,212.07 | 8/17/18 | VPOT991485037 | 7/29/18 | -$202.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997594 | $7,236.57 | 8/23/18 | 1004480 | 7/25/18 | $8,998.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997594 | $7,236.57 | 8/23/18 | 8361AD080518BN2 | 8/3/18 | -$675.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997594 | $7,236.57 | 8/23/18 | MA18216697775 | 8/4/18 | -$459.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997594 | $7,236.57 | 8/23/18 | VPFR991684901 | 8/5/18 | -$93.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997594 | $7,236.57 | 8/23/18 | VPFR991684902 | 8/5/18 | -$103.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997594 | $7,236.57 | 8/23/18 | VPFR991684903 | 8/5/18 | -$129.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997594 | $7,236.57 | 8/23/18 | VPOT991485513 | 8/5/18 | -$134.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997594 | $7,236.57 | 8/23/18 | VPOT991485512 | 8/5/18 | -$165.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001013 | $5,615.84 | 9/3/18 | 1004560 | 7/30/18 | $5,752.64 |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781001013 | $5,615.84 | 9/3/18 | 8361AD081218BC3 | 8/10/18 | -$136.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001690 | $5,566.40 | 9/4/18 | 1004652 | 8/3/18 | $5,566.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004459 | $11,506.95 | 9/10/18 | 1004705 | 8/7/18 | $5,946.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004459 | $11,506.95 | 9/10/18 | 1004720 | 8/8/18 | $5,853.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004459 | $11,506.95 | 9/10/18 | 8361AD081918A40 | 8/17/18 | -$59.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004459 | $11,506.95 | 9/10/18 | VPOT991486660 | 8/19/18 | -$233.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005136 | $4,166.57 | 9/11/18 | 1004721 | 8/8/18 | $4,166.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007943 | $8,347.25 | 9/17/18 | AHPLLC0233515 | 12/22/17 | $1,587.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007943 | $8,347.25 | 9/17/18 | 1004950 | 8/16/18 | $7,779.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007943 | $8,347.25 | 9/17/18 | 8361AD082618BP9 | 8/24/18 | -$818.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007943 | $8,347.25 | 9/17/18 | VPOT991487189 | 8/26/18 | -$200.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008709 | $9,291.36 | 9/18/18 | 1002888 | 5/18/18 | $3,088.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008709 | $9,291.36 | 9/18/18 | 1002888 | 5/18/18 | $2,125.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008709 | $9,291.36 | 9/18/18 | 1004700 | 8/7/18 | $4,077.00 |

Totals: 18 transfer(s), $184,434.38