Defendant: **Atos It Solutions and Services, Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62083098 | $935.34 | 7/16/18 | 5376152450 | 6/18/18 | $935.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083352 | $8,418.06 | 7/19/18 | 5376152450D | 6/18/18 | $8,418.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084193 | $9,918.13 | 8/7/18 | 53761549447 | 5/3/18 | $580.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084193 | $9,918.13 | 8/7/18 | 53761549442 | 5/7/18 | $450.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084193 | $9,918.13 | 8/7/18 | 537615494429 | 5/23/18 | $346.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084193 | $9,918.13 | 8/7/18 | 537615494413 | 5/30/18 | $244.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084193 | $9,918.13 | 8/7/18 | 537615494415 | 6/1/18 | $297.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084193 | $9,918.13 | 8/7/18 | 53761549444 | 6/4/18 | $636.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084193 | $9,918.13 | 8/7/18 | 537615494418 | 6/4/18 | $459.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084193 | $9,918.13 | 8/7/18 | 537615494416 | 6/4/18 | $113.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084193 | $9,918.13 | 8/7/18 | 537615494417 | 6/7/18 | $170.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084193 | $9,918.13 | 8/7/18 | 53761549446 | 6/8/18 | $589.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084193 | $9,918.13 | 8/7/18 | 53761549445 | 6/8/18 | $397.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084193 | $9,918.13 | 8/7/18 | 53761549443 | 6/8/18 | $230.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084193 | $9,918.13 | 8/7/18 | 537615494419 | 6/10/18 | $170.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084193 | $9,918.13 | 8/7/18 | 537615494420 | 6/11/18 | $225.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084193 | $9,918.13 | 8/7/18 | 537615494414 | 6/12/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084193 | $9,918.13 | 8/7/18 | 537615494422 | 6/14/18 | $106.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084193 | $9,918.13 | 8/7/18 | 537615494410 | 6/15/18 | $636.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084193 | $9,918.13 | 8/7/18 | 53761549448 | 6/15/18 | $634.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084193 | $9,918.13 | 8/7/18 | 537615494412 | 6/15/18 | $147.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084193 | $9,918.13 | 8/7/18 | 53761549449 | 6/15/18 | $74.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084193 | $9,918.13 | 8/7/18 | 537615494411 | 6/15/18 | $66.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084193 | $9,918.13 | 8/7/18 | 53761549441 | 6/18/18 | $872.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084193 | $9,918.13 | 8/7/18 | 537615494423 | 6/19/18 | $999.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084193 | $9,918.13 | 8/7/18 | 537615494421 | 6/20/18 | $1,256.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084241 | $212.50 | 8/8/18 | 537615494424 | 6/22/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084489 | $147.79 | 8/13/18 | 537615494426 | 6/27/18 | $147.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084697 | $106.25 | 8/14/18 | 537615494425 | 6/28/18 | $106.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084927 | $403.75 | 8/16/18 | 537615494427 | 6/30/18 | $403.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085294 | $223.12 | 8/28/18 | 537615494428 | 7/9/18 | $223.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086345 | $13,168.06 | 9/14/18 | 53761576628 | 6/8/18 | $590.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086345 | $13,168.06 | 9/14/18 | 537615766229 | 6/11/18 | $799.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086345 | $13,168.06 | 9/14/18 | 537615766224 | 6/19/18 | $215.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086345 | $13,168.06 | 9/14/18 | 537615766233 | 6/19/18 | $215.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086345 | $13,168.06 | 9/14/18 | 537615766216 | 6/20/18 | $298.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086345 | $13,168.06 | 9/14/18 | 53761576627 | 6/21/18 | $632.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086345 | $13,168.06 | 9/14/18 | 537615766218 | 6/27/18 | $265.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086345 | $13,168.06 | 9/14/18 | 53761576626 | 7/1/18 | $373.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086345 | $13,168.06 | 9/14/18 | 53761576629 | 7/3/18 | $321.84 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62086345 | $13,168.06 | 9/14/18 | 537615766210 | 7/4/18 | $341.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086345 | $13,168.06 | 9/14/18 | 53761576622 | 7/5/18 | $276.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086345 | $13,168.06 | 9/14/18 | 537615766219 | 7/6/18 | $599.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086345 | $13,168.06 | 9/14/18 | 53761576625 | 7/7/18 | $332.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086345 | $13,168.06 | 9/14/18 | 537615766231 | 7/9/18 | $230.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086345 | $13,168.06 | 9/14/18 | 537615766221 | 7/11/18 | $439.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086345 | $13,168.06 | 9/14/18 | 537615766211 | 7/11/18 | $295.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086345 | $13,168.06 | 9/14/18 | 537615766220 | 7/12/18 | $963.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086345 | $13,168.06 | 9/14/18 | 537615766222 | 7/12/18 | $231.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086345 | $13,168.06 | 9/14/18 | 53761576621 | 7/15/18 | $457.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086345 | $13,168.06 | 9/14/18 | 537615766230 | 7/15/18 | $382.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086345 | $13,168.06 | 9/14/18 | 537615766232 | 7/15/18 | $377.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086345 | $13,168.06 | 9/14/18 | 53761576623 | 7/15/18 | $330.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086345 | $13,168.06 | 9/14/18 | 537615766226 | 7/15/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086345 | $13,168.06 | 9/14/18 | 537615766214 | 7/15/18 | $166.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086345 | $13,168.06 | 9/14/18 | 537615766213 | 7/15/18 | $162.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086345 | $13,168.06 | 9/14/18 | 537615766225 | 7/15/18 | $145.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086345 | $13,168.06 | 9/14/18 | 537615766227 | 7/15/18 | $116.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086345 | $13,168.06 | 9/14/18 | 537615766238 | 7/15/18 | $86.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086345 | $13,168.06 | 9/14/18 | 537615766237 | 7/15/18 | $86.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086345 | $13,168.06 | 9/14/18 | 537615766215 | 7/15/18 | $50.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086345 | $13,168.06 | 9/14/18 | 53761576624 | 7/15/18 | $19.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086345 | $13,168.06 | 9/14/18 | 537615766236 | 7/17/18 | $199.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086345 | $13,168.06 | 9/14/18 | 537615766212 | 7/20/18 | $317.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086345 | $13,168.06 | 9/14/18 | 537615766217 | 7/23/18 | $329.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086345 | $13,168.06 | 9/14/18 | 537615766223 | 7/23/18 | $328.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086345 | $13,168.06 | 9/14/18 | 537615766234 | 7/24/18 | $784.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086345 | $13,168.06 | 9/14/18 | 537615766235 | 7/26/18 | $1,190.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086720 | $278.86 | 9/18/18 | 537615766228 | 7/30/18 | $278.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087388 | $11,011.54 | 10/1/18 | 5376154944 | 7/19/18 | $11,011.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087617 | $228,745.64 | 10/5/18 | 5376155812 | 8/17/18 | $228,745.64 |

Totals:    12 transfer(s),  $273,569.04