| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Defendant:** | **Beauty Gem, Inc.** | | | | | | |
| **Bankruptcy Case** | **Sears Holding Corporation, et al.** | | | | | | |
| **Preference Period:** | **Jul 17, 2018 - Oct 15, 2018** | | | | | | |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981715 | $230.56 | 7/20/18 | K0952020180619 | 6/18/18 | $151.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981715 | $230.56 | 7/20/18 | K0444220180620 | 6/19/18 | $389.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981715 | $230.56 | 7/20/18 | 6619195000-1 | 6/19/18 | $135.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981715 | $230.56 | 7/20/18 | K0414120180620 | 6/19/18 | $48.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981715 | $230.56 | 7/20/18 | K0343820180621 | 6/20/18 | $52.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981715 | $230.56 | 7/20/18 | K0416020180622 | 6/21/18 | $31.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981715 | $230.56 | 7/20/18 | K0401620180623 | 6/22/18 | $389.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981715 | $230.56 | 7/20/18 | MA18186715079 | 7/5/18 | -$81.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981715 | $230.56 | 7/20/18 | MA18186715082 | 7/5/18 | -$285.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981715 | $230.56 | 7/20/18 | MA18186715078 | 7/5/18 | -$340.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981715 | $230.56 | 7/20/18 | 5371805000-1 | 7/6/18 | -$135.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981715 | $230.56 | 7/20/18 | K0703320180709 | 7/8/18 | -$48.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981715 | $230.56 | 7/20/18 | K0485720180710 | 7/9/18 | -$75.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982309 | $31.50 | 7/23/18 | K0386520180624 | 6/23/18 | $31.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983666 | $4,261.16 | 7/25/18 | 59401 | 6/12/18 | $4,004.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983666 | $4,261.16 | 7/25/18 | 60041 | 6/15/18 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983666 | $4,261.16 | 7/25/18 | 6648255000-1 | 6/22/18 | $135.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983666 | $4,261.16 | 7/25/18 | K0703420180625 | 6/24/18 | $48.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983666 | $4,261.16 | 7/25/18 | K0345920180625 | 6/24/18 | $48.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983666 | $4,261.16 | 7/25/18 | K0318920180626 | 6/25/18 | $48.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983666 | $4,261.16 | 7/25/18 | K0429720180628 | 6/27/18 | $52.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983666 | $4,261.16 | 7/25/18 | K0328820180628 | 6/27/18 | $48.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983666 | $4,261.16 | 7/25/18 | 5377055000-1 | 7/11/18 | -$135.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983666 | $4,261.16 | 7/25/18 | K0444220180713 | 7/12/18 | -$389.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984576 | $469.49 | 7/26/18 | 6684915000-1 | 6/25/18 | $80.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984576 | $469.49 | 7/26/18 | K0386520180629 | 6/28/18 | $389.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985073 | $48.83 | 7/27/18 | K0378120180630 | 6/29/18 | $48.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985678 | $100.83 | 7/30/18 | K0405420180701 | 6/30/18 | $52.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985678 | $100.83 | 7/30/18 | K0428820180701 | 6/30/18 | $48.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986421 | $557.62 | 7/31/18 | K0412820180702 | 7/1/18 | $389.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986421 | $557.62 | 7/31/18 | K0397220180702 | 7/1/18 | $168.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987129 | $104.00 | 8/1/18 | K0445320180704 | 7/3/18 | $52.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987129 | $104.00 | 8/1/18 | K0412820180705 | 7/4/18 | $52.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987974 | $58.00 | 8/2/18 | K0413620180706 | 7/5/18 | $58.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988482 | $398.45 | 8/7/18 | 6767905000-1 | 7/3/18 | $135.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988482 | $398.45 | 8/7/18 | K0480920180707 | 7/6/18 | $162.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988482 | $398.45 | 8/7/18 | K0428820180707 | 7/6/18 | $52.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988482 | $398.45 | 8/7/18 | K0953620180707 | 7/6/18 | $48.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989870 | $211.62 | 8/9/18 | K0386120180709 | 7/8/18 | $151.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989870 | $211.62 | 8/9/18 | K0345920180709 | 7/8/18 | $60.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990624 | $498.56 | 8/10/18 | K0378520180710 | 7/9/18 | $151.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990624 | $498.56 | 8/10/18 | K0442320180710 | 7/9/18 | $48.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990624 | $498.56 | 8/10/18 | K0941820180710 | 7/9/18 | $48.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990624 | $498.56 | 8/10/18 | K0958920180711 | 7/10/18 | $48.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990624 | $498.56 | 8/10/18 | K0979220180711 | 7/10/18 | $48.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990624 | $498.56 | 8/10/18 | K0772520180712 | 7/11/18 | $151.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991479 | $232.66 | 8/13/18 | 6857595000-1 | 7/9/18 | $135.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991479 | $232.66 | 8/13/18 | K0472620180713 | 7/12/18 | $48.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991479 | $232.66 | 8/13/18 | K0481420180713 | 7/12/18 | $48.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991949 | $97.66 | 8/14/18 | K0412820180714 | 7/13/18 | $48.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991949 | $97.66 | 8/14/18 | K0386520180714 | 7/13/18 | $48.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992656 | $437.99 | 8/15/18 | K0428820180715 | 7/14/18 | $389.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992656 | $437.99 | 8/15/18 | K0324320180715 | 7/14/18 | $48.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994342 | $60,459.53 | 8/17/18 | 61111 | 7/10/18 | $261.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994342 | $60,459.53 | 8/17/18 | 61321 | 7/13/18 | $61,029.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994342 | $60,459.53 | 8/17/18 | 93002226320 | 7/14/18 | $220.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994342 | $60,459.53 | 8/17/18 | 93002231608 | 7/14/18 | $208.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994342 | $60,459.53 | 8/17/18 | K0345920180716 | 7/15/18 | $21.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994342 | $60,459.53 | 8/17/18 | K0723520180718 | 7/17/18 | $82.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994342 | $60,459.53 | 8/17/18 | K0727420180719 | 7/18/18 | $21.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994342 | $60,459.53 | 8/17/18 | MA18213715817 | 8/1/18 | -$71.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994342 | $60,459.53 | 8/17/18 | MA18213715816 | 8/1/18 | -$1,311.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995773 | $60.00 | 8/20/18 | K0345920180720 | 7/19/18 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996243 | $23.00 | 8/21/18 | K0345920180721 | 7/20/18 | $23.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996881 | $242.45 | 8/22/18 | K0938920180722 | 7/21/18 | $151.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996881 | $242.45 | 8/22/18 | K0472820180722 | 7/21/18 | $48.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996881 | $242.45 | 8/22/18 | K0345920180722 | 7/21/18 | $42.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997602 | $183.83 | 8/23/18 | 6978915000-1 | 7/19/18 | $135.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997602 | $183.83 | 8/23/18 | K0764920180723 | 7/22/18 | $48.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998243 | $1,710.62 | 8/28/18 | 6958685000-1 | 7/18/18 | $135.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998243 | $1,710.62 | 8/28/18 | 64531 | 7/20/18 | $1,193.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998243 | $1,710.62 | 8/28/18 | 6989675000-1 | 7/20/18 | $135.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998243 | $1,710.62 | 8/28/18 | 6995465000-1 | 7/20/18 | $14.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998243 | $1,710.62 | 8/28/18 | K0413620180726 | 7/25/18 | $151.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998243 | $1,710.62 | 8/28/18 | K0412820180726 | 7/25/18 | $82.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999087 | $1,586.77 | 8/29/18 | 93003220503 | 7/23/18 | $245.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999087 | $1,586.77 | 8/29/18 | 7012295000-1 | 7/23/18 | $135.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999087 | $1,586.77 | 8/29/18 | 7019315000-1 | 7/23/18 | $135.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999087 | $1,586.77 | 8/29/18 | K0386120180727 | 7/26/18 | $389.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999087 | $1,586.77 | 8/29/18 | K0938920180727 | 7/26/18 | $389.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999087 | $1,586.77 | 8/29/18 | K0302920180727 | 7/26/18 | $162.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999087 | $1,586.77 | 8/29/18 | K0480920180727 | 7/26/18 | $82.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999087 | $1,586.77 | 8/29/18 | K0331720180727 | 7/26/18 | $48.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999561 | $235.58 | 8/30/18 | 93003284577 | 7/24/18 | $132.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999561 | $235.58 | 8/30/18 | K0922020180728 | 7/27/18 | $54.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999561 | $235.58 | 8/30/18 | K0938920180728 | 7/27/18 | $48.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000221 | $211.45 | 8/31/18 | K0399020180729 | 7/28/18 | $162.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000221 | $211.45 | 8/31/18 | K0473220180729 | 7/28/18 | $48.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001704 | $223.69 | 9/4/18 | K0321620180730 | 7/29/18 | $72.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001704 | $223.69 | 9/4/18 | K0318920180731 | 7/30/18 | $82.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001704 | $223.69 | 9/4/18 | K0413620180801 | 7/31/18 | $58.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001704 | $223.69 | 9/4/18 | K0714720180801 | 7/31/18 | $48.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001704 | $223.69 | 9/4/18 | K0739020180801 | 7/31/18 | $48.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001704 | $223.69 | 9/4/18 | K0480920180802 | 8/1/18 | $48.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001704 | $223.69 | 9/4/18 | 5393545000-1 | 8/15/18 | -$135.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002596 | $368.90 | 9/5/18 | 93000032136 | 7/30/18 | $322.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002596 | $368.90 | 9/5/18 | 93000015371 | 7/30/18 | $46.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002596 | $368.90 | 9/5/18 | K0414120180803 | 8/2/18 | $48.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002596 | $368.90 | 9/5/18 | K0414120180819 | 8/18/18 | -$48.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005145 | $13,074.67 | 9/11/18 | 93002240492 | 7/14/18 | $936.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005145 | $13,074.67 | 9/11/18 | 93002299450 | 7/15/18 | $65.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005145 | $13,074.67 | 9/11/18 | 93002431158 | 7/17/18 | $220.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005145 | $13,074.67 | 9/11/18 | 93002594657 | 7/19/18 | $34.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005145 | $13,074.67 | 9/11/18 | 93003063268 | 7/20/18 | $130.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005145 | $13,074.67 | 9/11/18 | 93003094007 | 7/21/18 | $936.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005145 | $13,074.67 | 9/11/18 | 93003097000 | 7/21/18 | $322.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005145 | $13,074.67 | 9/11/18 | 93003295650 | 7/24/18 | $59.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005145 | $13,074.67 | 9/11/18 | 93002231608 | 7/24/18 | -$104.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005145 | $13,074.67 | 9/11/18 | 93003366398 | 7/26/18 | $169.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005145 | $13,074.67 | 9/11/18 | 93003363081 | 7/26/18 | $34.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005145 | $13,074.67 | 9/11/18 | 93003465054 | 7/28/18 | $104.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005145 | $13,074.67 | 9/11/18 | 64901 | 7/30/18 | $551.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005145 | $13,074.67 | 9/11/18 | 93000044723 | 7/31/18 | $104.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005145 | $13,074.67 | 9/11/18 | 93000142059 | 8/1/18 | $531.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005145 | $13,074.67 | 9/11/18 | 93000147779 | 8/1/18 | $322.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005145 | $13,074.67 | 9/11/18 | 93000154096 | 8/1/18 | $138.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005145 | $13,074.67 | 9/11/18 | 7148165000-1 | 8/1/18 | $135.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005145 | $13,074.67 | 9/11/18 | 65031 | 8/2/18 | $4,720.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005145 | $13,074.67 | 9/11/18 | 93000171142 | 8/2/18 | $968.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005145 | $13,074.67 | 9/11/18 | 65071 | 8/2/18 | $277.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005145 | $13,074.67 | 9/11/18 | 93000200468 | 8/2/18 | $59.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005145 | $13,074.67 | 9/11/18 | 93000220459 | 8/3/18 | $1,494.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005145 | $13,074.67 | 9/11/18 | 93000236133 | 8/3/18 | $650.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005145 | $13,074.67 | 9/11/18 | 93000228657 | 8/3/18 | $542.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005145 | $13,074.67 | 9/11/18 | 93000228706 | 8/3/18 | $245.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005145 | $13,074.67 | 9/11/18 | 93000243375 | 8/3/18 | $135.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005145 | $13,074.67 | 9/11/18 | K0414720180804 | 8/3/18 | $82.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005145 | $13,074.67 | 9/11/18 | K0480920180804 | 8/3/18 | $48.83 |

Beauty Gem, Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

April 1, 2020                                       Exhibit B                                        P. 3

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005145 | $13,074.67 | 9/11/18 | 93000200468OP | 8/3/18 | -$29.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005145 | $13,074.67 | 9/11/18 | 93000171142OP | 8/3/18 | -$645.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005145 | $13,074.67 | 9/11/18 | 93000220459OP | 8/3/18 | -$996.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005145 | $13,074.67 | 9/11/18 | K0722920180805 | 8/4/18 | $52.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005145 | $13,074.67 | 9/11/18 | K0399020180806 | 8/5/18 | $389.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005145 | $13,074.67 | 9/11/18 | K0369220180806 | 8/5/18 | $48.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005145 | $13,074.67 | 9/11/18 | 93120778343 | 8/5/18 | $23.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005145 | $13,074.67 | 9/11/18 | K0412920180806 | 8/5/18 | $21.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005145 | $13,074.67 | 9/11/18 | 7168255000-1 | 8/6/18 | $15.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005145 | $13,074.67 | 9/11/18 | K0353120180808 | 8/7/18 | $162.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005145 | $13,074.67 | 9/11/18 | K0413620180808 | 8/7/18 | $58.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005145 | $13,074.67 | 9/11/18 | K0941520180808 | 8/7/18 | $48.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005145 | $13,074.67 | 9/11/18 | K0413620180809 | 8/8/18 | $58.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005145 | $13,074.67 | 9/11/18 | 93003284577 | 8/8/18 | -$44.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005981 | $683.62 | 9/12/18 | 93000373307 | 8/6/18 | $498.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005981 | $683.62 | 9/12/18 | 93000371981 | 8/6/18 | $104.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005981 | $683.62 | 9/12/18 | 93000377926 | 8/6/18 | $29.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005981 | $683.62 | 9/12/18 | K0478220180810 | 8/9/18 | $52.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006477 | $777.06 | 9/13/18 | 93000428350 | 8/7/18 | $252.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006477 | $777.06 | 9/13/18 | 7185045000-1 | 8/7/18 | $135.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006477 | $777.06 | 9/13/18 | K0941920180811 | 8/10/18 | $389.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007151 | $1,635.07 | 9/14/18 | 93003220503 | 7/23/18 | $245.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007151 | $1,635.07 | 9/14/18 | 7012295000-1 | 7/23/18 | $135.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007151 | $1,635.07 | 9/14/18 | 7019315000-1 | 7/23/18 | $135.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007151 | $1,635.07 | 9/14/18 | K0386120180727 | 7/26/18 | $389.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007151 | $1,635.07 | 9/14/18 | K0938920180727 | 7/26/18 | $389.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007151 | $1,635.07 | 9/14/18 | K0302920180727 | 7/26/18 | $162.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007151 | $1,635.07 | 9/14/18 | K0480920180727 | 7/26/18 | $82.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007151 | $1,635.07 | 9/14/18 | K0331720180727 | 7/26/18 | $48.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007151 | $1,635.07 | 9/14/18 | K0768220180812 | 8/11/18 | $48.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008722 | $1,431.25 | 9/18/18 | 93003284577 | 7/24/18 | $132.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008722 | $1,431.25 | 9/18/18 | K0922020180728 | 7/27/18 | $54.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008722 | $1,431.25 | 9/18/18 | K0938920180728 | 7/27/18 | $48.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008722 | $1,431.25 | 9/18/18 | 65091 | 8/3/18 | $1,232.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008722 | $1,431.25 | 9/18/18 | 93001026356 | 8/10/18 | $1,059.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008722 | $1,431.25 | 9/18/18 | 65221 | 8/10/18 | $607.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008722 | $1,431.25 | 9/18/18 | K0413620180813 | 8/12/18 | $80.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008722 | $1,431.25 | 9/18/18 | K0976120180814 | 8/13/18 | $389.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008722 | $1,431.25 | 9/18/18 | K0776820180815 | 8/14/18 | $48.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008722 | $1,431.25 | 9/18/18 | MA18241716674 | 8/29/18 | -$105.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008722 | $1,431.25 | 9/18/18 | MA18241716640 | 8/29/18 | -$1,953.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008722 | $1,431.25 | 9/18/18 | K0353120180831 | 8/30/18 | -$162.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009758 | $1,904.42 | 9/19/18 | 93003432670 | 7/27/18 | $650.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009758 | $1,904.42 | 9/19/18 | 93003455514 | 7/28/18 | $38.00 |

Beauty Gem, Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009758 | $1,904.42 | 9/19/18 | 93000047733 | 7/31/18 | $46.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009758 | $1,904.42 | 9/19/18 | 93000574853 | 8/9/18 | $135.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009758 | $1,904.42 | 9/19/18 | 93001221709 | 8/13/18 | $650.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009758 | $1,904.42 | 9/19/18 | 7236455000-1 | 8/13/18 | $135.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009758 | $1,904.42 | 9/19/18 | K0341320180817 | 8/16/18 | $151.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009758 | $1,904.42 | 9/19/18 | K0391220180817 | 8/16/18 | $48.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009758 | $1,904.42 | 9/19/18 | K0443320180817 | 8/16/18 | $48.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010736 | $896.94 | 9/20/18 | 93001312830 | 8/14/18 | $814.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010736 | $896.94 | 9/20/18 | K0386120180818 | 8/17/18 | $82.00 |

Totals:    33 transfer(s),  $93,447.78

Beauty Gem, Inc.
Bankruptcy Case: Sears Holding Corporation, et al.
April 1, 2020                                                    Exhibit B                                                    P. 5