Defendant: **Becker Logistics, Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18060701639 | $2,431.96 | 7/18/18 | 18060701639 | 6/18/18 | $2,431.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18060700930 | $2,094.57 | 7/18/18 | 18060700930 | 6/18/18 | $2,094.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18060800657 | $2,094.57 | 7/18/18 | 18060800657 | 6/18/18 | $2,094.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18060700958 | $2,413.02 | 7/19/18 | 18060700958 | 6/19/18 | $2,413.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18060700956 | $2,413.02 | 7/19/18 | 18060700956 | 6/19/18 | $2,413.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18041801414 | $1,560.44 | 7/19/18 | 18041801414 | 6/19/18 | $1,560.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18041801428 | $1,560.44 | 7/19/18 | 18041801428 | 6/19/18 | $1,560.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18041801403 | $1,560.44 | 7/19/18 | 18041801403 | 6/19/18 | $1,560.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18041801402 | $1,560.44 | 7/19/18 | 18041801402 | 6/19/18 | $1,560.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18042600805 | $792.62 | 7/19/18 | 18042600805 | 6/19/18 | $792.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18050301037 | $784.26 | 7/19/18 | 18050301037 | 6/19/18 | $784.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18042600806 | $560.44 | 7/19/18 | 18042600806 | 6/19/18 | $560.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18042400938 | $560.44 | 7/19/18 | 18042400938 | 6/19/18 | $560.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18041200924 | $560.44 | 7/19/18 | 18041200924 | 6/19/18 | $560.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18042600828 | $560.44 | 7/19/18 | 18042600828 | 6/19/18 | $560.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18042600820 | $560.44 | 7/19/18 | 18042600820 | 6/19/18 | $560.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18042301134 | $395.59 | 7/19/18 | 18042301134 | 6/19/18 | $395.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18042301136 | $93.00 | 7/19/18 | 18042301136 | 6/19/18 | $93.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18061400989 | $1,258.20 | 7/20/18 | 18061400989 | 6/20/18 | $1,258.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18061301522 | $2,497.16 | 7/20/18 | 18061301522 | 6/21/18 | $2,497.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18061301619 | $2,451.52 | 7/20/18 | 18061301619 | 6/21/18 | $2,451.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18061400986 | $1,258.20 | 7/25/18 | 18061400986 | 6/25/18 | $1,258.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18061901445 | $1,258.20 | 7/25/18 | 18061901445 | 6/25/18 | $1,258.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18061901446 | $1,024.10 | 7/25/18 | 18061901446 | 6/25/18 | $1,024.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18061901448 | $1,024.10 | 7/26/18 | 18061901448 | 6/26/18 | $1,024.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18061400990 | $1,024.10 | 7/26/18 | 18061400990 | 6/26/18 | $1,024.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18050300625 | $818.48 | 7/30/18 | 18050300625 | 6/29/18 | $818.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18050301059 | $551.12 | 7/30/18 | 18050301059 | 6/29/18 | $551.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18050300989 | $466.58 | 7/30/18 | 18050300989 | 6/29/18 | $466.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062100945 | $1,258.20 | 8/1/18 | 18062100945 | 7/2/18 | $1,258.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062100931 | $1,258.20 | 8/1/18 | 18062100931 | 7/2/18 | $1,258.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062100934 | $1,258.20 | 8/1/18 | 18062100934 | 7/2/18 | $1,258.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18053100815 | $2,094.57 | 8/16/18 | 18053100815 | 7/17/18 | $2,094.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18051400996 | $2,081.99 | 8/17/18 | 18051400996 | 7/19/18 | $2,081.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18051401004 | $2,081.99 | 8/17/18 | 18051401004 | 7/19/18 | $2,081.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18042000707 | $607.00 | 8/17/18 | 18042000707 | 7/19/18 | $607.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18060100567 | $1,197.40 | 8/20/18 | 18060100567 | 7/20/18 | $1,197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18060100568 | $1,197.40 | 8/20/18 | 18060100568 | 7/20/18 | $1,197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18060701639 | $968.04 | 8/20/18 | 18060701639 | 7/20/18 | $968.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18060700958 | $886.98 | 8/20/18 | 18060700958 | 7/20/18 | $886.98 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18060700956 | $886.98 | 8/20/18 | 18060700956 | 7/20/18 | $886.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18051701000 | $551.12 | 8/20/18 | 18051701000 | 7/20/18 | $551.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18060800657 | $505.43 | 8/20/18 | 18060800657 | 7/20/18 | $505.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18060700930 | $505.43 | 8/20/18 | 18060700930 | 7/20/18 | $505.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071901527 | $2,504.82 | 8/23/18 | 18071901527 | 7/24/18 | $2,504.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071901309 | $2,100.86 | 8/23/18 | 18071901309 | 7/24/18 | $2,100.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071800488 | $655.35 | 8/23/18 | 18071800488 | 7/24/18 | $655.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071900947 | $1,262.86 | 8/24/18 | 18071900947 | 7/25/18 | $1,262.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072301510 | $2,439.42 | 8/27/18 | 18072301510 | 7/27/18 | $2,439.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071901516 | $2,439.42 | 8/27/18 | 18071901516 | 7/27/18 | $2,439.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072301481 | $2,439.42 | 8/27/18 | 18072301481 | 7/27/18 | $2,439.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072401245 | $2,100.86 | 8/27/18 | 18072401245 | 7/27/18 | $2,100.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072300903 | $2,100.86 | 8/27/18 | 18072300903 | 7/27/18 | $2,100.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071900944 | $1,262.86 | 8/27/18 | 18071900944 | 7/27/18 | $1,262.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072301503 | $2,439.42 | 8/30/18 | 18072301503 | 7/31/18 | $2,439.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18061901446 | $2,475.90 | 9/3/18 | 18061901446 | 8/3/18 | $2,475.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18061901448 | $2,475.90 | 9/3/18 | 18061901448 | 8/3/18 | $2,475.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062100945 | $1,541.80 | 9/3/18 | 18062100945 | 8/3/18 | $1,541.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18061901445 | $1,541.80 | 9/3/18 | 18061901445 | 8/3/18 | $1,541.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062100931 | $1,541.80 | 9/3/18 | 18062100931 | 8/3/18 | $1,541.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062100934 | $1,541.80 | 9/3/18 | 18062100934 | 8/3/18 | $1,541.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18061400986 | $1,541.80 | 9/3/18 | 18061400986 | 8/3/18 | $1,541.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18061400989 | $1,541.80 | 9/3/18 | 18061400989 | 8/3/18 | $1,541.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18061400990 | $1,375.90 | 9/3/18 | 18061400990 | 8/3/18 | $1,375.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18061301619 | $948.48 | 9/3/18 | 18061301619 | 8/3/18 | $948.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18061301522 | $902.84 | 9/3/18 | 18061301522 | 8/3/18 | $902.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072600853 | $1,262.86 | 9/5/18 | 18072600853 | 8/6/18 | $1,262.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072600848 | $1,262.86 | 9/5/18 | 18072600848 | 8/6/18 | $1,262.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072600842 | $1,262.86 | 9/6/18 | 18072600842 | 8/7/18 | $1,262.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072600837 | $1,262.86 | 9/6/18 | 18072600837 | 8/7/18 | $1,262.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072600839 | $1,262.86 | 9/10/18 | 18072600839 | 8/10/18 | $1,262.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18051800639 | $2,081.99 | 9/12/18 | 18051800639 | 8/13/18 | $2,081.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072600842 | $1,537.14 | 9/17/18 | 18072600842 | 8/17/18 | $1,537.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072600839 | $1,537.14 | 9/17/18 | 18072600839 | 8/17/18 | $1,537.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072600837 | $1,537.14 | 9/17/18 | 18072600837 | 8/17/18 | $1,537.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071900947 | $1,537.14 | 9/17/18 | 18071900947 | 8/17/18 | $1,537.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072301503 | $960.58 | 9/17/18 | 18072301503 | 8/17/18 | $960.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071901527 | $895.18 | 9/17/18 | 18071901527 | 8/17/18 | $895.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071901309 | $699.14 | 9/17/18 | 18071901309 | 8/17/18 | $699.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18053100815 | $655.43 | 9/17/18 | 18053100815 | 8/17/18 | $655.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18051700992 | $551.12 | 9/17/18 | 18051700992 | 8/17/18 | $551.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18051700991 | $551.12 | 9/17/18 | 18051700991 | 8/17/18 | $551.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18051700995 | $551.12 | 9/17/18 | 18051700995 | 8/17/18 | $551.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18051400996 | $383.01 | 9/17/18 | 18051400996 | 8/17/18 | $383.01 |

Becker Logistics, Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18051401004 | $383.01 | 9/17/18 | 18051401004 | 8/17/18 | $383.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071800488 | $201.65 | 9/17/18 | 18071800488 | 8/17/18 | $201.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18042000707 | $93.00 | 9/17/18 | 18042000707 | 8/17/18 | $93.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081301241 | $2,100.86 | 9/20/18 | 18081301241 | 8/21/18 | $2,100.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081400770 | $2,100.86 | 9/20/18 | 18081400770 | 8/21/18 | $2,100.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071900944 | $1,537.14 | 10/4/18 | 18071900944 | 9/4/18 | $1,537.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071901516 | $960.58 | 10/4/18 | 18071901516 | 9/4/18 | $960.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072301510 | $960.58 | 10/4/18 | 18072301510 | 9/4/18 | $960.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072301481 | $960.58 | 10/4/18 | 18072301481 | 9/4/18 | $960.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072401245 | $699.14 | 10/4/18 | 18072401245 | 9/4/18 | $699.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072300903 | $699.14 | 10/4/18 | 18072300903 | 9/4/18 | $699.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18051701000 | $233.14 | 10/4/18 | 18051701000 | 9/4/18 | $233.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082301038 | $1,262.86 | 10/5/18 | 18082301038 | 9/5/18 | $1,262.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082900471 | $652.90 | 10/5/18 | 18082900471 | 9/6/18 | $652.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072600848 | $1,537.14 | 10/8/18 | 18072600848 | 9/7/18 | $1,537.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072600853 | $1,537.14 | 10/8/18 | 18072600853 | 9/7/18 | $1,537.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18083001347 | $1,258.20 | 10/8/18 | 18083001347 | 9/7/18 | $1,258.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18083001349 | $1,258.20 | 10/10/18 | 18083001349 | 9/10/18 | $1,258.20 |

Totals: 102 transfer(s), $130,930.90