| | |
|---|---|
| Defendant: | **Bell Sports Inc.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981211 | $9,549.43 | 7/19/18 | 950781037 | 5/14/18 | $715.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981211 | $9,549.43 | 7/19/18 | 950781034 | 5/14/18 | $513.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981211 | $9,549.43 | 7/19/18 | 950784088 | 5/15/18 | $1,537.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981211 | $9,549.43 | 7/19/18 | 950784087 | 5/15/18 | $1,531.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981211 | $9,549.43 | 7/19/18 | 950791394 | 5/21/18 | $965.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981211 | $9,549.43 | 7/19/18 | 950791397 | 5/21/18 | $821.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981211 | $9,549.43 | 7/19/18 | 950791398 | 5/21/18 | $737.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981211 | $9,549.43 | 7/19/18 | 950791390 | 5/21/18 | $313.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981211 | $9,549.43 | 7/19/18 | 950791395 | 5/21/18 | $218.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981211 | $9,549.43 | 7/19/18 | 950791392 | 5/21/18 | $96.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981211 | $9,549.43 | 7/19/18 | 950791389 | 5/21/18 | $48.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981211 | $9,549.43 | 7/19/18 | 950791391 | 5/21/18 | $48.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981211 | $9,549.43 | 7/19/18 | 950795001 | 5/22/18 | $2,003.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984583 | $5,235.71 | 7/26/18 | 950791396 | 5/21/18 | $3,134.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984583 | $5,235.71 | 7/26/18 | 950802922 | 5/29/18 | $844.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984583 | $5,235.71 | 7/26/18 | 950802917 | 5/29/18 | $590.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984583 | $5,235.71 | 7/26/18 | 950802921 | 5/29/18 | $359.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984583 | $5,235.71 | 7/26/18 | 950802918 | 5/29/18 | $307.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987981 | $7,071.12 | 8/2/18 | 950706863 | 3/19/18 | $210.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987981 | $7,071.12 | 8/2/18 | 950706861 | 3/19/18 | $112.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987981 | $7,071.12 | 8/2/18 | 950802919 | 5/29/18 | $2,442.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987981 | $7,071.12 | 8/2/18 | 950802920 | 5/29/18 | $1,630.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987981 | $7,071.12 | 8/2/18 | 950811865 | 6/4/18 | $1,455.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987981 | $7,071.12 | 8/2/18 | 950811863 | 6/4/18 | $615.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987981 | $7,071.12 | 8/2/18 | 950811864 | 6/4/18 | $312.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987981 | $7,071.12 | 8/2/18 | 950811868 | 6/4/18 | $293.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991485 | $8,669.55 | 8/13/18 | 950717639 | 3/26/18 | $190.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991485 | $8,669.55 | 8/13/18 | 950811866 | 6/4/18 | $1,138.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991485 | $8,669.55 | 8/13/18 | 950811867 | 6/4/18 | $456.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991485 | $8,669.55 | 8/13/18 | 950822382 | 6/11/18 | $1,642.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991485 | $8,669.55 | 8/13/18 | 950822376 | 6/11/18 | $1,503.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991485 | $8,669.55 | 8/13/18 | 950822377 | 6/11/18 | $1,253.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991485 | $8,669.55 | 8/13/18 | 950822379 | 6/11/18 | $807.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991485 | $8,669.55 | 8/13/18 | 950822384 | 6/11/18 | $405.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991485 | $8,669.55 | 8/13/18 | 950822378 | 6/11/18 | $398.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991485 | $8,669.55 | 8/13/18 | 950822374 | 6/11/18 | $357.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991485 | $8,669.55 | 8/13/18 | 950822373 | 6/11/18 | $288.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991485 | $8,669.55 | 8/13/18 | 950822380 | 6/11/18 | $185.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991485 | $8,669.55 | 8/13/18 | 950822383 | 6/11/18 | $119.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991485 | $8,669.55 | 8/13/18 | VPOT991484814 | 7/29/18 | -$76.89 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999095 | $36,471.12 | 8/29/18 | 950822375 | 6/11/18 | $3,900.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999095 | $36,471.12 | 8/29/18 | 950822381 | 6/11/18 | $2,904.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999095 | $36,471.12 | 8/29/18 | 950834281 | 6/18/18 | $565.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999095 | $36,471.12 | 8/29/18 | 950843902 | 6/25/18 | $6,292.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999095 | $36,471.12 | 8/29/18 | 950843906 | 6/25/18 | $4,468.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999095 | $36,471.12 | 8/29/18 | 950843909 | 6/25/18 | $3,233.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999095 | $36,471.12 | 8/29/18 | 950843911 | 6/25/18 | $3,094.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999095 | $36,471.12 | 8/29/18 | 950843903 | 6/25/18 | $2,209.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999095 | $36,471.12 | 8/29/18 | 950843910 | 6/25/18 | $1,370.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999095 | $36,471.12 | 8/29/18 | 950843907 | 6/25/18 | $1,213.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999095 | $36,471.12 | 8/29/18 | 950843904 | 6/25/18 | $1,179.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999095 | $36,471.12 | 8/29/18 | 950843908 | 6/25/18 | $739.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999095 | $36,471.12 | 8/29/18 | 950843905 | 6/25/18 | $603.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999095 | $36,471.12 | 8/29/18 | 950846182 | 6/26/18 | $2,098.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999095 | $36,471.12 | 8/29/18 | 950846188 | 6/26/18 | $1,205.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999095 | $36,471.12 | 8/29/18 | 950846185 | 6/26/18 | $1,054.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999095 | $36,471.12 | 8/29/18 | 950846191 | 6/26/18 | $338.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002604 | $29,234.21 | 9/5/18 | 950843912 | 6/25/18 | $310.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002604 | $29,234.21 | 9/5/18 | 950846180 | 6/26/18 | $4,624.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002604 | $29,234.21 | 9/5/18 | 950846192 | 6/26/18 | $4,087.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002604 | $29,234.21 | 9/5/18 | 950846189 | 6/26/18 | $1,939.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002604 | $29,234.21 | 9/5/18 | 950846186 | 6/26/18 | $1,890.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002604 | $29,234.21 | 9/5/18 | 950846183 | 6/26/18 | $1,843.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002604 | $29,234.21 | 9/5/18 | 950846187 | 6/26/18 | $1,781.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002604 | $29,234.21 | 9/5/18 | 950846184 | 6/26/18 | $489.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002604 | $29,234.21 | 9/5/18 | 950846193 | 6/26/18 | $472.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002604 | $29,234.21 | 9/5/18 | 950846190 | 6/26/18 | $402.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002604 | $29,234.21 | 9/5/18 | 950855885 | 7/2/18 | $5,362.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002604 | $29,234.21 | 9/5/18 | 950855892 | 7/2/18 | $1,786.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002604 | $29,234.21 | 9/5/18 | 950855886 | 7/2/18 | $1,569.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002604 | $29,234.21 | 9/5/18 | 950855890 | 7/2/18 | $1,081.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002604 | $29,234.21 | 9/5/18 | 950855884 | 7/2/18 | $948.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002604 | $29,234.21 | 9/5/18 | 950855883 | 7/2/18 | $644.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005990 | $10,524.19 | 9/12/18 | 950855887 | 7/2/18 | $2,746.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005990 | $10,524.19 | 9/12/18 | 950855893 | 7/2/18 | $1,746.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005990 | $10,524.19 | 9/12/18 | 950855888 | 7/2/18 | $1,733.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005990 | $10,524.19 | 9/12/18 | 950855895 | 7/2/18 | $495.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005990 | $10,524.19 | 9/12/18 | 950855894 | 7/2/18 | $273.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005990 | $10,524.19 | 9/12/18 | 950855891 | 7/2/18 | $214.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005990 | $10,524.19 | 9/12/18 | 950855882 | 7/2/18 | $200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005990 | $10,524.19 | 9/12/18 | 950855889 | 7/2/18 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005990 | $10,524.19 | 9/12/18 | 950863206 | 7/9/18 | $1,078.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005990 | $10,524.19 | 9/12/18 | 950863203 | 7/9/18 | $801.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005990 | $10,524.19 | 9/12/18 | 950863202 | 7/9/18 | $301.48 |

Bell Sports Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005990 | $10,524.19 | 9/12/18 | 950866193 | 7/10/18 | $908.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009767 | $10,506.48 | 9/19/18 | 950791393 | 5/21/18 | $72.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009767 | $10,506.48 | 9/19/18 | 950863204 | 7/9/18 | $1,888.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009767 | $10,506.48 | 9/19/18 | 950863205 | 7/9/18 | $1,129.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009767 | $10,506.48 | 9/19/18 | 950872541 | 7/16/18 | $2,536.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009767 | $10,506.48 | 9/19/18 | 950872535 | 7/16/18 | $2,100.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009767 | $10,506.48 | 9/19/18 | 950872537 | 7/16/18 | $1,324.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009767 | $10,506.48 | 9/19/18 | 950872538 | 7/16/18 | $1,269.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009767 | $10,506.48 | 9/19/18 | 950872536 | 7/16/18 | $100.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009767 | $10,506.48 | 9/19/18 | 950872539 | 7/16/18 | $85.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013564 | $8,005.73 | 9/26/18 | 950872540 | 7/16/18 | $165.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013564 | $8,005.73 | 9/26/18 | 950884056 | 7/23/18 | $4,150.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013564 | $8,005.73 | 9/26/18 | 950884061 | 7/23/18 | $1,320.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013564 | $8,005.73 | 9/26/18 | 950884057 | 7/23/18 | $634.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013564 | $8,005.73 | 9/26/18 | 950884064 | 7/23/18 | $604.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013564 | $8,005.73 | 9/26/18 | 950884059 | 7/23/18 | $562.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013564 | $8,005.73 | 9/26/18 | 950884054 | 7/23/18 | $212.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013564 | $8,005.73 | 9/26/18 | 950884060 | 7/23/18 | $186.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013564 | $8,005.73 | 9/26/18 | 950884055 | 7/23/18 | $168.00 |

Totals:    9 transfer(s),  $125,267.54