Defendant: **Berkshire Fashions Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-2045 | $23,374.40 | 9/14/18 | 201821334634 | 8/21/18 | $14,290.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-2045 | $23,374.40 | 9/14/18 | 201821334634 | 8/21/18 | $9,083.52 |

Totals:    1 transfer(s),  $23,374.40