Defendant: **Berkshire Fashions Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-15307 | $109,255.99 | 9/14/18 | 201821150702 | 8/20/18 | $19,046.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-15307 | $109,255.99 | 9/14/18 | 201821150702 | 8/20/18 | $13,550.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-15307 | $109,255.99 | 9/14/18 | 201821150702 | 8/20/18 | $11,149.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-15307 | $109,255.99 | 9/14/18 | 201821150702 | 8/20/18 | $10,287.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-15307 | $109,255.99 | 9/14/18 | 201820963646 | 8/21/18 | $21,632.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-15307 | $109,255.99 | 9/14/18 | 201820963646 | 8/21/18 | $13,011.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-15307 | $109,255.99 | 9/14/18 | 201820963646 | 8/21/18 | $10,690.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-15307 | $109,255.99 | 9/14/18 | 201820963646 | 8/21/18 | $9,888.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-15308 | $17,289.92 | 10/2/18 | 201821374538 | 9/5/18 | $7,293.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-15308 | $17,289.92 | 10/2/18 | 201821374538 | 9/5/18 | $4,350.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-15308 | $17,289.92 | 10/2/18 | 201821374538 | 9/5/18 | $4,110.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-15308 | $17,289.92 | 10/2/18 | 201821374538 | 9/5/18 | $1,534.67 |

Totals:    2 transfer(s),  $126,545.91