Defendant: **Blackstone Industries LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92393 | $2,411.93 | 7/20/18 | 0000265171 | 4/16/18 | $926.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92393 | $2,411.93 | 7/20/18 | 0000265174 | 4/16/18 | $557.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92393 | $2,411.93 | 7/20/18 | 0000265173 | 4/16/18 | $439.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92393 | $2,411.93 | 7/20/18 | 0000265172 | 4/16/18 | $428.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92393 | $2,411.93 | 7/20/18 | 0000265170 | 4/16/18 | $60.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93588 | $168.00 | 7/23/18 | 0000265377 | 4/18/18 | $168.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97623 | $1,106.20 | 7/30/18 | 0000265820 | 4/24/18 | $412.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97623 | $1,106.20 | 7/30/18 | 0000265822 | 4/24/18 | $320.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97623 | $1,106.20 | 7/30/18 | 0000265819 | 4/24/18 | $161.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97623 | $1,106.20 | 7/30/18 | 0000265818 | 4/24/18 | $106.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97623 | $1,106.20 | 7/30/18 | 0000265821 | 4/24/18 | $105.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01550 | $87,301.93 | 8/6/18 | 0000266313 | 5/1/18 | $32,604.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01550 | $87,301.93 | 8/6/18 | 0000266264 | 5/1/18 | $18,188.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01550 | $87,301.93 | 8/6/18 | 0000266267 | 5/1/18 | $16,878.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01550 | $87,301.93 | 8/6/18 | 0000266265 | 5/1/18 | $15,754.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01550 | $87,301.93 | 8/6/18 | 0000266312 | 5/1/18 | $1,468.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01550 | $87,301.93 | 8/6/18 | 0000266270 | 5/1/18 | $1,173.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01550 | $87,301.93 | 8/6/18 | 0000266272 | 5/1/18 | $761.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01550 | $87,301.93 | 8/6/18 | 0000266271 | 5/1/18 | $402.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01550 | $87,301.93 | 8/6/18 | 0000266268 | 5/1/18 | $71.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04262 | $3,646.63 | 8/10/18 | 0000266737 | 5/7/18 | $1,110.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04262 | $3,646.63 | 8/10/18 | 0000266732 | 5/7/18 | $1,048.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04262 | $3,646.63 | 8/10/18 | 0000266734 | 5/7/18 | $819.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04262 | $3,646.63 | 8/10/18 | 0000266736 | 5/7/18 | $701.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04262 | $3,646.63 | 8/10/18 | 0000266739 | 5/7/18 | $41.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04262 | $3,646.63 | 8/10/18 | 0000266731 | 5/7/18 | $18.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04262 | $3,646.63 | 8/10/18 | 0000743262 | 5/7/18 | -$94.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09415 | $4,943.05 | 8/20/18 | 0000267191 | 5/15/18 | $1,905.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09415 | $4,943.05 | 8/20/18 | 0000267193 | 5/15/18 | $1,674.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09415 | $4,943.05 | 8/20/18 | 0000267190 | 5/15/18 | $1,086.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09415 | $4,943.05 | 8/20/18 | 0000267189 | 5/15/18 | $170.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09415 | $4,943.05 | 8/20/18 | 0000267192 | 5/15/18 | $105.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13450 | $5,208.14 | 8/27/18 | 0000267888 | 5/22/18 | $2,302.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13450 | $5,208.14 | 8/27/18 | 0000267891 | 5/22/18 | $987.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13450 | $5,208.14 | 8/27/18 | 0000267889 | 5/22/18 | $878.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13450 | $5,208.14 | 8/27/18 | 0000267890 | 5/22/18 | $859.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13450 | $5,208.14 | 8/27/18 | 0000267887 | 5/22/18 | $182.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13450 | $5,208.14 | 8/27/18 | 0000510540 | 8/16/18 | -$1.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13450 | $5,208.14 | 8/27/18 | 0000510634 | 8/20/18 | -$0.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17466 | $4,691.78 | 9/4/18 | 0000268471 | 5/30/18 | $1,904.35 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17466 | $4,691.78 | 9/4/18 | 0000268470 | 5/30/18 | $1,236.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17466 | $4,691.78 | 9/4/18 | 0000268469 | 5/30/18 | $1,168.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17466 | $4,691.78 | 9/4/18 | 0000268468 | 5/30/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17466 | $4,691.78 | 9/4/18 | 0000268473 | 5/30/18 | $111.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17466 | $4,691.78 | 9/4/18 | 0000268472 | 5/30/18 | $54.20 |

**Totals:**    8 transfer(s),  $109,477.66