Defendant: **Blanco Velez Stores Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986425 | $13,217.00 | 7/23/18 | 825088181976088 | 7/16/18 | $13,217.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989874 | $15,513.00 | 7/30/18 | 825088182046088 | 7/23/18 | $15,513.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993482 | $10,347.00 | 8/6/18 | 825088182116088 | 7/30/18 | $10,347.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997606 | $17,711.00 | 8/13/18 | 825088182186088 | 8/6/18 | $17,711.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001024 | $12,211.00 | 8/20/18 | 825088182256088 | 8/13/18 | $12,211.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004479 | $13,966.00 | 8/27/18 | 825088182326088 | 8/20/18 | $13,966.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007953 | $9,530.00 | 9/3/18 | 825088182396088 | 8/27/18 | $9,530.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011973 | $16,117.00 | 9/10/18 | 825088182466088 | 9/3/18 | $16,117.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015449 | $9,656.00 | 9/17/18 | 825088182536088 | 9/10/18 | $9,656.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018893 | $10,450.00 | 9/24/18 | 825088182606088 | 9/17/18 | $10,450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022384 | $10,443.00 | 10/1/18 | 825088182676088 | 9/24/18 | $10,443.00 |

Totals: 11 transfer(s), $139,161.00