| Defendant: | Blue Star Fashion NY Inc. |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 3098 | 6/26/18 | $81,756.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | ITM2577959IN704 | 7/3/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | ITM9077749IN921 | 7/3/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8361AD070818BC0 | 7/6/18 | -$31.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8361D006335765 | 7/11/18 | -$80.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8710K88477843 | 7/12/18 | -$8.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8710K88476937 | 7/12/18 | -$12.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8710K88476812 | 7/12/18 | -$87.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8710K88479007 | 7/13/18 | -$12.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8361AD071518A79 | 7/13/18 | -$19.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8710K88479586 | 7/13/18 | -$22.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8710K88479016 | 7/13/18 | -$22.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8710K88480472 | 7/13/18 | -$25.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8710K88479422 | 7/13/18 | -$87.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8710K88478350 | 7/13/18 | -$163.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8710K88482355 | 7/14/18 | -$8.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8710K88480607 | 7/14/18 | -$12.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8710K88482352 | 7/14/18 | -$12.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8710K88483454 | 7/14/18 | -$19.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8710K88483479 | 7/14/18 | -$35.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8710K88482567 | 7/14/18 | -$37.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8710K88480999 | 7/14/18 | -$90.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8710K88483053 | 7/14/18 | -$103.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8710K88481259 | 7/14/18 | -$106.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8710K88484520 | 7/18/18 | -$12.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8710K88484793 | 7/18/18 | -$12.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8710K88484927 | 7/18/18 | -$36.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8710K88484238 | 7/18/18 | -$38.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8710K88483826 | 7/18/18 | -$134.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8710K88485542 | 7/19/18 | -$12.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8710K88486329 | 7/19/18 | -$14.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8710K88485333 | 7/19/18 | -$115.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8361AD072218BA3 | 7/20/18 | -$89.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8710K88488844 | 7/25/18 | -$8.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8710K88487031 | 7/25/18 | -$12.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8710K88487747 | 7/25/18 | -$22.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8710K88488813 | 7/25/18 | -$24.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8710K88488418 | 7/25/18 | -$38.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8710K88487541 | 7/25/18 | -$77.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8710K88487642 | 7/25/18 | -$107.12 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8710K88488614 | 7/25/18 | -$278.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8710K88488586 | 7/25/18 | -$615.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8710K88489609 | 7/27/18 | -$12.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8710K88490473 | 7/27/18 | -$12.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8710K88489669 | 7/27/18 | -$12.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8710K88490934 | 7/27/18 | -$17.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8710K88489535 | 7/27/18 | -$25.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8361AD072918BB3 | 7/27/18 | -$42.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8710K88489461 | 7/27/18 | -$121.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8710K88490477 | 7/27/18 | -$231.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8710K88492183 | 7/28/18 | -$25.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8710K88491563 | 7/28/18 | -$190.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8710K88451407 | 7/31/18 | -$21.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8710K88452664 | 7/31/18 | -$39.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8710K88493572 | 8/1/18 | -$9.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8710K88492977 | 8/1/18 | -$12.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992668 | $77,864.99 | 8/3/18 | 8710K88492676 | 8/1/18 | -$66.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996248 | $55,272.44 | 8/9/18 | 3087 | 6/15/18 | $57,326.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996248 | $55,272.44 | 8/9/18 | 8710K88494215 | 8/3/18 | -$8.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996248 | $55,272.44 | 8/9/18 | 8710K88494770 | 8/3/18 | -$25.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996248 | $55,272.44 | 8/9/18 | 8361AD080518BF2 | 8/3/18 | -$31.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996248 | $55,272.44 | 8/9/18 | 8710K88493695 | 8/3/18 | -$216.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996248 | $55,272.44 | 8/9/18 | 8710K88450558 | 8/3/18 | -$1,749.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996248 | $55,272.44 | 8/9/18 | 8710K88494245 | 8/4/18 | -$23.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998250 | $33,783.93 | 8/14/18 | 3105 | 6/29/18 | $34,020.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998250 | $33,783.93 | 8/14/18 | 8710K88496423 | 8/9/18 | -$6.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998250 | $33,783.93 | 8/14/18 | 8710K88496360 | 8/9/18 | -$42.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998250 | $33,783.93 | 8/14/18 | 8710K88495813 | 8/9/18 | -$49.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998250 | $33,783.93 | 8/14/18 | 8710K88496203 | 8/10/18 | -$12.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998250 | $33,783.93 | 8/14/18 | 8710K88497323 | 8/10/18 | -$56.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998250 | $33,783.93 | 8/14/18 | 8710K88497894 | 8/10/18 | -$68.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001713 | $30,720.90 | 8/21/18 | 3125 | 7/11/18 | $31,950.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001713 | $30,720.90 | 8/21/18 | 8361AD081218A69 | 8/10/18 | -$39.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001713 | $30,720.90 | 8/21/18 | 8710K88500432 | 8/11/18 | -$50.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001713 | $30,720.90 | 8/21/18 | 8710K88499585 | 8/11/18 | -$55.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001713 | $30,720.90 | 8/21/18 | 8710K88503816 | 8/15/18 | -$12.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001713 | $30,720.90 | 8/21/18 | 8710K88503450 | 8/15/18 | -$24.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001713 | $30,720.90 | 8/21/18 | 8710K88502190 | 8/15/18 | -$24.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001713 | $30,720.90 | 8/21/18 | 8710K88501148 | 8/15/18 | -$38.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001713 | $30,720.90 | 8/21/18 | 8710K88501282 | 8/15/18 | -$57.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001713 | $30,720.90 | 8/21/18 | 8710K88502493 | 8/15/18 | -$124.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001713 | $30,720.90 | 8/21/18 | 8710K88504181 | 8/15/18 | -$161.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001713 | $30,720.90 | 8/21/18 | 8710K88507735 | 8/16/18 | -$8.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001713 | $30,720.90 | 8/21/18 | 8710K88505001 | 8/16/18 | -$8.83 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781001713 | $30,720.90 | 8/21/18 | 8710K88505145 | 8/16/18 | -$12.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001713 | $30,720.90 | 8/21/18 | 8710K88507904 | 8/16/18 | -$19.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001713 | $30,720.90 | 8/21/18 | 8710K88504728 | 8/16/18 | -$22.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001713 | $30,720.90 | 8/21/18 | 8710K88507789 | 8/16/18 | -$26.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001713 | $30,720.90 | 8/21/18 | 8710K88507449 | 8/16/18 | -$37.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001713 | $30,720.90 | 8/21/18 | 8710K88505371 | 8/16/18 | -$50.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001713 | $30,720.90 | 8/21/18 | 8710K88504598 | 8/16/18 | -$62.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001713 | $30,720.90 | 8/21/18 | 8710K88506269 | 8/16/18 | -$64.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001713 | $30,720.90 | 8/21/18 | 8710K88503831 | 8/16/18 | -$328.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005154 | $67,917.60 | 8/28/18 | 3120 | 7/6/18 | $24,396.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005154 | $67,917.60 | 8/28/18 | 3137 | 7/13/18 | $44,019.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005154 | $67,917.60 | 8/28/18 | 8361AD081918AZ4 | 8/17/18 | -$67.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005154 | $67,917.60 | 8/28/18 | 8710K88510791 | 8/18/18 | -$12.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005154 | $67,917.60 | 8/28/18 | 8710K88510349 | 8/18/18 | -$17.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005154 | $67,917.60 | 8/28/18 | 8710K88509340 | 8/18/18 | -$19.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005154 | $67,917.60 | 8/28/18 | 8710K88509503 | 8/18/18 | -$75.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005154 | $67,917.60 | 8/28/18 | 8710K88503678 | 8/21/18 | -$12.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005154 | $67,917.60 | 8/28/18 | 8710K88511885 | 8/22/18 | -$35.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005154 | $67,917.60 | 8/28/18 | 8710K88511865 | 8/22/18 | -$87.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005154 | $67,917.60 | 8/28/18 | 8710K88512338 | 8/23/18 | -$12.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005154 | $67,917.60 | 8/28/18 | 8710K88512669 | 8/24/18 | -$27.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005154 | $67,917.60 | 8/28/18 | 8710K88513577 | 8/24/18 | -$30.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005154 | $67,917.60 | 8/28/18 | 8710K88512839 | 8/24/18 | -$99.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008735 | $25,496.13 | 9/4/18 | 3136 | 7/13/18 | $26,345.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008735 | $25,496.13 | 9/4/18 | 8361AD082618BH4 | 8/24/18 | -$67.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008735 | $25,496.13 | 9/4/18 | 8710K88514155 | 8/25/18 | -$25.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008735 | $25,496.13 | 9/4/18 | 8710K88514363 | 8/25/18 | -$35.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008735 | $25,496.13 | 9/4/18 | 8710K88514070 | 8/25/18 | -$102.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008735 | $25,496.13 | 9/4/18 | 8710K88515668 | 8/29/18 | -$24.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008735 | $25,496.13 | 9/4/18 | 8710K88517002 | 8/30/18 | -$15.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008735 | $25,496.13 | 9/4/18 | 8710K88515383 | 8/30/18 | -$34.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008735 | $25,496.13 | 9/4/18 | 8710K88515808 | 8/30/18 | -$40.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008735 | $25,496.13 | 9/4/18 | 8710K88515265 | 8/30/18 | -$75.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008735 | $25,496.13 | 9/4/18 | 8710K88516521 | 8/30/18 | -$80.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008735 | $25,496.13 | 9/4/18 | 8710K88516523 | 8/30/18 | -$100.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008735 | $25,496.13 | 9/4/18 | 8710K88519675 | 8/31/18 | -$12.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008735 | $25,496.13 | 9/4/18 | 8710K88519029 | 8/31/18 | -$17.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008735 | $25,496.13 | 9/4/18 | 8710K88518983 | 8/31/18 | -$22.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008735 | $25,496.13 | 9/4/18 | 8710K88518205 | 8/31/18 | -$23.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008735 | $25,496.13 | 9/4/18 | 8710K88518345 | 8/31/18 | -$50.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008735 | $25,496.13 | 9/4/18 | 8710K88519148 | 8/31/18 | -$59.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008735 | $25,496.13 | 9/4/18 | 8710K88519207 | 8/31/18 | -$62.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011391 | $25,113.30 | 9/7/18 | 3091 | 6/19/18 | $25,193.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011391 | $25,113.30 | 9/7/18 | 8361AD090218BD2 | 8/31/18 | -$67.67 |

Blue Star Fashion NY Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011391 | $25,113.30 | 9/7/18 | 8710K88520650 | 9/1/18 | -$12.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014721 | $443.95 | 9/14/18 | 3137 | 7/13/18 | $980.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014721 | $443.95 | 9/14/18 | 8710K88521685 | 9/7/18 | -$17.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014721 | $443.95 | 9/14/18 | 8710K88521587 | 9/7/18 | -$17.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014721 | $443.95 | 9/14/18 | 8361AD090918A93 | 9/7/18 | -$21.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014721 | $443.95 | 9/14/18 | 8710K88520271 | 9/7/18 | -$40.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014721 | $443.95 | 9/14/18 | 8710K88521444 | 9/7/18 | -$50.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014721 | $443.95 | 9/14/18 | 8710K88523823 | 9/8/18 | -$11.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014721 | $443.95 | 9/14/18 | 8710K88523753 | 9/8/18 | -$12.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014721 | $443.95 | 9/14/18 | 8710K88522620 | 9/8/18 | -$17.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014721 | $443.95 | 9/14/18 | 8710K88522835 | 9/8/18 | -$28.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014721 | $443.95 | 9/14/18 | 8710K88522569 | 9/8/18 | -$37.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014721 | $443.95 | 9/14/18 | 8361D006416191 | 9/10/18 | -$105.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014721 | $443.95 | 9/14/18 | 8710K88519559 | 9/11/18 | -$7.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014721 | $443.95 | 9/14/18 | 8710K88519281 | 9/11/18 | -$12.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014721 | $443.95 | 9/14/18 | 8710K88523821 | 9/12/18 | -$7.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014721 | $443.95 | 9/14/18 | 8710K88524780 | 9/12/18 | -$8.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014721 | $443.95 | 9/14/18 | 8710K88525072 | 9/12/18 | -$17.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014721 | $443.95 | 9/14/18 | 8710K88525533 | 9/12/18 | -$17.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014721 | $443.95 | 9/14/18 | 8710K88525603 | 9/12/18 | -$32.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014721 | $443.95 | 9/14/18 | 8710K88525628 | 9/12/18 | -$36.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014721 | $443.95 | 9/14/18 | 8710K88524303 | 9/12/18 | -$37.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015451 | $348,961.99 | 9/17/18 | 3190 | 8/8/18 | $136,571.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015451 | $348,961.99 | 9/17/18 | 3191 | 8/8/18 | $81,782.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015451 | $348,961.99 | 9/17/18 | 3203 | 8/9/18 | $83,119.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015451 | $348,961.99 | 9/17/18 | 3204 | 8/9/18 | $47,973.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015451 | $348,961.99 | 9/17/18 | 8710K88527958 | 9/13/18 | -$12.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015451 | $348,961.99 | 9/17/18 | 8710K88526674 | 9/13/18 | -$24.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015451 | $348,961.99 | 9/17/18 | 8710K88527924 | 9/13/18 | -$33.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015451 | $348,961.99 | 9/17/18 | 8710K88526441 | 9/13/18 | -$61.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015451 | $348,961.99 | 9/17/18 | 8710K88526262 | 9/13/18 | -$75.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015451 | $348,961.99 | 9/17/18 | 8710K88527479 | 9/13/18 | -$278.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017014 | $58,042.07 | 9/19/18 | 3130 | 7/12/18 | $25,143.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017014 | $58,042.07 | 9/19/18 | 3135 | 7/12/18 | $16,979.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017014 | $58,042.07 | 9/19/18 | 3131 | 7/12/18 | $8,073.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017014 | $58,042.07 | 9/19/18 | 3128 | 7/12/18 | $7,967.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017014 | $58,042.07 | 9/19/18 | 8361AD091618A57 | 9/14/18 | -$8.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017014 | $58,042.07 | 9/19/18 | 8710K88530163 | 9/14/18 | -$8.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017014 | $58,042.07 | 9/19/18 | 8710K88528909 | 9/14/18 | -$42.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017014 | $58,042.07 | 9/19/18 | 8710K88528814 | 9/14/18 | -$62.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017496 | $37,699.20 | 9/20/18 | 3111 | 7/2/18 | $19,342.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017496 | $37,699.20 | 9/20/18 | 3113 | 7/2/18 | $9,235.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017496 | $37,699.20 | 9/20/18 | 3112 | 7/2/18 | $9,121.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020488 | $28,557.87 | 9/26/18 | 3121 | 7/6/18 | $29,023.20 |

Blue Star Fashion NY Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

April 1, 2020    Exhibit A    P. 4

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781020488 | $28,557.87 | 9/26/18 | 8710K88530211 | 9/19/18 | -$15.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020488 | $28,557.87 | 9/26/18 | 8710K88530200 | 9/19/18 | -$64.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020488 | $28,557.87 | 9/26/18 | 8710K88530377 | 9/19/18 | -$87.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020488 | $28,557.87 | 9/26/18 | 8710K88532919 | 9/20/18 | -$11.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020488 | $28,557.87 | 9/26/18 | 8710K88531941 | 9/20/18 | -$38.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020488 | $28,557.87 | 9/26/18 | 8710K88532033 | 9/20/18 | -$93.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020488 | $28,557.87 | 9/26/18 | 8361AD092318BG8 | 9/21/18 | -$65.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020488 | $28,557.87 | 9/26/18 | 8710K88533798 | 9/21/18 | -$76.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020488 | $28,557.87 | 9/26/18 | 8710K88532035 | 9/22/18 | -$12.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023168 | $49,424.66 | 10/2/18 | 3166 | 7/26/18 | $25,151.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023168 | $49,424.66 | 10/2/18 | 3167 | 7/26/18 | $24,780.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023168 | $49,424.66 | 10/2/18 | 8710K88535390 | 9/27/18 | -$8.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023168 | $49,424.66 | 10/2/18 | 8710K88537268 | 9/27/18 | -$12.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023168 | $49,424.66 | 10/2/18 | 8710K88535485 | 9/27/18 | -$42.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023168 | $49,424.66 | 10/2/18 | 8710K88535166 | 9/27/18 | -$55.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023168 | $49,424.66 | 10/2/18 | 8710K88537195 | 9/28/18 | -$17.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023168 | $49,424.66 | 10/2/18 | 8710K88537254 | 9/28/18 | -$370.79 |

Totals:    13 transfer(s),  $839,299.03