| Defendant: | **Bolymax International Corporation** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-11937 | $289,284.77 | 9/17/18 | 201819848822 | 6/18/18 | $277,506.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-11937 | $289,284.77 | 9/17/18 | 201819848822 | 6/18/18 | $11,778.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-11938 | $20,441.00 | 9/21/18 | 201819849395 | 6/24/18 | $20,441.00 |

**Totals:**     **2 transfer(s),  $309,725.77**

Bolymax International Corporation

Bankruptcy Case: Sears Holding Corporation, et al.

April 1, 2020

Exhibit A