| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | Buddy's Newco, LLC | | | | | | |
| Bankruptcy Case | Sears Holding Corporation, et al. | | | | | | |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 | | | | | | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984631 | $64,044.94 | 7/18/18 | DSINV00857 | 6/18/18 | $22,778.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984631 | $64,044.94 | 7/18/18 | DSINV00857 | 6/18/18 | $18,152.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984631 | $64,044.94 | 7/18/18 | DSINV00857 | 6/18/18 | $12,322.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984631 | $64,044.94 | 7/18/18 | DSINV00857 | 6/18/18 | $8,598.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984631 | $64,044.94 | 7/18/18 | DSINV00857 | 6/18/18 | $2,193.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989886 | $56,819.47 | 7/30/18 | DSINV00878 | 6/29/18 | $18,021.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989886 | $56,819.47 | 7/30/18 | DSINV00878 | 6/29/18 | $17,493.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989886 | $56,819.47 | 7/30/18 | DSINV00878 | 6/29/18 | $13,543.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989886 | $56,819.47 | 7/30/18 | DSINV00878 | 6/29/18 | $5,287.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989886 | $56,819.47 | 7/30/18 | DSINV00878 | 6/29/18 | $2,473.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995835 | $5,913.32 | 8/8/18 | VM07092018 | 7/9/18 | $683.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995835 | $5,913.32 | 8/8/18 | VM07092018 | 7/9/18 | $683.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995835 | $5,913.32 | 8/8/18 | VM07092018 | 7/9/18 | $682.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995835 | $5,913.32 | 8/8/18 | VM07092018 | 7/9/18 | $682.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995835 | $5,913.32 | 8/8/18 | VM07092018 | 7/9/18 | $682.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995835 | $5,913.32 | 8/8/18 | VM07092018 | 7/9/18 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995835 | $5,913.32 | 8/8/18 | VM07092018 | 7/9/18 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995835 | $5,913.32 | 8/8/18 | VM07092018 | 7/9/18 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995835 | $5,913.32 | 8/8/18 | VM07092018 | 7/9/18 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995835 | $5,913.32 | 8/8/18 | VM07092018 | 7/9/18 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996899 | $21,156.74 | 8/10/18 | DSINV00893 | 7/12/18 | $7,501.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996899 | $21,156.74 | 8/10/18 | DSINV00893 | 7/12/18 | $7,170.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996899 | $21,156.74 | 8/10/18 | DSINV00893 | 7/12/18 | $3,485.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996899 | $21,156.74 | 8/10/18 | DSINV00893 | 7/12/18 | $2,629.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996899 | $21,156.74 | 8/10/18 | DSINV00893 | 7/12/18 | $370.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006491 | $45,890.30 | 8/30/18 | DSINV00928 | 7/31/18 | $17,457.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006491 | $45,890.30 | 8/30/18 | DSINV00928 | 7/31/18 | $16,403.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006491 | $45,890.30 | 8/30/18 | DSINV00928 | 7/31/18 | $6,775.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006491 | $45,890.30 | 8/30/18 | DSINV00928 | 7/31/18 | $4,683.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006491 | $45,890.30 | 8/30/18 | DSINV00928 | 7/31/18 | $569.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011986 | $13,026.77 | 9/10/18 | VM08102018 | 8/10/18 | $2,772.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011986 | $13,026.77 | 9/10/18 | VM08102018 | 8/10/18 | $1,923.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011986 | $13,026.77 | 9/10/18 | VM08102018 | 8/10/18 | $1,673.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011986 | $13,026.77 | 9/10/18 | VM08102018 | 8/10/18 | $743.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011986 | $13,026.77 | 9/10/18 | VM08102018 | 8/10/18 | $683.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011986 | $13,026.77 | 9/10/18 | VM08102018 | 8/10/18 | $683.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011986 | $13,026.77 | 9/10/18 | VM08102018 | 8/10/18 | $682.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011986 | $13,026.77 | 9/10/18 | VM08102018 | 8/10/18 | $682.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011986 | $13,026.77 | 9/10/18 | VM08102018 | 8/10/18 | $682.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011986 | $13,026.77 | 9/10/18 | VM08102018 | 8/10/18 | $500.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011986 | $13,026.77 | 9/10/18 | VM08102018 | 8/10/18 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011986 | $13,026.77 | 9/10/18 | VM08102018 | 8/10/18 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011986 | $13,026.77 | 9/10/18 | VM08102018 | 8/10/18 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011986 | $13,026.77 | 9/10/18 | VM08102018 | 8/10/18 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014729 | $30,992.73 | 9/14/18 | DSINV00929 | 8/15/18 | $9,572.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014729 | $30,992.73 | 9/14/18 | DSINV00929 | 8/15/18 | $6,318.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014729 | $30,992.73 | 9/14/18 | DSINV00929 | 8/15/18 | $5,403.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014729 | $30,992.73 | 9/14/18 | DSINV00929 | 8/15/18 | $4,691.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014729 | $30,992.73 | 9/14/18 | DSINV00929 | 8/15/18 | $2,947.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014729 | $30,992.73 | 9/14/18 | DSINV00929 | 8/15/18 | $2,059.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018907 | $3,253.09 | 9/24/18 | VM08012018 | 8/24/18 | $821.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018907 | $3,253.09 | 9/24/18 | VM08012018 | 8/24/18 | $791.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018907 | $3,253.09 | 9/24/18 | VM08142018 | 8/24/18 | $577.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018907 | $3,253.09 | 9/24/18 | VM08012018 | 8/24/18 | $441.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018907 | $3,253.09 | 9/24/18 | VM08142018 | 8/24/18 | $324.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018907 | $3,253.09 | 9/24/18 | VM08142018 | 8/24/18 | $296.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023179 | $101,957.40 | 10/2/18 | VM08212018 | 8/28/18 | $782.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023179 | $101,957.40 | 10/2/18 | VM08212018 | 8/28/18 | $508.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023179 | $101,957.40 | 10/2/18 | VM08212018 | 8/28/18 | $489.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023179 | $101,957.40 | 10/2/18 | DSINV00951 | 8/30/18 | $44,067.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023179 | $101,957.40 | 10/2/18 | DSINV00951 | 8/30/18 | $16,358.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023179 | $101,957.40 | 10/2/18 | DSINV00951 | 8/30/18 | $15,108.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023179 | $101,957.40 | 10/2/18 | DSINV00951 | 8/30/18 | $7,713.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023179 | $101,957.40 | 10/2/18 | DSINV00951 | 8/30/18 | $6,853.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023179 | $101,957.40 | 10/2/18 | DSINV00951 | 8/30/18 | $950.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023179 | $101,957.40 | 10/2/18 | VM08312018 | 8/31/18 | $1,178.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023179 | $101,957.40 | 10/2/18 | VM08312018 | 8/31/18 | $743.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023179 | $101,957.40 | 10/2/18 | VM08312018 | 8/31/18 | $730.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023179 | $101,957.40 | 10/2/18 | VM08312018 | 8/31/18 | $683.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023179 | $101,957.40 | 10/2/18 | VM08312018 | 8/31/18 | $683.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023179 | $101,957.40 | 10/2/18 | VM08312018 | 8/31/18 | $682.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023179 | $101,957.40 | 10/2/18 | VM08312018 | 8/31/18 | $682.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023179 | $101,957.40 | 10/2/18 | VM08312018 | 8/31/18 | $682.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023179 | $101,957.40 | 10/2/18 | VM08312018 | 8/31/18 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023179 | $101,957.40 | 10/2/18 | VM08312018 | 8/31/18 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023179 | $101,957.40 | 10/2/18 | VM08312018 | 8/31/18 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023179 | $101,957.40 | 10/2/18 | VM08312018 | 8/31/18 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023179 | $101,957.40 | 10/2/18 | VM08312018 | 8/31/18 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023179 | $101,957.40 | 10/2/18 | VM08312018 | 8/31/18 | $494.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023179 | $101,957.40 | 10/2/18 | VM08312018 | 8/31/18 | $64.82 |

Totals:     9 transfer(s),   $343,054.76