Defendant: **California Costume Collections, Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006053 | $2,602.84 | 9/12/18 | 8361AD111917BT6 | 11/17/17 | -$734.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006053 | $2,602.84 | 9/12/18 | 8361AD112617BM1 | 11/24/17 | -$788.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006053 | $2,602.84 | 9/12/18 | 8361AD120317BQ9 | 12/1/17 | -$1,046.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006053 | $2,602.84 | 9/12/18 | 8361AD121017BQ8 | 12/8/17 | -$1,123.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006053 | $2,602.84 | 9/12/18 | 8361AD121717BY7 | 12/15/17 | -$887.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006053 | $2,602.84 | 9/12/18 | 8361AD122417B81 | 12/22/17 | -$1,076.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006053 | $2,602.84 | 9/12/18 | 8361AD123117BW5 | 12/29/17 | -$346.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006053 | $2,602.84 | 9/12/18 | 8361AD010718B34 | 1/5/18 | -$1,002.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006053 | $2,602.84 | 9/12/18 | 8361AD011418BM2 | 1/12/18 | -$368.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006053 | $2,602.84 | 9/12/18 | 8361AD012118BU3 | 1/19/18 | -$82.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006053 | $2,602.84 | 9/12/18 | 8361AD012818B49 | 1/26/18 | -$147.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006053 | $2,602.84 | 9/12/18 | 8361AD020418B45 | 2/2/18 | -$113.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006053 | $2,602.84 | 9/12/18 | 8361AD021118BU5 | 2/9/18 | -$185.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006053 | $2,602.84 | 9/12/18 | 8361AD021818BK6 | 2/16/18 | -$30.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006053 | $2,602.84 | 9/12/18 | 8361AD022518BU0 | 2/23/18 | -$61.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006053 | $2,602.84 | 9/12/18 | 8361AD030418B04 | 3/2/18 | -$132.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006053 | $2,602.84 | 9/12/18 | 8361AD031118BW8 | 3/9/18 | -$63.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006053 | $2,602.84 | 9/12/18 | 8361AD031818BZ3 | 3/16/18 | -$103.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006053 | $2,602.84 | 9/12/18 | 8361AD032518B42 | 3/23/18 | -$27.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006053 | $2,602.84 | 9/12/18 | 20180144KPW | 3/27/18 | -$841.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006053 | $2,602.84 | 9/12/18 | 8361AD040818BZ5 | 4/6/18 | -$320.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006053 | $2,602.84 | 9/12/18 | 8361AD041518B98 | 4/13/18 | -$63.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006053 | $2,602.84 | 9/12/18 | 8361AD042918B63 | 4/27/18 | -$160.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006053 | $2,602.84 | 9/12/18 | 8361AD051318BW4 | 5/11/18 | -$15.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006053 | $2,602.84 | 9/12/18 | 20180721KPW | 6/21/18 | -$381.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006053 | $2,602.84 | 9/12/18 | 581433 | 8/3/18 | $1,966.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006053 | $2,602.84 | 9/12/18 | 581821 | 8/10/18 | $10,739.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008752 | $61,197.31 | 9/18/18 | 582003 | 8/15/18 | $33,857.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008752 | $61,197.31 | 9/18/18 | 582002 | 8/15/18 | $16,967.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008752 | $61,197.31 | 9/18/18 | 582004 | 8/15/18 | $10,372.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009860 | $118,287.17 | 9/19/18 | 581974 | 8/14/18 | $24,976.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009860 | $118,287.17 | 9/19/18 | 581973 | 8/14/18 | $9,958.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009860 | $118,287.17 | 9/19/18 | 581975 | 8/14/18 | $8,759.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009860 | $118,287.17 | 9/19/18 | 581976 | 8/14/18 | $3,723.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009860 | $118,287.17 | 9/19/18 | 581977 | 8/14/18 | $2,313.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009860 | $118,287.17 | 9/19/18 | 582047 | 8/16/18 | $35,040.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009860 | $118,287.17 | 9/19/18 | 582048 | 8/16/18 | $17,218.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009860 | $118,287.17 | 9/19/18 | 582046 | 8/16/18 | $9,418.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009860 | $118,287.17 | 9/19/18 | 582049 | 8/16/18 | $6,878.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011995 | $294,666.26 | 9/24/18 | 581882 | 8/13/18 | $42,398.19 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011995 | $294,666.26 | 9/24/18 | 581881 | 8/13/18 | $9,149.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011995 | $294,666.26 | 9/24/18 | 581883 | 8/13/18 | $7,579.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011995 | $294,666.26 | 9/24/18 | 581884 | 8/13/18 | $4,626.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011995 | $294,666.26 | 9/24/18 | 581934 | 8/14/18 | $19,321.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011995 | $294,666.26 | 9/24/18 | 581979 | 8/14/18 | $17,202.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011995 | $294,666.26 | 9/24/18 | 581981 | 8/14/18 | $16,967.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011995 | $294,666.26 | 9/24/18 | 581932 | 8/14/18 | $16,089.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011995 | $294,666.26 | 9/24/18 | 581937 | 8/14/18 | $11,701.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011995 | $294,666.26 | 9/24/18 | 581933 | 8/14/18 | $10,006.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011995 | $294,666.26 | 9/24/18 | 581936 | 8/14/18 | $8,027.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011995 | $294,666.26 | 9/24/18 | 581935 | 8/14/18 | $4,967.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011995 | $294,666.26 | 9/24/18 | 581980 | 8/14/18 | $3,188.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011995 | $294,666.26 | 9/24/18 | 582005 | 8/15/18 | $23,752.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011995 | $294,666.26 | 9/24/18 | 582012 | 8/15/18 | $21,265.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011995 | $294,666.26 | 9/24/18 | 582013 | 8/15/18 | $18,689.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011995 | $294,666.26 | 9/24/18 | 582007 | 8/15/18 | $18,239.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011995 | $294,666.26 | 9/24/18 | 582006 | 8/15/18 | $12,202.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011995 | $294,666.26 | 9/24/18 | 582011 | 8/15/18 | $9,676.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011995 | $294,666.26 | 9/24/18 | 582009 | 8/15/18 | $5,584.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011995 | $294,666.26 | 9/24/18 | 582014 | 8/15/18 | $4,255.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011995 | $294,666.26 | 9/24/18 | 582008 | 8/15/18 | $4,052.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011995 | $294,666.26 | 9/24/18 | 582010 | 8/15/18 | $3,043.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011995 | $294,666.26 | 9/24/18 | 582015 | 8/15/18 | $2,678.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012746 | $83,641.38 | 9/25/18 | 581970 | 8/14/18 | $50,744.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012746 | $83,641.38 | 9/25/18 | 581971 | 8/14/18 | $25,835.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012746 | $83,641.38 | 9/25/18 | 581972 | 8/14/18 | $7,061.27 |

Totals:   5 transfer(s),  $560,394.96

California Costume Collections, Inc.

Bankruptcy Case: Sears Holding Corporation, et al.