Defendant: **California Innovations (U.S.) Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981268 | $54,011.31 | 7/19/18 | 631262 | 5/30/18 | $3,949.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981268 | $54,011.31 | 7/19/18 | 631256 | 5/30/18 | $307.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981268 | $54,011.31 | 7/19/18 | 632483 | 6/7/18 | $18,474.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981268 | $54,011.31 | 7/19/18 | 632485 | 6/7/18 | $9,834.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981268 | $54,011.31 | 7/19/18 | 632484 | 6/7/18 | $4,848.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981268 | $54,011.31 | 7/19/18 | 632486 | 6/7/18 | $3,523.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981268 | $54,011.31 | 7/19/18 | 632480 | 6/11/18 | $3,016.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981268 | $54,011.31 | 7/19/18 | 632844 | 6/13/18 | $3,558.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981268 | $54,011.31 | 7/19/18 | 632843 | 6/13/18 | $3,269.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981268 | $54,011.31 | 7/19/18 | 632841 | 6/13/18 | $234.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981268 | $54,011.31 | 7/19/18 | 8361AD070818BU6 | 7/6/18 | -$52.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981268 | $54,011.31 | 7/19/18 | CD3102757ED | 7/9/18 | $3,046.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984650 | $33,923.85 | 7/26/18 | 632842 | 6/13/18 | $10,005.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984650 | $33,923.85 | 7/26/18 | 632845 | 6/13/18 | $3,635.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984650 | $33,923.85 | 7/26/18 | 633892 | 6/20/18 | $5,534.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984650 | $33,923.85 | 7/26/18 | 633891 | 6/20/18 | $3,150.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984650 | $33,923.85 | 7/26/18 | 633893 | 6/20/18 | $2,467.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984650 | $33,923.85 | 7/26/18 | 634860 | 6/29/18 | $7,372.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984650 | $33,923.85 | 7/26/18 | CD3102788ED | 7/13/18 | $1,830.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984650 | $33,923.85 | 7/26/18 | 8361AD071518BO8 | 7/13/18 | -$71.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988045 | $3,816.40 | 8/2/18 | 633895 | 6/20/18 | $2,237.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988045 | $3,816.40 | 8/2/18 | CD3102834ED | 7/17/18 | $1,537.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988045 | $3,816.40 | 8/2/18 | CD3102826ED | 7/17/18 | $127.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988045 | $3,816.40 | 8/2/18 | 8361AD072218BT3 | 7/20/18 | -$86.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991561 | $17,204.94 | 8/13/18 | 634864 | 6/28/18 | $6,327.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991561 | $17,204.94 | 8/13/18 | 634862 | 6/28/18 | $5,421.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991561 | $17,204.94 | 8/13/18 | 634865 | 6/28/18 | $2,240.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991561 | $17,204.94 | 8/13/18 | 634861 | 6/28/18 | $896.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991561 | $17,204.94 | 8/13/18 | 635465 | 7/6/18 | $2,362.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991561 | $17,204.94 | 8/13/18 | 8361AD072918BU3 | 7/27/18 | -$43.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995851 | $19,541.02 | 8/20/18 | 634863 | 6/28/18 | $1,826.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995851 | $19,541.02 | 8/20/18 | 635467 | 7/6/18 | $7,476.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995851 | $19,541.02 | 8/20/18 | 635468 | 7/6/18 | $4,768.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995851 | $19,541.02 | 8/20/18 | 635466 | 7/6/18 | $3,340.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995851 | $19,541.02 | 8/20/18 | 636591 | 7/13/18 | $2,534.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995851 | $19,541.02 | 8/20/18 | 8361AD080518BZ3 | 8/3/18 | -$106.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995851 | $19,541.02 | 8/20/18 | VPASN993118796 | 8/5/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995851 | $19,541.02 | 8/20/18 | VPASN993118797 | 8/5/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999158 | $26,897.80 | 8/29/18 | 635469 | 7/6/18 | $12,606.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999158 | $26,897.80 | 8/29/18 | 635470 | 7/6/18 | $5,718.40 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999158 | $26,897.80 | 8/29/18 | 637088 | 7/16/18 | $951.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999158 | $26,897.80 | 8/29/18 | 637087 | 7/16/18 | $628.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999158 | $26,897.80 | 8/29/18 | 637861 | 7/20/18 | $5,357.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999158 | $26,897.80 | 8/29/18 | 638469 | 7/26/18 | $2,068.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999158 | $26,897.80 | 8/29/18 | 8361AD081218BL8 | 8/10/18 | -$133.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999158 | $26,897.80 | 8/29/18 | VPASN993119098 | 8/12/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999158 | $26,897.80 | 8/29/18 | VPASN993119097 | 8/12/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002673 | $28,719.85 | 9/5/18 | 637089 | 7/16/18 | $2,420.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002673 | $28,719.85 | 9/5/18 | 637090 | 7/16/18 | $976.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002673 | $28,719.85 | 9/5/18 | 637909 | 7/19/18 | $12,494.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002673 | $28,719.85 | 9/5/18 | 637857 | 7/19/18 | $4,351.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002673 | $28,719.85 | 9/5/18 | 637859 | 7/19/18 | $2,489.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002673 | $28,719.85 | 9/5/18 | 637858 | 7/19/18 | $1,495.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002673 | $28,719.85 | 9/5/18 | 637860 | 7/19/18 | $1,125.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002673 | $28,719.85 | 9/5/18 | 637856 | 7/19/18 | $706.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002673 | $28,719.85 | 9/5/18 | 638472 | 7/26/18 | $387.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002673 | $28,719.85 | 9/5/18 | 638470 | 7/26/18 | $239.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002673 | $28,719.85 | 9/5/18 | CD3103025ED | 8/17/18 | $2,053.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002673 | $28,719.85 | 9/5/18 | 8361AD081918BB4 | 8/17/18 | -$22.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006055 | $7,823.80 | 9/12/18 | 638471 | 7/26/18 | $2,352.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006055 | $7,823.80 | 9/12/18 | 638474 | 7/26/18 | $549.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006055 | $7,823.80 | 9/12/18 | 638473 | 7/26/18 | $295.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006055 | $7,823.80 | 9/12/18 | 640410 | 8/2/18 | $2,994.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006055 | $7,823.80 | 9/12/18 | 640408 | 8/2/18 | $1,878.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006055 | $7,823.80 | 9/12/18 | 8361AD082618B20 | 8/24/18 | -$246.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009862 | $81,820.27 | 9/19/18 | 633894 | 6/20/18 | $3,076.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009862 | $81,820.27 | 9/19/18 | 633890 | 6/20/18 | $543.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009862 | $81,820.27 | 9/19/18 | 640409 | 8/2/18 | $11,674.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009862 | $81,820.27 | 9/19/18 | 640411 | 8/2/18 | $3,807.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009862 | $81,820.27 | 9/19/18 | 640413 | 8/13/18 | $38,917.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009862 | $81,820.27 | 9/19/18 | 640414 | 8/13/18 | $16,649.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009862 | $81,820.27 | 9/19/18 | CD3103064ED | 8/30/18 | $3,257.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009862 | $81,820.27 | 9/19/18 | CD3103068ED | 8/30/18 | $1,430.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009862 | $81,820.27 | 9/19/18 | CD3103069ED | 8/30/18 | $1,273.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009862 | $81,820.27 | 9/19/18 | CD3103063ED | 8/30/18 | $1,108.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009862 | $81,820.27 | 9/19/18 | CD3103076ED | 8/31/18 | $219.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009862 | $81,820.27 | 9/19/18 | 8361AD090218BV4 | 8/31/18 | -$137.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013624 | $74,510.15 | 9/26/18 | 631432 | 6/5/18 | $536.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013624 | $74,510.15 | 9/26/18 | 631432 | 6/5/18 | -$570.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013624 | $74,510.15 | 9/26/18 | 640404 | 8/8/18 | $31,370.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013624 | $74,510.15 | 9/26/18 | 640406 | 8/8/18 | $17,562.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013624 | $74,510.15 | 9/26/18 | 640407 | 8/8/18 | $10,980.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013624 | $74,510.15 | 9/26/18 | 640405 | 8/8/18 | $8,304.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013624 | $74,510.15 | 9/26/18 | 640412 | 8/10/18 | $6,453.31 |

California Innovations (U.S.) Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013624 | $74,510.15 | 9/26/18 | VPTRAN80918008 | 9/7/18 | -$30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013624 | $74,510.15 | 9/26/18 | 8361AD090918BQ8 | 9/7/18 | -$97.41 |

**Totals:** 10 transfer(s), $348,269.39