| | | |
|---|---|---|
| Defendant: | **California Newspaper Partnership** | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780994382 | $69,139.79 | 8/17/18 | 5185034316 | 6/1/18 | $69,139.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009863 | $60,303.09 | 9/19/18 | 6185034316 | 7/2/18 | $60,303.09 |
| Totals: | 2 transfer(s), $129,442.88 | | | | | | |