| Defendant: | Centrex Plastics LLC |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981291 | $7,159.28 | 7/19/18 | 182870 | 4/30/18 | $5,164.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981291 | $7,159.28 | 7/19/18 | 183022 | 5/1/18 | $592.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981291 | $7,159.28 | 7/19/18 | 183047 | 5/2/18 | $2,976.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981291 | $7,159.28 | 7/19/18 | 183080 | 5/4/18 | $5,375.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981291 | $7,159.28 | 7/19/18 | 183108 | 5/7/18 | $1,331.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981291 | $7,159.28 | 7/19/18 | 183106 | 5/7/18 | $778.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981291 | $7,159.28 | 7/19/18 | 8361AD070818BM2 | 7/6/18 | -$510.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981291 | $7,159.28 | 7/19/18 | MA18188711364 | 7/7/18 | -$8,548.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984675 | $11,884.70 | 7/26/18 | 183107 | 5/7/18 | $225.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984675 | $11,884.70 | 7/26/18 | 183122 | 5/8/18 | $5,277.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984675 | $11,884.70 | 7/26/18 | 183187 | 5/11/18 | $6,113.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984675 | $11,884.70 | 7/26/18 | 183227 | 5/14/18 | $409.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984675 | $11,884.70 | 7/26/18 | 8361AD071518BH4 | 7/13/18 | -$141.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988077 | $23,492.02 | 8/2/18 | 182742 | 4/11/18 | $2,478.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988077 | $23,492.02 | 8/2/18 | 183223 | 5/14/18 | $5,828.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988077 | $23,492.02 | 8/2/18 | 183229 | 5/14/18 | $1,406.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988077 | $23,492.02 | 8/2/18 | 183228 | 5/14/18 | $1,027.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988077 | $23,492.02 | 8/2/18 | 183244 | 5/15/18 | $7,305.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988077 | $23,492.02 | 8/2/18 | 183245 | 5/15/18 | $2,861.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988077 | $23,492.02 | 8/2/18 | 183246 | 5/15/18 | $1,572.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988077 | $23,492.02 | 8/2/18 | 183349 | 5/21/18 | $837.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988077 | $23,492.02 | 8/2/18 | 183351 | 5/21/18 | $434.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988077 | $23,492.02 | 8/2/18 | 8361AD072218BL4 | 7/20/18 | -$260.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991589 | $15,396.67 | 8/13/18 | 181658 | 1/22/18 | $297.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991589 | $15,396.67 | 8/13/18 | 183352 | 5/21/18 | $543.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991589 | $15,396.67 | 8/13/18 | 183367 | 5/23/18 | $6,287.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991589 | $15,396.67 | 8/13/18 | 183366 | 5/23/18 | $3,489.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991589 | $15,396.67 | 8/13/18 | 183426 | 5/25/18 | $2,639.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991589 | $15,396.67 | 8/13/18 | 183460 | 5/29/18 | $2,432.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991589 | $15,396.67 | 8/13/18 | 8361AD072918BL6 | 7/27/18 | -$292.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995882 | $5,595.30 | 8/20/18 | 183350 | 5/23/18 | $3,047.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995882 | $5,595.30 | 8/20/18 | 183481 | 5/30/18 | $8,809.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995882 | $5,595.30 | 8/20/18 | 183496 | 5/31/18 | $1,022.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995882 | $5,595.30 | 8/20/18 | 8361AD080518BQ9 | 8/3/18 | -$495.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995882 | $5,595.30 | 8/20/18 | MA18216711364 | 8/4/18 | -$6,789.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999185 | $12,631.95 | 8/29/18 | 183559 | 6/4/18 | $6,415.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999185 | $12,631.95 | 8/29/18 | 183711A | 6/12/18 | $2,755.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999185 | $12,631.95 | 8/29/18 | 183727 | 6/13/18 | $3,603.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999185 | $12,631.95 | 8/29/18 | 8361AD081218BF2 | 8/10/18 | -$142.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002699 | $28,374.94 | 9/5/18 | 183620 | 6/11/18 | $8,616.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002699 | $28,374.94 | 9/5/18 | 183677 | 6/11/18 | $921.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002699 | $28,374.94 | 9/5/18 | 183724 | 6/13/18 | $8,376.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002699 | $28,374.94 | 9/5/18 | 183763 | 6/15/18 | $7,972.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002699 | $28,374.94 | 9/5/18 | 183750 | 6/15/18 | $1,314.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002699 | $28,374.94 | 9/5/18 | 183805 | 6/19/18 | $1,312.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002699 | $28,374.94 | 9/5/18 | 8361AD081918A64 | 8/17/18 | -$137.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006082 | $14,970.58 | 9/12/18 | 183764 | 6/15/18 | $5,819.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006082 | $14,970.58 | 9/12/18 | 183759 | 6/15/18 | $4,153.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006082 | $14,970.58 | 9/12/18 | 183748 | 6/15/18 | $1,471.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006082 | $14,970.58 | 9/12/18 | 183804 | 6/18/18 | $3,985.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006082 | $14,970.58 | 9/12/18 | 8361AD082618BT4 | 8/24/18 | -$459.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009900 | $12,065.93 | 9/19/18 | 183882 | 6/25/18 | $3,901.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009900 | $12,065.93 | 9/19/18 | 184009 | 6/28/18 | $4,719.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009900 | $12,065.93 | 9/19/18 | 184013 | 6/28/18 | $4,178.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009900 | $12,065.93 | 9/19/18 | 184008 | 6/28/18 | $1,180.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009900 | $12,065.93 | 9/19/18 | 184049 | 6/29/18 | $978.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009900 | $12,065.93 | 9/19/18 | 184048 | 6/29/18 | $554.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009900 | $12,065.93 | 9/19/18 | 184065 | 7/3/18 | $1,060.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009900 | $12,065.93 | 9/19/18 | VPASN993119791 | 8/26/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009900 | $12,065.93 | 9/19/18 | 8361AD090218BN5 | 8/31/18 | -$264.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009900 | $12,065.93 | 9/19/18 | MA18244711364 | 9/1/18 | -$4,093.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013649 | $6,163.45 | 9/26/18 | 184064 | 7/2/18 | $4,218.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013649 | $6,163.45 | 9/26/18 | 184111 | 7/5/18 | $1,266.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013649 | $6,163.45 | 9/26/18 | 184120 | 7/6/18 | $922.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013649 | $6,163.45 | 9/26/18 | VPOT991488066 | 9/2/18 | -$65.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013649 | $6,163.45 | 9/26/18 | 7705053428 | 9/4/18 | -$8.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013649 | $6,163.45 | 9/26/18 | 8361AD090918BJ2 | 9/7/18 | -$170.54 |

Totals:    10 transfer(s),  $137,734.82