Defendant: **Cheng Yen Enterprises Co. Ltd.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981302 | $18,822.50 | 7/19/18 | 105130 | 5/8/18 | $639.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981302 | $18,822.50 | 7/19/18 | 105137 | 5/10/18 | $1,402.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981302 | $18,822.50 | 7/19/18 | 2000065 | 6/4/18 | $2,106.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981302 | $18,822.50 | 7/19/18 | 2000066 | 6/4/18 | $763.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981302 | $18,822.50 | 7/19/18 | 2000067 | 6/4/18 | $98.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981302 | $18,822.50 | 7/19/18 | 2000068 | 6/4/18 | $84.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981302 | $18,822.50 | 7/19/18 | 2000073 | 6/5/18 | $2,280.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981302 | $18,822.50 | 7/19/18 | 2000074 | 6/5/18 | $758.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981302 | $18,822.50 | 7/19/18 | 2000075 | 6/5/18 | $372.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981302 | $18,822.50 | 7/19/18 | 2000071 | 6/5/18 | $41.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981302 | $18,822.50 | 7/19/18 | 2000078 | 6/6/18 | $2,202.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981302 | $18,822.50 | 7/19/18 | C2000083 | 6/6/18 | $325.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981302 | $18,822.50 | 7/19/18 | 2000080 | 6/6/18 | $99.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981302 | $18,822.50 | 7/19/18 | 105192 | 6/6/18 | $98.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981302 | $18,822.50 | 7/19/18 | 2000081 | 6/6/18 | $96.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981302 | $18,822.50 | 7/19/18 | 2000079 | 6/6/18 | $90.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981302 | $18,822.50 | 7/19/18 | C2000082 | 6/6/18 | $75.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981302 | $18,822.50 | 7/19/18 | 2000085 | 6/7/18 | $1,096.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981302 | $18,822.50 | 7/19/18 | 2000086 | 6/7/18 | $454.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981302 | $18,822.50 | 7/19/18 | 2000087 | 6/7/18 | $132.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981302 | $18,822.50 | 7/19/18 | 2000089 | 6/7/18 | $88.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981302 | $18,822.50 | 7/19/18 | 2000090 | 6/8/18 | $5,639.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981302 | $18,822.50 | 7/19/18 | 2000093 | 6/8/18 | $241.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981302 | $18,822.50 | 7/19/18 | 2000091 | 6/8/18 | $113.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981302 | $18,822.50 | 7/19/18 | 2000092 | 6/8/18 | $48.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981302 | $18,822.50 | 7/19/18 | 105199 | 6/22/18 | -$450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981302 | $18,822.50 | 7/19/18 | 105202 | 7/2/18 | -$9.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981302 | $18,822.50 | 7/19/18 | 105204 | 7/2/18 | -$67.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984688 | $22,697.99 | 7/26/18 | 105156 | 5/17/18 | $800.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984688 | $22,697.99 | 7/26/18 | 105156 | 5/17/18 | $639.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984688 | $22,697.99 | 7/26/18 | 105157 | 5/17/18 | $600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984688 | $22,697.99 | 7/26/18 | 105160 | 5/17/18 | $380.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984688 | $22,697.99 | 7/26/18 | 2000097 | 6/11/18 | $3,174.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984688 | $22,697.99 | 7/26/18 | 2000100 | 6/11/18 | $355.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984688 | $22,697.99 | 7/26/18 | 2000101 | 6/11/18 | $333.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984688 | $22,697.99 | 7/26/18 | 2000098 | 6/11/18 | $147.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984688 | $22,697.99 | 7/26/18 | 2000099 | 6/11/18 | $110.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984688 | $22,697.99 | 7/26/18 | 2000107 | 6/12/18 | $2,420.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984688 | $22,697.99 | 7/26/18 | 2000105 | 6/12/18 | $1,113.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984688 | $22,697.99 | 7/26/18 | 2000103 | 6/12/18 | $264.10 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984688 | $22,697.99 | 7/26/18 | 2000104 | 6/12/18 | $214.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984688 | $22,697.99 | 7/26/18 | 2000108 | 6/13/18 | $2,504.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984688 | $22,697.99 | 7/26/18 | 2000110 | 6/13/18 | $379.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984688 | $22,697.99 | 7/26/18 | 2000109 | 6/13/18 | $72.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984688 | $22,697.99 | 7/26/18 | 2000114 | 6/14/18 | $1,940.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984688 | $22,697.99 | 7/26/18 | 2000115 | 6/14/18 | $251.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984688 | $22,697.99 | 7/26/18 | 2000117 | 6/14/18 | $198.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984688 | $22,697.99 | 7/26/18 | 2000116 | 6/14/18 | $64.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984688 | $22,697.99 | 7/26/18 | 2000121 | 6/15/18 | $5,643.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984688 | $22,697.99 | 7/26/18 | 2000124 | 6/15/18 | $902.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984688 | $22,697.99 | 7/26/18 | 2000122 | 6/15/18 | $307.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984688 | $22,697.99 | 7/26/18 | 2000123 | 6/15/18 | $104.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984688 | $22,697.99 | 7/26/18 | 105208 | 7/9/18 | -$6.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984688 | $22,697.99 | 7/26/18 | 105209 | 7/9/18 | -$217.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988087 | $20,703.04 | 8/2/18 | 2000009 | 5/22/18 | $316.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988087 | $20,703.04 | 8/2/18 | 2000128 | 6/18/18 | $3,266.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988087 | $20,703.04 | 8/2/18 | 2000129 | 6/18/18 | $427.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988087 | $20,703.04 | 8/2/18 | 2000131 | 6/18/18 | $263.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988087 | $20,703.04 | 8/2/18 | 2000130 | 6/18/18 | $93.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988087 | $20,703.04 | 8/2/18 | 2000132 | 6/19/18 | $1,470.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988087 | $20,703.04 | 8/2/18 | 2000139 | 6/19/18 | $1,091.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988087 | $20,703.04 | 8/2/18 | 2000138 | 6/19/18 | $300.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988087 | $20,703.04 | 8/2/18 | 2000133 | 6/19/18 | $230.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988087 | $20,703.04 | 8/2/18 | 2000140 | 6/19/18 | $116.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988087 | $20,703.04 | 8/2/18 | 2000135 | 6/19/18 | $90.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988087 | $20,703.04 | 8/2/18 | 2000134 | 6/19/18 | $48.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988087 | $20,703.04 | 8/2/18 | 2000141 | 6/20/18 | $2,546.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988087 | $20,703.04 | 8/2/18 | 2000146 | 6/20/18 | $408.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988087 | $20,703.04 | 8/2/18 | 2000145 | 6/20/18 | $157.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988087 | $20,703.04 | 8/2/18 | 2000144 | 6/20/18 | $142.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988087 | $20,703.04 | 8/2/18 | 2000143 | 6/20/18 | $36.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988087 | $20,703.04 | 8/2/18 | 2000151 | 6/21/18 | $2,465.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988087 | $20,703.04 | 8/2/18 | 2000149 | 6/21/18 | $518.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988087 | $20,703.04 | 8/2/18 | 2000150 | 6/21/18 | $90.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988087 | $20,703.04 | 8/2/18 | 2000152 | 6/21/18 | $68.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988087 | $20,703.04 | 8/2/18 | 105198 | 6/21/18 | $67.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988087 | $20,703.04 | 8/2/18 | 2000155 | 6/22/18 | $5,842.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988087 | $20,703.04 | 8/2/18 | 2000154 | 6/22/18 | $408.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988087 | $20,703.04 | 8/2/18 | 2000157 | 6/22/18 | $274.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988087 | $20,703.04 | 8/2/18 | 2000156 | 6/22/18 | $72.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988087 | $20,703.04 | 8/2/18 | 105212 | 7/16/18 | -$80.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988087 | $20,703.04 | 8/2/18 | 105214 | 7/19/18 | -$27.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991600 | $20,544.04 | 8/13/18 | 2000028 | 5/25/18 | $658.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991600 | $20,544.04 | 8/13/18 | 2000033 | 5/28/18 | $416.50 |

Cheng Yen Enterprises Co. Ltd.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991600 | $20,544.04 | 8/13/18 | 2000042 | 5/30/18 | $402.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991600 | $20,544.04 | 8/13/18 | 2000158 | 6/25/18 | $2,926.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991600 | $20,544.04 | 8/13/18 | 2000159 | 6/25/18 | $698.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991600 | $20,544.04 | 8/13/18 | 2000162 | 6/25/18 | $166.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991600 | $20,544.04 | 8/13/18 | 2000160 | 6/25/18 | $54.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991600 | $20,544.04 | 8/13/18 | 2000161 | 6/25/18 | $49.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991600 | $20,544.04 | 8/13/18 | 2000165 | 6/26/18 | $1,573.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991600 | $20,544.04 | 8/13/18 | 2000169 | 6/26/18 | $1,073.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991600 | $20,544.04 | 8/13/18 | 2000166 | 6/26/18 | $32.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991600 | $20,544.04 | 8/13/18 | 2000183 | 6/28/18 | $2,826.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991600 | $20,544.04 | 8/13/18 | 2000177 | 6/28/18 | $2,241.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991600 | $20,544.04 | 8/13/18 | 2000175 | 6/28/18 | $627.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991600 | $20,544.04 | 8/13/18 | 2000186 | 6/28/18 | $429.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991600 | $20,544.04 | 8/13/18 | 2000184 | 6/28/18 | $259.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991600 | $20,544.04 | 8/13/18 | 2000173 | 6/28/18 | $178.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991600 | $20,544.04 | 8/13/18 | 2000185 | 6/28/18 | $116.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991600 | $20,544.04 | 8/13/18 | 2000172 | 6/28/18 | $108.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991600 | $20,544.04 | 8/13/18 | 2000189 | 6/29/18 | $4,893.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991600 | $20,544.04 | 8/13/18 | 2000192 | 6/29/18 | $519.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991600 | $20,544.04 | 8/13/18 | 2000190 | 6/29/18 | $267.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991600 | $20,544.04 | 8/13/18 | 2000191 | 6/29/18 | $96.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991600 | $20,544.04 | 8/13/18 | 105213 | 7/16/18 | -$50.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991600 | $20,544.04 | 8/13/18 | 105217 | 7/26/18 | -$21.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995894 | $17,747.13 | 8/20/18 | 105187 | 6/1/18 | $565.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995894 | $17,747.13 | 8/20/18 | 2000084 | 6/6/18 | $297.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995894 | $17,747.13 | 8/20/18 | 2000088 | 6/7/18 | $316.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995894 | $17,747.13 | 8/20/18 | 2000194 | 7/2/18 | $2,931.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995894 | $17,747.13 | 8/20/18 | 2000195 | 7/2/18 | $564.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995894 | $17,747.13 | 8/20/18 | 2000174 | 7/2/18 | $121.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995894 | $17,747.13 | 8/20/18 | 2000196 | 7/2/18 | $84.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995894 | $17,747.13 | 8/20/18 | 2000200 | 7/3/18 | $1,759.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995894 | $17,747.13 | 8/20/18 | 2000204 | 7/3/18 | $679.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995894 | $17,747.13 | 8/20/18 | 2000201 | 7/3/18 | $231.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995894 | $17,747.13 | 8/20/18 | 105210 | 7/3/18 | $65.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995894 | $17,747.13 | 8/20/18 | 2000202 | 7/3/18 | $60.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995894 | $17,747.13 | 8/20/18 | 2000203 | 7/3/18 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995894 | $17,747.13 | 8/20/18 | 2000205 | 7/4/18 | $1,614.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995894 | $17,747.13 | 8/20/18 | 2000208 | 7/4/18 | $703.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995894 | $17,747.13 | 8/20/18 | 2000206 | 7/4/18 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995894 | $17,747.13 | 8/20/18 | 105205 | 7/4/18 | $56.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995894 | $17,747.13 | 8/20/18 | 2000207 | 7/4/18 | $36.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995894 | $17,747.13 | 8/20/18 | 2000210 | 7/5/18 | $1,194.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995894 | $17,747.13 | 8/20/18 | 2000211 | 7/5/18 | $171.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995894 | $17,747.13 | 8/20/18 | 2000212 | 7/5/18 | $137.20 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995894 | $17,747.13 | 8/20/18 | 2000214 | 7/6/18 | $4,945.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995894 | $17,747.13 | 8/20/18 | 2000216 | 7/6/18 | $797.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995894 | $17,747.13 | 8/20/18 | 2000215 | 7/6/18 | $483.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995894 | $17,747.13 | 8/20/18 | 105220 | 7/30/18 | -$94.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995894 | $17,747.13 | 8/20/18 | 105221 | 8/2/18 | -$63.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999197 | $22,670.60 | 8/29/18 | 2000106 | 6/12/18 | $374.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999197 | $22,670.60 | 8/29/18 | 2000112 | 6/13/18 | $1,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999197 | $22,670.60 | 8/29/18 | 2000111 | 6/13/18 | $533.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999197 | $22,670.60 | 8/29/18 | 2000113 | 6/13/18 | $386.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999197 | $22,670.60 | 8/29/18 | 2000120 | 6/14/18 | $333.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999197 | $22,670.60 | 8/29/18 | 2000218 | 7/9/18 | $2,745.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999197 | $22,670.60 | 8/29/18 | 2000221 | 7/9/18 | $847.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999197 | $22,670.60 | 8/29/18 | 2000220 | 7/9/18 | $339.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999197 | $22,670.60 | 8/29/18 | 2000219 | 7/9/18 | $262.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999197 | $22,670.60 | 8/29/18 | 105207 | 7/9/18 | $186.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999197 | $22,670.60 | 8/29/18 | 2000217 | 7/9/18 | $115.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999197 | $22,670.60 | 8/29/18 | 2000225 | 7/10/18 | $2,151.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999197 | $22,670.60 | 8/29/18 | 2000226 | 7/10/18 | $481.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999197 | $22,670.60 | 8/29/18 | 2000224 | 7/10/18 | $300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999197 | $22,670.60 | 8/29/18 | 2000228 | 7/11/18 | $2,678.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999197 | $22,670.60 | 8/29/18 | 2000231 | 7/11/18 | $612.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999197 | $22,670.60 | 8/29/18 | 2000230 | 7/11/18 | $137.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999197 | $22,670.60 | 8/29/18 | 2000229 | 7/11/18 | $115.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999197 | $22,670.60 | 8/29/18 | 2000232 | 7/12/18 | $1,612.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999197 | $22,670.60 | 8/29/18 | 2000236 | 7/12/18 | $212.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999197 | $22,670.60 | 8/29/18 | 2000235 | 7/12/18 | $207.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999197 | $22,670.60 | 8/29/18 | 2000238 | 7/12/18 | $180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999197 | $22,670.60 | 8/29/18 | 2000233 | 7/12/18 | $108.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999197 | $22,670.60 | 8/29/18 | 2000234 | 7/12/18 | $78.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999197 | $22,670.60 | 8/29/18 | 2000248 | 7/13/18 | $5,623.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999197 | $22,670.60 | 8/29/18 | 2000242 | 7/13/18 | $282.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999197 | $22,670.60 | 8/29/18 | 2000249 | 7/13/18 | $243.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999197 | $22,670.60 | 8/29/18 | 2000245 | 7/13/18 | $169.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999197 | $22,670.60 | 8/29/18 | 2000247 | 7/13/18 | $162.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999197 | $22,670.60 | 8/29/18 | 2000244 | 7/13/18 | $84.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999197 | $22,670.60 | 8/29/18 | 2000246 | 7/13/18 | $82.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999197 | $22,670.60 | 8/29/18 | 105223 | 8/6/18 | -$3.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999197 | $22,670.60 | 8/29/18 | 105222 | 8/6/18 | -$100.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999197 | $22,670.60 | 8/29/18 | 105224 | 8/8/18 | -$40.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999197 | $22,670.60 | 8/29/18 | 105225 | 8/9/18 | -$32.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002709 | $20,015.25 | 9/5/18 | 2000153 | 6/21/18 | $1,258.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002709 | $20,015.25 | 9/5/18 | 2000250 | 7/16/18 | $1,401.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002709 | $20,015.25 | 9/5/18 | 2000253 | 7/16/18 | $372.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002709 | $20,015.25 | 9/5/18 | 2000254 | 7/16/18 | $180.00 |

Cheng Yen Enterprises Co. Ltd.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002709 | $20,015.25 | 9/5/18 | 2000252 | 7/16/18 | $57.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002709 | $20,015.25 | 9/5/18 | 2000265 | 7/17/18 | $2,521.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002709 | $20,015.25 | 9/5/18 | 2000258 | 7/17/18 | $765.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002709 | $20,015.25 | 9/5/18 | 2000256 | 7/17/18 | $416.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002709 | $20,015.25 | 9/5/18 | 2000260 | 7/17/18 | $90.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002709 | $20,015.25 | 9/5/18 | 2000257 | 7/17/18 | $36.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002709 | $20,015.25 | 9/5/18 | 2000271 | 7/19/18 | $2,405.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002709 | $20,015.25 | 9/5/18 | 2000268 | 7/19/18 | $2,013.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002709 | $20,015.25 | 9/5/18 | 2000267 | 7/19/18 | $825.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002709 | $20,015.25 | 9/5/18 | 2000273 | 7/19/18 | $412.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002709 | $20,015.25 | 9/5/18 | 2000264 | 7/19/18 | $288.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002709 | $20,015.25 | 9/5/18 | 2000274 | 7/19/18 | $245.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002709 | $20,015.25 | 9/5/18 | 2000272 | 7/19/18 | $232.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002709 | $20,015.25 | 9/5/18 | 2000263 | 7/19/18 | $189.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002709 | $20,015.25 | 9/5/18 | 2000275 | 7/19/18 | $154.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002709 | $20,015.25 | 9/5/18 | 2000266 | 7/19/18 | $108.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002709 | $20,015.25 | 9/5/18 | 2000278 | 7/20/18 | $5,663.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002709 | $20,015.25 | 9/5/18 | 2000280 | 7/20/18 | $340.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002709 | $20,015.25 | 9/5/18 | 2000279 | 7/20/18 | $108.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002709 | $20,015.25 | 9/5/18 | 2000277 | 7/20/18 | $96.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002709 | $20,015.25 | 9/5/18 | 105627 | 8/13/18 | -$3.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002709 | $20,015.25 | 9/5/18 | 105626 | 8/13/18 | -$84.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002709 | $20,015.25 | 9/5/18 | 105628 | 8/14/18 | -$38.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002709 | $20,015.25 | 9/5/18 | 105629 | 8/15/18 | -$39.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006094 | $20,253.12 | 9/12/18 | 2000163 | 6/25/18 | $375.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006094 | $20,253.12 | 9/12/18 | 2000164 | 6/25/18 | $139.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006094 | $20,253.12 | 9/12/18 | 2000167 | 6/26/18 | $511.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006094 | $20,253.12 | 9/12/18 | 2000170 | 6/26/18 | $349.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006094 | $20,253.12 | 9/12/18 | 2000168 | 6/26/18 | $180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006094 | $20,253.12 | 9/12/18 | 2000176 | 6/27/18 | $524.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006094 | $20,253.12 | 9/12/18 | 2000285 | 7/23/18 | $1,990.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006094 | $20,253.12 | 9/12/18 | 2000287 | 7/23/18 | $683.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006094 | $20,253.12 | 9/12/18 | 2000286 | 7/23/18 | $165.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006094 | $20,253.12 | 9/12/18 | 2000291 | 7/24/18 | $2,681.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006094 | $20,253.12 | 9/12/18 | 2000290 | 7/24/18 | $869.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006094 | $20,253.12 | 9/12/18 | 2000296 | 7/24/18 | $232.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006094 | $20,253.12 | 9/12/18 | 2000294 | 7/24/18 | $165.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006094 | $20,253.12 | 9/12/18 | 2000295 | 7/24/18 | $117.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006094 | $20,253.12 | 9/12/18 | 2000292 | 7/24/18 | $103.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006094 | $20,253.12 | 9/12/18 | 2000293 | 7/24/18 | $41.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006094 | $20,253.12 | 9/12/18 | 2000297 | 7/25/18 | $2,029.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006094 | $20,253.12 | 9/12/18 | 2000301 | 7/25/18 | $704.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006094 | $20,253.12 | 9/12/18 | 2000299 | 7/25/18 | $337.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006094 | $20,253.12 | 9/12/18 | 2000300 | 7/25/18 | $108.00 |

Cheng Yen Enterprises Co. Ltd.

Bankruptcy Case: Sears Holding Corporation, et al.

April 1, 2020                                                    Exhibit A                                                    P. 5

18-23538-shl   Doc 7660-1   Filed 04/02/20   Entered 04/02/20 08:11:58   Exhibit A
Pg 6 of 7

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006094 | $20,253.12 | 9/12/18 | 2000298 | 7/25/18 | $96.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006094 | $20,253.12 | 9/12/18 | 2000304 | 7/26/18 | $2,422.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006094 | $20,253.12 | 9/12/18 | 2000307 | 7/26/18 | $872.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006094 | $20,253.12 | 9/12/18 | 105216 | 7/26/18 | $127.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006094 | $20,253.12 | 9/12/18 | 2000305 | 7/26/18 | $53.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006094 | $20,253.12 | 9/12/18 | 2000308 | 7/26/18 | $41.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006094 | $20,253.12 | 9/12/18 | 2000310 | 7/27/18 | $3,879.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006094 | $20,253.12 | 9/12/18 | 2000311 | 7/27/18 | $239.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006094 | $20,253.12 | 9/12/18 | 2000315 | 7/27/18 | $178.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006094 | $20,253.12 | 9/12/18 | 2000312 | 7/27/18 | $72.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006094 | $20,253.12 | 9/12/18 | 2000313 | 7/27/18 | $55.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006094 | $20,253.12 | 9/12/18 | 105218 | 7/27/18 | $37.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006094 | $20,253.12 | 9/12/18 | 105631 | 8/21/18 | -$25.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006094 | $20,253.12 | 9/12/18 | 105632 | 8/21/18 | -$106.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009916 | $23,012.19 | 9/19/18 | 2000197 | 7/2/18 | $1,044.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009916 | $23,012.19 | 9/19/18 | 2000209 | 7/4/18 | $316.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009916 | $23,012.19 | 9/19/18 | 2000316 | 7/30/18 | $4,401.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009916 | $23,012.19 | 9/19/18 | 2000319 | 7/30/18 | $653.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009916 | $23,012.19 | 9/19/18 | 2000321 | 7/30/18 | $396.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009916 | $23,012.19 | 9/19/18 | 2000323 | 7/30/18 | $344.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009916 | $23,012.19 | 9/19/18 | 2000320 | 7/30/18 | $203.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009916 | $23,012.19 | 9/19/18 | 2000322 | 7/30/18 | $140.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009916 | $23,012.19 | 9/19/18 | 105219 | 7/30/18 | $100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009916 | $23,012.19 | 9/19/18 | C2000331 | 7/31/18 | $2,289.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009916 | $23,012.19 | 9/19/18 | C2000330 | 7/31/18 | $696.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009916 | $23,012.19 | 9/19/18 | C2000334 | 7/31/18 | $226.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009916 | $23,012.19 | 9/19/18 | C2000332 | 7/31/18 | $108.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009916 | $23,012.19 | 9/19/18 | C2000333 | 7/31/18 | $72.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009916 | $23,012.19 | 9/19/18 | 2000338 | 8/1/18 | $2,133.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009916 | $23,012.19 | 9/19/18 | 2000341 | 8/1/18 | $902.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009916 | $23,012.19 | 9/19/18 | 2000342 | 8/1/18 | $90.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009916 | $23,012.19 | 9/19/18 | 2000339 | 8/1/18 | $77.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009916 | $23,012.19 | 9/19/18 | 2000343 | 8/2/18 | $2,108.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009916 | $23,012.19 | 9/19/18 | 2000347 | 8/2/18 | $909.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009916 | $23,012.19 | 9/19/18 | 2000344 | 8/2/18 | $564.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009916 | $23,012.19 | 9/19/18 | 2000345 | 8/2/18 | $198.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009916 | $23,012.19 | 9/19/18 | 2000346 | 8/2/18 | $93.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009916 | $23,012.19 | 9/19/18 | 2000352 | 8/3/18 | $4,302.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009916 | $23,012.19 | 9/19/18 | 2000356 | 8/3/18 | $399.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009916 | $23,012.19 | 9/19/18 | 2000355 | 8/3/18 | $159.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009916 | $23,012.19 | 9/19/18 | 2000354 | 8/3/18 | $104.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009916 | $23,012.19 | 9/19/18 | 2000353 | 8/3/18 | $72.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009916 | $23,012.19 | 9/19/18 | C2000360 | 8/4/18 | $131.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009916 | $23,012.19 | 9/19/18 | 105630 | 8/21/18 | -$5.33 |

Cheng Yen Enterprises Co. Ltd.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009916 | $23,012.19 | 9/19/18 | 200248 | 8/27/18 | -$5.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009916 | $23,012.19 | 9/19/18 | 2000427 | 8/27/18 | -$141.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009916 | $23,012.19 | 9/19/18 | 2000496 | 8/30/18 | -$10.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009916 | $23,012.19 | 9/19/18 | 2000430 | 8/30/18 | -$60.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013662 | $19,051.43 | 9/26/18 | 105206 | 7/6/18 | $94.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013662 | $19,051.43 | 9/26/18 | 105208 | 7/9/18 | $430.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013662 | $19,051.43 | 9/26/18 | 2000237 | 7/12/18 | $316.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013662 | $19,051.43 | 9/26/18 | 2000361 | 8/6/18 | $4,369.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013662 | $19,051.43 | 9/26/18 | 2000362 | 8/6/18 | $549.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013662 | $19,051.43 | 9/26/18 | 2000363 | 8/6/18 | $276.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013662 | $19,051.43 | 9/26/18 | 2000364 | 8/6/18 | $204.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013662 | $19,051.43 | 9/26/18 | 2000366 | 8/7/18 | $2,674.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013662 | $19,051.43 | 9/26/18 | 2000370 | 8/7/18 | $881.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013662 | $19,051.43 | 9/26/18 | 2000369 | 8/7/18 | $181.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013662 | $19,051.43 | 9/26/18 | 2000367 | 8/7/18 | $108.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013662 | $19,051.43 | 9/26/18 | 2000368 | 8/7/18 | $48.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013662 | $19,051.43 | 9/26/18 | 2000372 | 8/8/18 | $2,072.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013662 | $19,051.43 | 9/26/18 | 2000374 | 8/8/18 | $504.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013662 | $19,051.43 | 9/26/18 | 2000377 | 8/8/18 | $90.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013662 | $19,051.43 | 9/26/18 | 2000373 | 8/8/18 | $72.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013662 | $19,051.43 | 9/26/18 | 2000374 | 8/8/18 | -$10.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013662 | $19,051.43 | 9/26/18 | 2000379 | 8/9/18 | $965.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013662 | $19,051.43 | 9/26/18 | 2000383 | 8/9/18 | $536.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013662 | $19,051.43 | 9/26/18 | 2000380 | 8/9/18 | $321.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013662 | $19,051.43 | 9/26/18 | 2000382 | 8/9/18 | $120.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013662 | $19,051.43 | 9/26/18 | 2000381 | 8/9/18 | $36.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013662 | $19,051.43 | 9/26/18 | 2000384 | 8/10/18 | $4,045.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013662 | $19,051.43 | 9/26/18 | 2000390 | 8/10/18 | $192.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013662 | $19,051.43 | 9/26/18 | 2000387 | 8/10/18 | $144.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013662 | $19,051.43 | 9/26/18 | 2000386 | 8/10/18 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013662 | $19,051.43 | 9/26/18 | 2000385 | 8/10/18 | $58.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013662 | $19,051.43 | 9/26/18 | 2000389 | 8/10/18 | $25.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013662 | $19,051.43 | 9/26/18 | 2000388 | 8/10/18 | $24.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013662 | $19,051.43 | 9/26/18 | 2000429 | 8/27/18 | -$37.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013662 | $19,051.43 | 9/26/18 | 2000511 | 9/4/18 | -$305.00 |

Totals:      10 transfer(s),  $205,517.29