**Defendant:** **Coefficient Mechanical Systems**

**Bankruptcy Case** **Sears Holding Corporation, et al.**

**Preference Period:** **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988534 | $6,550.60 | 8/7/18 | 1887 | 5/22/18 | $6,281.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988534 | $6,550.60 | 8/7/18 | 1882 | 5/22/18 | $269.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003138 | $108,416.89 | 9/6/18 | 1913 | 6/20/18 | $99,625.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003138 | $108,416.89 | 9/6/18 | 1912 | 6/20/18 | $8,791.60 |

Totals:     2 transfer(s),  $114,967.49