Defendant: **Cole Road Distribution Center**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171796 | $15,187.50 | 8/8/18 | 0000072618 | 7/26/18 | $15,187.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173171 | $15,187.50 | 9/5/18 | 0000082618 | 8/26/18 | $15,187.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174517 | $15,187.50 | 10/11/18 | 0000092518 | 9/25/18 | $15,187.50 |

Totals:    3 transfer(s),  $45,562.50