| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | | **Coqui Net** | | | | | |
| Bankruptcy Case | | **Sears Holding Corporation, et al.** | | | | | |
| Preference Period: | | **Jul 17, 2018 - Oct 15, 2018** | | | | | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62083076 | $15,028.78 | 7/23/18 | 72031241230518 | 5/19/18 | $17,784.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083076 | $15,028.78 | 7/23/18 | 7482645460518A | 5/27/18 | -$42.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083076 | $15,028.78 | 7/23/18 | 7140106070618 | 6/4/18 | $72.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083076 | $15,028.78 | 7/23/18 | 74646660050618 | 6/7/18 | $63.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083076 | $15,028.78 | 7/23/18 | 79248706360618A | 6/7/18 | -$20,620.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083076 | $15,028.78 | 7/23/18 | 79529764670618 | 6/10/18 | $97.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083076 | $15,028.78 | 7/23/18 | 7450356010618A | 6/15/18 | -$52.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083076 | $15,028.78 | 7/23/18 | 72031241230618 | 6/19/18 | $17,403.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083076 | $15,028.78 | 7/23/18 | 79013209710618 | 6/19/18 | $52.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083076 | $15,028.78 | 7/23/18 | 26969300220618 | 6/21/18 | $270.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083289 | $45.25 | 7/25/18 | 7192504920618 | 6/19/18 | $45.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083597 | $51.53 | 7/31/18 | 7100887250618 | 6/4/18 | $47.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083458 | $3,364.23 | 7/31/18 | 28407048640618 | 6/19/18 | $52.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083458 | $3,364.23 | 7/31/18 | 7482645460618 | 6/27/18 | $42.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083458 | $3,364.23 | 7/31/18 | 74567000040718 | 7/4/18 | $3,268.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083597 | $51.53 | 7/31/18 | 7100887250718 | 7/4/18 | $4.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083753 | $16,360.90 | 8/3/18 | 73110158310618 | 6/7/18 | $52.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083753 | $16,360.90 | 8/3/18 | 7140106070718 | 7/4/18 | $72.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083753 | $16,360.90 | 8/3/18 | 7477940900718 | 7/5/18 | $31.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083753 | $16,360.90 | 8/3/18 | 79248706360718 | 7/7/18 | $16,130.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083753 | $16,360.90 | 8/3/18 | 74646660050718 | 7/7/18 | $69.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083753 | $16,360.90 | 8/3/18 | 73110158310718 | 7/7/18 | $3.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083844 | $888.24 | 8/7/18 | 25029699220718 | 7/4/18 | $888.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084072 | $52.26 | 8/7/18 | 7450356010718 | 7/15/18 | $52.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084226 | $106.56 | 8/15/18 | 79529764670718 | 7/10/18 | $106.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084483 | $17,447.05 | 8/20/18 | 72031241230718 | 7/19/18 | $17,401.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084483 | $17,447.05 | 8/20/18 | 7192504920718 | 7/19/18 | $45.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084961 | $2,140.87 | 8/24/18 | 70842005880708 | 7/19/18 | $1,684.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084961 | $2,140.87 | 8/24/18 | 79013209710718 | 7/19/18 | $52.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084961 | $2,140.87 | 8/24/18 | 28407048640718 | 7/19/18 | $52.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084961 | $2,140.87 | 8/24/18 | 26969300220718 | 7/21/18 | $350.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085875 | $674.32 | 9/17/18 | 7140106070818 | 8/4/18 | $88.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085875 | $674.32 | 9/17/18 | 7100887250818 | 8/4/18 | $47.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085875 | $674.32 | 9/17/18 | 7477940900818 | 8/5/18 | $420.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085875 | $674.32 | 9/17/18 | 74646660050818 | 8/7/18 | $65.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085875 | $674.32 | 9/17/18 | 73110158310818 | 8/7/18 | $52.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086035 | $21,177.60 | 9/19/18 | 74567000040818 | 8/4/18 | $3,329.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086035 | $21,177.60 | 9/19/18 | 25029699220818 | 8/4/18 | $879.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086035 | $21,177.60 | 9/19/18 | 79248706360818 | 8/7/18 | $16,817.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086035 | $21,177.60 | 9/19/18 | 79529764670818 | 8/10/18 | $98.70 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62086035 | $21,177.60 | 9/19/18 | 7450356010818 | 8/15/18 | $52.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086325 | $17,926.59 | 9/19/18 | 72031241230818 | 8/19/18 | $17,403.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086325 | $17,926.59 | 9/19/18 | 7192504920818 | 8/19/18 | $45.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086325 | $17,926.59 | 9/19/18 | 26969300220818 | 8/21/18 | $477.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086708 | $56.88 | 9/26/18 | 79013209710818 | 8/19/18 | $52.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086708 | $56.88 | 9/26/18 | 28407048640818 | 8/19/18 | $3.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087126 | $42.28 | 10/2/18 | 7482645460818 | 8/27/18 | $42.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087254 | $4,575.41 | 10/11/18 | 74567000040918 | 9/4/18 | $3,143.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087254 | $4,575.41 | 10/11/18 | 25029699220918 | 9/4/18 | $879.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087254 | $4,575.41 | 10/11/18 | 7140106070918 | 9/4/18 | $85.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087254 | $4,575.41 | 10/11/18 | 7100887250918 | 9/4/18 | $47.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087254 | $4,575.41 | 10/11/18 | 7477940900918 | 9/5/18 | $420.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087695 | $20,743.59 | 10/17/18 | 79248706360918 | 9/7/18 | $20,691.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087531 | $216.49 | 10/17/18 | 74646660050918 | 9/7/18 | $66.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087531 | $216.49 | 10/17/18 | 73110158310918 | 9/7/18 | $52.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087531 | $216.49 | 10/17/18 | 79529764670918 | 9/10/18 | $97.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087695 | $20,743.59 | 10/17/18 | 7450356010918 | 9/15/18 | $52.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087786 | $3,369.64 | 10/19/18 | 70842005880818 | 8/19/18 | $1,684.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087786 | $3,369.64 | 10/19/18 | 70842005880918 | 9/19/18 | $1,684.82 |

Totals:    19 transfer(s),  $124,268.47