Defendant: **CPP International, LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003158 | $87,216.85 | 9/6/18 | CP293307 | 6/25/18 | $88,363.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003158 | $87,216.85 | 9/6/18 | MA18188709618 | 7/7/18 | -$1,131.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003158 | $87,216.85 | 9/6/18 | MA18216709618 | 8/4/18 | -$15.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006557 | $144,723.32 | 9/13/18 | CP293230 | 6/20/18 | $13,687.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006557 | $144,723.32 | 9/13/18 | CP293260 | 6/21/18 | $71,318.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006557 | $144,723.32 | 9/13/18 | CP293263 | 6/21/18 | $2,302.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006557 | $144,723.32 | 9/13/18 | CP293261 | 6/21/18 | $2,198.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006557 | $144,723.32 | 9/13/18 | CP293295 | 6/22/18 | $20,674.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006557 | $144,723.32 | 9/13/18 | CP293298 | 6/22/18 | $12,525.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006557 | $144,723.32 | 9/13/18 | CP293308 | 6/25/18 | $22,016.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010823 | $1,557.21 | 9/20/18 | CP293332 | 6/26/18 | $1,564.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010823 | $1,557.21 | 9/20/18 | MA18244709618 | 9/1/18 | -$7.35 |

Totals:     3 transfer(s),  $233,497.38