Defendant: **Creative Circle LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3235718 | 3/16/18 | $688.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3235953 | 3/19/18 | $1,920.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3236053 | 3/19/18 | $1,720.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3236107 | 3/19/18 | $1,680.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3235945 | 3/19/18 | $907.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3236321 | 3/26/18 | $2,117.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3236340 | 3/26/18 | $1,920.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3236638 | 3/26/18 | $1,440.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3236706 | 3/27/18 | $1,720.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3237178 | 4/2/18 | $2,186.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3236952 | 4/2/18 | $1,925.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3236962 | 4/2/18 | $1,920.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3236979 | 4/2/18 | $1,720.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3236971 | 4/2/18 | $960.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3237209 | 4/3/18 | $1,560.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3237413 | 4/9/18 | $2,400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3237697 | 4/9/18 | $2,400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3237382 | 4/9/18 | $2,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3237453 | 4/9/18 | $2,007.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3237671 | 4/9/18 | $1,817.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3237465 | 4/9/18 | $1,536.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3237947 | 4/16/18 | $2,400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3237895 | 4/16/18 | $2,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3238064 | 4/16/18 | $1,920.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3238192 | 4/16/18 | $1,794.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3238179 | 4/16/18 | $960.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3238060 | 4/16/18 | $715.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3238424 | 4/23/18 | $2,400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3238434 | 4/23/18 | $2,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3238571 | 4/23/18 | $2,090.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3238360 | 4/23/18 | $2,080.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3238582 | 4/23/18 | $1,920.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3238637 | 4/23/18 | $1,656.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3238968 | 4/30/18 | $2,400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3238928 | 4/30/18 | $2,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3238895 | 4/30/18 | $2,080.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3239241 | 4/30/18 | $1,870.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3239227 | 4/30/18 | $1,840.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3239244 | 4/30/18 | $1,152.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3239277 | 5/1/18 | $1,815.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3239518 | 5/7/18 | $2,400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3239420 | 5/7/18 | $2,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3239706 | 5/7/18 | $2,090.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3239606 | 5/7/18 | $2,080.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3239679 | 5/7/18 | $1,920.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3239665 | 5/7/18 | $1,104.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3240570 | 5/7/18 | $576.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 2283982 | 5/8/18 | $800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3239771 | 5/8/18 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3239912 | 5/14/18 | $2,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3239894 | 5/14/18 | $2,080.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3240177 | 5/14/18 | $1,980.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3240228 | 5/14/18 | $1,920.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3240237 | 5/14/18 | $1,840.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3240213 | 5/14/18 | $1,705.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3240268 | 5/15/18 | $2,400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3240448 | 5/21/18 | $2,400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3240455 | 5/21/18 | $2,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3240553 | 5/21/18 | $2,090.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3240412 | 5/21/18 | $2,080.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3240715 | 5/21/18 | $1,840.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084194 | $111,964.25 | 8/7/18 | 3240660 | 5/21/18 | $1,512.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084699 | $11,410.00 | 8/14/18 | 3240945 | 5/28/18 | $2,145.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084699 | $11,410.00 | 8/14/18 | 3240924 | 5/28/18 | $2,080.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084699 | $11,410.00 | 8/14/18 | 3240941 | 5/28/18 | $1,440.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084699 | $11,410.00 | 8/14/18 | 3241167 | 5/29/18 | $2,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084699 | $11,410.00 | 8/14/18 | 3241181 | 5/29/18 | $1,840.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084699 | $11,410.00 | 8/14/18 | 3241093 | 5/29/18 | $1,705.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996328 | $10,681.50 | 8/21/18 | 3241447 | 6/4/18 | $1,920.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996328 | $10,681.50 | 8/21/18 | 3241407 | 6/4/18 | $1,872.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996328 | $10,681.50 | 8/21/18 | 3241451 | 6/4/18 | $1,815.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996328 | $10,681.50 | 8/21/18 | 3241507 | 6/4/18 | $1,567.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996328 | $10,681.50 | 8/21/18 | 3241712 | 6/4/18 | $1,472.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996328 | $10,681.50 | 8/21/18 | 3241800 | 6/5/18 | $2,035.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999652 | $13,410.00 | 8/30/18 | 3241942 | 6/11/18 | $2,400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999652 | $13,410.00 | 8/30/18 | 3241946 | 6/11/18 | $2,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999652 | $13,410.00 | 8/30/18 | 3241902 | 6/11/18 | $2,080.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999652 | $13,410.00 | 8/30/18 | 3242172 | 6/11/18 | $1,840.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999652 | $13,410.00 | 8/30/18 | 3242191 | 6/11/18 | $1,320.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999652 | $13,410.00 | 8/30/18 | 3242246 | 6/12/18 | $1,920.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999652 | $13,410.00 | 8/30/18 | 3242226 | 6/12/18 | $1,650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002751 | $23,000.00 | 9/5/18 | 3237707 | 4/9/18 | $23,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003165 | $11,279.00 | 9/6/18 | 3242408 | 6/18/18 | $2,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003165 | $11,279.00 | 9/6/18 | 3242487 | 6/18/18 | $2,090.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003165 | $11,279.00 | 9/6/18 | 3242381 | 6/18/18 | $1,924.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003165 | $11,279.00 | 9/6/18 | 3242498 | 6/18/18 | $1,920.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003165 | $11,279.00 | 9/6/18 | 3242576 | 6/18/18 | $1,705.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003165 | $11,279.00 | 9/6/18 | 3242390 | 6/18/18 | $1,440.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006563 | $7,760.00 | 9/13/18 | 3242941 | 6/25/18 | $2,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006563 | $7,760.00 | 9/13/18 | 3242979 | 6/25/18 | $2,080.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006563 | $7,760.00 | 9/13/18 | 3243004 | 6/25/18 | $1,560.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006563 | $7,760.00 | 9/13/18 | 3243362 | 6/27/18 | $1,920.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010828 | $9,600.00 | 9/20/18 | 3243471 | 7/2/18 | $2,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010828 | $9,600.00 | 9/20/18 | 3243454 | 7/2/18 | $2,080.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010828 | $9,600.00 | 9/20/18 | 3243784 | 7/2/18 | $1,920.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010828 | $9,600.00 | 9/20/18 | 3243805 | 7/2/18 | $1,840.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010828 | $9,600.00 | 9/20/18 | 3243476 | 7/2/18 | $1,560.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014151 | $4,896.00 | 9/27/18 | 3244006 | 7/9/18 | $1,760.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014151 | $4,896.00 | 9/27/18 | 3244017 | 7/9/18 | $1,664.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014151 | $4,896.00 | 9/27/18 | 3244211 | 7/9/18 | $1,472.00 |

Totals:    9 transfer(s),  $204,000.75