Defendant: **Cristalia Acquisition Corp.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981795 | $8,720.10 | 7/20/18 | 125223983 | 5/9/18 | $126.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981795 | $8,720.10 | 7/20/18 | 125223903 | 5/9/18 | $90.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981795 | $8,720.10 | 7/20/18 | 125224064 | 5/10/18 | $252.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981795 | $8,720.10 | 7/20/18 | 125224013 | 5/10/18 | $144.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981795 | $8,720.10 | 7/20/18 | 125224055 | 5/10/18 | $126.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981795 | $8,720.10 | 7/20/18 | 125226109 | 6/4/18 | $300.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981795 | $8,720.10 | 7/20/18 | 125226126 | 6/4/18 | $282.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981795 | $8,720.10 | 7/20/18 | 125226081 | 6/4/18 | $134.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981795 | $8,720.10 | 7/20/18 | 125226223 | 6/5/18 | $1,008.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981795 | $8,720.10 | 7/20/18 | 125226194 | 6/5/18 | $252.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981795 | $8,720.10 | 7/20/18 | 125226185 | 6/5/18 | $185.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981795 | $8,720.10 | 7/20/18 | 125226179 | 6/5/18 | $144.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981795 | $8,720.10 | 7/20/18 | 125226177 | 6/5/18 | $100.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981795 | $8,720.10 | 7/20/18 | 125229452 | 6/7/18 | $604.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981795 | $8,720.10 | 7/20/18 | 125229484 | 6/7/18 | $504.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981795 | $8,720.10 | 7/20/18 | 125226540 | 6/7/18 | $500.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981795 | $8,720.10 | 7/20/18 | 125226531 | 6/7/18 | $435.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981795 | $8,720.10 | 7/20/18 | 125226525 | 6/7/18 | $326.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981795 | $8,720.10 | 7/20/18 | 125226478 | 6/7/18 | $265.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981795 | $8,720.10 | 7/20/18 | 1252265119 | 6/7/18 | $218.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981795 | $8,720.10 | 7/20/18 | 125226428 | 6/7/18 | $134.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981795 | $8,720.10 | 7/20/18 | 125226626 | 6/8/18 | $1,128.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981795 | $8,720.10 | 7/20/18 | 125226612 | 6/8/18 | $563.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981795 | $8,720.10 | 7/20/18 | 125226602 | 6/8/18 | $475.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981795 | $8,720.10 | 7/20/18 | 125226645 | 6/8/18 | $300.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981795 | $8,720.10 | 7/20/18 | 125226656 | 6/8/18 | $191.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981795 | $8,720.10 | 7/20/18 | 125226582 | 6/8/18 | $157.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981795 | $8,720.10 | 7/20/18 | 125228939 | 6/30/18 | -$211.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981795 | $8,720.10 | 7/20/18 | 56022 | 7/2/18 | -$2.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981795 | $8,720.10 | 7/20/18 | 97414 | 7/3/18 | -$2.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981795 | $8,720.10 | 7/20/18 | 97413 | 7/3/18 | -$13.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981795 | $8,720.10 | 7/20/18 | 51803 | 7/4/18 | -$2.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985157 | $10,297.31 | 7/27/18 | 125224414 | 5/15/18 | $243.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985157 | $10,297.31 | 7/27/18 | 125224545 | 5/16/18 | $252.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985157 | $10,297.31 | 7/27/18 | 125224467 | 5/16/18 | $126.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985157 | $10,297.31 | 7/27/18 | 125229447 | 6/7/18 | $604.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985157 | $10,297.31 | 7/27/18 | 125226824 | 6/11/18 | $1,415.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985157 | $10,297.31 | 7/27/18 | 125226730 | 6/11/18 | $422.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985157 | $10,297.31 | 7/27/18 | 125226776 | 6/11/18 | $323.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985157 | $10,297.31 | 7/27/18 | 125226729 | 6/11/18 | $134.40 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985157 | $10,297.31 | 7/27/18 | 125226959 | 6/12/18 | $756.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985157 | $10,297.31 | 7/27/18 | 125226901 | 6/12/18 | $598.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985157 | $10,297.31 | 7/27/18 | 125227024 | 6/12/18 | $519.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985157 | $10,297.31 | 7/27/18 | 125227258 | 6/12/18 | $504.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985157 | $10,297.31 | 7/27/18 | 125227025 | 6/12/18 | $333.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985157 | $10,297.31 | 7/27/18 | 125227103 | 6/13/18 | $1,008.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985157 | $10,297.31 | 7/27/18 | 125227136 | 6/13/18 | $837.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985157 | $10,297.31 | 7/27/18 | 125227061 | 6/13/18 | $93.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985157 | $10,297.31 | 7/27/18 | 125227203 | 6/14/18 | $716.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985157 | $10,297.31 | 7/27/18 | 125227228 | 6/14/18 | $386.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985157 | $10,297.31 | 7/27/18 | 15227219 | 6/14/18 | $252.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985157 | $10,297.31 | 7/27/18 | 125227182 | 6/14/18 | $170.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985157 | $10,297.31 | 7/27/18 | 125227302 | 6/15/18 | $507.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985157 | $10,297.31 | 7/27/18 | 125227415 | 6/15/18 | $166.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985157 | $10,297.31 | 7/27/18 | 125229466 | 7/6/18 | -$2.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985157 | $10,297.31 | 7/27/18 | 6995 | 7/9/18 | -$8.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985157 | $10,297.31 | 7/27/18 | 47785 | 7/10/18 | -$8.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985157 | $10,297.31 | 7/27/18 | 64403 | 7/10/18 | -$11.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985157 | $10,297.31 | 7/27/18 | 76289 | 7/10/18 | -$14.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985157 | $10,297.31 | 7/27/18 | 41271 | 7/13/18 | -$8.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985157 | $10,297.31 | 7/27/18 | MA18194714555 | 7/13/18 | -$21.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988565 | $12,870.09 | 8/7/18 | 125225019 | 5/22/18 | $126.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988565 | $12,870.09 | 8/7/18 | 125227570 | 6/18/18 | $272.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988565 | $12,870.09 | 8/7/18 | 125227691 | 6/18/18 | $252.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988565 | $12,870.09 | 8/7/18 | 125227567 | 6/18/18 | $166.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988565 | $12,870.09 | 8/7/18 | 125227517 | 6/18/18 | $125.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988565 | $12,870.09 | 8/7/18 | 125227566 | 6/18/18 | $33.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988565 | $12,870.09 | 8/7/18 | 125227719 | 6/19/18 | $340.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988565 | $12,870.09 | 8/7/18 | 125227734 | 6/19/18 | $252.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988565 | $12,870.09 | 8/7/18 | 125227666 | 6/19/18 | $176.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988565 | $12,870.09 | 8/7/18 | 125227673 | 6/19/18 | $63.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988565 | $12,870.09 | 8/7/18 | 125227968 | 6/20/18 | $974.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988565 | $12,870.09 | 8/7/18 | 125227851 | 6/20/18 | $756.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988565 | $12,870.09 | 8/7/18 | 125227807 | 6/20/18 | $527.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988565 | $12,870.09 | 8/7/18 | 125227964 | 6/20/18 | $487.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988565 | $12,870.09 | 8/7/18 | 125228016 | 6/21/18 | $2,014.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988565 | $12,870.09 | 8/7/18 | 125228040 | 6/21/18 | $1,257.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988565 | $12,870.09 | 8/7/18 | 125227926 | 6/21/18 | $1,108.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988565 | $12,870.09 | 8/7/18 | 125228055 | 6/21/18 | $775.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988565 | $12,870.09 | 8/7/18 | 125227962 | 6/21/18 | $730.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988565 | $12,870.09 | 8/7/18 | 125228011 | 6/21/18 | $676.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988565 | $12,870.09 | 8/7/18 | 125228171 | 6/21/18 | $670.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988565 | $12,870.09 | 8/7/18 | 125227980 | 6/21/18 | $487.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988565 | $12,870.09 | 8/7/18 | 125228039 | 6/21/18 | $252.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988565 | $12,870.09 | 8/7/18 | 125227982 | 6/21/18 | $134.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988565 | $12,870.09 | 8/7/18 | 125227943 | 6/21/18 | $91.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988565 | $12,870.09 | 8/7/18 | 125228092 | 6/22/18 | $134.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988565 | $12,870.09 | 8/7/18 | 38559 | 7/18/18 | -$4.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988565 | $12,870.09 | 8/7/18 | 97452 | 7/18/18 | -$6.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988565 | $12,870.09 | 8/7/18 | 26052 | 7/19/18 | -$2.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988565 | $12,870.09 | 8/7/18 | 51894 | 7/23/18 | -$3.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992047 | $5,556.27 | 8/14/18 | 125225463 | 5/28/18 | $144.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992047 | $5,556.27 | 8/14/18 | 125228226 | 6/25/18 | $217.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992047 | $5,556.27 | 8/14/18 | 125228251 | 6/25/18 | $134.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992047 | $5,556.27 | 8/14/18 | 125228192 | 6/25/18 | $127.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992047 | $5,556.27 | 8/14/18 | 125228230 | 6/25/18 | $101.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992047 | $5,556.27 | 8/14/18 | 125228424 | 6/26/18 | $167.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992047 | $5,556.27 | 8/14/18 | 125228467 | 6/27/18 | $415.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992047 | $5,556.27 | 8/14/18 | 125228537 | 6/27/18 | $268.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992047 | $5,556.27 | 8/14/18 | 125228512 | 6/27/18 | $252.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992047 | $5,556.27 | 8/14/18 | 125228670 | 6/28/18 | $615.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992047 | $5,556.27 | 8/14/18 | 125228684 | 6/28/18 | $266.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992047 | $5,556.27 | 8/14/18 | 125228606 | 6/28/18 | $126.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992047 | $5,556.27 | 8/14/18 | 125228765 | 6/29/18 | $593.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992047 | $5,556.27 | 8/14/18 | 125228795 | 6/29/18 | $386.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992047 | $5,556.27 | 8/14/18 | 125228774 | 6/29/18 | $344.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992047 | $5,556.27 | 8/14/18 | 125228794 | 6/29/18 | $79.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992047 | $5,556.27 | 8/14/18 | 125228910 | 6/30/18 | $798.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992047 | $5,556.27 | 8/14/18 | 125228939 | 6/30/18 | $378.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992047 | $5,556.27 | 8/14/18 | 125228920 | 6/30/18 | $168.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992047 | $5,556.27 | 8/14/18 | 125230896 | 7/23/18 | -$4.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992047 | $5,556.27 | 8/14/18 | 76344 | 7/24/18 | -$6.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992047 | $5,556.27 | 8/14/18 | 48136 | 7/25/18 | -$1.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992047 | $5,556.27 | 8/14/18 | 125231080 | 7/25/18 | -$2.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992047 | $5,556.27 | 8/14/18 | 41336 | 7/27/18 | -$2.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992047 | $5,556.27 | 8/14/18 | 61451 | 7/30/18 | -$6.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992047 | $5,556.27 | 8/14/18 | 46139 | 7/30/18 | -$7.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125231558 | 7/31/17 | $117.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125221088 | 6/4/18 | $252.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125226222 | 6/5/18 | $252.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125226195 | 6/5/18 | $144.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125226257 | 6/5/18 | $126.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125226258 | 6/5/18 | $126.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125226231 | 6/5/18 | $90.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125226600 | 6/8/18 | $144.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125226614 | 6/8/18 | $108.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125228978 | 7/2/18 | $319.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229222 | 7/4/18 | $340.15 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229320 | 7/5/18 | $1,056.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229324 | 7/5/18 | $886.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229235 | 7/5/18 | $693.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229232 | 7/5/18 | $354.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229243 | 7/5/18 | $335.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229305 | 7/5/18 | $300.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229356 | 7/5/18 | $271.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229456 | 7/6/18 | $604.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229466 | 7/6/18 | $604.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229448 | 7/6/18 | $604.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229455 | 7/6/18 | $604.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229445 | 7/6/18 | $604.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229453 | 7/6/18 | $604.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229451 | 7/6/18 | $604.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229465 | 7/6/18 | $604.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229449 | 7/6/18 | $604.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229450 | 7/6/18 | $604.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229458 | 7/6/18 | $604.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229481 | 7/6/18 | $604.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229454 | 7/6/18 | $604.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229480 | 7/6/18 | $604.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229483 | 7/6/18 | $604.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229457 | 7/6/18 | $604.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229418 | 7/6/18 | $537.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229446 | 7/6/18 | $504.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229380 | 7/6/18 | $352.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229365 | 7/6/18 | $268.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229432 | 7/6/18 | $217.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229371 | 7/6/18 | $134.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229690 | 7/7/18 | $2,217.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229702 | 7/7/18 | $2,217.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229700 | 7/7/18 | $2,217.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229653 | 7/7/18 | $2,217.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229642 | 7/7/18 | $2,217.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229625 | 7/7/18 | $2,217.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229658 | 7/7/18 | $2,217.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229699 | 7/7/18 | $2,217.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229682 | 7/7/18 | $2,217.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229651 | 7/7/18 | $2,217.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229643 | 7/7/18 | $2,217.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229677 | 7/7/18 | $2,217.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229703 | 7/7/18 | $2,217.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229674 | 7/7/18 | $2,217.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229671 | 7/7/18 | $2,217.60 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229696 | 7/7/18 | $2,217.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229683 | 7/7/18 | $2,217.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229635 | 7/7/18 | $2,217.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229692 | 7/7/18 | $1,915.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229597 | 7/7/18 | $604.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229598 | 7/7/18 | $604.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229601 | 7/7/18 | $604.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229607 | 7/7/18 | $604.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229592 | 7/7/18 | $604.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229596 | 7/7/18 | $604.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229585 | 7/7/18 | $604.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229608 | 7/7/18 | $604.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229616 | 7/7/18 | $604.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229587 | 7/7/18 | $604.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229617 | 7/7/18 | $604.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229600 | 7/7/18 | $604.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229591 | 7/7/18 | $604.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229614 | 7/7/18 | $604.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 125229612 | 7/7/18 | $604.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 41250 | 7/16/18 | -$2.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 64552 | 7/31/18 | -$6.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996329 | $68,462.65 | 8/21/18 | 47148 | 8/2/18 | -$41.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999653 | $239.14 | 8/30/18 | 125226902 | 6/12/18 | $252.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999653 | $239.14 | 8/30/18 | 41399 | 8/7/18 | -$2.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999653 | $239.14 | 8/30/18 | 125232189 | 8/8/18 | -$3.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999653 | $239.14 | 8/30/18 | 47903 | 8/9/18 | -$7.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003167 | $8,842.01 | 9/6/18 | 125227695 | 6/18/18 | $126.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003167 | $8,842.01 | 9/6/18 | 125227949 | 6/21/18 | $243.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003167 | $8,842.01 | 9/6/18 | 125227960 | 6/21/18 | $243.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003167 | $8,842.01 | 9/6/18 | 125228049 | 6/21/18 | $126.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003167 | $8,842.01 | 9/6/18 | 125230280 | 7/16/18 | $504.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003167 | $8,842.01 | 9/6/18 | 125230092 | 7/16/18 | $332.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003167 | $8,842.01 | 9/6/18 | 125230270 | 7/17/18 | $506.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003167 | $8,842.01 | 9/6/18 | 125230145 | 7/17/18 | $376.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003167 | $8,842.01 | 9/6/18 | 125230176 | 7/17/18 | $332.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003167 | $8,842.01 | 9/6/18 | 125230166 | 7/17/18 | $218.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003167 | $8,842.01 | 9/6/18 | 125230257 | 7/17/18 | $166.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003167 | $8,842.01 | 9/6/18 | 125230188 | 7/17/18 | $166.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003167 | $8,842.01 | 9/6/18 | 125230189 | 7/17/18 | $52.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003167 | $8,842.01 | 9/6/18 | 125230399 | 7/18/18 | $940.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003167 | $8,842.01 | 9/6/18 | 125230538 | 7/19/18 | $756.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003167 | $8,842.01 | 9/6/18 | 125230547 | 7/19/18 | $543.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003167 | $8,842.01 | 9/6/18 | 125230589 | 7/19/18 | $504.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003167 | $8,842.01 | 9/6/18 | 125230488 | 7/19/18 | $123.50 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003167 | $8,842.01 | 9/6/18 | 125230758 | 7/20/18 | $1,260.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003167 | $8,842.01 | 9/6/18 | 125230710 | 7/20/18 | $756.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003167 | $8,842.01 | 9/6/18 | 125230731 | 7/20/18 | $589.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003167 | $8,842.01 | 9/6/18 | 125230707 | 7/20/18 | $504.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003167 | $8,842.01 | 9/6/18 | 125232587 | 8/13/18 | -$3.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003167 | $8,842.01 | 9/6/18 | 76392 | 8/14/18 | -$7.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003167 | $8,842.01 | 9/6/18 | 64692 | 8/15/18 | -$2.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003167 | $8,842.01 | 9/6/18 | 61587 | 8/16/18 | -$16.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003167 | $8,842.01 | 9/6/18 | MA18229716280 | 8/17/18 | -$500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006565 | $5,254.18 | 9/13/18 | 125228326 | 6/26/18 | $144.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006565 | $5,254.18 | 9/13/18 | 125228558 | 6/27/18 | $252.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006565 | $5,254.18 | 9/13/18 | 125228530 | 6/27/18 | $252.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006565 | $5,254.18 | 9/13/18 | 125228468 | 6/27/18 | $108.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006565 | $5,254.18 | 9/13/18 | 125228597 | 6/28/18 | $90.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006565 | $5,254.18 | 9/13/18 | 125228766 | 6/29/18 | $144.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006565 | $5,254.18 | 9/13/18 | 125230907 | 7/23/18 | $754.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006565 | $5,254.18 | 9/13/18 | 125230896 | 7/23/18 | $629.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006565 | $5,254.18 | 9/13/18 | 125230975 | 7/24/18 | $218.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006565 | $5,254.18 | 9/13/18 | 125230951 | 7/24/18 | $129.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006565 | $5,254.18 | 9/13/18 | 125231103 | 7/25/18 | $779.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006565 | $5,254.18 | 9/13/18 | 125231087 | 7/25/18 | $248.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006565 | $5,254.18 | 9/13/18 | 125231080 | 7/25/18 | $186.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006565 | $5,254.18 | 9/13/18 | 125231121 | 7/25/18 | $134.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006565 | $5,254.18 | 9/13/18 | 125231148 | 7/26/18 | $432.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006565 | $5,254.18 | 9/13/18 | 125231230 | 7/26/18 | $339.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006565 | $5,254.18 | 9/13/18 | 125231185 | 7/26/18 | $108.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006565 | $5,254.18 | 9/13/18 | 125231279 | 7/27/18 | $252.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006565 | $5,254.18 | 9/13/18 | 125231334 | 7/27/18 | $252.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006565 | $5,254.18 | 9/13/18 | 41295 | 8/6/18 | -$7.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006565 | $5,254.18 | 9/13/18 | 125232886 | 8/16/18 | -$184.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006565 | $5,254.18 | 9/13/18 | 97548 | 8/24/18 | -$8.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010830 | $16,072.99 | 9/20/18 | 125229024 | 7/3/18 | $144.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010830 | $16,072.99 | 9/20/18 | 125229074 | 7/3/18 | $126.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010830 | $16,072.99 | 9/20/18 | 125231517 | 7/30/18 | $487.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010830 | $16,072.99 | 9/20/18 | 125231428 | 7/30/18 | $248.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010830 | $16,072.99 | 9/20/18 | 125231680 | 7/31/18 | $974.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010830 | $16,072.99 | 9/20/18 | 125231642 | 7/31/18 | $730.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010830 | $16,072.99 | 9/20/18 | 125231630 | 7/31/18 | $487.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010830 | $16,072.99 | 9/20/18 | 125231559 | 7/31/18 | $487.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010830 | $16,072.99 | 9/20/18 | 125231611 | 7/31/18 | $487.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010830 | $16,072.99 | 9/20/18 | 125231542 | 7/31/18 | $487.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010830 | $16,072.99 | 9/20/18 | 125231547 | 7/31/18 | $487.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010830 | $16,072.99 | 9/20/18 | 125231564 | 7/31/18 | $487.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010830 | $16,072.99 | 9/20/18 | 125231615 | 7/31/18 | $487.20 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781010830 | $16,072.99 | 9/20/18 | 125231639 | 7/31/18 | $487.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010830 | $16,072.99 | 9/20/18 | 125231581 | 7/31/18 | $487.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010830 | $16,072.99 | 9/20/18 | 125231610 | 7/31/18 | $487.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010830 | $16,072.99 | 9/20/18 | 125231562 | 7/31/18 | $487.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010830 | $16,072.99 | 9/20/18 | 125231535 | 7/31/18 | $487.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010830 | $16,072.99 | 9/20/18 | 125231584 | 7/31/18 | $487.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010830 | $16,072.99 | 9/20/18 | 125231679 | 7/31/18 | $487.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010830 | $16,072.99 | 9/20/18 | 125231532 | 7/31/18 | $487.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010830 | $16,072.99 | 9/20/18 | 125231580 | 7/31/18 | $487.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010830 | $16,072.99 | 9/20/18 | 125231550 | 7/31/18 | $487.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010830 | $16,072.99 | 9/20/18 | 125231776 | 7/31/18 | $487.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010830 | $16,072.99 | 9/20/18 | 125231769 | 7/31/18 | $487.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010830 | $16,072.99 | 9/20/18 | 125231573 | 7/31/18 | $487.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010830 | $16,072.99 | 9/20/18 | 125231612 | 7/31/18 | $409.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010830 | $16,072.99 | 9/20/18 | 125231543 | 7/31/18 | $384.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010830 | $16,072.99 | 9/20/18 | 125231538 | 7/31/18 | $304.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010830 | $16,072.99 | 9/20/18 | 125231770 | 7/31/18 | $166.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010830 | $16,072.99 | 9/20/18 | 125231614 | 7/31/18 | $105.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010830 | $16,072.99 | 9/20/18 | 125231809 | 8/1/18 | $487.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010830 | $16,072.99 | 9/20/18 | 125231855 | 8/2/18 | $504.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010830 | $16,072.99 | 9/20/18 | 125231849 | 8/2/18 | $487.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010830 | $16,072.99 | 9/20/18 | 125231820 | 8/2/18 | $285.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010830 | $16,072.99 | 9/20/18 | 125231919 | 8/3/18 | $504.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010830 | $16,072.99 | 9/20/18 | 48210 | 8/23/18 | -$2.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010830 | $16,072.99 | 9/20/18 | 125233910 | 8/28/18 | -$2.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010830 | $16,072.99 | 9/20/18 | 61663 | 8/30/18 | -$12.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010830 | $16,072.99 | 9/20/18 | 47985 | 9/2/18 | -$3.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014153 | $5,163.77 | 9/27/18 | 125234589 | 5/9/18 | $169.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014153 | $5,163.77 | 9/27/18 | 125234428 | 8/3/18 | $252.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014153 | $5,163.77 | 9/27/18 | 125232016 | 8/6/18 | $305.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014153 | $5,163.77 | 9/27/18 | 125232037 | 8/6/18 | $271.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014153 | $5,163.77 | 9/27/18 | 125232028 | 8/6/18 | $240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014153 | $5,163.77 | 9/27/18 | 125232027 | 8/6/18 | $105.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014153 | $5,163.77 | 9/27/18 | 125232130 | 8/8/18 | $155.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014153 | $5,163.77 | 9/27/18 | 125232143 | 8/8/18 | $139.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014153 | $5,163.77 | 9/27/18 | 125232189 | 8/8/18 | $104.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014153 | $5,163.77 | 9/27/18 | 125232281 | 8/9/18 | $297.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014153 | $5,163.77 | 9/27/18 | 125232347 | 8/9/18 | $252.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014153 | $5,163.77 | 9/27/18 | 125232440 | 8/10/18 | $756.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014153 | $5,163.77 | 9/27/18 | 125232446 | 8/10/18 | $736.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014153 | $5,163.77 | 9/27/18 | 125232464 | 8/10/18 | $523.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014153 | $5,163.77 | 9/27/18 | 125232389 | 8/10/18 | $481.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014153 | $5,163.77 | 9/27/18 | 125232443 | 8/10/18 | $252.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014153 | $5,163.77 | 9/27/18 | 125232422 | 8/10/18 | $166.40 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781014153 | $5,163.77 | 9/27/18 | 125232385 | 8/10/18 | $110.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014153 | $5,163.77 | 9/27/18 | 61472 | 9/4/18 | -$13.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014153 | $5,163.77 | 9/27/18 | 38681 | 9/5/18 | -$1.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014153 | $5,163.77 | 9/27/18 | 52020 | 9/5/18 | -$4.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014153 | $5,163.77 | 9/27/18 | MA18251716861 | 9/8/18 | -$125.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014153 | $5,163.77 | 9/27/18 | 48266 | 9/10/18 | -$2.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014153 | $5,163.77 | 9/27/18 | 26204 | 9/10/18 | -$9.27 |

**Totals:**   10 transfer(s),   $141,478.51