**Defendant:** CS Packaging Inc.
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981802 | $1,157.30 | 7/20/18 | 933309 | 5/7/18 | $274.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981802 | $1,157.30 | 7/20/18 | 933274 | 5/7/18 | $109.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981802 | $1,157.30 | 7/20/18 | 933337 | 5/7/18 | $54.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981802 | $1,157.30 | 7/20/18 | 933477 | 5/8/18 | $192.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981802 | $1,157.30 | 7/20/18 | 933503 | 5/8/18 | $76.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981802 | $1,157.30 | 7/20/18 | 933223 | 5/8/18 | $54.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981802 | $1,157.30 | 7/20/18 | 933649 | 5/10/18 | $130.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981802 | $1,157.30 | 7/20/18 | 933624 | 5/10/18 | $19.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981802 | $1,157.30 | 7/20/18 | 933732 | 5/11/18 | $87.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981802 | $1,157.30 | 7/20/18 | 933733 | 5/11/18 | $80.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981802 | $1,157.30 | 7/20/18 | 933612 | 5/11/18 | $76.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985166 | $1,378.56 | 7/27/18 | 933781 | 5/14/18 | $404.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985166 | $1,378.56 | 7/27/18 | 933735 | 5/16/18 | $694.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985166 | $1,378.56 | 7/27/18 | 932076 | 5/16/18 | $115.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985166 | $1,378.56 | 7/27/18 | 933940 | 5/17/18 | $96.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985166 | $1,378.56 | 7/27/18 | 900657 | 5/17/18 | $48.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985166 | $1,378.56 | 7/27/18 | 933999 | 5/18/18 | $19.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988575 | $155.39 | 8/7/18 | 934161 | 5/21/18 | $66.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988575 | $155.39 | 8/7/18 | 934099 | 5/21/18 | $30.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988575 | $155.39 | 8/7/18 | 934244 | 5/24/18 | $38.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988575 | $155.39 | 8/7/18 | 934278 | 5/24/18 | $19.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992056 | $55,616.31 | 8/14/18 | 934245 | 5/29/18 | $192.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992056 | $55,616.31 | 8/14/18 | 934414 | 5/29/18 | $84.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992056 | $55,616.31 | 8/14/18 | 934173 | 5/29/18 | $76.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992056 | $55,616.31 | 8/14/18 | 934165 | 5/31/18 | $32,767.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992056 | $55,616.31 | 8/14/18 | 931142 | 5/31/18 | $22,399.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992056 | $55,616.31 | 8/14/18 | 934533 | 6/1/18 | $96.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996337 | $10,000.72 | 8/21/18 | 933338 | 6/4/18 | $9,120.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996337 | $10,000.72 | 8/21/18 | 934706 | 6/4/18 | $203.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996337 | $10,000.72 | 8/21/18 | 934506 | 6/4/18 | $192.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996337 | $10,000.72 | 8/21/18 | 934555 | 6/4/18 | $76.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996337 | $10,000.72 | 8/21/18 | 934610 | 6/4/18 | $76.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996337 | $10,000.72 | 8/21/18 | 934504 | 6/4/18 | $76.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996337 | $10,000.72 | 8/21/18 | 934544 | 6/4/18 | $57.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996337 | $10,000.72 | 8/21/18 | 934505 | 6/4/18 | $57.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996337 | $10,000.72 | 8/21/18 | 934650 | 6/4/18 | $42.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996337 | $10,000.72 | 8/21/18 | 934638 | 6/4/18 | $19.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996337 | $10,000.72 | 8/21/18 | 934784 | 6/8/18 | $76.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999662 | $3,288.21 | 8/30/18 | 935080 | 6/12/18 | $24.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999662 | $3,288.21 | 8/30/18 | 934847 | 6/14/18 | $96.07 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999662 | $3,288.21 | 8/30/18 | 934871 | 6/14/18 | $38.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999662 | $3,288.21 | 8/30/18 | 935186 | 6/14/18 | $30.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999662 | $3,288.21 | 8/30/18 | 935342 | 6/15/18 | $3,059.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999662 | $3,288.21 | 8/30/18 | 935232 | 6/15/18 | $38.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003176 | $719.91 | 9/6/18 | 935320 | 6/18/18 | $76.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003176 | $719.91 | 9/6/18 | 935170 | 6/18/18 | $19.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003176 | $719.91 | 9/6/18 | 935267 | 6/19/18 | $57.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003176 | $719.91 | 9/6/18 | 935395 | 6/20/18 | $96.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003176 | $719.91 | 9/6/18 | 935536 | 6/21/18 | $470.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006574 | $35,281.96 | 9/13/18 | 934302 | 6/25/18 | $9,120.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006574 | $35,281.96 | 9/13/18 | 935341 | 6/27/18 | $25,716.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006574 | $35,281.96 | 9/13/18 | 935790 | 6/27/18 | $48.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006574 | $35,281.96 | 9/13/18 | 935832 | 6/28/18 | $153.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006574 | $35,281.96 | 9/13/18 | 935833 | 6/28/18 | $57.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006574 | $35,281.96 | 9/13/18 | 935703 | 6/28/18 | $38.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006574 | $35,281.96 | 9/13/18 | 935843 | 6/28/18 | $34.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006574 | $35,281.96 | 9/13/18 | 935869 | 6/28/18 | $34.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006574 | $35,281.96 | 9/13/18 | 935865 | 6/29/18 | $76.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010837 | $8,190.52 | 9/20/18 | 931199 | 7/2/18 | $8,053.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010837 | $8,190.52 | 9/20/18 | 936001 | 7/2/18 | $98.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010837 | $8,190.52 | 9/20/18 | 935999 | 7/3/18 | $38.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014159 | $36,028.25 | 9/27/18 | 936161 | 7/9/18 | $480.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014159 | $36,028.25 | 9/27/18 | 936126 | 7/9/18 | $192.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014159 | $36,028.25 | 9/27/18 | 936162 | 7/9/18 | $96.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014159 | $36,028.25 | 9/27/18 | 936170 | 7/10/18 | $38.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014159 | $36,028.25 | 9/27/18 | 936259 | 7/11/18 | $19.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014159 | $36,028.25 | 9/27/18 | 936313 | 7/12/18 | $38.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014159 | $36,028.25 | 9/27/18 | 935649 | 7/13/18 | $35,163.61 |

Totals:    10 transfer(s),    $151,817.13