Defendant: **Davco Mechanical Services LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62084701 | $11,007.36 | 8/14/18 | 181273 | 5/28/18 | $8,634.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084701 | $11,007.36 | 8/14/18 | 181274 | 5/28/18 | $2,372.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085102 | $26,454.24 | 8/21/18 | 181270 | 6/7/18 | $8,074.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085102 | $26,454.24 | 8/21/18 | 181271 | 6/7/18 | $8,008.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085102 | $26,454.24 | 8/21/18 | 181272 | 6/8/18 | $8,074.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085102 | $26,454.24 | 8/21/18 | 181269 | 6/8/18 | $2,296.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085849 | $29,625.48 | 9/6/18 | 181265 | 6/20/18 | $11,867.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085849 | $29,625.48 | 9/6/18 | 181268 | 6/20/18 | $9,966.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085849 | $29,625.48 | 9/6/18 | 181267 | 6/20/18 | $7,791.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006598 | $27,545.80 | 9/13/18 | 181266 | 6/25/18 | $14,825.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006598 | $27,545.80 | 9/13/18 | 181275 | 6/26/18 | $12,719.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010864 | $2,012.32 | 9/20/18 | 181325 | 6/9/18 | $2,012.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014184 | $20,067.52 | 9/27/18 | 181359 | 7/11/18 | $20,067.52 |

Totals:    6 transfer(s),  $116,712.72