| | |
|---|---|
| Defendant: | **Dynamic Ventures Inc.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62082970 | $4,660.83 | 7/25/18 | 966141 | 6/4/18 | $379.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082970 | $4,660.83 | 7/25/18 | 966138 | 6/4/18 | $268.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082970 | $4,660.83 | 7/25/18 | 966136 | 6/4/18 | $210.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082970 | $4,660.83 | 7/25/18 | 966139 | 6/4/18 | $205.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082970 | $4,660.83 | 7/25/18 | 966310 | 6/5/18 | $1,557.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082970 | $4,660.83 | 7/25/18 | 966602 | 6/6/18 | $460.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082970 | $4,660.83 | 7/25/18 | 967409 | 6/8/18 | $625.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082970 | $4,660.83 | 7/25/18 | 967412 | 6/8/18 | $312.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082970 | $4,660.83 | 7/25/18 | 967382 | 6/8/18 | $186.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082970 | $4,660.83 | 7/25/18 | 967438 | 6/8/18 | $180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082970 | $4,660.83 | 7/25/18 | 967428 | 6/8/18 | $177.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082970 | $4,660.83 | 7/25/18 | 967376 | 6/8/18 | $139.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082970 | $4,660.83 | 7/25/18 | 970862 | 6/25/18 | -$41.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083385 | $2,949.39 | 7/30/18 | 967780 | 6/11/18 | $568.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083385 | $2,949.39 | 7/30/18 | 967698 | 6/11/18 | $274.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083385 | $2,949.39 | 7/30/18 | 967804 | 6/11/18 | $150.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083385 | $2,949.39 | 7/30/18 | 967713 | 6/11/18 | $124.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083385 | $2,949.39 | 7/30/18 | 968954 | 6/15/18 | $407.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083385 | $2,949.39 | 7/30/18 | 968960 | 6/15/18 | $328.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083385 | $2,949.39 | 7/30/18 | 968961 | 6/15/18 | $312.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083385 | $2,949.39 | 7/30/18 | 968977 | 6/15/18 | $242.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083385 | $2,949.39 | 7/30/18 | 968980 | 6/15/18 | $220.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083385 | $2,949.39 | 7/30/18 | 968986 | 6/15/18 | $180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083385 | $2,949.39 | 7/30/18 | 968976 | 6/15/18 | $176.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083385 | $2,949.39 | 7/30/18 | 972390 | 7/2/18 | -$1.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083385 | $2,949.39 | 7/30/18 | 975374 | 7/6/18 | -$36.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083743 | $3,383.15 | 8/13/18 | 969315 | 6/18/18 | $563.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083743 | $3,383.15 | 8/13/18 | 969313 | 6/18/18 | $144.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083743 | $3,383.15 | 8/13/18 | 969964 | 6/21/18 | $1,775.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083743 | $3,383.15 | 8/13/18 | 970540 | 6/22/18 | $458.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083743 | $3,383.15 | 8/13/18 | 970538 | 6/22/18 | $188.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083743 | $3,383.15 | 8/13/18 | 970551 | 6/22/18 | $170.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083743 | $3,383.15 | 8/13/18 | 970534 | 6/22/18 | $86.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083743 | $3,383.15 | 8/13/18 | 794557 | 7/11/18 | -$3.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084151 | $3,373.80 | 8/16/18 | 970909 | 6/25/18 | $381.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084151 | $3,373.80 | 8/16/18 | 970910 | 6/25/18 | $272.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084151 | $3,373.80 | 8/16/18 | 970912 | 6/25/18 | $227.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084151 | $3,373.80 | 8/16/18 | 970911 | 6/25/18 | $189.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084151 | $3,373.80 | 8/16/18 | 971090 | 6/26/18 | $284.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084151 | $3,373.80 | 8/16/18 | 971458 | 6/28/18 | $228.78 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62084151 | $3,373.80 | 8/16/18 | 971601 | 6/28/18 | $180.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084151 | $3,373.80 | 8/16/18 | 971461 | 6/28/18 | $106.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084151 | $3,373.80 | 8/16/18 | 971988 | 6/29/18 | $305.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084151 | $3,373.80 | 8/16/18 | 971457 | 6/29/18 | $282.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084151 | $3,373.80 | 8/16/18 | 971989 | 6/29/18 | $282.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084151 | $3,373.80 | 8/16/18 | 971920 | 6/29/18 | $218.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084151 | $3,373.80 | 8/16/18 | 971922 | 6/29/18 | $170.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084151 | $3,373.80 | 8/16/18 | 971418 | 6/29/18 | $147.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084151 | $3,373.80 | 8/16/18 | 971456 | 6/29/18 | $111.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084151 | $3,373.80 | 8/16/18 | 975556 | 7/16/18 | -$8.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084151 | $3,373.80 | 8/16/18 | 976094 | 7/18/18 | -$6.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084647 | $3,674.15 | 8/27/18 | 792384 | 7/2/18 | $397.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084647 | $3,674.15 | 8/27/18 | 972383 | 7/2/18 | $386.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084647 | $3,674.15 | 8/27/18 | 972380 | 7/2/18 | $358.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084647 | $3,674.15 | 8/27/18 | 972379 | 7/2/18 | $226.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084647 | $3,674.15 | 8/27/18 | 972381 | 7/2/18 | $119.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084647 | $3,674.15 | 8/27/18 | 972385 | 7/2/18 | $99.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084647 | $3,674.15 | 8/27/18 | 972380 | 7/2/18 | -$9.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084647 | $3,674.15 | 8/27/18 | 972673 | 7/3/18 | $209.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084647 | $3,674.15 | 8/27/18 | 971923 | 7/5/18 | $180.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084647 | $3,674.15 | 8/27/18 | 973368 | 7/6/18 | $386.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084647 | $3,674.15 | 8/27/18 | 973541 | 7/6/18 | $333.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084647 | $3,674.15 | 8/27/18 | 973542 | 7/6/18 | $252.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084647 | $3,674.15 | 8/27/18 | 973539 | 7/6/18 | $210.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084647 | $3,674.15 | 8/27/18 | 973540 | 7/6/18 | $198.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084647 | $3,674.15 | 8/27/18 | 973538 | 7/6/18 | $198.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084647 | $3,674.15 | 8/27/18 | 973543 | 7/6/18 | $135.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084647 | $3,674.15 | 8/27/18 | 977018 | 7/23/18 | -$2.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084647 | $3,674.15 | 8/27/18 | 977596 | 7/25/18 | -$8.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085058 | $2,798.65 | 8/31/18 | 973953 | 7/9/18 | $312.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085058 | $2,798.65 | 8/31/18 | 973952 | 7/9/18 | $286.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085058 | $2,798.65 | 8/31/18 | 973955 | 7/9/18 | $187.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085058 | $2,798.65 | 8/31/18 | 973959 | 7/9/18 | $132.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085058 | $2,798.65 | 8/31/18 | 973953 | 7/9/18 | -$7.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085058 | $2,798.65 | 8/31/18 | 974558 | 7/11/18 | $309.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085058 | $2,798.65 | 8/31/18 | 974559 | 7/11/18 | $252.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085058 | $2,798.65 | 8/31/18 | 975278 | 7/13/18 | $519.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085058 | $2,798.65 | 8/31/18 | 975160 | 7/13/18 | $296.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085058 | $2,798.65 | 8/31/18 | 975165 | 7/13/18 | $198.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085058 | $2,798.65 | 8/31/18 | 975163 | 7/13/18 | $144.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085058 | $2,798.65 | 8/31/18 | 975158 | 7/13/18 | $118.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085058 | $2,798.65 | 8/31/18 | 975162 | 7/13/18 | $72.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085058 | $2,798.65 | 8/31/18 | 978559 | 7/31/18 | -$23.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085421 | $9,408.46 | 9/7/18 | 975292 | 7/16/18 | $519.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62085421 | $9,408.46 | 9/7/18 | 975307 | 7/16/18 | $386.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085421 | $9,408.46 | 9/7/18 | 975542 | 7/16/18 | $320.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085421 | $9,408.46 | 9/7/18 | 975548 | 7/16/18 | $314.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085421 | $9,408.46 | 9/7/18 | 975541 | 7/16/18 | $265.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085421 | $9,408.46 | 9/7/18 | 975547 | 7/16/18 | $243.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085421 | $9,408.46 | 9/7/18 | 975550 | 7/16/18 | $238.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085421 | $9,408.46 | 9/7/18 | 975549 | 7/16/18 | $100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085421 | $9,408.46 | 9/7/18 | 975945 | 7/18/18 | $4,835.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085421 | $9,408.46 | 9/7/18 | 976101 | 7/18/18 | $309.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085421 | $9,408.46 | 9/7/18 | 976104 | 7/18/18 | $206.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085421 | $9,408.46 | 9/7/18 | 975946 | 7/18/18 | $203.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085421 | $9,408.46 | 9/7/18 | 976105 | 7/18/18 | $86.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085421 | $9,408.46 | 9/7/18 | 976108 | 7/18/18 | $39.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085421 | $9,408.46 | 9/7/18 | 976215 | 7/19/18 | $176.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085421 | $9,408.46 | 9/7/18 | 976217 | 7/19/18 | $55.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085421 | $9,408.46 | 9/7/18 | 976726 | 7/20/18 | $442.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085421 | $9,408.46 | 9/7/18 | 976725 | 7/20/18 | $331.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085421 | $9,408.46 | 9/7/18 | 976720 | 7/20/18 | $252.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085421 | $9,408.46 | 9/7/18 | 976739 | 7/20/18 | $128.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085421 | $9,408.46 | 9/7/18 | 976729 | 7/20/18 | $121.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085421 | $9,408.46 | 9/7/18 | 980942 | 8/8/18 | -$14.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085421 | $9,408.46 | 9/7/18 | 980940 | 8/8/18 | -$152.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085813 | $7,640.39 | 9/19/18 | 977101 | 7/23/18 | $330.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085813 | $7,640.39 | 9/19/18 | 977109 | 7/23/18 | $251.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085813 | $7,640.39 | 9/19/18 | 977112 | 7/23/18 | $243.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085813 | $7,640.39 | 9/19/18 | 977111 | 7/23/18 | $124.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085813 | $7,640.39 | 9/19/18 | 977108 | 7/23/18 | $97.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085813 | $7,640.39 | 9/19/18 | 977605 | 7/25/18 | $757.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085813 | $7,640.39 | 9/19/18 | 977639 | 7/25/18 | $697.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085813 | $7,640.39 | 9/19/18 | 977632 | 7/25/18 | $261.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085813 | $7,640.39 | 9/19/18 | 977601 | 7/25/18 | $243.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085813 | $7,640.39 | 9/19/18 | 977628 | 7/25/18 | $230.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085813 | $7,640.39 | 9/19/18 | 977631 | 7/25/18 | $208.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085813 | $7,640.39 | 9/19/18 | 977603 | 7/25/18 | $143.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085813 | $7,640.39 | 9/19/18 | 977691 | 7/26/18 | $2,016.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085813 | $7,640.39 | 9/19/18 | 976735A | 7/26/18 | $909.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085813 | $7,640.39 | 9/19/18 | 977803 | 7/26/18 | $884.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085813 | $7,640.39 | 9/19/18 | 976735A | 7/26/18 | -$5.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085813 | $7,640.39 | 9/19/18 | 978218 | 7/27/18 | $489.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085813 | $7,640.39 | 9/19/18 | 978217 | 7/27/18 | $99.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085813 | $7,640.39 | 9/19/18 | 982005 | 8/13/18 | -$8.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085813 | $7,640.39 | 9/19/18 | 982672 | 8/16/18 | -$10.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085813 | $7,640.39 | 9/19/18 | 983116 | 8/16/18 | -$143.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085813 | $7,640.39 | 9/19/18 | 983115 | 8/16/18 | -$165.30 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62085813 | $7,640.39 | 9/19/18 | 983487 | 8/17/18 | -$13.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086229 | $6,121.98 | 9/24/18 | 978573 | 7/30/18 | $1,576.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086229 | $6,121.98 | 9/24/18 | 97866 | 7/30/18 | $552.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086229 | $6,121.98 | 9/24/18 | 978578 | 7/30/18 | $220.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086229 | $6,121.98 | 9/24/18 | 978568 | 7/30/18 | $187.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086229 | $6,121.98 | 9/24/18 | 978572 | 7/30/18 | $155.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086229 | $6,121.98 | 9/24/18 | 978576 | 7/30/18 | $103.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086229 | $6,121.98 | 9/24/18 | 978575 | 7/30/18 | $78.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086229 | $6,121.98 | 9/24/18 | 979199 | 8/1/18 | $467.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086229 | $6,121.98 | 9/24/18 | 979201 | 8/1/18 | $349.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086229 | $6,121.98 | 9/24/18 | 979921 | 8/3/18 | $846.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086229 | $6,121.98 | 9/24/18 | 979699 | 8/3/18 | $552.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086229 | $6,121.98 | 9/24/18 | 979708 | 8/3/18 | $342.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086229 | $6,121.98 | 9/24/18 | 979923 | 8/3/18 | $285.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086229 | $6,121.98 | 9/24/18 | 979922 | 8/3/18 | $247.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086229 | $6,121.98 | 9/24/18 | 979700 | 8/3/18 | $177.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086229 | $6,121.98 | 9/24/18 | 979924 | 8/3/18 | $139.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086229 | $6,121.98 | 9/24/18 | 983947 | 8/20/18 | -$8.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086229 | $6,121.98 | 9/24/18 | 985299 | 8/24/18 | -$111.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086229 | $6,121.98 | 9/24/18 | 930488AKW | 8/28/18 | -$40.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086813 | $3,386.08 | 10/1/18 | 980350 | 8/6/18 | $874.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086813 | $3,386.08 | 10/1/18 | 980351 | 8/6/18 | $633.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086813 | $3,386.08 | 10/1/18 | 980349 | 8/6/18 | $500.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086813 | $3,386.08 | 10/1/18 | 980347 | 8/6/18 | $179.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086813 | $3,386.08 | 10/1/18 | 980345 | 8/6/18 | $64.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086813 | $3,386.08 | 10/1/18 | 980958 | 8/8/18 | $444.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086813 | $3,386.08 | 10/1/18 | 980959 | 8/8/18 | $387.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086813 | $3,386.08 | 10/1/18 | 980999 | 8/9/18 | $1,038.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086813 | $3,386.08 | 10/1/18 | 981741 | 8/10/18 | $585.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086813 | $3,386.08 | 10/1/18 | 981745 | 8/10/18 | $458.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086813 | $3,386.08 | 10/1/18 | 981761 | 8/10/18 | $111.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086813 | $3,386.08 | 10/1/18 | 981760 | 8/10/18 | $99.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086813 | $3,386.08 | 10/1/18 | 981742 | 8/10/18 | $92.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086813 | $3,386.08 | 10/1/18 | 985858 | 8/27/18 | -$1.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086813 | $3,386.08 | 10/1/18 | 986447 | 8/29/18 | -$2,080.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087184 | $3,896.82 | 10/12/18 | 982132 | 8/13/18 | $618.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087184 | $3,896.82 | 10/12/18 | 982129 | 8/13/18 | $265.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087184 | $3,896.82 | 10/12/18 | 982130 | 8/13/18 | $194.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087184 | $3,896.82 | 10/12/18 | 982128 | 8/13/18 | $155.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087184 | $3,896.82 | 10/12/18 | 982969 | 8/16/18 | $486.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087184 | $3,896.82 | 10/12/18 | 982968 | 8/16/18 | $245.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087184 | $3,896.82 | 10/12/18 | 982964 | 8/16/18 | $178.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087184 | $3,896.82 | 10/12/18 | 983049 | 8/16/18 | $132.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087184 | $3,896.82 | 10/12/18 | 982967 | 8/16/18 | $88.00 |

Dynamic Ventures Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62087184 | $3,896.82 | 10/12/18 | 982970 | 8/16/18 | $66.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087184 | $3,896.82 | 10/12/18 | 983549 | 8/17/18 | $496.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087184 | $3,896.82 | 10/12/18 | 983552 | 8/17/18 | $298.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087184 | $3,896.82 | 10/12/18 | 983551 | 8/17/18 | $263.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087184 | $3,896.82 | 10/12/18 | 983557 | 8/17/18 | $198.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087184 | $3,896.82 | 10/12/18 | 983571 | 8/17/18 | $146.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087184 | $3,896.82 | 10/12/18 | 983559 | 8/17/18 | $66.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087184 | $3,896.82 | 10/12/18 | 987470 | 9/3/18 | -$3.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087525 | $5,841.66 | 10/17/18 | 983908 | 8/20/18 | $276.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087525 | $5,841.66 | 10/17/18 | 983904 | 8/20/18 | $271.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087525 | $5,841.66 | 10/17/18 | 983905 | 8/20/18 | $218.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087525 | $5,841.66 | 10/17/18 | 983952 | 8/20/18 | $185.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087525 | $5,841.66 | 10/17/18 | 983909 | 8/20/18 | $143.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087525 | $5,841.66 | 10/17/18 | 983996 | 8/20/18 | $102.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087525 | $5,841.66 | 10/17/18 | 983906 | 8/20/18 | $101.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087525 | $5,841.66 | 10/17/18 | 983910 | 8/20/18 | $83.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087525 | $5,841.66 | 10/17/18 | 984646 | 8/22/18 | $740.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087525 | $5,841.66 | 10/17/18 | 984642 | 8/22/18 | $321.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087525 | $5,841.66 | 10/17/18 | 984644 | 8/22/18 | $232.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087525 | $5,841.66 | 10/17/18 | 984640 | 8/22/18 | $124.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087525 | $5,841.66 | 10/17/18 | 984438 | 8/22/18 | $75.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087525 | $5,841.66 | 10/17/18 | 984774 | 8/23/18 | $1,720.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087525 | $5,841.66 | 10/17/18 | 984818 | 8/23/18 | $110.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087525 | $5,841.66 | 10/17/18 | 985367 | 8/24/18 | $419.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087525 | $5,841.66 | 10/17/18 | 985409 | 8/24/18 | $258.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087525 | $5,841.66 | 10/17/18 | 985371 | 8/24/18 | $232.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087525 | $5,841.66 | 10/17/18 | 985408 | 8/24/18 | $122.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087525 | $5,841.66 | 10/17/18 | 985407 | 8/24/18 | $102.00 |

Totals:     12 transfer(s),  $57,135.36