Defendant: **Eagle Mere Services LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983781 | $5,292.21 | 7/17/18 | 612420712186045 | 7/12/18 | $3,891.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983781 | $5,292.21 | 7/17/18 | 612420713186045 | 7/13/18 | $1,401.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984765 | $9,431.41 | 7/18/18 | 612420714186045 | 7/14/18 | $1,708.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984765 | $9,431.41 | 7/18/18 | 612420715186045 | 7/15/18 | $7,722.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985793 | $5,332.70 | 7/20/18 | 612420717186045 | 7/17/18 | $5,332.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987235 | $11,349.08 | 7/24/18 | 612420719186045 | 7/19/18 | $7,433.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987235 | $11,349.08 | 7/24/18 | 612420720186045 | 7/20/18 | $3,915.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988162 | $7,278.05 | 7/25/18 | 612420721186045 | 7/21/18 | $7,278.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989223 | $6,154.52 | 7/27/18 | 612420724186045 | 7/24/18 | $6,154.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989963 | $518.07 | 7/30/18 | 612420725186045 | 7/25/18 | $518.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990734 | $17,160.00 | 7/31/18 | 612420726186045 | 7/26/18 | $14,496.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990734 | $17,160.00 | 7/31/18 | 612420727186045 | 7/27/18 | $2,663.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991660 | $151.71 | 8/1/18 | 612420728186045 | 7/28/18 | $151.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992760 | $7,285.60 | 8/3/18 | 612420731186045 | 7/31/18 | $7,285.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993592 | $1,187.57 | 8/6/18 | 612420801186045 | 8/1/18 | $1,187.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994562 | $13,271.04 | 8/7/18 | 612420802186045 | 8/2/18 | $9,503.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994562 | $13,271.04 | 8/7/18 | 612420803186045 | 8/3/18 | $3,767.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995963 | $3,327.41 | 8/8/18 | 612420804186045 | 8/4/18 | $3,327.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996990 | $5,392.21 | 8/10/18 | 612420807186045 | 8/7/18 | $5,392.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997691 | $4,767.37 | 8/13/18 | 612420808186045 | 8/8/18 | $4,767.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998358 | $5,009.25 | 8/14/18 | 612420810186045 | 8/10/18 | $5,009.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999266 | $4,036.74 | 8/15/18 | 612420811186045 | 8/11/18 | $4,036.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000327 | $6,688.53 | 8/17/18 | 612420814186045 | 8/14/18 | $6,688.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001122 | $103.39 | 8/20/18 | 612420815186045 | 8/15/18 | $103.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001832 | $10,590.36 | 8/21/18 | 612420816186045 | 8/16/18 | $4,699.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001832 | $10,590.36 | 8/21/18 | 612420817186045 | 8/17/18 | $5,891.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002777 | $6,489.20 | 8/22/18 | 612420818186045 | 8/18/18 | $892.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002777 | $6,489.20 | 8/22/18 | 612420819186045 | 8/19/18 | $5,596.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003822 | $5,660.50 | 8/24/18 | 612420821186045 | 8/21/18 | $5,660.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004561 | $1,564.98 | 8/27/18 | 612420822186045 | 8/22/18 | $1,564.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005260 | $8,180.64 | 8/28/18 | 612420823186045 | 8/23/18 | $6,400.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005260 | $8,180.64 | 8/28/18 | 612420824186045 | 8/24/18 | $1,780.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006163 | $5,079.50 | 8/29/18 | 612420825186045 | 8/25/18 | $1,289.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006163 | $5,079.50 | 8/29/18 | 612420826186045 | 8/26/18 | $3,790.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008860 | $6,873.41 | 9/4/18 | 612420831186045 | 8/31/18 | $6,873.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010056 | $6,441.59 | 9/5/18 | 612420901186045 | 9/1/18 | $5,897.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010056 | $6,441.59 | 9/5/18 | 612420902186045 | 9/2/18 | $543.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012077 | $3,513.87 | 9/10/18 | 612420905186045 | 9/5/18 | $3,513.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012827 | $19,481.65 | 9/11/18 | 612420906186045 | 9/6/18 | $7,495.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012827 | $19,481.65 | 9/11/18 | 612420907186045 | 9/7/18 | $11,985.79 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013732 | $8,599.11 | 9/12/18 | 612420908186045 | 9/8/18 | $8,599.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015538 | $8,348.89 | 9/17/18 | 612420912186045 | 9/12/18 | $8,348.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016225 | $5,549.02 | 9/18/18 | 612420913186045 | 9/13/18 | $3,331.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016225 | $5,549.02 | 9/18/18 | 612420914186045 | 9/14/18 | $2,217.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017158 | $4,405.39 | 9/19/18 | 612420915186045 | 9/15/18 | $4,405.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018268 | $6,040.73 | 9/21/18 | 612420918186045 | 9/18/18 | $6,040.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018984 | $156.25 | 9/24/18 | 612420919186045 | 9/19/18 | $156.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019689 | $10,366.05 | 9/25/18 | 612420920186045 | 9/20/18 | $3,261.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019689 | $10,366.05 | 9/25/18 | 612420921186045 | 9/21/18 | $7,104.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020647 | $6,490.07 | 9/26/18 | 612420922186045 | 9/22/18 | $6,490.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022489 | $11,391.01 | 10/1/18 | 612420926186045 | 9/26/18 | $11,391.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023302 | $8,902.02 | 10/2/18 | 612420928186045 | 9/28/18 | $8,902.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024419 | $568.29 | 10/3/18 | 612420929186045 | 9/29/18 | $568.29 |

Totals:    40 transfer(s),  $258,429.39