**Defendant:** **Ethan Conrad**

**Bankruptcy Case** **Sears Holding Corporation, et al.**

**Preference Period:** **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170945 | $6,569.23 | 7/25/18 | 0000071218 | 7/12/18 | $6,569.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171434 | $15,716.06 | 8/9/18 | 0000072618 | 7/26/18 | $8,647.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171434 | $15,716.06 | 8/9/18 | 0000072618 | 7/26/18 | $6,944.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171434 | $15,716.06 | 8/9/18 | 0000072618 | 7/26/18 | $125.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172362 | $4,705.86 | 8/30/18 | 0000080918 | 8/9/18 | $4,705.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172833 | $15,716.06 | 9/6/18 | 0000082618 | 8/26/18 | $8,647.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172833 | $15,716.06 | 9/6/18 | 0000082618 | 8/26/18 | $6,944.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172833 | $15,716.06 | 9/6/18 | 0000082618 | 8/26/18 | $125.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173754 | $4,900.52 | 9/19/18 | 0000091018 | 9/10/18 | $4,900.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174177 | $15,716.06 | 10/10/18 | 0000092518 | 9/25/18 | $8,647.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174177 | $15,716.06 | 10/10/18 | 0000092518 | 9/25/18 | $6,944.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174177 | $15,716.06 | 10/10/18 | 0000092518 | 9/25/18 | $125.00 |

**Totals:** **6 transfer(s), $63,323.79**