**Defendant:** Fabrica De Jabon La Corona
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780996472 | $71,234.57 | 8/21/18 | 9589029316 | 6/19/18 | -$7.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996472 | $71,234.57 | 8/21/18 | 4857032693 | 6/20/18 | -$2.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996472 | $71,234.57 | 8/21/18 | 4706035049 | 6/20/18 | -$9.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996472 | $71,234.57 | 8/21/18 | 4188025114 | 6/21/18 | -$2.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996472 | $71,234.57 | 8/21/18 | 7109051494 | 6/21/18 | -$2.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996472 | $71,234.57 | 8/21/18 | 3699052017 | 6/21/18 | -$14.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996472 | $71,234.57 | 8/21/18 | 3798023151 | 7/6/18 | -$2.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996472 | $71,234.57 | 8/21/18 | 3059047600 | 7/9/18 | -$7.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996472 | $71,234.57 | 8/21/18 | 3678037667 | 7/10/18 | -$5.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996472 | $71,234.57 | 8/21/18 | 3172021079 | 7/12/18 | -$2.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996472 | $71,234.57 | 8/21/18 | 3982020461 | 7/13/18 | -$1.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996472 | $71,234.57 | 8/21/18 | 7225068274 | 7/13/18 | -$24.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996472 | $71,234.57 | 8/21/18 | 8361AD072218B43 | 7/20/18 | -$2.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996472 | $71,234.57 | 8/21/18 | FEXA466792 | 7/24/18 | $25,048.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996472 | $71,234.57 | 8/21/18 | FEXA465899 | 7/24/18 | $23,461.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996472 | $71,234.57 | 8/21/18 | FEXA465759 | 7/24/18 | $22,826.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996472 | $71,234.57 | 8/21/18 | 7653036443 | 7/25/18 | -$7.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996472 | $71,234.57 | 8/21/18 | 4257020716 | 7/26/18 | -$7.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996472 | $71,234.57 | 8/21/18 | 4304017235 | 8/3/18 | -$0.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996472 | $71,234.57 | 8/21/18 | 8361AD080518CB4 | 8/3/18 | -$1.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003317 | $19,628.76 | 9/6/18 | 3699052091 | 8/6/18 | -$7.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003317 | $19,628.76 | 9/6/18 | 3841021587 | 8/7/18 | -$2.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003317 | $19,628.76 | 9/6/18 | 3873019425 | 8/7/18 | -$24.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003317 | $19,628.76 | 9/6/18 | FEXA477615 | 8/8/18 | $12,645.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003317 | $19,628.76 | 9/6/18 | FEXA477616 | 8/8/18 | $7,033.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003317 | $19,628.76 | 9/6/18 | 7042013332 | 8/15/18 | -$7.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003317 | $19,628.76 | 9/6/18 | 3963028351 | 8/17/18 | -$7.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014300 | $24,383.79 | 9/27/18 | 3059047737 | 8/13/18 | -$7.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014300 | $24,383.79 | 9/27/18 | 3725032440 | 8/20/18 | -$0.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014300 | $24,383.79 | 9/27/18 | 3725032448 | 8/21/18 | -$0.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014300 | $24,383.79 | 9/27/18 | 3798023305 | 8/21/18 | -$7.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014300 | $24,383.79 | 9/27/18 | 4819024636 | 8/21/18 | -$7.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014300 | $24,383.79 | 9/27/18 | 3235040757 | 8/22/18 | -$7.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014300 | $24,383.79 | 9/27/18 | 4857032755 | 8/23/18 | -$7.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014300 | $24,383.79 | 9/27/18 | 7793060985 | 8/23/18 | -$30.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014300 | $24,383.79 | 9/27/18 | 3371050319 | 8/24/18 | -$2.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014300 | $24,383.79 | 9/27/18 | 8361AD082618CF0 | 8/24/18 | -$2.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014300 | $24,383.79 | 9/27/18 | 3040043467 | 8/27/18 | -$2.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014300 | $24,383.79 | 9/27/18 | 3345038653 | 8/27/18 | -$29.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014300 | $24,383.79 | 9/27/18 | FEXA493993 | 8/28/18 | $23,880.44 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781014300 | $24,383.79 | 9/27/18 | FEXA493994 | 8/28/18 | $703.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014300 | $24,383.79 | 9/27/18 | 3483001996 | 8/28/18 | -$7.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014300 | $24,383.79 | 9/27/18 | 4706035253 | 8/29/18 | -$7.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014300 | $24,383.79 | 9/27/18 | 3225013136 | 8/31/18 | -$2.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014300 | $24,383.79 | 9/27/18 | 7653036588 | 8/31/18 | -$7.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014300 | $24,383.79 | 9/27/18 | 3088042976 | 9/2/18 | -$7.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014300 | $24,383.79 | 9/27/18 | 4478044521 | 9/3/18 | -$7.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014300 | $24,383.79 | 9/27/18 | 7653036598 | 9/5/18 | -$7.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014300 | $24,383.79 | 9/27/18 | 7793061009 | 9/5/18 | -$11.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014300 | $24,383.79 | 9/27/18 | 3483002021 | 9/6/18 | -$7.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014300 | $24,383.79 | 9/27/18 | 3415033832 | 9/6/18 | -$7.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014300 | $24,383.79 | 9/27/18 | 3235040792 | 9/6/18 | -$7.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014300 | $24,383.79 | 9/27/18 | 8361AD090918B19 | 9/7/18 | -$0.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014300 | $24,383.79 | 9/27/18 | 7793061025 | 9/8/18 | -$7.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014300 | $24,383.79 | 9/27/18 | 3127005866 | 9/10/18 | -$2.78 |

Totals:    3 transfer(s),  $115,247.12

Fabrica De Jabon La Corona

Bankruptcy Case: Sears Holding Corporation, et al.

April 1, 2020                                                                        Exhibit A                                                                        P. 2