Defendant: **Fibrix, LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-13535 | $3,834.70 | 9/4/18 | 201819706006 | 6/18/18 | $1,255.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-13535 | $3,834.70 | 9/4/18 | 201819706006 | 6/18/18 | $869.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-13535 | $3,834.70 | 9/4/18 | 201819692250 | 6/18/18 | $552.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-13535 | $3,834.70 | 9/4/18 | 201819706006 | 6/18/18 | $519.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-13535 | $3,834.70 | 9/4/18 | 201819706006 | 6/18/18 | $302.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-13535 | $3,834.70 | 9/4/18 | 201819692250 | 6/18/18 | $171.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-13535 | $3,834.70 | 9/4/18 | 201819692250 | 6/18/18 | $163.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-13536 | $36,928.62 | 9/7/18 | 201819706445 | 6/25/18 | $12,948.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-13536 | $36,928.62 | 9/7/18 | 201819706445 | 6/25/18 | $9,081.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-13536 | $36,928.62 | 9/7/18 | 201819706445 | 6/25/18 | $8,577.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-13536 | $36,928.62 | 9/7/18 | 201819706445 | 6/25/18 | $6,321.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-13537 | $14,571.60 | 9/13/18 | 201819976008 | 7/1/18 | $8,087.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-13537 | $14,571.60 | 9/13/18 | 201819976008 | 7/1/18 | $3,284.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-13537 | $14,571.60 | 9/13/18 | 201819976008 | 7/1/18 | $3,200.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-13538 | $4,533.49 | 9/14/18 | 201819741832 | 7/2/18 | $4,533.49 |

Totals:    4 transfer(s),  $59,868.41