Defendant: **Forward Air Solutions Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983805 | $4,174.75 | 7/17/18 | WE070718 | 7/10/18 | $4,174.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986541 | $5,227.91 | 7/23/18 | WE071418 | 7/16/18 | $5,227.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990764 | $4,555.56 | 7/31/18 | WE072118 | 7/24/18 | $4,555.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993621 | $5,510.41 | 8/6/18 | WE072818 | 7/30/18 | $5,510.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998391 | $3,865.13 | 8/14/18 | WE080418 | 8/7/18 | $3,865.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001857 | $3,196.47 | 8/21/18 | WE081118 | 8/14/18 | $3,196.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004579 | $4,112.60 | 8/27/18 | WE081818 | 8/20/18 | $4,112.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008079 | $2,232.58 | 9/3/18 | WE082518 | 8/27/18 | $2,232.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013760 | $2,943.35 | 9/12/18 | WE090118 | 9/5/18 | $2,943.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016254 | $2,356.09 | 9/18/18 | WE090818 | 9/11/18 | $2,356.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019716 | $2,422.94 | 9/25/18 | WE091518 | 9/18/18 | $2,422.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023338 | $2,719.78 | 10/2/18 | WE092218 | 9/25/18 | $2,719.78 |

Totals:   12 transfer(s),  $43,317.57