Defendant: **Friedmans Appliance Center**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| StarWest, LLC | StarWest, LLC | 914263 | $4,916.00 | 8/14/18 | Q00027121 | 8/9/18 | $4,916.00 |
| StarWest, LLC | StarWest, LLC | 914679 | $17,500.00 | 9/7/18 | Q00027211 | 9/5/18 | $17,500.00 |
| StarWest, LLC | StarWest, LLC | 914713 | $8,037.00 | 9/11/18 | 31816239 | 9/10/18 | $8,037.00 |
| StarWest, LLC | StarWest, LLC | 914978 | $1,598.00 | 9/28/18 | 31817657 | 9/27/18 | $1,598.00 |

Totals:    4 transfer(s),  $32,051.00