| | |
|---|---|
| Defendant: | **Full Power Electrical Corp.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62083560 | $7,777.13 | 7/24/18 | IE189244 | 5/10/18 | $7,777.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083755 | $60,678.55 | 7/27/18 | IE189256 | 5/15/18 | $60,678.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084161 | $11,485.01 | 8/7/18 | IE189332 | 7/3/18 | $414.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084161 | $11,485.01 | 8/7/18 | IE189334 | 7/3/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084161 | $11,485.01 | 8/7/18 | IE189333 | 7/3/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084161 | $11,485.01 | 8/7/18 | IE189335 | 7/3/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084161 | $11,485.01 | 8/7/18 | IE189337 | 7/4/18 | $466.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084161 | $11,485.01 | 8/7/18 | IE189340 | 7/4/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084161 | $11,485.01 | 8/7/18 | IE189336 | 7/4/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084161 | $11,485.01 | 8/7/18 | IE189338 | 7/4/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084161 | $11,485.01 | 8/7/18 | IE189339 | 7/4/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084161 | $11,485.01 | 8/7/18 | IE189346 | 7/5/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084161 | $11,485.01 | 8/7/18 | IE189344 | 7/5/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084161 | $11,485.01 | 8/7/18 | IE189345 | 7/5/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084161 | $11,485.01 | 8/7/18 | IE189343 | 7/5/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084161 | $11,485.01 | 8/7/18 | IE189347 | 7/5/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084161 | $11,485.01 | 8/7/18 | IE189352 | 7/6/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084161 | $11,485.01 | 8/7/18 | IE189348 | 7/6/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084161 | $11,485.01 | 8/7/18 | IE189351 | 7/6/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084161 | $11,485.01 | 8/7/18 | IE189349 | 7/6/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084161 | $11,485.01 | 8/7/18 | IE189350 | 7/6/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084161 | $11,485.01 | 8/7/18 | IE189353 | 7/6/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084161 | $11,485.01 | 8/7/18 | IE189356 | 7/9/18 | $2,644.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084161 | $11,485.01 | 8/7/18 | IE189354 | 7/9/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084161 | $11,485.01 | 8/7/18 | IE189359 | 7/10/18 | $1,192.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084161 | $11,485.01 | 8/7/18 | IE189362 | 7/11/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084161 | $11,485.01 | 8/7/18 | IE189363 | 7/16/18 | $699.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084161 | $11,485.01 | 8/7/18 | IE189364 | 7/16/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084161 | $11,485.01 | 8/7/18 | IE189365 | 7/16/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084161 | $11,485.01 | 8/7/18 | IE189367 | 7/16/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084161 | $11,485.01 | 8/7/18 | IE189366 | 7/16/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084161 | $11,485.01 | 8/7/18 | IE189371 | 7/17/18 | $466.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084485 | $233.32 | 8/13/18 | IE189373 | 7/19/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084660 | $10,612.52 | 8/14/18 | IE189251 | 5/14/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084660 | $10,612.52 | 8/14/18 | IE189255 | 5/15/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084660 | $10,612.52 | 8/14/18 | IE189259 | 5/16/18 | $3,510.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084660 | $10,612.52 | 8/14/18 | IE189268 | 5/21/18 | $699.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084660 | $10,612.52 | 8/14/18 | IE189269 | 5/21/18 | $466.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084660 | $10,612.52 | 8/14/18 | IE189290 | 6/5/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084660 | $10,612.52 | 8/14/18 | IE189287 | 6/5/18 | $233.32 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62084660 | $10,612.52 | 8/14/18 | IE189288 | 6/5/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084660 | $10,612.52 | 8/14/18 | IE189289 | 6/5/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084660 | $10,612.52 | 8/14/18 | IE189295 | 6/7/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084660 | $10,612.52 | 8/14/18 | IE189296 | 6/7/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084660 | $10,612.52 | 8/14/18 | IE189297 | 6/7/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084660 | $10,612.52 | 8/14/18 | IE189303 | 6/8/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084660 | $10,612.52 | 8/14/18 | IE189302 | 6/8/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084660 | $10,612.52 | 8/14/18 | IE189304 | 6/8/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084660 | $10,612.52 | 8/14/18 | IE189323 | 6/21/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084660 | $10,612.52 | 8/14/18 | IE189379 | 7/27/18 | $1,158.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084660 | $10,612.52 | 8/14/18 | IE189381 | 7/27/18 | $697.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084660 | $10,612.52 | 8/14/18 | IE189380 | 7/27/18 | $348.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084660 | $10,612.52 | 8/14/18 | IE189382 | 7/27/18 | $348.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084660 | $10,612.52 | 8/14/18 | IE189383 | 7/27/18 | $348.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086243 | $11,036.89 | 9/13/18 | IE169239 | 4/11/16 | $218.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086243 | $11,036.89 | 9/13/18 | IE169492 | 8/10/16 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086243 | $11,036.89 | 9/13/18 | IE169667 | 10/1/16 | $1,152.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086243 | $11,036.89 | 9/13/18 | IE169666 | 10/4/16 | $881.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086243 | $11,036.89 | 9/13/18 | IE169662 | 10/5/16 | $494.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086243 | $11,036.89 | 9/13/18 | IE169712 | 11/1/16 | $985.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086243 | $11,036.89 | 9/13/18 | IE169726 | 11/22/16 | $99.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086243 | $11,036.89 | 9/13/18 | IE169771 | 12/14/16 | $212.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086243 | $11,036.89 | 9/13/18 | IE169772 | 12/14/16 | $124.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086243 | $11,036.89 | 9/13/18 | IE169773 | 12/14/16 | $112.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086243 | $11,036.89 | 9/13/18 | IE169784 | 12/26/16 | $264.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086243 | $11,036.89 | 9/13/18 | IE169783 | 12/29/16 | $352.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086243 | $11,036.89 | 9/13/18 | IE169782 | 12/30/16 | $264.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086243 | $11,036.89 | 9/13/18 | IE189386 | 8/2/18 | $414.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086243 | $11,036.89 | 9/13/18 | IE189387 | 8/2/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086243 | $11,036.89 | 9/13/18 | IE189388 | 8/2/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086243 | $11,036.89 | 9/13/18 | IE189389 | 8/3/18 | $466.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086243 | $11,036.89 | 9/13/18 | IE189391 | 8/3/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086243 | $11,036.89 | 9/13/18 | IE189390 | 8/3/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086243 | $11,036.89 | 9/13/18 | IE189398 | 8/6/18 | $329.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086243 | $11,036.89 | 9/13/18 | IE189401 | 8/6/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086243 | $11,036.89 | 9/13/18 | IE189392 | 8/6/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086243 | $11,036.89 | 9/13/18 | IE189400 | 8/6/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086243 | $11,036.89 | 9/13/18 | IE189396 | 8/6/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086243 | $11,036.89 | 9/13/18 | IE189399 | 8/6/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086243 | $11,036.89 | 9/13/18 | IE189397 | 8/6/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086243 | $11,036.89 | 9/13/18 | IE189395 | 8/6/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086243 | $11,036.89 | 9/13/18 | IE189394 | 8/6/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086243 | $11,036.89 | 9/13/18 | IE189393 | 8/6/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086243 | $11,036.89 | 9/13/18 | IE189405 | 8/7/18 | $348.75 |

Full Power Electrical Corp.

Bankruptcy Case: Sears Holding Corporation, et al.

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62086243 | $11,036.89 | 9/13/18 | IE189406 | 8/7/18 | $348.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086243 | $11,036.89 | 9/13/18 | IE189403 | 8/7/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086243 | $11,036.89 | 9/13/18 | IE189402 | 8/7/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086243 | $11,036.89 | 9/13/18 | IE189404 | 8/7/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086492 | $3,528.55 | 9/17/18 | IE189407 | 8/8/18 | $466.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086492 | $3,528.55 | 9/17/18 | IE189408 | 8/8/18 | $240.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086492 | $3,528.55 | 9/17/18 | IE189409 | 8/9/18 | $699.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086492 | $3,528.55 | 9/17/18 | IE189411 | 8/9/18 | $648.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086492 | $3,528.55 | 9/17/18 | IE189410 | 8/9/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086492 | $3,528.55 | 9/17/18 | IE189412 | 8/10/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086492 | $3,528.55 | 9/17/18 | IE189419 | 8/13/18 | $305.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086492 | $3,528.55 | 9/17/18 | IE189414 | 8/13/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086492 | $3,528.55 | 9/17/18 | IE189416 | 8/13/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086492 | $3,528.55 | 9/17/18 | IE189415 | 8/13/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086709 | $39,253.75 | 9/18/18 | IE189076 | 2/7/18 | $39,253.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086941 | $693.09 | 9/24/18 | IE189361 | 7/10/18 | $693.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087495 | $3,285.04 | 10/3/18 | IE189103 | 2/19/18 | $129.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087495 | $3,285.04 | 10/3/18 | IE189102 | 2/19/18 | $129.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087495 | $3,285.04 | 10/3/18 | IE189117 | 2/28/18 | $697.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087495 | $3,285.04 | 10/3/18 | IE189116 | 2/28/18 | $697.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087495 | $3,285.04 | 10/3/18 | IE189115 | 2/28/18 | $348.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087495 | $3,285.04 | 10/3/18 | IE189118 | 2/28/18 | $348.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087495 | $3,285.04 | 10/3/18 | IE189122 | 3/2/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087495 | $3,285.04 | 10/3/18 | IE189130 | 3/5/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087495 | $3,285.04 | 10/3/18 | IE189129 | 3/5/18 | $233.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087495 | $3,285.04 | 10/3/18 | IE189136 | 3/7/18 | $233.32 |

Totals:    10 transfer(s),  $148,583.85