**Defendant:** **GA Communications, Inc.**
**Bankruptcy Case:** **Sears Holding Corporation, et al.**
**Preference Period:** **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006186 | $564,571.48 | 9/12/18 | 5071112 | 4/16/18 | $75.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006186 | $564,571.48 | 9/12/18 | 5071274 | 4/30/18 | $188,094.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006186 | $564,571.48 | 9/12/18 | 5071605 | 5/28/18 | $188,094.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006186 | $564,571.48 | 9/12/18 | 5071604 | 5/28/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006186 | $564,571.48 | 9/12/18 | 5071929 | 6/25/18 | $188,094.66 |

**Totals:** 1 transfer(s), $564,571.48