Defendant: **Generis Tek Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984795 | $130,555.00 | 7/18/18 | 6012018SHOSKP | 6/1/18 | $112,075.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984795 | $130,555.00 | 7/18/18 | 6012018SHOSSG | 6/1/18 | $18,480.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003855 | $16,720.00 | 8/24/18 | 7012018SHOSSG | 7/1/18 | $16,720.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004590 | $116,558.50 | 8/27/18 | 7012018SHOSKP | 7/1/18 | $116,558.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018304 | $124,668.00 | 9/21/18 | 8012018SHOSKP | 8/1/18 | $124,668.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023352 | $25,535.00 | 10/2/18 | 8012018SHOSSG | 8/1/18 | $25,535.00 |

Totals:    5 transfer(s),  $414,036.50