Defendant: **Genpro International Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981990 | $16,931.11 | 7/20/18 | 86615 | 5/7/18 | $782.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981990 | $16,931.11 | 7/20/18 | 86612 | 5/7/18 | $730.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981990 | $16,931.11 | 7/20/18 | 86614 | 5/7/18 | $153.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981990 | $16,931.11 | 7/20/18 | 86613 | 5/7/18 | $86.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981990 | $16,931.11 | 7/20/18 | 86654 | 5/8/18 | $100.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981990 | $16,931.11 | 7/20/18 | 86680 | 5/9/18 | $91.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981990 | $16,931.11 | 7/20/18 | 86739 | 5/10/18 | $406.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981990 | $16,931.11 | 7/20/18 | 86738 | 5/10/18 | $201.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981990 | $16,931.11 | 7/20/18 | 86740 | 5/10/18 | $37.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981990 | $16,931.11 | 7/20/18 | 86778 | 5/11/18 | $264.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981990 | $16,931.11 | 7/20/18 | 86779 | 5/11/18 | $204.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981990 | $16,931.11 | 7/20/18 | 87555 | 6/4/18 | $585.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981990 | $16,931.11 | 7/20/18 | 87559 | 6/4/18 | $524.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981990 | $16,931.11 | 7/20/18 | 87591 | 6/5/18 | $461.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981990 | $16,931.11 | 7/20/18 | 87592 | 6/5/18 | $182.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981990 | $16,931.11 | 7/20/18 | 87642 | 6/6/18 | $2,430.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981990 | $16,931.11 | 7/20/18 | 87634 | 6/6/18 | $1,164.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981990 | $16,931.11 | 7/20/18 | 87643 | 6/6/18 | $207.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981990 | $16,931.11 | 7/20/18 | 87635 | 6/6/18 | $105.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981990 | $16,931.11 | 7/20/18 | 87713 | 6/7/18 | $970.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981990 | $16,931.11 | 7/20/18 | 87696 | 6/7/18 | $438.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981990 | $16,931.11 | 7/20/18 | 87694 | 6/7/18 | $86.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981990 | $16,931.11 | 7/20/18 | 87732 | 6/8/18 | $6,640.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981990 | $16,931.11 | 7/20/18 | 87733 | 6/8/18 | $1,226.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981990 | $16,931.11 | 7/20/18 | 87735 | 6/8/18 | $268.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981990 | $16,931.11 | 7/20/18 | 87736 | 6/8/18 | $187.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981990 | $16,931.11 | 7/20/18 | 675 | 7/4/18 | -$6.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981990 | $16,931.11 | 7/20/18 | 674 | 7/4/18 | -$28.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981990 | $16,931.11 | 7/20/18 | 673 | 7/4/18 | -$1,569.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985359 | $10,497.10 | 7/27/18 | 87820 | 6/11/18 | $672.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985359 | $10,497.10 | 7/27/18 | 87825 | 6/11/18 | $363.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985359 | $10,497.10 | 7/27/18 | 87821 | 6/11/18 | $273.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985359 | $10,497.10 | 7/27/18 | 87867 | 6/12/18 | $1,940.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985359 | $10,497.10 | 7/27/18 | 76049 | 6/12/18 | $478.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985359 | $10,497.10 | 7/27/18 | 87851 | 6/12/18 | $268.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985359 | $10,497.10 | 7/27/18 | 87852 | 6/12/18 | $244.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985359 | $10,497.10 | 7/27/18 | 87894 | 6/13/18 | $2,478.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985359 | $10,497.10 | 7/27/18 | 87930 | 6/13/18 | $970.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985359 | $10,497.10 | 7/27/18 | 87895 | 6/13/18 | $182.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985359 | $10,497.10 | 7/27/18 | 87969 | 6/14/18 | $1,940.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985359 | $10,497.10 | 7/27/18 | 87950 | 6/14/18 | $411.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985359 | $10,497.10 | 7/27/18 | 87968 | 6/14/18 | $370.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985359 | $10,497.10 | 7/27/18 | 87949 | 6/14/18 | $268.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985359 | $10,497.10 | 7/27/18 | 676 | 7/9/18 | -$153.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985359 | $10,497.10 | 7/27/18 | 678 | 7/11/18 | -$6.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985359 | $10,497.10 | 7/27/18 | 677 | 7/11/18 | -$202.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988781 | $31,854.38 | 8/7/18 | 87084 | 5/21/18 | $770.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988781 | $31,854.38 | 8/7/18 | 87088 | 5/21/18 | $568.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988781 | $31,854.38 | 8/7/18 | 87083 | 5/21/18 | $522.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988781 | $31,854.38 | 8/7/18 | 87087 | 5/21/18 | $283.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988781 | $31,854.38 | 8/7/18 | 87022 | 5/21/18 | $219.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988781 | $31,854.38 | 8/7/18 | 87016 | 5/21/18 | $216.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988781 | $31,854.38 | 8/7/18 | 87017 | 5/21/18 | $203.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988781 | $31,854.38 | 8/7/18 | 87090 | 5/21/18 | $188.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988781 | $31,854.38 | 8/7/18 | 87021 | 5/21/18 | $159.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988781 | $31,854.38 | 8/7/18 | 87167 | 5/23/18 | $264.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988781 | $31,854.38 | 8/7/18 | 87166 | 5/23/18 | $246.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988781 | $31,854.38 | 8/7/18 | 86936 | 5/24/18 | $852.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988781 | $31,854.38 | 8/7/18 | 86908 | 5/24/18 | $795.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988781 | $31,854.38 | 8/7/18 | 86909 | 5/24/18 | $471.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988781 | $31,854.38 | 8/7/18 | 86979 | 5/24/18 | $154.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988781 | $31,854.38 | 8/7/18 | 87221 | 5/24/18 | $106.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988781 | $31,854.38 | 8/7/18 | 86978 | 5/24/18 | $105.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988781 | $31,854.38 | 8/7/18 | 87220 | 5/24/18 | $78.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988781 | $31,854.38 | 8/7/18 | 87260 | 5/25/18 | $365.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988781 | $31,854.38 | 8/7/18 | 87264 | 5/25/18 | $334.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988781 | $31,854.38 | 8/7/18 | 87263 | 5/25/18 | $213.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988781 | $31,854.38 | 8/7/18 | 87989 | 6/18/18 | $5,670.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988781 | $31,854.38 | 8/7/18 | 88067 | 6/18/18 | $970.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988781 | $31,854.38 | 8/7/18 | 88068 | 6/18/18 | $555.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988781 | $31,854.38 | 8/7/18 | 87997 | 6/18/18 | $477.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988781 | $31,854.38 | 8/7/18 | 88069 | 6/18/18 | $456.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988781 | $31,854.38 | 8/7/18 | 88116 | 6/19/18 | $1,380.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988781 | $31,854.38 | 8/7/18 | 87990 | 6/19/18 | $1,211.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988781 | $31,854.38 | 8/7/18 | 87996 | 6/19/18 | $312.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988781 | $31,854.38 | 8/7/18 | 88095 | 6/19/18 | $268.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988781 | $31,854.38 | 8/7/18 | 88094 | 6/19/18 | $173.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988781 | $31,854.38 | 8/7/18 | 88141 | 6/20/18 | $2,716.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988781 | $31,854.38 | 8/7/18 | 88142 | 6/20/18 | $1,507.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988781 | $31,854.38 | 8/7/18 | 88136 | 6/20/18 | $351.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988781 | $31,854.38 | 8/7/18 | 88135 | 6/20/18 | $278.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988781 | $31,854.38 | 8/7/18 | 88209 | 6/21/18 | $970.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988781 | $31,854.38 | 8/7/18 | 88210 | 6/21/18 | $486.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988781 | $31,854.38 | 8/7/18 | 88202 | 6/21/18 | $268.80 |

Genpro International Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988781 | $31,854.38 | 8/7/18 | 88203 | 6/21/18 | $253.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988781 | $31,854.38 | 8/7/18 | 88230 | 6/22/18 | $5,853.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988781 | $31,854.38 | 8/7/18 | 88225 | 6/22/18 | $1,146.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988781 | $31,854.38 | 8/7/18 | 88226 | 6/22/18 | $213.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988781 | $31,854.38 | 8/7/18 | 88244 | 6/22/18 | $86.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988781 | $31,854.38 | 8/7/18 | 679 | 7/18/18 | -$2.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988781 | $31,854.38 | 8/7/18 | 660 | 7/18/18 | -$867.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992294 | $19,923.78 | 8/14/18 | 87329 | 5/28/18 | $720.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992294 | $19,923.78 | 8/14/18 | 87333 | 5/28/18 | $361.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992294 | $19,923.78 | 8/14/18 | 87351 | 5/29/18 | $259.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992294 | $19,923.78 | 8/14/18 | 87350 | 5/29/18 | $112.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992294 | $19,923.78 | 8/14/18 | 87349 | 5/29/18 | $108.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992294 | $19,923.78 | 8/14/18 | 87445 | 5/31/18 | $410.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992294 | $19,923.78 | 8/14/18 | 87450 | 5/31/18 | $152.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992294 | $19,923.78 | 8/14/18 | 87488 | 6/1/18 | $204.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992294 | $19,923.78 | 8/14/18 | 87490 | 6/1/18 | $79.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992294 | $19,923.78 | 8/14/18 | 88299 | 6/25/18 | $600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992294 | $19,923.78 | 8/14/18 | 88297 | 6/25/18 | $555.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992294 | $19,923.78 | 8/14/18 | 88303 | 6/25/18 | $172.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992294 | $19,923.78 | 8/14/18 | 88342 | 6/26/18 | $1,940.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992294 | $19,923.78 | 8/14/18 | 88336 | 6/26/18 | $421.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992294 | $19,923.78 | 8/14/18 | 88341 | 6/26/18 | $370.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992294 | $19,923.78 | 8/14/18 | 88337 | 6/26/18 | $177.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992294 | $19,923.78 | 8/14/18 | 88432 | 6/28/18 | $1,940.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992294 | $19,923.78 | 8/14/18 | 88402 | 6/28/18 | $317.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992294 | $19,923.78 | 8/14/18 | 88401 | 6/28/18 | $129.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992294 | $19,923.78 | 8/14/18 | 88474 | 6/29/18 | $6,025.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992294 | $19,923.78 | 8/14/18 | 88478 | 6/29/18 | $2,363.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992294 | $19,923.78 | 8/14/18 | 88368 | 6/29/18 | $2,280.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992294 | $19,923.78 | 8/14/18 | 88366 | 6/29/18 | $348.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992294 | $19,923.78 | 8/14/18 | 88481 | 6/29/18 | $260.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992294 | $19,923.78 | 8/14/18 | 88480 | 6/29/18 | $220.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992294 | $19,923.78 | 8/14/18 | 88367 | 6/29/18 | $86.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992294 | $19,923.78 | 8/14/18 | 680 | 7/25/18 | -$14.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992294 | $19,923.78 | 8/14/18 | 681 | 7/25/18 | -$679.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996525 | $20,566.05 | 8/21/18 | 87561 | 6/4/18 | $663.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996525 | $20,566.05 | 8/21/18 | 87552 | 6/4/18 | $649.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996525 | $20,566.05 | 8/21/18 | 87554 | 6/4/18 | $163.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996525 | $20,566.05 | 8/21/18 | 87628 | 6/5/18 | $161.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996525 | $20,566.05 | 8/21/18 | 87593 | 6/5/18 | $86.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996525 | $20,566.05 | 8/21/18 | 87639 | 6/6/18 | $210.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996525 | $20,566.05 | 8/21/18 | 87640 | 6/6/18 | $188.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996525 | $20,566.05 | 8/21/18 | 87641 | 6/6/18 | $162.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996525 | $20,566.05 | 8/21/18 | 87638 | 6/6/18 | $158.40 |

Genpro International Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780996525 | $20,566.05 | 8/21/18 | 87658 | 6/6/18 | $100.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996525 | $20,566.05 | 8/21/18 | 87695 | 6/7/18 | $154.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996525 | $20,566.05 | 8/21/18 | 87737 | 6/8/18 | $213.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996525 | $20,566.05 | 8/21/18 | 87738 | 6/8/18 | $152.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996525 | $20,566.05 | 8/21/18 | 88538 | 7/2/18 | $1,368.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996525 | $20,566.05 | 8/21/18 | 88529 | 7/2/18 | $684.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996525 | $20,566.05 | 8/21/18 | 88527 | 7/2/18 | $555.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996525 | $20,566.05 | 8/21/18 | 88528 | 7/2/18 | $430.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996525 | $20,566.05 | 8/21/18 | 88524 | 7/2/18 | $172.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996525 | $20,566.05 | 8/21/18 | 88566 | 7/3/18 | $385.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996525 | $20,566.05 | 8/21/18 | 888624 | 7/4/18 | $440.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996525 | $20,566.05 | 8/21/18 | 88644 | 7/4/18 | $410.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996525 | $20,566.05 | 8/21/18 | 88631 | 7/4/18 | $363.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996525 | $20,566.05 | 8/21/18 | 88677 | 7/6/18 | $6,790.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996525 | $20,566.05 | 8/21/18 | 88678 | 7/6/18 | $2,251.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996525 | $20,566.05 | 8/21/18 | 88722 | 7/6/18 | $580.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996525 | $20,566.05 | 8/21/18 | 88666 | 7/6/18 | $477.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996525 | $20,566.05 | 8/21/18 | 88725 | 7/6/18 | $423.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996525 | $20,566.05 | 8/21/18 | 88665 | 7/6/18 | $357.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996525 | $20,566.05 | 8/21/18 | 88724 | 7/6/18 | $72.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996525 | $20,566.05 | 8/21/18 | 88770 | 7/7/18 | $1,025.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996525 | $20,566.05 | 8/21/18 | 88771 | 7/7/18 | $712.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999870 | $18,573.31 | 8/30/18 | 87826 | 6/11/18 | $690.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999870 | $18,573.31 | 8/30/18 | 87819 | 6/11/18 | $478.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999870 | $18,573.31 | 8/30/18 | 87827 | 6/11/18 | $118.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999870 | $18,573.31 | 8/30/18 | 87818 | 6/11/18 | $108.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999870 | $18,573.31 | 8/30/18 | 87824 | 6/11/18 | $43.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999870 | $18,573.31 | 8/30/18 | 87897 | 6/13/18 | $106.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999870 | $18,573.31 | 8/30/18 | 87896 | 6/13/18 | $103.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999870 | $18,573.31 | 8/30/18 | 87952 | 6/14/18 | $213.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999870 | $18,573.31 | 8/30/18 | 87951 | 6/14/18 | $182.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999870 | $18,573.31 | 8/30/18 | 88818 | 7/9/18 | $1,025.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999870 | $18,573.31 | 8/30/18 | 8805 | 7/9/18 | $481.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999870 | $18,573.31 | 8/30/18 | 88803 | 7/9/18 | $357.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999870 | $18,573.31 | 8/30/18 | 88817 | 7/9/18 | $301.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999870 | $18,573.31 | 8/30/18 | 88873 | 7/10/18 | $970.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999870 | $18,573.31 | 8/30/18 | 88853 | 7/10/18 | $377.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999870 | $18,573.31 | 8/30/18 | 88874 | 7/10/18 | $370.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999870 | $18,573.31 | 8/30/18 | 88851 | 7/10/18 | $182.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999870 | $18,573.31 | 8/30/18 | 88906 | 7/11/18 | $1,428.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999870 | $18,573.31 | 8/30/18 | 88915 | 7/11/18 | $970.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999870 | $18,573.31 | 8/30/18 | 88907 | 7/11/18 | $262.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999870 | $18,573.31 | 8/30/18 | 88965 | 7/12/18 | $970.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999870 | $18,573.31 | 8/30/18 | 88953 | 7/12/18 | $357.60 |

Genpro International Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999870 | $18,573.31 | 8/30/18 | 88954 | 7/12/18 | $244.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999870 | $18,573.31 | 8/30/18 | 88976 | 7/13/18 | $7,449.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999870 | $18,573.31 | 8/30/18 | 88977 | 7/13/18 | $2,673.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999870 | $18,573.31 | 8/30/18 | 89014 | 7/13/18 | $355.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999870 | $18,573.31 | 8/30/18 | 89013 | 7/13/18 | $86.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999870 | $18,573.31 | 8/30/18 | 684 | 8/6/18 | -$14.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999870 | $18,573.31 | 8/30/18 | 686 | 8/8/18 | -$8.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999870 | $18,573.31 | 8/30/18 | 685 | 8/8/18 | -$2,311.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003370 | $21,850.95 | 9/6/18 | 88065 | 6/18/18 | $568.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003370 | $21,850.95 | 9/6/18 | 87999 | 6/18/18 | $446.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003370 | $21,850.95 | 9/6/18 | 88066 | 6/18/18 | $154.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003370 | $21,850.95 | 9/6/18 | 88001 | 6/18/18 | $91.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003370 | $21,850.95 | 9/6/18 | 88000 | 6/18/18 | $86.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003370 | $21,850.95 | 9/6/18 | 88091 | 6/19/18 | $332.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003370 | $21,850.95 | 9/6/18 | 87998 | 6/19/18 | $146.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003370 | $21,850.95 | 9/6/18 | 88138 | 6/20/18 | $159.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003370 | $21,850.95 | 9/6/18 | 88137 | 6/20/18 | $154.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003370 | $21,850.95 | 9/6/18 | 88206 | 6/21/18 | $86.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003370 | $21,850.95 | 9/6/18 | 88205 | 6/21/18 | $79.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003370 | $21,850.95 | 9/6/18 | 88204 | 6/21/18 | $75.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003370 | $21,850.95 | 9/6/18 | 88227 | 6/22/18 | $365.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003370 | $21,850.95 | 9/6/18 | 88228 | 6/22/18 | $255.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003370 | $21,850.95 | 9/6/18 | 88229 | 6/22/18 | $161.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003370 | $21,850.95 | 9/6/18 | 89088 | 7/16/18 | $970.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003370 | $21,850.95 | 9/6/18 | 89081 | 7/16/18 | $793.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003370 | $21,850.95 | 9/6/18 | 89079 | 7/16/18 | $403.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003370 | $21,850.95 | 9/6/18 | 89087 | 7/16/18 | $116.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003370 | $21,850.95 | 9/6/18 | 89136 | 7/17/18 | $528.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003370 | $21,850.95 | 9/6/18 | 89111 | 7/17/18 | $400.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003370 | $21,850.95 | 9/6/18 | 89110 | 7/17/18 | $268.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003370 | $21,850.95 | 9/6/18 | 89156 | 7/18/18 | $1,585.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003370 | $21,850.95 | 9/6/18 | 89143 | 7/18/18 | $1,208.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003370 | $21,850.95 | 9/6/18 | 89157 | 7/18/18 | $555.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003370 | $21,850.95 | 9/6/18 | 89147 | 7/18/18 | $129.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003370 | $21,850.95 | 9/6/18 | 89146 | 7/18/18 | $84.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003370 | $21,850.95 | 9/6/18 | 89235 | 7/19/18 | $9,400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003370 | $21,850.95 | 9/6/18 | 89236 | 7/19/18 | $3,352.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003370 | $21,850.95 | 9/6/18 | 89233 | 7/19/18 | $403.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003370 | $21,850.95 | 9/6/18 | 89234 | 7/19/18 | $392.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003370 | $21,850.95 | 9/6/18 | 683 | 8/13/18 | -$18.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003370 | $21,850.95 | 9/6/18 | 682 | 8/13/18 | -$1,882.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006784 | $25,395.98 | 9/13/18 | 88300 | 6/25/18 | $424.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006784 | $25,395.98 | 9/13/18 | 88301 | 6/25/18 | $324.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006784 | $25,395.98 | 9/13/18 | 88302 | 6/25/18 | $108.80 |

Genpro International Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

April 1, 2020                               Exhibit A                               P. 5

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006784 | $25,395.98 | 9/13/18 | 88398 | 6/28/18 | $406.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006784 | $25,395.98 | 9/13/18 | 88446 | 6/28/18 | $320.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006784 | $25,395.98 | 9/13/18 | 88400 | 6/28/18 | $100.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006784 | $25,395.98 | 9/13/18 | 88364 | 6/29/18 | $364.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006784 | $25,395.98 | 9/13/18 | 88479 | 6/29/18 | $320.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006784 | $25,395.98 | 9/13/18 | 88365 | 6/29/18 | $106.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006784 | $25,395.98 | 9/13/18 | 88482 | 6/29/18 | $103.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006784 | $25,395.98 | 9/13/18 | 88363 | 6/29/18 | $86.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006784 | $25,395.98 | 9/13/18 | 88362 | 6/29/18 | $59.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006784 | $25,395.98 | 9/13/18 | 89312 | 7/23/18 | $1,940.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006784 | $25,395.98 | 9/13/18 | 89326 | 7/23/18 | $782.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006784 | $25,395.98 | 9/13/18 | 89325 | 7/23/18 | $616.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006784 | $25,395.98 | 9/13/18 | 89327 | 7/23/18 | $66.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006784 | $25,395.98 | 9/13/18 | 89366 | 7/24/18 | $1,185.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006784 | $25,395.98 | 9/13/18 | 89367 | 7/24/18 | $400.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006784 | $25,395.98 | 9/13/18 | 89421 | 7/25/18 | $2,296.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006784 | $25,395.98 | 9/13/18 | 89425 | 7/25/18 | $970.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006784 | $25,395.98 | 9/13/18 | 89422 | 7/25/18 | $259.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006784 | $25,395.98 | 9/13/18 | 89426 | 7/25/18 | $237.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006784 | $25,395.98 | 9/13/18 | 89486 | 7/26/18 | $1,940.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006784 | $25,395.98 | 9/13/18 | 89472 | 7/26/18 | $312.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006784 | $25,395.98 | 9/13/18 | 89473 | 7/26/18 | $309.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006784 | $25,395.98 | 9/13/18 | 89474 | 7/26/18 | $22.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006784 | $25,395.98 | 9/13/18 | 89502 | 7/27/18 | $8,785.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006784 | $25,395.98 | 9/13/18 | 89503 | 7/27/18 | $2,678.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006784 | $25,395.98 | 9/13/18 | 89506 | 7/27/18 | $669.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006784 | $25,395.98 | 9/13/18 | 89505 | 7/27/18 | $482.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006784 | $25,395.98 | 9/13/18 | 688 | 8/20/18 | -$2.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006784 | $25,395.98 | 9/13/18 | 687 | 8/20/18 | -$28.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006784 | $25,395.98 | 9/13/18 | 689 | 8/22/18 | -$1,254.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011060 | $22,830.73 | 9/20/18 | 88521 | 7/2/18 | $606.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011060 | $22,830.73 | 9/20/18 | 88526 | 7/2/18 | $527.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011060 | $22,830.73 | 9/20/18 | 88523 | 7/2/18 | $105.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011060 | $22,830.73 | 9/20/18 | 88567 | 7/3/18 | $214.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011060 | $22,830.73 | 9/20/18 | 88568 | 7/3/18 | $86.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011060 | $22,830.73 | 9/20/18 | 88625 | 7/4/18 | $243.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011060 | $22,830.73 | 9/20/18 | 88626 | 7/4/18 | $138.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011060 | $22,830.73 | 9/20/18 | 88668 | 7/6/18 | $349.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011060 | $22,830.73 | 9/20/18 | 88718 | 7/6/18 | $324.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011060 | $22,830.73 | 9/20/18 | 88727 | 7/6/18 | $226.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011060 | $22,830.73 | 9/20/18 | 88728 | 7/6/18 | $216.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011060 | $22,830.73 | 9/20/18 | 88756 | 7/6/18 | $213.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011060 | $22,830.73 | 9/20/18 | 88721 | 7/6/18 | $108.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011060 | $22,830.73 | 9/20/18 | 88719 | 7/6/18 | $75.20 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011060 | $22,830.73 | 9/20/18 | 89586 | 7/30/18 | $422.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011060 | $22,830.73 | 9/20/18 | 89584 | 7/30/18 | $182.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011060 | $22,830.73 | 9/20/18 | 89630 | 7/31/18 | $970.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011060 | $22,830.73 | 9/20/18 | 89616 | 7/31/18 | $400.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011060 | $22,830.73 | 9/20/18 | 89615 | 7/31/18 | $268.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011060 | $22,830.73 | 9/20/18 | 89669 | 8/1/18 | $3,081.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011060 | $22,830.73 | 9/20/18 | 89698 | 8/1/18 | $970.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011060 | $22,830.73 | 9/20/18 | 89670 | 8/1/18 | $163.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011060 | $22,830.73 | 9/20/18 | 89738 | 8/2/18 | $1,380.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011060 | $22,830.73 | 9/20/18 | 89729 | 8/2/18 | $462.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011060 | $22,830.73 | 9/20/18 | 89730 | 8/2/18 | $287.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011060 | $22,830.73 | 9/20/18 | 89737 | 8/2/18 | $185.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011060 | $22,830.73 | 9/20/18 | 89762 | 8/3/18 | $8,990.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011060 | $22,830.73 | 9/20/18 | 89764 | 8/3/18 | $2,495.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011060 | $22,830.73 | 9/20/18 | 89773 | 8/3/18 | $763.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011060 | $22,830.73 | 9/20/18 | 89772 | 8/3/18 | $431.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011060 | $22,830.73 | 9/20/18 | 690 | 8/27/18 | -$21.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011060 | $22,830.73 | 9/20/18 | 692 | 8/29/18 | -$7.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011060 | $22,830.73 | 9/20/18 | 691 | 8/29/18 | -$2,032.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014354 | $23,849.59 | 9/27/18 | 88807 | 7/9/18 | $733.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014354 | $23,849.59 | 9/27/18 | 88806 | 7/9/18 | $527.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014354 | $23,849.59 | 9/27/18 | 88808 | 7/9/18 | $213.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014354 | $23,849.59 | 9/27/18 | 88855 | 7/10/18 | $667.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014354 | $23,849.59 | 9/27/18 | 88908 | 7/11/18 | $463.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014354 | $23,849.59 | 9/27/18 | 88956 | 7/12/18 | $324.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014354 | $23,849.59 | 9/27/18 | 88955 | 7/12/18 | $161.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014354 | $23,849.59 | 9/27/18 | 89011 | 7/13/18 | $405.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014354 | $23,849.59 | 9/27/18 | 89012 | 7/13/18 | $213.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014354 | $23,849.59 | 9/27/18 | 89009 | 7/13/18 | $118.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014354 | $23,849.59 | 9/27/18 | 89010 | 7/13/18 | $78.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014354 | $23,849.59 | 9/27/18 | 89863 | 8/6/18 | $588.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014354 | $23,849.59 | 9/27/18 | 89864 | 8/6/18 | $454.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014354 | $23,849.59 | 9/27/18 | 89906 | 8/7/18 | $431.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014354 | $23,849.59 | 9/27/18 | 89905 | 8/7/18 | $400.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014354 | $23,849.59 | 9/27/18 | 89959 | 8/8/18 | $1,940.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014354 | $23,849.59 | 9/27/18 | 89954 | 8/8/18 | $1,716.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014354 | $23,849.59 | 9/27/18 | 89955 | 8/8/18 | $262.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014354 | $23,849.59 | 9/27/18 | 89658 | 8/8/18 | $185.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014354 | $23,849.59 | 9/27/18 | 89956 | 8/8/18 | $177.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014354 | $23,849.59 | 9/27/18 | 90040 | 8/9/18 | $970.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014354 | $23,849.59 | 9/27/18 | 90042 | 8/9/18 | $410.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014354 | $23,849.59 | 9/27/18 | 90029 | 8/9/18 | $405.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014354 | $23,849.59 | 9/27/18 | 90041 | 8/9/18 | $370.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014354 | $23,849.59 | 9/27/18 | 90030 | 8/9/18 | $297.90 |

Genpro International Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781014354 | $23,849.59 | 9/27/18 | 90061 | 8/10/18 | $8,990.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014354 | $23,849.59 | 9/27/18 | 90065 | 8/10/18 | $2,272.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014354 | $23,849.59 | 9/27/18 | 90075 | 8/10/18 | $379.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014354 | $23,849.59 | 9/27/18 | 90074 | 8/10/18 | $195.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014354 | $23,849.59 | 9/27/18 | 694 | 9/5/18 | -$1.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014354 | $23,849.59 | 9/27/18 | 693 | 9/5/18 | -$501.50 |

Totals:    10 transfer(s),    $212,272.98