Defendant: **Global Logistics Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982004 | $6,444.80 | 7/20/18 | 20185606 | 6/23/18 | $1,318.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982004 | $6,444.80 | 7/20/18 | 20185725 | 6/30/18 | $5,126.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985374 | $6,029.00 | 7/27/18 | 20185644 | 6/23/18 | $4,428.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985374 | $6,029.00 | 7/27/18 | 20185735 | 6/30/18 | $1,600.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992307 | $14,445.20 | 8/14/18 | 20185792 | 7/7/18 | $6,163.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992307 | $14,445.20 | 8/14/18 | 20185813 | 7/7/18 | $1,408.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992307 | $14,445.20 | 8/14/18 | 20185813A | 7/7/18 | $57.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992307 | $14,445.20 | 8/14/18 | 20185885 | 7/14/18 | $5,171.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992307 | $14,445.20 | 8/14/18 | 20185899 | 7/14/18 | $1,645.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996541 | $7,215.00 | 8/21/18 | 20185964 | 7/21/18 | $5,433.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996541 | $7,215.00 | 8/21/18 | 20185950 | 7/21/18 | $1,672.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996541 | $7,215.00 | 8/21/18 | 20185950A | 7/21/18 | $108.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003385 | $14,543.60 | 9/6/18 | 20186033 | 7/28/18 | $5,568.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003385 | $14,543.60 | 9/6/18 | 20186048 | 7/28/18 | $1,470.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003385 | $14,543.60 | 9/6/18 | 20186132 | 8/4/18 | $5,952.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003385 | $14,543.60 | 9/6/18 | 20186143 | 8/4/18 | $1,438.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003385 | $14,543.60 | 9/6/18 | 20186143A | 8/4/18 | $115.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011074 | $14,322.00 | 9/20/18 | 20186220 | 8/11/18 | $5,241.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011074 | $14,322.00 | 9/20/18 | 20186210A | 8/11/18 | $1,498.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011074 | $14,322.00 | 9/20/18 | 20186210 | 8/11/18 | $115.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011074 | $14,322.00 | 9/20/18 | 20186305 | 8/18/18 | $5,932.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011074 | $14,322.00 | 9/20/18 | 20186290 | 8/18/18 | $1,534.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014371 | $6,797.20 | 9/27/18 | 20186394 | 8/25/18 | $5,235.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014371 | $6,797.20 | 9/27/18 | 20186372 | 8/25/18 | $1,562.00 |

Totals:    7 transfer(s),   $69,796.80